UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) |
| a Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: December 28, 2007 |
| | ) Hearing Date: January 4, 2008 @ 11:00 am |

## NOTICE OF IRON MOUNTAIN INFORMATION MANAGEMENT, INC.'S MOTION TO COMPEL PAYMENT OF ADMINISTRATIVE EXPENSES

PLEASE TAKE NOTICE that Iron Mountain Information Management, Inc. ("Iron Mountain") has filed papers with the Court seeking allowance and payment of $140,208.99, plus interest of $2,878.21 and fees and costs of $3,000.00 as an administrative expense claim.

If you oppose the *Motion* or if you want the court to consider your views regarding the Motion, you must file a written response with the Bankruptcy Court detailing your objection or response by **DECEMBER 28, 2007.** You must also serve a copy of your response upon the following:

Charles J. Brown, III, Esq.
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
Telephone: 302.777.4350
Facsimile: 704.343.4352

-and-

Frank F. McGinn, Esq.
David Phalen, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
Tel (617) 422-0200
Fax (617) 896-6275

**THE HEARING IS SCHEDULED FOR JANUARY 4, 2007 AT 11:00 A.M. IN COURTROOM No. 6, ON THE FIFTH FLOOR UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, WILMINGTON, DELAWARE 19801.**

IF YOU DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

December 20, 2007
Wilmington, Delaware

ARCHER & GREINER, P.C.

*/s/ Charles J. Brown, III*
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
Telephone: 302.777.4350
Facsimile: 704.343.4352

-and-

Frank F. McGinn, Esq.
David Phalen, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
Tel (617) 422-0200
Fax (617) 896-6275

*Counsel to Iron Mountain Information Management, Inc.*