UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | ) ) ) | Case No. 07-11047 (CSS) |
| Debtors. | ) ) ) ) | Jointly Administered |

**AFFIDAVIT OF ROBERT RUGGIERO IN SUPPORT OF
IRON MOUNTAIN INFORMATION MANAGEMENT, INC.'S MOTION TO
<u>COMPEL PAYMENT OF ADMINISTRATIVE EXPENSES</u>**

I, Robert Ruggiero, declare as follows:

1. I am making this Affidavit based on my personal knowledge and state affirmatively that if called as a witness, I could testify competently to the facts set forth in this Declaration.

2. I am the Bankruptcy/Collection Team Leader for the hard copy records management division of Iron Mountain Information Management, Inc. ("Iron Mountain"). I am submitting this Affidavit in support of Iron Mountain's Motion to Compel Payment of Administrative Expenses (the "Motion").

3. Iron Mountain is a Delaware corporation engaged in the business of storing data and business records and providing services such as removal and shredding of records for entities such as American Home Mortgage Holdings, Inc. and its affiliates (collectively, the "Debtors").

4.  Prior to and subsequent to August 6, 2007 (the "Petition Date"), the Debtors have maintained approximately seventeen (17) accounts with Iron Mountain for document and data storage and document shredding at various locations throughout the United States.

5.  Iron Mountain previously filed an Objection to Proposed Cure Amount which identified 15 active Debtor accounts which were not being paid.  Subsequently, Iron Mountain identified two additional accounts for which the Debtors are responsible but are not presently paying.   The governing contracts relating to these two subsequently identified accounts have been provided to the Debtors and are attached hereto as Exhibits "B" and "C."   After accounting for the assumption and assignment of one account, sixteen (16) accounts for various hardcopy and data storage and shredding services (the "Remaining Accounts") remain the Debtors' responsibility.

6.  As summarized on Exhibit A hereto, the post-petition arrearage owing under the Remaining Accounts as of December 17, 2007, was $143,087.20.   This total reflects the amount owing for post-petition goods and services provided to the Debtors, plus interest calculated in accordance with the parties' executory contracts.  Iron Mountain has submitted invoices to the Debtors for the amounts summarized on Exhibit A.

7.  Before and since filing its Cure Objection, Iron Mountain personnel and its counsel have made several requests that the Debtors cure this significant arrearage. Despite such requests, the Debtors have failed and refused to perform their payment obligations with respect to the Remaining Accounts.

8.  Iron Mountain continues to service the Remaining Accounts in accordance with its contractual obligations.  In particular, Iron Mountain is storing approximately 29,267 cubic feet of hardcopy records.  In addition, Iron Mountain continues to provide shredding and offsite data protection services.   In addition, Iron Mountain

continues to make numerous pick- ups and deliveries of hardcopy records and/or electronic data in accordance with the Debtors' instructions. Consequently, storage, shredding, retrieval and other costs continue to accrue at the approximate rate of $36,088.43, per month.   This amount is variable depending on factors such as the volume of records stored, delivered, picked-up, and shredded.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on December 20, 2007.

                                               /s/ Robert Ruggiero
                                             Robert Ruggiero