# EXHIBIT A

## MORRIS JAMES LLP

500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

FEDERAL TAX I.D. 51-0023480

| | |
|---|---|
| CitiMortgage, Inc.<br>Citigroup Global Legal Administration<br>Attention: Legal Billing Compliance<br>3800 Citigroup Center, A3 - 24<br>Tampa, FL 33610 | November 21, 2007<br>Invoice No. 309126 |

| | |
|---|---|
| Matter Name: | American Home Mortgage Investment Corp.<br>Citi Matter #2007-CON-CLG-003471<br>(Lawrence J. Kettenbach, Jr.) |
| Matter Number: | 112908-0002 |
| Attorney: | Brett D. Fallon |
| Case Number: | |

| | |
|---|---:|
| **For Professional Services through October 31, 2007 (details attached)** | **$82,794.50** |
| **For Disbursements through October 31, 2007 (details attached)** | **$1,479.66** |
| **Total Services and Disbursements this period** | $84,274.16 |
| **Courtesy Discount** | ($9,500.00) |
| **SUBTOTAL:** | $74,774.16 |
| Previous Balance | $4,729.30 |
| **Balance Due** | $79,503.46 |

## MORRIS JAMES LLP

500 DELAWARE AVENUE, SUITE 1500
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

FEDERAL TAX I.D. 51-0023480

CitiMortgage, Inc.  December 20, 2007
Citigroup Global Legal Administration  Invoice No. 310458
Attention: Legal Billing Compliance
3800 Citigroup Center, A3 - 24
Tampa, FL 33610

| | | |
|---|---|---|
| Matter Name: | American Home Mortgage Investment Corp.<br>Citi Matter #2007-CON-CLG-003471<br>(Lawrence J. Kettenbach, Jr.) | |
| Matter Number: | 112908-0002 | |
| Attorney: | Brett D. Fallon | |
| Case Number: | | |

| | |
|---|---|
| **For Professional Services through November 30, 2007 (details attached)** | **$5,318.50** |
| **For Disbursements through November 30, 2007 (details attached)** | **$82.90** |

| | | |
|---|---|---|
| **Total Services and Disbursements this period** | | $5,401.40 |
| Previous Balance | | $89,003.46 |
| **Payments and Other Credits through** | | |
| **Less Payments Received** | $.00 | |
| **Less Adjustments** | ($9,500.00) | |
| **Balance Due** | | **$84,904.86** |

# FEATHERSTONE PETRIE DESISTO LLP

Attorneys
600 17th Street, Suite 2400S
Denver, Colorado 80202-5424
303 626-7100
FEIN 84-1348080

Invoice No. 3512

CitiMortgage, Inc.  November 20, 2007
Citigroup Global Legal Administration
Attention: Legal Billing Compliance
3800 Citigroup Center, A3 – 24
Tampa, Florida 33610

---

Re: *American Home Mortgage v. CitiMortgage, Inc.*
    Citi Matter #2007-CON-CLG-003471 (Lawrence J. Kettenbach, Jr.)
    FPD #144-0023

| | |
|---|---:|
| Fees for legal services for the month ending October 31, 2007 (summarized below).................................................................................. | $ 12,574.50 |
| Disbursements for the month ending October 31, 2007 (detail attached) ....................................................................................................... | 7.08 |
| **PLEASE PAY THIS AMOUNT** ................................................................. | **$ 12,581.58** |

---

*Please make your check payable to:*
**FEATHERSTONE PETRIE DESISTO LLP**

*Thank you.*

# FEATHERSTONE PETRIE DESISTO LLP

Attorneys
600 17th Street, Suite 2400S
Denver, Colorado 80202-5424
303 626-7100
FEIN 84-1348080

Invoice No. 3568

CitiMortgage, Inc.  
Citigroup Global Legal Administration  
Attention: Legal Billing Compliance  
3800 Citigroup Center, A3 – 24  
Tampa, Florida 33610

December 19, 2007

Re: *American Home Mortgage v. CitiMortgage, Inc.*
    Citi Matter #2007-CON-CLG-003471 (Lawrence J. Kettenbach, Jr.)
    FPD #144-0023

| | |
|---|---|
| Fees for legal services for the month ending November 30, 2007 (summarized below) | $ 13,353.00 |
| Disbursements for the month ending November 30, 2007 (detail attached) | $ 234.24 |
| **PLEASE PAY THIS AMOUNT** | $ 13,587.24 |

*Please make your check payable to:*
**FEATHERSTONE PETRIE DESISTO LLP**

*Thank you.*