IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>Re: Docket No.: 2450 |

### ORDER GRANTING MOTION OF GMAC MORTGAGE LLC PURSUANT TO DEL.BANKR.LR. 9006-1(e) FOR AN ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING AND OBJECTION DEADLINE TO CONSIDER GMAC MORTGAGE LLC'S MOTION TO COMPEL THE DEBTORS TO SEND NOTICE TO THE HELOC BORROWERS REGARDING THE "FREEZING" OF THE HELOC LOANS

Upon consideration of the Motion of GMAC Mortgage LLC Pursuant to Del.Bankr.LR. 9006-1(e) for an Order Shortening the Time for Notice of the Hearing and Objection Deadline to Consider GMAC Mortgage LLC's Motion to Compel the Debtors to Send Notice to the HELOC Borrowers Regarding the "Freezing" of the HELOC Loans (the "Motion"), and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion are proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted in its entirety.

2. A hearing to consider the Motion to Compel[3] shall be held on January 4, 2008 at 11:00 a.m. before the Honorable Christopher S. Sontchi.

---

[3] To the extent not otherwise defined herein, capitalized terms shall have the meaning ascribed to them in the Motion.

3. Written objections to the Motion to Compel shall be filed and served in accordance with the notice attached to the Motion to Compel no later than ~~4:00~~ *12:00* p.m. on ~~December 28, 2007~~ *January 3, 2008*.

Date: *December 20*, 2007
Wilmington, Delaware

*[signature]*
Christopher S. Sontchi
United States Bankruptcy Judge