IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                :    Chapter 11

AMERICAN HOME MORTGAGE          :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,    :

                                  :    Jointly Administered
            Debtors.                      :
---------------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE        )
                           ) SS
NEW CASTLE COUNTY     )

       Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, proposed attorneys for the above-captioned debtors and that on the 17 day of December 2007 she caused a copy of the following document(s):

       Fourth Application of Law Offices of Alan Weinreb [Docket No. 2404]

       Fourth Application of Weiner Brodsky Sidman Kider PC [Docket No. 2405]

to be served on the parties listed on the attached service list.

                                          _____
                                          Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 21st day of December 2007

                                          Notary Public

                                         KIMBERLY A. BECK
                                         NOTARY PUBLIC
                                         STATE OF DELAWARE
                                    My Commission Expires Oct. 1, 2010

## SERVICE LIST

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)
*Hand Delivery*

Mark Indelicato, Esq.
Mark Power, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
(Official Committee of Unsecured Creditors)
*First Class Mail*

Alan Horn
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
*First Class Mail*

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
*Hand Delivery*