**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **American Home Mortgage Holdings, Inc., a** | : | **Case No. 07-11047 (CSS)** |
| **Delaware corporation, <u>et al.</u>,** | : | |
| | : | |
| **Debtors.** | : | |
| | : | |

## RULE 2019 VERIFIED DISCLOSURE OF HUNTON & WILLIAMS LLP

Hunton & Williams LLP ("*Hunton*"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, makes the following disclosure as counsel for multiple creditors in the above referenced Chapter 11 bankruptcy cases:

1. Names and addresses of creditors represented:

    (i) Calyon New York Branch
    1301 Avenue of the Americas
    New York, New York  10019

    (ii) ZC Real Estate Tax Solutions Limited
    210 Interstate North Parkway, NW
    Suite 400
    Atlanta, GA 30339

2. Nature and amount of claims:

    (i) The amount and extent of Calyon New York Branch's ("*Calyon*") claims against the Debtors has not yet been determined.  Calyon's claims against the Debtors include claims in connection with (i) that certain Repurchase Agreement dated November 21, 2006; (ii) that certain ISDA Master Agreement, between Calyon and American Home Mortgage Servicing, Inc. (formerly known as Columbia National, Incorporated), dated May 27, 2004, including the Schedule thereto, dated May 27, 2004, and the Confirmation thereto, dated May 27, 2004; (iii) that certain ISDA Master Agreement, between Calyon and American Home Mortgage Investment Corp., dated May 27, 2004, including the Schedule thereto, dated May 27, 2004, and the Confirmation thereto, dated May 27, 2004; and (iv) that certain Second Amended and Restated Credit Agreement, dated as of August 10, 2006 (clauses (i) through (iv), in each case, as amended, restated, modified or otherwise supplemented from time to time).  Calyon

      reserves the right to assert any and all claims it has or may have against the Debtors.

  (ii)  ZC Real Estate Tax Solutions Limited ("*ZCRETS*") holds claims against the Debtors in connection with that certain Tax Servicing Agreement dated June 6, 2005, as amended on May 1, 2006, including, without limitation, (i) a cure claim in the amount of $1,469,515.80 for services rendered prior to October 30, 2007; and (ii) a cure claim in the amount of $150,949.20 for services rendered between October 30, 2007 and November 16, 2007. ZCRETS reserves the right to assert any and all claims it has or may have against the Debtors.

3. Recital of pertinent facts and circumstances in connection with the employment of Hunton: In both instances, Hunton was retained directly by each creditor or the creditor's general counsel or other counsel for the creditor.

4. The amount of the claim or interest owned by Hunton at the time of the employment of Hunton: None.

5. Copy of the instrument, if any, whereby Hunton is empowered to act on behalf of creditors: Hunton is employed only as counsel and is not authorized by instrument or otherwise to act for any client except in that capacity.

6. Hunton has obtained each client's consent to this multiple representation.

7. Hunton expressly reserves the right to supplement and/or amend this disclosure in any respect.

8.  I, Jason W. Harbour, an attorney at law duly admitted to the bar of this Court and an associate of the firm of Hunton & Williams LLP, hereby verify and declare under penalty of perjury that the foregoing is true and correct as of the date hereof to the best of my knowledge, information and belief.

Dated: December 21, 2007          Respectfully submitted,

HUNTON & WILLIAMS LLP

*/s/ Jason W. Harbour*
Benjamin C. Ackerly (Va. Bar No. 09120)
Jason W. Harbour (DE Bar No. 4176, Va. Bar No. 68220)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219-4074
(804) 788-8200

and

Richard P. Norton
200 Park Avenue, 53rd Floor
New York, New York  10166-0136
(212) 309-1000

*Counsel to Calyon New York Branch and*
*ZC Real Estate Tax Solutions Limited*