## CERTIFICATE OF SERVICE

I, Don A. Beskrone, hereby certify that, on December 21, 2007, I caused one copy of the foregoing to be served upon the parties on the attached list in the manner indicated.

_____
Don A. Beskrone (#4380)

**American Home Mortgage
Service List for Cure Objection**

**HAND DELIVERY**
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)

**HAND DELIVERY**
Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(WLR Recovery)

American Home Mortgage Holdings, Inc.
Attn: Alan Horn, Esq.
General Counsel
538 Broadhollow Road
Melville, NY 11747

Mark Indelicato, Esq.
Mark Power, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th & 15th Floors
New York, NY 10022
(Counsel to the Official Committee of Unsecured Creditors)

Erica M. Ryland, Esq.
Scott J. Friedman, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
(WLR Recovery)

**HAND DELIVERY**
Pauline K. Morgan, Esq.
Matthew B. Lunn, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899
(Debtors' Counsel)

**HAND DELIVERY**
Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19899
(Bank of America)

**HAND DELIVERY**
Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

Milestone Advisors, LLC
Attn: Jeffrey M. Levine, Esq.
1775 Eye Street, NW
Suite 800
Washington, DC 20006

Margot B. Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596
(Bank of America)