IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :   Jointly Administered
        Debtors.                                                 :
                                                                 :   Objection Deadline: January 7, 2008 at 4:00 p.m.
                                                                 :   Hearing Date: January 14, 2008 at 2:00 p.m.
---------------------------------------------------------------- x

## NOTICE OF MOTION

TO:   (I) THE U.S. TRUSTEE; (II) COUNSEL TO THE COMMITTEE; (III) COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN SECOND AMENDED AND RESTATED CREDIT AGREEMENT DATED AUGUST 10, 2006; (IV) COUNSEL TO THE DIP LENDER; (V) THE SECURITIES AND EXCHANGE COMMISSION; AND (VI) ALL OTHER PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1(b).

    PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the Motion For an Order Authorizing and Approving (I) The Debtors' Employment and Retention of DoveBid, Inc. as Auctioneer; (II) The Terms of Compensation to DoveBid; (III A Waiver Of Local Rule 2016-2(D); And (IV) Procedures For DoveBid's Sale Of Assets Pursuant to the DoveBid Agreement and the Auction Procedures (the "Motion").

    PLEASE TAKE FURTHER NOTICE that objections to the attached Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. (ET) on January 7, 2008**. At the same time, you must also serve a copy of the objection upon the undersigned counsel.

    A HEARING ON THIS MATTER WILL BE HELD ON **JANUARY 14, 2008 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

DB02:6453487.1                                                                              064657.1001

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF HEARING.

Dated: Wilmington, Delaware
       December 21, 2007

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                */s/*
                James L. Patton, Jr. (No. 2202)
                Joel A. Waite (No. 2925)
                Pauline K. Morgan (No. 3650)
                Sean M. Beach (No. 4070)
                Matthew B. Lunn (No. 4119)
                Margaret B. Whiteman (No. 4652)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                Counsel for Debtors and
                Debtors in Possession