**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | Chapter 11 |
| AMERICAN HOME MORTGAGE, | Case No. Case No. 07-11047 (CSS) |
| Debtor. | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

**CERTIFICATION BY GOVERNMENT ATTORNEY TO BE ADMITTED**
**PRO HAC VICE WITHOUT THE REQUIRED ASSOCIATION OF LOCAL COUNSEL**

  Pursuant to Local Rule 83.5 and Local Rule 9010-1(c)(ii), I certify that I am eligible for admission to this Court.  I am admitted, practicing and in good standing as a member of the Bar of the State of Utah, the Third Judicial District Court of Utah, U.S. Bankruptcy Court, Central Division of Utah, and the U.S. District Court for the District of Utah; and, pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05.  I further certify that the annual fee of $25.00 has been paid to the Court Clerk for District Court.

Dated:  December 21, 2007       /s/Kelly W. Wright
                    KELLY W. WRIGHT
                    Salt Lake Deputy District Attorney
                    Salt Lake District Attorney's Office
                    2001 South State Street, S-3600
                    Salt Lake City, Utah  84190-1210
                    Telephone:  (801) 468-3267
                    Fax:  (801) 468-2646

**ORDER GRANTING MOTION**

  IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____    _____
                                 United States Bankruptcy Judge