**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                                                                                          Chapter 11

AMERICAN HOME MORTGAGE,                                           Case No. 07-11047 (CSS)

       Debtor.

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

       Pursuant to Bankruptcy Rule 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned counsel hereby appears in the above-captioned Bankruptcy Cases as counsel for and on behalf of the Salt Lake County Treasurer, Salt Lake County.  The undersigned counsel for Salt Lake County Treasurer requests that all notices and pleadings given or filed in this case be given to and served upon:

       Kelly W. Wright
       Salt Lake District Attorney's Office
       2001 South State Street, S-3600
       Salt Lake City, Utah  84190-1210
       Telephone:  (801) 468-3267
       Facsimile:   (801) 468-2646
       kwright@slco.org

       The foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and all notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, facsimile, telephone, telegraph, telex or otherwise, that affects the above-captioned Debtors (the "Debtors"), property of or in the possession, custody or control of the Debtors, or the Debtor's chapter 11 estates.

       PLEASE TAKE FURTHER NOTICE that this entry of appearance is intended neither as a consent to nor a waiver of the right to challenge the jurisdiction of the United States Bankruptcy Court including, without limitation, the jurisdiction of the Court to adjudicate non-core matters, which right Salt Lake County Treasurer reserves without prejudice.

Dated:  December 21, 2007                             /s/ Kelly W. Wright
                                                            LOHRA L. MILLER, ESQ. (#06420)
                                                            Salt Lake District Attorney
                                                            KELLY W. WRIGHT
                                                            Deputy Salt Lake District Attorney
                                                           2001 South State Street, S-3600
                                                           Salt Lake City, Utah  84190-1210
                                                           Telephone:  (801) 468-3267
                                                           Fax:  (801) 468-2646
                                                           email:  KWright@slco.org
                                                           *Counsel for Salt Lake County, Utah*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused the foregoing, NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, to be filed electronically on the Delaware Bankruptcy Court's ECF system which will be served upon all parties on the electronic service list.

Dated:  December 21, 2007
       Salt Lake City, Utah

    /s/Kelly W. Wright_____
    LOHRA L. MILLER, ESQ. (#06420)
    Salt Lake District Attorney
    KELLY W. WRIGHT (5899)
    Deputy Salt Lake District Attorney
    2001 South State Street, S-3600
    Salt Lake City, Utah  84190-1210
    Telephone:  (801) 468-3267
    Facsimile:   (801) 468-2646
    *Counsel for Salt Lake County*