**SIGN-IN-SHEET**

**CASE NAME:** American Home
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** December 21, 2007 @ 1:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matthew Cunn | YCST | Debtors |
| Linda Selzer | Greenberg Traurig | WLR Recovery |
| Chris Samis | Richards Layton & Finger PA | Bank of New York |
| Donna Culver | Morris Nichols | FGIC |
| Matthew McGuire | Landis Rath + Cobb | JPMorgan Chase |
| Jane Leamy | Office of the US Trustee | US Trustee |
| Kimberly E Clawson | Reed Smith LLP | GMAC Mortgage |
| Leigh Selber Silvestri | Otter Anderson Corroon LLP | Bank of America NA |
| Eric Lopez Schnabel | Dorsey | U.S. Bank |
| Bonnie Fatell | Blank Rome | Creditors Committee |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**