**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., a Delaware ) | CASE NO. 07-11047 (CSS) |
| Corporation, *et. al.*, ) | |
| ) | Jointly Administered |
| Debtors. ) | |

**NOTICE OF CHANGE OF ADDRESS FOR SQUIRE, SANDERS & DEMPSEY L.L.P.,**
**COUNSEL FOR FSI REALTY FUNDING, INC.**

**PLEASE TAKE NOTICE** that the Cincinnati, Ohio office address for Squire, Sanders & Dempsey L.L.P. ("SSD"), counsel for FSI Realty Funding, Inc. in the above-captioned cases (the "Cases"), has changed to:

Squire, Sanders & Dempsey L.L.P.
221 E. Fourth Street, Suite 2900
Cincinnati, Ohio 45202

**PLEASE TAKE FURTHER NOTICE** that any notices or service of documents required to be given to SSD's Cincinnati, Ohio office in the Cases should be sent to this new address.

Dated: December 21, 2007

/s/   *Elliot M. Smith*
Stephen D. Lerner (Ohio Bar No. 0051284)
Elliot M. Smith (Ohio Bar No. 0078506)
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
221 E. Fourth Street, Suite 2900
Cincinnati, Ohio 45202
(513) 361-1200 (telephone)
(513) 361-1201 (facsimile)

*Attorneys for FSI Realty Funding, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served, via filing through the Court's ECF system on this 21st day of December, 2007.

                                                          /s/Elliot M. Smith