IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>Re: Docket No. 2467 |

## CERTIFICATE OF SERVICE

I, Kimberly E. C. Lawson, hereby certify that on the 21st day of December 2007, a true and correct copy of the **ORDER GRANTING MOTION OF GMAC MORTGAGE LLC PURSUANT TO DEL.BANKR.LR. 9006-1(e) FOR AN ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING AND OBJECTION DEADLINE TO CONSIDER GMAC MORTGAGE LLC'S MOTION TO COMPEL THE DEBTORS TO SEND NOTICE TO THE HELOC BORROWERS REGARDING THE "FREEZING" OF THE HELOC LOANS** were served upon the addressees listed on the attached service list in the manner indicated.

Dated: December 21, 2007
       Wilmington, Delaware

REED SMITH LLP

By: /s/ Kimberly E. C. Lawson
    Kimberly E. C. Lawson (No. 3966)
    1201 Market Street, Suite 1500
    Wilmington, DE 19801
    Telephone: (302) 778-7500
    Facsimile: (302) 778-7575
    E-mail: klawson@reedsmith.com

Counsel to GMAC Mortgage LLC

## SERVICE LIST

Via Hand Delivery
James L. Patton, Jr.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(Counsel for Debtors)

Via First Class Mail
American Home Mortgage Holdings, Inc.
Attn: Alan Horn, General Counsel
538 Broadhollow Road
Melville, NY 11747
(Debtor)

Via First Class Mail
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
(Proposed Counsel for the Official Committee
of Unsecured Creditors)

Via First Class Mail
Milestone Advisors, LLC
Attn: Jeffrey M. Levine
1775 Eye Street, NW, Suite 800
Washington, DC 20006

Via First Class Mail
Corinne Ball, Esq.
Erica M. Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
(Counsel to Pre-Petition Lenders)

Via Hand Delivery
Joseph McMahon, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
(U.S. Trustee)

Via Hand Delivery
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Proposed Counsel for the Official Committee
of Unsecured Creditors)

Via First Class Mail
Scott D. Talmadge, Esq.
Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Counsel for the Lenders)

Via Hand Delivery
Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(Counsel to the Lenders)

Via Hand Delivery
Victoria Counihan, Esq.
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(Counsel to Pre-Petition Lenders)

- 2 -

Via First Class Mail
Robert A. Profusek, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
(Counsel to Purchaser – AH Mortgage
Acquisition Co., Inc.)

Via First Class Mail
Barry N. Seidel, Esq.
Stefanie Birbrower Greer, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
(Counsel to CIFG Assurance North
American, Inc.)

Via Hand Delivery
Robert J. Denhey, Esq.
Donna Culver, Esq.
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street, 18th floor
Wilmington, DE 19801
(Counsel to Financial Guaranty Insurance
Company, Assured Guaranty Corp., and
MBIA Insurance Corporation)

Via Hand Delivery
William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
(Counsel to CIFG Assurance North
American, Inc.)

Via First Class Mail
Bruce A. Wilson, Esq.
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102
(Counsel to Financial Guaranty Insurance
Company, Assured Guaranty Corp., and
MBIA Insurance Corporation)