IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 : Jointly Administered
                    Debtors.                                     :
                                                                 : Objection Deadline: January 10, 2008 @ 4 pm (ET)
                                                                 :
---------------------------------------------------------------- x Doc. Ref. Nos: 192 & 643 & 754 & 1129

**NOTICE OF FILING OF FIFTH SUPPLEMENTAL LIST OF
ORDINARY COURSE PROFESSIONALS**

TO:   (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE;
(II) COUNSEL TO THE COMMITTEE; (III) ORDINARY COURSE
PROFESSIONALS LISTED ON EXHIBIT A; (IV) COUNSEL TO BANK OF
AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR THE LENDERS
UNDER THAT CERTAIN SECOND AMENDED AND RESTATED CREDIT
AGREEMENT DATED AUGUST 10, 2006; (V) THE DEBTORS'
POSTPETITION LENDER; (VI) THE SECURITIES AND EXCHANGE
COMMISSION; (VII) AND ALL PARTIES ENTITLED TO NOTICE UNDER
DEL. BANKR. LR 2002-1 (b)

PLEASE TAKE NOTICE that on September 7, 2007, the Court entered the Order

Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule

2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the

Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 643] (the "Order").

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the

Order, the above-captioned debtors and debtors in possession (the "Debtors") hereby file the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

supplemental list of ordinary course professionals (the "Supplemental List") which is attached hereto as Exhibit A.

PLEASE TAKE NOTICE that, objections to the Supplemental List, if any, must be filed on or before January 10, 2008 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Order, any objections, if any, must be served by the Objection Deadline upon: (i) counsel for the Debtors, (ii) Ordinary Course Professionals identified on Exhibit A, (iii) the Office of the United States Trustee; (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the Committee; (v) counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006; (vi) counsel to the Debtors' postpetition lender; (vii) the Securities and Exchange Commission; and (viii) all other parties entitled to notice under Del. Bankr. LR 2002-1(b).

PLEASE TAKE NOTICE THAT, if no objections are filed on or before the objection deadline, **the Debtors shall be authorized to employ and compensate professionals on the Supplemental List after complying with the other procedures contained in the Order.**

Dated: December 21, 2007
       Wilmington, Delaware

                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret [illegible] (4652)*
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

# EXHIBIT A

## SUPPLEMENTAL LIST

## Exhibit A to Fifth Supplemental Notice

| Firm Name | Firm Service Address | Proposed Cap | Services |
|---|---|---|---|
| Cal-Western Reconveyance Corp. | 525 E. Main Street, El Cajon, California 92020 | $35,000/month | Legal counsel for foreclosure, title and bankruptcy matters |
| David J. Stern, P.A. | 801 S University Drive #500, Plantation, Florida 33324 | $35,000/month | Legal counsel for foreclosure, title and bankruptcy matters |
| Fein Such Kahn & Shephard, PC | 7 Century Drive, 2nd Floor, Parsippany, New Jersey 07054 | $35,000/month | Legal counsel for foreclosure, title and bankruptcy matters |
| Florida Default Law Group | 9119 Corporate Lake Drive, Suite 300, Tampa FL 33634 | $35,000/month | Legal counsel for foreclosure, title and bankruptcy matters |
| Freedman Anselmo Lindberg & Rappe, LLC | 1807 West Diehl Road, Suite 333, P.O. Box 3107, Naperville, IL 60566-7107 | $35,000/month | Legal counsel for foreclosure, title and bankruptcy matters |
| Gray & Associates, LLP | BOX 88071, Milwaukee, WI 53288-0071 | $35,000/month | Legal counsel for foreclosure, title and bankruptcy matters |
| Hampton & Hampton | 8965 South Pecos Road, Las Vegas, NV 89101 | $35,000/month | Legal counsel for foreclosure, title and bankruptcy matters |
| Robert J Hopp & Associates | 999 18th Street, Suite 805, Denver, Colorado 80201 | $35,000/month | Legal counsel for foreclosure, title and bankruptcy matters |
| Law Office of Les Zieve | 17862 Beach Blvd, Suite 204, Huntington Beach, CA 92647 | $35,000/month | Legal counsel for foreclosure, title and bankruptcy matters |
| Lerner Sampson & Rothfuss | 120 East 4th Street, Cincinnati, Ohio 45202 | $35,000/month | Legal counsel for foreclosure, title and bankruptcy matters |
| Phelan Hallinan & Schmieg, P.C. | 400 Fellowship Road, Suite 100, Mt Laurel, NJ 08054 | $35,000/month | Legal counsel for foreclosure, title and bankruptcy matters |
| Pierce & Associates | 1 N. Dearborn, Suite 1300, Chicago, Illinois 60602 | $35,000/month | Legal counsel for foreclosure, title and bankruptcy matters |
| Powers Kirn LLC | 9 East Stow Road, Suite C, Marlton, NJ 08053 | $35,000/month | Legal counsel for foreclosure, title and bankruptcy matters |
| Rosicki Rosicki & Associates, PC | 2 Summit Court, Suite 30, Fishkill, New York 12524 | $35,000/month | Legal counsel for foreclosure, title and bankruptcy matters |
| Rund Wallman & Robbins LLP | Market Square Center, 151 N. Delaware St., Ste. 520, Indianapolis, IN 46204-2535 | $35,000/month | Legal counsel for employment related matters |
| Shapiro & Kreisman | 4201 Lake Cook Road, Northbrook, IL 60062 | $35,000/month | Legal counsel for foreclosure, title and bankruptcy matters |
| Steven J. Baum, P.C. | 220 Northpoint Parkway, Amherst, New York 14228 | $35,000/month | Legal counsel for foreclosure, title and bankruptcy matters |

| | | | |
|---|---|---|---|
| Tiffany & Bosco, P.A. | 2525 E. Camelback Road, Ste.300, Jennifer Hamlin, Foreclosure Mgr, Phoenix, AZ 85016-9240 | $35,000/month | Legal counsel for foreclosure, title and bankruptcy matters |
| Trott & Trott | 30400 Telegraph Road, Suite 200, Bingham Farms, Michigan 48025 | $35,000/month | Legal counsel for foreclosure, title and bankruptcy matters |
| William P. Butcher | 2044 Ridge Road, Homewood, Illinois 60430 | $35,000/month | Legal counsel for foreclosure, title and bankruptcy matters |
| PriceWaterhouseCoopers | 300 Madison Ave., New York, NY 10017 | $75,000/month | Preparation and filing of federal and state tax claims and refunds (primarily related to employment tax issues) |