IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x
In re:                                                                :   Chapter 11
                                                                      :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                       :
                                                                      :   Jointly Administered
          Debtors.                                                    :
                                                                      :   Ref. No. 2246
--------------------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 2246**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to Second Monthly Statement of Weltman, Weinberg & Reis Co. LPA as Foreclosure Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period September 1, 2007 through September 30, 2007 (the "Application"). The Court's docket which was last updated December 24, 2007, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than December 20, 2007 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($49,796.00) of requested fees and 100% of requested expenses ($117,045.38) on an interim basis without further Court order.

Dated: Wilmington, Delaware
      December 24, 2007

                          YOUNG CONAWAY STARGATT & TAYLOR, LLP

                          /s/ Margaret B. Whiteman
                          James L. Patton, Jr. (No. 2202)
                          Joel A. Waite (No. 2925)
                          Pauline K. Morgan (No. 3650)
                          Sean M. Beach (No. 4070)
                          Kenneth Enos (No. 4544)
                          Margaret B. Whiteman (No. 4652)
                          The Brandywine Building
                          1000 West Street, 17th Floor
                          Wilmington, Delaware 19801
                          Telephone: (302) 571-6600
                          Facsimile: (302) 571-1253

                          Counsel for Debtors and
                          Debtors in Possession