IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered)<br><br><br><br>Related Document No. 2166 |

## OBJECTION OF UBS REAL ESTATE SECURITIES INC. TO THE DEBTORS' INTERIM PERIOD CURE AMOUNTS

UBS Real Estate Securities Inc. ("RESI"), hereby objects (the "Objection") to the Notice of Interim Period Cure Schedule, dated November 26, 2007 (Dkt. 2166) (the "Interim Cure Schedule"), filed by American Home Mortgage Holdings, Inc. and its affiliated debtors and debtors-in-possession (the "Debtors") in the above-captioned case.[1] RESI objects to the Interim Cure Schedule on the basis that the Interim Cure Schedule incorrectly indicates that the contracts with RESI (the "RESI Contracts")[2] sought to be assigned have cure amounts of $0.00. In fact, defaults exist under the RESI Contracts in an aggregate amount equal to at least $2,588,839 that would have to be cured to permit such contracts to be assumed.[3]

### RELEVANT BACKGROUND

The relevant background is set forth in the Interim Cure Schedule (Dkt. 2166) and RESI's Objection to the Debtors' Modified Notice of (I) Possible Assumption and Assignment of Certain Leases, License Agreement, and Executory Contracts; and (II) Proposed Cure

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Interim Cure Schedule.

[2] A complete list of the RESI Contracts included in the Debtors' Interim Cure Schedule is attached hereto as Annex A.

[3] RESI is in the process of reviewing its books and records with respect to its claims against the Debtors and reserves the right to assert additional cure amounts and additional claims upon completion of such review.

500193018v3

Obligations, If Any, dated September 20, 2007 (Dkt. 828) (the "RESI Objection"), and is incorporated herein.

### The Master Loan Purchase and Servicing Agreement

As stated in the RESI Objection, RESI is a party to that certain Master Loan Purchase and Servicing Agreement, dated as of December 1, 2005, and certain amendments thereto (the "Master Loan Purchase and Servicing Agreement"). The Master Loan Purchase and Servicing Agreement is included in the Debtors' Interim Cure Schedule. For the reasons provided in the RESI Objection and incorporated herein, existing defaults under the Master Purchase Agreement and Servicing Agreement total not less than $2,588,839 and must be cured to permit the Debtors to assume and assign the Master Purchase Agreement and Servicing Agreement.

### The Assignment, Assumption and Recognition Agreements and Trade Confirmations

RESI is also a party to certain Assignment, Assumption and Recognition Agreements (the "Assignment Agreements") and certain Trade Confirmations included on the Debtors' Interim Cure Schedule. For the reasons provided in the RESI Objection, RESI reserves its rights with respect to any subsequent or presently unknown defaults under the Assignment Agreements and/or Trade Confirmations.

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

500193018v3

## CONCLUSION

For the foregoing reasons, the Debtors should be directed to revise the Interim Cure Schedule to correct the cure amounts listed for the RESI Contracts and to pay such cure amounts upon the assumption and assignment of the RESI Contracts.

Dated:  December 26, 2007

ASHBY & GEDDES, P.A.

_____
William P. Bowden (I.D. #2553)
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone:  (302) 654-1888
Facsimile:  (302) 654-2067

and

PILLSBURY WINTHROP SHAW PITTMAN LLP
Rick B. Antonoff (*pro hac vice*)
Brandon R. Johnson (*pro hac vice*)
1540 Broadway
New York, NY 10036
Telephone:  (212) 858-1000
Facsimile:  (212) 858-1500

*Attorneys for UBS Real Estate Securities Inc.*

186871.1

## Annex A

1. Master Loan Purchase and Servicing Agreement, dated as of December 1, 2005, by and between American Home Mortgage Corp. (Seller), American Home Mortgage Servicing, Inc. (Servicer) and UBS Real Estate Securities Inc. (Initial Purchaser)

2. Amendment Number One, dated as of February 27, 2006, to the Master Loan Purchase and Servicing Agreement, dated as of December 1, 2005, by and among American Home Mortgage Corp., American Home Mortgage Servicing, Inc. and UBS Real Estate Securities Inc.

3. Amendment Number Two, dated as of March 16, 2006, to the Master Loan Purchase and Servicing Agreement, dated as of December 1, 2005, by and among American Home Mortgage Corp., American Home Mortgage Servicing, Inc. and UBS Real Estate Securities Inc.

4. Amendment Number One, dated as of November 1, 2006, to the Master Loan Purchase and Servicing Agreement, dated as of December 1, 2005, by and among American Home Mortgage Corp., American Home Mortgage Servicing, Inc. and UBS Real Estate Securities Inc.

5. Trade Confirmation, dated as of January 24, 2006, between UBS Real Estate Securities Inc. and American Home Mortgage Corp.

6. Trade Confirmation, dated as of January 24, 2006, between UBS Real Estate Securities Inc. and American Home Mortgage Corp.

7. Trade Confirmation, dated as of November 2, 2006, between UBS Real Estate Securities Inc. and American Home Mortgage Corp.

8. Trade Confirmation, dated as of February 14, 2006, between UBS Real Estate Securities Inc. and American Home Mortgage Corp.

9. Assignment, Assumption and Recognition Agreement, dated as of December 29, 2005, among UBS Real Estate Securities Inc. (the "Assignor"), Mortgage Asset Securitization Transactions, Inc. (the "Assignee"), American Home Mortgage Corp. (the "Company") and American Home Mortgage Servicing, Inc. (the "Servicer")

10. Assignment, Assumption and Recognition Agreement, dated as of June 29, 2006, among UBS Real Estate Securities Inc. (the "Assignor"), Mortgage Asset Securitization Transactions, Inc. (the "Assignee"), American Home Mortgage Corp. (the "Company") and American Home Mortgage Servicing, Inc. (the "Servicer")

11. Assignment, Assumption and Recognition Agreement, dated as of November 15, 2006, among UBS Real Estate Securities Inc. (the "Assignor"), Mortgage Asset

Securitization Transactions, Inc. (the "Assignee"), American Home Mortgage Corp. (the "Company") and American Home Mortgage Servicing, Inc. (the "Servicer")

12. Assignment, Assumption and Recognition Agreement, dated as of January 16, 2007, among UBS Real Estate Securities Inc., as Assignor, Mortgage Asset Securitization Transactions, Inc., as Assignee, American Home Mortgage Corp., and American Home Mortgage Servicing, Inc., as Servicer

13. Assignment, Assumption and Recognition Agreement, dated as of May 15, 2007, among UBS Real Estate Securities Inc. (the "Assignor"), Mortgage Asset Securitization Transactions, Inc. (the "Assignee"), American Home Mortgage Corp. (the "Company") and American Home Mortgage Servicing, Inc. (the "Servicer")

14. Assignment, Assumption and Recognition Agreement, dated as of March 29, 2006, among UBS Real Estate Securities Inc. (the "Assignor"), Mortgage Asset Securitization Transactions, Inc. (the "Assignee"), American Home Mortgage Corp. (the "Company") and American Home Mortgage Servicing, Inc. (the "Servicer")

15. Assignment, Assumption and Recognition Agreement, dated as of April 20, 2006, among UBS Real Estate Securities Inc. (the "Assignor"), Mortgage Asset Securitization Transactions, Inc. (the "Assignee"), American Home Mortgage Corp. (the "Company") and American Home Mortgage Servicing, Inc. (the "Servicer")