## CERTIFICATE OF SERVICE

I, William P. Bowden, hereby certify that, on the 26th day of December 2007, I caused a true and correct copy of the *Objection of UBS Real Estate Securities Inc. to the Debtors' Interim Period Cure Amounts* to be served upon the attached service list by U.S. Mail, postage pre-paid, or in the manner so indicated.

William P. Bowden (#2553)

122354v1

American Home Mortgage Holdings, Inc., et al.
Service List

**HAND DELIVERY**
Joseph McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

Erica Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Mark S. Indelicato, Esq
Hahn & Hessen LLP
488 Madison Avenue
14th and 15th Floors
New York, NY  10022

**HAND DELIVERY**
Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19801

**HAND DELIVERY**
Pauline K. Morgan, Esq.
Matthew B. Lunn, Esq
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899

Margot B. Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer  LLP
425 Park Avenue
New York, NY 10022-3596

American Home Mortgage Holdings, Inc.
Attn: Alan Horn, Esq.
General Counsel
538 Broadhollow Road
Melville, NY 11747

Milestone Advisors, LLC
Attn: Jeffrey M. Levine
1775 Eye Street, NW
Suite 800
Washington, DC 20006

**HAND DELIVERY**
Victoria Counihan
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801