**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | Re: Docket No 2243 and 2319 |

**CERTIFICATE OF NO OBJECTION REGARDING FIRST MONTHLY APPLICATION OF HAHN & HESSEN LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC.,** ***ET AL.*****, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 14, 2007 THROUGH AUGUST 31, 2007  [NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, she has received no written answer, objection or other responsive pleading to the *First Monthly Application of Hahn & Hessen LLP, Co-Counsel to The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., For Compensation and Reimbursement of Expenses for the Period August 14, 2007 through August 31, 2007 [Docket No. 2243]* and the *Supplement* thereto *[Docket No. 2319]* filed on November 30, 2007 and December 7, 2007, respectively (collectively, the "Application"). The undersigned further certifies that she has caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than December 20, 2007 at 4:00 p.m.

128189.01600/21653844v.1

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated February 28, 2007, the Debtor is authorized to pay Blank Rome LLP $170,732.80, which represents 80% of the fees requested ($213,416.00) and $3,416.60 which represents 100% of the expenses requested in the Application for the period of August 14, 2007 through August 31, 2007 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:    December 26, 2007              **BLANK ROME LLP**

By:  */s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (DE No. 3809)
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, DE  19801
Telephone:  (302) 425-6400
Facsimile:  (302) 425-6464

         And

Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022
Telephone:  (212) 478-7200
Facsimile:  (212) 478-7400

*Co-Counsel for the Official Committee of Unsecured Creditors*

128189.01600/21653844v.1