# Exhibit A

## evan salan

| | |
|---|---|
| **From:** | Whiteman, Margaret [mwhiteman@ycst.com] |
| **Sent:** | Monday, December 10, 2007 10:03 AM |
| **To:** | evan salan; Enos, Kenneth |
| **Cc:** | Scott Levine |
| **Subject:** | RE: Notice of interim Period Cure Schedule AHM De Lage leases doc # 2166 |

Evan -

There are only two copiers from DLL that are subject to the assignment. The generic "Copier Lease" was inadvertently included from the original listing.

We do not have an invoice from them for anything past September. If you can attach the appropriate invoices, we will have them paid.

Regards,
Maggie

---

**From:** Evan Salan [mailto:esalan@platzerlaw.com]
**Sent:** Thursday, December 06, 2007 12:46 PM
**To:** Enos, Kenneth
**Cc:** Whiteman, Margaret; Scott Levine
**Subject:** RE: Notice of interim Period Cure Schedule AHM De Lage leases doc # 2166

-----Original Message-----
**From:** evan salan
**Sent:** Thursday, December 06, 2007 1:04 PM
**To:** 'Enos, Kenneth'
**Cc:** 'Whiteman, Margaret'; Scott Levine
**Subject:** RE: Notice of interim Period Cure Schedule AHM De Lage leases doc # 2166

Margaret and Ken

> The cure amount for lease 24619975 is $2,408.25 through December 2007
> The cure amount for lease 24620425 is $2,023.80 through December 2007

The payments are due under the Lease modification order (doc # 1845). Annexed is a copy of our prior e-mail regarding the cure amount for the two leases. If the Debtor sent De Lage any payments post-petition on these leases, please provide me with check number, check amount and date so De Lage can research it. Please advise.

Please also advise me as to the identity of the other leases referenced in the Interim cure notice, so De Lage can review. Thank you

Evan

12/23/2007

-----Original Message-----
**From:** Enos, Kenneth [mailto:kenos@ycst.com]
**Sent:** Wednesday, December 05, 2007 11:50 AM
**To:** evan salan
**Cc:** Whiteman, Margaret
**Subject:** RE: Notice of interim Period Cure Schedule AHM De Lage leases doc # 2166

Evan - I have passed this on to my colleague Maggie Whiteman, and we will look into the issue and get back to you shortly.

---

**From:** Evan Salan [mailto:esalan@platzerlaw.com]
**Sent:** Tuesday, December 04, 2007 4:23 PM
**To:** Enos, Kenneth
**Cc:** Scott Levine
**Subject:** Notice of interim Period Cure Schedule AHM De Lage leases doc # 2166
**Importance:** High

Ken

Annexed is a copy of the Debtor's notice of interim cure notice (doc # 2166). As stated in the notice the interim cure period is between 10/30/07 to 11/16/07. The notice lists three De Lage leases. One of which is listed as follows "Copier lease (as may be amended)". The notice is ambiguous since it doesn't state which of the leases this reference is for.

Can you confirm which of the remaining leases stated on the Lease Modification Order Doc # 1845, the Notice's reference to "Copier lease (as may be amended)" is for and also which piece of equipment(s)?

Please advise, since without Debtor's clarification, De Lage cannot know which of the leases the debtor intends to assume and assign, and to which it proposes a zero cure amount for.

With respect to the other leases (lease # 24619975 and lease # 24620425) noticed in Doc # 2166, I will advise if there are any past due amounts for the interim cure period.

> EVAN SALAN
> Platzer, Swergold, Karlin, Levine,
> Goldberg & Jaslow, LLP
> 1065 Avenue of the Americas
> New York, New York 10018
> Telephone: 212-593-3000
> Facsimile: 212-593-0353

Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP accepts no liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. To ensure compliance with the requirements imposed by the IRS in Circular 230 effective June 21, 2005, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (I) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

12/23/2007

12/23/2007