**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 Case |
| | ) | |
| AMERICAN HOME MORTGAGE, INC., | ) | Case No. 07-11047 (CSS) |
| A Delaware Corporation, et al. | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Frederick B. Rosner, hereby certify that on this 26th day of December, 2007, I served one copy of *De Lage Landen Financial Services, Inc.'s Limited Objection to the Debtors' Proposed Cure With Respect to Certain De Lage Landen Financial Services, Inc.'s Leases, as Proposed Within the Debtors Cure Notice* upon the parties listed below in the manner indicated:

**Via First Class Mail, Postage Prepaid**
American Home Mortgage Holdings, Inc.
Attn: Alan Horn, General Counsel
538 Broadhollow Road
Melville, NY  11747
*(Debtors)*

**Via Hand Delivery**
Pauline K. Morgan, Esquire
Matthew B. Lunn, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
*(Counsel to Debtors)*

**Via First Class Mail, Postage Prepaid**
Milestone Advisors, LLC
Attn: Jeffrey M. Levine
1775 Eye Street, NW, Suite 800
Washington, DC  20006

**Via First Class Mail, Postage Prepaid**
Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022
*(Counsel to the Official Committee of Unsecured Creditors)*

**Via First Class Mail, Postage Prepaid**
Margot B. Schonholtz, Esquire
Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022
*(Counsel to Bank of America, N.A.)*

**Via Hand Delivery**
Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLC
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*(Counsel to Bank of America, N.A.)*

| | |
|---|---|
| **Via First Class Mail, Postage Prepaid**<br>Erica M. Ryland, Esquire<br>Scott J. Friedman, Esquire<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017<br>*(Counsel to the Purchaser)* | **Via Hand Delivery**<br>Victoria Counihan, Esquire<br>Greenberg Traurig LLP<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>*(Counsel to the Purchaser)* |
| **Via Hand Delivery**<br>Joseph McMahon, Esquire<br>Office of the United States Trustee<br>844 King Street, Room 2313<br>Wilmington, DE 19801<br>*(US Trustee)* | **Via Hand Delivery**<br>Bonnie Glantz Fatell, Esquire<br>Blank Rome LLP<br>1201 North Market Street, Suite 800<br>Wilmington, DE 19801<br>*(Counsel to the Official Committee of Unsecured Creditors)* |

Dated: December 26, 2007
       Wilmington, Delaware

**DUANE MORRIS LLP**

By: /s/ Frederick B. Rosner
    Frederick B. Rosner (DE 3995)
    1100 N. Market Street, Suite 1200
    Wilmington, DE 19801
    Telephone: (302) 657-4900
    Facsimile: (302) 657-4901
    E-mail: fbrosner@duanemorris.com