# EXHIBIT A



We make home possible℠

*VIA E-COPY ekosmowski@ycst.com; rbrady@ycst.com; tdorsey@ycst.com and UPS OVERNIGHT COURIER*

November 16, 2007

Robert Brady, Esquire
John T. Dorsey, Esquire
Edward J. Kosmowski, Esquire
YOUNG CONAWAY STARGATT & TAYLOP, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

Re: American Home Mortgage ("AHM") Holdings, Inc., Case No. 07-11047 (CSS) (Chapter 11) (Bankr. D. Del.) and all administratively consolidated AHM cases

Dear Messrs. Brady, Dorsey and Kosmowski:

As you know, by Order dated September 20, 2007, the Court for the captioned cases issued its Order approving a Stipulation by and among Freddie Mac, AHM, and Bank of America ("BofA") providing for, *inter alia*, the transfer of Freddie Mac's servicing files (the "Servicing Files") from AHM to BofA. Paragraph 2 of the Stipulation provides that the transfer shall be substantially complete by November 2, 2007. I am now informed that the Servicing Files for about 50 percent (more than 2000) of the Freddie Mac Loans (as defined in the Stipulation), have not yet been turned over to BofA, despite repeated and continual efforts to obtain them. I understand that the Servicing Files are in a warehouse in Melville, New York, and that AHM personnel now claim that they cannot gain access to them. This claim was previously made by AHM personnel early in the file transfer process and, as a consequence, I raised this matter both with Ed Kosmowski and in-house counsel for AHM. I was ultimately informed that AHM did, in fact, have access to the Servicing Files in this warehouse, and it was consequently my understanding that this issue had been resolved. However, that is not apparently the case.

Freddie Mac and BofA have been patient in awaiting receipt of the Servicing Files. However, it is now eight weeks since execution of the Stipulation and two weeks beyond the date that the Servicing Files were supposed to have been turned over. Accordingly, please take such action as is necessary to assure that the Servicing Files are available for transfer immediately. If there is anything further Freddie Mac can do to assist in securing the Servicing Files, please let me know. If

Messrs. Brady, Dorsey and Kosmowski
November 16, 2007
Page 2

transfer of the Servicing Files is not promptly initiated, I will have to consider action to enforce the terms of the Stipulation. I hope and trust that this will not be necessary. Thank you in advance for your prompt attention to this matter.

Very truly yours,

*George Kielman*

GEORGE KIELMAN
Associate General Counsel for Litigation
Legal Division
8200 Jones Branch Drive, MS 202
McLean, VA 22102
Tel: 703-903-2640
Fax: 703-903-3691
E-Mail: *george_kielman@freddiemac.com*

cc:   Cory Falgowski, via e-copy jfalgowski@reedsmith.com
      Mark F. Liscio, Esq., via e-copy mliscio@kayescholer.com
            Kaye Scholer, LLC
            425 Park Avenue
            New York, New York 10022