UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | ) |
| a Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| Debtors. | ) Jointly Administered |

**ORDER GRANTING IRON MOUNTAIN INFORMATION MANAGEMENT, INC.'S MOTION TO COMPEL PAYMENT OF ADMINISTRATIVE EXPENSES**

Upon the Motion of Iron Mountain Information Management, Inc. ("Iron Mountain") to Compel Payment of Administrative Expenses, (the "Motion") it is hereby:

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the Debtors are ORDERED to pay the sum of $146,087.20 within 10 days of this Order becoming final and nonappealable; and it is

FURTHER ORDERED that the Debtors are ORDERED to timely pay Iron Mountain for the services that it is rendering under its executory contracts with the Debtors until such time as those contracts are rejected or the documents that Iron Mountain is storing for the Debtors are removed or destroyed

January ___, 2008

_____
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., | ) | |
| a Delaware corporation, et al., | ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused true and correct copies of the foregoing Order Granting Iron Mountain Management, Inc.'s Motion to Compel Payment of Administrative Expenses to be served via First-Class U.S. Mail upon the parties on the attached service list.

/s/ Charles J. Brown, III
Charles J. Brown III (Bar No. 3368)

Dated: December 26, 2007

## SERVICE LIST

James L. Patton, Esq.
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

American Home Mortgage Holdings, Inc.
Attn: Alan Horn, General Counsel
538 Broadhollow Road
Melville, NY 11747

Mark S. Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Corrine Ball, Esq.
Erica M. Ryland, Esq.
Robert A. Profusek, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Barry N. Seidel, Esq.
Stefanie Birbrower Greer, Esq.
King & Spalding, LLP
1185 Avenue of the Americas
New York, NY 10036

Robert J. Denhey, Esq.
Donna Culver, Esq.
Morris Nichols Arsht & Tunnell, LLP
1201 N. Market Street, 18th Floor
Wilmington, DE 19801

Joseph McMahon, Esq.
Office of the united States Trustee
844 King Street, Room 2207
Lockbox No. 35
Wilmington, DE 19899-0035

Bonnie Glantz Fattell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Scott D. Talmadge, Esq.
Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Milestone Advisors, LLC
Attn: Jeffrey M. Levine
1775 Eye Street, NW, Suite 800
Washington, DC 20006

Victoria Counihan, Esq.
Greenberg Traurig LLP
1007 North Orange Street
Suite 1200
Wilmington, DE 19801

William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Bruce A. Wilson, Esq.
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102