

**Financial Guaranty Insurance Company**
125 Park Avenue
New York, NY 10017
T 212·312·3000
F 212·312·3093

December 13, 2007

Deutsche Bank National Trust Company
1761 East St. Andrew Place
Santa Ana, CA  92705
Attn:  Trust Administration AH0501
Attn:  Trust Administration AH0502

U.S. Bank National Association
Corporate Trust Services
One Federal Street——3rd Floor
Boston, MA  02110
Attn:  American Home Mortgage Investment Trust 2005-4

> Re:    American Home Mortgage Investment Trust 2005-1, 2005-2 and 2005-4A
> (the "Trusts")

Ladies and Gentlemen:

Reference is made to the Indenture and the Insurance Agreements set forth on Exhibit A hereto relating to the above referenced Trusts (the "Transaction Documents"). Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to such terms found in the Insurance Agreements.

On August 6, 2007, American Home Mortgage Servicing, Inc. ("AHM Servicing"), together with American Home Mortgage Acceptance, Inc. ("AHM Acceptance") and certain affiliates, filed Chapter 11 bankruptcy in the District of Delaware (the "Bankruptcy").  AHM Servicing acted as the HELOC Servicer for the 2005-1 and 2005-2 Trusts, AHM Acceptance acted as the HELOC Servicer for the 2004-4A Trust and AHM Servicing acted as the HELOC Subservicer for the 2005-4A Trust.

Financial Guaranty Insurance Company ("FGIC") acts as the Insurer for the Class IX-A Notes issued by the 2005-1 Trust, and Class VI-A Notes issued by the 2005-2 Trust and the Class II-A Certificates relating to the 2005-4A Trust.  Section 3.07(a) of each Indenture provides that FGIC shall be reimbursed from the flow of funds for any amounts owed to FGIC pursuant to the related Insurance Agreement, including, but not limited to, fees and expenses of counsel incurred by FGIC in connection with the Bankruptcy. Under Section 3.03(c) of each Insurance Agreement, FGIC is entitled to be paid:

> [A]ny and all charges, fees, costs and expenses that [FGIC] may reasonably pay or incur, including reasonable attorneys' and accountants' fees and expenses, in connection with (i) the enforcement, defense or preservation of any rights in respect of any of the Operative Documents,

4818-4696-1666.1

**EXHIBIT A**

# FGIC

including defending, monitoring or participating in any litigation of proceeding (including any insolvency proceeding in respect of any Transaction participant of any affiliate thereof) relating to any of the Operative Documents, any party to any of the Operative Documents (in its capacity as such a party) or the Transaction . . . .

Section 10.16 of each Amended and Restated Trust Agreement similarly provides that all such enforcement costs are reimbursable to FGIC. Under Section 3.06 of each Insurance Agreement, each Trust, as the case may be, is jointly and severally liable for all amounts due and payable to FGIC.

Section 3.05 of each Insurance Agreement provides that presentment by FGIC of a voucher or other evidence of payment is deemed prima facie evidence of the propriety thereof and the liability therefor to FGIC.

FGIC has incurred fees, costs and expenses identified in Exhibit B hereto in the aggregate amount of $252,833.13 for the period August 1, 2007, through November 30, 2007, and such amounts are properly reimbursable under the Transaction Documents (the foregoing, the "Reimbursement Amount").[1] FGIC may have incurred additional fees, costs and expenses for the above-referenced period and reserves the right to supplement this request for such period after the date hereof. FGIC hereby requests reimbursement of the Reimbursement Amount as set forth above.

FGIC is entitled to be reimbursed from any funds available in the cash flows under Section 3.07(a)(vi) of each Indenture. Please advise the undersigned of any amounts in any month that are available under Section 3.07(a)(vi) of each Indenture to reimburse FGIC for the foregoing Reimbursement Amount from the respective Trust and FGIC will advise you as to the amount necessary, if any, to be paid from such Trust in satisfaction of the Reimbursement Amount. Please do not distribute any funds, respecting the December and subsequent payment dates, in the flow of funds after Section 3.07(a)(vi) under any Indenture unless and until FGIC advises you that FGIC is fully reimbursed for the Reimbursement Amount.

---

[1] FGIC has previously submitted a reimbursement request in the amount of $227,740.36 to Deutsche Bank National Trust Company to be reimbursed from the 2005-1 Trust for fees, costs and expenses incurred from August 1, 2007 to October 31, 2007. That reimbursement request remains unpaid and therefore has been consolidated into this reimbursement request being submitted to each of the 2005-1, 2005-2 and 2005-4A Trusts.

4818-4696-1666.1



The foregoing amounts that are available to reimburse FGIC should be remitted to FGIC via wire transfer pursuant to the remittance instructions below:

**Wire Transfer Remit To:**

| | |
|---|---|
| Correspondent Bank: | JP Morgan Chase Bank, New York |
| Fed ABA No: | 021000021 |
| Beneficiary A/C No: | 904951839 |
| Beneficiary A/C Name: | FGIC Concentration |
| REF: | American Home Bankruptcy |

This request may be supplemented in the future respecting additional reimbursement amounts.

Please contact the undersigned at (212) 312-3366 with any questions or additional requirements.

FINANCIAL GUARANTY INSURANCE COMPANY, as Insurer

By: _____

Stephen Holliday
Vice President

cc:

Wells Fargo Bank, N.A.,
as Securities Administrator

[If by First Class Mail]
P.O. Box 98
Columbia, MD 21046
Attn: AHM 2005-1
       AHM 2005-2
       AHM 2005-4A

[If by Overnight]
9062 Old Annapolis Road
Columbia, MD 21046
Attn: AHM 2005-1
       AHM 2005-2

4818-4696-1666.1

FGIC AHM 2005-4

EXHIBIT A

American Home Mortgage Investment Trust 2005-1 ("2005-1 Trust")

Indenture dated as of March 23, 2005 ("2005-1 Indenture") between American Home Mortgage Investment Trust 2005-1, Issuer, Wells Fargo Bank, N.A., Securities Administrator, and Deutsche Bank National Trust Company, Indenture Trustee.

Insurance and Indemnity Agreement dated as of March 23, 2005 ("2005-1 Insurance Agreement") among Financial Guaranty Insurance Company, as Insurer, American Home Mortgage Servicing, Inc., as HELOC Servicer, American Home Mortgage Acceptance, Inc., as Seller, American Home Mortgage Securities, LLC, as Depositor, American Home Mortgage Investment Trust 2005-1, as Issuer, American Home Mortgage Investment Corp., GMAC Mortgage Corporation, as HELOC Back-Up Servicer, and Deutsche Bank National Trust Company, as Indenture Trustee.

American Home Mortgage Investment Trust 2005-2 ("2005-2 Trust")

Indenture dated as of June 22, 2005 ("2005-2 Indenture") between American Home Mortgage Investment Trust 2005-2, Issuer, Wells Fargo Bank, N.A., Securities Administrator, and Deutsche Bank National Trust Company, Indenture Trustee.

Insurance and Indemnity Agreement dated as of June 22, 2005 ("2005-2 Insurance Agreement") among Financial Guaranty Insurance Company, as Insurer, American Home Mortgage Servicing, Inc., as HELOC Servicer, American Home Mortgage Acceptance, Inc., as Seller, American Home Mortgage Securities, LLC, as Depositor, American Home Mortgage Investment Trust 2005-2, as Issuer, American Home Mortgage Investment Corp., GMAC Mortgage Corporation, as HELOC Back-Up Servicer, and Deutsche Bank National Trust Company, as Indenture Trustee.

American Home Mortgage Investment Trust 2005-4A ("2005-4A Trust")

Indenture dated as of October 7, 2005 (the "2005-4 Indenture" and, together with the 2005-1 Indenture and the 2005-2 Indenture, the "Indentures") between American Home Mortgage Investment Trust 2005-4A, Issuer, Wells Fargo Bank, N.A., Securities Administrator, and U.S. Bank National Association, Indenture Trustee.

Insurance and Indemnity Agreement dated as of October 7, 2005 (the "2005-4 Insurance Agreement" and, together with the 2005-1 Insurance Agreement and the 2005-2 Insurance Agreement, the "Insurance Agreements") among Financial Guaranty Insurance Company, as Insurer, American Home Mortgage Servicing, Inc., as HELOC Subservicer, American Home Mortgage Acceptance, Inc., as HELOC Servicer and Seller, Bear Stearns Asset Backed Securities I, LLC, as Depositor, American Home Mortgage Investment Trust 2005-4A, as Issuer, American Home Mortgage Investment Corp., GMAC Mortgage Corporation, as HELOC Back-Up Servicer, and U.S. Bank National Association, as Grantor Trustee and Indenture Trustee.

4818-4696-1666.1



## EXHIBIT B

[See attached paragraph bills of Kutak Rock LLP
and Morris, Nichols, Arsht & Tunnell LLP]

4818-4696-1666.1

# K U T A K   R O C K   L L P

**OMAHA, NEBRASKA**
Telephone (402) 346-6000
Facsimile (402) 346-1148

Federal ID 47-0597598

November 9, 2007

Check Remit To:
Kutak Rock LLP
PO Box 30057
Omaha, NE 68103-1157

Wire Transfer Remit To:
ABA # 104000016
First National Bank of Omaha
Kutak Rock LLP
A/C # 24-690470
Invoice No. 1215012
Client Matter No.: 1299301-003

Mr. Jeffrey Kert
Financial Guaranty Insurance Company
125 Park Avenue
New York, NY  10017

Re:    American Home Mortgage

For professional legal services rendered through October 31, 2007
as counsel to Financial Guaranty Insurance Company in
connection with American Home Mortgage bankruptcy,
review of American Home Mortgage sale
motion and related documents, filing objections
and analysis of related issues:

TOTAL DUE THIS STATEMENT:                           $140,815.37

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT

Fax 7142476463          Nov 27 2007 06:22pm P006/007

# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

P.O. BOX 1347
WILMINGTON, DE 19899-1347

TELEPHONE (302) 658-9200
FED. I.D. NO. 51-0081771

Financial Guaranty Insurance Co.
Jeffrey Kert, Director, Sr. Counsel
Structured Fitance
125 Park Avenue
New York, NY  10017

Invoice No. 850014
Client No. 11900
Matter No. 60309

November 9, 2007

FOR PROFESSIONAL SERVICES RENDERED and
disbursements made from August 7, 2007 through
October 31, 2007 as counsel to Financial Guaranty
Insurance Company in connection with the American Home
Mortgage bankruptcy including review of sale motion and
related documents, filing objections, analysis of legal issues,
attending depositions and attending sale hearings

$      86,924.99

DLC

# KUTAK ROCK LLP

**OMAHA, NEBRASKA**
Telephone (402) 346-6000
Facsimile (402) 346-1148

Federal ID 47-0597598

December 13, 2007

Check Remit To:
Kutak Rock LLP
PO Box 30057
Omaha, NE 68103-1157

Wire Transfer Remit To:
ABA # 104000016
First National Bank of Omaha
Kutak Rock LLP
A/C # 24-690470
Invoice No. 1221134
Client Matter No.: 1299301-003

Mr. Jeffrey Kert
Financial Guaranty Insurance Company
125 Park Avenue
New York, NY 10017

---

Re:    American Home Mortgage

For professional legal services rendered from
October 31, 2007 through November 30, 2007
as counsel to Financial Guaranty Insurance Company in
connection with American Home Mortgage bankruptcy,
review of American Home Mortgage sale
motion and related documents, filing objections
and analysis of related issues:

TOTAL DUE THIS STATEMENT:                              $25,092.77

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION AND/OR WORK PRODUCT