UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **AMERICAN HOME MORTGAGE** | ) | |
| **HOLDINGS, INC., et al.,** | ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## LIMITED OBJECTION OF THE BANK OF NEW YORK, IN VARIOUS CAPACITIES, TO NOTICE OF CURE INTERIM CURE CLAIM SCHEDULE

1.  The Bank of New York in its capacity (a) as Indenture Trustee for the American Home Mortgage Investment Trust Series 2004-4 Mortgage-Backed Notes, and (b) as Master Servicer, Securities Administrator and Custodian for the GSAA Home Equity Trust 2006-6 Asset Back Certificates Series 2006-6 and the GSAA Home Equity Trust 2006-9 Asset Back Certificates Series 2006-9[1] (the "Claimant"), hereby files this limited objection to the Debtors' Notice of Interim Cure Claim Schedule. Reference is hereby made to the Proof of Cure Claim and Estimate of Transfer Cost Claim filed herein by Claimant on or about November 29, 2007 (the "Cure Claim")

2.  Claimant hereby incorporates by reference paragraphs 1-3 and 8-9 of the Cure Claim, including the reservations of rights noted in paragraphs 8 and 9.

---

[1] The Bank of New York is successor to JPMorgan Chase Bank, National Association, as Master Servicer, Securities Administrator and Custodian for the 2006-6 Certificates (as defined below) and the 2006-9 Certificates (as defined below).

500197627v1

3. The address to which all notices to the Claimant should be addressed is:

> The Bank of New York
> 101 Barclay Street, 8W
> New York, New York 10286
> Attn: Martin Feig
>
> with a copy to:
>
> Pillsbury Winthrop Shaw Pittman LLP
> 1540 Broadway
> New York, New York 10036
> Attention: Leo T. Crowley, Esq.

Dated: December 26, 2007

> RICHARDS, LAYTON & FINGER, P.A.
>
> By: */s/ Russell C. Silberglied/*
>
> Russell C. Silberglied (3462)
> Christopher Samis (4909)
> One Rodney Square
> 920 North King Street
> Wilmington, Delaware 19801
> (302) 651-7700
>
> -and-
>
> PILLSBURY WINTHROP SHAW PITTMAN LLP
> Leo T. Crowley
> Margot P. Erlich
> 1540 Broadway
> New York, New York 10036
> (212) 858-1000
>
> Attorneys for The Bank of New York,
> in various capacities

2

500197627v1