IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :   Chapter 11
                                                               :
AMERICAN HOME MORTGAGE                                         :   Case No. 07-11047-CSS
HOLDINGS, INC., a Delaware corporation, et al.,                :
                                                               :   Jointly Administered
        Debtors.                                               :
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

      Ann Jerominski, RP, being duly sworn according to law, deposes and says that she is employed as a Registered Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 26th day of December, 2007 she caused a copy of the following to be served on the attached list as indicated:

- **Limited Objection of the Bank of New York, in Various Capacities, to Notice of Cure Interim Cure Claim Schedule**

Dated:  December 26, 2007
         Wilmington, Delaware

                                                _____
                                                Ann Jerominski, RP
                                                Registered Paralegal
                                                RICHARDS, LAYTON & FINGER, P.A.
                                                920 North King Street
                                                P. O. Box 551
                                                Wilmington, DE  19899
                                                (302) 651-7700

      SWORN TO AND SUBSCRIBED before me this 26th day of December, 2007

                                                _____
                                                Notary Public

                                                BARBARA J. WITTERS
                                                Notary Public - State of Delaware
                                                My Comm. Expires Mar. 13, 2009

RLF1-3238397-1

**In re: American Home Mortgage Holdings, Inc.**
**Case No.: 07-11047 (CSS)**
**Service List**

*Via First Class Mail*

American Home Mortgage Holdings, Inc.
Attention: Alan Horn, General Counsel
538 Broadhollow Road
Melville, NY 11747

*Via Hand Delivery*

Pauline K. Morgan
Matthew B. Lunn
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

*Via First Class Mail*

Jeffrey M. Levine
Milestone Advisors LLC
1775 Eye Street, NW, Suite 800
Washington, DC 20006

*Via First Class Mail*

Mark S. Indelicato
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022

*Via Hand Delivery*

Bonnie Glantz Fatell
Blank Rome LP
1201 Market Street, Suite 800
Wilmington, DE 19801

*Via Hand Delivery*

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19801

*Via First Class Mail*

Erica M. Ryland
Scott J. Friedman
Jones Day
222 East 41st Street
New York, NY 10017

*Via Hand Delivery*

Victoria Counihan
Greenberg Traurig
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

*Via Hand Delivery*

Joseph M. McMahon
Office of the United States Trustee
844 King Street, Suite 2207 - Lockbox 35
Wilmington, DE 19801

*Via First Class Mail*

Margot B. Schonholtz
Scott D. Talmadge
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596

RLF1-3228773-1