# EXHIBIT B

Wells Fargo Funding, Inc.
3601 Minnesota Drive, Suite 200
MAC: X4701-01A
Bloomington, MN 55435



Thursday, November 20, 2003

American Home Mortgage
520 Broadhollow Road,
Melville, NY 11747

Attention:    Dave Boberg

RE:    Amendment to the Loan Purchase Agreement (the "Agreement") dated as of July 6, 1996, between Wells Fargo Funding, Inc. ("Wells Fargo") and American Home Mortgage ("Seller")

Dear Dave Boberg

This letter represents an amendment (the "Amendment Letter") to the above-referenced Agreement providing for Seller's participation in Wells Fargo's ZIP Fund Program, effective as of November 28, 2001 (the "Effective Date"). The Agreement, any Commitment Letter issued pursuant thereto, the Seller Guide as amended from time to time, and any other documents relating to the sale and purchase of any Mortgage Loan are collectively referred to herein as the "Instruments". Any capitalized term used in this Amendment Letter and not otherwise defined shall have the meaning set forth in the Seller Guide.

The Instruments are amended as follows:

1.   **Document Delivery Prior to Purchase.** Notwithstanding the delivery procedures and requirements found in Seller Guide Section 505, as of the effective date, prior to purchase, Wells Fargo will allow the Seller to deliver in accordance with the requirements of The Enhanced Delivery ZIP Fund Operational Document (see "Exhibit B").

2.   **Seller Review of Mortgage Loan Documents.** The Seller agrees, in exchange for the right to deliver only the ZIP Fund dataset (hereinafter referred to as dataset see "Exhibit A") and ZIP Fund Loan File (see "Exhibit B") to Wells Fargo prior to purchase, to review each applicable complete Closed Loan Package for compliance with Wells Fargo's Underwriting Guidelines and Wells Fargo's Closed Loan Package requirements. The Seller hereby represents and warrants that as of the purchase date of any ZIP Fund Loan such Closed Loan Package meets all Seller Guide requirements including the Wells Fargo Master Servicing Guide, Mortgage Servicing Contract, and Accepted Servicing Practices, except as modified by this Amendment Letter, and that all hazard insurance and tax information is valid.

Seller represents and warrants that:

i. Seller has obtained a title commitment/binder or short form title insurance policy insuring the Mortgage Loan being delivered;

ii. all conditions in the title commitment/binder have been met so that the Mortgage Loan delivered is a valid first lien on the mortgaged property

iii. the commitment number, name of the insurer, and name of title agent that insured the commitment is contained in the dataset delivered

3. **ZIP Fund Mortgage Loans.** Wells Fargo will only consider for purchase under the ZIP Fund Program, Mortgage Loans that do not require underwriting by Wells Fargo. All ineligible mortgage loan products are listed in Exhibit "B" to this Amendment Letter in the "Program Notes" section, which Wells Fargo may add to or delete from at its sole discretion.

4. **Wells Fargo Pre-Purchase Review.** Wells Fargo will determine whether to purchase a ZIP Fund Mortgage Loan based on a review of the dataset and the ZIP Fund Loan File. If the data provided or the documents in the file, in Wells Fargo's sole judgment, are not sufficient, Wells Fargo will notify the Seller and either require the Seller to make corrections via hard copy document(s) or deliver to Wells Fargo a complete Closed Loan Package. If the Seller fails to make required corrections or deliver within the applicable time period, Wells Fargo may assess acquisition suspense penalties, late delivery charges or pair-offs as outlined in Section 400 of the Wells Fargo Funding Seller Guide.

5. **The Seller as Custodian.** Seller will hold the remainder of the Closed Loan Package (hereafter referred to as the Retention Document file) as custodian for Wells Fargo according to the terms and conditions and subject to the representations and warranties and standard of care set forth for document custodians in the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, and the Federal National Mortgage Association (collectively, the "Agencies") Seller Guides, as such are amended from time to time. The Seller shall retain the Retention Document files until Wells Fargo releases the Seller as custodian or until applicable law or regulations of the Agencies allow the Seller to destroy the Retention Documents. Prior to such time, Seller shall not deliver the Retention Documents to any third party (other than a third party that is a wholly-owned subsidiary of Wells Fargo or a parent company of Wells Fargo) or except as authorized in writing by Wells Fargo. The Seller shall act only as a custodian for Wells Fargo and shall not be deemed to be a representative or otherwise an agent of or for Wells Fargo with respect to the Retention Documents

6. **Reconciliation Items.** This section has been deleted. Refer to section 560.04 of the seller guide.

7. **Repurchase Obligation.** If the Seller fails to resolve any document deficiency within 60 calendar days of notification, or in the event of loss or destruction of any document or the entire package, the Seller must immediately repurchase the Mortgage Loan upon Wells Fargo's written demand, pursuant to the Repurchase Procedures set forth in the Seller Guide. Any failure on the Seller's part to repurchase any Mortgage Loan upon Wells Fargo's demand as set forth in this Amendment Letter shall, at Wells Fargo's option, constitute an Event of Default under the Instruments. In accordance with the Loan Purchase Agreement and Seller's Guide, Wells Fargo reserves the right to deduct from the purchase price of any Mortgage Loan that Wells Fargo purchases from the Seller any and all amounts owed to Wells Fargo by the Seller in connection with this Repurchase Obligation

Wells Fargo Funding, Inc.
Page 3 of 4

8. **Operational Document.** Attached to this Letter Amendment as Exhibit "B" is the Operational Document outlining the Program Parameters and Performance Standards that may be amended by Wells Fargo from time to time. The Seller's failure to meet Performance Standards, at Wells Fargo's sole discretion, may result in termination of the Seller's ZIP Fund Program approval. Penalties will not be assessed to the client until March 1st, 2004.

9. **Due Diligence Audit.** If at any time during the term of this Amendment Letter, a loan submitted by the Seller under the ZIP Fund Program is targeted for a due diligence audit, upon notice from Wells Fargo, the Seller shall deliver the entire Retention Document File to a designated location within seven (7) calendar days. If the Seller fails to deliver the entire Retention Document File within required timeframe, Seller will be assessed a fee as set forth in the Program Penalties Section of Exhibit "B".

10. **Post Purchase Ad hoc Document & File Requests.** At any time during the term of this Amendment Letter, Wells Fargo may request individual documents or complete Retention Document files for loans submitted by the Seller under the ZIP Fund Program for review. Upon notice from Wells Fargo the Seller shall deliver the requested files or documents to a designated location within seven (7) calendar days. If the Seller fails to comply within seven (7) calendar days, Seller will be assessed a fee as set forth in the Program Penalties Section of Exhibit "B".

11. **Quarterly Audit File Request.** Each quarter, Wells Fargo Enhanced Delivery Department will request 1-10% of loans purchased from the Seller under the Zip Fund Program for audit. Upon notice from Wells Fargo, the Seller shall deliver the entire Retention Document File to a designated location within 30 calendar days. If the Seller fails to deliver the entire Retention Document File within required timeframe, Seller will be assessed a fee as set forth in the Program Penalties Section of Exhibit "B". Wells Fargo will review, within 30 calendar days of receipt, the complete Retention Document File for completeness and data accuracy.

12. **Document Deficiencies.** The Seller will have seven (7) calendar days from the date of notification to correct document deficiencies identified by Wells Fargo during audits or reviews outlined in paragraphs 9, 10 and 11. If the Seller fails to correct document deficiencies within seven (7) calendar days of notification, Seller will be assessed a fee as set forth in the Program Penalties Section of Exhibit "B".

13. **Continuation of Obligations.** Except as specifically amended by this Amendment Letter, the Seller is not released from any obligation to Wells Fargo under the terms of the Instruments, and the Loan Purchase Agreement remains in full force and effect. Seller affirms an ability and willingness to make continuing additions or corrections regarding the dataset as required by Wells Fargo.

14. **MI/Pool Claims.** The Seller shall indemnify Wells Fargo and hold it harmless and make whole against any losses, damages, penalties, fines, forfeitures, reasonable and necessary legal fees and related costs, judgments, and other costs and expenses resulting from the Seller not being able to provide the required loan documentation to meet the requirements of Investors/Agencies and/or Mortgage Insurers. Seller may be required to repurchase if investor is required to repurchase because of failure to deliver.

Last Updated: 8/26/03                                                          Zip Fund Addendum

Wells Fargo Funding, Inc.
Page 4 of 4

15. **Termination or Amendment of the ZIP Fund Program** Wells Fargo may unilaterally terminate this Amendment Letter at any time by written notice to the Seller. Any termination or suspension of the Agreement will automatically terminate this Amendment Letter. All obligations as to loans delivered prior to termination shall survive termination of this addendum or any of the Instruments. Wells Fargo may unilaterally amend the terms and parameters of the ZIP Fund Program by providing Seller with 30-calendar day's advance written notice of the terms of the amendment.

16. **Terminated/Inactivated Clients.** If Seller's Loan Purchase Agreement is terminated or Seller becomes inactive, Seller will immediately be suspended from the ZIP Fund Program. All loans in-house will be required to meet the standard delivery procedures found in Seller Guide Section 505. All outstanding Retention Document file packages will be requested and must be received within fourteen (14) calendar days of written request.

17. **Program Utilization.** If Seller does not deliver loans under the ZIP Fund Program for a six (6) month period, the Seller will be immediately suspended from the program. All outstanding Retention Document file packages will be requested and must be received within fourteen (14) calendar days of written request.

By signing and returning this Amendment Letter to Wells Fargo, the Seller agrees to the terms of this Amendment Letter. Please cause an Authorized Officer to execute the enclosed duplicate original hereof and return it to the attention of the undersigned at the address set forth above.

Sincerely,

By _____Michael E. Wade_____

Title _____Senior Vice President_____

CONSENTED AND AGREED TO THIS __24__ DAY OF __February__, 20__04__:

American Home Mortgage

By _____(SEAL)

Name _____Roger L. H_____

Title _____LV_____

cc    Stacey Krieg

Last Updated: 8/26/03                                   Zip Fund Addendum



# Enhanced Delivery:
## ZIP Fund Operational Document
Exhibit "B" to the Loan Purchase Agreement Addendum

## *Program Description*

The ZIP Fund Program is designed to offer delivery flexibility to our clients. Wells Fargo Funding will purchase fixed-rate Conforming Conventional and Non-Conforming Conventional loans from preferred Correspondent clients based on the receipt and review of a reduced document file, referred to as the ZIP Fund Loan File (outlined below), and an electronic dataset containing additional information required to underwrite and service the loan. Government loans may be eligible for purchase based on the successful implementation and performance of conventional loans. A decision to purchase will be based on the successful input of loan data into Wells Fargo proprietary systems and the review of applicable Collateral documents to ensure compliance with Wells Fargo and Investor Guidelines.

Seller will retain, as custodian for Wells Fargo, those documents listed on the "ZIP Fund Retention Documentation Checklist" (Exhibit F). This portion of the file will be referred to as the Retention Document file throughout the remainder of this document.

## **Program Notes**

- Approved Sellers are required to submit all eligible and approved loan products under the ZIP Fund Program.

- The following loan products are *not* eligible for this program: Texas Refinance Loans, CA 2-4 unit properties, Prior Approval Loans/Loans requiring full underwrite by Wells Fargo, Buydowns, CEMs, Conforming Conventional ARM Loans, Best Effort Balloon Loans, Rural Economic Community Development (RECDs), Emerging Markets National Program (EMNP), Georgia Property, and Builder's Choice loans. Loans not eligible for the program may be submitted under the Standard Delivery Program.

- All documents and files must be delivered to Wells Fargo at Seller's expense.

## **Data Requirements**

- Seller must provide required ZIP Fund Dataset ("dataset") to the Wells Fargo Funding Enhanced Delivery Department. This dataset must display data as outlined in Exhibit "A" and be delivered via the secure Lenders' Alliance website.

- If, prior to purchase, Wells Fargo determines that the dataset is incomplete or incorrect, the loan will be suspended. The Purchase Clearing Department will notify the Seller of any additional documentation required to clear the loan.

## *Documentation Requirements*

- ZIP Fund Loan File (hereinafter referred to as "Loan File") must always include original Note; the Assignment to Wells Fargo Home Mortgage, Inc; any applicable Interim Assignments; any necessary Wire Instructions/Bailee Letter, Powers of Attorney, Loan Modifications and/or Name Affidavits. Nonconforming loans require the following additional documentation to be included in the folder: Mortgage or Deed of Trust, Title Commitment with Schedule B and final executed HUD-1.

## *Delivery Procedures*

- The Loan File, as described in the Documentation Requirements Section above, for each loan must be bound together in a pocket folder. Wells Fargo Commitment Number and the Seller Loan Number must be referenced on the front of each pocket folder.

- Inventory Log (Exhibit "E") must be placed in each box. The Inventory Log can be acknowledged upon request.

- Seller must coordinate the arrival of the Loan File from the Warehouse Bank with the arrival of the dataset. **Note:** File will be defined as "received" against the Commitment upon receipt of the dataset and Loan File.

## *Access to, Possession and Delivery of Retention Documents*

- The Seller agrees Wells Fargo may, at any time during normal business hours have access to and/or take possession of the Retention Documents. The Seller also agrees it will provide any retention documents or files required by Wells Fargo to a designated location within seven (7) calendar days of written request. For Retention Document files requested for Quarterly Audit purposes, the delivery deadline is extended to 30 calendar days from date of request.

## *Program Performance and Quality Assurance Standards*

- Failure to correct trending data field errors, regardless of overall data accuracy rating, may result in the Seller being removed from the ZIP Fund Program.

- On a quarterly basis, Wells Fargo will conduct an audit of 1-10% of Retention Document files for loans purchased from the Seller under the Zip Fund program. Operations analysts will review each file within 30 calendar days of receipt. If the Seller does not maintain Performance Standards, the percentage of files requested will be increased. If the audit for the following quarter does not show satisfactory improvement, Seller will be recommended for removal from the program.

- Seller must maintain a minimum data accuracy rating of 98% and a suspense rate of no more than 20%. Feedback will be provided to the Seller regarding data and document deficiencies. Wells Fargo Operations Management and Wells Fargo Sales Manager will work with Seller to improve performance. If satisfactory improvement is not noted within a designated period of time, ZIP Fund Program approval may be terminated.

- 98% of Retention Document files selected for Quarterly Audit must be delivered to Wells Fargo within 30 calendar days of written request. If standard is not met and satisfactory improvement is not noted within a designated period of time, penalties may apply and ZIP Fund Program approval may be terminated.

- Retention Documents or files required through ad hoc requests must be delivered to Wells Fargo within seven (7) calendar days of written request. If standard is not met and satisfactory improvement is not noted within a designated period of time, penalties may apply and ZIP Fund Program approval may be terminated.

- Seller will receive a weekly, monthly and quarterly summary report outlining data accuracy. These reports will also outline any trending data deficiencies requiring correction by Seller.

- Seller will receive a weekly summary report outlining Document deficiencies.

## *Penalties*

- The dataset and Loan File must be received by the Commitment Delivery Expiration Date. The Standard Late Delivery Penalty or Extension Fee will be net funded from the wire if dataset and Loan File are not received by this date. Wells Fargo will *not* track the number of loans received after the Commitment Delivery Expiration Date as the standard fees apply.

- The Standard Late Correction Penalty will be assessed if the Loan File or data deficiencies are not cleared within required time frame. Standard Late Correction Penalty will be net funded from wire.

- Special Handling Fees may be assessed or Contract may be revised if Seller fails to meet and maintain the Performance Standards and Delivery Procedures outlined in this document.

- Seller is responsible for any penalties or losses incurred due to Incorrect tax, MI or insurance information provided via dataset. Wells Fargo Home Mortgage Servicing will bill Seller for these penalties.

- Seller is responsible for all MI payments prior to first due Wells Fargo for conventional loans. The escrow account will NOT be adjusted to pay the interim MI.

- Wells Fargo will net fund all FHA Mortgage Insurance funds on amortized loans; however, there are two exceptions to this policy:

    1.) If the loan is seasoned, the Seller will be responsible for remitting to the Department of Housing and Urban Development all FHA MI premiums which are owing prior to the first payment due to Wells Fargo Funding. A payment history will be required to show evidence of payment. If the payment history does not reflect the FHA MI payments, the loan will be suspended for evidence of payment.
    2.) If the Seller requires a blanket exception wherein the client pays all FHA MI premiums on amortized loans, this exception must receive approval from their Regional Sales Manager and the New Loan Reconciliation Department.

- The seller will have seven (7) calendar days from the date of notification in which to correct document deficiencies identified by Wells Fargo during any file review. If the Seller fails to make the necessary corrections within the allotted timeframe, a fee will be assessed based on the following schedule:

## Document Deficiencies

{Document deficiencies found during file reviews must be resolved within seven (7) calendar days of notification.}

| Calendar Days Outstanding from Notification | Fee Associated |
|---|---|
| 0 – 7 | $0.00 |
| 8 – 12 | $50.00 |
| 13 – 22 | $100.00 |
| 23 – 52 | $300.00 |
| 53 – 82 | $1,000.00 |
| 82 + | Repurchase Requested |

## Quarterly Audit File Request

{Retention Document Files required for Quarterly Audit purposes are due within 30 calendar days of request}

| Calendar Days Outstanding after Due Date | Fee Associated |
|---|---|
| 0 – 7 days after due date expired | $0.00 |
| 8 – 14 days after due date expired | $50.00 |
| 15 – 44 days after due date expired | $100.00 |
| 45 – 88 days after due date expired | $300.00 |
| 89 – 132 days after due date expired | $1,000.00 |
| 132 + days after due date expired | Repurchase Requested |

## Ad Hoc File Requests

{Retention Documents and Files required for purposes other than Quarterly Audit must be delivered within seven (7) calendar days of notification.}

| Calendar Days Outstanding from Request | Fee Associated |
|---|---|
| 0 – 7 | $0.00 |
| 8 – 12 | $50.00 |
| 13 – 22 | $100.00 |
| 23 – 52 | $300.00 |
| 53 – 82 | $1,000.00 |
| 82 + | Repurchase Requested |

- Seller will be billed for the outstanding fees on a monthly basis. Seller will have 30 calendar days from date of invoice to pay all outstanding fees. If fees are not received within 30 calendar days, Wells Fargo will net fund all outstanding fees from Seller's next purchase wire. A spreadsheet outlining outstanding loan level fees and total fees will be sent to Seller at the end of each month—in addition to the Financial Processing Department's invoice.

## *Pre-Program Implementation: Testing*

- Clients who have not regularly delivered loans to Wells Fargo for purchase under the Standard Delivery Program or another Enhanced Delivery Program within the last 90 calendar days must complete the New Client Validation phase. During this phase, the Seller submits a minimum of 50 complete Closed Loan Files (as outlined in the Seller Guide) for purchase consideration, and must include a corresponding dataset for each loan. Once the loan has been reviewed under the Standard Delivery procedures and approved for purchase, the Closed Loan File will be compared to the dataset. Enhanced Delivery analysts will conduct this comparison with seven (7) days of purchase approval.

- Lenders who have been delivering regularly to Wells Fargo over the last 90 days may opt to participate instead in the Existing Client Upgrade phase. During this phase, Wells Fargo selects a minimum of 50 of the Seller's previously purchased loans, and the Seller provides corresponding datasets. Enhanced Delivery analysts will compare these files and datasets within seven (7) days of receipt.

- Loans will be reviewed according to current review procedures. Operations will review the test dataset against full loan files selected for data integrity.

- Seller must meet 98% data accuracy rating (calculated as the number of data errors to the average number of data errors possible on a per loan basis) over the course of the test. The testing period will continue until the Seller has demonstrated the ability to consistently provide an accurate and complete dataset. Note: Any dataset exhibiting trending data field errors, regardless of overall data accuracy rating, will not be allowed to implement ZIP Fund until necessary corrections are made.

- At the end of the initial test period, Wells Fargo Funding will forward results to the Seller. Wells Fargo Funding will decide if testing must be continued. Decision will be communicated to Seller via their Sales Manager.

- Seller will provide a contact for ongoing maintenance and dataset updates as required under paragraph 13 - Continuation of Obligations of the ZIP Fund Addendum.