## CERTIFICATE OF SERVICE

I, Karen C. Bifferato, hereby certify that on this 27th day of December, 2007, I caused a true and correct copy of the foregoing to be served upon the individuals set forth below in the manner indicated.

_____
Karen C. Bifferato (#3279)

## VIA HAND DELIVERY
James L. Patton, Jr., Esquire
Joel A. Waite, Esquire
Pauline K. Morgan, Esquire
Sean M. Beach, Esquire
Matthew B. Lunn, Esquire
Patrick A. Jackson, Esquire
Young, Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

## VIA FACSIMILE
Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

583507