IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------- x
In re                                           :
                                                : Chapter 11
American Home Mortgage Holdings, Inc.,          :
*et al.*                                        : Case No. 07-11047 (CSS)
                                                : (Jointly Administered)
Debtors.                                        :
                                                : Relates to Docket No. 2395
                                                : Objection Deadline: December 27, 2007 at 4 p.m.
                                                : Hearing Date: January 4, 2008 at 11 a.m.
----------------------------------------------- x

### RESERVATION OF RIGHTS OF MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC WITH RESPECT TO MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 554 AUTHORIZING THE (I) ABANDONMENT AND DESTRUCTION OF CERTAIN DUPLICATE MORTGAGE LOAN FILES OR (II) RETURN OF MORTGAGE LOAN FILES TO THE OWNER OF SUCH LOANS UPON PAYMENT OF REASONABLE COSTS AND EXPENSES

Morgan Stanley Mortgage Capital Holdings LLC, successor-in-interest by merger to Morgan Stanley Mortgage Capital Inc. ("Morgan Stanley"), hereby files this reservation of rights with respect to the Motion of the Debtors For An Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses, dated December 14, 2007 (the "Motion"). As it is drafted, the Motion does not make clear what specific mortgage loan files are subject to the Motion and, more particularly, whether any of the mortgage loan files covered by the Stipulation and Agreement Between the Debtors and Morgan Stanley (see Adv. Pro. No. 07-51690 (CSS); dkt. 14) (the "Stipulation") are subject to the Motion. For example, pursuant to the terms of the Stipulation, the Debtors are required to deliver certain trailing collateral documents to Morgan Stanley. Numerous of these documents have yet to be delivered. Although Morgan Stanley has been working with the Debtors to confirm that none of the mortgage loan files covered by the Stipulation are subject to the Motion, Morgan Stanley has not received adequate confirmation as

of the objection deadline. Accordingly, and out of an abundance of caution, Morgan Stanley hereby files this reservation of rights to ensure that, to the extent any of the mortgage loan files covered by the Stipulation are subject in the Motion, the Motion will not affect any of Morgan Stanley's rights to receive such files pursuant to the terms of the Stipulation.

Dated: December 27, 2007

**ASHBY & GEDDES, P.A.**

*/s/ William P. Bowden*

William P. Bowden (I.D. #2553)
Don A. Beskrone (I.D. #4380)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Lee S. Attanasio
Teresa H. Chan

*Counsel for Morgan Stanley Mortgage Capital Holdings LLC*

186889.1