# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------ x | |
| In re: : | |
| : | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS INC., : | Case No. 07-11047 (CSS) |
| a Delaware Corporation, et al., : | (Jointly Administered) |
| : | |
| Debtors. : | Objection Deadline: |
| : | December 27, 2007 at 4:00PM |
| : | |
| : | Hearing Date: |
| : | January 4, 2008 at 11:00AM |
| : | |
| : | Re: Docket No. 2395 |
| : | |
| ------------------------------------------------------------ x | |

## OBJECTION OF TRIAD GUARANTY INSURANCE CORP. TO MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 554 AUTHORIZING THE (I) ABANDONMENT AND DESTRUCTION OF CERTAIN DUPLICATE MORTGAGE LOAN FILES OR (II) RETURN OF MORTGAGE LOAN FILES TO THE OWNER OF SUCH LOANS UPON PAYMENT OF REASONABLE COSTS AND EXPENSES

Triad Guaranty Insurance Corp. ("Triad"), by and through its undersigned counsel, hereby objects to Debtors' Motion for an Order pursuant to 11 U.S.C. §§ 105, 363 and 554 authorizing the (I) abandonment and destruction of certain duplicate mortgage loan files or (II) return of mortgage loan files to the owner of such loans upon payment of reasonable costs and expenses (the "Motion") (D.I. 2395) and in support of its objection, states as follows:

### BACKGROUND

1.      On August 6, 2007 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtors are operating their businesses as Debtors in Possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On November 5, 2007, Debtors, American Home Mortgage Investment Corp. and American Home Mortgage Servicing, Inc. filed an adversary complaint against Triad, captioned as <u>American Home Mortgage Investment Corp. and American Home Mortgage Servicing, Inc. v. Triad Guaranty Insurance Corp.</u>, Case No. 07-51747 (CSS) ("Adversary Proceeding").

3. Debtors brought a breach of contract and declaratory judgment action against Triad in the Adversary Proceeding. Specifically, Debtors contend that Triad "unjustifiably refuses to honor valid claims American Homes submitted under its policy" with Triad. Triad had rescinded and/or declined coverage with regard to 14 defaulted loans after Triad had learned of irregularities in the origination of the defaulted loans, including, without limitation, improper appraisals, misrepresentations by borrowers and incomplete loan applications.

4. On December 14, 2007, the Debtors filed the Motion, seeking authorization to abandon and destroy original hard copy files of certain of the Debtors' mortgage loan files, including, presumably, files allegedly insured by Triad and the subject of the Adversary Proceeding.

**OBJECTION**

5. All files relating to loans alleged to be insured by Triad are relevant to the Adversary Proceeding. Destruction of such files would likely prejudice Triad's ability to defend against the Adversary Proceeding brought by the Debtors.

6. Debtors seek to destroy approximately 490,000 original Hard Copy Loan Files[1] contending that since September of 2005, these Hard Copy Loan Files have been imaged into E-Loan Files. Nevertheless, to the extent that these Hard Copy Loan Files sought to be destroyed relate to mortgages allegedly with Triad insurance policies, Debtors are unable to

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

confirm that the entire file has been electronically stored. Moreover, the original hard copies are the best evidence for purposes of the Adversary Proceeding.

7. Accordingly, destruction of any Hard Copy Loan Files relating to any mortgage allegedly insured by Triad is prejudicial to Triad's ability to defend the Adversary Proceeding.

WHEREFORE, Triad Guaranty Insurance Corp. respectfully requests that the Court (i) deny the Motion to the extent that the Debtors seek to destroy any files or records relating to mortgages allegedly insured by Triad; and (ii) grant Triad Guaranty Insurance Corp. such other and further relief as the Court deems just and proper.

Dated: December 27, 2007

WOMBLE CARLYLE SANDRIDGE & RICE
*A Professional Limited Liability Company*

/s/ Kevin J. Mangan
Kevin J. Mangan (Del Bar No. 3810)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Tel.: (302) 252-4363
Fax: (302) 661-7728

Richard T. Rice, Esq.
Womble, Carlyle, Sandridge & Rice
One West Fourth Street
Winston-Salem, North Carolina 27101

Garth Gersten, Esq.
Womble Carlyle Sandridge & Rice, PLLC
2530 Meridian Parkway, Suite 400
Research Triangle Park, North Carolina 27713

*Counsel for Triad Guaranty Insurance Corp.*