**CERTIFICATE OF SERVICE**

**I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on December 27, 2007 upon:**

**Robert Brady, Esq.**
**John T. Dorsey, Esq.**
**Sharon Zieg, Esq.**
**Young Conaway Stargatt & Taylor**
**The Brandywine Building**
**1000 West Street, 17th Floor**
**Wilmington, DE 19801**

**Susheel Kirpalani, Esq.**
**James C. Tecce**
**Quinn Emanuel Urquhart Oliver & Hedges LLP**
**51 Madison Avenue**
**New York, NY 10010**

Under penalty of perjury, I declare that the foregoing is true and correct.


\_\_12/27/2007_____        _____/s/ Heidi E. Sasso_____
Date                                                     Heidi E. Sasso

```
Document #: 41517
WCSR  3807928v1
```