IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | (Jointly Administered) |
| Debtors. | |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

   Michael V. Girello, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, attorneys for JPMorgan Chase Bank, N.A. in the above referenced cases, and on the 27th day of December, 2007, he caused a copy of the following:

**OBJECTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
TO DEBTORS' MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363
AND 554 AUTHORIZING THE (I) ABANDONMENT AND DESTRUCTION OF
CERTAIN DUPLICATE MORTGAGE LOAN FILES OR (II) RETURN OF
MORTGAGE LOAN FILES TO THE OWNER OF SUCH LOANS
UPON PAYMENT OF REASONABLE COSTS AND EXPENSES
(Docket No. 2510)**

to be served upon the parties identified on the attached list in the manner indicated.

_____
Michael V. Girello

SWORN TO AND SUBSCRIBED before me this 27th day of December, 2007.

_____
Notary Public

CATHY A. ADAMS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 5, 2010

519.005-18962.DOC

## Service List

James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Sean M. Beach, Esq.
Matthew B. Lunn, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg.
1000 West Street, 17th Floor
Wilmington, DE 19801
(Counsel to Debtors)
*Hand Delivery*

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Co-Counsel to Official Committee
of Unsecured Creditors)
*Hand Delivery*

Thomas H. Grace, Esq.
W. Steven Bryant, Esq.
Locke Lord Bissell & Liddell LLP
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002
(JPMorgan Chase Bank, N.A.)
*First Class Mail*

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*

Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022
(Co-Counsel to Official Committee
of Unsecured Creditors)
*First Class Mail*

519.005-18960.DOC