IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 Case |
| ) | |
| AMERICAN HOME MORTGAGE, INC., ) | Case No. 07-11047 (CSS) |
| A Delaware Corporation, et al. ) | |
| ) | Related to Docket No. 2395 |
| Debtors. ) | |
| ) | Objection Deadline: December 27, 2007 at 4 p.m. |
| ) | Hearing Date: January 4, 2008 at 11 a.m. |

### RESERVATION OF RIGHTS OF BEAR STEARNS MORTGAGE CAPITAL CORPORATION AND EMC MORTGAGE CORPORATION WITH RESPECT TO THE MOTION OF THE DEBTORS FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 554 AUTHORIZING THE (I) ABANDONMENT AND DESTRUCTION OF CERTAIN DUPLICATE MORTGAGE LOAN FILES OR (II) RETURN OF MORTGAGE LOAN FILES TO THE OWNER OF SUCH LOANS UPON PAYMENT OF REASONABLE COSTS AND EXPENSES

Bear Stearns Mortgage Capital Corporation ("BSMCC") and EMC Mortgage Corporation ("EMC"), hereby files this reservation of rights with respect to the Motion of the Debtors For An Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses, dated December 14, 2007 (the "Motion"). As it is drafted, the Motion does not make clear what specific mortgage loan files are subject to the Motion and, more particularly, whether any of the mortgage loan files covered by certain purchase agreements, including the Servicing Rights Purchase and Sale Agreement between certain of the Debtors and EMC dated October 19, 2007 and the Settlement Agreement between certain of the Debtors, on the one hand, and BSMCC and EMC, on the other, dated October 22, 2007 (together, the "Agreements") are subject to the Motion. Pursuant to the terms of the Agreements, the Debtors are required to deliver certain mortgage loan files including trailing collateral documents to EMC. Numerous of

these documents have yet to be delivered. Although EMC has been in discussions with the Debtors to confirm that none of the mortgage loan files covered by the Agreements are subject to the Motion, EMC has not received adequate confirmation as of the objection deadline. Accordingly, and out of an abundance of caution, EMC hereby files this reservation of rights to ensure that the mortgage loan files covered by the Agreements are not subject to the Motion and that the Motion will not affect any of EMC's rights to receive such files pursuant to the terms of the Agreements.

Dated: December 27, 2007
Wilmington, Delaware

Richard W. Riley (DE 4052)
Frederick B. Rosner (DE 3995)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:    (302) 657-4943
Facsimile:    (302) 657-4901

-and-

Geoff T. Raicht
Alex R. Rovira
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone:    (212) 839-5300
Facsimile:    (212) 839-5599

Counsel for Bear Stearns Mortgage Capital Corporation and EMC Mortgage Corporation