## IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 Case |
| | ) | |
| AMERICAN HOME MORTGAGE, INC., | ) | Case No. 07-11047 (CSS) |
| A Delaware Corporation, et al. | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Richard W. Riley, certify that I am not less than 18 years of age, and that service of a copy of the attached **Reservation of Rights of Bear Stearns Mortgage Capital Corporation and EMC Mortgage Corporation with Respect to the Motion of the Debtors for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses** was made on December 27, 2007, upon the following individuals in the manner indicated:

**Via First Class Mail, Postage Prepaid**
American Home Mortgage Holdings, Inc.
Attn: Alan Horn, General Counsel
538 Broadhollow Road
Melville, NY 11747
*(Debtors)*

**Via Hand Delivery**
Pauline K. Morgan, Esquire
Matthew B. Lunn, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
*(Counsel to Debtors)*

**Via First Class Mail, Postage Prepaid**
Milestone Advisors, LLC
Attn: Jeffrey M. Levine
1775 Eye Street, NW, Suite 800
Washington, DC 20006

**Via First Class Mail, Postage Prepaid**
Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
*(Counsel to the Official Committee of Unsecured Creditors)*

**Via First Class Mail, Postage Prepaid**
Margot B. Schonholtz, Esquire
Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
*(Counsel to Bank of America, N.A.)*

**Via Hand Delivery**
Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLC
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
*(Counsel to Bank of America, N.A.)*

**Via First Class Mail, Postage Prepaid**
Erica M. Ryland, Esquire
Scott J. Friedman, Esquire
Jones Day
222 East 41st Street
New York, NY 10017
*(Counsel to the Purchaser)*

**Via Hand Delivery**
Victoria Counihan, Esquire
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
*(Counsel to the Purchaser)*

**Via Hand Delivery**
Joseph McMahon, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801
*(US Trustee)*

**Via Hand Delivery**
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801
*(Counsel to the Official Committee of
Unsecured Creditors)*

Dated: December 27, 2007
Wilmington, Delaware

Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    rwriley@duanemorris.com