## CERTIFICATE OF SERVICE

I, Michael G. Busenkell, certify that on December 27, 2007, I caused copies of the foregoing Objection Of Calyon New York Branch To Motion For An Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing The (I) Abandonment And Destruction Of Certain Duplicate Mortgage Loan Files Or (II) Return Of Mortgage Loan Files To The Owner Of Such Loans Upon Payment Of Reasonable Costs And Expenses to be served by hand on:

> James L. Patton, Jr., Esquire
> Joel A. Waite, Esquire
> Pauline K. Morgan, Esquire
> Sean M. Beach, Esquire
> Matthew B. Lunn, Esquire
> Patrick A. Jackson, Esquire
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

_____
Michael G. Busenkell (No. 3933)

*U0011009*