## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline: January 7, 2008 at 4:00 p.m.** |
| | ) | **Hearing Date: January 14, 2008 at 2:00 p.m.** |
| | ) | |

## NOTICE OF CITIMORTGAGE INC.'S MOTION TO LIFT THE AUTOMATIC STAY AND COMPEL THE DEBTORS TO RELEASE LOAN DOCUMENTS

PLEASE TAKE NOTICE that on December 27, 2007, CitiMortgage, Inc. ("CMI") filed *CitiMortgage Inc.'s Motion To Lift The Automatic Stay And Compel The Debtors To Release Loan Documents* (the "Lift Stay Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Lift Stay Motion must be in writing, filed with the Clerk of Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **January 7, 2008 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the Lift Stay Motion will be held on **January 14, 2008 at 2:00 p.m.** before the Honorable Christopher S. Sontchi at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

1642205/1

IF NO OBJECTIONS TO THE LIFT STAY MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE STAY MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  December 27, 2007    **MORRIS JAMES LLP**

*/s/ Brett D. Fallon*
Brett D. Fallon (DE I.D. #2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware  19899-2306
Telephone:  (302) 888-6888
Facsimile:  (302) 571-1750
Email:  bfallon@morrisjames.com

-and-

Andrew J. Petrie (admitted pro hac vice)
Featherstone Petrie DeSisto LLP
600 17th Street, Suite 2400S
Denver, CO  80202-5424
Telephone:  (303) 626-7139
Facsimile:  (303) 626-7101
Email:  apetrie@featherstonelaw.com

*Attorneys for CitiMortgage, Inc.*

1642205/1