# **EXHIBIT 3**



**CitiMortgage, Inc.**
*Correspondent Lending*

## BULK PURCHASE AMENDMENT

This Bulk Purchase Amendment ("Amendment") is entered into this _11_ day of _JULY_, 2003 by and between _American Home Mortgage_ (hereinafter "Seller") and CitiMortgage, Inc. (hereinafter "Buyer").

WHEREAS, Seller and Buyer have entered into a Correspondent Agreement (hereinafter the "Agreement") dated _August 9_, _2001_; and

WHEREAS, Buyer and Seller wish to amend the Agreement to buy and sell Loans in accordance with the Agreement, this Amendment, and the Buyer's Correspondent Manual (hereinafter "Manual") and agree this Amendment shall supercede the Manual only as to items specifically addressed herein.

NOW THEREFORE, in consideration of the mutual promises, covenants, representations and warranties herein set forth, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller and Buyer agree as follows:

I. **BULK PURCHASE PROGRAM**

   Seller has been approved to sell and deliver Loans under Buyer's Bulk Purchase Program. Buyer and Seller have agreed to the following terms and conditions regarding Seller's participation in Buyer's Bulk Purchase Program.

   A. Buyer may purchase and Seller may sell pools of Loans on a bulk basis from time to time, pursuant to the terms of the Agreement, the Manual and this Amendment.

   B. With respect to each pool of Loans, a Commitment Letter, substantially in the form of Exhibit 1 (the "Commitment") will be prepared by the Buyer and delivered to the Seller within three (3) Business Days. Seller must review the Commitment and must contact Buyer within two (2) business days of Buyer's transmission of the Commitment and either execute the Commitment or further negotiate terms.

   C. No later than 11:00 a.m. Central Time on the Delivery Date specified on the Commitment, Seller shall make the complete Loan file, the contents of which are defined in Exhibit 5 ("Contents of Each Mortgage File") for each Loan available for review by Buyer (or Buyer's designee) at Buyer's office or other location agreed upon by Buyer and Seller. At Buyer's option, Buyer (or Buyer's designee) shall review any or all such Loan files to determine whether the corresponding Loan(s) are acceptable for purchase by Buyer. Whether or not Buyer chooses to review the Loan files before or after Closing Date or includes a Loan for purchase after review shall have no effect on the representations and warranties given by Seller or Buyer's right to demand repurchase or other relief as provided in the Agreement, the Manual or this Amendment. Promptly after any review, Buyer will inform Seller of any Loans that are not acceptable for purchase. Buyer shall have the option of allowing the Seller to cure the deficiency (ies) or may allow Seller to substitute one or more Loans subject to Buyer's approval.

Revised 6/16/03

D. Seller agrees that delivery to Buyer is mandatory. Furthermore, Seller acknowledges its obligation to deliver Loans acceptable for purchase by Buyer in an aggregate principal amount at least equal to the amount specified in the Commitment. To the extent Seller fails to deliver such amount by such time, Seller must pay Buyer a Pair Off amount as calculated below. The Pair Off amount is equal to (a) the difference between the interpolated dollar price of current coupon FNMA Securities in effect on the Commitment date and the date of the Pair Off, including any mutually agreed upon non-conforming spread tightening as determined by the Buyer and Seller, multiplied by (b) any deficiency of the aggregate principal amount delivered pursuant to the applicable Commitment. If there is no loss due to spread or price differential, Buyer will not assess a Pair Off fee.

E. On the Closing Date as defined in the Commitment, Buyer shall purchase the Loans that are acceptable for purchase as determined by Buyer. The Purchase Price shall be calculated as set forth in the Commitment. If Seller substitutes Loans prior to Closing Date, Buyer may adjust the aggregate Purchase Price to reflect substitute Loans. Buyer shall prepare and forward a mutually agreeable Term Sheet to Seller, in a form substantially similar to Exhibit 2 ("Term Sheet"), prior to Closing Date reflecting the terms of the funding schedule.

F. In the event the Transfer date is on the Closing Date, the Loans shall be transferred in accordance with Exhibit 3 ("Transfer Procedures").

G. In the event the Loans will be interim serviced for Buyer, Seller shall service the Loans in accordance with Exhibit 4 ("Interim Servicing"), and shall transfer the Loans at the Transfer Date as defined in and in accordance with Section F, above.

H. The parties agree that all terms and conditions negotiated for each pool of loans purchased on a bulk basis pursuant to this Amendment shall be kept confidential and shall not be released or revealed to any third party without the prior express written consent of the other party.

I. Seller represents and warrants that the Loans were originated by the Seller or by a savings and loan association, a savings bank, a commercial bank or similar banking institution which is supervised and examined by a federal or state authority, or by a mortgagee approved as such by the Secretary of HUD;

J. Seller represents and warrants that none of the Loans are classified as (a) "high cost" loans under the Home Ownership and Equity Protection Act of 1994 ("HOEPA"), or (b) "high cost," "threshold," or "predatory" loans under any other applicable state, federal or local law, including any predatory or abusive lending laws, and no Loan is in violation of any state law or ordinance similar to HOEPA; and

K. Seller represents and warrants that it has complied with all applicable anti-money laundering laws and regulations, including without limitation the USA Patriot Act of 2001 (collectively, the "Anti-Money Laundering Laws"); the Seller has established an anti-money laundering compliance program as required by the Anti-Money Laundering Laws, has conducted the requisite due diligence in connection with the origination of each Loan for purposes of the Anti-Money Laundering Laws, including with respect to the legitimacy of the applicable borrower and the origin of the assets used by the said borrower to purchase the property in question, and maintains, and will maintain, sufficient information to identify the applicable borrower for purposes of the Anti-Money Laundering Laws.

L. Seller has completed the attached Exhibit 6 ("Seller's Authorized Employees") and represents and warrants that the employees of Seller identified therein are authorized to sign all necessary documents and negotiate the terms of the transactions contemplated pursuant to this Amendment. Further, Seller represents and warrants that it will promptly

Revised 6/16/03

notify Buyer of any changes, additions or deletions of names from Exhibit 6. Under no circumstances shall Seller assert that a sale of Loans under this agreement is invalid for any reason on account of it having been negotiated and consummated by an unauthorized employee of Seller.

Except as modified by this Amendment, all terms, conditions, representations and warranties of the Agreement, Manual, and any previously executed Amendments shall remain in full force and effect. Capitalized terms not otherwise defined herein shall have the meanings set forth in the Agreement, Manual or, if appropriate, other executed Amendment(s).

IN WITNESS WHEREOF, Buyer and Seller have executed this Bulk Purchase Amendment by their duly authorized officers as of the date first written above.

**CitiMortgage, Inc.**
(Buyer)

By: _____

Title: _____

By: _/s/ Michael Bo_____

MIKE BOLAND
Credit Analyst
CitiMortgage, Inc./Intermediary Management

(Seller) _/s/ Andrew Valentine_

By: _Andrew Valentine_

Title: _Sr. Vice President_

Revised 6/16/03

3 of 3