# EXHIBIT 4

citi mortgage

citigroup.

MortgageWeb < Citigroup.net H

# Guide/Manuals: Correspondent Manual Table of Contents

Section Number:
» 100 - INTRODUCTION - Revised Friday December 15 2006

Section Number:
» 200 - PROGRAM DESCRIPTIONS - Agency Products - Revised Wednesday January 31 2007
» 200 - PROGRAM DESCRIPTIONS - Community Lending Products - Revised Thursday February 08 2007
» 200 - PROGRAM DESCRIPTIONS - Non-Agency Products - Revised Thursday February 08 2007
» 200 - PROGRAM DESCRIPTIONS - Expanded Products - Revised Wednesday January 31 2007
» 200 - PROGRAM DESCRIPTIONS - Government Products - Revised Tuesday February 06 2007
» 200 - PROGRAM DESCRIPTIONS - Second Lien Products - Revised Monday February 05 2007

Section Number:
» 300 - REGISTRATION - Revised Wednesday October 25 2006

Section Number:
» 400 - DOCUMENTATION PROCESSES - Revised Wednesday January 31 2007

Section Number:
» 500 - APPRAISAL - Revised Wednesday January 31 2007

Section Number:
» 600 - CONDOMINIUM, CO-OPS & PUD PROJECTS - Revised Wednesday January 31 2007

Section Number:
» 700 - UNDERWRITING OPTIONS - Revised Wednesday January 31 2007

Section Number:
» 800 - UNDERWRITING - Revised Monday February 05 2007

Section Number:
» 900 - PRE-PURCHASE REVIEW - Revised Wednesday January 31 2007

Section Number:
» 1000 - PURCHASING - Revised Wednesday January 31 2007

Section Number:
» 1100 - CMI SELECT - Revised Tuesday September 26 2006

Section Number
» 1800 ELECTRONIC DELIVERY - Revised Tuesday September 26 2006

Section Number

» [illegible]0 - IMAGE ACCEPTANCE - Revised Tuesday September 26 2006

Section Number:
» 2100 - NEW LOAN RESEARCH - Revised Saturday August 05 2006

Section Number:
» 2200 - LEGAL - Revised Wednesday January 31 2007

Section Number:
» 2300 - GLOSSARY - Revised Saturday August 05 2006

Section Number:
» 2400 - EXHIBITS - Forms - Revised Wednesday January 31 2007
» 2400 - EXHIBITS - Quick References - Revised Friday September 15 2006
» 2400 - EXHIBITS - Miscellaneious Loan Documents - Revised Wednesday January 31 2007
» 2400 - EXHIBITS - Expanded product Loan Documents - Revised Thursday November 09 2006

citigroup
http://mortgageweb.citicorp.com/departments/channel/cor/cormanuals.shtm

Terms and Condition
Copyright © 2004 Citigrou

citimortgage

CORRESPONDENT MANUAL

TABLE OF CONTENTS

***900 - PRE-PURCHASE REVIEW*** — ***REVISED***


901 - PRE-PURCHASE REVIEW — AUGUST 2006
902 - DOCUMENTATION REQUIREMENTS — JANUARY 2007
903 - GOVERNMENT CLOSING PACKAGES — AUGUST 2006
904 - MORTGAGE INSURANCE — JANUARY 2007
905 - LIVING TRUST/INTER VIVOS REVOCABLE TRUST — AUGUST 2006
906 – CEMA/MECA — AUGUST 2006
907 - COOPERATIVES — AUGUST 2006
908 - ESCROWS — DECEMBER 2006



**PRE-PURCHASE REVIEW**

**CORRESPONDENT MANUAL** **PRE-PURCHASE REVIEW 901**

This chapter outlines the guidelines Correspondents should follow when preparing the loan file for submission to CitiMortgage. Specific requirements relating to the purchase of government loans are in a separate section.

__Note__: This does not cover all of the documents required to originate a loan by the applicable legal entity in the state in which such loan is originated. All required documents must be included in the loan package to comply with the legal and regulatory warranties set forth in the Correspondent Loan Purchase Agreement.

## LOAN FILE SUBMISSION

CitiMortgage accepts copies of all closing files – with some important exceptions. Exceptions include: the original Note (and all applicable riders/addendums), an original Allonge, original co-op documents, and CEMA documents. With the exception of these named documents, CitiMortgage accepts copies of closing documents in lieu of the original documents.

The following address is used to submit files and documents **__before your loan is purchased by CMI__**:

**CitiMortgage, Inc.**
**Attn: Correspondent Operations**
**1000 Technology Drive,**
**Mail Station 904**
**O'Fallon, MO 63368-2240**

**__Note__: Final recorded documents and final title policies are not submitted to the above address.** After CitiMortgage has purchased a loan from the Correspondent, all final recorded documents and final title policies must be sent, as they are received but no later than 120 days after purchase to:

| **__First Class Mail:__** | **__Express Mail:__** |
|---|---|
| CitiMortgage, Inc | CitiMortgage, Inc |
| Attn: Document Processing, MS 321 | Attn: Document Processing, MS 321 |
| P.O. Box 790021 | 1000 Technology Drive |
| St. Louis, MO 63179-0021 | O'Fallon, MO 63368-2240 |

An Outstanding Document Report is generated on a monthly basis. This report will keep you updated on final documents still outstanding.

Correspondents must clearly write the borrower's name, loan type (Conventional or FHA/VA), CMI's loan number, and the Correspondent's loan number on the front of the file for each loan submitted. A copy of CMI's Rate Lock Confirmation should be in every file submitted to CMI for purchase.

## SUSPENSE REPORT

Documents that are missing and/or incorrect are identified during the Pre-Purchase Review process. CitiMortgage sends a Suspense Report to advise Correspondents of the outcome. Correspondents are notified via the Web site, facsimile and/or phone regarding the deficiency. If a Correspondent has any questions or does not receive a Suspense Report within 72 hours of delivering the closed loan to CitiMortgage, he/she should check CitiMortgage's Correspondent Web site correspondent.citimortgage.com. or call the Client Relations Team at 800-967-2205 Option 1.

CitiMortgage lists all conditions, including documents that are missing, incomplete, or in need of correction, on the Suspense Report. Any unsatisfied underwriting conditions (CitiMortgage or Contract) are listed as well. All





conditions must be satisfied before CitiMortgage purchases the loan. The Suspense Report also lists the final/follow-up documents that must be forwarded to CitiMortgage after the loan is purchased.

Refer to Section 102 for addresses and fax numbers for document submission to CitiMortgage.

### DEFICIENCY CURE DEADLINE

Suspense deficiencies must be cured by the Deficiency Cure Deadline Date (latter of expiration date or 4 business days from notification) to avoid pricing adjustments as stated below.

| Days in Deficiency Status | Pricing Adjustment (Based off of calendar days) |
|---|---|
| 1 – 10 days | (.125%) |
| 11 – 20 days | (.250%) |
| 21 – 30 days | (.375%) |
| 31 – 40 days | (.500%) |
| 41 – 50 days | (.625%) |
| 51 – 60 days | (.750%) |

Loans in suspense greater than 60 days will be cancelled, returned to the Correspondent, and assessed a pair off fee. Questions may be directed to Client Relations.

**For Single Loan Mandatory Locks:**

The Deficiency Cure Deadline Date is the Rate Lock Expiration Date. Single Loan Mandatory Locks not purchasable by the Rate Lock Expiration Date will be extended based on the pricing adjustment schedule above. Standard CitiMortgage turn times require complete loan files to be received in purchasable condition 2 business days prior to the rate lock expiration date in order for the loan to be reviewed.

### CLEARING SUSPENSE CONDITIONS

Before CitiMortgage clears the loan for purchase all items listed under Suspense Detail on the Suspense Report must be corrected, and/or missing documents must be received. If an original document, or a document with an original signature, is required per the guidelines, a facsimile is not acceptable to clear the suspense condition.

### BORROWER BLANKET CHANGE AUTHORIZATION

For any document requiring changes pursuant to CitiMortgage's document review, the Correspondent must obtain the borrower's initials acknowledging the changes.

Blanket change authorizations given by borrowers for the purpose of correcting errors discovered after closing (i.e., limited power of attorney, blanket authorization letter, etc.) are not acceptable. If a CitiMortgage Reviewer indicates on the Suspense Report a Correction to Mortgage form may be used to correct errors on the security instrument or rider(s), the Correspondent must have it signed by and notarized by the borrowers and the lender, if applicable, and recorded in the appropriate county recorder's office.





## ALTERATIONS TO STANDARD FANNIE MAE/FREDDIE MAC CLOSING DOCUMENTS

The Correspondent must not alter, or add additional language to, the standard Fannie Mae/Freddie Mac closing documents, other than changing the conversion margin from five-eighths to seven-eighths for non-conforming convertible ARM loans, or to comply with local jurisdictional requirements. The Correspondent should refrain from making any other additions or alterations without prior consent from CitiMortgage.

## OUTSTANDING/FOLLOW UP DOCUMENTATION

The timely receipt of post purchase documentation is critical to minimizing expenses as well as meeting our final pool certification deadlines. CitiMortgage looks to its Correspondents to manage outstanding documentation issues in a timely manner.

CitiMortgage's policy regarding outstanding documentation is that upon the occurrence of any one of the following events, the Correspondent shall, upon notice from CitiMortgage, immediately repurchase all affected Loan(s) from CitiMortgage at the Repurchase Price(s) specified in said notice:

- The Correspondent fails to provide all of the documentation required by CitiMortgage and/or fails to satisfy all other Loan specific or Correspondent Manual document requirements At CitiMortgage's sole discretion, the Correspondent's obligation to repurchase any Loan with missing documentation may be postponed pending the return of documents sent for recordation provided any such recordation delay is caused solely by the applicable recorder's office.
- For FHA or VA loans, the Correspondent fails to submit an FHA Mortgage Insurance Certificate (MIC), or a VA Loan Guaranty Certificate (LGC) within ninety (90) days following the CitiMortgage purchase date.

The Correspondent is responsible for the payment of all costs and expenses incurred in connection with the transfer and delivery of Loans to CitiMortgage, including but not limited to mortgage loan assignment preparation and recording fees, fees for title policy endorsements and continuations, and the Correspondent's attorney's fees.

In situations where document delivery deadlines are not met, and because of secondary market investor requirements (e.g., GNMA), if CitiMortgage cannot require the Correspondent to repurchase a loan, CitiMortgage reserves the right to bill the Correspondent for all CitiMortgage expenses incurred in obtaining the required outstanding documentation, including late delivery fees.

## QUALITY CONTROL REVIEW REQUESTS

The Quality Control Department performs a random audit on a percentage of all loans originated and purchased through the Correspondent Program.

If during our review it is discovered that documentation or explanations are missing from the file, or a discrepancy is discovered during re-verification, the Correspondent is notified and given a reasonable time frame in which to respond and supply the item(s) or explanation(s) to satisfy the audit. A prompt response is imperative. Failure to respond, or an unsatisfactory response, may result in a request for continued indemnification or repurchase.

Occasionally, CitiMortgage receives a similar request from FHA or VA resulting from their own audit of a file. Since these contain a very short time frame for responses, CitiMortgage identifies them as Agency Reviews with only a five day response period.