## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

## **ORDER**

Upon consideration of the Motion of CitiMortgage, Inc. ("CMI") to Lift the Automatic Stay and to Compel Debtors to Release Loan Documents (the "Motion To Lift Stay")[1] pursuant to Sections 362(d), 541(d) and 105(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.*, and Rules 4001(a)(1) and 9014 of the Federal Rules of Bankruptcy Procedure; and sufficient notice of the Motion To Lift Stay having been given to parties in interest as required under the circumstances; and it appearing that no other or further notice of the Motion To Lift Stay need be given; and the Court having determined that good cause exists for granting the relief requested in the Motion To Lift Stay; and objections to the Motion To Lift Stay, if any, having been withdrawn or overruled; and after due deliberation and sufficient cause appearing therefore; it is hereby so

**ORDERED** that the Motion To Lift Stay is granted; and it is further

**ORDERED** that the automatic stay is hereby lifted so that CMI can recover its Loan documentation from Debtors; and it is further

**ORDERED** that Debtors are required to deliver to CMI, free of charge, all Loan documentation relating to the mortgages Debtors sold to CMI pre-petition under the Correspondent Loan Agreements; and it is further

**ORDERED** that Debtors and CMI are authorized to take all necessary steps to

---

[1] All undefined capitalized terms herein shall have the meanings ascribed to them in the Motion To Lift Stay.

1642231

implement the terms of this Order; and it is further

**ORDERED** that the relief set forth in this Order is without prejudice to CMI to pursue other relief relating to the Loans pursuant to the Bankruptcy Code; and it is further

**ORDERED** that this Court shall retain jurisdiction regarding the implementation of this Order.

Dated: January ___, 2008
      Wilmington, Delaware

                                                        _____
                                                        Christopher S. Sontchi
                                                        UNITED STATES BANKRUPTCY JUDGE

1642231