IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | ) ) ) | Case No. 07-11047 (CSS) |
| Debtors. | ) ) | Jointly Administered |

### AFFIDAVIT OF CASSANDRA D. LEWICKI, PARALEGAL

STATE OF DELAWARE     :
                     : SS:
NEW CASTLE COUNTY     :

I, Cassandra D. Lewicki, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on December 27, 2007, I caused to be served:

**OBJECTION OF CITIMORTGAGE, INC. TO DEBTORS' MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 553 AUTHORIZING THE (I) ABANDONMENT AND DESTRUCTION OF CERTAIN DUPLICATE MORTGAGE LOAN FILES OR (II) RETURN OF MORTGAGE LOAN FILES TO THE OWNER OF SUCH LOANS UPON PAYMENT OF REASONABLE COSTS AND EXPENSES (DOCKET NO. 2395)**

Service was completed upon parties on the attached list in the manner indicated thereon.

Date: December 27, 2007

_____
Cassandra D. Lewicki

SWORN AND SUBSCRIBED before me this 27th day of December, 2007

_____
NOTARY
My commission expires: 12-19-2010

TERESA A. ATWELL
Notary Public - State of Delaware
My Comm. Expires Dec. 19, 2010

CXL/1642128

**VIA HAND DELIVERY**
Pauline K. Morgan, Esq.
James L. Patton, Esq.
Sean M. Beach, Esq.
Margaret B. Whiteman, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Facsimile: (302) 571-1253
[Counsel to the Debtors]

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Facsimile: (302) 428-5110
[Counsel for the Official Committee of Unsecured Creditors]

Joseph McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
Facsimile: (302) 573-6497
[United States Trustee]

**VIA FIRST CLASS MAIL**
Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
[Counsel for the Official Committee of Unsecured Creditors]