UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE ) | Jointly Administered |
| HOLDINGS, INC., et al ) | |
| Debtors ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Richard A. Sheils, Jr. of the law firm of Bowditch & Dewey, LLP, counsel to SANDRA KRAEGE HIGBY, requests that his name be added to the mailing list maintained by the Clerk, and that all notices given and all papers served on any party, filed with the Court or delivered to the Office of the United States Trustee in the above-captioned case be given to and served upon him at the offices of Bowditch & Dewey, LLP at the address set forth below in accordance with Fed. R. Bankr. P. Rules 2002, 3017, and 9007 and the provisions of the United States Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules, Bankruptcy Code, and Local Bankruptcy Rules, and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, plans, schedules, statement of financial affairs, requests or petitions, responsive pleadings, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to this case and any proceeding therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, or otherwise, all of which shall be sent to:

        Richard A. Sheils, Jr., Esq.
        Bowditch & Dewey, LLP
        311 Main Street, P.O. Box 15156
        Worcester, MA  01615-0156

        Respectfully submitted,
        SANDRA KRAEGE HIGBY

        By her attorney,

        /s/ Richard A. Sheils, Jr.
        Richard A. Sheils, Jr. (BBO # 457290)
        Bowditch & Dewey, LLP
        311 Main Street, P.O. Box 15156
        Worcester, MA  01615-0156
        (508) 791-3511
        (508) 929-3047 fax

DATED:  December 27, 2007        rsheils@bowditch.com

{Client Files\ban\306637\0001\PLD\01056501.DOC;1}

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE | ) | Jointly Administered |
| HOLDINGS, INC., et al | ) | |
| Debtors | ) | |

CERTIFICATE OF SERVICE

I, Richard A. Sheils, Jr., hereby certify that, on this the 27th day of December, 2007, I caused true and accurate copies of Notice of Appearance and Request for Service of Papers to be delivered to the persons registered with CM/ECF electronic notification.

/s/ Richard A. Sheils, Jr.
Richard A. Sheils, Jr.

{Client Files\ban\306637\0001\PLD\01056501.DOC;1}