# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

| | | |
|---|---|---|
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., a Delaware corporation, | ) | Case No. 07-11047 (CSS) |
| et al., | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---------------------------------------------------------------

## AFFIDAVIT OF CASSANDRA D. LEWICKI, PARALEGAL

STATE OF DELAWARE    :
                   : SS:
NEW CASTLE COUNTY    :

I, Cassandra D. Lewicki, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on December 27, 2007, I caused to be served:

### CITIMORTGAGE INC.'S MOTION TO LIFT THE AUTOMATIC STAY AND COMPEL DEBTORS TO RELEASE LOAN DOCUMENTS [DOCKET NO. 2515]

Service was completed upon parties on the attached 2002 Service List in the manner indicated thereon.

Date: December 27, 2007

_____
Cassandra D. Lewicki

SWORN AND SUBSCRIBED before me this 27th day of December, 2007

**JOANNE M. SOUTHERS**
Notary Public - State of Delaware
My Comm. Expires Feb. 13, 2009

_____
NOTARY

My commission expires: 2/13/09

CXL/1642126