IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :  Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :  Jointly Administered
        Debtors.                                                       :
                                                                       :  **Objection Deadline: N/A**
                                                                       :  **Hearing Date:  N/A**
---------------------------------------------------------------------- x

## MOTION TO SHORTEN TIME AND APPROVE NOTICE OF MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 554 AUTHORIZING THE ABANDONMENT OF HELOC SERVICING RIGHTS UNDER THE 2004-4 HELOC SERVICING AGREEMENTS AND GRANTING RELATED RELIEF

American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, the "Debtors"),[1] hereby move this Court (the "Motion to Shorten"), pursuant to Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Del. Bankr. LR 2002-1(b) and 9006-1(e) (the "Local Rules") and 11 U.S.C. § 105 (the "Bankruptcy Code"), for an order shortening the applicable notice period of the Motion for Order Pursuant to 11 U.S.C. §§ 105 and 554 Authorizing the Abandonment of HELOC Servicing Rights under the 2004-4 HELOC Servicing

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:6459234.1                                                                                      066585.1001

Agreements and Granting Related Relief (the "Motion")[2] so the matter may be heard on January 4, 2008.

1. The Debtors submit that sufficient cause exists to shorten the time for notice of a hearing on the Motion so that a hearing on the Motion can be held on January 4, 2008 at 11:00 a.m. (ET). As set forth more fully in the Motion, the HELOC Servicing Agreements were excluded from the Sale of the Debtors' Mortgage Loan Servicing Business to the Purchaser. The Debtors continue to service the HELOC Mortgage Loans in accordance with, and pursuant to the terms of, the HELOC Servicing Agreements. However, the Debtors are required to pay the Purchaser the fees provided in section 6.10(f) of the APA for the continued servicing of the HELOC Mortgage Loans. The Debtors estimate that beginning on January 15, 2008, which is the date the fee in section 6.10(f) of the APA increases from $15 to $20 per HELOC Mortgage Loan serviced, the consideration received by the Debtors for the continued servicing of the HELOC Mortgage Loans will be minimal.

2. Pursuant to CIFG Order and FGIC Order, the Debtors consented to the transfer of HELOC Servicing Rights under the 2006-2 Trust and the 2005 Trusts to GMAC on January 14, 2008 and January 11, 2008, respectively. Given the pending Assured Motion, which is scheduled for the January 4, 2008 hearing, and entry of the CIFG Order and the FGIC Order, the Debtors' only servicing rights remaining with respect to HELOC Mortgage Loans are related to the 2004-4 Trust. Moreover, in connection with the negotiation of the FGIC Order, GMAC requested that the Debtors transfer or abandon the servicing rights for all of the HELOC Mortgage Loans on January 11, 2008 to facilitate and ease the transition of servicing to GMAC. The Debtors agreed to GMAC's request as they believe that it is most efficient to transfer

---

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

servicing for all of the HELOC Mortgage Loans on January 11, 2008. Additionally, GMAC has indicated that it supports the abandonment of the HELOC Servicing Rights under the 2004-4 HELOC Servicing Agreements and the transitioning of the HELOC Servicing Rights under the 2004-4 HELOC Servicing Agreements to GMAC effective as of January 11, 2008, subject to certain terms and conditions.

3. Based on the foregoing, the Debtors submit that cause exists to justify shortening the notice period for the hearing on the Motion such that it can be heard on January 4, 2008, the scheduled omnibus hearing prior to January 11, 2008. Accordingly, the Debtors request that a hearing on the relief requested in the Motion be scheduled for January 4, 2008 at 11:00 a.m. (ET), with objections due on or before January 3, 2008 at 12:00 p.m. (ET).

4. In light of the shortened notice period, the Debtors will serve the Motion by (i) e-mail on those parties for which the Debtors have a valid e-mail address, and (ii) overnight or hand delivery on the date hereof, on: (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the Committee; (c) counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006; (d) counsel to the Debtors' postpetition lender; (e) counsel to the Purchaser; (f) counsel to GMAC, (g) counsel to MBIA; (h) counsel to The Bank of New York, and (i) all other parties entitled to notice under Local Rule 2002-1(b).

WHEREFORE, the Debtors respectfully request that the Court enter an Order granting the relief requested herein and such other and further relief as is just and proper.

Dated:   Wilmington, Delaware
         December 27, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       : Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                       : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]           :
                                                             : Jointly Administered
          Debtors.                                           :
                                                             : Ref. Docket No. _____
------------------------------------------------------------ x

**ORDER SHORTENING THE TIME FOR NOTICE OF MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 554 AUTHORIZING THE ABANDONMENT OF HELOC SERVICING RIGHTS UNDER THE 2004-4 HELOC SERVICING AGREEMENTS AND GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion to Shorten") of the Debtors for the entry of an order, pursuant to Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Del. Bankr. LR 2002-1(b) and 9006-1(e) (the "Local Rules") and 11 U.S.C. § 105, shortening the applicable notice of the Motion for Order Pursuant to 11 U.S.C. §§ 105 and 554 Authorizing the Abandonment of HELOC Servicing Rights under the 2004-4 HELOC Servicing Agreements and Granting Related Relief (the "Motion"); and it appearing that under the circumstances due and adequate notice of the Motion to Shorten has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that the hearing on the Motion will be held on January 4, 2008 at 11:00 a.m. (ET); and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

ORDERED, that objections, if any, to the Motion shall be filed with the Court and served upon so as to be received by counsel for the Debtors before 12:00 p.m. (ET) on January 3, 2008; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
_____, 2007

_____
Christopher S. Sontchi
United States Bankruptcy Judge