IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                 :
                                                                :   Jointly Administered
   Debtors.                                                     :
                                                                :   Objection Deadline: N/A
                                                                :   Hearing Date: N/A
---------------------------------------------------------------- x

**MOTION TO SHORTEN TIME AND APPROVE NOTICE OF
MOTION OF THE DEBTORS FOR ORDERS PURSUANT TO SECTIONS
105, 107(b), AND 363 OF THE BANKRUPTCY CODE, AND BANKRUPTCY
RULES 2002 AND 9018 AUTHORIZING THE DEBTORS TO UNDERTAKE
CERTAIN ACTIVITIES TO PREPARE FOR CONSUMMATION OF THE
PREVIOUSLY-APPROVED SALE OF THEIR SERVICING BUSINESS**

American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, the "Debtors"),[1] hereby move this Court (the "Motion to Shorten"), pursuant to Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Del. Bankr. LR 2002-1(b) and 9006-1(e) (the "Local Rules") and 11 U.S.C. § 105 (the "Bankruptcy Code"), for an order shortening the applicable notice period of the Motion of the Debtors for Orders Pursuant to Sections 105, 107(b), and 363 of the Bankruptcy Code, and Bankruptcy Rules 2002 and 9018 Authorizing the Debtors to Undertake Certain Activities to Prepare for Consummation of the Previously-

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Approved Sale of Their Servicing Business (the "Motion")[2] so the matter may be heard on January 4, 2008.

1. Bankruptcy Rule 2002(a)(2) generally provides for twenty (20) days' notice of a hearing on a proposed use of estate property outside of the ordinary course. Local Rule 9006-1(e) provides, however, that such period may be shortened by Order of the Court upon written motion specifying the exigencies supporting shortened notice.

2. The Debtors submit that sufficient cause exists to shorten the time for notice of a hearing on the Motion so that a hearing on the Motion can be held on January 4, 2008 at 11:00 a.m. (ET). Contemporaneously with the filing of the Motion, the Debtors filed a motion (the "DIP Amendment Motion") to approve the *First Amendment Agreement* (the "First DIP Facility Amendment") to the *Debtor-in-Possession Loan and Security Agreement*, dated as of August 6, 2007 (the "DIP Facility"). The Debtors have requested that the DIP Amendment Motion be heard on shortened notice for the January 4, 2008 hearing because of its relationship to the settlement in principal between the Debtors and Bank of America, N.A. ("BofA") regarding BofA's motion for relief from stay, which is likewise scheduled for the January 4, 2008 hearing. Expedited consideration of the Motion is necessary because the lenders and administrative agent under the DIP Facility have requested that the Motion be filed at the same time and heard at the same hearing as the DIP Amendment Motion. Moreover, each of the Administrative Agent and the Committee has no objection to, the Administrative Agent has consented to and the Committee affirmatively supports the relief requested in the Motion.

3. Based on the foregoing, the Debtors submit that cause exists to justify shortening the notice period for the hearing on approval of the relief requested in the Motion.

---

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

Accordingly, the Debtors request that a hearing on the relief requested in the Motion be scheduled for January 4, 2008 at 11:00 a.m. (ET), with objections due on or before January 3, 2008 at 12:00 Noon (ET). In light of the shortened notice period, the Debtors will provide notice of the Motion (i) e-mail on those parties for which the Debtors have a valid e-mail address, and (ii) overnight or hand delivery on the date hereof, on: (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the Committee; (c) counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006; (d) counsel to the Debtors' postpetition lender; (e) counsel to the Purchaser; and (f) all other parties entitled to notice under Local Rule 2002-1(b).

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

WHEREFORE, the Debtors respectfully request that the Court enter an Order granting the relief requested herein and such other and further relief as is just and proper.

Dated:  Wilmington, Delaware
        December 27, 2007

                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                        _____
                                        James L. Patton, Jr. (No. 2202)
                                        Joel A. Waite (No. 2925)
                                        Pauline K. Morgan (No. 3650)
                                        Sean M. Beach (No. 4070)
                                        Matthew B. Lunn (No. 4119)
                                        The Brandywine Building
                                        1000 West Street, 17th Floor
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 571-6600
                                        Facsimile: (302) 571-1253

                                        Counsel for Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                          : Chapter 11
                                                :
AMERICAN HOME MORTGAGE                          : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1] :
                                                : Jointly Administered
        Debtors.                                :
                                                : Ref. Docket No. _____
---------------------------------------------------------------- x

## ORDER SHORTENING THE TIME FOR NOTICE OF MOTION OF THE DEBTORS FOR ORDERS PURSUANT TO SECTIONS 105, 107(b), AND 363 OF THE BANKRUPTCY CODE, AND BANKRUPTCY RULES 2002 AND 9018 AUTHORIZING THE DEBTORS TO UNDERTAKE CERTAIN ACTIVITIES TO PREPARE FOR CONSUMMATION OF THE PREVIOUSLY-APPROVED SALE OF THEIR SERVICING BUSINESS

Upon consideration of the motion (the "Motion to Shorten") of the Debtors for the entry of an order, pursuant to Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Del. Bankr. LR 2002-1(b) and 9006-1(e) (the "Local Rules") and 11 U.S.C.§ 105, shortening the applicable notice of the Motion of the Debtors for Orders Pursuant to Sections 105, 107(b), and 363 of the Bankruptcy Code, and Bankruptcy Rules 2002 and 9018 Authorizing the Debtors to Undertake Certain Activities to Prepare for Consummation of the Previously-Approved Sale of Their Servicing Business (the "Motion"); and it appearing that under the circumstances due and adequate notice of the Motion to Shorten has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

ORDERED, that the hearing on the Motion will be held on January 4, 2008 at 11:00 a.m. (ET) and objections, if any, to the relief requested therein shall be filed with the Court and served upon so as to be received by counsel for the Debtors before 12:00 Noon (ET) on January 3, 2008; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
_____, 2007

_____
Christopher S. Sontchi
United States Bankruptcy Judge