IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
     Debtors.                                                            :
                                                                         : **Objection Deadline: N/A**
                                                                         : **Hearing Date:  N/A**
------------------------------------------------------------------------ x

## MOTION TO SHORTEN TIME AND APPROVE NOTICE OF DEBTORS' MOTION FOR AN ORDER AUTHORIZING AMENDMENT TO POST-PETITION DEBTOR-IN-POSSESSION FINANCING FACILITY

American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, the "Debtors"),[1] hereby move this Court (the "Motion to Shorten"), pursuant to Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Del. Bankr. LR 2002-1(b) and 9006-1(e) (the "Local Rules") and 11 U.S.C. § 105 (the "Bankruptcy Code"), for an order shortening the applicable notice period of the Debtors' Motion for an Order Authorizing Amendment to Post-Petition Debtor-in-Possession Financing Facility (the "Motion")[2] so the matter may be heard on January 4, 2008.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

1.  Bankruptcy Rule 2002(a)(2) generally provides for twenty (20) days' notice of a hearing on a proposed use of estate property outside of the ordinary course. Local Rule 9006-1(e) provides, however, that such period may be shortened by Order of the Court upon written motion specifying the exigencies supporting shortened notice.

2.  The Debtors submit that sufficient cause exists to shorten the time for notice of a hearing on the Motion so that a hearing on the Motion can be held on January 4, 2008 at 11:00 a.m. (ET). The Sale, the Initial Closing and other events since the Petition Date have resulted in the Borrowers' need to modify certain terms of the DIP Facility and to obtain the Lenders consent/waiver to the Borrowers' use of cash on which the Lenders have a lien. As a result, the Borrowers, the Lenders and the Administrative Agent have agreed to amend the DIP Facility through the terms and conditions of the First DIP Facility Amendment to, among other things, (i) ensure that the Debtors have the necessary working capital to fund the servicing advances as required by section 6.17 of the APA; (ii) resolve issues between the Borrowers and the Lenders as to potential defaults under the DIP Facility; and (iii) permit the Debtors to move forward with the proposed settlement with BofA concerning the Stay Relief Motion and the BofA Construction Loans. Approval of the First DIP Facility Amendment on an expedited basis is necessary because of its relationship to the proposed settlement with BofA.

3.  The Debtors and BofA have reached a settlement in principal regarding the Stay Relief Motion, which is currently scheduled for the hearing on January 4, 2008. The settlement contemplates that the Debtors will pay BofA a certain sum of money for the release of the liens on the BofA Construction Loans. The Administrative Agent has a lien on the cash that will be used to pay BofA for the release of the lien on the BofA Construction Loans. Accordingly, to avoid any potential default under the DIP Facility from such payment, the

Borrowers have obtained the Lenders' consent to use the Borrowers' cash up to $7 million to pay BofA for the release of the lien on the BofA Construction Loans, pursuant to the terms of the First DIP Facility Amendment. Moreover, the Committee has no objection to and supports the relief requested in the Motion.

4. Based on the foregoing, the Debtors submit that cause exists to justify shortening the notice period for the hearing on approval of the relief requested in the Motion. Accordingly, the Debtors request that a hearing on the relief requested in the Motion be scheduled for January 4, 2008 at 11:00 a.m. (ET), with objections due on or before January 3, 2008 at 12:00 p.m. (ET). In light of the shortened notice period, the Debtors will serve the Motion by (i) email on those parties for which the Debtors have a valid email address, and (ii) overnight or hand delivery on the date hereof, on: (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the Committee; (c) counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006; (d) counsel to the Purchaser and Administrative Agent; and (e) all parties entitled to notice under Local Rule 2002-1(b).

WHEREFORE, the Debtors respectfully request that the Court enter an Order granting the relief requested herein and such other and further relief as is just and proper.

Dated:   Wilmington, Delaware
         December 27, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]  :
                                                    : Jointly Administered
       Debtors.                                     :
                                                    : Ref. Docket No. _____
---------------------------------------------------------------- x

### ORDER SHORTENING THE TIME FOR NOTICE OF DEBTORS' MOTION FOR AN ORDER AUTHORIZING AMENDMENT TO POST-PETITION DEBTOR-IN-POSSESSION FINANCING FACILITY

Upon consideration of the motion (the "Motion to Shorten") of the Debtors for the entry of an order, pursuant to Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Del. Bankr. LR 2002-1(b) and 9006-1(e) (the "Local Rules") and 11 U.S.C.§ 105, shortening the applicable notice of the Debtors' Motion for an Order Authorizing Amendment to Post-Petition Debtor-in-Possession Financing Facility (the "Motion"); and it appearing that under the circumstances due and adequate notice of the Motion to Shorten has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that the hearing on the Motion will be held on January 4, 2008 at 11:00 a.m. (ET) and objections, if any, to the relief requested therein shall be filed with the Court

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

and served upon so as to be received by counsel for the Debtors before 12:00 p.m. (ET) on January 3, 2008; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
_____, 2007

Christopher S. Sontchi
United States Bankruptcy Judge