IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x
In re:                                                                :   Chapter 11
                                                                      :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                       :
                                                                      :   Jointly Administered
         Debtors.                                                     :
                                                                      :   Objection Deadline: N/A
                                                                      :   Hearing Date: N/A
--------------------------------------------------------------------- x

**MOTION TO SHORTEN TIME AND APPROVE NOTICE OF DEBTORS'
MOTION PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULE 9019 APPROVING AND AUTHORIZING STIPULATION
BETWEEN THE DEBTORS AND BANK OF AMERICA, N.A., AS
ADMINISTRATIVE AGENT, RESOLVING MOTION FOR RELIEF FROM STAY WITH
RESPECT TO CERTAIN CONSTRUCTION-TO-PERM MORTGAGE LOANS**

American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, the "Debtors"),[1] hereby move this Court (the "Motion to Shorten"), pursuant to Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Del. Bankr. LR 2002-1(b) and 9006-1(e) (the "Local Rules") and 11 U.S.C. § 105 (the "Bankruptcy Code"), for an order shortening the applicable notice period of the Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 Approving and Authorizing Stipulation Between the Debtors and Bank of America, N.A., as Administrative Agent, Resolving Motion for Relief from Stay with

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Respect to Certain Construction-to-Perm Mortgage Loans (the "Motion")[2] so the matter may be heard on January 4, 2008. In support of this Motion to Shorten, the Debtors respectfully represent as follows:

    1.    Bankruptcy Rule 2002(a)(3) generally requires twenty (20) days' notice of a hearing to approve a motion to approve a compromise or settlement. Fed. R. Bankr. Proc. 2002(a)(3). Local Rule 9006-1(e), however, provides that such period may be shortened by Order of the Court upon written motion specifying the exigencies supporting shortened notice.

    2.    The Debtors submit that sufficient cause exists to shorten the time for notice of a hearing on the Motion so that a hearing on the Motion can be held on January 4, 2008 at 11:00 a.m. (ET). The Motion seeks approval of a Stipulation settling the pending motion for relief from stay [D.I. 2255] (the "Stay Relief Motion") filed by Bank of America, N.A. ("BofA"), as administrative agent, on December 4, 2007, with respect to certain construction-to-permanent mortgage loans (the "BofA Construction-to-Perm Loans") in which BofA has a security interest. The Stay Relief Motion was originally scheduled for hearing on December 21, 2007. By agreement of the Parties, the hearing on the Stay Relief Motion was continued to January 4, 2008.

    3.    As discussed more fully in the Motion, the Stipulation is the result of arm's-length negotiations between the Debtors and BofA, and has been approved by the Committee. Under the Stipulation, the Debtors will use their cash to pay BofA a sum of money for the release of its liens on the BofA Construction-to-Perm Loans so as to permit the Debtors to collect, compromise, sell, or otherwise dispose of such loans at the time and in the manner the Debtors deem appropriate. The administrative agent for the DIP Lenders (the "DIP Agent"),

---

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

however, has a lien on the cash anticipated to be paid to BofA under the Stipulation, but has negotiated an amendment to the DIP Facility that will, among other things, consent to such payment.

4. Based on the foregoing, the Debtors submit that cause exists to justify shortening the notice period for the hearing on approval of the relief requested in the Motion. Accordingly, the Debtors request that a hearing on the relief requested in the Motion be scheduled for January 4, 2008 at 11:00 a.m. (ET), with objections due on or before January 3, 2008 at 12:00 p.m. (ET). In light of the shortened notice period, the Debtors will serve the Motion by (i) e-mail on those parties for which the Debtors have a valid e-mail address, and (ii) hand or overnight delivery on the date hereof, on: (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the Committee; (c) counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006; (d) counsel to the Purchaser and DIP Agent; and (e) all parties entitled to notice under Local Rule 2002-1(b).

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

WHEREFORE, the Debtors respectfully request that the Court enter an Order granting the relief requested herein and such other and further relief as is just and proper.

Dated:   Wilmington, Delaware
         December 27, 2007

                                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                      /s/ _____

                                      James L. Patton, Jr. (No. 2202)
                                      Joel A. Waite (No. 2925)
                                      Pauline K. Morgan (No. 3650)
                                      Matthew B. Lunn (No. 4119)
                                      Patrick A. Jackson (No. 4976)
                                      The Brandywine Building
                                      1000 West Street, 17th Floor
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 571-6600
                                      Facsimile: (302) 571-1253

                                      Counsel for Debtors and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]  :
                                                    : Jointly Administered
    Debtors.                                        :
                                                    : Ref. Docket No. _____
---------------------------------------------------------------- x

**ORDER SHORTENING THE TIME FOR NOTICE OF DEBTORS'
MOTION PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULE 9019 APPROVING AND AUTHORIZING STIPULATION
BETWEEN THE DEBTORS AND BANK OF AMERICA, N.A., AS
ADMINISTRATIVE AGENT, RESOLVING MOTION FOR RELIEF FROM STAY WITH
RESPECT TO CERTAIN CONSTRUCTION-TO-PERM MORTGAGE LOANS**

Upon consideration of the motion (the "Motion to Shorten") of the Debtors for the entry of an order, pursuant to Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Del. Bankr. LR 2002-1(b) and 9006-1(e) (the "Local Rules") and 11 U.S.C.§ 105, shortening the applicable notice of the Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 Approving and Authorizing Stipulation Between the Debtors and Bank of America, N.A., as Administrative Agent, Resolving Motion for Relief from Stay with Respect to Certain Construction-to-Perm Mortgage Loans (the "Motion"); and it appearing that under the circumstances due and adequate notice of the Motion to Shorten has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that the hearing on the Motion will be held on January 4, 2008 at 11:00 a.m. (ET); and it is further

ORDERED that objections, if any, to the relief requested therein shall be filed with the Court and served upon so as to be received by counsel for the Debtors before 12:00 p.m. (ET) on January 3, 2008; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
_____, 2007

_____
Christopher S. Sontchi
United States Bankruptcy Judge