IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., a Delaware corporation, et al., | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | |
| | : | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 28, 2007, the *Rule 2109 Verified Disclosure of Hunton & Williams LLP* was served via U.S. Mail upon:

> James L. Patton, Jr., Esquire
> Young, Conaway, Stargatt & Taylor
> Post Office Box 391
> Wilmington, DE  19899

Dated: December 28, 2007         Respectfully submitted,


HUNTON & WILLIAMS LLP

/s/ Jason W. Harbour
Benjamin C. Ackerly (Va. Bar No. 09120)
Jason W. Harbour (DE Bar No. 4176, Va. Bar No. 68220)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219-4074
(804) 788-8200

and

Richard P. Norton
200 Park Avenue, 53rd Floor
New York, New York  10166-0136
(212) 309-1000

*Counsel to Calyon New York Branch and ZC Real Estate Tax Solutions Limited*