IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | Re: Docket No 2304 |

**CERTIFICATE OF NO OBJECTION REGARDING THIRD
MONTHLY APPLICATION OF BLANK ROME LLP, COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME
MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF OCTOBER 1, 2007
THROUGH OCTOBER 31, 2007 [NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, she has received no written answer, objection or other responsive pleading to the *Third Monthly Application of Blank Rome LLP, Counsel to The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., For Compensation and Reimbursement of Expenses for the Period October 1, 2007 through October 31, 2007 [Docket No. 2304]* (the "Application") filed on December 5, 2007. The undersigned further certifies that she has caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than December 26, 2007 at 4:00 p.m.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated February 28, 2007, the Debtor is authorized to pay Blank Rome LLP $110,374.40, which represents 80% of the fees requested ($137,968.00) and $9,712.25 which represents 100% of the expenses requested in the Application for the period of October 1, 2007 through October 31, 2007 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:   December 28, 2007          **BLANK ROME LLP**

By: *Bonnie Fatell* (signature)
Bonnie Glantz Fatell (DE No. 3809)
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

*Co-Counsel for the Official Committee of Unsecured Creditors*