UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       : Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                       : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]           :
                                                             : Jointly Administered
       Debtors.                                              :
                                                             : Ref. Docket No. 2527
------------------------------------------------------------ x

**ORDER SHORTENING THE TIME FOR NOTICE OF MOTION OF THE DEBTORS FOR ORDERS PURSUANT TO SECTIONS 105, 107(b), AND 363 OF THE BANKRUPTCY CODE, AND BANKRUPTCY RULES 2002 AND 9018 AUTHORIZING THE DEBTORS TO UNDERTAKE CERTAIN ACTIVITIES TO PREPARE FOR CONSUMMATION OF THE PREVIOUSLY-APPROVED SALE OF THEIR SERVICING BUSINESS**

Upon consideration of the motion (the "Motion to Shorten") of the Debtors for the entry of an order, pursuant to Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Del. Bankr. LR 2002-1(b) and 9006-1(e) (the "Local Rules") and 11 U.S.C.§ 105, shortening the applicable notice of the Motion of the Debtors for Orders Pursuant to Sections 105, 107(b), and 363 of the Bankruptcy Code, and Bankruptcy Rules 2002 and 9018 Authorizing the Debtors to Undertake Certain Activities to Prepare for Consummation of the Previously-Approved Sale of Their Servicing Business (the "Motion"); and it appearing that under the circumstances due and adequate notice of the Motion to Shorten has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

ORDERED, that the hearing on the Motion will be held on January 4, 2008 at 11:00 a.m. (ET) and objections, if any, to the relief requested therein shall be filed with the Court and served upon so as to be received by counsel for the Debtors before 12:00 Noon (ET) on January 3, 2008; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
       12/28 , 2007

*Christopher S. Sontchi*
United States Bankruptcy Judge