**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------- x
In re:                                          :  Chapter 11
                                                :
AMERICAN HOME MORTGAGE                          :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1] :
                                                :  Jointly Administered
        Debtors.                                :
                                                :  Ref. Docket No. 2525
-------------------------------------------------------- x
```

**ORDER SHORTENING THE TIME FOR NOTICE OF MOTION OF THE**
**DEBTORS FOR AN ORDER PURSUANT TO SECTIONS 105 AND 363 OF**
**THE BANKRUPTCY CODE APPROVING (A) PROCEDURES FOR AHM**
**SERVICING'S ENTRY INTO SUBSERVICING AGREEMENTS AND**
**(B) THE ENTRY INTO ONE OR MORE SUBSERVICING AGREEMENTS**

Upon consideration of the motion (the "Motion to Shorten") of the Debtors for the

entry of an order, pursuant to Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), Del. Bankr. LR 2002-1(b) and 9006-1(e) (the "Local

Rules") and 11 U.S.C.§ 105, shortening the applicable notice of the Motion of the Debtors for an

Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Approving (A) Procedures for

AHM Servicing's Entry into Subservicing Agreements and (B) the Entry into One or More

Subservicing Agreements (the "Motion"); and it appearing that under the circumstances due and

adequate notice of the Motion to Shorten has been given, and that no other or further notice need

be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
AHM Holdings (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American
Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a
Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home
Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New
York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the
Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600
Regent Blvd., Suite 200, Irving, Texas 75063.

ORDERED, that the hearing on the Motion will be held on January 4, 2008 at

11:00 a.m. (ET); and it is further

ORDERED, that objections, if any, to the Motion shall be filed with the Court and

served upon so as to be received by counsel for the Debtors before 12:00 p.m. (ET) on January 3,

2008; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising

from or related to the interpretation or implementation of this Order.

Dated:  Wilmington, Delaware
        _12/ 28__, 2007

                                            Christopher S. Sontchi
                                            United States Bankruptcy Judge