UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS,                                 : Case No. 07-11047 (CSS)
INC., a Delaware corporation, et al.,[1]                         :
                                                                 : Jointly Administered
    Debtors.                                                     :
                                                                 : Hearing Date: January 14, 2008 at 2:00 p.m. (ET)
                                                                 : Objection Deadline: January 7, 2008 at 4:00 p.m. (ET)
---------------------------------------------------------------- x

## NOTICE OF APPLICATION

TO: (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE;
(II) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS;
(III) COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT
FOR THE LENDERS UNDER THAT CERTAIN CREDIT AGREEMENT DATED
AUGUST 10, 2006; (IV) COUNSEL TO THE DIP LENDER; AND (V) ALL PARTIES
ENTITLED TO NOTICE UNDER DELAWARE BANKRUPTCY LOCAL RULE 2002-
1(B)

**PLEASE TAKE NOTICE** that the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") have filed the attached Debtors' Application Pursuant to Section 327(a), 328(a) and 330(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) for Order Authorizing the Retention and Employment of Muldoon Murphy & Aguggia LLP as Special Counsel, *Nunc Pro Tunc* to December 15, 2007 (the "Application") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that responses to the Application, if any, are required to be filed on or before **January 7, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the Debtors' undersigned counsel so as to be received on or before the Objection Deadline.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE APPLICATION WILL BE HELD ON **JANUARY 14, 2008 AT 2:00 P.M. (ET)**, BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 28, 2007  
Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ James L. Patton, Jr.*  
James L. Patton, Jr. (No. 2202)  
Pauline K. Morgan (No. 3650)  
Sean M. Beach (No. 4070)  
Donald J. Bowman, Jr. (No. 4383)  
Kenneth J. Enos (No. 4544)  
The Brandywine Building  
1000 West Street, 17th Floor  
P.O. Box 391  
Wilmington, Delaware 19899  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

Counsel to Debtors and Debtors in Possession