IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ----------------------------------------------------------------------- x | |
| In re: | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | : |
| | : Jointly Administered |
| Debtors. | : |
| ----------------------------------------------------------------------- x | Ref. No. 2299 |

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 2299

The undersigned hereby certifies that, as of the date hereof, she has received no

answer, objection or other responsive pleading to Second Monthly Statement of Law Office of

Daniel C. Consuegra as Foreclosure Specialists for the Debtors and Debtors-in-Possession for

Allowance of Compensation and Reimbursement of Expenses Incurred for the Period September

1, 2007 through September 30, 2007 (the "Application"). The Court's docket which was last

updated December 28, 2007, reflects that no objections to the Application have been filed.

Objections to the Application were to be filed and served no later than December 26, 2007 at

4:00 p.m.

066585.1001

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($57,020.00) of requested fees and 100% of requested expenses ($73,198.50) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       December 28, 2007

                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP


                                    /s/ Margaret B. Whiteman
                                    James L. Patton, Jr. (No. 2202)
                                    Joel A. Waite (No. 2925)
                                    Pauline K. Morgan (No. 3650)
                                    Sean M. Beach (No. 4070)
                                    Kenneth Enos (No. 4544)
                                    Margaret B. Whiteman (No. 4652)
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 571-6600
                                    Facsimile: (302) 571-1253

                                    Counsel for Debtors and
                                    Debtors in Possession