## CERTIFICATE OF SERVICE

I, Christopher M. Samis, do hereby certify that on December 31, 2007, I caused a copy of the foregoing **Joinder of the Bank of New York, in Certain Capacities, to the Objection of Wells Fargo Bank, N.A. to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses** to be served upon the parties on the attached service list in the manner indicated.

_____
Christopher M. Samis (DE No. 4909)

**In re: American Home Mortgage Holdings, Inc.**
**Case No.: 07-11047 (CSS)**
**Service List**

*Via First Class Mail*

American Home Mortgage Holdings, Inc.
Attention: Alan Horn, General Counsel
538 Broadhollow Road
Melville, NY 11747

*Via Hand Delivery*

Pauline K. Morgan
Matthew B. Lunn
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

*Via First Class Mail*

Jeffrey M. Levine
Milestone Advisors LLC
1775 Eye Street, NW, Suite 800
Washington, DC 20006

*Via First Class Mail*

Mark S. Indelicato
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022

*Via Hand Delivery*

Bonnie Glantz Fatell
Blank Rome LP
1201 Market Street, Suite 800
Wilmington, DE 19801

*Via Hand Delivery*

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19801

*Via First Class Mail*

Erica M. Ryland
Scott J. Friedman
Jones Day
222 East 41st Street
New York, NY 10017

*Via Hand Delivery*

Victoria Counihan
Greenberg Traurig
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

*Via Hand Delivery*

Joseph J. McMahon, Jr.
Office of the United States Trustee
844 King Street, Suite 2207 - Lockbox 35
Wilmington, DE 19801

*Via First Class Mail*

Margot B. Schonholtz
Scott D. Talmadge
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596