IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
    Debtors.                                                             :
                                                                         : Ref. No. 2396
------------------------------------------------------------------------ x

## CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 2396

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Motion of the Debtors for Approval of Settlement Agreement with the Texas Comptroller of Public Accounts Pursuant to Sections 105, 362 and 553 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 400(d) and 9019 (the "Motion") has been received. The Court's docket which was last updated December 28, 2007, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than December 26, 2007 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
       January 2, 2008

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Kenneth J. Enos
                James L. Patton, Jr. (No. 2202)
                Joel A. Waite (No. 2925)
                Pauline K. Morgan (No. 3650)
                Sean M. Beach (No. 4070)
                Matthew B. Lunn (No. 4119)
                Kara Hammond Coyle (No. 4410)
                Kenneth J. Enos (No. 4544)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                Counsel for Debtors and
                Debtors in Possession