UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    : Jointly Administered
                                                    :
        Debtors.                                    : Ref. Docket No. 2443
---------------------------------------------------------------x

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING DEBTORS'
ENTRY INTO AMENDMENT AGREEMENT NO. 1
TO THE LIMITED RECOURSE DEBTOR -IN-POSSESSION FINANCING FACILITY**

On December 19, 2007, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Order Authorizing Amendment to Limited Recourse Debtor-in-Possession Financing Facility* [Docket No. 2443] (the "Motion")[1]. The proposed Order contains a blank for the date the Amendment was executed. However, it is contemplated that the Amendment will be executed after approval of the Motion. Accordingly, the proposed Order has been revised to eliminate the date. Attached hereto as Exhibit A is a revised Order (the "Revised Order"). For the Court's convenience, attached hereto as Exhibit B is a blackline marked against the version of the Order filed with the Motion.

Objections to the Motion were to be filed and served no later than December 28, 2007 at 4:00 p.m. As of the filing of this certification, no answer, objection or other responsive pleading to the Motion has been received. The Court's docket, which was last updated January 2, 2008, reflects that no objections to the Motion have been filed.

---

[1] All terms not otherwise defined herein shall be given the meanings ascribed to them in the Motion.

Accordingly, the Debtors respectfully request that the Court enter the Revised Order attached hereto as <u>Exhibit A</u> its earliest convenience without further notice or hearing.

Dated: Wilmington, Delaware
       January 2, 2008

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                              /s/ _____
                              James L. Patton, Jr. (No. 2202)
                              Pauline K. Morgan (No. 3650)
                              Sean M. Beach (No. 4070)
                              Matthew B. Lunn (No. 4119)
                              Kenneth J. Enos (No. 4544)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              Counsel for Debtors and Debtors in Possession

## **Exhibit A**

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re:                                                          : Chapter 11
                                                                :
AMERICAN HOME MORTGAGE                                          : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]              :
                                                                : Jointly Administered
     Debtors.                                                   :
                                                                : Docket Ref. No. 2205 and 2443
---------------------------------------------------------------- x

## ORDER APPROVING DEBTORS' ENTRY INTO AMENDMENT AGREEMENT NO.1 TO THE LIMITED RECOURSE DEBTOR-IN-POSSESSION FINANCING FACILITY

Upon consideration of the motion (the "Motion") of American Home Mortgage Investment Corp., American Home Mortgage Corp., and American Home Mortgage Servicing, Inc., each a debtor and debtor-in-possession in these cases (the "Debtor Borrowers") for the issuance of an order approving the Debtor Borrowers' entry into that certain Amendment Agreement No. 1, a copy of which in substantially final form is attached hereto as Exhibit A (the "Amendment"), by and among the Debtor Borrowers, the Lenders from time to time party to that certain Debtor-in-Possession Loan and Security Agreement (Limited Recourse), dated November 16, 2007, and AH Mortgage Acquisition Co., Inc., as administrative agent for the Lenders; the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334; this proceeding being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); venue of this proceeding and the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:6450361.2                                                                              066585.1001

Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; the Debtor Borrowers entry into the Amendment being consistent with, and authorized by, this Court's Final Limited Recourse DIP Order[2]; and the Debtor Borrowers' entry into the Amendment being in the best interest of the Debtor Borrowers, their estates, and their creditors; and due and proper notice of the Motion having been provided; and the terms and provisions of the Amendment and the transactions authorized thereunder having been entered into and made in good faith by all parties thereto; and after due deliberation and sufficient cause being demonstrated,

**IT IS HEREBY ORDERED** that the Motion is approved as set forth herein;

**IT IS FURTHER ORDERED** that the Debtor Borrowers are authorized to enter into and perform all of their obligations under the Amendment, and that all such obligations shall constitute legal, valid and binding obligations of the Debtor Borrowers enforceable in accordance with their respective terms;

**IT IS FURTHER ORDERED** that except to the limited extent modified by the Amendment and this Order, all terms and provisions of the Limited Recourse DIP Facility and the Final Limited Recourse DIP Order, shall remain unaltered and in full force and effect in accordance with their terms;

**IT IS FURTHER ORDERED** that in the event that this Order is hereafter reversed, stayed, modified or vacated by a subsequent order of this Court or any other court of competent jurisdiction, such reversal, stay, modification or vacatur shall not impair, release or affect the validity of any rights granted to the parties to the Amendment hereunder or the validity of any transaction consummated pursuant to and in reliance on the foregoing paragraphs of this Order prior to the effective date of such reversal, stay, modification or vacatur;

---

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to such terms in the Motion.

**IT IS FURTHER ORDERED** that notwithstanding Bankruptcy Rules 6004(h), 6006(d), 7062, or 9014 of the Bankruptcy Rules or any other Bankruptcy Rule, or Rule 62(a) of the Federal Rules of Civil Procedure, this Order shall be immediately effective and enforceable upon its entry and there shall be no stay of execution or effectiveness of this Order; and

**IT IS FURTHER ORDERED** that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
       January ___, 2008

                                                                                                       _____
                                                                                                       Christopher S. Sontchi
                                                                                                        United States Bankruptcy Judge

# EXHIBIT A

(First Limited Recourse DIP Facility Amendment)

## AMENDMENT AGREEMENT NO. 1

AMENDMENT AGREEMENT NO. 1 dated as of January __, 2008 (this "Amendment Agreement"), by and among American Home Mortgage Investment Corp., as a debtor and a debtor-in-possession, a Maryland corporation ("AHMIC"), American Home Mortgage Corp., as a debtor and a debtor-in-possession, a New York corporation ("AHMC"), and American Home Mortgage Servicing, Inc., as a debtor and a debtor-in-possession, a Maryland corporation ("AHMS"; together with AHMIC, AHMC, collectively, the "Borrowers" and individually a "Borrower"), the Lenders from time to time party to the Loan Agreement referred to below (each individually a "Lender" and, collectively, the "Lenders"), and AH Mortgage Acquisition Co., Inc., a Delaware Corporation ("AHM Acquisition"), as administrative agent for the Lenders (in such capacity, the "Administrative Agent").

WHEREAS, the Borrowers, the Lenders and the Administrative Agent are parties to the Debtor-in-Possession Loan and Security Agreement (Limited Recourse), dated November 16, 2007 (as the same may be amended, amended and restated, supplemented or otherwise modified from time to time, the "Loan Agreement");

WHEREAS, the Borrowers have requested the Lenders to make a certain modification to the Loan Agreement;

NOW, THEREFORE, each Borrower, each of the undersigned Lenders and the Administrative Agent hereby agree as follows:

SECTION 1. Defined Terms. Capitalized terms used but not defined herein shall have the meanings assigned to such terms in the Loan Agreement, as amended hereby.

SECTION 2. Amendments to Loan Agreement. On the Effective Date, each of (x) the fifth paragraph of the recitals to the Loan Agreement, (y) the definition of "Maximum Credit" set forth in 1.01 of the Loan Agreement and (z) Schedule B to the Loan Agreement, shall be amended by replacing each reference therein to "$50,000,000" with a reference to $100,000,000".

SECTION 3. Conditions. This Amendment Agreement shall become effective as of the date set forth above on the date (the "Effective Date") that the following conditions precedent have been satisfied:

(a)    Amendment Agreement. This Agreement shall have been executed by each Borrower, the Administrative Agent and each Lender.

(b)    Court Order. The Administrative Agent and the Lenders shall have received satisfactory evidence of the entry of an order of the Bankruptcy Court approving the amendments set forth in Section 2.

SECTION 4. Effectiveness; Counterparts. This Amendment Agreement shall become effective when counterparts hereof which, when taken together, bear the signatures of each of the Borrowers, the Administrative Agent and the Lenders shall have been received by the Administrative

Agent. This Amendment Agreement may not be amended nor may any provision hereof be waived except pursuant to a writing signed by each of the Borrowers, the Administrative Agent and the Lenders. This Amendment Agreement may be executed in two or more counterparts, each of which shall constitute an original but all of which when taken together shall constitute but one contract. Delivery of an executed counterpart of a signature page of this Amendment Agreement by facsimile transmission shall be effective as delivery of a manually executed counterpart of this Amendment Agreement.

SECTION 5. Effect of Amendment. Except as expressly set forth herein and subject to any limitations set forth in the "Final Order Pursuant to Sections 105(a), 362, and 364 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001 and 9014: (A) Approving Limited Recourse Debtor-in-Possession Financing, (B) Granting Liens, and (C) Granting Related Relief", dated November 28, 2007 [Docket No. 2205], this Amendment Agreement shall not by implication or otherwise limit, impair, constitute a waiver of, or otherwise affect the rights and remedies of the Lenders or the Administrative Agent under the Loan Agreement, and shall not alter, modify or in any way affect any of the terms, conditions, obligations, covenants, pledges, grants of security or other agreements contained in the Loan Agreement, all of which are ratified and affirmed in all respects and continue in full force and effect. Nothing herein shall be deemed to entitle any Borrower to a consent to, or a waiver, amendment, modification or other change of, any of the terms, conditions, obligations, covenants, pledges, grants of security or other agreements contained in the Loan Agreement in similar or different circumstances. This Amendment Agreement shall apply and be effective only with respect to the provisions of the Loan Agreement specifically referred to herein. Each Borrower hereby acknowledges receipt of and consents to the terms of this Amendment Agreement.

SECTION 6. Notices. All notices hereunder shall be given in accordance with the provisions of Section 11.03 of the Loan Agreement.

SECTION 7. Applicable Law; Waiver of Jury Trial. (A) THIS AMENDMENT AGREEMENT SHALL BE CONSTRUED IN ACCORDANCE WITH AND GOVERNED BY THE LAWS OF THE STATE OF NEW YORK.

(B) EACH PARTY HERETO HEREBY AGREES AS SET FORTH IN SECTIONS 11.10 AND 11.11 OF THE LOAN AGREEMENT AS IF EACH SUCH SECTION WERE SET FORTH IN FULL HEREIN.

[Remainder of page intentionally left blank.]

IN WITNESS WHEREOF, the parties hereto have caused this Amendment Agreement to be executed and delivered by their respective officers thereunto duly authorized as of the date first above written.

**AH MORTGAGE ACQUISITION CO., INC.**

By: _____
Name: _____
Title: _____

**AMERICAN HOME MORTGAGE INVESTMENT CORP**

By: _____
Name: _____
Title: _____

**AMERICAN HOME MORTGAGE CORP.**

By: _____
Name: _____
Title: _____

**AMERICAN HOME MORTGAGE SERVICING, INC.**

By: _____
Name: _____
Title: _____

## **Exhibit B**

DB02:6464853.1

066585.1001

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]:  Jointly Administered
                                                                 :
Debtors.                                                         :  Docket Ref. No. ~~2205 and~~ 2443
                                                                 x
----------------------------------------------------------------


**ORDER APPROVING DEBTORS' ENTRY INTO AMENDMENT AGREEMENT NO.1 TO THE LIMITED RECOURSE DEBTOR-IN-POSSESSION FINANCING FACILITY**

Upon consideration of the motion (the "Motion") of American Home Mortgage Investment Corp., American Home Mortgage Corp., and American Home Mortgage Servicing, Inc., each a debtor and debtor-in-possession in these cases (the "Debtor Borrowers") for the issuance of an order approving the Debtor Borrowers' entry into that certain Amendment Agreement No. ~~1 dated as of January __, 2008,~~ 1, a copy of which in substantially final form is attached hereto as Exhibit A (the "Amendment"), by and among the Debtor Borrowers, the Lenders from time to time party to that certain Debtor-in-Possession Loan and Security Agreement (Limited Recourse), dated November 16, 2007, and AH Mortgage Acquisition Co., Inc., as administrative agent for the Lenders; the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334; this proceeding being a core proceeding pursuant to 28

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:~~6450361.1~~ 6450361.2                                                         066585.1001

U.S.C. § 157(b)(2); venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; the Debtor Borrowers entry into the Amendment being consistent with, and authorized by, this Court's Final Limited Recourse DIP Order[2]; and the Debtor Borrowers' entry into the Amendment being in the best interest of the Debtor Borrowers, their estates, and their creditors; and due and proper notice of the Motion having been provided; and the terms and provisions of the Amendment and the transactions authorized thereunder having been entered into and made in good faith by all parties thereto; and after due deliberation and sufficient cause being demonstrated,

**IT IS HEREBY ORDERED** that the Motion is approved as set forth herein;

**IT IS FURTHER ORDERED** that the Debtor Borrowers are authorized to enter into and perform all of their obligations under the Amendment, and that all such obligations shall constitute legal, valid and binding obligations of the Debtor Borrowers enforceable in accordance with their respective terms;

**IT IS FURTHER ORDERED** that except to the limited extent modified by the Amendment and this Order, all terms and provisions of the Limited Recourse DIP Facility and the Final Limited Recourse DIP Order, shall remain unaltered and in full force and effect in accordance with their terms;

**IT IS FURTHER ORDERED** that in the event that this Order is hereafter reversed, stayed, modified or vacated by a subsequent order of this Court or any other court of competent jurisdiction, such reversal, stay, modification or vacatur shall not impair, release or affect the validity of any rights granted to the parties to the Amendment hereunder or the validity

---

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to such terms in the Motion.

of any transaction consummated pursuant to and in reliance on the foregoing paragraphs of this Order prior to the effective date of such reversal, stay, modification or vacatur;

**IT IS FURTHER ORDERED** that notwithstanding Bankruptcy Rules 6004(h), 6006(d), 7062, or 9014 of the Bankruptcy Rules or any other Bankruptcy Rule, or Rule 62(a) of the Federal Rules of Civil Procedure, this Order shall be immediately effective and enforceable upon its entry and there shall be no stay of execution or effectiveness of this Order; and

**IT IS FURTHER ORDERED** that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
       January ___, 2008

                                                      _____
                                                      Christopher S. Sontchi
                                                      United States Bankruptcy Judge

Document comparison done by Workshare DeltaView on Wednesday, January 02, 2008 10:32:36 AM

| Input: | |
|---|---|
| Document 1 | interwovenSite://WSDMS/DB02/6450361/1 |
| Document 2 | interwovenSite://WSDMS/DB02/6450361/2 |
| Rendering set | standard |

| Legend: |
|---|
| Insertion |
| Deletion |
| Moved from |
| Moved to |
| Style change |
| Format change |
| Moved deletion |
| Inserted cell |
| Deleted cell |
| Moved cell |
| Split/Merged cell |
| Padding cell |

| Statistics: | |
|---|---|
|  | Count |
| Insertions | 6 |
| Deletions | 6 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 12 |