Date 12/27/2007 DANIEL C. CONSUEGRA
Invoice Listing for November 2007 invoices

| | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 1 | 108027 | 12/15/2007 | $1,373.00 | $0.00 | $1,373.00 |
| 2 | 108489 | 12/15/2007 | $875.00 | $0.00 | $875.00 |
| 3 | 108490 | 12/15/2007 | $875.00 | $0.00 | $875.00 |
| 4 | 108030 | 12/15/2007 | $1,152.00 | $0.00 | $1,152.00 |
| 5 | 108031 | 12/15/2007 | $1,307.00 | $0.00 | $1,307.00 |
| 6 | 108035 | 12/15/2007 | $1,425.00 | $0.00 | $1,425.00 |
| 7 | 108038 | 12/15/2007 | $1,114.00 | $0.00 | $1,114.00 |
| 8 | 108370 | 12/15/2007 | $29.50 | $0.00 | $29.50 |
| 9 | 108044 | 12/15/2007 | $1,492.00 | $0.00 | $1,492.00 |
| 10 | 108046 | 12/15/2007 | $481.68 | $0.00 | $481.68 |
| 11 | 108047 | 12/15/2007 | $1,325.00 | $0.00 | $1,325.00 |
| 12 | 108055 | 12/15/2007 | $145.50 | $0.00 | $145.50 |
| 13 | 108056 | 12/15/2007 | $623.50 | $0.00 | $623.50 |
| 14 | 108064 | 12/15/2007 | $1,274.45 | $0.00 | $1,274.45 |
| 15 | 108066 | 12/15/2007 | $1,283.50 | $0.00 | $1,283.50 |
| 16 | 108067 | 12/15/2007 | $1,314.50 | $0.00 | $1,314.50 |
| 17 | 108365 | 12/15/2007 | $940.00 | $0.00 | $940.00 |
| 18 | 108069 | 12/15/2007 | $682.50 | $0.00 | $682.50 |
| 19 | 108070 | 12/15/2007 | $75.00 | $0.00 | $75.00 |
| 20 | 108369 | 12/15/2007 | $1,652.00 | $0.00 | $1,652.00 |
| 21 | 108074 | 12/15/2007 | $138.00 | $0.00 | $138.00 |
| 22 | 108076 | 12/15/2007 | $1,343.00 | $0.00 | $1,343.00 |
| 23 | 108079 | 12/15/2007 | $1,436.00 | $0.00 | $1,436.00 |
| 24 | 108080 | 12/15/2007 | $600.00 | $0.00 | $600.00 |
| 25 | 108491 | 12/15/2007 | $875.00 | $0.00 | $875.00 |
| 26 | 108087 | 12/15/2007 | $627.50 | $0.00 | $627.50 |
| 27 | 108368 | 12/15/2007 | $736.50 | $0.00 | $736.50 |
| 28 | 108091 | 12/15/2007 | $127.96 | $0.00 | $127.96 |
| 29 | 108366 | 12/15/2007 | $1,345.50 | $0.00 | $1,345.50 |
| 30 | 108096 | 12/15/2007 | $232.00 | $0.00 | $232.00 |
| 31 | 108097 | 12/15/2007 | $70.00 | $0.00 | $70.00 |
| 32 | 108098 | 12/15/2007 | $808.50 | $0.00 | $808.50 |
| 33 | 108111 | 12/15/2007 | $1,328.00 | $0.00 | $1,328.00 |
| 34 | 108145 | 12/15/2007 | $223.50 | $0.00 | $223.50 |
| 35 | 108146 | 12/15/2007 | $172.00 | $0.00 | $172.00 |
| 36 | 108147 | 12/15/2007 | $39.50 | $0.00 | $39.50 |
| 37 | 108148 | 12/15/2007 | $144.50 | $0.00 | $144.50 |
| 38 | 108150 | 12/15/2007 | $1,307.00 | $0.00 | $1,307.00 |
| 39 | 108679 | 12/15/2007 | $540.00 | $0.00 | $540.00 |
| 40 | 108151 | 12/15/2007 | $1,130.00 | $0.00 | $1,130.00 |
| 41 | 108152 | 12/15/2007 | $74.00 | $0.00 | $74.00 |
| 42 | 108153 | 12/15/2007 | $1,310.00 | $0.00 | $1,310.00 |
| 43 | 108154 | 12/15/2007 | $1,393.50 | $0.00 | $1,393.50 |
| 44 | 108181 | 12/15/2007 | $1,132.00 | $0.00 | $1,132.00 |
| 45 | 108182 | 12/15/2007 | $27.00 | $0.00 | $27.00 |
| 46 | 108183 | 12/15/2007 | $70.00 | $0.00 | $70.00 |
| 47 | 108188 | 12/15/2007 | $100.00 | $0.00 | $100.00 |

|  | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| ✳ 48 | 108675 | 12/15/2007 | $255.00 | $0.00 | $255.00 |
| 49 | 108191 | 12/15/2007 | $50.00 | $0.00 | $50.00 |
| 50 | 108192 | 12/15/2007 | $50.00 | $0.00 | $50.00 |
| 51 | 108197 | 12/15/2007 | $873.80 | $0.00 | $873.80 |
| ✳ 52 | 108676 | 12/15/2007 | $480.00 | $0.00 | $480.00 |
| 53 | 108199 | 12/15/2007 | $400.00 | $0.00 | $400.00 |
| 54 | 108200 | 12/15/2007 | $350.00 | $0.00 | $350.00 |
| 55 | 108201 | 12/15/2007 | $144.50 | $0.00 | $144.50 |
| 56 | 108203 | 12/15/2007 | $1,164.00 | $0.00 | $1,164.00 |
| 57 | 108205 | 12/15/2007 | $1,214.00 | $0.00 | $1,214.00 |
| 58 | 108206 | 12/15/2007 | $1,204.00 | $0.00 | $1,204.00 |
| 59 | 108208 | 12/15/2007 | $1,204.00 | $0.00 | $1,204.00 |
| 60 | 108209 | 12/15/2007 | $1,204.00 | $0.00 | $1,204.00 |
| 61 | 108210 | 12/15/2007 | $100.00 | $0.00 | $100.00 |
| 62 | 108211 | 12/15/2007 | $1,157.50 | $0.00 | $1,157.50 |
| 63 | 108213 | 12/15/2007 | $200.00 | $0.00 | $200.00 |
| 64 | 108214 | 12/15/2007 | $299.42 | $0.00 | $299.42 |
| 65 | 108217 | 12/15/2007 | $265.00 | $0.00 | $265.00 |
| ✳ 66 | 108678 | 12/15/2007 | $714.50 | $0.00 | $714.50 |
| 67 | 108222 | 12/15/2007 | $32.50 | $0.00 | $32.50 |
| 68 | 108225 | 12/15/2007 | $2,148.42 | $0.00 | $2,148.42 |
| 69 | 108226 | 12/15/2007 | $150.00 | $0.00 | $150.00 |
| 70 | 108227 | 12/15/2007 | $100.00 | $0.00 | $100.00 |
| 71 | 108228 | 12/15/2007 | $1,565.00 | $0.00 | $1,565.00 |
| 72 | 108229 | 12/15/2007 | $865.50 | $0.00 | $865.50 |
| 73 | 108230 | 12/15/2007 | $181.25 | $0.00 | $181.25 |
| 74 | 108232 | 12/15/2007 | $29.50 | $0.00 | $29.50 |
| 75 | 108233 | 12/15/2007 | $250.00 | $0.00 | $250.00 |
| 76 | 108234 | 12/15/2007 | $756.45 | $0.00 | $756.45 |
| 77 | 108235 | 12/15/2007 | $420.00 | $0.00 | $420.00 |
| 78 | 108382 | 12/15/2007 | $575.00 | $0.00 | $575.00 |
| 79 | 108251 | 12/15/2007 | $1,130.00 | $0.00 | $1,130.00 |
| 80 | 108495 | 12/15/2007 | $1,928.50 | $0.00 | $1,928.50 |
| 81 | 108257 | 12/15/2007 | $130.23 | $0.00 | $130.23 |
| 82 | 108259 | 12/15/2007 | $1,229.00 | $0.00 | $1,229.00 |
| 83 | 108265 | 12/15/2007 | $1,234.00 | $0.00 | $1,234.00 |
| 84 | 108268 | 12/15/2007 | $1,529.50 | $0.00 | $1,529.50 |
| 85 | 108269 | 12/15/2007 | $162.00 | $0.00 | $162.00 |
| 86 | 108271 | 12/15/2007 | $45.00 | $0.00 | $45.00 |
| 87 | 108272 | 12/15/2007 | $210.00 | $0.00 | $210.00 |
| 88 | 108275 | 12/15/2007 | $875.00 | $0.00 | $875.00 |
| 89 | 108279 | 12/15/2007 | $866.50 | $0.00 | $866.50 |
| 90 | 108280 | 12/15/2007 | $1,389.50 | $0.00 | $1,389.50 |
| 91 | 108281 | 12/15/2007 | $26.50 | $0.00 | $26.50 |
| 92 | 108284 | 12/15/2007 | $50.00 | $0.00 | $50.00 |
| 93 | 108287 | 12/15/2007 | $370.28 | $0.00 | $370.28 |
| 94 | 108288 | 12/15/2007 | $130.00 | $0.00 | $130.00 |
| 95 | 108294 | 12/15/2007 | $143.00 | $0.00 | $143.00 |
| 96 | 108296 | 12/15/2007 | $31.50 | $0.00 | $31.50 |
| 97 | 108297 | 12/15/2007 | $29.50 | $0.00 | $29.50 |

|     | Invoice # | Date | Billed | Paid | Balance |
|-----|-----------|------|--------|------|---------|
| 98 | 108299 | 12/15/2007 | $463.18 | $0.00 | $463.18 |
| 99 | 108302 | 12/15/2007 | $1,895.00 | $0.00 | $1,895.00 |
| 100 | 108304 | 12/15/2007 | $226.00 | $0.00 | $226.00 |
| 101 | 108305 | 12/15/2007 | $10.00 | $0.00 | $10.00 |
| 102 | 108306 | 12/15/2007 | $15.00 | $0.00 | $15.00 |
| 103 | 108308 | 12/15/2007 | $1,205.50 | $0.00 | $1,205.50 |
| 104 | 108383 | 12/15/2007 | $350.00 | $0.00 | $350.00 |
| 105 | 108322 | 12/15/2007 | $350.00 | $0.00 | $350.00 |
| 106 | 108317 | 12/15/2007 | $623.50 | $0.00 | $623.50 |
| 107 | 108316 | 12/15/2007 | $144.50 | $0.00 | $144.50 |
| 108 | 108314 | 12/15/2007 | $135.00 | $0.00 | $135.00 |
| 109 | 108313 | 12/15/2007 | $37.50 | $0.00 | $37.50 |
| 110 | 108323 | 12/15/2007 | $350.00 | $0.00 | $350.00 |
| 111 | 108311 | 12/15/2007 | $158.00 | $0.00 | $158.00 |
| 112 | 108324 | 12/15/2007 | $350.00 | $0.00 | $350.00 |
| ☀113 | 108677 | 12/15/2007 | $240.00 | $0.00 | $240.00 |
| 114 | 108309 | 12/15/2007 | $19.50 | $0.00 | $19.50 |
| 115 | 108307 | 12/15/2007 | $56.50 | $0.00 | $56.50 |
| 116 | 108303 | ·12/15/2007 | $1,379.00 | $0.00 | $1,379.00 |
| 117 | 108301 | 12/15/2007 | $5.00 | $0.00 | $5.00 |
| 118 | 108332 | 12/15/2007 | $875.00 | $0.00 | $875.00 |
| 119 | 108298 | 12/15/2007 | $68.00 | $0.00 | $68.00 |
| 120 | 108295 | 12/15/2007 | $247.50 | $0.00 | $247.50 |
| 121 | 108293 | 12/15/2007 | $191.25 | $0.00 | $191.25 |
| 122 | 108292 | 12/15/2007 | $184.88 | $0.00 | $184.88 |
| 123 | 108291 | 12/15/2007 | $181.25 | $0.00 | $181.25 |
| 124 | 108290 | 12/15/2007 | $21.00 | $0.00 | $21.00 |
| 125 | 108289 | 12/15/2007 | $220.00 | $0.00 | $220.00 |
| 126 | 108286 | 12/15/2007 | $176.00 | $0.00 | $176.00 |
| 127 | 108282 | 12/15/2007 | $1,282.50 | $0.00 | $1,282.50 |
| 128 | 108325 | 12/15/2007 | $1,202.50 | $0.00 | $1,202.50 |
| 129 | 108277 | 12/15/2007 | $270.00 | $0.00 | $270.00 |
| 130 | 108384 | 12/15/2007 | $350.00 | $0.00 | $350.00 |
| 131 | 108274 | 12/15/2007 | $164.00 | $0.00 | $164.00 |
| 132 | 108273 | 12/15/2007 | $165.00 | $0.00 | $165.00 |
| 133 | 108270 | 12/15/2007 | $167.50 | $0.00 | $167.50 |
| 134 | 108267 | 12/15/2007 | $319.47 | $0.00 | $319.47 |
| 135 | 108266 | 12/15/2007 | $1,024.00 | $0.00 | $1,024.00 |
| 136 | 108263 | 12/15/2007 | $1,132.00 | $0.00 | $1,132.00 |
| 137 | 108262 | 12/15/2007 | $177.40 | $0.00 | $177.40 |
| 138 | 108261 | 12/15/2007 | $404.83 | $0.00 | $404.83 |
| 139 | 108260 | 12/15/2007 | $1,521.00 | $0.00 | $1,521.00 |
| 140 | 108258 | 12/15/2007 | $1,338.00 | $0.00 | $1,338.00 |
| 141 | 108256 | 12/15/2007 | $1,454.00 | $0.00 | $1,454.00 |
| 142 | 108253 | 12/15/2007 | $127.96 | $0.00 | $127.96 |
| 143 | 108252 | 12/15/2007 | $458.04 | $0.00 | $458.04 |
| 144 | 108250 | 12/15/2007 | $1,094.00 | $0.00 | $1,094.00 |
| 145 | 108249 | 12/15/2007 | $408.00 | $0.00 | $408.00 |
| 146 | 108248 | 12/15/2007 | $757.50 | $0.00 | $757.50 |
| 147 | 108247 | 12/15/2007 | $127.96 | $0.00 | $127.96 |

|     | Invoice # | Date | Billed | Paid | Balance |
|-----|-----------|------|--------|------|---------|
| 148 | 108246 | 12/15/2007 | $275.00 | $0.00 | $275.00 |
| 149 | 108245 | 12/15/2007 | $40.00 | $0.00 | $40.00 |
| 150 | 108244 | 12/15/2007 | $275.00 | $0.00 | $275.00 |
| 151 | 108243 | 12/15/2007 | $981.00 | $0.00 | $981.00 |
| 152 | 108242 | 12/15/2007 | $470.00 | $0.00 | $470.00 |
| 153 | 108346 | 12/15/2007 | $1,390.00 | $0.00 | $1,390.00 |
| 154 | 108169 | 12/15/2007 | $155.00 | $0.00 | $155.00 |
| 155 | 108168 | 12/15/2007 | $440.77 | $0.00 | $440.77 |
| 156 | 108167 | 12/15/2007 | $1,560.00 | $0.00 | $1,560.00 |
| 157 | 108165 | 12/15/2007 | $1,249.50 | $0.00 | $1,249.50 |
| 158 | 108164 | 12/15/2007 | $471.50 | $0.00 | $471.50 |
| 159 | 108163 | 12/15/2007 | $90.00 | $0.00 | $90.00 |
| 160 | 108162 | 12/15/2007 | $70.00 | $0.00 | $70.00 |
| 161 | 108160 | 12/15/2007 | $220.00 | $0.00 | $220.00 |
| 162 | 108133 | 12/15/2007 | $35.00 | $0.00 | $35.00 |
| 163 | 108132 | 12/15/2007 | $1,445.00 | $0.00 | $1,445.00 |
| 164 | 108131 | 12/15/2007 | $38.50 | $0.00 | $38.50 |
| 165 | 108129 | 12/15/2007 | $84.62 | $0.00 | $84.62 |
| 166 | 108385 | 12/15/2007 | $445.00 | $0.00 | $445.00 |
| 167 | 108127 | 12/15/2007 | $1,240.00 | $0.00 | $1,240.00 |
| 168 | 108124 | 12/15/2007 | $126.18 | $0.00 | $126.18 |
| 169 | 108123 | 12/15/2007 | $150.00 | $0.00 | $150.00 |
| 170 | 108348 | 12/15/2007 | $1,053.50 | $0.00 | $1,053.50 |
| 171 | 108122 | 12/15/2007 | $1,465.00 | $0.00 | $1,465.00 |
| 172 | 108349 | 12/15/2007 | $1,177.50 | $0.00 | $1,177.50 |
| 173 | 108120 | 12/15/2007 | $36.50 | $0.00 | $36.50 |
| 174 | 108119 | 12/15/2007 | $1,130.00 | $0.00 | $1,130.00 |
| 175 | 108350 | 12/15/2007 | $1,300.00 | $0.00 | $1,300.00 |
| ✱176 | 108673 | 12/15/2007 | $898.00 | $0.00 | $898.00 |
| 177 | 108107 | 12/15/2007 | $359.85 | $0.00 | $359.85 |
| 178 | 108106 | 12/15/2007 | $15.00 | $0.00 | $15.00 |
| 179 | 108105 | 12/15/2007 | $15.00 | $0.00 | $15.00 |
| 180 | 108103 | 12/15/2007 | $621.68 | $0.00 | $621.68 |
| 181 | 108102 | 12/15/2007 | $1,134.00 | $0.00 | $1,134.00 |
| 182 | 108099 | 12/15/2007 | $1,174.00 | $0.00 | $1,174.00 |
| 183 | 108095 | 12/15/2007 | $193.50 | $0.00 | $193.50 |
| 184 | 108092 | 12/15/2007 | $197.75 | $0.00 | $197.75 |
| 185 | 108329 | 12/15/2007 | $200.00 | $0.00 | $200.00 |
| 186 | 108090 | 12/15/2007 | $446.60 | $0.00 | $446.60 |
| 187 | 108088 | 12/15/2007 | $1,499.00 | $0.00 | $1,499.00 |
| 188 | 108515 | 12/15/2007 | $1,351.00 | $0.00 | $1,351.00 |
| 189 | 108352 | 12/15/2007 | $87.50 | $0.00 | $87.50 |
| 190 | 108083 | 12/15/2007 | $231.00 | $0.00 | $231.00 |
| 191 | 108081 | 12/15/2007 | $1,372.00 | $0.00 | $1,372.00 |
| 192 | 108078 | 12/15/2007 | $1,471.50 | $0.00 | $1,471.50 |
| 193 | 108077 | 12/15/2007 | $1,373.50 | $0.00 | $1,373.50 |
| 194 | 108075 | 12/15/2007 | $1,230.00 | $0.00 | $1,230.00 |
| 195 | 108072 | 12/15/2007 | $195.75 | $0.00 | $195.75 |
| 196 | 108071 | 12/15/2007 | $1,251.00 | $0.00 | $1,251.00 |
| 197 | 108493 | 12/15/2007 | $350.00 | $0.00 | $350.00 |

| | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 198 | 108328 | 12/15/2007 | $2.00 | $0.00 | $2.00 |
| 199 | 108063 | 12/15/2007 | $225.00 | $0.00 | $225.00 |
| 200 | 108061 | 12/15/2007 | $144.50 | $0.00 | $144.50 |
| 201 | 108353 | 12/15/2007 | $350.00 | $0.00 | $350.00 |
| 202 | 108060 | 12/15/2007 | $195.00 | $0.00 | $195.00 |
| 203 | 108354 | 12/15/2007 | $1,345.00 | $0.00 | $1,345.00 |
| 204 | 108517 | 12/15/2007 | $30.00 | $0.00 | $30.00 |
| 205 | 108356 | 12/15/2007 | $1,531.50 | $0.00 | $1,531.50 |
| 206 | 108054 | 12/15/2007 | $1,098.00 | $0.00 | $1,098.00 |
| 207 | 108052 | 12/15/2007 | $40.25 | $0.00 | $40.25 |
| 208 | 108357 | 12/15/2007 | $1,344.50 | $0.00 | $1,344.50 |
| 209 | 108358 | 12/15/2007 | $1,536.00 | $0.00 | $1,536.00 |
| 210 | 108045 | 12/15/2007 | $109.50 | $0.00 | $109.50 |
| 211 | 108043 | 12/15/2007 | $29.50 | $0.00 | $29.50 |
| | | | $131,871.11 | $0.00 | $131,871.11 |

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### · 813/915-8660

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001650760
Our File No. 12204

Invoice Number  108027

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/22/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/21/07- | Title Search | 275.00 |
| 11/22/07- | Court Filing Fee | 255.00 |
| 11/28/07- | Service of Process | 243.00 |
| | Total Amount This Invoice | $1,373.00 |
| | Total Current Charges | $1,373.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001460706
Our File No. 12060-BKL1

Invoice Number  108489

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/1/07 | Flat fee for bankruptcy proof of claim. | 200.00 |
| 11/7/07 | Flat fee for Bankruptcy Motion to Lift Stay. | 525.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/7/07- | Court Filing Fee | 150.00 |
| | Total Amount This Invoice | $875.00 |
| | Total Current Charges | $875.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing.

Account No. 1001375779
Our File No. 12060-BKL2
Status - BK CH 13, 9:07-bk-08436-ALP, 09/14/2007

Invoice Number  108490

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/1/07 | Flat fee for bankruptcy proof of claim. | 200.00 |
| 11/7/07 | Flat fee for Bankruptcy Motion to Lift Stay. | 525.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/7/07- | Court Filing Fee | 150.00 |
| | Total Amount This Invoice | $875.00 |
| | Total Current Charges | $875.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001372677
Our File No. 11825
Status - Foreclosure

Invoice Number  108030

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/8/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/7/07- | Title Search | 275.00 |
| 11/8/07- | Court Filing Fee | 257.00 |
| - | Instrument Recording Fee | 3.00 |
| - | Instrument Recording Fee | 17.00 |
| | Total Amount This Invoice | $1,152.00 |
| | Total Current Charges | $1,152.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001349565
Our File No. 11638
Status - Foreclosure

Invoice Number  108031

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/2/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/1/07- | Title Search | 275.00 |
| 11/2/07- | Court Filing Fee | 255.00 |
| - | Instrument Recording Fee | 2.00 |
| 11/5/07- | Service of Process | 175.00 |
| | Total Amount This Invoice | $1,307.00 |
| | Total Current Charges | $1,307.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001568162
    Our File No. 11850
    Status - Foreclosure

    Invoice Number  108035

Tax ID # 59-2885854

    Professional services:

| | |
|---|---:|
| 11/13/07  Flat fee for foreclosure lawsuit - first half. | 600.00 |

    Professional Costs:

| | |
|---|---:|
| 11/12/07- Title Search | 275.00 |
| 11/13/07- Court Filing Fee | 259.00 |
|     - Instrument Recording Fee | 3.00 |
|     - Instrument Recording Fee | 9.00 |
|     - Hydra Skiptrace | 90.00 |
| 11/20/07- Service of Process | 189.00 |
| Total Amount This Invoice | $1,425.00 |
| Total Current Charges | $1,425.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001670015
Our File No. 12211
Status - Foreclosure

Invoice Number  108038

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/20/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/20/07- | Court Filing Fee | 257.00 |
| - | Instrument Recording Fee | 2.00 |
| - | Hydra Skiptrace | 45.00 |
| 11/28/07- | Service of Process | 210.00 |
| | Total Amount This Invoice | $1,114.00 |
| | Total Current Charges | $1,114.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001350905
Our File No. 10044

Status - Foreclosure

Invoice Number  108370

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 11/9/07- Instrument Recording Fee | | 24.50 |
| - Hydra Skiptrace | | 5.00 |
| Total Amount This Invoice | | $29.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

      Account No. 1001427628
      Our File No. 11811
      Status - Foreclosure

      Invoice Number  108044

Tax ID # 59-2885854

          Professional services:


11/6/07  Flat fee for foreclosure lawsuit - first half.          600.00


          Professional Costs:

11/5/07- Title Search                                            395.00
11/6/07- Court Filing Fee                                        255.00
       - Instrument Recording Fee                                  2.00
11/14/07- Service of Process                                     240.00

        Total Amount This Invoice                            $1,492.00


        Total Current Charges                                $1,492.00


                   PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                     *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001221730
      Our File No. 08966
      Status - Foreclosure

      Invoice Number  108046

Tax ID # 59-2885854

      Professional Costs:

| | | |
|---|---|---|
| 11/8/07- | Attorney Ad Litem Fee | 350.00 |
| - | Publication of Notice of Action | 122.18 |
| 11/30/07- | Instrument Recording Fee | 9.50 |
| | Total Amount This Invoice | $481.68 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

    Account No. 1001562904
    Our File No. 11801
    Status - Foreclosure

    Invoice Number  108047

Tax ID # 59-2885854

       Professional services:

| | | |
|---|---|---|
| 11/6/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

       Professional Costs:

| | | |
|---|---|---|
| 11/5/07- | Title Search | 275.00 |
| 11/6/07- | Court Filing Fee | 255.00 |
| 11/16/07- | Service of Process | 195.00 |
| | Total Amount This Invoice | $1,325.00 |
| | Total Current Charges | $1,325.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001117669
    Our File No. 11658
    Status - Foreclosure

    Invoice Number  108055

Tax ID # 59-2885854

        Professional services:


11/14/07  Flat fee to prepare assignment of mortgage.         125.00


        Professional Costs:

11/14/07- Instrument Recording Fee                              2.00
    -   Instrument Recording Fee                               18.50

    Total Amount This Invoice                               $145.50


    Total Current Charges                                  $145.50


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

     Account No. 1000863284
     Our File No. 11170
     Status - Foreclosure

     Invoice Number  108056

Tax ID # 59-2885854

     Professional services:

| | | |
|---|---|---|
| 11/20/07 | Flat fee for foreclosure lawsuit - second half | 600.00 |

     Professional Costs:

| | | |
|---|---|---|
| 11/20/07- | Instrument Recording Fee | 23.50 |
| | Total Amount This Invoice | $623.50 |
| | Total Current Charges | $623.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000634740
Our File No. 12208
Status - Foreclosure

Invoice Number  108064

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/21/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/8/07- | Instrument Recording Fee | 2.95 |
| - | Death Certificate | 34.50 |
| 11/15/07- | Instrument Recording Fee | 10.00 |
| 11/21/07- | Court Filing Fee | 272.00 |
| 11/28/07- | Service of Process | 355.00 |
| | Total Amount This Invoice | $1,274.45 |
| | Total Current Charges | $1,274.45 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001218691
Our File No. 11843
Status - Foreclosure

Invoice Number  108066

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/8/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/7/07- | Title Search | 275.00 |
| 11/8/07- | Court Filing Fee | 255.00 |
| - | Instrument Recording Fee | 19.50 |
| 11/16/07- | Service of Process | 134.00 |
| | Total Amount This Invoice | $1,283.50 |
| | Total Current Charges | $1,283.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1000827368
      Our File No. 12199
      Status - Foreclosure

      Invoice Number  108067

Tax ID # 59-2885854

      Professional services:

| | | |
|---|---|---:|
| 11/20/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

      Professional Costs:

| | | |
|---|---|---:|
| 11/19/07- | Title Search | 275.00 |
| 11/20/07- | Court Filing Fee | 255.00 |
| - | Instrument Recording Fee | 1.00 |
| - | Instrument Recording Fee | 18.50 |
| 11/28/07- | Service of Process | 165.00 |

      Total Amount This Invoice      $1,314.50

      Total Current Charges      $1,314.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001512915
Our File No. 11636
Status - Fcl/Close per client

Invoice Number  108365

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/1/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/1/07- | Title Search | 340.00 |
| | Total Amount This Invoice | $940.00 |
| | Total Current Charges | $940.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001086776
Our File No. 10049

Status - Foreclosure

Invoice Number  108069

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 11/1/07- Publication of Notice of Action | 307.50 |
| 11/7/07- Attorney Ad Litem Fee | 375.00 |
| Total Amount This Invoice | $682.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

        Account No. 1001048747
        Our File No. 11396
        Status - Foreclosure

        Invoice Number  108070

    Tax ID # 59-2885854

            Professional Costs:


11/23/07- Service of Process                              75.00

            Total Amount This Invoice                $75.00


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001425449
Our File No. 11641
Status - Foreclosure

Invoice Number  108369

Tax ID # 59-2885854

Professional services:

| Date | Description | Amount |
|---|---|---|
| 11/2/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 11/14/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 11/1/07- | Title Search | 275.00 |
| 11/2/07- | Court Filing Fee | 261.00 |
| 11/6/07- | Service of Process | 342.00 |
| 11/14/07- | Instrument Recording Fee | 1.00 |
| - | Instrument Recording Fee | 18.50 |
| 11/29/07- | Instrument Recording Fee | 24.50 |
| - | Hydra Skiptrace | 5.00 |

| | |
|---|---|
| Total Amount This Invoice | $1,652.00 |
| Total Current Charges | $1,652.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001332224
Our File No. 10709

Status - Foreclosure

Invoice Number  108074

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 11/14/07- Instrument Recording Fee | 25.50 |
| 11/30/07- Publication of Notice of Action | 112.50 |
| Total Amount This Invoice | $138.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001618271
      Our File No. 12463
      Status - Foreclosure


      Invoice Number  108076

 Tax ID # 59-2885854

      Professional services:


11/26/07  Flat fee for foreclosure lawsuit - first half.          600.00


      Professional Costs:

11/23/07- Title Search                                    275.00
11/26/07- Court Filing Fee                                263.00
11/29/07- Service of Process                              205.00

      Total Amount This Invoice                        $1,343.00


      Total Current Charges                            $1,343.00


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001307537
      Our File No. 12213
      Status - Foreclosure


      Invoice Number   108079

Tax ID # 59-2885854

          Professional services:


11/16/07  Flat fee for foreclosure lawsuit - first half.          600.00


          Professional Costs:

11/15/07- Title Search                                            275.00
11/16/07- Court Filing Fee                                        257.00
11/29/07- Service of Process                                      304.00

          Total Amount This Invoice                            $1,436.00


          Total Current Charges                                $1,436.00


                    PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,
      Account No. 1001260506
      Our File No. 12540
      Status - Foreclosure


      Invoice Number  108080

Tax ID # 59-2885854

          Professional services:


11/14/07  Flat fee for foreclosure lawsuit - first half.        600.00

          Total Amount This Invoice                            $600.00


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001090463
     Our File No. 11666
     Status - Foreclosure

     Invoice Number  108491

Tax ID # 59-2885854

     Professional services:

| | | |
|---|---|---:|
| 11/1/07 | Flat fee for foreclosure lawsuit - first half-referred in error. | 600.00 |

     Professional Costs:

| | | |
|---|---|---:|
| 11/1/07- | Title Search | 275.00 |
| | Total Amount This Invoice | $875.00 |
| | Total Current Charges | $875.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001023624
Our File No. 10060

Status - Foreclosure

Invoice Number  108087

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 11/1/07- Publication of Notice of Action | 132.50 |
| 11/3/07- Attorney Ad Litem Fee | 275.00 |
| 11/6/07- Hydra Skiptrace | 10.00 |
| 11/21/07- Service of Process | 210.00 |
| Total Amount This Invoice | $627.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001023619
Our File No. 10195

Status - Foreclosure

Invoice Number  108368

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 11/7/07- | Instrument Recording Fee | 26.50 |
| | - Hydra Skiptrace | 15.00 |
| 11/14/07- | Attorney Ad Litem Fee | 275.00 |
| 11/21/07- | Service of Process | 420.00 |
| | Total Amount This Invoice | $736.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
        (
        Account No. 1001306185
        Our File No. 10312


        Status - Foreclosure

        Invoice Number  108091

Tax ID # 59-2885854

        Professional Costs:


11/27/07- Publication of Notice of Action                    127.96

            Total Amount This Invoice                        $127.96


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

## DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing
    Account No. 1001145394
    Our File No. 11765
    Status - Foreclosure


    Invoice Number  108366

Tax ID # 59-2885854

Professional services:


| | | |
|---|---|---|
| 11/6/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/5/07- | Title Search | 275.00 |
| 11/6/07- | Clerk's Filing Fee | 259.00 |
| 11/13/07- | Service of Process | 185.00 |
| 11/28/07- | Instrument Recording Fee | 21.50 |
| - | Hydra Skiptrace | 5.00 |
| | Total Amount This Invoice | $1,345.50 |
| | Total Current Charges | $1,345.50 |


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001372838
     Our File No. 11643
     Status - Foreclosure

     Invoice Number  108096

Tax ID # 59-2885854

          Professional Costs:


11/1/07-  Instrument Recording Fee                          9.00
11/16/07- Service of Process                              178.00
11/23/07- Hydra Skiptrace                                  45.00
                                                        ---------
          Total Amount This Invoice                     $232.00


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001136731
Our File No. 10543

Status - Foreclosure

Invoice Number  108097

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 11/21/07- Service of Process | 70.00 |
| Total Amount This Invoice | $70.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001062484
Our File No. 11769
Status - Foreclosure

Invoice Number  108098

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---:|
| 11/1/07- | Court Filing Fee | 257.00 |
| - | Instrument Recording Fee | 3.00 |
| - | Title Search | 275.00 |
| 11/7/07- | Service of Process | 210.00 |
| 11/16/07- | Instrument Recording Fee | 18.50 |
| 11/21/07- | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $808.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001229560
      Our File No. 11778
      Status - Foreclosure

      Invoice Number  108111

Tax ID # 59-2885854

      Professional services:

| | | |
|---|---|---:|
| 11/2/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

      Professional Costs:

| | | |
|---|---|---:|
| 11/1/07- | Title Search | 275.00 |
| 11/2/07- | Court Filing Fee | 259.00 |
| - | Instrument Recording Fee | 9.00 |
| 11/13/07- | Service of Process | 185.00 |
| | Total Amount This Invoice | $1,328.00 |
| | Total Current Charges | $1,328.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001228709
Our File No. 11653
Status- Foreclosure

Invoice Number  108145

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 11/8/07- | Service of Process | 200.00 |
| 11/14/07- | Instrument Recording Fee | 23.50 |
| | Total Amount This Invoice | $223.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001032243
      Our File No. 10055

      Status - Foreclosure

      Invoice Number  108146

Tax ID # 59-2885854

          Professional Costs:


11/29/07- Publication of Notice of Action              137.50
11/30/07- Instrument Recording Fee                      29.50
        - Hydra Skiptrace                                5.00

        Total Amount This Invoice                     $172.00


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001115530
Our File No. 10056

Status - Foreclosure

Invoice Number  108147

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 11/13/07- | Instrument Recording Fee | 29.50 |
| | - Hydra Skiptrace | 10.00 |
| | Total Amount This Invoice | $39.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001356443
     Our File No. 11637
     Status - Foreclosure

     Invoice Number  108148

Tax ID # 59-2885854

          Professional services:


11/5/07  Flat fee to prepare assignment of mortgage.          125.00


          Professional Costs:

11/5/07- Instrument Recording Fee                               1.00
      -  Instrument Recording Fee                              18.50

          Total Amount This Invoice                          $144.50


          Total Current Charges                              $144.50


          PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
          *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1000689306
Our File No. 12548
Status - Foreclosure

Invoice Number  108150

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/27/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/26/07- | Title Search | 275.00 |
| 11/27/07- | Court Filing Fee | 259.00 |
| - | Recording Fee | 2.00 |
| - | Instrument Recording Fee | 9.00 |
| 11/30/07- | Service of Process | 162.00 |
| | Total Amount This Invoice | $1,307.00 |
| | Total Current Charges | $1,307.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001181721
     Our File No. 10105

     Status - Foreclosure
     Invoice Number  108679

Tax ID # 59-2885854

_____

Professional services:

|         |                                                                                                          | Hrs/Rate          |          |
|---------|----------------------------------------------------------------------------------------------------------|-------------------|----------|
| 11/1/07 | Review Answer and Affirmative Defenses filed by Gordon Cone and Tequilla Cone (.2); draft motion to strike (1.1). (PEL) | 1.30<br>150.00/hr | 195.00   |
| 11/7/07 | Finalize and file Motion to Strike Affirmative Defenses. (PEL)                                            | 1.50<br>150.00/hr | 225.00   |
|         | Draft Motion to Dismiss Counterclaim. (PEL)                                                               | 0.80<br>150.00/hr | 120.00   |
|         | Total Amount This Invoice                                                                                 | 3.60              | $540.00  |

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001249296
Our File No. 11810
Status - Foreclosure

Invoice Number  108151

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/2/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/1/07- | Title Search | 275.00 |
| 11/2/07- | Court Filing Fee | 255.00 |
| | Total Amount This Invoice | $1,130.00 |
| | Total Current Charges | $1,130.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001383690
Our File No. 10711
Status - Foreclosure

Invoice Number  108152

Tax ID # 59-2885854
_____

Professional Costs:

11/21/07- Service of Process                          74.00

Total Amount This Invoice                    $74.00
_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001382153
Our File No. 12201
Status - Foreclosure

Invoice Number  108153

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/20/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/19/07- | Title Search | 275.00 |
| 11/20/07- | Court Filing Fee | 255.00 |
| 11/26/07- | Service of Process | 135.00 |
| 11/28/07- | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $1,310.00 |
| | Total Current Charges | $1,310.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,
      Account No. 1000556563
      Our File No. 12346
      Status - Foreclosure


      Invoice Number  108154

   Tax ID # 59-2885854

         Professional services:


11/22/07  Flat fee for foreclosure lawsuit - first half.        600.00


         Professional Costs:

11/21/07- Title Search                                          275.00
11/22/07- Court Filing Fee                                      257.00
        - Instrument Recording Fee                                3.00
        - Instrument Recording Fee                               18.50
11/26/07- Service of Process                                    240.00
                                                             _____
         Total Amount This Invoice                          $1,393.50

                                                             _____
         Total Current Charges                              $1,393.50


                    PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****
laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001541550
Our File No. 12560
Status - Foreclosure

Invoice Number  108181

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/27/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/26/07- | Title Search | 275.00 |
| 11/27/07- | Court Filing Fee | 257.00 |
| | Total Amount This Invoice | $1,132.00 |
| | Total Current Charges | $1,132.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001681240
      Our File No. 11852
      Status - Foreclosure

      Invoice Number  108182

Tax ID # 59-2885854

          Professional Costs:


11/13/07- Service of Process                               27.00

         Total Amount This Invoice                       $27.00


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing/

Account No. 1001182420
Our File No. 11171
Status - Foreclosure

Invoice Number  108183

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 11/14/07- Service of Process | 70.00 |
| Total Amount This Invoice | $70.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

     Account No. 1001224941
     Our File No. 11015
     Status- Foreclosure

     Invoice Number  108188

Tax ID # 59-2885854.

     Professional Costs:

| | |
|---|---|
| 11/1/07- Service of Process | 100.00 |
| Total Amount This Invoice | $100.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001220330
Our File No. 09033

Status - Foreclosure
Invoice Number  108675

Tax ID # 59-2885854

---

Professional services:

|  |  | Hrs/Rate |  |
|---|---|---|---|
| 11/9/07 | Review Motion for Extension of Time (.3); Draft Order on Motion (1.1); draft correspondence to Judge and Opposing Counsel (.3) (PEL). | 1.70 150.00/hr | 255.00 |
|  | Total Amount This Invoice | 1.70 | $255.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001134918
Our File No. 11011

Status - Fcl/Stip

Invoice Number  108191

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/27/07  Flat Fee for Demand Letter. | | 50.00 |
| Total Amount This Invoice | | $50.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001134751
      Our File No. 11012

      Status - Fcl/Stip

      Invoice Number  108192

Tax ID # 59-2885854

              Professional services:

11/27/07  Flat Fee for Demand Letter.                        50.00

          Total Amount This Invoice                        $50.00

              PAYMENT DUE UPON RECEIPT
   PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
              *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

     Account No. 1001228661
     Our File No. 09058
     Status - Foreclosure

     Invoice Number  108197

Tax ID # 59-2885854

Professional services:

| Date | Description | Amount |
|---|---|---|
| 11/26/07 | Flat fee for foreclosure lawsuit - second half of foreclosure through cancel sale 11/26/07. | 600.00 |

Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 11/8/07- | Publication of Notice of Sale | 273.80 |
|  | Total Amount This Invoice | $873.80 |
|  | Total Current Charges | $873.80 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing.

Account No. 1001128846
Our File No. 09040
Status - Foreclosure

Invoice Number  108676

Tax ID # 59-2885854

---

Professional services:

|  |  | Hrs/Rate |  |
|---|---|---|---|
| 11/6/07 | Receive, review and analyze answer and affirmative defense (.2); prepare, draft and file discovery package, including interrogatories (.9), request for documents (.7) and request for admissions (.8); communications with client (.2); follow-up communications with defendant to secure responses to discovery or for other issues (.1). (PEL) | 2.90 150.00/hr | 435.00 |
| 11/13/07 | Analysis of defendant's responses (.3) (PEL) | 0.30 150.00/hr | 45.00 |
| | Total Amount This Invoice | 3.20 | $480.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001047484
Our File No. 12161
Status - Answer

Invoice Number  108199

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/15/07 | Flat fee to answer foreclosure lawsuit. | 250.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/8/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $400.00 |
| | Total Current Charges | $400.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001108270
Our File No. 11894
Status - Answer

Invoice Number  108200

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/5/07 | Flat fee to answer foreclosure/monitor. | 200.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/5/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001134364
Our File No. 10565

Status - Foreclosure

Invoice Number  108201

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/6/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/6/07- | Instrument Recording Fee | 1.00 |
| - | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $144.50 |
| | Total Current Charges | $144.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1000751149
      Our File No. 12212
      Status - Foreclosure


      Invoice Number  108203

  Tax ID # 59-2885854

      Professional services:


| Date | Description | Amount |
|---|---|---|
| 11/19/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

      Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 11/16/07- | Title Search | 275.00 |
| 11/19/07- | Court Filing Fee | 265.00 |
| - | Instrument Recording Fee | 7.00 |
| - | Instrument Recording Fee | 17.00 |
| | Total Amount This Invoice | $1,164.00 |
| | Total Current Charges | $1,164.00 |


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001695868
Our File No. 12467
Status - Foreclosure

Invoice Number  108205

Tax ID # 59-2885854
_____

Professional services:


11/28/07  Flat fee for foreclosure lawsuit - first half.          600.00


Professional Costs:

11/27/07- Title Search                                            340.00
11/28/07- Court Filing Fee                                        259.00
        - Instrument Recording Fee                                 15.00
                                                            _____

        Total Amount This Invoice                            $1,214.00


        Total Current Charges                                $1,214.00


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

　　　Account No. 1001263113
　　　Our File No. 11772
　　　Status - Foreclosure

　　　Invoice Number  108206

Tax ID # 59-2885854

　　　Professional services:

| | |
|---|---:|
| 11/5/07  Flat fee for foreclosure lawsuit - first half. | 600.00 |

　　　Professional Costs:

| | |
|---|---:|
| 11/2/07- Title Search | 340.00 |
| 11/5/07- Court Filing Fee | 255.00 |
| - Instrument Recording Fee | 9.00 |
| Total Amount This Invoice | $1,204.00 |
| Total Current Charges | $1,204.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001263785
     Our File No. 11773
     Status - Foreclosure

     Invoice Number  108208

Tax ID # 59-2885854

     Professional services:

| | | |
|---|---|---:|
| 11/5/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

     Professional Costs:

| | | |
|---|---|---:|
| 11/2/07- | Title Search | 340.00 |
| 11/5/07- | Court Filing Fee | 255.00 |
| - | Instrument Recording Fee | 9.00 |
| | Total Amount This Invoice | $1,204.00 |
| | Total Current Charges | $1,204.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001263607
Our File No. 11775
Status - Foreclosure

Invoice Number  108209

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/5/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/2/07- | Title Search | 340.00 |
| 11/5/07- | Clerk's Filing Fee | 255.00 |
| - | Instrument Recording Fee | 9.00 |
| | Total Amount This Invoice | $1,204.00 |
| | Total Current Charges | $1,204.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

     Account No. 1001262989
     Our File No. 10766

     Status - Foreclosure

     Invoice Number  108210

Tax ID # 59-2885854

     Professional Costs:

| | |
|---|---|
| 11/6/07- Service of Process | 100.00 |
| Total Amount This Invoice | $100.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001217585
Our File No. 12464
Status - Foreclosure

Invoice Number  108211

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/26/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/23/07- | Title Search | 275.00 |
| 11/26/07- | Court Filing Fee | 259.00 |
| - | Instrument Recording Fee | 23.50 |
| | Total Amount This Invoice | $1,157.50 |
| | Total Current Charges | $1,157.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001196693
     Our File No. 08964-ANS
     Status - Answer

     Invoice Number  108213

Tax ID # 59-2885854

     Professional services:


11/3/07  Flat fee to answer foreclosure/monitor.          200.00


     Total Amount This Invoice          $200.00


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing          ,

     Account No. 1001424963
     Our File No. 09091
     Status - Foreclosure

     Invoice Number  108214

Tax ID # 59-2885854

     Professional Costs:

| | |
|---|---|
| 11/8/07- Publication of Notice of Action | 100.42 |
| 11/9/07- Service of Process | 199.00 |
| Total Amount This Invoice | $299.42 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001107271
Our File No. 11642
Status - Foreclosure

Invoice Number  108217

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 11/6/07- Service of Process | 265.00 |
| Total Amount This Invoice | $265.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001357071
Our File No. 11661
Status - Foreclosure

Invoice Number  108678

Tax ID # 59-2885854

---

Professional services:

|  |  | Hrs/Rate |  |
|---|---|---|---|
| 11/14/07 | Flat fee to prepare assignment of mortgage. |  | 125.00 |
| 11/28/07 | Review Motion for Extension of time (.2); Draft Order on Motion (1.0); draft correspondence to Judge and Opposing Counsel (.5). (PEL) | 1.70 150.00/hr | 255.00 |

---

Professional Costs:

| 11/1/07- | Service of Process |  | 315.00 |
|---|---|---|---|
| 11/14/07- | Instrument Recording Fee |  | 1.00 |
| - | Instrument Recording Fee |  | 18.50 |
|  | Total Amount This Invoice | 1.70 | $714.50 |
|  | Total Current Charges |  | $714.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001019622
Our File No. 10101

Status - Foreclosure

Invoice Number  108222

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 11/8/07- Instrument Recording Fee | 27.50 |
| - Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $32.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001560574
    Our File No. 11768
    Status - Foreclosure

    Invoice Number  108225

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 11/2/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 11/30/07 | Flat fee for foreclosure lawsuit - second half | 600.00 |

    Professional Costs:

| | | |
|---|---|---|
| 11/1/07- | Title Search | 275.00 |
| 11/2/07- | Court Filing Fee | 257.00 |
| - | Instrument Recording Fee | 20.00 |
| 11/9/07- | Service of Process | 150.00 |
| 11/14/07- | Hydra Skip Trace | 45.00 |
| 11/19/07- | Publication of Notice of Action | 201.42 |

    Total Amount This Invoice    $2,148.42

    Total Current Charges    $2,148.42

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001032438
    Our File No. 11652
    Status - Foreclosure

    Invoice Number  108226

Tax ID # 59-2885854

---

    Professional Costs:

11/15/07- Service of Process                      150.00

    Total Amount This Invoice          $150.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001032412
      Our File No. 11644
      Status - Foreclosure


      Invoice Number  108227

 Tax ID # 59-2885854

         Professional Costs:


11/15/07- Service of Process                        100.00
                                                  ----------
         Total Amount This Invoice               $100.00


                  PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                     *****THANK YOU*****

laa

## DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001506474
     Our File No. 11808
     Status - Forclosure

     Invoice Number  108228

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---:|
| 11/2/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---:|
| 11/1/07- | Title Search | 275.00 |
| 11/2/07- | Court Filing Fee | 261.00 |
| - | Instrument Recording Fee | 5.00 |
| - | Hydra Skiptrace | 90.00 |
| 11/9/07- | Service of Process | 289.00 |
| 11/30/07- | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $1,565.00 |
| | Total Current Charges | $1,565.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001169866
     Our File No. 11245

     Status - Foreclosure

     Invoice Number  108229

Tax ID # 59-2885854

     Professional services:

| | | |
|---|---|---|
| 11/22/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

     Professional Costs:

| | | |
|---|---|---|
| 11/22/07- | Court Filing Fee | 255.00 |
| - | Instrument Recording Fee | 10.50 |
| | Total Amount This Invoice | $865.50 |
| | Total Current Charges | $865.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

       Account No. 1001163866
       Our File No. 10059

       Status - Foreclosure

       Invoice Number  108230

Tax ID # 59-2885854

       Professional Costs:


11/1/07- Publication of Notice of Action                      181.25

       Total Amount This Invoice                             $181.25


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001240685
    Our File No. 10555

    Status - Foreclosure

    Invoice Number  108232

Tax ID # 59-2885854

    Professional Costs:

| | |
|---|---|
| 11/14/07- Instrument Recording Fee | 29.50 |
| Total Amount This Invoice | $29.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

Account No. 1001664549
Our File No. 10546

Status - Foreclosure

Invoice Number  108233

Tax ID # 59-2885854

Professional Costs:


11/5/07- Service of Process                                 250.00

Total Amount This Invoice                       $250.00


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001690577
Our File No. 10685

Status - Foreclosure

Invoice Number  108234

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/1/07 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/1/07- | Publication of Notice of Action | 156.45 |
| | Total Amount This Invoice | $756.45 |
| | Total Current Charges | $756.45 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing             ,

    Account No. 1001025252
    Our File No. 12218
    Status - Eviction

    Invoice Number  108235

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 11/12/07 | Flat fee for Writ of Possession after foreclosure. | 350.00 |

    Professional Costs:

| | | |
|---|---|---|
| 11/12/07- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001085602
Our File No. 10856-BK
Status - BK CH 13  9-07-bk-07042-ALP, 08/09/2007

Invoice Number  108382

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/1/07 | Flat fee for Bankruptcy objection to Chapter 13 Plan. | 375.00 |
| | Flat fee for bankruptcy proof of claim. | 200.00 |
| | Total Amount This Invoice | $575.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001679504
      Our File No. 12839
      Status - Foreclosure


      Invoice Number  108251

  Tax ID # 59-2885854

          Professional services:


11/30/07  Flat fee for foreclosure lawsuit - first half.        600.00


          Professional Costs:

11/29/07- Title Search                                          275.00
11/30/07- Court Filing Fee                                      255.00
                                                           _____
          Total Amount This Invoice                          $1,130.00

          Total Current Charges                              $1,130.00


                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****
laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   AMERICAN HOME MORTGAGE
       ACCOUNT NO. 1000913218
       OUR FILE NO. 11649
       STATUS- FORECLOSURE

      Invoice Number  108495

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/8/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 11/23/07 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/7/07- | Title Search | 275.00 |
| 11/8/07- | Court Filing Fee | 255.00 |
| 11/28/07- | Service of Process | 175.00 |
| - | Recording Fee | 23.50 |

| | |
|---|---|
| Total Amount This Invoice | $1,928.50 |
| Total Current Charges | $1,928.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:    American Home Mortgage Servicing

        Account No. 1000800283
        Our File No. 09339

        Status - Foreclosure

        Invoice Number  108257

Tax ID # 59-2885854

        Professional Costs:


11/8/07- Publication of Notice of Action  10/13,20/07        109.73
11/14/07- Cost of Certified Court Documents                   20.50

        Total Amount This Invoice                            $130.23


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa