**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001647627
Our File No. 12085
Status - Foreclosure

Invoice Number  108259

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/16/07  Flat fee for foreclosure lawsuit - first half. | | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/15/07- Title Search | | 340.00 |
| 11/16/07- Court Filing Fee | | 255.00 |
| - Instrument Recording Fee | | 9.00 |
| 11/21/07- Service of Process | | 25.00 |
| Total Amount This Invoice | | $1,229.00 |
| Total Current Charges | | $1,229.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001648105
Our File No. 11783
Status - Foreclosure

Invoice Number  108265

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/12/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/9/07- | Title Search | 340.00 |
| 11/12/07- | Court Filing Fee | 255.00 |
| - | Instrument Recording Fee | 9.00 |
| 11/16/07- | Service of Process | 30.00 |
| | Total Amount This Invoice | $1,234.00 |
| | Total Current Charges | $1,234.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001038210
    Our File No. 11771
    Status - Foreclosure

    Invoice Number  108268

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 11/6/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 11/16/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

    Professional Costs:

| | | |
|---|---|---|
| 11/5/07- | Title Search | 340.00 |
| 11/6/07- | Court Filing Fee | 260.00 |
| 11/15/07- | Service of Process | 185.00 |
| 11/16/07- | Court Filing Fee | 1.00 |
| - | Instrument Recording Fee | 18.50 |

    Total Amount This Invoice      $1,529.50

    Total Current Charges      $1,529.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000825414
Our File No. 12205
Status - Foreclosure

Invoice Number  108269

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 11/15/07- Service of Process | 162.00 |
| Total Amount This Invoice | $162.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

## DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
#### 9204 KING PALM DRIVE
#### TAMPA FL 33619-1328
#### 813/915-8660

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001357382
      Our File No. 11646
      Status - Foreclosure

      Invoice Number  108271

Tax ID # 59-2885854

          Professional Costs:


11/21/07- Hydra Skiptrace                          45.00

          Total Amount This Invoice              $45.00


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001499576
Our File No. 11647
Status - Foreclosure

Invoice Number  108272

Tax ID # 59-2885854

Professional Costs:

11/6/07- Service of Process                                      210.00

        Total Amount This Invoice                        $210.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001332228
      Our File No. 11828
      Status - Fcl/BK Filed


      Invoice Number  108275

Tax ID # 59-2885854

            Professional services:


11/5/07  Flat fee for foreclosure lawsuit - first half.        600.00


         Professional Costs:

11/1/07- Title Search                                          275.00

         Total Amount This Invoice                            $875.00


         Total Current Charges                                $875.00


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

      Account No. 1000752492
      Our File No. 12206
      Status - Foreclosure

      Invoice Number  108279

Tax ID # 59-2885854

      Professional services:

| | | |
|---|---|---|
| 11/22/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

      Professional Costs:

| | | |
|---|---|---|
| 11/22/07- | Court Filing Fee | 255.00 |
| - | Instrument Recording Fee | 1.00 |
| - | Instrument Recording Fee | 10.50 |
| | Total Amount This Invoice | $866.50 |
| | Total Current Charges | $866.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1000752542
     Our File No. 12449
     Status - Foreclosure

     Invoice Number  108280

 Tax ID # 59-2885854

          Professional services:

11/22/07  Flat fee for foreclosure lawsuit - first half.            600.00

          Professional Costs:

11/21/07- Title Search                                              395.00
11/22/07- Court Filing Fee                                          259.00
       -  Instrument Recording Fee                                   10.50
11/29/07- Service of Process                                        125.00

          Total Amount This Invoice                              $1,389.50

          Total Current Charges                                  $1,389.50

                    PAYMENT DUE UPON RECEIPT
       PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****
laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001403345
Our File No. 11166

Status - Foreclosure

Invoice Number  108281

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 11/15/07- Instrument Recording Fee | 21.50 |
| - Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $26.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001221199
    Our File No. 10557

    Status - Foreclosure

    Invoice Number  108284

Tax ID # 59-2885854

    Professional Costs:

| | |
|---|---|
| 11/30/07- Service of Process | 50.00 |
| Total Amount This Invoice | $50.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001257601
      Our File No. 10759

      Status - Foreclosure

      Invoice Number  108287

Tax ID # 59-2885854

          Professional Costs:


| | | |
|---|---|---|
| 11/2/07- Attorney Ad Litem Fee | | 275.00 |
| 11/30/07- Publication of Notice of Action | | 95.28 |
| Total Amount This Invoice | | $370.28 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001201552
     Our File No. 10211

     Status - Foreclosure

     Invoice Number  108288

Tax ID # 59-2885854

     Professional Costs:

| | | |
|---|---|---|
| 11/28/07- Service of Process | | 130.00 |
| Total Amount This Invoice | | $130.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:    American Home Mortgage Servicing

Account No. 1001117359
Our File No. 11662
Status - Foreclosure

Invoice Number  108294

Tax ID # 59-2885854

Professional Costs:

11/6/07- Service of Process                                143.00

Total Amount This Invoice                          $143.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   AMERICAN HOME MORTGAGE
      ACCOUNT NO. 1001722829
      OUR FILE NO. 10106

      STATUS- FCL/CONTESTED


      Invoice Number   108296

Tax ID # 59-2885854

          Professional Costs:


| | |
|---|---|
| 11/13/07- Instrument Recording Fee | 26.50 |
| - Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $31.50 |


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001385672
      Our File No. 10544

      Status - Foreclosure

      Invoice Number  108297

Tax ID # 59-2885854

      Professional Costs:

11/9/07- Instrument Recording Fee                          29.50
                                                         ----------
         Total Amount This Invoice                        $29.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001250828
Our File No. 10050

Status - Fcl

Invoice Number  108299

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---:|
| 11/3/07- Attorney Ad Litem Fee | 350.00 |
| 11/26/07- Publication of Notice of Action | 113.18 |
| Total Amount This Invoice | $463.18 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001171727
      Our File No. 11846
      Status - Foreclosure


      Invoice Number  108302

   Tax ID # 59-2885854

            Professional services:


11/14/07  Flat fee for foreclosure lawsuit - first half.      600.00


            Professional Costs:

11/13/07- Hydra Skiptrace                                      135.00
        - Title Search                                         275.00
11/14/07- Court Filing Fee                                     269.00
11/26/07- Service of Process                                   571.00
        - Hydra Skiptrace                                       45.00
                                                              --------
      Total Amount This Invoice                             $1,895.00


      Total Current Charges                                 $1,895.00



                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                       *****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
#### 9204 KING PALM DRIVE
#### TAMPA FL 33619-1328
#### 813/915-8660

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001000511
     Our File No. 11660
     Status - Foreclosure


     Invoice Number  108304

Tax ID # 59-2885854

          Professional Costs:


11/9/07- Hydra Skiptrace                          45.00
11/15/07- Service of Process                     181.00
                                              ----------
          Total Amount This Invoice             $226.00


                PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1000945135
Our File No. 10186

Status - Foreclosure

Invoice Number  108305

Tax ID # 59-2885854

Professional Costs:

11/15/07- Hydra Skiptrace                                    10.00

Total Amount This Invoice                       $10.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1000787431
     Our File No. 09343

     Status - Foreclosure

     Invoice Number  108306

Tax ID # 59-2885854

     Professional Costs:

| | |
|---|---|
| 11/8/07- Hydra Skiptrace | 15.00 |
| Total Amount This Invoice | $15.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000784832
Our File No. 12203
Status - Foreclosure

Invoice Number  108308

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/20/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/19/07- | Title Search | 275.00 |
| 11/20/07- | Court Filing Fee | 261.00 |
| - | Instrument Recording Fee | 24.50 |
| 11/26/07- | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $1,205.50 |
| | Total Current Charges | $1,205.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing.

      Account No. 1001275262
      Our File No. 12330
      Status - Eviction

      Invoice Number  108383

Tax ID # 59-2885854

          Professional services:

11/12/07  Flat fee for Writ of Possession after the          350.00
          foreclosure.

          Total Amount This Invoice                        $350.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001357423
Our File No. 12130
Status - Monitor

Invoice Number  108322

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/16/07 | Flat fee to answer foreclosure/monitor. | 200.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/8/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
#### 9204 KING PALM DRIVE
#### TAMPA FL 33619-1328
#### 813/915-8660

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001356618
    Our File No. 10611

    Status - Foreclosure

    Invoice Number  108317

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 11/9/07 | Flat fee for foreclosure lawsuit (second half). | 600.00 |

    Professional Costs:

| | | |
|---|---|---|
| 11/9/07- | Instrument Recording Fee | 23.50 |
| | Total Amount This Invoice | $623.50 |
| | Total Current Charges | $623.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001109550
Our File No. 09147
Status - Foreclosure

Invoice Number  108316

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/6/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/6/07- | Instrument Recording Fee | 19.50 |
| | Total Amount This Invoice | $144.50 |
| | Total Current Charges | $144.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001166267
Our File No. 09151
Status - Foreclosure

Invoice Number  108314

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 11/1/07- Publication of Notice of Action | 135.00 |
| Total Amount This Invoice | $135.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001167749
    Our File No. 09153
    Status - Foreclosure

    Invoice Number  108313

Tax ID # 59-2885854

---

    Professional Costs:

| | |
|---|---:|
| 11/26/07- Instrument Recording Fee | 22.50 |
|     - Hydra Skiptrace | 15.00 |
| Total Amount This Invoice | $37.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001608858
Our File No. 12157
Status - Answer

Invoice Number  108323

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/15/07 | Flat fee to answer foreclosure/monitor. | 200.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/16/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1000856474
    Our File No. 10713

    Status - Foreclosure

    Invoice Number  108311

Tax ID # 59-2885854

    Professional Costs:

| Date | Description | Amount |
|------|-------------|-------:|
| 11/7/07- | Instrument Recording Fee | 21.50 |
| 11/14/07- | Hydra Skiptrace | 15.00 |
| 11/30/07- | Publication of Notice of Action | 121.50 |
| | Total Amount This Invoice | $158.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001576235
     Our File No. 11388
     Status - Answer

     Invoice Number  108324

Tax ID # 59-2885854

          Professional services:

| | |
|---|---|
| 11/16/07  Flat fee to answer foreclosure/monitor. | 200.00 |

          Professional Costs:

| | |
|---|---|
| 11/16/07- Title Search | 150.00 |
| Total Amount This Invoice | $350.00 |
| Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001742324
      Our File No. 10714


      Status - Foreclosure
      Referral Date 9/20/2007

      Invoice Number  108677

Tax ID # 59-2885854

---

        Professional services:

                                              Hrs/Rate

11/28/07  Review Answer, Affirmative Defense and        1.60      240.00
          Counterclaim (.2); draft correspondence   150.00/hr
          to client (.2); draft Motion for
          Extension of Time to Respond to Answer,
          Affirmative Defenses and Counterclaim
          (1.2). (PEL)


          Total Amount This Invoice            1.60     $240.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001330111
Our File No. 09154

Status - Fcl/BK Filed

Invoice Number  108309

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 11/20/07- Clerk's Recording Fee | | 1.00 |
| 11/28/07- Instrument Recording Fee | | 18.50 |
| Total Amount This Invoice | | $19.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001475331
Our File No. 11640
Status - Foreclosure

Invoice Number  108307

Tax ID # 59-2885854

---

Professional Costs:

| | | |
|---|---|---|
| 11/5/07- | Service of Process | 35.00 |
| 11/13/07- | Instrument Recording Fee | 3.00 |
| 11/14/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $56.50 |

---

PAYMENT
PLEASE INCLUDE A COPY OF '
*****'

*Total*
*58,469.57*

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001035265
    Our File No. 11849
    Status - Foreclosure

    Invoice Number  108303

Tax ID # 59-2885854

---

    Professional services:


11/7/07  Flat fee for foreclosure lawsuit - first half.          600.00

---

    Professional Costs:

11/6/07- Title Search                                           275.00
11/7/07- Clerk's Filing Fee                                     259.00
11/14/07- Service of Process                                    245.00

    Total Amount This Invoice                                $1,379.00

    Total Current Charges                                    $1,379.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,                    ,

Account No. 1001683389
Our File No. 10047

Status - Foreclosure

Invoice Number  108301

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 11/29/07- Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $5.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1000693746
     Our File No. 12836
     Status - Fcl

     Invoice Number  108332

 Tax ID # 59-2885854

---

          Professional services:


11/30/07  Flat fee for foreclosure lawsuit - first half.          600.00

---

          Professional Costs:

11/21/07- Title Search                                            275.00
                                                               ----------
          Total Amount This Invoice                              $875.00

          Total Current Charges                                  $875.00
                                                               ==========

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing                    ,

Account No. 1001234452
Our File No. 10104

Status - Foreclosure

Invoice Number  108298

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 11/6/07- Instrument Recording Fee | 23.00 |
| - Hydra Skiptrace | 45.00 |
| Total Amount This Invoice | $68.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001340294
Our File No. 10699

Status - Foreclosure

Invoice Number  108295

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 11/12/07- Service of Process | | 229.00 |
| 11/20/07- Instrument Recording Fee | | 18.50 |
| Total Amount This Invoice | | $247.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001555159
     Our File No. 09131
     Status - Foreclosure

     Invoice Number  108293

Tax ID # 59-2885854

     Professional Costs:

| | |
|---|---|
| 11/9/07- Hydra Skiptrace | 10.00 |
| 11/23/07- Publication of Notice of Action | 181.25 |
| Total Amount This Invoice | $191.25 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing.

        Account No. 1001517606
        Our File No. 09126
        Status - Foreclosure
        ;

        Invoice Number  108292

Tax ID # 59-2885854

_____

        Professional Costs:


11/1/07- Publication of Notice of Action                184.88
                                                        _____

        Total Amount This Invoice                      $184.88
_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

Account No. 1001554554
Our File No. 09142

Status - Foreclosure

Invoice Number  108291

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 11/26/07- Publication of Notice of Action | 181.25 |
| Total Amount This Invoice | $181.25 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1000854200
     Our File No. 10374

     Status - Foreclosure

     Invoice Number  108290

Tax ID # 59-2885854
_____

     Professional Costs:


11/15/07- Instrument Recording Fee                          14.50
        - Hydra Skiptrace                                    5.00
11/21/07- Instrument Recording Fee                           1.50
                                                         _____
        Total Amount This Invoice                         $21.00
_____


                 PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****
trr

## DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
#### 9204 KING PALM DRIVE
#### TAMPA FL 33619-1328
#### 813/915-8660

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1001110608
    Our File No. 11650
    Status - Foreclosure

    Invoice Number  108289

Tax ID # 59-2885854

---

    Professional Costs:

| | |
|---|---|
| 11/5/07- Service of Process | 220.00 |
| Total Amount This Invoice | $220.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1000799287
     Our File No. 10022

     Status - Foreclosure

     Invoice Number  108286

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 11/5/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | |
|---|---|
| 11/5/07- Instrument Recording Fee | 19.50 |
| 11/20/07- Instrument Recording Fee | 21.50 |
| - Hydra Skiptrace | 10.00 |
| Total Amount This Invoice | $176.00 |
| Total Current Charges | $176.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001291216
Our File No. 11812
Status - Foreclosure

Invoice Number  108282

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/1/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/1/07- | Clerk's Filing Fee | 255.00 |
| - | Instrument Recording Fee | 18.50 |
| - | Service of Process | 134.00 |
| - | Title Search | 275.00 |
| | Total Amount This Invoice | $1,282.50 |
| | Total Current Charges | $1,282.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001182291
Our File No. 11789
Status - Foreclosure

Invoice Number  108325

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/2/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/1/07- | Title Search | 275.00 |
| 11/2/07- | Court Filing Fee | 259.00 |
| - | Instrument Recording Fee | 23.50 |
| 11/26/07- | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $1,202.50 |
| | Total Current Charges | $1,202.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001436416
Our File No. 11757
Status - Foreclosure

Invoice Number  108277

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 11/1/07- Service of Process | 270.00 |
| Total Amount This Invoice | $270.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001342063
      Our File No. 11484
      Status - Eviction

      Invoice Number  108384

Tax ID # 59-2885854

      Professional services:

| Date | Description | Amount |
|---|---|---|
| 11/13/07 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |
| | Total Amount This Invoice | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001240936
     Our File No. 11676
     Status - Foreclosure

     Invoice Number  108274

Tax ID # 59-2885854

---

        Professional Costs:


| | |
|---|---|
| 11/5/07- Service of Process | 164.00 |
| Total Amount This Invoice | $164.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

        Account No. 1001023934
        Our File No. 10215

        Status - Foreclosure

        Invoice Number  108273

Tax ID # 59-2885854

        Professional Costs:


11/1/07- Publication of Notice of Action                    130.00
11/16/07- Service of Process                                 35.00
                                                        _____
          Total Amount This Invoice                     $165.00


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001023979
Our File No. 10216

Status - Foreclosure

Invoice Number  108270

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---:|
| 11/14/07- Service of Process | 35.00 |
| 11/29/07- Publication of Notice of Action | 132.50 |
| Total Amount This Invoice | $167.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001406882
Our File No. 09130
Status - Foreclosure

Invoice Number  108267

Tax ID # 59-2885854

---

Professional Costs:

| | | |
|---|---|---|
| 11/8/07- | Publication of Notice of Action | 285.97 |
| 11/28/07- | Instrument Recording Fee | 28.50 |
| - | Hydra Skiptrace | 5.00 |
| | Total Amount This Invoice | $319.47 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001175221
Our File No. 11781
Status - Foreclosure

Invoice Number  108266

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 11/2/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 11/2/07- | Clerk's Filing Fee | 255.00 |
| - | Instrument Recording Fee | 13.00 |
| 11/13/07- | Service of Process | 50.00 |
| 11/28/07- | Service of Process | 106.00 |
| | Total Amount This Invoice | $1,024.00 |
| | Total Current Charges | $1,024.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001308967
Our File No. 11842
Status - Foreclosure

Invoice Number  108263

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 11/8/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 11/7/07- | Title Search | 275.00 |
| 11/8/07- | Clerk's filing Fee | 257.00 |
| | Total Amount This Invoice | $1,132.00 |
| | Total Current Charges | $1,132.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001241739
Our File No. 09816

Status - Foreclosure

Invoice Number  108262

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---:|
| 11/5/07- | Instrument Recording Fee | 30.50 |
| 11/27/07- | Hydra Skiptrace | 5.00 |
| - | Publication of Notice of Action | 141.90 |
| | Total Amount This Invoice | $177.40 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001087114
    Our File No. 09280

    Status - Foreclosure

    Invoice Number  108261

Tax ID # 59-2885854

---

        Professional Costs:

| | | |
|---|---|---:|
| 11/1/07- | Publication of Notice of Action | 263.83 |
| 11/9/07- | Service of Process | 112.50 |
| 11/23/07- | Service of Process | 10.00 |
| 11/28/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $404.83 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

        Account No. 1001769696
        Our File No. 11770
        Status - Foreclosure

        Invoice Number  108260

Tax ID # 59-2885854

---

        Professional services:


| | | |
|---|---|---|
| 11/5/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

        Professional Costs:

| | | |
|---|---|---|
| 11/2/07- | Title Search | 275.00 |
| 11/5/07- | Clerk's Filing Fee | 263.00 |
| 11/8/07- | Service of Process | 383.00 |
| | Total Amount This Invoice | $1,521.00 |
| | Total Current Charges | $1,521.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001517500
      Our File No. 11760
      Status - Foreclosure

      Invoice Number  108258

Tax ID # 59-2885854

---

         Professional services:


11/2/07  Flat fee for foreclosure lawsuit - first half.        600.00

---

         Professional Costs:

11/1/07- Title Search                                          275.00
11/2/07- Clerk's Filing Fee                                    257.00
       - Instrument Recording Fee                               11.00
11/5/07- Service of Process                                    150.00
11/23/07- Hydra Skiptrace                                       45.00
                                                          _____
         Total Amount This Invoice                         $1,338.00

                                                          _____
         Total Current Charges                             $1,338.00
                                                          ===========

---

                    PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                       *****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**

**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

     Account No. 1000950573
     Our File No. 12033
     Status - Foreclosure

     Invoice Number  108256

Tax ID # 59-2885854

---

     Professional services:

| | | |
|---|---|---|
| 11/19/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

     Professional Costs:

| | | |
|---|---|---|
| 11/16/07- | Title Search | 340.00 |
| 11/19/07- | Court filing fee | 259.00 |
| - | Instrument Recording Fee | 4.00 |
| 11/28/07- | Service of Process | 251.00 |
| | Total Amount This Invoice | $1,454.00 |
| | Total Current Charges | $1,454.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

      Account No. 1001586388
      Our File No. 09129
      Status - Foreclosure

      Invoice Number  108253

Tax ID # 59-2885854

---

      Professional Costs:

| | |
|---|---|
| 11/27/07- Publication of Notice of Action | 127.96 |
| Total Amount This Invoice | $127.96 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

## DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001631478
Our File No. 10294

Status - Foreclosure

Invoice Number  108252

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 11/27/07- Attorney Ad Litem Fee | | 350.00 |
| - Publication of Notice of Action | | 108.04 |
| Total Amount This Invoice | | $458.04 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001215759
Our File No. 12466
Status - Foreclosure

Invoice Number  108250

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/26/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/26/07- | Clerk's Filing Fee | 255.00 |
| - | Instrument Recording Fee | 9.00 |
| 11/29/07- | Service of Process | 230.00 |
| | Total Amount This Invoice | $1,094.00 |
| | Total Current Charges | $1,094.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001111446
Our File No. 11648
Status - Foreclosure

Invoice Number  108249

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---:|
| 11/2/07- Service of Process | 328.00 |
| 11/23/07- Hydra Skiptrace | 45.00 |
| 11/26/07- Service of Process | 35.00 |
| Total Amount This Invoice | $408.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001639573
     Our File No. 10550


     Status - Foreclosure


     Invoice Number  108248

Tax ID # 59-2885854

        Professional Costs:


| | |
|---|---|
| 11/8/07- Attorney Ad Litem Fee | 350.00 |
| - Publication of Notice of Action | 217.50 |
| 11/14/07- Service of Process | 190.00 |
| Total Amount This Invoice | $757.50 |


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001508570
Our File No. 09090
Status - Foreclosure

Invoice Number  108247

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 11/27/07- Publication of Notice of Action | 127.96 |
| Total Amount This Invoice | $127.96 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001061233
     Our File No. 10542

     Status - Foreclosure

     Invoice Number  108246

Tax ID # 59-2885854

---

     Professional Costs:

| | |
|---|---|
| 11/8/07- Attorney Ad Litem Fee | 275.00 |
| Total Amount This Invoice | $275.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001127286
Our File No. 11395
Status - Foreclosure

Invoice Number  108245

Tax ID # 59-2885854

Professional Costs:

11/27/07- Service of Process                                40.00

Total Amount This Invoice                      $40.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

      Account No. 1001277930
      Our File No. 12814
      Status - Foreclosure

      Invoice Number  108244

Tax ID # 59-2885854

---

      Professional Costs:

| | |
|---|---|
| 11/30/07- Title Search | 275.00 |
| Total Amount This Invoice | $275.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001627764
Our File No. 12202
Status - Foreclosure

Invoice Number  108243

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 11/19/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 11/19/07- | Clerk's Filing Fee | 256.00 |
| 11/26/07- | Service of Process | 125.00 |
| | Total Amount This Invoice | $981.00 |
| | Total Current Charges | $981.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000877133
Our File No. 11488
Status - Eviction

Invoice Number  108242

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 11/5/07 | Flat Fee for writ of possession after foreclosure. | 350.00 |

---

Professional Costs:

| | |
|---|---|
| 11/5/07- Writ of Possession | 70.00 |
| - Court filing fee | 50.00 |
| Total Amount This Invoice | $470.00 |
| Total Current Charges | $470.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

       Account No. 1001688848
       Our File No. 11767
       Status - Foreclosure

       Invoice Number  108346

Tax ID # 59-2885854

              Professional services:


11/2/07  Flat fee for foreclosure lawsuit - first half.          600.00


              Professional Costs:

11/1/07- Title Search                                            275.00
11/2/07- Court Filing Fee                                        257.00
       - Instrument Recording Fee                                 11.00
11/6/07- Service of Process                                      202.00
11/23/07- Hydra Skiptrace                                         45.00

         Total Amount This Invoice                            $1,390.00


         Total Current Charges                                $1,390.00


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001151175
Our File No. 11172

Status - Foreclosure

Invoice Number  108169

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---:|
| 11/5/07- Hydra Skiptrace | 5.00 |
| 11/23/07- Service of Process | 150.00 |
| Total Amount This Invoice | $155.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

## DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
## 9204 KING PALM DRIVE
## TAMPA FL 33619-1328
### 813/915-8660

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing/AHM v Peralta,
      Isabel
      Account No. 1001089559
      Our File No. 10561
      Address - 11167 Creek Haven Drive, Riverview, FL,
      33569
      Status - Foreclosure
      Type of Billing - Complaint
      Referral Date 9/15/2007

      Invoice Number  108168

Tax ID # 59-2885854

---

Professional Costs:

| | | |
|---|---|---:|
| 11/15/07- | Publication of Notice of Action | 304.64 |
| - | Instrument Recording Fee | 14.50 |
| 11/19/07- | Hydra Skiptrace | 5.00 |
| 11/26/07- | Publication of Notice of Action | 116.63 |
| | Total Amount This Invoice | $440.77 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001375493
      Our File No. 11663
      Status - Foreclosure


      Invoice Number  108167

Tax ID # 59-2885854

_____

      Professional services:


11/8/07   Flat fee for foreclosure lawsuit - first half.        600.00

_____

      Professional Costs:

11/7/07- Title Search                                           275.00
11/8/07- Clerk's Filing Fee                                     277.00
       - Instrument Recording Fee                                33.00
11/23/07- Hydra Skiptrace                                        45.00
11/27/07- Service of Process                                    330.00
                                                              _____

      Total Amount This Invoice                              $1,560.00
                                                              _____

      Total Current Charges                                  $1,560.00
                                                              _____

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001615696
    Our File No. 11784
    Status - Foreclosure

    Invoice Number  108165

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 11/5/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 11/2/07- | Title Search | 275.00 |
| 11/5/07- | Clerk's Filing Fee | 255.00 |
| - | Instrument Recording Fee | 19.50 |
| 11/7/07- | Service of Process | 100.00 |
| | Total Amount This Invoice | $1,249.50 |
| | Total Current Charges | $1,249.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

      Account No. 1001685417
      Our File No. 10707

      Status - Foreclosure

      Invoice Number  108164

Tax ID # 59-2885854

      Professional Costs:

| | |
|---|---|
| 11/8/07- Publication of Notice of Action | 121.50 |
| 11/14/07- Attorney Ad Litem Fee | 350.00 |
| Total Amount This Invoice | $471.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001511125
Our File No. 10553

Status - Foreclosure

Invoice Number  108163

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 11/21/07- Hydra Skiptrace | 5.00 |
| - Service of Process | 40.00 |
| 11/26/07- Hydra Skiptrace | 45.00 |
| Total Amount This Invoice | $90.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

     Account No. 1001256452
     Our File No. 11003

     Status - Foreclosure

     Invoice Number  108162

Tax ID # 59-2885854

---

     Professional Costs:

| | |
|---|---|
| 11/14/07- Service of Process | 70.00 |
| Total Amount This Invoice | $70.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

   Account No. 1001063640
   Our File No. 11761
   Status - FCL

   Invoice Number  108160

Tax ID # 59-2885854

---

   Professional Costs:


11/3/07- Service of Process                    175.00
11/27/07- Hydra Skiptrace                       45.00
                                           _____
      Total Amount This Invoice             $220.00

---


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001263440
Our File No. 10768

Status - Foreclosure

Invoice Number  108133

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 11/21/07- Service of Process | 35.00 |
| Total Amount This Invoice | $35.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing,

     Account No. 1000938767
     Our File No. 11639
     Status - Foreclosure

     Invoice Number  108132

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 11/2/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 11/1/07- | Title Search | 275.00 |
| 11/2/07- | Clerk's Filing Fee | 257.00 |
| - | Instrument Recording Fee | 3.00 |
| 11/8/07- | Service of Process | 310.00 |
| | Total Amount This Invoice | $1,445.00 |
| | Total Current Charges | $1,445.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing.                    ,

      Account No. 1000631979
      Our File No. 09818


      Status - Foreclosure

      Invoice Number  108131

Tax ID # 59-2885854

          Professional Costs:


11/7/07- Instrument Recording Fee                        28.50
       - Hydra Skiptrace                                  10.00

          Total Amount This Invoice                      $38.50


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing.

    Account No. 1001121628
    Our File No. 10018

    Status - Foreclosure

    Invoice Number  108129

Tax ID # 59-2885854

      Professional Costs:

| | |
|---|---|
| 11/8/07- Publication of Notice of Action | 84.62 |
| Total Amount This Invoice | $84.62 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

       Account No. 1001104942
       Our File No. 11490
       Status - Eviction

       Invoice Number  108385

Tax ID # 59-2885854

            Professional services:


11/6/07   Flat fee for Writ of Possession after the          350.00
          foreclosure.


          Professional Costs:

11/6/07-  Writ of Possession                                  95.00

          Total Amount This Invoice                          $445.00


          Total Current Charges                              $445.00


                  PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****
dlp

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

        Account No. 1001284441
        Our File No. 12210
        Status - Foreclosure

        Invoice Number  108127

Tax ID # 59-2885854

---

        Professional services:

11/16/07  Flat fee for foreclosure lawsuit - first half.          600.00

---

        Professional Costs:

11/15/07- Title Search                                    275.00
11/16/07- Clerk's Filing Fee                              255.00
       -  Instrument Recording Fee                         10.00
11/19/07- Service of Process                              100.00
                                                          --------
        Total Amount This Invoice                      $1,240.00

        Total Current Charges                          $1,240.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001019765
    Our File No. 10213

    Status - Foreclosure

    Invoice Number  108124

Tax ID # 59-2885854

    Professional Costs:

| | | |
|---|---|---|
| 11/8/07- | Publication of Notice of Action | 122.18 |
| 11/13/07- | Service of Process | 4.00 |
| | Total Amount This Invoice | $126.18 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001310179
    Our File No. 10303

    Status - Foreclosure


    Invoice Number  108123

Tax ID # 59-2885854

---

        Professional Costs:


| | |
|---|---|
| 11/6/07- Service of Process | 150.00 |
| Total Amount This Invoice | $150.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

Account No. 1001147433
Our File No. 12826
Status - Foreclosure

Invoice Number  108348

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/30/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/30/07- | Court Filing Fee | 255.00 |
| - | Instrument Recording Fee | 10.50 |
| - | Service of Process | 188.00 |
| | Total Amount This Invoice | $1,053.50 |
| | Total Current Charges | $1,053.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001147809
    Our File No. 11616
    Status - Foreclosure

    Invoice Number  108122

Tax ID # 59-2885854

---

    Professional services:

| Date | Description | Amount |
|------|-------------|-------:|
| 11/1/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

    Professional Costs:

| Date | Description | Amount |
|------|-------------|-------:|
| 11/1/07- | Clerk's Filing Fee | 261.00 |
| - | Instrument Recording Fee | 4.00 |
| - | Hydra Skiptrace | 45.00 |
| - | Title Search | 275.00 |
| 11/6/07- | Service of Process | 280.00 |
| | Total Amount This Invoice | $1,465.00 |
| | Total Current Charges | $1,465.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001308868
      Our File No. 12468
      Status - Foreclosure


      Invoice Number  108349

   Tax ID # 59-2885854

          Professional services:


| | | |
|---|---|---|
| 11/26/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

          Professional Costs:

| | | |
|---|---|---|
| 11/23/07- | Title Search | 275.00 |
| 11/26/07- | Clerk's Filing Fee | 257.00 |
| - | Instrument Recording Fee | 3.00 |
| 11/27/07- | Service of Process | 42.50 |
| | Total Amount This Invoice | $1,177.50 |
| | Total Current Charges | $1,177.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1000864265
     Our File No. 10715


     Status - Foreclosure

     Invoice Number  108120

Tax ID # 59-2885854

_____

        Professional Costs:


| | | |
|---|---|---|
| 11/15/07- Instrument Recording Fee | | 26.50 |
| - Hydra Skiptrace | | 10.00 |
| Total Amount This Invoice | | $36.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001592732
Our File No. 11847
Status - Foreclosure

Invoice Number  108119

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/14/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/13/07- | Title Search | 275.00 |
| 11/14/07- | Clerk's Filing Fee | 255.00 |
| | Total Amount This Invoice | $1,130.00 |
| | Total Current Charges | $1,130.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

Account No. 1001625973
Our File No. 11763
Status - Foreclosure

Invoice Number  108350

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/5/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/2/07- | Title Search | 275.00 |
| 11/5/07- | Clerk's Filing Fee | 255.00 |
| 11/13/07- | Service of Process | 125.00 |
| 11/26/07- | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $1,300.00 |
| | Total Current Charges | $1,300.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001481742
Our File No. 10057

Status - Foreclosure
Invoice Number  108673

Tax ID # 59-2885854

---

Professional services:

| | | Hrs/Rate | |
|---|---|---|---|
| 11/20/07 | Review Motion for Extension of Time (.2); Draft Order on Motion (1.0); draft correspondence to Judge and Opposing Counsel (.5) (PEL). | 1.70 150.00/hr | 255.00 |
| 11/29/07 | Receive, review and analyze request for debt verification (.2); verify payoff and reinstatement amounts (.2); prepare, send letter and file letter; prepare and file notice (.6) (PEL). | 1.00 150.00/hr | 150.00 |
| | Receive, review and analyze defendant's request for production of documents (.2); obtain and review loss mitigation and collection notes, payment history, contact information for loss mitigation specialist assigned to account (1.2); prepare, draft and file response and notice of filing response to request (1.8) (PEL). | 3.20 150.00/hr | 480.00 |

---

Professional Costs:

| | | | |
|---|---|---|---|
| 11/27/07- | Instrument Recording Fee | | 13.00 |
| | Total Amount This Invoice | 5.90 | $898.00 |

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing.

     Account No. 1001269921
     Our File No. 10293

     Status - Foreclosure

     Invoice Number  108107

Tax ID # 59-2885854

---

     Professional Costs:

| Date | Description | Amount |
|------|-------------|-------:|
| 11/1/07- | Service of Process | 188.00 |
| 11/20/07- | Instrument Recording Fee | 19.50 |
| 11/27/07- | Publication of Notice of Action | 152.35 |
| | Total Amount This Invoice | $359.85 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001024900
Our File No. 10052

Status - Foreclosure

Invoice Number  108106

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 11/9/07- Hydra Skiptrace | 15.00 |
| Total Amount This Invoice | $15.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

     Account No. 1001257069
     Our File No. 10767

     Status - Foreclosure

     Invoice Number  108105

Tax ID # 59-2885854

     Professional Costs:

| | |
|---|---|
| 11/28/07- Hydra Skiptrace | 10.00 |
| 11/29/07- Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $15.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001605443
    Our File No. 09083
    Status - Foreclosure

    Invoice Number  108103

Tax ID # 59-2885854

    Professional Costs:

| | | |
|---|---|---|
| 11/1/07- Attorney Ad Litem Fee | | 350.00 |
| - Instrument Recording Fee | | 23.50 |
| - Hydra Skiptrace | | 10.00 |
| 11/8/07- Publication of Notice of Action | | 238.18 |
| Total Amount This Invoice | | $621.68 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

      Account No. 1001646369
      Our File No. 12465
      Status - Foreclosure

      Invoice Number  108102

Tax ID # 59-2885854

---

      Professional services:

| | | |
|---|---|---|
| 11/29/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

      Professional Costs:

| | | |
|---|---|---|
| 11/28/07- | Title Search | 275.00 |
| 11/29/07- | Clerk's Filing Fee | 259.00 |
| | Total Amount This Invoice | $1,134.00 |
| | Total Current Charges | $1,134.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001636500
    Our File No. 12215
    Status - Foreclosure

    Invoice Number  108099

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 11/20/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 11/20/07- | Clerk's Filing Fee | 259.00 |
| 11/30/07- | Service of Process | 315.00 |
| | Total Amount This Invoice | $1,174.00 |
| | Total Current Charges | $1,174.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/                    ,

       Account No. 1001145969
       Our File No. 10541

       Status - Foreclosure

       Invoice Number  108095

Tax ID # 59-2885854

       Professional Costs:

| | |
|---|---|
| 11/1/07- Hydra Skiptrace | 45.00 |
| 11/8/07- Publication of Notice of Action | 121.50 |
| 11/21/07- Service of Process | 27.00 |
| Total Amount This Invoice | $193.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001371571
Our File No. 10023

Status - Foreclosure

Invoice Number  108092

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 11/27/07- | Publication of Notice of Sale | 137.75 |
| 11/30/07- | Instrument Recording Fee | 60.00 |
| | Total Amount This Invoice | $197.75 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1000977603
    Our File No. 09161-ANS
    Status - Monitor

    Invoice Number  108329

Tax ID # 59-2885854
_____

    Professional services:


11/12/07  Flat fee to answer foreclosure/monitor.          200.00
                                                          _____
    Total Amount This Invoice                      $200.00
_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

Account No. 1000830214
Our File No. 09346

Status - Foreclosure

Referral Date 8/1/2007

Invoice Number  108090

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 11/23/07- Publication of Notice of Action | 446.60 |
| Total Amount This Invoice | $446.60 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001312428
Our File No. 12207
Status - Foreclosure

Invoice Number  108088

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/20/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/19/07- | Hydra Skiptrace | 90.00 |
| - | Title Search | 340.00 |
| 11/20/07- | Clerk's Filing Fee | 259.00 |
| 11/28/07- | Service of Process | 210.00 |
| | Total Amount This Invoice | $1,499.00 |
| | Total Current Charges | $1,499.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

　　　Account No. 1001035052
　　　Our File No. 12209
　　　Status - Foreclosure

　　　Invoice Number  108515

Tax ID # 59-2885854

　　　　　Professional services:

11/19/07  Flat fee for foreclosure lawsuit - first half.　　　600.00

　　　　　Professional Costs:

11/16/07- Title Search　　　　　　　　　　　　　　　340.00
11/19/07- Clerk's Filing Fee　　　　　　　　　　　　　258.00
　　　　- Service of Process　　　　　　　　　　　　　150.00
　　　　- Instrument Recording Fee　　　　　　　　　　　3.00

　　　　　Total Amount This Invoice　　　　　　　　$1,351.00


　　　　　Total Current Charges　　　　　　　　　$1,351.00


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001080966
Our File No. 09085
Property Addr- 1420 Mason Ave
Status - Foreclosure

Invoice Number  108352

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 11/23/07- Service of Process | 87.50 |
| Total Amount This Invoice | $87.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001150193
    Our File No. 09087

    Status - Foreclosure

    Invoice Number  108083

Tax ID # 59-2885854

      Professional services:

| | | |
|---|---|---|
| 11/5/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

      Professional Costs:

| | | |
|---|---|---|
| 11/5/07- | Instrument Recording Fee | 18.50 |
| 11/23/07- | Service of Process | 87.50 |
| | Total Amount This Invoice | $231.00 |
| | Total Current Charges | $231.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1001565007
    Our File No. 11844
    Status - Foreclosure

    Invoice Number  108081

Tax ID # 59-2885854

_____

        Professional services:

11/13/07  Flat fee for foreclosure lawsuit - first half.          600.00

_____

        Professional Costs:

                                                                    395.00
11/12/07- Title Search                                              257.00
11/13/07- Clerk's Filling Fee                                       120.00
11/19/07- Service of Process                                       _____

        Total Amount This Invoice                              $1,372.00

        Total Current Charges                                  $1,372.00
                                                               =========

_____

                PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001265760
Our File No. 11813
Status - Foreclosure

Invoice Number  108078

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/8/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/7/07- | Title Search | 275.00 |
| 11/8/07- | Clerk's Filing Fee | 257.00 |
| 11/20/07- | Service of Process | 339.50 |
| | Total Amount This Invoice | $1,471.50 |
| | Total Current Charges | $1,471.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

       Account No. 1001081709
       Our File No. 11766
       Status - Foreclosure

       Invoice Number  108077

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/5/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/2/07- | Clerk's Filing Fee | 259.00 |
| - | Title Search | 275.00 |
| 11/5/07- | Instrument Recording Fee | 20.00 |
| 11/13/07- | Service of Process | 162.00 |
| 11/21/07- | Service of Process | 57.50 |
| | Total Amount This Invoice | $1,373.50 |
| | Total Current Charges | $1,373.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.
     Account No. 1001059806
     Our File No. 11848
     Status - Foreclosure


     Invoice Number  108075

Tax ID # 59-2885854
_____

          Professional services:


11/12/07  Flat fee for foreclosure lawsuit - first half.          600.00
_____

          Professional Costs:

 11/9/07- Title Search                                   275.00
11/12/07- Clerk's Filing Fee                             255.00
11/13/07- Service of Process                             100.00
                                                        _____

          Total Amount This Invoice                    $1,230.00


          Total Current Charges                        $1,230.00


_____

                   PAYMENT DUE UPON RECEIPT
       PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****
sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001114437
Our File No. 09027
Status - Foreclosure

Invoice Number  108072

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 11/1/07- Publication of Notice of Action | 195.75 |
| Total Amount This Invoice | $195.75 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing/
      Account No. 1000960265
      Our File No. 12030
      Status - Foreclosure


      Invoice Number  108071

Tax ID # 59-2885854

          Professional services:


11/13/07  Flat fee for foreclosure lawsuit - first half.          600.00

          Professional Costs:

11/12/07- Title Search                                    275.00
11/13/07- Clerk's Filing Fee                              259.00
        - Instrument Recording Fee                         12.00
11/21/07- Service of Process                              105.00

          Total Amount This Invoice                     $1,251.00


          Total Current Charges                         $1,251.00


          PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                *****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001644243
     Our File No. 12153
     Status - Answer

     Invoice Number  108493

Tax ID # 59-2885854

          Professional services:

| | | |
|---|---|---|
| 11/16/07 | Flat fee to answer foreclosure lawsuit. | 200.00 |

          Professional Costs:

| | | |
|---|---|---|
| 11/15/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

   Account No. 1001034348
   Our File No. 11615
   Status - Foreclosure

   Invoice Number  108328

Tax ID # 59-2885854

_____

         Professional Costs:


11/23/07- Service of Process                    2.00

        Total Amount This Invoice              $2.00
_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

   Account No. 1001225810
   Our File No. 09157
   Status - Foreclosure
   :

   Invoice Number  108063

Tax ID # 59-2885854

_____

        Professional Costs:


| | |
|---|---|
| 11/14/07- Attorney Ad Litem Fee | 225.00 |
| Total Amount This Invoice | $225.00 |

_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing,
Account No. 1001440249
Our File No. 10545

Status - Foreclosure

Invoice Number  108061

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/6/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/6/07- | Instrument Recording Fee | 19.50 |
| | Total Amount This Invoice | $144.50 |
| | Total Current Charges | $144.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
****THANK YOU****

sls

## DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001242480
      Our File No. 12129
      Status - Monitor


      Invoice Number  108353

Tax ID # 59-2885854

         Professional services:


11/9/07  Flat fee to answer foreclosure lawsuit.           200.00


         Professional Costs:

11/8/07- Title Search                                      150.00

         Total Amount This Invoice                        $350.00


         Total Current Charges                            $350.00


                    PAYMENT DUE UPON RECEIPT
         PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****
sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001122388
Our File No. 11645
Status - Foreclosure

Invoice Number  108060

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 11/7/07- Service of Process | 150.00 |
| 11/9/07- Hydra Skiptrace | 45.00 |
| Total Amount This Invoice | $195.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/

     Account No. 1001203460
     Our File No. 11782
     Status - Foreclosure

     Invoice Number  108354

Tax ID # 59-2885854

     Professional services:

| | | |
|---|---|---|
| 11/6/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

     Professional Costs:

| | | |
|---|---|---|
| 11/5/07- | Title Search | 275.00 |
| 11/6/07- | Clerk's Filing Fee | 255.00 |
| 11/8/07- | Service of Process | 215.00 |
| | Total Amount This Invoice | $1,345.00 |
| | Total Current Charges | $1,345.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing/

       Account No. 1000658887
       Our File No. 09159
       Status - Foreclosure

       Invoice Number  108517

Tax ID # 59-2885854

_____

       Professional Costs:


11/26/07- Hydra Skiptrace                              30.00
                                                   _____
       Total Amount This Invoice                     $30.00

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/

     Account No. 1001307750
     Our File No. 12214
     Status - Foreclosure

     Invoice Number  108356

Tax ID # 59-2885854

        Professional services:


11/15/07  Flat fee for foreclosure lawsuit - first half.          600.00


        Professional Costs:

11/14/07- Title Search                                            275.00
11/15/07- Clerk's Filing Fee                                      261.00
        - Instrument Recording Fee                                 15.50
        - Hydra Skiptrace                                         135.00
11/29/07- Service of Process                                      245.00

        Total Amount This Invoice                              $1,531.50


        Total Current Charges                                  $1,531.50


                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                       *****THANK YOU*****
sls

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
#### 9204 KING PALM DRIVE
#### TAMPA FL 33619-1328
#### 813/915-8660

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1000803524
Our File No. 12200
Status - Foreclosure

Invoice Number  108054

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 11/19/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 11/19/07- | Clerk's Filing Fee | 255.00 |
| - | Instrument Recording Fee | 10.50 |
| 11/20/07- | Hydra Skiptrace | 45.00 |
| 11/26/07- | Service of Process | 175.00 |
| 11/27/07- | Clerk's Filing Fee | 2.00 |
| - | Instrument Recording Fee | 10.50 |
| | Total Amount This Invoice | $1,098.00 |
| | Total Current Charges | $1,098.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001568277
    Our File No. 10051

    Status - Foreclosure

    Invoice Number  108052

Tax ID # 59-2885854

---

    Professional Costs:

| | |
|---|---|
| 11/30/07- Publication of Notice of Action | 40.25 |
| Total Amount This Invoice | $40.25 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001675190
Our File No. 11853
Status - Foreclosure

Invoice Number  108357

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 11/12/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 11/9/07- | Title Search | 275.00 |
| 11/12/07- | Clerk's Filing Fee | 257.00 |
| - | Instrument Recording Fee | 12.50 |
| 11/15/07- | Service of Process | 200.00 |
| | Total Amount This Invoice | $1,344.50 |
| | Total Current Charges | $1,344.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001332985
Our File No. 11830
Status - Foreclosure

Invoice Number  108358

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---:|
| 11/8/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 11/19/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---:|
| 11/7/07- | Title Search | 275.00 |
| 11/8/07- | Clerk's Filing Fee | 257.00 |
| - | Instrument Recording Fee | 20.50 |
| 11/10/07- | Service of Process | 240.00 |
| 11/19/07- | Instrument Recording Fee | 18.50 |

Total Amount This Invoice          $1,536.00

Total Current Charges          $1,536.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

Account No. 1001368691
Our File No. 10587

Status - Foreclosure

Invoice Number  108045

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 11/6/07- Instrument Recording Fee | 11.00 |
| 11/21/07- Service of Process | 70.00 |
| 11/27/07- Instrument Recording Fee | 23.50 |
| - Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $109.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

December 15, 2007

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001593919
Our File No. 09817

Status - Foreclosure

Invoice Number  108043

Tax ID # 59-2885854

Professional Costs:

| 11/30/07- Instrument Recording Fee | 24.50 |
| - Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $29.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls