IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------------- x
In re:     :   Chapter 11
    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,     :
    :   Jointly Administered
    Debtors.     :
----------------------------------------------------------------------- x

**THIRD MONTHLY APPLICATION OF**
**MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER**
**FOR THE**
**DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE**
**OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE INTERIM PERIOD OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007**

| | |
|---|---|
| Name of Applicant: | Milestone Advisors LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | October 1, 2007 through October 31, 2007 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $200,000.00 per monthly retainer |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $25,943.49 |

This is an: __X__ interim ____ final application

This application includes no hours incurred in connection with the preparation of Fee Applications.

Prior applications:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Date Filed / Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |

12/7/07 - #2316   8/6/2007- 8/31/07   $167,741.94   $67,661.78

12/13/07- #2378   9/1/2007- 9/30/07   $200,000.00   $47,954.43

## AMERICAN HOME MORTGAGE

### MILESTONE ADVISORS LLC
### SUMMARY OF HOURS WORKED BY PROFESSIONAL
### FOR THE PERIOD OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

| PROFESSIONAL | POSITION | HOURS |
|---|---|---|
| Jeffrey Levine | Managing Director | 60.5 |
| John Nelligan | Managing Director | 48.0 |
| Eugene Weil | Managing Director | 187.7 |
| Alain Toto | Senior Vice President | 30.0 |
| Richard Young | Associate | 24.0 |
| Emmelene Lee | Associate | 39.5 |
| Andrew Bernstein | Analyst | 26.0 |
| Darryl Conway | Analyst | 75.0 |
| Thomas (TJ) Humes | Analyst | 39.0 |
| Saad Irfani | Analyst | 127.0 |
| **Total** | | **656.7** |

**AMERICAN HOME MORTGAGE**

**MILESTONE ADVISORS LLC**
**SUMMARY OF HOURS WORKED BY PROJECY CODE**
**FOR THE PERIOD OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007**

| Project Code | Description of Activity | Hours |
|---|---|---|
| 100 | Preparation of offering materials and due diligence set up for sale of servicing operation | 5.5 |
| 101 | Contact prospective acquirers, execute confidentiality agreements, respond to due diligence requests, and participate in due diligence discussions with prospective acquirers of servicing operation | 63.5 |
| 102 | Negotiation, documentation, court approval process and closing of sale of servicing operation | 108.0 |
| 103 | Preparation of offering materials and due diligence set up for sale of bank | 80.5 |
| 104 | Contact prospective acquirers, execute confidentiality agreements, respond to due diligence requests, and participate in due diligence discussions with prospective acquirers of bank | 23.0 |
| 106 | Coordination of, and provide support to AHM personnel for, sale of various assets (other than servicing related assets and AHM Bank); internal AHM meetings and calls | 284.5 |
| 107 | Discussions with, and preparation of analytics for, the unsecured creditors committee and of Bank of America, as administering agent and their advisors | 1.0 |
| 109 | Filing and preparation of fee applications | 5.5 |
| 110 | Non working travel time | 85.2 |
| | | **656.7** |

# AMERICAN HOME MORTGAGE

## MILESTONE ADVISORS LLC
### INTERIM EXPENSE SUMMARY
### FOR THE PERIOD OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

| Expense Category | Amount |
|---|---|
| Airfare | $8,812.30 |
| Lodging | 7,689.44 |
| Trainfare | 1,253.00 |
| Meals | 1,432.03 |
| Car Rental / Taxis | 4,350.55 |
| Telephone / Teleconference | 545.53 |
| Express courier | 203.54 |
| Data files | 1,556.10 |
| Parking / Tolls / Other | 101.00 |
| Total | $25,943.49 |

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x

In re:      :    Chapter 11

     :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :    Case No. 07-11047 (CSS)

a Delaware corporation, et al.,    :

     :    Jointly Administered

     Debtors.      :

-------------------------------------------------------------------- x

### THIRD MONTHLY APPLICATION OF
### MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER
### FOR THE
### DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
### OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
### FOR THE INTERIM PERIOD OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, the financial advisory and investment banking firm of Milestone Advisors

LLC (hereinafter "Milestone") hereby moves this Court for reasonable compensation for

professional services rendered as financial advisor and investment banker to American Home

Mortgage Holdings, Inc., et al., the debtors and debtors-in-possession in the above-captioned cases

(the "Debtors"), in the amount of $200,000.00 together with reimbursement for actual and

necessary expenses incurred in the amount of $25,943.49 for the interim period October 1, 2007

through October 31, 2007 (the "Interim Fee Period"). In support of its Application, Milestone

respectfully represents as follows:

### RELIEF REQUESTED

1.      Milestone was employed under an engagement letter to represent the Debtors

as financial advisor and investment banker in connection with this chapter 11 case effective as of

August 6, 2007, pursuant to an Order entered by this Court on October 17, 2007. Pursuant to

Milestone's engagement letter with the Debtors, as approved and amended by the Retention Order,

Milestone is authorized to receive a monthly financial advisory fee of $200,000.00 (a "Monthly

Fee") for each month for the term of the engagement and to be reimbursed for its reasonable

expenses incurred in connection with the engagement.  For the Interim Fee Period, Milestone seeks

(i) allowance of compensation for professional services rendered to the Debtors in the aggregate

amount of $200,000.00 and (ii) reimbursement of Milestone's actual, reasonable and necessary

expenses incurred and recorded in connection with the rendition of services during such Interim Fee

Period in the amount of $25,943.49.  The total compensation and expense reimbursement sought in

this fee application is $225,943.49.

        2.      All services for which compensation is requested by Milestone were

performed for or on behalf of the Debtor.  Milestone respectfully submits that the requested

compensation is appropriate and should be approved and Milestone further submits that the services

that Milestone has rendered to the Debtors have been necessary and in the best interests of the

Debtors and have furthered the goals of all parties in interest.

**TIME RECORDS**

        3.      Milestone does not maintain, in the normal course of providing financial

advisory and investment banking services to its clients, detailed written time records, and does not

bill its clients based on the number of hours expended by its professionals.  However, Milestone has

agreed to and will maintain records of the time expended by its professionals in the rendition of

professional services to the Debtors for the duration of these chapter 11 cases.  The Court approved

the retention Order which expressly permits Milestone to maintain time records by day, by person,

for this Interim Compensation Period, and in half hour increments for all time expended thereafter.

**SUMMARY OF SERVICES RENDERED**

        4.      A detailed description of services rendered by Milestone by professional

during the Interim Fee Period, summarized by Project code, and the number of hours expended in

performing such services are set forth in Exhibit A.  Exhibit B is a detailed statement of expenses

paid during the Interim Fee Period showing the amount of $25,943.49 for reimbursement of

expenses.

## DISBURSEMENTS

5.    Milestone has incurred out-of-pocket disbursements during the Interim Fee

Period in the amount of $25,943.49.  This disbursement sum is broken down into categories of

charges, including, among other things, travel related items such as airfare, train fare, lodging,

"working" meals, and requisite local transportation.  Other administrative expenses incurred were

for telephone and teleconference, mail and express couriers.  A complete review of expenses

incurred by category for the Interim Fee Period may be found in the attachments hereto as

Exhibit B.

## VALUATION OF SERVICES

6.    Investment Bankers and analysts of Milestone have expended a total of 656.7

hours in connection with this matter during the Interim Fee Period.  The amount of hours spent by

each of these persons providing services to the Debtors for the Interim Fee Period is fully set forth

in the detail attached hereto as Exhibit A.

7.    Milestone believes that the time entries included in Exhibit A attached hereto

and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of

Local Rule 2016-2.

8.    In accordance with the factors enumerated in 11 U.S.C. §330, the amount

requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c)  the

nature and extent of the services rendered, (d) the value of such services, and (e) the costs of

comparable services other than in a case under this title.

9.    This Application covers the Interim Fee Period October 1, 2007 through

October 31, 2007.

WHEREFORE, Milestone requests that allowance be made to it in the sum of $200,000.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $25,943.49 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated:  Wilmington, Delaware
       December 21, 2007

MILESTONE ADVISORS LLC

Eugene S. Weil
1775 Eye Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 367-3000
Facsimile: (202) 367-3001

Financial Advisor and Investment Banker for Debtors and Debtors in Possession

## VERIFICATION

STATE OF DELAWARE    )
                     )    SS:
NEW CASTLE COUNTY    )

Eugene S. Weil, after being duly sworn according to law, deposes and says:

1.    I am a Managing Director and President in the applicant firm, Milestone Advisors LLC and have been employed by the applicant firm since 2001.

2.    I have personally performed many of the legal services rendered by Milestone Advisors LLC, as financial advisor and investment banker to the Debtors and am familiar with all other work performed on behalf of the professionals in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
EUGENE S. WEIL

SWORN TO AND SUBSCRIBED before me this 21 day of December 2007.

_____
Notary Public
My Commission Expires: 5|14|12

PERI S. DONNER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 14, 2012

## EXHIBIT A

### AMERICAN HOME MORTGAGE
### MILESTONE ADVISORS, LLC
### DETAIL OF SERVICES RENDERED BY PROJECT CODE
### FOR THE PERIOD OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Levine, Jeff | 10/1/2007 | 100 | 1.0 | Meeting with Kroll to prepare for Orix meeting |
| Conway, Darryl | 10/4/2007 | 100 | 1.5 | Data room updates |
| Weil, Gene | 10/5/2007 | 100 | 3.0 | Preparation for sale hearing |
| Nelligan, John | 10/1/2007 | 101 | 1.0 | Conference call with AHM Management team to review due diligence materials |
| Levine, Jeff | 10/1/2007 | 101 | 1.0 | Conference call re: GNMA servicing sale |
| Weil, Gene | 10/1/2007 | 101 | 4.0 | Calls with prospective servicing bidders |
| Levine, Jeff | 10/1/2007 | 101 | 1.0 | Meeting with Orix re: settlement proposal |
| Weil, Gene | 10/1/2007 | 101 | 3.0 | Calls with prospective bidders for servicing platform / MSRs |
| Bernstein, Andrew | 10/1/2007 | 101 | 8.0 | Meetings with Kroll and Orix (Budget Analysis and Residual Refinancing Meetings) |
| Weil, Gene | 10/2/2007 | 101 | 2.5 | Bid clarification discussions |
| Levine, Jeff | 10/2/2007 | 101 | 2.5 | Various calls with servicing bidders re: pending bid |
| Weil, Gene | 10/2/2007 | 101 | 12 | Review and analyze bids, clarification and revision of same, report on process to B of A and CC |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Weil, Gene | 10/2/2007 | 101 | 6.0 | Preview and analyze bids for servicing operation |
| Weil, Gene | 10/3/2007 | 101 | 3.0 | Preview and analyze bids for servicing operation |
| Weil, Gene | 10/3/2007 | 101 | 12 | Review and analyze bids, clarification and revision of same, report on process to B of A and CC |
| Weil, Gene | 10/3/2007 | 101 | 1.5 | Bid clarification discussions |
| Weil, Gene | 10/4/2007 | 101 | 4.0 | Settlement discussions with Bear |
| Levine, Jeff | 10/8/2007 | 101 | 0.5 | Call with Phoenix Capital re: GNMA Sale |
| Levine, Jeff | 10/22/2007 | 101 | 1.0 | Call with Phoenix Capital re: GNMA Sale |
| Levine, Jeff | 10/23/2007 | 101 | 0.5 | Call with Phoenix Capital re: GNMA Sale |
| Toto, Alain | 10/1/2007 | 102 | 2.0 | Review of projected budget with AHMS and Kroll |
| Toto, Alain | 10/1/2007 | 102 | 1.0 | Review of assumptions for repo analysis |
| Levine, Jeff | 10/2/2007 | 102 | 0.5 | Call with WAMU re: servicing bid |
| Levine, Jeff | 10/2/2007 | 102 | 0.5 | Call with Morgan Stanley re: bid submission |
| Levine, Jeff | 10/3/2007 | 102 | 0.5 | Call with WAMU re: servicing bid |
| Toto, Alain | 10/3/2007 | 102 | 1.0 | Conference calls and analysis on bid submissions |
| Bernstein, Andrew | 10/3/2007 | 102 | 6.0 | Updated Bid Matrices to Review Potential Bids |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Levine, Jeff | 10/4/2007 | 102 | 0.5 | Call with WAMU re: servicing bid |
| Weil, Gene | 10/4/2007 | 102 | 3.5 | Settlement conf call with Bear Stearns |
| Toto, Alain | 10/4/2007 | 102 | 1.0 | Review of advance reserves with M.Taylor, P.Pandya and R.Bernstein |
| Weil, Gene | 10/5/2007 | 102 | 4.5 | Preparations for sale hearings |
| Toto, Alain | 10/5/2007 | 102 | 2.0 | Conf call with R.Bernstein on Exhibit G |
| Weil, Gene | 10/9/2007 | 102 | 2.5 | Prepare for deposition |
| Weil, Gene | 10/10/2007 | 102 | 5.0 | Prepare for deposition |
| Weil, Gene | 10/11/2007 | 102 | 10 | Depositions with various objecting parties to sale and representative of the US Trustee |
| Bernstein, Andrew | 10/11/2007 | 102 | 8.0 | Transaction Cost Analysis for BOA, Kroll and Creditors Committee |
| Bernstein, Andrew | 10/12/2007 | 102 | 4.0 | Transaction Cost Analysis for BOA, Kroll and Creditors Committee |
| Weil, Gene | 10/14/2007 | 102 | 8.5 | Prepare for sale hearing |
| Weil, Gene | 10/15/2007 | 102 | 7.0 | Prepare for testimony at sale hearing |
| Weil, Gene | 10/15/2007 | 102 | 2.5 | Testify at sale hearing |
| Weil, Gene | 10/16/2007 | 102 | 7.5 | Attend sale hearing |
| Toto, Alain | 10/17/2007 | 102 | 1.0 | Review APA to create closing date punch list |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Toto, Alain | 10/18/2007 | 102 | 1.0 | Conference call with Kroll to review closing date punch list |
| Levine, Jeff | 10/22/2007 | 102 | 2.0 | Call with Bank of America and Creditors Committee re: GNMA servicing sale |
| Toto, Alain | 10/23/2007 | 102 | 6.0 | Prepare Net Proceeds Analysis table |
| Weil, Gene | 10/23/2007 | 102 | 3.5 | Attend sale hearing by telephone |
| Levine, Jeff | 10/24/2007 | 102 | 1.0 | Call with Bank of America re: GNMA Sale |
| Levine, Jeff | 10/24/2007 | 102 | 1.0 | Call with Midfirst re: GNMA Sale |
| Weil, Gene | 10/24/2007 | 102 | 3.0 | Call re: MSR sales and closings with WL Ross |
| Weil, Gene | 10/25/2007 | 102 | 2.0 | Servicing employee comp plan discussions |
| Weil, Gene | 10/26/2007 | 102 | 1.5 | Prepare for WL Ross Closing |
| Levine, Jeff | 10/27/2007 | 102 | 1.0 | Call with Midfirst re: GNMA Sale |
| Levine, Jeff | 10/28/2007 | 102 | 1.0 | Call with Midfirst re: GNMA Sale |
| Toto, Alain | 10/30/2007 | 102 | 2.0 | Conference call on closing punch list |
| Toto, Alain | 10/30/2007 | 102 | 2.0 | Conference call on items to be satisfied prior to closing |
| Toto, Alain | 10/30/2007 | 102 | 2.0 | Conference call on Liquidity |
| Humes, TJ | 10/1/2007 | 103 | 4.0 | Preparation of OM |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Young, Richard | 10/1/2007 | 103 | 4.0 | Preparation of AH Bank CIM |
| Young, Richard | 10/2/2007 | 103 | 4.0 | Preparation of AH Bank CIM |
| Humes, TJ | 10/2/2007 | 103 | 4.0 | Preparation of OM |
| Humes, TJ | 10/3/2007 | 103 | 2.0 | Review of DD items |
| Nelligan, John | 10/3/2007 | 103 | 2.0 | Internal discussion of AH Bank OM |
| Young, Richard | 10/3/2007 | 103 | 2.0 | Preparation of AH Bank CIM |
| Nelligan, John | 10/4/2007 | 103 | 1.5 | Call with Bank group |
| Humes, TJ | 10/4/2007 | 103 | 6.0 | Preparation of OM |
| Young, Richard | 10/4/2007 | 103 | 9.0 | Preparation of AH Bank CIM |
| Humes, TJ | 10/4/2007 | 103 | 3.5 | Consolidation of financial information |
| Humes, TJ | 10/4/2007 | 103 | 3.0 | Review of DD items |
| Nelligan, John | 10/4/2007 | 103 | 2.0 | Review AH Bank diligence materials |
| Nelligan, John | 10/5/2007 | 103 | 2.5 | Review timeline for AH Bank sale |
| Weil, Gene | 10/5/2007 | 103 | 2.0 | Review timeline for American Home Bank sale |
| Weil, Gene | 10/17/2007 | 103 | 1.5 | Review American Home Bank marketing materials |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 10/19/2007 | 103 | 2.0 | Conference call with AH Bank management team to review CIM |
| Young, Richard | 10/19/2007 | 103 | 2.0 | Preparation of AH Bank CIM |
| Humes, TJ | 10/19/2007 | 103 | 2.0 | Review of OM with Kroll |
| Nelligan, John | 10/19/2007 | 103 | 1.5 | Review of OM with Kroll |
| Nelligan, John | 10/19/2007 | 103 | 3.0 | Review AH Bank draft CIM |
| Humes, TJ | 10/22/2007 | 103 | 1.5 | Preparation of billing log |
| Nelligan, John | 10/24/2007 | 103 | 2.0 | Calls to prospective acquirors of AH Bank |
| Nelligan, John | 10/25/2007 | 103 | 2.0 | Calls to prospective acquirors of AH Bank |
| Nelligan, John | 10/25/2007 | 103 | 1.5 | Call re: AH Bank marketing process and with prospective buyers |
| Weil, Gene | 10/25/2007 | 103 | 1.5 | Call re: American Home Bank marketing process and with prospective buyers |
| Nelligan, John | 10/26/2007 | 103 | 1.0 | Call re: AH Bank |
| Weil, Gene | 10/26/2007 | 103 | 1.0 | Call regarding American Home Bank |
| Nelligan, John | 10/26/2007 | 103 | 1.0 | Calls to prospective acquirors of AH Bank |
| Nelligan, John | 10/27/2007 | 103 | 1.5 | Calls to prospective acquirors of AH Bank |
| Nelligan, John | 10/28/2007 | 103 | 1.0 | Calls to prospective acquirors of AH Bank |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 10/29/2007 | 103 | 2.0 | Calls to prospective acquirors of AH Bank |
| Nelligan, John | 10/31/2007 | 103 | 1.0 | Calls to prospective acquirors of AH Bank |
| Humes, TJ | 10/24/2007 | 104 | 1.5 | Contact Log Preparation |
| Humes, TJ | 10/25/2007 | 104 | 1.5 | Distributing OM |
| Weil, Gene | 10/29/2007 | 104 | 3.0 | Meetings and phone calls with prospective bank purchasers |
| Young, Richard | 10/29/2007 | 104 | 0.5 | Manage Sales Process |
| Humes, TJ | 10/29/2007 | 104 | 3.5 | Follow-up information and NDA |
| Weil, Gene | 10/30/2007 | 104 | 4.0 | Meetings and phone calls with prospective bank purchasers |
| Young, Richard | 10/30/2007 | 104 | 0.5 | Manage Sales Process |
| Humes, TJ | 10/30/2007 | 104 | 4.0 | NDA and OM distribution |
| Young, Richard | 10/31/2007 | 104 | 2.0 | Manage Sales Process |
| Humes, TJ | 10/31/2007 | 104 | 2.5 | NDA and OM distribution |
| Weil, Gene | 10/1/2007 | 106 | 6.0 | Internal and liquidity calls |
| Lee, Emmelene | 10/1/2007 | 106 | 2.5 | Analysis of leases to be rejected |
| Weil, Gene | 10/1/2007 | 106 | 3.0 | AHM internal liquidity call |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Toto, Alain | 10/1/2007 | 106 | 1.0 | Meeting with ORIX to review repo structure |
| Levine, Jeff | 10/2/2007 | 106 | 0.5 | Call with attorneys re: Escrow Agreement |
| Levine, Jeff | 10/2/2007 | 106 | 1.0 | Additional internal calls re: pending bids |
| Toto, Alain | 10/2/2007 | 106 | 2.0 | Reviewing AHM securitization collateral attributes |
| Weil, Gene | 10/2/2007 | 106 | 2.0 | AHM internal liquidity call |
| Lee, Emmelene | 10/2/2007 | 106 | 3.5 | Analysis of leases to be rejected |
| Weil, Gene | 10/2/2007 | 106 | 2.0 | Internal and liquidity calls |
| Conway, Darryl | 10/2/2007 | 106 | 6.5 | Analyses of leases to be rejected |
| Nelligan, John | 10/2/2007 | 106 | 2.0 | Additional internal calls re: Indymac Branch sale |
| Irfani, Saad | 10/2/2007 | 106 | 4.0 | Dataroom Update |
| Weil, Gene | 10/2/2007 | 106 | 1.0 | Report on process to Board of American Home |
| Irfani, Saad | 10/2/2007 | 106 | 4.0 | Dataroom Update |
| Lee, Emmelene | 10/3/2007 | 106 | 4.5 | Analysis of leases to be rejected |
| Conway, Darryl | 10/3/2007 | 106 | 8.5 | Analyses of leases to be rejected |
| Irfani, Saad | 10/3/2007 | 106 | 4.0 | Dataroom Update |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Irfani, Saad | 10/3/2007 | 106 | 2.0 | Dataroom Update |
| Irfani, Saad | 10/3/2007 | 106 | 5.0 | Dataroom Update |
| Weil, Gene | 10/3/2007 | 106 | 2.0 | Internal and liquidity calls |
| Toto, Alain | 10/3/2007 | 106 | 2.0 | Prepare loan level mortgage insurance coverage analysis |
| Levine, Jeff | 10/3/2007 | 106 | 1.0 | Management and liquidity committee calls |
| Levine, Jeff | 10/3/2007 | 106 | 0.5 | Internal calls re: servicing bids received |
| Levine, Jeff | 10/3/2007 | 106 | 1.5 | Review Midfirst contract mark-ups and Morgan Stanley bid letter |
| Levine, Jeff | 10/3/2007 | 106 | 1.0 | Call with AHM staff and Kroll to discuss Construction/Perm loan portfolio sale |
| Toto, Alain | 10/3/2007 | 106 | 4.0 | Compile AHM securitization collateral attributes |
| Weil, Gene | 10/3/2007 | 106 | 2.5 | AHM internal liquidity call |
| Nelligan, John | 10/3/2007 | 106 | 3.0 | Indymac branch sale - internal meeting |
| Nelligan, John | 10/3/2007 | 106 | 0.5 | Internal calls re: servicing bids received |
| Weil, Gene | 10/3/2007 | 106 | 2.5 | Report on process to Board of American Home |
| Weil, Gene | 10/4/2007 | 106 | 1.5 | Call with Bank group |
| Weil, Gene | 10/4/2007 | 106 | 2.0 | American Home internal comm. call |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Weil, Gene | 10/4/2007 | 106 | 1.5 | Report on process to American Home Board and UCC |
| Irfani, Saad | 10/4/2007 | 106 | 1.0 | Dataroom Update |
| Irfani, Saad | 10/4/2007 | 106 | 3.0 | Dataroom Update |
| Weil, Gene | 10/4/2007 | 106 | 2.0 | Internal and liquidity calls |
| Lee, Emmelene | 10/4/2007 | 106 | 3.5 | Analysis of leases to be rejected |
| Irfani, Saad | 10/4/2007 | 106 | 2.5 | Dataroom Update |
| Irfani, Saad | 10/5/2007 | 106 | 3.5 | Dataroom Update |
| Weil, Gene | 10/5/2007 | 106 | 2.0 | Internal and liquidity calls |
| Irfani, Saad | 10/5/2007 | 106 | 4.0 | Dataroom Update |
| Irfani, Saad | 10/5/2007 | 106 | 1.0 | Dataroom Update |
| Lee, Emmelene | 10/5/2007 | 106 | 2.5 | Analysis of leases to be rejected |
| Levine, Jeff | 10/5/2007 | 106 | 0.5 | Call with attorneys re: Countrywide inquiry |
| Levine, Jeff | 10/5/2007 | 106 | 1.0 | Call to discuss GNMA purchase agreement |
| Weil, Gene | 10/5/2007 | 106 | 1.5 | AHM internal liquidity call |
| Irfani, Saad | 10/6/2007 | 106 | 1.0 | Dataroom Update |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Irfani, Saad | 10/6/2007 | 106 | 2.5 | Dataroom Update |
| Irfani, Saad | 10/7/2007 | 106 | 2.5 | Dataroom Update |
| Irfani, Saad | 10/7/2007 | 106 | 2.0 | Dataroom Update |
| Levine, Jeff | 10/8/2007 | 106 | 0.5 | Call with Dick Loeffler re: Countrywide inquiry for marketing database |
| Levine, Jeff | 10/8/2007 | 106 | 0.5 | Call with Kroll re: vendor costs associated with GNMA Sale |
| Irfani, Saad | 10/8/2007 | 106 | 4.0 | Assisting IndyMac lease transfers |
| Irfani, Saad | 10/8/2007 | 106 | 2.5 | Dataroom Update |
| Conway, Darryl | 10/8/2007 | 106 | 5.5 | Analyses of leases to be rejected |
| Nelligan, John | 10/8/2007 | 106 | 0.5 | Call with Indymac re: branch sale |
| Lee, Emmelene | 10/8/2007 | 106 | 1.5 | Analysis of leases to be rejected |
| Weil, Gene | 10/9/2007 | 106 | 1.0 | AHM internal liquidity call |
| Levine, Jeff | 10/9/2007 | 106 | 1.0 | Liquidity committee call |
| Irfani, Saad | 10/9/2007 | 106 | 1.5 | Dataroom Update |
| Nelligan, John | 10/9/2007 | 106 | 1.0 | Assisting IndyMac lease transfers |
| Lee, Emmelene | 10/9/2007 | 106 | 1.0 | Analysis of leases to be rejected |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Irfani, Saad | 10/9/2007 | 106 | 2.0 | Assisting IndyMac lease transfers |
| Conway, Darryl | 10/9/2007 | 106 | 6.5 | Analyses of leases to be rejected |
| Irfani, Saad | 10/10/2007 | 106 | 3.5 | Dataroom Update |
| Nelligan, John | 10/10/2007 | 106 | 2.5 | Management and liquidity committee calls |
| Levine, Jeff | 10/10/2007 | 106 | 2.5 | Management and liquidity committee calls |
| Lee, Emmelene | 10/10/2007 | 106 | 1.0 | Analysis of leases to be rejected |
| Irfani, Saad | 10/10/2007 | 106 | 2.5 | Dataroom Update |
| Levine, Jeff | 10/11/2007 | 106 | 1.0 | Advisors call |
| Irfani, Saad | 10/11/2007 | 106 | 3.0 | Dataroom Update |
| Irfani, Saad | 10/11/2007 | 106 | 3.0 | Assisting IndyMac lease transfers |
| Nelligan, John | 10/11/2007 | 106 | 1.0 | Management committee call |
| Nelligan, John | 10/11/2007 | 106 | 1.0 | Advisors call |
| Levine, Jeff | 10/11/2007 | 106 | 1.0 | Management committee call |
| Levine, Jeff | 10/12/2007 | 106 | 1.5 | Management and liquidity committee calls |
| Irfani, Saad | 10/12/2007 | 106 | 2.5 | Assisting IndyMac lease transfers |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Irfani, Saad | 10/12/2007 | 106 | 1.0 | Dataroom Update |
| Weil, Gene | 10/12/2007 | 106 | 2.5 | AHM internal liquidity call |
| Irfani, Saad | 10/12/2007 | 106 | 2.5 | Dataroom Update |
| Nelligan, John | 10/12/2007 | 106 | 1.5 | Management and liquidity committee calls |
| Irfani, Saad | 10/13/2007 | 106 | 1.0 | Assisting IndyMac lease transfers |
| Irfani, Saad | 10/14/2007 | 106 | 1.0 | Dataroom Update |
| Irfani, Saad | 10/14/2007 | 106 | 1.0 | Assisting IndyMac lease transfers |
| Irfani, Saad | 10/15/2007 | 106 | 2.0 | Dataroom Update |
| Lee, Emmelene | 10/15/2007 | 106 | 3.0 | Analysis of leases to be rejected |
| Weil, Gene | 10/15/2007 | 106 | 1.5 | American Home internal comm. call |
| Irfani, Saad | 10/15/2007 | 106 | 1.0 | Assisting IndyMac lease transfers |
| Irfani, Saad | 10/15/2007 | 106 | 1.0 | Dataroom Update |
| Irfani, Saad | 10/16/2007 | 106 | 2.0 | Dataroom Update |
| Lee, Emmelene | 10/16/2007 | 106 | 5.0 | Analysis of leases to be rejected |
| Irfani, Saad | 10/16/2007 | 106 | 4.5 | Assisting IndyMac lease transfers |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Conway, Darryl | 10/16/2007 | 106 | 4.5 | Calling indymac assumed branches concerning august rent |
| Lee, Emmelene | 10/17/2007 | 106 | 0.5 | Analysis of leases to be rejected |
| Levine, Jeff | 10/17/2007 | 106 | 1.0 | Management and liquidity committee calls |
| Conway, Darryl | 10/17/2007 | 106 | 1.5 | Calls to indymac assumed branches concerning august rent checks missing |
| Weil, Gene | 10/17/2007 | 106 | 2.5 | American Home internal comm. call |
| Lee, Emmelene | 10/18/2007 | 106 | 1.0 | Memo to Kroll |
| Levine, Jeff | 10/18/2007 | 106 | 1.0 | Management and liquidity committee calls |
| Levine, Jeff | 10/18/2007 | 106 | 1.0 | Call with attorneys and Kroll re: Servicing Business Sale - closing checklist |
| Irfani, Saad | 10/18/2007 | 106 | 4.0 | Dataroom Update |
| Nelligan, John | 10/18/2007 | 106 | 1.0 | Conference call with Indymac re: Branch sale |
| Conway, Darryl | 10/18/2007 | 106 | 4.5 | Discussion of technology asset sales |
| Conway, Darryl | 10/19/2007 | 106 | 1.5 | Conference call concerning tech sales |
| Irfani, Saad | 10/22/2007 | 106 | 3.5 | Dataroom Update |
| Weil, Gene | 10/22/2007 | 106 | 1.5 | Internal calls with MAL and Kroll representatives re: status |
| Levine, Jeff | 10/22/2007 | 106 | 2.0 | Management and liquidity committee calls |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Lee, Emmelene | 10/23/2007 | 106 | 1.0 | Analysis of leases to be rejected |
| Nelligan, John | 10/23/2007 | 106 | 1.5 | Management and liquidity committee calls |
| Irfani, Saad | 10/23/2007 | 106 | 4.0 | Dataroom Update |
| Weil, Gene | 10/23/2007 | 106 | 2.5 | AHM internal liquidity call |
| Levine, Jeff | 10/23/2007 | 106 | 1.5 | Management and liquidity committee calls |
| Lee, Emmelene | 10/24/2007 | 106 | 1.5 | Analysis of leases to be rejected |
| Weil, Gene | 10/24/2007 | 106 | 2.0 | American Home internal comm. call |
| Levine, Jeff | 10/24/2007 | 106 | 1.0 | Call with Kroll re: Net Proceeds Analysis |
| Nelligan, John | 10/24/2007 | 106 | 1.0 | Management and liquidity committee calls |
| Levine, Jeff | 10/24/2007 | 106 | 1.0 | Management and liquidity committee calls |
| Weil, Gene | 10/25/2007 | 106 | 1.0 | American Home internal comm. call |
| Levine, Jeff | 10/25/2007 | 106 | 1.0 | Management and liquidity committee calls |
| Levine, Jeff | 10/26/2007 | 106 | 1.0 | Management and liquidity committee calls |
| Levine, Jeff | 10/27/2007 | 106 | 1.5 | Call with attorneys re: GNMA Sale |
| Nelligan, John | 10/27/2007 | 106 | 2.0 | Call with Indymac re: branch sale |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Levine, Jeff | 10/28/2007 | 106 | 1.0 | Call with attorneys re: GNMA Sale |
| Irfani, Saad | 10/29/2007 | 106 | 4.0 | Assisting IndyMac lease transfers |
| Weil, Gene | 10/29/2007 | 106 | 1.0 | American Home internal comm. call |
| Levine, Jeff | 10/29/2007 | 106 | 2.0 | Management and liquidity committee calls |
| Weil, Gene | 10/30/2007 | 106 | 1.5 | American Home internal comm. call |
| Lee, Emmelene | 10/30/2007 | 106 | 2.0 | Analysis of leases to be rejected |
| Levine, Jeff | 10/31/2007 | 106 | 1.0 | Management and liquidity committee calls |
| Weil, Gene | 10/31/2007 | 106 | 2.0 | Internal MAL discussions re: American Home Bank sale and WL Ross closing |
| Lee, Emmelene | 10/31/2007 | 106 | 3.5 | Collection of Security Deposits |
| Levine, Jeff | 10/23/2007 | 107 | 1.0 | Work on revised servicing sale proceeds analysis |
| Lee, Emmelene | 10/17/2007 | 109 | 2.0 | Logging of time for invoice |
| Nelligan, John | 10/19/2007 | 109 | 0.5 | Work on time sheets |
| Levine, Jeff | 10/19/2007 | 109 | 0.5 | Work on time sheets |
| Levine, Jeff | 10/22/2007 | 109 | 1.5 | Work on August and early September time sheets for Trustee |
| Levine, Jeff | 10/26/2007 | 109 | 0.5 | Work on time sheets |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 10/26/2007 | 109 | 0.5 | Work on time sheets |
| Irfani, Saad | 10/1/2007 | 110 | 4.0 | Flight and drive |
| Levine, Jeff | 10/1/2007 | 110 | 4.0 | En-route home from Dallas |
| Levine, Jeff | 10/1/2007 | 110 | 3.5 | En-route to Dallas for Orix meeting |
| Conway, Darryl | 10/2/2007 | 110 | 4.0 | Travel time to Melville |
| Conway, Darryl | 10/3/2007 | 110 | 4.0 | Travel to DC |
| Weil, Gene | 10/4/2007 | 110 | 6.2 | Travel to and from NYC |
| Irfani, Saad | 10/8/2007 | 110 | 4.0 | Flight and drive |
| Conway, Darryl | 10/8/2007 | 110 | 4.0 | Travel to Melville |
| Conway, Darryl | 10/9/2007 | 110 | 4.0 | Travel to DC |
| Irfani, Saad | 10/9/2007 | 110 | 4.0 | Flight and drive |
| Weil, Gene | 10/10/2007 | 110 | 1.5 | Travel to Wilmington |
| Weil, Gene | 10/11/2007 | 110 | 1.5 | Travel to DC |
| Weil, Gene | 10/14/2007 | 110 | 1.5 | Travel to Wilmington |
| Weil, Gene | 10/16/2007 | 110 | 1.5 | Travel to DC |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Conway, Darryl | 10/18/2007 | 110 | 4.0 | Travel to Melville |
| Irfani, Saad | 10/18/2007 | 110 | 4.0 | Flight and drive |
| Conway, Darryl | 10/19/2007 | 110 | 1.5 | Travel to NY |
| Conway, Darryl | 10/21/2007 | 110 | 1.0 | Travel to Melville |
| Irfani, Saad | 10/22/2007 | 110 | 4.0 | Flight and drive |
| Irfani, Saad | 10/23/2007 | 110 | 4.0 | Flight and drive |
| Conway, Darryl | 10/23/2007 | 110 | 4.0 | Travel to DC |
| Conway, Darryl | 10/29/2007 | 110 | 4.0 | Travel to Melville |
| Irfani, Saad | 10/29/2007 | 110 | 4.0 | Flight and drive |
| Levine, Jeff | 10/29/2007 | 110 | 3.0 | Flight to Dallas for GNMA Sale due diligence |
| Conway, Darryl | 10/30/2007 | 110 | 4.0 | Travel to DC |

| **Total Hours:** | | | **656.7** | |

## EXHIBIT B

### Milestone Advisors LLC
### Detail Expense by Professional
### October 1, 2007 - October 31, 2007

| Date | Expense Category | Professional Name | Amount | Description |
|------|------------------|-------------------|--------|-------------|
| 09/18/07 | Supplies | Videofiles | 1,556.10 | Creation of duplicate sets of due diligence files |
| 09/18/07 | Car Rental / Cabs | Cuminale, Richard | 20.00 | Cab to Videofiles for delivery of CD's to be duplicated |
| 09/18/07 | Car Rental / Cabs | Cuminale, Richard | 20.00 | Cab from Videofiles for delivery of CD's to be duplicated |
| 09/25/07 | Agency Fees | Weil, Eugene | 20.00 | Premiere Travel |
| 09/25/07 | Train Fare | Weil, Eugene | 183.00 | Amtrak - DC - Wilmington 9/25 |
| 09/25/07 | Train Fare | Weil, Eugene | 205.00 | Amtrak - Wilmington - NY Penn 9/25 |
| 09/27/07 | Lodging | Nelligan, John | 40.00 | Premiere - Melville Hotel |
| 09/27/07 | Lodging | Weil, Eugene | 756.06 | Omni Hotels - 9/26 |
| 09/27/07 | Meals | Weil, Eugene | 59.85 | Four Seasons Hotel |
| 09/29/07 | Car Rental / Cabs | Weil, Eugene | 144.00 | Feit car service - Weil - LGA - Melville and wait |
| 10/01/07 | Agency Fees | Levine, Jeffrey | 48.00 | Premier Travel |
| 10/01/07 | Air Fare | Levine, Jeffrey | 674.81 | American Airlines - LGA - MIA |
| 10/01/07 | Meals | Irfani, Saad | 9.21 | Lunch at News Stand Deli, Melville |
| 10/01/07 | Meals | Irfani, Saad | 10.79 | Dinner at Hotel |
| 10/01/07 | Teleconference | Premiere Teleconference | 7.49 | Premiere teleconference 10/1 - Lee |
| 10/01/07 | Teleconference | Premiere Teleconference | 9.46 | Premiere teleconference 10/1 - Weil |
| 10/01/07 | Teleconference | Premiere Teleconference | 18.71 | Premiere teleconference 10/1 - Nelligan |
| 10/02/07 | Agency Fees | Conway, Darryl | 45.00 | Travel to NY |
| 10/02/07 | Air Fare | Bernstein, Andrew | 430.40 | American DCA to DFW |
| 10/02/07 | Air Fare | Conway, Darryl | 235.08 | DCA to LGA (US Air) |
| 10/02/07 | Air Fare | Levine, Jeffrey | 889.99 | American Airlines - MIA - DFW |
| 10/02/07 | Car Rental / Cabs | Bernstein, Andrew | 10.05 | Exxon Mobile Irving |
| 10/02/07 | Car Rental / Cabs | Bernstein, Andrew | 385.54 | Hertz Dallas 10/1 - 10/2 |
| 10/02/07 | Car Rental / Cabs | Conway, Darryl | 7.00 | Taxi from AHM to Marriott |
| 10/02/07 | Car Rental / Cabs | Red Top Cab / Sedan | 20.70 | Conway - DCA - 3700 Massachusetts Ave NW |
| 10/02/07 | Car Rental / Cabs | Red Top Cab / Sedan | 22.61 | Irfani - DCA - 2701 Connecticut Ave. NW |
| 10/02/07 | Lodging | Bernstein, Andrew | 325.72 | Marriot Irving 10/1 - 10/2 |

# EXHIBIT B

**Milestone Advisors LLC**
**Detail Expense by Professional**
**October 1, 2007 - October 31, 2007**

| Date | Expense Category | Professional Name | Amount | Description |
|------|------------------|-------------------|--------|-------------|
| 10/02/07 | Lodging | Conway, Darryl | 356.21 | Melville Marriott 10/1 - 10/2 |
| 10/02/07 | Lodging | Irfani, Saad | 362.17 | Hotel Stay in Melville 10/1 - 10/2 |
| 10/02/07 | Meals | Bernstein, Andrew | 5.40 | Lunch Pizza Hut DFW |
| 10/02/07 | Meals | Bernstein, Andrew | 86.82 | Dinner Nobu (Kroll and Alain/Andrew) |
| 10/02/07 | Meals | Conway, Darryl | 4.82 | Breakfest - Newstand |
| 10/02/07 | Meals | Conway, Darryl | 16.05 | Lunch - Gemni Deli |
| 10/02/07 | Meals | Conway, Darryl | 22.00 | DCA Airport |
| 10/02/07 | Meals | Conway, Darryl | 45.62 | Dinner - Blackstone (Saad, Conway) |
| 10/02/07 | Meals | Toto, Alain | 9.42 | Dinner - Blue Mesa |
| 10/02/07 | Meals | Toto, Alain | 13.15 | Breakfast - Marriott DFW |
| 10/02/07 | Meals | Toto, Alain | 40.00 | Westin DFW |
| 10/02/07 | Teleconference | Premiere Teleconference | 3.92 | Premiere teleconference 10/2 - Irfani |
| 10/02/07 | Teleconference | Premiere Teleconference | 13.51 | Premiere teleconference 10/2 - Weil |
| 10/02/07 | Teleconference | Premiere Teleconference | 18.43 | Premiere teleconference 10/2 - Weil |
| 10/03/07 | Agency Fees | Conway, Darryl | 45.00 | Flight from NY to DC |
| 10/03/07 | Agency Fees | Levine, Jeffrey | 48.00 | Premier Travel |
| 10/03/07 | Agency Fees | Levine, Jeffrey | 48.00 | Premiere agency fee |
| 10/03/07 | Agency Fees | Weil, Eugene | 48.00 | Premiere Travel |
| 10/03/07 | Air Fare | Conway, Darryl | 235.08 | LGA to DCA (US Airways) |
| 10/03/07 | Car Rental / Cabs | Bernstein, Andrew | 10.05 | Gas for Rental Car |
| 10/03/07 | Car Rental / Cabs | Bernstein, Andrew | 15.00 | Taxi to DCA |
| 10/03/07 | Car Rental / Cabs | Bernstein, Andrew | 385.54 | Hertz DFW 10/01-10-02 |
| 10/03/07 | Car Rental / Cabs | Conway, Darryl | 22.00 | Cab ride DCA - home |
| 10/03/07 | Car Rental / Cabs | Weil, Eugene | 288.00 | Feit Car Service - Conway, Irfani – LGA – Melviile and return |
| 10/03/07 | Meals | Conway, Darryl | 15.72 | Lunch - Gemni Deli |
| 10/03/07 | Meals | Conway, Darryl | 72.77 | Dinner- CIBO at Airport (Saad, Conway) |
| 10/03/07 | Teleconference | Premiere Teleconference | 1.12 | Premiere teleconference 10/3 - Weil |

## EXHIBIT B

### Milestone Advisors LLC
### Detail Expense by Professional
### October 1, 2007 – October 31, 2007

| Date | Expense Category | Professional Name | Amount | Description |
|------|------------------|-------------------|--------|-------------|
| 10/03/07 | Teleconference | Premiere Teleconference | 3.29 | Premiere teleconference 10/3 - Toto |
| 10/03/07 | Teleconference | Premiere Teleconference | 9.73 | Premiere teleconference 10/3 - Weil |
| 10/03/07 | Teleconference | Premiere Teleconference | 9.82 | Premiere teleconference 10/3 - Bernstein |
| 10/03/07 | Teleconference | Premiere Teleconference | 13.37 | Premiere teleconference 10/3 - Irfani |
| 10/03/07 | Teleconference | Premiere Teleconference | 14.93 | Premiere teleconference 10/3 - Irfani |
| 10/03/07 | Teleconference | Premiere Teleconference | 46.98 | Premiere teleconference 10/3 - Weil |
| 10/04/07 | Agency Fees | Weil, Eugene | 45.00 | Premiere Travel |
| 10/04/07 | Agency Fees | Weil, Eugene | 45.00 | Premiere Travel |
| 10/04/07 | Agency Fees | Weil, Eugene | 45.00 | Premiere Travel |
| 10/04/07 | Car Rental / Cabs | Weil, Eugene | 152.00 | Feit Car Service - Weil - LGA - NYC - LGA |
| 10/04/07 | Parking and Tolls | Weil, Eugene | 32.00 | National Airport |
| 10/04/07 | Teleconference | Premiere Teleconference | 3.72 | Premiere teleconference 10/4 - Humes |
| 10/05/07 | Agency Fees | Conway, Darryl | 45.00 | Travel from DC to NYC |
| 10/05/07 | Agency Fees | Conway, Darryl | 45.00 | Travel from NYC to DC |
| 10/05/07 | Teleconference | Premiere Teleconference | 1.96 | Premiere teleconference 10/5 - Weil |
| 10/05/07 | Teleconference | Premiere Teleconference | 2.17 | Premiere teleconference 10/5 - Irfani |
| 10/05/07 | Teleconference | Premiere Teleconference | 16.74 | Premiere teleconference 10/5 - Weil |
| 10/07/07 | Train Fare | Weil, Eugene | 156.00 | Amtrak - 10/12 |
| 10/08/07 | Agency Fees | Conway, Darryl | 45.00 | Agency fee - Hotel |
| 10/08/07 | Agency Fees | Conway, Darryl | 45.00 | Agency Fee - DC to NY |
| 10/08/07 | Air Fare | Conway, Darryl | 235.00 | US Airways (DCA to LGA) |
| 10/08/07 | Air Fare | Irfani, Saad | 235.08 | Flight to Melville |
| 10/08/07 | Car Rental / Cabs | Red Top Cab / Sedan | 23.24 | Irfani - DCA - 2701 Connecticut Ave. NW |
| 10/08/07 | Car Rental / Cabs | Red Top Cab / Sedan | 23.75 | Conway - DCA - 3700 Massachusetts Ave NW |
| 10/08/07 | Car Rental / Cabs | Conway, Darryl | 144.00 | Feit Car Service - Conway, Irfani - LGA - Melvile |
| 10/08/07 | Lodging | Conway, Darryl | 384.72 | Melville Mariott |
| 10/08/07 | Meals | Conway, Darryl | 3.26 | Breakfast- Ranch (DCA Airport) |

## EXHIBIT B

**Milestone Advisors LLC**
**Detail Expense by Professional**
**October 1, 2007 - October 31, 2007**

| <u>Date</u> | <u>Expense Category</u> | <u>Professional Name</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|---|---|
| 10/08/07 | Meals | Conway, Darryl | 6.50 | Water/ Coffee at DCA |
| 10/08/07 | Meals | Conway, Darryl | 24.50 | Lunch - Gemini Deli |
| 10/09/07 | Agency Fees | Conway, Darryl | 45.00 | Agency Fee - NY to DC |
| 10/09/07 | Air Fare | Conway, Darryl | 235.08 | LGA to DCA (US Airways) |
| 10/09/07 | Air Fare | Irfani, Saad | 235.08 | Flight - LGA to DCA |
| 10/09/07 | Car Rental / Cabs | Conway, Darryl | 24.00 | Cab DCA - Home |
| 10/09/07 | Car Rental / Cabs | Conway, Darryl | 144.00 | Feit Car Service - Conway, Irfani - Melville - LGA |
| 10/09/07 | Meals | Conway, Darryl | 16.05 | Lunch - Gemni Deli |
| 10/09/07 | Meals | Conway, Darryl | 17.00 | Breakfest - Newstand |
| 10/09/07 | Meals | Conway, Darryl | 62.56 | Dinner - CIBO LGA Airport |
| 10/09/07 | Parking and Tolls | Weil, Eugene | 36.00 | National Airport |
| 10/09/07 | Train Fare | Weil, Eugene | 108.00 | Amtrak Wilmington - DC 10/11 |
| 10/09/07 | Train Fare | Weil, Eugene | 142.00 | Amtrak 10/9 |
| 10/10/07 | Agency Fees | Irfani, Saad | 45.00 | Travel Agency Fee |
| 10/10/07 | Car Rental / Cabs | Red Top Cab / Sedan | 16.56 | Young - 1776 N. Vernon St. - 1775 Eye St. NW |
| 10/11/07 | Agency Fees | Irfani, Saad | 45.00 | Fee for airline booking 10/10/07 |
| 10/11/07 | Agency Fees | Weil, Eugene | 48.00 | Premiere Travel |
| 10/11/07 | Air Fare | Irfani, Saad | 235.08 | US Airways flight to Melville 10/11/07 |
| 10/11/07 | Car Rental / Cabs | Irfani, Saad | 10.00 | Cab from 538 Broadhollow to Hotel 10/11/07 |
| 10/11/07 | Lodging | Irfani, Saad | 367.00 | Marriott Melville 10/11/07 |
| 10/11/07 | Parking and Tolls | Weil, Eugene | 33.00 | Union Station |
| 10/11/07 | Train Fare | Weil, Eugene | 156.00 | Amtrak - 10/12 |
| 10/12/07 | Agency Fees | Weil, Eugene | 48.00 | Premiere Travel |
| 10/12/07 | Car Rental / Cabs | Irfani, Saad | 10.00 | Cab from Union Station, DC to Home 10/12/07 |
| 10/12/07 | Car Rental / Cabs | Irfani, Saad | 10.00 | Cab from Hotel to 538 Broadhollow 10/12/07 |
| 10/12/07 | Lodging | Weil, Eugene | 739.60 | Hotel Dupont - 10/10 |
| 10/14/07 | Car Rental / Cabs | Irfani, Saad | 10.00 | Cab from 1775 Eye Street to Home 10/14/07 |

## EXHIBIT B

**Milestone Advisors LLC**
**Detail Expense by Professional**
**October 1, 2007 - October 31, 2007**

| Date | Expense Category | Professional Name | Amount | Description |
|------|------------------|-------------------|--------|-------------|
| 10/15/07 | Postage - Courier | Fedex | 15.08 | Fedex - Jason Kenoyer - IndyMac |
| 10/15/07 | Postage - Courier | Fedex | 78.64 | Fedex - Jasom Kenoyer - IndyMac |
| 10/16/07 | Agency Fees | Weil, Eugene | 40.00 | Premiere Travel |
| 10/16/07 | Car Rental / Cabs | Weil, Eugene | 120.00 | Jones cab - Wilmington to hearings |
| 10/17/07 | Lodging | Weil, Eugene | 567.30 | Hotel Dupont - 10/14 - 10/15 |
| 10/17/07 | Postage - Courier | Fedex | 18.76 | Fedex - Marcus Zavattaro - Patriot National Bank |
| 10/17/07 | Postage - Courier | Fedex | 18.76 | Fedex - Robert Savery - JP Morgan |
| 10/17/07 | Postage - Courier | Fedex | 18.76 | Fedex - Peter Salwin  Lehman |
| 10/17/07 | Postage - Courier | Fedex | 25.55 | Fedex - Sandy Blair - JP Morgan |
| 10/17/07 | Postage - Courier | Fedex | 27.99 | Fedex - Roger mcMillan - Indymac |
| 10/18/07 | Agency Fees | Conway, Darryl | 45.00 | Fee for DC to NY |
| 10/18/07 | Agency Fees | Irfani, Saad | 45.00 | Fee for airline booking 10/17/07 |
| 10/18/07 | Agency Fees | Weil, Eugene | 48.00 | Premiere Travel |
| 10/18/07 | Air Fare | Conway, Darryl | 221.00 | DCA to LGA (Delta) |
| 10/18/07 | Air Fare | Irfani, Saad | 221.00 | Delta flight to Melville 10/18/07 |
| 10/18/07 | Car Rental / Cabs | Conway, Darryl | 8.00 | Cab from AHM to Mariott |
| 10/18/07 | Car Rental / Cabs | Red Top Cab / Sedan | 23.24 | Taxi - Irfani 10/18 - Conn Ave - DCA |
| 10/18/07 | Car Rental / Cabs | Weil, Eugene | 144.00 | Feit Car Service - LGA - Melville - Conway, Irfani |
| 10/18/07 | Meals | Conway, Darryl | 6.40 | Breakfast- Einstein Bagels (DCA airport) |
| 10/18/07 | Meals | Conway, Darryl | 13.00 | Water/ Coffee at DCA (Irfani and Conway) |
| 10/18/07 | Meals | Conway, Darryl | 21.00 | Lunch - Suburban Eats |
| 10/18/07 | Teleconference | Premiere Teleconference | 4.07 | Premiere teleconference 10/18 - Irfani |
| 10/19/07 | Car Rental / Cabs | Conway, Darryl | 17.00 | Cab from Marriott to AHM |
| 10/19/07 | Car Rental / Cabs | Irfani, Saad | 10.00 | Cab home to home to Union Station, DC 10/19/07 |
| 10/19/07 | Car Rental / Cabs | Weil, Eugene | 214.00 | Feit Car Service - Melville - NYC - Conway, Irfani |
| 10/19/07 | Lodging | Conway, Darryl | 382.95 | Melville Mariott |
| 10/19/07 | Meals | Conway, Darryl | 8.00 | Breakfest  - Newstand (Saad, Conway) |

# EXHIBIT B

**Milestone Advisors LLC**
**Detail Expense by Professional**
**October 1, 2007 – October 31, 2007**

| Date | Expense Category | Professional Name | Amount | Description |
|------|------------------|-------------------|--------|-------------|
| 10/19/07 | Meals | Conway, Darryl | 22.21 | Lunch - Suburban Eats |
| 10/19/07 | Meals | Conway, Darryl | 32.00 | Dinner |
| 10/19/07 | Meals | Irfani, Saad | 7.44 | Lunch at News Stand Deli, Melville 10/19/07 |
| 10/19/07 | Teleconference | Premiere Teleconference | 2.80 | Premiere teleconference 10/19 - Irfani |
| 10/19/07 | Teleconference | Premiere Teleconference | 28.81 | Premiere teleconference 10/19 - Young |
| 10/19/07 | Train Fare | Irfani, Saad | 303.00 | Train from New York to DC 10/19/07 |
| 10/20/07 | Car Rental / Cabs | Irfani, Saad | 10.00 | Cab from 538 Broadhollow to Hotel 10/19/07 |
| 10/20/07 | Car Rental / Cabs | Irfani, Saad | 10.00 | Cab from Union Station, DC to home 10/19/07 |
| 10/20/07 | Car Rental / Cabs | Levine, Jeffrey | 26.00 | Alamo Cab - DFW - AHM |
| 10/20/07 | Lodging | Irfani, Saad | 326.14 | 1 night stay in Melville 10/19/07 |
| 10/21/07 | Air Fare | Irfani, Saad | 344.40 | US Airways flight to DC 10/21/07 |
| 10/21/07 | Car Rental / Cabs | Conway, Darryl | 12.00 | Cab from Marriott to Legal Seafood |
| 10/21/07 | Car Rental / Cabs | Irfani, Saad | 10.00 | Cab from Hotel to 538 Broadhollow |
| 10/21/07 | Car Rental / Cabs | Irfani, Saad | 10.00 | Cab from DCA Airport to home |
| 10/21/07 | Car Rental / Cabs | Weil, Eugene | 168.00 | Feit Car Service - Brooklyn to Melville - Conway |
| 10/21/07 | Meals | Conway, Darryl | 27.00 | Dinner - Melville Legal Seafood |
| 10/22/07 | Car Rental / Cabs | Conway, Darryl | 14.00 | AHM to Marriott (2 people), Marriott to Legal Seafood |
| 10/22/07 | Car Rental / Cabs | Irfani, Saad | 10.00 | Cab from 538 Broadhollow to Hotel |
| 10/22/07 | Car Rental / Cabs | Levine, Jeffrey | 29.00 | Executive cab AHM - DFW |
| 10/22/07 | Car Rental / Cabs | Levine, Jeffrey | 128.00 | Feit Car Service |
| 10/22/07 | Car Rental / Cabs | Weil, Eugene | 424.00 | Feit Car Service - Melville - LGA; Conway - NYC to Melville |
| 10/22/07 | Lodging | Levine, Jeffrey | 956.01 | Marriott - Irving 9/17 - 9/19 |
| 10/22/07 | Lodging | Toto, Alain | 585.34 | Marriott DFW - 10/1 - 10/2 |
| 10/22/07 | Meals | Conway, Darryl | 6.00 | Breakfest - Newstand |
| 10/22/07 | Meals | Conway, Darryl | 15.58 | Lunch - Suburban Eats |
| 10/22/07 | Meals | Conway, Darryl | 24.00 | Dinner - Legal Seafood |
| 10/22/07 | Meals | Irfani, Saad | 4.73 | Lunch at News Stand Deli, Melville 10/22/07 |

# EXHIBIT B

**Milestone Advisors LLC**
**Detail Expense by Professional**
**October 1, 2007 – October 31, 2007**

| <u>Date</u> | <u>Expense Category</u> | <u>Professional Name</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|---|---|
| 10/22/07 | Meals | Levine, Jeffrey | 13.88 | Au Bon Pain |
| 10/22/07 | Telephone – Mobile | Toto, Alain | 280.82 | Mobile phone charges |
| 10/23/07 | Agency Fees | Conway, Darryl | 45.00 | Fees for NY to DC |
| 10/23/07 | Agency Fees | Irfani, Saad | 45.00 | Fee for airline booking 10/22/07 |
| 10/23/07 | Air Fare | Conway, Darryl | 235.08 | LGA to DCA (US Airways) |
| 10/23/07 | Air Fare | Irfani, Saad | 235.08 | US Airways flight to Melville 10/22/07 |
| 10/23/07 | Car Rental / Cabs | Conway, Darryl | 22.00 | Cab from DCA to home |
| 10/23/07 | Car Rental / Cabs | Weil, Eugene | 144.00 | Feit Car Service - Melville – LGA; Conway, Irfani |
| 10/23/07 | Lodging | Conway, Darryl | 612.40 | Melvile Marriott |
| 10/23/07 | Meals | Conway, Darryl | 9.50 | Breakfast – Newstand |
| 10/23/07 | Meals | Conway, Darryl | 17.50 | Lunch - Suburban Eats |
| 10/23/07 | Meals | Conway, Darryl | 44.66 | Dinner - CIBO (LGA airport) |
| 10/23/07 | Meals | Irfani, Saad | 9.90 | Lunch at News Stand Deli, Melville 10/23/07 |
| 10/23/07 | Teleconference | Premiere Teleconference | 13.79 | Premiere teleconference 10/23 - Weil |
| 10/24/07 | Air Fare | Irfani, Saad | 388.76 | US Airways flight to Melville 10/24/07 |
| 10/24/07 | Car Rental / Cabs | Irfani, Saad | 10.00 | Cab from Union Station, DC to home |
| 10/24/07 | Car Rental / Cabs | Irfani, Saad | 10.00 | Cab home to Union Station, DC |
| 10/24/07 | Teleconference | Premiere Teleconference | 0.36 | Premiere teleconference 10/24 - Bernstein |
| 10/24/07 | Teleconference | Premiere Teleconference | 14.07 | Premiere teleconference 10/24 - Bernstein |
| 10/25/07 | Car Rental / Cabs | Irfani, Saad | 10.00 | Cab from Hotel to 538 Broadhollow |
| 10/26/07 | Agency Fees | Conway, Darryl | 45.00 | Fees for DC to NY |
| 10/26/07 | Agency Fees | Irfani, Saad | 45.00 | Fee for airline booking 10/29/07 |
| 10/26/07 | Air Fare | Conway, Darryl | 235.08 | DCA to LGA (US Airways) |
| 10/26/07 | Air Fare | Irfani, Saad | 235.08 | US Airways flight to DC 10/26/07 |
| 10/26/07 | Teleconference | Premiere Teleconference | 5.46 | Premiere teleconference 10/26 - Irfani |
| 10/28/07 | Car Rental / Cabs | Red Top Cab / Sedan | 21.17 | Taxi - Conway 10/18 - Mass Ave - DCA |
| 10/29/07 | Agency Fees | Weil, Eugene | 45.00 | Premiere travel |

# EXHIBIT B

## Milestone Advisors LLC
### Detail Expense by Professional
### October 1, 2007 - October 31, 2007

| Date | Expense Category | Professional Name | Amount | Description |
|---|---|---|---|---|
| 10/29/07 | Air Fare | Weil, Eugene | 235.08 | US Air - DCA - LGA |
| 10/29/07 | Car Rental / Cabs | Conway, Darryl | 9.00 | Taxi from AHM offices to Marriott |
| 10/29/07 | Car Rental / Cabs | Red Top Cab / Sedan | 21.17 | Taxi - Conway 10/29 - Mass Ave - DCA |
| 10/29/07 | Car Rental / Cabs | Red Top Cab / Sedan | 22.93 | Taxi - Irfani 10/29 - Conn Ave - DCA |
| 10/29/07 | Car Rental / Cabs | Weil, Eugene | 144.00 | Feit Car Service - LGA - Meliville; Conway, Irfani |
| 10/29/07 | Lodging | Conway, Darryl | 306.20 | Melville Marriot |
| 10/29/07 | Meals | Conway, Darryl | 12.82 | Breakfest - Ranch (DCA airport) |
| 10/29/07 | Meals | Conway, Darryl | 22.00 | Dinner - Legal Seafood |
| 10/29/07 | Meals | Conway, Darryl | 22.94 | Lunch - Suburban Eats |
| 10/30/07 | Agency Fees | Conway, Darryl | 45.00 | Fees for NY to DC |
| 10/30/07 | Agency Fees | Levine, Jeffrey | 48.00 | Premiere agency fee |
| 10/30/07 | Air Fare | Conway, Darryl | 235.08 | LGA to DCA (US Airways |
| 10/30/07 | Air Fare | Irfani, Saad | 235.08 | US Airways flight to Melville 10/30/07 |
| 10/30/07 | Car Rental / Cabs | Conway, Darryl | 22.00 | Taxi from DCA to 3700 Mass Ave, NW |
| 10/30/07 | Car Rental / Cabs | Irfani, Saad | 10.00 | Cab from home to DCA Airport |
| 10/30/07 | Car Rental / Cabs | Weil, Eugene | 144.00 | Feit Car Service - Melville - LGA; Conway, Irfani |
| 10/30/07 | Car Rental / Cabs | Weil, Eugene | 383.00 | Feit Car Service - Nelligan - as directed |
| 10/30/07 | Lodging | Levine, Jeffrey | 298.06 | Westin DFW 10/30 |
| 10/30/07 | Meals | Conway, Darryl | 10.90 | Breakfest - Newstand |
| 10/30/07 | Meals | Conway, Darryl | 9.70 | Lunch - Newstand |
| 10/30/07 | Meals | Conway, Darryl | 51.60 | Dinner - CIBO (LGA airport) |
| 10/30/07 | Meals | Weil, Eugene | 477.78 | Scalinatella - Weil, Nelligan, Taylor |
| 10/31/07 | Agency Fees | Irfani, Saad | 45.00 | Fee for airline booking 10/30/07 |
| 10/31/07 | Agency Fees | Weil, Eugene | 22.50 | Premiere travel |
| 10/31/07 | Agency Fees | Weil, Eugene | 45.00 | Premiere travel |
| 10/31/07 | Agency Fees | Weil, Eugene | 48.00 | Premiere travel |
| 10/31/07 | Air Fare | Levine, Jeffrey | 735.90 | American - Minn to Dallas |

## EXHIBIT B

**Milestone Advisors LLC**
**Detail Expense by Professional**
**October 1, 2007 - October 31, 2007**

| Date | Expense Category | Professional Name | Amount | Description |
|------|-----------------|-------------------|--------|-------------|
| 10/31/07 | Air Fare | Weil, Eugene | (235.08) | US Air |
| 10/31/07 | Air Fare | Weil, Eugene | 110.50 | Delta – LGA to DCA |
| 10/31/07 | Air Fare | Weil, Eugene | 235.08 | US Air – DCA - LGA 11/1 |
| 10/31/07 | Car Rental / Cabs | Weil, Eugene | 72.00 | Feit Car Service - Toto |
| 10/31/07 | Lodging | Irfani, Saad | 323.56 | 1 night stay in Melville on 11/9/07 |
|  |  |  | 25,943.49 |  |

