IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :  Jointly Administered
    Debtors.                                                     :
                                                                 :  Ref. No. 2316
---------------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION TO APPLICATION**
**RE: DOCKET NO. 2316**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to First Monthly Application of Milestone Advisors LLC, Financial Advisor and Investment Banker for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period August 6, 2007 through August 31, 2007 (the "Application"). The Court's docket which was last updated December 31, 2007, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than December 27, 2007 at 4:00 p.m.

DB02:6449440.2                                                                       066585.1001

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($134,193.55) of requested fees ($167,741.94) and 100% of requested expenses ($67,661.78) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       January 2, 2008

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Matthew B. Lunn
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession