IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., a Delaware corporation, | ) | Case No. 07-11047 (CSS) |
| et al., | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE      :
                       : SS:
NEW CASTLE COUNTY      :

I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on January 2, 2008, I caused to be served:

**CITIMORTGAGE, INC.'S LIMITED OBJECTION TO DEBTORS'
MOTION FOR AN ORDER PURSUANT TO SECTIONS 105 AND 363 OF
THE BANKRUPTCY CODE APPROVING (A) PROCEDURES FOR AHM
SERVICING'S ENTRY INTO SUBSERVICING AGREEMENTS AND
(B) THE ENTRY INTO ONE OR MORE SUBSERVICING AGREEMENTS**
(Docket No. 2525)

Service was completed upon parties on the attached list in the manner indicated thereon.

Date: January 2, 2008

_/s/ William Weller_
William Weller

SWORN AND SUBSCRIBED before me this 2nd day of January, 2008

_____
NOTARY
My commission expires:_____
**S. STACI HUDSON**
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2008

WWW/112908-0002/1647055/1 1/2/2008

**VIA HAND DELIVERY**
James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
M. Blake Cleary, Esq.
Sean M. Beach, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Facsimile: (302) 571-1253
[Counsel to the Debtors]

Joseph McMahon, Jr., Esq.
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
[United States Trustee]