## CERTIFICATE OF SERVICE

   I, Donna L. Culver, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Reservation Of Rights Of Financial Guaranty Insurance Company In Connection With GMAC Mortgage LLC's Motion To Compel The Debtors To Send Notice To The HELOC Borrowers Regarding The "Freezing" Of The HELOC Loans**, was caused to be made on January 2, 2008, in the manner indicated upon the entities identified on the attached service list.

Date: January 2, 2008

                   _/s/ Donna L. Culver_
                   Donna L. Culver (No. 2983)

1349442.1