**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation, *et al.,*<br><br>                              Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered)<br><br>Obj. Deadline: January 3, 2008 @ 12:00 p.m.<br>Hearing Date: January 4, 2008 @ 11:00 a.m. |

**RESPONSE OF DEUTSCHE BANK NATIONAL TRUST COMPANY**
**TO GMAC MORTGAGE LLC'S MOTION TO COMPEL THE DEBTORS**
**TO SEND NOTICE TO THE HELOC BORROWERS REGARDING**
**THE "FREEZING" OF THE HELOC LOANS**
**(Relates to Docket No. 2449)**

Deutsche Bank National Trust Company ("DBNT"), by and through its undersigned counsel, hereby files its response to GMAC Mortgage LLC's Motion to Compel the Debtors to Send Notice to the HELOC Borrowers Regarding the "Freezing" of the HELOC Loans (the "Motion"),

1. Deutsche is the Trust Administrator and/or Indenture Trustee with respect to (a) 22 mortgaged backed securities trusts, containing approximately $25 billion in current principal amount of mortgage loans originated and serviced by Debtor entities; (b) 8 mortgage backed securities trusts, containing several billion dollars in current principal amount of mortgage loans, a substantial portion of which were or were originated and are serviced by Debtor entities and (c) 7 mortgage backed securities trusts containing several billion dollars in current principal amount of mortgage loans, a substantial portion of which were originated by Debtor entities, but which are serviced by third parties.

#9178181 v1

-2-

2. DBNT supports the relief GMAC Mortgage LLC ("GMAC") seeks in the Motion.[1] DBNT is concerned that HELOC Borrowers will continue to rely on the availability of their HELOC's in conducting their day to day affairs and should be advised that they will not be able to continue to draw on their HELOC's.

3. DBNT, however, is concerned that any notice given to HELOC Borrowers be given in a way that will not exacerbate problems by causing a rush to borrow money with the attendant risk of increased defaults. Accordingly, DBNT believes that the wording of any notice should be in a form acceptable to the Debtors, CIFG and DBNT.

Dated: January 3, 2008
       Wilmington, DE

Respectfully submitted,

PEPPER HAMILTON LLP

 /s/ Evelyn J. Meltzer
David B. Stratton (DE No. 960)
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, Delaware 19801
Telephone (302) 777-6500
Facsimile (302) 421-8390

-and-

NIXON PEABODY LLP
Mark N. Berman
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110
Telephone:  (617) 345-6037
Facsimile:  (617) 866-5868

---

[1] With regard to the Rapid Amortization issue DNBTC joins in the Reservation of Rights submitted by Financial Guaranty Insurance Company for the reasons stated therein

#9178181 v1

NIXON PEABODY LLP
Dennis Drebsky
Joseph Gitto
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111

*Attorneys for Deutsche Bank National Trust Company*