## **CERTIFICATE OF SERVICE**

I, Evelyn J. Meltzer, hereby certify that on the 3rd day of January, 2008, I caused the foregoing **Response of Deutsche Bank National Trust Co. to GMAC Mortgage LLC's Motion to Compel the Debtors to Send Notice to the HELOC Borrowers Regarding the "Freezing" of the HELOC Loans** to be served upon the following parties in the manner indicated.

Kimberly E. C. Lawson, Esq.
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, Delaware 19801
**Hand Deliver**

Claudia Z. Springer, Esq.
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, Pennsylvania 19103-7301
**Fax:** 215-851-1420

James L. Patton, Esq.
Matthew Lunn, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
**Hand Deliver**

Barry N. Seidel, Esq.
Stefanie Birbrower Greer, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
**Fax**: 212-556-2222

William P. Bowden, Esq.
Don A. Beskrone, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
**Hand Deliver**

   /s/ Evelyn J. Meltzer
Evelyn J. Meltzer