## CERTIFICATE OF SERVICE

I, Christopher M. Samis, do hereby certify that on January 3, 2008, I caused a copy of the foregoing **Limited Response of the Bank of New York, in its Capacity as Indenture Trustee, to GMAC Mortgage LLC's Motion to Compel the Debtors to Send Notice to the HELOC Borrowers Regarding the "Freezing" of the HELOC Loans** to be served upon the parties on the attached service list in the manner indicated.

*[signature]*
Christopher M. Samis (DE No. 4909)

**In re: American Home Mortgage Holdings, Inc.**
**Case No.: 07-11047 (CSS)**
**Service List**

*Via First Class Mail*

American Home Mortgage Holdings, Inc.
Attention: Alan Horn, General Counsel
538 Broadhollow Road
Melville, NY 11747

*Via Hand Delivery & Email*

Pauline K. Morgan
Matthew B. Lunn
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

*Via First Class Mail*

Jeffrey M. Levine
Milestone Advisors LLC
1775 Eye Street, NW, Suite 800
Washington, DC 20006

*Via First Class Mail & Email*

Mark S. Indelicato
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022

*Via Hand Delivery & Email*

Bonnie Glantz Fatell
Blank Rome LP
1201 Market Street, Suite 800
Wilmington, DE 19801

*Via Hand Delivery & Email*

Kimberly E. C. Lawson
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

*Via Hand Delivery & Email*

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19801

*Via First Class Mail & Email*

Erica M. Ryland
Scott J. Friedman
Jones Day
222 East 41st Street
New York, NY 10017

*Via Hand Delivery & Email*

Victoria Counihan
Greenberg Traurig
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

*Via Hand Delivery & Email*

Joseph J. McMahon, Jr.
Office of the United States Trustee
844 King Street, Suite 2207 - Lockbox 35
Wilmington, DE 19801

*Via First Class Mail & Email*

Margot B. Schonholtz
Scott D. Talmadge
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596

*Via First Class Mail & Email*

Claudia Z. Springer
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

RLF1-3239972-1