IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    : Jointly Administered
        Debtors.                                    :
                                                    :
                                                    : Ref. Docket No. 2396
---------------------------------------------------------------- x

## ORDER APPROVING SETTLEMENT AGREEMENT WITH THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS PURSUANT TO SECTIONS 105, 362 AND 553 OF THE BANKRUPTCY CODE AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 4001(d) AND 9019

Upon consideration of the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession herein (the "Debtors"), pursuant to Rules 4001(d) and 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 105, 362 and 553 of title 11 of the United States Code, §§ 101-1330 (the "Bankruptcy Code"), for entry of an order approving the Settlement Agreement attached hereto as Exhibit A; and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; and it appearing that due and adequate notice and disclosure of the Motion has been given; and no other or further notice is required; and after due deliberation and sufficient cause appearing therefor; it is

ORDERED that the Motion is granted; and it is further

ORDERED, that the Settlement Agreement is hereby approved pursuant to Bankruptcy Rule 9019 and Bankruptcy Code sections 105 and 553; and it is further

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

ORDERED, that the automatic stay under section 362(a) of the Bankruptcy Code is lifted to permit the parties to the Settlement Agreement to effect the setoff described therein and to take such other and further action as required thereby; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of the Settlement Agreement and this Order.

Dated: 1/3 , 2008
Wilmington, Delaware

Christopher S. Sontchi
United States Bankruptcy Judge