UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047-CSS |
| HOLDINGS, INC., et al., | ) | |
| Debtors | ) | Jointly Administered |
| | ) | Re: D.I. 2449 |
| | ) | Hearing Date: January 4, 2008 at 11:00 a.m. (ET) |
| | ) | Objection Date: January 3, 2008 at 12:00 (ET) |

## LIMITED OBJECTION AND RESERVATION OF RIGHTS OF ASSURED GUARANTY CORP. WITH RESPECT TO GMAC MORTGAGE LLC'S MOTION TO COMPEL THE DEBTORS TO SEND NOTICE TO THE HELOC BORROWERS REGARDING THE "FREEZING" OF THE HELOC LOANS

Assured Guaranty Corp. ("Assured"), by and through its undersigned counsel, hereby submits this limited objection and reservation of rights in response to the motion (the "Motion") of GMAC Mortgage LLC ("GMAC") To Compel The Debtors To Send Notice To The HELOC Borrowers Regarding The "Freezing" Of The HELOC. (D.I. 2449). In support of this reservation of rights and limited objection, Assured respectfully represents as follows:

1. By its Motion, GMAC seeks an order compelling the Debtors to send a notice (the "Notice") to borrowers (the "HELOC Borrowers") under home equity line of credit mortgage loans ("HELOC Mortgage Loans") in several securitization transactions in which GMAC is or will become the HELOC servicer. Among the securitization transactions covered by GMAC's Motion is the American Home Mortgage Investment Trust 2007-A in which Assured serves as the insurer (the "Assured Securitization"). As set forth in the GMAC Motion, the Notice will alert the HELOC Borrowers that the applicable Debtor as lender (the "AHM Lender") will no longer fund draws by HELOC Borrowers under the HELOC Mortgage Loans.

2.    Assured does not object to GMAC's request that a Notice be sent to HELOC Borrowers alerting them that the AHM Lender will no longer fund draws under the HELOC Mortgage Loans. However, because the Motion includes HELOC Mortgage Loans in the Assured Securitization and references certain terms of the transaction documents in that securitization, Assured hereby reserves all of its rights under and relating to those transaction documents, including without limitation its rights relating to (a) the determination of whether a Rapid Amortization Event (as set forth in the relevant Indenture) has occurred in the Assured Securitization; and (b) whether the Debtors have failed to properly apply collections on the HELOC Mortgage Loans consistent with the Rapid Amortization provisions of the transaction documents in the Assured Securitization. Assured reserves its right to assert any and all Rapid Amortization Events and any and all claims related thereto.

3.    Further, as to the form of Notice proposed by GMAC, Assured joins in the Reservation Of Rights Of Financial Guaranty Insurance Company ("FGIC") In Connection With GMAC Mortgage LLC's Motion To Compel The Debtors To Send Notice To The HELOC Borrowers Regarding The "Freezing" Of The HELOC Loans (D.I. 2566) and, in particular, in FGIC's request that the form of Notice sent to the HELOC Borrowers be modified (a) so as to be effective as of the date of the Notice; and (b) to include a statement that the HELOC Borrowers

are required to make all payments on their HELOC Mortgage Loans notwithstanding the failure of the AHM Lender to fund future draws.

Dated: Wilmington, Delaware
      January 3, 2008

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Donna L. Culver*
Robert J. Dehney (No. 3578)
Donna L. Culver (No. 2983)
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@mnat.com
Email: dculver@mnat.com

ATTORNEYS FOR ASSURED GUARANTY CORP.

3