## CERTIFICATE OF SERVICE

   I, Donna L. Culver, Esquire, certify that I am not less than 18 years of age, and that service of the foregoing **Limited Objection And Reservation Of Rights Of Assured Guaranty Corp. With Respect To GMAC Mortgage LLC's Motion To Compel The Debtors To Send Notice To The HELOC Borrowers Regarding The "Freezing" Of The HELOC Loans**, was caused to be made on January 3, 2008, in the manner indicated upon the entities identified on the attached service list.

Date: January 3, 2008

                 */s/ Donna L. Culver*
                Donna L. Culver (No. 2986)

1337288.1