# SERVICE LIST

**BY HAND DELIVERY**

James L. Patton, Jr.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street
17th Floor
Wilmington, DE  19801

Joseph M. McMahon, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE  19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE  19801

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801

Victoria Counihan, Esquire
Greenberg Traurig
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE  19801

William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue
8th Floor
Wilmington, DE  19801

Kimberly E. Connolly Lawson, Esquire
Reed Smith LLP
1201 No. Market Street
Suite 1500
Wilmington, DE  19801

**BY FIRST CLASS U.S. MAIL**

Attn: Alan Horn, General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY  11747

Mark S. Indelicato
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY  10022

Attn:  Jeffrey M. Levine
Milestone Advisors, LLC
1775 Eye Street, NW
Suite 800
Washington, DC  20006

Corrine Ball, Esquire
Erica M. Ryland, Esquire
Jones Day
222 East 41st Street
New York, NY  10017

Scott D. Talmadge, Esquire
Margot B. Schonholtz, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Robert A. Profusek, Esquire
Jones Day
222 East 41st Street
New York, NY  10017

Barry N. Seidel, Esquire
Stephanie Birbrower Greer, Esquire
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036

Claudia Z. Springer, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103