IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kimberly E. C. Lawson, hereby certify that on the 3rd day of January 2008, a true and correct copy of **GMAC MORTGAGE LLC'S RESPONSE TO MOTION OF THE DEBTORS FOR ORDERS PURSUANT TO SECTIONS 105, 107(b), AND 363 OF THE BANKRUPTCY CODE, AND BANKRUPTCY RULES 2002 AND 9018 AUTHORIZING THE DEBTORS TO UNDERTAKE CERTAIN ACTIVITIES TO PREPARE FOR CONSUMMATION OF THE PREVIOUSLY-APPROVED SALE OF THEIR SERVICING BUSINESS** was served upon the addressees listed on the attached service list in the manner indicated.

Dated: January 3, 2008
       Wilmington, Delaware

REED SMITH LLP

By: /s/ Kimberly E. C. Lawson
    Kimberly E. C. Lawson (No. 3966)
    1201 Market Street, Suite 1500
    Wilmington, DE 19801
    Telephone: (302) 778-7500
    Facsimile: (302) 778-7575
    E-mail: klawson@reedsmith.com

Counsel to GMAC Mortgage LLC

WILLIB-56992.3-KELAWSON

## SERVICE LIST

Via Hand Delivery
James L. Patton, Jr.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(Counsel for Debtors)

Via First Class Mail
American Home Mortgage Holdings, Inc.
Attn: Alan Horn, General Counsel
538 Broadhollow Road
Melville, NY 11747
(Debtor)

Via First Class Mail
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
(Proposed Counsel for the Official Committee
of Unsecured Creditors)

Via First Class Mail
Milestone Advisors, LLC
Attn: Jeffrey M. Levine
1775 Eye Street, NW, Suite 800
Washington, DC 20006

Via First Class Mail
Corinne Ball, Esq.
Erica M. Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
(Counsel to Pre-Petition Lenders)

Via Hand Delivery
Joseph McMahon, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
(U.S. Trustee)

Via Hand Delivery
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Proposed Counsel for the Official Committee
of Unsecured Creditors)

Via First Class Mail
Scott D. Talmadge, Esq.
Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Counsel for the Lenders)

Via Hand Delivery
Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(Counsel to the Lenders)

Via Hand Delivery
Victoria Counihan, Esq.
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(Counsel to Pre-Petition Lenders)

Via First Class Mail
Robert A. Profusek, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
(Counsel to Purchaser – AH Mortgage Acquisition Co., Inc.)

Via First Class Mail
Barry N. Seidel, Esq.
Stefanie Birbrower Greer, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
(Counsel to CIFG Assurance North American, Inc.)

Via Hand Delivery
Robert J. Denhey, Esq.
Donna Culver, Esq.
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street, 18th floor
Wilmington, DE 19801
(Counsel to Financial Guaranty Insurance Company, Assured Guaranty Corp., and MBIA Insurance Corporation)

Via First Class Mail
Mark N. Berman, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(Counsel for Deutsche Bank National Trust Company)

Via Hand Delivery
William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
(Counsel to CIFG Assurance North American, Inc.)

Via First Class Mail
Bruce A. Wilson, Esq.
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102
(Counsel to Financial Guaranty Insurance Company, Assured Guaranty Corp., and MBIA Insurance Corporation)

Via Hand Delivery
David B. Stratton, Esq.
Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE 19801
(Counsel for Deutsche Bank National Trust Company)

Via First Class Mail
Dennis Drebsky, Esq.
Joseph Gitto, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
(Counsel for Deutsche Bank National Trust Company)