IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x   Chapter 11
In re:                                                           :
                                                                 :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :   Jointly Administered
                                                                 :
                           Debtors.                              :   Ref. Docket No. 2449
                                                                 :   Hearing Date: January 4, 2008 at 11:00 a.m. (ET)
                                                                 :
---------------------------------------------------------------- x

## DEBTORS' LIMITED RESPONSE TO GMAC MORTGAGE LLC'S MOTION TO COMPEL THE DEBTORS TO SEND NOTICE TO HELOC BORROWERS REGARDING "FREEZING" OF THE HELOC LOANS

The above-captioned debtors and debtors-in-possession (collectively, "AHM" or the "Debtors") hereby file this limited response (the "Limited Response") to GMAC Mortgage LLC's Motion to Compel the Debtors to Send Notice to HELOC Borrowers Regarding "Freezing" of the HELOC Loans [Docket No. 2449] (the "Motion")[2] and respectfully state as follows:

1. By the Motion, GMAC Mortgage LLC ("GMAC") demands that the Debtors be compelled to send a notice to the HELOC Borrowers which may have implications beyond simply notifying HELOC Borrowers of the change of the servicer of their home equity loan.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

2. Specifically, GMAC seeks to compel the Debtors to send a notice (the "Notice") which reads as follows:

> Reference is made to your home equity line of credit with [name of Debtor that is the Lender] ("Your Credit Line"). This notice is to inform you that **effective January __, 2008,** you may no longer obtain loans under Your Credit Line. This means that **any requests for loans under Your Credit Line which we receive on or after January _, 2008 will not be honored.** You are still obligated to repay Your Credit Line in accordance with its repayment terms. We apologize for any inconvenience this may cause you.

See Exhibit A to Motion.

3. The Debtors are concerned that implicit in the Notice is a legal and factual determination that a Rapid Amortization Event has occurred under each of the Trusts. To date, the Debtors have disputed assertions that Rapid Amortization Events have occurred.

4. Thus, the Debtors file this Limited Response to reserve their rights with respect to whether a Rapid Amortization Event has occurred under each of the Trusts.

5. Moreover, the Debtors ~~are currently~~ [intend to continue] in discussions with the GMAC and certain related parties regarding the form of the notice to be sent to the HELOC Borrowers. Therefore, the Debtors file this Limited Response to reserve their rights with respect to the exact form of notice to be sent to HELOC Borrowers to the extent the Debtors and the related parties are unable to agree upon an appropriate form of notice.

WHEREFORE, the Debtors respectfully request that the Court deny the relief requested in the Motion and grant the Debtors such other and further relief as is just and proper.

Dated: Wilmington, Delaware
January 3, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
M. Blake Cleary (No. 3614)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession