IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| American Home Mortgage Holdings, Inc., et al.,<br><br>                    Debtors, | ) Case No. 07-11047-CSS<br>) Chapter 11<br>) Jointly Administered<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Nicole C. Gazzo of the law firm of Steven J. Baum, P.C., 220 Northpointe Parkway, Suite G, Amherst, NY 14228, to represent First Horizon Home Loan Corporation in the above-captioned cases.

WHITTINGTON & AULGUR

By:  /s/ Kristi J. Doughty
Robert T. Aulgur, Jr. (No. 165)
Kristi J. Doughty (No. 3826)
651 N. Broad Street, Suite 206
P.O. Box 1040
Middletown, DE  19709-1040
(302) 378-1661

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and admitted to practice law in all state courts of the State of New York, and the United States District Court for the Southern, Eastern, Northern and Western Districts of New York.. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction or this Court for any alleged misconduct which occurs in the preparation or

course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Nicole C. Gazzo
Steven J. Baum, P.C.
220 Northpointe Pkwy.
Suite G
Amherst, NY 14228
(716) 204-2400
Fax: (716) 204-4600

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's Motion for Admission Pro Hac Vice of Nicole C. Gazzo of the law firm of Steven J. Baum, P.C., is granted.

Dated: _____

The Honorable Christopher S. Sontchi