IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                       :
                                                                         : Jointly Administered
         Debtors.                                                        :
------------------------------------------------------------------------ x

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 4, 2008 AT 11:00 A.M. (ET)

**ADJOURNED/RESOLVED MATTERS**

1.  Motion of FNC, Inc. for Adequate Protection and Relief from Automatic Stay with Respect to Collateral Management System License Agreement, or in the Alternative, to Compel Debtors to Assume or Reject Agreement as Executory Contract [D.I. 1772, 11/2/07]

    Objection Deadline:  November 20, 2007 at 4:00 p.m., extended to January 7, 2008 for the Debtors and the Committee

    Objections Filed:    None

    Status: This matter will be adjourned by agreement of the parties to January 14, 2008 at 2:00 p.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] **Amendments appear in bold.**

2.    Motion of Bank of America, N.A., as Administrative Agent, for Relief from Automatic Stay, Pursuant to 11 U.S.C. § 362(d), to Exercise its Rights as a Secured Creditor to Sell Collateral Consisting of Outstanding Construction-to-Perm Mortgage Loans on Single Family Residences [D.I. 2255, 12/4/07]

      Objection Deadline:   December 14, 2007 at 4:00 p.m.

      Related Document:

          a)   Notice of Corrected Exhibit B [D.I. 2260, 12/4/07]

          b)   Re-Notice of Motion [D.I. 2309, 12/6/07]

      Objections Filed:   None

      Status: This matter is resolved. The motion for approval of the settlement is agenda item no. 16 below.

3.    Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2395, 12/14/07]

      Objection Deadline:   December 27, 2007 at 4:00 p.m., extended for U.S. Trustee to December 28, 2007 at 12:00 p.m., Impac Funding to December 28, 2007 at 5:00 p.m. and for Bank of America to January 2, 2008 at 10:00 a.m.

      Objections Filed:

          a)   Objection of Federal Home Loan Mortgage Corporation to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [ [D.I. 2501, 12/26/07]

          b)   Objection of Wells Fargo Funding, Inc. to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2506, 12/27/07]

c)     Objection of Wells Fargo Bank, N.A., as Trustee to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2508, 12/27/07]

d)     Reservation of Rights of Morgan Stanley Capital Holdings LLC With Respect to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2509, 12/27/08]

e)     Objection of JPMorgan Chase Bank, N.A. to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2510, 12/27/07]

f)     Objection of Triad Guaranty Insurance Corp. to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2511, 12/27/07]

g)     Reservation of Rights with Respect to the Motion of the Debtors for an Order Pursuant to 11 U.S.C. Sections 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses Filed by Bear Stearns Mortgage Capital Mortgage Capital Corporation and EMC Mortgage Corporation [D.I. 2513, 12/27/07]

h)     Objection of Calyon New York Branch to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2514, 12/27/07]

i)     Objection of CitiMortgage, Inc. to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2517, 12/27/07]

j) Objection of the United States Trustee to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2539, 12/28/07]

k) Limited Objection of Bank Of America, N.A., As Administrative Agent, To Debtors Motion For An Order Pursuant To 11 U.S.C. Sections 105, 363 And 554 Authorizing The (I) Abandonment And Destruction Of Certain Duplicate Mortgage Loan Files Or (II) Return Of Mortgage Loan Files To The Owner Of Such Loans Upon Payment Of Reasonable Costs And Expenses [D.I. 2543/2544, 12/28/07]

l) Joinder of The Bank of New York, in Certain Capacities, to the Objection of Wells Fargo Bank, N.A. to Debtors' Motion for an Order Pursuant to 11 USC Sections 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2555, 12/31/07]

Status: This matter will be adjourned to January 14, 2007 at 2:00 p.m. so that the Debtors can attempt to resolve objections prior to the hearing.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

4. Motion of the Debtors for Approval of Settlement Agreement with the Texas Comptroller of Public Accounts Pursuant to Sections 105, 362 and 553 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 4001(d) and 9019 [D.I. 2396, 12/14/07]

Objection Deadline: December 26, 2007 at 4:00 p.m.

Objections Filed: None

Related Document:

a) Certificate of No Objection [D.I. 2556, 1/2/08]

b) **Order Approving Settlement Agreement with the Texas Comptroller of Pubic Accounts Pursuant to Sections 105, 362 and 553 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 4001(d) and 9019 [D.I. 2570, 1/3/08]**

Status: **An order has been entered which resolves this matter.** No hearing is required.

5.  Debtors' Motion for an Order Authorizing Amendment to Limited Recourse Debtor-in-Possession Financing Facility [D.I. 2443, 12/19/07]

   Objection Deadline:   December 28, 2007 at 4:00 p.m.

   Objections Filed:   None

   Related Document:

   a)  Certification of Counsel Regarding Order Approving Debtors' Entry into Amendment Agreement No. 1 to the Limited Recourse Debtor-in-Possession Financing Facility [D.I. 2558, 1/2/08]

   Status: A Certification of Counsel has been filed. **This matter will be going forward.**

**CONTESTED MATTERS GOING FORWARD**

6.  JPMorgan Chase Bank, National Association's Motion for Relief from Automatic Stay, Pursuant to 11 U.S.C. § 362(d), to Foreclose on and Preserve Collateral Consisting of Outstanding Construction/Permanent Loans on Single-Family Residences [D.I. 2135, 11/28/07]

   Objection Deadline:   December 5, 2007 at 4:00 p.m., extended for the Debtors to December 28, 2007 at 4:00 p.m.

   Objections Filed:

   a)  Limited Objection of the Debtors to JPMorgan Chase Bank, National Association's Motion for Relief from Automatic Stay, Pursuant to 11 U.S.C. § 362(d), to Foreclose on and Preserve Collateral Consisting of Outstanding Construction/Permanent Loans on Single-Family Residences [D.I. 2545, 12/28/07]

   Status: This matter will be going forward.

7.    Debtors' Motion for an Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals Utilized in the Ordinary Course, *Nunc Pro Tunc* to the Petition Date [D.I. 2389, 12/14/07]

    Objection Deadline:    December 27, 2007 at 4:00 p.m., extended for the U.S. Trustee to December 28, 2007 at 12:00 p.m.

    Objections Filed:

        a)    Objection of the United States Trustee to Debtors' Motion for an Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals Utilized in the Ordinary Course, *Nunc Pro Tunc* to the Petition Date [D.I. 2538, 12/28/07]

    Status: This matter will be going forward.

8.    Motion of Edward Abram, Jr., Najla Waheed, Richard Zemel, Rosalyn Ceasar, Dustin Jones, John Sogluizzo and Anthony Faux, on Behalf of Themselves and all Others Similarly Situated, for (i) Relief from the Automatic Stay Pursuant to Section 362 of the Bankruptcy Code to Resume Pending Wage and Hour Litigation Against the Debtors in a Non-Bankruptcy Court and (ii) an Extension or Relief with Respect to the Bar Date [D.I. 2397, 12/14/07]

    Objection Deadline:    December 28, 2007 at 5:00 p.m.

    Objections Filed:

        a)    Debtors' Objection to Motion of Edward Abram, Jr., Najla Waheed, Richard Zemel, Rosalyn Ceasar, Dustin Jones, John Sogluizzo and Anthony Faux, on Behalf of Themselves and All Others Similarly Situated, for (i) Relief from the Automatic Stay Pursuant to Section 362 of the Bankruptcy Code to Resume Pending Wage and Hour Litigation Against the Debtors in a Non-Bankruptcy Court and (ii) an Extension of or Relief with Respect to the Bar Date [D.I. 2552, 12/28/07]

    Status: This matter will be going forward.

9. Motion of Assured Guaranty Corp. for Relief from the Automatic Stay [D.I. 2416, 12/17/07]

   Objection Deadline: December 28, 2007 at 4:00 p.m.

   Objections Filed:

   a) Debtors' Limited Response to the Motion of Assured Guaranty Corp. for Relief from the Automatic Stay [D.I. 2540, 12/28/07]

   b) GMAC Mortgage LLC's Response to Motion of Assured Guaranty Corp. for Relief from the Automatic stay [D.I. 2542, 12/28/07]

   Status: This matter will be going forward.

10. GMAC Mortgage LLC's Motion to Compel the Debtors to Send Notice to the HELOC Borrowers Regarding the "Freezing" of the HELOC Loans [D.I. 2449, 12/20/07]

    Objection Deadline: January 3, 2008 at 12:00 p.m.

    Related Document:

    a) Order Shortening the Time for Notice of the Hearing and Objections Deadline to Consider GMAC Mortgage LLC's Motion to Compel the Debtors to Send Notice to the HELOC Borrowers Regarding the "Freezing" of the HELOC Loans [D.I. 2467, 12/21/07]

    Objections Filed:

    b) **Reservation of Rights of Financial Guaranty Insurance Company in Connection with GMAC Mortgage LLC's Motion to Compel the Debtors to Send Notice to the HELOC Borrowers Regarding the "Freezing" of the HELOC Loans [D.I. 2566, 1/3/08]**

    c) **Limited Objection of CIFG Assurance North America, Inc. to GMAC Mortgage LLC's Motion to Compel the Debtors to Send Notice to the HELOC Borrowers Regarding the "Freezing" of the HELOC Loans [D.I. 2568, 1/3/08]**

    d) **Limited Response of the Bank of New York, in its Capacity as Indenture Trustee, to GMAC Mortgage LLC's Motion to Compel the Debtors to Send Notice to the HELOC Borrowers Regarding the "Freezing" of the HELOC Loans [D.I. 2569, 1/3/08]**

      e)      **Limited Objection and Reservation of Rights of Assured Guaranty Corp. with Respect to GMAC Mortgage LLC's Motion to Compel the Debtors to Send Notice to the HELOC Borrowers Regarding the "Freezing" of the HELOC Loansd.I. 2571, 1/3/08]**

      f)      **Debtors' Limited Response to GMAC Mortgage LLC's Motion to Compel the Debtors to Send Notice to the HELOC Borrowers Regarding the "Freezing" of the HELOC Loans [D.I. 2575, 1/3/08]**

Status: This matter will be going forward.

11.    Iron Mountain Information Management, Inc.'s Motion to Compel Payment of Administrative Expenses [D.I. 2465, 12/20/07]

    Objection Deadline:    December 28, 2007 at 4:00 p.m., extended to January 7, 2008 at 4:00 p.m. for the Debtors

    Related Document:

      a)      Proposed Form of Order filed by Iron Mountain Information Management, Inc. [D.I. 2502, 12/26/07]

    Objections Filed:    None as of the filing of this agenda.

Status: This matter will be going forward as a status conference.

12.    Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105(a) and 554 Authorizing the Abandonment of HELOC Servicing Rights Under the 2004-4 HELOC Servicing Agreements and Granting Related Relief [D.I. 2523, 12/27/07]

    Objection Deadline:    January 3, 2008 at 12:00 p.m.

    Related Document:

      a)      Order Shortening Time and Approving Notice of Motion for an Order Pursuant to 11 U.S.C. Sections 105(a) and 554 Authorizing the Abandonment of HELOC Servicing Rights Under the 2004-4 HELOC Servicing Agreements and Granting Related Relief [D.I. 2550, 12/28/07]

    Objections Filed:    None as of the filing of this agenda.

Status: This matter will be going forward.

13. Motion of the Debtors for an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Approving (A) Procedures for AHM Servicing's Entry into Subservicing Agreements and (B) the Entry into One or More Subservicing Agreements [D.I. 2525, 12/27/07]

    Objection Deadline:   January 3, 2008 at 12:00 p.m.

    Related Document:

    a) Order Shortening Time and Approving Notice of Motion of the Debtors for an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Approving (A) Procedures for AHM Servicing's Entry into Subservicing Agreements and (B) the Entry into One or More Subservicing Agreements [D.I. 2549, 12/28/07]

    b) **Notice of Filing of Executed Indemnity Agreement [D.I. 2577, 1/3/08]**

    Objections Filed:

    c) **CitiMortgage, Inc.'s Limited Objection to Motion of the Debtors for an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Approving (A) Procedures for AHM Servicing's Entry into Subservicing Agreements and (B) the Entry into One or More Subservicing Agreements [D.I. 2565, 1/2/08]**

    Status: This matter will be going forward.

14. Motion of the Debtors for Orders Pursuant to Sections 105, 107(b) and 363 of the Bankruptcy Code, and Bankruptcy Rules 2002 and 9018 Authorizing the Debtors to Undertake Certain Activities to Prepare for Consummation of the Previously-Approved Sale of Their Servicing Business [D.I. 2527, 12/27/07]

    Objection Deadline:   January 3, 2008 at 12:00 p.m. **[Extended to January 9, 2008 at 12:00 noon for the U.S. Trustee with respect to the request to approve the Employment Agreement]**

    Related Document:

    a) Order Shortening Time and Approving Notice of Motion of the Debtors for Orders Pursuant to Sections 105, 107(b) and 363 of the Bankruptcy Code, and Bankruptcy Rules 2002 and 9018 Authorizing the Debtors to Undertake Certain Activities to Prepare for Consummation of the Previously-Approved Sale of Their Servicing Business [D.I. 2547, 12/28/07]

9

Objections Filed:

    b)    **GMAC Mortgage LLC's Response to Motion of the Debtors for Orders Pursuant to Sections 105, 107(b) and 363 of the Bankruptcy Code, and Bankruptcy Rules 2002 and 9018 Authorizing the Debtors to Undertake Certain Activities to Prepare for Consummation of the Previously-Approved Sale of Their Servicing Business [D.I. 2572, 1/3/08]**

    c)    **Residential Funding Company LLC's Response to Motion of the Debtors for Orders Pursuant to Sections 105, 107(b) and 363 of the Bankruptcy Code, and Bankruptcy Rules 2002 and 9018 Authorizing the Debtors to Undertake Certain Activities to Prepare for Consummation of the Previously-Approved Sale of Their Servicing Business [D.I. 2573, 1/3/08]**

Status: **The request for approval of the Employment Agreement and to file the Employment Agreement under seal will be adjourned to January 14, 2008 at 2:00 p.m. With respect to the remainder of the relief requested in the Motion, this matter will be going forward.**

15. Debtors' Motion for an Order Authorizing Amendment to Post-Petition Debtor-In-Possession Financing Facility [D.I. 2529, 12/27/07]

    Objection Deadline:    January 3, 2008 at 12:00 p.m.

    Related Document:

    a)    Order Shortening Time and Approving Notice of Debtors' Motion for an Order Authorizing Amendment to Post-Petition Debtor-In-Possession Financing Facility [D.I. 2548, 12/28/07]

    Objections Filed:    None as of the filing of this agenda.

    Status: This matter will be going forward.

16. Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 Approving and Authorizing Stipulation Between the Debtors and Bank of America, N.A., as Administrative Agent, Resolving Motion for Relief from Stay with Respect to Construction-to-Perm Mortgage Loans [D.I. 2531, 12/27/07]

    Objection Deadline:   January 3, 2008 at 12:00 p.m.

    Related Document:

    a) Order Shortening Time and Approving Notice of Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 Approving and Authorizing Stipulation Between the Debtors and Bank of America, N.A., as Administrative Agent, Resolving Motion for Relief from Stay with Respect to Construction-to-Perm Mortgage Loans [D.I. 2546, 12/28/07]

    Objections Filed:   None as of the filing of this agenda.

    Status: This matter will be going forward.

17. Pretrial Conference – Wells Fargo Bank, N.A. v. American Home Mortgage Investment Corp., American Home Mortgage Acceptance, Inc., Bear Stearns Mortgage Capital Corp., Bear, Stearns & Co. Inc. and Bear, Stearns International Limited - Adv. No. 07-51741

    Related Document:

    a) Status Report [D.I. 10, 12/7/07]

    Status: **This matter will be adjourned by agreement of the parties and the Court to January 14, 2008 at 2:00 p.m.**

18. American Home Mortgage Investment Corp. and American Home Mortgage Servicing, Inc. v. Triad Guaranty Insurance Corp. - Adv. No. 07-51747

    Related Document:

    a) Status Report [D.I. 8, 12/10/07]

Status: **With the entry of the Scheduling Order on December 21, 2007 [D.I. 16], the parties and the Court have agreed that the status conference is not necessary at this time and is cancelled.**

Dated: Wilmington, Delaware
January 3, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession