IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, | : | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | **Related to Docket Nos. 2391, 2392,** |
| | : | **2394, 2403, 2551** |

**SUPPLEMENT TO APPLICATIONS OF NORTHWEST TRUSTEE SERVICES,
INC. FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS FORECLOSURE
PROFESSIONALS TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD
FROM AUGUST 6, 2007 THROUGH NOVEMBER 30, 2007**

Northwest Trustee Services, Inc. ("NWTS"), by and through its undersigned counsel, hereby supplements the (a) *First Interim Monthly Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession from August 6, 2007 through August 31, 2007* [Docket No.2391]; (b) *Second Interim Monthly Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession from September 1, 2007 through September 30, 2007* [Docket No. 2392]; (c) *Third Interim Monthly Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession from October 1, 2007 through October 31, 2007* [Docket No. 2394]; (d) *First Quarterly Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession from August 6, 2007 through October 31, 2007* [Docket No. 2403]; and (e) *Fourth Interim Monthly Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of*

1

*Expenses as Foreclosure Professionals to the Debtors-in-Possession from November 1, 2007 through November 30, 2007* [Docket No. 2551] (collectively, "Fee Applications") as follows:

During the Application Period(s) (as such term is defined in the Fee Applications), NWTS has been paid fees and expenses by third parties directly from the proceeds of certain foreclosure-related transactions, and such fees and expenses are not included in or requested by the pending Fee Applications as follows: (a) NWTS was paid fees and expenses totaling $10,654.57 for the period of August 6, 2007 through August 30, 2007; (b) NWTS was paid fees and expenses totaling $6,673.82 for the period of September 1 through September 30, 2007; (c) NWTS was paid fees and expenses totaling $11,358.16 for the period of October 1, 2007 through October 31, 2007; and (d) NWTS was paid fees and expenses totaling $14,347.39 for the period of November 1, 2007 through November 30, 2007. NWTS believes that, other than as disclosed herein or previously, it has received no other payments directly from American Home Mortgage Corporation on matters concluded and invoiced post-petition, is not holding American Home Mortgage Corporation funds related to matters concluded and invoiced post-petition, and is not otherwise holding any of the fees and costs sought in the Fee Applications.

Dated: January 3, 2007

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

#584353

*Counsel for Northwest Trustee Services, Inc.*

2