# Microsoft Licensing, GP

# Invoice

**REMIT TO**
Microsoft Licensing, GP
C/O Bank of America
Rt:026009593/Acct:3751205782 (wire)
Microsoft Licensing, GP
Rt:111000012/acct:3751205782 (ACH)
1401 Elm St, 5th Flr/ Dept 842467
DALLAS TX 75202
United States
Phone:
Telex:
Fax:

Bill to PO Number: 28479
Purchase Order Date:    31-MAY-2007

Page No:    1

Document No:    9655546157
Document Date:    01-JUN-2007
Payment Due Date:    01-JUL-2007

Terms:    Net payment due 30 days from invoice date

**BILL TO**
American Home Mortgage Corp. Attn: Rosalie DigiaComo
Customer No: 0005083083
Contact: DigiaComo
538 Broadhollow Road
MELVILLE NY 11747
United States
Customer VAT#:
Phone: 516-396-7700
Fax: 5166201073

**INDIRECT RESELLER**
Contact:

Phone:
Fax:

**END CUSTOMER**
American Home Mortgage Corp.
Contact: Etwaroo, Leslie
Phone: 516-396-7703
Fax:

Select Program Version: E6
Select Enrollment / Master No:
6314007 / 01E64704

**SHIP TO**
American Home Mortgage Corp. Attn: Rosalie DigiaComo
Contact:
538 Broadhollow Road
MELVILLE NY 11747
United States
Phone: 516-396-7700
Fax: 5166201073

| Line No. End Customer PO No Carrier & Airbill | Usage Country | Microsoft Part No. Description | Offering Level | Pool | Period | Reason Code & Description | Billing Option | Qty Ordered | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000001 | United States | A07-00043 Pro Dsktp Listed Lic/SA Pack MVL | ACP-C | Enterprise Applications | Mar2007-Feb2008 | | PE | 1,300.00 | 562.22 | 730,886.00 |
| 000002 | United States | T07-00603 CRM Listed Languages Lic/SA Pack MVL SalesPro User | ACP-C | Enterprise Servers | Mar2007-Feb2008 | | PE | 25.00 | 600.84 | 15,021.00 |
| 000003 | United States | 395-02611 Exchange Svr Ent Listed Languages Lic/SA Pack MVL | ACP-C | Enterprise Servers | Mar2007-Feb2008 | | PE | 9.00 | 3,837.00 | 34,533.00 |
| 000004 | United States | F89-00452 ISA Server Ent Edtn Listed Langs Lic/SA Pk MVL 1 Proc Lic | ACP-C | Enterprise Servers | Mar2007-Feb2008 | | PE | 4.00 | 5,467.68 | 21,870.72 |
| 000005 | United States | H30-00235 Project Pro Win32 Listed Languages Lic/SA Pack MVL w/1 ProjectSvr CAL | ACP-C | Enterprise Applications | Mar2007-Feb2008 | | PE | 190.00 | 803.46 | 152,657.40 |



EXHIBIT A

# Microsoft Licensing, GP

# Invoice

**REMIT TO**
Microsoft Licensing, GP
C/O Bank of America
Rt:026009593/Acct:3751205782 (wire)
Microsoft Licensing, GP
Rt:111000012/acct:3751205782 (ACH)
1401 Elm St, 5th Flr/ Dept 842467
DALLAS TX 75202
United States
Phone:
Telex:
Fax:

Bill to PO Number: 28479
Purchase Order Date: 31-MAY-2007

Page No: 2
Document No: 9655546157
Document Date: 01-JUN-2007
Payment Due Date: 01-JUL-2007

Terms: Net payment due 30 days from invoice date

| Line No. End Customer PO No Carrier & Airbill | Usage Country | Microsoft Part No. Description | Offering Level | Pool | Period | Reason Code & Description | Billing Option | Qty Ordered | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000006 | United States | H04-00321 Office SharePoint Server Listed Lic/SA Pack MVL | ACP-C | Enterprise Servers | Mar2007-Feb2008 | | PE | 2.00 | 3,837.36 | 7,674.72 |
| 000007 | United States | 228-01721 SQL Svr Standard Edtn Listed Languages Lic/SA Pack MVL 1 Proc Lic | ACP-C | Enterprise Servers | Mar2007-Feb2008 | | PE | 10.00 | 4,586.88 | 45,868.80 |
| 000008 | United States | D87-01251 Visio Pro Win32 Listed Languages Lic/SA Pack MVL | ACP-C | Enterprise Applications | Mar2007-Feb2008 | | PE | 10.00 | 403.14 | 4,031.40 |
| 000009 | United States | D86-01345 Visio Std Win32 Listed Languages Lic/SA Pack MVL | ACP-C | Enterprise Applications | Mar2007-Feb2008 | | PE | 331.00 | 160.32 | 53,065.92 |
| 000010 | United States | P73-00202 Windows Svr Std Listed Lic/SA Pack MVL | ACP-C | Enterprise Servers | Mar2007-Feb2008 | | PE | 120.00 | 689.16 | 82,699.20 |
| 000011 | United States | R19-00094 Windows Terminal Svr CAL WinNT Listed Languages Lic/SA MVL DeviceCAL | ACP-C | Enterprise Servers | Mar2007-Feb2008 | | PE | 2,100.00 | 76.44 | 160,524.00 |

**Microsoft Licensing, GP**

# Invoice

**REMIT TO**
Microsoft Licensing, GP
C/O Bank of America
Rt:026009593/Acct:3751205782 (wire)
Microsoft Licensing, GP
Rt:111000012/acct:3751205782 (ACH)
1401 Elm St, 5th Flr/ Dept 842467
DALLAS TX 75202
United States
Phone:
Telex:
Fax:

Bill to PO Number: 28479
Purchase Order Date:    31-MAY-2007

Page No:    3

Document No:    9655546157
Document Date:    01-JUN-2007
Payment Due Date:    01-JUL-2007

Terms:    Net payment due 30 days from invoice date

| Line No. Usage Country End Customer PO No Carrier & Airbill | Microsoft Part No. Description | Offering Level | Pool | Period | Reason Code & Description | Billing Option | Qty Ordered | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | We hereby certify that the information on this invoice is true and correct. Microsoft Licensing, GP | Total Sale | | | USD | 1,308,832.16 |
| | | | | | Tax Amount | | | USD | 112,886.81 |
| | | | | | Total Amount | | | USD | 1,421,718.97 |

When invoices are reprinted, remittance information may change to reflect current invoicing operations.