IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
          Debtors.                                               :
                                                                 :   **Objection Deadline: January 11, 2008 at 4:00 p.m. (ET)**
---------------------------------------------------------------- x

## NOTICE OF PROPOSED SALE OF ASSETS

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) COUNSEL TO
      THE CREDITORS COMMITTEE; (III) COUNSEL TO THE DEBTORS'
      POSTPETITION LENDERS; (IV) COUNSEL TO BANK OF AMERICA; (V)
      THE U.S. SECURITIES AND EXCHANGE COMMISSION AND (VI) ANY
      PARTY KNOWN BY THE DEBTORS TO BE ASSERTING AN INTEREST
      OR A LIEN ON ANY OF THE ASSETS TO BE SOLD

PLEASE TAKE NOTICE that American Home Mortgage Holdings, Inc., a
Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors
and debtors in possession in the above cases (collectively, the "Debtors"),[1] propose to sell certain
furniture and fixtures as set forth in the purchase agreement attached hereto as Exhibit A (the
"Proposed Disposition"), in accordance with the Order Pursuant to Sections 105, 363, 365 and
554 of the Bankruptcy Code, Establishing Procedures for the (i) Assumption and Assignment of
Real Property Leases and/or Other Executory Contracts and (ii) Sale or Abandonment of
Furniture, Fixtures and Equipment Located Therein (the "Sale Order").

PLEASE TAKE FURTHER NOTICE that objections to the Proposed Disposition,
if any, must be filed on or before **January 11, 2008 at 4:00 p.m.** (the "Objection Deadline")
with the United States Bankruptcy Court for the District of Delaware, 5th Floor, 824 Market
Street, Wilmington, Delaware 19801.  At the same time, you must also serve a copy of the
objection upon the undersigned counsel to the Debtors so that the response is received on or
before the Objection Deadline.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation
(3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979);
American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home
Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC
("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc.
("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York
corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except
for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

PLEASE TAKE FURTHER NOTICE THAT, SHOULD AN OBJECTION BE TIMELY FILED, A HEARING ON THE PROPOSED DISPOSITION WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI ON FEBRUARY 1, 2008 AT 11:00 A.M. (ET) IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE.

PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO TIMELY OBJECT TO THE PROPOSED DISPOSITION, THE DEBTORS ARE AUTHORIZED, PURSUANT TO THE SALE ORDER, TO CONSUMMATE THE PROPOSED DISPOSITION IN ACCORDANCE WITH THE TERMS SET FORTH ON THE ATTACHED EXHIBIT A WITHOUT FURTHER NOTICE OR HEARING.

Dated:   Wilmington, Delaware
         January 3, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Kenneth J. Enos
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

# EXHIBIT A

## DETAILS OF THE PROPOSED DISPOSITION

## PURCHASE AGREEMENT AND BILL OF SALE

This PURCHASE AGREEMENT AND BILL OF SALE, dated as of December _____, 2007 (this "Bill of Sale") is made and executed among American Home Mortgage Corp., as Debtor and Debtor-in Possession, a New York corporation (the "Seller") and JPMorgan Chase Bank, N.A., a national banking association, having an address c/o JPMorgan Chase Lease Administration,111 Polaris Parkway, Suite 1J, Mail Code OH1-0241, Columbus, Ohio 43240 Attn: Lease Administration Manager

### W I T N E S S E T H

WHEREAS, Seller, as debtor and debtor in possession, has filed a voluntary petition (the "Petition") for relief pursuant to Chapter 11 ("Chapter 11") of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (together with any other court having proper jurisdiction, the "Bankruptcy Court") (the "Bankruptcy Case"); and

WHEREAS, Seller has agreed to sell and Purchaser has agreed to purchase the Purchased Assets (as defined below) on the terms and conditions set forth herein and as authorized under Section 363 and 365 of the Bankruptcy Code, and the Order, Pursuant to Sections 105, 363, 365 and 554 of the Bankruptcy Code, Establishing Procedures for the (i) Assumption and Assignment of Real Property Leases and/or Other Executory Contracts and (ii) Sale or Abandonment of Furniture, Fixtures and Equipment Located Therein entered by the Bankruptcy Court on August 24, 2007, and Seller has determined that a sale in accordance with Sections 363 and 365 of the Bankruptcy Code is in the best interests of its creditors and interest holders.

NOW, THEREFORE, for good and valuable consideration to the Seller receipt of which is hereby acknowledged, the Seller, intending to be legally bound hereby, agrees as follows:

1.    Sale of Purchased Assets.    The Seller hereby assigns, grants, sells, transfers, and delivers to Purchaser, its successors and assigns, forever all of Seller's right, title and interest in and to all of the furniture and trade fixtures set forth on the attached Schedule A that are located at the premises set forth on Schedule A (the "Purchased Assets"). Seller represents and warrants that it had good title to the Purchased Assets, subject to no liens or encumbrances, and that it is authorized by an order or orders of the Bankruptcy Court to enter into and to consummate the transactions contemplated hereby.

2.    Payment of Purchase Price. Purchaser shall, within seven (7) days of the date hereof, deliver the purchase price for the Purchased Assets in the amount of $10,000.00 (the "Purchase Price") by check payable to the order of Seller and delivered to the following address:
c/o Kenneth J. Enos
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391

Wilmington, DE 19899-0391

#489401v.1

3.    <u>"As Is Where Is" Transaction</u>.  Purchaser hereby acknowledges and agrees that, except as set forth in paragraph 1 hereof, Seller makes no representations or warranties whatsoever, express or implied, with respect to any matter relating to the Purchased Assets. Without in any way limiting the foregoing, Seller hereby disclaims any warranty (express or implied) of merchantability or fitness for any particular purpose as to any portion of the Purchased Assets.  Purchaser further acknowledges that the Purchaser has conducted an independent inspection and investigation of the physical condition of the Purchased Assets and all such other matters relating to or affecting the Purchased Assets as Purchaser deemed necessary or appropriate and that in proceeding with Purchaser's acquisition of the Purchased Assets, Purchaser is doing so based upon such independent inspections and investigations. Accordingly, Purchaser will accept the Purchased Assets "AS IS" and "WHERE IS".

4.    <u>Consumer Confidential Information</u>.  Seller hereby acknowledges and agrees that it shall use its best efforts to remove, before the consummation of the sale of the Purchased Assets, any and all confidential information, including, without limitation, any and all customer loan profiles ("<u>Consumer Confidential Information</u>").  Purchaser hereby acknowledges and agrees that it shall package and deliver to the Seller, any Consumer Confidential Information that Purchaser discovers remaining among the Purchased Assets on or after the consummation of the sale.

5.    <u>Access to Purchased Assets by Seller</u>.  Purchaser hereby acknowledges and agrees that, if necessary, it shall grant the Seller and/or its agents, who shall include, but who shall not be limited to, Bekins Moving Solutions, Inc., access to the Purchased Assets to remove any Consumer Confidential Information, subject to the approval of the landlord of the building where the Purchased Assets are located.

6.    <u>No Rights in Third Parties</u>.  Nothing expressed or implied in this Bill of Sale is intended to or shall confer upon any party, other than Purchaser and Purchaser's successors and assigns, any rights, remedies, obligations, or liabilities under or by reason of this Bill of Sale.

7.    <u>Successors and Assigns</u>.  This Bill of Sale shall bind and inure to the benefit of the Seller, Purchaser, and their respective successors and permitted assigns.

8.    <u>Governing Law</u>.  This Bill of Sale shall be governed by and construed in accordance with the laws of the State of New York, without giving effect to principles of conflicts of law.

IN WITNESS WHEREOF, the parties have caused this Purchase Agreement and Bill of Sale to be duly executed as of the day and year first above written.

American Home Mortgage Corp. , as Debtor and Debtor-in-Possession

By: _____

Name: Alan B. Horn
Title: EVP

JPMorgan Chase Bank, N.A.

By: _____

Name: S. G. Stephens
Title: Senior Vice President

## Schedule A

All furniture and fixtures owned by Seller located at:

### 600B Frazier Dr, Franklin, TN

as of the date of the execution of this Bill of Sale.