IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| AMERICAN HOME MORTGAGE | § | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, | § | |
| et al., | § | (Jointly Administered) |
| | § | |
| | § | **Docket Ref. No. 2135** |
| | § | |
| Debtors. | § | |

## ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO FORECLOSE ON AND PRESERVE COLLATERAL CONSISTING OF OUTSTANDING CONSTRUCTION/PERMANENT LOANS ON SINGLE-FAMILY RESIDENCES

Upon the Motion for Relief from Automatic Stay to Foreclose on and Preserve Collateral Consisting of Outstanding Construction/Permanent Loans on Single-Family Residences (the "Motion")[1] filed by JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, in its capacity as Administrative Agent and Lender. After notice and the opportunity for a hearing, the Court is of the opinion that the Motion should be GRANTED and APPROVED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

1.  The automatic stay is hereby modified, lifted and terminated to permit JPMC, in its capacity as Administrative Agent and Lender, to exercise any and all of the rights and remedies under the Warehouse Facility Papers and applicable law that JPMC may have with respect to the Construction/Permanent Loans (including without limitation with respect to the underlying C/P Loan Collateral).

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2. This Order shall not prejudice, impair or otherwise affect any rights, arguments or claims of any kind that JPMC may have with respect to the remaining Warehouse Facility Collateral and/or any other property of the Debtors' estates under, among other things, the Warehouse Facility Papers, any other agreements among JPMC, its Affiliates, the Debtors and/or their Affiliates, and applicable law, including without limitation the right to seek further relief from the automatic stay from this Court.

3. Nothing in this Order shall be deemed to be an admission of liability or waiver of claims of the Debtors or JPMC with respect to any claim or cause of action arising under or related to the Warehouse Facility Papers. JPMC reserves any and all rights to bring an adversary proceeding or seek other relief to enforce and protect its rights under the Warehouse Facility Papers on any and all bases. The Debtors reserve any and all rights to contest any and all motions, claims or causes of action arising from or related to the Warehouse Facility Papers on any and all bases.

4. The Debtors shall cooperate with JPMC to transfer servicing rights and loan files and otherwise effectuate this Order to the extent commercially practicable in light of the Debtors' status as debtors in possession.

5. This Order shall become effective immediately upon entry by this Court notwithstanding the ten-day stay of effectiveness required by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

Dated: 1/4/08

_____
UNITED STATES BANKRUPTCY JUDGE