# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

| | |
|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. |
| **Case Number:** | 07-11047-CSS    **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, JANUARY 04, 2008 11:00 AM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | NICKITA BARKSDALE |

### *Matter:*

Omnibus

**R / M #:**   0 / 0

### *Appearances:*

See attached sign-in sheet

### *Proceedings:*

Hearing Matters

   Agenda Items:

   5. Judge signed order
   6. Judge signed order
   7. Judge denied motion
   8. Counsel to submit order under certification of counsel
   9. Judge approved order
   11. Continued to 1/14/08
   13. Judge signed order
   14. Judge signed order
   15. Judge approved order
   16. Judge approved stipulation