**S I G N - I N - S H E E T**

CASE NAME: American Home Mortgage
CASE NOS.: 07-11047 (CSS)

COURTROOM LOCATION: Courtroom 6
DATE: January 4, 2008 @ 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| ~~Fred Neufeld (telephonic)~~ ~~Robert J. Moore (telephonic)~~ | Milbank Tweed Hadley & McCloy | ABN AMRO |
| ✓ Bruce Wilson (telephonic) | Kutak Rock | MBIA Insurance Corp. |
| ✓ David Friedman (telephonic) | American Home Mortgage | AHM |
| ✓ Dan Getman (telephonic) | Getman Law Office | Daniel Getman |
| ✓ Steve Stennett (telephonic) | Jones Day | AHM Acquisition Co. |
| ~~Scott Talmadge (telephonic)~~ ~~Margo Schonholtz (telephonic)~~ | Kaye Scholer | Bank of America |
| Adam G. Landis | Landis Rath & Cobb LLP | JPMorgan Chase N.A. |
| Stefanie Greer | King & Spalding | CTEG/Assurance North America Re |
| Dan Besikoff | Ashby & Geddes | " (JPMorgan Stanley Mortgage) |
| Donna Culver | Morris Nichols | Financial Guaranty Insurance Co. & Assured Guaranty Corp. |
| Laurie Silber Silverstein | Potter Anderson Corroon | Bank of America N.A. |
| Ane Marge | Kaye Scholer | " |
| Laurie Silverstein | Richards Layton Finger | Bank of NY Trust |
| Margot Erlich | Pillsbury Winthrop Shaw Pittman | Bank of New York |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NOS.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** January 4, 2008 @ 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Evelyn J. Meltzer | Pepper Hamilton LLP | Deutsche Bank National Trust Co |
| Jason Staib | Blank Rome | Committee |
| Mark Indelicato | Hahn & Hessen | Committee |
| Paulini Mirzan | Young Conaway Stargatt & Taylor LLP | Debtors |
| John Dorsey | " | " |
| Robert Brady | " | " |
| Blake Cleary | " | " |
| Matthew Lunn | " | " |
| Marcus E. Neal | Eckert Seamans Cherin & Mellott | Calyon |
| Kimberly EClausen | Reed Smith LLP | GMAC Mortgage |
| Claudia Z. Springer | " | " |
| Shawn Zieg | Young Conaway Stargatt & Taylor | Debtors |
| Margaret Whiteman | " | " |
| Todd Schiltz | Wolf Block Schorr and Solis-Cohen | Wells Fargo Bank N.A. |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

2

# SIGN-IN-SHEET

**CASE NAME:** AHM
**CASE NO.:** 07-11047 (CSS)
**COURTROOM LOCATION:** Courtroom 6
**DATE:** 1/4/08 @ 11 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Joseph J McMahon Jr | USDOJ | US Trustee |
| Charles Brown | Archer & Greiner | Trust Friends |
| Victoria Counihan | Greenberg Traurig LLP | AH Mortgage Acquisition/WLR |
| Scott Friedman | Jones Day | " |
| Benjamin Rosenblum | Jones Day | " |
| Scott Teller | Morris James | Citi Mortgage Inc |
| Jim Huggett | Morris Edelstein | ELSA Plaintiffs |
| Jack Raisner | Outten + Golden | ELSA Plaintiffs |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

3