UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        : Chapter 11
                                                              :
AMERICAN HOME MORTGAGE                                        : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]            :
                                                              : Jointly Administered
    Debtors.                                                  :
                                                              : **Docket Ref. No. 2205 and 2443**
------------------------------------------------------------- x

## ORDER APPROVING DEBTORS' ENTRY INTO AMENDMENT AGREEMENT NO. 1 TO THE LIMITED RECOURSE DEBTOR-IN-POSSESSION FINANCING FACILITY

Upon consideration of the motion (the "Motion") of American Home Mortgage Investment Corp., American Home Mortgage Corp., and American Home Mortgage Servicing, Inc., each a debtor and debtor-in-possession in these cases (the "Debtor Borrowers") for the issuance of an order approving the Debtor Borrowers' entry into that certain Amendment Agreement No. 1, a copy of which in substantially final form is attached hereto as Exhibit A (the "Amendment"), by and among the Debtor Borrowers, the Lenders from time to time party to that certain Debtor-in-Possession Loan and Security Agreement (Limited Recourse), dated November 16, 2007, and AH Mortgage Acquisition Co., Inc., as administrative agent for the Lenders; the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334; this proceeding being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); venue of this proceeding and the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; the Debtor Borrowers entry into the Amendment being consistent with, and authorized by, this Court's Final Limited Recourse DIP Order[2]; and the Debtor Borrowers' entry into the Amendment being in the best interest of the Debtor Borrowers, their estates, and their creditors; and due and proper notice of the Motion having been provided; and the terms and provisions of the Amendment and the transactions authorized thereunder having been entered into and made in good faith by all parties thereto; and after due deliberation and sufficient cause being demonstrated,

**IT IS HEREBY ORDERED** that the Motion is approved as set forth herein;

**IT IS FURTHER ORDERED** that the Debtor Borrowers are authorized to enter into and perform all of their obligations under the Amendment, and that all such obligations shall constitute legal, valid and binding obligations of the Debtor Borrowers enforceable in accordance with their respective terms;

**IT IS FURTHER ORDERED** that except to the limited extent modified by the Amendment and this Order, all terms and provisions of the Limited Recourse DIP Facility and the Final Limited Recourse DIP Order, shall remain unaltered and in full force and effect in accordance with their terms;

**IT IS FURTHER ORDERED** that in the event that this Order is hereafter reversed, stayed, modified or vacated by a subsequent order of this Court or any other court of competent jurisdiction, such reversal, stay, modification or vacatur shall not impair, release or affect the validity of any rights granted to the parties to the Amendment hereunder or the validity of any transaction consummated pursuant to and in reliance on the foregoing paragraphs of this Order prior to the effective date of such reversal, stay, modification or vacatur;

---

[2]    Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to such terms in the Motion.

**IT IS FURTHER ORDERED** that notwithstanding Bankruptcy Rules 6004(h), 6006(d), 7062, or 9014 of the Bankruptcy Rules or any other Bankruptcy Rule, or Rule 62(a) of the Federal Rules of Civil Procedure, this Order shall be immediately effective and enforceable upon its entry and there shall be no stay of execution or effectiveness of this Order; and

**IT IS FURTHER ORDERED** that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
       January 4, 2008

                                                Christopher S. Sontchi
                                                United States Bankruptcy Judge