# EXHIBIT A

DB02:6450361.2

066585.1001

| Loan Number |
| --- |
| 679767 |
| 1098320 |
| 1151532 |
| 1151710 |
| 1151753 |
| 1151879 |
| 1151887 |
| 1151895 |
| 1151905 |
| 1152233 |
| 1156284 |
| 1176729 |
| 1176731 |
| 1176732 |
| 1385671 |
| 1388624 |
| 1407699 |
| 1430145 |
| 1475588 |
| 1488304 |
| 1495170 |
| 1501378 |
| 1501592 |
| 1525179 |
| 1564905 |
| 1579688 |
| 1588786 |
| 1589092 |
| 1596679 |
| 1599023 |
| 1603410 |
| 1617811 |
| 1639373 |
| 1656197 |
| 1669615 |
| 1683522 |
| 1694352 |
| 1701457 |
| 1702185 |
| 1704047 |
| 1708076 |
| 1710576 |
| 1710661 |
| 1719340 |
| 1723672 |
| 1727186 |
| 1730074 |
| 1731062 |
| 1741368 |
| 1741510 |
| 1743804 |
| 1752139 |
| 1753632 |
| 1756053 |
| 1756218 |
| 1760589 |
| 1761431 |
| 1761975 |

| Loan Number |
| --- |
| 1769743 |
| 1771030 |
| 1774054 |
| 1775187 |
| 1777697 |
| 1780785 |
| 1786522 |
| 1787576 |
| 1790334 |
| 1792393 |
| 1793888 |
| 1794900 |
| 1795876 |
| 1796854 |
| 1796945 |
| 1801887 |
| 1804670 |
| 1807254 |
| 1809134 |
| 1809521 |
| 1812582 |
| 1815731 |
| 1816070 |
| 1817849 |
| 1822300 |
| 1829059 |
| 1833529 |