UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
In re:                                                  :   Chapter 11
                                                        :
AMERICAN HOME MORTGAGE                                  :   Case No. 07-11047 (CSS)
HOLDINGS, INC., et al.,[1]                              :
                                                        :   Jointly Administered
                    Debtors.                            :
                                                        :
                                                        :   Ref. Docket No. 2529
------------------------------------------------------- x

## ORDER APPROVING AND AUTHORIZING THE AMENDMENT TO POST-PETITION DEBTOR-IN-POSSESSION FINANCING FACILITY

Upon consideration of the motion (the "Motion")[2] of American Home Mortgage Investment Corp. American Home Mortgage Holdings, Inc., American Home Mortgage Corp., American Home Mortgage Acceptance, Inc., American Home Mortgage Ventures LLC, Homegate Settlement Services, Inc., and Great Oak Abstract Corp., each a debtor and debtor in possession (collectively, the "Borrowers"), for entry of an order pursuant to sections 105, 363 and 364 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), authorizing and approving the First DIP Facility Amendment, in substantially the form annexed hereto as Exhibit A; and upon all of the pleadings filed with the Court and upon the

---

[1] The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holding"); American Home Mortgage Investment Corp. ("AHM Investment" or "Administrative Borrower"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580) (collectively, "AHM" or the "Debtors"). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to such terms in the Motion.

- 2 -

record of the hearing on the Motion, and after due deliberation and consideration, and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED** that the Motion is granted. Any objections to the Motion with respect to entry of this Order that have not been withdrawn, waived, or settled, and all reservations of rights included therein, are hereby denied and overruled.

**IT IS FURTHER ORDERED** that the Borrowers are authorized to enter into and perform all of their obligations under the First DIP Facility Amendment substantially in the form annexed hereto as <u>Exhibit A</u>, and that all such obligations shall constitute legal, valid and binding obligations of the Borrowers enforceable in accordance with their respective terms;

**IT IS FURTHER ORDERED** that except to the limited extent modified by the First DIP Facility Amendment and this Order, all terms and provisions of the DIP Facility and the Final DIP Order, shall remain unaltered and in full force and effect in accordance with their terms;

**IT IS FURTHER ORDERED** that the Lenders' liens on the BofA Construction Loans and proceeds thereof shall be released once the amount of the Construction Loan Advance is recovered by the Borrowers. Amounts received by the Borrowers in excess of the Construction Loan Advance on account of payoffs, refinancings, or pay-downs of the BofA Construction Loans shall be held by the Debtors in a segregated account for the benefit of general unsecured creditors (the "<u>GUC Fund</u>") for eventual distribution pursuant to the terms of a confirmed chapter 11 plan, unless the Committee agrees or the Court orders that all or a portion of the GUC Fund may be used for other purposes;

**IT IS FURTHER ORDERED** that in the event that this Order is hereafter reversed, stayed, modified or vacated by a subsequent order of this Court or any other court of

- 3 -

competent jurisdiction, such reversal, stay, modification or vacatur shall not impair, release or affect the validity of any rights granted to the parties to the First DIP Facility Amendment hereunder or the validity of any transaction consummated pursuant to and in reliance on the foregoing paragraphs of this Order prior to the effective date of such reversal, stay, modification or vacatur;

**IT IS FURTHER ORDERED** that notwithstanding Bankruptcy Rules 6004(h), 6006(d), 7062, or 9014 of the Bankruptcy Rules or any other Bankruptcy Rule, or Rule 62(a) of the Federal Rules of Civil Procedure, this Order shall be immediately effective and enforceable upon its entry and there shall be no stay of execution or effectiveness of this Order; and

**IT IS FURTHER ORDERED** that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
       January 4, 2008

                                                 Christopher S. Sontchi
                                                 United States Bankruptcy Judge