IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| American Home Mortgage Holdings, Inc. | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | : | Jointly Administered |
| Debtors | : | |

## WITHDRAWAL OF REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

PLEASE TAKE NOTICE that creditor, BRCP Aurora Marketplace, LLC, by and through its undersigned counsel, hereby withdraws the previously filed Request For Service of Notices and Other Documents, and requests that it's name be removed from the Clerk's Matrix for purposes of service of documents and notices filed with, or provided by the Court and other parties pursuant to Fed. R. Bankr. P. 2002.

Dated this 27th day of December, 2007.

BURNS, WALL, SMITH AND MUELLER, P.C.

By _____
Donald D. Farlow        #19754
303 E. 17th Ave., #800
Denver, CO  80203-1260
Phone: 303-830-7000
Fax: 303-830-6708

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of December, 2007, a true and correct copy of the foregoing WITHDRAWAL OF REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS was placed in the US mail, first class postage prepaid, addressed to:

United States Bankruptcy Court
District of Delaware
Clerk of the Court
824 Market Street
3rd Floor
Wilmington, DE 19801

James L. Patton, Jr.
Young Conaway Stargate & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

United States Trustee
844 King Street, Rm. 2207
Wilmington, DE 19899-0035

_____
[signature: Deborah Ludwig]