IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, <u>et al</u>.,<br><br>                Debtors. | Chapter 11<br><br>Case No. 1-07-bk-11047-CSS<br><br>Jointly Administered<br><br>**Objection Deadline: January 7, 2008 at 4:00 p.m.**<br>**Hearing Date: January 14, 2008 at 2:00 p.m.** |

**MARICOPA COUNTY TREASURER'S LIMITED OBJECTION TO DEBTORS' MOTION FOR AN ORDER AUTHORIZING AND APPROVING (I) THE DEBTORS' EMPLOYMENT AND RETENTION OF DOVEBID, INC. AS AUCTIONEER; (II) THE TERMS OF COMPENSATION TO DOVEBID; (III) A WAIVER OF LOCAL RULE 2016-2(d); AND (IV) PROCEDURES FOR DOVEBID'S SALE OF ASSETS PURSUANT TO THE DOVEBID AGREEMENT AND THE AUCTION PROCEDURES (DOCKET NO. 2477)**

      Maricopa County Treasurer ("Maricopa County"), by and through its undersigned counsel, hereby files its limited objection in response to Debtors' Motion for an Order Authorizing and Approving (I) The Debtors' Employment and Retention of DoveBid, Inc. as Auctioneer; (II) the Terms of Compensation to DoveBid; (III) A Waiver of Local Rule 2016-2(d); and (IV) Procedures for DoveBid's Sale of Assets Pursuant to the DoveBid Agreement and the Auction Procedures (Docket No. 2477) (the "Motion"). In support of this limited objection, Maricopa County states as follows:

**N<small>ATURE AND</small> E<small>XTENT OF</small> M<small>ARICOPA</small> C<small>OUNTY'S</small> C<small>LAIM</small>**:

Maricopa County filed its Proof of Claim docketed as Claim No. 1058 in the amount of $6,012.20, plus accruing interest at the statutory rate of 16% per annum as provided under 11 U.S.C. § 511 and A.R.S. § 42-18053, as and for its secured liens regarding personal property taxes. Maricopa County filed an amended Proof of Claim docketed as Claim No. 2211 in the amount of $5,395.10.

Maricopa County has perfected statutory liens under A.R.S. § 42-17153 (2005) on the following ten (10) parcels of personal property:

1.   The personal property located at 2421 W. Peoria Ave. Suite 100, Phoenix, Arizona, Maricopa County identified as personal property Parcel 990-29-091 is encumbered with a fully perfected tax lien for 2007 taxes in the sum of $3,065.92, plus accruing interest, plus 2008 taxes in an amount to be set in August 2008 and known around September 1, 2008.

2.   The personal property located at 7310 N. 16th Street, Phoenix, Arizona, Maricopa County identified as personal property Parcel 949-30-778 is encumbered with a fully perfected tax lien for 2008 taxes in an amount to be set in August 2008 and known around September 1, 2008.

3.   The personal property located at 2400 W. Dunlap Avenue, Suite 145, Phoenix, Arizona, Maricopa County identified as personal property Parcel 944-59-385 is encumbered with a fully perfected tax lien for 2007 taxes in the sum of $2,001.98, plus accruing interest, plus 2008 taxes in an amount to be set in August 2008 and known around September 1, 2008.

4.      The personal property located at 6991 E. Camelback Road, Suite D300, Scottsdale, Arizona, Maricopa County identified as personal property Parcel 949-30-787 is encumbered with a fully perfected tax lien for 2007 taxes in the sum of $87.20, plus accruing interest, plus 2008 taxes in an amount to be set in August 2008 and known around September 1, 2008.

5.      The personal property located at 928 W. Chandler Boulevard, Chandler, Arizona, Maricopa County identified as personal property Parcel 949-97-839 is encumbered with a fully perfected tax lien for 2008 taxes in an amount to be set in August 2008 and known around September 1, 2008.

6.      The personal property located at 8700 E. Vista Bonita, Scottsdale, Arizona, Maricopa County identified as personal property Parcel 949-97-848 is encumbered with a fully perfected tax lien for 2007 taxes in an amount to be set in August 2008 and known around September 1, 2008.

7.      The personal property located at 10603 N. Hayden Road, Scottsdale, Arizona, Maricopa County identified as personal property Parcel 949-97-857 is encumbered with a fully perfected tax lien for 2008 taxes in an amount to be set in August 2008 and known around September 1, 2008.

8.      The personal property located at 633 E. Ray Road, Gilbert, Arizona, Maricopa County identified as personal property Parcel 949-99-468 is encumbered with a fully perfected tax lien for 2007 taxes in the sum of $6.06, plus accruing interest, plus 2008 taxes in an amount to be set in August 2007 and known around September 1, 2007.

9.      The personal property located at 8700 E. Via De Ventura, Scottsdale, Arizona, Maricopa County identified as personal property Parcel 990-05-877 is

encumbered with a fully perfected tax lien for 2007 taxes in the sum of $233.94, plus accruing interest, plus 2008 taxes in an amount to be set in August 2008 and known around September 1, 2008.

10. The personal property located at 8767 E. Via De Ventura, Suite 120, Scottsdale, Arizona, Maricopa County identified as personal property Parcel 947-76-702 is encumbered with a fully perfected tax lien for 2007 taxes in the sum of $617.20, plus accruing interest, plus 2008 taxes in an amount to be set in August 2008 and known around September 1, 2008.

**BASES FOR OBJECTION:**

The Plan[1] fails to provide the <u>locations</u> of Debtors' assets to be sold.

In addition, the Motion states that DoveBid may elect to sell any Unsold Assets[2] within the 60 day period following a subsequent sale. However, should DoveBid elect not to include the Unsold Assets in a second sale, the Motion fails to adequately provide information regarding Debtors' intentions as to such Unsold Assets.

Finally, the Compensation Report[3] as defined in the Motion also fails to identify the <u>locations</u> of the assets that remain unsold.

**REQUEST FOR PAYMENT:**

Under Arizona law, Maricopa County has valid liens on the above-described property that are "prior and superior to all other liens and encumbrances on the property." *See*, A.R.S. § 42-17153 (2005). In addition, Arizona law provides that "It is unlawful for the owner,…to knowingly sell or transfer personal property or remove it from its location until the taxes on the property are paid." *See,* A.R.S. § 42-19107(A). Accordingly,

---

[1] The Plan is defined in paragraph A. <u>Sale and Auction Procedures</u>, page 5, of the Motion.
[2] The Unsold Assets is defined in paragraph A. <u>Sale and Auction Procedures</u>, page 6, in the Motion.
[3] The Compensation Report is defined in paragraph A. <u>Sale and Auction Procedures,</u> page 7, of the Motion.

Maricopa County contends that before any transfer of the Debtors' personal property located in Maricopa County, all taxes associated with each of the above parcels of personal property must be paid in full. As noted above, because interest continues to accrue on these obligations until they are paid in full, Maricopa County should be immediately paid from all sale proceeds.

WHEREFORE, based on the foregoing, Maricopa County requests that Debtors be required to (1) identify the location of the Assets in the Plan and Compensation Report and (2) provide clear information regarding Debtors' intentions regarding the Unsold Assets should DoveBid elect not to attempt to sell the Unsold Assets in a subsequent sale. Maricopa County further requests that its secured tax claims be immediately paid from the sale proceeds.

Dated this 7th day of January, 2008.

> Respectfully submitted,
> GUST ROSENFELD P.L.C.
>
> By /s/ *Madeleine C. Wanslee #012590*
>    Madeleine C. Wanslee, AZBA #012590
>    201 E. Washington Street, Suite 800
>    Phoenix, AZ  85004-2327
>    Telephone No. (602) 257-7430
>    Facsimile No. (602) 34-1538
>    Email: mwanslee@gustlaw.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on the 7th day of January, 2008, I served by first class, postage prepaid mail, and by facsimile a true and correct copy of the foregoing upon the following parties:

Counsel for Debtors and Debtors' in Possession

James L. Patton, Jr., Esq.
Joel A. Waite, Esq.
Pauline K. Morgan, Esq.
Sean M. Beach, Esq.
Matthew Barry Lunn, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE  19899
Facsimile: 302-571-1253

Counsel for the Official Committee of Unsecured Creditors

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
Facsimile: 302-428-5110

Counsel for Bank of America, N.A., as Administrative Agent for the Lenders

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Fl.
1313 N. Market St.
Wilmington, DE  19801
Facsimile: 302-658-1192

Counsel for Bank of America, N.A. as Administrative Agent for the Lenders

Margot B. Schonholtz, Esq.
Mark F. Liscio, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Ave.
New York, NY  10022
Facsimile: 212-836-8689

Counsel for DIP Lender

Victoria W. Counihan, Esq.
Sandra G.M. Selzer, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 N. Orage St., Suite 1200
Wilmington, DE  19801
Facimile: 302-661-7360

United States Trustee

Joseph McMahon, Jr., Esq.
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox 35
Wilmington, DE  19801
Facsimile: 302-573-6497

| | |
|---|---|
| <u>Counsel for DIP Lender</u> | <u>Counsel for DIP Lender</u> |
| Corrine Ball, Esq.<br>Erica M. Ryland, Esq.<br>Lewis H. Grimm, Esq.<br>Jones Day<br>222 E. 41st St.<br>New York, NY  10017<br>Facsimile: 212-755-7306 | Brett P. Barragate, Esq.<br>Jones Day<br>901 Lakeside Avenue<br>North Point<br>Cleveland, OH  44114<br>Facsimile: 216-579-0212 |

<u>Counsel for Official Committee of Unsecured Creditors</u>

Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022
Facsimile: 212-478-7400

                                      By */s/ Madeleine C. Wanslee*