IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
        Debtors.                                                       :
---------------------------------------------------------------------- x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 28, 2007, I caused to be served true and correct copies of the

   a) Letter to Counterparty, a sample of which is annexed hereto as Exhibit A dated December 28, 2007,

   b) Notice of Motion, dated December 28, 2007, to which was attached the Sixth Motion for an Order, Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Executory Contracts and to Abandon Certain Furniture, Fixtures, and Equipment, dated December 28, 2007 [Docket No. 2541]

enclosed securely in separate postage pre-paid envelopes, by overnight mail to those parties listed on Exhibit B annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
28th day of December, 2007

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614699
Qualified in New York County
Commission Expires July 3, 2010

T:\Clients\AHM\Affidavits\Lease Rej Mtn_Aff 12-28-07.doc

# EXHIBIT A

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

ROBERT F. POPPITI, JR.
DIRECT DIAL: (302) 576-3591
DIRECT FAX: (302) 576-3554
rpoppiti@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

December 28, 2007

Dear Counterparty:

On August 6, 2007, American Home Mortgage Holdings, Inc. and certain of its direct and indirect affiliates and subsidiaries (collectively, the "Debtors") each filed a voluntary petition for bankruptcy protection under title 11 of the United States Code, 11 U.S.C. §§ 101-1330, *et seq.*, as amended from time to time, in the United States Bankruptcy Court for the District of Delaware.

On December 28, 2007, the Debtors filed their *Sixth Motion For An Order, Pursuant To Sections 105, 365 And 554 Of The Bankruptcy Code And Bankruptcy Rules 6006 And 6007, Authorizing The Debtors To Reject Certain Executory Contracts And Unexpired Leases And To Abandon Certain Furniture, Fixtures, And Equipment* (the "Motion") [Docket No. 2541]. Pursuant to the Motion, the Debtors are rejecting their executory contract(s) with your company for your storage facility.

In connection with the rejection of your executory contract, the Debtors are abandoning any ownership of personal property located within your premises. This personal property may include, but is not limited to, furniture, fixtures and equipment.

Regards,

Robert F. Poppiti, Jr.

RFP

DB02:6455657.1

066585.1001

# EXHIBIT B

Ara Galstyan
Public Storage
701 Western Ave.
Glendale, CA 91201-2349

PS Texas Holding, Ltd
(Public Storage Co.)
1474 Justin Road #407
Lewisville, TX 75077