IN THE UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------X

In re:                                            Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,   Case No. 07-11047 (CSS)
a Delaware corporation, *et al*.,[1]              Jointly Administered

                              Debtors.            Re: Docket Nos.  2391, 2392, 2394, 2403 and
                                                  2551

-----------------------------------------------------------------X

**LIMITED OBJECTION AND JOINDER OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS TO NORTHWEST
TRUSTEE SERVICES, INC.'S APPLICATIONS FOR ALLOWANCE AND
APPROVAL OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS FORECLOSURE
<u>PROFESSIONALS TO THE DEBTORS-IN-POSSESSION</u>**

The Official Committee of Unsecured Creditors (the "Committee") of American Home

Mortgage Holdings, Inc., *et al*., the above-captioned debtors and debtors-in-possession (the

"Debtors"), by its co-counsel Blank Rome LLP and Hahn & Hessen LLP, hereby files this (a)

Limited Objection to the First, Second, Third and Fourth Interim Monthly and First Quarterly

Applications of Northwest Trustee Services, Inc. ("NTS") for Allowance and Approval of

Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure

Professionals to the Debtors-in-Possession  for the period from August 6, 2007 to November 31,

2007 (the "NTS Fee Applications") (Docket Nos. 2391, 2392, 2394 and 2403) and (b) joinder to

the Debtors' Limited Objection (the "Debtors' Objection") to the NTS Fee Applications, and in

support thereof respectfully states as follows:

---

[1] The Debtors in these cases are: AHM Holdings; American Home Mortgage Investment Corp.; American Home
Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American
Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

## BACKGROUND

1.      On August 6, 2007 (the "Petition Date"), the Debtors commenced voluntary cases (the "Cases") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with this Court.  Since the Petition Date, the Debtors have continued in the operation of their businesses and the management of their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in these Cases.

2.      On August 8, 2007, the Debtors filed an application to employ (the "Employment Application") NTS as foreclosure professionals in these cases (Docket No. 231).  The Employment Application provided that the "services are to be primarily performed in connection with the Debtors' mortgage servicing business" (the "Servicing Business").  Employment Application, ¶ 19.

3.      On September 12, 2007, the Court entered its Order Authorizing the Retention and Employment of Northwest Trustee Services, Inc. ("NTS") as Foreclosure Professionals for the Debtors *Nunc Pro Tunc* to the Petition Date (Docket No. 713).

4.      By Order dated October 30, 2007, (Docket No. 1711) (the "Sale Order") the Court authorized the sale of the Servicing Business (the "Servicing Sale") to an affiliate of W.L. Ross & Co., LLC (such affiliate, the "Purchaser") pursuant to the terms of a certain Asset Purchase Agreement (as subsequently amended, the "APA") which provides for a two-step closing.  On November 16, 2007 (the "Initial Closing Date"), the first closing occurred and the Purchaser paid the Purchase Price.  Pursuant to the APA, from the Initial Closing Date until the Final Closing Date, the Debtors will continue to operate the servicing business in the Ordinary Course of Business for the economic benefit of the Purchaser with the Purchaser (i) bearing all of the

upside benefit and downside risk of the Servicing Business; and (ii) being responsible for providing the necessary working capital to fund the business, which working capital funds will be used to make all necessary Servicing Advances of Foreclosure Professionals in accordance with the Servicing Agreements.

## LIMITED OBJECTION

5.      Pursuant to the NTS Fee Applications, NTS is seeking compensation and reimbursement of actual and necessary expenses incurred for the period August 6, 2007 through November 30, 2007 (the "Compensation Period") in the aggregate amount of $750,471.50 relating to the Servicing Business.  The Committee does not object to the amount or reasonableness of the fees sought by NTS for the Compensation Period.  Rather, the Committee submits this limited objection to require that the fees sought by NTS be paid from the proceeds of the Servicing Business.  Such fees and expenses were incurred in order to maintain the Servicing Business and therefore should be deducted solely from the assets of the Servicing Business.

## JOINDER

6.      As set forth in the Debtors' Objection, the Debtors object to NTS seeking payment of the Prepetition Foreclosure Costs (as defined in the Debtors' Objection).  The Committee hereby adopts and incorporates herein the arguments and assertions set forth in the Debtors' Objection and reserves all rights to be heard before this Court with regard to the Debtors' Objection.

*(Remainder of Page Intentionally Left Blank)*

**WHEREFORE**, the Committee respectfully requests that the Court enter an

order (a) requiring that all fees and expenses sought by NTS be paid solely from the proceeds of

the Servicing Business and (b) denying payments relating to the Prepetition Foreclosure Costs,

and grant such other and further relief as may be just and proper.

Dated:          Wilmington, Delaware
                January 7, 2008

                                        BLANK ROME LLP


                                 By:    */s/ David W. Carickhoff*
                                        Bonnie Glantz Fatell (No. 3809)
                                        David W. Carickhoff (No. 3715)
                                        1201 Market Street, Suite 800
                                        Wilmington, Delaware  19801
                                        (302) 425-6400 - Telephone
                                        (302) 425-6464 - Facsimile

                                              - and -

                                        HAHN & HESSEN LLP
                                        488 Madison Avenue, 15th Floor
                                        New York, New York 10022
                                        (212) 478-7200 - Telephone
                                        (212) 478-7400 - Facsimile
                                        Attn:    Mark S. Indelicato
                                                 Edward L. Schnitzer
                                                 Jeffrey Zawadzki

                                        Co-Counsel to the Official Committee of
                                        Unsecured Creditors of American Home
                                        Mortgage Holdings, Inc., *et al*.