IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------X

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

                                Debtors.

Chapter 11

Case No. 07-11047 (CSS)
Jointly Administered

Re: Docket No.: 2410

-----------------------------------------------------------------X

## RESPONSE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' FIRST INTERIM QUARTERLY FEE REQUESTS OF DEBTORS' PROFESSIONALS

The Official Committee of Unsecured Creditors (the "Committee") of American Home Mortgage Holdings, Inc., et al., the above-captioned debtors and debtors-in-possession (the "Debtors"), by its co-counsel Blank Rome LLP and Hahn & Hessen LLP, hereby files this response to the First Interim Quarterly Fee Requests of Debtors' Professionals (the "Fee Applications") (Docket No. 2410), and in support thereof respectfully states as follows:

## BACKGROUND

1.      On August 6, 2007 (the "Petition Date"), the Debtors commenced voluntary cases (the "Cases") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with this Court. Since the Petition Date, the Debtors have continued in the operation of their businesses and the management of their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these

---

[1] The Debtors in these cases are: AHM Holdings; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

703159.003-1386085.2

2.      On August 14, 2007, the United States Trustee for the District of Delaware appointed the Committee. Thereafter, the Committee selected Hahn & Hessen LLP and Blank Rome LLP as its co-counsel.

3.      On September 1, 2007, the Debtors filed an application to employ Alan Weinreb & Associates, PLLC ("Weinreb") as foreclosure professionals in these cases (the "Weinreb Application") (Docket No. 1035).

4.      On September 5, 2007, the Debtors filed an application to employ Adorno & Yoss LLP ("Adorno")as foreclosure professionals in these cases (the "Adorno Application") (Docket No. 1325).

5.      On September 30, 2007, the Debtors filed an application to employ Weltman, Weinberg & Reis Co., LPA ("Weltman") as foreclosure professionals in these cases (the "Weltman Application") (Docket No. 1724).

6.      On November 02, 2007, the Debtors filed an application to employ the Law Offices of Daniel C. Consuegra ("Consuegra", together with Weinreb, Adorno, and Weltman, the "Foreclosure Professionals") as foreclosure professionals in these cases (the "Consuegra Application") (Docket No. 1774).

7.      Each Foreclosure Professional application provided that such Foreclosure Professional was engaged to provide services related to the collection and foreclosure of residential mortgage loans which are being serviced by the Debtors (the "Servicing Business"). See Weinreb Application, ¶ 19; Adorno Application, ¶ 23; Weltman, Application, ¶ 20; and Consuegra Application, ¶ 21.

8.      The Court entered its Orders authorizing the retention and employment of the

703159.003-1386085.2

Foreclosure Professionals *nunc pro tunc* to the Petition Date (Docket Nos. 1594 [Weinreb], 1707 [Adorno], 2170 [Weltman], and 2169 [Consuegra]).

9. By Order dated October 30, 2007, (Docket No. 1711) (the "Sale Order") the Court authorized the sale of the Servicing Business (the "Servicing Sale") to an affiliate of W.L. Ross & Co., LLC (such affiliate, the "Purchaser") pursuant to the terms of a certain Asset Purchase Agreement (as subsequently amended, the "APA") which provides for a two-step closing. On November 16, 2007 (the "Initial Closing Date"), the first closing occurred and the Purchaser paid the Purchase Price. Pursuant to the APA, from the Initial Closing Date until the Final Closing Date, the Debtors will continue to operate the servicing business in the Ordinary Course of Business for the economic benefit of the Purchaser with the Purchaser (i) bearing all of the upside benefit and downside risk of the Servicing Business; and (ii) being responsible for providing the necessary working capital to fund the business, which working capital funds will be used to make all necessary Servicing Advances of Foreclosure Professionals in accordance with the Servicing Agreements.

10. Pursuant to the Fee Application, the Foreclosure Professionals are seeking compensation and reimbursement of actual and necessary expenses incurred for the period August 6, 2007 through October 31, 2007 (the "Compensation Period") in the aggregate amount of $1,343,545.41 (the "Fees").

11. Upon information and belief, the Debtors have informed the Committee that the Fees will be paid from the assets of the Servicing Business.

## RESPONSE

12. The Committee does not object to the amount or reasonableness of the fees sought by the Foreclosure Professionals for the Compensation Period. Rather, the Committee submits

this response to clarify and confirm the source of funds with respect to the payment of the fees sought by such professionals. As the Foreclosure Professionals' fees and expenses were incurred in order to maintain the Servicing Business, those fees and expenses should be deducted solely from the assets of the Servicing Business.

**WHEREFORE**, the Committee respectfully requests that the Court direct that the fees and expenses sought by Foreclosure Professionals be paid from the proceeds of the Servicing Business and grant such other and further relief as may be just and proper.

Dated: Wilmington, Delaware
January 7, 2008

BLANK ROME LLP

By: /s/ David W. Carickhoff
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400 - Telephone
(302) 425-6464 - Facsimile

- and -

HAHN & HESSEN LLP
488 Madison Avenue, 15th Floor
New York, New York 10022
(212) 478-7200 - Telephone
(212) 478-7400 - Facsimile
Attn: Mark S. Indelicato
Edward L. Schnitzer
Jeffrey Zawadzki

Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*

703159.003-1386085.2