UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                        :   Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                               :
                                                              :   Jointly Administered
                                                              :
          Debtors.                                            :   Ref. Docket No. 2449
---------------------------------------------------------------x

# CERTIFICATION OF COUNSEL REGARDING GMAC MORTGAGE LLC'S MOTION TO COMPEL THE DEBTORS TO SEND NOTICE TO HELOC BORROWERS REGARDING "FREEZING" OF THE HELOC LOANS

On December 20, 2007, GMAC Mortgage LLC filed its *Motion to Compel the Debtors to Send Notice to HELOC Borrowers Regarding "Freezing" of the HELOC Loans* [Docket No. 2449] (the "Motion")[1]. Responses to the Motion were filed by several parties in interest. *See* Docket Nos. 2566, 2567, 2568, 2569, 2571, and 2575. On January 4, 2008 (the "Hearing"), a hearing was held to consider the relief requested in the Motion. As indicated by the parties at the Hearing, an agreement was reached with respect to the form of notice to be sent to HELOC Borrowers as well as a proposed form of order. Subsequent to the Hearing, the parties agreed to the terms of the proposed form of order attached hereto as Exhibit 1, and the notices attached thereto as Exhibits A, B, and C. The Debtors believe that the proposed order and notices are consistent with the Court's statements at the Hearing.

---

[1] All terms not otherwise defined herein shall be given the meanings ascribed to them in the Motion.

DB02:6482495.1                                                                                      066585.1001

WHEREFORE, the Debtors respectfully request that this Court enter the Order at its earliest convenience.

Dated: Wilmington, Delaware
January 8, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

## **Exhibit 1**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>Ref. Docket No. 2449 |

### ORDER GRANTING GMAC MORTGAGE LLC'S MOTION TO COMPEL THE DEBTORS TO SEND NOTICE TO THE HELOC BORROWERS REGARDING THE "FREEZING" OF THE HELOC LOANS

Upon consideration of GMAC Mortgage LLC's Motion to Compel the Debtors to Send Notice to the HELOC Borrowers Regarding the "Freezing" of the HELOC Loans (the "Motion")[1], and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion are proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion having been given; and it appearing that no other notice need be given; and after an opportunity for a hearing; and after consideration of the Responses and Objections to the Motion and upon the record and after due deliberation thereon; and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted to the extent set forth herein;.

2. The Debtors shall send by first-class mail the notice substantially in the form attached hereto as either Exhibit A, Exhibit B, or Exhibit C, as the case may be, to the HELOC Borrowers: (i) respecting the 2005-1, 2005-2, 2005-4A, and 2007-A HELOC securitization

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

- 2 -

transactions, on January 8, 2008 or as soon as practicable thereafter; (ii) respecting the 2006-2 HELOC securitization transaction, on January 8, 2008 or as soon as practicable thereafter; and (iii) respecting the 2004-4 HELOC securitization transaction, on January 29, 2008.

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Date: _____, 2008
Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge

## EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., | ) | |
| a Delaware corporation, et al., | ) | |
| | ) | |
| Debtors. | ) | |

## IMPORTANT INFORMATION REGARDING YOUR HOME EQUITY LINE OF CREDIT

1.  On August 6, 2007 (the "Petition Date"), American Home Mortgage Acceptance, Inc. and American Home Mortgage Servicing, Inc. (both companies are referred to in this Notice as "American Home") and several affiliates each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1532 (all affiliated debtors are referred to in this Notice as "Debtors").[1]

2.  You are receiving this notice because you are currently a borrower under a home equity line of credit mortgage loan ("HELOC") with the Debtors. Your HELOC is currently being serviced by **American Home**. Your HELOC lender is one of the Debtors.

3.  Effective as of January 11, 2008 (the "Transfer Date"), American Home will no longer be servicing your HELOC. As of the Transfer Date, **GMAC Mortgage LLC ("GMAC")** will become the servicer of your HELOC. After the Transfer Date, all payments should be directed to GMAC, at GMAC Mortgage, Attn: Payment Processing, PO Box 780, Waterloo, IA 50704-0780, and all other inquires should be directed to GMAC, at GMAC Mortgage, Attn: Customer Care, P.O. Box 4622, Waterloo, IA 50704-4622 or (866) 725-0782. *Please note that GMAC will be the servicer of your HELOC but there will be no replacement lender for your HELOC.*

4.  You will be receiving a notice from GMAC providing instructions relating to your HELOC and confirming the new address set forth above for sending your monthly mortgage payments.

5.  **Though HELOC draws have been honored since the Petition Date, there is no longer a source to fund any future draws. Therefore, as of the Transfer Date, you will no longer be able to borrow any funds that may have otherwise been available under your HELOC. Please be further advised that, if you have any pending draw requests under your HELOC, such requests will not be honored.**

6.  **Please remember that your existing loan balance remains outstanding and must be repaid in accordance with the terms of your HELOC agreement.**

Dated: January 8, 2008                                By Order of the Court
      Wilmington, Delaware

---

[1] The debtors and debtors-in-possession in the above-captioned cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

# **EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., | ) | |
| a Delaware corporation, et al., | ) | |
| | ) | |
| Debtors. | ) | |

## IMPORTANT INFORMATION REGARDING YOUR HOME EQUITY LINE OF CREDIT

1. On August 6, 2007 (the "Petition Date"), American Home Mortgage Acceptance, Inc. ("American Home") and several affiliates each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1532 (all affiliated debtors are referred to in this Notice as "Debtors").[1]

2. You are receiving this notice because you are currently a borrower under a home equity line of credit mortgage loan ("HELOC") with the Debtors. Your HELOC is currently being serviced by **American Home**. Your HELOC lender is **American Home**.

3. Effective as of January 11, 2008 (the "Transfer Date"), American Home will no longer be servicing your HELOC. As of the Transfer Date, **GMAC Mortgage LLC ("GMAC")** will become the servicer of your HELOC. After the Transfer Date, all payments should be directed to GMAC, at GMAC Mortgage, Attn: Payment Processing, PO Box 780, Waterloo, IA 50704-0780, and all other inquires should be directed to GMAC, at GMAC Mortgage, Attn: Customer Care, P.O. Box 4622, Waterloo, IA 50704-4622 or (866) 725-0782. *Please note that GMAC will be the servicer of your HELOC but there will be no replacement lender for your HELOC.*

4. You will be receiving a notice from GMAC providing instructions relating to your HELOC, confirming the new address set forth above for sending your monthly mortgage payments.

5. **Though HELOC draws have been honored since the Petition Date, there is no longer a source to fund any future draws. Therefore, as of the Transfer Date, you will no longer be able to borrow any funds that may have otherwise been available under your HELOC. Please be further advised that, if you have any pending draw requests under your HELOC, such requests will not be honored.**

6. **Please remember that your existing loan balance remains outstanding and must be repaid in accordance with the terms of your HELOC agreement.**

Dated: January 8, 2008          By Order of the Court
       Wilmington, Delaware

---

[1] The debtors and debtors-in-possession in the above-captioned cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

DB02:6466159.3                                                              066585.1001

## **EXHIBIT C**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | ) ) ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | |

## IMPORTANT INFORMATION REGARDING YOUR HOME EQUITY LINE OF CREDIT

1. On August 6, 2007 (the "Petition Date"), American Home Mortgage Servicing, Inc. ("American Home") and several affiliates each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1532 (all affiliated debtors are referred to in this Notice as "Debtors").[1]

2. You are receiving this notice because you are currently a borrower under a home equity line of credit mortgage loan ("HELOC") with the Debtors. Your HELOC is currently being serviced by **American Home**. Your HELOC lender is one of the Debtors.

3. Effective as of February 1, 2008 (the "Transfer Date"), American Home will no longer be servicing your HELOC. As of the Transfer Date, **GMAC Mortgage LLC ("GMAC")** will become the servicer of your HELOC. After the Transfer Date, all payments should be directed to GMAC, at GMAC Mortgage, Attn: Payment Processing, PO Box 780, Waterloo, IA 50704-0780, and all other inquires should be directed to GMAC, at GMAC Mortgage, Attn: Customer Care, P.O. Box 4622, Waterloo, IA 50704-4622 or (866) 725-0782. *Please note that GMAC will be the servicer of your HELOC but there will be no replacement lender for your HELOC.*

4. You will be receiving a notice from GMAC providing instructions relating to your HELOC and confirming the new address set forth above for sending your monthly mortgage payments.

5. **Though HELOC draws have been honored since the Petition Date, there is no longer a source to fund any future draws. Therefore, as of the Transfer Date, you will no longer be able to borrow any funds that may have otherwise been available under your HELOC. Please be further advised that, if you have any pending draw requests under your HELOC, such requests will not be honored.**

6. **Please remember that your existing loan balance remains outstanding and must be repaid in accordance with the terms of your HELOC agreement.**

Dated: January 29, 2008        By Order of the Court
       Wilmington, Delaware

---

[1] The debtors and debtors-in-possession in the above-captioned cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

DB02:6466159.3                                                                                      066585.1001