# UNITED STATES BANKRUPTCY COURT
# FOR THE DISRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTAGE<br>HOLDINGS, INC., a Delaware corporation, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Thomas J. Salerno and Jordan A. Kroop of Sanders & Dempsey L.L.P. appear in the above-captioned matter as interested parties, and respectfully request that notices under Rule 2002 of the Federal Rules of Bankruptcy Procedure be sent to the following:

> Thomas J. Salerno, Esq.
> Jordan A. Kroop, Esq.
> **SQUIRE, SANDERS & DEMPSEY L.L.P.**
> Two Renaissance Square
> 40 North Central Avenue, Suite 2700
> Phoenix, Arizona 85004-4498
> Phone: (602) 528-4000
> Fax: (602) 253-8129
> E-Mail: tsalerno@ssd.com
> jkroop@ssd.com

RESPECTFULLY SUBMITTED this 8th day of January, 2008.

> By: /s/ Jordan A. Kroop
> Thomas J. Salerno, Esq.
> Jordan A. Kroop, Esq.
> SQUIRE, SANDERS & DEMPSEY L.L.P.
> Two Renaissance Square
> 40 North Central Avenue, Suite 2700
> Phoenix, Arizona 85004

PHOENIX/422450.1

## CERTIFICATE OF SERVICE

I certify that on January 8, 2008, I caused copies of the attached Notice of Appearance and Request for Service of Papers to be delivered to the persons registered with CM/ECF electronic notification

/s/ Jordan A. Kroop