# Exhibit B

## LBA Melville Associates
## Schedule of AHM Rents Receivable
## 8/6/07 - 8/31/07

| Description | Period | Actual Amount | Accruable ("Pro-Rata") Amount | Accruable ("Pro-Rata") Late Charges | Total |
|---|---|---|---|---|---|
| Base Rent | 8/07 | $36,500.00 | $29,435.48 | $1,250.00 | $30,685.48 |
| Utilities - Electric & Gas | 8/8/07 - 8/31/07 | 10,047.84 | 10,047.84 | - | 10,047.84 |
| Utilities - Electric & Gas | 7/11/07 - 8/8/07 | 14,766.55 | 1,054.75 | 1,050.00 | 2,104.75 |
| Utilities - Electric & Gas | 6/11/07 - 7/11/07 | 15,827.72 | - | 1,250.00 | 1,250.00 |
| Utilities - Electric & Gas | 5/7/07 - 6/11/07 | 14,251.01 | - | 1,250.00 | 1,250.00 |
| Utilities - Electric & Gas | 4/10/07 - 5/7/07 | 9,550.34 | - | 1,250.00 | 1,250.00 |
| Utilities - Electric & Gas | 3/10/07 - 4/10/07 | 10,566.74 | - | 1,250.00 | 1,250.00 |
| Utilities - Electric & Gas | 2/7/07 - 3/10/07 | 10,713.02 | - | 1,250.00 | 1,250.00 |
| Utilities - Electric & Gas | 1/8/07 - 2/7/07 | 10,243.61 | - | 1,250.00 | 1,250.00 |
| Insurance | 1/1/07 - 8/31/07 | 565.12 | 58.14 | - | 58.14 |
| | | $133,031.95 | $40,596.22 | $9,800.00 | $50,396.22 |