# Exhibit C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation et al.,[1] | ) Case No. 07-11047 (CSS) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) Hearing Date: February 1, 2008 at 11:00 a.m. |
| | ) |
| | ) Re: Docket No. _____ |
| | ) |

### ORDER GRANTING THE MOTION OF LBA MELVILLE ASSOCIATES LP FOR AN ORDER TO ALLOW CERTAIN ADMINISTRATIVE EXPENSES OF LBA AND COMPEL PAYMENT OF SUCH ADMINISTRATIVE EXPENSES PURSUANT TO SECTIONS 503(a) AND (b)(1)(A) AND 507(A)(1) OF THE BANKRUPTCY CODE

Upon the Motion of LBA Melville Associates LP ("Landlord") for an Order To Allow Certain Administrative Expenses and Compel Payment of Such Administrative Expenses Pursuant To Sections 503(a) and (b)(1)(A) and 507(a)(1), dated January 8, 2008 (the "Motion"); and the Court having read the Motion and the papers submitted by the Landlord; the Court having considered the Motion; and the Court having determined that good and sufficient notice was provided;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Landlord's claim for $50,396.22 (the "Claim") in unpaid rent and other charges for the period subsequent to the Petition and prior to the Rejection Date is allowed.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. (AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Boulevard, Suite 200, Irving, Texas 75063.

3. The Claim is entitled to prompt and immediate payment under sections 503(b)(1) and 507(a)(1) of the Bankruptcy Code and the Debtors are hereby ordered and directed to promptly pay the Claim to the Landlord.

4. This Court retains jurisdiction to interpret, implement, and enforce the provisions of this Order.

Dated: February _____, 2008
       Wilmington, Delaware

                                            THE HONORABLE CHRISTOPHER S. SONTCHI
                                            UNITED STATES BANKRUPTCY JUDGE