**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | Re: Docket No 2618 |

## **CERTIFICATE OF SERVICE**

I, *David W. Carickhoff*, hereby certify that on January 8, 2007, I caused a copy of the following document to be served as indicated upon the individuals listed on the service list attached.

*Response of the Official Committee of Unsecured Creditors to the Debtors' First Interim Quarterly Fee Application Requests of Debtors' Professionals [Dkt. 2618]*

                              */s/David W. Carickhoff*
                              David W. Carickhoff (No. 3715)

128189.01600/21656526v.1

## SERVICE LIST

VIA FACSIMILE
Pauline K. Morgan, Esquire
Young Conaway Stargatt & Taylor LLP
100 West Street, 17th Floor
Wilmington, DE  19801
Attn:  Margaret B. Whiteman
*Facsimile:  302-571-1253*
*Counsel for the Debtors*

VIA FACSIMILE
Joseph McMahon, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
*Facsimile:  (302) 573-6497*

VIA FIRST CLASS MAIL
Jeffrey M. Levine
Milestone Advisors, LLC
1775 Eye Street, NW, Suite 800
Washington, DC  2006

VIA FIRST CLASS MAIL
Margot B. Schonholtz, Esquire
Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

VIA FIRST CLASS MAIL
Laurie Selber Silverstein, Esquire
Potter Anderson Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801

VIA FIRST CLASS MAIL
Corinne Ball, Esquire
Erica M. Ryland, Esquire
Jones Day
222 East 41st Street
New York , NY 10017

VIA FIRST CLASS MAIL
Victoria Counihan, Esquire
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE  19801

VIA FIRST CLASS MAIL
Gregory Petrick, Esquire
Cadwalader, Wickersham & taft LLP
One World Financial Center
New York, NY  10281

VIA FIRST CLASS MAIL
Alan Weinreb, Esquire
The Law Offices of Alan Weinreb, PLLC
Weinreb & Associates, PLLC
6800 Jericho Turnpike, Suite 207W
Syosset, NY  11791

VIA FIRST CLASS MAIL
David M. Souders, Esquire
Weiner Brodsky Sidman Kider PC
1300 19th Street, NW, Fifth Floor
Washington, DC  20036

VIA FIRST CLASS MAIL
Alan Rosenthal, Esquire
Adorno & Yoss, LLP
2525 Ponce de Leon Blvd., Suite 400
Miami, FL  33134

VIA FIRST CLASS MAIL
James C. Tecce, Esquire
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010

128189.01600/21656526v.1

3

VIA FIRST CLASS MAIL
Daniel C. Conseugra, Esquire
The Law Office of Daniel C. Conseugra
9204 King Palm Drive
Tampa, FL  33619

VIA FIRST CLASS MAIL
Stephen A. Santangelo, Esquire
Weltman, Weinberg & Reis Co. LPA
175 South 3rd Street, Suite 900
Columbus, Ohio  43215

VIA FIRST CLASS MAIL
Alan Horn, Esquire
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY  11747