**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | Re: Docket No 2617 |

## CERTIFICATE OF SERVICE

I, *David W. Carickhoff*, hereby certify that on January 7, 2007, I caused a copy of the following document to be served as indicated upon the individuals listed on the service list attached.

*Limited Objection and Joinder of the Official Committee of Unsecured Creditors to [Dkt. 2617] to Northwest Trustee Services, Inc.'s Applications for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession*

        */s/David W. Carickhoff*
        David W. Carickhoff (No. 3715)

128189.01600/21656344v.1

# SERVICE LIST

VIA FACSIMILE
Pauline K. Morgan, Esquire
**Young Conaway Stargatt & Taylor LLP**
100 West Street, 17th Floor
Wilmington, DE 19801
*Facsimile: 302-571-1253*
*Counsel for the Debtors*

VIA FACSIMILE
Jeffrey C. Wisler, Esquire
Christina M. Thompson, Esquire
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Facsimile: 302-658-5614*
*Counsel for Northwest Trustee Services, Inc.*

VIA FACSIMILE
**Office of the United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
*Facsimile: (302) 573-6497*

128189.01600/21656344v.1