IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>Ref. Docket No. 2449 |

### ORDER GRANTING GMAC MORTGAGE LLC'S MOTION TO COMPEL THE DEBTORS TO SEND NOTICE TO THE HELOC BORROWERS REGARDING THE "FREEZING" OF THE HELOC LOANS

Upon consideration of GMAC Mortgage LLC's Motion to Compel the Debtors to Send Notice to the HELOC Borrowers Regarding the "Freezing" of the HELOC Loans (the "Motion")[1], and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion are proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion having been given; and it appearing that no other notice need be given; and after an opportunity for a hearing; and after consideration of the Responses and Objections to the Motion and upon the record and after due deliberation thereon; and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted to the extent set forth herein;.

2. The Debtors shall send by first-class mail the notice substantially in the form attached hereto as either Exhibit A, Exhibit B, or Exhibit C, as the case may be, to the HELOC Borrowers: (i) respecting the 2005-1, 2005-2, 2005-4A, and 2007-A HELOC securitization

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

- 2 -

transactions, on January 8, 2008 or as soon as practicable thereafter; (ii) respecting the 2006-2 HELOC securitization transaction, on January 8, 2008 or as soon as practicable thereafter; and (iii) respecting the 2004-4 HELOC securitization transaction, on January 29, 2008.

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Date: _____January 8_____, 2008
Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge