## **EXHIBIT B**

DB02:6482447.2

PHLLIB-2142948.1-CZSPRING
066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., | ) | |
| a Delaware corporation, et al., | ) | |
| | ) | |
| Debtors. | ) | |

**IMPORTANT INFORMATION REGARDING YOUR HOME EQUITY LINE OF CREDIT**

    1.    On August 6, 2007 (the "Petition Date"), American Home Mortgage Acceptance, Inc. ("American Home") and several affiliates each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1532 (all affiliated debtors are referred to in this Notice as "Debtors").[1]

    2.    You are receiving this notice because you are currently a borrower under a home equity line of credit mortgage loan ("HELOC") with the Debtors. Your HELOC is currently being serviced by **American Home**. Your HELOC lender is **American Home**.

    3.    Effective as of January 11, 2008 (the "Transfer Date"), American Home will no longer be servicing your HELOC. As of the Transfer Date, **GMAC Mortgage LLC ("GMAC")** will become the servicer of your HELOC. After the Transfer Date, all payments should be directed to GMAC, at GMAC Mortgage, Attn: Payment Processing, PO Box 780, Waterloo, IA 50704-0780, and all other inquires should be directed to GMAC, at GMAC Mortgage, Attn: Customer Care, P.O. Box 4622, Waterloo, IA 50704-4622 or (866) 725-0782. *Please note that GMAC will be the servicer of your HELOC but there will be no replacement lender for your HELOC.*

    4.    You will be receiving a notice from GMAC providing instructions relating to your HELOC, confirming the new address set forth above for sending your monthly mortgage payments.

    5.    **Though HELOC draws have been honored since the Petition Date, there is no longer a source to fund any future draws. Therefore, as of the Transfer Date, you will no longer be able to borrow any funds that may have otherwise been available under your HELOC. Please be further advised that, if you have any pending draw requests under your HELOC, such requests will not be honored.**

    6.    **Please remember that your existing loan balance remains outstanding and must be repaid in accordance with the terms of your HELOC agreement.**

Dated: January 8, 2008                                          By Order of the Court
         Wilmington, Delaware

---

[1] The debtors and debtors-in-possession in the above-captioned cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.