# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:

AMERICAN HOME MORTGAGE CORP.,

Chapter 11

Case No. 07-11047-CSS

Debtor.

**Objections due by: February 7, 2008**
**Hearing Date: February 14, 2008 @ 11:00**

## NOTICE OF MOTION OF DCFS TRUST
## FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

**TO:**

Pauline K. Morgan
Attorney for Debtor
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor,
PO Box 391
Wilmington, DE 19899-0391

Office of the U.S. Trustee
601 Walnut St.
Curtis Center, Suite 950 W.
Philadelphia, PA 19106

American Home Mortgage Corp. (Debtor)
538 Broadhollow Road
Melville, NY 11747

DCFS Trust has filed a Motion for Relief from Stay which seeks the following relief: Relief from the Automatic Stay Pursuant to 11 U.S.C. Section 362(d)(1) or, in the alternative, directing the Debtor, above-named, to immediately provide for the adequate protection of any property subject to the interests of the Movant.

HEARING ON THE MOTION WILL BE HELD ON FEBRUARY 14, 2008 at 11:00 A.M..

**ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERVICE ON OR BEFORE FEBRUARY 7, 2008. FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d) to the attached motion at least five business days before the above hearing date.

At the same time, you must also serve a copy of the response upon movant's attorney:

Robert T. Aulgur, Jr., Esq.
Kristi J. Doughty, Esq.
Whittington & Aulgur
651 N. Broad Street, Suite 206
P.O. Box 1040
Middletown, DE 19709-1040

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

By: ___/s/ Kristi J. Doughty_____
    Robert T. Aulgur, Jr., Esq. (No. 165)
    Kristi J. Doughty, Esq. (No. 3826)
    Whittington & Aulgur
    651 N. Broad Street, Suite 206
    P.O. Box 1040
    Middletown, DE  19709
    (302) 378-1661 telephone
    (302) 285-0236 facsimile

07.05170