DCFS TRUST
P O BOX 685
RONAOKE TX        76262

7001440419

000114

## CERTIFICATE OF TITLE

### NEW YORK STATE

www.nysdmv.com

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| WDBNG76J25A453580 | 2005 | ME/BE | 600 | 4DSD | 1496160 |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| BK | 4475 | GAS | 12 | NEW | VEHICLE | 3/16/05 |

Name and Address of Owner(s)

ODOMETER READING: 00075

DCFS TRUST
P O BOX 685
RONAOKE TX        76262

ACTUAL MILEAGE



This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder _____  Lienholder _____

* NO LIENS RECORDED *     * NO LIENS RECORDED *

Lienholder _____  Lienholder _____

* NO LIENS RECORDED *     * NO LIENS RECORDED *

MV-999 (7/03)

**DEPARTMENT OF MOTOR VEHICLES**

VOID IF ALTERED