**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:

                     Chapter 11

    AMERICAN HOME MORTGAGE CORP.,

                     Case No. 07-11047 CSS

            Debtor.

                     Motion No. _____

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**
**PURSUANT TO 11 U.S.C. SECTION 362(d)(1)**

Creditor, DCFS Trust, having moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay herein,

UPON reading and filing the Notice of Motion and Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. Section 362(d)(1), dated January 7, 2008, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and no opposition having been interposed, and due deliberation having been had thereon and good and sufficient cause appearing

NOW, on motion of DCFS Trust, by its counsel, Kristi J. Doughty, Esq., it is hereby

ORDERED, that pursuant to 11 U.S.C. Section 362(d)(1) the Motion of creditor, DCFS Trust, for Relief from Automatic Stay is granted; and it is further

ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtor, above named, be, and the same hereby is, terminated in that it shall not apply to any action by creditor, DCFS Trust, to recover possession and dispose of its property; namely, one (1) 2005 Mercedes-Benz S600V (V.I.N. WDBNG76J25A453580); and it is further

ORDERED, that all surplus monies, if any, obtained by DCFS Trust after liquidation of the property and satisfaction of its debt, shall be remitted to the Trustee.

DATED:   Wilmington, Delaware
         February ___, 2008

                                                         Hon. Christopher S. Sontchi
                                                        United States Bankruptcy Judge
E N T E R:                                        District of Delaware
07.05170