**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | Chapter 11 |
| AMERICAN HOME MORTGAGE CORP., | |
| | Case No. 07-11047-CSS |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, KRISTI J. DOUGHTY, ESQ., certify that I am not less than eighteen (18) years of age; that service of this Notice and a copy of the Motion was made on January 9, 2008 in accordance with BR7004 on:

Mail Service:  Regular, first-class United States mail, postage fully pre-paid, addressed to:

TO:

| | |
|---|---|
| Pauline K. Morgan, Esq. | American Home Mortgage Corp. (Debtor) |
| Attorney for Debtor | 538 Broadhollow Road |
| Young, Conaway, Stargatt & Taylor | Melville, NY 11747 |
| 1000 West Street, 17th Floor, | |
| PO Box 391 | Office of the U.S. Trustee |
| Wilmington, DE 19899-0391 | 601 Walnut St. |
| | Curtis Center, Suite 950 W. |
| | Philadelphia, PA  19106 |

Under penalty of perjury, I declare that the foregoing is true and correct.

_____        \_\_\_/s/ Kristi J. Doughty_____
Date                             Kristi J. Doughty, Esq. (No. 3826)
                                 Whittington & Aulgur
                                 651 N. Broad Street, Suite 206
                                 P.O. Box 1040
                                 Middletown, DE  19709