## CERTIFICATE OF SERVICE

I, Mark D. Olivere, certify that on this 9th day of January, 2008, I caused a true and correct copy of the Reservation of Rights of Countrywide Bank, FSB and Countrywide Home Loans, Inc., to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses, to be served on the following parties in the manner indicated:

**Via Hand Delivery**
(Counsel to Debtors)
James L. Patton, Jr., Esquire
Pauline K. Morgan, Esquire
John T. Dorsey, Esquire
Sean Beach, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

**Via Hand Delivery**
(Counsel to Official Committee of Unsecured Creditors)
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE  19801

**Via Hand Delivery**
(United States Trustee)
Joseph McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox 35
Wilmington, DE  19801

**Via First Class Mail**
(Counsel to the Official Committee of Unsecured Creditors)
Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

_____
Mark D. Olivere (No. 4291)