IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x
In re:                                    :  Chapter 11
                                          :
AMERICAN HOME MORTGAGE                    :  Case No.  07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,  :
                                          :  Jointly Administered
                                          :
          Debtors.                        :  Ref. Docket No. 2605
------------------------------------------------------------- x
```

### NOTICE OF FILING OF EXHIBITS

On January 7, 2008, the above-captioned Debtors filed the Debtors' Limited

Objection to Interim Monthly Applications of Northwest Trustee Services, Inc. for

Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure

Professionals to the Debtors-in-Possession [D.I. 2605] (the "Objection"). The exhibits were

inadvertently omitted from the Objection. Attached hereto are the exhibits to the Objection.

Dated:    Wilmington, Delaware
          January 9, 2008

                         YOUNG CONAWAY STARGATT & TAYLOR, LLP

                         *[signature]*

                         James L. Patton, Jr. (No. 2202)
                         Pauline K. Morgan (No. 3650)
                         Sean M. Beach (No. 4070)
                         Matthew B. Lunn (No. 4119)
                         Margaret B. Whiteman (No. 4652)
                         The Brandywine Building
                         1000 West Street, 17th Floor
                         Wilmington, Delaware 19801
                         Telephone: (302) 571-6600
                         Facsimile: (302) 571-1253

                         Counsel for Debtors and Debtors in Possession

## Exhibit A

**Retention Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                              :    Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]  :
                                                    :    Jointly Administered
                    Debtors.                        :
---------------------------------------------------------------------- x    Ref. Docket No. _____

## ORDER PURSUANT TO SECTION 327 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014 APPROVING THE RETENTION AND EMPLOYMENT OF NORTHWEST TRUSTEE SERVICES, INC. AS FORECLOSURE PROFESSIONALS FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

Upon consideration of the application (the "Application")[2] of the Debtors for

entry of an order pursuant to sections 327 of the Bankruptcy Code and Bankruptcy Rule 2014

approving the retention and employment of Northwest Trustee as foreclosure professionals for

the Debtors, effective *nunc pro tunc* to the Petition Date; and the Court having reviewed the

Application and all of the pleadings related thereto, including the Hendricks Affidavit, and heard

the statements of counsel at the hearing on the Application (the "Hearing"); and the Court

finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) notice of Application

and the Hearing was sufficient under the circumstances and no other or further notice need be

given; (d) Northwest Trustee is a "disinterested person" as that term is defined term is defined by

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2]     Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Application.

section 101(14) of the Bankruptcy Code; and (e) Northwest Trustee's retention and employment

is necessary and is in the best interests of the Debtors, their estates and their creditors; and after

due deliberation and good and sufficient cause appearing therefor, it is hereby

ORDERED that the Application is granted to the extent set forth herein; and it is

further

ORDERED that pursuant to section 327(a) of the Bankruptcy Code and

Bankruptcy Rule 2014, the Debtors are authorized to employ and retain Northwest Trustee as

their foreclosure professionals pursuant to the terms set forth in the Application and the

Hendricks Affidavit, as supplemented, effective, *nunc pro tunc* to the Petition Date; and it is

further

ORDERED that Northwest Trustee shall be deemed to have waived any and all

prepetition amounts owed to them by the Debtors; and it is further

ORDERED that Northwest Trustee shall be entitled to allowance of compensation

and reimbursement of expenses, upon the filing and approval of interim and final applications

pursuant to the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other orders

as this Court may direct; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising

from or related to the interpretation or implementation of this Order.

Dated:  Wilmington, Delaware
      September _12_, 2007

                         Christopher S. Sontchi
                         United States Bankruptcy Judge

2

## Exhibit B

**Sample Invoice from NWTS's Fee Application**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0068954
Invoice Date:  8/8/2007

Attention:                                                        7983.20582

Loan No: 1001349428                     Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 8/8/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/3/2007 | Date Notice of Default Recorded | | $10.00 |
| 5/8/2007 | 10 Day Mailings Sent | | $6.50 |
| 5/22/2007 | Date Trustee Sale Guarantee Received | | $545.00 |
| 5/23/2007 | 1 Month Mailings Sent | | $56.72 |
| 7/30/2007 | Title Cost Endorsement | | $25.00 |
| 8/3/2007 | Date Notice of Sale Mailed | | $37.05 |
| 8/4/2007 | Date Publication Commenced (1st Pub) | | $617.34 |
| 8/4/2007 | Date Notice of Sale Posted | | $120.00 |
| 8/8/2007 | Recission Recording | | $12.00 |
| | | TOTAL EXPENSES: | $1,429.61 |

PLEASE PAY AMOUNT DUE:   $2,029.61