IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
    Debtors.                                                           :
                                                                       :   Ref. No. 2553
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 2553

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtors' Application Pursuant to Section 327(a), 328(a) and 330(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) for Order Authorizing the Retention and Employment of Muldoon Murphy & Aguggia LLP as Special Counsel, Nunc Pro Tunc to December 15, 2007 (the "Motion") has been received. The Court's docket which was last updated January 10, 2008, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than January 7, 2008 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
       January 10, 2008

                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                    /s/ 
                                    James L. Patton, Jr. (No. 2202)
                                    Joel A. Waite (No. 2925)
                                    Pauline K. Morgan (No. 3650)
                                    Sean M. Beach (No. 4070)
                                    Matthew B. Lunn (No. 4119)
                                    Kara Hammond Coyle (No. 4410)
                                    Kenneth J. Enos (No. 4544)
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 571-6600
                                    Facsimile: (302) 571-1253

                                    Counsel for Debtors and
                                    Debtors in Possession