IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**Hearing Date: Feb. 1, 2008 @ 11:00 a.m.**<br>**Objection Deadline: Jan. 25, 2008 @ 4:00 p.m.** |

## MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM AND REQUEST FOR PAYMENT

1140 Galaxy Way, Inc. ("Galaxy"), hereby files this "Motion for Allowance of Administrative Claim and Request for Payment" (the "Motion") and requests this Court for an Order directing the allowance and payment of Galaxy's administrative expense claim under 11 U.S.C. § 502(b). In support of this Motion, Galaxy states as follows:

1. American Home Mortgage Corp. (the "Debtor"), one of the Chapter 11 debtors in these cases, filed for relief under Chapter 11 of the Bankruptcy Code on or about August 6, 2007 (the "Petition Date").

2. Prior to the Petition Date, the Debtor, as lessee, entered into that certain six-year "Standard Office Lease" ("Lease Agreement"), via an "Assignment and Assumption of Lease". True and correct copies of the Lease Agreement and the Assignment Agreement are attached hereto as Exhibits 1 and 2, respectively, and incorporated herein by this reference.

3. The Lease Agreement pertains to that certain real property located at 1140 Galaxy Way, Concord, CA (the "Property"). Under the Lease Agreement, the Debtor was obligated to pay monthly lease payments to Galaxy in the amount of $13,747.50, on the first day of each month. The Debtor was also obligated for common area reconciliation ("CAM") expenses

562941

assessed annually.

4. On or about August 30, 2007, the Debtor filed that certain "<u>Second Motion For An Order Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment</u>" (Docket No. 510), seeking to, among other things, reject the Lease Agreement.

5. The Court entered its "<u>Second Order For An Order Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment</u>" (the "Order") (Docket No. 779), wherein the Court, among other things, authorized the rejection of the Lease Agreement effective August 31, 2007 (the "Lease Rejection Date").

6. As a result of the entry of the Order, concurrently herewith Galaxy is submitting to the appointed Claims Agent a proof of claim for rejection damages in the amount of $237,665.65 pursuant to 11 U.S.C. § 502(b)(6).

7. In addition to rejection damages, Galaxy is also entitled to an administrative expense claim under 11 U.S.C. § 502(b), representing the unpaid rent during the time period from the Petition Date to the Lease Rejection Date in the amount of $11,086.69.

8. Galaxy is also entitled to an administrative expense claim under Section 502(b) in the amount of $2,608.70, which represents the CAM expenses from the Petition Date to the Lease Rejection Date.

9. Galaxy is further entitled to a Section 502(b) claim in the total amount of $12,638.00, which represents the $1,500.00 that Galaxy has expended on removing and discarding the personal property of the Debtor that was abandoned under the Order and the $11,138.00 that Galaxy has expended and expects to expend on repairing, cleaning and preparing

562941

the Property to be re-let.

10. In total, for the period from the Petition Date to the Lease Rejection Date, the Debtor is obligated to Galaxy in the amount of $26,333.39

WHEREFORE, Galaxy requests that the Court enter an Order allowing Galaxy an administrative expense claim in the amount of $26,333.39 and directing the Debtor to pay such claim without any undue delay, and for such other further and additional relief that the Court deems proper.

                              WERB & SULLIVAN

                              */s/ Regina A. Iorii*
                              Regina A. Iorii (#2600)
                              300 Delaware Avenue, 13th Floor
                              P.O.Box 25046
                              Wilmington, DE 19899 (courier 19801)
                              Telephone: (302) 652-1100
                              Facsimile: (302) 652-1111
                              riorii@werbsullivan.com

                              and

                              SNELL & WILMER L.L.P.
                              Michael B. Reynolds (CA Bar No. 174534)
                              Eric S. Peyzold (AZ Bar No. 023402)
                              Co-counsel for Movant,
                              1140 Galaxy Way, Inc.
                              600 Anton Blvd., Suite 1400
                              Costa Mesa, CA 92626
                              Telephone:  (714) 427-7000
                              Facsimile:  (714) 427-7799

                              Attorneys for 1140 Galaxy Way, Inc.

Dated: January 10, 2008

562941