IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**Hearing Date: Feb. 1, 2008 @ 11:00 a.m.**<br>**Objection Deadline: Jan. 25, 2008 @ 4:00 p.m.** |

### NOTICE OF MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM AND REQUEST FOR PAYMENT

TO:   ALL PERSONS ON THE 2002 LIST:

**PLEASE TAKE NOTICE** that 1140 Galaxy Way, LLC ("Galaxy"), a creditor in the above-referenced bankruptcy case, by and through its counsel of record, has filed the attached "Motion for Allowance and Immediate Payment of Administrative Expense Claim" (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801, on or before 4:00 p.m., Eastern Time, on or before **January 25, 2008 at 4:00 p.m.** (the "Objection Deadline"). At the same time, you must also serve a copy upon Movant's attorneys:

   Regina A. Iorii, Esq.
   Werb & Sullivan
   300 Delaware Avenue, 13th Floor
   P.O. Box 25046
   Wilmington, DE  19899 (courier 19801)

   and

563221

Michael B. Reynolds
Eric S. Pezold
Snell & Wilmer, LLP
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626

**PLEASE TAKE FURTHER NOTICE** that a Hearing on the Motion will be held on **February 1, 2008 at 11:00 a.m.** before the Honorable Christopher S. Sontchi, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

WERB & SULLIVAN

*/s/ Regina A. Iorii*
Regina A. Iorii (#2600)
300 Delaware Avenue, 13th Floor
P.O.Box 25046
Wilmington, DE 19899 (courier 19801)
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
riorii@werbsullivan.com

and

SNELL & WILMER L.L.P.
Michael B. Reynolds (CA Bar No. 174534)
Eric S. Pezold (AZ Bar No. 023402)
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626
Telephone:    (714) 427-7000
Facsimile:     (714) 427-7799

Attorneys for 1140 Galaxy Way, Inc.

Dated: January 10, 2008

563221