**EXHIBIT 2**

## ASSIGNMENT AND ASSUMPTION OF LEASE

THIS ASSIGNMENT AND ASSUMPTION OF LEASE ("Assignment') dated as of April 1, 2005, entered into by and between IRWIN MORTGAGE CORPORATION, an Indiana corporation, 10500 Kincaid Drive, Fishers, Indiana 46038 ("Assignor") and AMERICAN HOME MORTGAGE CORP., a New York corporation, 538 Broadhollow Road, Melville, NY 11747 ("Assignee");

### WITNESSETH:

WHEREAS, Assignor is the Lessee under that certain Lease Agreement dated November 5, 2002, executed by Assignor as Lessee and 1140 Galaxy Way as Lessor for premises located in Concord, California and more particularly described in the lease agreement, a copy of which is attached hereto and made a part hereof as Exhibit A (the "Lease"); and

WHEREAS, Assignor desires to assign its interest as Lessee in the Lease to Assignee, and Assignee desires to accept the assignment thereof and assume the liability of Assignor as further described herein, effective April 4, 2005 (the "Effective Date");

NOW, THEREFORE, in consideration of the promises and conditions contained herein, the parties hereby agree as follows:

1. Assignor hereby grants, conveys, assigns, transfers and sets over to Assignee all of its right, title and interest in and to the Lease, and any guarantees related thereto.

2. The Assignee shall take possession, occupancy, and assume operation of the Lease and lease property on the Effective Date, subject to the terms and conditions appearing in the Lease.

3. Assignee hereby assumes all of the Lessee's obligations, including the payment of rent, arising after the Effective Date hereof under the Lease and agrees to indemnify Assignor against and hold Assignor harmless from any and all cost, liability, loss, damage or expense, including without limitation, reasonable attorneys' fees, arising out of facts or circumstances occurring subsequent to the date hereof and arising out of the Lessee's obligations under the Lease. Assignor agrees to indemnify Assignee against and hold Assignee harmless from any and all cost, liability, loss, damage or expense, including without limitation, reasonable attorneys' fees, arising out of facts or circumstances occurring on or prior to the date hereof and arising out of the Lessee's obligations under the Lease.

4. If either party hereto fails to perform any of its obligations under this Assignment or if a dispute arises between the parties hereto concerning the meaning or interpretation of any provision of this Assignment, then the defaulting party or the party not prevailing in such dispute shall pay any and all reasonable costs and expenses incurred by the other party on account of such default and/or in enforcing or establishing its rights hereunder including, without limitation, court costs and attorneys' fees and disbursements. Any such attorneys' fees and other expenses incurred by either party in enforcing a judgment in its favor under this Assignment shall be recoverable separately from and in addition to any other amount included in such judgment and such attorneys' fees obligation is intended to be severable from the other provisions of this Assignment and to survive and not be merged into any such judgment.

5. The security deposit now held by the Lessor in the amount of $0.00 is hereby assigned to the Assignee, and that security deposit shall be returned to the Assignee by the original Lessor at the conclusion of the term of the Lease.

6. All notices required or permitted hereunder shall be in writing and shall be sent by certified mail, return receipt requested, or by reputable national overnight courier service, postage prepaid, to the address listed below, or such other address as may be given by proper notice to all parties:

> Irwin Mortgage Corporation
> attn: Legal Department
> 10500 Kincaid Drive
> Fishers, IN 46038
>
> American Home Mortgage Corp.
> attn: Corporate Real Estate Department
> 538 Broadhollow Road
> Melville, NY 11747

7. This Assignment shall be binding on and inure to the benefit of the parties hereto, their heirs, executors, administrators, successors in interest and assigns. Any liability of Assignee hereunder shall be joint and several.

8. All other provision of the original lease are incorporated herein and are to be and shall continue in full force.

9. This Agreement may be executed in one or more counterparts, each of which when so executed will be deemed to be an original and all of which taken together will constitute one and the same agreement. The parties intend that a facsimile signature shall have the same force and effect as an original signature.

IN WITNESS WHEREOF Assignor and Assignee have executed this Assignment the day and year first above written.

ASSIGNOR:
Irwin Mortgage Corporation

By: _____
Timothy L. Murphy, Senior Vice President

By: _____
Renee Gunderson, First Vice President


ASSIGNEE:
American Home Mortgage Corp.

By: _____
Printed: Alan Horn
Title: EVP

3

## CONSENT OF LANDLORD

1140 Galaxy Way, Concord CA

Pursuant to this Consent of Landlord (this "Consent"), the undersigned hereby:

(1) consents to the Assignment and Assumption of Lease dated as of April 1, 2005 (the "Assignment"), between Irwin Mortgage Corporation, as assignor, and American Home Mortgage Corp, as assignee (a true and correct copy of the Assignment is attached hereto);
(2) releases Assignor from all duties, liabilities, and obligations of Assignor under the Lease (as defined in the Assignment) that become due, payable, or otherwise are required to be performed after (but not on or before) the date of the Assignment;
(3) does not (A) waive or otherwise relinquish any other of its rights under the Lease nor its right to consent to any further assignment of the Lease or (B) release or discharge Assignor from any duties, liabilities, and obligations of Assignor under the Lease that become due, payable, or otherwise are required to be performed on or before the date of the Assignment; and
(4) acknowledges that it is the party whose consent to the Assignment is required under the Lease, it has not assigned any of its interest in the Lease, and that all notices under the Lease that otherwise are required to be delivered to AHM after the date of this Consent shall be delivered to American Home Mortgage Corp at 538 Broadhollow Road, Melville, NY 11747, Attention: Corporate Real Estate Department.

This Consent may be executed by facsimile, in which case it shall be deemed to be an original. This Consent is binding on, and inures to the benefit of, the respective assignees and successors in interest of Counterparty and may be enforced by Assignor and/or Assignee (and their respective assignees and successors in interest).

IN WITNESS HEREOF, the undersigned has executed this Consent as of the date of the Assignment.

1140 Galaxy Way

By:_____
Name:_____
Title:_____