**PROPOSED FORM OF ORDER**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**Related to Docket No.** \_\_\_\_\_ |

### ORDER GRANTING MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM OF 1140 GALAXY WAY, INC.

AND NOW, this \_\_\_ day of February, 2008, the Court having considered the Motion of 1140 Galaxy Way, Inc. for the allowance and payment of an administrative claim (the "Motion"); and the Court having considered all responses to the Motion; NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. 1140 Galaxy Way, Inc. shall have an allowed administrative claim in the amount of $26,333.39, to be paid by the Debtors on or before February 29, 2008.

                          The Honorable Christopher S. Sontchi
                          United States Bankruptcy Judge