IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       : Jointly Administered
          Debtors.                                                     :
---------------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 14, 2008 AT 2:00 P.M. (ET)**

**ADJOURNED/RESOLVED MATTERS**

1.  Motion of Vicom Computer Services for Reclamation of Goods Pursuant to 11 U.S.C. section 546(c) or, in the Alternative, for Allowance and Immediate Payment of Administrative Claim Pursuant to 11 U.S.C. section 503(b) [D.I. 1571, 10/16/07]

    Objection Deadline:   November 6, 2007 at 4:00 p.m., extended for the Debtors to January 25, 2008 at 4:00 p.m.

    Objections Filed:   None at this time.

    Status: This matter will be adjourned by agreement of the parties to February 1, 2008 at 11:00 a.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2. Motion of FNC, Inc. for Adequate Protection and Relief from Automatic Stay with Respect to Collateral Management System License Agreement, or in the Alternative, to Compel Debtors to Assume or Reject Agreement as Executory Contract [D.I. 1772, 11/2/07]

   Objection Deadline:   November 20, 2007 at 4:00 p.m., extended to January 24, 2008 for the Debtors and the Committee

   Objections Filed:   None

   Status: This matter will be adjourned by agreement of the parties to February 1, 2008 at 11:00 a.m.

3. Iron Mountain Information Management, Inc.'s Motion to Compel Payment of Administrative Expenses [D.I. 2465, 12/20/07]

   Objection Deadline:   December 28, 2007 at 4:00 p.m., extended to January 24, 2008 at 4:00 p.m. for the Debtors and the Committee

   Related Document:

   a) Proposed Form of Order filed by Iron Mountain Information Management, Inc. [D.I. 2502, 12/26/07]

   Objections Filed:   None as of the filing of this agenda.

   Status: This matter will be adjourned by agreement of the parties to February 1, 2008 at 11:00 a.m.

4. Pretrial Conference – Wells Fargo Bank, N.A. v. American Home Mortgage Investment Corp., American Home Mortgage Acceptance, Inc., Bear Stearns Mortgage Capital Corp., Bear, Stearns & Co. Inc. and Bear, Stearns International Limited - Adv. No. 07-51741

   Related Document:

   a) Status Report [D.I. 10, 12/7/07]

   Status: This matter will be adjourned by agreement to February 1, 2008 at 11:00 a.m.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

5. Debtors' Motion Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(a) for an Order Approving and Authorizing Stipulation and Settlement Agreement Between Debtor and Waldner's Business Environments Inc. [D.I. 2478, 12/21/07]

   Objection Deadline:  January 7, 2008 at 4:00 p.m.

   Objections Filed:  None

   Related Document:

   a) Certificate of No Objection [D.I. 2648, 1/10/08]

   Status: A Certificate of No Objection has been filed. No hearing is required.

6. Debtors' Application Pursuant to Section 327(a), 328(a) and 330(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) for Order Authorizing the Retention and Employment of Muldoon Murphy & Aguggia LLP as Special Counsel, Nunc Pro Tunc to December 15, 2007 [D.I. 2553, 12/28/07]

   Objection Deadline:  January 7, 2008 at 4:00 p.m.

   Objections Filed:  None

   Related Document:

   a) Certificate of No Objection [D.I. 2647, 1/10/08]

   Status: A Certificate of No Objection has been filed. No hearing is required.

## CONTESTED MATTERS GOING FORWARD

7. Emergency Motion of Cutisha Cauthorne for an Order for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2065, 11/16/07]

   Objection Deadline:  January 7, 2008 at 4:00 p.m., extended to January 9, 2008 at 12:00 p.m.

   Objections Filed:

   a) Debtors' Objection to Emergency Motion of Cutisha Cauthorne for an Order for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2641, 1/9/08]

   Status: This matter will be going forward.

8.    Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2395, 12/14/07]

     Objection Deadline:   December 27, 2007 at 4:00 p.m., extended for U.S. Trustee to December 28, 2007 at 12:00 p.m., Impac Funding to December 28, 2007 at 5:00 p.m. and for Bank of America to January 2, 2008 at 10:00 a.m.

     Objections Filed:

         a)    Objection of Federal Home Loan Mortgage Corporation to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [ [D.I. 2501, 12/26/07]

         b)    Objection of Wells Fargo Funding, Inc. to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2506, 12/27/07]

         c)    Objection of Wells Fargo Bank, N.A., as Trustee to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2508, 12/27/07]

         d)    Reservation of Rights of Morgan Stanley Capital Holdings LLC With Respect to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2509, 12/27/08]

         e)    Objection of JPMorgan Chase Bank, N.A.to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2510, 12/27/07]

f)  Objection of Triad Guaranty Insurance Corp. to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2511, 12/27/07]

g)  Reservation of Rights with Respect to the Motion of the Debtors for an Order Pursuant to 11 U.S.C. Sections 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses Filed by Bear Stearns Mortgage Capital Mortgage Capital Corporation and EMC Mortgage Corporation [D.I. 2513, 12/27/07]

h)  Objection of Calyon New York Branch to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2514, 12/27/07]

i)  Objection of CitiMortgage, Inc. to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2517, 12/27/07]

j)  Objection of the United States Trustee to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2539, 12/28/07]

k)  Limited Objection of Bank Of America, N.A., As Administrative Agent, To Debtors Motion For An Order Pursuant To 11 U.S.C. Sections 105, 363 And 554 Authorizing The (I) Abandonment And Destruction Of Certain Duplicate Mortgage Loan Files Or (II) Return Of Mortgage Loan Files To The Owner Of Such Loans Upon Payment Of Reasonable Costs And Expenses [D.I. 2543/2544, 12/28/07]

l)  Joinder of The Bank of New York, in Certain Capacities, to the Objection of Wells Fargo Bank, N.A. to Debtors' Motion for an Order Pursuant to 11 USC Sections 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2555, 12/31/07]

DB02:6482306.1                                                                                                          066585.1001

    m)    Reservation of Rights of Countrywide Bank, FSB and Countrywide Home Loans, Inc. to Debtors' Motion for an Order Pursuant to 11 USC Sections 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2644, 1/9/08]

    n)    Informal Response of Midfirst

Status: This matter is going forward solely with respect to the destruction of loan files where the loan was not funded due to, for instance, the rejection of a loan application or withdrawal of such application by the borrower. The matter is adjourned with respect to items (a) though (i) and (k) through (n).

9. Interim Fee Requests. Please refer to Exhibit 1, attached.

Objection Deadline:    January 7, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Limited Objection to Interim Monthly Applications of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession [D.I. 2605, 1/7/08]

        i)    Notice of Filing of Exhibits [D.I. 2646, 1/9/08]

    b)    Limited Objection of the Official Committee of Unsecured Creditors to Northwest Trustee Services, Inc.'s Applications for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession [D.I. 2617, 1/7/08]

    c)    Response of Official Committee of Unsecured Creditors to Debtors' First Interim Quarterly Fee Requests of Debtors' Professionals [D.I. 2618, 1/7/08]

Related Document:

    d)    Certificate of No Objection with respect to the Third Monthly Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period of October 1, 2007 through October 31, 2007 [D.I. 2631, 1/8/08]

        Status: The Debtors have been advised that the Purchaser will be filing a statement and reservation of rights to the interim fee requests of foreclosure professionals and Northwest Trustee Services, Inc. The interim fee request of Northwest Trustee Services, Inc. will be adjourned to February 1, 2008 at 11:00 a.m. The remainder of the interim fee requests will be going forward.

10. Motion for an Order Authorizing and Approving (I) the Debtors' Employment and Retention of DoveBid, Inc. as Auctioneer; (II) the Terms of Compensation to DoveBid; (III) A Waiver of Local Rule 2016-2(d); and (IV) Procedures for DoveBid's Sale of Assets Pursuant to the DoveBid Agreement and the Auction Procedures [D.I. 2477, 12/21/07]

    Objection Deadline:   January 7, 2008 at 4:00 p.m.

    Related Document:

        a) Notice of Filing of Agreement for the Provision of Asset Disposition Services [D.I. 2634, 1/8/08]

    Objections Filed:

        b) Maricopa County Treasurer's Objection to Debtors' Motion for an Order Authorizing and Approving (I) the Debtors' Employment and Retention of DoveBid, Inc. as Auctioneer; (II) the Terms of Compensation to DoveBid; (III) a Waiver of Local Rule 2016-2(d); and (IV) Procedures for DoveBid's Sale of Assets Pursuant to the DoveBid Agreement and the Auction Procedures [D.I. 2599, 1/7/08]

    Status: The Debtors are attempting to resolve the issue raised in the objection prior to the hearing. This matter will be going forward.

11. Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Approving Payment of Expense Reimbursement; (III) Scheduling a Hearing to Consider Sale of Certain Non-Performing Loans; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of Non-Performing Loans Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Sale Agreement Thereto; (III) Authorizing the Distribution of the Proceeds; and (IV) Granting Related Relief [D.I. 2490, 12/22/07]

    Objection Deadline to Sale Procedures:   January 7, 2008 at 4:00 p.m., extended for JPMorgan Chase to January 10, 2008 at 10:00 a.m., extensions for Bank of America and the U.S. Trustee to January 11, 2008 at 12:00 p.m. have been approved by the Court.

    Objections Filed:   None as of the filing of this agenda.

       Status: The Debtors have received informal comments from JPMorgan Chase Bank, N.A., Bank of America, the Official Committee of Unsecured Creditors and the U.S. Trustee, and the parties are attempting to resolve sale procedures issues prior to the hearing. This matter will be will be going forward.

12.    CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2515, 12/27/07]

       Objection Deadline:   January 7, 2008 at 4:00 p.m., extended to January 9, 2008 at 12:00 p.m.

       Objections Filed:

          a)    Debtors' Objection to CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2635, 1/9/08]

       Status: This matter will be going forward.

13.    Motion of the Debtors for Orders Pursuant to Sections 105, 107(b) and 363 of the Bankruptcy Code, and Bankruptcy Rules 2002 and 9018 Authorizing the Debtors to Undertake Certain Activities to Prepare for Consummation of the Previously-Approved Sale of Their Servicing Business [D.I. 2527, 12/27/07]

       Objection Deadline:   January 3, 2008 at 12:00 p.m., extended for the U.S. Trustee with respect to the request to approve the Employment Agreement

       Related Document:

          a)    Order Approving Motion of the Debtors for Orders Authorizing the Debtors to Undertake Certain Activities to Prepare for Consummation of the Previously-Approved Sale of Their Servicing Business [D.I. 2595, 1/4/08]

       Objections Filed:    None as of the filing of this agenda.

Status: An order has been entered that granted a portion of the relief requested in the Motion. The request for approval of the Employment Agreement and to file the Employment Agreement under seal will be going forward.

Dated: Wilmington, Delaware
January 10, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/*
_____
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
      Debtors.                            :
---------------------------------------------------------------------- x

**Exhibit 1**
**Index to Fee Applications**

A.    **First Interim Fee Request of Young Conaway Stargatt & Taylor, LLP, Counsel to the Debtors for the Period August 6, 2007 through October 31, 2007 [Docket No. 2410, 12/17/07]**

    1.    First Fee Application for the Period August 6, 2007 through August 31, 2007 [D.I. 1776, 11/6/07]

    2.    Certificate of No Objection [D.I. 2204, 11/28/07]

    3.    Second Fee Application for the Period September 1, 2007 through September 30, 2007 [D.I. 2068, 11/16/07]

    4.    Certificate of No Objection [D.I. 2327, 12/10/07]

    5.    Third Fee Application for the Period October 1, 2007 through October 1, 2007 [D.I. 2375, 12/12/07]

    6.    Certificate of No Objection [D.I. 2589, 1/4/08]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

B. **First Interim Application of Law Offices of Alan Weinreb, PLLC, Ordinary Course Professional to the Debtors for the Period August 6, 2007 through October 31, 2007 [D.I. 2410, 12/17/07]**

    1. First Fee Application for the Period August 6, 2007 through August 31, 2007 [D.I. 1770, 11/2/07]

    2. Certificate of No Objection [D.I. 2184, 11/27/07]

    3. Second Fee Application for the Period September 1, 2007 through September 30, 2007 [D.I. 1771, 11/2/07]

    4. Certificate of No Objection [D.I. 2185, 11/27/07]

    5. Third Fee Application for the Period October 1, 2007 through October 31, 2007 [D.I. 2028, 11/15/07]

    6. Certificate of No Objection [D.I. 2386, 12/14/07]

C. **First Interim Application of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional to the Debtors for the Period August 6, 2007 through October 31, 2007 [D.I. 2410, 12/17/07]**

    1. First Fee Application for the Period August 6, 2007 through August 31, 2007 [D.I. 1818, 11/6/07]

    2. Certificate of No Objection [D.I. 2315, 12/7/07]

    3. Second Fee Application for the Period September 1, 2007 through September 30, 2007 [D.I. 1987, 11/13/07]

    4. Certification of Counsel [D.I. 2318, 12/7/07]

    5. Third Fee Application for the Period October 1, 2007 through October 31, 2007 [D.I. 2110, 11/20/07]

    6. Certificate of No Objection [D.I.2388, 12/14/07]

D.    **First Interim Application of Adorno & Yoss LLP, Ordinary Course Professional to the Debtors for the Period August 6, 207 through October 31, 2007 [D.I. 2410, 12/17/07]**

      1. First Fee Application for the Period August 6, 2007 through August 31, 2007 [D.I. 2069, 11/16/07]

      2. Certificate of No Objection [D.I. 2372, 12/12/07]

      3. Second Fee Application for the Period September 1, 2007 through September 30, 2007 [D.I. 2070, 11/16/07]

      4. Certificate of No Objection [D.I. 2377, 12/13/07]

      5. Third Fee Application for the Period October 1, 2007 through October 31, 2007 [D.I. 2071, 11/16/07]

      6. Certificate of No Objection [D.I. 2374, 12/12/07]

E.    **First Interim Application of Cadwalader, Wickersham & Taft LLP as Special Counsel to the Debtors [D.I. 2410, 12/17/07]**

      1. Fee Application for the Period August 6, 2007 through October 31, 2007 [D.I. 2084, 11/19/07]

      2. Certificate of No Objection [D.I. 2371, 12/12/07]

F.    **First Interim Application of Allen & Overy, Special Regulatory Counsel to the Debtors for the Period September 7, 2007 through October 31, 2007 [D.I. 2410, 12/17/07]**

      1. First Fee Application for the Period September 7, 2007 through September 30, 2007 [D.I. 2241, 11/30/07]

      2. Certificate of No Objection [D.I. 2491, 12/24/07]

      3. Second Fee Application for the Period October 1, 2007 through October 31, 2007 [D.I. 2242, 11/30/07]

      4. Certificate of No Objection [D.I. 2492, 12/24/07]

G. **First Interim Application of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Investigatory Litigation and Conflicts Counsel to the Debtors for the Period August 10, 2007 through October 31, 2007 [D.I. 2410, 12/17/07]**

    1. First Fee Application for the Period August 10, 2007 through August 31, 2007 [D.I. 2141, 11/21/07]

    2. Certificate of No Objection [D.I. 2382, 12/14/07]

    3. Second Fee Application for the Period September 1, 2007 through September 30, 2007 [D.I. 2142, 11/21/07]

    4. Certificate of No Objection (Corrected) [D.I. 2399, 12/17/07]

    5. Third Fee Application for the Period October 1, 2007 through October 31, 2007 [D.I. 2277, 12/4/07]

    6. Certificate of No Objection [D.I. 2507, 12/27/07]

H. **First Interim Application of Weltman, Weinberg & Reis, Ordinary Course Professional for the Debtors for the Period August 6, 2007 through October 31, 2007 [D.I. 2410, 12/17/07]**

    1. First Fee Application for the Period August 6, 2007 through August 31, 2007 [D.I. 2245, 11/30/07]

    2. Certificate of No Objection [D.I. 2493, 12/24/07]

    3. Second Fee Application for the Period September 1, 2007 through September 30, 2007 [D.I. 2246, 11/30/07]

    4. Certificate of No Objection [D.I. 2494, 12/24/07]

    5. Third Fee Application for the Period October 1, 2007 through October 31, 2007 [D.I. 2247, 11/30/07]

    6. Certificate of No Objection [D.I. 2495, 12/24/07]

I. **First Interim Application of Law Offices of Daniel C. Consuegra, Ordinary Course Professional to the Debtors for the Period August 6, 2007 through October 31, 2007 [D.I. 2410, 12/17/07]]**

  1. First Fee Application for the Period August 6, 2007 through August 31, 2007 [D.I. 2278, 12/4/07]

  2. Certificate of No Objection [D.I. 2518, 12/27/07]

  3. Second Fee Application for the Period September 1, 2007 through September 30, 2007 [D.I. 2299, 12/5/07]

  4. Certificate of No Objection [D.I. 2554, 12/28/07]

  5. Third Fee Application for the Period October 1, 2007 through October 31, 2007 [D.I. 2381, 12/13/07]

  6. Certificate of No Objection [D.I. 2587, 1/4/08]

J. **First Interim Application of Milestone Advisors for the Period August 6, 2007 through September 30, 2007 [D.I. 2410, 12/17/07]]**

  1. First Fee Application for the Period August 6, 2007 through August 31, 2007 [D.I. 2316, 12/7/07]

  2. Certificate of No Objection [D.I. 2564, 1/2/08]

  3. Second Fee Application for the Period September 1, 2007 through September 30, 2007 [D.I. 2378, 12/13/07]

  4. Certificate of No Objection [D.I. 2586, 1/4/08]

K. **First Quarterly Application of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period August 6, 2007 through October 31, 2007 [D.I. 2403, 12/17/07]**

  1. First Fee Application for the Period August 6, 2007 through August 31, 2007 [D.I. 2391, 12/14/07]

  2. Second Fee Application for the Period September 1, 2007 through September 30, 2007 [D.I. 2392, 12/14/07]

  3. Third Fee Application for the Period October 1, 2007 through October 31, 2007 [D.I. 2394, 12/14/07]

  4. Supplement to Applications of Northwest Trustee Services, Inc. for the Period August 6, 2007 through November 30, 2007 [D.I. 2580, 1/3/08]

L.  **First Interim Fee Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period August 14, 2007 through October 31, 2007 [D.I. 2413, 12/17/07]**

   1. Combined First and Second Fee Application for the Period August 14, 2007 through September 30, 2007 [D.I. 2254, 12/3/07]

   2. Certificate of No Objection [D.I. 2498, 12/26/07]

   3. Third Fee Application for the Period October 1, 2007 through October 31, 2007 [D.I. 2304, 12/5/07]

   4. Certificate of No Objection [D.I. 2535, 12/28/07]

M.  **First Interim Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period August 14, 2007 through October 31, 2007 [D.I. 2415, 12/17/07]**

   1. First Fee Application for the Period August 14, 2007 through August 31, 2007 [D.I. 2243, 11/30/07]

   2. Supplement to First Fee Application [D.I. 2319, 12/7/07]

   3. Certificate of No Objection [D.I. 2499, 12/26/07]

   4. Second Fee Application for the Period September 1, 2007 through September 30, 2007 [D.I. 2303, 12/5/07]

   5. Certificate of No Objection [D.I. 2537, 12/28/07]

   6. Third Fee Application for the Period October 1, 2007 through October 31, 2007 [D.I. 2379, 12/13/07]

N.  **First Interim Fee Application of BDO Seidman, LLP Financial Advisor to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period August 14, 2007 through October 31, 2007 [D.I. 2414, 12/17/07]**

   1. First Fee Application for the Period August 14, 2007 through October 31, 2007 [D.I. 2302, 12/5/07]

   2. Certificate of No Objection [D.I. 2536, 12/28/07]