UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

FILED
2008 JAN -7 AM 11: 12

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., ET AL.

Debtors.

Chapter 11 Case No.: 07-11047 (CSS)
Jointly Administered

---

Name of Debtor Against Whom Creditor's
Claim May Be Held:

| | |
|---|---|
| AMERICAN HOME MORTGAGE SERVING, INC.<br>d/b/a AMERICAN BROKERS CONDUIT | Debtor Case No.: 07-11050 (CSS) |
| AMERICAN HOME MORTGAGE CORP.<br>a/k/a AMERICAN HOME MORTGAGE, INC.<br>d/b/a AMERICAN BROKERS CONDUIT | Debtor Case No.: 07-11051 (CSS) |

## NOTICE OF APPEARANCE OF PETER SPINDEL, ESQ., REQUEST FOR SERVICE AND RESERVATION OF RIGHTS ON BEHALF OF CHARMEN C. AVILA

1. **PLEASE TAKE NOTICE** that **PETER SPINDEL, ESQ.** enters his appearance in this case, as counsel on behalf of **CHARMEN C. AVILA ("Avila")**, a creditor and party-in-interest. All interested parties are requested to take notice of said appearance in accordance with 11 U.S.C. § 1109(b), Fed.R.Bankr.P. 2002(g)(1) and 9010(b), and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served thereupon.

2. Peter Spindel, Esq., requests that he be served with copies of all notices, papers and pleadings of any kind filed in the within case whether filed by the Court, the Debtors, the Debtors-in-Possession, the U.S. Trustee, a creditor, or any other interested party in order that he may appear and be heard on any issue as a party-in-interest on behalf of Avila.

3. Peter Spindel, Esq. requests that the Clerk of Bankruptcy Court place his name and mailing address on the Debtor's matrix to receive notices as counsel on behalf of Avila in this case.

4. All such notices, papers and pleadings should be served at the following address:

Charmen C. Avila
c/o Peter Spindel, Esq.
P.O. Box 166245
Miami, FL 33116-6245

5. **PLEASE TAKE NOTICE** that the foregoing request includes not only the notices and papers referred to in Fed.R.Bankr.P. 2002, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, telegraph, cable, world wide web internet, electronic mail, notice of electronic filing or otherwise filed with regard to the referenced case and in the within proceedings that (a) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including Avila with respect to (1) the debtor; (2) property of the estate or proceeds thereof in which the debtor may claim an interest; or (3) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (b) requires or seeks to require any act, delivery of any property, payment, or other conduct by Avila.

6. **PLEASE TAKE NOTICE** that Avila intends that neither this Notice of Appearance nor any later appearance, pleading or claim shall affect (a) Avila's right to have final orders in noncore matters entered only after *de novo* review by a District Court Judge, (b) Avila's right to trial by jury in any proceeding so triable in this case, or proceeding related to this case, (c) Avila's right to have the District Court withdraw the reference in any matter subject to mandatory or discretional withdrawal, or (d) any other rights, claims, actions, defenses, setoffs, recoupments or remedies to which Avila is or may be entitled under agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies Avila expressly reserves.

_____
PETER SPINDEL
Florida Bar No. 0816183
Peter Spindel, Esq.
P.O. Box 166245
Miami, Florida 33116-6245
Telephone: (786) 517-4229
peterspindel@aol.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original of the foregoing Notice of Appearance was mailed to Clerk, U.S. Bankruptcy Court for the District of Delaware, 824 Market St., 3rd fl., Wilmington, DE 19801, and a true and correct copy was served by first class United States mail, postage fully prepaid, to all interested parties on the attached service list this **31st** day of December, 2007.

_____
PETER SPINDEL

- 2 -

Young Conaway Stargatt & Taylor, LLP
Counsel to Debtors
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

U.S. Trustee
844 King St. #2207
Wilmington, DE 19801

Charmen C. Avila
16246 SW 92 Ave.
Palmetto Bay, FL 33157

Reinaldo Castellanos, Esq.
John E. Egusquiza, Esq.
9960 SW 40 St.
Miami, FL 33165

3113.0701
\avilaC1.app