UNITED STATES BANKRUPTCY COURT
DELAWARE

In Re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,

Case No. 07-11047 CSS
Chapter 11
Honorable Christopher S. Sontchi

Debtor(s).
_____/

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES

TO:   Clerk of the Court
      US Bankruptcy Court-DE-Wilmington
      824 N Market St
      Wilmington DE  19801

      Pauline K. Morgan
      1000 West St.
      PO Box 391
      Wilmington, DE  19899-0391

PLEASE ENTER THE APPEARANCE of MICHAEL A. COX, Attorney General, and Julius O. Curling, Assistant Attorney General, as attorneys for the State of Michigan, Department of Treasury, in the above entitled cause; this appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.

Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

MICHAEL A. COX
Attorney General

/S/ Julius O. Curling
Julius O. Curling (P58248)
Assistant Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202
Telephone: (313) 456-0140

Dated: January 7, 2008
AG# 2007026047A