UNITED STATES BANKRUPTCY COURT
DELAWARE

In Re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,

Case No. 07-11047 CSS

Chapter 11

Honorable Christopher S. Sontchi

Debtor(s).
_____/

PROOF OF SERVICE

The undersigned certifies that on January 7, 2008, a copy of Notice of Appearance and Request for Service of Notices was served upon the following parties either electronically or by depositing said copies in the U.S. Mail, postage prepaid:

                          Pauline K. Morgan
                          1000 West St.
                          PO Box 391
                          Wilmington, DE  19899-0391

*/S/ Patricia A. Game*
Patricia A. Game, Legal Secretary
Department of Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202
Telephone: (313) 456-0140

Dated: January 7, 2008
AG# 2007026047A