Karen D. Adams, C. P. A.
Treasurer-Tax Collector
2222 "M" Street
Merced, CA 95340
(209) 385-7592 Fax (209) 725-3905

FILED

2008 JAN -8 AM 9: 44

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# UNITED STATES BANKRUPTCY COURT

## Eastern District of DE

## DISTRICT OF DELAWARE Division

In re:

AMERICAN HOME MORTGAGE CORP

DEBTOR(S)

) Case No. 07-11047
) Chapter  13
) REQUEST FOR SPECIAL
) NOTICE FILED BY COUNTY OF
) MERCED, CALIFORNIA
) (NO HEARING REQUIRED)

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

The County of Merced, California hereby requests notice of all pleadings, court notices, motions, applications, ex-parte application, contested matters and all other documents and papers pertaining to the above-captioned case, including all notices required under the Bankruptcy Code, Bankruptcy Rules, local rules or any other rule or law, to be noticed and served on creditors, creditors' committees or other parties of

///

1 | interest to the following address:

2 | Merced County Tax Collector
  | ATTN: Lorraine Gonzalez, Tax Collector Clerk I
3 | 2222 "M" Street
  | Merced, California 95340

4

5 | Dated:  December 31, 2007        Karen D. Adams, C. P. A.
  |                                  Treasurer-Tax Collector
6

7 |                                  By: _____
  |                                  Lorraine Gonzalez, Tax Collector Clerk I
8