UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:

AMERICAN HOME MORTGAGE HOLDINGS          Case No. 07-11047(CSS)
                                         Chapter  11
                                         Hon.

           Debtor(s)

_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE

PLEASE TAKE NOTICE that BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C.,

represents CITY OF FRASER in the above captioned matter.  Please serve copies of all notices and

pleadings to the following address:

BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C.
24525 Harper Avenue, Suite Two
St. Clair Shores, MI  48080

BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C.

/s/

KAREN L. ROWSE-OBERLE (P41893)
THOMAS M. HENSEL, JR. (P60469)
Attorney for Creditor
24525 Harper Avenue, Suite Two
St. Clair Shores, MI  48080
(586) 777-0770
krowse-oberle@butler-butler.com

Dated: December 6, 2007