IN THE UNTED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | : |
|  | : Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS INC., | : Case No. 07-11047 (CSS) |
| a Delaware Corporation, et al., | : (Jointly Administered) |
|  | : |
| Debtors. | : |
|  | : |
| AMERICAN HOME MORTGAGE INVESTMENT | : Adversary Proceeding |
| CORP. and AMERICAN HOME MORTGAGE | : Case No. 07-51747 (CSS) |
| SERVICING, INC., | : |
|  | : |
| Debtor-Plaintiffs, | : |
|  | : |
| TRIAD GUARANTY INSURANCE CORP., | : |
|  | : |
| Defendants. | : |

## MOTION AND ORDER
## FOR PRO HAC VICE APPEARANCE

Kevin J. Mangan, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Erin L. Roberts, Esquire of the law firm Womble Carlyle Sandridge & Rice, PLLC to represent Triad Guaranty Insurance Corp. ("Triad"). The Admittee is admitted, practicing, and in good standing of the bars of the States of North Carolina and Virginia, the United States District Courts for the Middle and Eastern Districts of North Carolina and the Eastern District of Virginia, United States Court of Appeals for the Fourth Circuit, the Supreme Courts of Virginia and North Carolina and the United States Supreme Court.

_____
Kevin J. Mangan #3810
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801
T: (302) 252-4340

Motion Granted.

Dated: _____

BY THE COURT:

_____
United States Bankruptcy Judge

WCSR 3814491v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of North Carolina and Virginia, the United States District Courts for the Middle and Eastern Districts of North Carolina and the Eastern District of Virginia, United States Court of Appeals for the Fourth Circuit, the Supreme Courts of Virginia and North Carolina and the United States Supreme Court and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the United States District Court for the District of Delaware

                                            /s/ Erin L. Roberts
                                            Erin L. Roberts, Esquire
                                            Womble Carlyle Sandridge & Rice, PLLC
                                            8065 Leesburg Pike, 4th Floor
                                            Tysons Corner, VA 22182
                                            T: (703) 790-3310
                                            F: (703) 790-2623

WCSR 3814491v1