## IN THE UNITED STATES BANKRUTPCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------X
In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, *et al.*,[1]

                            Debtors.
------------------------------------------------------------------X

Chapter 11

Case No. 07-11047 (CSS)
Jointly Administered

**Re: Docket Nos. 2065**

### JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' OBJECTION TO THE EMERGENCY MOTION OF CUTISHA CAUTHORNE FOR AN ORDER FOR RELIEF FROM THE STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by their undersigned proposed co-counsel, hereby joins the Debtors' opposition (the "Opposition ") [Docket No. 2641] to the emergency motion (the "Cauthorne Motion") of Cutisha Cauthorne ("Cauthorne") seeking relief from the automatic stay in order to permit her to file her a complaint against the Debtor [Docket No. 2065] and in support thereof represents as follows:

### JOINDER

1. The Committee hereby adopts and incorporates the arguments and assertions set forth in the Opposition and reserves all rights to be heard before this court with regard to the Cauthorne Motion.

2. As set forth in the Opposition, the Cauthorne Motion should be denied because (a) Cauthorne has failed to satisfy the standard for obtaining relief from the stay, *inter alia*, (i) there is no cause to lift the stay, (ii) lifting the stay will prejudice the Debtors and the

---

[1] The Debtors in these cases are: AHM Holdings; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

estate, (iii) the harm to Cauthorne does not outweigh the harm that would be caused to the Debtors, (iv) Cauthorne will not succeed on the merits, and (v) the Debtors' estates would suffer irreparable harm if relief from the stay pending were granted and the Debtors were forced to defend the suit, and (b) the allegations raised in the Cauthorne Motion can be, and should be, addressed in a proof of claim, not a relief from stay motion.

3. For these reasons, and for the reasons set forth in the Opposition, the Committee objects to the relief sought in the Cauthorne Motion.

**WHEREFORE**, the Committee respectfully requests that the Court deny the Cauthorne Motion and grant such other and further relief as the Court may deem just and proper.

Dated: Wilmington, Delaware
January 10, 2008

                                        BLANK ROME LLP

By: */s/David W. Carickhoff*
    Bonnie Glantz Fatell (No. 3089)
    David W. Carickhoff (No. 3715)
    1201 Market Street, Suite 800
    Wilmington, Delaware 19801
    (302) 425-6400 - Telephone
    (302) 425-6464 - Facsimile

    - and -

    HAHN & HESSEN LLP
    488 Madison Avenue
    New York, New York 10022
    (212) 478-7200 - Telephone
    (212) 478-7400 - Facsimile
      Attn: Mark S. Indelicato
      Edward L. Schnitzer

    Co-Counsel to the Official Committee
    of Unsecured Creditors of American Home
    Mortgage Holdings, Inc., *et al*.