# CERTIFICATE OF SERVICE

I, *David W. Carickhoff*, hereby certify that on January 10, 2008, I caused a copy of the following document to be served as indicated upon the individuals listed on the service list attached.

*Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to the Emergency Motion of Cutisha Cauthorne for an Order for Relief from the Stay Under Section 362 of the Bankruptcy Code*

　　　　　　　　　　　　　　　　　　　　　*/s/David W. Carickhoffl*
　　　　　　　　　　　　　　　　　　　　　David W. Carickhoff (No. 3715)

128189.01600/21657319v.1

## SERVICE LIST

VIA FACSIMILE
Pauline K. Morgan, Esquire
**Young Conaway Stargatt & Taylor LLP**
100 West Street, 17th Floor
Wilmington, DE  19801
*Facsimile:  302-571-1253*
*Counsel for the Debtors*

VIA FACSIMILE
**Office of the United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
*Facsimile:*  (302) 573-6497

VIA FACSIMILE
Daniel K. Hogan, Esquire
**The Hogan Firm**
1311 Delaware Avenue
Wilmington, DE  19806
*Facsimile:  302-656-7599*
*Counsel for Cutisha Cauthorne*