**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
         Debtors.                                                :
                                                                 :   Ref. Docket No. 2553
---------------------------------------------------------------- x

**ORDER PURSUANT TO SECTIONS 327(a), 328(a) AND 330(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014(a) AUTHORIZING THE RETENTION AND EMPLOYMENT OF MULDOON MURPHY & AGUGGIA LLP AS SPECIAL COUNSEL, *NUNC PRO TUNC* TO DECEMBER 15, 2007**

Upon consideration of the application of the above-captioned debtors and debtors in possession (the "Debtors") for an order authorizing the retention and employment of Muldoon Murphy & Aguggia LLP ("Muldoon", or the "Firm") as special counsel to the Debtors in connection with the Debtors' sale of American Home Bank (the "Thrift"), *nunc pro tunc* to December 15, 2007 (the "Application")[2]; and the Court having reviewed the Gattuso Declaration attached to the Application as Exhibit B; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that Muldoon's retention and employment is necessary and is in the best interests of the Debtors, their estates and their creditors; and that Muldoon is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] All capitalized terms not herein defined shall have the same meaning as ascribed to them in the Application.

as required by section 327(a) of the Bankruptcy Code; and that due and adequate notice of the Application having been given under the circumstances; and upon due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Application is granted and approved; and it is further

ORDERED that, pursuant to sections 327(a) and 328(a) of the Bankruptcy Code, the Debtors, as debtors in possession, are authorized to employ and retain Muldoon as Special Counsel to the Debtors in connection with the Thrift Sale, *nunc pro tunc* to December 15, 2007, pursuant to the terms and conditions substantially set forth in the Engagement Letter, as modified by this Order, and in accordance with Muldoon's normal hourly rates and disbursement policies as set forth in the Gattuso Declaration; and it is further

ORDERED that, notwithstanding the Engagement Letter, Muldoon shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules, local rules and orders of the court, guidelines established by the Office of the United States Trustee, and such other procedures as may be fixed by order of this Court; and it is further

ORDERED that this Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

Dated:   January 10, 2008
         Wilmington, Delaware

                                    _____
                                    Christopher S. Sontchi
                                    United States Bankruptcy Judge