# EXHIBIT A

**Engagement Letter**

December ___, 2007

**<u>Via Email and Federal Express</u>**

Alan Horn, Esq.
General Counsel
American Home Mortgage Holdings, Inc.
520 Broadhollow Road
Melville, New York 11747

Dear Mr. Horn:

This letter sets forth the terms of an engagement whereby our firm would provide regulatory advice to American Home Mortgage Holdings, Inc. ("AHM"), as a debtor and debtor-in-possession, with respect to the proposed sale of AHM's thrift subsidiary, American Home Bank, FSB (the "Bank").

**1.    Scope of Representation.**

As special counsel, we will provide information and advice to AHM with respect to the interpretation and application of the federal banking laws and regulations, including those relating to the acquisition of control of the Bank. We will also review and provide advice to AHM with respect to the federal acquisition of control laws and regulations as applied to specific circumstances, including an analysis of any regulatory interpretations that might apply to such circumstances. To the extent requested by AHM, we would prepare or review any regulatory notices or applications that may be required to facilitate the sale of the Bank and will serve as AHM's liaison with the banking regulators, including the Office of Thrift Supervision and Federal Deposit Insurance Corporation.

**2.    Staffing.**

Christina M. Gattuso and I will be the primary attorneys overseeing this matter. Other attorneys and paralegals of the firm will provide assistance as necessary.

Alan Horn, Esq.
December ___, 2007
Page 2

### 3.   Fees and Expenses.

Our time will be billed on an hourly basis at rates that range from $215 to $495 per hour for attorneys and $160 to $180 per hour for paralegals. These rates are subject to adjustment annually. We will bill you monthly for the professional services rendered each month. It is our understanding that you will agree to pay such amounts promptly upon receipt of the invoice.

We estimate that our fee (excluding disbursements and other charges) for the services described herein would be $75,000. Our fee is based on the acquisition process proceeding in an expeditious manner and not encountering significant unforeseen or unusual delays or issues. If, at any time during our representation, the scope of our services is materially expanded because of unanticipated issues or complications, additional revisions to the documentation occasioned by significant or repeated changes in the proposed transaction, substantial delays in the consummation of an acquisition due to regulatory matters or market conditions, or for any other reason, we determine that our fee quote will be exceeded, we will so notify and consult with you.

We will also bill for reimbursement on a monthly basis for any expenses we incur in connection with the engagement. These expenses, which are separate and apart from our fees, will typically include, but are not limited to, charges for photocopying, messenger and delivery, air freight, computerized research, travel (including mileage, parking, airfare, lodging, meals and ground transportation), long distance telephone, telecopying and word processing charges. To the extent we directly provide any of these services, we reserve the right to adjust the amount we charge, at any time or from time to time, as we deem appropriate, in light of our direct costs, our estimated overhead allocable to the services, and outside competitive rates.

### 4.   Terms of Representation.

AHM is free at any time to terminate our services for any reason, in which case we will bill AHM for fees and expense disbursements accrued to the date of termination, as well as those fees and expenses disbursements, if any, we incur in ending the relationship.

We reserve the right to withdraw from our representation at any time for good cause, such as failure to pay fees and disbursements promptly, or insistence upon a course of conduct which we believe to be inappropriate or improper. In such an event, AHM will be obligated to pay the fees and disbursements accrued to the date of termination.

Following the conclusion of our representation, we will return to AHM any of its papers that you request. Our own files, including lawyer work product, pertaining to this matter will be retained by the firm. Those files and any of the documents that you do not request us to return to AHM will be kept confidential. In order to minimize unnecessary storage expenses, however, we shall destroy or otherwise dispose of any documents or other materials retained by us five (5) years after the termination of our representation of AHM, unless AHM advises us otherwise in writing.

Alan Horn, Esq.
December ___, 2007
Page 3

* * * * *

  If you are in agreement with the terms and conditions of our representation as set forth in this letter, please sign both copies of this letter where indicated and return a signed copy of the letter to me and retain one copy for your records. If you have any questions about this letter, do not hesitate to contact me.

  We are pleased to have this opportunity to work with you and look forward to a mutually rewarding working relationship.

        Very truly yours,

        MULDOON MURPHY & AGUGGIA LLP


        Paul M. Aguggia

CMG/tmo

cc: Kevin Nystrom, Esq.
   Kroll Zolfo Cooper

**ACCEPTED:**

**AMERICAN HOME MORTGAGE HOLDINGS, INC.**


By: _____
   Alan Horn, General Counsel


Date: _____

308195.doc