IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------------- x

In re:                                                                :    Chapter 11
                                                                      :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                      :    Jointly Administered
       Debtors.                                                   :

-------------------------------------------------------------------------- x

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 14, 2008 AT 2:00 P.M. (ET)

## ADJOURNED/RESOLVED MATTERS

1.     Motion of Vicom Computer Services for Reclamation of Goods Pursuant to 11 U.S.C. section 546(c) or, in the Alternative, for Allowance and Immediate Payment of Administrative Claim Pursuant to 11 U.S.C. section 503(b) [D.I. 1571, 10/16/07]

      Objection Deadline:    November 6, 2007 at 4:00 p.m., extended for the Debtors to January 25, 2008 at 4:00 p.m.

      Objections Filed:     None at this time.

      Status: This matter will be adjourned by agreement of the parties to February 1, 2008 at 11:00 a.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] **Amendments appear in bold.**

                                         

2.      Motion of FNC, Inc. for Adequate Protection and Relief from Automatic Stay with
        Respect to Collateral Management System License Agreement, or in the Alternative, to
        Compel Debtors to Assume or Reject Agreement as Executory Contract [D.I. 1772,
        11/2/07]

        Objection Deadline:    November 20, 2007 at 4:00 p.m., extended to January 24, 2008 for
                               the Debtors and the Committee

        Objections Filed:      None

        Status: This matter will be adjourned by agreement of the parties to February 1, 2008 at
                11:00 a.m.

3.      Iron Mountain Information Management, Inc.'s Motion to Compel Payment of
        Administrative Expenses [D.I. 2465, 12/20/07]

        Objection Deadline:    December 28, 2007 at 4:00 p.m., extended to January 24, 2008 at
                               4:00 p.m. for the Debtors and the Committee

        Related Document:

            a)      Proposed Form of Order filed by Iron Mountain Information Management,
                    Inc. [D.I. 2502, 12/26/07]

        Objections Filed:      None as of the filing of this agenda.

        Status: This matter will be adjourned by agreement of the parties to February 1, 2008 at
                11:00 a.m.

4.      Pretrial Conference – Wells Fargo Bank, N.A. v. American Home Mortgage Investment
        Corp., American Home Mortgage Acceptance, Inc., Bear Stearns Mortgage Capital
        Corp., Bear, Stearns & Co. Inc. and Bear, Stearns International Limited - Adv. No. 07-
        51741

        Related Document:

            a)      Status Report [D.I. 10, 12/7/07]

        Status: This matter will be adjourned by agreement to February 1, 2008 at 11:00 a.m.

2

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

5.    Debtors' Motion Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(a) for an Order Approving and Authorizing Stipulation and Settlement Agreement Between Debtor and Waldner's Business Environments Inc. [D.I. 2478, 12/21/07]

Objection Deadline:    January 7, 2008 at 4:00 p.m.

Objections Filed:    None

Related Document:

a)    Certificate of No Objection [D.I. 2648, 1/10/08]

**b)    Order Approving Stipulation and Settlement Agreement Between Debtor and Waldner's Business Environments Inc [D.I. 2662, 1/11/08]**

Status: **An order has been entered that resolves the matter.**  No hearing is required.

6.    Debtors' Application Pursuant to Section 327(a), 328(a) and 330(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) for Order Authorizing the Retention and Employment of Muldoon Murphy & Aguggia LLP as Special Counsel, Nunc Pro Tunc to December 15, 2007 [D.I. 2553, 12/28/07]

Objection Deadline:    January 7, 2008 at 4:00 p.m.

Objections Filed:    None

Related Document:

a)    Certificate of No Objection [D.I. 2647, 1/10/08]

**b)    Order Authorizing the Retention and Employment of Muldoon Murphy & Aguggia LLP as Special Counsel, Nunc Pro Tunc to December 15, 2007 [D.I. 2663, 1/11/08]**

Status: **An order has been entered that resolves the matter.**  No hearing is required.

## CONTESTED MATTERS GOING FORWARD

7.    Emergency Motion of Cutisha Cauthorne for an Order for Relief from the Automatic
      Stay Under Section 362 of the Bankruptcy Code [D.I. 2065, 11/16/07]

      Objection Deadline:    January 7, 2008 at 4:00 p.m., extended to January 9, 2008 at 12:00
                             p.m.

      Objections Filed:

            a)    Debtors' Objection to Emergency Motion of Cutisha Cauthorne for an
                  Order for Relief from the Automatic Stay Under Section 362 of the
                  Bankruptcy Code [D.I. 2641, 1/9/08]

            **b)    Joinder of the Official Committee of Unsecured Creditors to the
                  Debtors' Objection to the Emergency Motion of Cutisha Cauthorne
                  for an Order for Relief from Stay Under Section 362 of the
                  Bankruptcy Code [D.I. 2661, 1/10/08]**

      Status: This matter will be going forward.

8.    Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the
      (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II)
      Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of
      Reasonable Costs and Expenses [D.I. 2395, 12/14/07]

      Objection Deadline:    December 27, 2007 at 4:00 p.m., extended for U.S. Trustee to
                             December 28, 2007 at 12:00 p.m., Impac Funding to December 28,
                             2007 at 5:00 p.m. and for Bank of America to January 2, 2008 at
                             10:00 a.m.

      Objections Filed:

            a)    Objection of Federal Home Loan Mortgage Corporation to Debtors'
                  Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554
                  Authorizing the (I) Abandonment and Destruction of Certain Duplicate
                  Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner
                  of Such Loans Upon Payment of Reasonable Costs and Expenses [ [D.I.
                  2501, 12/26/07]

            b)    Objection of Wells Fargo Funding, Inc. to Debtors' Motion for an Order
                  Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I)
                  Abandonment and Destruction of Certain Duplicate Mortgage Loan Files
                  or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon
                  Payment of Reasonable Costs and Expenses [D.I. 2506, 12/27/07]

066585.1001

c)     Objection of Wells Fargo Bank, N.A., as Trustee to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2508, 12/27/07]

d)     Reservation of Rights of Morgan Stanley Capital Holdings LLC With Respect to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2509, 12/27/08]

e)     Objection of JPMorgan Chase Bank, N.A. to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2510, 12/27/07]

f)     Objection of Triad Guaranty Insurance Corp. to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2511, 12/27/07]

g)     Reservation of Rights with Respect to the Motion of the Debtors for an Order Pursuant to 11 U.S.C. Sections 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses Filed by Bear Stearns Mortgage Capital Mortgage Capital Corporation and EMC Mortgage Corporation [D.I. 2513, 12/27/07]

h)     Objection of Calyon New York Branch to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2514, 12/27/07]

i)     Objection of CitiMortgage, Inc. to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2517, 12/27/07]

j)      Objection of the United States Trustee to Debtors' Motion for an Order
        Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I)
        Abandonment and Destruction of Certain Duplicate Mortgage Loan Files
        or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon
        Payment of Reasonable Costs and Expenses [D.I. 2539, 12/28/07]

k)      Limited Objection of Bank Of America, N.A., As Administrative Agent,
        To Debtors Motion For An Order Pursuant To 11 U.S.C. Sections 105,
        363 And 554 Authorizing The (I) Abandonment And Destruction Of
        Certain Duplicate Mortgage Loan Files Or (II) Return Of Mortgage Loan
        Files To The Owner Of Such Loans Upon Payment Of Reasonable Costs
        And Expenses [D.I. 2543/2544, 12/28/07]

l)      Joinder of The Bank of New York, in Certain Capacities, to the Objection
        of Wells Fargo Bank, N.A. to Debtors' Motion for an Order Pursuant to 11
        USC Sections 105, 363 and 554 Authorizing the (I) Abandonment and
        Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of
        Mortgage Loan Files to the Owner of Such Loans Upon Payment of
        Reasonable Costs and Expenses [D.I. 2555, 12/31/07]

m)      Reservation of Rights of Countrywide Bank, FSB and Countrywide Home
        Loans, Inc. to Debtors' Motion for an Order Pursuant to 11 USC Sections
        105, 363 and 554 Authorizing the (I) Abandonment and Destruction of
        Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan
        Files to the Owner of Such Loans Upon Payment of Reasonable Costs and
        Expenses [D.I. 2644, 1/9/08]

n)      Informal Response of Midfirst

Status: This matter is going forward solely with respect to the destruction of loan files
        where the loan was not funded due to, for instance, the rejection of a loan
        application or withdrawal of such application by the borrower.   The matter is
        adjourned with respect to items (a) though (i) and (k) through (n) **to February 1,
        2008 at 11:00 a.m.**

9.    Interim Fee Requests.  Please refer to Exhibit 1, attached.

      Objection Deadline:   January 7, 2008 at 4:00 p.m.

      Objections Filed:

            a)      Debtors' Limited Objection to Interim Monthly Applications of Northwest
                    Trustee Services, Inc. for Compensation for Services Rendered and
                    Reimbursement of Expenses as Foreclosure Professionals to the Debtors-
                    in-Possession [D.I. 2605, 1/7/08]

                          i)      Notice of Filing of Exhibits [D.I. 2646, 1/9/08]

DB02:6482306.2                                                      066585.1001

b)    Limited Objection of the Official Committee of Unsecured Creditors to Northwest Trustee Services, Inc.'s Applications for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession [D.I. 2617, 1/7/08]

c)    Response of Official Committee of Unsecured Creditors to Debtors' First Interim Quarterly Fee Requests of Debtors' Professionals [D.I. 2618, 1/7/08]

e)    **AH Mortgage Acquisition Co., Inc.'s Statement and Reservation of Rights to Debtors' First Interim Quarterly Fee Requests of Debtors' Professionals Filed by AH Mortgage Acquisition Co., Inc. [D.I. 2652, 1/10/08]**

f)    **AH Mortgage Acquisition Co., Inc.'s Statement *and* Reservation of Rights to Northwest Trustee Services, Inc.'s Applications for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession [D.I. 2653, 1/10/08]**

Related Document:

d)    Certificate of No Objection with respect to the Third Monthly Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period of October 1, 2007 through October 31, 2007 [D.I. 2631, 1/8/08]

Status: The Debtors have been advised that the Purchaser will be filing a statement and reservation of rights to the interim fee requests of foreclosure professionals and Northwest Trustee Services, Inc. The interim fee request of Northwest Trustee Services, Inc. will be adjourned to February 1, 2008 at 11:00 a.m. The remainder of the interim fee requests will be going forward.

DB02:6482306.2                                    066585.1001

10.    Motion for an Order Authorizing and Approving (I) the Debtors' Employment and
       Retention of DoveBid, Inc. as Auctioneer; (II) the Terms of Compensation to DoveBid;
       (III) A Waiver of Local Rule 2016-2(d); and (IV) Procedures for DoveBid's Sale of
       Assets Pursuant to the DoveBid Agreement and the Auction Procedures [D.I. 2477,
       12/21/07]

       Objection Deadline:    January 7, 2008 at 4:00 p.m.

       Related Document:

            a)    Notice of Filing of Agreement for the Provision of Asset Disposition
                  Services [D.I. 2634, 1/8/08]

       Objections Filed:

            b)    Maricopa County Treasurer's Objection to Debtors' Motion for an Order
                  Authorizing and Approving (I) the Debtors' Employment and Retention of
                  DoveBid, Inc. as Auctioneer; (II) the Terms of Compensation to DoveBid;
                  (III) a Waiver of Local Rule 2016-2(d); and (IV) Procedures for
                  DoveBid's Sale of Assets Pursuant to the DoveBid Agreement and the
                  Auction Procedures [D.I. 2599, 1/7/08]

       Status: The Debtors are attempting to resolve the issue raised in the objection prior to the
              hearing. This matter will be going forward.

11.    Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Approving
       Payment of Expense Reimbursement; (III) Scheduling a Hearing to Consider Sale of
       Certain Non-Performing Loans; (IV) Approving Form and Manner of Notice Thereof;
       and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of Non-Performing
       Loans Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II)
       Authorizing and Approving Sale Agreement Thereto; (III) Authorizing the Distribution
       of the Proceeds; and (IV) Granting Related Relief [D.I. 2490, 12/22/07]

       Objection Deadline to Sale Procedures:    January 7, 2008 at 4:00 p.m., extended for
                                                 JPMorgan Chase to January 10, 2008 at
                                                 10:00 a.m., extensions for Bank of America
                                                 and the U.S. Trustee to January 11, 2008 at
                                                 12:00 p.m. have been approved by the
                                                 Court.

Objections Filed:

    **a)**    **Objection of the U.S. Trustee to the Motion of the Debtors for an Order: (I) Approving Sale Procedures, (II) Approving Payment of Expense Reimbursement, (III) Scheduling a Hearing to Consider Sale of Certain Non-Performing Loans, (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief [D.I. 2665, 1/11/08]**

Status: The Debtors have received informal comments from JPMorgan Chase Bank, N.A., Bank of America, the Official Committee of Unsecured Creditors and the U.S. Trustee, and the parties are attempting to resolve sale procedures issues prior to the hearing. **This matter will be adjourned to February 1, 2008 at 11:00 a.m.**

12.    CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2515, 12/27/07]

    Objection Deadline:    January 7, 2008 at 4:00 p.m., extended to January 9, 2008 at 12:00 p.m.

    Objections Filed:

    **a)**    Debtors' Objection to CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2635, 1/9/08]

Status: This matter will be going forward.

13.    Motion of the Debtors for Orders Pursuant to Sections 105, 107(b) and 363 of the Bankruptcy Code, and Bankruptcy Rules 2002 and 9018 Authorizing the Debtors to Undertake Certain Activities to Prepare for Consummation of the Previously-Approved Sale of Their Servicing Business [D.I. 2527, 12/27/07]

    Objection Deadline:    January 3, 2008 at 12:00 p.m., extended for the U.S. Trustee with respect to the request to approve the Employment Agreement

    Related Document:

    **a)**    Order Approving Motion of the Debtors for Orders Authorizing the Debtors to Undertake Certain Activities to Prepare for Consummation of the Previously-Approved Sale of Their Servicing Business [D.I. 2595, 1/4/08]

    Objections Filed:    None as of the filing of this agenda.

Status: An order has been entered that granted a portion of the relief requested in the Motion. The request for approval of the Employment Agreement and to file the Employment Agreement under seal will be going forward.

Dated: Wilmington, Delaware
January 11, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession