Requested and Prepared by:
FIRST AMERICAN TITLE/LENDERS ADV

When Recorded Mail To:
Five Star Service Corporation
1000 Technology Drive
MS-314
O'Fallon, MO 63368-2240

346 1851

Requestor:
TITLE COURT SERVICE INC
09/24/2007 14:10:18    T20070170948
Book/Instr: 20070924-0002810
Assignment    Page Count: 1
Fees: $14.00    N/C Fee: $25.00

Debbie Conway
Clark County Recorder

SPACE ABOVE THIS LINE FOR RECORDER'S USE

Loan No.: 0012294214   Investor No.
TS No: 07-72349-N           APN: 163-24-714-107

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned corporation hereby grants, assigns, and transfers to:
**CITIMORTGAGE, INC.**
all beneficial interest under that certain Deed of Trust dated: **02/18/2006** executed by **HOVSEP SOGOMONIAN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY**, as Trustor(s), to **NEVADA TITLE COMPANY**, as Trustee, and recorded as Instrument No. 0000442, on 02/28/2006, in Book 20060228, Page    of Official Records, in the office of the County Recorder of **Clark County, Nevada**, describing land therein as: More fully described on said Deed of Trust

together with the Promissory Note secured by said Deed of Trust and also all rights accrued or to accrue under said Deed of Trust.

Date: 09/20/07

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

_____
CINDY CONSTANTINO, VICE PRESIDENT

State of MISSOURI } ss.
County of ST CHARLES }

On 9/20/2007 before me, BRANDON D. LEWIS Notary Public, personally appeared CINDY CONSTANTINO, VICE PRESIDENT personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature _____ (Seal)
BRANDON D. LEWIS

BRANDON D. LEWIS
Notary Public - Notary Seal
State of Missouri
Lincoln County
Commission Expires Oct. 4, 2010