# EAGLE TSG FORECLOSURE TITLE POLICY
# AND
# COMMITMENT FOR TITLE INSURANCE

## FORECLOSURE TITLE POLICY

UPON PAYMENT OF THE PREMIUM AND SUBJECT TO THE EXCLUSIONS FROM COVERAGE, THE SCHEDULE OF EXCEPTIONS, CONDITIONS AND STIPULATIONS AND OTHER PROVISIONS OF THIS POLICY

*First American Title Insurance Company*

A FIRST AMERICAN CORPORATION, HEREIN CALLED THE COMPANY, INSURES, AS OF DATE OF POLICY, AGAINST ACTUAL MONETARY LOSS OR DAMAGE, NOT EXCEEDING THE LIABILITY AMOUNT SHOWN IN SCHEDULE A, SUSTAINED OR INCURRED BY THE INSURED BY REASON OF THE FOLLOWING COVERED RISKS:

**COVERED RISKS**

1. THE TITLE TO THE ESTATE OR INTEREST IN THE LAND DESCRIBED HEREIN BEING VESTED OTHER THAN AS SHOWN IN SCHEDULE A;

2. DEFECTS, LIENS AND ENCUMBRANCES AFFECTING THE TITLE;

3. INVALIDITY OF THE FORECLOSURE BASED UPON A PETITION FOR RELIEF FILED BY OR AGAINST THE VESTEE SHOWN IN SCHEDULE A, UNDER TITLE 11 UNITED STATES CODE (BANKRUPTCY) WITH THE CLERK OF ANY COURT OF COMPETENT JURISDICTION MORE THAN FIFTEEN (15) CALENDAR DAYS PRIOR TO DATE OF POLICY.

4. THE MORTGAGE SHOWN IN PARAGRAPH 9 OF SCHEDULE A NOT HAVING SUFFICIENT PRIORITY, AS A MATTER OF LAW, TO EXTINGUISH THE INTEREST OF THE VESTEE SHOWN IN PARAGRAPH 7 OF SCHEDULE A AND THE LIENS AND ENCUMBRANCES SHOWN AS EXCEPTION(S) IN PART III OF THE SCHEDULE OF EXCEPTIONS UPON COMPLETION OF A LAWFULLY CONDUCTED FORECLOSURE;

5. THE LAND IS NOT LOCATED IN THE AREA DESCRIBED IN PARAGRAPH 2 OF SCHEDULE B, PART III;

6. THE NAMES AND ADDRESSES OF PARTIES ENTITLED TO NOTICE OF FORECLOSURE PURSUANT TO APPLICABLE LAW BEING OTHER THAN AS SHOWN IN SCHEDULE B, PART I;

7. THE NAMES AND ADDRESSES OF FEDERAL, AND STATE AUTHORITIES ENTITLED TO NOTICE OF FORECLOSURE PURSUANT TO APPLICABLE LAW BEING OTHER THAN AS SHOWN IN SCHEDULE B, PART II; AND,

8. ANY OF THE NEWSPAPERS, IF LISTED, IN PARAGRAPH 1 OF SCHEDULE B, PART III FAILING TO QUALIFY AS A PUBLICATION FOR NOTICE OF THE FORECLOSURE PURSUANT TO APPLICABLE LAW.

THE COMPANY WILL ALSO PAY THE COSTS, ATTORNEYS' FEES AND EXPENSES INCURRED IN DEFENSE OF THE TITLE, AS INSURED, BUT ONLY TO THE EXTENT PROVIDED IN THE CONDITIONS AND STIPULATIONS.

By: TODD BRACHTENBACH
Assistant Secretary
PH: (925) 688-3288
FX: (877) 514-2930

*First American Title Insurance Company*

BY [signature] PRESIDENT

ATTEST [signature] SECRETARY

# SCHEDULE A

PREMIUM:   $ TBD                    POLICY AND COMMITMENT NO.:   3461851
                                                 YOUR REF. NO.:   07-72349-N

1. FORECLOSURE TITLE POLICY
   DATE OF POLICY:   SEPTEMBER 24, 2007        LIABILITY AMOUNT:   $ 133,000.00

2. FORECLOSURE TITLE POLICY
   INSURED:   FIVE STAR SERVICE CORPORATION, AS TRUSTEE

3. COMMITMENT
   PROPOSED INSURED:   CITIMORTGAGE, INC., AS BENEFICIARY

4. COMMITMENT DATE   SEPTEMBER 24, 2007   COMMITMENT AMOUNT:   $133,000.00

5. THE POLICY THE COMPANY IS COMMITTING TO ISSUE TO THE PROPOSED INSURED IS AN ALTA EAGLEEDGE™ HOMEOWNERS POLICY.

6. THE ESTATE OR INTEREST IN THE LAND WHICH IS COVERED BY THIS POLICY AND COMMITMENT IS:

   A CONDOMINIUM AS DEFINED BY THE PROVISIONS IN CHAPTERS 116 AND 117 OF THE NEVADA REVISED STATUTES, IN FEE

7. TITLE TO THE ESTATE OR INTEREST IN THE LAND IS VESTED IN:

   HOVSEP SOGOMONIAN, A MARRIED MAN, AS HIS SOLE AND SEPARATE PROPERTY

8. THE LAND REFERRED TO IN THIS POLICY AND COMMITMENT, IS SITUATED IN **CITY OF LAS VEGAS**, COUNTY OF **CLARK** STATE OF **NEVADA**, AND DESCRIBED IN EXHIBIT A.

9. MORTGAGE SUBJECT OF THE FORECLOSURE:

   A DEED OF TRUST TO SECURE AN ORIGINAL INDEBTEDNESS OF $133,000.00, AND ANY OTHER AMOUNTS OR OBLIGATIONS SECURED THEREBY, RECORDED FEBRUARY 28, 2006 IN BOOK 20060228 AS INSTRUMENT NO. 0000442 OF OFFICIAL RECORDS.
   DATED:          FEBRUARY 18, 2006.
   TRUSTOR:        HOVSEP SOGOMONIAN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY.
   TRUSTEE:        NEVADA TITLE COMPANY.
   BENEFICIARY:    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS NOMINEE FOR
   LENDER:         AMERICAN HOME MORTGAGE, A CORPORATION.

   NOTE 1: AN INSTRUMENT ENTITLED "ASSIGNMENT OF DEED OF TRUST", RELATING TO THE ABOVE MENTIONED DEED OF TRUST, WAS RECORDED 09/24/2007 IN BOOK 20070924 AS INSTRUMENT NO. 0002810 OF OFFICIAL RECORDS, EXECUTED BY MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. TO CITIMORTGAGE, INC.

   NOTE 2: A DOCUMENT RECORDED 09/24/2007 IN BOOK 20070924 AS INSTRUMENT NO. 0002811 OF OFFICIAL RECORDS PROVIDES THAT FIVE STAR SERVICE CORPORATION, A CALIFORNIA CORPORATION WAS SUBSTITUTED AS TRUSTEE UNDER THE DEED OF TRUST.

   NOTE 3: NOTICE OF DEFAULT RECORDED 09/24/2007 IN BOOK 20070924 AS INSTRUMENT NO. 0002812 OF OFFICIAL RECORDS.

# INFORMATION FOR TRUSTEE

## SCHEDULE B – PART I : 10-DAY MAILINGS

1. THE NAMES AND ADDRESSES OF THE TRUSTORS AND CURRENT OWNERS WHO ARE ENTITLED TO RECEIVE A COPY OF THE NOTICE OF DEFAULT AND NOTICE OF SALE, AS PROVIDED BY SECTION 107.080, SUBSECTION 3 OF THE NEVADA REVISED STATUTES; AND, THE NAMES AND ADDRESSES OF PERSONS WHO HAVE RECORDED REQUESTS, OR ARE ENTITLED TO RECEIVE A COPY OF THE NOTICE OF DEFAULT AND NOTICE OF SALE, AS PROVIDED BY SECTION 107.090, OF THE NEVADA REVISED STATUTES ARE:

> HOVSEP SOGOMONIAN
> 5415 WEST HARMON AVENUE, UNIT 2159
> LAS VEGAS NV 89103
> (TRUSTOR UNDER FCL DEED OF TRUST)
>
> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE
> P.O. BOX 2026
> FLINT MI 48501-2026
> (REGARDING ITEM #3)
>
> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE
> C/O AMERICAN HOME MORTGAGE
> 520 BROADHOLLOW ROAD
> MELVILLE NY 11747
> (REGARDING ITEM #3)
>
> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE
> C/O AMERICAN HOME MORTGAGE
> 538 BROADHOLLOW RD
> MELVILLE NY 11747
> (REGARDING ITEM #3)
>
> AMERICAN HOME MORTGAGE  C/O YOUNG, CONAWAY, STARGATT & TAYLOR THE BRANDYWINE BUILDING
> 1000 WEST STREET, 17TH FLOOR PO BOX 391
> WILMINGTON DE 19899-0391
> (REGARDING ITEM #3)
>
> OPULENCE CONDOMINIUM ASSOCIATION
> 3360 W SAHARA AVE #175
> LAS VEGAS NV 89102
> (HOMEOWNERS ASSOCIATION)
>
> HOVSEP SOGOMONIAN
> 120 MAYNARD ST
> GLENDALE CA 91205-1520
> (VESTEE)

IMPORTANT NOTICE REGARDING MILITARY STATUS:  ATTENTION IS CALLED TO THE SERVICEMEMBERS CIVIL RELIEF ACT WHICH CONTAINS INHIBITIONS AGAINST THE SALE OF THE LAND UNDER A MORTGAGE IF THE VESTEE IS ENTITLED TO THE BENEFITS OF THE ACT.

## SCHEDULE B – PART II : FEDERAL MAILINGS

2. ATTENTION IS CALLED TO THE FEDERAL TAX LIEN ACT OF 1966 (PUBLIC LAW 89-719) WHICH, AMONG OTHER THINGS, PROVIDES FOR THE GIVING OF WRITTEN NOTICE OF SALE IN A SPECIFIED MANNER TO THE SECRETARY OF TREASURY OR HIS DELEGATE AS A REQUIREMENT FOR THE DISCHARGE OR DIVESTMENT OF A FEDERAL TAX LIEN IN A NON-JUDICIAL SALE, AND ESTABLISHES WITH RESPECT TO SUCH LIEN A RIGHT IN THE UNITED STATES TO REDEEM THE PROPERTY WITHIN A PERIOD OF 120 DAYS FROM THE DATE OF ANY SUCH SALE:

NONE

## SCHEDULE B – PART III : NEWSPAPER, APN, ADDRESS

3. NEWSPAPERS QUALIFYING AS A PUBLICATION FOR NOTICE OF THE FORECLOSURE PURSUANT TO APPLICABLE LAW:

   NEVADA LEGAL NEWS
   516 SO. 4TH STREET
   LAS VEGAS, NV 89101
   (702) 382-2747
   PUBLISHED: DAILY

   LAS VEGAS SUN
   800 SO. VALLEY VIEW BLVD.
   LAS VEGAS, NV 89107
   (702) 385-3111
   PUBLISHED: DAILY

   LAS VEGAS REVIEW JOURNAL
   111 WEST BONANZA ROAD
   LAS VEGAS, NV 89101
   (702) 383-0211
   PUBLISHED: DAILY

   HENDERSON HOME NEWS
   2 COMMERCE CENTER DRIVE
   HENDERSON, NV 89014
   (702) 564-1881
   PUBLISHED: TUESDAY AND THURSDAY

   CLARK COUNTY LEGAL NEWS
   3301 S MALIBOU AVE
   PAHRUMP, NV 89048
   (775) 751-0190
   (775) 751-0191
   PUBLISHED: MONDAY

4. THE LAND REFERRED TO IN THIS POLICY IS LOCATED IN:     CITY OF LAS VEGAS

   IF NOT IN A CITY, JUDICIAL DISTRICT IN WHICH SAID LAND IS LOCATED: EIGHTH

   WITH AN ADDRESS OF:    5415 WEST HARMON AVENUE, UNIT 2159, LAS VEGAS, NV 89103

   ASSESSORS PARCEL OR TAX IDENTIFICATION NO.:     163-24-714-107

# EXHIBIT A

THE LAND IS SITUATED IN CITY OF LAS VEGAS, COUNTY OF CLARK STATE OF NEVADA, AND DESCRIBED AS FOLLOWS:

PARCEL ONE (1):

AN UNDIVIDED 1/20 INTEREST AS TENANTS IN COMMON IN AND TO PHASE 17 OF FINAL MAP OF KCN CONDOMINIUMS - PHASE 2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 62 OF PLATS, PAGE 41, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

EXCEPTING THEREFROM THE FOLLOWING:

ALL UNITS IN ALL RESIDENTIAL BUILDINGS AND DESIGNATED EXCLUSIVE USE EASEMENTS AS SHOWN ON THE CONDOMINIUM PLAT REFERRED TO ABOVE.

AND RESERVING THEREFROM THE RIGHT TO POSSESSION OF ALL THOSE AREAS DESIGNATED AS EXCLUSIVE USE EASEMENTS AS SHOWN UPON THE CONDOMINIUM PLAT REFERRED TO ABOVE.

AND FURTHER RESERVING THEREFROM FOR THE BENEFIT OF OWNERS IN FUTURE DEVELOPMENT, NON-EXCLUSIVE EASEMENTS ON, OVER AND UNDER THE COMMON ELEMENTS AS DEFINED AND SHOWN UPON THE CONDOMINIUM PLAN REFERRED TO ABOVE FOR INGRESS, EGRESS AND RECREATIONAL USE, SUBJECT TO THE TERMS AND AS MORE PARTICULARLY SET FORTH IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS RECORDED APRIL 27, 1994 IN BOOK 940427 AS DOCUMENT NO. 00940 AS THE SAME MAY BE AMENDED AND/OR SUPPLEMENTED, OF OFFICIAL RECORDS, EXCEPTING FROM THE COMMON AREA, ANY RESIDENTIAL BUILDINGS THEREON AND ANY PORTION THEREOF WHICH IS DESIGNATED AS EXCLUSIVE USE EASEMENTS.

PARCEL TWO (2):

LIVING UNIT TWO THOUSAND ONE HUNDRED FIFTY-NINE (2159) IN BUILDING 13 OF FINAL MAP OF KCN CONDOMINIUMS - PHASE 2, AS SHOWN ON MAP THEREOF ON FILE IN BOOK 62 OF PLATS, PAGE 41 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL THREE (3):

THE EXCLUSIVE RIGHT TO USE, POSSESSION AND OCCUPANCY OF THOSE PORTIONS OF PARCEL ONE (1) AND DESCRIBED ABOVE AS EXCLUSIVE USE EASEMENTS AND DEPICTED AS PARKING SPACE 13-1161 OF THE CONDOMINIUMS SUBDIVISION REFERRED TO ABOVE WHICH RIGHT IS APPURTENANT TO PARCELS ONE (1) AND TWO (2) ABOVE DESCRIBED.

PARCEL FOUR (4):

A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND RECREATIONAL USE ON, OVER AND UNDER THE COMMON ELEMENTS AND PRIVATE STREETS OF FINAL MAP OF KCN CONDOMINIUMS - PHASE 2, ON FILE IN BOOK 62 OF PLATS, PAGE 41 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, AND IN FUTURE UNITS, WHICH EASEMENT IS APPURTENANT TO PARCELS ONE (1), TWO (2) AND THREE (3) DESCRIBED ABOVE.

## SCHEDULE OF EXCEPTIONS

THIS FORECLOSURE TITLE POLICY DOES NOT AND THE POLICY THE COMPANY IS COMMITTING TO ISSUE IN SCHEDULE A WILL NOT INSURE AGAINST LOSS OR DAMAGE, AND THE COMPANY WILL NOT PAY COSTS, ATTORNEYS' FEES AND EXPENSES, WHICH ARISE BY REASON OF:

### PART I

1. ANY DISCREPANCIES OR CONFLICTS IN BOUNDARY LINES, ANY SHORTAGES IN AREA, OR ANY ENCROACHMENT OR OVERLAPPING OF IMPROVEMENTS.

2. ANY FACTS, RIGHTS, INTEREST OR CLAIMS WHICH ARE NOT SHOWN BY THE PUBLIC RECORDS BUT WHICH COULD BE ASCERTAINED BY AN ACCURATE SURVEY OF THE LAND OR BY MAKING INQUIRY OF PERSONS IN POSSESSION THEREOF.

3. EASEMENTS, LIENS OR ENCUMBRANCES OR CLAIMS THEREOF, WHICH ARE NOT SHOWN BY THE PUBLIC RECORDS.

4. ANY LIEN, OR RIGHT TO LIEN FOR SERVICES, LABOR OR MATERIAL IMPOSED BY LAW AND NOT SHOWN BY THE PUBLIC RECORDS.

5. COVENANTS, CONDITIONS AND RESTRICTIONS, IF ANY, SHOWN BY THE PUBLIC RECORDS.

6. EASEMENTS OR SERVITUDES, IF ANY, APPEARING IN THE PUBLIC RECORDS.

7. ANY LEASE, GRANT, EXCEPTION OR RESERVATION OF MINERAL RIGHTS APPEARING IN THE PUBLIC RECORDS.

8. ALL ASSESSMENTS AND TAXES NOT YET DUE AND PAYABLE AT DATE OF POLICY AND DATE OF COMMITMENT.

9. THE MORTGAGE DESCRIBED OR REFERRED TO IN PARAGRAPH 9 OF SCHEDULE A.

### PART II -ADDITIONAL EXCEPTIONS (SENIOR)

THE FOLLOWING ARE ALSO EXCEPTIONS TO COVERAGE IN THIS FORECLOSURE TITLE POLICY THAT HAVE PRIORITY OVER THE MORTGAGE AND WILL BE SHOWN IN THE SCHEDULE OF EXCEPTIONS IN THE POLICY THE COMPANY IS COMMITTING TO ISSUE IN PARAGRAPH 5 OF SCHEDULE A UPON COMPLETION OF A LAWFULLY CONDUCTED FORECLOSURE AND HAVING MET THE COMMITMENT REQUIREMENTS:

1. THOSE TAXES FOR THE FISCAL YEAR **JULY 1, 2007**, THROUGH **JUNE 30, 2008**, INCLUDING ANY SECURED PERSONAL PROPERTY TAXES COLLECTED BY THE COUNTY TREASURER.

TAX DISTRICT:           417.
PARCEL NO.:             163-24-714-107.
1ST INSTALLMENT DUE AUGUST 20, 2007:    **$277.49, PAID.**
2ND INSTALLMENT DUE OCTOBER 1, 2007:    **$277.50, OPEN.**
3RD INSTALLMENT DUE JANUARY 7, 2008:    **$277.50, OPEN.**
4TH INSTALLMENT DUE MARCH 3, 2008:      **$277.50, OPEN.**

EACH INSTALLMENT WILL BECOME DELINQUENT TEN (10) DAYS AFTER THE DUE DATE.

2. PROVISIONS OF THE ARTICLES OF INCORPORATION AND BY-LAWS OF THE **OPULENCE CONDOMINIUM ASSOCIATION**, AND ANY TAX, FEE, ASSESSMENTS OR CHARGES AS MAY BE LEVIED BY SAID ASSOCIATION.

## PART III -AFFECTED EXCEPTIONS (JUNIOR)

THE FOLLOWING ARE ALSO EXCEPTIONS TO COVERAGE IN THIS FORECLOSURE TITLE POLICY BUT WILL NOT BE SHOWN IN THE SCHEDULE OF EXCEPTIONS IN THE POLICY THE COMPANY IS COMMITTING TO ISSUE IN PARAGRAPH 5 OF SCHEDULE A UPON COMPLETION OF A LAWFULLY CONDUCTED FORECLOSURE AND HAVING MET THE COMMITMENT REQUIREMENTS:

3. A DEED OF TRUST TO SECURE AN ORIGINAL INDEBTEDNESS OF $57,000.00, AND ANY OTHER AMOUNTS OR OBLIGATIONS SECURED THEREBY, RECORDED FEBRUARY 28, 2006 IN BOOK 20060228 AS INSTRUMENT NO. 0000443 OF OFFICIAL RECORDS.

DATED: FEBRUARY 18, 2006.
TRUSTOR: HOVSEP SOGOMONIAN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY.
TRUSTEE: NEVADA TITLE COMPANY.
BENEFICIARY: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS NOMINEE FOR
LENDER: AMERICAN HOME MORTGAGE.

NOTE: SUBJECT TO THAT CERTAIN BANKRUPTCY AGAINST AMERICAN HOME MORTGAGE AS DEBTORS AND DEBTORS-IN-POSSESSION, FILED ON AUGUST 6, 2007 IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE, UNDER CHAPTER 11, CASE NUMBER 07-11047.

NOTE: PRIOR TO PROCEEDING WITH THIS FORECLOSURE, RELIEF FROM THE AUTOMATIC STAY SHOULD BE OBTAINED OR INFORMATION FROM THE BANKRUPT ENTITY THAT THE ABOVE MENTIONED LOAN IS NO LONGER PART OF THE BANKRUPTCY ESTATE SHOULD BE PROVIDED.