| ORDERED FOR | DEPT | DATE | FARVV REF NO. |
|---|---|---|---|
| Bulk Bulk | CL-HELOC | 9/6/2007 | 2422413 |

CitiFinancial Mortgage Company, Inc. BPO

SERVICE PERFORMED: Exterior

| CUST NAME | ACCT NUM | AGENT NAME | DIST FROM SUBJECT |
|---|---|---|---|
| HOVSEP SOGOMONIAN | 0770915179 | | 9.2 Miles |

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 5415 W HARMON AVE | LAS VEGAS | NV | 89103 |

DISCLOSURE:

QUALITY REVIEW REMARKS: QC: Sq.ft and lot size matches with Real Quest.

## VALUE INFO

| | VALUE (90-120 DAY) | RECOMMENDED LIST PRICE (90-120 DAY) | TYPICAL MARKETING TIME |
|---|---|---|---|
| AS-IS | $163,000 | $163,000 | 90-120 Days |
| AS-REPAIRED | $163,000 | $163,000 | 90-120 Days |

PREVIOUS BPO INFORMATION (If Applicable):

## LISTING (If Listed)

| LISTING BROKERAGE | LISTING AGENT | LISTING AGENT PHONE |
|---|---|---|
| | ADRINEH TAHMASIBIAN | 702-285-6518 |

| ORIGINAL LIST PRICE | CURRENT LIST PRICE | LISTED FROM | TO | LISTING FINANCE TERMS |
|---|---|---|---|---|
| $ | $190,000 | 09/04/2007 | unk | CONV |

LISTING COMMENTS:

## SUBJECT INFO
(All fields are required for both interior and exterior inspections)

| TYPE | STYLE | AGE | OVERALL CONDITION |
|---|---|---|---|
| Condo | T-Hous End | 10 | Good |

| SQ FEET ABOVE GROUND | | ROOMS/BEDS/BATHS | BASEMENT | |
|---|---|---|---|---|
| MAIN 1073 | UP | 4  2  2 | SQ FT | % FINISHED |

| LOT SIZE (ACRES) | GARAGE | ROOF CONDITION |
|---|---|---|
| .02 | 1 CAR Carport | Good |

| POOL | FIREPLACE | WATER | SEWER/SEPTIC | TYPE HEAT |
|---|---|---|---|---|
| None | | Public | Sewer | |

| SLIDE AREA? | No |
|---|---|
| FLOOD PLAIN? | No |
| EARTHQUAKE ZONE? | No |
| OBSERVED ENVIRONMENTAL ISSUES? | No |
| OBSERVED CASUALTY LOSS (FIRE)? | No |

EXTERIOR IMPROVEMENTS: NA

MOBILE HOME MAKE/MODEL/VIN (If Applicable):

EXTERIOR COMMENTS: LOOKS IN GOOD SHAPE

INTERIOR COMMENTS (Interior Orders):

## COND OF SUBJECT AND REPAIR ESTIMATES
(Describe required repairs and note approx costs. Do not detail interior repairs if you do not have interior access.)

### EXTERIOR

| DEBRIS REMOVAL | None | $ | SIDING/PAINT | None | $ |
|---|---|---|---|---|---|
| STRUCTURAL | None | $ | ROOF | None | $ |
| WINDOWS | None | $ | LANDSCAPING | None | $ |
| OUTBUILDINGS | None | $ | OTHER | None | $ |

EXTERIOR REPAIR COMMENTS: NONE NOTED

### INTERIOR

| CLEANING | | $ | STRUCTURE | | $ |
|---|---|---|---|---|---|
| PAINT | | $ | CARPETS/FLOORING | | $ |
| KITCHEN/APPLIANCES | | $ | BATHROOMS | | $ |
| UTILITIES | | $ | OTHER | | $ |

INTERIOR REPAIR COMMENTS:

REPAIR TOTAL $ 0

## EVIDENCE OF

| SETTLEMENT | DRY ROT | SOIL EROSION | WATER SEEPAGE | FOUNDATION/SLAB | LEAKING ROOF | FLOOR BUCKLING | STRUCTURAL DAMAGE |
|---|---|---|---|---|---|---|---|
| | No | No | | Yes | | | No |

MOLD/MILDEW: 
HOLD/MILDEW COMMENTS:

| ENCROACHMENTS (If Yes, See Subject Description and Condition Comments) | EASEMENTS (If Yes, See Subject Description and Condition Comments) |
|---|---|
| No | No |

## FURTHER INSPECTION OR REPORTS TO BE ORDERED

| TERMITE | Yes | WELL/SEPTIC | No | HEATING | Yes |
|---|---|---|---|---|---|
| ENGINEER | Yes | STRUCTURAL | | ROOF | Yes |
| OTHER | | | | | |

## ASSESSMENTS

| ANNUAL TAXES $ | PAID (YEAR) | DUE (YEAR) |
|---|---|---|
| 1,028 | 2007 | 2007 |

| MONTHLY ESTIMATE OF UTILITY COST $ | OTHER MONTHLY MAINTENANCE COSTS (SNOW REMOVAL, LAWN CARE, ETC) |
|---|---|
| 225 | |

### HOA INFO (If applicable)

| DUES $ | WHEN DUE AND PAYABLE | ARE THEY CURRENT? | AMENITIES |
|---|---|---|---|
| 150 | MONTHLY | Yes | CCRS/GATED |

| CONTACT | PHONE |
|---|---|
| UNKNOWN | |

ADDRESS:

PAGE 1 OF 2  FARVV. 2003
2422413

| REP NAME/FIRM/PHONE | | DATE |
|---|---|---|
| George Yocum | (702)498-6479 | 9/6/2007 |

| | | |
|---|---|---|
| ORDERED FOR<br>Bulk Bulk | DEPT<br>CL-HELOC | DATE 9/6/2007    FARVV REF NO. 2422413 |

## MARKETABILITY OF SUBJECT

**NEIGHBORHOOD COMMENTS** (Describe any locational factors, access to amenities or functional obsolescence that add or detract from the subject's marketability)
NICE NEIGHBORHOOD CLOSE TO ALL AMENITIES INCLUDING SCHOOLS AND SHOPPING

| WILL THE PROPERTY BECOME A PROBLEM FOR RESALE? Yes | WHY? BUYERS MARKET |
|---|---|
| FINANCING REQUIRED TO SELL SUBJECT Yes | SPECIAL FINANCING PROGRAMS AVAILABLE |
| INDICATE FINANCING SUBJECT WILL QUALIFY FOR | FHA/VA Yes    CONV Yes |

## MARKET CONDITIONS AND COMPETING LISTINGS
(Three listings are required — use most comparable available)

| NEIGHBORHOOD TREND IS: Declining | IS THERE A SEASONAL MARKET? No | EXPLAIN | | |
|---|---|---|---|---|
| | PRESENT NUMBER OF MARKET AREA LISTINGS 3 | | PRICE RANGE FROM $ 173,000 | TO $ |
| | PRESENT NUMBER OF COMPARABLE LISTINGS 3 | | PRICE RANGE FROM $ 173,000 | TO $ 194,900 |
| AVG MKT TIME UNSOLD LISTINGS 147 | TYPICAL RESALE INCENTIVES (CL COSTS, PTS, OWC, ETC) CLOSING COST | | | |
| AVG MKT TIME SOLD LISTINGS 163 | | | | |
| IS THERE NEW HOME CONSTRUCTION? No | PRICE RANGE AND DESCRIPTION OF SIMILAR MODELS | | | |

| | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 5225 W RENO AVE UNIT 128 | 0.76 | $ 173,000 | 99 | UP<br>MAIN 1070<br>BSMT<br>GLA 1,070 | TOT RMS 4<br>BDRMS 2<br>BATHS 2 | Good | 13 | .02 |
| | EQUAL | | | | | | | | |
| 2 | 5225 W RENO AVE UNIT 131 | 0.76 | $ 174,500 | 5 | UP<br>MAIN 1070<br>BSMT<br>GLA 1,070 | TOT RMS 4<br>BDRMS 2<br>BATHS 2 | Good | 13 | .02 |
| | EQUAL | | | | | | | | |
| 3 | 5415 W HARMON AVE UNIT 2088 | .01 | $ 194,900 | 60 | UP<br>MAIN 1073<br>BSMT<br>GLA 1,073 | TOT RMS 4<br>BDRMS 2<br>BATHS 2 | Good | 11 | .02 |
| | EQUAL | | | | | | | | |

## SOLD COMPS SUPPORTING YOUR VALUE
(Three are required — use most comparable available)

| | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 5225 W RENO AVE UNIT 211<br>SALE DATE 08/31/2007 | 0.76 | LIST $ 170,000<br>SALE $ 165,000 | 41 | UP<br>MAIN 1070<br>BSMT<br>GLA 1,070 | TOT RMS 4<br>BDRMS 2<br>BATHS 2 | Good | 13 | .02<br>DATA SOURCE MLS |
| | EQUAL | | | | | | | | |
| 2 | 5155 W TROPICANA AVE<br>SALE DATE 08/20/2007 | 0.53 | LIST $ 189,999<br>SALE $ 169,000 | 143 | UP<br>MAIN 1063<br>BSMT<br>GLA 1,063 | TOT RMS 4<br>BDRMS 2<br>BATHS 2 | Good | 14 | .02<br>DATA SOURCE MLS |
| | EQUAL | | | | | | | | |
| 3 | 5415 W HARMON AVE UNIT 1132<br>SALE DATE 08/07/2007 | .02 | LIST $ 199,000<br>SALE $ 162,224 | 110 | UP<br>MAIN 1073<br>BSMT<br>GLA 1,073 | TOT RMS 4<br>BDRMS 2<br>BATHS 2 | Good | 11 | .02<br>DATA SOURCE MLS |
| | EQUAL | | | | | | | | |

## BPO ADDENDUM

| PROPERTY TYPE Condo | STYLE T-Hous End | OCCUPANT'S NAME (IF KNOWN) | OCCUPANCY STATUS Occupied By Unknown |
|---|---|---|---|

**1. WHAT MORTGAGE PROGRAMS WILL AID IN THE SALE OF THE SUBJECT? PLEASE BE SPECIFIC AS TO RATES, TERMS, CONDITIONS, AND COSTS INVOLVED.**

**2. WHAT MARKET CONDITIONS, TRENDS AND/OR COMPETITION WILL AFFECT THE SALE OF THE SUBJECT?**

| CURR MKT CONDITIONS Depressed | EMPLOYMENT CONDITIONS Stable | PROPERTY VALUES Declining | PREDOMINANT OCCUPANCY Owner | VACANCY RATE 5 to 10% | REO/BOARDED 5 to 10% | VANDALISM RISK Minimal |
|---|---|---|---|---|---|---|

**3. OUTLINE THE MARKETING STRATEGIES NEEDED TO SELL THE SUBJECT (INCL SUGGESTED LIST PRICE, TYPES OF REPAIRS AND COSTS, IF ANY, AND FINANCING INCENTIVES NEEDED):**

| AS-IS: BUYERS MARKET | AS-REPAIRED: NONE NOTED |
|---|---|

**4. PLEASE PROJECT THE CLOSING COSTS AND SALES PRICE PER YOUR RECOMMENDED STRATEGY:**

| COMMISSION PERCENT | COMMISSION AMOUNT | TITLE INSURANCE | LEGAL/ESCROW | RECORDING/TRANSFER | PROPERTY TAXES | ASSESSMENTS |
|---|---|---|---|---|---|---|
| 6 % | $ 9,780 | $ 882 | $ 945 | $ 1,248 | $ 1,028 | $ 0 |

| REP NAME/FIRM/PHONE George Yocum | (702)498-6479 | DATE 9/6/2007 |
|---|---|---|


First American Residential Value View | Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0770915179 | 090602JB | 2422413 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| HOVSEP SOGOMONIAN | 5415 W HARMON AVE | LAS VEGAS, NV 89103 |

Subject Front



Subject House Number



Subject – Other

sign





**First American Residential Value View** — Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0770915179 | 090602JB | 2422413 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| HOVSEP SOGOMONIAN | 5415 W HARMON AVE | LAS VEGAS, NV 89103 |

Street View



Sold 1 (5225 W RENO AVE UNIT 211)



Sold 2 (5155 W TROPICANA AVE)



Account #: 0770915179    Tracking #: 090602JB



Photos

| ACCOUNT NUMBER 0770915179 | TRACKING NUMBER 090602JB | | FARVV ORDER NO. 2422413 |
|---|---|---|---|
| NAME HOVSEP SOGOMONIAN | ADDRESS 5415 W HARMON AVE | CITY, STATE, ZIP LAS VEGAS, NV 89103 | |

Sold 3 (5415 W HARMON AVE UNIT 1132)

