2

Requested and Prepared by:
FIRST AMERICAN TITLE/LENDERS ADV

When Recorded Mail To:
Five Star Service Corporation
1000 Technology Drive
MS-314
O'Fallon, MO 63368-2240

Stanislaus, County Recorder
Lee Lundrigan Co Recorder Office
DOC- 2007-0133349-00
Acct 403-Mail Documents
Tuesday, OCT 30, 2007 09:51:35
Ttl Pd    $9.00    Nbr-0002430820
                   OHK/R3/1-1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

Loan No.: 0770851633 Investor No.
TS No: 07-72634

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned corporation hereby grants, assigns, and transfers to:
**CITIMORTGAGE, INC.**
all beneficial interest under that certain Deed of Trust dated: 02/05/2007 executed by **MICHAEL DIENER, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY**, as Trustor(s), to **NORTH AMERICAN TITLE COMPANY**, as Trustee, and recorded as Instrument No. 200718561, on 02/13/2007, in Book , Page of Official Records, in the office of the County Recorder of **Stanislaus County, California**, describing land therein as: More fully described on said Deed of Trust

together with the Promissory Note secured by said Deed of Trust and also all rights accrued or to accrue under said Deed of Trust.

Date: 10/26/2007

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

_____
CINDY CONSTANTINO, VICE PRESIDENT

State of MISSOURI } ss.
County of ST CHARLES }

On 10/26/2007 before me, BRANDON D. LEWIS Notary Public, personally appeared CINDY CONSTANTINO, VICE PRESIDENT personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature _____ (Seal)
BRANDON D. LEWIS

BRANDON D. LEWIS
Notary Public - Notary Seal
State of Missouri
Lincoln County
Commission Expires Oct. 4, 2010