Country Wide Valuations

**Freddie Mac**

**BROKER'S PRICE OPINION**

RECEIVED NOV 07 2007 By_____

Loan #: 770851633

| | | |
|---|---|---|
| Exterior/Curb Side ☒ | Inspection Date: 11-2-07 | |
| Interior ☐ | | |
| Interior Access Denied ☐ | Reason: Referral Dept | |

| BPO Firm Name: Harmony Homes | Agent: Don Nusser | Phone: 20-521-5200 |
|---|---|---|
| Property Address: 2344 St Pauls Way | | Unit #: |
| City: Modesto | County: Stanislaus | State: Ca | Zip: 95355 |
| Is property currently listed with a real estate firm? ☐ Yes ☒ No | Name of Listing Agent/Firm: | Agent Phone |

Property Type ☐ Townhouse ☒ SFD ☐ 2 Fam ☐ 3 Fam ☐ 4 Fam ☐ Condo  Condo Assn Fee/month: $

Occupant: ☐ Owner ☐ Tenant ☒ Vacant  Home Owner's Name: Diener, Michael

**Estimate of repairs needed to obtain current FMV for subject property**

| Interior: | | | Exterior: | |
|---|---|---|---|---|
| Painting | $ | | Painting | $0 |
| Structural | $ | | Structural | $0 |
| Appliances | $ | | Landscaping | $0 |
| Utilities | $ | | Roof | $0 |
| Carpet/Floors | $ | | Windows | $0 |
| Others | $ | | Others | $0 |

Cleaning/Trash Removal $ _____    Do you recommend repairs? ☐ Yes ☒ No

Repair Totals: $ 0

Overall Property Condition: ☐ Excellent ☒ Good ☐ Fair ☐ Poor ☐ Inferior
Are there any items that require IMMEDIATE attention/action? ☐ Yes ☒ No
Title/Legal issues? ☐ Yes ☒ No. Do any environmental issues affect the value of the property? ☐ Yes ☒ No
If Yes to any of the above, please explain:

| | | |
|---|---|---|
| Property Values: ☐ Increasing ☐ Stable ☒ Declining | Predominant Occupancy: | ☒ Owner ☐ Tenant |
| Marketing Time: ☐ Under 3 M ☒ 3-6 M ☐ Over 6 M | Vacancy Rate: ☒ 0-5% ☐ 5-10% ☐ 10-20% ☐ 20+% |
| No. of Active Listings in Neighborhood: ___ | Price Range of Listings in Neighborhood From $358000 To $585000 |

COMMENTS:
Property should be aggressivly priced as there are 12 listings in a 1 mi radius of subject property.
Stanislaus, San Joaquin and Merced Counties lead the nation in highest foreclosure rates.

**VALUE ESTIMATION**

| Probable Sale Prices | 90-Day Marketing time | 120-Day Marketing Time | 180-Day Marketing Time |
|---|---|---|---|
| As-Is | 376000 | 371000 | 366000 |
| As Repaired | 376000 | 371000 | 366000 |

Property Should Be Listed: ☒ As-Is ☐ As Repaired
Anticipated Seller-Paid Financing Costs: 3760
COMMENTS:

ATTACH INTERIOR AND EXTERIOR PHOTOGRAPHS OF SUBJECT PROPERTY WITH EMAIL OF THIS FORM.

PREPARED BY: Don Nusser                    Date: 11-5-07
                 Signature

Country Wide Valuations

| Freddie Mac | | BROKER'S PRICE OPINION | | | | | | |
|---|---|---|---|---|---|---|---|---|

| COMPETITIVE LISTINGS ||||||||| 
|---|---|---|---|---|---|---|---|---|
| ITEM | SUBJECT || COMPARABLE NO. 1 ||| COMPARABLE NO. 2 || COMPARABLE NO. 3 ||
| Address | 2344 St Pauls Way || 2521 Acapulco Way ||| 3637 Acapulco Way || 2537 Beafort Dr ||
| Proximity to Subject | SUBJECT || .2 ||| .2 || .4 ||
| Current List Price | N/A || 374900 ||| 379000 || 450000 ||
| Current List Date | N/A || 11-5-07 ||| 11-5-07 || 11-5-07 ||
| Original List Price | N/A || 380900 ||| 385000 || 450000 ||
| Original List Date | N/A || 10-3-7 ||| 10-18-07 || 10-11-07 ||
| VALUE ADJUSTMENTS (Use the following codes for adjustments: S = Superior  E = Equal  I = Inferior  U = Unknown) |||||||||
| DESCRIPTION | DESCRIPTION || DESCRIPTION || ADJ | DESCRIPTION | ADJ | DESCRIPTION | ADJ |
| Above Grade | Total # Rms | 9 | Total # Rms | 9 | E | Total # Rms  9 | E | Total # Rms  9 | E |
| Room Count | Bdrms | 4 | Bdrms | 4 | E | Bdrms  4 | E | Bedrms  4 | E |
|  | Baths | 3 | Baths | 3 | E | Baths  3 | E | Baths  3 | E |
| Gross Living Area | 2978 | Sq Ft | 2956 | Sq Ft | E | 2800  Sq Ft | I | 2890  Sq Ft | E |
| Location | good || good || E | good | E | good | E |
| Site/Lot Size | .133 || .133 || E | .133 | E | .14 | E |
| Design & Appeal | contemp || contemp || E | contemp | E | contemp | E |
| Age (Number of Yrs) | 1 || 2 || E | 1 | E | 2 | E |
| Overall Condition | good || good || E | good | E | good | E |
| Garage/Carport | 2 car att || 3 car att || S | 3 car att | S | 3 car att | S |
| Porch, Patio, Deck, Pool, Fence | fenced || fenced || E | fenced | E | fenced | E |
| Overall Rating/Est $ Value of Adjustments | || || E |  | E |  | E |
| Indicate property most comparable to subject. Check 1. | ☒ || ||  | ☐ |  | ☐ |  |
| COMMENTS: #1. Comp one is most comparable to subject for its size and characteristics. |||||||||
| #2. All comps listed are best suitable for this subject for its size and location |||||||||
| #3. All comps listed are best suitable for this subject for its size and location |||||||||

| CLOSED SALES |||||||||
|---|---|---|---|---|---|---|---|---|
| ITEM | SUBJECT || COMPARABLE NO. 1 ||| COMPARABLE NO. 2 || COMPARABLE NO. 3 ||
| Address | 2344 ST Pauls Way || 3153 Elyse Ct ||| 3213 Coville Ct || 2317 Paper Bark Ct ||
| Proximity to Subject | SUBJECT || .2 ||| .1 || .3 ||
| Original List Price | N/A || 439900 ||| 399900 || 525000 ||
| List Price When Sold | N/A || 379900 ||| 399900 || 519500 ||
| Sale Price | N/A || 340000 ||| 361200 || 500000 ||
| Sale Date | N/A || 08-10-07 ||| 08-31-07 || 05-10-07 ||
| Days on Market | N/A || 131 ||| 86 || 50 ||
| VALUE ADJUSTMENTS (Use the following codes for adjustments: S = Superior  E = Equal  I = Inferior  U = Unknown) |||||||||
| DESCRIPTION | DESCRIPTION || DESCRIPTION || ADJ | DESCRIPTION | ADJ | DESCRIPTION | ADJ |
| Above Grade | Total # Rms | 9 | Total # Rms | 9 | E | Total # Rms  9 | E | Total # Rms  9 | E |
| Room Count | Bdrms | 4 | Bdrms | 4 | E | Bdrms  4 | E | Bedrms  4 | E |
|  | Baths | 3 | Baths | 3 | E | Baths  3 | E | Baths  3 | E |
| Gross Living Area | 2978 | Sq Ft | 2660 | Sq Ft | I | 2693  Sq Ft | I | 2895  Sq Ft | E |
| Sales or Financing Concessions | 0 || 0 || E | 0 | E | 0 | E |
| Location | good || good || E | good | E | good | E |
| Site/Lot Size | .133 || .15 || E | .128 | E | .135 | E |
| Landscaping | good || good || E | good | E | good | E |
| Design & Appeal | contemp || contemp || E | contemp | E | contemp | E |
| Age (Number of Yrs) | 1 || 2 || E | 2 | E | 5 | E |
| Overall Condition | good || good || E | good | E | good | E |
| Garage/Carport | 2 car att || 3 car att || S | 2 car att | E | 3 car att | S |
| Porch, Patio, Deck, Pool, Fence | fenced || fenced || E | fenced | E | fenced | E |
| Overall Rating/Est $ Value of Adjustments | || +31000 || I | +9800 | I | -229000 | S |
| Indicate property most comparable to subject. Check 1. | ☐ || ||  | ☒ |  | ☐ |  |
| COMMENTS: |||||||||
| #1. All comps listed are best suitable for this subject for its size and location. All comps offer good curb appeal |||||||||
| #2. Comp 2 is most comparable to subject for its age and characteristics. |||||||||
| #3. All comps listed are best suitable for this subject for its size and location. All comps offer good curb appeal |||||||||

Freddie Mac Form 1092    Page 2 of 2

