UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | CASE NO. 07-11047 (CSS) |
| | (Jointly Administered) |
| Debtors. / | |
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE SERVICING, INC., | CASE NO. 07-11050 (CSS) |
| Debtor. / | |

## PALM BEACH COUNTY TAX COLLECTOR'S
## WITHDRAWAL OF CLAIM NO. 2091

ANNE M. GANNON, Tax Collector, Palm Beach County ("Tax Collector") files this withdrawal of her Claim No. 2091 filed in the above-referenced matter for 2007 real estate taxes on parcel control number 73-41-44-03-11-001-0190. The taxes were paid on January 7, 2008.

Brian T. Hanlon, Esq.
Florida Bar No. 962562
Office of the Tax Collector
Post Office Box 3715
West Palm Beach, Florida 33402-3715
Telephone: (561) 355-2142
Fax: (561) 355-1110
Email: tc_legal_services@co.palm-beach.fl.us

By: /s/ Brian T. Hanlon
Agent and Attorney-in-Fact for Anne M. Gannon
Tax Collector, Palm Beach County

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Palm Beach County Tax Collector's Withdrawal of Claim No. 2091* has been provided this 8th day of January, 2008, by United States mail, postage prepaid, to **Young, Conaway, Stargatt & Taylor, LLP,** Attn: Pauline K. Morgan, Esq., Attorneys for Debtors, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801; and **EPIQ Bankruptcy Solutions, LLC,** Attn: American Home Mortgage Claims, Claims Agent, Post Office Box 5076, FDR Station, New York, New York 10150-5076.

Brian T. Hanlon, Esq.

N:\Legal Services\WIP\A\American Home Mortgage Holdings\Withdrawal of Claim No 2091.doc