IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE | : Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al.,[2] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Ref Docket Nos.: 220, 390, 843 & 2657 |

---

**ORDER APPROVING STIPULATION REGARDING, INTER ALIA, LEASE REJECTION, SURRENDER OF PREMISES AND ABANDONMENT OF PROPERTY (1601 TRAPELO ROAD, WALTHAM, MASSACHUSETTS)**

Upon consideration of the Stipulation Regarding, Inter Alia, Lease Rejection, Surrender of Premises and Abandonment of Property (1601 Trapelo Road, Waltham, Massachusetts) (the "Stipulation"), it is hereby

ORDERED that the Stipulation, a copy of which is annexed hereto as Exhibit A, is hereby approved in all respects; and it is further

ORDERED that the Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order and the Stipulation.

Dated: Wilmington, Delaware
1/14, 2008

Christopher S. Sontchi
United States Bankruptcy Judge

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

WASH1\4924282.1
DB02:6278342.3

066585.1001