UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x
In re:                                                               :   Chapter 11
                                                                     :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                               :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                   :
                                                                     :   Jointly Administered
    Debtors.                                                         :
                                                                     :   Ref. Docket No. ___
--------------------------------------------------------------------- x

## ORDER PURSUANT TO SECTION 327(a) AND 328(a) OF THE BANKRUPTCY CODE AUTHORIZING THE RETENTION AND EMPLOYMENT OF CB RICHARD ELLIS, INC. AS A REAL ESTATE BROKER, *NUNC PRO TUNC* TO JANUARY 10, 2008

Upon consideration of the application for an order authorizing the retention and employment of CB Richard Ellis, Inc. as a real estate broker, *nunc pro tunc* to January 10, 2008 (the "Application")[2], of the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having reviewed the Heilpern Declaration attached to the Application as Exhibit B; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that CBRE's retention and employment is necessary and is in the best interests of the Debtors, their estates and their creditors; and that CBRE is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] All capitalized terms not herein defined shall have the same meaning as ascribed to them in the Application.

Code; and that due and adequate notice of the Application having been given under the circumstances; and upon due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the Application is approved; and it is further

ORDERED, that the Debtors are authorized to retain and employ CBRE as their real estate broker under the terms substantially set forth in the Engagement Agreement; and it is further

ORDERED, that CBRE shall be compensated in accordance with the Engagement Agreement, sections 328, 330 and 331 of the Bankruptcy Code, such Federal Rules of Bankruptcy Procedure as may be applicable from time to time, the rules of this Court and such procedures as may be fixed by order of this Court; and it is further

ORDERED, that CBRE shall file interim and final fee applications for allowance of its compensation and expenses with respect to its services on behalf of the Debtors with the Court in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and orders of the Court; provided, however, that CBRE may submit time records in summary format which shall set forth a description of the services rendered by each of its professionals and the amount of time spent by each such individual in rendering services on behalf of the Debtor; and it is further

ORDERED, that this Court has and shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation and enforcement of this Order.

Dated:   February__, 2008
         Wilmington, Delaware

_____
Christopher S. Sontchi
United States Bankruptcy Judge