# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

## Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. | | |
| **Case Number:** | 07-11047-CSS | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, JANUARY 14, 2008 02:00 PM   CRT#6, 5TH FL. | | |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI | | |
| **Courtroom Clerk:** | DANIELLE GADSON | | |
| **Reporter / ECR:** | AL LUGANO | | |

### *Matters:*

1) Omnibus
   **R / M #:**   0 / 0

2) Fee Applications
   **R / M #:**   0 / 0

3) **ADV: 1-07-51741**
   **Wells Fargo, N.A., in its capacity as Se vs American Home Mortgage Investment Corp.**
   Pre-Trial
   **R / M #:**   0 / 0

### *Appearances:*

See attached sign-in sheet

### *Proceedings:*

Hearing Matters

Agenda Items:

7. Counsel to submit order under certification of counsel
8. Judge to approve w/o prejudice
9. Judge signed order
10. Judge signed order
11. Continued to 2/1/08
12. Counsel resolved, continued to 2/1/08
13. Judge signed order
Judge signed Order Authorizing the Abandonment and Destruction of Certain Duplicate Mortgage Loan files.
Judge signed Second Order Authorizing the Debtors to Undertake Certain Activities to Prepare for Consummation of the Previously-Approved Sale of Their Servicing Business