**SIGN-IN-SHEET**

**CASE NAME:** American Home
**CASE NO.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** January 14, 2008 @ 2:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Cory Falgowski | Reed Smith | Freddie Mac |
| Sean Beach | Young Conaway Stargatt & Taylor LLP | Debtors |
| Robert Brady | " | " |
| Matthew Lunn | " | " |
| Erin Edwards | " | " |
| John Dorsey | " | " |
| Brett Fallon | Morris James LLP | City Mortgage Inc |
| Adam Porter | Reilly Pozner & Bliss | " |
| David Hosein | The Hogan Firm | Victoria Cluthier |
| Laurie Selber Silverstein | Potter Anderson Corroon | Bank of America N.A. |
| Amanda M. Winfree | Ashby & Geddes | DB Structured Products |
| Victoria Counihan | Greenberg Traurig LLP | AH Mortgage Acquisition/WLR |
| Scott Frederick | " | " |
| Steven Stewart | " | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.