# SIGN-IN-SHEET

**CASE NAME:** American Home
**CASE NO.:** 07-11047 (CSS)
**COURTROOM LOCATION:** Courtroom 6
**DATE:** January 14, 2008 @ 2:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| William Chapman | Edwards Angell Palmer & Dodge | Countrywide |
| Kevin Mangan | Womble Carlyle Sandridge & Rice | Triad Guaranty Insurance Corp |
| Joe McMahon | US Trustee | |
| Bonnie Glantz Fatell | Blank Rome | Committee |
| Mark Indelicato | Hahn Hessen | " |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**