UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
In re:                                                   :  Chapter 11
                                                         :
AMERICAN HOME MORTGAGE                                   :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]       :
                                                         :  Jointly Administered
    Debtors.                                             :
                                                         :  **Ref. Docket Nos. 2527 & 2595**
------------------------------------------------------- x

### SECOND ORDER APPROVING MOTION OF THE DEBTORS FOR ORDERS PURSUANT TO SECTIONS 105, 107(b), AND 363 OF THE BANKRUPTCY CODE, AND BANKRUPTCY RULES 2002 AND 9018 AUTHORIZING THE DEBTORS TO UNDERTAKE CERTAIN ACTIVITIES TO PREPARE FOR CONSUMMATION OF THE PREVIOUSLY-APPROVED SALE OF THEIR SERVICING BUSINESS

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession, and upon consideration of the supporting papers and the files and records in these cases, and the Court having entered an order with respect to certain relief requested in the Motion [Docket No. 2595] and the Debtors having adjourned the hearing on the Employment Agreement; and upon the record presented at the hearing before the Court, and any objections to the Motion having been withdrawn or overruled on the merits, this Court finds and concludes that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334; (b) this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) venue of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] All capitalized terms not otherwise defined herein have the meanings ascribed in the Motion.

this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (d) the Debtors have established good business justification for the relief sought in the Motion and granted herein; (e) the terms and provisions of the Fifth Amendment, the Employment Agreement and the transactions authorized thereunder were entered into and made in good faith by all parties thereto; (f) the relief requested (as modified by this Order) is in the best interest of the Debtors, their estates, and their creditors; (g) the Debtors' entry into the Fifth Amendment is consistent with, and authorized by, the Sale Order and the APA; and (h) reasonable and adequate notice of the Motion was provided, and no further or other notice is necessary.

Based upon the above findings and conclusions, and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED** that the Motion is granted as provided herein;

**IT IS FURTHER ORDERED** that (a) the Sellers are authorized to enter into and perform all of their obligations under the Fifth Amendment, and that all such obligations shall constitute legal, valid and binding obligations of the Sellers enforceable in accordance with their respective terms and (b) the Sellers shall enter into the Fifth Amendment in substantially the form annexed hereto as Exhibit A;

**IT IS FURTHER ORDERED** that AHM Servicing is authorized to enter into and perform all of its obligations under the Employment Agreement, and that all such obligations shall constitute legal, valid and binding obligations of AHM Servicing enforceable in accordance with their respective terms, provided, however, that Section 8(b), with the exception of the last paragraph thereof (which paragraph, for the sake of clarity, is effective upon entry of this Order), is conditionally approved subject to the occurrence of (a) the Final Closing and (b) the assignment of the Employment Agreement to the Purchaser. In the event that the Final Closing

does not occur within one year less one day after the Effective Date (as defined in the Employment Agreement), AHM Servicing must obtain a further order from this Court on appropriate notice before making any payments under Section 8(b);

**IT IS FURTHER ORDERED** that in the event that this Order is hereafter reversed, stayed, modified or vacated by a subsequent order of this Court or any other court of competent jurisdiction, such reversal, stay, modification or vacatur shall not impair, release or affect the validity of any rights granted to the parties under the Fifth Amendment prior to the effective date of such reversal, stay, modification or vacatur;

**IT IS FURTHER ORDERED** that notwithstanding Bankruptcy Rules 6004(h), 6006(d), 7062, or 9014 of the Bankruptcy Rules or any other Bankruptcy Rule, or Rule 62(a) of the Federal Rules of Civil Procedure, this Order shall be immediately effective and enforceable upon its entry and there shall be no stay of execution or effectiveness of this Order;

**IT IS FURTHER ORDERED** that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion;

**IT IS FURTHER ORDERED** that this Court will retain jurisdiction regarding the interpretation, implementation, or all matters related to this Order.

Dated: Wilmington, Delaware
       January _14_, 2008

*Christopher S. Sontchi*
United States Bankruptcy Judge