IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
Debtors.                                                         :
                                                                 :
---------------------------------------------------------------- x   Ref. Docket No. 2395

## ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 554 AUTHORIZING THE ABANDONMENT AND DESTRUCTION OF CERTAIN DUPLICATE MORTGAGE LOAN FILES

Upon consideration of the Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses (the "Motion")[2] and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court finding good and sufficient cause to grant the Motion to the extent set forth herein, and good and adequate notice of the Motion having been given, it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

ORDERED that the Motion is granted to the extent set forth herein (and subject to the comments of the Court at the hearing on the motion) and it is further

ORDERED that the Debtors are authorized to immediately abandon and destroy only those Duplicate Hard Copy Loan Files for loans that the Debtors did not fund (the "Duplicate Withdrawn or Denied Loan Files") in a manner consistent with the standard set forth in 16 C.F.R. § 682.3(a) and shall be exempt from any other inconsistent federal or state laws or regulations, including with respect to the disposal or retention of non-public consumer information; and it is further

ORDERED that the Debtors may expend resources of the estate for the purposes of disposing of the Duplicate Withdrawn or Denied Loan Files; and it is further

ORDERED that any objections relating to the abandonment and destruction of Duplicate Withdrawn or Denied Loan Files are hereby overruled; and it is further

ORDERED that the remainder of the relief sought in the Motion is adjourned to February 1, 2008 at 11:00 AM (ET); and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this order.

Dated: January 14, 2008
Wilmington, Delaware

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge