# **EXHIBIT A**

DB02:5229464.1

066585.1001

**First Interim Fee Request of Young Conaway Stargatt & Taylor, LLP, Counsel to the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 8/6/07-8/31/07, 11/6/07, #1776 | 1,464,663.50 | 77,888.86 |
| 9/1/07-9/30/07, 11/16/07, #2068 | 1,869,288.50 | 91,455.66 |
| 10/1/07-10/31/07, 12/12/07, #2375 | 2,003,648.00 | 170,103.16 |
| Totals | 5,337,600.00 | 339,447.68 |

**First Interim Fee Request of Law Offices Of Alan Weinreb, PLLC, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 8/6/07-8/31/07, 11/2/07, #1770 | 5,100.00 | 7,218.00 |
| 9/1/07-9/30/07, 11/2/07, #1771 | 7,865.00 | 61,747.05 |
| 10/1/07- 10/31/07, 11/15/07, #2028 | 43,597.00 | 51,641.83 |
| Totals | 56,562.00 | 120,606.88 |

**First Interim Fee Request of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 8/6/07-8/31/07, 11/6/07, #1818 | 88,599.50 | 1,062.60 |
| 9/1/07-9/30/07, 11/13/07, #1987 | 80,618.50 | 1,108.65 |
| 10/1/07-10/31/07, 11/20/07, #2110 | 64,370.00 | 6,707.04 |
| Totals | 233,588.00 | 8,878.29 |

**First Interim Fee Application of Adorno & Yoss LLP, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 8/6/07-8/31/07, 11/16/07, #2069 | 73,192.50 | 72,330.74 |
| 9/1/07-9/30/07, 11/16/07, #2070 | 116,475.00 | 78,577.79 |
| 10/1/07-10/31/07, 11/16/07, #2071 | 122,307.50 | 87,978.54 |
| Totals | 311,975.00 | 238,887.07 |

**First Interim Fee Request of Cadwalader, Wickersham & Taft LLP, Special Counsel for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 8/6/07-10/31/07, 11/19/07, #2084 | 807,207.50 | 37,279.54 |
| Totals | 807,207.50 | 37,279.54 |

## First Interim Fee Request Of Allen & Overy, LLP, Special Counsel for the Debtors

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 9/7/07- 9/30/07, 11/30/07, #2241 | 172,200.50 | 188.27 |
| 10/1/07-10/31/07, 11/30/07 | 311,858.00 | 131,377.49 |
| TOTALS | 484,058.5 | 131,565.76 |

**First Interim Fee Request of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Litigation Counsel for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 8/10/07- 8/31/07, 11/21/07, #2141 | 217,865.00 | 1,404.26 |
| 9/1/07-9/30/07, 11/21/07, #2142 | 293,619.00 | 37,757.62 |
| 10/1/07-10/31/07, 12/4/07, #2277 | 497,748.00 | 36,429.13 |
| Totals | 1,009,232.00 | 75,591.01 |

**First Interim Fee Request of Weltman, Weinberg & Reis Co. LPA, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 8/6/07-8/31/07, 11/30/07, #2245 | 900.00 | 3,888.23 |
| 9/1/07-9/30/07, 11/30/07, #2246 | 62,245.00 | 117,045.38 |
| 10/1/07-10/31/07, 11/30/07, #2247 | 66,427.75 | 99,786.28 |
| Totals | 129,572.75 | 220,719.89 |

**First Interim Fee Request of Law Office of Daniel C. Consuegra, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 8/6/07-8/31/07, 12/4/07, #2278 | 3,875.00 | 5,159.00 |
| 9/1/07-9/30/07, 12/5/07, #2299 | 71,275.00 | 73,198.50 |
| 10/1/07-10/31/07, 12/13/07, #2381 | 53,050.00 | 58,664.32 |
| Totals | 128,200.00 | 137,021.82 |

**First Interim Fee Request of Milestone Advisors LLC, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 8/6/07-8/31/07, 12/7/07, #2316 | 167,741.94 | 67,661.78 |
| 9/1/07-9/30/07, 12/13/07, #2378 | 200,000.00 | 47,954.43 |
| Totals | 367,741.94 | 115,616.21 |

**First Interim Fee Request of Blank Rome LLP, Counsel to the Committee of Unsecured Creditors[2]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
| --- | --- | --- |
| 8/14/07-9/30/07, 12/3/07, #2254 | 194,724.50 | 10,296.24 |
| 10/1/07-10/31/07, 12/5/07, #2304 | 137,968.00 | 9,712.25 |
| Totals | 332,692.50 | 20,008.49 |

---

2 Blank Rome agreed to a voluntary reduction with respect to its fees in the amount of 10,440.00.

**First Interim Fee Request of Hahn & Hessen LLP, Counsel to the Committee of Unsecured Creditors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
| --- | --- | --- |
| 8/14/07-8/31/07, 11/30/07, #2243 and 2319 | 213,416.00 | 3,416.60 |
| 9/1/07-9/30/07, 12/5/07, #2303 | 347,084.50 | 10,120.65 |
| 10/1/07-10/31/07, 12/11/07, #2379 | 510,177.00 | 18,483.01 |
| Totals | 1,070,677.50 | 32,020.26 |

**First Interim Fee Request of BDO Seidman, LLP, Financial Advisor to the Committee of Unsecured Creditors[3]**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 8/14/07-10/31/07, 12/5/07, #2302 | 307,193.00 | 335.00 |
| Totals | 307,193.00 | 335.00 |

---

3 Pursuant to a verbal agreement with the Committee, BDO agreed to defer payment of any compensation over 300,000.00 incurred during the first three calendar months of the case until the end of the case at which time payment of such amount will be requested in a final application. Therefore, BDO will defer payment in the amount of 7,193.00 until the final application.