## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                    : Chapter 11
                                                          :
AMERICAN HOME MORTGAGE                                    : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]        :
                                                          : Jointly Administered
       Debtors.                                           :
                                                          : **Ref. Docket No. 2527**
---------------------------------------------------------- x

### ORDER AUTHORIZING THE DEBTORS TO FILE THE EMPLOYMENT AGREEMENT OF DAVID M. FRIEDMAN UNDER SEAL AS REQUESTED BY THE MOTION OF THE DEBTORS FOR ORDERS PURSUANT TO SECTIONS 105, 107(b), AND 363 OF THE BANKRUPTCY CODE, AND BANKRUPTCY RULES 2002 AND 9018 AUTHORIZING THE DEBTORS TO UNDERTAKE CERTAIN ACTIVITIES TO PREPARE FOR CONSUMMATION OF THE PREVIOUSLY-APPROVED SALE OF THEIR SERVICING BUSINESS

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession, pursuant to sections 105, 107(b) and 363 of the Bankruptcy Code and Bankruptcy Rule 9018, seeking authorization for, among other relief, the Debtors to file the Employment Agreement under seal; and the Court having determined that granting the relief requested in the motion with respect to the filing the Employment Agreement under seal is appropriate; and it appearing that due and adequate notice of the Motion has been given, and that

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] All capitalized terms not otherwise defined herein have the meanings ascribed in the Motion.

no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED** that the Motion is granted as modified herein with respect to the relief relating to filing the Employment Agreement under seal pursuant to section 107(b) of the Bankruptcy Code;

**IT IS FURTHER ORDERED** that the Employment Agreement shall remain under seal, confidential and not be made available to anyone, except for the Court, the office of the U.S. Trustee, counsel to the Committee, counsel to the Administrative Agent, the Purchaser, counsel to the Purchaser, and counsel to the DIP Lenders, or others (i) at the discretion of the Debtors, provided the Purchaser consents, (ii) at the sole discretion of the Purchaser, upon the occurrence of the Final Closing, or (iii) upon further order of the Bankruptcy Court;

**IT IS FURTHER ORDERED** that the office of the U.S. Trustee, counsel to the Committee, counsel to the Administrative Agent, the Purchaser, counsel to the Purchaser, and counsel to the DIP Lenders, shall keep confidential the Employment Agreement, provided, however, that upon the occurrence of the Final Closing, the Purchaser in its sole discretion may make the Employment Agreement available to others;

**IT IS FURTHER ORDERED** that nothing contained in this Order shall prejudice or otherwise affect the U.S. Trustee's right to seek to unseal the Employment Agreement by motion on appropriate notice in the event the Final Closing does not occur within one year less one day after the Effective Date (as defined in the Employment Agreement); provided, however, that the rights of all parties interest to object or otherwise contest such motion by the U.S. Trustee on any and all bases is reserved; and

**IT IS FURTHER ORDERED** that this Court will retain jurisdiction regarding the interpretation, implementation, or all matters related to this Order.

Dated: Wilmington, Delaware
January 14, 2008

Christopher S. Sontchi
United States Bankruptcy Judge