IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------------- x
In re:                                                                      :   Chapter 11
                                                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                      :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                             :
                                                                            :   Jointly Administered
        Debtors.                                                            :
--------------------------------------------------------------------------- x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

       ANGHARAD BOWDLER, being duly sworn, deposes and says:

       1.    I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

       2.    On September 11, 2007, I caused to be served true and correct copies of the following:

       a)    "Notice of Commencement of Chapter 11 Bankruptcy Cases, Meeting of Creditors and Fixing Certain Dates", dated August 27, 2007", ( the "341 Notice")

       b)    "Notice of Auction and Sale Hearing", dated August 14, 2007", (the "Sale Notice")

by causing true and correct copies of the 341 Notice and Sale Notice, enclosed securely in separate postage pre-paid envelopes, by first class mail to those parties listed on <u>Exhibit A</u> annexed hereto.

       3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                      /s/ Angharad Bowdler
                                      Angharad Bowdler

Sworn to before me this

13th day of September, 2007

/s/ Ross Matray
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 20 10

T:\Clients\AHM\Affidavits\341Ntc& Sale Ntc_aff 9-12-07.doc

# EXHIBIT "A"

| Claim Name | Address Information |
|---|---|
| 5 MILE CAPITAL | JOSEPH PISCINA,THREE STAMFORD PLAZA,301 TRESSER BLVD., 9TH FLOOR,STAMFORD, CT 06901 |
| ALLIED MORTGAGE GROUP | HOWARD KAYE,SVP REVERSE MTG. DIVISION,7 BALA AVENUE, STE. 108,BALA CYNWYD, PA 19004 |
| ANNALY | MICHAEL A.J. FARRELL, CHAIRMAN,CEO AND PRESIDENT,1211 AVE OF THE AMERICAS STE 2902,NEW YORK, NY 10036 |
| ASCENT HOME LOANS | JASON DOZOIS,6465 S. GREENWOOD PLAZA BLVD,., STE. 800,ENGLEWOOD, CO 80111 |
| BLACKSTONE | MATT KABAKER, PRINCIPAL,345 PARK AVENUE,NEW YORK, NY 10154 |
| BUCK-KENNETT ASSOCIATES | RICHARD KELLER, OWNER,3711 KENNETT PIKE,WILMINGTON, DE 19807 |
| CB RICHARD ELLIS | RICHARD KARSON,11150 SANTA MONICA BLVD., STE. 1600,LOS ANGELES, CA 90025 |
| CERBERUS | HOOTAN YAGHOOBZADEH,SENIOR VICE PRESIDENT,299 PARK AVE,NEW YORK, NY 10171 |
| CITIMORTGAGE | CARL E. LEVINSON, CEO,12855 NORTH OUTER FORTY DRIVE,SAINT LOUIS, MO 63141 |
| COUNTRYWIDE | TRACE MCKAY,4500 PARK GRANADA, MS CH-18,CALABASSAS, CA 91302-1613 |
| COUNTRYWIDE | CHRIS DALLAS,4500 PARK GRANADA, MS CH-18,CALABASAS, CA 91302-1613 |
| COUNTRYWIDE | BARRY L. PYLE, MANAGING DIRECTOR,4500 PARK GRANADA, MS CH-18,CALABASAS, CA 91320-1613 |
| EAST BIDWELL FOLSOM PARTNERS, LLC; | KNAGGS & LIV E BIDWELL MACKEY 814,VINCENT DUPAVILLON, VP,1107 9TH ST., 7TH FLOOR,SACRAMENTO, CA 95814 |
| EVERBANK | W. BLAKE WILSON,8100 NATIONS WAY,JACKSONVILLE, FL 32256 |
| F&T MORTGAGE | DANA LUCAS / R. FIALLO,7000 WISCONSIN AVENUE,CHEVY CHASE, MD 20815 |
| FIFTH THIRD BANK,JIM HENSLEY, VP | WHOLESALE DIVISIONS SALES MANAGER,FIFTH THIRD CENTER,38 FOUNTAIN SQUARE PL, 13TH FL,CINCINNATI, OH 45263 |
| FIRST MAGNUS FINANCIAL CORP | TAIB DEDIC,603 N. WILMOT,TUSCON, AZ 85711 |
| FLAGSTAR BANK | JENNIFER BARBAS,5151 CORPORATE DR.,TROY, MI 48098 |
| GLOBAL DIRECT SALES | SCOTT NASH,7824 CESSNA AVE.,GAITHERSBURG, MD 20879 |
| GMAC MORTGAGE | CHUCK HIERDAHL,45 EISENHOWER DR., 2ND FL.,PARAMUS, NJ 07652 |
| GMAC MORTGAGE | VEONDA GARDNER,45 EISENHOWER DR., 2ND FL.,PARAMUS, NJ 07652 |
| GOLDMAN SACHS | JIM KILMAN,85 BROAD ST.,NEW YORK, NY 01004 |
| HOMELOAN USA CORPORATION | JEFF ARNOLD, VP,2591 DALLAS PARKWAY, STE. 401,FRISCO, TX 75034 |
| INDYMAC | ASHWIN ADARKAR,155 NORTH LAKE AVE.,PASADENA, CA 91101 |
| JC FLOWERS | DAVID SCHAMIS,717 FIFTH AVE., 26TH FL,NEW YORK, NY 10022 |
| JC FLOWERS | MARK WINKELMAN,717 FIFTH AVE., 26TH FL,NEW YORK, NY 10022 |
| JP MORGAN CHASE | MIKE RAMPULLA, VP,270 PARK AVENUE, 10TH FLOOR,NEW YORK, NY 10017 |
| JP MORGAN CHASE | BRIAN BERNARD,270 PARK AVENUE, 10TH FLOOR,NEW YORK, NY 10017 |
| NEW WORLD MORTGAGE | RANDY THOMPSON,27455 TIERRA ALTA WAY STE B,TEMECULA, CA 92590 |
| PACIFIC REALTY | KATHY MINKS, PROPERTY MANAGER,880 N ST., STE. 303,ANCHORAGE, AK 99508 |
| PARK TOWNE CORPORATION | MICHAEL J. RING, DIRECTOR OF REAL,ESTATE SERVICES,402 GAMMON PLACE, STE. 300,MADISON, WI 53719 |
| PLATINUM EQUITIES | ROGER HOUSE, PRINCIPAL,360 NORTH CRESCENT DR.,BEVERLY HILLS, CA 90210 |
| POTOMAC MORTAGE CAPITAL, INC. | ROB MUSSEMAN, PRESIDENT & CEO,585 GROVE ST. STE. 350,HERNDON, VA 20170 |
| PROSPECT MORTGAGE | MARK FILLER,630 DUNDEE RD., STE 340,NORTHBROOK, IL 60062 |
| RESMAE | JACK MAYESH, CO-CEO,6 POINTE DR.,BREA, CA 92821 |
| ROSS MORTGAGE | TIM ROSS,27862 N. WOODWARD AVE.,ROYAL OAK, MI 48067 |
| ROSS MORTGAGE | KENNETH DARYL ROWLAND,/ CHRISTINA HALE,27862 N. WOODWARD AVE.,ROYAL OAK, MI 48067 |
| SUN CAPITAL | ROGER KROUSE, CO-CEO AND CO-FOUNDER,5200 TOWN CENTER CIRCLE, STE. 470,BOCA RATON, FL 33486 |
| SUN CAPITAL | MARC LEDER, CO-CEO AND CO-FOUNDER,5200 TOWN CENTER CIRCLE, STE. 470,BOCA RATON, FL 33486 |
| SUNTRUST | KYLE GRAY,901 SEMMES AVE.,RICHMOND, VA 23224 |
| SUNTRUST | RICHARD BLUMBERG,901 SEMMES AVE.,RICHMOND, VA 23224 |

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SUNTRUST, ARTHUR ALLEN | ROB PARDON, SVP,WHOLESALE DEPT,CORP REAL ESTATE MANAGEMENT,901 SEMMES AVE.,RICHMOND, VA 23224 |
| US MORTGAGE CORP. | MICHAEL J. MCGRATH, PRESIDENT & CEO,19D CHAPIN RD.,PINE BROOK, NJ 07058 |
| WACHOVIA | HELEN WESSLING, MANAGING DIRECTOR,ONE SOUTH BROAD STREET, 8TH FLOOR,PHILADELPHIA, PA 19107 |
| WARBURG PINCUS | SEAN CARNEY, MANAGING DIRECTOR,466 LEXINGTON AVE.,NEW YORK, NY 10017 |
| WELLS FARGO | RICHARD KOVACEVICH, PRESIDENT & CEO,6TH & MARQUETTE,MINNEAPOLIS, MN 55479 |
| WEST STAR MORTGAGE | GLEN PHILLIPS,NET BRANCH COORDINATOR,3350 COMMISSION COURT,WOODBRIDGE, VA 22192 |

**Total Creditor Count 47**