**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | Chapter 11 |
| AMERICAN HOME MORTGAGE, | Case No. 07-11047 (CSS) |
| Debtor. | |

## WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST TO BE REMOVED FROM MAILING MATRIX AND TO STOP ELECTRONIC NOTICES

PLEASE TAKE NOTICE that the undersigned hereby files this Withdrawal of Notice of Appearance and Request for Removal from Matrix and to Stop Electronic Notices, and requests that the name, mailing address and email address listed below be removed from the mailing matrix and from the Court's electronic system for this case.

Kelly W. Wright
Deputy Salt Lake District Attorney
2001 South State Street, S-3600
Salt Lake City, Utah  84190-1200
kwright@slco.org

RESPECTFULLY submitted this 15th day of January, 2008.

                                        /s/ Kelly W. Wright
                                        LOHRA L. MILLER, ESQ. (#06420)
                                        Salt Lake District Attorney
                                        KELLY W. WRIGHT
                                        Deputy Salt Lake District Attorney
                                        2001 South State Street, S-3600
                                        Salt Lake City, Utah  84190-1210
                                        Telephone:  (801) 468-3267
                                        Fax:  (801) 468-2646
                                        email:  KWright@slco.org
                                        *Counsel for Salt Lake County, Utah*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused the foregoing, WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR REMOVAL FROM MAILING MATRIX AND TO STOP ELECTRONIC NOTICES, to be filed electronically on the Delaware Bankruptcy Court's ECF system, which will be served via the electronic filing system to registered ECF users and by first class mail, postage prepaid, to the parties unable to receive electronic notice.

Dated:  January 15, 2008
    Salt Lake City, Utah

/s/Kelly W. Wright
LOHRA L. MILLER, ESQ. (#06420)
Salt Lake District Attorney
KELLY W. WRIGHT (5899)
Deputy Salt Lake District Attorney
2001 South State Street, S-3600
Salt Lake City, Utah  84190-1210
Telephone:  (801) 468-3267
Facsimile:   (801) 468-2646
*Counsel for Salt Lake County*