IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) <br> ) <br> AMERICAN HOME MORTGAGE ) <br> HOLDINGS, INC., a Delaware Corp., et al., ) <br> ) <br> Debtors. ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 07-11047 (CSS) <br> Jointly Administered <br><br> Motion No._____ <br> Objection Deadline: Feb. 4, 2008, 4:00 p.m. <br> Hearing Date: Feb. 14, 2008, 11:00 a.m. |

**NOTICE OF MOTION OF FIDELITY AND DEPOSIT COMPANY
OF MARYLAND, ITS AFFILIATES, PARENTS AND SUBSIDIARIES,
INCLUDING, BUT NOT LIMITED TO, ZURICH AMERICAN
INSURANCE COMPANY, FOR RELIEF FROM THE AUTOMATIC
STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

TO:   The Persons on the Attached Service List

Fidelity and Deposit Company of Maryland, its affiliates, parents, and subsidiaries, including but not limited to, Zurich American Insurance Company (together, "F & D"), has filed a Motion For Relief from Stay which seeks the following relief:

Modification of the automatic stay so that F & D may cancel the rider to the Financial Institution Select Bond agreement entered into between American Home Mortgage Investment Corporation and F & D.

A HEARING ON THE MOTION WILL BE HELD ON FEBRUARY 14, 2008, at 11:00 a.m.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached motion by February 4, 2008 at 4:00 p.m.

At the same time, you must also serve a copy of the response upon movant's attorney:

Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 S. 16th Street, 22nd Floor
Philadelphia, PA 19102
(215) 851-8400

{M0627853.1}

Ronald S. Gellert, Esquire<br>
Brya M. Keilson, Esquire<br>
Eckert Seamans Cherin & Mellott, LLC<br>
300 Delaware Avenue, Suite 1210<br>
Wilmington, DE 19801<br>
(302) 425-0430

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

Dated: January 15, 2008                             By: /s/ Brya M. Keilson
                                                                       Brya M. Keilson