IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) <br> ) <br> AMERICAN HOME MORTGAGE ) <br> HOLDINGS, INC., a Delaware Corp., et al., ) <br> ) <br> Debtors. ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 07-11047 (CSS) <br> Jointly Administered |

## ORDER OF COURT

AND NOW, this ____ day of _____, 200___, upon consideration of the foregoing Motion of Fidelity and Deposit Company of Maryland, its affiliates, parents and subsidiaries, as their interests may appear (together, "F&D") for Relief From the Automatic Stay (the "Motion"), and after appropriate notice and opportunity for a hearing, the Court finding good and just cause therefore and otherwise finding it just and proper, it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the automatic stay is modified to permit F&D to cancel Rider Number U-FIB-1008-B to Bond Number FIB 0006145-03 issued to American Home Mortgage Investment Corp., a debtor in the above-captioned proceedings.

Dated: Wilmington, Delaware
       February ___, 2008

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE