IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x

In re:                                                                          :    Chapter 11
                                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                           :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                                  :
                                                                                :    Jointly Administered
       Debtors.                                                                 :
------------------------------------------------------------------------ x    Ref. No. 1904

## CERTIFICATION OF COUNSEL TO APPLICATION RE: DOCKET NO. 1904

On November 8, 2007, Kroll Zolfo Cooper, LLC ("Kroll"), Restructuring

Specialists for the above-captioned debtors and debtors-in-possession (collectively, the

"Debtors"), filed its *Second Monthly Statement of Kroll Zolfo Cooper as Restructuring*

*Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and*

*Reimbursement of Expenses Incurred for the Period September 1, 2007 Through September 30,*

*2007* (the "Application") [*see* Docket No. 1904].  By the Application, Kroll sought approval of

$870,178.00 in fees (the "Fees") and $57,206.06 in expenses (the "Expenses") to be paid in

accordance with this Court's *Order Pursuant to Sections 105 and 363 of the Bankruptcy Code*

*Approving the Agreement with Kroll Zolfo Cooper, LLC, Stephen F. Cooper and Kevin Nystrom*

(the "Retention Order") [*see* Docket No. 606].  Objections to the relief requested in the

Application were due to be filed by November 28, 2007 (the "Objection Deadline").

Prior to the Objection Deadline, the United States Trustee in these cases (the "Trustee")

communicated informal objections to the relief requested in the Application.  With respect to the

Trustee's objection, Kroll has agreed to voluntarily reduce the requested Expenses by $2,015.93.

Based on this agreement, the Trustee has consented to the allowance of the Expenses in the

amount of $55,190.13 (the "Adjusted Expenses").  The Court's docket which was last updated

January 15, 2008, reflects that no objections to the Application have been filed.

Kroll is holding a $750,000 retainer which it will apply to the Fees.  Accordingly,

pursuant to the Retention Order the Debtors are now authorized to pay 100% of the Fees

($120,178 or $870,178.00 less $750,000) and 100% of the Adjusted Expenses ($55,190.13) on

an interim basis without further Court order.

Dated:  Wilmington, Delaware
        January 15, 2008

                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                        James L. Patton, Jr. (No. 2202)
                                        Joel A. Waite (No. 2925)
                                        Pauline K. Morgan (No. 3650)
                                        Sean M. Beach (No. 4070)
                                        Matthew B. Lunn (No. 4119)
                                        Margaret B. Whiteman (No. 4652)
                                        The Brandywine Building
                                        1000 West Street, 17th Floor
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 571-6600
                                        Facsimile: (302) 571-1253

                                        Counsel for Debtors and
                                        Debtors in Possession