EXHIBIT "A"

### AMERICAN HOME MORTGAGE
**Time Summary**
**November 1, 2007 to November 30, 2007**

| Professional | Category | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| DAVID E BERLINER | PARTNER | 52.4 | 575.00 | $30,130.00 |
| MARLENE H RABINOWITZ | PARTNER | 0.3 | 500.00 | 150.00 |
| MICHELE MICHAELIS | SENIOR MANAGER | 79.4 | 350.00 | 27,790.00 |
| HOWARD WEBER | SENIOR | 1.8 | 200.00 | 360.00 |
| NAUSHON E VANDERHOOP | SENIOR | 15.9 | 185.00 | 2,941.50 |
| MATTHEW J STEWART | STAFF | 35.9 | 185.00 | 6,641.50 |
| MIGDALIA MUFTUOGLU | PARA-PROF. | 8.0 | 150.00 | 1,200.00 |
| | **TOTAL:** | **193.7** | | **$69,213.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2007 to November 30, 2007

### A.    ACCOUNTS PAYABLE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/1/2007 | M.M. | Reviewed new Rabbi Trust information received. | 0.4 |
| 11/1/2007 | M.M. | Discussion with H. Weber re: Rabbi Trust information. | 0.4 |
| 11/1/2007 | M.M. | Revisited priority and insider information re: Rabbi Trust. | 0.3 |
| | | **TOTAL:** | **1.1** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 1.1 | 350.00 | 385.00 |
| **TOTAL:** | **1.1** | | **385.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2007 to November 30, 2007

**B.**     **ASSET SALE/AUCTION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/5/2007 | M.M. | Reviewed asset sale details for Service business previously received. | 1.4 |
| 11/5/2007 | M.M. | Reviewed status of asset sales and negotiations. | 0.3 |
| 11/6/2007 | D.B. | Prepared analysis of estimated recovery on sale of assets. | 1.7 |
| 11/6/2007 | M.M. | Updated and edited question list for Kroll re: asset recovery and servicing. | 0.9 |
| 11/7/2007 | M.M. | Prepared BDO summary for Schedule G servicing agreement. | 0.3 |
| 11/7/2007 | M.M. | Reviewed status of servicing business sale. | 0.7 |
| 11/7/2007 | M.M. | Reviewed work to be performed re: asset recovery summary. | 0.6 |
| 11/8/2007 | M.M. | Reviewed and analyzed sale of servicing business and cash flow issues. | 1.4 |
| 11/8/2007 | M.M. | Reviewed status of sale of miscellaneous assets and Committee call update. | 0.4 |
| 11/8/2007 | M.M. | Coordinated Service Business related fees. | 0.3 |
| 11/8/2007 | N.V. | Reviewed and prepared analysis of BDO fees related to the sale of Servicing Loans at request of M. Michaelis. | 1.1 |
| 11/9/2007 | D.B. | Reviewed miscellaneous asset sale procedures, motion and sent email comments to E. Schnitzer. | 0.4 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2007 to November 30, 2007

**B.      ASSET SALE/AUCTION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/9/2007 | D.B. | Reviewed computation of BDO fees related to sale of servicing business and discussed with M. Michaelis. | 0.7 |
| 11/9/2007 | D.B. | Email with potential purchasers re: construction loans. | 0.2 |
| 11/9/2007 | D.B. | Reviewed status of telephone call with Kroll re: asset recoveries. | 0.2 |
| 11/9/2007 | M.M. | Reviewed information to be prepared for Committee call on 11/14 re: sale of servicing business. | 0.6 |
| 11/9/2007 | M.M. | Reviewed loan sale documents. | 0.6 |
| 11/9/2007 | N.V. | Updated analysis of BDO fees related to the sale of Servicing Loans at request of M. Michaelis. | 0.8 |
| 11/12/2007 | M.M. | Reviewed correspondence from Counsel re: sales draft motions and asset values. | 0.3 |
| 11/12/2007 | M.S. | Conference call regarding loan sale plans. | 1.6 |
| 11/12/2007 | N.V. | Updated analysis of BDO fees related to the sale of Servicing Loans per comments provided by D. Berliner. | 0.4 |
| 11/13/2007 | M.M. | Reviewed summary schedule of Net Proceeds on Servicing Business Sale. | 0.6 |
| 11/13/2007 | M.S. | Created exhibits for Servicing loan sale price and contingency items. | 1.4 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2007 to November 30, 2007

**B.      ASSET SALE/AUCTION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/14/2007 | M.M. | Reviewed and edited fees associated with servicing business. | 0.9 |
| 11/14/2007 | N.V. | Updated analysis of BDO fees related to the sale of Servicing Loans at request of M. Michaelis. | 0.2 |
| 11/14/2007 | N.V. | Reviewed and prepared analysis of Trenwith fees related to the sale of Servicing Loans at request of M. Michaelis. | 1.1 |
| 11/14/2007 | N.V. | Updated analysis of Trenwith fees related to the sale of Servicing Loans at request of M. Michaelis. | 0.5 |
| 11/15/2007 | D.B. | Reviewed servicing business sale transaction estimate as of 11/13/07. | 0.2 |
| 11/15/2007 | M.M. | Reviewed status of servicing sale, memo edits and call with Committee. | 0.6 |
| 11/15/2007 | M.M. | Reviewed closing documents received. | 0.8 |
| 11/16/2007 | M.M. | Reviewed current articles re: loan sales. | 0.3 |
| 11/16/2007 | M.M. | Reviewed correspondence from counsel re: sale of Servicing business. | 0.4 |
| 11/16/2007 | M.M. | Reviewed and edited most recent recovery scheduled based on sales data received from Servicing bus resolution. | 0.3 |
| 11/20/2007 | M.M. | Reviewed final purchase summary and updated BDO summary. | 1.4 |

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### November 1, 2007 to November 30, 2007

**B.       ASSET SALE/AUCTION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/21/2007 | M.M. | Updated sale information notes. | 0.6 |
| 11/27/2007 | D.B. | Discussed sale of thrift bank issues and potential foreign buyers with J. Manning, Trenwith. | 0.3 |
| 11/27/2007 | M.M. | Reviewed status of sale of Thrift bank and other asset sales. | 0.4 |
| 11/27/2007 | M.M. | Reviewed status of work re: current Committee update to be prepared. | 0.8 |
| 11/27/2007 | M.S. | Updated and analyzed actual figures from servicing business sale. | 0.6 |
| 11/28/2007 | D.B. | Made several phone calls and emails with BDO partners re: sale of AHM bank and potential buyers. | 0.7 |
| 11/28/2007 | M.M. | Reviewed status of bank sale and other asset sale call. | 0.6 |
| 11/28/2007 | M.M. | Reviewed correspondence and asset recovery information. | 1.1 |
| 11/29/2007 | M.M. | Reviewed previously provided asset sale information. | 1.3 |
| 11/29/2007 | M.S. | Created servicing sale actual amount versus prior estimates and wrote up analysis of variances and changes from prior estimates. | 1.6 |
| 11/30/2007 | M.M. | Reviewed status of B of A construction loans. | 0.3 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2007 to November 30, 2007

**B.    ASSET SALE/AUCTION**

| Date | Name | Description | | Time |
|------|------|-------------|------|------|
| | | | **TOTAL:** | **31.9** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 4.4 | 575.00 | 2,530.00 |
| M. MICHAELIS (M.M.) | 18.2 | 350.00 | 6,370.00 |
| M. STEWART (M.S.) | 5.2 | 185.00 | 962.00 |
| N. VANDERHOOP (N.V.) | 4.1 | 185.00 | 758.50 |
| **TOTAL:** | **31.9** | | **10,620.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2007 to November 30, 2007**

**C.      MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/1/2007 | M.M. | Discussion with Kroll re: visits to location and KEIP issues. | 0.2 |
| 11/2/2007 | M.M. | Correspondence with Kroll and Counsel re: fees and budget. | 0.2 |
| 11/5/2007 | D.B. | Telephone call with K. Nystrom re: KEIP and current issues. | 0.2 |
| 11/5/2007 | M.M. | Discussion with Kroll re: meeting on Tuesday to discussion Servicing business transition. | 0.2 |
| 11/6/2007 | D.B. | Met with M. Michaelis and Kroll staff re: scheduling meeting with Kroll and information required; prepared payment list for Kroll re: sale of servicing and cash flow implications. | 0.8 |
| 11/6/2007 | M.M. | Discussion with Kroll staff members re: meeting to review Schedule G of Servicing sale agreement. | 0.2 |
| 11/6/2007 | M.M. | Discussion with Kroll re: CCB 10/19 actual information results. | 0.4 |
| 11/6/2007 | M.S. | Email to C. Bonilla and M. Lymbery regarding 10/26/07 cash budgets. | 0.2 |
| 11/7/2007 | D.B. | Prepared for and met with M. Taylor, M. Lymbery and B. Fernando (by phone) and Kroll's office re: economic close of servicing business and monitoring of reimbursable expenses. | 2.2 |
| 11/7/2007 | M.M. | Met with Kroll re: Sale of Servicing Business. | 1.9 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2007 to November 30, 2007**

**C.      MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/9/2007 | M.M. | Call with K. Nystrom re: current update as to loan pool valuations. | 0.7 |
| 11/12/2007 | D.B. | Conference call with Debtor, Kroll and Hahn & Hessen re: sale of B of A loan pools. | 1.5 |
| 11/12/2007 | M.M. | Conference call with Debtor's advisors, Debtor and Committee's counsel to discuss sales of unencumbered asset pools and construction loans, B of A discussions and delinquent loan pools. | 1.7 |
| 11/13/2007 | M.M. | Correspondence with Debtor's advisors re: information needed regarding proposed sale of Servicing Business. | 0.2 |
| 11/14/2007 | D.B. | Telephone call with K. Nystrom re: status of talks with Data and emails with Kroll re: information needed re: servicing sale status; reviewed UPB update information. | 0.3 |
| 11/14/2007 | M.M. | Correspondence with Debtor re: current results and sale of service business update. | 0.6 |
| 11/14/2007 | M.M. | Discussion with K. Nystrom re: construction loan sales and B of A syndicate sales. | 0.2 |
| 11/14/2007 | M.S. | Call with C. Bonilla regarding cash flow issues for Corporate and Servicing. | 0.5 |
| 11/14/2007 | M.S. | Prepared for call with C. Bonilla. | 0.3 |

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### November 1, 2007 to November 30, 2007

## C.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/16/2007 | D.B. | Reviewed email with K. Nystrom and M. Michaelis re: Servicing and DIP. | 0.1 |
| 11/27/2007 | D.B. | Conference call with Debtor's professionals and Hahn & Hessen re: timing and process for sale of Thrift Bank. | 0.7 |
| 11/27/2007 | M.M. | Conference call with Debtor, Kroll, Milestone and Counsel re: Thrift Bank sale. | 0.7 |
| 11/27/2007 | M.S. | Correspondence with C. Bonilla regarding cash flow budget. | 0.1 |
| 11/28/2007 | D.B. | Conference call with Kroll, YCST and Hahn & Hessen re: case status and issues. | 0.8 |
| 11/28/2007 | M.M. | Conference call with Debtor, Kroll, counsel and BDO re: other asset sales. | 0.9 |
| 11/28/2007 | M.S. | Participated in meeting regarding visit to Kroll's offices next week. | 0.3 |
| 11/29/2007 | D.B. | Emails with K. Nystrom and P. Morgan re: B of A construction loan issue and scheduled call. | 0.2 |
| 11/29/2007 | D.B. | Had conference call with K. Nystrom, P. Morgan, M. Indelicato and Debtor re: B of A construction loan issues. | 0.7 |
| 11/29/2007 | M.M. | Reviewed and updated notes from call with Kroll, counsel and BDO on Wednesday evening to discuss current sale issues. | 1.4 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2007 to November 30, 2007

### C.      MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/30/2007 | D.B. | Prepared information request for Kroll re: meeting 12/4 and discussed with M. Michaelis. | 0.5 |
| 11/30/2007 | D.B. | Had conference call with K. Nystrom, P. Morgan, M. Indelicato and M. Taylor re: B of A construction loan issues. | 0.5 |
| 11/30/2007 | D.B. | Checked emails from C. Bonilla and M. Lymbery re: BDO inquiries. | 0.1 |
| 11/30/2007 | M.M. | Updated request list of open items to be discussed with Kroll. | 1.1 |
| | | **TOTAL:** | **20.6** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 8.6 | 575.00 | 4,945.00 |
| M. MICHAELIS (M.M.) | 10.6 | 350.00 | 3,710.00 |
| M. STEWART (M.S.) | 1.4 | 185.00 | 259.00 |
| **TOTAL:** | **20.6** | | **8,914.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2007 to November 30, 2007

**D.      REPORT PREPARATION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/1/2007 | D.B. | Reviewed draft of BDO report to Creditors' Committee re: KEIP update, prepared inserts and comments for M. Michaelis. | 1.7 |
| 11/1/2007 | M.M. | Edited Creditors' Committee memo and schedules re: KEIP. | 1.6 |
| 11/6/2007 | M.M. | Prepared report for Committee on current status. | 0.9 |
| 11/7/2007 | D.B. | Met with M. Michaelis to discuss preparation of information for Creditor's Committee meeting and to prepare for meeting with Kroll; reviewed initial draft of outline of reports. | 0.7 |
| 11/7/2007 | M.M. | Prepared notes related to Schedule G of Servicing business transition. | 0.9 |
| 11/8/2007 | M.M. | Prepared notes as to changes in miscellaneous asset sales. | 0.8 |
| 11/9/2007 | M.M. | Outlined memo for Committee regarding current updates for sales of assets. | 2.4 |
| 11/13/2007 | M.M. | Prepared memo for Committee re: current weekly results, update for servicing business sale and update on other asset pool sales. | 0.6 |
| 11/14/2007 | D.B. | Supervised M. Michaelis in accumulating fee information for B of A re: servicing business and prepared BDO report to Committee re: servicing sale update. | 0.5 |
| 11/14/2007 | M.M. | Discussion with D. Berliner re: status of summary memo for Committee. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2007 to November 30, 2007**

**D.      REPORT PREPARATION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/14/2007 | M.M. | Prepared memo to Committee with current servicing sale, cash flow and other sales results. | 4.1 |
| 11/14/2007 | M.S. | Prepared first draft of corporate and service cash flow analysis for 11/15/07 BDO memo to unsecured Creditors' Committee. | 1.6 |
| 11/14/2007 | M.S. | Drafted questions and comments for C. Bonilla regarding information needed for unsecured report. | 1.2 |
| 11/14/2007 | M.S. | Updated servicing sale analysis exhibits with new updated 11/13/07 amounts received from Kroll and prepared exhibits for BDO 11/15/07 report. | 1.4 |
| 11/15/2007 | D.B. | Reviewed draft report to Creditors' Committee and prepared comments and inserts for M. Michaelis; discussed comments with M. Michaelis. | 2.6 |
| 11/15/2007 | M.M. | Edited report regarding servicing sale and schedules. | 2.4 |
| 11/15/2007 | M.S. | Updated and revised exhibits for BDO report for unsecured Creditors' Committee call. | 1.3 |
| 11/20/2007 | D.B. | Met with M. Michaelis re: work to be done re: economic case of servicing business and Exhibit G monitoring for report to Creditors' Committee. | 0.4 |
| 11/20/2007 | D.B. | Reviewed summary of net purchase price and paydown to B of A from economic inclusion in BDO report to Committee | 0.7 |
| 11/26/2007 | M.S. | Reviewed prior BDO reports and memos. | 0.7 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2007 to November 30, 2007

### D.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/28/2007 | M.M. | Reviewed work to be performed re: potential Committee report. | 1.1 |
| 11/30/2007 | M.M. | Reviewed work to be performed re: cash flows and report updates for following week. | 0.7 |
| 11/30/2007 | M.S. | Reviewed and collaborated prior BDO reports and memos. | 1.8 |
| | | **TOTAL:** | **30.5** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 6.6 | 575.00 | 3,795.00 |
| M. MICHAELIS (M.M.) | 15.9 | 350.00 | 5,565.00 |
| M. STEWART (M.S.) | 8.0 | 185.00 | 1,480.00 |
| **TOTAL:** | **30.5** | | **10,840.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2007 to November 30, 2007**

**E.        MEETINGS OF CREDITORS / TRUSTEE**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/1/2007 | D.B. | Prepared for and presented BDO report to Creditors' Committee during conference call of Committee. | 1.5 |
| 11/1/2007 | M.M. | Prepared for and participated on weekly call with Committee re: current status update. | 1.1 |
| 11/8/2007 | D.B. | Supervised M. Michaelis in reviewing cash flow results to prepare for conference call with Unsecured Creditors' Committee. | 0.6 |
| 11/8/2007 | D.B. | Prepared for and participated in conference call with Committee; presented BDO report. | 1.1 |
| 11/8/2007 | M.M. | Prepared for and participated on weekly Conference call with Committee. | 0.9 |
| 11/8/2007 | M.S. | Prepared for and participated on weekly Creditors' Committee conference call. | 0.8 |
| 11/15/2007 | M.M. | Participated on weekly conference call with Committee and counsel. | 0.9 |
| 11/15/2007 | M.M. | Prepared for weekly status update call with Committee. | 0.9 |
| 11/15/2007 | M.S. | Participated in Unsecured Creditors' Committee conference call. | 0.9 |
| 11/15/2007 | M.S. | Prepared for unsecured Creditors' Committee call. | 0.6 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2007 to November 30, 2007

**E.      MEETINGS OF CREDITORS / TRUSTEE**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/28/2007 | M.M. | Discussion with D. Berliner prior to call. | 0.3 |
| 11/28/2007 | M.S. | Wrote up and prepared report from conference call regarding sale of certain assets and construction loan issues. | 0.8 |
| 11/29/2007 | D.B. | Prepared notes from Kroll conference calls 11/27 and 11/28 to prepare for conference call with UCC. | 0.9 |
| 11/29/2007 | D.B. | Participated in a conference call with Creditor's Committee re: case status and issues. | 0.8 |
| 11/29/2007 | M.M. | Prepared for and participated on conference call with Committee. | 1.1 |
| 11/29/2007 | M.M. | Prepared for call re: review of updated servicing sale results and net differences from first report provided. | 0.9 |
| 11/29/2007 | M.S. | Prepared for conference call with Committee. | 0.8 |
| 11/29/2007 | M.S. | Participated in Unsecured Creditors' Committee conference call. | 0.8 |
| | | **TOTAL:** | **15.7** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2007 to November 30, 2007

**E.       MEETINGS OF CREDITORS / TRUSTEE**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 4.9 | 575.00 | 2,817.50 |
| M. MICHAELIS (M.M.) | 6.1 | 350.00 | 2,135.00 |
| M. STEWART (M.S.) | 4.7 | 185.00 | 869.50 |
| **TOTAL:** | **15.7** | | **5,822.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2007 to November 30, 2007**

**F.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/1/2007 | D.B. | Reviewed emergency motion of DB Structured Products for limited stay pending approval. | 0.7 |
| 11/1/2007 | D.B. | Reviewed Debtor's motion to approve settlement agreement with Bear Sterns and EMC Mortgage Corp., order authorizing retention of Allen & Overy and notice of matters for 11/5/07 Court hearing. | 0.3 |
| 11/1/2007 | M.M. | Discussion with D. Berliner re: KEIP, Rabbi Trust and visit to location. | 0.7 |
| 11/2/2007 | D.B. | Met with M. Michaelis re: conversations with Kroll re: KEIP and cash flows; discussed work to be done. | 0.4 |
| 11/2/2007 | D.B. | Reviewed news articles and docket report for period 10/30 - 11/1/07. | 0.6 |
| 11/2/2007 | D.B. | Reviewed budget vs. actual results for Corporate for week and 11 weeks ended 10/19/07. | 0.1 |
| 11/2/2007 | D.B. | Reviewed Kroll financial analysis of asset recovery and corresponding liabilities and prepared questions. | 1.6 |
| 11/2/2007 | M.M. | Discussion with D. Berliner re: update on call with Kroll after Committee call to discuss KEIP and other issues with cash flow. | 0.3 |
| 11/2/2007 | M.M. | Reviewed current CCB vs. servicing information previously obtained. | 0.3 |
| 11/2/2007 | M.R. | Reviewed substantive consolidation issues. | 0.3 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2007 to November 30, 2007

**F.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/5/2007 | D.B. | Reviewed Kroll financial analysis of asset recovery and corresponding liabilities and prepared questions. | 0.9 |
| 11/5/2007 | D.B. | Reviewed agenda of matters scheduled for hearing on 11/7/07, Debtors' opposition to emergency motion of DB Structured Products for limited stay, 2nd supplement to initial MOR and objection of Bank of America to DB emergency motion. | 0.8 |
| 11/5/2007 | D.B. | Reviewed motion of FNC, Inc for adequate protection and relief from automatic stay and 1st monthly fee application of Y. Conaway. | 0.6 |
| 11/5/2007 | D.B. | Reviewed revised budget to 1st interim stipulation and order extending cash collateral and discuss with M. Michaelis. | 0.4 |
| 11/5/2007 | M.M. | Prepared information needed to be reviewed during visits. | 0.3 |
| 11/5/2007 | M.M. | Reviewed 10/19 servicing actual information versus information presented in CCB. | 0.9 |
| 11/6/2007 | D.B. | Reviewed cash forecast for non-servicing business actual vs. budget results for week and 12 weeks ended 10/26/07. | 0.1 |
| 11/6/2007 | D.B. | Analyzed servicing budget for period through projected economic close 11/16/07 versus actual results. | 0.7 |
| 11/6/2007 | M.M. | Reviewed current articles re: AHM suits and filings. | 0.2 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2007 to November 30, 2007

**F.     BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/6/2007 | M.M. | Reviewed Schedule G notes previously prepared. | 0.3 |
| 11/6/2007 | M.M. | Discussion with M. Stewart re: actual results. | 0.7 |
| 11/6/2007 | M.M. | Discussions with D. Berliner re: Kroll meeting. | 0.3 |
| 11/6/2007 | M.S. | Retrieved necessary documents for M. Michaelis regarding compensation amounts for servicing. | 0.5 |
| 11/7/2007 | D.B. | Reviewed draft motion of AHM re: proposed KEIP; compared to KEIP schedules and discussed with M. Michaelis. | 1.2 |
| 11/7/2007 | D.B. | Reviewed schedules provided by Kroll re: economic close of servicing business. | 1.1 |
| 11/7/2007 | H.W. | Compared original debt to current recovery. | 1.8 |
| 11/7/2007 | M.M. | Updated cash flow for current servicing and corporation information. | 1.2 |
| 11/7/2007 | M.M. | Reviewed previously supplied asset recovery schedule. | 1.1 |
| 11/7/2007 | M.S. | Correspondence with M. Michaelis regarding cash flow actuals. | 0.4 |
| 11/8/2007 | D.B. | Reviewed AHM motion to modify non-insider employer retention plan for servicing employees and provided comments to counsel. | 0.7 |
| 11/8/2007 | M.M. | Reviewed work to be performed regarding schedules to be prepared on cash issues going forward. | 0.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2007 to November 30, 2007**

**F.    BUSINESS ANALYSIS**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|---|---|---|---|
| 11/8/2007 | M.M. | Reviewed motion for sale of miscellaneous assets and correspondence with Kroll re: same. | 0.6 |
| 11/8/2007 | M.M. | Reviewed updated cash flow information. | 1.1 |
| 11/8/2007 | M.S. | Met with M. Michaelis regarding work to be performed. | 0.4 |
| 11/8/2007 | M.S. | Updated cash actuals based on results received from Debtors' financial advisors. | 1.4 |
| 11/9/2007 | M.M. | Edited B of A outstanding balance schedule and Estate recovery schedule. | 0.7 |
| 11/9/2007 | M.M. | Reviewed cash information received. | 0.3 |
| 11/9/2007 | M.S. | Met with M. Michaelis re: conference call. | 0.4 |
| 11/12/2007 | D.B. | Reviewed actual vs. budgeted cash flow for non-servicing business for week and 13 weeks ending 11/2/07 and servicing business for week and 12 weeks ended 10/26/07. | 0.2 |
| 11/12/2007 | M.M. | Correspondence with M. Stewart re: schedules being prepared. | 0.2 |
| 11/13/2007 | D.B. | Reviewed Kroll invoice for work performed during September 2007. | 0.4 |
| 11/13/2007 | D.B. | Reviewed motion of AHM to approve procedures re: the sale of loans owned by certain non-debtor subsidiary and motion of CITF Assurance for relief from automatic stay to permit termination of HELOC agreement. | 0.4 |

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### November 1, 2007 to November 30, 2007

**F.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/13/2007 | D.B. | Reviewed amended schedules filed by various debtor entities. | 0.4 |
| 11/13/2007 | M.M. | Reviewed status of current information received. | 0.3 |
| 11/13/2007 | M.M. | Reviewed and edited cash flow results for servicing business. | 0.3 |
| 11/13/2007 | M.M. | Reviewed and edited cash flow results for corporate. | 0.6 |
| 11/13/2007 | M.S. | Updated corporate and servicing cash flow actuals and budget amounts through 11-2-07. | 1.2 |
| 11/13/2007 | M.S. | Retrieved and compiled documents for D. Berliner and M. Michaelis. | 0.2 |
| 11/14/2007 | D.B. | Reviewed various news articles related to AHM case. | 0.2 |
| 11/14/2007 | M.M. | Reviewed and edited net proceeds recovery schedule. | 1.3 |
| 11/14/2007 | M.M. | Reviewed and edited cash results schedule. | 1.2 |
| 11/14/2007 | M.M. | Reviewed and prepared edits to cash flow results schedule and sales of servicing business schedule. | 1.2 |
| 11/14/2007 | M.S. | Formatted and revised Corporate and Servicing cash flow actuals through 11/2 based on comments and numbers provided by C. Bonilla. | 2.8 |
| 11/14/2007 | M.S. | Reviewed discrepancies in Kroll's exhibits. | 0.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2007 to November 30, 2007**

**F.    BUSINESS ANALYSIS**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|------|------|-------------|------|
| 11/15/2007 | D.B. | Reviewed news articles re: servicing business access to $35 million DIP and discussed with M. Michaelis. | 0.2 |
| 11/15/2007 | D.B. | Reviewed cash flow results versus budget for week and 13 weeks ending 11/9/07 servicing business. | 0.1 |
| 11/15/2007 | M.M. | Reviewed current motions filed in case and current articles published. | 1.4 |
| 11/15/2007 | M.M. | Met with M. Stewart re: updates to Cash flows and issues on advances. | 1.1 |
| 11/15/2007 | M.M. | Reviewed fee application information from Kroll. | 0.2 |
| 11/15/2007 | M.S. | Created summary schedule of Kroll 2nd fee application for the month of September. | 0.6 |
| 11/15/2007 | M.S. | Researched docket for new items filed. | 0.5 |
| 11/16/2007 | D.B. | Reviewed Notice of Sale of Assets dated 11/14/07 and motion to approve Compromise under Rule 9019 authorizing Debtors to adopt and implement omnibus settlement procedures. | 0.4 |
| 11/16/2007 | M.M. | Reviewed most recent motions filed in case and preparation of notes re: same. | 1.4 |
| 11/16/2007 | M.M. | Reviewed corporate budget received. | 0.4 |
| 11/19/2007 | D.B. | Reviewed cash results versus forecast for non-servicing business for week and 14 weeks ending 11/9/07. | 0.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
November 1, 2007 to November 30, 2007

**F.      BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/19/2007 | D.B. | Reviewed motion to approve global settlement with Credit Suisse and DLJ Mortgage. | 0.5 |
| 11/19/2007 | D.B. | Reviewed recent news articles on AHM case. | 0.1 |
| 11/19/2007 | D.B. | Reviewed 2nd application of Y. Conaway for compensation for period 9/1/07-9/30/07. | 0.3 |
| 11/19/2007 | D.B. | Reviewed docket report for period 10/27-11/16/07. | 0.9 |
| 11/20/2007 | D.B. | Reviewed first application of Cadwalader as special counsel for Debtors for period 8/6/07-10/31/07. | 0.3 |
| 11/20/2007 | M.M. | Reviewed current news information re: CSFB settlement. | 0.8 |
| 11/20/2007 | M.M. | Reviewed general case status and current hearing/motions. | 0.2 |
| 11/21/2007 | D.B. | Reviewed objection of Karen Gowins, Sr. VP of Construction Lending to Executive Incentive Plan. | 0.3 |
| 11/21/2007 | D.B. | Reviewed motion of Forum Credit Union for relief from automatic stay, JP Morgan motion for relief from automatic stay to foreclosure on outstanding construction loans. | 0.6 |
| 11/21/2007 | M.M. | Updated summary schedule information. | 0.8 |
| 11/26/2007 | D.B. | Reviewed docket report for the period 11/17/07-11/23/07. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
November 1, 2007 to November 30, 2007

**F.     BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/26/2007 | D.B. | Reviewed first and second monthly application of Quinn Emanuel for services provided in August and September 2007 respectively. | 0.5 |
| 11/26/2007 | D.B. | Reviewed objection and limited objection of US Trustee to Debtor's motion for approval of procedures for sale of loans owned by certain non-debtor subsidiaries and procedures governing the sale, donation or abandonment of miscellaneous assets. | 0.2 |
| 11/26/2007 | D.B. | Reviewed various news articles on AHM. | 0.2 |
| 11/26/2007 | M.S. | Put together schedule of Kroll fees for October. | 0.4 |
| 11/27/2007 | D.B. | Reviewed notice of agenda of matters scheduled for hearing on 11/28/07, Debtor's limited response to motion of CIFG Assurance for relief from automatic stay, Kroll Zolfo Cooper fee application for October 2007 and miscellaneous news articles on AHM. | 0.7 |
| 11/27/2007 | D.B. | Met with M. Michaelis to discuss work to be performed and for report for Committee. | 0.4 |
| 11/27/2007 | M.M. | Reviewed updated Schedules of Assets and Liabilities filed vs. old information. | 0.8 |
| 11/27/2007 | M.M. | Reviewed servicing budget for week ended 11/16. | 0.6 |
| 11/27/2007 | M.M. | Reviewed other open items and information for substantive consolidation issues. | 0.8 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2007 to November 30, 2007

**F.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/27/2007 | M.S. | Reviewed open items regarding American Home issues. | 0.4 |
| 11/27/2007 | M.S. | Researched new docket filings. | 0.4 |
| 11/28/2007 | D.B. | Prepared analysis of Debtors' professional fee applications for August - October 2007 for UCC. | 0.6 |
| 11/28/2007 | D.B. | Reviewed American Home Bank CIM dated November 2007. | 0.1 |
| 11/28/2007 | D.B. | Reviewed actual vs. budget cash flow reports for servicing and non-servicing business for week and 15 weeks ended 11/16/07. | 0.3 |
| 11/28/2007 | D.B. | Reviewed letter to Judge Walrath dated 11/21/07 from James Rucker re: outstanding construction loan. | 0.1 |
| 11/28/2007 | D.B. | Reviewed and discussed information needed from Kroll and work to be performed. | 0.3 |
| 11/28/2007 | M.S. | Analyzed and collaborated SOFA's and SOAL's for all Debtors' Entities. | 1.7 |
| 11/29/2007 | D.B. | Reviewed American Home Bank CIM dated November 2007 and list of entities that signed CAs from Milestone. | 2.4 |
| 11/29/2007 | D.B. | Reviewed Debtors' stipulation with City of Fremont, CA resolving pre-petition eminent domain action. | 0.1 |

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### November 1, 2007 to November 30, 2007

**F.      BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/29/2007 | M.M. | Reviewed changes to schedule for Intercompany and other changes to SOFA and SOAL. | 1.1 |
| 11/29/2007 | M.M. | Prepared request list from M. Lymbery. | 0.6 |
| 11/29/2007 | M.S. | Updated schedules of SOFA's and SOAL's for amended schedules filed by the Debtor. | 2.2 |
| 11/29/2007 | M.S. | Updated intercompany payable and receivables schedule. | 0.6 |
| 11/29/2007 | M.S. | Analyzed cash flow reports sent by Debtors' financial advisor. | 1.3 |
| 11/29/2007 | M.S. | Reviewed work to be performed regarding SOFA's and SOAL's. | 0.2 |
| 11/30/2007 | M.M. | Reviewed current cash reports received and correspondence with Kroll re: same. | 1.3 |
| 11/30/2007 | M.M. | Reviewed work to be performed re: items to be reviewed with company and Kroll regarding SOFA and SOAL. | 0.6 |
| | | **TOTAL:** | **66.8** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2007 to November 30, 2007**

**F.    BUSINESS ANALYSIS**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 21.9 | 575.00 | 12,592.50 |
| M. RABINOWITZ (M.R.) | 0.3 | 500.00 | 150.00 |
| M. MICHAELIS (M.M.) | 27.0 | 350.00 | 9,450.00 |
| H. WEBER (H.W.) | 1.8 | 200.00 | 360.00 |
| M. STEWART (M.S.) | 15.8 | 185.00 | 2,923.00 |
| **TOTAL:** | **66.8** | | **25,475.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2007 to November 30, 2007**

## G.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/1/2007 | D.B. | Telephone calls and e-mails with Hahn & Hessen re: agenda for Committee meeting, retention of professionals and KEIP. | 0.3 |
| 11/2/2007 | D.B. | Telephone call with E. Keary, Esq. re: retention of BDO/Trenwith. | 0.1 |
| 11/7/2007 | D.B. | Telephone calls and emails with M. Indelicato re AHM KEIP motion. | 0.3 |
| 11/7/2007 | D.B. | Reviewed email from M. Indelicato re: CSFB term sheet. | 0.2 |
| 11/7/2007 | M.M. | Communication with counsel and BDO staff re: fees for servicing business. | 0.3 |
| 11/8/2007 | D.B. | Reviewed memos from H&H re: Joinder of UBS to DB emergency motion for stay pending appeal and motion of Viacom for reclamation of goods. | 0.1 |
| 11/8/2007 | D.B. | Emails from M. Indelicato re agenda for UCC call and CSFB settlement agreement. | 0.3 |
| 11/9/2007 | D.B. | Reviewed emails from M. Indelicato re: B of A loan sale procedure and redlined procedures. | 0.3 |
| 11/9/2007 | D.B. | Made telephone calls with M. Indelicato, Esq. re: case status and issues and procedures to sell loans. | 0.1 |
| 11/13/2007 | D.B. | Reviewed emails with E. Keary re: BDO & Trenwith retentions. | 0.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2007 to November 30, 2007**

**G.      TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/13/2007 | M.M. | Reviewed general correspondence from Counsel re: motions filed, retention, etc. | 0.2 |
| 11/15/2007 | D.B. | Reviewed email from Don Grubman re: closing transaction checklist and documents re: closing of servicing business and attachments including 3rd amendment to APA. | 0.7 |
| 11/15/2007 | D.B. | Reviewed email from M. Powers re: news article on AHM fraud case against First American Title Insurance Co. | 0.2 |
| 11/16/2007 | D.B. | Checked email from M. Indelicato re: revisions to Exhibit G re: Servicing sale; reviewed and discussed with M. Michaelis. | 0.3 |
| 11/16/2007 | D.B. | Checked email from M. Indelicato re: update on sale of servicing business and compared to projections. | 0.3 |
| 11/21/2007 | D.B. | Reviewed email from E. Keary and 6 memos from Hahn & Hessen re: various motions in case. | 0.3 |
| 11/28/2007 | D.B. | Made calls and reviewed emails with M. Indelicato re: last hearing, results, retention applications, KEIP and scheduled call with Debtors' professionals. | 0.3 |
| 11/28/2007 | M.S. | Conference call with the Debtors' counsel regarding construction loans and asset sale issues. | 0.8 |
| 11/29/2007 | D.B. | Made telephone calls  with M. Indelicato re: agenda for UCC call and conversation with B of A. | 0.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**November 1, 2007 to November 30, 2007**

**G.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/29/2007 | D.B. | Checked emails with E. Keary re: agenda items for conference call with UCC and bar date information. | 0.4 |
| | | **TOTAL:** | **5.8** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 4.5 | 575.00 | 2,587.50 |
| M. MICHAELIS (M.M.) | 0.5 | 350.00 | 175.00 |
| M. STEWART (M.S.) | 0.8 | 185.00 | 148.00 |
| **TOTAL:** | **5.8** | | **2,910.50** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2007 to November 30, 2007

**H.      FEE APPLICATIONS / MONTHLY STATEMENTS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/8/2007 | N.V. | Reviewed and prepared summary of fees and expenses billed in October 2007 for Monthly Application. | 0.9 |
| 11/8/2007 | N.V. | Reviewed and edited September 2007 time detail; updated work codes (A-F). | 1.3 |
| 11/9/2007 | M.M. | Accumulated and prepared data for submission. | 2.2 |
| 11/12/2007 | N.V. | Reviewed and edited September 2007 time detail; updated work codes (G-J). | 0.4 |
| 11/13/2007 | M.M. | Accumulated and prepared data for submission. | 1.4 |
| 11/13/2007 | N.V. | Reviewed and edited October 2007 time detail; updated work codes. | 1.6 |
| 11/13/2007 | N.V. | Reviewed docket for latest information regarding BDO's retention to determine when Fee Application can be filed. | 0.1 |
| 11/13/2007 | N.V. | Prepared first draft of Monthly Application for the period August 14, 2007 through October 31, 2007. | 1.2 |
| 11/14/2007 | M.M. | Prepared first monthly interim application. | 3.7 |
| 11/15/2007 | M.M. | Prepared first monthly interim application. | 0.7 |
| 11/28/2007 | N.V. | Continued draft of Monthly Application for the period August 14, 2007 through October 31, 2007.  Updated summary of services provided section and continued to update work codes in time detail. | 3.9 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### November 1, 2007 to November 30, 2007

### H.    FEE APPLICATIONS / MONTHLY STATEMENTS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 11/29/2007 | N.V. | Finalized draft of Monthly Application for the period August 14, 2007 through October 31, 2007.  Updated summary of services provided section and continued to update work codes in time detail.  Submitted to D. Berliner for review. | 2.4 |
| 11/30/2007 | D.B. | Reviewed initial draft of first application of BDO for compensation for services rendered as financial advisor to UCC for period 8/14/07-10/31/07. | 1.5 |
| | | **TOTAL:** | **21.3** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.5 | 575.00 | 862.50 |
| N. VANDERHOOP (N.V.) | 11.8 | 185.00 | 2,183.00 |
| M. MUFTUOGLU (M.M.) | 8.0 | 150.00 | 1,200.00 |
| **TOTAL:** | **21.3** | | **4,245.50** |

EXHIBIT "B"

American Home Mortgage Holdings, Inc.
Schedule of Expenses
November 1, 2007 through November 30, 2007

1.    PHOTOCOPYING
 a. Internal
 b. External

2.    TELECOMMUNICATIONS
 a. Toll Charges
 b. Facsimile
 c. Out-of-State toll charges

3.    COURIER, FRIEGHT AND POSTAL SERVICES
 *For overnight and hand delivery to Counsel*
 *and Committee members*

4.    COURT REPORTER AND TRANSCRIPTS

5.    TECHNOLOGY SERVICES

6.    OUT-OF-TOWN TRAVEL
 a. Transportation
 b. Lodging
 c. Meals

7.    OUTSIDE SERVICES

8.    LOCAL MEALS

9.    LOCAL TRANSPORTATION, TOLLS, MILEAGE
 AND PARKING – for cabs to/from meetings, car service
 *for employees working after 8:00 p.m. and local mileage*
 *using personal auto*

10.   MISCELLANEOUS


**TOTAL**          **$0.00**