UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, a Delaware Corporation, et al., ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

STATEMENT PURSUANT TO RULE 2019 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE
CONCERNING MULTIPLE REPRESENTATION OF PARTIES-
IN-INTEREST BY ORRICK, HERRINGTON & SUTCLIFFE LLP

Orrick, Herrington & Sutcliffe LLP ("Orrick"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, files this statement in connection with its representation of creditors and parties-in-interest in the above-captioned cases of the debtors and debtors-in-possession (the "Debtors"), and respectfully states as follows:

1. **Names and Addresses of Parties-in-Interest Represented by Orrick:**

Orrick represents the following creditors and parties-in-interest in the above-captioned Chapter 11 cases:

(a) Nomura Credit & Capital, Inc. ("NCCI"), located at 2 World Financial Center, Building B, New York, New York 10281-1191; and

(b) Indymac Bank F.S.B. ("IMB"), located at 3645 E. Foothill Boulevard, Pasadena, California 91107.

2. **The Nature of the Claims or Rights of the Parties-in-Interest and Times of Acquisition Thereof**.

The claims and rights of NCCI and IMB arise by virtue of their contractual, statutory and/or common law rights with respect to the Debtors, and/or by operation of law.

- 2 -

      (a)    NCCI is a creditor of one of the Debtors, American Home Mortgage Corp. ("AHM Corp.") pursuant to a Master Mortgage Loan Purchase Agreement dated as of January 1, 2005 ("MMLPA"). The MMLPA and related documents (collectively, the "Governing Documents") provide for the sale by AHM Corp. and the purchase by NCCI of certain mortgage loans. NCCI holds claims against AHM Corp. as a result of, among other things, AHM Corp.'s breach of certain terms of the Governing Documents.

      (b)    IMB is (i) the licensee under a License Agreement dated August 7, 2007, with one or more of the Debtors, as licensor, which agreement was authorized and approved by the Court, *nunc pro tunc* to August 8, 2007, by an Order dated August 24, 2007; (ii) the assignee and purchaser under a bid letter agreement dated August 7, 2007, with AHM, as assignor and seller, concerning real property leases and related furniture, fixtures and equipment at approximately 98 former offices of AHM, which agreement was authorized and approved by the Court by Order dated August 24, 2007, and (iii) a creditor of AHM under a Mortgage Loan Purchase and Interim Servicing Agreement dated January 16, 2002, between IMB, as purchaser, and AHM, as seller, under which IMB has claims for breach by AHM.

    **3.**    **Pertinent Facts and Circumstances in Connection with the Employment of Orrick.**

Orrick has advised each of these clients with respect to this matter and in connection with other, unrelated matters.

    **4.**    **Orrick holds no claim against or interest in the Debtors.**

Respectfully submitted, this 16th day of January 2008.

                        ORRICK, HERRINGTON & SUTCLIFFE LLP

                        By: /s/ Lorraine S. McGowen
                        Lorraine S. McGowen (1644)
                        666 Fifth Avenue
                        New York, New York 10103
                        (212) 506-5000

OHS East:160317411.2