# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF GENERAL ELECTRIC CAPITAL CORPORATION. PURSUANT TO FED.R.BANKR.P. 2002 AND 9010 AND DEL.BANKR.LR. 2002-1(d)

Pursuant to Fed.R.Bankr.P. 2002(g) and (i) and 9010(b), the undersigned counsel enter an appearance for General Electric Capital Corporation ("GECC"), and request that GECC be added to the official mailing matrix and service lists in this case and that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the undersigned at the following addresses or facsimile numbers:

| | |
|---|---|
| Gaston P. Loomis, Esquire | Elena P. Lazarou, Esquire |
| REED SMITH LLP | REED SMITH LLP |
| 1201 N. Market Street, Suite 1500 | 599 Lexington Avenue, 29th Floor |
| Wilmington, DE 19801 | New York, NY 10022 |
| Telephone: (302) 778-7500 | Telephone: (212) 549-0288 |
| Facsimile: (302) 778-7575 | Facsimile: (212) 521-5450 |
| E-mail: gloomis@reedsmith.com | E-mail: elazarou@reedsmith.com |

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be

deemed to waive GECC's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which GECC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 17, 2008
      Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ Gaston P. Loomis
    Gaston P. Loomis (No. 4812)
    1201 North Market Street, Suite 1500
    Wilmington, DE 19801
    Telephone: (302) 778-7500
    Facsimile: (302) 778-7575
    E-mail: gloomis@reedsmith.com

Counsel for General Electric Capital Corporation