IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Gaston P. Loomis, Esquire, do hereby certify that, on this 17th day of January 2008, I caused a true and correct copy of the **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF GENERAL ELECTRIC CAPITAL CORPORATION PURSUANT TO FED.R.BANKR.P. 2002 AND 9010 AND DEL.BANKR.LR. 2002-1(d)** to be served upon the addressees on the attached service list in the manners indicated.

By: /s/ Gaston P. Loomis
Gaston P. Loomis (No. 4812)

## SERVICE LIST

<u>Via Hand Delivery</u>
James L. Patton, Jr.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(Counsel for Debtors)

<u>Via First Class Mail</u>
American Home Mortgage Holdings, Inc.
Attn: Alan Horn, General Counsel
538 Broadhollow Road
Melville, NY 11747
(Debtor)

<u>Via First Class Mail</u>
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
(Counsel for the Official Committee of Unsecured Creditors)

<u>Via Hand Delivery</u>
Joseph McMahon, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
(U.S. Trustee)

<u>Via Hand Delivery</u>
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Counsel for the Official Committee of Unsecured Creditors)