## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

    Debtors.

--------------------------------------------------------------------- x

    Chapter 11

    Case No. 07-11047 (CSS)

    Jointly Administered

    **Ref. Docket No. 2551**

### DEBTORS' LIMITED OBJECTION TO INTERIM MONTHLY APPLICATION OF NORTHWEST TRUSTEE SERVICES, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FORECLOSURE PROFESSIONALS TO THE DEBTORS-IN-POSSESSION

The debtors and debtors in possession in the above-captioned cases

(collectively, the "Debtors") by and through their counsel, hereby submit this limited

objection (the "Objection") to the Interim Monthly Application of Northwest Trustee

Services, Inc. ("NWTS") for Compensation for Services Rendered and Reimbursement of

Expenses as Foreclosure Professionals to the Debtors-in-Possession For the Perioed From

November 1, 2007 through November 30, 2007 [Docket No. 2551] (the "Fee Application").

In support of this Objection, the Debtors respectfully represent as follows:

### BACKGROUND

    1.    On August 6, 2007 (the "Petition Date") each of the Debtors filed with

this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Each

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for

Debtor is continuing to operate its business and manage its properties as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

## A.    Foreclosure Services Provided by NTWS

2.    Prior to the Petition Date, NTWS provided foreclosure services to AHM Servicing in connection with the Debtors' mortgage loan servicing business in California, Nevada, Washington, Oregon and Idaho.  NTWS charges a flat fee (each a "Flat Fee" and collectively, the "Flat Fees") for handling the Debtors' foreclosures, depending on the state, the loan type and circumstances.

3.    In addition to the provision of such services, NTWS advances monies (the "Foreclosure Costs") to pay for third party services and costs during the pendency of the foreclosure action.  Foreclosure Costs include, but are not limited to, costs related to (i) obtaining foreclosure title reports, (ii) various mailings required under applicable state law, (iii) recording costs, (iv) posting notices and process of service; and (v) publication of foreclosure notices.

4.    Each foreclosure matter spans several months.  NTWS avers that, with the exception of mailing costs, all Foreclosure Costs are due from NWTS to the applicable third party vendor upon completion of the foreclosure matter.  Similarly, NTWS bills the Debtors for its Flat Fee and all Foreclosure Costs incurred in connection with each loan upon completion of a foreclosure matter.

---

all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

**B.     NTWS Retention and the Fee Application**

            5.      On September 12, 2007, this Court entered the Order Pursuant to

Section 327 of the Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention and

Employement of Northwest Trustee Services, Inc. as Foreclosure Professionals for the

Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 713] (the "Retention Order").  The

Retention Order provided that NTWS "shall be deemed to have waived any and all

prepetition amounts owed to them by the Debtors."

            6.      On or about December 28, 2007, NTWS filed its Fee Application for

the month of November.  By the Fee Application, NTWS requests payment of the

$119,250.00 for Compensation and $289,949.17 for Foreclosure Costs.

            7.      Attached as Exhibit C to each Fee Application are the individual

invoices (each an "Invoice" and collectively, the "Invoices") for each foreclosure matter

completed during the applicable month.  The Invoices provide the date of the Invoice, as well

as dates for the incurrence of the Flat Fee (identified as a "Trustee Fee") and the dates each

of the Foreclosure Costs was incurred by NTWS.  For reference, one Invoice is attached

hereto as Exhibit A.

**LIMITED OBJECTION**

            8.      The Debtors do not dispute the Flat Fees set forth in the Fee

Application.  However, the Debtors object to Foreclosure Costs that are identified on the face

of the Invoices as having been incurred prior to the Petition Date (the "Prepetition

Foreclosure Costs").

            9.      Section 101(5) of the Bankruptcy Code defines "claim" as "a right to

payment whether or not such right is reduced to judgment, liquidated, unliquidated, fixed,

contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured." 11 U.S.C.§ 101(5).

          10.    Here, the Debtors, as servicer of the loans, received the benefit of the actions related to the Prepetition Foreclosure Costs at the time such actions were rendered by the third party (i.e., at the dates set forth on the Invoices). At such time, NTWS had a right to payment from the Debtors, regardless of the billing date of the third party vendor. Because NTWS waived any rights to receive prepetition amounts in connection with its retention, the Prepetition Foreclosure Costs should be deemed waived and the Fee Application reduced accordingly. *See* Retention Order (prepetition amounts shall be deemed waived).

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court sustain the

Objection and enter an order (i) denying payments relating to the Prepetition Foreclosure

Costs, and (ii) granting the Debtors such other and further relief as this Court deems proper.

Dated: January 17, 2008
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

James Patton (No. 2202)
Pauline Morgan (No. 3650)
Sean M. Beach (No. 4070)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to Debtors and Debtors in Possession

**Exhibit A**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0075526
Invoice Date:  11/1/2007

Attention:                                                        7983.20249

Loan No: 1000719718
Borrower:                                      Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 11/1/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 12/29/2006 | Date Notice of Default Recorded | $12.00 |
| 1/5/2007 | 10 Day Mailings Sent | $35.15 |
| 1/15/2007 | Date Trustee Sale Guarantee Received | $1,023.00 |
| 1/15/2007 | 1 Month Mailings Sent | $14.00 |
| 4/25/2007 | Date Notice of Sale Posted | $120.00 |
| 4/26/2007 | Title Cost Endorsement | $50.00 |
| 4/26/2007 | Date Publication Commenced (1st Pub) | $397.25 |
| 4/27/2007 | Date Notice of Sale Mailed | $63.27 |
| 5/1/2007 | Assignment Recorded | $9.00 |
| 5/1/2007 | Date Notice of Sale Recorded | $10.00 |
| 5/1/2007 | SOT/Appointment Recorded | $10.00 |
| 5/21/2007 | Title Cost Endorsement | $25.00 |
| 5/23/2007 | Title Cost Endorsement | $25.00 |
| 5/25/2007 | Title Cost Endorsement | $25.00 |
| 5/30/2007 | Title Cost Endorsement | $25.00 |
| 6/1/2007 | Title Cost Endorsement | $25.00 |
| 6/20/2007 | Title Cost Endorsement | $25.00 |
| 6/25/2007 | Title Cost Endorsement | $25.00 |
| 10/24/2007 | Title Cost Endorsement | $25.00 |
| 10/30/2007 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,958.67 |

PLEASE PAY AMOUNT DUE:    $2,558.67

Page 1