IN THE UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*,[1] | Case No. 07-11047 (CSS) Jointly Administered |
| Debtors. | Re: Docket Nos. 2551, 2745 |

----------------------------------------------------------------X

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' LIMITED OBJECTION TO INTERIM MONTHLY APPLICATION OF NORTHWEST TRUSTEE SERVICES, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FORECLOSURE PROFESSIONALS TO THE <u>DEBTORS-IN-POSSESSION</u>**

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by their undersigned proposed co-counsel, hereby joins the Debtors' Limited Objection (the "Objection ") [Docket No. 2745] to the interim monthly application (the "Application") of Northwest Trustee Services, Inc. ("NTS") for compensation for services rendered and reimbursement of expenses as foreclosure professionals to the Debtors-In-Possession [Docket No. 2551] and in support thereof represents as follows:

<u>**JOINDER**</u>

1.      The Committee hereby adopts and incorporates the arguments and assertions set forth in the Objection and reserves all rights to be heard before this court with regard to the Application.

2.      As set forth in the Objection, the Application should be denied to the

---

[1] The Debtors in these cases are: AHM Holdings; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

703159.-1390426.1

extent that NTS has waived any right to prepetition amounts in connection with its retention and prepetition costs incurred by NTS should be deemed waived and the Application reduced accordingly.

3.   For these reasons, and for the reasons set forth in the Objection, the Committee objects to the relief sought in the Application.

**WHEREFORE**, the Committee respectfully requests that the Court sustain the Objection and grant any further relief as the Court may deem just and proper.

Dated: Wilmington, Delaware
January 17, 2008

BLANK ROME LLP

By: */s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400 - Telephone
(302) 425-6464 - Facsimile

- and -

HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
(212) 478-7200 - Telephone
(212) 478-7400 - Facsimile
Attn:   Mark S. Indelicato
Attn:   Edward L. Schnitzer

Co-Counsel to the Official Committee
of Unsecured Creditors of American Home
Mortgage Holdings, Inc., *et al*.