## <u>CERTIFICATE OF SERVICE</u>

I, *Bonnie Glantz Fatell*, hereby certify that on January 17, 2008, I caused a copy

of the following document to be served as indicated upon the individuals listed on the service list

attached.

> ***Limited Objection and Joinder of the Official Committee of Unsecured Creditors to Northwest Trustee Services, Inc.'s Applications for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession***

*/s/Bonnie Glantz Fatell*

Bonnie Glantz Fatell (No. 3809)

128189.01600/21659497v.1

## SERVICE LIST

VIA FACSIMILE
Pauline K. Morgan, Esquire
Young Conaway Stargatt & Taylor LLP
100 West Street, 17th Floor
Wilmington, DE  19801
*Facsimile:  302-571-1253*
*Counsel for the Debtors*

VIA FACSIMILE
Jeffrey C. Wisler, Esquire
Christina M. Thompson, Esquire
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
*Facsimile:  302-658-5614*
*Counsel for Northwest Trustee Services, Inc.*

VIA FACSIMILE
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
*Facsimile:  (302) 573-6497*