IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :    Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :    Jointly Administered
           Debtors.                                                      :
------------------------------------------------------------------------ x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 21, 2007, I caused to be served true and correct copies of the

a) Second Order, Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures and Equipment [Docket No. 779] dated September 17, 2007 (the "Second Order"),

b) Third Order, Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors To Reject Certain Executory Contracts and Unexpired Leases and To Abandon Certain Furniture, Fixtures and Equipment, [Docket 1018] dated October 1, 2007 (the "Third Order")

by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered as follows

   i) Second Order by first class mail, to those parties listed on Exhibit A annexed hereto,

    ii)       Third Order by first class mail, to those parties listed on <u>Exhibit B</u> annexed hereto.

3.      All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
27th day of November, 2007

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ADVANCE BUSINESS SYSTEMS | PO BOX 631458,BALTIMORE, MD 21263 |
| ADVANCED IMAGING SOLUTIONS | PO BOX 790448,ST. LOUIS, MO 63179-0448 |
| AMERICAN BUSINESS EQUIPMENT, INC. | 550 E CORK ST.,KALAMAZOO, MI 49001 |
| AMERITEK OFFICE SOLUTIONS | 4250 ST. JOHNS PKWY,SANFORD, FL 32771 |
| ASSOCIATED BUSINESS SYSTEMS | 7440 SW BONITA RD,PORTLAND, OR 97224-8028 |
| BRIAN PARISI COPIER SYSTEMS | 4915 GENESEE ST,CHEETOWAGA, NY 14255 |
| CANON FINANCIAL SERVICES | PO BOX 4004,CAROL STREAM, IL 60197-4272 |
| CAPITAL BUSINESS MACHINES | PO BOX 1456,OLYMPIA, WA 98507 |
| CAPITAL BUSINESS SYSTEMS | PO BOX 508,CHEYENNE, WY 82003-0508 |
| CAVIN'S BUSINESS SOLUTIONS | PO BOX 53964,FAYETTEVILLE, NC 28305-3964 |
| CB DOCUMENT SOLUTIONS | 4320 E COTTON CNTR BLVD SUITE 100,PHOENIX, AZ 85040-8852 |
| CENTURY OFFICE PRODUCTS | 400 SOUTH AVE,MIDDLESEX, NJ 08846-2567 |
| COECO OFFICE SYSTEMS | PO BOX 2425,GREENVILLE, NC 27836 |
| COPY PRODUCTS OF SAN ANTONIO | PO BOX 461085,SAN ANTONIO, TX 78246 |
| CURRENT MECHANICAL | 2120 E WASHINGTON BLVD SUITE A,FORT WAYNE, IN 46803-1357 |
| DONNELLON MCCARTHY, INC. | DEPARTMENT 839,CINCINNATI, OH 45269 |
| DUPLICATING PRODUCTS INC. | 2305 CENTENNIAL DR,PO BOX 1548,GAINESVILLE, GA 30503 |
| DUPLICATOR SALES AND SERVICE INC. | 831 EAST BROADWAY,LOUISVILLE, KY 40204 |
| ELECTRONIC SYSTEMS, INC. | 369 EDWIN DRIVE,VIRGINIA BEACH, CA 23462-4522 |
| FP MAILING SOLUTIONS | PO BOX 4272,CAROL STREAM, IL 60122-4272 |
| GORDON FLEISCH COMPANY, INC. | PO BOX 992,MADISON, WI 53701-0992 |
| HALSEY & GRIFFITH OFFICE SOLUTIONS | 1170 NW 163RD DR,MIAMI, FL 33169 |
| IMAGE TECHNOLOGY SPECIALISTS | 70 SHAWMUT RD,CANTON, MA 02021 |
| INLAND LEASING INC. | 2592 NORTE DAME BLVD,CHICO, CA 95928 |
| INNOVATIVE MAILING & SHIPPING | SYSTEMS, INC.,415 OSER AVE SUITE K,HAPPAUGE, NY 11788 |
| INTERNATIONAL MAILING EQUIPMENT | 336 N 12TH ST.,SACRAMENTO, CA 95814 |
| J&H OFFICE EQUIPMENT | 400 EXPRESSWAY SUITE B,MISSOULA, MT 59808 |
| KDI (KEYSTONE DIGITAL IMAGING) | PO BOX 1610,MEDIA, PA 19063-8610 |
| KEY EQUIPMENT FINANCE | PO BOX 1865,ALBANY, NY 12201-1865 |
| KEYSTONE BUSINESS PRODUCTS | 2298 BRODHEAD RD,BETHLEHEM, PA 18020 |
| KEYSTONE DIGITAL IMAGING | PO BOX 1610,MEDIA, PA 19063-8610 |
| MICHIGAN OFFICE SOLUTIONS | 2859 WALKENT DRIVE NW,GRAND RAPIDS, MI 49514-0587 |
| MUZAK | PO BOX 70125,LOS ANGELES, CA |
| MUZAK | PO BOX 90427,CHICAGO, IL 60696-0427 |
| OFFICE BUSINESS SYSTEMS | PO BOX 3921,TALLAHASSEE, FL 32308 |
| OFFICE WORKS | 15401 ANACAPA RD,VICTORVILLE, CA 92392 |
| OFFICEPRO | 1227 BLUFF RD,COLUMBIA, SC 29201 |
| OFFIX | 10222 BATTLEVIEW PRKWY,MANASSAS, VA 20109 |
| SAXON BUSINESS SYSTEMS | PO BOX 4908,MAIMI LAKES, FL 33014 |
| TBS-MN | PO BOX 790448,ST LOUIS, MO 63179-0448 |
| TBS-NEVADA | PO BOX 790448,ST LOUIS, MO 63179-0448 |
| U.S. COPY, INC. | 30 23RD ST.,KENNER, LA 70062 |
| US BANK | CM-9690,ST. PAUL, MN 55170-9690 |
| VAN AUSDALL & FARRAR | PO BOX 664250,INDIANAPOLIS, IN 46266 |
| WATTS COPY SYSTEMS | PMB 194,2743 S VETERANS PKWY,SPRINGFIELD, IL 62704 |
| XEROX CAPITAL SERVICES LLC | PO BOX 660501,DALLAS, TX 75266-0501 |
| ZENO OFFICE SOLUTIONS | PO BOX 23687,TAMPA, FL 33623 |

| **Claim Name** | **Address Information** |
|---|---|

**Total Creditor Count 47**

# EXHIBIT B

Coast To Coast
8 Vanderbilt
PO Box 57077
Irvine CA 92619-7077