IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

---

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware Corporation, et al.,

Debtors.

Chapter 11

Case #07-11047-CSS

Joint Administration Pending

---

### NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE THAT, pursuant to Bankruptcy Rule 9010(b), the undersigned is appearing on behalf of First Horizon Home Loan Corporation, a creditor of the Debtor and a party in interest in this case.

Pursuant to Bankruptcy Rules 2002 and 9007, the undersigned requests that an entry be made on the Clerk's Matrix System and that all notices, given or required to be given and all documents, served or required to be served, in this case be given to and electronically or via mail service served upon:

*/s/ Nicole C. Gazzo*
Nicole C. Gazzo, Esq.
Steven J. Baum, P.C.
220 Northpointe Parkway, Suite G
Amherst, NY 14228
(716) 204-2400
Fax (716) 204-4600

Date: January 18, 2008