UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                                  :
a Delaware corporation, et al.,                                  :   Jointly Administered
                                                                 :
                                                                 :   Sale Procedures Hearing Date: February 1, 2008 at 11:00 a.m.
        Debtors.                                                 :   Sale Procedures Objection Deadline: January 29, 2008 at 4:00 p.m.
                                                                 :   Sale Motion Hearing Date: February 28, 2008 at 11:00 a.m.
                                                                 :   Sale Motion Objection Deadline: February 21, 2008 at 4:00 p.m.
                                                                 :
---------------------------------------------------------------- x

### NOTICE OF FILING MODIFIED SALE PROCEDURES
### AND FORM ASSET PURCHASE AGREEMENT

TO:   (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE COMMITTEE; (III) COUNSEL TO BANK OF AMERICA, N.A.; (IV) COUNSEL TO THE AGENT FOR THE DEBTORS' POSTPETITION LENDER; (V) COUNSEL TO JPMORGAN CHASE BANK, N.A. (VI) ALL PARTIES WHO ARE KNOWN TO POSSESS OR ASSERT A SECURED CLAIM AGAINST THE NON-PERFORMING LOANS; (VII) THE INTERNAL REVENUE SERVICE; (VIII) THE U.S. SECURITIES AND EXCHANGE COMMISSION; AND (IX) ALL PARTIES ENTITLED TO NOTICE UNDER LOCAL RULE 2002-1(B)

PLEASE TAKE NOTICE that on December 22, 2007, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **MOTION OF THE DEBTORS FOR ORDERS: (A)(I) APPROVING SALE PROCEDURES; (II) APPROVING PAYMENT OF EXPENSE REIMBURSEMENT; (III) SCHEDULING A HEARING TO CONSIDER SALE OF CERTAIN NON-PERFORMING LOANS; (IV) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (V) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF NON-PERFORMING LOANS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING SALE AGREEMENT THERETO; (III) AUTHORIZING THE DISTRIBUTION OF THE PROCEEDS; AND (IV) GRANTING RELATED RELIEF** [Docket No. 2490] (the "Motion").[1] The original deadline to object to the Sale Procedures was January 7, 2008, and the original hearing (the "Sale Procedures Hearing") with respect to the Sale Procedures was scheduled for January 14, 2008. You were previously served with a copy of the Motion.

PLEASE TAKE FURTHER NOTICE that based on discussions with the Committee, BofA and JPMorgan, the Debtors adjourned the Sale Procedures Hearing and modified the Sale Procedures. The primary substantive revision to the Sale Procedures, which is

---

[1] All terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

in addition to certain clean-up revisions, is that the Debtors now propose to dispose of the Non-Performing Loans by way of a sealed auction process, as opposed to the open auction process that was contemplated at the time the Motion was filed. A copy of the modified Sale Procedures is attached hereto as <u>Exhibit A</u>. In addition, as was referenced in the Motion, a copy of the Sale Agreement is attached hereto as <u>Exhibit B</u>.

PLEASE TAKE FURTHER NOTICE that the Sale Procedures Hearing will be held on February 1, 2008 at 11:00 a.m. (ET) before the Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801. If any party wishes to file an objection to the Sale Procedures, such party must file an objection with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before January 29, 2008 at 4:00 p.m. (ET). At the same time, a copy of the objection must be served upon the undersigned counsel.

IF ANY NOTICE PARTY FAILS TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY APPROVE THE SALE PROCEDURES WITHOUT FURTHER NOTICE OR A HEARING.

Dated: Wilmington, Delaware
January 18, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession