IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
         Debtors.                                                      :
                                                                       :   Ref. Nos. 1904 & 2735
---------------------------------------------------------------------- x

## AMENDED CERTIFICATION OF COUNSEL TO
## APPLICATION RE: DOCKET NO. 1904

On November 8, 2007, Kroll Zolfo Cooper, LLC ("Kroll"), Restructuring Specialists for the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed its *Second Monthly Statement of Kroll Zolfo Cooper as Restructuring Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period September 1, 2007 Through September 30, 2007* (the "Application") [*see* Docket No. 1904]. By the Application, Kroll sought approval of $870,178.00 in fees (the "Fees") and $57,206.06 in expenses (the "Expenses") to be paid in accordance with this Court's *Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Approving the Agreement with Kroll Zolfo Cooper, LLC, Stephen F. Cooper and Kevin Nystrom* (the "Retention Order") [*see* Docket No. 606]. Objections to the relief requested in the Application were due to be filed by November 28, 2007 (the "Objection Deadline").

Prior to the Objection Deadline, the United States Trustee in these cases (the "Trustee") communicated informal objections to the relief requested in the Application. With respect to the Trustee's objection, Kroll has agreed to voluntarily reduce the requested Expenses by $2,015.93. Based on this agreement, the Trustee has consented to the allowance of the

Expenses in the amount of $55,190.13 (the "Adjusted Expenses"). The Court's docket which was last updated January 21, 2008, reflects that no objections to the Application have been filed.

On January 15, 2008, the Debtors filed a certification of counsel [Docket No. 2735] (the "Certification") with respect to the Application. However, the Certification inadvertently failed to account for amounts applied to prepetition fees and expenses incurred by Kroll from the retainer. Specifically, Kroll applied $184,680.74 of the $750,000 retainer to prepetition fees and expenses. Accordingly, pursuant to the Retention Order the Debtors are now authorized to pay 100% of the Fees ($304,858.74 or $870,178.00 less $565,319.26) and 100% of the Adjusted Expenses ($55,190.13) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       January 21, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession