IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AMERICAN HOME <br> MORTGAGE HOLDINGS, INC., <u>et al.</u>, <br><br> Debtors. | Chapter 11 <br><br> Case No. 07-11047 (CSS) <br><br> (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      §
                                         § SS:
NEW CASTLE COUNTY  §

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for AH Mortgage Acquisition Co., Inc., in the above-captioned action, and that on the 10th day of January 2008, she caused copies of the following to be served upon the parties listed below via: (i) Facsimile upon all parties; (ii) Hand Delivery upon Local Counsel; and (iii) First Class Mail upon Out of Town Counsel.

- Statement and Reservation of Rights to Debtors' First Interim Quarterly Fee Requests of Debtors' Professionals [Docket No. 2652]
- Statement and Reservation of Rights to Northwest Trustee Services, Inc.'s Applications for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession [Docket No. 2653]

| Joseph M. McMahon, Esq. <br> Office of the United States Trustee <br> J. Caleb Boggs Federal Building <br> 844 King Street, Suite 2207 - Lockbox #35 <br> Wilmington, DE 19801 | Bonnie Glantz Fatell <br> Blank Rome LLP <br> 1201 Market Street, Suite 800 <br> Wilmington, DE 19801 <br> (Committee Counsel) |
|---|---|
| Mark Indelicato, Esq. <br> Hahn & Hessen LLP <br> 488 Madison Avenue <br> New York NY 10022 <br> (Committee Counsel) | Matthew Lunn, Esq. <br> James Patton, Esq. <br> Pauline K. Morgan, Esq. <br> Sean Beach, Esq. <br> Young Conaway Stargatt & Taylor LLP <br> The Brandywine Bldg., 17th Floor <br> 1000 West Street <br> Wilmington, DE 19801 <br> (Debtors' Counsel) |

Dated: January 10, 2008

                                                                                  /s/ Elizabeth C. Thomas
                                                                                  Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED before me, a
Notary Public for the State and County aforesaid, on
the day and year aforesaid.

_____
Notary Public