IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME<br>MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF DELAWARE  §
                   §  SS:
NEW CASTLE COUNTY  §

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for AH Mortgage Acquisition Co., Inc., in the above-captioned action, and that on the 10th day of January 2008, she caused copies of the following to be served upon the party listed below via Facsimile and Hand Delivery.

- Statement and Reservation of Rights to Northwest Trustee Services, Inc.'s Applications for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession [Docket No. 2653]

Jeffrey Wisler, Esq.
Christina Thompson, Esq.
Connolly Bove Lodge & Hurtz LLP
The Nemours Bldg.
1007 North Orange Street
Wilmington, DE 19801
(Counsel to Northwest)

Dated: January 10, 2008

/s/ Elizabeth C. Thomas
Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Notary Public

[Notary Seal: PAULA SUBDA, MY COMMISSION EXPIRES MAY 18, 2009, NOTARY PUBLIC, STATE OF DELAWARE]