## VERIFICATION OF FEE APPLICATION

| | |
|---|---|
| STATE OF FLORIDA | ) |
| | ) SS: 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 |
| COUNTY OF HILLSBOROUGH | ) |

Daniel C. Consuegra, after being duly sworn according to law, deposes and says:

1. I am a MANAGING PARTNER in the applicant firm (the "Firm") and have been admitted to the bar of the state of Florida since October 27, 1983.

2. I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

3. The services and expenses were performed and incurred within the month subject to the foregoing Application.

4. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Daniel C. Consuegra, Managing Partner

SWORN TO AND SUBSCRIBED
before me this 22 day of January, 2008.

_____
Notary Public

Donnel Miller
MY COMMISSION # DD480507 EXPIRES
October 11, 2009
BONDED THRU TROY FAIN INSURANCE, INC.