Date 1/22/08  
Time 10:45 am

DANIEL C. CONSUEGRA  
Invoice Listing

Page 1

|  | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 1 | 109040 | 1/12/08 | $188.50 | 0 | $188.50 |
| 2 | 109042 | 1/12/08 | $574.00 | 0 | $574.00 |
| 3 | 109071 | 1/12/08 | $162.00 | 0 | $162.00 |
| 4 | 109044 | 1/12/08 | $1,389.00 | 0 | $1,389.00 |
| 5 | 109576 | 1/12/08 | $495.00 | 0 | $495.00 |
| 6 | 109046 | 1/12/08 | $144.50 | 0 | $144.50 |
| 7 | 109566 | 1/12/08 | $275.00 | 0 | $275.00 |
| 8 | 109049 | 1/12/08 | $350.00 | 0 | $350.00 |
| 9 | 109072 | 1/12/08 | $1,504.50 | 0 | $1,504.50 |
| 10 | 109051 | 1/12/08 | $210.00 | 0 | $210.00 |
| 11 | 109052 | 1/12/08 | $145.50 | 0 | $145.50 |
| 12 | 109053 | 1/12/08 | $120.00 | 0 | $120.00 |
| 13 | 109054 | 1/12/08 | $1,381.00 | 0 | $1,381.00 |
| 14 | 109055 | 1/12/08 | $1,280.60 | 0 | $1,280.60 |
| 15 | 109057 | 1/12/08 | $1,478.00 | 0 | $1,478.00 |
| 16 | 109073 | 1/12/08 | $179.00 | 0 | $179.00 |
| 17 | 109059 | 1/12/08 | $36.00 | 0 | $36.00 |
| 18 | 109060 | 1/12/08 | $635.00 | 0 | $635.00 |
| 19 | 109061 | 1/12/08 | $1,195.50 | 0 | $1,195.50 |
| 20 | 109063 | 1/12/08 | $1,280.00 | 0 | $1,280.00 |
| 21 | 109064 | 1/12/08 | $1,078.00 | 0 | $1,078.00 |
| 22 | 109415 | 1/12/08 | $350.00 | 0 | $350.00 |
| 23 | 109478 | 1/12/08 | $1,382.00 | 0 | $1,382.00 |
| 24 | 109066 | 1/12/08 | $303.00 | 0 | $303.00 |
| 25 | 109067 | 1/12/08 | $284.50 | 0 | $284.50 |
| 26 | 109068 | 1/12/08 | $75.00 | 0 | $75.00 |
| 27 | 109070 | 1/12/08 | $143.50 | 0 | $143.50 |
| 28 | 109112 | 1/12/08 | $125.00 | 0 | $125.00 |
| 29 | 109115 | 1/12/08 | $1,409.00 | 0 | $1,409.00 |
| 30 | 109607 | 1/12/08 | $1,210.50 | 0 | $1,210.50 |
| 31 | 109124 | 1/12/08 | $1,307.00 | 0 | $1,307.00 |
| 32 | 109125 | 1/12/08 | $10.00 | 0 | $10.00 |
| 33 | 109129 | 1/12/08 | $1,380.00 | 0 | $1,380.00 |
| 34 | 109132 | 1/12/08 | $117.50 | 0 | $117.50 |
| 35 | 109641 | 1/12/08 | $1,107.10 | 0 | $1,107.10 |
| 36 | 109133 | 1/12/08 | $144.50 | 0 | $144.50 |
| 37 | 109135 | 1/12/08 | $287.00 | 0 | $287.00 |
| 38 | 109138 | 1/12/08 | $265.68 | 0 | $265.68 |
| 39 | 109423 | 1/12/08 | $420.00 | 0 | $420.00 |
| 40 | 109141 | 1/12/08 | $1,316.00 | 0 | $1,316.00 |
| 41 | 109142 | 1/12/08 | $115.00 | 0 | $115.00 |
| 42 | 109145 | 1/12/08 | $1,221.00 | 0 | $1,221.00 |
| 43 | 109147 | 1/12/08 | $860.00 | 0 | $860.00 |
| 44 | 109148 | 1/12/08 | $143.50 | 0 | $143.50 |
| 45 | 109150 | 1/12/08 | $743.50 | 0 | $743.50 |
| 46 | 109151 | 1/12/08 | $1,152.00 | 0 | $1,152.00 |
| 47 | 109152 | 1/12/08 | $96.50 | 0 | $96.50 |

| | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 48 | 109154 | 1/12/08 | $45.50 | 0 | $45.50 |
| 49 | 109156 | 1/12/08 | $97.50 | 0 | $97.50 |
| 50 | 109162 | 1/12/08 | $1,189.00 | 0 | $1,189.00 |
| 51 | 109163 | 1/12/08 | $1,620.00 | 0 | $1,620.00 |
| 52 | 109164 | 1/12/08 | $350.00 | 0 | $350.00 |
| 53 | 109574 | 1/12/08 | $810.00 | 0 | $810.00 |
| 54 | 109169 | 1/12/08 | $1,377.00 | 0 | $1,377.00 |
| 55 | 109609 | 1/12/08 | $1,578.50 | 0 | $1,578.50 |
| 56 | 109176 | 1/12/08 | $210.00 | 0 | $210.00 |
| 57 | 109177 | 1/12/08 | $203.50 | 0 | $203.50 |
| 58 | 109573 | 1/12/08 | $495.00 | 0 | $495.00 |
| 59 | 109638 | 1/12/08 | $1,371.00 | 0 | $1,371.00 |
| 60 | 109182 | 1/12/08 | $376.50 | 0 | $376.50 |
| 61 | 109183 | 1/12/08 | $44.50 | 0 | $44.50 |
| 62 | 109186 | 1/12/08 | $985.52 | 0 | $985.52 |
| 63 | 109187 | 1/12/08 | $1,314.00 | 0 | $1,314.00 |
| 64 | 109188 | 1/12/08 | $350.00 | 0 | $350.00 |
| 65 | 109572 | 1/12/08 | $623.50 | 0 | $623.50 |
| 66 | 109610 | 1/12/08 | $1,148.00 | 0 | $1,148.00 |
| 67 | 109191 | 1/12/08 | $185.00 | 0 | $185.00 |
| 68 | 109192 | 1/12/08 | $1,435.40 | 0 | $1,435.40 |
| 69 | 109193 | 1/12/08 | $281.88 | 0 | $281.88 |
| 70 | 109194 | 1/12/08 | $750.38 | 0 | $750.38 |
| 71 | 109195 | 1/12/08 | $1,230.00 | 0 | $1,230.00 |
| 72 | 109196 | 1/12/08 | $1,373.50 | 0 | $1,373.50 |
| 73 | 109197 | 1/12/08 | $13.00 | 0 | $13.00 |
| 74 | 109199 | 1/12/08 | $1,486.00 | 0 | $1,486.00 |
| 75 | 109416 | 1/12/08 | $350.00 | 0 | $350.00 |
| 76 | 109200 | 1/12/08 | $1,136.00 | 0 | $1,136.00 |
| 77 | 109207 | 1/12/08 | $80.00 | 0 | $80.00 |
| 78 | 109208 | 1/12/08 | $1,318.50 | 0 | $1,318.50 |
| 79 | 109211 | 1/12/08 | $1,141.00 | 0 | $1,141.00 |
| 80 | 109212 | 1/12/08 | $181.25 | 0 | $181.25 |
| 81 | 109214 | 1/12/08 | $1,429.00 | 0 | $1,429.00 |
| 82 | 109217 | 1/12/08 | $585.00 | 0 | $585.00 |
| 83 | 109218 | 1/12/08 | $357.00 | 0 | $357.00 |
| 84 | 109222 | 1/12/08 | $1,338.00 | 0 | $1,338.00 |
| 85 | 109223 | 1/12/08 | $1,317.00 | 0 | $1,317.00 |
| 86 | 109225 | 1/12/08 | $438.50 | 0 | $438.50 |
| 87 | 109226 | 1/12/08 | $438.50 | 0 | $438.50 |
| 88 | 109227 | 1/12/08 | $442.00 | 0 | $442.00 |
| 89 | 109228 | 1/12/08 | $276.50 | 0 | $276.50 |
| 90 | 109417 | 1/12/08 | $350.00 | 0 | $350.00 |
| 91 | 109229 | 1/12/08 | $1,108.45 | 0 | $1,108.45 |
| 92 | 109230 | 1/12/08 | $31.50 | 0 | $31.50 |
| 93 | 109231 | 1/12/08 | $148.50 | 0 | $148.50 |
| 94 | 109232 | 1/12/08 | $350.00 | 0 | $350.00 |
| 95 | 109337 | 1/12/08 | $127.96 | 0 | $127.96 |
| 96 | 109418 | 1/12/08 | $200.00 | 0 | $200.00 |
| 97 | 109235 | 1/12/08 | $360.00 | 0 | $360.00 |

|  | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 98 | 109236 | 1/12/08 | $1,316.00 | 0 | $1,316.00 |
| 99 | 109237 | 1/12/08 | $420.00 | 0 | $420.00 |
| 100 | 109238 | 1/12/08 | $474.50 | 0 | $474.50 |
| 101 | 109239 | 1/12/08 | $416.50 | 0 | $416.50 |
| 102 | 109571 | 1/12/08 | $1,525.00 | 0 | $1,525.00 |
| 103 | 109242 | 1/12/08 | $400.00 | 0 | $400.00 |
| 104 | 109419 | 1/12/08 | $420.00 | 0 | $420.00 |
| 105 | 109243 | 1/12/08 | $155.88 | 0 | $155.88 |
| 106 | 109244 | 1/12/08 | $78.14 | 0 | $78.14 |
| 107 | 109245 | 1/12/08 | $350.00 | 0 | $350.00 |
| 108 | 109246 | 1/12/08 | $350.00 | 0 | $350.00 |
| 109 | 109557 | 1/12/08 | $348.20 | 0 | $348.20 |
| 110 | 109247 | 1/12/08 | $25.00 | 0 | $25.00 |
| 111 | 109267 | 1/12/08 | $1,362.00 | 0 | $1,362.00 |
| 112 | 109270 | 1/12/08 | $318.50 | 0 | $318.50 |
| 113 | 109272 | 1/12/08 | $143.50 | 0 | $143.50 |
| 114 | 109276 | 1/12/08 | $1,399.00 | 0 | $1,399.00 |
| 115 | 109277 | 1/12/08 | $1,306.13 | 0 | $1,306.13 |
| 116 | 109278 | 1/12/08 | $1,434.00 | 0 | $1,434.00 |
| 117 | 109279 | 1/12/08 | $17.50 | 0 | $17.50 |
| 118 | 109281 | 1/12/08 | $135.50 | 0 | $135.50 |
| 119 | 109282 | 1/12/08 | $1,593.00 | 0 | $1,593.00 |
| 120 | 109284 | 1/12/08 | $438.50 | 0 | $438.50 |
| 121 | 109285 | 1/12/08 | $806.00 | 0 | $806.00 |
| 122 | 109286 | 1/12/08 | $144.50 | 0 | $144.50 |
| 123 | 109287 | 1/12/08 | $1,385.00 | 0 | $1,385.00 |
| 124 | 109288 | 1/12/08 | $1,275.00 | 0 | $1,275.00 |
| 125 | 109289 | 1/12/08 | $865.50 | 0 | $865.50 |
| 126 | 109290 | 1/12/08 | $672.00 | 0 | $672.00 |
| 127 | 109291 | 1/12/08 | $21.50 | 0 | $21.50 |
| 128 | 109640 | 1/12/08 | $420.00 | 0 | $420.00 |
| 129 | 109293 | 1/12/08 | $236.08 | 0 | $236.08 |
| 130 | 109294 | 1/12/08 | $1,150.50 | 0 | $1,150.50 |
| 131 | 109295 | 1/12/08 | $1,505.00 | 0 | $1,505.00 |
| 132 | 109420 | 1/12/08 | $350.00 | 0 | $350.00 |
| 133 | 109296 | 1/12/08 | $36.50 | 0 | $36.50 |
| 134 | 109297 | 1/12/08 | $1,433.00 | 0 | $1,433.00 |
| 135 | 109298 | 1/12/08 | $1,291.00 | 0 | $1,291.00 |
| 136 | 109299 | 1/12/08 | $350.00 | 0 | $350.00 |
| 137 | 109302 | 1/12/08 | $143.50 | 0 | $143.50 |
| 138 | 109570 | 1/12/08 | $1,335.00 | 0 | $1,335.00 |
| 139 | 109308 | 1/12/08 | $1,627.00 | 0 | $1,627.00 |
| 140 | 109309 | 1/12/08 | $125.00 | 0 | $125.00 |
| 141 | 109310 | 1/12/08 | $94.50 | 0 | $94.50 |
| 142 | 109311 | 1/12/08 | $197.50 | 0 | $197.50 |
| 143 | 109314 | 1/12/08 | $1,421.50 | 0 | $1,421.50 |
| 144 | 109315 | 1/12/08 | $1,466.50 | 0 | $1,466.50 |
| 145 | 109316 | 1/12/08 | $539.50 | 0 | $539.50 |
| 146 | 109322 | 1/12/08 | $482.50 | 0 | $482.50 |
| 147 | 109323 | 1/12/08 | $1,492.00 | 0 | $1,492.00 |

|     | Invoice # | Date | Billed | Paid | Balance |
| --- | --- | --- | --- | --- | --- |
| 148 | 109326 | 1/12/08 | $1,271.00 | 0 | $1,271.00 |
| 149 | 109328 | 1/12/08 | $1,275.00 | 0 | $1,275.00 |
| 150 | 109330 | 1/12/08 | $31.50 | 0 | $31.50 |
| 151 | 109569 | 1/12/08 | $285.00 | 0 | $285.00 |
| 152 | 109333 | 1/12/08 | $591.42 | 0 | $591.42 |
| 153 | 109424 | 1/12/08 | $600.00 | 0 | $600.00 |
| 154 | 109334 | 1/12/08 | $10.00 | 0 | $10.00 |
| 155 | 109336 | 1/12/08 | $1,425.00 | 0 | $1,425.00 |
| 156 | 109339 | 1/12/08 | $1,262.00 | 0 | $1,262.00 |
| 157 | 109340 | 1/12/08 | $39.00 | 0 | $39.00 |
| 158 | 109341 | 1/12/08 | $125.00 | 0 | $125.00 |
| 159 | 109342 | 1/12/08 | $275.00 | 0 | $275.00 |
| 160 | 109343 | 1/12/08 | $163.50 | 0 | $163.50 |
| 161 | 109565 | 1/12/08 | $1,333.00 | 0 | $1,333.00 |
| 162 | 109346 | 1/12/08 | $1,153.00 | 0 | $1,153.00 |
| 163 | 109347 | 1/12/08 | $25.50 | 0 | $25.50 |
| 164 | 109348 | 1/12/08 | $98.12 | 0 | $98.12 |
| 165 | 109349 | 1/12/08 | $181.25 | 0 | $181.25 |
| 166 | 109350 | 1/12/08 | $437.75 | 0 | $437.75 |
| 167 | 109351 | 1/12/08 | $95.00 | 0 | $95.00 |
| 168 | 109352 | 1/12/08 | $459.50 | 0 | $459.50 |
| 169 | 109353 | 1/12/08 | $1,271.00 | 0 | $1,271.00 |
| 170 | 109354 | 1/12/08 | $315.50 | 0 | $315.50 |
| 171 | 109355 | 1/12/08 | $1,537.00 | 0 | $1,537.00 |
| 172 | 109356 | 1/12/08 | $1,578.00 | 0 | $1,578.00 |
| 173 | 109568 | 1/12/08 | $1,995.45 | 0 | $1,995.45 |
| 174 | 109357 | 1/12/08 | $153.50 | 0 | $153.50 |
| 175 | 109358 | 1/12/08 | $1,389.00 | 0 | $1,389.00 |
| 176 | 109385 | 1/12/08 | $550.75 | 0 | $550.75 |
| 177 | 109386 | 1/12/08 | $15.00 | 0 | $15.00 |
| 178 | 109387 | 1/12/08 | $388.50 | 0 | $388.50 |
| 179 | 109388 | 1/12/08 | $1,313.00 | 0 | $1,313.00 |
| 180 | 109389 | 1/12/08 | $414.33 | 0 | $414.33 |
| 181 | 109390 | 1/12/08 | $909.50 | 0 | $909.50 |
| 182 | 109391 | 1/12/08 | $145.50 | 0 | $145.50 |
| 183 | 109392 | 1/12/08 | $1,359.00 | 0 | $1,359.00 |
| 184 | 109393 | 1/12/08 | $50.00 | 0 | $50.00 |
| 185 | 109394 | 1/12/08 | $841.20 | 0 | $841.20 |
| 186 | 109395 | 1/12/08 | $143.50 | 0 | $143.50 |
| 187 | 109396 | 1/12/08 | $36.50 | 0 | $36.50 |
| 188 | 109398 | 1/12/08 | $576.53 | 0 | $576.53 |
| 189 | 109399 | 1/12/08 | $681.50 | 0 | $681.50 |
| 190 | 109400 | 1/12/08 | $350.00 | 0 | $350.00 |
| 191 | 109411 | 1/12/08 | $420.00 | 0 | $420.00 |
| 192 | 109403 | 1/12/08 | $1,220.50 | 0 | $1,220.50 |
| 193 | 109404 | 1/12/08 | $45.00 | 0 | $45.00 |
| 194 | 109405 | 1/12/08 | $143.50 | 0 | $143.50 |
| 195 | 109406 | 1/12/08 | $1,302.00 | 0 | $1,302.00 |
| 196 | 109577 | 1/12/08 | $619.50 | 0 | $619.50 |
| 197 | 109407 | 1/12/08 | $1,269.00 | 0 | $1,269.00 |

|     | Invoice # | Date    | Billed     | Paid | Balance    |
|-----|-----------|---------|------------|------|------------|
| 198 | 109408    | 1/12/08 | $450.00    | 0    | $450.00    |
| 199 | 109409    | 1/12/08 | $1,296.00  | 0    | $1,296.00  |
| 200 | 109410    | 1/12/08 | $1,296.00  | 0    | $1,296.00  |
| 201 | 109412    | 1/12/08 | $1,331.00  | 0    | $1,331.00  |
| 202 | 109413    | 1/12/08 | $66.80     | 0    | $66.80     |
| 203 | 109414    | 1/12/08 | $504.00    | 0    | $504.00    |
| 204 | 109161    | 1/12/08 | $521.63    | 0    | $521.63    |
| 205 | 109159    | 1/12/08 | $1,270.50  | 0    | $1,270.50  |
| 206 | 109425    | 1/12/08 | $600.00    | 0    | $600.00    |
| 207 | 109158    | 1/12/08 | $28.50     | 0    | $28.50     |
| 208 | 109157    | 1/12/08 | $1,240.50  | 0    | $1,240.50  |
| 209 | 109155    | 1/12/08 | $406.50    | 0    | $406.50    |
| 210 | 109421    | 1/12/08 | $350.00    | 0    | $350.00    |
| 211 | 109422    | 1/12/08 | $350.00    | 0    | $350.00    |
| 212 | 109143    | 1/12/08 | $1,309.00  | 0    | $1,309.00  |
| 213 | 109140    | 1/12/08 | $1,471.50  | 0    | $1,471.50  |
| 214 | 109139    | 1/12/08 | $262.13    | 0    | $262.13    |
| 215 | 109149    | 1/12/08 | $920.00    | 0    | $920.00    |
| 216 | 109137    | 1/12/08 | $255.50    | 0    | $255.50    |
| 217 | 109136    | 1/12/08 | $10.00     | 0    | $10.00     |
| 218 | 109134    | 1/12/08 | $1,148.00  | 0    | $1,148.00  |
| 219 | 109131    | 1/12/08 | $187.88    | 0    | $187.88    |
| 220 | 109130    | 1/12/08 | $392.93    | 0    | $392.93    |
| 221 | 109128    | 1/12/08 | $143.50    | 0    | $143.50    |
| 222 | 109127    | 1/12/08 | $1,412.00  | 0    | $1,412.00  |
| 223 | 109126    | 1/12/08 | $34.50     | 0    | $34.50     |
| 224 | 109123    | 1/12/08 | $284.50    | 0    | $284.50    |
| 225 | 109122    | 1/12/08 | $1,268.00  | 0    | $1,268.00  |
| 226 | 109479    | 1/12/08 | $125.00    | 0    | $125.00    |
| 227 | 109491    | 1/12/08 | $350.00    | 0    | $350.00    |
| 228 | 109480    | 1/12/08 | $125.00    | 0    | $125.00    |
| 229 | 109119    | 1/12/08 | $1,622.00  | 0    | $1,622.00  |
| 230 | 109114    | 1/12/08 | $147.02    | 0    | $147.02    |
| 231 | 109113    | 1/12/08 | $298.50    | 0    | $298.50    |
| 232 | 109111    | 1/12/08 | $145.50    | 0    | $145.50    |
| 233 | 109110    | 1/12/08 | $1,553.50  | 0    | $1,553.50  |
| 234 | 109109    | 1/12/08 | $1,144.00  | 0    | $1,144.00  |
| 235 | 109107    | 1/12/08 | $19.50     | 0    | $19.50     |
| 236 | 109108    | 1/12/08 | $27.50     | 0    | $27.50     |
| 237 | 109106    | 1/12/08 | $13.00     | 0    | $13.00     |
| 238 | 109105    | 1/12/08 | $845.50    | 0    | $845.50    |
| 239 | 109104    | 1/12/08 | $173.00    | 0    | $173.00    |
| 240 | 109103    | 1/12/08 | $1,590.00  | 0    | $1,590.00  |
| 241 | 109472    | 1/12/08 | $300.00    | 0    | $300.00    |
| 242 | 109487    | 1/12/08 | $322.00    | 0    | $322.00    |
| 243 | 109101    | 1/12/08 | $60.00     | 0    | $60.00     |
| 244 | 109100    | 1/12/08 | $1,390.50  | 0    | $1,390.50  |
| 245 | 109099    | 1/12/08 | $1,310.00  | 0    | $1,310.00  |
| 246 | 109098    | 1/12/08 | $153.00    | 0    | $153.00    |
| 247 | 109097    | 1/12/08 | $520.00    | 0    | $520.00    |

| | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 248 | 109096 | 1/12/08 | $2,606.50 | 0 | $2,606.50 |
| 249 | 109095 | 1/12/08 | $101.00 | 0 | $101.00 |
| 250 | 109492 | 1/12/08 | $350.00 | 0 | $350.00 |
| 251 | 109567 | 1/12/08 | $445.00 | 0 | $445.00 |
| 252 | 109090 | 1/12/08 | $193.50 | 0 | $193.50 |
| 253 | 109088 | 1/12/08 | $1,200.00 | 0 | $1,200.00 |
| 254 | 109087 | 1/12/08 | $744.50 | 0 | $744.50 |
| 255 | 109086 | 1/12/08 | $26.00 | 0 | $26.00 |
| 256 | 109085 | 1/12/08 | $283.00 | 0 | $283.00 |
| 257 | 109493 | 1/12/08 | $154.00 | 0 | $154.00 |
| 258 | 109083 | 1/12/08 | $1,219.50 | 0 | $1,219.50 |
| 259 | 109082 | 1/12/08 | $996.60 | 0 | $996.60 |
| 260 | 109081 | 1/12/08 | $1,379.00 | 0 | $1,379.00 |
| 261 | 109080 | 1/12/08 | $137.75 | 0 | $137.75 |
| 262 | 109079 | 1/12/08 | $237.50 | 0 | $237.50 |
| 263 | 109078 | 1/12/08 | $179.00 | 0 | $179.00 |
| 264 | 109077 | 1/12/08 | $1,310.50 | 0 | $1,310.50 |
| 265 | 108928 | 1/12/08 | $1,392.00 | 0 | $1,392.00 |
| 266 | 108927 | 1/12/08 | $1,383.00 | 0 | $1,383.00 |
| 267 | 108926 | 1/12/08 | $1,371.00 | 0 | $1,371.00 |
| 268 | 108925 | 1/12/08 | $13.00 | 0 | $13.00 |
| 269 | 109486 | 1/12/08 | $350.00 | 0 | $350.00 |
| 270 | 108924 | 1/12/08 | $1,503.00 | 0 | $1,503.00 |
| 271 | 109485 | 1/12/08 | $350.00 | 0 | $350.00 |
| 272 | 108923 | 1/12/08 | $144.50 | 0 | $144.50 |
| 273 | 108922 | 1/12/08 | $875.00 | 0 | $875.00 |
| 274 | 108921 | 1/12/08 | $1,342.00 | 0 | $1,342.00 |
| 275 | 109494 | 1/12/08 | $350.00 | 0 | $350.00 |
| 276 | 109484 | 1/12/08 | $73.50 | 0 | $73.50 |
| 277 | 108916 | 1/12/08 | $1,360.60 | 0 | $1,360.60 |
| 278 | 108915 | 1/12/08 | $735.32 | 0 | $735.32 |
| 279 | 108914 | 1/12/08 | $1,661.00 | 0 | $1,661.00 |
| 280 | 108913 | 1/12/08 | $143.50 | 0 | $143.50 |
| 281 | 108912 | 1/12/08 | $1,419.50 | 0 | $1,419.50 |
| 282 | 109639 | 1/12/08 | $195.75 | 0 | $195.75 |
| 283 | 108910 | 1/12/08 | $143.50 | 0 | $143.50 |
| 284 | 108929 | 1/12/08 | $395.00 | 0 | $395.00 |
| 285 | 109495 | 1/12/08 | $1,924.50 | 0 | $1,924.50 |
| 286 | 109482 | 1/12/08 | $33.50 | 0 | $33.50 |
| 287 | 108908 | 1/12/08 | $143.50 | 0 | $143.50 |
| 288 | 108907 | 1/12/08 | $45.50 | 0 | $45.50 |
| 289 | 108901 | 1/12/08 | $1,441.00 | 0 | $1,441.00 |
| 290 | 109481 | 1/12/08 | $7.00 | 0 | $7.00 |
| 291 | 109368 | 1/12/08 | $1,800.30 | 0 | $1,800.30 |

===========================  =========  ========= =========

GRAND TOTAL                    $195,187.16    0 $195,187.16

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001650760
Our File No. 12204
Status - Foreclosure
Referral Date 11/4/2007

Invoice Number  109040

Tax ID # 59-2885854

Professional services:

| | |
|---|---|
| 12/5/07  Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | |
|---|---|
| 12/5/07- Hydra Skiptrace | 45.00 |
| 12/29/07- Instrument Recording Fee | 18.50 |
| Total Amount This Invoice | $188.50 |
| Total Current Charges | $188.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing.

      Account No. 1001372677
      Our File No. 11825
      Status - Foreclosure
      Referral Date 10/24/2007

      Invoice Number  109042

  Tax ID # 59-2885854

      Professional services:

| | | |
|---|---|---|
| 12/7/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

      Professional Costs:

| | | |
|---|---|---|
| 12/6/07- | Hydra Skiptrace | 45.00 |
| 12/7/07- | Service of Process | 194.00 |
| 12/7/07- | Instrument Recording Fee | 18.50 |
| 12/14/07- | Service of Process | 70.00 |
| 12/31/07- | Publication of Notice of Action | 121.50 |
| | Total Amount This Invoice | $574.00 |
| | Total Current Charges | $574.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001349565
      Our File No. 11638
      Status - Foreclosure
      Referral Date 10/20/2007

      Invoice Number  109071

Tax ID # 59-2885854
_____

        Professional services:


12/5/07  Flat fee to prepare assignment of mortgage.          125.00
_____

        Professional Costs:

12/27/07- Instrument Recording Fee                             18.50
12|27|07 - Instrument Recording Fee                            18.50
                                                             _____

        Total Amount This Invoice                            $162.00
                                                             _____

        Total Current Charges                                $162.00
                                                             ========
_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001415743
Our File No. 12854
Status - Foreclosure
Referral Date 11/20/2007

Invoice Number  109044

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/7/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| | | 275.00 |
| 12/6/07- | Title Search | 257.00 |
| 12/7/07- | Court Filing Fee | 2.00 |
| 12/7/07 - | Recording Fee | 210.00 |
| 12/10/07- | Service of Process | 45.00 |
| 12/28/07- | Hydra Skiptrace | |
| | Total Amount This Invoice | $1,389.00 |
| | Total Current Charges | $1,389.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage
      Account No. 1001306263
      Our File No. 11481-EVC

      Status - Eviction
      Referral Date 10/17/2007
      Invoice Number  109576

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/3/07 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/3/07- | Writ of Possession | 95.00 |
| 12|3|07 - | Court Filing Fee | 50.00 |
| | | |
| | Total Amount This Invoice | $495.00 |
| | | |
| | Total Current Charges | $495.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicinc

      Account No. 1001568162
      Our File No. 11850
      Status - Foreclosure
      Referral Date 10/25/2007

      Invoice Number  109046

Tax ID # 59-2885854

          Professional services:


12/7/07  Flat fee to prepare assignment of mortgage.            125.00

          Professional Costs:

12/7/07- Instrument Recording Fee                                 1.00
12/7/07 - Instrument Recording Fee                               18.50

          Total Amount This Invoice                            $144.50

          Total Current Charges                                $144.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001670015
Our File No. 12211
Status — Foreclosure
Referral Date 11/4/2007

Invoice Number  109566

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 12/17/07- Title Search | 275.00 |
| Total Amount This Invoice | $275.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1001095673
    Our File No. 14264
    Status - Foreclosure
    Referral Date 12/22/2007

    Invoice Number  109049

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 12/31/07 | Flat fee to answer foreclosure/monitor. | 200.00 |

    Professional Costs:

| | | |
|---|---|---|
| 12/31/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,.

    Account No. 1001111184
    Our File No. 12867
    Status - Foreclosure
    Referral Date 11/20/2007

    Invoice Number  109072

Tax ID # 59-2885854
_____

        Professional services:


| Date | Description | Amount |
|---|---|---|
| 12/11/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 12/31/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

        Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 12/10/07- | Title Search | 395.00 |
| 12/11/07- | Court Filing Fee | 255.00 |
| 12/11/07- | Recording Fee | 1.00 |
| 12/19/07- | Service of Process | 70.00 |
| 12/24/07- | Service of Process | 40.00 |
| 12/31/07- | Instrument Recording Fee | 18.50 |

        Total Amount This Invoice        $1,504.50

        Total Current Charges            $1,504.50
_____

                PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001350905
Our File No. 10044

Status - Foreclosure
Referral Date 8/29/2007

Invoice Number  109051

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---:|
| 12/31/07- Publication of NOS | 210.00 |
| Total Amount This Invoice | $210.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

       Account No. 1001427628
       Our File No. 11811
       Status - Foreclosure
       Referral Date 10/24/2007

       Invoice Number  109052

Tax ID # 59-2885854
_____

          Professional services:


12/7/07  Flat fee to prepare assignment of mortgage.              125.00

_____

          Professional Costs:
                                                                    2.00
12/7/07- Instrument Recording Fee                                  18.50
12|7|07 - Instrument Recording Fee                              _____

          Total Amount This Invoice                              $145.50

_____

          Total Current Charges                                  $145.50

_____

                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                       *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001221730
    Our File No. 08966
    Status - Foreclosure
    Referral Date 7/17/2007

    Invoice Number  109053

Tax ID # 59-2885854

    Professional Costs:

| | | |
|---|---|---|
| 12/10/07- Service of Process | | 70.00 |
| 12/21/07- Court Filing Fee | | 50.00 |
| Total Amount This Invoice | | $120.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001662617
    Our File No. 12877
    Status - Foreclosure
    Referral Date 11/21/2007

    Invoice Number  109054

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 12/5/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

    Professional Costs:

| | | |
|---|---|---|
| 12/4/07- | Title Search | 275.00 |
| 12/5/07- | Court Filing Fee | 261.00 |
| 12/10/07- | Service of Process | 245.00 |

    Total Amount This Invoice    $1,381.00

    Total Current Charges    $1,381.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001104659
Our File No. 12858
Status - Foreclosure
Referral Date 11/20/2007

Invoice Number  109055

Tax ID # 59-2885854

_____

Professional services:

| | | |
|---|---|---|
| 12/7/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

_____

Professional Costs:

| | | |
|---|---|---|
| 12/6/07- | Title Search | 275.00 |
| 12/7/07- | Court Filing Fee | 256.00 |
| 12/7/07- | Instrument Recording Fee | 9.60 |
| 12/21/07- | Service of Process | 140.00 |
| | Total Amount This Invoice | $1,280.60 |
| | Total Current Charges | $1,280.60 |

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1001200809
    Our File No. 12887
    Status - Foreclosure
    Referral Date 11/21/2007

    Invoice Number  109057

Tax ID # 59-2885854
_____

    Professional services:


| 12/7/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
|---|---|---|

---

    Professional Costs:

| 12/6/07- | Title Search | 275.00 |
|---|---|---|
| 12/7/07- | Clerk's Filing Fee | 257.00 |
| 12/7/07 - | Hydra Skiptrace | 45.00 |
| 12/7/07 - | Instrument Recording Fee | 16.00 |
| 12/18/07- | Service of Process | 175.00 |
| 12/20/07- | Service of Process | 110.00 |

    Total Amount This Invoice      $1,478.00

    Total Current Charges      $1,478.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

        Account No. 1001562904
        Our File No. 11801
        Status - Foreclosure
        Referral Date 10/24/2007

        Invoice Number  109073

  Tax ID # 59-2885854
_____

        Professional services:


12/29/07  Flat fee to prepare assignment of mortgage.           125.00
_____

        Professional Costs:
                                                                 30.50
12/21/07- Certified Court Docs                                    5.00
12/21/07 - Hydra                                                 18.50
12/31/07- Instrument Recording Fee                          _____

        Total Amount This Invoice                              $179.00


        Total Current Charges                                  $179.00
                                                            ===========
_____

                    PAYMENT DUE UPON RECEIPT
          PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                       *****THANK YOU*****

  laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicinç

Account No. 1001246387
Our File No. 09059
Status - Foreclosure
Referral Date - 7/20/2007

Invoice Number  109059

Tax ID # 59-2885854
_____

Professional Costs:


12/21/07- Certified Court Docs                          31.00
12/21/07 - Hydra                                         5.00
                                                       _____
          Total Amount This Invoice              $36.00
_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001117669
Our File No. 11658
Status - Foreclosure
Referral Date 10/22/2007

Invoice Number  109060

Tax ID # 59-2885854

Professional Costs:

|  |  |  |
|---|---|---|
| 12/10/07- | Service of Process | 210.00 |
| 12/11/07- | Publication of Notice of Action | 135.00 |
| 12/13/07- | Attorney Ad Litem | 275.00 |
| 12/20/07- | Hydra Skiptrace | 15.00 |
|  | Total Amount This Invoice | $635.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,
     Account No. 1001242212
     Our File No. 13509
     Status - Foreclosure
     Referral Date 12/10/2007

     Invoice Number  109061

Tax ID # 59-2885854

_____

          Professional services:


12/26/07  Flat fee for foreclosure lawsuit - first half.          600.00

_____

          Professional Costs:
                                                                   45.00
12/24/07- Hydra Skiptrace                                         275.00
12/24/07 - Title Search                                           261.00
12/26/07- Court Filing Fee                                          4.00
12/26/07 - Recording Fee                                           10.50
12/26/07 - Instrument Recording Fee
                                                             _____
          Total Amount This Invoice                            $1,195.50

                                                             _____
          Total Current Charges                                $1,195.50
                                                             ===========

_____

              PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                  *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,.

    Account No. 1001520824
    Our File No. 12931
    Status - Foreclosure
    Referral Date 11/21/2007

    Invoice Number  109063

Tax ID # 59-2885854

    Professional services:

12/11/07  Flat fee for foreclosure lawsuit - first half.          600.00

    Professional Costs:

|  |  |  |
|---|---|---|
|  |  | 275.00 |
| 12/10/07- | Title Search | 255.00 |
| 12/11/07- | Court Filing Fee | 1.00 |
| 12/11/07 - | Recording Fee | 9.00 |
| 12/11/07 - | Instrument Recording Fee | 140.00 |
| 12/17/07- | Service of Process |  |

    Total Amount This Invoice          $1,280.00

    Total Current Charges          $1,280.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001483483
Our File No. 12958
Status - Foreclosure
Referral Date 11/25/2007

Invoice Number  109064

Tax ID # 59-2885854

Professional services:

| | |
|---|---|
| 12/10/07  Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | |
|---|---|
| | 257.00 |
| 12/10/07- Court Filing Fee | 2.00 |
| 12/10/07 - Recording Fee | 9.00 |
| 12/10/07 - Instrument Recording Fee | 210.00 |
| 12/17/07- Service of Process | |
| Total Amount This Invoice | $1,078.00 |
| Total Current Charges | $1,078.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1001554768
    Our File No. 12131
    Status - Answer
    Referral Date 11/2/2007

    Invoice Number  109415

Tax ID # 59-2885854

    Professional services:


12/11/07  Flat fee to answer foreclosure/monitor.                200.00


    Professional Costs:

12/11/07- Title Search                                           150.00

    Total Amount This Invoice                              $350.00


    Total Current Charges                                  $350.00


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
      Account No. 1000634740
      Our File No. 12208
      Status - Foreclosure
      Referral Date 11/4/2007

      Invoice Number  109478

Tax ID # 59-2885854

          Professional services:

| | | |
|---|---|---|
| 12/7/07 | Flat fee to prepare assignment of mortgage. | 125.00 |
| 12/27/07 | Flat fee for foreclosure lawsuit - second half. | 600.00 |

          Professional Costs:

| | | |
|---|---|---|
| 12/7/07- | Instrument Recording Fee | 18.50 |
| 12/17/07- | Title Search | 340.00 |
| 12/21/07- | Attorney Ad Litem Fee | 275.00 |
| 12/27/07- | Recording Fee | 23.50 |
| | Total Amount This Invoice | $1,382.00 |
| | Total Current Charges | $1,382.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001218691
    Our File No. 11843
    Status - Foreclosure
    Referral Date 10/24/2007

    Invoice Number  109066

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 12/5/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

    Professional Costs:

| | | |
|---|---|---|
| 12/5/07- | Instrument Recording Fee | 18.50 |
| 12/12/07- | Publication of Notice of Action | 159.50 |

    Total Amount This Invoice          $303.00

    Total Current Charges          $303.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000827368
Our File No. 12199
Status - Foreclosure
Referral Date 11/4/2007

Invoice Number  109067

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| | 45.00 |
| 12/10/07- Hydra Skiptrace | 80.00 |
| 12/14/07- Service of Process | 159.50 |
| 12/31/07- Publication of Notice of Action | |
| Total Amount This Invoice | $284.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001048747
Our File No. 11396
Status - Foreclosure
Referral Date 10/12/2007

Invoice Number  109068

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 12/7/07- Service of Process | 75.00 |
| Total Amount This Invoice | $75.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001618271
     Our File No. 12463
     Status - Foreclosure
     Referral Date 11/10/2007

     Invoice Number  109070

Tax ID # 59-2885854

_____

          Professional services:


12/17/07  Flat fee to prepare assignment of mortgage.          125.00

_____

          Professional Costs:

12/17/07- Recording Fee                                         18.50
                                                            _____
          Total Amount This Invoice                           $143.50

                                                            _____
          Total Current Charges                               $143.50
                                                            ===========
_____

                 PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing.
      Account No. 1001307537
      Our File No. 12213
      Status - Foreclosure
      Referral Date 11/4/2007

      Invoice Number  109112

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/14/07 | Flat fee to prepare assignment of mortgage. | 125.00 |
| | Total Amount This Invoice | $125.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1000836427
      Our File No. 12828
      Status - Foreclosure
      Referral Date- 11/20/2007

      Invoice Number  109115

Tax ID # 59-2885854

          Professional services:

12/4/07   Flat fee for foreclosure lawsuit - first half.          600.00

          Professional Costs:
                                                                  275.00
12/3/07-  Title Search                                            259.00
12/4/07-  Court Filing Fee                                        275.00
12/14/07- Service of Process                                    _____

          Total Amount This Invoice                             $1,409.00

          Total Current Charges                                 $1,409.00

                      PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                        *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1000964707
      Our File No. 13512
      Status - Foreclosure
      Referral Date 12/10/2007

      Invoice Number  109607

Tax ID # 59-2885854

      Professional services:

12/26/07  Flat fee for foreclosure lawsuit - first half.        600.00

      Professional Costs:
                                                                275.00
12/21/07- Title Search                                          255.00
12/26/07- Court Filing Fee                                       10.50
12/26/07- Recording Fee                                          70.00
12/31/07- Service of Process
                                                              _____
      Total Amount This Invoice                               $1,210.50

      Total Current Charges                                   $1,210.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1000762330
    Our File No. 13306
    Status - Foreclosure
    Referral Date 12/5/2007

    Invoice Number  109124

Tax ID # 59-2885854

        Professional services:

12/18/07  Flat fee for foreclosure lawsuit - first half.        600.00

        Professional Costs:

                                                      275.00
12/17/07- Title Search                                256.00
12/18/07- Court Filing Fee                              1.00
12/18/07 - Recording Fee                              175.00
12/24/07- Service of Process

        Total Amount This Invoice                  $1,307.00

        Total Current Charges                      $1,307.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001023608
Our File No. 10036

Status - Foreclosure
Referral Date 8/29/2007

Invoice Number  109125

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 12/7/07- Hydra Skiptrace | 10.00 |
| Total Amount This Invoice | $10.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001101923
Our File No. 13304
Status - Foreclosure
Referral Date 12/4/2007

Invoice Number  109129

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/20/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/19/07- | Hydra Skiptrace | 45.00 |
| 12/19/07 - | Title Search | 275.00 |
| 12/20/07- | Court Filing Fee | 257.00 |
| 12/20/07 - | Court Recording Fee | 2.00 |
| 12/20/07 - | Instrument Recording Fee | 9.00 |
| 12/24/07- | Service of Process | 192.00 |

| | |
|---|---|
| Total Amount This Invoice | $1,380.00 |
| Total Current Charges | $1,380.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

      Account No. 1001023624
      Our File No. 10060

      Status - Foreclosure
      Referral Date 8/29/2007

      Invoice Number  109132

Tax ID # 59-2885854

        Professional Costs:

12/31/07- Publication of NOS 12/21,28/07                      117.50
                                                            ─────────
          Total Amount This Invoice                          $117.50

                  PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001306185
     Our File No. 10312


     Status - Foreclosure
     Invoice Number  109641

Tax ID # 59-2885854

_____

     Professional services:


| Date | Description | Amount |
|---|---|---|
| 12/4/07 | Flat fee for title claim/title curative. | 300.00 |
| 12/21/07 | Flat fee for foreclosure lawsuit - second half. | 600.00 |

_____

     Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 12/7/07- | Publication of NOS 12/05,12/07 | 141.90 |
| 12/14/07- | Sale Fee | 60.00 |
| 12/20/07- | Documentary Stamps | 0.70 |
| 12/21/07- | Cost of Court Certified Documents | 4.50 |

                                                   _____
     Total Amount This Invoice            $1,107.10


                                          _____
     Total Current Charges               $1,107.10
                                          ========

_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,
     Account No. 1001145394
     Our File No. 11765
     Status - Foreclosure
     Referral Date 10/23/2007

     Invoice Number  109133

Tax ID # 59-2885854
_____

           Professional services:


12/5/07  Flat fee to prepare assignment of mortgage.          125.00
_____

           Professional Costs:

12/5/07- Instrument Recording Fee                               1.00
12|5|07- Instrument Recording Fee                              18.50
                                                              _____
           Total Amount This Invoice                          $144.50

                                                              _____
           Total Current Charges                              $144.50
                                                              =======
_____


                    PAYMENT DUE UPON RECEIPT
          PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                        *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001349388
    Our File No. 11654
    Status - Foreclosure
    Referral Date 10/22/2007

    Invoice Number  109135

Tax ID # 59-2885854

        Professional services:

12/5/07  Flat fee to prepare assignment of mortgage.                    125.00

        Professional Costs:

                                                                          18.50
12/5/07- Instrument Recording Fee                                        100.00
12/5/07 - Service of Process                                              30.50
12/12/07- Certified Court Docs                                            13.00
12/19/07- Court Filing Fee                                       _____

        Total Amount This Invoice                                     $287.00


                                                                 _____
        Total Current Charges                                        $287.00
                                                                 =========


                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                        *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001372838
Our File No. 11643
Status - Foreclosure
Referral Date 10/20/2007

Invoice Number  109138

Tax ID # 59-2885854
_____

Professional services:

| | | |
|---|---|---|
| 12/5/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

_____

Professional Costs:

| | | |
|---|---|---|
| 12/5/07- | Instrument Recording Fee | 18.50 |
| 12/10/07- | Publication of Notice of Action | 122.18 |
| | Total Amount This Invoice | $265.68 |
| | Total Current Charges | $265.68 |

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage
      Account No. 1001174517
      Our File No. 11486
      Status - Eviction
      Referral Date 10/17/2007

      Invoice Number  109423

Tax ID # 59-2885854
_____

        Professional services:


12/14/07  Flat fee for Writ of Possession after the        350.00
          foreclosure.
_____

        Professional Costs:

12/14/07- Writ of Possession                                70.00
                                                          _____

        Total Amount This Invoice                         $420.00
                                                          _____

        Total Current Charges                             $420.00
                                                          =========
_____

                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing.

   Account No. 1000881934
   Our File No. 12904
   Status - Foreclosure
   Referral Date 11/21/2007

   Invoice Number  109141

Tax ID # 59-2885854

   Professional services:

| | | |
|---|---|---|
| 12/6/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

   Professional Costs:

| | | |
|---|---|---|
| | | 275.00 |
| 12/5/07- | Title Search | 256.00 |
| 12/6/07- | Court filing fee | 1.00 |
| 12/6/07 - | Recording Fee | 9.00 |
| 12/6/07 - | Recording Fee | 175.00 |
| 12/10/07- | Service of Process | |
| | Total Amount This Invoice | $1,316.00 |
| | Total Current Charges | $1,316.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

       Account No. 1001136731
       Our File No. 10543

       Status - Foreclosure
       Referral Date 9/14/2007

       Invoice Number  109142

Tax ID # 59-2885854

       Professional Costs:

12/5/07- Publication of Notice of Action                115.00

       Total Amount This Invoice                       $115.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001337681
     Our File No. 13422
     Status - Foreclosure
     Referral Date 12/6/2007

     Invoice Number  109145

Tax ID # 59-2885854

_____

          Professional services:


12/28/07  Flat fee for foreclosure lawsuit - first half.          600.00

_____

          Professional Costs:

12/27/07- Title Search                                   275.00
12/28/07- Court Filing Fee                               261.00
12|28|07 - Recording Fee                                   4.00
12|28|07 - Instrument Recording Fee                       17.00
12/31/07- Service of Process                              64.00
                                                         _____
          Total Amount This Invoice                    $1,221.00
                                                         _____
          Total Current Charges                        $1,221.00
                                                         ========

_____

              PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                 *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

     Account No. 1001062484
     Our File No. 11769
     Status - Foreclosure
     Referral Date 10/23/2007

     Invoice Number  109147

Tax ID # 59-2885854

          Professional services:


| | | |
|---|---|---:|
| 12/3/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 12/4/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

          Professional Costs:

| | | |
|---|---|---:|
| 12/27/07- | Publication of Notice of Action | 135.00 |
| | Total Amount This Invoice | $860.00 |
| | Total Current Charges | $860.00 |


                    PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                       *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing.

Account No. 1001229560
Our File No. 11778
Status - Foreclosure
Referral Date 10/23/2007

Invoice Number  109148

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/5/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/5/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $143.50 |
| | Total Current Charges | $143.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001228709
      Our File No. 11653
      Status- Foreclosure
      Referral Date- 10/22/2007
      Invoice Number  109150

Tax ID # 59-2885854

        Professional services:

| Date | Description | Amount |
|---|---|---|
| 12/4/07 | Flat fee to prepare assignment of mortgage. | 125.00 |
| 12/5/07 | Flat fee for foreclosure lawsuit - second half | 600.00 |

        Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 12/4/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $743.50 |
| | Total Current Charges | $743.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1000829863
    Our File No. 13383
    Status - Foreclosure
    Referral Date 12/6/2007

    Invoice Number  109151

Tax ID # 59-2885854

_____

        Professional services:


12/28/07  Flat fee for foreclosure lawsuit - first half.        600.00

_____

        Professional Costs:
                                                                275.00
12/27/07- Title Search                                          263.00
12/28/07- Court Filing Fee                                        5.00
12|28|07 - Recording Fee                                          9.00
12|28|07 - Instrument Recording Fee                        _____
                                                            $1,152.00
    Total Amount This Invoice

                                                           _____
                                                            $1,152.00
    Total Current Charges
_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001038583
Our File No. 09056

Fl, 32835
Status - Foreclosure
Referral Date 7/20/2007

Invoice Number  109152

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---:|
| | 26.50 |
| 12/7/07- Certified Court Docs | 70.00 |
| 12/18/07- Service of Process | |
| Total Amount This Invoice | $96.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001148840
   Our File No. 09819

   Status - Foreclosure
   Referral Date 8/21/2007

   Invoice Number  109154

Tax ID # 59-2885854

   Professional Costs:

| | |
|---|---|
| 12/10/07- Certified Court Docs | 25.50 |
| 12\10\07 - Hydra Skiptrace | 20.00 |
| Total Amount This Invoice | $45.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

        Account No. 1001115514
        Our File No. 10097

        Status - Foreclosure
        Referral Date 8/30/2007
        Invoice Number  109156

Tax ID # 59-2885854

        Professional Costs:


12/31/07- Publication of Notice of Sale                               97.50

        Total Amount This Invoice                               $97.50


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

   Account No. 1001094676
   Our File No. 13507
   Status - Foreclosure
   Referral Date 12/10/2007

   Invoice Number  109162

Tax ID # 59-2885854

          Professional services:

12/28/07  Flat fee for foreclosure lawsuit - first half.          600.00

          Professional Costs:

                                                                   275.00
12/27/07- Title Search                                             261.00
12/28/07- Court Filing Fee                                           4.00
12/28/07 - Recording Fee                                             9.00
12/28/07 - Instrument Recording Fee                                 40.00
12/31/07- Service of Process                                    _____

          Total Amount This Invoice                              $1,189.00

          Total Current Charges                                  $1,189.00

          PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                  *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

        Account No. 1001063584
        Our File No. 12846
        Status - Foreclosure
        Referral Date 11/20/2007

        Invoice Number  109163

Tax ID # 59-2885854
_____

          Professional services:


12/5/07  Flat fee for foreclosure lawsuit - first half.         600.00
_____

          Professional Costs:
                                                                 90.00
12/4/07- Hydra Skiptrace                                        275.00
12/4/07 - Title Search                                          267.00
12/5/07- Court Filing Fee                                         8.00
12/5/07 - Recording Fee                                           9.00
12/5/07 - Instrument Recording Fee                              371.00
12/10/07- Service of Process                                   _____

          Total Amount This Invoice                          $1,620.00


          Total Current Charges                              $1,620.00
_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001157089
Our File No. 14177
Status - Answer
Referral Date 12/21/2007

Invoice Number  109164

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/31/07 | Flat fee to answer foreclosure lawsuit. | 200.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/28/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001356443
   Our File No. 11637
   Status - Foreclosure
   Referral Date 10/20/2007

   Invoice Number 109574

Tax ID # 59-2885854

Professional services:

|            |                                                                                                                                                                                                                                                        | Hrs/Rate              |          |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------------|----------|
| 12/12/07   | Receive, review and analyze Motion for Extension (.9); review and answer all Affirmative defensives (.5); research and work on standing issue (.6); draft reply to Affirmative defense (.9); analyze and review file and documents (.3); communicate with client (.2). (PEL) | 3.40<br>150.00/hr     | 510.00   |
| 12/18/07   | Flat fee for title claim/title curative.                                                                                                                                                                                                               |                       | 300.00   |
|            | Total Amount This Invoice                                                                                                                                                                                                                              | 3.40                  | $810.00  |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

        Account No. 1001139604
        Our File No. 12865
        Status - Foreclosure
        Referral Date 11/20/2007

        Invoice Number  109169

Tax ID # 59-2885854

---

        Professional services:

| | |
|---|---|
| 12/4/07  Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

        Professional Costs:

| | |
|---|---|
| 12/3/07- Title Search | 275.00 |
| 12/4/07- Court Filing Fee | 260.00 |
| 12/10/07- Service of Process | 242.00 |
| Total Amount This Invoice | $1,377.00 |
| Total Current Charges | $1,377.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001462355
Our File No. 12938
Status - Foreclosure

Invoice Number  109609

Tax ID # 59-2885854

_____

Professional services:

| | | |
|---|---|---|
| 12/6/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 12/28/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

_____

Professional Costs:

| | | |
|---|---|---|
| | | 275.00 |
| 12/5/07- | Title Search | 263.00 |
| 12/6/07- | Court filing fee | 22.00 |
| 12/6/07 - | Instrument Recording Fee | 274.00 |
| 12/10/07- | Service of process | 1.00 |
| 12/28/07- | Court Filing Fee | 18.50 |
| 12/28/07 - | Instrument Recording Fee | |
| | Total Amount This Invoice | $1,578.50 |
| | Total Current Charges | $1,578.50 |

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mort. Serv.

Account No. 1000876265
Our File No. 10564

Status- Fcl/Sale Bill
Referral Date- 9/15/2007

Invoice Number  109176

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 12/14/07- Publication of Notice of Sale | 210.00 |
| Total Amount This Invoice | $210.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mort. Serv.

Account No. 1001286539
Our File No. 10739

Status-Fcl/Sale Bill
Referral Date 9/20/2007

Invoice Number  109177

Tax ID # 59-2885854
_____

        Professional Costs:


12/14/07- Publication of Notice of Sale                    203.50
                                                          _____

        Total Amount This Invoice                        $203.50
_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001181721
     Our File No. 10105

     Status - Foreclosure
     Referral Date 8/30/2007

     Invoice Number  109573

Tax ID # 59-2885854

Professional services:

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 12/3/07 | Telephone conversation with Brian Hole, Esquire regarding lawsuit filed in Miami-Dade County by and others alleging fraud and forgery. (PEL) | 0.40 150.00/hr | 60.00 |
| 12/18/07 | Review responses of and to Motion to Dismiss Counterclaim and Motion to Strike Affirmative Defenses. (PEL) | 1.40 150.00/hr | 210.00 |
| 12/20/07 | Draft title insurance claim letter. (PEL) | 1.50 150.00/hr | 225.00 |
| | Total Amount This Invoice | 3.30 | $495.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1000853944
     Our File No. 12864
     Status - Foreclosure
     Referral Date 11/20/2007

     Invoice Number  109638

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/10/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| | | 340.00 |
| 12/7/07- | Title Search | 256.00 |
| 12/10/07- | Court Filing Fee | 175.00 |
| 12/13/07- | Service of Process | |
| | Total Amount This Invoice | $1,371.00 |
| | Total Current Charges | $1,371.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/

    Account No. 1001249296
    Our File No. 11810
    Status - Foreclosure
    Referral Date 10/24/2007

    Invoice Number  109182

Tax ID # 59-2885854

      Professional services:

| | | |
|---|---|---|
| 12/5/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

      Professional Costs:

| | | |
|---|---|---|
| 12/1/07 - | Service of Process | 188.00 |
| 12/5/07 - | Instrument Recording Fee | 18.50 |
| 12/5/07 - | Hydra Skiptrace | 45.00 |
| | | $376.50 |

      Total Amount This Invoice        $376.50

      Total Current Charges         $376.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001383690
    Our File No. 10711
    Status - Foreclosure
    Referral Date 9/20/2007

    Invoice Number  109183

Tax ID # 59-2885854

    Professional Costs:

| | | |
|---|---|---|
| 12/4/07- Cost of Certified Court Documents | | 29.50 |
| 12/4/07- Hydra Skiptrace | | 15.00 |
| Total Amount This Invoice | | $44.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001382153
    Our File No. 12201
    Status - Foreclosure
    Referral Date 11/4/2007

    Invoice Number  109186

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 12/17/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 12/21/07- | Attorney Ad Litem | 400.00 |
| 12/31/07- | Publication of Notice of Action | 460.52 |
| | Total Amount This Invoice | $985.52 |
| | Total Current Charges | $985.52 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001548446
    Our File No. 12896
    Status - Foreclosure
    Referral Date 11/21/2007

    Invoice Number  109187

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 12/4/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 12/3/07- | Title Search | 340.00 |
| 12/4/07- | Court Filing Fee | 255.00 |
| 12/4/07 - | Instrument Recording Fee | 9.00 |
| 12/13/07- | Service of Process | 110.00 |
| | Total Amount This Invoice | $1,314.00 |
| | Total Current Charges | $1,314.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

   Account No. 1001411770
   Our File No. 14261
   Status - Answer
   Referral Date 12/22/2007

   Invoice Number  109188

Tax ID # 59-2885854

   Professional services:

12/28/07 Flat fee to answer foreclosure lawsuit.          200.00

   Professional Costs:

12/27/07 Title Search                                      150.00

   Total costs                                            $150.00

   Total Current Charges                                  $350.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1000556563
     Our File No. 12346
     Status - FCL
     Referral Date 11/7/2007

     Invoice Number  109572

Tax ID # 59-2885854

_____

        Professional services:


12/26/07  Flat fee for foreclosure lawsuit - second half.        600.00
_____

        Professional Costs:

12/26/07- Recording of dismissal                                  23.50
                                                                 _____
        Total Amount This Invoice                               $623.50


        Total Current Charges                                   $623.50
                                                                 =======
_____


            PAYMENT DUE UPON RECEIPT
   PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                 *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

   Account No. 1001033441
   Our File No. 13491
   Status - Foreclosure
   Invoice Number  109610

Tax ID # 59-2885854

_____

   Professional services:


12/28/07  Flat fee for foreclosure lawsuit - first half.        600.00

_____

   Professional Costs:
                                                               275.00
12/27/07- Title Search                                         259.00
12/28/07- Court Filing Fee                                      14.00
12|28|07 - Instrument Recording Fee                          _____

   Total Amount This Invoice                                 $1,148.00

                                                             _____

   Total Current Charges                                     $1,148.00
                                                             =========

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001541550
Our File No. 12560
Status - Foreclosure
Referral Date 11/14/2007

Invoice Number  109191

Tax ID # 59-2885854

Professional Costs:

12/3/07- Service of Process                          185.00

Total Amount This Invoice                  $185.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001681240
Our File No. 11852
Status - Foreclosure
Referral Date 10/25/2007

Invoice Number  109192

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/4/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/3/07- | Title Search | 275.00 |
| 12/4/07- | Court Filing Fee | 255.00 |
| 12/4/07 - | Recording Fee | 1.00 |
| 12/4/07 - | Instrument Recording Fee | 10.00 |
| 12/6/07- | Hydra SkipTrace | 45.00 |
| 12/17/07- | Service of Process | 139.00 |
| 12/31/07- | Publication of Notice of Action | 110.40 |

Total Amount This Invoice                  $1,435.40

Total Current Charges                      $1,435.40

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/

    Account No. 1001182420
    Our File No. 11171
    Status - Foreclosure
    Referral Date 10/4/2007

    Invoice Number  109193

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 12/20/07- Service of Process | 140.00 |
| 12/21/07- Publication of NOA | 141.88 |
| Total Amount This Invoice | $281.88 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001164702
Our File No. 09820
Status - Foreclosure
Referral Date 8/21/2007

Invoice Number  109194

Tax ID # 59-2885854
_____

Professional services:


12/15/07  Flat fee for foreclosure lawsuit (second half).          600.00

_____

Professional Costs:
                                                                    60.00
12/5/07-  Sale Fee                                                   3.50
12/12/07- Cost of Certified Court Documents                          0.70
12|12|07  - Documentary Stamps                                      86.18
12|12|07  - Publication of NOS                                 _____

Total Amount This Invoice                                         $750.38


Total Current Charges                                             $750.38

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001438703
Our File No. 12926
Status - Foreclosure
Referral Date 11/21/2007

Invoice Number  109195

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/7/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/6/07- | Title Search | 275.00 |
| 12/7/07- | Court Filing Fee | 255.00 |
| 12/11/07- | Service of Process | 100.00 |
| | Total Amount This Invoice | $1,230.00 |
| | Total Current Charges | $1,230.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001438480
Our File No. 12922
Status - Foreclosure
Referral Date 11/21/2007

Invoice Number  109196

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/4/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 12/28/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/3/07- | Title Search | 275.00 |
| 12/4/07- | Court Filing Fee | 255.00 |
| 12/6/07- | Service of Process | 100.00 |
| 12/29/07- | Instrument Recording Fee | 18.50 |

Total Amount This Invoice         $1,373.50

Total Current Charges             $1,373.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001220330
Our File No. 09033

Status - Foreclosure
Referral Date 7/19/2007
Invoice Number  109197

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 12/18/07- Instrument Recording Fee | 13.00 |
| Total Amount This Invoice | $13.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.
     Account No. 1001539302
     Our File No. 12929
     Status - Foreclosure
     Referral Date 11/21/2007

     Invoice Number  109199

Tax ID # 59-2885854

          Professional services:


12/7/07  Flat fee for foreclosure lawsuit - first half.          600.00


          Professional Costs:
                                                                  275.00
12/6/07- Title Search                                             261.00
12/7/07- Court Filing Fee                                        344.00
12/17/07- Service of Process                                       6.00
12/27/07- Recording Fee
                                                                ----------
                                                              $1,486.00
          Total Amount This Invoice

                                                              $1,486.00
          Total Current Charges


          PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
          *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

   Account No. 1001092439
   Our File No. 12159
   Status - Answer
   Referral Date 11/2/2007

   Invoice Number  109416

Tax ID # 59-2885854
_____

        Professional services:


12/12/07  Flat fee to answer foreclosure lawsuit.                200.00
_____

        Professional Costs:

12/6/07-  Title Search                                           150.00
                                                                 _____
        Total Amount This Invoice                               $350.00


        Total Current Charges                                   $350.00
_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001596257
    Our File No. 13321
    Status - Foreclosure
    Referral Date 12/5/2007

    Invoice Number  109200

Tax ID # 59-2885854

Professional services:

| Date | Description | Amount |
|---|---|---|
| 12/28/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 12/27/07- | Title Search | 275.00 |
| 12/28/07- | Court Filing Fee | 258.00 |
| 12/28/07 - | Recording Fee | 3.00 |

Total Amount This Invoice      $1,136.00

Total Current Charges      $1,136.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001128846
    Our File No. 09040
    Status - Foreclosure
    Referral Date 7/19/2007

    Invoice Number  109207

Tax ID # 59-2885854
_____

        Professional Costs:


12/20/07- Publication of Notice of Sale                    80.00
                                                      _____

        Total Amount This Invoice                     $80.00
_____


PAYMENT DUE UPON RECEIPT
PLEASE  INCLUDE  A  COPY  OF  THIS  INVOICE  WITH  YOUR  REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001268054
Our File No. 12819
Status - Foreclosure
Referral Date 11/20/2007

Invoice Number  109208

Tax ID # 59-2885854

Professional services:

| Date | Description | Amount |
|------|-------------|-------:|
| 12/5/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 12/7/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| Date | Description | Amount |
|------|-------------|-------:|
| 12/3/07- | Title Search | 275.00 |
| 12/4/07- | Clerk's Filing Fee | 255.00 |
| 12/29/07- | Instrument Recording Fee | 18.50 |
| 12/31/07- | Hydra Skiptrace | 45.00 |

Total Amount This Invoice      $1,318.50

Total Current Charges      $1,318.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:    American Home Mortgage Servicing

        Account No. 1001090613
        Our File No. 13510
        Status - Foreclosure
        Referral Date 12/10/2007

        Invoice Number  109211

Tax ID # 59-2885854

        Professional services:

12/28/07  Flat fee for foreclosure lawsuit - first half.          600.00

        Professional Costs:

                                                                  275.00
12/27/07- Title Search                                            256.00
12/28/07- Court Filing Fee                                          1.00
12/28/07 - Recording Fee                                            9.00
12/28/07 - Instrument Recording Fee                            _____
                                                                $1,141.00
        Total Amount This Invoice

                                                                $1,141.00
        Total Current Charges


                    PAYMENT DUE UPON RECEIPT
        PLEASE  INCLUDE  A  COPY OF THIS INVOICE WITH YOUR REMITTANCE
                        *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001694836
    Our File No. 10048

    Status - Foreclosure
    Referral Date 8/29/2007
    Invoice Number  109212

Tax ID # 59-2885854

_____

    Professional Costs:

| | |
|---|---|
| 12/5/07- Publication of NOA | 181.25 |
| Total Amount This Invoice | $181.25 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1000807184
    Our File No. 13393
    Status - Foreclosure
    Referral Date 12/6/2007

    Invoice Number  109214

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 12/20/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

    Professional Costs:

| | | |
|---|---|---|
| 12/19/07- | Title Search | 275.00 |
| 12/20/07- | Court Filing Fee | 261.00 |
| 12|20|07 - | Recording Fee | 4.00 |
| 12|20|07 - | Instrument Recording Fee | 9.00 |
| 12/28/07- | Service of Process | 280.00 |
| | Total Amount This Invoice | $1,429.00 |
| | Total Current Charges | $1,429.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:    American Home Mortgage Servicing,
       Account No. 1000751149
       Our File No. 12212
       Status - Foreclosure
       Referral Date 11/4/2007

       Invoice Number  109217

Tax ID # 59-2885854

_____

       Professional services:


12/26/07  Flat fee to prepare assignment of mortgage.          125.00

_____

       Professional Costs:
                                                               370.00
12/6/07-  Service of Process                                    90.00
12/12/07- Hydra Skiptrace

       Total Amount This Invoice                              $585.00


       Total Current Charges                                  $585.00

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,.

Account No. 1001695868
Our File No. 12467
Status - Foreclosure
Referral Date 11/10/2007

Invoice Number  109218

Tax ID # 59-2885854

Professional services:

| | |
|---|---:|
| 12/5/07  Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | |
|---|---:|
| | 160.00 |
| 12/19/07- Service of Process | 45.00 |
| 12/21/07- Hydra Skiptrace | 27.00 |
| 12/29/07- Instrument Recording Fee | |
| Total Amount This Invoice | $357.00 |
| Total Current Charges | $357.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001656788
Our File No. 12918
Status - Foreclosure
Referral Date 11/21/2007

Invoice Number  109222

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/10/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/7/07- | Title Search | 275.00 |
| 12/10/07- | Court Filing Fee | 255.00 |
| 12/13/07- | Service of Process | 208.00 |

Total Amount This Invoice                    $1,338.00

Total Current Charges                        $1,338.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

        Account No. 1001535194
        Our File No. 13496
        Status - Foreclosure
        Referral Date 12/10/2007

        Invoice Number  109223

Tax ID # 59-2885854
_____

        Professional services:


12/27/07  Flat fee for foreclosure lawsuit - first half.          600.00
_____

        Professional Costs:
                                                                  275.00
12/26/07- Title Search                                            256.00
12/27/07- Court Filing Fee                                          2.00
12|27|07 - Recording Fee                                            9.00
12|27|07 - Instrument Recording Fee                               175.00
12/31/07- Service of Process                                   _____

        Total Amount This Invoice                              $1,317.00
                                                               _____

        Total Current Charges                                  $1,317.00
                                                               ==========
_____


                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001263113
    Our File No. 11772
    Status - Foreclosure
    Referral Date 10/23/2007

    Invoice Number  109225

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 12/21/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

    Professional Costs:

| | | |
|---|---|---|
| 12/17/07- | Service of Process | 100.00 |
| 12/29/07- | Publication of Notice of Action | 213.50 |
| | Total Amount This Invoice | $438.50 |
| | Total Current Charges | $438.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001263785
   Our File No. 11773
   Status - Foreclosure
   Referral Date 10/23/2007

   Invoice Number  109226

Tax ID # 59-2885854

      Professional services:


12/21/07  Flat fee to prepare assignment of mortgage.                 125.00


      Professional Costs:
                                                                      100.00
12/3/07-  Service of Process                                          213.50
12/29/07- Publication of Notice of Action

      Total Amount This Invoice                                     $438.50


      Total Current Charges                                         $438.50


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001263607
Our File No. 11775
Status - Foreclosure
Referral Date 10/23/2007

Invoice Number  109227

Tax ID # 59-2885854
_____

Professional services:

| | | |
|---|---|---|
| 12/21/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/3/07- | Service of Process | 100.00 |
| 12/29/07- | Publication of Notice of Action | 217.00 |
| | Total Amount This Invoice | $442.00 |
| | Total Current Charges | $442.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001262989
Our File No. 10766

Status - Foreclosure
Referral Date 9/21/2007

Invoice Number  109228

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---:|
| 12/7/07- | Service of Process | 50.00 |
| 12/10/07- | Publication of NOA | 203.00 |
| 12/29/07- | Certified Court Docs | 23.50 |
| | Total Amount This Invoice | $276.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001105101
Our File No. 11892
Status - Monitor
Referral Date 10/26/2007

Invoice Number  109417

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/5/07 | Flat fee to answer foreclosure lawsuit. | 200.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/4/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

 Account No. 1001217585
 Our File No. 12464
 Status - Foreclosure
 Referral Date 11/10/2007

 Invoice Number  109229

Tax ID # 59-2885854

  Professional services:

| | | |
|---|---|---|
| 12/5/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

  Professional Costs:

| | | |
|---|---|---|
| | | 90.00 |
| 12/3/07- | Hydra Skiptrace | 195.75 |
| 12/21/07- | Publication of Notice of Action | 223.20 |
| 12/21/07- | Publication of Notice of Action | 455.00 |
| 12/23/07- | Service of Process | 1.00 |
| 12/29/07- | Court Filing Fee | 18.50 |
| 12/29/07- | Instrument Recording Fee | |

  Total Amount This Invoice   $1,108.45

  Total Current Charges   $1,108.45

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

        Account No. 1001424963
        Our File No. 09091
        Status - Foreclosure
        Referral Date 7/23/2007

        Invoice Number  109230

    Tax ID # 59-2885854

            Professional Costs:

| Date | Description | Amount |
|------|-------------|--------|
| 12/14/07- | Instrument Recording Fee | 26.50 |
| 12/21/07- | Hydra | 5.00 |
| | Total Amount This Invoice | $31.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001107271
    Our File No. 11642
    Status - Foreclosure
    Referral Date 10/20/2007

    Invoice Number  109231

Tax ID # 59-2885854

---

    Professional services:

12/5/07  Flat fee to prepare assignment of mortgage.        125.00

---

    Professional Costs:

                                     1.00
12/5/07- Court Filing Fee                    18.50
12|5|07- Instrument Recording Fee       4.00
12|5|07 - Service of Process

    Total Amount This Invoice          $148.50

    Total Current Charges            $148.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/...
     Account No. 1001124919
     Our File No. 14266
     Status - Answer / Monitor
     Referral Date 12/22/2007

     Invoice Number  109232

 Tax ID # 59-2885854

          Professional services:


12/31/07  Flat fee to answer foreclosure/monitor.                    200.00


          Professional Costs:

12/31/07- Title Search                                               150.00

          Total Amount This Invoice                                 $350.00


          Total Current Charges                                     $350.00


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mort. Serv.
     Account No. 1001098248
     Our File No. 10109

     status-Fcl/Sale Bill
     Referral Date 8/31/2007

     Invoice Number  109337

Tax ID # 59-2885854

_____

          Professional Costs:


12/5/07- Publication of Notice of Action              127.96
                                                     _____
          Total Amount This Invoice                   $127.96
_____

                    PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  merican Home Mortgage Servicing

Account No. 1001607565
Our File No. 11162-BKL1

Status - BK CH 13, 07-bk-06951-KRM, 08/06/2007
Type of Billing - POC
Referral Date 10/3/2007

Invoice Number  109418

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/13/07 | Flat fee to prepare bankruptcy proof of claim. | 200.00 |
| | Total Amount This Invoice | $200.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

　　　Account No. 1001560574
　　　Our File No. 11768
　　　Status - Foreclosure
　　　Referral Date 10/23/2007

　　　Invoice Number  109235

Tax ID # 59-2885854

_____

　　　Professional services:


12/5/07   Flat fee to prepare assignment of mortgage.                125.00

_____

　　　Professional Costs:

                                                                      45.00
12/4/07- Hydra Skiptrace                                              18.50
12/5/07- Instrument Recording Fee                                     50.00
12/5/07- Service of Process                                          121.50
12/19/07- Publication of Notice of Action                          _____

　　　Total Amount This Invoice                                     $360.00

　　　                                                              _____

　　　Total Current Charges                                         $360.00
                                                                   ========

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001339280
Our File No. 13367
Status - Foreclosure
Referral Date 12/6/2007

Invoice Number  109236

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 12/21/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 12/20/07- | Title Search | 275.00 |
| 12/21/07- | Court Filing Fee | 256.00 |
| 12/21/07 - | Recording Fee | 1.00 |
| 12/21/07 - | Instrument Recording Fee | 9.00 |
| 12/28/07- | Service of Process | 175.00 |
| | Total Amount This Invoice | $1,316.00 |
| | Total Current Charges | $1,316.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001117341
     Our File No. 11935
     Status - Eviction
     Referral Date 10/27/2007

     Invoice Number  109237

Tax ID # 59-2885854
_____

          Professional services:


| | | |
|---|---|---|
| 12/7/07 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

_____

          Professional Costs:

| | | |
|---|---|---|
| 12/7/07- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing          Fc

Account No. 1001032438
Our File No. 11652
Status - Foreclosure
Referral Date 10/22/2007

Invoice Number  109238

Tax ID # 59-2885854

Professional services:

| | |
|---|---|
| 12/5/07  Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | |
|---|---|
| | 1.00 |
| 12/5/07- Instrument Recording Fee | 18.50 |
| 12/5/07 - Instrument Recording Fee | 21.50 |
| 12/7/07- Certified Court Docs | 5.00 |
| 12/7/07 - Hydra Skiptrace | 48.00 |
| 12/7/07 - Service of Process | 255.50 |
| 12/29/07- Publication of Notice of Action | |
| | $474.50 |

Total Amount This Invoice

$474.50

Total Current Charges

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001032412
     Our File No. 11644
     Status - Foreclosure
     Referral Date 10/20/2007

     Invoice Number  109239

Tax ID # 59-2885854

          Professional services:


12/5/07  Flat fee to prepare assignment of mortgage.              125.00


          Professional Costs:
                                                                   18.50
12/5/07-  Instrument Recording Fee                                 24.00
12/7/07-  Service of Process                                      249.00
12/11/07- Publication of Notice of Action                         --------

          Total Amount This Invoice                              $416.50


          Total Current Charges                                  $416.50


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing
    Account No. 1001506474
    Our File No. 11808
    Status - Forclosure
    Referral Date 10/24/2007

    Invoice Number  109571

Tax ID # 59-2885854

Professional services:

| | | Hrs/Rate | |
|---|---|---|---|
| 12/7/07 | Flat fee to prepare assignment of mortgage. | | 125.00 |
| 12/13/07 | Prepare and send correspondence to title company filing initial claim (1.0); follow up correspondence and telephone communications with title company (1.8); analyze title issues as necessary (.7); negotiations with title company to assure marketable title to client (1.6). (PEL) | 5.10 150.00/hr | 765.00 |
| | Receive, review, and analyze Affirmative Defenses and defensive pleadings (.3); review and analyze file and documents (.3); prepare, draft and file Response to Affirmative Defenses (1.3); research issues (.3); communicate with client (.6). (PEL) | 2.80 150.00/hr | 420.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/5/07- | Service of process | 79.00 |
| 12/7/07- | Instrument Recording Fee | 18.50 |
| 12/27/07- | Publication of Notice of Action | 117.50 |
| | Total Amount This Invoice | 7.90  $1,525.00 |

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

       Account No. 1001169866
       Our File No  11245

       Status - Foreclosure
       Referral Date 10/8/2007

       Invoice Number  109242

  Tax ID # 59-2885854

           Professional Costs:

|  |  |  |
|---|---|---|
|  |  | 250.00 |
| 12/11/07- | Service of Process | 60.00 |
| 12/12/07- | Courtcall | 90.00 |
| 12/13/07- | Hydra SkipTrace |  |
|  | Total Amount This Invoice | $400.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1000856846
    Our File No. 11572
    Status - Eviction
    Referral Date 10/19/2007

    Invoice Number  109419

Tax ID # 59-2885854

_____

        Professional services:

| | | |
|---|---|---|
| 12/20/07 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

_____

        Professional Costs:

| | | |
|---|---|---|
| | | 70.00 |
| 12/20/07 | Writ of Possession | |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001163866
    Our File No. 10059

    Status - Foreclosure
    Referral Date 8/29/2007

    Invoice Number  109243

Tax ID # 59-2885854

    Professional Costs:

| | |
|---|---|
| 12/31/07- Publication of NOS | 155.88 |
| Total Amount This Invoice | $155.88 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001240685
Our File No. 10555

Status - Foreclosure
Referral Date 9/15/2007

Invoice Number  109244

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 12/6/07- Publication of Notice of Action | 78.14 |
| Total Amount This Invoice | $78.14 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001048669
Our File No. 12126
Status - Answer
Referral Date 11/2/2007

Invoice Number  109245

Tax ID # 59-2885854

Professional services:

| | |
|---|---|
| 12/7/07  Flat fee to answer foreclosure lawsuit. | 200.00 |

Professional Costs:

| | |
|---|---|
| 12/6/07- Title Search | 150.00 |
| Total Amount This Invoice | $350.00 |
| Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001222317
    Our File No. 12128
    Status - Answer
    Referral Date 11/2/2007
    Invoice Number 109246

Tax ID # 59-2885854

_____

        Professional services:


12/3/07  Flat fee to answer foreclosure/monitor.              200.00
_____

        Professional Costs:
                                                              150.00
12/6/07-  Title Search
                                                             $350.00
        Total Amount This Invoice
                                                             _____
                                                             $350.00
        Total Current Charges
                                                             =========
_____

                PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001664549
Our File No. 10546

Status – Foreclosure
Referral Date 9/15/2007

Invoice Number  109557

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 12/5/07– Publication of NOA 11/01,08/07 | 348.20 |
| Total Amount This Invoice | $348.20 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001690577
Our File No. 10685

Status - Foreclosure
Referral Date 9/19/2007

Invoice Number  109247

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| | 25.00 |
| 12/6/07- Service of Process | |
| Total Amount This Invoice | $25.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000903379
Our File No. 13358
Status - Foreclosure
Referral Date 12/6/2007

Invoice Number  109267

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/21/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| | | 275.00 |
| 12/20/07- | Title Search | 259.00 |
| 12/21/07- | Court Filing Fee | 3.00 |
| 12/21/07- | Recording Fee | 225.00 |
| 12/27/07- | Service of Process | |
| | Total Amount This Invoice | $1,362.00 |
| | Total Current Charges | $1,362.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001679504
     Our File No. 12839
     Status - Foreclosure
     Referral Date 11/20/2007

     Invoice Number  109270

Tax ID # 59-2885854

          Professional services:

12/6/07  Flat fee to prepare assignment of mortgage.          125.00

          Professional Costs:

                                                              175.00
12/6/07-  Service of Process                                   18.50
12/29/07- Instrument Recording Fee

          Total Amount This Invoice                          $318.50

          Total Current Charges                              $318.50

          PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
              *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   AMERICAN HOME MORTGAGE
      ACCOUNT NO. 1000913218
      OUR FILE NO. 11649
      STATUS- FORECLOSURE
      REFERRAL DATE- 10/20/07

      Invoice Number  109272

Tax ID # 59-2885854

        Professional services:


12/7/07  Flat fee to prepare assignment of mortgage.          125.00


        Professional Costs:

12/7/07- Instrument Recording Fee                              18.50

        Total Amount This Invoice                            $143.50


        Total Current Charges                                $143.50


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001148079
Our File No. 11845
Status - Foreclosure
Referral Date 10/25/2007

Invoice Number  109276

Tax ID # 59-2885854

_____

Professional services:


| | |
|---|---:|
| 12/5/07  Flat fee for foreclosure lawsuit - first half. | 600.00 |

_____

Professional Costs:

| | |
|---|---:|
| | 275.00 |
| 12/4/07- Title Search | 257.00 |
| 12/5/07- Court Filing Fee | 3.00 |
| 12/5/07 - Recording Fee | 9.00 |
| 12/5/07 - Instrument Recording Fee | 210.00 |
| 12/12/07- Service of Process | 45.00 |
| 12/19/07- Hydra Skiptrace | |
| | $1,399.00 |
| Total Amount This Invoice | |
| | $1,399.00 |
| Total Current Charges | |

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000853410
Our File No. 10299

Status - Foreclosure
Referral Date 9/6/2007

Invoice Number  109277

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/17/07 | Flat fee for foreclosure lawsuit (second half). | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| | | 60.00 |
| 12/6/07- | Sale Fee | 284.63 |
| 12/10/07- | Publication of NOS | 357.00 |
| 12/14/07- | Documentary Stamps | 4.50 |
| 12/17/07- | Instrument Recording Fee | |

Total Amount This Invoice                    $1,306.13

Total Current Charges                        $1,306.13

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001514156
      Our File No. 12932
      Status - Foreclosure
      Referral Date 11/21/2007

      Invoice Number  109278

Tax ID # 59-2885854

---

        Professional services:

| | | |
|---|---|---|
| 12/10/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

        Professional Costs:

| | | |
|---|---|---|
| | | 45.00 |
| 12/7/07- | Hydra Skiptrace | 275.00 |
| 12/7/07 - | Title Search | 257.00 |
| 12/10/07- | Court Filing Fee | 212.00 |
| 12/28/07- | Service of Process | 45.00 |
| | - Hydra Skiptrace | |
| | Total Amount This Invoice | $1,434.00 |
| | Total Current Charges | $1,434.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001647627
Our File No. 12085
Status - Foreclosure
Referral Date 11/1/2007

Invoice Number  109279

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 12/21/07- Certified Court Docs | 17.50 |
| Total Amount This Invoice | $17.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001038210
    Our File No. 11771
    Status - Foreclosure
    Referral Date 10/23/2007

    Invoice Number  109281

Tax ID # 59-2885854

_____

    Professional Costs:

|  |  |  |
|---|---|---|
| 12/7/07- | Service of Process | 100.00 |
| 12/29/07- | Certified Court Docs | 25.50 |
| 12/29/07 - | Hydra Skiptrace | 10.00 |
|  |  | _____ |
|  | Total Amount This Invoice | $135.50 |

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001195832
Our File No. 12885
Status - Foreclosure
Referral Date 11/21/2007

Invoice Number 109282

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---:|
| 12/4/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 12/31/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---:|
| | | 395.00 |
| 12/3/07- | Title Search | 263.00 |
| 12/4/07- | Clerk's Filing Fee | 10.50 |
| 12/4/07- | Instrument Recording Fee | 135.00 |
| 12/5/07- | Service of Process | 45.00 |
| 12/20/07- | Hydra Skiptrace | 1.00 |
| 12/29/07- | Clerk's Filing Fee | 18.50 |
| 12/31/07- | Instrument Recording Fee | |

$1,593.00

Total Amount This Invoice

$1,593.00

Total Current Charges

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001336985
Our File No. 11655
Status - Foreclosure
Referral Date 10/22/2007

Invoice Number  109284

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/5/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| | | 175.00 |
| 12/4/07- | Service of Process | 18.50 |
| 12/5/07- | Instrument Recording Fee | 120.00 |
| 12/12/07- | Publication of Notice of Action | |
| | Total Amount This Invoice | $438.50 |
| | Total Current Charges | $438.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001357382
    Our File No. 11646
    Status - Foreclosure
    Referral Date 10/20/2007

    Invoice Number  109285

Tax ID # 59-2885854

    Professional services:

12/4/07  Flat fee to prepare assignment of mortgage.    125.00

    Professional Costs:

| | | |
|---|---|---:|
| 12/7/07- | Instrument Recording Fee | 18.50 |
| 12/19/07- | Service of Process | 525.00 |
| 12/27/07- | Publication of Notice of Action | 137.50 |

    Total Amount This Invoice    $806.00

    Total Current Charges    $806.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Alma
     Account No. 1001499576
     Our File No. 11647
     Status - Foreclosure
     Referral Date 10/20/2007

     Invoice Number  109286

Tax ID # 59-2885854

_____

        Professional services:


12/5/07  Flat fee to prepare assignment of mortgage.          125.00

_____

        Professional Costs:

                                                                1.00
12/5/07- Instrument Recording Fee                              18.50
12/5/07- Instrument Recording Fee                          _____

         Total Amount This Invoice                            $144.50

                                                           _____

         Total Current Charges                                $144.50
                                                           ==========

_____

                 PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                     *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001185804
Our File No. 12847
Status - Foreclosure
Referral Date 11/20/2007

Invoice Number  109287

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/5/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| | | 340.00 |
| 12/4/07- | Title Search | 260.00 |
| 12/5/07- | Court Filing Fee | 185.00 |
| 12/6/07- | Service of Process | |
| | Total Amount This Invoice | $1,385.00 |
| | Total Current Charges | $1,385.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000785597
Our File No. 13591
Status - Foreclosure
Referral Date 12/11/2007

Invoice Number  109288

Tax ID # 59-2885854
_____

Professional services:

12/28/07  Flat fee for foreclosure lawsuit - first half.          600.00
_____

Professional Costs:
                                                                  395.00
12/27/07- Title Search                                            265.00
12/28/07- Court Filing Fee                                         15.00
12/28/07 - Instrument Recording Fee
                                                               $1,275.00
Total Amount This Invoice

                                                               $1,275.00
Total Current Charges
_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000452511
Our File No. 13500
Status - Foreclosure
Referral Date 12/10/2007

Invoice Number  109289

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/28/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| | | 255.00 |
| 12/28/07- | Court Filing Fee | 10.50 |
| 12/28/07 - | Instrument Recording Fee | |
| | Total Amount This Invoice | $865.50 |
| | Total Current Charges | $865.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000752492
Our File No. 12206
Status - Foreclosure
Referral Date 11/4/2007

Invoice Number  109290

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/7/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | |
|---|---|
| 12/3/07- Title Search | 395.00 |
| 12/4/07- Service of Process | 125.00 |
| 12/7/07- Instrument Recording Fee | 27.00 |
| Total Amount This Invoice | $672.00 |
| Total Current Charges | $672.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

    Account No. 1001403345
    Our File No. 11166

    Status - Foreclosure
    Referral Date 10/4/2007
    Invoice Number  109291

Tax ID # 59-2885854

    Professional Costs:

| | |
|---|---|
| 12/4/07- Instrument Recording Fee | 21.50 |
| Total Amount This Invoice | $21.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage
      Account No. 1000732474
      Our File No. 13184

      Status – Eviction
      Invoice Number  109640

Tax ID # 59-2885854

Professional services:

| | |
|---|---|
| 12/14/07  Writ of Possession After Foreclosure | 350.00 |

Professional Costs:

| | |
|---|---|
| 12/14/07- Writ of Possession | 70.00 |
| Total Amount This Invoice | $420.00 |
| Total Current Charges | $420.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001221199
    Our File No. 10557

    Status - Foreclosure
    Referral Date 9/15/2007
    Invoice Number  109293

Tax ID # 59-2885854

_____

    Professional Costs:

12/7/07- Publication of NOA                          236.08
                                                    _____
        Total Amount This Invoice          $236.08
_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000824982
Our File No. 13380
Status - Foreclosure
Referral Date 12/6/2007

Invoice Number  109294

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 12/31/07 | Flat fee for foreclosure lawsuit -- first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 12/28/07- | Title Search | 275.00 |
| 12/31/07- | Court Filing Fee | 255.00 |
| 12/31/07 - | Recording Fee | 2.00 |
| 12/31/07 - | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $1,150.50 |
| | Total Current Charges | $1,150.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001314612
    Our File No. 12882
    Status - Foreclosure
    Referral Date 11/21/2007

    Invoice Number  109295

Tax ID # 59-2885854

---

Professional services:

| Date | Description | Amount |
|------|-------------|-------:|
| 12/4/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| Date | Description | Amount |
|------|-------------|-------:|
| 12/3/07- | Title Search | 275.00 |
| 12/4/07- | Court Filing Fee | 261.00 |
| 12/4/07 - | Instrument Recording Fee | 9.00 |
| 12/13/07- | Hydra Skip Trace | 45.00 |
| 12/28/07- | Service of Process | 315.00 |

    Total Amount This Invoice      $1,505.00

    Total Current Charges      $1,505.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:    American Home Mortgage Servicing,

         Account No. 1001611136
         Our File No. 12154
         Status - Answer
         Referral Date 11/2/2007

         Invoice Number  109420

Tax ID # 59-2885854

         Professional services:

| | | |
|---|---|---|
| 12/19/07 | Flat fee to answer foreclosure lawsuit. | 200.00 |

         Professional Costs:

| | | |
|---|---|---|
| 12/18/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001201552
Our File No. 10211

Status - Foreclosure
Referral Date 9/4/2007

Invoice Number  109296

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 12/19/07- Certified Court Docs | | 21.50 |
| 12/19/07 Hydra Skiptrace | | 15.00 |
| Total Amount This Invoice | | $36.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1000891202
Our File No. 12907
Status - Foreclosure
Referral Date 11/21/2007

Invoice Number  109297

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/7/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/6/07- | Title Search | 275.00 |
| 12/7/07- | Court Filing Fee | 263.00 |
| 12/19/07- | Service of Process | 295.00 |
| | Total Amount This Invoice | $1,433.00 |
| | Total Current Charges | $1,433.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1000602924
      Our File No. 13357
      Status - Foreclosure
      Referral Date 12/6/2007

      Invoice Number  109298

 Tax ID # 59-2885854

_____

        Professional services:


12/31/07  Flat fee for foreclosure lawsuit - first half.        600.00

_____

        Professional Costs:

12/28/07- Title Search                                          275.00
12/31/07- Court Filing Fee                                      263.00
12/31/07- Recording Fee                                           5.00
12/31/07- Hydra Skiptrace                                       135.00
12/31/07- Instrument Recording Fee                               13.00
                                                             _____
        Total Amount This Invoice                            $1,291.00
                                                             _____

        Total Current Charges                                $1,291.00
                                                             ===========

_____


                    PAYMENT DUE UPON RECEIPT
       PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****
laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      ;
      Account No. 1001456425
      Our File No. 12156
      Status - Answer
      Referral Date 11/2/2007
      Invoice Number  109299

Tax ID # 59-2885854

---

      Professional services:


12/10/07  Flat fee to answer foreclosure lawsuit.              200.00

---

      Professional Costs:

12/6/07- Title Search                                          150.00
                                                           ──────────
      Total Amount This Invoice                             $350.00

                                                           ──────────
      Total Current Charges                                 $350.00
                                                           ══════════

---

                    PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001117359
Our File No. 11662
Status - Foreclosure
Referral Date 10/22/2007

Invoice Number  109302

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 12/4/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 12/4/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $143.50 |
| | Total Current Charges | $143.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  AMERICAN HOME MORTGAGE
     ACCOUNT NO. 1001722829
     OUR FILE NO. 10106

     REFERRAL DATE- 8/30/07

     Invoice Number  109570

  Tax ID # 59-2885854

Professional services:

| | Hrs/Rate | |
|---|---|---|
| 12/18/07  Review correspondence from Wendy Anderson, Esq. (.7); review referral documents (.3); review follow-up correspondence containing "Proof" of election to rescind (1.3); review provisions TILA Regualtion Z (1.5). (PEL) | 3.80 150.00/hr | 570.00 |
| 12/21/07  Review Loan file received from client. (PEL) | 1.40 150.00/hr | 210.00 |
| 12/26/07  Telephone communications with opposing counsel. (PEL) | 0.40 150.00/hr | 60.00 |
| 12/28/07  Draft Settlement Agreement and Mutual Release. (PEL) | 2.60 150.00/hr | 390.00 |
| 12/31/07  Correspondence from opposing counsel (.2); communications with client (.5). (PEL) | 0.70 150.00/hr | 105.00 |
| Total Amount This Invoice | 8.90 | $1,335.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,               ....,

         Account No. 1000917540
         Our File No. 12029
         Status - Foreclosure
         Referral Date 10/31/2007

         Invoice Number  109308

Tax ID # 59-2885854

---

         Professional services:

12/5/07  Flat fee for foreclosure lawsuit - first half.        600.00

---

         Professional Costs:

| | | |
|---|---|---|
| 12/4/07- Hydra Skiptrace | | 45.00 |
| 12/4/07 - Title Search | | 395.00 |
| 12/5/07- Court Filing Fee | | 259.00 |
| 12/5/07 - Recording Fee | | 3.00 |
| 12/14/07- Service of Process | | 235.00 |
| 12/21/07- Hydra Skiptrace | | 90.00 |

         Total Amount This Invoice             $1,627.00

         Total Current Charges                 $1,627.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001171727
      Our File No. 11846
      Status - Foreclosure
      Referral Date 10/25/2007


      Invoice Number  109309

 Tax ID # 59-2885854

_____

        Professional services:


12/19/07  Flat fee to prepare assignment of mortgage.          125.00
                                                             _____

        Total Amount This Invoice                             $125.00
_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001562103
     Our File No. 10102

     Status - Foreclosure
     Referral Date 8/30/2007

     Invoice Number  109310

Tax ID # 59-2885854

_____

     Professional Costs:


12/18/07- Publication of NOS                          94.50
                                                    _____
          Total Amount This Invoice                  $94.50
_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.
     Account No. 1001000511
     Our File No. 11660
     Status - Foreclosure
     Referral Date 10/22/2007

     Invoice Number  109311

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/4/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/4/07- | Instrument Recording Fee | 18.50 |
| 12/6/07- | Service of Process | 54.00 |
| | Total Amount This Invoice | $197.50 |
| | Total Current Charges | $197.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001476147
Our File No. 12872
Status - Foreclosure
Referral Date 11/21/2007

Invoice Number  109314

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/10/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/10/07- | Court Filing Fee | 259.00 |
| 12/10/07 - | Recording Fee | 4.00 |
| 12/10/07 - | Instrument Recording Fee | 18.50 |
| 12/27/07- | Title Search | 275.00 |
| 12/28/07- | Service of Process | 265.00 |

Total Amount This Invoice          $1,421.50

Total Current Charges              $1,421.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001314085
     Our File No. 12881
     Status - Foreclosure
     Referral Date 11/21/2007

     Invoice Number  109315

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 12/4/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 12/3/07- | Title Search | 275.00 |
| 12/4/07- | Clerk's Filing Fee | 261.00 |
| 12/4/07- | Instrument Recording Fee | 10.50 |
| 12/27/07- | Service of Process | 320.00 |
| | Total Amount This Invoice | $1,466.50 |
| | Total Current Charges | $1,466.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1000784832
   Our File No. 12203
   Status - Foreclosure
   Referral Date 11/4/2007

   Invoice Number  109316

 Tax ID # 59-2885854

   Professional services:

| | | |
|---|---|---|
| 12/10/07  Flat fee to prepare assignment of mortgage. | | 125.00 |

   Professional Costs:

| | |
|---|---|
| 12/4/07- Service of Process | 395.00 |
| 12/10/07- Court Filing Fee | 1.00 |
| 12/10/07 - Instrument Recording Fee | 18.50 |
| Total Amount This Invoice | $539.50 |
| Total Current Charges | $539.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001653753
      Our File No. 10558

      Status - Foreclosure
      Referral Date 9/15/2007

      Invoice Number  109322

Tax ID # 59-2885854

      Professional Costs:

| | |
|---|---|
| 12/5/07- Publication of Notice of Action | 137.50 |
| 12/10/07- Service of Process | 70.00 |
| 12/12/07- Attorney Ad Litem | 275.00 |
| Total Amount This Invoice | $482.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001360763
Our File No. 13360
Status - Foreclosure
Referral Date 12/6/2007

Invoice Number  109323

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 12/13/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 12/12/07- | Hydra Skiptrace | 45.00 |
| 12/12/07- | Title Search | 275.00 |
| 12/13/07- | Court Filing Fee | 262.00 |
| 12/21/07- | Service of Process | 310.00 |
| | Total Amount This Invoice | $1,492.00 |
| | Total Current Charges | $1,492.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:    American Home Mortgage Servicing,
       Account No. 1001097410
       Our File No. 13419
       Status - Foreclosure
       Referral Date 12/6/2007

       Invoice Number  109326

 Tax ID # 59-2885854

---

        Professional services:

12/26/07  Flat fee for foreclosure lawsuit - first half.        600.00

---

        Professional Costs:

12/24/07- Title Search                                          275.00
12/26/07- Court Filing Fee                                      256.00
12/28/07- Service of Process                                    140.00

        Total Amount This Invoice                             $1,271.00


        Total Current Charges                                 $1,271.00

---

                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****
laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001722180
      Our File No. 12871
      Status - Foreclosure
      Referral Date 11/20/2007

      Invoice Number  109328

Tax ID # 59-2885854

---

      Professional services:

| | | |
|---|---|---|
| 12/7/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

      Professional Costs:

| | | |
|---|---|---|
| 12/6/07- | Title Search | 275.00 |
| 12/7/07- | Court Filing Fee | 255.00 |
| 12/19/07- | Hydra Skiptrace | 45.00 |
| 12/31/07- | Service of Process | 100.00 |
| | Total Amount This Invoice | $1,275.00 |
| | Total Current Charges | $1,275.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001166267
      Our File No. 09151
      Status - Foreclosure
      Referral Date 7/24/2007

      Invoice Number  109330

 Tax ID # 59-2885854

---

      Professional Costs:

| | | |
|---|---|---|
| 12/13/07- Certified Court Docs | | 21.50 |
| 12/13/07 - Hydra Skiptrace | | 10.00 |
| Total Amount This Invoice | | $31.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,
      Account No. 1001742324
      Our File No. 10714


      Status - Foreclosure/Transfer
      Referral Date 9/20/2007


      Invoice Number  109569

Tax ID # 59-2885854

---

        Professional services:

                                              Hrs/Rate

12/4/07  Receive, review and analyze             1.90        285.00
         correspondence and counterclaim from   150.00/hr
         Defendant (1.2); review mortgage
         documentation (.2); calculate payoff and
         reinstatement amounts (.2); prepare and
         send fair debt letter, reinstatement
         letter and payoff letter to customer
         (.1); file letters with Court (.1);
         prepare and send cover letter to Court
         (.1). (PEL)

                                              _____    _____

         Total Amount This Invoice              1.90       $285.00

---

                 PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001330111
    Our File No. 09154

    SS No. - 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
    Status - Fcl/BK Filed
    Referral Date 7/24/2007

    Invoice Number  109333

Tax ID # 59-2885854

---

    Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 12/4/07- | Court Filing Fee | 255.00 |
| 12/4/07 - | Instrument Recording Fee | 9.00 |
| 12/13/07- | Hydra Skiptrace | 45.00 |
| 12/13/07 - | Publication of Notice of Action | 132.42 |
| 12/18/07- | Service of Process | 150.00 |
| | Total Amount This Invoice | $591.42 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001484552
Our File No. 11927
Status - Foreclosure
Referral Date 10/27/2007

Invoice Number  109424

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 12/7/07  Flat fee for foreclosure lawsuit - first half. | | 600.00 |
| Total Amount This Invoice | | $600.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001318612
     Our File No. 10193

     Status - Foreclosure
     Referral Date 9/4/2007

     Invoice Number  109334

Tax ID # 59-2885854

     Professional Costs:

| | |
|---|---|
| 12/21/07- Instrument Recording Fee | 10.00 |
| Total Amount This Invoice | $10.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage
      Account No. 1001364912
      Our File No. 12863
      Status - Foreclosure
      Referral Date 11/20/2007

      Invoice Number  109336

Tax ID # 59-2885854

---

    Professional services:

12/10/07  Flat fee for foreclosure lawsuit - first half.        600.00

---

    Professional Costs:

| | | |
|---|---|---|
| 12/7/07- | Title Search | 340.00 |
| 12/10/07- | Court Filing Fee | 255.00 |
| 12/10/07 - | Recording Fee | 1.00 |
| 12/10/07 - | Instrument Recording Fee | 9.00 |
| 12/26/07- | Service of Process | 220.00 |

    Total Amount This Invoice        $1,425.00

    Total Current Charges            $1,425.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001393267
      Our File No. 12842
      Status - Foreclosure
      Referral Date 11/20/2007

      Invoice Number  109339

Tax ID # 59-2885854

_____

        Professional services:


12/11/07  Flat fee for foreclosure lawsuit - first half.        600.00

_____

        Professional Costs:

12/10/07- Title Search                                          275.00
12/11/07- Court Filing Fee                                      255.00
12/11/07 - Recording Fee                                          1.00
12/11/07- Instrument Recording Fee                               17.00
12/24/07- Service of Process                                    114.00
                                                            _____

        Total Amount This Invoice                            $1,262.00
                                                            _____

        Total Current Charges                                $1,262.00
                                                            ===========

_____


                PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing/

     Account No. 1000870421
     Our File No. 10100

     Status - Foreclosure
     Referral Date 9/6/2007

     Invoice Number  109340

Tax ID # 59-2885854

---

     Professional Costs:

| | | |
|---|---|---|
| 12/21/07- | Certified Court Docs | 14.00 |
| 12/21/07 - | Hydra Skiptrace | 25.00 |
| | Total Amount This Invoice | $39.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001475331
    Our File No. 11640
    Status - Foreclosure
    Referral Date 10/20/2007

    Invoice Number  109341

Tax ID # 59-2885854

---

    Professional services:

| | |
|---|---|
| 12/3/07  Flat fee to prepare assignment of mortgage. | 125.00 |
| Total Amount This Invoice | $125.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:    American Home Mortgage Servicing
       Karen
       Account No. 1001649617
       Our File No. 12343
       Status - Foreclosure
       Referral Date 11/7/2007

       Invoice Number  109342

  Tax ID # 59-2885854

_____

        Professional Costs:


12/19/07- Title Search                             275.00
                                                 _____

          Total Amount This Invoice              $275.00
_____

                  PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                     *****THANK YOU*****
laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001035265
      Our File No. 11849
      Status - Foreclosure
      Referral Date 10/25/2007

      Invoice Number  109343

Tax ID # 59-2885854

_____

      Professional services:


12/5/07  Flat fee to prepare assignment of mortgage.          125.00

_____

      Professional Costs:

12/5/07-  Instrument Recording Fee                             18.50
12/19/07- Hydra Skiptrace                                      15.00
12/20/07- Hydra Skiptrace                                       5.00
                                                          _____

      Total Amount This Invoice                            $163.50


      Total Current Charges                                $163.50

_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001364051
Our File No. 13598
Status – Foreclosure
Referral Date 12/11/2007

Invoice Number  109565

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/28/07 | Flat fee for foreclosure lawsuit – first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/27/07– | Title Search | 275.00 |
| 12/28/07– | Court Filing Fee | 259.00 |
| 12/28/07 – | Recording Fee | 8.00 |
| 12/28/07 – | Instrument Recording Fee | 9.00 |
| 12/28/07 – | Service of Process | 182.00 |
| | Total Amount This Invoice | $1,333.00 |
| | Total Current Charges | $1,333.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/ARM

    Account No. 1000790707
    Our File No. 13315
    Status - Foreclosure
    Referral Date 12/5/2007

    Invoice Number  109346

Tax ID # 59-2885854

---

Professional services:

| Date | Description | Amount |
|------|-------------|--------|
| 12/20/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| Date | Description | Amount |
|------|-------------|--------|
| 12/19/07- | Title Search | 275.00 |
| 12/20/07- | Court Filing Fee | 264.00 |
| 12/20/07 - | Recording Fee | 5.00 |
| 12/20/07 - | Instrument Recording Fee | 9.00 |
| | Total Amount This Invoice | $1,153.00 |
| | Total Current Charges | $1,153.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001683389
     Our File No. 10047

     Status - Foreclosure
     Referral Date- 8/29/2007

     Invoice Number  109347

Tax ID # 59-2885854

─────────────────────────────────────────────

     Professional Costs:

| | |
|---|---|
| 12/5/07- Cost of Certified Court Documents | 25.50 |
| Total Amount This Invoice | $25.50 |

─────────────────────────────────────────────

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001340294
      Our File No. 10699

      Status - Foreclosure
      Referral Date 9/19/2007


      Invoice Number  109348

Tax ID # 59-2885854
_____

      Professional Costs:


12/7/07- Publication of Notice of Action                98.12
                                                    _____

      Total Amount This Invoice                        $98.12
_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
ATTN: LISSETTE DUARTE
SUITE 200
4600 REGENT BLVD
IRVING TX 75063

RE:  American Home Mortgage Servicing

       Account No. 1001607414
       Our File No. 09136
       Status - Foreclosure
       Referral Date 7/24/2007

       Invoice Number  109349

Tax ID # 59-2885854

_____

         Professional Costs:


12/6/07- Publication of Notice of Action                 181.25
                                                         _____

         Total Amount This Invoice                       $181.25
_____

                    PAYMENT DUE UPON RECEIPT
       PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001554693
Our File No. 09141
Status-Fcl
Referral Date 7/24/2007
Invoice Number 109350

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/3/07 | Flat fee for title claim/title curative. | 300.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/14/07- | Publication of Notice of Sale | 137.75 |
| | Total Amount This Invoice | $437.75 |
| | Total Current Charges | $437.75 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001517606
      Our File No. 09126
      Status - Foreclosure
      Referral Date 7/24/2007

      Invoice Number  109351

Tax ID # 59-2885854

---

      Professional Costs:

| | |
|---|---|
| 12/5/07- Hydra Skiptrace | 45.00 |
| 12/6/07- Service of Process | 50.00 |
| Total Amount This Invoice | $95.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mort Serv
      Account No. 1001554554
      Our File No. 09142

      Status-Fcl
      Referral Date 7/24/2007

      Invoice Number  109352

 Tax ID # 59-2885854

      Professional services:

12/3/07  Flat fee for title claim/title curative.          300.00

      Professional Costs:

12/14/07- Publication of Notice of Sale                     159.50

      Total Amount This Invoice                            $459.50

      Total Current Charges                                $459.50


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001375815
      Our File No. 13363
      Status - Foreclosure
      Referral Date 12/6/2007

      Invoice Number  109353

 Tax ID # 59-2885854

---

        Professional services:


12/19/07  Flat fee for foreclosure lawsuit - first half.          600.00

---

        Professional Costs:

12/18/07- Title Search                                            275.00
12/19/07- Court Filing Fee                                        256.00
12/26/07- Service of Process                                      140.00
                                                                 --------
        Total Amount This Invoice                              $1,271.00


        Total Current Charges                                  $1,271.00

---

                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                        *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001110608
      Our File No. 11650
      Status - Foreclosure
      Referral Date 10/22/2007

      Invoice Number  109354

Tax ID # 59-2885854

_____

       Professional services:


12/5/07  Flat fee to prepare assignment of mortgage.        125.00
_____

       Professional Costs:

12/5/07-  Recording Fee                                        1.00
12/5/07-  Instrument Recording Fee                            18.50
12/12/07- Publication of Notice of Action                    137.50
12/13/07- Certified Court Docs                                13.50
12/13/07- Hydra Skiptrace                                     20.00
                                                          _____
       Total Amount This Invoice                          $315.50


                                                          _____
       Total Current Charges                              $315.50
_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001640316
Our File No. 12924
Status - Foreclosure
Referral Date 11/21/2007

Invoice Number  109355

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/11/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/10/07- | Title Search | 395.00 |
| 12/11/07- | Court filing fee | 257.00 |
| 12/19/07- | Service of Process | 285.00 |
| | Total Amount This Invoice | $1,537.00 |
| | Total Current Charges | $1,537.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

       Account No. 1001604065
       Our File No. 12937
       Status - Foreclosure
       Referral Date 11/23/2007

       Invoice Number  109356

Tax ID # 59-2885854

_____

          Professional services:


12/11/07  Flat fee for foreclosure lawsuit - first half.        600.00

_____

          Professional Costs:

12/10/07- Hydra Skiptrace                                        135.00
12/10/07- Title Search                                           340.00
12/11/07- Court Filing Fee                                       259.00
12/11/07- Recording Fee                                            4.00
12/19/07- Service of Process                                     240.00
                                                              _____
          Total Amount This Invoice                           $1,578.00


          Total Current Charges                               $1,578.00
                                                              ==========

_____


                  PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                   *****THANK YOU*****
laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001053032
     Our File No. 10115

     Status - Foreclosure
     Referral Date 8/31/2007

     Invoice Number  109568

Tax ID # 59-2885854

---

          Professional services:

                                              Hrs/Rate

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 12/3/07 | Flat fee for title claim/title curative. | | 300.00 |
| 12/10/07 | Review payoff and bid instructions (.3); communications with client regarding discrepancy between final judgment and bidding instructions (.4). (PEL) | 0.70 150.00/hr | 105.00 |
| 12/11/07 | Communications with client (.4). (PEL) | 0.40 150.00/hr | 60.00 |
| 12/12/07 | Draft Motion to Amend Final Judgement (1.9); Draft Affidavit in Support of Motion to Amend Final Judgement (.8); Draft Order Granting Motion and Amended Final Judgement (1.5). (PEL) | 4.20 150.00/hr | 630.00 |
| 12/14/07 | Work on, coordinate and set hearing for Motion to Amend Final Judgement (.6). (PEL) | 0.60 150.00/hr | 90.00 |
| 12/27/07 | Flat fee for foreclosure lawsuit – second half | | 600.00 |

Page    2

Professional Costs:

| | | |
|---|---|---|
| 12/5/07– Sale Fee | | 30.00 |
| 12/10/07– Publication of Notice of Sale | | 106.95 |
| 12/27/07– Court Filing Fee | | 50.00 |
| 12/27/07– Instrument Recording Fee | | 23.50 |
| | Hours | |
| Total Amount This Invoice | 5.90 | $1,995.45 |
| | | |
| Total Current Charges | | $1,995.45 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001659583
      Our File No. 11017

      Status - Foreclosure
      Referral Date 9/28/2007

      Invoice Number  109357

Tax ID # 59-2885854
_____

        Professional Costs:


12/10/07- Publication of Notice of Action          125.00
12/29/07- Certified Court Docs                      18.50
12/29/07- Hydra Skiptrace                           10.00
                                                  _____
        Total Amount This Invoice                 $153.50
_____

                PAYMENT DUE UPON RECEIPT
   PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                  *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001380652
Our File No. 12866
Status - Foreclosure
Referral Date 11/20/2007

Invoice Number  109358

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 12/6/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 12/5/07- | Title Search | 275.00 |
| 12/6/07- | Court Filing Fee | 257.00 |
| 12/6/07- | Recording Fee | 2.00 |
| 12/11/07- | Service of Process | 210.00 |
| 12/21/07- | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $1,389.00 |
| | Total Current Charges | $1,389.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001408850
Our File No. 09134
Status - Foreclosure
Referral Date 7/24/2007

Invoice Number  109385

Tax ID # 59-2885854

Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 12/7/07- | Publication of Notice of Action | 195.75 |
| 12/19/07- | Hydra Skiptrace | 15.00 |
| 12/21/07- | Service of Process | 340.00 |
| | Total Amount This Invoice | $550.75 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1000799287
Our File No. 10022
Status - Foreclosure
Referral Date 8/29/2007

Invoice Number  109386

Tax ID # 59-2885854
_____

Professional Costs:


12/20/07- Cost of Certified Court Documents               15.00
                                                    _____
          Total Amount This Invoice                 $15.00
_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001291216
     Our File No. 11812
     Status - Foreclosure
     Referral Date 10/24/2007

     Invoice Number  109387

Tax ID # 59-2885854

_____

     Professional services:


12/5/07  Flat fee to prepare assignment of mortgage.          125.00

_____

     Professional Costs:

12/5/07- Instrument Recording Fee                              18.50
12/6/07- Service of Process                                    54.00
12/11/07- Publication of Notice of Action                     159.50
12/29/07- Certified Court Docs                                 21.50
12/29/07- Hydra Skiptrace                                      10.00
                                                            _____

     Total Amount This Invoice                               $388.50


     Total Current Charges                                   $388.50

_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001310454
    Our File No. 13506
    Status - Foreclosure
    Referral Date 12/10/2007

    Invoice Number  109388

 Tax ID # 59-2885854

─────────────────────────────────────────────────────

    Professional services:

12/26/07  Flat fee for foreclosure lawsuit - first half.          600.00

─────────────────────────────────────────────────────

    Professional Costs:

| | | |
|---|---|---|
| 12/24/07- | Title Search | 275.00 |
| 12/26/07- | Recording Fee | 3.00 |
| 12/27/07- | Court Filing Fee | 260.00 |
| 12/31/07- | Service of Process | 175.00 |

    Total Amount This Invoice          $1,313.00

    Total Current Charges          $1,313.00

─────────────────────────────────────────────────────

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage
     Tania
     Account No. 1001422878
     Our File No. 10058

     Status - Foreclosure
     Referral Date 8/29/2007

     Invoice Number  109389

Tax ID # 59-2885854

          Professional Costs:

| | | |
|---|---|---|
| 12/24/07- Publication of Notice of Action | | 216.80 |
| 12/26/07- Publication of Notice of Sale | | 197.53 |
| Total Amount This Invoice | | $414.33 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001182291
    Our File No. 11789
    Status - Foreclosure
    Referral Date 10/24/2007

    Invoice Number  109390

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 12/4/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 12/4/07- | Recording Fee | 2.00 |
| 12/4/07- | Instrument Recording Fee | 18.50 |
| 12/6/07- | Attorney Ad Litem Fee | 350.00 |
| 12/12/07- | Publication of Notice of Action | 174.00 |
| 12/31/07- | Service of Process | 240.00 |

    Total Amount This Invoice        $909.50

    Total Current Charges            $909.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:    American Home Mortgage Servicing

Account No. 1001436416
Our File No. 11757
Status - Foreclosure
Referral Date 10/23/2007

Invoice Number  109391

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 12/5/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 12/5/07- | Instrument Recording Fee | 18.50 |
| 12/5/07 - | Court Filing Fee | 2.00 |
| | Total Amount This Invoice | $145.50 |
| | Total Current Charges | $145.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001352483
      Our File No. 12874
      Status - Foreclosure
      Referral Date 11/21/2007

      Invoice Number  109392

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 12/7/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 12/6/07- | Title Search | 275.00 |
| 12/7/07- | Court Filing Fee | 259.00 |
| 12/11/07- | Service of Process | 225.00 |
| | Total Amount This Invoice | $1,359.00 |
| | Total Current Charges | $1,359.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001178651
      Our File No. 09139
      Status - Fcl/BK Filed
      Referral Date 7/24/2007

      Invoice Number  109393

Tax ID # 59-2885854

---

        Professional Costs:


12/10/07- Service of Process                          50.00
                                                     ---------
         Total Amount This Invoice                    $50.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1000968625
    Our File No. 10377

    Status - Fcl
    Referral Date 9/11/2007
    Invoice Number  109394

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 12/3/07 | Flat fee to prepare assignment of mortgage. | 125.00 |
| 12/31/07 | Flat fee for foreclosure lawsuit - second half | 600.00 |

    Professional Costs:

| | | |
|---|---|---|
| 12/19/07- | Publication of Notice of Action | 116.20 |
| | Total Amount This Invoice | $841.20 |
| | Total Current Charges | $841.20 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001240936
Our File No. 11676
Status - Foreclosure
Referral Date 10/22/2007

Invoice Number  109395

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 12/5/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 12/5/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $143.50 |
| | Total Current Charges | $143.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001023979
      Our File No. 10216

      Status - Foreclosure
      Referral Date 9/4/2007

      Invoice Number  109396

Tax ID # 59-2885854

      Professional Costs:

| | |
|---|---|
| 12/5/07- Hydra Skiptrace | 10.00 |
| 12/14/07- Certified Court Docs | 26.50 |
| Total Amount This Invoice | $36.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001175221
Our File No. 11781
Status - Foreclosure
Referral Date 10/23/2007

Invoice Number  109398

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---:|
| 12/5/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---:|
| 12/3/07- | Hydra Skiptrace | 45.00 |
| 12/5/07- | Recording Fee | 1.00 |
| 12/5/07 - | Instrument Recording Fee | 18.50 |
| 12/10/07- | Certified Court Docs | 27.50 |
| 12/10/07 - | Hydra Skiptrace | 5.00 |
| 12/14/07- | Service of Process | 45.00 |
| 12/20/07- | Publication of Notice of Action | 309.53 |

|  |  |
|---|---:|
| Total Amount This Invoice | $576.53 |
| Total Current Charges | $576.53 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001308967
     Our File No. 11842
     Status - Foreclosure
     Referral Date 10/24/2007

     Invoice Number  109399

Tax ID # 59-2885854

---

     Professional services:


12/5/07  Flat fee to prepare assignment of mortgage.          125.00

---

     Professional Costs:

12/5/07-  Instrument Recording Fee                             19.50
12/6/07-  Hydra Skip Trace                                     45.00
12/19/07- Service of Process                                  492.00
                                                              -------
     Total Amount This Invoice                               $681.50


     Total Current Charges                                   $681.50
                                                             ========

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage

     Account No. 1001549113
     Our File No. 14263
     Status - Answer
     Referral Date 12/22/2007

     Invoice Number  109400

 Tax ID # 59-2885854

---

       Professional services:


12/31/07  Flat fee to answer foreclosure/monitor.                200.00

---

       Professional Costs:

12/31/07- Title Search                                           150.00
                                                               ---------
       Total Amount This Invoice                                $350.00
                                                               ---------
       Total Current Charges                                    $350.00
                                                               =========

---

                    PAYMENT DUE UPON RECEIPT
       PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                       *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage
     Account No. 1001384732
     Our File No. 13181

     Status — Eviction
     Referral Date 12/2/2007
     Invoice Number  109411

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 12/21/07 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 12/21/07- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 100330175
Our File No. 12880
Status - Foreclosure
Referral Date 11/21/2007

Invoice Number  109403

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/4/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/3/07- | Title Search | 275.00 |
| 12/4/07- | Court Filing Fee | 255.00 |
| 12/4/07- | Instrument Recording Fee | 10.50 |
| 12/4/07- | Service of Process | 80.00 |
| | Total Amount This Invoice | $1,220.50 |
| | Total Current Charges | $1,220.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001087114
      Our File No. 09280

      Status - Foreclosure
      Type of Billing - Complaint
      Referral Date 7/31/2007

      Invoice Number  109404

Tax ID # 59-2885854

_____

      Professional Costs:


12/5/07- Hydra Skiptrace                              45.00
                                                     _____

      Total Amount This Invoice                       $45.00
_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001769696
Our File No. 11770
Status - Foreclosure
Referral Date 10/23/2007

Invoice Number  109405

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/5/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/5/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $143.50 |
| | Total Current Charges | $143.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001262948
    Our File No. 13323
    Status - Foreclosure
    Referral Date 12/5/2007

    Invoice Number  109406

Tax ID # 59-2885854

---

Professional services:

| Date | Description | Amount |
|---|---|---|
| 12/18/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 12/17/07- | Title Search | 275.00 |
| 12/18/07- | Court Filing Fee | 257.00 |
| 12/18/07- | Recording Fee | 2.00 |
| 12/18/07- | Instrument Recording Fee | 9.00 |
| 12/21/07- | Service of Process | 159.00 |

Total Amount This Invoice      $1,302.00

Total Current Charges      $1,302.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001517500
Our File No. 11760
Status - Foreclosure
Referral Date 10/23/2007

Invoice Number  109577

Tax ID # 59-2885854

---

Professional services:

|  |  | Hrs/Rate |  |
|---|---|---|---|
| 12/5/07 | Flat fee to prepare assignment of mortgage. |  | 125.00 |
| 12/10/07 | Receive, review and analyze defensive pleadings, including Motion to Dismiss (.6); communicate with client (.5); analyze and review file and documents (.4);  schedule and coordinate hearing (.5);  prepare for hearing (.5). (PEL) | 2.50 150.00/hr | 375.00 |

---

Professional Costs:

| 12/5/07- | Recording Fee |  | 1.00 |
| 12/5/07 - | Instrument Recording Fee |  | 18.50 |
| 12/7/07- | Service of Process |  | 100.00 |
|  | Total Amount This Invoice | 2.50 | $619.50 |
|  | Total Current Charges |  | $619.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001343985
      Our File No. 13362
      Status - Foreclosure
      Referral Date 12/6/2007

      Invoice Number  109407

 Tax ID # 59-2885854

      Professional services:

12/21/07  Flat fee for foreclosure lawsuit - first half.        600.00

      Professional Costs:

12/20/07- Title Search                                          275.00
12/21/07- Court Filing Fee                                      255.00
12/21/07 - Instrument Recording Fee                               9.00
12/31/07- Service of Process                                    130.00
                                                             _____
      Total Amount This Invoice                              $1,269.00

      Total Current Charges                                  $1,269.00
                                                             ==========

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1000950573
      Our File No. 12033
      Status - Foreclosure
      Referral Date 10/31/2007

      Invoice Number  109408

Tax ID # 59-2885854

---

      Professional services:

| | | |
|---|---|---|
| 12/3/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

      Professional Costs:

| | | |
|---|---|---|
| 12/6/07- | Hydra Skiptrace | 45.00 |
| 12/20/07- | Service of Process | 280.00 |
| | Total Amount This Invoice | $450.00 |
| | Total Current Charges | $450.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Davey #2
      Account No. 1000884698
      Our File No. 13361
      Status - Foreclosure
      Referral Date 12/6/2007

      Invoice Number  109409

Tax ID # 59-2885854

_____

          Professional services:


12/21/07  Flat fee for foreclosure lawsuit - first half.          600.00

_____

          Professional Costs:

12/20/07- Title Search                                            340.00
12/21/07- Court Filing Fee                                        256.00
12/28/07- Service of Process                                      100.00
                                                              _____
          Total Amount This Invoice                            $1,296.00


          Total Current Charges                                $1,296.00
_____


                PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                   *****THANK YOU*****
laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001134249
      Our File No. 12862
      Status - Foreclosure
      Referral Date 11/20/2007

      Invoice Number  109410

Tax ID # 59-2885854

---

      Professional services:


12/6/07  Flat fee for foreclosure lawsuit - first half.            600.00

---

      Professional Costs:

12/5/07-  Title Search                                             340.00
12/6/07-  Court Filing Fee                                         256.00
12/10/07- Service of Process                                       100.00
                                                                   --------
      Total Amount This Invoice                                  $1,296.00


      Total Current Charges                                      $1,296.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Souad
     Account No. 1000531704
     Our File No. 13418
     Status - Foreclosure
     Referral Date 12/6/2007

     Invoice Number  109412

Tax ID # 59-2885854

     Professional services:

| Date | Description | Amount |
|------|-------------|-------:|
| 12/26/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

     Professional Costs:

| Date | Description | Amount |
|------|-------------|-------:|
| 12/24/07- | Title Search | 275.00 |
| 12/26/07- | Court Filing Fee | 256.00 |
| 12/31/07- | Service of Process | 200.00 |

Total Amount This Invoice             $1,331.00

Total Current Charges                 $1,331.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mort. Serv.
      Account No. 1001132816
      Our File No. 10562

      Status-Fcl/Sale Bill
      Referral Date 9/15/2007

      Invoice Number  109413

Tax ID # 59-2885854

Professional Costs:

12/31/07- Publication of Notice of Sale                    66.80

          Total Amount This Invoice                       $66.80

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

      Account No. 1001215759
      Our File No. 12466
      Status - Foreclosure
      Referral Date 11/10/2007

      Invoice Number  109414

  Tax ID # 59-2885854

      Professional services:


12/3/07  Flat fee to prepare assignment of mortgage.         125.00


      Professional Costs:

12/3/07- Title Search                                        275.00
12/10/07- Service of Process                                 104.00

      Total Amount This Invoice                              $504.00


      Total Current Charges                                  $504.00


                    PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****
sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001111446
     Our File No. 11648
     Status - Foreclosure
     Referral Date 10/20/2007

     Invoice Number  109161

Tax ID # 59-2885854

---

      Professional services:


12/5/07  Flat fee to prepare assignment of mortgage.              125.00

---

      Professional Costs:

                                                                   19.50
12/5/07- Instrument Recording Fee                                  45.00
12/7/07- Hydra Skiptrace                                          140.00
12/10/07- Service of Process                                      192.13
12/11/07- Publication of Notice of Action
                                                                 --------
      Total Amount This Invoice                                  $521.63

                                                                 --------
      Total Current Charges                                      $521.63
                                                                 ========

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001127286
Our File No. 11395
Status - Foreclosure
Type of Billing - Close & Bill
Referral Date 10/12/2007

Invoice Number  109159

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/28/07 | Flat fee for second half of foreclosure lawsuit through cancellation of MSJ hearing. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/4/07- | Attorney Ad Litem | 450.00 |
| 12/10/07- | Publication of Notice of Action | 112.50 |
| 12/12/07- | Service of Process | 108.00 |
| | Total Amount This Invoice | $1,270.50 |
| | Total Current Charges | $1,270.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001343084
     Our File No. 11807
     Status - Foreclosure
     Referral Date 10/24/2007

     Invoice Number  109425

Tax ID # 59-2885854

        Professional services:


12/3/07  Flat fee for foreclosure lawsuit - first half.        600.00

                                                              _____
        Total Amount This Invoice                              $600.00

                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****
laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001007123
     Our File No. 10494

     Status - Foreclosure
     Type of Billing - Complaint
     Referral Date 9/14/2007

     Invoice Number  109158

Tax ID # 59-2885854

       Professional Costs:


| | |
|---|---|
| 12/29/07- Instrument Recording Fee | 28.50 |
| Total Amount This Invoice | $28.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

    Account No. 1001277930
    Our File No. 12814
    Status - Foreclosure
    Referral Date 11/20/2007

    Invoice Number  109157

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 12/3/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 12/28/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 12/3/07- | Clerk's Filing Fee | 257.00 |
| 12/12/07- | Service of Process | 201.00 |
| 12/26/07- | Clerk's Filing Fee | 2.00 |
| 12/26/07- | Instrument Recording Fee | 2.00 |
| 12/26/07- | Service of Process | 35.00 |
| 12/29/07- | Instrument Recording Fee | 18.50 |

    Total Amount This Invoice    $1,240.50

    Total Current Charges    $1,240.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001627764
     Our File No. 12202
     Status - Foreclosure
     Referral Date 11/4/2007

     Invoice Number  109155

Tax ID # 59-2885854
_____

        Professional Costs:


 12/3/07- Title Search                              340.00
 12/20/07- Service of Process                        35.00
 12/31/07- Instrument Recording Fee                  26.50
 12/31/07 - Hydra Skiptrace                           5.00
                                                   _____
        Total Amount This Invoice                  $406.50
_____


                PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                   *****THANK YOU*****
sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001485102
Our File No. 12127
Status - Answer
Referral Date 11/2/2007

Invoice Number  109421

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/12/07 | Flat fee to answer foreclosure/monitor. | 200.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/6/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001075427
Our File No. 12160
Status - Answer
Referral Date 11/2/2007

Invoice Number  109422

Tax ID # 59-2885854
_____

Professional services:

| | | |
|---|---|---|
| 12/14/07 | Flat fee to answer foreclosure/monitor. | 200.00 |
_____

Professional Costs:

| | | |
|---|---|---|
| 12/14/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001413069
Our File No. 12935
Status - Foreclosure
Referral Date 11/23/2007

Invoice Number  109143

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 12/6/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 12/6/07- | Title Search | 275.00 |
| 12/7/07- | Clerk's Filing Fee | 259.00 |
| 12/11/07- | Service of Process | 175.00 |
| | Total Amount This Invoice | $1,309.00 |
| | Total Current Charges | $1,309.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001386158
    Our File No. 12869
    Status - Foreclosure
    Referral Date 11/20/2007

    Invoice Number  109140

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 12/4/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 12/31/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 12/3/07 - | Title Search | 275.00 |
| 12/4/07 - | Clerk's Filing Fee | 257.00 |
| 12/5/07 - | Service of Process | 150.00 |
| 12/19/07 - | Hydra Skiptrace | 45.00 |
| 12/29/07 - | Clerk's Filing Fee | 1.00 |
| 12/31/07 - | Instrument Recording Fee | 18.50 |

    Total Amount This Invoice      $1,471.50

    Total Current Charges      $1,471.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001688848
      Our File No. 11767
      Status - Foreclosure
      Referral Date 10/23/2007

      Invoice Number  109139

Tax ID # 59-2885854

---

       Professional services:

12/5/07   Flat fee to prepare assignment of mortgage.          125.00

---

       Professional Costs:

12/5/07-   Clerk's Filing Fee                                     1.00
12/5/07--  Instrument Recording Fee                              18.50
12/13/07-  Service of Process                                    10.00
12/19/07-  Publication of Notice of Action                      107.63
                                                               --------
           Total Amount This Invoice                           $262.13


           Total Current Charges                               $262.13
                                                               ========

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing.
      Account No. 1001329992
      Our File No. 12878
      Status - Foreclosure
      Referral Date 11/21/2007

      Invoice Number  109149

Tax ID # 59-2885854

---

         Professional services:


| | | |
|---|---|---|
| 12/3/07 | Flat fee for foreclosure lawsuit - first half | 600.00 |

---

         Professional Costs:

| | | |
|---|---|---|
| 12/3/07- | Title Search | 275.00 |
| 12/4/07- | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $920.00 |
| | Total Current Charges | $920.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

     Account No. 1001151175
     Our File No. 11172

     Status - Foreclosure
     Referral Date 10/4/2007
     Invoice Number  109137

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 12/19/07- Publication of Notice of Sale | 255.50 |
| Total Amount This Invoice | $255.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001089559
      Our File No. 10561

      Status - Foreclosure
      Referral Date 9/15/2007

      Invoice Number  109136

Tax ID # 59-2885854

─────────────────────────────────────────────────

        Professional Costs:


12/6/07- Hydra Skip Trace                         10.00

        Total Amount This Invoice               $10.00
─────────────────────────────────────────────────


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001538846
      Our File No. 13322
      Status - Foreclosure
      Referral Date 12/5/2007

      Invoice Number  109134

Tax ID # 59-2885854

---

      Professional services:


12/14/07  Flat fee for foreclosure lawsuit - first half.          600.00

---

      Professional Costs:

12/13/07- Title Search                                            275.00
12/14/07- Clerk's Filing Fee                                      260.00
12/14/07 - Instrument Recording Fee                                13.00
                                                              ----------
      Total Amount This Invoice                                $1,148.00

      Total Current Charges                                    $1,148.00
                                                              ==========

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,
      Account No. 1001375493
      Our File No. 11663
      Status - Foreclosure
      Referral Date 10/22/2007

      Invoice Number  109131

   Tax ID # 59-2885854
_____

      Professional Costs:


12/3/07- Hydra Skiptrace                          45.00
12/19/07- Publication of Notice of Action        142.88
                                                _____
      Total Amount This Invoice               $187.88
_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****
sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mort. Serv.
      Account No. 1001395406
      Our File No. 10304

      Status-Fcl/Sale Bill
      Referral Date 9/6/2007

      Invoice Number  109130

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---:|
| 12/3/07- | Service of Process | 25.00 |
| 12/5/07- | Publication of Notice of Action | 160.78 |
| 12/24/07- | Publication of Notice of Sale | 147.15 |
| 12/28/07- | Instrument Recording Fee | 60.00 |
| | Total Amount This Invoice | $392.93 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001615696
    Our File No. 11784
    Status - Foreclosure
    Referral Date 10/23/2007

    Invoice Number  109128

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 12/5/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 12/5/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $143.50 |
| | Total Current Charges | $143.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001479438
Our File No. 12956
Status - Foreclosure
Referral Date 11/23/2007

Invoice Number  109127

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/10/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/7/07- | Title Search | 275.00 |
| 12/10/07- | Clerk's filing fee | 257.00 |
| 12/11/07- | Service of process | 210.00 |
| 12/28/07- | Service of Process | 70.00 |
| | Total Amount This Invoice | $1,412.00 |
| | Total Current Charges | $1,412.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001511125
      Our File No. 10553

      Status - Foreclosure
      Type of Billing - Complaint
      Referral Date 9/15/2007

      Invoice Number  109126

Tax ID # 59-2885854

      Professional Costs:

| | |
|---|---:|
| 12/6/07- Hydra Skiptrace | 5.00 |
| 12/14/07- Certified Court Docs | 29.50 |
| Total Amount This Invoice | $34.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

        Account No. 1001063640
        Our File No. 11761
        Status - FCL
        Referral Date 10/23/2007

        Invoice Number  109123

Tax ID # 59-2885854

_____

        Professional services:


12/5/07  Flat fee to prepare assignment of mortgage.          125.00

_____

        Professional Costs:

12/5/07-  Instrument Recording Fee                              18.50
12/11/07- Publication of Notice of Action                      141.00
                                                              _____

        Total Amount This Invoice                            $284.50

                                                              _____
        Total Current Charges                                $284.50
                                                              =======

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001474875
Our File No. 12955
Status - Foreclosure
Referral Date 11/23/2007

Invoice Number  109122

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 12/10/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 12/7/07- | Title Search | 275.00 |
| 12/10/07- | Clerk's Filing Fee | 255.00 |
| 12/10/07- | Instrument Recording Fee | 10.00 |
| 12/12/07- | Service of Process | 128.00 |
| | Total Amount This Invoice | $1,268.00 |
| | Total Current Charges | $1,268.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000938767
Our File No. 11639
Status - Foreclosure
Referral Date 10/20/2007

Invoice Number  109479

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/3/07  Flat fee to prepare assignment of mortgage. | | 125.00 |
| Total Amount This Invoice | | $125.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001287360
     Our File No. 14265
     Status - Answer / Monitor
     Referral Date 12/22/2007

     Invoice Number  109491

 Tax ID # 59-2885854

---

      Professional services:


| | | |
|---|---|---|
| 12/31/07 | Flat fee to answer foreclosure/monitor. | 200.00 |

---

      Professional Costs:

| | | |
|---|---|---|
| 12/31/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001284441
      Our File No. 12210
      Status - Foreclosure
      Referral Date 11/4/2007

      Invoice Number  109480

Tax ID # 59-2885854
_____

        Professional services:


12/3/07  Flat fee to prepare assignment of mortgage.          125.00
                                                         _____
         Total Amount This Invoice                           $125.00
_____

                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                       *****THANK YOU*****
laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001773727
     Our File No. 12916
     Status - Foreclosure
     Referral Date 11/21/2007


     Invoice Number  109119

  Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 12/10/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 12/7/07- | Title Search | 275.00 |
| 12/10/07- | Clerk's Filing Fee | 265.00 |
| 12/10/07- | Instrument Recording Fee | 7.00 |
| 12/10/07- | Hydra Skiptrace | 90.00 |
| 12/10/07- | Instrument Recording Fee | 30.00 |
| 12/14/07- | Service of Process | 355.00 |
| | Total Amount This Invoice | $1,622.00 |
| | Total Current Charges | $1,622.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing.

        Account No. 1001310179
        Our File No. 10303

        Status - Foreclosure
        Referral Date 9/6/2007

        Invoice Number  109114

Tax ID # 59-2885854

        Professional Costs:

| Date | Description | Amount |
|------|-------------|-------:|
| 12/6/07- | Publication of Notice of Action | 134.52 |
| 12/28/07- | Hydra Skiptrace | 5.00 |
| 12/31/07- | Instrument Recording Fee | 7.50 |
| | Total Amount This Invoice | $147.02 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

  Account No. 1001147433
  Our File No. 12826
  Status - FCL / Final
  Referral Date 11/20/2007

  Invoice Number  109113

Tax ID # 59-2885854

  Professional Costs:

| | |
|---|---|
| 12/3/07- Title Search | 275.00 |
| 12/26/07- Instrument Recording Fee | 23.50 |
| Total Amount This Invoice | $298.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

　　　Account No. 1001147809
　　　Our File No. 11616
　　　Status - Foreclosure
　　　Referral Date 10/19/2007

　　　Invoice Number  109111

Tax ID # 59-2885854

---

　　　Professional services:


| 12/4/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

| | Professional Costs: | |
| 12/4/07- | Instrument Recording Fee | 20.50 |
| | Total Amount This Invoice | $145.50 |
| | Total Current Charges | $145.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1000881078
Our File No. 13421
Status - Foreclosure
Referral Date 12/6/2007

Invoice Number  109110

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/21/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/20/07- | Title Search | 275.00 |
| 12/21/07- | Clerk's Filing Fee | 261.00 |
| 12/21/07- | Instrument Recording Fee | 22.50 |
| 12/26/07- | Hydra Skiptrace | 90.00 |
| 12/28/07- | Service of Process | 305.00 |
| | Total Amount This Invoice | $1,553.50 |
| | Total Current Charges | $1,553.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001670002
      Our File No. 13514
      Status - Foreclosure
      Referral Date 12/10/2007

      Invoice Number  109109

  Tax ID # 59-2885854

_____

      Professional services:


12/28/07  Flat fee for foreclosure lawsuit - first half.          600.00

_____

      Professional Costs:

12/27/07-  Title Search                                           275.00
12/28/07-  Clerk's Filing Fee                                     263.00
12/28/07-  Instrument Recording Fee                                6.00
                                                               _____
      Total Amount This Invoice                               $1,144.00


      Total Current Charges                                   $1,144.00
                                                               ==========


                    PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****
sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001308868
      Our File No. 12468
      Status - Foreclosure
      Referral Date 11/10/2007

      Invoice Number  109107

   Tax ID # 59-2885854

      Professional Costs:

| | | |
|---|---|---|
| 12/10/07- | Clerk's Filing Fee | 1.00 |
| 12/10/07 | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $19.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

   Account No. 1001270287
   Our File No. 11016

   Status - Foreclosure
   Referral Date 9/28/2007

   Invoice Number  109108

Tax ID # 59-2885854

_____

   Professional Costs:


| | |
|---|---|
| 12/5/07- Instrument Recording Fee | 27.50 |
| Total Amount This Invoice | $27.50 |

_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

     Account No. 1000864265
     Our File No. 10715

     Status - Foreclosure
     Referral Date 9/20/2007
     Invoice Number  109106

Tax ID # 59-2885854

---

     Professional Costs:

| | |
|---|---|
| 12/5/07- Instrument Recording Fee | 13.00 |
| Total Amount This Invoice | $13.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001592732
    Our File No. 11847
    Status - Foreclosure
    Referral Date 10/25/2007

    Invoice Number  109105

Tax ID # 59-2885854

_____

        Professional services:


12/7/07  Flat fee to prepare assignment of mortgage.          125.00

_____

        Professional Costs:

12/7/07- Instrument Recording Fee                  18.50
12/10/07- Service of Process                      130.00
12/10/07- Hydra Skiptrace                          45.00
12/13/07- Service of Process                      127.00
12/21/07- Attorney Ad Litem                       400.00
                                                  _____

    Total Amount This Invoice                    $845.50


    Total Current Charges                        $845.50
                                                 =======

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001625973
     Our File No. 11763
     Status - Foreclosure
     Referral Date- 10/23/2007

     Invoice Number  109104

Tax ID # 59-2885854

---

     Professional services:

| | | |
|---|---|---|
| 12/5/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

     Professional Costs:

| | | |
|---|---|---|
| 12/5/07- | Instrument Recording Fee | 18.50 |
| 12/14/07- | Instrument Recording Fee | 29.50 |
| | Total Amount This Invoice | $173.00 |
| | Total Current Charges | $173.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001311294
   Our File No. 12886
   Status - Foreclosure
   Referral Date 11/21/2007

   Invoice Number  109103

Tax ID # 59-2885854

---

        Professional services:

12/4/07   Flat fee for foreclosure lawsuit - first half.          600.00

---

        Professional Costs:

| | | |
|---|---|---:|
| 12/3/07- | Title Search | 275.00 |
| 12/4/07- | Clerk's Filing Fee | 261.00 |
| 12/4/07- | Instrument Recording Fee | 4.00 |
| 12/4/07- | Hydra Skiptrace | 45.00 |
| 12/5/07- | Service of Process | 280.00 |
| 12/11/07- | Hydra Skip Trace | 45.00 |
| 12/13/07- | Hydra Skiptrace | 45.00 |
| 12/28/07- | Service of Process | 35.00 |

        Total Amount This Invoice          $1,590.00

        Total Current Charges              $1,590.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

       Account No. 1001481742
       Our File No. 10057

       Petersburg, FL, 33701
       Status - Foreclosure
       Referral Date - 8/29/2007

       Invoice Number  109472

Tax ID # 59-2885854

_____

        Professional services:


12/24/07  Flat fee for title claim/title curative.        300.00

                                                      _____
        Total Amount This Invoice              $300.00
_____

             PAYMENT DUE UPON RECEIPT
   PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                  *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mort. Serv.
      Account No. 1001028166
      Our File No. 10054

      Referral Date 8/29/2007

      Invoice Number  109487

Tax ID # 59-2885854

         Professional Costs:

| | | |
|---|---|---|
| 12/14/07- | Publication of Notice of Sale | 262.00 |
| 12/28/07- | Instrument Recording Fee | 60.00 |
| | Total Amount This Invoice | $322.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mort. Serv.
      Account No. 1001026109
      Our File No. 10053

      Status-Fcl/Sale Bill
      Referral Date- 8/29/2007

      Invoice Number  109101

Tax ID # 59-2885854

      Professional Costs:

| | |
|---|---|
| 12/28/07- Instrument Recording Fee | 60.00 |
| Total Amount This Invoice | $60.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

　　　Account No. 1000884280
　　　Our File No. 12861
　　　Status - Foreclosure
　　　Referral Date 11/20/2007

　　　Invoice Number  109100

Tax ID # 59-2885854

---

　　　Professional services:

12/4/07  Flat fee for foreclosure lawsuit - first half.　　　600.00

---

　　　Professional Costs:

| | | |
|---|---|---|
| 12/3/07- | Title Search | 275.00 |
| 12/4/07- | Clerk's Filing Fee | 255.00 |
| 12/4/07 - | Instrument Recording Fee | 20.50 |
| 12/10/07- | Service of Process | 195.00 |
| 12/19/07- | Hydra Skiptrace | 45.00 |

　　　Total Amount This Invoice　　　$1,390.50

　　　Total Current Charges　　　$1,390.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001654736
Our File No. 13324
Status - Foreclosure
Referral Date 12/5/2007

Invoice Number  109099

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/20/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/19/07- | Title Search | 275.00 |
| 12/20/07- | Clerk's Filing Fee | 258.00 |
| 12/20/07- | Instrument Recording Fee | 2.00 |
| 12/26/07- | Service of Process | 175.00 |
| | Total Amount This Invoice | $1,310.00 |
| | Total Current Charges | $1,310.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001646369
      Our File No. 12465
      Status - Foreclosure
      Referral Date 11/10/2007

      Invoice Number  109098

Tax ID # 59-2885854

      Professional services:


| | | |
|---|---|---|
| 12/29/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

      Professional Costs:

| | | |
|---|---|---|
| 12/29/07- | Clerk's Filing Fee | 1.00 |
| 12/29/07- | Instrument Recording Fee | 27.00 |
| | Total Amount This Invoice | $153.00 |
| | Total Current Charges | $153.00 |


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001636500
      Our File No. 12215
      Status - Foreclosure
      Referral Date 11/4/2007

      Invoice Number  109097

Tax ID # 59-2885854

      Professional Costs:

| | | |
|---|---|---|
| 12/3/07- | Title Search | 275.00 |
| 12/28/07- | Service of Process | 245.00 |
| | Total Amount This Invoice | $520.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001371571
Our File No  10023

Status - Foreclosure
Referral Date 8/29/2007

Invoice Number  109096

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 12/12/07 | Flat fee for foreclosure lawsuit (second half). | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 12/6/07- | Instrument Recording Fee | 4.50 |
| 12/6/07 - | Instrument Recording Fee | 2,002.00 |
| | Total Amount This Invoice | $2,606.50 |
| | Total Current Charges | $2,606.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

       Account No. 1000830214
       Our File No. 09346

       SS No. - Not Given
       Status - Foreclosure
       Type of Billing - Cmpt Prep
       Referral Date 8/1/2007

       Invoice Number  109095

  Tax ID # 59-2885854

_____

          Professional Costs:


12/10/07- Instrument Recording Fee                       101.00
                                                        _____

          Total Amount This Invoice                     $101.00
_____

                   PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****
sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1000984426
    Our File No. 14262
    Status - Answer / Monitor
    Referral Date 12/22/2007
    Invoice Number  109492

 Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 12/31/07 | Flat fee to answer foreclosure/monitor. | 200.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 12/31/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001456274
      Our File No. 11494
      Status - Eviction
      Referral Date 10/17/2007

      Invoice Number  109567

Tax ID # 59-2885854

---

      Professional services:

| | | |
|---|---|---|
| 12/7/07 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

---

      Professional Costs:

| | | |
|---|---|---|
| 12/7/07- | Writ of Possession | 95.00 |
| | Total Amount This Invoice | $445.00 |
| | Total Current Charges | $445.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001312428
Our File No. 12207
Status - Foreclosure
Referral Date 11/4/2007

Invoice Number  109090

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 12/7/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 12/7/07- | Instrument Recording Fee | 19.50 |
| 12/10/07- | Service of Process | 35.00 |
| 12/12/07- | Service of Process | 14.00 |
| | Total Amount This Invoice | $193.50 |
| | Total Current Charges | $193.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001035008
      Our File No. 13498
      Status - Foreclosure
      Referral Date 12/10/2007

      Invoice Number  109088

   Tax ID # 59-2885854

---

         Professional services:


12/26/07  Flat fee for foreclosure lawsuit - first half.          600.00

---

         Professional Costs:

12/24/07- Title Search                                            340.00
12/26/07- Clerk's Filing Fee                                      260.00
                                                              ----------

          Total Amount This Invoice                          $1,200.00


          Total Current Charges                              $1,200.00
                                                              ==========

---

                      PAYMENT DUE UPON RECEIPT
         PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                         *****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001035052
Our File No. 12209
Status - Fcl/BK Filed
Referral Date 11/4/2007

Invoice Number  109087

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 12/7/07 | Flat fee to prepare assignment of mortgage. | 125.00 |
| 12/21/07 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 12/7/07- | Instrument Recording Fee | 19.50 |
| | Total Amount This Invoice | $744.50 |
| | Total Current Charges | $744.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:    American Home Mortgage Servicing

      Account No. 1001080966
      Our File No. 09085

      Status - Foreclosure
      Referral Date 7/23/2007

      Invoice Number  109086

Tax ID # 59-2885854

---

      Professional Costs:

| | |
|---|---|
| 12/10/07- Instrument Recording Fee | 26.00 |
| Total Amount This Invoice | $26.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mort. Serv.
      Account No. 1001150193
      Our File No. 09087

      Referral Date 7/23/2007

      Invoice Number  109085

Tax ID # 59-2885854

      Professional Costs:


12/14/07- Publication of Notice of Sale         223.00
12/28/07- Instrument Recording Fee               60.00

          Total Amount This Invoice           $283.00


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001565007
      Our File No. 11844
      Status - Foreclosure
      Referral Date 10/25/2007
      Invoice Number  109493

Tax ID # 59-2885854

_____

        Professional services:


12/7/07  Flat fee to prepare assignment of mortgage.        125.00

_____

        Professional Costs:

12/7/07- Recording Fee                                         2.00
12/7/07  Instrument Recording Fee                             27.00
                                                           _____
        Total Amount This Invoice                           $154.00


        Total Current Charges                               $154.00
                                                           =========

_____


                PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****
sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001545226
Our File No. 12911
Status - Foreclosure
Referral Date 11/21/2007

Invoice Number  109083

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/5/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/5/07- | Clerk's Filing Fee | 255.00 |
| 12/5/07 - | Instrument Recording Fee | 19.50 |
| 12/6/07- | Service of Process | 240.00 |
| 12/21/07- | Hydra Skiptrace | 45.00 |
| 12/31/07- | Service of Process | 60.00 |
| | Total Amount This Invoice | $1,219.50 |
| | Total Current Charges | $1,219.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001639070
Our File No. 10046

Status - Foreclosure
Referral Date 8/29/2007

Invoice Number  109082

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/18/07 | Flat fee for foreclosure lawsuit (second half). | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/6/07- | Publication of Notice of Sale | 331.40 |
| 12/11/07- | Instrument Recording Fee | 60.00 |
| 12/14/07- | Instrument Recording Fee | 0.70 |
| 12/18/07- | Instrument Recording Fee | 4.50 |
| | Total Amount This Invoice | $996.60 |
| | Total Current Charges | $996.60 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001023650
      Our File No. 12879
      Status - Foreclosure
      Referral Date 11/21/2007

      Invoice Number  109081

Tax ID # 59-2885854

---

      Professional services:


| | | |
|---|---|---|
| 12/6/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

      Professional Costs:

| | | |
|---|---|---|
| 12/5/07- | Title Search | 275.00 |
| 12/6/07- | Clerk's Filing Fee | 259.00 |
| 12/6/07- | Service of Process | 210.00 |
| 12/29/07- | Service of Process | 35.00 |
| | Total Amount This Invoice | $1,379.00 |
| | Total Current Charges | $1,379.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001160662
      Our File No. 10566


      Status - Foreclosure
      Referral Date 9/15/2007

      Invoice Number  109080

Tax ID # 59-2885854

      Professional Costs:


12/31/07- Publication of Notice of Sale            137.75

      Total Amount This Invoice              $137.75


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001265760
Our File No. 11813
Status - Foreclosure
Referral Date 10/24/2007

Invoice Number  109079

Tax ID # 59-2885854

---

Professional Costs:

| Date | Description | Amount |
|------|-------------|-------:|
| 12/5/07- | Hydra Skiptrace | 90.00 |
| 12/7/07- | Instrument Recording Fee | 29.50 |
| 12/7/07 - | Hydra Skiptrace | 10.00 |
| 12/10/07- | Service of Process | 108.00 |
| | Total Amount This Invoice | $237.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001081709
Our File No. 11766
Status - Foreclosure
Referral Date 10/23/2007

Invoice Number  109078

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 12/5/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | |
|---|---|
| 12/4/07- Instrument Recording Fee | 29.50 |
| 12/4/07 - Hydra Skiptrace | 5.00 |
| 12/5/07- Clerk's Filing Fee | 1.00 |
| 12/5/07- Instrument Recording Fee | 18.50 |
| Total Amount This Invoice | $179.00 |
| Total Current Charges | $179.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

        Account No. 100094949279
        Our File No. 13602
        Status - Foreclosure
        Referral Date 12/11/2007

        Invoice Number  109077

Tax ID # 59-2885854

---

        Professional services:


| Date | Description | Amount |
|---|---|---|
| 12/28/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

        Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 12/27/07- | Title Search | 275.00 |
| 12/28/07- | Clerk's Filing Fee | 255.00 |
| 12/28/07 - | Instrument Recording Fee | 20.50 |
| 12/28/07 - | Service of Process | 160.00 |
| | Total Amount This Invoice | $1,310.50 |
| | Total Current Charges | $1,310.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001435615
Our File No. 13303
Status - Foreclosure
Referral Date 12/4/2007

Invoice Number  108928

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 12/18/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 12/17/07- | Title Search | 275.00 |
| 12/18/07- | Clerk's Filing Fee | 260.00 |
| 12/18/07 - | Instrument Recording Fee | 12.00 |
| 12/21/07- | Service of Process | 245.00 |
| | Total Amount This Invoice | $1,392.00 |
| | Total Current Charges | $1,392.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001645777
Our File No. 12936
Status - Foreclosure
Referral Date 11/23/2007

Invoice Number  108927

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 12/6/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 12/5/07- | Title Search | 275.00 |
| 12/6/07- | Clerk's filing fee | 260.00 |
| 12/6/07 - | Instrument Recording Fee | 3.00 |
| 12/11/07- | Service of process | 200.00 |
| 12/19/07- | Hydra Skiptrace | 45.00 |

Total Amount This Invoice          $1,383.00

Total Current Charges          $1,383.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001683583
Our File No. 12876
Status - Foreclosure
Referral Date 11/21/2007

Invoice Number  108926

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/5/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/4/07- | Title Search | 340.00 |
| 12/5/07- | Clerk's Filing Fee | 258.00 |
| 12/5/07- | Instrument Recording Fee | 3.00 |
| 12/7/07- | Service of Process | 170.00 |
| | Total Amount This Invoice | $1,371.00 |
| | Total Current Charges | $1,371.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

        Account No. 1001114437
        Our File No. 09027
        Status - Foreclosure
        Referral Date 7/19/2007
        Invoice Number  108925

Tax ID # 59-2885854

_____

        Professional Costs:


12/18/07- Instrument Recording Fee              13.00
                                           _____
        Total Amount This Invoice           $13.00
_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001064545
Our File No. 12163
Status - Answer
Referral Date 11/2/2007

Invoice Number  109486

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/20/07 | Flat fee to answer foreclosure/monitor. | 200.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/7/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001087515
    Our File No. 12855
    Status - Foreclosure
    Referral Date 11/20/2007

    Invoice Number  108924

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---:|
| 12/5/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

    Professional Costs:

| | | |
|---|---|---:|
| 12/4/07- | Title Search | 340.00 |
| 12/5/07- | Clerk's Filing Fee | 259.00 |
| 12/19/07- | Service of Process | 259.00 |
| 12/31/07- | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $1,503.00 |
| | Total Current Charges | $1,503.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

        Account No. 1001610841
        Our File No. 12155
        Status - Answer
        Referral Date 11/2/2007

        Invoice Number  109485

Tax ID # 59-2885854

_____

        Professional services:


12/14/07  Flat fee to answer foreclosure/monitor.                200.00

_____

        Professional Costs:

12/10/07- Title Search                                           150.00
                                                                _____

        Total Amount This Invoice                               $350.00


        Total Current Charges                                   $350.00
                                                                =======

_____


                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

       Account No. 1001034348
       Our File No. 11615
       Status - Foreclosure
       Referral Date 10/19/2007

       Invoice Number  108923

Tax ID # 59-2885854

---

       Professional services:

| | | |
|---|---|---|
| 12/5/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

       Professional Costs:

| | | |
|---|---|---|
| 12/5/07- | Instrument Recording Fee | 19.50 |
| | Total Amount This Invoice | $144.50 |
| | Total Current Charges | $144.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AVELO MORTGAGE
ATTN: MARY BIRDSEYE
VIA FAX 972-653-6357

RE:  American Home Mortgage Servicing

    Account No. 1001438361
    Our File No. 12951
    Status - Foreclosure
    Referral Date 11/23/2007

    Invoice Number  108922

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 12/6/07 | Flat fee for first half of foreclosure | 600.00 |

    Professional Costs:

| | | |
|---|---|---|
| 12/5/07- | Title Search | 275.00 |
| | Total Amount This Invoice | $875.00 |
| | Total Current Charges | $875.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000771900
Our File No. 12833
Status - Foreclosure
Referral Date 11/20/2007

Invoice Number  108921

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/3/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 12/3/07- | Clerk's Filing Fee | 257.00 |
| 12/5/07- | Title Search | 275.00 |
| 12/6/07- | Service of Process | 210.00 |
| | Total Amount This Invoice | $1,342.00 |
| | Total Current Charges | $1,342.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001504084
    Our File No. 12132
    Status - Answer / Monitor
    Referral Date 11/2/2007

    Invoice Number  109494

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 12/6/07 | Flat fee to answer foreclosure/monitor. | 200.00 |

    Professional Costs:

| | | |
|---|---|---|
| 12/6/07- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001440249
      Our File No. 10545


      Status - Foreclosure
      Referral Date 9/15/2007


      Invoice Number  109484

 Tax ID # 59-2885854

       Professional Costs:


| | | |
|---|---|---|
| 12/21/07- | Court Filing Fee | 50.00 |
| 12/24/07- | Instrument Recording Fee | 23.50 |
| | Total Amount This Invoice | $73.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1000741349
      Our File No. 13416
      Status - Foreclosure
      Referral Date 12/6/2007

      Invoice Number  108916

Tax ID # 59-2885854

─────────────────────────────────────────────

        Professional services:


12/26/07  Flat fee for foreclosure lawsuit - first half.        600.00

─────────────────────────────────────────────

        Professional Costs:

12/24/07- Title Search                                  275.00
12/26/07- Clerk's Filing Fee                            258.00
12/26/07 - Instrument Recording Fee                      12.60
12/29/07- Service of Process                            215.00

        Total Amount This Invoice                     $1,360.60


        Total Current Charges                         $1,360.60

─────────────────────────────────────────────


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

      Account No. 1001122388
      Our File No. 11645
      Status - Foreclosure
      Referral Date- 10/20/2007

      Invoice Number  108915

Tax ID # 59-2885854

---

Professional services:

| 12/5/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| 12/3/07- | Hydra Skiptrace | 45.00 |
| 12/5/07- | Clerk's Filing Fee | 19.50 |
| 12/7/07- | Publication of Notice of Sale | 186.66 |
| 12/10/07- | Service of Process | 50.00 |
| 12/14/07- | Publication of Notice of Action | 186.66 |
| 12/21/07- | Service of Process | 100.00 |
| 12/21/07 - | Instrument Recording Fee | 22.50 |

| Total Amount This Invoice | $735.32 |

| Total Current Charges | $735.32 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

   Account No. 1001431160
   Our File No. 12920
   Status - Foreclosure
   Referral Date 11/21/2007

   Invoice Number  108914

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 12/10/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 12/7/07- | Title Search | 275.00 |
| 12/10/07- | Clerk's Filing Fee | 263.00 |
| 12/10/07 - | Instrument Recording Fee | 6.00 |
| 12/10/07 - | Instrument Recording Fee | 27.00 |
| 12/11/07- | Service of Process | 295.00 |
| 12/19/07- | Hydra Skiptrace | 45.00 |
| 12/31/07- | Service of Process | 150.00 |
| | Total Amount This Invoice | $1,661.00 |
| | Total Current Charges | $1,661.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

        Account No. 1001203460
        Our File No. 11782
        Status - Foreclosure
        Referral Date 10/23/2007

        Invoice Number  108913

Tax ID # 59-2885854

        Professional services:


| 12/5/07 | Flat fee to prepare assignment of mortgage. | 125.00 |
|---|---|---|

        Professional Costs:

| 12/5/07- | Instrument Recording Fee | 18.50 |
|---|---|---|
| | Total Amount This Invoice | $143.50 |
| | Total Current Charges | $143.50 |


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001189052
   Our File No. 12850
   Status - Foreclosure
   Referral Date 11/20/2007

   Invoice Number  108912

Tax ID # 59-2885854

---

   Professional services:

| | | |
|---|---|---|
| 12/5/07 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 12/28/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

   Professional Costs:

| | | |
|---|---|---|
| 12/4/07- | Title Search | 275.00 |
| 12/5/07- | Clerk's Filing Fee | 255.00 |
| 12/5/07- | Instrument Recording Fee | 18.00 |
| 12/7/07- | Service of Process | 128.00 |
| 12/29/07- | Instrument Recording Fee | 18.50 |

   Total Amount This Invoice                    $1,419.50

   Total Current Charges                        $1,419.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000864851
Our File No. 10708

Status — Foreclosure
Invoice Number  109639

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 12/5/07– Publication of Notice of Action | 195.75 |
| Total Amount This Invoice | $195.75 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001307750
    Our File No. 12214
    Status - Foreclosure
    Referral Date 11/4/2007

    Invoice Number  108910

Tax ID # 59-2885854

---

    Professional services:

| Date | Description | Amount |
|------|-------------|--------|
| 12/7/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

    Professional Costs:

| Date | Description | Amount |
|------|-------------|--------|
| 12/7/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $143.50 |
| | Total Current Charges | $143.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1000803524
Our File No. 12200
Status - Foreclosure
Referral Date 11/4/2007

Invoice Number  108929

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 12/3/07- Title Search | 395.00 |
| Total Amount This Invoice | $395.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

       Account No. 1001781753
       Our File No. 11013
       Status - Foreclosure
       Referral Date 9/28/2007

       Invoice Number  109495

  Tax ID # 59-2885854

          Professional services:


12/10/07  Flat fee for foreclosure lawsuit - first half.        600.00

12/11/07  Flat fee to prepare assignment of mortgage.           125.00


          Professional Costs:

 12/7/07- Title Search                                          395.00
 12/10/07- Clerk's Filing Fee                                   259.00
 12/10/07 - Instrument Recording Fee                             10.50
 12/10/07 - Service of Process                                  125.00
 12/17/07- Hydra Skiptrace                                       45.00
 12/20/07- Publication of Notice of Action                      365.00

          Total Amount This Invoice                          $1,924.50


          Total Current Charges                              $1,924.50


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001568277
Our File No. 10051

Status - Foreclosure
Referral Date 8/29/2007

Invoice Number  109482

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 12/3/07- Instrument Recording Fee | 23.50 |
| 12/4/07- Hydra Skiptrace | 10.00 |
| Total Amount This Invoice | $33.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

        Account No. 1001675190
        Our File No. 11853
        Status - Foreclosure
        Referral Date 10/25/2007

        Invoice Number  108908

    Tax ID # 59-2885854

---

            Professional services:


| 12/7/07 | Flat fee to prepare assignment of mortgage. | 125.00 |

            Professional Costs:

| 12/7/07- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $143.50 |

| | Total Current Charges | $143.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001332985
      Our File No. 11830
      Status - Foreclosure
      Referral Date 10/24/2007

      Invoice Number  108907

Tax ID # 59-2885854

---

      Professional Costs:

| | |
|---|---:|
| 12/6/07- Instrument Recording Fee | 26.50 |
| 12/7/07- Hydra Skiptrace | 5.00 |
| 12/10/07- Instrument Recording Fee | 13.00 |
| 12/27/07- Clerk's Filing Fee | 1.00 |
| Total Amount This Invoice | $45.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001098612
Our File No. 12868
Status - Foreclosure
Referral Date 11/20/2007

Invoice Number  108901

Tax ID # 59-2885854

_____

Professional services:

12/4/07  Flat fee for foreclosure lawsuit - first half.          600.00

_____

Professional Costs:

12/3/07-  Title Search                        275.00
12/4/07-  Clerk's Filing Fee                  257.00
12/4/07-  Instrument Recording Fee              9.00
12/10/07- Hydra Skip Trace                     90.00
12/11/07- Service of Process                  210.00
                                           _____
Total Amount This Invoice                  $1,441.00

Total Current Charges                      $1,441.00

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001368691
Our File No. 10587

Status - Foreclosure
Referral Date 9/17/2007

Invoice Number  109481

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 12/5/07- Hydra Skiptrace | 5.00 |
| 12/12/07- Instrument Recording Fee | 2.00 |
| Total Amount This Invoice | $7.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:    American Home Mortgage Servicing

Account No. 1001368691
Our File No. 10587

Status - Foreclosure
Referral Date 9/17/2007

Invoice Number  109481

Tax ID # 59-2885854

_____

Professional Costs:

| | |
|---|---|
| 12/5/07- Hydra Skiptrace | 5.00 |
| 12/12/07- Instrument Recording Fee | 2.00 |
| Total Amount This Invoice | $7.00 |

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
813/915-8660

January 12, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001017878
      Our File No. 10245
      Status - Deed-in-lieu
      Referral Date 9/5/2007

      Invoice Number  109368

Tax ID # 59-2885854

---

          Professional Costs:


| Date | Description | Amount |
|------|-------------|-------:|
| 12/3/07- | Title Search | 275.00 |
| 12/31/07- | Instrument Recording Fee | 112.00 |
| 12/31/07 - | Instrument Recording Fee | 1,413.30 |
|  | Total Amount This Invoice | $1,800.30 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls