IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
---                                              :  Chapter 11
In re:                                           :
                                                 :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                           :
HOLDINGS, INC., a Delaware corporation, et al.,  :  Jointly Administered
                                                 :
                Debtors.                         x
------------------------------------------------------------------------
---

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the above-captioned debtors, and that on January 15, 2008, she caused a copy of the following documents to be served as indicated upon the parties identified on the attached service list:

Fifth Application of Law Offices of Alan Weinreb, PLLC [Docket No. 2738]

                                                                  _____
                                                                  Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 24 day of January, 2008.

                                                        Notary Public KIMBERLY A. BECK
                                                        NOTARY PUBLIC
                                                         STATE OF DELAWARE
                                                         My Commission Expires Oct. 1, 2010

DB02:6163664.7                                                                                               066585.1001

## SERVICE LIST

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)
*Hand Delivery*

Mark Indelicato, Esq.
Mark Power, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
(Official Committee of Unsecured Creditors)
*First Class Mail*

Alan Horn
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
*First Class Mail*

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
*Hand Delivery*