IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11

In re: :

: Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE :
HOLDINGS, INC., a Delaware corporation, et al., : Jointly Administered

:

Debtors. : Doc. Ref. Nos. 148, 539, and 551, 2187

---------------------------------------------------------------- x

**THIRD SUPPLEMENTAL AFFIDAVIT OF PAULINE K. MORGAN IN SUPPORT
OF THE APPLICATION FOR ORDER PURSUANT TO SECTION 327
OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014
APPROVING THE RETENTION AND EMPLOYMENT OF
YOUNG CONAWAY STARGATT & TAYLOR, LLP AS ATTORNEYS
FOR THE DEBTORS, _NUNC PRO TUNC_ TO THE PETITION DATE**

STATE OF DELAWARE    )
                     )
COUNTY OF NEW CASTLE )

PAULINE K. MORGAN, being duly sworn, deposes and says:

1. I am a partner in the firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway" or the "Firm"), The Brandywine Building, 17th Floor, 1000 West Street, Wilmington, Delaware 19801, and have been duly admitted to practice in the State of Delaware, the United States District Court for the District of Delaware and the United States Court of Appeals for the Third Circuit. This supplemental affidavit (the "Third Supplemental Affidavit") is submitted in support of the Debtors' Application for Order Pursuant to section 327 of the Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Attorneys for the Debtors, _Nunc Pro Tunc_ to the Petition Date [Docket No. 148] (the "Application"). An Order approving the Application was entered by the Court on September 4, 2007 [Docket No. 551].

2. On August 13, 2007, Young Conaway filed an initial affidavit of Pauline K. Morgan in support of the Application, which was submitted with the Application. On August

31, 2007, Young Conaway filed a supplement affidavit of Pauline K. Morgan [Docket No. 539] in support of the Application. On November 28, 2007, Young Conaway filed its second supplemental affidavit of Pauline K. Morgan [Docket No. 2187] in support of the Application (collectively, the "<u>Affidavits</u>")

3. As stated in the Affidavits, Young Conaway conducted a series of searches in the Firm's conflicts databases to identify relationships with creditors and other parties-in-interest (or potential parties-in-interest) in these Chapter 11 cases. The Affidavits summarize the results of these searches. The purpose of this Third Supplemental Affidavit is to update and clarify the representations disclosed in the Affidavits; as demonstrated below, Young Conaway remains disinterested within the meaning of 11 U.S.C. § 101(14), and neither holds nor represents any interest adverse to the Debtors or their estates other than as described below.

4. Wilmington Trust Co. ("<u>WTC</u>") is a creditor of the Debtors. Young Conaway has been retained to provide an opinion of counsel for WTC. The transaction for which Young Conaway has been retained to provide an opinion is completely unrelated to the Debtors and these Chapter 11 cases. Additionally, Young Conaway has a general waiver with respect to its representation of WTC.

5. UBS Leasing AG may be an affiliate of certain creditors in these Chapter 11 cases. Young Conaway has been retained by UBS Leasing AG to provide advice regarding a leasing transaction which is wholly unrelated to the Debtors and these Chapter 11 cases.

6. Except as specifically disclosed in this Third Supplemental Affidavit and the previously filed Affidavits, to the best of my knowledge, neither I, the Firm, nor any partner, counsel or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their potential creditors, or any other parties in interest, or their representative attorneys and accountants, and the United States Trustee or any person employed in the office of the

United States Trustee. To the extent that Young Conaway becomes aware of any additional relationships and/or connections that may be relevant to Young Conaway's representation of the Debtors, an additional supplemental affidavit will be filed.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_Pauline K. Morgan_
Pauline K. Morgan

Sworn to before me this 24th day of January, 2008.

_Stefanie B. Boyle_
Notary Public
My Commission Expires:_____

STEFANIE B. BOYLE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug: 3, 2010

3