IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al., [1]

    Debtors.
---------------------------------------------------------------------- x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

Objection Deadline: February 13, 2008 at
4:00 p.m.
Hearing Date: N/A

## NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the
Official Committee of Unsecured Creditors

      The **First Monthly Application of the Orlans Associates as Foreclosure
Service Provider for the Debtors and Debtors-in-Possession for Allowance of
Compensation and Reimbursement of Expenses Incurred for the Interim Period August 6,
2007 through August 31, 2007** (the "Application") has been filed with the Bankruptcy Court.
The Application seeks allowance of interim fees in the amount of $27,652.50 and interim
expenses in the amount of $85,597.87

      Objections to the Application, if any, are required to be filed on or before
**February 13, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United
States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington,
Delaware 19801.

      At the same time, you must also serve a copy of the response so as to be received
by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings,
Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel);
(ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391,
Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii)
Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and
Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon); (viii) The Law Offices of Alan Weinreb, PLLC, Weinrub & Associates, PLLC, 6800 Jericho Turnpike, Suite 207W, Syosset, NY 11791, (Attn: Alan Weinreb).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
          January 24, 2008

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP


                              /s/ Margaret B. Whiteman
                              James L. Patton, Jr. (No. 2202)
                              Pauline K. Morgan (No. 3650)
                              Sean M. Beach (No. 4070)
                              Matthew B. Lunn (No. 4119)
                              Kara Hammond Coyle (No. 4410)
                              Margaret B. Whiteman (No. 4652)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              Counsel for Debtors and
                              Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------------------- x | | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | |
| a Delaware corporation, et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: |
| | : | Hearing Date:  N/A |
| ------------------------------------------------------------------------- x | | |

**FIRST MONTHLY APPLICATION OF
ORLANS ASSOCIATES AS FORECLOSURE SERVICE PROVIDER FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD AUGUST 6, 2007 THROUGH AUGUST 31, 2007**

Name of Applicant:                                                 **Orlans Associates**

Authorized to Provide Professional Services to:       **Debtors and Debtors-in-Possession**

Date of Retention:                                                   **Effective as of August 6, 2007**

Period for which compensation and
reimbursement is sought:                                         **August 6, 2007 through August 31, 2007**

Amount of Interim Compensation sought as
actual, reasonable and necessary:                             **$27,652.50**

Amount of Interim Expense Reimbursement sought
as actual, reasonable and necessary:                         **$85,597.87**

This is an:  __X__ interim  ____ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors.
This application includes no fee component in connection with the preparation of Fee
Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fee | Expenses | Fees | Expenses |

### *INTERIM COMPENSATION BY PROJECT CATEGORY*

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work<br>Foreclosure-related work (Hourly) | N/A (All Flat Fee Work)<br><br>**1.10** | $27,460.00<br>$192.50 |
| **TOTALS** | **1.10** | $27,652.50 |

### *INTERIM EXPENSES*

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Funds advanced for foreclosure costs: title searches, filing fees, sales fees<br><br>Foreclosure-related work (Hourly) expenses | | $85,544.87<br>$53.00 |
| **Totals** | | $85,597.87 |

## VERIFICATION OF FEE APPLICATION

STATE OF Michigan)

                )    SS:

COUNTY OF Oakland    )

        Marshall R. Isaacs, after being duly sworn according to law, deposes and says:

        1.    I am a member in the applicant firm, Orlans Associates, P.C. (the "Firm") and have been admitted to the bar of the state of Michigan since 1988.

        2.    I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

        3.    The services and expenses were performed and incurred within the month subject to the foregoing Application.

        4.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Marshall R. Isaacs (P-41142)

SWORN TO AND SUBSCRIBED
before me this 10th day of December, 2007.

_____
Notary Public

> SONYA HABERSKI
> Notary Public, State of Michigan
> County of Macomb
> My Commission Expires Nov. 13, 2013
> Acting in the County of Oakland

| Flat Fee Rate Chart | |
|---|---|
| **RE: American Home Mortgage / Flat Fee Rates for Michigan Foreclosures** | |
| **Bankruptcy, Motion for Relief from Automatic Stay -** Covers one court appearance.  Fee incurred and billed when motion filed or order entered or file closed. | $600.00 |
| **Proof of Claim -** Fee incurred and billed when filed. | $400.00 |
| **Claim Letter** - Process and monitor title claim.  Fee incurred and billed when title claim is resolved or file closed. | $125.00 |
| **Attorney Fee - Foreclosure Proceedings** -  Opening of file. Preparation of publication documents.  Verify name of mortgagor. Check for Bankruptcy filings.  Fee incurred and billed when file closed. | $650.00 |
| **Attorney Fee - Preparation of Adjournment** - Preparation of documents for postponement of sale.  Fee incurred and billed when file is closed. | $20.00/ week |
| **Attorney Fee - Preparation of Assignments** - Preparation of assignment of mortgage documents.  Fee incurred and billed when file is closed. | $75.00 |
| **Attorney Fee - Monitoring Lien** - Monitoring of Senior Lien.  Fee incurred and billed when file is closed. | $200.00 |
| **Attorney Fee - Preparation of Subordination Agreement** - Preparation of documents for Subordination Agreement.  Fee incurred and billed when file is closed. | $125.00 |
| **Attorney Fee - Affidavit of Abandonment** - Preparation of documentation to short redemption period.  Fee incurred and billed when file is closed. | $150.00 |
| The above are flat fees for standard, uncontested matters in Michigan. If a matter becomes contested or complicated, it will be billed hourly. The hourly rate is $150 to $185.  Costs are in addition to the fees herein set forth. | |

## AUGUST FEES

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount | Invoice Date |
|---|---|---|---|---|---|
| 304787 | 1001194617 | Attorney Fee- Claim Letter | 8/8/2007 | 125.00 | 8/9/2007 |
| 305669 | 1000945168 | Attorney Fee- Preparation of Adjournment | 8/6/2007 | 20.00 | 8/15/2007 |
| 305670 | 1001203275 | Attorney Fee- Preparation of Adjournment | 8/6/2007 | 20.00 | 8/15/2007 |
| 305671 | 1001442296 | Attorney Fee- Preparation of Adjournment | 8/6/2007 | 20.00 | 8/15/2007 |
| 305675 | 1000860361 | Attorney Fee- Preparation of Adjournment | 8/6/2007 | 20.00 | 8/15/2007 |
| 305677 | 1000683368 | Attorney Fee- Preparation of Adjournment | 8/6/2007 | 20.00 | 8/15/2007 |
| 305678 | 1000953568 | Attorney Fee- Preparation of Adjournment | 8/6/2007 | 20.00 | 8/15/2007 |
| 305679 | 1000953568 | Attorney Fee- Preparation of Adjournment | 8/6/2007 | 20.00 | 8/15/2007 |
| 305680 | 1000911165 | Attorney Fee- Preparation of Adjournment | 8/6/2007 | 20.00 | 8/15/2007 |
| 305793 | 1001065277 | Attorney Fee- Motion for Relief | 8/15/2007 | 600.00 | 8/16/2007 |
| 305795 | 1000708338 | Motion for Relief from Automatic Stay | 8/15/2007 | 600.00 | 8/16/2007 |
| 305796 | 1001202648 | Attorney Fee- Motion for Relief | 8/15/2007 | 600.00 | 8/16/2007 |
| 305797 | 1000652101 | Attorney Fee- Motion for Relief | 8/15/2007 | 600.00 | 8/16/2007 |
| 305898 | 1000689007 | Attorney Fee- Preparation of Adjournment | 8/7/2007 | 20.00 | 8/16/2007 |
| 306148 | 1001100565 | Attorney Fee- Preparation of Adjournment | 8/6/2007 | 20.00 | 8/17/2007 |
| 306334 | 1001318729 | Attorney Fee- Foreclosure Proceedings | 8/10/2007 | 650.00 | 8/20/2007 |
| 306334 | 1001318729 | Attorney Fee- Preparation of Assignments | 8/13/2007 | 75.00 | 8/20/2007 |
| 306628 | 1000727710 | Attorney Fee- Preparation of Adjournment | 8/14/2007 | 20.00 | 8/21/2007 |

| | | | | | |
|---|---|---|---|---|---|
| 306884 | 1000862818 | Attorney Fee- Preparation of Adjournment | 8/8/2007 | 40.00 | 8/22/2007 |
| 307111 | 1001289395 | Attorney Fee- Foreclosure Proceedings | 8/10/2007 | 325.00 | 8/23/2007 |
| 307412 | 1001180935 | Motion for Relief from Automatic Stay | 8/24/2007 | 600.00 | 8/24/2007 |
| 307484 | 1000829643 | Proof of Claim | 8/25/2007 | 400.00 | 8/25/2007 |
| 307485 | 1000829556 | Proof of Claim | 8/25/2007 | 400.00 | 8/25/2007 |
| 307662 | 1000802235 | Attorney Fee- Foreclosure Proceedings | 8/10/2007 | 325.00 | 8/28/2007 |
| 307662 | 1000802235 | Attorney Fee- Publishing | 8/10/2007 | 325.00 | 8/28/2007 |
| 307662 | 1000802235 | Attorney Fee- Preparation of Assignments | 8/13/2007 | 75.00 | 8/28/2007 |
| 307652 | 1000802235 | torney Fee- Preparation of Subordination Agreeme | 8/17/2007 | 125.00 | 8/28/2007 |
| 307663 | 1001417394 | Attorney Fee- Foreclosure Proceedings | 8/14/2007 | 325.00 | 8/28/2007 |
| 307653 | 1001417394 | Attorney Fee- Publishing | 8/14/2007 | 325.00 | 8/28/2007 |
| 307652 | 1001417394 | Attorney Fee- Preparation of Assignments | 8/15/2007 | 75.00 | 8/28/2007 |
| 307654 | 1000802292 | Attorney Fee- Foreclosure Proceedings | 8/10/2007 | 325.00 | 8/28/2007 |
| 307654 | 1000802292 | Attorney Fee- Publishing | 8/15/2007 | 325.00 | 8/28/2007 |
| 307654 | 1000802292 | Attorney Fee- Preparation of Assignments | 8/17/2007 | 75.00 | 8/28/2007 |
| 308066 | 1001665013 | Attorney Fee- Affidavit of Abandonment | 8/29/2007 | 150.00 | 8/29/2007 |
| 308365 | 1001064392 | Attorney Fee- Pre-Sale Affidavit of Abandonment | 8/15/2007 | 150.00 | 8/30/2007 |
| 308370 | 1001201283 | Attorney Fee- Claim Letter | 8/22/2007 | 125.00 | 8/30/2007 |
| 308571 | 1000934729 | Attorney Fee- Preparation of Adjournment | 8/24/2007 | 20.00 | 8/31/2007 |
| 309251 | 1001363943 | Attorney Fee- Pre-Sale Affidavit of Abandonment | 8/23/2007 | 150.00 | 9/6/2007 |
| 309411 | 1001123724 | Attorney Fee- Preparation of Adjournment | 8/7/2007 | 80.00 | 9/7/2007 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 310228 | 1000890156 | Attorney Fee- Preparation of Assignments | 8/13/2007 | | 75.00 | 9/12/2007 |
| 310230 | 1000680876 | Attorney Fee- Foreclosure Proceedings | 8/10/2007 | | 660.00 | 9/12/2007 |
| 310230 | 1000690876 | Attorney Fee- Preparation of Assignments | 8/13/2007 | | 75.00 | 9/12/2007 |
| 310497 | 1000632256 | Attorney Fee- Foreclosure Proceedings | 8/14/2007 | | 660.00 | 9/13/2007 |
| 310497 | 1000632256 | Attorney Fee-Preparation of Assignments | 8/15/2007 | | 75.00 | 9/13/2007 |
| 310499 | 1001355427 | Attorney Fee- Foreclosure Proceedings | 8/10/2007 | | 650.00 | 9/13/2007 |
| 310499 | 1001355427 | Attorney Fee- Preparation of Assignments | 8/14/2007 | | 75.00 | 9/13/2007 |
| 310697 | 1001220118 | Cash for Redemption; Attorney Fee | 8/29/2007 | | 425.00 | 9/14/2007 |
| 310682 | 1000682468 | Attorney Fee- Foreclosure Proceedings | 8/13/2007 | | 650.00 | 9/14/2007 |
| 310682 | 1000682468 | Attorney Fee- Preparation of Assignments | 8/15/2007 | | 75.00 | 9/14/2007 |
| 311579 | 1001114289 | Attorney Fee- Preparation of Adjournment | 8/30/2007 | | 60.00 | 9/20/2007 |
| 311580 | 1000836962 | Attorney Fee- Preparation of Assignments | 8/15/2007 | | 75.00 | 9/20/2007 |
| 311749 | 1001391134 | Attorney Fee- Preparation of Assignments | 8/9/2007 | | 75.00 | 9/21/2007 |
| 312174 | 4171447 | Attorney Fee- Preparation of Adjournment | 8/8/2007 | | 140.00 | 9/25/2007 |
| 312679 | 1001103898 | Attorney Fee- Claim Letter | 8/25/2007 | | 125.00 | 9/26/2007 |
| 312860 | 1000857630 | Attorney Fee- Foreclosure Proceedings | 8/28/2007 | | 650.00 | 9/27/2007 |
| 312860 | 1000857630 | Attorney Fee- Preparation of Assignments | 8/29/2007 | | 75.00 | 9/27/2007 |
| 313103 | 1000818531 | Attorney Fee- Foreclosure Proceedings | 8/20/2007 | | 650.00 | 9/28/2007 |
| 313103 | 1000818531 | Attorney Fee- Preparation of Assignments | 8/23/2007 | | 75.00 | 9/28/2007 |
| 313104 | 1000706346 | Attorney Fee- Foreclosure Proceedings | 8/20/2007 | | 650.00 | 9/28/2007 |
| 313104 | 1000706346 | Attorney Fee- Preparation of Assignments | 8/23/2007 | | 75.00 | 9/28/2007 |
| 313105 | 1001143604 | Attorney Fee- Foreclosure Proceedings | 8/22/2007 | | 700.00 | 9/28/2007 |
| 313105 | 1001143604 | Attorney Fee- Preparation of Assignments | 8/23/2007 | | 75.00 | 9/28/2007 |

| | | | | | |
|---|---|---|---|---|---|
| 313582 | 1001621916 | Attorney Fee- Foreclosure Proceedings | 8/28/2007 | 650.00 | 9/27/2007 |
| 313582 | 1001621916 | Attorney Fee- Preparation of Assignments | 8/29/2007 | 75.00 | 9/27/2007 |
| 313592 | 1000752347 | Attorney Fee- Foreclosure Proceedings | 8/28/2007 | 650.00 | 10/2/2007 |
| 313592 | 1000752347 | Attorney Fee- Preparation of Assignment | 8/30/2007 | 75.00 | 10/2/2007 |
| 313593 | 1001591306 | Attorney Fee- Foreclosure Proceedings | 8/28/2007 | 650.00 | 10/2/2007 |
| 313593 | 1001591306 | Attorney Fee- Preparation of Assignments | 8/30/2007 | 75.00 | 10/2/2007 |
| 313594 | 1001323160 | Attorney Fee- Foreclosure Proceedings | 8/28/2007 | 650.00 | 10/2/2007 |
| 313594 | 1001323160 | Attorney Fee- Preparation of Assignments | 8/30/2007 | 75.00 | 10/2/2007 |
| 313795 | 1001561905 | Attorney Fee- Foreclosure Proceedings | 8/31/2007 | 650.00 | 10/3/2007 |
| 313924 | 1000927816 | Attorney Fee- Foreclosure Proceedings | 8/10/2007 | 650.00 | 10/3/2007 |
| 313924 | 1000927816 | Attorney Fee- Preparation of Assignments | 8/17/2007 | 75.00 | 10/3/2007 |
| 313925 | 1001419230 | Attorney Fee- Monitoring Lien | 8/27/2007 | 200.00 | 10/3/2007 |
| 313925 | 1001419230 | Attorney Fee- Foreclosure Proceedings | 8/30/2007 | 650.00 | 10/3/2007 |
| 313926 | 1001622962 | Attorney Fee- Foreclosure Proceedings | 8/28/2007 | 650.00 | 10/3/2007 |
| 313926 | 1001622962 | Attorney Fee- Preparation of Assignments | 8/30/2007 | 75.00 | 10/3/2007 |
| 314928 | 1001194124 | Attorney Fee- Monitoring Lien | 8/21/2007 | 200.00 | 10/8/2007 |
| 314929 | 1000735994 | Attorney Fee- Foreclosure Proceedings | 8/30/2007 | 650.00 | 10/9/2007 |
| 314929 | 1000735994 | Attorney Fee- Preparation of Assignments | 8/31/2007 | 75.00 | 10/9/2007 |
| 314970 | 1001131340 | Attorney Fee- Foreclosure Proceedings | 8/31/2007 | 650.00 | 10/9/2007 |
| 314971 | 1001379131 | Attorney Fee- Foreclosure Proceedings | 8/31/2007 | 650.00 | 10/9/2007 |
| 315291 | 1001635906 | Attorney Fee- Foreclosure Proceedings | 8/28/2007 | 650.00 | 10/10/2007 |
| 315291 | 1001635906 | Attorney Fee- Preparation of Assignments | 8/29/2007 | 75.00 | 10/10/2007 |

| | | | | | |
|---|---|---|---|---|---|
| 316141 | 4298356 | Eviction Proceedings | 8/28/2007 | 300.00 | 10/16/2007 |
| 316956 | 1001328272 | Attorney Fee- Foreclosure Proceedings | 8/31/2007 | 660.00 | 10/18/2007 |
| 316696 | 1001126825 | Attorney Fee- Foreclosure Proceedings | 8/31/2007 | 660.00 | 10/17/2007 |
| 317671 | 1000769984 | Attorney Fee- Preparation of Assignments | 8/31/2007 | 75.00 | 10/23/2007 |
| 317671 | 1000759984 | Attorney Fee- Foreclosure Proceedings | 8/30/2007 | 660.00 | 10/23/2007 |
| 322607 | 1000779759 | Attorney Fee-Foreclosure Proceedings | 8/31/2007 | 660.00 | 10/17/2007 |
| 322608 | 1000742920 | Attorney Fee- Foreclosure Proceedings | 8/31/2007 | 660.00 | 10/17/2007 |
| | | **TOTAL AUGUST FEES** | | **$27,460.00** | |

## AUGUST EXPENSES

| | | | | | |
|---|---|---|---|---|---|
| 305678 | 1000953568 | Sheriff Cost | 8/13/2007 | 50.00 | 8/15/2007 |
| 305678 | 1000953568 | Recording of Sale | 8/13/2007 | 52.00 | 8/15/2007 |
| 305678 | 1000953568 | Transfer tax for sale | 8/13/2007 | 69.85 | 8/15/2007 |
| 305679 | 1000953568 | Sheriff Cost | 8/13/2007 | 50.00 | 8/15/2007 |
| 305679 | 1000953568 | Recording of Sale | 8/13/2007 | 52.00 | 8/15/2007 |
| 305679 | 1000953568 | Transfer tax for sale | 8/13/2007 | 75.35 | 8/15/2007 |
| 305680 | 1000911165 | Sheriff Cost | 8/13/2007 | 50.00 | 8/15/2007 |
| 305680 | 1000911165 | Recording of Sale | 8/13/2007 | 52.00 | 8/15/2007 |
| 305680 | 1000911165 | Transfer tax for sale | 8/13/2007 | 56.10 | 8/15/2007 |
| 305793 | 1001065277 | Filing Fee- Motion for Relief | 8/15/2007 | 150.00 | 8/16/2007 |
| 305795 | 100708338 | Filing Fee- Motion for Relief | 8/15/2007 | 150.00 | 8/16/2007 |
| 305796 | 1001202648 | Filing Fee- Motion for Relief | 8/15/2007 | 150.00 | 8/16/2007 |
| 305797 | 1000652101 | Filing Fee- Motion for Relief | 8/15/2007 | 150.00 | 8/16/2007 |
| 305898 | 1000689007 | Sheriff Cost | 8/14/2007 | 50.00 | 8/16/2007 |
| 305898 | 1000689007 | Recording of Sale | 8/14/2007 | 29.00 | 8/16/2007 |
| 305898 | 1000689007 | Transfer tax for sale | 8/14/2007 | 128.70 | 8/16/2007 |
| 305972 | 1000818015 | Title Report | 8/13/2007 | 50.00 | 8/17/2007 |
| 305973 | 1000896863 | Title Report | 8/15/2007 | 50.00 | 8/17/2007 |
| 306147 | 1001216256 | Sheriff Cost | 8/11/2007 | 50.00 | 8/17/2007 |
| 306147 | 1001216256 | Recording of Sale | 8/11/2007 | 26.00 | 8/17/2007 |
| 306147 | 1001216256 | Transfer tax for sale | 8/11/2007 | 113.30 | 8/17/2007 |

| Code | Number | Description | Date | Amount | Date |
|---|---|---|---|---|---|
| 306148 | 1001100565 | Sheriff Cost | 8/13/2007 | 50.00 | 8/17/2007 |
| 306148 | 1001100565 | Recording of Sale | 8/13/2007 | 26.00 | 8/17/2007 |
| 306148 | 1001100565 | Transfer tax for sale | 8/13/2007 | 59.40 | 8/17/2007 |
| 306334 | 1001318729 | Title Commitment | 8/10/2007 | 685.00 | 8/20/2007 |
| 306334 | 1001318729 | Document Fee- Recorded Mortgage | 8/11/2007 | 50.00 | 8/20/2007 |
| 306334 | 1001318729 | Recording of Assignment | 8/13/2007 | 60.00 | 8/20/2007 |
| 306334 | 1001318729 | Posting Cost | 8/15/2007 | 70.00 | 8/20/2007 |
| 306334 | 1001318729 | Publication Cost | 8/15/2007 | 110.50 | 8/20/2007 |
| 306628 | 1000727710 | Adjournment Cost | 8/14/2007 | 13.00 | 8/21/2007 |
| 306628 | 1000727710 | Sheriff Cost | 8/16/2007 | 50.00 | 8/21/2007 |
| 306628 | 1000727710 | Recording of Sale | 8/16/2007 | 29.00 | 8/21/2007 |
| 306628 | 1000727710 | Transfer tax for sale | 8/16/2007 | 63.80 | 8/21/2007 |
| 306883 | 1000687072 | Sheriff Cost | 8/17/2007 | 50.00 | 8/22/2007 |
| 306883 | 1000687072 | Recording of Sale | 8/17/2007 | 52.00 | 8/22/2007 |
| 306883 | 1000687072 | Transfer tax for sale | 8/17/2007 | 75.90 | 8/22/2007 |
| 306884 | 1000862818 | Sheriff Cost | 8/17/2007 | 50.00 | 8/22/2007 |
| 306884 | 1000862818 | Recording of Sale | 8/17/2007 | 52.00 | 8/22/2007 |
| 306884 | 1000862818 | Transfer tax for sale | 8/17/2007 | 117.15 | 8/22/2007 |
| 307026 | 1001018105 | ecution of Order of Eviction/Removal of Items-2 un | 8/22/2007 | 4,500.00 | 8/22/2007 |
| 307043 | 1000852818 | Execution of Order of Eviction/Removal of Items | 8/22/2007 | 1,219.08 | 8/23/2007 |
| 307044 | 1000801598 | Execution of Order of Eviction/Removal of Items | 8/22/2007 | 3,175.50 | 8/23/2007 |
| 307045 | 1000872547 | Execution of Order of Eviction/Removal of Items | 8/22/2007 | 2,552.50 | 8/23/2007 |
| 307046 | 1001069780 | Execution of Order of Eviction/Removal of Items | 8/22/2007 | 3,175.50 | 8/23/2007 |
| 307047 | 1000871809 | Execution of Order of Eviction/Removal of Items | 8/22/2007 | 3,000.00 | 8/23/2007 |
| 307048 | 1000841462 | Execution of Order of Eviction/Removal of Items | 8/22/2007 | 2,552.50 | 8/23/2007 |

| | | | | | |
|---|---|---|---|---|---|
| 307049 | 1000785459 | Execution of Order of Eviction/Removal of Items | 8/22/2007 | 2,552.50 | 8/23/2007 |
| 307050 | 1000785419 | Execution of Order of Eviction/Removal of Items | 8/22/2007 | 3,175.50 | 8/23/2007 |
| 307051 | 1000813993 | Execution of Order of Eviction/Removal of Items | 8/22/2007 | 3,175.50 | 8/23/2007 |
| 307052 | 1000763773 | Execution of Order of Eviction/Removal of Items | 8/22/2007 | 3,152.50 | 8/23/2007 |
| 307053 | 1008813183 | Execution of Order of Eviction/Removal of Items | 8/22/2007 | 3,175.50 | 8/23/2007 |
| 307054 | 1000915277 | Execution of Order of Eviction/Removal of Items | 8/22/2007 | 3,045.00 | 8/23/2007 |
| 307055 | 1000763756 | Execution of Order of Eviction/Removal of Items | 8/22/2007 | 3,175.50 | 8/23/2007 |
| 307056 | 1000841053 | Execution of Order of Eviction/Removal of Items | 8/22/2007 | 2,050.00 | 8/23/2007 |
| 307057 | 1000731470 | Execution of Order of Eviction/Removal of Items | 8/22/2007 | 3,000.00 | 8/23/2007 |
| 307058 | 1000667456 | Execution of Order of Eviction/Removal of Items | 8/22/2007 | 3,085.00 | 8/23/2007 |
| 307059 | 1000826543 | Execution of Order of Eviction/Removal of Items | 8/22/2007 | 2,552.50 | 8/23/2007 |
| 307060 | 1000798165 | Execution of Order of Eviction/Removal of Items | 8/22/2007 | 3,500.00 | 8/23/2007 |
| 307111 | 1001289396 | Title Commitment | 8/10/2007 | 345.00 | 8/23/2007 |
| 307412 | 1001180935 | Filing Fee- Motion for Relief | 8/24/2007 | 150.00 | 8/24/2007 |
| 307652 | 1000802235 | Title Commitment | 8/10/2007 | 325.00 | 8/28/2007 |
| 307652 | 1000802235 | Posting Cost | 8/10/2007 | 85.00 | 8/28/2007 |
| 307652 | 1000802235 | Publication Cost | 8/10/2007 | 217.68 | 8/28/2007 |
| 307652 | 1000802235 | Recording of Assignment | 8/13/2007 | 60.00 | 8/28/2007 |
| 307652 | 1000802235 | Title Report | 8/15/2007 | 50.00 | 8/28/2007 |
| 307652 | 1000802235 | Recording of Subordination Agreement | 8/17/2007 | 60.00 | 8/28/2007 |

| | | | | | |
|---|---|---|---|---|---|
| 307663 | 100141 7394 | Title Commitment | 8/14/2007 | 325.00 | 8/28/2007 |
| 307663 | 100141 7394 | Posting Cost | 8/14/2007 | 110.00 | 8/28/2007 |
| 307663 | 100141 7394 | Publication Cost | 8/14/2007 | 152.75 | 8/28/2007 |
| 307663 | 100141 7394 | Recording of Assignment | 8/15/2007 | 60.00 | 8/28/2007 |
| 307654 | 100080 2292 | Title Commitment | 8/10/2007 | 325.00 | 8/28/2007 |
| 307654 | 100080 2292 | Posting Cost | 8/15/2007 | 85.00 | 8/28/2007 |
| 307654 | 100080 2292 | Publication Cost | 8/15/2007 | 217.68 | 8/28/2007 |
| 307654 | 100080 2292 | Title Report | 8/15/2007 | 50.00 | 8/28/2007 |
| 307654 | 100080 2292 | Recording of Assignment | 8/17/2007 | 60.00 | 8/28/2007 |
| 308066 | 100166 5013 | Sheriff Cost | 8/24/2007 | 50.00 | 8/29/2007 |
| 308066 | 100166 5013 | Recording of Sale | 8/24/2007 | 52.00 | 8/29/2007 |
| 308066 | 100166 5013 | Transfer tax for sale | 8/24/2007 | 9.90 | 8/29/2007 |
| 308066 | 100166 5013 | Recording Cost for Affidavit of Abandonment | 8/29/2007 | 60.00 | 8/29/2007 |
| 308066 | 100166 5013 | Posting Cost for Affidavit of Abandonment | 8/29/2007 | 35.00 | 8/29/2007 |
| 308066 | 100166 5013 | Certified Mail for Affidavit of Abandonment | 8/29/2007 | 4.64 | 8/29/2007 |
| 308067 | 100116 4195 | Sheriff Cost | 8/24/2007 | 50.00 | 8/29/2007 |
| 308067 | 100116 4195 | Recording of Sale | 8/24/2007 | 52.00 | 8/29/2007 |
| 308067 | 100116 4195 | Transfer tax for sale | 8/24/2007 | 56.30 | 8/29/2007 |
| 308068 | 100091 3623 | Sheriff Cost | 8/24/2007 | 50.00 | 8/29/2007 |
| 308068 | 100091 3623 | Recording of Sale | 8/24/2007 | 52.00 | 8/29/2007 |
| 308068 | 100091 3623 | Transfer tax for sale | 8/24/2007 | 23.10 | 8/29/2007 |
| 308069 | 100106 5634 | Sheriff Cost | 8/24/2007 | 50.00 | 8/29/2007 |
| 308069 | 100106 5634 | Recording of Sale | 8/24/2007 | 52.00 | 8/29/2007 |
| 308069 | 100106 6634 | Transfer tax for sale | 8/24/2007 | 176.55 | 8/29/2007 |
| 308365 | 100106 4392 | Posting Cost for Affidavit of Abandonment | 8/15/2007 | 36.00 | 8/30/2007 |
| 308365 | 100106 4392 | Certified Mail for Affidavit of Abandonment | 8/15/2007 | 4.64 | 8/30/2007 |
| 308365 | 100106 4392 | Sheriff Cost | 8/24/2007 | 50.00 | 8/30/2007 |
| 308365 | 100106 4392 | Recording of Sale | 8/24/2007 | 29.00 | 8/30/2007 |
| 308365 | 100106 4392 | Transfer tax for sale | 8/24/2007 | 146.30 | 8/30/2007 |

| | | | | | |
|---|---|---|---|---|---|
| 308366 | 1001101566 | Sheriff Cost | 8/24/2007 | 50.00 | 8/30/2007 |
| 308366 | 1001101566 | Recording of Sale | 8/24/2007 | 52.00 | 8/30/2007 |
| 308366 | 1001101566 | Transfer tax for sale | 8/24/2007 | 58.30 | 8/30/2007 |
| 308367 | 1001113689 | Sheriff Cost | 8/24/2007 | 50.00 | 8/30/2007 |
| 308367 | 1001113689 | Recording of Sale | 8/24/2007 | 52.00 | 8/30/2007 |
| 308367 | 1001113689 | Transfer tax for sale | 8/24/2007 | 73.15 | 8/30/2007 |
| 308368 | 1000800066 | Title Report | 8/9/2007 | 50.00 | 8/30/2007 |
| 308368 | 1000800066 | Sheriff Cost | 8/24/2007 | 50.00 | 8/30/2007 |
| 308368 | 1000800066 | Recording of Sale | 8/24/2007 | 52.00 | 8/30/2007 |
| 308368 | 1000800066 | Transfer tax for sale | 8/24/2007 | 23.10 | 8/30/2007 |
| 308369 | 1000681771 | Title Report | 8/10/2007 | 50.00 | 8/30/2007 |
| 308369 | 1000681771 | Sheriff Cost | 8/24/2007 | 50.00 | 8/30/2007 |
| 308369 | 1000681771 | Recording of Sale | 8/24/2007 | 52.00 | 8/30/2007 |
| 308369 | 1000681771 | Transfer tax for sale | 8/24/2007 | 100.10 | 8/30/2007 |
| 308370 | 1001201283 | Title Report | 8/9/2007 | 50.00 | 8/30/2007 |
| 308370 | 1001201283 | Sheriff Cost | 8/24/2007 | 50.00 | 8/30/2007 |
| 308370 | 1001201283 | Recording of Sale | 8/24/2007 | 52.00 | 8/30/2007 |
| 308370 | 1001201283 | Transfer tax for sale | 8/24/2007 | 58.30 | 8/30/2007 |
| 308393 | 1001127148 | Title Report | 8/9/2007 | 50.00 | 8/30/2007 |
| 308393 | 1001127148 | Sheriff Cost | 8/24/2007 | 50.00 | 8/30/2007 |
| 308393 | 1001127148 | Recording of Sale | 8/24/2007 | 52.00 | 8/30/2007 |
| 308393 | 1001127148 | Transfer tax for sale | 8/24/2007 | 72.60 | 8/30/2007 |
| 308571 | 1000934729 | Adjournment Cost | 8/24/2007 | 8.00 | 8/31/2007 |
| 308571 | 1000934729 | Sheriff Cost | 8/27/2007 | 50.00 | 8/31/2007 |
| 308571 | 1000934729 | Recording of Sale | 8/27/2007 | 32.00 | 8/31/2007 |
| 308572 | 1001642005 | Sheriff Cost | 8/24/2007 | 50.00 | 8/31/2007 |
| 308572 | 1001642005 | Recording of Sale | 8/24/2007 | 26.00 | 8/31/2007 |
| 308572 | 1001642005 | Transfer tax for sale | 8/24/2007 | 607.20 | 8/31/2007 |

| | | | | | |
|---|---|---|---|---|---|
| 308673 | 1000774460 | Sheriff Cost | 8/24/2007 | 50.00 | 8/31/2007 |
| 308573 | 1000774460 | Recording of Sale | 8/24/2007 | 26.00 | 8/31/2007 |
| 309262 | 1000946050 | Transfer tax for sale | 8/29/2007 | 376.20 | 9/6/2007 |
| 309411 | 1001123724 | Adjournment Cost | 8/7/2007 | 32.00 | 9/7/2007 |
| 309465 | 1000843894 | Title Report | 8/9/2007 | 50.00 | 9/7/2007 |
| 309465 | 1000843894 | Sheriff Cost | 8/29/2007 | 50.00 | 9/7/2007 |
| 309465 | 1000843894 | Recording of Sale | 8/29/2007 | 29.00 | 9/7/2007 |
| 309465 | 1000843894 | Transfer tax for sale | 8/29/2007 | 57.20 | 9/7/2007 |
| 310228 | 1000690156 | Title Report | 8/9/2007 | 50.00 | 9/12/2007 |
| 310228 | 1000690156 | Posting Cost | 8/9/2007 | 70.00 | 9/12/2007 |
| 310228 | 1000690156 | Publication Cost | 8/9/2007 | 191.40 | 9/12/2007 |
| 310228 | 1000690156 | Recording of Assignment | 8/13/2007 | 60.00 | 9/12/2007 |
| 310229 | 1000683088 | Title Report | 8/14/2007 | 50.00 | 9/12/2007 |
| 310230 | 1000690876 | Title Commitment | 8/10/2007 | 325.00 | 9/12/2007 |
| 310230 | 1000690876 | Document Fee- Recorded Mortgage | 8/11/2007 | 50.00 | 9/12/2007 |
| 310230 | 1000690876 | Posting Cost | 8/11/2007 | 70.00 | 9/12/2007 |
| 310230 | 1000690876 | Publication Cost | 8/11/2007 | 191.40 | 9/12/2007 |
| 310230 | 1000690876 | Recording of Assignment | 8/13/2007 | 60.00 | 9/12/2007 |
| 310230 | 1000690876 | Title Report | 8/16/2007 | 50.00 | 9/12/2007 |
| 310497 | 1000633256 | Title Commitment | 8/14/2007 | 325.00 | 9/13/2007 |
| 310497 | 1000633256 | Posting Cost | 8/14/2007 | 70.00 | 9/13/2007 |
| 310497 | 1000633256 | Publication Cost | 8/14/2007 | 191.40 | 9/13/2007 |
| 310497 | 1000633256 | Title Report | 8/14/2007 | 50.00 | 9/13/2007 |
| 310497 | 1000633256 | Recording of Assignment | 8/15/2007 | 60.00 | 9/13/2007 |
| 310498 | 1000721502 | Title Report | 8/13/2007 | 50.00 | 9/13/2007 |
| 310498 | 1000721502 | Posting Cost | 8/14/2007 | 110.00 | 9/13/2007 |
| 310498 | 1000721502 | Publication Cost | 8/14/2007 | 283.10 | 9/13/2007 |

| | | Description | Date | Amount | Date |
|---|---|---|---|---|---|
| 310499 | 1001355427 | Title Commitment | 8/10/2007 | 325.00 | 9/13/2007 |
| 310499 | 1001355427 | Document Fee- Recorded Mortgage | 8/13/2007 | 50.00 | 9/13/2007 |
| 310499 | 1001355427 | Posting Cost | 8/13/2007 | 110.00 | 9/13/2007 |
| 310499 | 1001355427 | Publication Cost | 8/13/2007 | 237.25 | 9/13/2007 |
| 310499 | 1001355427 | Recording of Assignment | 8/14/2007 | 60.00 | 9/13/2007 |
| 310499 | 1001355427 | Title Report | 8/21/2007 | 50.00 | 9/13/2007 |
| 310682 | 1000682468 | Title Commitment | 8/13/2007 | 325.00 | 9/14/2007 |
| 310682 | 1000682468 | Document Fee- Recorded Mortgage | 8/14/2007 | 50.00 | 9/14/2007 |
| 310682 | 1000682468 | Posting Cost | 8/14/2007 | 85.00 | 9/14/2007 |
| 310682 | 1000682468 | Publication Cost | 8/14/2007 | 208.56 | 9/14/2007 |
| 310682 | 1000682468 | Recording of Assignment | 8/15/2007 | 60.00 | 9/14/2007 |
| 310682 | 1000682468 | Title Report | 8/18/2007 | 50.00 | 9/14/2007 |
| 311579 | 1001114289 | Title Report | 8/21/2007 | 50.00 | 9/20/2007 |
| 311579 | 1001114289 | Adjournment Cost | 8/30/2007 | 24.00 | 9/20/2007 |
| 311580 | 1000836952 | Title Report | 8/13/2007 | 50.00 | 9/20/2007 |
| 311580 | 1000836952 | Posting Cost | 8/14/2007 | 70.00 | 9/20/2007 |
| 311580 | 1000836952 | Publication Cost | 8/14/2007 | 191.40 | 9/20/2007 |
| 311580 | 1000836952 | Recording of Assignment | 8/15/2007 | 60.00 | 9/20/2007 |
| 311671 | 1000667456 | Filing Fee- Writ | 8/31/2007 | 15.00 | 9/20/2007 |
| 311671 | 1000667456 | Service Fee- Writ | 8/31/2007 | 35.00 | 9/20/2007 |
| 311749 | 1001391134 | Posting Cost | 8/8/2007 | 110.00 | 9/21/2007 |
| 311749 | 1001391134 | Publication Cost | 8/8/2007 | 237.25 | 9/21/2007 |
| 311749 | 1001391134 | Recording of Assignment | 8/9/2007 | 60.00 | 9/21/2007 |
| 312101 | 1000785459 | Filing Fee- Writ | 8/30/2007 | 15.00 | 9/24/2007 |
| 312101 | 1000785459 | Service Fee-Writ | 8/30/2007 | 37.50 | 9/24/2007 |
| 312103 | 1000763756 | Filing Fee- Writ | 8/30/2007 | 15.00 | 9/24/2007 |

| | | | | | |
|---|---|---|---|---|---|
| 31.2174 | 4171447 | Adjournment Cost | 8/8/2007 | 56.00 | 9/25/2007 |
| 312289 | 1000813993 | Service Fee- Writ | 8/30/2007 | 37.50 | 9/25/2007 |
| 312289 | 1000813993 | Filing Fee- Writ | 8/30/2007 | 15.00 | 9/25/2007 |
| 312290 | 1000813183 | Service Fee- Writ | 8/30/2007 | 37.50 | 9/25/2007 |
| 312290 | 1000813183 | Filing Fee- Writ | 8/30/2007 | 15.00 | 9/25/2007 |
| 312679 | 1001103898 | Title Report | 8/10/2007 | 50.00 | 9/26/2007 |
| 312860 | 1000857630 | Recording of Assignment | 8/29/2007 | 60.00 | 9/27/2007 |
| 312860 | 1000857630 | Publication Cost | 8/28/2007 | 191.40 | 9/27/2007 |
| 312860 | 1000857630 | Posting Cost | 8/28/2007 | 70.00 | 9/27/2007 |
| 312860 | 1000857630 | Title Commitment | 8/28/2007 | 325.00 | 9/27/2007 |
| 313103 | 1000818531 | Recording of Assignment | 8/20/2007 | 325.00 | 9/28/2007 |
| 313103 | 1000818531 | Title Report | 8/24/2007 | 50.00 | 9/28/2007 |
| 313103 | 1000818531 | Publication Cost | 8/21/2007 | 237.25 | 9/28/2007 |
| 313103 | 1000818531 | Posting Cost | 8/21/2007 | 70.00 | 9/28/2007 |
| 313103 | 1000818531 | Document Fee- Recorded Mortgage | 8/21/2007 | 50.00 | 9/28/2007 |
| 313103 | 1000818531 | Title Commitment | 8/25/2007 | 50.00 | 9/28/2007 |
| 313104 | 1000706346 | Title Report | 8/20/2007 | 325.00 | 9/28/2007 |
| 313104 | 1000706346 | Posting Cost | 8/21/2007 | 70.00 | 9/28/2007 |
| 313104 | 1000706346 | Publication Cost | 8/21/2007 | 237.25 | 9/28/2007 |
| 313104 | 1000706346 | Title Commitment | 8/20/2007 | 325.00 | 9/28/2007 |
| 313104 | 1000706346 | Recording of Assignment | 8/23/2007 | 60.00 | 9/28/2007 |
| 313105 | 1001143604 | Recording of Assignment | 8/23/2007 | 60.00 | 9/28/2007 |
| 313105 | 1001143604 | Publication Cost | 8/22/2007 | 237.25 | 9/28/2007 |
| 313105 | 1001143604 | Posting Cost | 8/22/2007 | 110.00 | 9/28/2007 |
| 313105 | 1001143604 | Title Commitment | 8/22/2007 | 325.00 | 9/28/2007 |
| 313105 | 1001143604 | Title Report | 8/28/2007 | 50.00 | 9/28/2007 |

| | | Description | Date | Amount | Date |
|---|---|---|---|---|---|
| 313662 | 1001621916 | Title Commitment | 8/28/2007 | 401.00 | 9/27/2007 |
| 313662 | 1001621916 | Document Fee-Mortgage | 8/28/2007 | 50.00 | 9/27/2007 |
| 313662 | 1001621916 | Posting Cost | 8/28/2007 | 70.00 | 9/27/2007 |
| 313662 | 1001621916 | Publication Cost | 8/28/2007 | 237.25 | 9/27/2007 |
| 313662 | 1001621916 | Title Report | 8/31/2007 | 50.00 | 9/27/2007 |
| 313662 | 1001621916 | Recording of Assignment | 8/29/2007 | 60.00 | 9/27/2007 |
| 313592 | 1000752347 | Posting Cost | 8/29/2007 | 85.00 | 10/2/2007 |
| 313592 | 1000752347 | Publication Cost | 8/29/2007 | 217.68 | 10/2/2007 |
| 313592 | 1000752347 | Title Commitment | 8/28/2007 | 630.00 | 10/2/2007 |
| 313592 | 1000752347 | Recording of Assignment | 8/30/2007 | 60.00 | 10/2/2007 |
| 313593 | 1001591306 | Title Commitment | 8/28/2007 | 542.50 | 10/2/2007 |
| 313593 | 1001591306 | Posting Cost | 8/29/2007 | 85.00 | 10/2/2007 |
| 313593 | 1001591306 | Publication Cost | 8/29/2007 | 217.68 | 10/2/2007 |
| 313593 | 1001591306 | Recording of Assignment | 8/30/2007 | 60.00 | 10/2/2007 |
| 313593 | 1001591306 | Title Report | 8/31/2007 | 50.00 | 10/2/2007 |
| 313594 | 1001323160 | Title Commitment | 8/28/2007 | 325.00 | 10/2/2007 |
| 313594 | 1001323160 | Document Fee- Recorded Mortgage | 8/29/2007 | 50.00 | 10/2/2007 |
| 313594 | 1001323160 | Posting Cost | 8/29/2007 | 85.00 | 10/2/2007 |
| 313594 | 1001323160 | Publication Cost | 8/29/2007 | 217.68 | 10/2/2007 |
| 313594 | 1001323160 | Recording of Assignment | 8/30/2007 | 60.00 | 10/2/2007 |
| 313924 | 1000927816 | Title Commitment | 8/10/2007 | 325.00 | 10/3/2007 |
| 313924 | 1000927816 | Document Fee- Recorded Mortgage | 8/15/2007 | 50.00 | 10/3/2007 |
| 313924 | 1000927816 | Posting Cost | 8/15/2007 | 70.00 | 10/3/2007 |
| 313924 | 1000927816 | Publication Cost | 8/15/2007 | 191.40 | 10/3/2007 |
| 313924 | 1000927816 | Title Report | 8/16/2007 | 50.00 | 10/3/2007 |
| 313924 | 1000927816 | Recording of Assignment | 8/17/2007 | 60.00 | 10/3/2007 |

| | | | | | |
|---|---|---|---|---|---|
| 313925 | 1001419230 | Title Commitment | 8/30/2007 | 325.00 | 10/3/2007 |
| 313925 | 1001419230 | Posting Cost | 8/30/2007 | 85.00 | 10/3/2007 |
| 313925 | 1001419230 | Publication Cost | 8/30/2007 | 263.40 | 10/3/2007 |
| 313926 | 1001622962 | Recording of Assignment | 8/30/2007 | 60.00 | 10/3/2007 |
| 313926 | 1001622962 | Document Fee- Recorded Mortgage | 8/29/2007 | 50.00 | 10/3/2007 |
| 313926 | 1001622962 | Posting Cost | 8/29/2007 | 110.00 | 10/3/2007 |
| 313926 | 1001622962 | Publication Cost | 8/29/2007 | 328.95 | 10/3/2007 |
| 313926 | 1001622962 | Title Commitment | 8/28/2007 | 668.50 | 10/3/2007 |
| 314929 | 1000735994 | Title Commitment | 8/30/2007 | 325.00 | 10/9/2007 |
| 314929 | 1000735994 | Document Fee- Recorded Mortgage | 8/30/2007 | 50.00 | 10/9/2007 |
| 314929 | 1000735994 | Posting Cost | 8/30/2007 | 85.00 | 10/9/2007 |
| 314929 | 1000735994 | Publication Cost | 8/30/2007 | 208.56 | 10/9/2007 |
| 314929 | 1000735994 | Recording of Assignment | 8/31/2007 | 60.00 | 10/9/2007 |
| 314970 | 1001131340 | Title Commitment | 8/31/2007 | 325.00 | 10/9/2007 |
| 314970 | 1001131340 | Document Fee- Recorded Mortgage | 8/31/2007 | 50.00 | 10/9/2007 |
| 314971 | 1001379131 | Title Commitment | 8/31/2007 | 325.00 | 10/9/2007 |
| 314971 | 1001379131 | Document Fee- Recorded Mortgage | 8/31/2007 | 50.00 | 10/9/2007 |
| 314971 | 1001379131 | Posting Cost | 8/31/2007 | 85.00 | 10/9/2007 |
| 314971 | 1001379131 | Publication Cost | 8/31/2007 | 217.68 | 10/9/2007 |
| 315291 | 1001635906 | Title Commitment | 8/28/2007 | 325.00 | 10/10/2007 |
| 315291 | 1001635906 | Document Fee- Mortgage | 8/28/2007 | 50.00 | 10/10/2007 |
| 315291 | 1001635906 | Posting Cost | 8/28/2007 | 70.00 | 10/10/2007 |
| 315291 | 1001635906 | Publication Cost | 8/28/2007 | 237.25 | 10/10/2007 |
| 315291 | 1001635906 | Recording of Assignment | 8/29/2007 | 60.00 | 10/10/2007 |
| 316141 | 4298356 | Filing Fee- Summons and Complaint | 8/28/2007 | 45.00 | 10/16/2007 |
| 316141 | 4298356 | Service Fee- Summons and Complaint | 8/28/2007 | 47.00 | 10/16/2007 |
| 316696 | 1001126625 | Title Commitment | 8/31/2007 | 325.00 | 10/17/2007 |
| 316696 | 1001126625 | Posting Cost | 8/31/2007 | 110.00 | 10/17/2007 |
| 316696 | 1001126625 | Publication Cost | 8/31/2007 | 237.25 | 10/17/2007 |

| | | | | | |
|---|---|---|---|---|---|
| 316956 | 1001328272 | Title Commitment | 8/31/2007 | 325.00 | 10/18/2007 |
| 316983 | 1000660491 | Stipulated Order : Set Aside Certification | 8/17/2007 | 13.00 | 10/18/2007 |
| 316983 | 1000660491 | Recording of Stipulated order to WC Deeds | 8/17/2007 | 23.00 | 10/18/2007 |
| 316983 | 1000660491 | Process of Service Fees | 8/22/2007 | 65.00 | 10/18/2007 |
| 317671 | 1000759984 | Title Commitment | 8/30/2007 | 559.00 | 10/23/2007 |
| 317671 | 1000759984 | Document Fee- Mortgage | 8/30/2007 | 50.00 | 10/23/2007 |
| 317671 | 1000759984 | Posting Cost | 8/30/2007 | 85.00 | 10/23/2007 |
| 317671 | 1000759984 | Publication Cost | 8/30/2007 | 208.56 | 10/23/2007 |
| 317671 | 1000759984 | Recording of Assignment | 8/31/2007 | 60.00 | 10/23/2007 |
| 322607 | 1000779759 | Title Commitment | 8/31/2007 | 325.00 | 10/17/2007 |
| 322607 | 1000779759 | Posting Cost | 8/31/2007 | 70.00 | 10/17/2007 |
| 322607 | 1000779759 | Publication Cost | 8/31/2007 | 191.40 | 10/17/2007 |
| 322608 | 1000742920 | Title Commitment | 8/31/2007 | 325.00 | 10/17/2007 |
| 322608 | 1000742920 | Posting Cost | 8/31/2007 | 70.00 | 10/17/2007 |
| 322608 | 1000742920 | Publication Cost | 8/31/2007 | 191.40 | 10/17/2007 |
| | | TOTAL AUGUST EXPENSES | | $85,544.87 | |

| Name of Professional/Individual | Position, Area of Expertise, Number of Years in Practice, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| | Contested Hourly Compensation by Professional | | | |
| | August 1, 2007 - August 31, 2007 | | | |
| | | | | |
| Caleb J. Shureb | Associate, Real Estate Foreclosure - Retail, General Litigation - Property; 6 years; Admitted 2001 | $175.00 | 0.40 | $70.00 |
| Susan C. Myers | Associate, Real Estate Foreclosure - Retail, General Litigation - Property, Probate/Trust/Estate; 13 years; Admitted 1994 | $175.00 | 0.40 | $70.00 |
| Timothy B. Myers | Associate, Real Estate Foreclosure - Retail, General Litigation - Property; 9 years; Admitted 1998 | $175.00 | 0.30 | $52.50 |
| | | | | |
| | | | | |
| | | | | |
| Blended Rate | | $162.50 | | |
| Grand Total | | | 1.10 | $192.50 |

*O R L A N S*
*P.O. BOX 5041*
*Troy, Michigan 48007-5041*
*(248) 457-1000*

---

Stephanie Loh
American Home Mortgage
4600 Regent Blvd.
Suite 200
P.O. Box 631730
Irving  TX  75063-1730

Page: 1
August 29, 2007
Account No:      356-0333V
Invoice No.        309990


Deborah Beeler
19680 Riopelle Street
1000916688
AHMI072


### Fees

| Date | | | Rate | Hours | |
|------|---|---|------|-------|---|
| 08/27/2007 | | | | | |
| TBM | Receipt and Review of Scheduling Order. | | 175.00 | 0.30 | 52.50 |
| | **Total Current Work** | | | 0.30 | 52.50 |
| | **Total Current Work** | | | | 52.50 |
| | *Balance Due* | | | | $52.50 |

---

PLEASE REFERENCE OUR FILE NUMBER ON YOUR CHECK.  THANK YOU.

*O R L A N S*
*P.O. BOX 5041*
*Troy, Michigan 48007-5041*
*(248) 457-1000*

Betty Laphen                                                    Page: 1
American Home Mortgage                               August 31, 2007
4600 Regent Blvd.                          Account No:      356-0156T
Suite 200                                  Invoice No.         306382
P.O. Box 631730
Irving  TX  75063-1730

Junaid Mohammed and Mehnaz Alam
3747 Williams
1000765280

### Fees

|            |                                                      | Rate   | Hours |       |
|------------|------------------------------------------------------|--------|-------|-------|
| 08/13/2007 |                                                      |        |       |       |
| CJS        | Teleconference with City Attorney Re: Gas Meter      | 175.00 | 0.20  | 35.00 |
| 08/14/2007 |                                                      |        |       |       |
| CJS        | Correspondence with Agent Re: Building Inspection    | 175.00 | 0.10  | 17.50 |
|            | **Total Current Work**                               |        | 0.30  | 52.50 |
|            | **Total Current Work**                               |        |       | 52.50 |
|            | ***Balance Due***                                    |        |       | $52.50 |

PLEASE REFERENCE OUR FILE NUMBER ON YOUR CHECK.  THANK YOU.

**_O R L A N S_**
**_P.O. BOX 5041_**
**_Troy, Michigan 48007-5041_**
**_(248) 457-1000_**

Jerry Rivera
American Home Mortgage
4600 Regent Blvd.
Suite 200
P.O. Box 631730
Irving  TX  75063-1730

Page: 1
August 29, 2007
Account No:   356-0350W
Invoice No.   309991

Raymond Haugh
1645 Lochridge Road
1001120311

## Fees

| | | Rate | Hours | |
|---|---|---|---|---|
| 08/06/2007 | | | | |
| CJS | Correspondence with Opposing Counsel Re: Status of Dismissal Order | 175.00 | 0.10 | 17.50 |
| | **Total Current Work** | | 0.10 | 17.50 |
| | **Total Current Work** | | | 17.50 |
| | **_Balance Due_** | | | $17.50 |

*O R L A N S*
*P.O. BOX 5041*
*Troy, Michigan 48007-5041*
*(248) 457-1000*

Stephanie Loh
American Home Mortgage
4600 Regent Blvd.
Suite 200
P.O. Box 631730
Irving  TX  75063-1730

Page: 1
August 23, 2007
Account No:        356-0177W
Invoice No.           307062

William Steele
27651 Morningside Plaza
1000701427
AHMI065

**Fees**

| | | Rate | Hours | |
|---|---|---|---|---|
| 08/21/2007 | | | | |
| SCM | Receipt and Review of Summons and Complaint filed by James Beeler in Circuit Court. | 175.00 | 0.40 | 70.00 |
| | **Total Current Work** | | 0.40 | 70.00 |
| | **Total Current Work** | | | 70.00 |
| | *Balance Due* | | | $70.00 |

*O R L A N S*
*P.O. BOX 5041*
*Troy, Michigan 48007-5041*
*(248) 457-1000*

Stephanie Loh
American Home Mortgage
4600 Regent Blvd.
Suite 200
P.O. Box 631730
Irving  TX  75063-1730

Page: 1
August 31, 2007
Account No:        356-0208V
Invoice No.          307064

Donna Warren
20210 Heyden Street
1000913648/ AHMI004 -EV

### Expenses

| | | |
|---|---|---|
| 08/30/2007 | Court Download of Documents from Courthouse News Service | 53.00 |
| | **Total Current Expenses** | 53.00 |
| | **Total Current Work** | 53.00 |
| | ***Balance Due*** | $53.00 |