IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al., [1]

    Debtors.

---------------------------------------------------------------- x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

Objection Deadline: February 13, 2008 at 4:00 p.m.
Hearing Date: N/A

## NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the Official Committee of Unsecured Creditors

      The **Second Monthly Application of the Orlans Associates as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period September 1, 2007 through September 30, 2007** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $34,527.50 and interim expenses in the amount of $46,999.33.

      Objections to the Application, if any, are required to be filed on or before **February 13, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

      At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

    

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon); (viii) The Law Offices of Alan Weinreb, PLLC, Weinrub & Associates, PLLC, 6800 Jericho Turnpike, Suite 207W, Syosset, NY 11791, (Attn: Alan Weinreb).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
      January 24, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret B. Whiteman
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------------- x   Chapter 11
In re:                                                          :
                                                                :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :
a Delaware corporation, et al.,                                 :   Jointly Administered
                                                                :
       Debtors.                                                 :   Objection Deadline:
                                                                :   Hearing Date:  N/A
--------------------------------------------------------------- x
```

**SECOND MONTHLY APPLICATION OF
ORLANS ASSOCIATES AS FORECLOSURE SERVICE PROVIDER FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD SEPTEMBER 1, 2007 THROUGH SEPTEMBER 30, 2007**

Name of Applicant: **Orlans Associates**

Authorized to Provide Professional Services to: **Debtors and Debtors-in-Possession**

Date of Retention: **Effective as of August 6, 2007**

Period for which compensation and
reimbursement is sought: **September 1, 2007 through September 30, 2007**

Amount of Interim Compensation sought as
actual, reasonable and necessary: **$34,527.50**

Amount of Interim Expense Reimbursement sought
as actual, reasonable and necessary: **$46,999.33**

This is an: __X__ interim ____ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors. This application includes no fee component in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | August 6, 2007 thru August 31, 2007 | Fee $27,652.50 | Expenses $85,597.87 | Fees | Expenses |

### INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work<br>Foreclosure-related work (Hourly) | N/A (All Flat Fee Work)<br><br>**10.90** | **$32,620.00**<br><br>**$1,907.50** |
| TOTALS | **10.90** | **$34,527.50** |

### INTERIM EXPENSES

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Funds advanced for foreclosure costs: title searches, filing fees, sales fees | | **$46,999.33** |
| Totals | | **$46,999.33** |

## VERIFICATION OF FEE APPLICATION

STATE OF Michigan)

                  )     SS:

COUNTY OF Oakland     )

         Marshall R. Isaacs, after being duly sworn according to law, deposes and says:

         1.    I am a member in the applicant firm, Orlans Associates, P.C. (the "Firm") and have been admitted to the bar of the state of Michigan since 1988.

         2.    I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

         3.    The services and expenses were performed and incurred within the month subject to the foregoing Application.

         4.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                                 Marshall R. Isaacs (P41142)

SWORN TO AND SUBSCRIBED
before me this 10th day of December, 2007.

Notary Public

> **SONYA HABERSKI**
> Notary Public, State of Michigan
> County of Macomb
> My Commission Expires Nov. 13, 2013
> Acting in the County of Oakland

| Flat Fee Rate Chart | |
|---|---|
| | |
| | |
| RE: American Home Mortgage / Flat Fee Rates for Michigan Foreclosures | |
| | |
| **Bankruptcy, Motion for Relief from Automatic Stay** - Covers one court appearance.  Fee incurred and billed when motion filed or order entered or file closed. | $600.00 |
| | |
| **Proof of Claim** - Fee incurred and billed when filed. | $400.00 |
| | |
| **Claim Letter** - Process and monitor title claim.  Fee incurred and billed when title claim is resolved or file closed. | $125.00 |
| | |
| **Attorney Fee - Foreclosure Proceedings** -  Opening of file. Preparation of publication documents.  Verify name of mortgagor. Check for Bankruptcy filings.  Fee incurred and billed when file closed. | $650.00 |
| | |
| **Attorney Fee - Preparation of Adjournment** - Preparation of documents for postponement of sale.  Fee incurred and billed when file is closed. | $20.00/ week |
| | |
| **Attorney Fee - Preparation of Assignments** - Preparation of assignment of mortgage documents.  Fee incurred and billed when file is closed. | $75.00 |
| | |
| **Attorney Fee - Monitoring Lien** - Monitoring of Senior Lien.  Fee incurred and billed when file is closed. | $200.00 |
| | |
| **Attorney Fee - Preparation of Subordination Agreement** - Preparation of documents for Subordination Agreement.  Fee incurred and billed when file is closed. | $125.00 |
| | |
| **Attorney Fee - Affidavit of Abandonment** - Preparation of documentation to short redemption period.  Fee incurred and billed when file is closed. | $150.00 |
| | |
| | |
| The above are flat fees for standard, uncontested matters in Michigan. If a matter becomes contested or complicated, it will be billed hourly. The hourly rate is $150 to $185.  Costs are in addition to the fees herein set forth. | |

## SEPTEMBER FEES

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount | Invoice Date |
|---|---|---|---|---|---|
| 309737 | 1001188091 | Attorney Fee- Claim Letter | 9/9/2007 | 125.00 | 9/10/2007 |
| 309859 | 1000754174 | Attorney Fee- Foreclosure Proceedings | 9/5/2007 | 650.00 | 9/11/2007 |
| 309859 | 1000754174 | Attorney Fee- Preparation of Assignments | 9/7/2007 | 75.00 | 9/11/2007 |
| 310096 | 1000598494 | Attorney Fee- Motion for Relief | 9/11/2007 | 600.00 | 9/12/2007 |
| 310293 | 1000623590 | Attorney Fee- Foreclosure Proceedings | 9/6/2007 | 650.00 | 9/12/2007 |
| 310293 | 1000623590 | Attorney Fee- Preparation of Assignments | 9/7/2007 | 75.00 | 9/12/2007 |
| 310802 | 1000678532 | Attorney Fee- Foreclosure Proceedings | 9/6/2007 | 650.00 | 9/17/2007 |
| 310802 | 1000678532 | Attorney Fee- Preparation of Assignments | 9/10/2007 | 75.00 | 9/17/2007 |
| 311171 | 1000958447 | Proof of Claim | 9/18/2007 | 150.00 | 9/19/2007 |
| 311580 | 1000836952 | Attorney Fee- Preparation of Adjournment | 9/13/2007 | 20.00 | 9/20/2007 |
| 311749 | 1001391134 | Attorney Fee- Preparation of Adjournment | 9/14/2007 | 20.00 | 9/21/2007 |
| 312295 | 1000872547 | Eviction Proceedings | 9/13/2007 | 300.00 | 9/25/2007 |
| 312417 | 1000819610 | Attorney Fee-Quit Claim Deed | 9/25/2007 | 75.00 | 9/26/2007 |
| 312418 | 1000945909 | Attorney Fee-Quit Claim Deed | 9/25/2007 | 75.00 | 9/26/2007 |
| 312679 | 1001103898 | Attorney Fee- Preparation of Adjournment | 9/5/2007 | 60.00 | 9/26/2007 |
| 313103 | 1000818531 | Attorney Fee- Preparation of Adjournment | 9/21/2007 | 20.00 | 9/28/2007 |
| 313104 | 1000706346 | Attorney Fee- Preparation of Adjournment | 9/21/2007 | 20.00 | 9/28/2007 |

| | | | | | |
|---|---|---|---|---|---|
| 313157 | 1000736143 | Attorney Fee- Foreclosure Proceedings | 9/25/2007 | 325.00 | 9/28/2007 |
| 313185 | 1001104898 | Attorney Fee- Motion for Relief | 9/28/2007 | 150.00 | 9/28/2007 |
| 313186 | 1000896863 | Attorney Fee- Motion for Relief | 9/28/2007 | 650.00 | 9/28/2007 |
| 313187 | 1000698000 | Attorney Fee- Motion for Relief | 9/28/2007 | 650.00 | 9/28/2007 |
| 313253 | 1000842355 | Attorney Fee- Foreclosure Proceedings | 9/6/2007 | 650.00 | 9/29/2007 |
| 313253 | 1000842355 | Attorney Fee- Preparation of Assignments | 9/13/2007 | 75.00 | 9/29/2007 |
| 313254 | 1000687979 | Attorney Fee- Motion for Relief | 9/28/2007 | 600.00 | 9/29/2007 |
| 313399 | 1001120931 | Attorney Fee- Foreclosure Proceedings | 9/26/2007 | 650.00 | 10/1/2007 |
| 313399 | 1001120931 | Attorney Fee- Preparation of Assignments | 9/27/2007 | 75.00 | 10/1/2007 |
| 313582 | 1001621916 | Attorney Fee- Affidavit of Abandonment | 9/24/2007 | 150.00 | 9/27/2007 |
| 313795 | 1001651905 | Attorney Fee- Preparation of Assignments | 9/4/2007 | 75.00 | 10/3/2007 |
| 313924 | 1000927816 | Attorney Fee- Preparation of Adjournment | 9/19/2007 | 40.00 | 10/3/2007 |
| 314225 | 1000948989 | Attorney Fee-Quit Claim Deed | 9/21/2007 | 75.00 | 10/4/2007 |
| 314226 | 1001062367 | Attorney Fee- Foreclosure Proceedings | 9/6/2007 | 650.00 | 10/4/2007 |
| 314226 | 1001062367 | Attorney Fee- Preparation of Assignments | 9/7/2007 | 75.00 | 10/4/2007 |
| 314226 | 1001062367 | Attorney Fee- Preparation of Subordination Agreemen | 9/25/2007 | 125.00 | 10/4/2007 |
| 314744 | 1001355427 | Attorney Fee- Affidavit of Abandonment | 9/27/2007 | 150.00 | 10/8/2007 |
| 314927 | 1001109808 | Attorney Fee-Affidavit of Abandonment | 9/10/2007 | 150.00 | 10/9/2007 |
| 314970 | 1001131340 | Attorney Fee- Preparation of Assignments | 9/4/2007 | 75.00 | 10/9/2007 |
| 314971 | 1001379131 | Attorney Fee- Preparation of Assignments | 9/4/2007 | 75.00 | 10/9/2007 |

| | | | | | |
|---|---|---|---|---|---|
| 314972 | 1000946980 | Attorney Fee- Foreclosure Proceedings | 9/6/2007 | 660.00 | 10/9/2007 |
| 314972 | 1000946980 | Attorney Fee- Preparation of Assignments | 9/7/2007 | 75.00 | 10/9/2007 |
| 314973 | 1000731464 | Attorney Fee- Foreclosure Proceedings | 9/6/2007 | 660.00 | 10/9/2007 |
| 314973 | 1000731464 | Attorney Fee- Preparation of Assignments | 9/10/2007 | 75.00 | 10/9/2007 |
| 315055 | 1001194091 | Attorney Fee- Foreclosure Proceedings | 9/26/2007 | 650.00 | 10/10/2007 |
| 315055 | 1001194091 | Attorney Fee- Preparation of Assignments | 9/27/2007 | 75.00 | 10/10/2007 |
| 315237 | 1001446549 | Attorney Fee- Reopen Foreclosure Proceeding | 9/10/2007 | 650.00 | 10/10/2007 |
| 315238 | 1000707317 | Attorney Fee- Foreclosure Proceedings | 9/6/2007 | 650.00 | 10/10/2007 |
| 315238 | 1000707317 | Attorney Fee- Preparation of Assignments | 9/7/2007 | 75.00 | 10/10/2007 |
| 315239 | 1000676247 | Attorney Fee- Foreclosure Proceedings | 9/6/2007 | 650.00 | 10/10/2007 |
| 315239 | 1000676247 | Attorney Fee- Preparation of Assignments | 9/7/2007 | 75.00 | 10/10/2007 |
| 315240 | 4283230 | Attorney Fee- Foreclosure Proceedings | 9/6/2007 | 650.00 | 10/10/2007 |
| 315240 | 4283230 | Attorney Fee- Preparation of Assignments | 9/10/2007 | 75.00 | 10/10/2007 |
| 315241 | 1000602372 | Attorney Fee- Foreclosure Proceedings | 9/6/2007 | 650.00 | 10/10/2007 |
| 315241 | 1000602372 | Attorney Fee- Preparation of Assignments | 9/10/2007 | 75.00 | 10/10/2007 |
| 315242 | 1001196672 | Attorney Fee- Foreclosure Proceedings | 9/6/2007 | 650.00 | 10/10/2007 |
| 315242 | 1001196672 | Attorney Fee- Preparation of Assignments | 9/7/2007 | 75.00 | 10/10/2007 |
| 315291 | 1001635906 | Attorney Fee- Preparation of Adjournment | 9/27/2007 | 40.00 | 10/10/2007 |
| 315292 | 1001298779 | Attorney Fee- Foreclosure Proceedings | 9/26/2007 | 650.00 | 10/10/2007 |
| 315292 | 1001298779 | Attorney Fee- Preparation of Assignments | 9/28/2007 | 75.00 | 10/10/2007 |
| 315521 | 1000787081 | Attorney Fee- Foreclosure Proceedings | 9/6/2007 | 650.00 | 10/11/2007 |
| 315521 | 1000787081 | Attorney Fee- Preparation of Assignment | 9/13/2007 | 75.00 | 10/11/2007 |
| 315597 | 1001192230 | Attorney Fee- Affidavit of Abandonment | 9/18/2007 | 150.00 | 10/12/2007 |

| | | | | | |
|---|---|---|---|---|---|
| 315881 | 1001562473 | Attorney Fee- Foreclosure Proceedings | 9/6/2007 | 650.00 | 10/12/2007 |
| 315881 | 1001562473 | Attorney Fee- Preparation of Assignments | 9/10/2007 | 75.00 | 10/12/2007 |
| 315943 | 1001142507 | ttorney Fee- Preparation of Commerical Record Repo | 9/27/2007 | 160.00 | 10/15/2007 |
| 316295 | 1000835855 | Attorney Fee- Foreclosure Proceedings | 9/6/2007 | 650.00 | 10/16/2007 |
| 316295 | 1000835855 | Attorney Fee- Preparation of Assignments | 9/10/2007 | 75.00 | 10/16/2007 |
| 316966 | 1001328272 | Attorney Fee- Preparation of Assignments | 9/4/2007 | 75.00 | 10/18/2007 |
| 317227 | 1000866150 | Attorney Fee- Reopen Foreclosure Proceeding | 9/6/2007 | 650.00 | 10/19/2007 |
| 318012 | 1000859125 | Attorney Fee-Foreclosure Proceedings | 9/26/2007 | 650.00 | 10/24/2007 |
| 318012 | 1000859125 | Attorney Fee- Preparation of Assignment | 9/27/2007 | 75.00 | 10/24/2007 |
| 318187 | 1001202648 | Attorney Fee- Reopen Foreclosure Proceeding | 9/19/2007 | 650.00 | 10/24/2007 |
| 318188 | 1000860480 | Attorney Fee- Foreclosure Proceedings | 9/6/2007 | 650.00 | 10/24/2007 |
| 318188 | 1000860480 | Attorney Fee- Preparation of Assignments | 9/13/2007 | 75.00 | 10/24/2007 |
| 318389 | 4381531 | Attorney Fee- Foreclosure Proceedings | 9/24/2007 | 650.00 | 10/25/2007 |
| 318389 | 4381531 | Attorney Fee- Preparation of Assignments | 9/27/2007 | 75.00 | 10/25/2007 |
| 318491 | 100122339 | Attorney Fee- -Foreclosure Proceedings | 9/25/2007 | 650.00 | 10/25/2007 |
| 318491 | 100122339 | Attorney Fee-Preparation of Assignments | 9/27/2007 | 75.00 | 10/25/2007 |
| 318492 | 1000856609 | Attorney Fee- Reopen Foreclosure Proceeding | 9/6/2007 | 650.00 | 10/25/2007 |
| 318493 | 1000870924 | Attorney Fee- Foreclosure Proceedings | 9/6/2007 | 650.00 | 10/25/2007 |
| 318493 | 1000870924 | Attorney Fee- Preparation of Assignment | 9/19/2007 | 75.00 | 10/25/2007 |
| 318494 | 1000964457 | Attorney Fee- Foreclosure Proceedings | 9/24/2007 | 650.00 | 10/25/2007 |
| 318494 | 1000964457 | Attorney Fee- Preparation of Assignments | 9/25/2007 | 75.00 | 10/25/2007 |
| 318727 | 1001562467 | Attorney Fee- Foreclosure Proceedings | 9/6/2007 | 650.00 | 10/26/2007 |
| 318727 | 1001562467 | Attorney Fee- Preparation of Assignments | 9/7/2007 | 75.00 | 10/26/2007 |

| | | | | |
|---|---|---|---|---|
| 318728 | 4980733 | Attorney Fee- Foreclosure Proceedings | 9/6/2007 | 650.00 | 10/26/2007 |
| 318728 | 4980733 | Attorney Fee- Foreclosure Proceedings | 9/13/2007 | 75.00 | 10/26/2007 |
| 318933 | 1001255006 | Attorney Fee- Foreclosure Proceedings | 9/26/2007 | 650.00 | 10/29/2007 |
| 318933 | 1001255006 | Attorney Fee- Preparation of Assignments | 9/28/2007 | 75.00 | 10/29/2007 |
| 319203 | 1001144077 | Attorney Fee- Foreclosure Proceedings | 9/24/2007 | 700.00 | 10/30/2007 |
| 319203 | 1001144077 | Attorney Fee- Preparation of Assignments | 9/26/2007 | 75.00 | 10/30/2007 |
| 319204 | 1001268610 | Attorney Fee- Foreclosure Proceedings | 9/27/2007 | 650.00 | 10/30/2007 |
| 319204 | 1001268610 | Attorney Fee- Preparation of Assignments | 9/28/2007 | 75.00 | 10/30/2007 |
| 319475 | 1001141201 | Attorney Fee- Foreclosure Proceedings | 9/18/2007 | 650.00 | 10/31/2007 |
| 319476 | 1001175942 | Attorney Fee- Foreclosure Proceedings | 9/26/2007 | 650.00 | 10/31/2007 |
| 319476 | 1001175942 | Attorney Fee- Preparation of Assignments | 9/27/2007 | 75.00 | 10/31/2007 |
| 319477 | 1001404923 | Attorney Fee- Foreclosure Proceedings | 9/26/2007 | 650.00 | 10/31/2007 |
| 319477 | 1001404923 | Attorney Fee- Preparation of Assignments | 9/27/2007 | 75.00 | 10/31/2007 |
| 319478 | 1001275356 | Attorney Fee- Foreclosure Proceedings | 9/26/2007 | 650.00 | 10/31/2007 |
| 319478 | 1001275356 | Attorney Fee- Preparation of Assignments | 9/27/2007 | 75.00 | 10/31/2007 |
| 319479 | 1000869510 | Attorney Fee- Foreclosure Proceedings | 9/27/2007 | 650.00 | 10/31/2007 |
| 319479 | 1000869510 | Attorney Fee- Preparation of Assignments | 9/28/2007 | 75.00 | 10/31/2007 |
| 322607 | 1000779759 | Attorney Fee-Preparation of Assignments | 9/4/2007 | 75.00 | 10/17/2007 |
| 322608 | 1000742920 | Attorney Fee- Pre-Sale Affidavit of Abandonment | 9/24/2007 | 160.00 | 10/17/2007 |
| | | **TOTAL SEPTEMBER FEES** | | **$32,620.00** | |

## SEPTEMBER EXPENSES

| | | | | | |
|---|---|---|---|---|---|
| 309859 | 1000764174 | Posting Cost | 9/5/2007 | 70.00 | 9/11/2007 |
| 309859 | 1000764174 | Publication Cost | 9/5/2007 | 110.50 | 9/11/2007 |
| 309859 | 1000764174 | Recording of Assignment | 9/7/2007 | 60.00 | 9/11/2007 |
| 309859 | 1000764174 | Title Report | 9/7/2007 | 50.00 | 9/11/2007 |
| 310096 | 1000598494 | Filing Fee- Motion for Relief | 9/11/2007 | 150.00 | 9/12/2007 |
| 310228 | 1000690156 | Sheriff Cost | 9/10/2007 | 50.00 | 9/12/2007 |
| 310228 | 1000690156 | Recording of Sale | 9/10/2007 | 52.00 | 9/12/2007 |
| 310228 | 1000690156 | Transfer tax for sale | 9/10/2007 | 64.90 | 9/12/2007 |
| 310229 | 1000683088 | Sheriff Cost | 9/5/2007 | 50.00 | 9/12/2007 |
| 310229 | 1000683088 | Recording of Sale | 9/5/2007 | 28.00 | 9/12/2007 |
| 310229 | 1000683088 | Transfer tax for sale | 9/5/2007 | 163.90 | 9/12/2007 |
| 310230 | 1000690876 | Sheriff Cost | 9/10/2007 | 50.00 | 9/12/2007 |
| 310230 | 1000690876 | Recording of Sale | 9/10/2007 | 52.00 | 9/12/2007 |
| 310230 | 1000690876 | Transfer tax for sale | 9/10/2007 | 100.10 | 9/12/2007 |
| 310293 | 1000623590 | Title Commitment | 9/6/2007 | 325.00 | 9/12/2007 |
| 310293 | 1000623590 | Posting Cost | 9/6/2007 | 70.00 | 9/12/2007 |
| 310293 | 1000623590 | Publication Cost | 9/6/2007 | 237.25 | 9/12/2007 |
| 310293 | 1000623590 | Recording of Assignment | 9/7/2007 | 60.00 | 9/12/2007 |
| 310497 | 1000633256 | Sheriff Cost | 9/10/2007 | 50.00 | 9/13/2007 |
| 310497 | 1000633256 | Recording of Sale | 9/10/2007 | 52.00 | 9/13/2007 |
| 310497 | 1000633256 | Transfer tax for sale | 9/10/2007 | 107.80 | 9/13/2007 |
| 310498 | 1000721502 | Sheriff Cost | 9/5/2007 | 50.00 | 9/13/2007 |
| 310498 | 1000721502 | Recording of Sale | 9/5/2007 | 29.00 | 9/13/2007 |
| 310498 | 1000721502 | Transfer tax for sale | 9/5/2007 | 186.45 | 9/13/2007 |
| 310499 | 1001355427 | Sheriff Cost | 9/11/2007 | 50.00 | 9/13/2007 |
| 310499 | 1001355427 | Recording of Sale | 9/11/2007 | 29.00 | 9/13/2007 |
| 310499 | 1001355427 | Transfer tax for sale | 9/11/2007 | 67.10 | 9/13/2007 |

| Code | Number | Description | Date | Amount | Date |
|---|---|---|---|---|---|
| 310597 | 1001220118 | Recording of Quit Claim Deed | 9/10/2007 | 60.00 | 9/14/2007 |
| 310597 | 1001220118 | Cash for Redemption; Cost to Vacate Premises | 9/14/2007 | 500.00 | 9/14/2007 |
| 310802 | 1000678532 | Title Search | 9/7/2007 | 200.00 | 9/17/2007 |
| 310802 | 1000678532 | Document Fee- Mortgage | 9/7/2007 | 50.00 | 9/17/2007 |
| 310802 | 1000678532 | Posting Cost | 9/10/2007 | 110.00 | 9/17/2007 |
| 310802 | 1000678532 | Publication Cost | 9/10/2007 | 110.50 | 9/17/2007 |
| 310802 | 1000678532 | Recording of Assignment | 9/10/2007 | 60.00 | 9/17/2007 |
| 310802 | 1000678532 | Title Report | 9/14/2007 | 50.00 | 9/17/2007 |
| 311432 | 1000785419 | Execution of Order of Eviction/Removal of Items | 9/13/2007 | 885.00 | 9/20/2007 |
| 311432 | 1000785419 | City Cost- Dumpster | 9/13/2007 | 300.00 | 9/20/2007 |
| 311579 | 1001114289 | Sheriff Cost | 9/17/2007 | 50.00 | 9/20/2007 |
| 311579 | 1001114289 | Recording of Sale | 9/17/2007 | 52.00 | 9/20/2007 |
| 311579 | 1001114289 | Transfer tax for sale | 9/17/2007 | 58.30 | 9/20/2007 |
| 311580 | 1000836952 | Adjournment Cost | 9/17/2007 | 8.00 | 9/20/2007 |
| 311580 | 1000836952 | Sheriff Cost | 9/17/2007 | 50.00 | 9/20/2007 |
| 311580 | 1000836952 | Recording of Sale | 9/17/2007 | 52.00 | 9/20/2007 |
| 311580 | 1000836952 | Transfer tax for sale | 9/17/2007 | 89.10 | 9/20/2007 |
| 311671 | 1000667456 | Execution of Order of Eviction/Removal of Items | 9/14/2007 | 585.00 | 9/20/2007 |
| 311749 | 1001391134 | Adjournment Cost | 9/14/2007 | 8.00 | 9/21/2007 |
| 311749 | 1001391134 | Sheriff Cost | 9/19/2007 | 50.00 | 9/21/2007 |
| 312101 | 1000785459 | Execution of Order of Eviction/Removal of Items | 9/19/2007 | 850.00 | 9/24/2007 |
| 312101 | 1000785459 | City Cost- Dumpster | 9/19/2007 | 300.00 | 9/24/2007 |
| 312102 | 1000915277 | Filing Fee- Writ | 9/4/2007 | 15.00 | 9/24/2007 |
| 312102 | 1000915277 | Service Fee- Writ | 9/4/2007 | 30.00 | 9/24/2007 |
| 312103 | 1000763756 | Execution of Order of Eviction/Removal of Items | 9/13/2007 | 860.00 | 9/24/2007 |
| 312103 | 1000763756 | City Cost- Dumpster | 9/13/2007 | 300.00 | 9/24/2007 |

| | | | | | |
|---|---|---|---|---|---|
| 312288 | 1000801598 | City Cost- Dumpster | 9/21/2007 | 300.00 | 9/25/2007 |
| 312288 | 1000801598 | Execution of Order of Eviction/Removal of Items | 9/22/2007 | 1,275.00 | 9/25/2007 |
| 312289 | 1000813993 | City Cost- Dumpster | 9/18/2007 | 275.00 | 9/25/2007 |
| 312289 | 1000813993 | Execution of Order of Eviction/Removal of Items | 9/20/2007 | 1,775.00 | 9/25/2007 |
| 312290 | 1000813183 | City Cost- Dumpster | 9/21/2007 | 300.00 | 9/25/2007 |
| 312290 | 1000813183 | Execution of Order of Eviction/Removal of Items | 9/22/2007 | 1,610.00 | 9/25/2007 |
| 312295 | 1000872547 | Filing Fee-Writ | 9/13/2007 | 15.00 | 9/25/2007 |
| 312295 | 1000872547 | Service Fee-Writ | 9/13/2007 | 37.50 | 9/25/2007 |
| 312295 | 1000872547 | Service Fee- Summons and Complaint | 9/24/2007 | 47.00 | 9/25/2007 |
| 312295 | 1000872547 | Filing Fee- Summons and Complaint | 9/24/2007 | 45.00 | 9/25/2007 |
| 312417 | 1000819610 | Recording of Quit Claim Deed | 9/25/2007 | 60.00 | 9/26/2007 |
| 312418 | 1000945909 | Recording of Quit Claim Deed | 9/25/2007 | 60.00 | 9/26/2007 |
| 312679 | 1001103898 | Adjournment Cost | 9/5/2007 | 24.00 | 9/26/2007 |
| 312679 | 1001103898 | Sheriff Cost | 9/24/2007 | 50.00 | 9/26/2007 |
| 312679 | 1001103898 | Recording of Sale | 9/24/2007 | 52.00 | 9/26/2007 |
| 312679 | 1001103898 | Transfer tax for sale | 9/24/2007 | 64.90 | 9/26/2007 |
| 312860 | 1000857630 | Title Report | 9/4/2007 | 50.00 | 9/27/2007 |
| 312860 | 1000857630 | Sheriff Cost | 9/24/2007 | 50.00 | 9/27/2007 |
| 312860 | 1000857630 | Recording of Sale | 9/24/2007 | 52.00 | 9/27/2007 |
| 312860 | 1000857630 | Transfer tax for sale | 9/24/2007 | 56.10 | 9/27/2007 |
| 313103 | 1000818531 | Adjournment Cost | 9/21/2007 | 8.00 | 9/28/2007 |
| 313103 | 1000818531 | Sheriff Cost | 9/21/2007 | 50.00 | 9/28/2007 |
| 313103 | 1000818531 | Recording of Sale | 9/21/2007 | 26.00 | 9/28/2007 |
| 313103 | 1000818531 | Transfer tax for sale | 9/21/2007 | 86.90 | 9/28/2007 |
| 313104 | 1000706346 | Adjournment Cost | 9/21/2007 | 8.00 | 9/28/2007 |
| 313104 | 1000706346 | Sheriff Cost | 9/21/2007 | 50.00 | 9/28/2007 |
| 313104 | 1000706346 | Recording of Sale | 9/21/2007 | 26.00 | 9/28/2007 |
| 313104 | 1000706346 | Transfer tax for sale | 9/21/2007 | 101.20 | 9/28/2007 |

| | | | | | |
|---|---|---|---|---|---|
| 313105 | 1001143604 | Sheriff Cost | 9/19/2007 | 50.00 | 9/28/2007 |
| 313105 | 1001143604 | Recording of Sale | 9/19/2007 | 29.00 | 9/28/2007 |
| 313157 | 1000736143 | Title Commitment | 9/25/2007 | 544.00 | 9/28/2007 |
| 313184 | 1000841462 | Filing Fee- Writ | 9/7/2007 | 15.00 | 9/28/2007 |
| 313184 | 1000841462 | Service Fee- Writ | 9/7/2007 | 37.50 | 9/28/2007 |
| 313184 | 1000841462 | City Cost- Dumpster | 9/26/2007 | 300.00 | 9/28/2007 |
| 313184 | 1000841462 | Execution of Order of Eviction/Removal of items | 9/26/2007 | 1,085.00 | 9/28/2007 |
| 313185 | 1001104898 | Filing Fee- Motion for Relief | 9/28/2007 | 150.00 | 9/28/2007 |
| 313186 | 1000896863 | Filing Fee- Motion for Relief | 9/28/2007 | 150.00 | 9/28/2007 |
| 313187 | 1000688000 | Filing Fee- Motion for Relief | 9/28/2007 | 150.00 | 9/28/2007 |
| 313253 | 1000842355 | Title Commitment | 9/6/2007 | 325.00 | 9/29/2007 |
| 313253 | 1000842355 | Document Fee- Mortgage | 9/7/2007 | 50.00 | 9/29/2007 |
| 313253 | 1000842355 | Posting Cost | 9/7/2007 | 85.00 | 9/29/2007 |
| 313253 | 1000842365 | Publication Cost | 9/7/2007 | 208.56 | 9/29/2007 |
| 313253 | 1000842366 | Recording of Assignment | 9/13/2007 | 60.00 | 9/29/2007 |
| 313253 | 1000842355 | Title Report | 9/13/2007 | 50.00 | 9/29/2007 |
| 313254 | 1000697979 | Filing Fee- Motion for Relief | 9/28/2007 | 150.00 | 9/29/2007 |
| 313399 | 1001120931 | Title Commitment | 9/26/2007 | 325.00 | 10/1/2007 |
| 313399 | 1001120931 | Posting Cost | 9/26/2007 | 70.00 | 10/1/2007 |
| 313399 | 1001120931 | Publication Cost | 9/26/2007 | 110.60 | 10/1/2007 |
| 313399 | 1001120931 | Recording of Assignment | 9/27/2007 | 60.00 | 10/1/2007 |
| 313582 | 1001621916 | Recording Cost for Affidavit of Abandonment | 9/24/2007 | 60.00 | 9/27/2007 |
| 313582 | 1001621916 | Posting Cost for Affidavit of Abandonment | 9/24/2007 | 35.00 | 9/27/2007 |
| 313582 | 1001621916 | Certified Mail for Affidavit of Abandonment | 9/24/2007 | 4.64 | 9/27/2007 |
| 313582 | 1001621916 | Sheriff Cost | 9/24/2007 | 50.00 | 9/27/2007 |
| 313582 | 1001621916 | Recording of Sale | 9/24/2007 | 52.00 | 9/27/2007 |
| 313582 | 1001621916 | Transfer tax for sale | 9/24/2007 | 315.15 | 9/27/2007 |

| | | | | | |
|---|---|---|---|---|---|
| 313592 | 1000752347 | Title Report | 9/4/2007 | 50.00 | 10/2/2007 |
| 313592 | 1000752347 | Sheriff Cost | 9/26/2007 | 50.00 | 10/2/2007 |
| 313592 | 1000752347 | Recording of Sale | 9/26/2007 | 29.00 | 10/2/2007 |
| 313592 | 1000752347 | Transfer tax for sale | 9/26/2007 | 76.45 | 10/2/2007 |
| 313593 | 1001591306 | Sheriff Cost | 9/26/2007 | 50.00 | 10/2/2007 |
| 313593 | 1001591306 | Recording of Sale | 9/26/2007 | 29.00 | 10/2/2007 |
| 313593 | 1001591306 | Transfer tax for sale | 9/26/2007 | 439.45 | 10/2/2007 |
| 313594 | 1001323160 | Title Report | 9/5/2007 | 50.00 | 10/2/2007 |
| 313594 | 1001323160 | Sheriff Cost | 9/26/2007 | 50.00 | 10/2/2007 |
| 313594 | 1001323160 | Recording of Sale | 9/26/2007 | 29.00 | 10/2/2007 |
| 313594 | 1001323160 | Transfer tax for sale | 9/26/2007 | 53.90 | 10/2/2007 |
| 313795 | 1001551905 | Document Fee - Mortgage | 9/1/2007 | 50.00 | 10/3/2007 |
| 313795 | 1001551905 | Posting Cost | 9/4/2007 | 110.00 | 10/3/2007 |
| 313795 | 1001551905 | Publication Cost | 9/4/2007 | 237.25 | 10/3/2007 |
| 313795 | 1001551905 | Recording of Assignment | 9/4/2007 | 60.00 | 10/3/2007 |
| 313795 | 1001551905 | Title Report | 9/12/2007 | 50.00 | 10/3/2007 |
| 313924 | 1000927816 | Adjournment Cost | 9/19/2007 | 16.00 | 10/3/2007 |
| 313924 | 1000927816 | Sheriff Cost | 9/28/2007 | 50.00 | 10/3/2007 |
| 313924 | 1000927816 | Recording of Sale | 9/28/2007 | 52.00 | 10/3/2007 |
| 313924 | 1000927816 | Transfer tax for sale | 9/28/2007 | 78.10 | 10/3/2007 |
| 313925 | 1001419230 | Title Report | 9/28/2007 | 50.00 | 10/3/2007 |
| 313926 | 1001622962 | Title Report | 9/6/2007 | 50.00 | 10/3/2007 |
| 313926 | 1001622962 | Sheriff Cost | 9/26/2007 | 50.00 | 10/3/2007 |
| 313926 | 1001622962 | Recording of Sale | 9/26/2007 | 29.00 | 10/3/2007 |
| 313926 | 1001622962 | Transfer tax for sale | 9/26/2007 | 695.20 | 10/3/2007 |
| 314225 | 1000948989 | Recording of Quit Claim Deed | 9/21/2007 | 60.00 | 10/4/2007 |

| | | | | | |
|---|---|---|---|---|---|
| 314226 | 1001062367 | Title Commitment | 9/6/2007 | 325.00 | 10/4/2007 |
| 314226 | 1001062367 | Posting Cost | 9/6/2007 | 70.00 | 10/4/2007 |
| 314226 | 1001062367 | Publication Cost | 9/6/2007 | 191.40 | 10/4/2007 |
| 314226 | 1001062367 | Recording of Assignment | 9/7/2007 | 60.00 | 10/4/2007 |
| 314226 | 1001062367 | Title Report | 9/18/2007 | 50.00 | 10/4/2007 |
| 314226 | 1001062367 | Recording of Subordination Agreement | 9/26/2007 | 60.00 | 10/4/2007 |
| 314342 | 1000841063 | Filing Fee- Writ | 9/11/2007 | 15.00 | 10/5/2007 |
| 314342 | 1000841063 | Service Fee- Writ | 9/11/2007 | 35.00 | 10/5/2007 |
| 314744 | 1001355427 | Posting Cost for Affidavit of Abandonment | 9/27/2007 | 35.00 | 10/8/2007 |
| 314744 | 1001355427 | Certified Mail for Affidavit of Abandonment | 9/27/2007 | 4.64 | 10/8/2007 |
| 314776 | 1000763773 | Filing Fee- Writ | 9/10/2007 | 15.00 | 10/9/2007 |
| 314776 | 1000763773 | Service Fee- Writ | 9/10/2007 | 37.50 | 10/9/2007 |
| 314927 | 1001109808 | Recording Cost for Affidavit of Abandonment | 9/10/2007 | 60.00 | 10/9/2007 |
| 314927 | 1001109808 | Posting Cost for Affidavit of Abandonment | 9/10/2007 | 50.00 | 10/9/2007 |
| 314927 | 1001109808 | Certified Mail for Affidavit of Abandonment | 9/10/2007 | 4.64 | 10/9/2007 |
| 314929 | 1000735994 | Title Report | 9/10/2007 | 50.00 | 10/9/2007 |
| 314970 | 1001131340 | Posting Cost | 9/4/2007 | 85.00 | 10/9/2007 |
| 314970 | 1001131340 | Publication Cost | 9/4/2007 | 217.68 | 10/9/2007 |
| 314970 | 1001131340 | Recording of Assignment | 9/4/2007 | 60.00 | 10/9/2007 |
| 314970 | 1001131340 | Title Report | 9/11/2007 | 50.00 | 10/9/2007 |
| 314971 | 1001379131 | Recording of Assignment | 9/4/2007 | 60.00 | 10/9/2007 |
| 314971 | 1001379131 | Title Report | 9/11/2007 | 50.00 | 10/9/2007 |
| 314972 | 1000946980 | Title Commitment | 9/6/2007 | 325.00 | 10/9/2007 |
| 314972 | 1000946980 | Document Fee- Recorded Mortgage | 9/6/2007 | 50.00 | 10/9/2007 |
| 314972 | 1000946980 | Posting Cost | 9/6/2007 | 85.00 | 10/9/2007 |
| 314972 | 1000946980 | Publication Cost | 9/6/2007 | 217.68 | 10/9/2007 |
| 314972 | 1000946980 | Recording of Assignment | 9/7/2007 | 60.00 | 10/9/2007 |
| 314972 | 1000946980 | Title Report | 9/13/2007 | 50.00 | 10/9/2007 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 314973 | 100073464 | Title Commitment | 9/6/2007 | 325.00 | 10/9/2007 |
| 314973 | 100073464 | Document Fee- Mortgage | 9/7/2007 | 50.00 | 10/9/2007 |
| 314973 | 100073464 | Posting Cost | 9/7/2007 | 86.00 | 10/9/2007 |
| 314973 | 100073464 | Publication Cost | 9/7/2007 | 226.76 | 10/9/2007 |
| 314973 | 100073464 | Recording of Assignment | 9/10/2007 | 60.00 | 10/9/2007 |
| 314973 | 100073464 | Title Report | 9/13/2007 | 50.00 | 10/9/2007 |
| 315055 | 100194091 | Title Commitment | 9/26/2007 | 325.00 | 10/10/2007 |
| 315055 | 100194091 | Document Fee- Recorded Mortgage | 9/27/2007 | 50.00 | 10/10/2007 |
| 315055 | 100194091 | Posting Cost | 9/27/2007 | 110.00 | 10/10/2007 |
| 315055 | 100194091 | Publication Cost | 9/27/2007 | 152.75 | 10/10/2007 |
| 315055 | 100194091 | Recording of Assignment | 9/27/2007 | 60.00 | 10/10/2007 |
| 315237 | 100445649 | Title Update | 9/10/2007 | 35.00 | 10/10/2007 |
| 315237 | 100445649 | Posting Cost | 9/10/2007 | 70.00 | 10/10/2007 |
| 315237 | 100445649 | Publication Cost | 9/10/2007 | 191.40 | 10/10/2007 |
| 315237 | 100445649 | Title Report | 9/14/2007 | 50.00 | 10/10/2007 |
| 315238 | 100707317 | Title Commitment | 9/6/2007 | 325.00 | 10/10/2007 |
| 315238 | 100707317 | Document Fee- Recorded Mortgage | 9/6/2007 | 50.00 | 10/10/2007 |
| 315238 | 100707317 | Posting Cost | 9/6/2007 | 70.00 | 10/10/2007 |
| 315238 | 100707317 | Publication Cost | 9/6/2007 | 237.25 | 10/10/2007 |
| 315238 | 100707317 | Recording of Assignment | 9/7/2007 | 60.00 | 10/10/2007 |
| 315238 | 100707317 | Title Report | 9/18/2007 | 50.00 | 10/10/2007 |
| 315239 | 100676247 | Title Commitment | 9/6/2007 | 325.00 | 10/10/2007 |
| 315239 | 100676247 | Document Fee- Recorded Mortgage | 9/6/2007 | 50.00 | 10/10/2007 |
| 315239 | 100676247 | Posting Cost | 9/6/2007 | 70.00 | 10/10/2007 |
| 315239 | 100676247 | Publication Cost | 9/6/2007 | 237.25 | 10/10/2007 |
| 315239 | 100676247 | Recording of Assignment | 9/7/2007 | 60.00 | 10/10/2007 |
| 315239 | 100676247 | Title Report | 9/18/2007 | 50.00 | 10/10/2007 |

| | | | | | |
|---|---|---|---|---|---|
| 315240 | 4283230 | Title Search | 9/6/2007 | 200.00 | 10/10/2007 |
| 315240 | 4283230 | Document Fee-Mortgage | 9/7/2007 | 50.00 | 10/10/2007 |
| 315240 | 4283230 | Posting Cost | 9/7/2007 | 70.00 | 10/10/2007 |
| 315240 | 4283230 | Publication Cost | 9/7/2007 | 191.40 | 10/10/2007 |
| 315240 | 4283230 | Recording of Assignment | 9/10/2007 | 60.00 | 10/10/2007 |
| 315240 | 4283230 | Title Report | 9/17/2007 | 50.00 | 10/10/2007 |
| 315241 | 1000602372 | Title Commitment | 9/6/2007 | 325.00 | 10/10/2007 |
| 315241 | 1000602372 | Document Fee-Mortgage | 9/7/2007 | 50.00 | 10/10/2007 |
| 315241 | 1000602372 | Posting Cost | 9/7/2007 | 70.00 | 10/10/2007 |
| 315241 | 1000602372 | Publication Cost | 9/7/2007 | 191.40 | 10/10/2007 |
| 315241 | 1000602372 | Recording of Assignment | 9/10/2007 | 60.00 | 10/10/2007 |
| 315241 | 1000602372 | Title Report | 9/18/2007 | 50.00 | 10/10/2007 |
| 315242 | 1001195672 | Title Commitment | 9/6/2007 | 325.00 | 10/10/2007 |
| 315242 | 1001195672 | Posting Cost | 9/6/2007 | 70.00 | 10/10/2007 |
| 315242 | 1001195672 | Publication Cost | 9/6/2007 | 191.40 | 10/10/2007 |
| 315242 | 1001195672 | Recording of Assignment | 9/7/2007 | 60.00 | 10/10/2007 |
| 315242 | 1001195672 | Title Report | 9/17/2007 | 50.00 | 10/10/2007 |
| 315291 | 1001635906 | Title Report | 9/12/2007 | 50.00 | 10/10/2007 |
| 315291 | 1001635906 | Adjournment Cost | 9/27/2007 | 16.00 | 10/10/2007 |
| 315292 | 1001298779 | Title Commitment | 9/26/2007 | 369.00 | 10/10/2007 |
| 315292 | 1001298779 | Posting Cost | 9/26/2007 | 86.00 | 10/10/2007 |
| 315292 | 1001298779 | Publication Cost | 9/26/2007 | 107.38 | 10/10/2007 |
| 315292 | 1001298779 | Recording of Assignment | 9/28/2007 | 60.00 | 10/10/2007 |
| 315521 | 1000787081 | Title Commitment | 9/6/2007 | 325.00 | 10/11/2007 |
| 315521 | 1000787081 | Posting Cost | 9/11/2007 | 110.00 | 10/11/2007 |
| 315521 | 1000787081 | Publication Cost | 9/11/2007 | 237.25 | 10/11/2007 |
| 315521 | 1000787081 | Recording of Assignment | 9/13/2007 | 60.00 | 10/11/2007 |
| 315521 | 1000787081 | Title Report | 9/13/2007 | 50.00 | 10/11/2007 |
| 315597 | 1001192230 | Recording Cost for Affidavit of Abandonment | 9/18/2007 | 60.00 | 10/12/2007 |
| 315597 | 1001192230 | Posting Cost for Affidavit of Abandonment | 9/18/2007 | 35.00 | 10/12/2007 |
| 315597 | 1001192230 | Certified Mail for Affidavit of Abandonment | 9/18/2007 | 4.64 | 10/12/2007 |

| Account | Reference | Description | Date | Amount | Date |
|---|---|---|---|---|---|
| 315881 | 1000156247 3 | Title Commitment | 9/6/2007 | 325.00 | 10/12/2007 |
| 315881 | 1000156247 3 | Document Fee- Recorded Mortgage | 9/7/2007 | 50.00 | 10/12/2007 |
| 315881 | 1000156247 3 | Posting Cost | 9/7/2007 | 110.00 | 10/12/2007 |
| 315881 | 1000156247 3 | Publication Cost | 9/7/2007 | 237.25 | 10/12/2007 |
| 315881 | 1000156247 3 | Recording of Assignment | 9/10/2007 | 60.00 | 10/12/2007 |
| 315881 | 1000156247 3 | Title Report | 9/13/2007 | 50.00 | 10/12/2007 |
| 315943 | 1001142507 | Filing Fee- Commercial Record Report | 9/27/2007 | 15.00 | 10/15/2007 |
| 316141 | 4298356 | Filing Fee-Writ | 9/21/2007 | 15.00 | 10/16/2007 |
| 316141 | 4298356 | Service Fee-Writ | 9/24/2007 | 37.50 | 10/16/2007 |
| 316295 | 1000835865 | Title Commitment | 9/6/2007 | 325.00 | 10/16/2007 |
| 316295 | 1000835865 | Document Fee- Mortgage | 9/7/2007 | 50.00 | 10/16/2007 |
| 316295 | 1000835865 | Posting Cost | 9/7/2007 | 85.00 | 10/16/2007 |
| 316295 | 1000835865 | Publication Cost | 9/7/2007 | 217.68 | 10/16/2007 |
| 316295 | 1000835865 | Recording of Assignment | 9/10/2007 | 60.00 | 10/16/2007 |
| 316295 | 1000835865 | Title Report | 9/13/2007 | 50.00 | 10/16/2007 |
| 316696 | 1001126625 | Title Report | 9/12/2007 | 50.00 | 10/17/2007 |
| 316956 | 1001328272 | Posting Cost | 9/4/2007 | 70.00 | 10/18/2007 |
| 316956 | 1001328272 | Publication Cost | 9/4/2007 | 191.40 | 10/18/2007 |
| 316956 | 1001328272 | Recording of Assignment | 9/4/2007 | 60.00 | 10/18/2007 |
| 316956 | 1001328272 | Title Report | 9/14/2007 | 50.00 | 10/18/2007 |
| 317227 | 1000866150 | Title Update | 9/6/2007 | 35.00 | 10/19/2007 |
| 317227 | 1000866150 | Posting Cost | 9/6/2007 | 110.00 | 10/19/2007 |
| 317227 | 1000866150 | Publication Cost | 9/6/2007 | 283.10 | 10/19/2007 |
| 317227 | 1000866150 | Title Report | 9/14/2007 | 50.00 | 10/19/2007 |
| 317671 | 1000769984 | Title Report | 9/9/2007 | 50.00 | 10/23/2007 |

| | | | | | |
|---|---|---|---|---|---|
| 318012 | 1000859125 | Title Commitment | 9/25/2007 | 462.20 | 10/24/2007 |
| 318012 | 1000859125 | Posting Cost | 9/26/2007 | 70.00 | 10/24/2007 |
| 318012 | 1000859125 | Publication Cost | 9/26/2007 | 191.40 | 10/24/2007 |
| 318012 | 1000859125 | Recording of Assignment | 9/27/2007 | 60.00 | 10/24/2007 |
| 318187 | 100120264B | Title Update | 9/19/2007 | 35.00 | 10/24/2007 |
| 318187 | 100120264B | Posting Cost | 9/20/2007 | 70.00 | 10/24/2007 |
| 318187 | 100120264B | Publication Cost | 9/20/2007 | 191.40 | 10/24/2007 |
| 318187 | 100120264B | Title Report | 9/28/2007 | 50.00 | 10/24/2007 |
| 318188 | 1000850480 | Title Commitment | 9/6/2007 | 325.00 | 10/24/2007 |
| 318188 | 1000850480 | Posting Cost | 9/12/2007 | 110.00 | 10/24/2007 |
| 318188 | 1000850480 | Publication Cost | 9/12/2007 | 237.25 | 10/24/2007 |
| 318188 | 1000850480 | Recording of Assignment | 9/13/2007 | 60.00 | 10/24/2007 |
| 318188 | 1000850480 | Title Report | 9/13/2007 | 50.00 | 10/24/2007 |
| 318389 | 4381531 | Title Commitment | 9/24/2007 | 325.00 | 10/25/2007 |
| 318389 | 4381531 | Document Fee- Recorded Mortgage | 9/25/2007 | 50.00 | 10/25/2007 |
| 318389 | 4381531 | Posting Cost | 9/25/2007 | 70.00 | 10/25/2007 |
| 318389 | 4381531 | Publication Cost | 9/25/2007 | 237.25 | 10/25/2007 |
| 318389 | 4381531 | Recording of Assignment | 9/27/2007 | 60.00 | 10/25/2007 |
| 318491 | 100122339 | Title Commitment | 9/25/2007 | 325.00 | 10/25/2007 |
| 318491 | 100122339 | Posting Cost | 9/25/2007 | 70.00 | 10/25/2007 |
| 318491 | 100122339 | Publication Cost | 9/25/2007 | 191.40 | 10/25/2007 |
| 318491 | 100122339 | Recording of Assignment | 9/27/2007 | 60.00 | 10/25/2007 |
| 318492 | 1000856609 | Title Update | 9/6/2007 | 35.00 | 10/25/2007 |
| 318492 | 1000856609 | Posting Cost | 9/7/2007 | 110.00 | 10/25/2007 |
| 318492 | 1000856609 | Publication Cost | 9/7/2007 | 283.10 | 10/25/2007 |
| 318492 | 1000856609 | Title Report | 9/18/2007 | 50.00 | 10/25/2007 |

| | | | | | |
|---|---|---|---|---|---|
| 318493 | 1000870924 | Title Commitment | 9/6/2007 | 1,003.00 | 10/25/2007 |
| 318493 | 1000870924 | Document Fee- Recorded Mortgage | 9/18/2007 | 50.00 | 10/25/2007 |
| 318493 | 1000870924 | Title Report | 9/19/2007 | 50.00 | 10/25/2007 |
| 318493 | 1000870924 | Recording of Assignment | 9/19/2007 | 60.00 | 10/25/2007 |
| 318493 | 1000870924 | Posting Cost | 9/19/2007 | 110.00 | 10/25/2007 |
| 318493 | 1000870924 | Publication Cost | 9/19/2007 | 237.25 | 10/25/2007 |
| 318494 | 1000964457 | Title Commitment | 9/24/2007 | 325.00 | 10/25/2007 |
| 318494 | 1000964457 | Posting Cost | 9/26/2007 | 70.00 | 10/25/2007 |
| 318494 | 1000964457 | Publication Cost | 9/26/2007 | 191.40 | 10/25/2007 |
| 318494 | 1000964457 | Recording of Assignment | 9/25/2007 | 60.00 | 10/25/2007 |
| 318494 | 1000964457 | Title Report | 9/30/2007 | 50.00 | 10/25/2007 |
| 318727 | 1001562467 | Title Commitment | 9/6/2007 | 325.00 | 10/26/2007 |
| 318727 | 1001562467 | Document Fee- Recorded Mortgage | 9/6/2007 | 50.00 | 10/26/2007 |
| 318727 | 1001562467 | Posting Cost | 9/7/2007 | 110.00 | 10/26/2007 |
| 318727 | 1001562467 | Publication Cost | 9/7/2007 | 237.25 | 10/26/2007 |
| 318727 | 1001562467 | Recording of Assignment | 9/7/2007 | 60.00 | 10/26/2007 |
| 318727 | 1001562467 | Title Report | 9/13/2007 | 50.00 | 10/26/2007 |
| 318728 | 4980733 | Title Commitment | 9/6/2007 | 325.00 | 10/26/2007 |
| 318728 | 4980733 | Document Fee- Mortgage | 9/12/2007 | 50.00 | 10/26/2007 |
| 318728 | 4980733 | Posting Cost | 9/12/2007 | 70.00 | 10/26/2007 |
| 318728 | 4980733 | Publication Cost | 9/12/2007 | 237.25 | 10/26/2007 |
| 318728 | 4980733 | Recording of Assignment | 9/12/2007 | 60.00 | 10/26/2007 |
| 318728 | 4980733 | Title Report | 9/13/2007 | 50.00 | 10/26/2007 |
| 318933 | 1001255006 | Title Commitment | 9/26/2007 | 350.00 | 10/29/2007 |
| 318933 | 1001255006 | Posting Cost | 9/27/2007 | 110.00 | 10/29/2007 |
| 318933 | 1001255006 | Publication Cost | 9/27/2007 | 283.10 | 10/29/2007 |
| 318933 | 1001255006 | Recording of Assignment | 9/28/2007 | 60.00 | 10/29/2007 |

| | | | | | |
|---|---|---|---|---|---|
| 319203 | 1001144077 | Title Commitment | 9/24/2007 | 325.00 | 10/30/2007 |
| 319203 | 1001144077 | Document Fee- Recorded Mortgage | 9/25/2007 | 50.00 | 10/30/2007 |
| 319203 | 1001144077 | Posting Cost | 9/25/2007 | 85.00 | 10/30/2007 |
| 318204 | 1001144077 | Publication Cost | 9/25/2007 | 235.88 | 10/30/2007 |
| 319203 | 1001144077 | Recording of Assignment | 9/26/2007 | 60.00 | 10/30/2007 |
| 319203 | 1001144077 | Title Report | 9/30/2007 | 50.00 | 10/30/2007 |
| | | | | | |
| 318204 | 1001268610 | Title Search | 9/27/2007 | 200.00 | 10/30/2007 |
| 318204 | 1001268610 | Posting Cost | 9/28/2007 | 85.00 | 10/30/2007 |
| 318204 | 1001268610 | Publication Cost | 9/28/2007 | 226.76 | 10/30/2007 |
| 318204 | 1001268610 | Recording of Assignment | 9/28/2007 | 60.00 | 10/30/2007 |
| | | | | | |
| 319475 | 1001141201 | Title Search | 9/18/2007 | 200.00 | 10/31/2007 |
| 319475 | 1001141201 | Posting Cost | 9/18/2007 | 70.00 | 10/31/2007 |
| 319475 | 1001141201 | Publication Cost | 9/18/2007 | 191.40 | 10/31/2007 |
| | | | | | |
| 319476 | 1001175942 | Title Commitment | 9/26/2007 | 325.00 | 10/31/2007 |
| 319476 | 1001175942 | Posting Cost | 9/26/2007 | 70.00 | 10/31/2007 |
| 319476 | 1001175942 | Publication Cost | 9/26/2007 | 191.40 | 10/31/2007 |
| 319476 | 1001175942 | Recording of Assignment | 9/27/2007 | 60.00 | 10/31/2007 |
| | | | | | |
| 319477 | 1001404923 | Title Commitment | 9/26/2007 | 380.00 | 10/31/2007 |
| 319477 | 1001404923 | Posting Cost | 9/26/2007 | 85.00 | 10/31/2007 |
| 319477 | 1001404923 | Publication Cost | 9/26/2007 | 393.80 | 10/31/2007 |
| 319477 | 1001404923 | Recording of Assignment | 9/27/2007 | 60.00 | 10/31/2007 |
| | | | | | |
| 319478 | 1001275356 | Title Commitment | 9/26/2007 | 325.00 | 10/31/2007 |
| 319478 | 1001275356 | Posting Cost | 9/26/2007 | 70.00 | 10/31/2007 |
| 319478 | 1001275356 | Publication Cost | 9/26/2007 | 191.40 | 10/31/2007 |
| 319478 | 1001275356 | Recording of Assignment | 9/27/2007 | 60.00 | 10/31/2007 |
| | | | | | |
| 319479 | 1000869510 | Title Search | 9/27/2007 | 200.00 | 10/31/2007 |
| 319479 | 1000869510 | Posting Cost | 9/28/2007 | 110.00 | 10/31/2007 |
| 319479 | 1000869510 | Publication Cost | 9/28/2007 | 237.25 | 10/31/2007 |
| 319479 | 1000869510 | Recording of Assignment | 9/28/2007 | 60.00 | 10/31/2007 |

| 322607 | 1000779759 | Recording of Assignment | 9/4/2007 | 60.00 | 10/17/2007 |
| 322607 | 1000779759 | Title Report | 9/8/2007 | 50.00 | 10/17/2007 |
| 322608 | 1000742920 | Title Report | 9/8/2007 | 50.00 | 10/17/2007 |
| 322608 | 1000742920 | Posting Cost for Affidavit of Abandonment | 9/24/2007 | 35.00 | 10/17/2007 |
| 322608 | 1000742920 | Certified Mail for Affidavit of Abandonment | 9/24/2007 | 4.64 | 10/17/2007 |
| | | TOTAL SEPTEMBER EXPENSES | | $46,999.33 | |

**Contested Hourly Compensation by Professional**

**September 1, 2007 - September 30, 2007**

| Name of Professional/Individual | Position, Area of Expertise, Number of Years in Practice, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Caleb J. Shureb | Associate, Real Estate Foreclosure - Retail, General Litigation - Property; 6 years; Admitted 2001 | $175.00 | 1.90 | $332.50 |
| Susan C. Myers | Associate, Real Estate Foreclosure - Retail, General Litigation - Property, Probate/Trust/Estate; 13 years; Admitted 1994 | $175.00 | 4.90 | $857.50 |
| Timothy B. Myers | Associate, Real Estate Foreclosure - Retail, General Litigation - Property; 9 years; Admitted 1998 | $175.00 | 1.60 | $280.00 |
| Ronald S. Glaser | Associate, Real Estate Foreclosure - Retail, General Litigation - Property; 15 years; Admitted 1992 | $175.00 | 2.30 | $402.50 |
| Blended Rate | | $175.00 | | |
| Grand Total | | | 10.90 | $1,907.50 |

*O R L A N S*
*P.O. BOX 5041*
*Troy, Michigan 48007-5041*
*(248) 457-1000*

Stephanie Loh
American Home Mortgage
4600 Regent Blvd.
Suite 200
P.O. Box 631730
Irving  TX  75063-1730

Page: 1
September 30, 2007
Account No:        356-0177W
Invoice No.        332692

William Steele
27651 Morningside Plaza
1000701427
AHMI065

**Fees**

| | | Rate | Hours | |
|---|---|---|---|---|
| 09/06/2007 | | | | |
| TBM | Preparation of Appearance, Answer and Affirmative Defenses. | 175.00 | 1.60 | 280.00 |
| 09/10/2007 | | | | |
| SCM | Preparation of Appellee's Appeal Brief | 175.00 | 3.80 | 665.00 |
| 09/21/2007 | | | | |
| SCM | Receipt and Review of Notice of Entry of Default. | 175.00 | 0.20 | 35.00 |
| 09/26/2007 | | | | |
| RSG | Correspondence with Plaintiff by Letter Re: Default Application. | 175.00 | 0.40 | 70.00 |
| | **Total Current Work** | | 6.00 | 1,050.00 |
| | **Total Current Work** | | | 1,050.00 |
| | ***Balance Due*** | | | $1,050.00 |

PLEASE REFERENCE OUR FILE NUMBER ON YOUR CHECK.  THANK YOU.

***O R L A N S***
***P.O. BOX 5041***
***Troy, Michigan 48007-5041***
***(248) 457-1000***

Jerry Rivera                                                                                    Page: 1
American Home Mortgage                                                        September 30, 2007
4600 Regent Blvd.                                                    Account No:      356-0350W
Suite 200                                                            Invoice No.         332991
P.O. Box 631730
Irving TX 75063-1730


Raymond Haugh
1645 Lochridge Road
1001120311


**Fees**

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 09/04/2007 |  |  |  |  |
| CJS | Receipt and Review of Faxed Binder Order | 175.00 | 0.20 | 35.00 |
| CJS | Correspondence with Opposing Counsel Regarding Binder Order | 175.00 | 0.10 | 17.50 |
| CJS | Correspondence with Court Regarding Binder Order | 175.00 | 0.20 | 35.00 |
| CJS | Preparation Of Stip and Order to Adjourn Trial | 175.00 | 0.20 | 35.00 |
| 09/05/2007 |  |  |  |  |
| CJS | Correspondence with Opposing Counsel Regarding Entry of Adjournment | 175.00 | 0.20 | 35.00 |
| 09/10/2007 |  |  |  |  |
| CJS | Correspondence with Opposing Counsel Regarding No DIL | 175.00 | 0.10 | 17.50 |
| CJS | Preparation of Amended Stipulated Adjournment Order | 175.00 | 0.20 | 35.00 |
| 09/12/2007 |  |  |  |  |
| CJS | Correspondence with Opposing Counsel Regarding No DIL | 175.00 | 0.10 | 17.50 |
| 09/13/2007 |  |  |  |  |
| CJS | Correspondence with Court Regarding Adjourned Trial Date | 175.00 | 0.20 | 35.00 |
| 09/26/2007 |  |  |  |  |
| CJS | Correspondence with Opposing Counsel Regarding Stipulation to Dismiss | 175.00 | 0.20 | 35.00 |
| CJS | Letter to Opposing Counsel Regarding Stipulation to Dismiss | 175.00 | 0.20 | 35.00 |
|  | **Total Current Work** |  | 1.90 | 332.50 |
|  | **Total Current Work** |  |  | 332.50 |
|  | ***Balance Due*** |  |  | $332.50 |

DUE UPON RECEIPT
PLEASE REFERENCE OUR FILE NUMBER ON YOUR CHECK.  THANK YOU.

***O R L A N S***
***P.O. BOX 5041***
***Troy, Michigan 48007-5041***
***(248) 457-1000***

Stephanie Loh                                                    Page: 1
American Home Mortgage                              September 30, 2007
4600 Regent Blvd.                          Account No:      356-0208V
Suite 200                                  Invoice No.         332847
P.O. Box 631730
Irving  TX  75063-1730

Donna Warren
20210 Heyden Street
1000913648/ AHMI004 -EV

### Fees

| | | Rate | Hours | |
|---|---|---|---|---|
| 09/05/2007 | | | | |
| SCM | Receipt and Review of Counter-Claim on Behalf of MERS. | 175.00 | 0.30 | 52.50 |
| SCM | Receipt and Review of First Set of Requests for Admissions, INterrogatories and Requests for Production of Documents to Plaintiff. | 175.00 | 0.30 | 52.50 |
| 09/11/2007 | | | | |
| SCM | Receipt and Review of Answer to Complaint and Affirmative Defenses. | 175.00 | 0.30 | 52.50 |
| 09/12/2007 | | | | |
| RSG | Receipt and Review of Motion to Withdraw as Counsel for Plaintiff Barbara Oden. | 175.00 | 0.20 | 35.00 |
| 09/13/2007 | | | | |
| RSG | Email Correspondence With Co-Counsel Re: Preparation of Pleadings. | 175.00 | 0.20 | 35.00 |
| 09/21/2007 | | | | |
| RSG | Receipt and Review of Motion to Withdraw Counsel. | 175.00 | 0.20 | 35.00 |
| 09/26/2007 | | | | |
| RSG | Receipt and Review of Plaintiff's Answer to Counter-Complaint. | 175.00 | 0.30 | 52.50 |
| | **Total Current Work** | | 1.80 | 315.00 |
| | **Total Current Work** | | | 315.00 |
| | ***Balance Due*** | | | $315.00 |

DUE UPON RECEIPT
PLEASE REFERENCE OUR FILE NUMBER ON YOUR CHECK.  THANK YOU.

**_O R L A N S_**
**_P.O. BOX 5041_**
**_Troy, Michigan 48007-5041_**
**_(248) 457-1000_**

Stephanie Loh                                                          Page: 1
American Home Mortgage                                September 30, 2007
4600 Regent Blvd.                            Account No:      356-0328U
Suite 200                                    Invoice No.          332924
P.O. Box 631730
Irving  TX  75063-1730

Leola Williams
631 Stirling
1000682309
AHMI078

**Fees**

|  | | | Rate | Hours | |
|---|---|---|---|---|---|
| 09/25/2007 | | | | | |
| | RSG | Correspondence by Mail with Opposing Counsel by Letter Re: Partial Payments. | 175.00 | 0.30 | 52.50 |
| | | **Total Current Work** | | 0.30 | 52.50 |
| | | **Total Current Work** | | | 52.50 |
| | | **_Balance Due_** | | | $52.50 |

*O R L A N S*
*P.O. BOX 5041*
*Troy, Michigan 48007-5041*
*(248) 457-1000*

Stephanie Loh
American Home Mortgage
4600 Regent Blvd.
Suite 200
P.O. Box 631730
Irving  TX  75063-1730

Page: 1
September 30, 2007
Account No:      356-0333V
Invoice No.       332994

Deborah Beeler
19680 Riopelle Street
1000916688
AHMI072

### Fees

| 09/28/2007 | | | Rate | Hours | |
|---|---|---|---|---|---|
| RSG | Preparation of Part of Motion for Summary Disposition | | 175.00 | 0.90 | 157.50 |
| | **Total Current Work** | | | 0.90 | 157.50 |
| | **Total Current Work** | | | | 157.50 |
| | *Balance Due* | | | | $157.50 |

DUE UPON RECEIPT
PLEASE REFERENCE OUR FILE NUMBER ON YOUR CHECK.  THANK YOU.