IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| --------------------------------------------------------------------- x | Chapter 11 | |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | |
| a Delaware corporation, et al., [1] | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: February 13, 2008 at 4:00 p.m. |
| --------------------------------------------------------------------- x | | Hearing Date: N/A |

## NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the Official Committee of Unsecured Creditors

    The **Third Monthly Application of the Orlans Associates as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period October 1, 2007 through October 31, 2007** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $7,927.50 and interim expenses in the amount of $16,240.13.

    Objections to the Application, if any, are required to be filed on or before **February 13, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

    At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon); (viii) The Law Offices of Alan Weinreb, PLLC, Weinrub & Associates, PLLC, 6800 Jericho Turnpike, Suite 207W, Syosset, NY 11791, (Attn: Alan Weinreb).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
January 24, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret B. Whiteman
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| -------------------------------------------------------------------- x | Chapter 11 | |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | |
| a Delaware corporation, et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: |
| | : | Hearing Date: N/A |
| -------------------------------------------------------------------- x | | |

**THIRD MONTHLY APPLICATION OF
ORLANS ASSOCIATES AS FORECLOSURE SERVICE PROVIDER FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007**

Name of Applicant: **Orlans Associates**

Authorized to Provide Professional Services to: **Debtors and Debtors-in-Possession**

Date of Retention: **Effective as of August 6, 2007**

Period for which compensation and
reimbursement is sought: **October 1, 2007 through October 31, 2007**

Amount of Interim Compensation sought as
actual, reasonable and necessary: **$7,927.50**

Amount of Interim Expense Reimbursement sought
as actual, reasonable and necessary: **$16,240.13**

This is an: __X__ interim ____ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors.
This application includes no fee component in connection with the preparation of Fee
Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fee $34,527.50 | Expenses $46,999.33 | Fees | Expenses |
| | September 1, 2007 thru September 30, 2007 | | | | |

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fee $27,652.50 | Expenses $85,597.87 | Fees | Expenses |
| | August 6, 2007 thru August 31, 2007 | | | | |

## *INTERIM COMPENSATION BY PROJECT CATEGORY*

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $6,685.00 |
| Foreclosure-related work (Hourly) | | $1,242.50 |
| | 7.10 | |
| **TOTALS** | **7.10** | **$7,927.50** |

## *INTERIM EXPENSES*

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Funds advanced for foreclosure costs: title searches, filing fees, sales fees | | $16,162.65 |
| | | $77.48 |
| Foreclosure-related work (Hourly) expensese | | |
| **Totals** | | **$16,240.13** |

## VERIFICATION OF FEE APPLICATION

STATE OF Michigan)
                          )     SS:
COUNTY OF Oakland      )

      Marshall R. Isaacs, after being duly sworn according to law, deposes and says:

    1.    I am a member in the applicant firm, Orlans Associates, P.C. (the "Firm") and have been admitted to the bar of the state of Michigan since 1988.

    2.    I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

    3.    The services and expenses were performed and incurred within the month subject to the foregoing Application.

    4.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                           Marshall R. Isaacs (P-41142)

SWORN TO AND SUBSCRIBED
before me this 10th day of December, 2007.

_Sonya Haberski_
Notary Public

SONYA HABERSKI
Notary Public, State of Michigan
County of Macomb
My Commission Expires Nov. 13, 2013
Acting in the County of Oakland

| Flat Fee Rate Chart | |
|---|---|
| | |
| **RE: American Home Mortgage / Flat Fee Rates for Michigan Foreclosures** | |
| **Bankruptcy, Motion for Relief from Automatic Stay -** Covers one court appearance.  Fee incurred and billed when motion filed or order entered or file closed. | $600.00 |
| **Proof of Claim -** Fee incurred and billed when filed. | $400.00 |
| **Claim Letter** - Process and monitor title claim.  Fee incurred and billed when title claim is resolved or file closed. | $125.00 |
| **Attorney Fee - Foreclosure Proceedings** -  Opening of file.  Preparation of publication documents.  Verify name of mortgagor.  Check for Bankruptcy filings.  Fee incurred and billed when file closed. | $650.00 |
| **Attorney Fee - Preparation of Adjournment** - Preparation of documents for postponement of sale.  Fee incurred and billed when file is closed. | $20.00/ week |
| **Attorney Fee - Preparation of Assignments** - Preparation of assignment of mortgage documents.  Fee incurred and billed when file is closed. | $75.00 |
| **Attorney Fee - Monitoring Lien** - Monitoring of Senior Lien.  Fee incurred and billed when file is closed. | $200.00 |
| **Attorney Fee - Preparation of Subordination Agreement** - Preparation of documents for Subordination Agreement.  Fee incurred and billed when file is closed. | $125.00 |
| **Attorney Fee - Affidavit of Abandonment** - Preparation of documentation to short redemption period.  Fee incurred and billed when file is closed. | $150.00 |
| | |
| The above are flat fees for standard, uncontested matters in Michigan.  If a matter becomes contested or complicated, it will be billed hourly.  The hourly rate is $150 to $185.  Costs are in addition to the fees herein set forth. | |

## OCTOBER FEES

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount | Invoice Date |
|---|---|---|---|---|---|
| 313400 | 1000623590 | Attorney Fee- Proof of Claim | 10/1/2007 | $150.00 | 10/1/2007 |
| 313401 | 1000623715 | Attorney Fee- Proof of Claim | 10/1/2007 | $150.00 | 10/1/2007 |
| 313793 | 1001473637 | Attorney Fee- Quit Claim Deed | 10/2/2007 | $75.00 | 10/3/2007 |
| 313794 | 1001602300 | Attorney Fee- Quit Claim Deed | 10/2/2007 | $75.00 | 10/3/2007 |
| 314926 | 1000881723 | Attorney Fee- Quit Claim Deed | 10/9/2007 | $75.00 | 10/9/2007 |
| 314929 | 1000735994 | Attorney Fee- Preparation of Adjournment | 10/2/2007 | $20.00 | 10/9/2007 |
| 314971 | 1001379131 | Attorney Fee- Claim Letter | 10/5/2007 | $125.00 | 10/9/2007 |
| 315364 | 1001248137 | Attorney Fee- Motion for Relief | 10/10/2007 | $650.00 | 10/11/2007 |
| 315365 | 1001248151 | Attorney Fee- Motion for Relief | 10/10/2007 | $650.00 | 10/11/2007 |
| 315881 | 1000162473 | Attorney Fee- Claim Letter - resolved by MIA | 10/10/2007 | $125.00 | 10/12/2007 |
| 316374 | 1001309170 | Attorney Fee- Motion for Relief | 10/16/2007 | $600.00 | 10/17/2007 |
| 316375 | 1000903450 | Motion for Relief from Automatic Stay | 10/16/2007 | $600.00 | 10/17/2007 |
| 316956 | 1001328272 | Attorney Fee- Preparation of Adjournment | 10/4/2007 | $40.00 | 10/18/2007 |
| 317227 | 1000866150 | Attorney Fee- Preparation of Adjournment | 10/12/2007 | $20.00 | 10/19/2007 |
| 317600 | 1000826543 | Motion for Relief from Automatic Stay | 10/22/2007 | $600.00 | 10/23/2007 |
| 317671 | 1000759984 | Attorney Fee- Preparation of Adjournment | 10/2/2007 | $60.00 | 10/23/2007 |

| 317742 | 1000902347 | Attorney Fee-Quit Claim Deed | 10/22/2007 | $75.00 | 10/23/2007 |
|--------|------------|------------------------------|------------|--------|------------|
| 317828 | 1000735815 | Motion for Relief from Automatic Stay | 10/23/2007 | $600.00 | 10/24/2007 |
| 317918 | 1000682468 | Proof of Claim | 10/24/2007 | $400.00 | 10/24/2007 |
| 318188 | 1000850480 | Attorney Fee- Preparation of Adjournment | 10/17/2007 | $20.00 | 10/24/2007 |
| 318492 | 1000856609 | Attorney Fee- Preparation of Adjournment | 10/11/2007 | $40.00 | 10/25/2007 |
| 318574 | 1000895637 | Eviction Proceedings | 10/18/2007 | $300.00 | 10/26/2007 |
| 318575 | 1000630106 | Motion for Relief from Automatic Stay | 10/25/2007 | $600.00 | 10/26/2007 |
| 318727 | 1001562467 | Attorney Fee- Preparation of Adjournment | 10/12/2007 | $40.00 | 10/26/2007 |
| 318728 | 4980733 | Attorney Fee- Preparation of Adjournment | 10/19/2007 | $20.00 | 10/26/2007 |
| 318932 | 1000801684 | Attorney Fee-Quit Claim Deed | 10/26/2007 | $75.00 | 10/29/2007 |
| 319265 | 1001132284 | Proof of Claim | 10/30/2007 | $400.00 | 10/31/2007 |
| 319475 | 1001141201 | Attorney Fee- Preparation of Adjournment | 10/24/2007 | $20.00 | 10/31/2007 |
| 322607 | 1000779759 | Attorney Fee-Preparation of Adjournments | 10/3/2007 | $40.00 | 10/17/2007 |
| 322608 | 1000742920 | Attorney Fee- Preparation of Adjournment | 10/3/2007 | $40.00 | 10/17/2007 |
| | | **TOTAL OCTOBER FEES** | | **$6,685.00** | |

## OCTOBER EXPENSES

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount | Invoice Date |
|---|---|---|---|---|---|
| 318491 | 100122339 | Title Report | 10/1/2007 | 50.00 | 10/25/2007 |
| 319475 | 1001141201 | Title Report | 10/1/2007 | 50.00 | 10/31/2007 |
| 313793 | 1001473637 | Recording of Quit Claim Deed | 10/2/2007 | 60.00 | 10/3/2007 |
| 313794 | 1001602300 | Recording of Quit Claim Deed | 10/2/2007 | 60.00 | 10/3/2007 |
| 314929 | 100073699 | Adjournment Cost | 10/2/2007 | 8.00 | 10/9/2007 |
| 316292 | 1001298779 | Title Report | 10/2/2007 | 50.00 | 10/10/2007 |
| 317671 | 1000759984 | Adjournment Cost | 10/2/2007 | 24.00 | 10/23/2007 |
| 318012 | 1000869125 | Title Report | 10/2/2007 | 50.00 | 10/24/2007 |
| 319476 | 1001175942 | Title Report | 10/2/2007 | 50.00 | 10/31/2007 |
| 319477 | 1001404923 | Title Report | 10/2/2007 | 50.00 | 10/31/2007 |
| 319478 | 1001276356 | Title Report | 10/2/2007 | 50.00 | 10/31/2007 |
| 313795 | 1001551905 | Title Commitment | 10/3/2007 | 325.00 | 10/3/2007 |
| 313925 | 1001419230 | Sheriff Cost | 10/3/2007 | 50.00 | 10/3/2007 |
| 313925 | 1001419230 | Recording of Sale | 10/3/2007 | 29.00 | 10/3/2007 |
| 313925 | 1001419230 | Transfer tax for sale | 10/3/2007 | 45.10 | 10/3/2007 |
| 314342 | 1000841063 | Execution of Order of Eviction/Removal of Items | 10/3/2007 | 1,500.00 | 10/5/2007 |
| 314970 | 1001131340 | Sheriff Cost | 10/3/2007 | 50.00 | 10/9/2007 |
| 314970 | 1001131340 | Recording of Sale | 10/3/2007 | 29.00 | 10/9/2007 |
| 314970 | 1001131340 | Transfer tax for sale | 10/3/2007 | 274.45 | 10/9/2007 |

| | | | | | |
|---|---|---|---|---|---|
| 314971 | 100137913I | Sheriff Cost | 10/3/2007 | 50.00 | 10/9/2007 |
| 314971 | 100137913I | Recording of Sale | 10/3/2007 | 29.00 | 10/9/2007 |
| 314971 | 100137913I | Transfer tax for sale | 10/3/2007 | 55.10 | 10/9/2007 |
| 314973 | 1000731464 | Sheriff Cost | 10/3/2007 | 50.00 | 10/9/2007 |
| 314973 | 1000731464 | Recording of Sale | 10/3/2007 | 29.00 | 10/9/2007 |
| 314973 | 1000731464 | Transfer tax for sale | 10/3/2007 | 111.10 | 10/9/2007 |
| 318389 | 4381531 | Title Report | 10/3/2007 | 50.00 | 10/25/2007 |
| 318933 | 1001255006 | Title Report | 10/3/2007 | 50.00 | 10/29/2007 |
| 319204 | 1001255610 | Title Report | 10/3/2007 | 50.00 | 10/30/2007 |
| 322607 | 1000779759 | Adjournment Cost | 10/3/2007 | 16.00 | 10/17/2007 |
| 322608 | 1000742920 | Adjournment Cost | 10/3/2007 | 16.00 | 10/17/2007 |
| 314972 | 1000946980 | Sheriff Cost | 10/4/2007 | 50.00 | 10/9/2007 |
| 314972 | 1000946980 | Recording of Sale | 10/4/2007 | 29.00 | 10/9/2007 |
| 314972 | 1000946980 | Transfer tax for sale | 10/4/2007 | 631.40 | 10/9/2007 |
| 315055 | 1001194091 | Title Report | 10/4/2007 | 50.00 | 10/10/2007 |
| 315521 | 1000787081 | Sheriff Cost | 10/4/2007 | 50.00 | 10/11/2007 |
| 315521 | 1000787081 | Recording of Sale | 10/4/2007 | 29.00 | 10/11/2007 |
| 315521 | 1000787081 | Transfer tax for sale | 10/4/2007 | 100.10 | 10/11/2007 |
| 315881 | 1000156247J | Sheriff Cost | 10/4/2007 | 50.00 | 10/12/2007 |
| 315881 | 1000156247J | Recording of Sale | 10/4/2007 | 29.00 | 10/12/2007 |
| 315881 | 1000156247J | Transfer tax for sale | 10/4/2007 | 72.05 | 10/12/2007 |
| 316966 | 1001328272 | Adjournment Cost | 10/4/2007 | 16.00 | 10/18/2007 |
| 315237 | 1001445549 | Sheriff Cost | 10/5/2007 | 50.00 | 10/10/2007 |
| 315237 | 1001445549 | Recording of Sale | 10/5/2007 | 52.00 | 10/10/2007 |
| 315237 | 1001445549 | Transfer tax for sale | 10/5/2007 | 89.10 | 10/10/2007 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 315238 | 1000707317 | Sheriff Cost | 10/5/2007 | 50.00 | 10/10/2007 | |
| 315238 | 1000707317 | Recording of Sale | 10/5/2007 | 52.00 | 10/10/2007 | |
| 315238 | 1000707317 | Transfer tax for sale | 10/5/2007 | 125.95 | 10/10/2007 | |
| 315239 | 1000676247 | Sheriff Cost | 10/5/2007 | 50.00 | 10/10/2007 | |
| 315239 | 1000676247 | Recording of Sale | 10/5/2007 | 52.00 | 10/10/2007 | |
| 315239 | 1000676247 | Transfer tax for sale | 10/5/2007 | 20.90 | 10/10/2007 | |
| 315240 | 4283230 | Sheriff Cost | 10/5/2007 | 50.00 | 10/10/2007 | |
| 315240 | 4283230 | Recording of Sale | 10/5/2007 | 55.00 | 10/10/2007 | |
| 315241 | 1000602372 | Sheriff Cost | 10/5/2007 | 50.00 | 10/10/2007 | |
| 315241 | 1000602372 | Recording of Sale | 10/5/2007 | 52.00 | 10/10/2007 | |
| 315241 | 1000602372 | Transfer tax for sale | 10/5/2007 | 162.35 | 10/10/2007 | |
| 315242 | 1001195672 | Sheriff Cost | 10/5/2007 | 50.00 | 10/10/2007 | |
| 315242 | 1001195672 | Recording of Sale | 10/5/2007 | 52.00 | 10/10/2007 | |
| 315242 | 1001195672 | Transfer tax for sale | 10/5/2007 | 9.90 | 10/10/2007 | |
| 314776 | 1000763773 | Execution of Order of Eviction/Removal of items | 10/8/2007 | 1,245.00 | 10/9/2007 | |
| 314776 | 1000763773 | City Cost- Dumpster | 10/8/2007 | 300.00 | 10/9/2007 | |
| 314926 | 1000881723 | Recording of Quit Claim Deed | 10/9/2007 | 60.00 | 10/9/2007 | |
| 315364 | 1001248137 | Filing Fee- Motion for Relief | 10/10/2007 | 150.00 | 10/11/2007 | |
| 315365 | 1001248151 | Filing Fee- Motion for Relief | 10/10/2007 | 150.00 | 10/11/2007 | |
| 316141 | 4298366 | City Cost- Dumpster | 10/10/2007 | 300.00 | 10/16/2007 | |
| 316141 | 4298366 | Execution of Order of Eviction | 10/10/2007 | 1,235.00 | 10/16/2007 | |
| 316696 | 1001126625 | Sheriff Cost | 10/10/2007 | 50.00 | 10/17/2007 | |
| 319479 | 1000869510 | Title Report | 10/10/2007 | 50.00 | 10/31/2007 | |

| | | | | | |
|---|---|---|---|---|---|
| 316295 | 1000835855 | Sheriff Cost | 10/11/2007 | 50.00 | 10/16/2007 |
| 316295 | 1000835855 | Recording of Sale | 10/11/2007 | 29.00 | 10/16/2007 |
| 316295 | 1000835855 | Transfer tax for sale | 10/11/2007 | 393.80 | 10/16/2007 |
| 318492 | 1000856609 | Adjournment Cost | 10/11/2007 | 16.00 | 10/25/2007 |
| 317227 | 1000866150 | Adjournment Cost | 10/12/2007 | 8.00 | 10/19/2007 |
| 318727 | 1001562467 | Adjournment Cost | 10/12/2007 | 16.00 | 10/26/2007 |
| 322607 | 1000779759 | Sheriff Cost | 10/13/2007 | 50.00 | 10/17/2007 |
| 322607 | 1000779759 | Recording of Sale | 10/13/2007 | 52.00 | 10/17/2007 |
| 322607 | 1000779759 | Transfer tax for sale | 10/13/2007 | 52.80 | 10/17/2007 |
| 317227 | 1000866150 | Sheriff Cost | 10/14/2007 | 50.00 | 10/19/2007 |
| 317227 | 1000866150 | Recording of Sale | 10/14/2007 | 29.00 | 10/19/2007 |
| 317227 | 1000866150 | Transfer tax for sale | 10/14/2007 | 304.70 | 10/19/2007 |
| 316956 | 1001328272 | Sheriff Cost | 10/15/2007 | 50.00 | 10/18/2007 |
| 316956 | 1001328272 | Recording for Sale | 10/15/2007 | 52.00 | 10/18/2007 |
| 316956 | 1001328272 | Transfer tax for sale | 10/15/2007 | 232.10 | 10/18/2007 |
| 322608 | 1000742920 | Sheriff Cost | 10/15/2007 | 50.00 | 10/17/2007 |
| 322608 | 1000742920 | Recording of Sale | 10/15/2007 | 52.00 | 10/17/2007 |
| 322608 | 1000742920 | Transfer tax for sale | 10/15/2007 | 40.70 | 10/17/2007 |
| 316374 | 1001309170 | Filing Fee-- Motion for Relief | 10/16/2007 | 150.00 | 10/17/2007 |
| 316375 | 1000903450 | Filing Fee-- Motion for Relief | 10/16/2007 | 150.00 | 10/17/2007 |
| 318188 | 1000850480 | Adjournment Cost | 10/17/2007 | 8.00 | 10/24/2007 |
| 318188 | 1000850480 | Sheriff Cost | 10/17/2007 | 50.00 | 10/24/2007 |
| 318188 | 1000850480 | Recording of Sale | 10/17/2007 | 29.00 | 10/24/2007 |
| 318188 | 1000850480 | Transfer tax for sale | 10/17/2007 | 8.80 | 10/24/2007 |

| | | | | | |
|---|---|---|---|---|---|
| 318727 | 1001562467 | Sheriff Cost | 10/17/2007 | 50.00 | 10/26/2007 |
| 318727 | 1001562467 | Recording of Sale | 10/17/2007 | 29.00 | 10/26/2007 |
| 318727 | 1001562467 | Transfer tax for sale | 10/17/2007 | 73.70 | 10/26/2007 |
| 318492 | 1000856609 | Sheriff Cost | 10/18/2007 | 50.00 | 10/25/2007 |
| 318492 | 1000856609 | Recording of Sale | 10/18/2007 | 29.00 | 10/25/2007 |
| 318492 | 1000856609 | Transfer tax for sale | 10/18/2007 | 287.10 | 10/25/2007 |
| 318493 | 1000870924 | Sheriff Cost | 10/18/2007 | 50.00 | 10/25/2007 |
| 318493 | 1000870924 | Recording of Sale | 10/18/2007 | 29.00 | 10/25/2007 |
| 318493 | 1000870924 | Transfer tax for sale | 10/18/2007 | 1,906.85 | 10/25/2007 |
| 318574 | 1000896637 | Filing Fee- Summons and Complaint | 10/18/2007 | 45.00 | 10/26/2007 |
| 318574 | 1000896637 | Service Fee- Summons and Complaint | 10/18/2007 | 47.00 | 10/26/2007 |
| 317671 | 1000759984 | Sheriff Cost | 10/19/2007 | 50.00 | 10/23/2007 |
| 317671 | 1000759984 | Recording of Sale | 10/19/2007 | 29.00 | 10/23/2007 |
| 317671 | 1000759984 | Transfer tax for sale | 10/19/2007 | 584.65 | 10/23/2007 |
| 318728 | 4980733 | Adjournment Cost | 10/19/2007 | 8.00 | 10/26/2007 |
| 317600 | 1000826643 | Filing Fee- Motion for Relief | 10/22/2007 | 150.00 | 10/23/2007 |
| 317742 | 1000902347 | Recording of Quit Claim Deed | 10/22/2007 | 60.00 | 10/23/2007 |
| 318187 | 1001202648 | Sheriff Cost | 10/22/2007 | 50.00 | 10/24/2007 |
| 318187 | 1001202648 | Recording of Sale | 10/22/2007 | 52.00 | 10/24/2007 |
| 318187 | 1001202648 | Transfer tax for sale | 10/22/2007 | 8.25 | 10/24/2007 |
| 318389 | 4381531 | Sheriff Cost | 10/22/2007 | 50.00 | 10/25/2007 |
| 318491 | 100122339 | Sheriff Cost | 10/22/2007 | 50.00 | 10/25/2007 |
| 318491 | 100122339 | Recording of Sale | 10/22/2007 | 52.00 | 10/25/2007 |
| 318491 | 100122339 | Transfer tax for sale | 10/22/2007 | 19.80 | 10/25/2007 |
| 318494 | 1000964457 | Sheriff Cost | 10/22/2007 | 50.00 | 10/25/2007 |

| Acct | Loan No. | Description | Date | Amount | Date |
|---|---|---|---|---|---|
| 318728 | 4980733 | Sheriff Cost | 10/22/2007 | 50.00 | 10/26/2007 |
| 318728 | 4980733 | Recording of Sale | 10/22/2007 | 29.00 | 10/26/2007 |
| 317828 | 1000735815 | Filing Fee- Motion for Relief | 10/24/2007 | 150.00 | 10/24/2007 |
| 319204 | 1001268610 | Sheriff Cost | 10/23/2007 | 50.00 | 10/30/2007 |
| 319204 | 1001268610 | Recording of Sale | 10/23/2007 | 32.00 | 10/30/2007 |
| 319479 | 1000869510 | Sheriff Cost | 10/23/2007 | 50.00 | 10/31/2007 |
| 319479 | 1000869510 | Recording of Sale | 10/23/2007 | 32.00 | 10/31/2007 |
| 318933 | 1001255006 | Sheriff Cost | 10/24/2007 | 50.00 | 10/29/2007 |
| 319475 | 1001141201 | Adjournment Cost | 10/24/2007 | 8.00 | 10/31/2007 |
| 319477 | 1001404923 | Sheriff Cost | 10/24/2007 | 50.00 | 10/31/2007 |
| 319477 | 1001404923 | Recording of Sale | 10/24/2007 | 29.00 | 10/31/2007 |
| 319477 | 1001404923 | Transfer tax for sale | 10/24/2007 | 262.90 | 10/31/2007 |
| 318575 | 1000630106 | Filing Fee- Motion for Relief | 10/25/2007 | 150.00 | 10/26/2007 |
| 318932 | 1000801684 | Recording of Quit Claim Deed | 10/26/2007 | 60.00 | 10/29/2007 |
| 319203 | 1001144077 | Sheriff Cost | 10/26/2007 | 50.00 | 10/30/2007 |
| 319475 | 1001141201 | Recording of Sale | 10/29/2007 | 55.00 | 10/31/2007 |
| 319475 | 1001141201 | Sheriff Cost | 10/29/2007 | 50.00 | 10/31/2007 |
| 319476 | 1001175942 | Transfer tax for sale | 10/29/2007 | 28.60 | 10/31/2007 |
| 319476 | 1001175942 | Recording of sale | 10/29/2007 | 52.00 | 10/31/2007 |
| 319476 | 1001175942 | Sheriff Cost | 10/29/2007 | 50.00 | 10/31/2007 |
| 319478 | 1001275356 | Transfer tax for sale | 10/29/2007 | 37.40 | 10/31/2007 |
| 319478 | 1001275356 | Recording of Sale | 10/29/2007 | 52.00 | 10/31/2007 |
| 319478 | 1001275356 | Sheriff Cost | 10/29/2007 | 50.00 | 10/31/2007 |
| **TOTAL OCTOBER EXPENSES** | | | | **$16,162.65** | |
| 319203 | 1001144077 | Recording of Sale | 10/30/2007 | 29.00 | 10/30/2007 |

| Name of Professional/Individual | Position, Area of Expertise, Number of Years in Practice, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| | | **Contested Hourly Compensation by Professional** | | |
| | | **October 1, 2007 - October 31, 2007** | | |
| | | | | |
| Caleb J. Shureb | Associate, Real Estate Foreclosure - Retail, General Litigation - Property; 6 years; Admitted 2001 | $175.00 | 1.30 | $227.50 |
| Timothy B. Myers | Associate, Real Estate Foreclosure - Retail, General Litigation - Property; 9 years; Admitted 1998 | $175.00 | 3.40 | $595.00 |
| Ronald S. Glaser | Associate, Real Estate Foreclosure - Retail, General Litigation - Property; 15 years; Admitted 1992 | $175.00 | 2.40 | $420.00 |
| | | | | |
| **Blended Rate** | | $175.00 | | |
| **Grand Total** | | | 7.10 | $1,242.50 |

**_O R L A N S_**
**_P.O. BOX 5041_**
**_Troy, Michigan 48007-5041_**
**_(248) 457-1000_**

Stephanie Loh                                                    Page: 1
American Home Mortgage                                  October 31, 2007
4600 Regent Blvd.                          Account No:        356-0208V
Suite 200                                  Invoice No.          332848
P.O. Box 631730
Irving  TX  75063-1730

Donna Warren
20210 Heyden Street
1000913648/ AHMI004 -EV

**Fees**

|            |                                                                      | Rate   | Hours |        |
|------------|----------------------------------------------------------------------|--------|-------|--------|
| 10/08/2007 |                                                                      |        |       |        |
| RSG        | Receipt and Review of First Set of Requests for Admissions and Interrogatories | 175.00 | 0.40  | 70.00  |
| 10/18/2007 |                                                                      |        |       |        |
| RSG        | Preparation Interrogatories and Production of Documents.             | 175.00 | 1.70  | 297.50 |
|            | **Total Current Work**                                               |        | 2.10  | 367.50 |
|            | **Total Current Work**                                               |        |       | 367.50 |
|            | **_Balance Due_**                                                    |        |       | $367.50 |

**_O R L A N S_**
**_P.O. BOX 5041_**
**_Troy, Michigan 48007-5041_**
**_(248) 457-1000_**

Stephanie Loh
American Home Mortgage
4600 Regent Blvd.
Suite 200
P.O. Box 631730
Irving  TX  75063-1730

Page: 1
October 31, 2007
Account No:        356-0177W
Invoice No.          332691

William Steele
27651 Morningside Plaza
1000701427
AHMI065

### Fees

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 10/03/2007 | TBM | Attendance at Appeal Hearing. | 175.00 | 2.90 | 507.50 |
| 10/08/2007 | TBM | Receipt and Review of Re-Notice of Entry of Default. | 175.00 | 0.30 | 52.50 |
| 10/18/2007 | TBM | Receipt and Review Opinion and Order | 175.00 | 0.10 | 17.50 |
| 10/31/2007 | TBM | Receipt and Review Scheduling Order. | 175.00 | 0.10 | 17.50 |
|  |  | **Total Current Work** |  | 3.40 | 595.00 |

### Expenses

|  |  |  |
|---|---|---|
| 10/23/2007 | Delivery Service Fees for Emergency Appeal Brief to Reliable Delivery | 77.48 |
|  | **Total Current Expenses** | 77.48 |
|  | **Total Current Work** | 672.48 |
|  | **_Balance Due_** | $672.48 |

*O R L A N S*
*P.O. BOX 5041*
*Troy, Michigan 48007-5041*
*(248) 457-1000*

Stephanie Loh
American Home Mortgage
4600 Regent Blvd.
Suite 200
P.O. Box 631730
Irving  TX  75063-1730

Page: 1
October 31, 2007
Account No:       356-0328U
Invoice No.        332925

Leola Williams
631 Stirling
1000682309
AHMI078

**Fees**

|  | | Rate | Hours | |
|---|---|---|---|---|
| 10/12/2007 | | | | |
| RSG | Telephone Conference with Opposing Counsel Re: Case Status and Possible Dismissal | 175.00 | 0.30 | 52.50 |
| | **Total Current Work** | | 0.30 | 52.50 |
| | **Total Current Work** | | | 52.50 |
| | *Balance Due* | | | $52.50 |

**_O R L A N S_**
**_P.O. BOX 5041_**
**_Troy, Michigan 48007-5041_**
**_(248) 457-1000_**

Jerry Rivera
American Home Mortgage
4600 Regent Blvd.
Suite 200
P.O. Box 631730
Irving  TX  75063-1730

Page: 1
October 31, 2007
Account No:     356-0350W
Invoice No.         332992

Raymond Haugh
1645 Lochridge Road
1001120311

### Fees

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **10/08/2007** |  |  |  |  |
| CJS | Correspondence with Attorney Kelly Myers Regarding Status of Stipulation | 175.00 | 0.10 | 17.50 |
| **10/09/2007** |  |  |  |  |
| CJS | Correspondence with Opposing Counsel Regarding Status of Stipulation | 175.00 | 0.10 | 17.50 |
| **10/15/2007** |  |  |  |  |
| CJS | Correspondence with Opposing Counsel Regarding Status of Stipulation | 175.00 | 0.20 | 35.00 |
| CJS | Correspondence with Circuit COurt Regarding Status of Stipulation | 175.00 | 0.20 | 35.00 |
| **10/25/2007** |  |  |  |  |
| CJS | Correspondence with Opposing Counsel Regarding Case Settled | 175.00 | 0.20 | 35.00 |
| CJS | Correspondence with Circuit Court Regarding Case Settled | 175.00 | 0.10 | 17.50 |
| **10/29/2007** |  |  |  |  |
| CJS | Receipt and Review of Signed Dismissal | 175.00 | 0.10 | 17.50 |
| CJS | Correspondence with Circuit Court Regarding Signed Dismissal | 175.00 | 0.20 | 35.00 |
|  | **Total Current Work** |  | 1.20 | 210.00 |
|  | **Total Current Work** |  |  | 210.00 |
|  | **_Balance Due_** |  |  | $210.00 |

PLEASE REFERENCE OUR FILE NUMBER ON YOUR CHECK.  THANK YOU.

*O R L A N S*
*P.O. BOX 5041*
*Troy, Michigan 48007-5041*
*(248) 457-1000*

Betty Laphen
American Home Mortgage
4600 Regent Blvd.
Suite 200
P.O. Box 631730
Irving  TX  75063-1730

Page: 1
October 31, 2007
Account No:     356-0156T
Invoice No.        332986

Junaid Mohammed and Mehnaz Alam
3747 Williams
1000765280

### Fees

| Date | | | Rate | Hours | |
|---|---|---|---|---|---|
| 10/16/2007 | | | | | |
| | CJS | Correspondence with Opposing Counsel Regarding Status of Dismissal | | | |
| | | | 175.00 | 0.10 | 17.50 |
| | | **Total Current Work** | | 0.10 | 17.50 |
| | | **Total Current Work** | | | 17.50 |
| | | *Balance Due* | | | $17.50 |

PLEASE REFERENCE OUR FILE NUMBER ON YOUR CHECK.  THANK YOU.