IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,

Debtors.

---------------------------------------------------------------- x

Case No. 07-11047 (CSS)

Jointly Administered

Objection Deadline:
Hearing Date: N/A

**MONTHLY APPLICATION OF
COHN, GOLDBERG & DEUTSCH, LLC AS FORECLOSURE SERVICE PROVIDER
FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007**

| | |
|---|---|
| Name of Applicant: | **Cohn, Goldberg & Deutsch, LLC** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **Effective as of August 6, 2007** |
| Period for which compensation and reimbursement is sought: | **November 1, 2007 through November 30, 2007** |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | **$42,750.00** |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | **$72,561.86** |

This is an: __X__ interim ____ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors. This application includes no fee component in connection with the preparation of Fee Applications.

DB02:6284742.1

064657.1001

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $41,300.00 |
| Bankruptcy-related work | | $1,450.00 |
| TOTALS | N/A | $42,750.00 |

## INTERIM EXPENSES

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| | | 72,564.86 |

# VERIFICATION OF FEE APPLICATION

STATE OF MARYLAND    )
                                            SS:
COUNTY OF BALTIMORE )

STEPHEN N. GOLDBERG, after being duly sworn according to law, deposes and says:

1. I am a MEMBER in the applicant firm (the "Firm") and have been admitted to the bar of the State of MARYLAND since JANUARY 14, 1972, and the DISTRICT OF COLUMBIA since JANUARY 25, 1979.

2. I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

3. The services and expenses were performed and incurred within the month subject to the foregoing Application.

4. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
STEPHEN N. GOLDBERG

SWORN TO AND SUBSCRIBED
before me this 21st day of January, 2008.

_____
Notary Public

[Notary Seal: STACEY WEBB, NOTARY PUBLIC, BALTIMORE COUNTY, MARYLAND, My Comm. Expires June 29, 2011]

| INVOICE NO. | LOAN NO. | DESCRIPTION OF SERVICES | DATE | AMOUNT |
|---|---|---|---|---|
| 139853 | 1001127905 | FC ATTORNEY FEE | 11/02/07 | 800.00 |
| 139961 | 4175560 | PROOF OF CLAIM | 11/06/07 | 150.00 |
| 139962 | 1399524 | PROOF OF CLAIM | 11/06/07 | 150.00 |
| 139963 | 3878583 | PROOF OF CLAIM | 11/06/07 | 150.00 |
| 140022 | 1000994527 | AFFIDAVIT OF DEFAULT | 11/07/07 | 50.00 |
| 140023 | 1000668549 | MOTION FOR RELIEF | 11/08/07 | 650.00 |
| 140103 | 1001299107 | TITLE REFORMATION | 11/12/07 | 175.00 |
| 140104 | 4688202 | FC ATTORNEY FEE | 11/01/07 | 850.00 |
| 140105 | 1001088765 | FC ATTORNEY FEE | 11/01/07 | 800.00 |
| 140106 | 1001291043 | FC ATTORNEY FEE | 11/06/07 | 800.00 |
| 140102 | 1001059386 | FC ATTORNEY FEE | 11/15/07 | 800.00 |
| 140171 | 1001564434 | FC ATTORNEY FEE | 11/06/07 | 800.00 |
| 140172 | 1000824633 | FC ATTORNEY FEE | 11/13/07 | 600.00 |
| 140173 | 1001660380 | FC ATTORNEY FEE | 11/13/07 | 600.00 |
| 140173 | 1001660380 | TITLE REFORMATION | 11/02/07 | 175.00 |
| 140205 | 1000961065 | FC ATTORNEY FEE | 11/13/07 | 800.00 |
| 140206 | 4413631 | FC ATTORNEY FEE | 11/14/07 | 800.00 |
| 140207 | 1001358849 | FC ATTORNEY FEE | 11/13/07 | 800.00 |
| 140208 | 1001658418 | FC ATTORNEY FEE | 11/13/07 | 800.00 |
| 140209 | 1001242048 | FC ATTORNEY FEE | 11/01/07 | 800.00 |
| 140234 | 3764520 | FC ATTORNEY FEE | 11/15/07 | 800.00 |
| 140235 | 4107327 | FC ATTORNEY FEE | 11/07/07 | 800.00 |
| 140236 | 1000853703 | FC ATTORNEY FEE | 11/13/07 | 800.00 |
| 140237 | 1000824640 | FC ATTORNEY FEE | 11/07/07 | 800.00 |
| 140238 | 1001256825 | FC ATTORNEY FEE | 11/08/07 | 800.00 |
| 140239 | 1001159393 | FC ATTORNEY FEE | 11/14/07 | 800.00 |
| 140240 | 1000751962 | FC ATTORNEY FEE | 11/15/07 | 800.00 |
| 140285 | 1001001784 | FC ATTORNEY FEE | 11/15/07 | 800.00 |
| 140286 | 1001454160 | FC ATTORNEY FEE | 11/13/07 | 800.00 |
| 140346 | 1001364808 | FC ATTORNEY FEE | 11/01/07 | 800.00 |
| 140347 | 1001655594 | DEED IN LIEU | 11/20/07 | 200.00 |
| 140369 | 1001331891 | FC ATTORNEY FEE | 11/20/07 | 800.00 |
| 140370 | 1001601785 | MONITOR SENIOR LIEN | 11/21/07 | 350.00 |
| 140371 | 1001114721 | MONITOR SENIOR LIEN | 11/20/07 | 350.00 |
| 140372 | 1001602502 | MONITOR SENIOR LIEN | 11/19/07 | 350.00 |
| 140396 | 1001217710 | FC ATTORNEY FEE | 11/20/07 | 800.00 |
| 140397 | 1001596010 | FC ATTORNEY FEE | 11/08/07 | 800.00 |
| 140397 | 1001596010 | TITLE REFORMATION | 11/20/07 | 175.00 |
| 140398 | 1000560734 | FC ATTORNEY FEE | 11/27/07 | 800.00 |
| 140469 | 1001123069 | FC ATTORNEY FEE | 11/27/07 | 800.00 |
| 140470 | 1001327650 | FC ATTORNEY FEE | 11/27/07 | 800.00 |
| 140471 | 1000748391 | PROOF OF CLAIM | 11/27/07 | 150.00 |
| 140472 | 1001039437 | FC ATTORNEY FEE | 11/27/07 | 800.00 |
| 140473 | 1001039909 | FC ATTORNEY FEE | 11/27/07 | 800.00 |
| 140491 | 1001103083 | FC ATTORNEY FEE | 11/27/07 | 800.00 |
| 140493 | 1001040666 | FC ATTORNEY FEE | 11/27/07 | 800.00 |
| 140494 | 1000933235 | FC ATTORNEY FEE | 11/27/07 | 800.00 |
| 140495 | 1001238425 | FC ATTORNEY FEE | 11/28/07 | 800.00 |
| 140556 | 1001112544 | FC ATTORNEY FEE | 11/28/07 | 800.00 |

| Invoice No. | Loan No. | Description | Date | Amount |
|---|---|---|---|---|
| 140557 | 1001362766 | FC ATTORNEY FEE | 11/29/07 | 800.00 |
| 140558 | 1001108745 | FC ATTORNEY FEE | 11/27/07 | 800.00 |
| 140558 | 1001108745 | TITLE REFORMATION | 11/15/07 | 175.00 |
| 140559 | 1001483223 | FC ATTORNEY FEE | 11/27/07 | 800.00 |
| 140628 | 1001227840 | FC ATTORNEY FEE | 11/29/07 | 800.00 |
| 140629 | 1000711513 | FC ATTORNEY FEE | 11/29/07 | 800.00 |
| 140630 | 1000559872 | FC ATTORNEY FEE | 11/29/07 | 800.00 |
| 140656 | 1001372072 | TITLE REFORMATION | 11/23/07 | 175.00 |
| 140716 | 1001409739 | FC ATTORNEY FEE | 11/29/07 | 800.00 |
| 140793 | 1001276522 | PROOF OF CLAIM | 11/09/07 | 150.00 |
| 140794 | 1001695385 | BREACH LETTER | 11/02/07 | 150.00 |
| 140795 | 1000891794 | FC ATTORNEY FEE | 11/28/07 | 800.00 |
| 140795 | 1000891794 | TITLE REFORMATION | 11/29/07 | 175.00 |
| 140941 | 1001160816 | TITLE REFORMATION | 11/27/07 | 175.00 |
| 140761 | 1000897181 | FC ATTORNEY FEE | 11/14/07 | 800.00 |
| 140761 | 1000897181 | TITLE REFORMATION | 11/02/07 | 175.00 |
| 140762 | 1000949888 | FC ATTORNEY FEE | 11/15/07 | 800.00 |
| 140763 | 1001540272 | TITLE REFORMATION | 11/09/07 | 175.00 |
| 140763 | 1001540272 | FC ATTORNEY FEE | 11/14/07 | 800.00 |
| 140886 | 1000853782 | BREACH LETTER | 11/03/07 | 150.00 |
| 141063 | 1000852334 | BREACH LETTER | 11/02/07 | 150.00 |
| 141137 | 1001332947 | TITLE REFORMATION | 11/15/07 | 175.00 |
| 141145 | 1001022481 | BREACH LETTER | 11/02/07 | 150.00 |
| 141228 | 1001539959 | BREACH LETTER | 11/02/07 | 150.00 |
| 141294 | 1001411559 | BREACH LETTER | 11/30/07 | 150.00 |
| 141349 | 1001203754 | BREACH LETTER | 11/02/07 | 150.00 |
| | | **TOTAL FEES** | | **42750.00** |

**NOVEMBER COSTS**

| INVOICE NO. | LOAN NO. | DESCRIPTION OF SERVICES | DATE | AMOUNT |
|---|---|---|---|---|
| 138166 | 1001436328 | AUDITOR | 11/26/07 | 900.00 |
| 138739 | 1000793867 | AUDITOR | 11/28/07 | 400.00 |
| 139203 | 1001664423 | NISI | 11/26/07 | 90.00 |
| 139474 | 1001190809 | NISI | 11/07/07 | 350.00 |
| 139559 | 1000988978 | NISI | 11/01/07 | 350.00 |
| 139903 | 1000831528 | TITLE UPDATE | 11/02/07 | 50.00 |
| 139926 | 1001523772 | AUDITOR | 11/01/07 | 135.00 |
| 140023 | 1000668549 | MOTION FOR RELIEF FILING | 11/08/07 | 150.00 |
| 140104 | 4688202 | AUCTIONEER COST | 11/01/07 | 140.00 |
| 140104 | 4688202 | PRE-SALE ADVERTISING | 11/01/07 | 1194.48 |
| 140104 | 4688202 | NISI | 11/13/07 | 350.00 |
| 140105 | 1001088765 | AUCTIONEER COST | 11/01/07 | 140.00 |
| 140105 | 1001088765 | PRE-SALE ADVERTISING | 11/01/07 | 1173.15 |
| 140105 | 1001088765 | NISI | 11/13/07 | 350.00 |
| 140106 | 1001291043 | AUCTIONEER COST | 11/06/07 | 140.00 |
| 140106 | 1001291043 | PRE-SALE ADVERTISING | 11/06/07 | 315.00 |
| 140102 | 1001059386 | AUCTIONEER COST | 11/15/07 | 125.00 |
| 140102 | 1001059386 | PRE-SALE ADVERTISING | 11/15/07 | 576.00 |
| 140102 | 1001059386 | TITLE UPDATE | 11/06/07 | 35.00 |

| | | | | |
|---|---|---|---|---|
| 140169 | 1001102965 | NISI | 11/08/07 | 300.00 |
| 140170 | 1001083280 | NISI | 11/26/07 | 90.00 |
| 140171 | 1001564434 | AUCTIONEER COST | 11/06/07 | 140.00 |
| 140171 | 1001564434 | PRE-SALE ADVERTISING | 11/06/07 | 315.00 |
| 140171 | 1001564434 | TITLE UPDATE | 11/05/07 | 73.00 |
| 140172 | 1000824633 | FILING COST | 11/13/07 | 30.00 |
| 140172 | 1000824633 | APPOINT SUB TRUST | 11/13/07 | 30.00 |
| 140172 | 1000824633 | AUCTIONEER COST | 11/13/07 | 300.00 |
| 140172 | 1000824633 | PRE-SALE ADVERTISING | 11/13/07 | 942.30 |
| 140172 | 1000824633 | TITLE UPDATE | 11/05/07 | 65.00 |
| 140172 | 1000824633 | CERTIFIED NOTICES | 11/13/07 | 65.00 |
| 140173 | 1001660380 | FILING COST | 11/13/07 | 30.00 |
| 140173 | 1001660380 | APPOINT SUB TRUST | 11/13/07 | 30.00 |
| 140173 | 1001660380 | AUCTIONEER COST | 11/13/07 | 300.00 |
| 140173 | 1001660380 | PRE-SALE ADVERTISING | 11/13/07 | 942.30 |
| 140173 | 1001660380 | TITLE UPDATE | 11/14/07 | 98.00 |
| 140173 | 1001660380 | CERTIFIED NOTICES | 11/01/07 | 46.55 |
| 140205 | 1000961065 | DISMISSAL FILING COST | 11/13/07 | 15.00 |
| 140205 | 1000961065 | AUCTIONEER COST | 11/13/07 | 140.00 |
| 140205 | 1000961065 | PRE-SALE ADVERTISING | 11/13/07 | 283.80 |
| 140206 | 4413631 | DISMISSAL FILING COST | 11/14/07 | 15.00 |
| 140206 | 4413631 | AUCTIONEER COST | 11/14/07 | 125.00 |
| 140206 | 4413631 | PRE-SALE ADVERTISING | 11/14/07 | 1094.40 |
| 140207 | 1001358849 | AUCTIONEER COST | 11/13/07 | 140.00 |
| 140207 | 1001358849 | PRE-SALE ADVERTISING | 11/13/07 | 315.00 |
| 140207 | 1001358849 | TITLE UPDATE | 11/05/07 | 74.00 |
| 140208 | 1001658418 | AUCTIONEER COST | 11/13/07 | 140.00 |
| 140208 | 1001658418 | PRE-SALE ADVERTISING | 11/13/07 | 315.00 |
| 140208 | 1001658418 | TITLE UPDATE | 11/05/07 | 98.00 |
| 140209 | 1001242048 | AUCTIONEER COST | 11/13/07 | 140.00 |
| 140209 | 1001242048 | PRE-SALE ADVERTISING | 11/13/07 | 315.00 |
| 140209 | 1001242048 | TITLE UPDATE | 11/12/07 | 98.00 |
| 140209 | 1001242048 | ABSTRACTOR FILING COST | 11/13/07 | 75.00 |
| 140234 | 3764520 | AUCTIONEER COST | 11/01/07 | 140.00 |
| 140234 | 3764520 | PRE-SALE ADVERTISING | 11/01/07 | 1151.82 |
| 140235 | 4107327 | DISMISSAL FILING COST | 11/15/07 | 15.00 |
| 140235 | 4107327 | AUCTIONEER COST | 11/15/07 | 300.00 |
| 140235 | 4107327 | PRE-SALE ADVERTISING | 11/15/07 | 402.05 |
| 140235 | 4107327 | TITLE UPDATE | 11/13/07 | 35.00 |
| 140235 | 4107327 | CERTIFIED NOTICES | 11/05/07 | 33.25 |
| 140235 | 4107327 | ABSTRACTOR FILING COST | 11/15/07 | 50.00 |
| 140236 | 1000853703 | AUCTIONEER COST | 11/07/07 | 140.00 |
| 140236 | 1000853703 | PRE-SALE ADVERTISING | 11/07/07 | 513.24 |
| 140236 | 1000853703 | TITLE UPDATE | 11/02/07 | 98.00 |
| 140237 | 1000824640 | FILING COST | 11/13/07 | 30.00 |
| 140237 | 1000824640 | APPOINT SUB TRUST | 11/13/07 | 30.00 |
| 140237 | 1000824640 | AUCTIONEER COST | 11/13/07 | 300.00 |
| 140237 | 1000824640 | PRE-SALE ADVERTISING | 11/13/07 | 942.30 |
| 140237 | 1000824640 | TITLE UPDATE | 11/06/07 | 50.00 |
| 140237 | 1000824640 | CERTIFIED NOTICES | 11/02/07 | 252.58 |
| 140238 | 1001256825 | AUCTIONEER COST | 11/07/07 | 140.00 |
| 140238 | 1001256825 | PRE-SALE ADVERTISING | 11/07/07 | 1179.36 |

| | | | | |
|---|---|---|---|---|
| 140239 | 1001159393 | AUCTIONEER COST | 11/08/07 | 140.00 |
| 140239 | 1001159393 | PRE-SALE ADVERTISING | 11/08/07 | 1180.26 |
| 140239 | 1001159393 | TITLE UPDATE | 11/01/07 | 74.00 |
| 140239 | 1001159393 | NISI | 11/26/07 | 350.00 |
| 140240 | 1000751962 | AUCTIONEER COST | 11/14/07 | 140.00 |
| 140240 | 1000751962 | PRE-SALE ADVERTISING | 11/14/07 | 513.24 |
| 140240 | 1000751962 | TITLE UPDATE | 11/14/07 | 65.00 |
| 140285 | 1001001784 | AUCTIONEER COST | 11/15/07 | 140.00 |
| 140285 | 1001001784 | PRE-SALE ADVERTISING | 11/15/07 | 1180.26 |
| 140285 | 1001001784 | BOND PREMIUM | 11/12/07 | 93.75 |
| 140285 | 1001001784 | TITLE UPDATE | 11/02/07 | 98.00 |
| 140285 | 1001001784 | CERTIFIED NOTICES | 11/05/07 | 66.50 |
| 140286 | 1001454160 | AUCTIONEER COST | 11/15/07 | 140.00 |
| 140286 | 1001454160 | PRE-SALE ADVERTISING | 11/15/07 | 1173.15 |
| 140286 | 1001454160 | TITLE UPDATE | 11/01/07 | 73.00 |
| 140346 | 1001364808 | DISMISSAL FILING COST | 11/13/07 | 15.00 |
| 140346 | 1001364808 | AUCTIONEER COST | 11/13/07 | 140.00 |
| 140346 | 1001364808 | PRE-SALE ADVERTISING | 11/13/07 | 315.00 |
| 140347 | 1001655594 | TITLE REPORT | 11/01/07 | 300.00 |
| 140369 | 1001331891 | AUCTIONEER COST | 11/20/07 | 140.00 |
| 140369 | 1001331891 | PRE-SALE ADVERTISING | 11/20/07 | 779.01 |
| 140369 | 1001331891 | BOND PREMIUM | 11/06/07 | 93.75 |
| 140369 | 1001331891 | TITLE UPDATE | 11/12/07 | 58.00 |
| 140369 | 1001331891 | CERTIFIED NOTICES | 11/02/07 | 39.90 |
| 140396 | 1001217710 | AUCTIONEER COST | 11/19/07 | 140.00 |
| 140396 | 1001217710 | PRE-SALE ADVERTISING | 11/19/07 | 894.00 |
| 140396 | 1001217710 | BOND PREMIUM | 11/01/07 | 93.75 |
| 140396 | 1001217710 | TITLE UPDATE | 11/07/07 | 83.00 |
| 140396 | 1001217710 | CERTIFIED NOTICES | 11/02/07 | 46.55 |
| 140397 | 1001596010 | DISMISSAL FILING COST | 11/20/07 | 15.00 |
| 140397 | 1001596010 | AUCTIONEER COST | 11/20/07 | 140.00 |
| 140397 | 1001596010 | PRE-SALE ADVERTISING | 11/20/07 | 315.00 |
| 140397 | 1001596010 | BOND PREMIUM | 11/02/07 | 93.75 |
| 140397 | 1001596010 | TITLE UPDATE | 11/09/07 | 98.00 |
| 140397 | 1001596010 | CERTIFIED NOTICES | 11/05/07 | 104.65 |
| 140398 | 1000560734 | FILING COST | 11/19/07 | 125.00 |
| 140398 | 1000560734 | APPOINT SUB TRUST | 11/19/07 | 40.00 |
| 140398 | 1000560734 | DISMISSAL FILING COST | 11/20/07 | 15.00 |
| 140398 | 1000560734 | TITLE REPORT | 11/02/07 | 300.00 |
| 140469 | 1001123069 | FILING COST | 11/01/07 | 115.00 |
| 140469 | 1001123069 | APPOINT SUB TRUST | 11/01/07 | 40.00 |
| 140469 | 1001123069 | DISMISSAL FILING COST | 11/27/07 | 15.00 |
| 140469 | 1001123069 | AUCTIONEER COST | 11/27/07 | 140.00 |
| 140469 | 1001123069 | PRE-SALE ADVERTISING | 11/27/07 | 315.00 |
| 140469 | 1001123069 | BOND PREMIUM | 11/09/07 | 93.75 |
| 140469 | 1001123069 | TITLE REPORT | 11/01/07 | 300.00 |
| 140469 | 1001123069 | TITLE UPDATE | 11/15/07 | 98.00 |
| 140469 | 1001123069 | CERTIFIED NOTICES | 11/09/07 | 46.55 |
| 140469 | 1001123069 | ABSTRACTOR FILING COST | 11/01/07 | 75.00 |
| 140470 | 1001327650 | FILING COST | 11/01/07 | 115.00 |
| 140470 | 1001327650 | APPOINT SUB TRUST | 11/01/07 | 40.00 |
| 140470 | 1001327650 | DISMISSAL FILING COST | 11/27/07 | 15.00 |

| | | | | |
|---|---|---|---|---|
| 140470 | 1001327650 | AUCTIONEER COST | 11/27/07 | 140.00 |
| 140470 | 1001327650 | PRE-SALE ADVERTISING | 11/27/07 | 786.27 |
| 140470 | 1001327650 | BOND PREMIUM | 11/09/07 | 93.75 |
| 140470 | 1001327650 | TITLE REPORT | 11/02/07 | 300.00 |
| 140470 | 1001327650 | TITLE UPDATE | 11/20/07 | 123.00 |
| 140470 | 1001327650 | CERTIFIED NOTICES | 11/09/07 | 150.65 |
| 140470 | 1001327650 | ABSTRACTOR FILING COST | 11/01/07 | 40.00 |
| 140489 | 5048106 | FILING COST | 11/15/07 | 115.00 |
| 140489 | 5048106 | TITLE REPORT | 11/05/07 | 148.00 |
| 140489 | 5048106 | ABSTRACTOR FILING COST | 11/15/07 | 70.00 |
| 140489 | 5048106 | CERTIFIED NOTICES | 11/06/07 | 6.65 |
| 140491 | 1001103083 | AUCTIONEER COST | 11/27/07 | 140.00 |
| 140491 | 1001103083 | PRE-SALE ADVERTISING | 11/27/07 | 315.00 |
| 140491 | 1001103083 | TITLE UPDATE | 11/15/07 | 75.00 |
| 140491 | 1001103083 | CERTIFIED NOTICES | 11/09/07 | 53.20 |
| 140492 | 1001106244 | BOND RIDER | 11/21/07 | 2208.75 |
| 140493 | 1001040666 | AUCTIONEER COST | 11/27/07 | 140.00 |
| 140493 | 1001040666 | PRE-SALE ADVERTISING | 11/27/07 | 670.80 |
| 140493 | 1001040666 | BOND PREMIUM | 11/19/07 | 93.75 |
| 140493 | 1001040666 | TITLE UPDATE | 11/19/07 | 75.00 |
| 140493 | 1001040666 | CERTIFIED NOTICES | 11/13/07 | 139.65 |
| 140494 | 1000933235 | FILING COST | 11/01/07 | 115.00 |
| 140494 | 1000933235 | APPOINT SUB TRUST | 11/01/07 | 40.00 |
| 140494 | 1000933235 | AUCTIONEER COST | 11/27/07 | 140.00 |
| 140494 | 1000933235 | PRE-SALE ADVERTISING | 11/27/07 | 315.00 |
| 140494 | 1000933235 | BOND PREMIUM | 11/09/07 | 93.75 |
| 140494 | 1000933235 | TITLE REPORT | 11/01/07 | 296.00 |
| 140494 | 1000933235 | TITLE UPDATE | 11/15/07 | 65.00 |
| 140494 | 1000933235 | CERTIFIED NOTICES | 11/13/07 | 79.80 |
| 140494 | 1000933235 | ABSTRACTOR FILING COST | 11/01/07 | 70.00 |
| 140495 | 1001238425 | FILING COST | 11/01/07 | 115.00 |
| 140495 | 1001238425 | APPOINT SUB TRUST | 11/01/07 | 40.00 |
| 140495 | 1001238425 | AUCTIONEER COST | 11/27/07 | 140.00 |
| 140495 | 1001238425 | PRE-SALE ADVERTISING | 11/27/07 | 315.00 |
| 140495 | 1001238425 | BOND PREMIUM | 11/09/07 | 93.75 |
| 140495 | 1001238425 | TITLE REPORT | 11/01/07 | 296.00 |
| 140495 | 1001238425 | TITLE UPDATE | 11/15/07 | 65.00 |
| 140495 | 1001238425 | CERTIFIED NOTICES | 11/13/07 | 46.55 |
| 140495 | 1001238425 | ABSTRACTOR FILING COST | 11/01/07 | 70.00 |
| 140556 | 1001112544 | FILING COST | 11/01/07 | 115.00 |
| 140556 | 1001112544 | APPOINT SUB TRUST | 11/01/07 | 40.00 |
| 140556 | 1001112544 | AUCTIONEER COST | 11/28/07 | 140.00 |
| 140556 | 1001112544 | PRE-SALE ADVERTISING | 11/28/07 | 1222.50 |
| 140556 | 1001112544 | BOND PREMIUM | 11/19/07 | 93.75 |
| 140556 | 1001112544 | TITLE REPORT | 11/02/07 | 348.00 |
| 140556 | 1001112544 | TITLE UPDATE | 11/19/07 | 75.00 |
| 140556 | 1001112544 | CERTIFIED NOTICES | 11/13/07 | 73.15 |
| 140556 | 1001112544 | ABSTRACTOR FILING COST | 11/01/07 | 44.00 |
| 140557 | 1001362766 | DISMISSAL FILING COST | 11/29/07 | 15.00 |
| 140557 | 1001362766 | AUCTIONEER COST | 11/29/07 | 140.00 |
| 140557 | 1001362766 | PRE-SALE ADVERTISING | 11/29/07 | 1151.82 |
| 140557 | 1001362766 | BOND PREMIUM | 11/15/07 | 93.75 |

| | | | | |
|---|---|---|---|---|
| 140557 | 1001362766 | TITLE REPORT | 11/02/07 | 201.00 |
| 140557 | 1001362766 | TITLE UPDATE | 11/15/07 | 75.00 |
| 140557 | 1001362766 | CERTIFIED NOTICES | 11/16/07 | 46.55 |
| 140558 | 1001108745 | FILING COST | 11/01/07 | 115.00 |
| 140558 | 1001108745 | APPOINT SUB TRUST | 11/01/07 | 40.00 |
| 140558 | 1001108745 | AUCTIONEER COST | 11/27/07 | 140.00 |
| 140558 | 1001108745 | PRE-SALE ADVERTISING | 11/27/07 | 315.00 |
| 140558 | 1001108745 | BOND PREMIUM | 11/08/07 | 93.75 |
| 140558 | 1001108745 | TITLE REPORT | 11/02/07 | 300.00 |
| 140558 | 1001108745 | TITLE UPDATE | 11/19/07 | 50.00 |
| 140558 | 1001108745 | CERTIFIED NOTICES | 11/09/07 | 46.55 |
| 140559 | 1001483223 | FILING COST | 11/01/07 | 115.00 |
| 140559 | 1001483223 | APPOINT SUB TRUST | 11/01/07 | 40.00 |
| 140559 | 1001483223 | AUCTIONEER COST | 11/27/07 | 140.00 |
| 140559 | 1001483223 | PRE-SALE ADVERTISING | 11/27/07 | 315.00 |
| 140559 | 1001483223 | BOND PREMIUM | 11/07/07 | 93.75 |
| 140559 | 1001483223 | TITLE REPORT | 11/01/07 | 296.00 |
| 140559 | 1001483223 | TITLE UPDATE | 11/12/07 | 98.00 |
| 140559 | 1001483223 | CERTIFIED NOTICES | 11/08/07 | 33.25 |
| 140559 | 1001483223 | ABSTRACTOR FILING COST | 11/01/07 | 70.00 |
| 140560 | 1001249727 | FILING COST | 11/01/07 | 115.00 |
| 140560 | 1001249727 | APPOINT SUB TRUST | 11/01/07 | 40.00 |
| 140560 | 1001249727 | BOND PREMIUM | 11/15/07 | 93.75 |
| 140560 | 1001249727 | TITLE REPORT | 11/02/07 | 296.00 |
| 140560 | 1001249727 | TITLE UPDATE | 11/23/07 | 62.00 |
| 140560 | 1001249727 | CERTIFIED NOTICES | 11/19/07 | 93.10 |
| 140561 | 1001108389 | FILING COST | 11/01/07 | 115.00 |
| 140561 | 1001108389 | APPOINT SUB TRUST | 11/01/07 | 40.00 |
| 140561 | 1001108389 | BOND PREMIUM | 11/15/07 | 93.75 |
| 140561 | 1001108389 | TITLE REPORT | 11/06/07 | 300.00 |
| 140561 | 1001108389 | CERTIFIED NOTICES | 11/16/07 | 46.55 |
| 140628 | 1001227840 | AUCTIONEER COST | 11/29/07 | 140.00 |
| 140628 | 1001227840 | PRE-SALE ADVERTISING | 11/29/07 | 1166.04 |
| 140628 | 1001227840 | BOND PREMIUM | 11/12/07 | 93.75 |
| 140628 | 1001227840 | TITLE UPDATE | 11/19/07 | 49.00 |
| 140628 | 1001227840 | CERTIFIED NOTICES | 11/13/07 | 44.55 |
| 140629 | 1000711513 | FILING COST | 11/01/07 | 125.00 |
| 140629 | 1000711513 | APPOINT SUB TRUST | 11/01/07 | 46.00 |
| 140629 | 1000711513 | AUCTIONEER COST | 11/29/07 | 140.00 |
| 140629 | 1000711513 | PRE-SALE ADVERTISING | 11/29/07 | 876.00 |
| 140629 | 1000711513 | BOND PREMIUM | 11/09/07 | 93.75 |
| 140629 | 1000711513 | TITLE REPORT | 11/07/07 | 232.00 |
| 140629 | 1000711513 | TITLE UPDATE | 11/21/07 | 89.00 |
| 140629 | 1000711513 | CERTIFIED NOTICES | 11/12/07 | 86.45 |
| 140630 | 1000559872 | FILING COST | 11/01/07 | 125.00 |
| 140630 | 1000559872 | APPOINT SUB TRUST | 11/01/07 | 40.00 |
| 140630 | 1000559872 | DISMISSAL FILING COST | 11/29/07 | 15.00 |
| 140630 | 1000559872 | AUCTIONEER COST | 11/29/07 | 140.00 |
| 140630 | 1000559872 | PRE-SALE ADVERTISING | 11/29/07 | 1144.71 |
| 140630 | 1000559872 | BOND PREMIUM | 11/13/07 | 93.75 |
| 140630 | 1000559872 | TITLE REPORT | 11/01/07 | 204.00 |
| 140630 | 1000559872 | TITLE UPDATE | 11/13/07 | 75.00 |

| | | | | |
|---|---|---|---|---|
| 140630 | 1000559872 | CERTIFIED NOTICES | 11/14/07 | 33.25 |
| 140630 | 1000559872 | ABSTRACTOR FILING COST | 11/01/07 | 83.00 |
| 140695 | 1001120599 | BOND PREMIUM | 11/17/07 | 93.75 |
| 140695 | 1001120599 | TITLE UPDATE | 11/19/07 | 65.00 |
| 140695 | 1001120599 | CERTIFIED NOTICES | 11/19/07 | 59.85 |
| 140696 | 1001185503 | FILING COST | 11/01/07 | 115.00 |
| 140696 | 1001185503 | APPOINT SUB TRUST | 11/01/07 | 40.00 |
| 140696 | 1001185503 | BOND PREMIUM | 11/16/07 | 93.75 |
| 140696 | 1001185503 | TITLE REPORT | 11/02/07 | 300.00 |
| 140696 | 1001185503 | TITLE UPDATE | 11/21/07 | 123.00 |
| 140696 | 1001185503 | CERTIFIED NOTICES | 11/19/07 | 33.25 |
| 140696 | 1001185503 | ABSTRACTOR FILING COST | 11/01/07 | 40.00 |
| 140655 | 1001095786 | TITLE REPORT | 11/07/07 | 98.00 |
| 140655 | 1001095786 | TITLE UPDATE | 11/19/07 | 50.00 |
| 140655 | 1001095786 | CERTIFIED NOTICES | 11/19/07 | 39.90 |
| 140656 | 1001372072 | FILING COST | 11/02/07 | 30.00 |
| 140656 | 1001372072 | APPOINT SUB TRUST | 11/02/07 | 30.00 |
| 140656 | 1001372072 | TITLE UPDATE | 11/28/07 | 65.00 |
| 140656 | 1001372072 | CERTIFIED NOTICES | 11/23/07 | 82.55 |
| 140737 | 1001484604 | TITLE REPORT | 11/01/07 | 300.00 |
| 140847 | 1001106842 | FILING COST | 11/06/07 | 105.00 |
| 140847 | 1001106842 | APPOINT SUB TRUST | 11/06/07 | 40.00 |
| 140847 | 1001106842 | BOND PREMIUM | 11/26/07 | 93.75 |
| 140847 | 1001106842 | TITLE REPORT | 11/02/07 | 300.00 |
| 140847 | 1001106842 | TITLE UPDATE | 11/29/07 | 75.00 |
| 140847 | 1001106842 | CERTIFIED NOTICES | 11/27/07 | 53.20 |
| 140847 | 1001106842 | ABSTRACTOR FILING COST | 11/06/07 | 40.00 |
| 140715 | 1001205030 | FILING COST | 11/02/07 | 105.00 |
| 140715 | 1001205030 | APPOINT SUB TRUST | 11/02/07 | 40.00 |
| 140715 | 1001205030 | BOND PREMIUM | 11/17/07 | 93.75 |
| 140715 | 1001205030 | TITLE REPORT | 11/02/07 | 225.00 |
| 140715 | 1001205030 | TITLE UPDATE | 11/17/07 | 65.00 |
| 140715 | 1001205030 | CERTIFIED NOTICES | 11/19/07 | 66.50 |
| 140715 | 1001205030 | ABSTRACTOR FILING COST | 11/02/07 | 70.00 |
| 140716 | 1001409739 | FILING COST | 11/02/07 | 115.00 |
| 140716 | 1001409739 | APPOINT SUB TRUST | 11/02/07 | 40.00 |
| 140716 | 1001409739 | DISMISSAL FILING COST | 11/29/07 | 15.00 |
| 140716 | 1001409739 | AUCTIONEER COST | 11/29/07 | 125.00 |
| 140716 | 1001409739 | PRE-SALE ADVERTISING | 11/29/07 | 524.18 |
| 140716 | 1001409739 | BOND PREMIUM | 11/15/07 | 93.75 |
| 140716 | 1001409739 | TITLE REPORT | 11/02/07 | 300.00 |
| 140716 | 1001409739 | TITLE UPDATE | 11/23/07 | 123.00 |
| 140716 | 1001409739 | CERTIFIED NOTICES | 11/16/07 | 53.20 |
| 140716 | 1001409739 | ABSTRACTOR FILING COST | 11/02/07 | 40.00 |
| 140717 | 1001157020 | TITLE REPORT | 11/06/07 | 258.00 |
| 140739 | 1001188149 | FILING COST | 11/05/07 | 105.00 |
| 140739 | 1001188149 | APPOINT SUB TRUST | 11/05/07 | 40.00 |
| 140739 | 1001188149 | BOND PREMIUM | 11/14/07 | 93.75 |
| 140739 | 1001188149 | TITLE REPORT | 11/02/07 | 225.00 |
| 140739 | 1001188149 | TITLE UPDATE | 11/21/07 | 98.00 |
| 140739 | 1001188149 | CERTIFIED NOTICES | 11/15/07 | 33.25 |
| 140739 | 1001188149 | ABSTRACTOR FILING COST | 11/05/07 | 40.00 |

| | | | | |
|---|---|---|---|---|
| 140792 | 1001331825 | FILING COST | 11/16/07 | 115.00 |
| 140792 | 1001331825 | APPOINT SUB TRUST | 11/16/07 | 40.00 |
| 140792 | 1001331825 | BOND PREMIUM | 11/21/07 | 93.75 |
| 140792 | 1001331825 | TITLE REPORT | 11/09/07 | 98.00 |
| 140792 | 1001331825 | TITLE UPDATE | 11/26/07 | 50.00 |
| 140792 | 1001331825 | CERTIFIED NOTICES | 11/22/07 | 93.10 |
| 140792 | 1001331825 | ABSTRACTOR FILING COST | 11/16/07 | 75.00 |
| 140794 | 1001695385 | TITLE REPORT | 11/06/07 | 224.00 |
| 140795 | 1000891794 | FILING COST | 11/05/07 | 115.00 |
| 140795 | 1000891794 | APPOINT SUB TRUST | 11/05/07 | 40.00 |
| 140795 | 1000891794 | DISMISSAL FILING COST | 11/28/07 | 15.00 |
| 140795 | 1000891794 | AUCTIONEER COST | 11/27/07 | 125.00 |
| 140795 | 1000891794 | PRE-SALE ADVERTISING | 11/27/07 | 202.40 |
| 140795 | 1000891794 | BOND PREMIUM | 11/05/07 | 93.75 |
| 140795 | 1000891794 | TITLE REPORT | 11/07/07 | 300.00 |
| 140795 | 1000891794 | TITLE UPDATE | 11/30/07 | 65.00 |
| 140795 | 1000891794 | CERTIFIED NOTICES | 11/16/07 | 26.60 |
| 140795 | 1000891794 | ABSTRACTOR FILING COST | 11/05/07 | 40.00 |
| 140941 | 1001160816 | TAX CERTIFICATE | 11/13/07 | 15.00 |
| 140941 | 1001160816 | FILING COST | 11/16/07 | 30.00 |
| 140941 | 1001160816 | APPOINT SUB TRUST | 11/16/07 | 30.00 |
| 140941 | 1001160816 | TITLE REPORT | 11/07/07 | 291.00 |
| 140956 | 1001602973 | TITLE UPDATE | 11/13/07 | 62.00 |
| 140956 | 1001602973 | CERTIFIED NOTICES | 11/30/07 | 59.85 |
| 140974 | 1001225151 | FILING COST | 11/20/07 | 105.00 |
| 140974 | 1001225151 | APPOINT SUB TRUST | 11/20/07 | 40.00 |
| 140974 | 1001225151 | TITLE REPORT | 11/15/07 | 225.00 |
| 140974 | 1001225151 | ABSTRACTOR FILING COST | 11/20/07 | 70.00 |
| 141002 | 842086 | FILING COST | 11/27/07 | 125.00 |
| 141002 | 842086 | APPOINT SUB TRUST | 11/27/07 | 46.00 |
| 141002 | 842086 | TITLE REPORT | 11/19/07 | 59.00 |
| 141002 | 842086 | ABSTRACTOR FILING COST | 11/27/07 | 75.00 |
| 141019 | 1000978003 | FILING COST | 11/02/07 | 105.00 |
| 141019 | 1000978003 | APPOINT SUB TRUST | 11/02/07 | 40.00 |
| 141019 | 1000978003 | TITLE REPORT | 11/01/07 | 300.00 |
| 141019 | 1000978003 | BOND PREMIUM | 11/19/07 | 93.75 |
| 141019 | 1000978003 | CERTIFIED NOTICES | 11/20/07 | 33.25 |
| 141020 | 1001074732 | FILING COST | 11/05/07 | 105.00 |
| 141020 | 1001074732 | APPOINT SUB TRUST | 11/05/07 | 40.00 |
| 141020 | 1001074732 | APPOINT SUB TRUST - AMENDED | 11/08/07 | 40.00 |
| 141020 | 1001074732 | BOND PREMIUM | 11/15/07 | 93.75 |
| 141020 | 1001074732 | TITLE REPORT | 11/05/07 | 300.00 |
| 141020 | 1001074732 | CERTIFIED NOTICES | 11/19/07 | 73.15 |
| 141020 | 1001074732 | ABSTRACTOR FILING COST | 11/05/07 | 40.00 |
| 141021 | 1000740171 | FILING COST | 11/08/07 | 115.00 |
| 141021 | 1000740171 | APPOINT SUB TRUST | 11/08/07 | 40.00 |
| 141021 | 1000740171 | BOND PREMIUM | 11/29/07 | 93.75 |
| 141021 | 1000740171 | TITLE REPORT | 11/15/07 | 296.00 |
| 141021 | 1000740171 | CERTIFIED NOTICES | 11/30/07 | 33.25 |
| 141021 | 1000740171 | ABSTRACTOR FILING COST | 11/08/07 | 70.00 |
| 140761 | 1000897181 | APPOINT OF SUB | 11/02/07 | 40.00 |
| 140761 | 1000897181 | AUCTIONEER COST | 11/14/07 | 140.00 |

| | | | | |
|---|---|---|---|---|
| 140761 | 1000897181 | PRE-SALE ADVERTISING | 11/14/07 | 822.30 |
| 140761 | 1000897181 | NISI POST SALE ADV | 11/30/07 | 250.00 |
| 140761 | 1000897181 | TITLE REPORT | 11/01/07 | 75.00 |
| 140761 | 1000897181 | BOND PREMIUM | 11/02/07 | 93.75 |
| 140761 | 1000897181 | TITLE UPDATE | 11/13/07 | 75.00 |
| 140761 | 1000897181 | CERTIFIED NOTICES | 11/02/07 | 79.80 |
| 140762 | 1000989888 | FILING COST | 11/02/07 | 125.00 |
| 140762 | 1000989888 | APPOINT OF SUB | 11/02/07 | 40.00 |
| 140762 | 1000989888 | AUCTIONEER COST | 11/15/07 | 140.00 |
| 140762 | 1000989888 | PRE-SALE ADVERTISING | 11/15/07 | 1173.15 |
| 140762 | 1000989888 | NISI POST SALE ADV | 11/28/07 | 350.00 |
| 140762 | 1000989888 | BOND PREMIUM | 11/02/07 | 93.75 |
| 140762 | 1000989888 | TITLE REPORT | 11/02/07 | 231.00 |
| 140762 | 1000989888 | TITLE UPDATE | 11/13/07 | 98.00 |
| 140762 | 1000989888 | CERTIFIED NOTICES | 11/02/07 | 73.15 |
| 140762 | 1000989888 | ABSTRACTOR FILING COST | 11/02/07 | 65.00 |
| 140763 | 1001540272 | FILING COST | 11/01/07 | 105.00 |
| 140763 | 1001540272 | APPOINT OF SUB | 11/01/07 | 40.00 |
| 140763 | 1001540272 | AUCTIONEER COST | 11/14/07 | 140.00 |
| 140763 | 1001540272 | PRE-SALE ADVERTISING | 11/14/07 | 513.24 |
| 140763 | 1001540272 | NISI POST SALE ADV | 11/14/07 | 150.00 |
| 140763 | 1001540272 | BOND PREMIUM | 11/03/07 | 93.75 |
| 140763 | 1001540272 | TITLE REPORT | 11/01/07 | 225.00 |
| 140763 | 1001540272 | TITLE UPDATE | 11/13/07 | 123.00 |
| 140763 | 1001540272 | CERTIFIED NOTICES | 11/02/07 | 73.20 |
| 140763 | 1001540272 | ABSTRACTOR FILING COST | 11/01/07 | 40.00 |
| 140885 | 1001103113 | TAX CERTIFICATE | 11/07/07 | 15.00 |
| 140885 | 1001103113 | FILING COST | 11/09/07 | 30.00 |
| 140885 | 1001103113 | APPOINT OF SUB | 11/09/07 | 30.00 |
| 140885 | 1001103113 | TITLE REPORT | 11/01/07 | 50.00 |
| 140886 | 1000853782 | FILING COST | 11/16/07 | 125.00 |
| 140886 | 1000853782 | APPOINT OF SUB | 11/16/07 | 40.00 |
| 140886 | 1000853782 | BOND PREMIUM | 11/26/07 | 93.75 |
| 140886 | 1000853782 | TITLE REPORT | 11/03/07 | 300.00 |
| 140886 | 1000853782 | TITLE UPDATE | 11/26/07 | 62.00 |
| 140886 | 1000853782 | CERTIFIED NOTICES | 11/27/07 | 59.85 |
| 140886 | 1000853782 | ABSTRACTOR FILING COST | 11/16/07 | 70.00 |
| 140915 | 1000913394 | TITLE REPORT | 11/19/07 | 295.00 |
| 141063 | 1000852334 | TITLE REPORT | 11/02/07 | 65.00 |
| 141098 | 1001762515 | TITLE REPORT | 11/28/07 | 312.00 |
| 141137 | 1001332947 | FILING COST | 11/01/07 | 115.00 |
| 141137 | 1001332947 | APPOINT OF SUB | 11/01/07 | 40.00 |
| 141137 | 1001332947 | TITLE REPORT | 11/02/07 | 315.00 |
| 141137 | 1001332947 | CERTIFIED NOTICES | 11/21/07 | 73.15 |
| 141137 | 1001332947 | ABSTRACTOR FILING COST | 11/01/07 | 70.00 |
| 141138 | 1001280462 | FILING COST | 11/02/07 | 115.00 |
| 141138 | 1001280462 | APPOINT OF SUB | 11/02/07 | 40.00 |
| 141138 | 1001280462 | BOND PREMIUM | 11/15/07 | 93.75 |
| 141138 | 1001280462 | TITLE REPORT | 11/02/07 | 348.00 |
| 141138 | 1001280462 | TITLE UPDATE | 11/30/07 | 50.00 |
| 141138 | 1001280462 | CERTIFIED NOTICES | 11/16/07 | 26.60 |
| 141138 | 1001280462 | ABSTRACTOR FILING COST | 11/02/07 | 40.00 |

| | | | | |
|---|---|---|---|---|
| 141145 | 1001022481 | TITLE REPORT | 11/01/07 | 225.00 |
| 141183 | 1001184819 | TAX CERTIFICATE | 11/13/07 | 15.00 |
| 141183 | 1001184819 | FILING COST | 11/16/07 | 30.00 |
| 141183 | 1001184819 | APPOINT OF SUB | 11/16/07 | 30.00 |
| 141183 | 1001184819 | TITLE REPORT | 11/11/07 | 300.00 |
| 141184 | 1001161329 | TAX CERTIFICATE | 11/18/07 | 15.00 |
| 141184 | 1001161329 | FILING COST | 11/18/07 | 30.00 |
| 141184 | 1001161329 | APPOINT OF SUB | 11/18/07 | 30.00 |
| 141184 | 1001161329 | TITLE REPORT | 11/07/07 | 285.00 |
| 141228 | 1001539959 | TITLE REPORT | 11/02/07 | 300.00 |
| 141258 | 1000876840 | TITLE REPORT | 11/08/07 | 300.00 |
| 141349 | 1001203754 | TITLE REPORT | 11/01/07 | 300.00 |
| 139202 | 1001149071 | NISI | 11/26/07 | 350.00 |
| | | TOTAL COSTS | | 72914.86 |

## COHN, GOLDBERG AND DEUTSCH

## AMERICAN HOME MORTGAGE – FEE SCHEDULE

**FORECLOSURE:**

MD -  **CONVENTIONAL: $800 + COSTS** (FEE IS EARNED AT THE TIME OF SALE OR CLOSING OF THE FILE)
**FHA: $850 + COSTS** (FEE IS EARNED AT THE TIME OF SALE OR CLOSING OF THE FILE)
**VA: $800 + COSTS** (FEE IS EARNED AT THE TIME OF SALE OR CLOSING OF THE FILE)

DC -  **CONVENTIONAL: $800 + COSTS** (FEE IS EARNED AT THE TIME OF SALE OR CLOSING OF THE FILE)
**FHA: $650 + COSTS** (FEE IS EARNED AT THE TIME OF SALE OR CLOSING OF THE FILE)
**VA: $600 + COSTS** (FEE IS EARNED AT THE TIME OF SALE OR CLOSING OF THE FILE)

**CONTEST LITIGATION: $250 PER HOUR;** MATTERS SUCH AS EXCEPTIONS HEARINGS AND INJUCTIONS TO STOP FORECLOSURE (FEE IS EARNED AT THE TIME OF COMPLETION OF THE LITIGATION WORK)

**BREACH LETTER: $150** (FEE IS EARNED AT THE TIME LETTER IS SENT)

**TITLE REFORMATION: $175 - $350** (FEE IS EARNED AT THE TIME OF COMPLETION OF CLEAR TITLE)

**ASSIGNMENTS: $75** (FEE IS EARNED AT THE TIME ASSIGNMENT IS PREPARED)

**SENIOR LIEN MONITORING: $200 - $350** (FEE IS EARNED AT THE TIME OF SALE OR CLOSING OF THE FILE)

**FOREBEARANCE AGREEMENT: $350** (FEE IS EARNED AT THE TIME OF COMPLETION OF FOREBEARANCE AGREEMENT)

**LOAN MODIFICATOIN: $350** (FEE IS EARNED AT THE TIME OF COMPLETION OF LOAN MODIFICATION)

**STRIKE SALE: $350** (FEE IS EARNED AT THE TIME OF SALE BEING STRIKEN)

**DEED IN LIEU:** $200 - $400 (FEE IS EARNED AT TIME OF TITLE REVIEW/RECORDING)

**BANKRUPTCY:**

MARYLAND AND DC

**CONVENTIONAL:** $750 + COSTS   MOTION FOR RELIEF (FEE IS EARNED AT THE TIME OF FILING)
**FHA:** $750 + COSTS   MOTION FOR RELIEF (FEE IS EARNED AT THE TIME OF FILING)
**VA:** $650 (CHAPTER 13) + COSTS   MOTION FOR RELIEF (FEE IS EARNED AT THE TIME OF FILING)
     $450 (CHAPTER 7)  + COSTS   MOTION FOR RELIEF (FEE IS EARNED AT THE TIME OF FILING)

**PROOF OF CLAIM $150,** REGARDLESS OF LOAN TYPE (FEE IS EARNED AT THE TIME OF FILING)

**AFFIDAVIT OF DEFAULT $50,** REGARDLESS OF LOAN TYPE (FEE IS EARNED AT THE TIME OF FILING)

**OBJECTION TO PLAN $150,** REGARDLESS OF LOAN TYPE (FEE IS EARNED AT THE TIME OF FILING)

**REVIEW OF PLAN $100,** REGARDLESS OF LOAN TYPE (FEE IS EARNED AT THE TIME OF FILING)

**OBJECTION TO AFFIDAVIT $350,** REGARDLESS OF LOAN TYPE (FEE IS EARNED AT THE TIME OF FILING)

**EVICTION:**

MARYLAND AND DC

**$350, REGARDLESS OF LOAN TYPE + COSTS** (FEE IS EARNED AT THE TIME OF COMPLETION OF OR CLOSING OF FILE)

## EVICTIONS:

$25.00 MOTION FOR POSSESSION
$40.00 SHERIFF
$37.00 - $50.00 PROCESS SERVER
2-5 CERTIFIED/REGULAR MAIL – SHOW CAUSE ORDER

## WASHINGTON DC-SPECIFIC EXPENSES

## PL-90 AND APPOINTMENT OF SUBSTITUTE TRUSTEE:

$60.00

## TAX CERTICATE:

$15.00

## DEED FILING COST:

$27.50

## DC TRANSFER AND RECORDATION:

2.2 – 2.9% OF PURCHASE PRICE DEPENDING ON SALE PRICE

## EVICTIONS:

$135.00 FILING FEE
$35.00/PER PERSON PRIVATE PROCESS SERVER
$2000.00 WRIT OF RESTITUTION

# COHN GOLDBERG AND DEUTSCH

## AMERICAN HOME MORTGAGE-COSTS

### GENERAL EXPENSES

**TITLE EXPENSES:**

TITLE SEARCH- ORDERED AT TIME OF REFERRAL: $200.00 - $350.00

TITLE UPDATE- ORDERED JUST BEFORE SALE TO CHECK FOR ANY CHANGES: $50 - $100.00

**MAIL/CERTIFIED MAILINGS:**

$35.00 - $135.00 DEPENDS ON NUMBER OF NOTICES SENT REGULAR AND CERTIFIED MAIL

**AUCTIONEER:**

$125.00 - $350.00 DEPENDING ON COUNTY/CITY/STATE

**PRE SALE ADVERTISING:**

$300.00 - $1300.00 DEPENDING ON COUNTY/CITY/STATE AND HOW FAR INTO ADVERTISING SALE WENT

**BANKRUPTCY:**

$150 FILING COST MOTION FOR RELIEF

**IRS LETTER:**

$20.00 OVERNIGHT MAIL, COURT ORDERED NOTICE

### MARYLAND-SPECIFIC EXPENSES

**FORECLOSURE FILING:**

$105.00 - $125.00 DEPENDING ON COUNTY/CITY

**APPOINTMENT OF SUBSTITUTE TRUSTEES:**

$40.00 - $46.00 DEPENDING ON COUNTY/CITY

**ASSIGNMENT RECORDING:**

$40.00 IF NEEDED

**DISMISSAL:**

$15.00 IF NEEDED

**NISI/POST SALE ADVERTISING:**

$90.00 - $350.00 DEPENDING ON COUNTY/CITY

**BOND PREMIUM:**

$93.75 FOR NOMINAL BOND, IF THIRD PARTY SALE, $3.75 PER THOUSAND OF PURCHASE PRICE

**AUDITOR:**

$200.00 - $900.00 DEPENDING ON COUNTY/CITY

**FILING AND RECORDING – USUALLY BY ABSTRACTOR:**

$40.00 - $100.00 DEPENDING ON COUNTY/CITY AND IF WE HAVE ABSTRACTOR GET OTHER THINGS BEYOND JUST FILING THE FORECLOSURE FOR OUR OFFICE

**DEED FILING COST:**

$40.00

**TRANSFER COSTS:**

1-2% OF PURCHASE PRICE DEPENDING ON COUNTY

**RECORDATION COSTS:**

.4 – 1.2% OF PURCHASE PRICE DEPENDING ON COUNTY

**TAXES, WATER AND SEWER:**

CAN BE ANY AMOUNT DEPENDING ON DEBTOR'S TAX PAYMENTS