**EXHIBIT B**

# U.S. District Court
# Eastern District of New York (Central Islip)
# CIVIL DOCKET FOR CASE #: 2:07-cv-03580-TCP-ETB

Marlin v. Citigroup Global Markets Inc. et al  
Assigned to: Senior-Judge Thomas C. Platt  
Referred to: Magistrate-Judge E. Thomas Boyle  
related Case: 2:07-cv-03152-TCP-ETB  
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 08/27/2007  
Jury Demand: Plaintiff  
Nature of Suit: 850 Securities/Commodities  
Jurisdiction: Federal Question

**Movant**

**Randy Stark**　　　　　　　　　　　　represented by **Nadeem Faruqi**  
Faruqi & Faruqi, LLP  
369 Lexington Avenue  
10th Floor  
New York, NY 10017  
212-983-9330  
Fax: 212-983-9331  
Email: nfaruqi@faruqilaw.com  
*ATTORNEY TO BE NOTICED*

**Movant**

**Institutional Investor Group**　　　　represented by **David A. Rosenfeld**  
Coughlin Stoia Geller Rudman & Robbins LLP  
58 South Service Road  
suite 200  
Melville, NY 11747  
631-367-7100  
Fax: 631-367-1173  
Email: drosenfeld@csgrr.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dana Marlin**　　　　　　　　　　　　represented by **Marvin L. Frank**  
*on behalf of himself and all others similarly situated*  
Murray, Frank & Sailer LLP  
275 Madison Avenue  
Suite 801  
New York, NY 10016  
212-682-1818  
Fax: 212-682-1892  
Email: mfrank@murrayfrank.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Gregory B. Linkh**
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016
(212) 682-1818
Fax: (212) 682-1892
Email: glinkh@murrayfrank.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Citigroup Global Markets Inc.**  represented by  **Joyce Szuyun Huang**
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue Of The Americas
New York, NY 10019
212-373-3000
Fax: 212-757-3990
Email: jhuang@paulweiss.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deloitte & Touche LLP**  represented by  **Jay B. Kasner**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
212-735-2628
Fax: 917-777-2628
Email: jkasner@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stephen A. Hozie**

**Defendant**

**John A. Johnston**

**Defendant**

**Nicholas R. Marfino**

**Defendant**

**Michael A. McManus, Jr.**

**Defendant**

Eastern District of New York - Live Database Version 3.1.2    https://ecf.nyed.uscourts.gov/cgi-bin/DktRpt.pl?134519651952189-L_1...
Case 07-11047-CSS    Doc 2787-2    Filed 01/25/08    Page 4 of 7

**C. Cathleen Raffaeli**

**Defendant**

**Kenneth P. Slosser**

**Defendant**

**Michael Strauss**

**Defendant**

**Kristian Salovaara**

**Defendant**

**Irving J. Thau**

**Defendant**

**Robert Bernstein**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/27/2007 | 1 | COMPLAINT *(Receipt# 342996)* against all defendants $ 350, filed by Dana Marlin. (Attachments: # 1 Civil Cover Sheet) (McMahon, Carol) (Entered: 08/29/2007) |
| 08/27/2007 | | Summons Issued as to Nicholas R. Marfino, Michael A. McManus, Jr, C. Cathleen Raffaeli, Kenneth P. Slosser, Michael Strauss, Kristian Salovaara, Irving J. Thau, Citigroup Global Markets Inc., Deloitte & Touche LLP, Stephen A. Hozie, John A. Johnston, Robert Bernstein. (McMahon, Carol) Modified on 9/7/2007 (McMahon, Carol). (Entered: 08/29/2007) |
| 08/29/2007 | | Email Notification Test - DO NOT REPLY (McMahon, Carol) (Entered: 08/29/2007) |
| 08/30/2007 | | Case Ineligible for Arbitration (Bollbach, Jean) (Entered: 08/30/2007) |
| 09/06/2007 | 2 | NOTICE OF MOTION of Citigroup Global Markets, Inc. to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum. (Attachments: #(1) Memorandum of Law in Support of Motion #(2) Declaration of Joyce S. Huang; #(3) Revised Certificate of Service; #(4) Revised Schedule A; #(5) Exhibits A-S to the Declaration of Joyce S. Huang (original document filed as doc. #6 on 07cv3152 - filed in hard copy - not electronic)) BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION In Re American Home Mortgage Securities Litigation (No MDL Docket No. specified). (Mahon, Cinthia) (Entered: 09/14/2007) |
| 09/18/2007 | 10 | NOTICE Issued by the Judicial Panel on Multidistrict Litigation to Involved Judges dated 9/12/07 re: presently before the Panel pursuant to 28 U.S.C., Section 1407 is a motion to transfer which includes at least one action before you in the MDL No. 1898 -- In RE: American Home Mortgage Securities Litigation docket. Your Jurisdiction will continue until any transfer ruling becomes effective. (Mahon, Cinthia) (Entered: 10/04/2007) |

| | | |
|---|---|---|
| 09/24/2007 | 11 | NOTICE OF APPEARANCE AND CORPORATE DISCLOSURE filed by Charles E. Davidow on behalf of Citigroup Global Markets, Inc. Original document filed before The Judicial Panel on Multidistrict Litigation on MDL Docket No. 1898 In Re: American Home Mortgage Securities Litigation. (Mahon, Cinthia) (Entered: 10/05/2007) |
| 09/25/2007 | 3 | STIPULATION *and [Proposed] Order* by Citigroup Global Markets Inc. (Huang, Joyce) (Entered: 09/25/2007) |
| 09/27/2007 | 4 | SCHEDULING ORDER: Initial Conference set for 12/6/2007 09:30 AM before Magistrate-Judge E. Thomas Boyle. See order for further instructions. Counsel for Plaintiff(s) or Plaintiff pro se is obligated to serve a copy of this order on each defendant.. Ordered by Judge E. Thomas Boyle on 9/27/07. (Lundy, Lisa) (Entered: 09/27/2007) |
| 09/30/2007 | 9 | ORDER on 3 Stipulation filed by Citigroup Global Markets, Inc. Ordered by Judge Thomas C. Platt on 9/30/07. (Brienza, Lauren) (Entered: 10/03/2007) |
| 10/01/2007 | 5 | MOTION to Appoint Counsel *and Approve the Motion of Dana Marlin for Appointment As Lead Plaintiff* by Dana Marlin. (Attachments: # 1 Text of Proposed Order Proposed Order) (Frank, Marvin) (Entered: 10/01/2007) |
| 10/01/2007 | 6 | MEMORANDUM in support of 5 motion to appoint counsel by Dana Marlin (Frank, Marvin) Modified on 10/2/2007 to correct docket text(Brienza, Lauren). (Entered: 10/01/2007) |
| 10/01/2007 | 7 | AFFIDAVIT/AFFIRMATION re 5 MOTION to Appoint Counsel *and Approve the Motion of Dana Marlin for Appointment As Lead Plaintiff*, 6 Memorandum in support of motion by Dana Marlin (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C# 4 Exhibit Exhibit D# 5 Exhibit Exhibit E# 6 Exhibit Exhibit F) (Frank, Marvin) Modified on 10/2/2007 to correct docket text(Brienza, Lauren). (Entered: 10/01/2007) |
| 10/01/2007 | 8 | MOTION to Consolidate Cases *and Appoint Randy Stark Lead Plaintiff and Approve His Selection of Lead Counsel* by Randy Stark. (Attachments: # 1 Text of Proposed Order # 2 Memorandum of Law In Support of Motion of Randy Stark for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Counsel# 3 Declaration of Antonio Vozzolo In Support of the Motion of Plaintiff Randy Stark for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel) (Faruqi, Nadeem) (Entered: 10/01/2007) |
| 10/15/2007 | 19 | NOTICE of Hearing Session issued by the United States Judicial Panel on Multidistrict Litigation: a hearing session has been scheduled for 11/29/07 at 9:30 a.m. to consider various matters pursuant to 28 U.S.C., Section 1407. The hearing session will be held at the Edward J. Schwartz United States Courthouse, Ceremonial Courtroom #1, 4th Floor, 940 Front Street, San Diego, CA 92101. Hearing Session Order and Schedule of Matters for Hearing Session Attached. Re: MDL no. 1898 -- In Re: American Home Mortgage Securities Litigation. (Mahon, Cinthia) (Entered: 10/30/2007) |
| 10/16/2007 | 12 | STIPULATION *Extending Individual Defendants' Time To Respond to 45 Days After Filing of Amended Consolidated Complaint* by Nicholas R. Marfino, Michael A. McManus, Jr, C. Cathleen Raffaeli, Kenneth P. Slosser, Michael Strauss, Kristian Salovaara, Irving J. Thau, Robert Bernstein, Stephen A. Hozie, |

| | | |
|---|---|---|
| | | John A. Johnston (Hynes, Patricia) (Entered: 10/16/2007) |
| 10/18/2007 | 13 | ORDER re 12 Stipulation - Plaintiff shall have 45 days from the entry of the Order appointing Lead Plff and Lead Counsel to file a consolidated amended complaint. SO ORDERED. Ordered by Judge Thomas C. Platt on 10/18/07. (Brienza, Lauren) (Entered: 10/19/2007) |
| 10/19/2007 | 14 | RESPONSE to Motion re 5 MOTION to Appoint Counsel *and Approve the Motion of Dana Marlin for Appointment As Lead Plaintiff -- Supplemental Memorandum in Support of Dana Marlin's Motion for Appointment as Lead Plaintiff and for Appointment of His Counsel as Lead Counsel, accompanied by the Declaration of Gregory B. Linkh --* filed by Dana Marlin. (Attachments: # 1) (Linkh, Gregory) (Entered: 10/19/2007) |
| 10/19/2007 | 15 | Letter *to the Honorable Thomas C. Platt* by Citigroup Global Markets Inc. (Huang, Joyce) (Entered: 10/19/2007) |
| 10/29/2007 | 16 | RESPONSE to Motion re 5 MOTION to Appoint Counsel *and Approve the Motion of Dana Marlin for Appointment As Lead Plaintiff* filed by Randy Stark. (Faruqi, Nadeem) (Entered: 10/29/2007) |
| 10/29/2007 | 17 | REPLY to Response to Motion re 5 MOTION to Appoint Counsel *and Approve the Motion of Dana Marlin for Appointment As Lead Plaintiff* filed by Randy Stark. (Faruqi, Nadeem) (Entered: 10/29/2007) |
| 10/29/2007 | 18 | REPLY to Response to Motion re 5 MOTION to Appoint Counsel *and Approve the Motion of Dana Marlin for Appointment As Lead Plaintiff* filed by Dana Marlin. (Linkh, Gregory) (Entered: 10/29/2007) |
| 12/03/2007 | 20 | NOTICE of Appearance by Joyce Szuyun Huang on behalf of Citigroup Global Markets Inc. (aty to be noticed) (Huang, Joyce) (Entered: 12/03/2007) |
| 12/03/2007 | 21 | Corporate Disclosure Statement by Citigroup Global Markets Inc. (Huang, Joyce) (Entered: 12/03/2007) |
| 12/03/2007 | 22 | First MOTION to Adjourn Conference *scheduled for December 6, 2007.* by Dana Marlin. (Linkh, Gregory) (Entered: 12/03/2007) |
| 12/04/2007 | 23 | Letter MOTION to Adjourn Conference *for 12/6/07 and 12/7/07* by Institutional Investor Group. (Rosenfeld, David) (Entered: 12/04/2007) |
| 12/05/2007 | 24 | ORDER granting 22 Motion to Adjourn Conference; granting 23 Motion to Adjourn Conference. The initial conferences in these related actions, scheduled for December 6 and 7, 2007 are adjourned sine die, pending a decision from the Multidistrict Litigation Judicial Panel. Ordered by Magistrate Judge E. Thomas Boyle on 12/5/07. Movant's counsel is directed to notify all counsel of this order upon receipt. (Joy, Dolores) (Entered: 12/05/2007) |
| 12/13/2007 | 25 | STIPULATION *and [Proposed] Order* by Deloitte & Touche LLP (Berman, Jeremy) (Entered: 12/13/2007) |
| 12/14/2007 | | ORDER re 25 Stipulation filed by Deloitte & Touche LLP. SO ORDERED. Ordered by Magistrate Judge E. Thomas Boyle on 12/14/07. (Joy, Dolores) (Entered: 12/14/2007) |

| | | |
|---|---|---|
| 12/19/2007 | 26 | NOTICE of Appearance by Jay B. Kasner on behalf of Deloitte & Touche LLP (aty to be noticed) (Kasner, Jay) (Entered: 12/19/2007) |
| 12/19/2007 | 27 | Email from Bonita Bagley, Deputy Clerk, JPMDL, to Judge Platt dated 12/19/07 re: attaching a letter to the transferee clerk, a letter to the transferee judge, and the transfer order. Re MDL No. 1898 In Re: American Home Mortgage Securities Litigation. (Brienza, Lauren) (Entered: 12/26/2007) |
| 12/19/2007 | 28 | Letter from Bonita Bagley, Deputy Clerk JPMDL, to Hon. Thomas C. Platt, Jr., dated 12/19/07 re: attached as separate documents are (i) a letter directed to the Clerk of your district advising that MDL 1898 - In Re: American Home Mortgage Securities Litigation has been transferred to you under 28 USC, Section 1407 and (ii) a copy of the related transfer order. (Brienza, Lauren) (Entered: 12/26/2007) |
| 12/19/2007 | 29 | TRANSFER ORDER: pursuant to 28 U.S.C., Section 1407, the action listed on Schedule A and pending outside the Eastern District of New York is transferred to the Eastern District of New York and, with the consent of that court, assigned to the Honorable Thomas C. Platt, Jr., for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. Signed by D. Lowell Jensen, Acting Chairman, JPMDL. In Re: American Home Mortgage Securities Litigation MDL No. 1898. (Brienza, Lauren) (Entered: 12/26/2007) |
| 01/11/2008 | | NOTICE of Hearing on Motion 8 MOTION to Consolidate Cases *and Appoint Randy Stark Lead Plaintiff and Approve His Selection of Lead Counsel*, 5 MOTION to Appoint Counsel *and Approve the Motion of Dana Marlin for Appointment As Lead Plaintiff* : Motion Hearing set for 1/23/2008 10:30 AM in Courtroom 1040 before Senior Judge Thomas C. Platt. A discussion will be held regarding case management and scheduling. (McMorrow, Karen) (Entered: 01/11/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/24/2008 10:01:16 | | | |
| **PACER Login:** | us5663 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-03580-TCP-ETB |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |