**EXHIBIT C**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------x
DANA MARLIN, Individually and On Behalf
of All Others Similarly Situated,                 :    Case No. 07-CV-3580 (TCP) (ETB)

                     Plaintiff,       :

    v.                                                :

CITIGROUP GLOBAL MARKETS INC.,    :
DELOITTE & TOUCHE LLP, ROBERT
BERNSTEIN, STEPHEN A. HOZIE, JOHN A.:    **STIPULATION**
JOHNSTON, NICHOLAS R. MARFINO,            **AND [PROPOSED] ORDER**
MICHAEL A. MCMANUS, JR., C.                  :
CATHLEEN RAFFAELI, KENNETH P.
SLOSSER, MICHAL STRAUSS, KRISTIAN  :
SALOVAARA AND IRVING J. THAU,

                    :
                 Defendants.
------------------------------x

       WHEREAS, plaintiff in the above-captioned action alleges claims arising out of the same facts and circumstances as plaintiffs in certain other actions pending before this Court; and

       WHEREAS, the complaint in the above-captioned action is governed by the provisions of the Private Securities Litigation Reform Act ("PSLRA").

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that:

       (a)    Deloitte & Touche LLP ("Deloitte") shall not be required to answer or otherwise respond to, and is hereby expressly relieved from answering or otherwise responding to, the complaint in the above-captioned action;

(b)  plaintiff shall have 45 days from the entry of the order pursuant to the PSLRA appointing Lead Plaintiff(s) and Lead Counsel to file a consolidated amended complaint (the "Complaint");

(c)  Deloitte's last day to move, answer or otherwise respond to the Complaint shall be extended to and including the date 45 days after the filing of the Complaint; and

(d)  in the event Deloitte moves to dismiss the Complaint:

1.  plaintiff shall have 45 days from the date such motion is served to serve opposition papers; and

2.  Deloitte shall have 45 days from the date opposition papers are served by plaintiff to serve reply papers.

Dated: December 12, 2007
      New York, New York

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: _____
Jay B. Kasner
Jeremy A. Berman

Four Times Square
New York, New York 10036
Tel.: (212) 735-3000
Fax: (212) 735-2000

Attorneys for Defendant
    Deloitte & Touche LLP

2

MURRAY, FRANK & SAILER LLP

By: *Marvin Frank By JAB*
Marvin Frank

275 Madison Avenue, Suite 801
New York, New York  10061-1101
Tel.: (212) 682-1818
Fax: (212) 682-1892

Attorneys for Plaintiff

SO ORDERED: _____
            U.S.D.J.

3

CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on December 13, 2007, I caused a true copy of the foregoing:

- ***Stipulation and [Proposed] Order***

to be served electronically through the Court's ECF Notification System, and upon the following by first class mail, postage prepaid:

> Pamela Rogers Chepiga, Esq.
> Patricia M. Hynes, Esq.
> ALLEN & OVERY LLP
> 1221 Avenue of the Americas
> New York, New York 10020

Dated:   New York, New York
         December 13, 2007

*/s/ Steven R. Katzenstein*
Steven R. Katzenstein