# CERTIFICATE OF SERVICE

I, *David W. Carickhoff*, hereby certify that on January 25, 2008, I caused a copy of the following document to be served as indicated upon the individuals listed on the service list attached.

> *Limited Objection of the Official Committee of Unsecured Creditors to the Motion of the Debtors for an Order Approving Payment of Travel and Entertainment Expenses Incurred by Certain of the Debtors' Terminated Employees*

                                                */s/David W. Carickhoff*
                                                David W. Carickhoff (No. 3715)

128189.01600/21661467v.1

## SERVICE LIST

VIA FACSIMILE
James L. Patton, Jr., Esquire
Pauline K. Morgan, Esquire
M. Blake Cleary, Esquire
Sean M. Beach, Esquire
Matthew B. Lunn
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
*Facsimile:  302-571-1253*
*Counsel for the Debtors*

VIA FACSIMILE
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
*Facsimile:*  (302) 573-6497