IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., a Delaware corporation, ) | Case Number  07-11047 (CSS) |
| *et. al.*, ) | |
| ) | **Re: Docket Nos. 2065 and 2641** |
| Debtors. ) | |

___

**CERTIFICATION OF COUNSEL REGARDING
ORDER GRANTING CUTISHA CAUTHORNE'S
MOTION FOR RELIEF FROM AUTOMATIC STAY**

I, Daniel K. Hogan, Esquire, attorney for Cutisha Cauthorne, hereby certify in good faith at this time that:

1) An Emergency Motion for an Order for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [Docket No. 2065] was filed by Cutisha Cauthorne on November 16, 2007;

2) On November 21, 2007, an emergency hearing was held and this Court determined that the Motion of Cutisha Cauthorne for an order for relief from automatic stay be continued to a future evidentiary hearing;

3) On January 9, 2008, Debtors' filed an Objection to the Emergency Motion of Cutisha Cauthorne for an Order for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code, [Docket No. 2641];

4) On January 10, 2008, the Official Committee of Unsecured Creditors filed a jionder to the Debtors' Objection to the Emergency Motion of Cutisha Cauthorne for an Order for Relief from Stay Under Section 362 of the Bankruptcy Code, [Docket No. 2661];

1

2

5)   On January 14, 2008, a hearing was held and this Court granted the Motion of Cutisha Cauthorne for an Order for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code and further instructed undersigned counsel to file the form of order together with a certification of counsel.

Dated: January 25, 2008                    */s/Daniel K. Hogan*
                                           Daniel K. Hogan (DE Bar No. 2814)
                                           **THE HOGAN FIRM**
                                           1311 Delaware Avenue
                                           Wilmington, Delaware 19806
                                           Telephone: (302) 656.7540
                                           Facsimile: (302) 656.7599
                                           E-Mail: dkhogan@dkhogan.com