IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| INVESTMENT CORP., *et al.*[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF DOCUMENTS

TO THE CLERK IN CHARGE OF BANKRUPTCY OPERATIONS:

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as counsel

for NATIONAL CITY CAPITAL COMMERCIAL CORPORATION pursuant to 11 U.S.C. §

1109(b), and that, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010, the

undersigned requests that an entry be made on the Clerk's Matrix in this case, and that all notices

given or required to be given and all papers served or required to be served, in this case, be given

to and served upon:

> Jeffrey S. Cianciulli, Esquire
> Weir & Partners LLP
> 824 Market Street, Suite 1001
> P.O. Box 708
> Wilmington, DE 19899
> Telephone: (302) 652-8181
> Facsimile: (302) 652-8909

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices

and papers referred to in the Bankruptcy Rules specified above, but also includes, without

limitation, all orders and notices of any application, motion, petition, pleading, request,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures, LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).

complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that, among other things (1) affect or seek to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) the debtors, (b) property of the debtors' estates, or proceeds thereof, in which any of the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the debtors may seek to use; or (2) require or seek to require any act, delivery of any property, payment or other conduct by the undersigned.

WEIR & PARTNERS LLP

By:/s/  Jeffrey S. Cianciulli, Esquire
Jeffrey S. Cianciulli, Esquire (#4369)
824 Market Street, Suite 1001
P.O. Box 708
Wilmington, DE  19899
(302) 652-8181
*Attorneys for National City Capital*
*CommercialCorporation*

Dated:  January 25, 2008

299791-1