IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| INVESTMENT CORP., *et al.*[2] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

I, Jeffrey S. Cianciulli, hereby certify that on this 25th day of January 2008, I did cause a true and correct copy of the foregoing **Notice of Appearance and Request for Service of Documents** to be served via First Class Mail, postage pre-paid, upon those persons listed on the attached Service List.

/s/ Jeffrey S. Cianciulli, Esquire
Jeffrey S. Cianciulli, Esquire

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures, LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).

227182-1