SERVICE LIST

Donald J. Bowman, Jr., Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street
17th Floor
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

227182-1