EXHIBIT "B"


**ORACLE**
FINANCING

500 Oracle Parkway  
MS LGN-1  
Redwood Shores,  
CA 94065

phone: 650 506 2020  
fax: 650 633 0804

## NOTIFICATION OF ASSIGNMENT LETTER

May 12, 2006

Alan Horn  
American Home Mortgage Investment Corp.  
538 Broadhollow Road  
Melville, NY 11747

Dear Mr. Horn:

This letter serves as Notification of Assignment of payments and rights under subject Contract to National City Vendor Finance, LLC ("Assignee").

**Contract:** Payment Schedule No. 17965, dated 11-APR-06, with Amd. No. 1, to Payment Plan Agreement # 4728.

**Assigned Payments:** Your Payment Amounts, and applicable Taxes added pursuant to the Contract, have been assigned. Sales Tax in the amount of $76,393.36, per Supplier invoice(s) # 2054347, 2054348, and Sales Tax in the amount of $13,775.85 representing 8.63% Sales Tax on your future support, have been added to your System Price. Your payments have been increased proportionately to reflect the Sales Tax amount financed. Please contact Oracle Corp directly with any questions regarding Taxes at 1-888-803-7414.

**Assigned Rights:** Rights to enforce remedies under the Contract have been assigned, giving Assignee the independent right to exercise its rights under the Contract.

**Payment Remittance Information:** All Assigned Payments should be remitted to the address below.[1] You will be invoiced shortly by Assignee.

| Wire Remittance To: | National City Vendor Finance, LLC | Mail check remittance to: | National City Vendor Finance, LLC |
|---|---|---|---|
| | Cleveland, OH | | P.O. Box 692228 |
| | ABA: 041000124 | | Cincinnati, OH 45269-2228 |
| | Account #: 0159-138 | | |

**Rights:** Except as specified under the Contract, Customer's rights and remedies against Supplier under the software license and services agreement ("Agreement") shall not be affected. Assignee assumes none of Supplier's obligations under the Agreement. Any questions surrounding the software or services should continue to be directed to your sales representative.

**Instructions:**

- Notify your Accounts Payable department by forwarding a copy of this letter.
- Fax specific billing instructions and any additional invoicing requirements (e.g. reference i.e. P.O. #) to the Assignee at 630-955-5722; Attn: Trish DiBennardi.
- Contact the Assignee with any questions regarding invoicing of the Contract at 630-955-5708.

Please contact me if you have any questions regarding this Assignment at 650-633-8582.

Sincerely,

Lizzy Ortiz  
Contracts Specialist

---

[1] Assigned Payments that are remitted to a party other than Assignee may not be forwarded or may not be forwarded in a timely manner to Assignee; Customer shall be solely responsible for all resulting late fees."

Notif of Assignmt_US 05May00i

**ORACLE**
FINANCING

## ORACLE CORPORATION MASTER ASSIGNMENT EXHIBIT

Assignor hereby assigns to Assignee, National City Vendor Finance, LLC, subject to the terms and conditions set forth in the Global Financing Program Agreement ("Agreement") between Oracle Credit Corporation ("OCC") and Assignee dated May 19, 2003 all of OCC's rights and interest to all Assigned Payments and other rights as defined under the Agreement.

Assigned Funded Payments & Assigned Non-Funded Future Payments are shown on Funding Report.

In accordance with Section B.4 of the Agreement, Assignor and Assignee agree that scanned images of an executed assignment (or executed faxes or photocopies of an executed copy of this document) shall be considered original documents upon delivery to OCC. This document may be executed in counterparts, which, when taken together constitute a fully executed document.

| Client Name | Contract Dated | Order Dated | Pmts Assigned | Assignor | Discount % | Funded Reserve or Non-Recourse | Assignment Effective Date | Funding Date | Tax Responsibility | Notification Contact | Billing Contact |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cable One, Inc. | PS No. 18384, dated 29-APR-08 to PPA No. 4759 | Ols. Doc #100034 -rev 1 of 1 Dated 04/17/08 | All | Oracle Credit Corp | 7.70% | Non-Recourse | 5/12/2008 | 5/17/2008 | Reseller | Ted Drescher | Ted Drescher |
| American Home Mortgage Investment Corp. | PS No. 17985, dated 11-APR-08, with Amd. No. 1, to PPA No. 4728 | CO 21796505 Issued Dated 04/07/08 | All | Oracle Credit Corp. | 6.95% | Non-Recourse | 5/12/2008 | 5/25/2008 | Oracle USA, Inc. | Alan Horn | Belinda Jones |

Prepared By: Lizzy Ortiz [signature]

| Oracle Credit Corporation | National City Vendor Finance, LLC |
|---|---|
| By: [signature] | By: [signature] R.N. DiBernardo |
| Name: JILL NELSON | Name: Trish DiBernardo |
| Title: SENIOR DIRECTOR | Title: V.P. |
| Date: 5/12/2008 | Date: 5-17-08 |

If you've any questions, please contact:

PLEASE NOTE THE FOLLOWING ABBREVIATIONS:

GLA = General License Agreement
INV = Invoice
MPA = Multipart Payment Agreement
NLOF = Network License Order Form
NSO = Network Server Option
NUA = Network User License Addendum
OC = Oracle Corporation
OCC = Oracle Credit Corporation
OD = Order Document
OF = Order Form
PO = Purchase Order
PPA = Payment Plan Agreement
PPS = Payment Plan Supplement
PS = Payment Schedule
PUA = Project User License Addendum
RNLOF = Reseller Network License Order Form
SPA = System Payment Agreement
TPPS = Third Party Payment Schedule