IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | Chapter 11 |
| : | |
| AMERICAN HOME MORTGAGE : | Case No. 07-11047 (CSS) |
| INVESTMENT CORP., *et al.*[1] : | (Jointly Administered) |
| : | |
| Debtors. : | |

## ORDER GRANTING
## MOTION OF NATIONAL CITY CAPITAL COMMERCIAL CORPORATION
## FOR ENTRY OF ORDER GRANTING ALLOWANCE AND PAYMENT
## OF POST-PETITION RENT AS AN ADMINISTRATIVE EXPENSE
## PURSUANT TO 11 U.S.C. § 503(b)(1)(A)

Upon consideration of the Motion of National City Capital Commercial Corporation ("National City") for Entry of an Order Granting Allowance and Payment of Post-Petition Rent as an Administrative Expense Pursuant to 11 U.S.C. § 503(b)(1)(A); and due and proper notice of the Motion having been given under the circumstances; and sufficient cause appearing therefore, IT IS HEREBY:

ORDERED that the Motion is GRANTED; and its is further

ORDERED, that National City is granted an allowed administrative expense claim pursuant to 11 U.S.C. § 503(b)(1)(A) in the amount of $283,902.30 and its is further

ORDERED that the Debtor and Chapter 11 Trustee shall pay National City $283,902.30 within five (5) days from the date hereof.

Date: _____, 2008

_____
United States Bankruptcy Judge

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures, LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).

376575-1