**IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., a Delaware corporation, ) | Case Number  07-11047 (CSS) |
| *et. al.*, ) | |
| ) | **Re: Docket No. 2789** |
| Debtors. ) | |

_____

**NOTICE OF WITHDRAWAL OF DOCKET NO. 2789**

    PLEASE TAKE NOTICE that Catisha Cauthorne wishes to withdraw docket no. 2789, Certification of Counsel.  The Proposed Order for this filing has been revised and the Certification of Counsel will be re-filed with the revised order.


Dated: January 28, 2008               Respectfully submitted,

                                                  /s/Daniel K. Hogan
                                                  Daniel K. Hogan (DE #2814)
                                                  **THE HOGAN FIRM**
                                                  1311 Delaware Avenue
                                                  Wilmington, DE 19806
                                                  Telephone: 302-656-7540
                                                  Facsimile: 302-656-7599