**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| In re: | : Chapter 11 |
|  | : |
|  | : Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., *et al*, [1] | : (Jointly Administered) |
|  | : |
| Debtors. | : **Hearing Date: February 14, 2008 at 11:00 a.m.** |
|  | : **Objection Deadline: February 7, 2008 at 4:00 p.m.** |

---

**AMENDED APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR AN ORDER AUTHORIZING THE COMMITTEE TO RETAIN
TRENWITH SECURITIES LLC TO PROVIDE INVESTMENT BANKING
ADVISORY SERVICES PURSUANT TO 11 U.S.C. §§ 328 AND 1103
AND FED. R. BANKR. P. 2014 *NUNC PRO TUNC* AS OF AUGUST 14, 2007**

The Official Committee of Unsecured Creditors ("Committee") of American Home Mortgage Holdings, Inc, *et al*., the debtors and debtors-in-possession herein (collectively, the "Debtors"), hereby files this application (the "Application") for entry of an order, pursuant to 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014, authorizing the retention of Trenwith Securities LLC ("Trenwith") to provide investment banking advisory services *nunc pro tunc* as of August 14, 2007. In support of the Application, the Committee relies upon the Affidavit of Jeffrey R. Manning (the "Affidavit") attached hereto as Exhibit A and incorporated herein by reference, and respectfully represents as follows:

**JURISDICTION**

1.  This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

**BACKGROUND**

2.　　On August 6, 2007, the Debtors filed voluntary petitions for reorganization under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware.

3.　　On August 14, 2007, the Office of the United States Trustee, at an organizational meeting of creditors, appointed the following seven unsecured creditors to serve as members of the Committee:

    a.　　Wilmington Trust Company;

    b.　　United Parcel Service, c/o The Receivable Management Services Corporation, Its Agent;

    c.　　The Bank of New York Trust Company, N.A.;

    d.　　Deutsche Bank National Trust Co., as Trustee;

    e.　　Nomura Credit & Capital, Inc.;

    f.　　Impac Funding Corporation; and

    g.　　Waldners Business Environments, Inc.

The Committee elected James McGinley of Wilmington Trust Company, as Trustee, and Steven Sass, Esq. of The Receivable Management Services Corporation, Agent for United Parcel Service, as Co-Chairpersons of the Committee. The Committee then selected Hahn & Hessen as its counsel, Blank Rome LLP as its co-counsel, and BDO Seidman as financial advisors.

**RELIEF SOUGHT**

4.　　The Committee seeks authority to retain Trenwith, an affiliate of BDO Seidman LLP ("BDO Seidman") with offices located at 7101 Wisconsin Avenue, Bethesda, MD 20814-4827, to provide the Committee with investment banking advisory services in the

Debtors' Chapter 11 cases on an as-needed basis, with such retention to be effective as of August 14, 2007.

       5.      On September 27, 2007, the Committee filed a single application seeking authority to retain BDO Seidman as its financial advisors and Trenwith to provide the Committee with certain investment banking advisory services ("Joint Application") [Dkt. No. 966]. Pursuant to the Joint Application, Trenwith would be compensated at its customary hourly rate, which charge would be included as part of BDO Seidman's monthly fee application. The office of the United States Trustee raised a concern about the two firms being retained as part of a joint retention application. To address the United States Trustee's concern, the Committee agreed to file this separate retention application.

       6.      Due to an administrative oversight, the filing of Trenwith's amended application was inadvertently delayed. However, because this Application is an amendment of the previously filed Joint Application, the Committee believes that the retention of Trenwith effective as of August 14, 2007 is appropriate under the circumstances.

       7.      Trenwith has extensive experience providing investment banking advisory services in chapter 11 cases, in particular, with assisting creditors' committees in connection with the structure and process for conducting sales under 11 U.S.C. § 363. Trenwith is also knowledgeable concerning the financial issues peculiar to debtor mortgage originators and servicers, including the alternative processes available for selling residential mortgage loans. Accordingly, for these and other reasons, the Committee believes that Trenwith is well qualified to provide it with investment banking advisory services in these cases. Trenwith is not being engaged under this Application to market and sell any specific estate asset. Rather, the Committee currently desires only to retain Trenwith for the limited purpose of providing it with

limited investment advisory services on an hourly basis.

        8.     Trenwith has agreed to act as advisor to the Committee and to be compensated at its customary hourly rates for services rendered and for actual expenses incurred in connection therewith, all subject to approval of this Court.

        9.     It appears from the affidavit of Jeffrey R. Manning, a member of the firm of Trenwith, duly sworn to on the 13 day of September, 2007, that Trenwith has not been previously employed in these cases by any party in interest.  Further, the Committee is assured that while Trenwith is employed by the Committee it will not assist any other entity in any capacity in connection with these cases.

        10.     The Committee, therefore, believes that Trenwith does not have any interest adverse to the Committee or to the Debtors' estates herein, is a disinterested person within the meaning of section 327 of the Bankruptcy Code and its employment would be in the best interest of the creditors of the Debtors' estates.

- 5 -

**WHEREFORE**, pursuant to section 1103 of the Bankruptcy Code, the Committee, respectfully requests entry of an order, substantially in the from annexed hereto, authorizing the Committee to retain Trenwith to provide it with investment banking advisory services, effective as of August 14, 2007, and for such other and further relief as the Court may deem just and proper.

Dated:    January 28, 2008

        OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,

Wilmington Trust Company, as Trustee

By:    */s/ James McGinley*
      JAMES McGINLEY
      Co-Chair of the Committee

United Parcel Service c/o The Receivable Management Services Corporation, Its Agent

By:    */s/ Steven D. Sass*
      STEVEN D. SASS, Esq
      Co-Chair of the Committee