**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

In re:

American Home Mortgage Holdings, Inc., *et al*.[1]

Debtors

---

Chapter 11

Case No. 07-11047 (CSS)
(Jointly Administered)

Hearing Date: February 14, 2008 at 11:00 a.m.
Objection Deadline: February 7, 2008 at 4:00 p.m.

**NOTICE OF AMENDED APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, *ET AL.*, FOR AN ORDER AUTHORIZING THE COMMITTEE TO RETAIN TRENWITH SECURITIES LLC TO PROVIDE INVESTMENT BANKING ADVISORY SERVICES PURSUANT TO 11 U.S.C. §§ 328 AND 1103 AND FED. R. BANKR. P. 2014 *NUNC PRO TUNC AS OF AUGUST 14, 2007***

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

The Official Committee of Unsecured Creditors (the "Committee") of American Home Mortgage Holdings, Inc., *et al*. filed the **Application for the Authorization to Retain Trenwith Securities LLC to provide Investment Banking Advisory Services for the Official Committee of Unsecured Creditors** (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").  Copies of the Application are available upon request to the undersigned

Objections and other responses to the relief requested in the Application, if any, must be in writing and be filed with the Bankruptcy Court no later than 4:00 p.m. Eastern Time on **February 7, 2008**.

---

[1]   The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189/01600/21661714v1

- 2 -

Any objections or other responses to the Application, if any, must also be served so that they are received not later than **February 7, 2008 at 4:00 p.m. Eastern Time**, by the undersigned.

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE BANKRUPTCY COURT ON **FEBRUARY 14, 2008 AT 11:00 A.M.** EASTERN TIME.

Dated: January 28, 2008

                                  BLANK ROME LLP

                                  By:   */s/ David W. Carickhoff*
                                              Bonnie Glantz Fatell (No. 3809)
                                              David W. Carickhoff (No. 3715)
                                              1201 Market Street, Suite 800
                                              Wilmington, Delaware 19801
                                              Telephone:   (302) 425-6400
                                              Facsimile:    (302) 425-6464

                                                     -and-

                                              HAHN & HESSEN LLP
                                              Mark S. Indelicato
                                              Mark T. Power
                                              488 Madison Avenue
                                              New York, New York 10022
                                              Telephone:   (212) 478-7200
                                              Facsimile:    (212) 478- 7400

                                              *Co-Counsel for the Official Committee of Unsecured Creditors.*