IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., a Delaware corporation, | ) Case Number 07-11047 (CSS) |
| et. al., | ) |
| | ) **Re: Docket Nos. 2065 and 2641** |
| Debtors. | ) |

## ORDER GRANTING MOTION FOR
## RELIEF FROM THE AUTOMATIC STAY (AMENDED)

Upon the motion (the "Motion") of Cutisha Cauthorne ("Movant"), for relief from the automatic stay; and adequate notice of the Motion having been given; and this Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** as set forth below:

**IT IS FURTHER ORDERED** that the automatic stay imposed by Section 362 of the Bankruptcy Code is modified in order to permit Movant to initiate her claims against the Debtor (as defined in the Motion); and

**IT IS FURTHER ORDERED** that Movant may not pursue the Debtor for any judgment in her favor unless she seeks and obtains further modification of the automatic stay, except as might be permitted by existing and future orders of this Court (including, but not limited to, any plan or plans of reorganization which may be confirmed in the above-captioned bankruptcy cases).

Dated: 1/28/08

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge