IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| INVESTMENT CORP., *et al.*2 | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

This is to certify that I did cause a true and correct copy of the foregoing Motion and Order for Admission Pro Hac Vice to be served via first-class mail, postage prepaid, on January __, 2008, upon the attached Service List.

> By: /s/ Jeffrey S. Cianciulli
> Jeffrey S. Cianciulli, Esquire (#4369)
> Weir & Partners LLP
> 824 Market Street, Suite 1001
> P.O. Box 708
> Wilmington, DE 19899
> Telephone: (302) 652-8181
> Facsimile: (302) 652-8909

---

2 The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures, LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).

302509-1