SERVICE LIST

Donald J. Bowman, Jr., Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street
17th Floor
Wilmington, DE 19801

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

302509-1