IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :  Jointly Administered
         Debtors.                                                :
                                                                 :  Ref. No. 2541
---------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 2541

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtors' Sixth Motion for an Order Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Executory Contracts and to Abandon Certain Furniture, Fixtures, and Equipment (the "Motion") has been received. The Court's docket which was last updated January 29, 2008, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than January 25, 2008 at 4:00 p.m.

DB02:6536971.1                                                                           066585.1001

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
January 29, 2008

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        _____
        James L. Patton, Jr. (No. 2202)
        Joel A. Waite (No. 2925)
        Pauline K. Morgan (No. 3650)
        Sean M. Beach (No. 4070)
        Matthew B. Lunn (No. 4119)
        Kara Hammond Coyle (No. 4410)
        Kenneth J. Enos (No. 4544)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and
        Debtors in Possession