IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------- x
In re:                                                               :    Chapter 11
                                                                     :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                                     :
                                                                     :    Jointly Administered
           Debtors.                                                  :
-------------------------------------------------------------------- x
```

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON FEBRUARY 1, 2008 AT 11:00 A.M. (ET)

### ADJOURNED/RESOLVED MATTERS

1.    Motion of Vicom Computer Services for Reclamation of Goods Pursuant to 11 U.S.C.
      section 546(c) or, in the Alternative, for Allowance and Immediate Payment of
      Administrative Claim Pursuant to 11 U.S.C. section 503(b) [D.I. 1571, 10/16/07]

      Objection Deadline:    November 6, 2007 at 4:00 p.m., extended for the Debtors to
                             February 7, 2008 at 4:00 p.m.

      Objections Filed:      None at this time.

      Status: This matter will be adjourned by agreement of the parties to February 14, 2008 at
            11:00 a.m.

2.    Emergency Motion of Natixis Real Estate Capital Inc. f/k/a IXIS Real Estate Capital Inc.
      [D.I. 1701, 10/29/07]

      Objection Deadline:    November 7, 2007 at 4:00 p.m., extended to February 21, 2008 at
                             4:00 p.m. for the Debtors and the Committee

      Objections Filed:      None at this time

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM
Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation
(1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American
Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC,
a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491);
and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538
Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd.,
Suite 200, Irving, Texas 75063.

Status: The parties have an agreement in principle that partially resolves this matter and intend to provide the Court with a proposed order before or at the hearing. The remainder of this matter will be adjourned by agreement of the parties to February 28, 2008 at 11:00 a.m.

3.    Motion of FNC, Inc. for Adequate Protection and Relief from Automatic Stay with Respect to Collateral Management System License Agreement, or in the Alternative, to Compel Debtors to Assume or Reject Agreement as Executory Contract [D.I. 1772, 11/2/07]

Objection Deadline:    November 20, 2007 at 4:00 p.m., extended to February 7, 2008 for the Debtors and the Committee

Objections Filed:    None

Status: This matter will be adjourned by agreement of the parties to February 14, 2008 at 11:00 a.m.

4.    Iron Mountain Information Management, Inc.'s Motion to Compel Payment of Administrative Expenses [D.I. 2465, 12/20/07]

Objection Deadline:    December 28, 2007 at 4:00 p.m., extended to February 7, 2008 at 4:00 p.m. for the Debtors and the Committee

Related Document:

a)    Proposed Form of Order filed by Iron Mountain Information Management, Inc. [D.I. 2502, 12/26/07]

Objections Filed:    None as of the filing of this agenda.

Status: This matter will be adjourned by agreement of the parties to February 14, 2008 at 11:00 a.m.

5.    Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2395, 12/14/07]

Objection Deadline:    December 27, 2007 at 4:00 p.m., extended for U.S. Trustee to December 28, 2007 at 12:00 p.m., Impac Funding to December 28, 2007 at 5:00 p.m. and for Bank of America to January 2, 2008 at 10:00 a.m.

Related Document:

    a)    Order Authorizing the Abandonment and Destruction of Certain Duplicate Mortgage Loan Files [D.I. 2794, 1/15/08]

Objections Filed:

    b)    Objection of Federal Home Loan Mortgage Corporation to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [ [D.I. 2501, 12/26/07]

    c)    Objection of Wells Fargo Funding, Inc. to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2506, 12/27/07]

    d)    Objection of Wells Fargo Bank, N.A., as Trustee to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2508, 12/27/07]

    e)    Reservation of Rights of Morgan Stanley Capital Holdings LLC With Respect to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2509, 12/27/08]

    f)    Objection of JPMorgan Chase Bank, N.A.to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2510, 12/27/07]

    g)    Objection of Triad Guaranty Insurance Corp. to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2511, 12/27/07]

h)      Reservation of Rights with Respect to the Motion of the Debtors for an Order Pursuant to 11 U.S.C. Sections 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses Filed by Bear Stearns Mortgage Capital Mortgage Capital Corporation and EMC Mortgage Corporation [D.I. 2513, 12/27/07]

i)      Objection of Calyon New York Branch to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2514, 12/27/07]

j)      Objection of CitiMortgage, Inc. to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2517, 12/27/07]

k)      Objection of the United States Trustee to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2539, 12/28/07]

l)      Limited Objection of Bank Of America, N.A., As Administrative Agent, To Debtors Motion For An Order Pursuant To 11 U.S.C. Sections 105, 363 And 554 Authorizing The (I) Abandonment And Destruction Of Certain Duplicate Mortgage Loan Files Or (II) Return Of Mortgage Loan Files To The Owner Of Such Loans Upon Payment Of Reasonable Costs And Expenses [D.I. 2543/2544, 12/28/07]

m)      Joinder of The Bank of New York, in Certain Capacities, to the Objection of Wells Fargo Bank, N.A. to Debtors' Motion for an Order Pursuant to 11 USC Sections 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2555, 12/31/07]

n)      Reservation of Rights of Countrywide Bank, FSB and Countrywide Home Loans, Inc. to Debtors' Motion for an Order Pursuant to 11 USC Sections 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2644, 1/9/08]

o)    Informal Response of Midfirst

Status: This matter will be adjourned by agreement of the parties to February 14, 2008 at
11:00 a.m.

6.    CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to
Release Loan Documents [D.I. 2515, 12/27/07]

Objection Deadline:    January 7, 2008 at 4:00 p.m., extended to January 9, 2008 at 12:00
p.m.

Objections Filed:

a)    Debtors' Objection to CitiMortgage Inc.'s Motion to Lift the Automatic
Stay and Compel the Debtors to Release Loan Documents [D.I. 2635,
1/9/08]

Status: This matter will be adjourned by agreement of the parties to February 14, 2008 at
11:00 a.m.

7.    Motion of LBA Melville Associates LP for an Order to Allow Certain Administrative
Expenses and Compel Payment of Such Administrative Expenses Pursuant to Section
503(a) and (b)(a)(A) and 507(a)(1) of the Bankruptcy Code [D.I. 2627, 1/8/08]

Objection Deadline:    January 25, 2008 at 4:00 p.m., extended to February 7, 2008 at
4:00 p.m. for the Debtors and the Committee

Objections Filed:    None

Status: This matter will be adjourned by agreement of the parties to February 14, 2008 at
11:00 a.m.

8.    1140 Galaxy Way, Inc.'s Motion for Allowance of Administrative Claim and Request for
Payment [D.I. 2649, 1/10/08]

Objection Deadline:    January 25, 2008 at 4:00 p .m., extended to February 11, 2008 at
4:00 p.m. for the Debtors and the Committee

Objections Filed:    None

Status: This matter will be adjourned by agreement of the parties to February 14, 2008 at
11:00 a.m.

9.    Application of the Debtors for an Order Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Services Providers for the Debtors, Nunc Pro Tunc as of January 14, 2008 [D.I. 2722, 1/14/08]

Objection Deadline:    January 25, 2008 at 4:00 p.m.

Objections Filed:

a)    Objection of the United States Trustee to the Application of the Debtors for an Order Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Services Providers for the Debtors, Nunc Pro Tunc as of January 14, 2008 [D.I. 2787, 1/25/08]

Status: This matter will be adjourned by agreement of the parties to February 14, 2008 at 11:00 a.m.

## UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION

10.    Debtors' Sixth Motion for an Order Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject Certain Executory Contracts and to Abandon Certain Furniture, Fixtures, and Equipment [D.I. 2541, 12/28/07]

Objection Deadline:    January 25, 2008 at 4:00 p.m.

Objections Filed:    None

Related Document:

a)    Certificate of No Objection [D.I. 2798, 1/29/08]

Status: A Certificate of No Objection has been filed. No hearing is required.

11.    Debtors' Motion Pursuant to Bankruptcy Rule 9019 for an Order Approving and Authorizing Term Sheet Between American Home Mortgage and American Corporate Record Center [D.I. 2660, 1/10/08]

Objection Deadline:    January 25, 2008 at 4:00 p .m.

Objections Filed:    None

Related Document:

a)    Certificate of No Objection [D.I. 2802, 1/30/08]

Status: A Certificate of No Objection has been filed. No hearing is required.

## UNCONTESTED MATTERS GOING FORWARD

12.    Regions Mortgage, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of
       the Bankruptcy Code with Respect to Real Property Located at 7433 W. 60th Place,
       Summit Argo, IL 60501 [D.I. 2666, 1/10/08]

       Objection Deadline:    January 25, 2008 at 4:00 p.m.

       Objections Filed:

            a)    Debtors' Reservation of Rights as to Certain Motions for Relief from
                  Automatic Stay [D.I. 2762, 1/22/08]

       Status: This matter will be going forward.

13.    Regions Mortgage, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of
       the Bankruptcy Code with Respect to Real Property Located at 829 Putnam Avenue,
       Brooklyn, NY 11221 [D.I. 2667, 1/10/08]

       Objection Deadline:    January 25, 2008 at 4:00 p.m.

       Objections Filed:

            a)    Debtors' Reservation of Rights as to Certain Motions for Relief from
                  Automatic Stay [D.I. 2762, 1/22/08]

       Status: This matter will be going forward.

14.    Regions Mortgage, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of
       the Bankruptcy Code with Respect to Real Property Located at 9670 Osprey Isles Blvd.,
       West Palm Beach, FL 33412 [D.I. 2668, 1/10/08]

       Objection Deadline:    January 25, 2008 at 4:00 p.m.

       Objections Filed:

            a)    Debtors' Reservation of Rights as to Certain Motions for Relief from
                  Automatic Stay [D.I. 2762, 1/22/08]

       Status: This matter will be going forward.

066585.1001

15.    Regions Mortgage, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 6037 Country Estates Drive, Lake Worth, FL 33467 [D.I. 2669, 1/10/08]

Objection Deadline:    January 25, 2008 at 4:00 p.m.

Objections Filed:

      a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay [D.I. 2762, 1/22/08]

Status: This matter will be going forward.

16.    Regions Mortgage, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1205 NE 188th Place, Gresham OR 97230 [D.I. 2670, 1/10/08]

Objection Deadline:    January 25, 2008 at 4:00 p.m.

Objections Filed:

      a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay [D.I. 2762, 1/22/08]

Status: This matter will be going forward.

17.    Regions Mortgage, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 12620 NW 12th Court, Sunrise, FL 33323 [D.I. 2671, 1/10/08]

Objection Deadline:    January 25, 2008 at 4:00 p.m.

Objections Filed:

      a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay [D.I. 2762, 1/22/08]

Status: This matter will be going forward.

18. Regions Mortgage, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 280 NE 78th Street, Miami, FL 33138 [D.I. 2672, 1/10/08]

   Objection Deadline:    January 25, 2008 at 4:00 p.m.

   Objections Filed:

   a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay [D.I. 2762, 1/22/08]

   Status: This matter will be going forward.

19. Regions Mortgage, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 50 SW 132 Ave. Miami, FL 33284 [D.I. 2673, 1/10/08]

   Objection Deadline:    January 25, 2008 at 4:00 p.m.

   Objections Filed:

   a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay [D.I. 2762, 1/22/08]

   Status: This matter will be going forward.

20. Regions Mortgage, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 10873 Windsor Walk Drive, Unit #4-302, Orland, FL 32827 [D.I. 2674, 1/10/08]

   Objection Deadline:    January 25, 2008 at 4:00 p.m.

   Objections Filed:

   a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay [D.I. 2762, 1/22/08]

   Status: This matter will be going forward.

066585.1001

21.     Regions Mortgage, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of
        the Bankruptcy Code with Respect to Real Property Located at 513 English Avenue,
        Atlanta, GA 30318 [D.I. 2675, 1/10/08]

        Objection Deadline:    January 25, 2008 at 4:00 p.m.

        Objections Filed:

                a)      Debtors' Reservation of Rights as to Certain Motions for Relief from
                        Automatic Stay [D.I. 2762, 1/22/08]

        Status: This matter will be going forward.

22.     Regions Mortgage, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of
        the Bankruptcy Code with Respect to Real Property Located at 153 Keene Road,
        Richland, WA 99352 [D.I. 2676, 1/10/08]

        Objection Deadline:    January 25, 2008 at 4:00 p.m.

        Objections Filed:

                a)      Debtors' Reservation of Rights as to Certain Motions for Relief from
                        Automatic Stay [D.I. 2762, 1/22/08]

        Status: This matter will be going forward.

23.     Wells Fargo Bank, N.A.'s Motion for Relief from Automatic Stay Under Section 362 of
        the Bankruptcy Code with Respect to Real Property Located at Fairway Str., Dearborn
        Heights, MI 48127 [D.I. 2677, 1/10/08]

        Objection Deadline:    January 25, 2008 at 4:00 p.m.

        Objections Filed:

                a)      Debtors' Reservation of Rights as to Certain Motions for Relief from
                        Automatic Stay [D.I. 2762, 1/22/08]

        Status: This matter will be going forward.

066585.1001

24.    Wells Fargo Bank, N.A.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4691 W. Maple, Bloomfield Hills, MI 48301 [D.I. 2678, 1/10/08]

Objection Deadline:    January 25, 2008 at 4:00 p.m.

Objections Filed:

      a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay [D.I. 2762, 1/22/08]

Status: This matter will be going forward.

25.    Regions Mortgage, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 641 East 87th Street, Brooklyn, NY 11236 [D.I. 2679, 1/10/08]

Objection Deadline:    January 25, 2008 at 4:00 p.m.

Objections Filed:

      a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay [D.I. 2762, 1/22/08]

Status: This matter will be going forward.

26.    Regions Mortgage, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 648 Shannon Drive, Mound, MN 55364 [D.I. 2680, 1/10/08]

Objection Deadline:    January 25, 2008 at 4:00 p.m.

Objections Filed:

      a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay [D.I. 2762, 1/22/08]

Status: This matter will be going forward.

27.     Regions Mortgage, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of
        the Bankruptcy Code with Respect to Real Property Located at 1433 NE 5 Avenue, Fort
        Lauderdale, FL 33304 [D.I. 2681, 1/10/08]

        Objection Deadline:    January 25, 2008 at 4:00 p.m.

        Objections Filed:

                a)      Debtors' Reservation of Rights as to Certain Motions for Relief from
                        Automatic Stay [D.I. 2762, 1/22/08]

        Status: This matter will be going forward.

28.     Regions Mortgage, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of
        the Bankruptcy Code with Respect to Real Property Located at 7625 Tryall Drive,
        Hialeah, FL 33015 [D.I. 2682, 1/10/08]

        Objection Deadline:    January 25, 2008 at 4:00 p.m.

        Objections Filed:

                a)      Debtors' Reservation of Rights as to Certain Motions for Relief from
                        Automatic Stay [D.I. 2762, 1/22/08]

        Status: This matter will be going forward.

29.     Alpine Lumber Co.'s Motion for Relief from Stay Under Section 362 of the Bankruptcy
        Code [D.I. 2701, 1/11/08]

        Objection Deadline:    January 25, 2008 at 4:00 p.m.

        Objections Filed:

                a)      Debtors' Reservation of Rights as to Certain Motions for Relief from
                        Automatic Stay [D.I. 2762, 1/22/08]

        Status: This matter will be going forward.

**CONTESTED MATTERS GOING FORWARD**

30.     Motion of Shoreham Viewridge, LLC d/b/a Shoreham Place for Allowance and
        Immediate Payment of Administrative Expense Claim [D.I. 2402, 12/17/07]

        Objection Deadline:    January 25, 2008 at 4:00 p.m., extended to January 30, 2008 at
                               11:00 a.m. for the Debtors

        Objections Filed:      None

        Status: This matter has been resolved subject to documentation.  The Debtors intend to
                present a stipulation resolving this matter before or at the hearing.

31.     First Quarterly Application of Northwest Trustee Services, Inc. for Allowance and
        Approval of Compensation for Services Rendered and Reimbursement of Expenses as
        Foreclosure Professionals to the Debtors-in-Possession for the Period August 6, 2007
        through October 31, 2007 [D.I. 2403, 12/17/07]- See Exhibit 1, attached

        Objection Deadline:    January 7, 2008 at 4:00 p.m.

        Objections Filed:

               a)     Debtors' Limited Objection to Interim Monthly Applications of Northwest
                      Trustee Services, Inc. for Compensation for Services Rendered and
                      Reimbursement of Expenses as Foreclosure Professionals to the Debtors-
                      in-Possession [D.I. 2605, 1/7/08]

                             i)      Notice of Filing of Exhibits [D.I. 2646, 1/9/08]

               b)     Limited Objection of the Official Committee of Unsecured Creditors to
                      Northwest Trustee Services, Inc.'s Applications for Allowance and
                      Approval of Compensation for Services Rendered and Reimbursement of
                      Expenses as Foreclosure Professionals to the Debtors-in-Possession [D.I.
                      2617, 1/7/08]

               c)     AH Mortgage Acquisition Co., Inc.'s Statement and Reservation of Rights
                      to Northwest Trustee Services, Inc.'s Applications for Allowance and
                      Approval of Compensation for Services Rendered and Reimbursement of
                      Expenses as Foreclosure Professionals to the Debtors-in-Possession [D.I.
                      2653, 1/10/08]

        Status: This matter will be going forward only with respect to undisputed amounts.  The
                remainder of the application is adjourned by agreement of the parties to the next
                regularly scheduled quarterly fee hearing.

32.    Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Approving
       Payment of Expense Reimbursement; (III) Scheduling a Hearing to Consider Sale of
       Certain Non-Performing Loans; (IV) Approving Form and Manner of Notice Thereof;
       and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of Non-Performing
       Loans Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II)
       Authorizing and Approving Sale Agreement Thereto; (III) Authorizing the Distribution
       of the Proceeds; and (IV) Granting Related Relief [D.I. 2490, 12/22/07]

       Objection Deadline to Sale Procedures:        January 29, 2008 at 4:00 p.m.

       Related Document:

       a)     Notice of Filing Modified Sale Procedures and Form Asset Purchase
              Agreement [D.I. 2754, 1/18/08]

       Objections Filed:

       b)     Objection of the U.S. Trustee to the Motion of the Debtors for an Order:
              (I) Approving Sale Procedures, (II) Approving Payment of Expense
              Reimbursement, (III) Scheduling a Hearing to Consider Sale of Certain
              Non-Performing Loans, (IV) Approving Form and Manner of Notice
              Thereof; and (V) Granting Related Relief [D.I. 2665, 1/11/08]

       c)     Response of Bank of America, N.A., as Administrative Agent, to Motion
              of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II)
              Approving Payment of Expense Reimbursement; (III) Scheduling a
              Hearing to Consider Sale of Certain Non-Performing Loans; (IV)
              Approving Form and Manner of Notice Thereof; and (V) Granting Related
              Relief; and (B)(I) Authorizing the Sale of Non-Performing Loans Free and
              Clear of Liens, Claims, Encumbrances, and Other Interests; (II)
              Authorizing and Approving Sale Agreement Thereto; (III) Authorizing the
              Distribution of the Proceeds; and (IV) Granting Related Relief [D.I. 2801,
              1/29/08]

       d)     Paula Rush's Objection to Sale of Loans Free and Clear of Leins or
              Liabilities [TBD, 1/29/08]

       e)     Laura Beall's Objection to Sale of Loans Free and Clear of Liens or
              Liabilities [TBD, 1/29/08]

Status:  This matter will be going forward.  The U.S. Trustee intends to press its objection
         with respect to the expense reimbursement, but not as to whether notice was
         adequate.

33.   Debtors' Motion for an Order Pursuant to Bankruptcy Rule 9019(b) Authorizing the
       Debtors to Compromise Certain Construction Loans Without Further Hearing or Notice
       [D.I. 2709, 1/11/08]

       Objection Deadline:   January 25, 2008 at 4:00 p.m., extended to January 29, 2008 for
                             the U.S. Trustee

       Objections Filed:     None

       Status: The Debtors intend to present a revised order that resolves the informal concerns
               raised by the U.S. Trustee before or at the hearing. This matter will be going
               forward.

34.   Motion of the Debtors for an Order Pursuant to Sections 105 and 363 of the Bankruptcy
       Code, Nunc Pro Tunc, Approving Payment of Travel and Entertainment Expenses
       Incurred by Certain of the Debtors' Terminated Employees [D.I. 2710, 1/11/08]

       Objection Deadline:   January 25, 2008 at 4:00 p.m.

       Objections Filed:

              a)     Limited Objection of the Official Committee of Unsecured Creditors to
                     the Motion of the Debtors for an Order Pursuant to Sections 105 and 363
                     of the Bankruptcy Code, Nunc Pro Tunc, Approving Payment of Travel
                     and Entertainment Expenses Incurred by Certain of the Debtors'
                     Terminated Employees [D.I. 2788, 1/25/08]

       Status: The Debtors intend to present a revised order that resolves the Limited Objection
               filed by the Committee before or at the hearing. This matter will be going
               forward.

35.   Debtors' Application Pursuant to Section 327(a) and 328(a) of the Bankruptcy Code for
       Order Authorizing the Retention and Employment of CB Richard Ellis, Inc. as a Real
       Estate Broker, Nunc Pro Tunc to January 10, 2008 [D.I. 2720, 1/14/08]

       Objection Deadline:   January 25, 2008 at 4:00 p.m., extended to January 29, 2008 for
                             the U.S. Trustee

       Objections Filed:

              a)     Objection of the U.S. Trustee to the Debtors' Application Pursuant to
                     Section 327(a) and 328(a) of the Bankruptcy Code for Order Authorizing
                     the Retention and Employment of CB Richard Ellis, Inc. as a Real Estate
                     Broker, Nunc Pro Tunc to January 10, 2008 [D.I. 2796, 1/29/08]

       Status: This matter will be going forward.

066585.1001

## ADVERSARY MATTER GOING FORWARD

36.   Koch, et al., v. American Home Mortgage Corp., et al., Adv. No. 07-51688

Related Documents:

    a)   Plaintiffs' Motion for Class Certification and Other Relief   [D.I. 29, 11/20/07]

    b)   Certification of Counsel Regarding Plaintiffs' Motion for Class Certification and Other Relief [D.I. 31, 12/17/07]

    c)   Certification of Counsel Regarding Joint Stipulation and Agreed Order Permitting the Official Committee of Unsecured Creditors to Intervene [D.I. 30, 11/26/07]

Status: This matter will be going forward as a status conference.

Dated: Wilmington, Delaware
January 30, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

DB02:6520912.1                                          066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------------- x | | |
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., [1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| ------------------------------------------------------------------- x | | |

**Exhibit 1**
**Index to Fee Applications**


A.   **First Quarterly Application of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period August 6, 2007 through October 31, 2007 [D.I. 2403, 12/17/07]**

   1.   First Fee Application for the Period August 6, 2007 through August 31, 2007 [D.I. 2391, 12/14/07]

   2.   Second Fee Application for the Period September 1, 2007 through September 30, 2007 [D.I. 2392, 12/14/07]

   3.   Third Fee Application for the Period October 1, 2007 through October 31, 2007 [D.I. 2394, 12/14/07]

   4.   Supplement to Applications of Northwest Trustee Services, Inc. for the Period August 6, 2007 through November 30, 2007 [D.I. 2580, 1/3/08]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.