## EXHIBIT A

### Executory Contracts to be Rejected

| DESCRIPTION OF CONTRACT | COUNTERPARTY TO CONTRACT | EFFECTIVE DATE OF REJECTION |
|---|---|---|
| Storage Unit 1024<br>PS Texas Holding, Ltd.<br>(Public Storage Co.)<br>1474 Justin Road #407<br>Lewisville, TX 75077<br><br>(storage agreement) | PS Texas Holding, Ltd.<br>(Public Storage Co.)<br>1474 Justin Road #407<br>Lewisville, TX 75077 | December 31, 2007 |
| Storage Unit 1057<br>PS Texas Holding, Ltd.<br>(Public Storage Co.)<br>1474 Justin Road #407<br>Lewisville, TX 75077<br><br>(storage agreement) | PS Texas Holding, Ltd.<br>(Public Storage Co.)<br>1474 Justin Road #407<br>Lewisville, TX 75077 | December 31, 2007 |

## EXHIBIT A

### Executory Contracts to be Rejected

| DESCRIPTION OF CONTRACT | COUNTERPARTY TO CONTRACT | EFFECTIVE DATE OF REJECTION |
|---|---|---|
| Storage Unit 1024<br>PS Texas Holding, Ltd.<br>(Public Storage Co.)<br>1474 Justin Road #407<br>Lewisville, TX 75077<br><br>(storage agreement) | PS Texas Holding, Ltd.<br>(Public Storage Co.)<br>1474 Justin Road #407<br>Lewisville, TX 75077 | December 31, 2007 |
| Storage Unit 1057<br>PS Texas Holding, Ltd.<br>(Public Storage Co.)<br>1474 Justin Road #407<br>Lewisville, TX 75077<br><br>(storage agreement) | PS Texas Holding, Ltd.<br>(Public Storage Co.)<br>1474 Justin Road #407<br>Lewisville, TX 75077 | December 31, 2007 |