# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| ----------------------------------------------------------X | | |
| WALDNER'S BUSINESS ENVIRONMENTS | ) | |
| INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| - against - | ) | Adv. Pro. No. 07- |
| | ) | |
| AMERICAN HOME MORTGAGE CORP., | ) | |
| | ) | |
| Defendant. | ) | |
| ----------------------------------------------------------X | | |

COMPLAINT FOR RECLAMATION OF GOODS
AND/OR IMMEDIATE PAYMENT OF
ADMINISTRATIVE EXPENSE CLAIM

Plaintiff, WALDNER'S BUSINESS ENVIRONMENTS INC. (the "Plaintiff"), by its undersigned counsel, commences this adversary proceeding against AMERICAN HOME MORTGAGE CORP. ("Defendant" or the "Debtor"), and alleges as follows:

JURISDICTION AND VENUE

1.    This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and Fed. R. Bankr. Rule 1002 *et. seq.*

2.    This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.    Venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

551020.2 8/22/07

4.      This adversary proceeding arises out of and under, or relates to, the above-captioned bankruptcy case.

## PARTIES

5.      The Plaintiff is a corporation organized and existing under the laws of the State of New York with an office for the transaction of business at 125 Route 110, Farmingdale, New York 11735.

6.      Upon information and belief, Defendant is corporation organized and existing under the laws of the State of New York with an office for the transaction of business at 538 Broadhollow Road, Melville, New York 11747.

## CLAIM FOR RELIEF

7.      On August 6, 2007 (the "Petition Date"), the Debtor and certain affiliates filed voluntary petitions for relief pursuant to Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*

8.      The Debtor continues in the management and operation of its business as a debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.

9.      Within the 45 days prior to the Petition Date, Plaintiff, at the special instance and request of the Defendant and in the ordinary course of both the Plaintiff's and Defendant's business, sold and delivered to Defendant certain goods consisting for the most part of furniture (the "Reclaimed Goods"), more particularly described in the invoices annexed hereto as **Exhibit "A"** and incorporated herein by reference, for which Defendant agreed to pay the aggregate sum of $348,061.05.

10.     The Reclaimed Goods were received by the Defendant on credit and upon information and belief while the Defendant was insolvent.

11.     The 45-day period set forth in 11 U.S.C. § 546(c)(1)(A) (the "45 Day Period") expired subsequent to the Petition Date.  Therefore, not later than twenty days after the Petition Date, on August 10, 2007, Plaintiff made demand in writing upon Defendant (the "Reclamation Demand") for the return or reclamation of the Reclaimed Goods pursuant to 11 U.S.C. § 546(c)(1)(B).  A copy of the Reclamation Demand is attached hereto as **Exhibit "B"** and incorporated herein by reference.

12.     Through its demand upon the Defendant, Plaintiff sought to reclaim goods received by the Defendant since June 22, 2007.

13.     Despite the Reclamation Demand, Defendant has failed and refused and has not returned the Reclaimed Goods to Plaintiff.

14.     By reason of the foregoing, Plaintiff is entitled to reclaim and recover immediate possession of the Reclaimed Goods pursuant to the provisions of § 2-702(2) of the New York Uniform Commercial Code and § 546(c)(1) of the Bankruptcy Code.

15.     Alternatively, the Plaintiff is entitled to have the amount of the reclamation for the Reclaimed Goods to the extent any portion thereof were received by the Defendant within twenty (20) days of the Petition Date treated as an Administrative Expense Priority Claim under § 503(b)(9) of the Bankruptcy Code and immediately paid as such.

**WHEREFORE,** Plaintiff respectfully requests that this Court grant it the following relief:

A.     That Defendant be directed to immediately return and deliver to Plaintiff the property described in Exhibit "A" attached hereto; or, alternatively;

B.     That Plaintiff be granted an Administrative Expense Priority Claim pursuant to 11 U.S.C. § 503(b)(9) for the stated value of the Reclaimed Goods received within twenty (20) days

3

of the Petition Date and have such Administrative Expense Priority Claim immediately paid as such; and

      C.    Such other and further relief as the Court deems proper.

_____
Patrick J. Reilly (No. 4451)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6885
(302) 421-5887 (Fax)

-and-

Harold S. Berzow (HB-8261)
**RUSKIN MOSCOU & FALTISCHEK, P.C.**
East Tower, 15th Floor
1425 RexCorp Plaza
Uniondale, NY 11556
(516) 663-6596
(516) 663-6796 (FAX)

Attorneys for Waldner's Business Environments Inc.

Dated: August 22, 2007

SS1020 2 8/22/07

# Exhibit "A"



Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

315 Lexington Ave
New York, New York
10016
T 212.684.7600
F 212.684.7899

125 Route 110
Farmingdale, New York
11735
T 815.844.8300
F 815.964.3803

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.8540
F 914.921.0994

**Invoice**

Page 1 of 1
WALDNERS/FARMINGDALE

| | | | | | | |
|---|---|---|---|---|---|---|
| 276209 | 06/05/07 | SQ 268006 | 268987 | | VENTI/GUERRA – AM HM MTG | 395 |

SOLD TO: THOMAS TREPANIER
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5772

SHIP TO: LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
3 East – Lanier
Melville, NY 11747

P: 1.631.622.5286

Terms: NET 20 DAYS          NO2251     452          268006 TAX NO: Suffolk County IDA Cert.

| | | | | |
|---|---|---|---|---|
| 17 | 30.00 | GROMMET          WAL<br>MATTE BLACK PLASTIC GROMMET<br>*SEE GARY JOHNSON | 12.00 | 360.00 |
| 61 | 5.00 | US2436          STEELCASE<br>WORKSURFACE-STRAIGHT,24X36 | 69.29 | 346.45 |
| | | EDGE    :6009 ARCTIC WHITE<br>TOP-SURF:2730 ARCTIC WHITE | | |
| | Tag For: | 36/24 | | |

|  | | |
|---|---|---|
| Sub Total | | 706.45 |
| NON TAXABLE-NEW YORK ONLY | | 0.00 |
| Please Pay This Amount: | | 706.45 |

*******End of Invoice*******

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

Remit To: Waldner's Business Environments, Inc., P.O. Box 8009, Farmingdale, NY 11735-0994

 **Waldner's**
Business
Environments
www.waldners.com

| 219 Lexington Ave | 125 Route 110 | 401 Theodore Fremd Ave |
| New York, New York | Farmingdale, New York | Rye, New York |
| 10016 | 11735 | 10580 |
| T 212.685.7500 | T 631.844.3300 | T 914.921.2500 |
| F 212.685.7480 | F 631.694.3503 | F 914.921.0881 |

# Invoice

Page 1 of 1
WALDNERS/FARMINGDALE

| Customer Number | Invoice Date | Customer P.O. Number | Sales Order Number | Ship Via | Your Salesperson |
|---|---|---|---|---|---|
| 276219 | 06/05/07 | SIGNED QUOTE | 269461 | | ANNEMARIE GUERRA |

**SOLD TO:** THOMAS TREPANIER
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5772

**SHIP TO:** LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
3 EAST
Melville, NY 11747

P: 1.631.622.5772

Terms: NET 20 DAYS        N02251        268028 TAX NO: Suffolk County IDA Cert.

| Line | Quantity | Description | Amount | Extension |
|---|---|---|---|---|
| 1 | 44.00 | TS74836TK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X36<br>SURFACE :Y078 SHADOW<br>Tag For: OUTSIDE SKINS<br>(FABRIC RESERVE #3484794) | 84.15 | 3,702.60 |
| 2 | 44.00 | TS74836TK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X36<br>SURFACE :P300 RICE<br>Tag For: DIVIDER SKINS | 73.80 | 3,247.20 |
| 3 | 44.00 | TS74824TK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X24<br>SURFACE :P300 RICE<br>Tag For: DIVIDER SKINS | 63.90 | 2,811.60 |
| 4 | 44.00 | TS74836TK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X36<br>SURFACE :P300 RICE<br>Tag For: INSIDE SKIN FOR Y078 OUTSIDE<br>SKIN | 73.80 | 3,247.20 |

Sub Total        13,008.60
NON TAXABLE-NEW YORK ONLY        0.00
Please Pay This Amount:        13,008.60

*******End of Invoice*******

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

Remit To: Waldner's Business Environments, Inc., P.O. Box 5069, Farmingdale, NY 11735-0994

## Waldner's
### Business Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.963.7500
F 212.286.7600

538 Route 110
Farmingdale, New York
11735
T 631.844.8500
F 631.594.3600

421 Theodore Friend Ave
Rye, New York
10580
T 914.321.8040
F 914.921.8061

**Invoice**

Page 1 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order No. | Ship Via | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

**SOLD TO:** LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5286

**SHIP TO:** LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
2 WEST PHASE II
Melville, NY 11747

P: 1.631.622.5286

**Terms:** NET 20 DAYS        N02251    453        266625  TAX NO: Suffolk County IDA Cert.

| Line | Quantity | Description Manufacturer | Unit Price | Amount |
|---|---|---|---|---|
| 1 | 40.00 | USSBR          STEELCASE | 13.94 | 557.60 |
| | | BRACKET-SIDE SUPPORT | | |
| | Tag For: | 2 | | |
| 2 | 77.00 | TS7CANT          STEELCASE | 39.36 | 3,030.72 |
| | | CANTILEVER | | |
| | | BASIC   :7239 MIDNIGHT | | |
| | Tag For: | CT | | |
| 3 | 120.00 | TS754EPJ          STEELCASE | 36.08 | 4,329.60 |
| | | JUNCTION-END OF RUN,54H | | |
| | | TOP-CAP :6000 BLACK | | |
| | | UPRIGHT :7207 BLACK | | |
| | Tag For: | 54 | | |
| 4 | 80.00 | TS754IPJ          STEELCASE | 25.42 | 2,033.60 |
| | | JUNCTION-IN LINE,54H | | |
| | Tag For: | 54 | | |
| 5 | 47.00 | TS766IPJ          STEELCASE | 25.42 | 1,194.74 |
| | | JUNCTION-IN LINE,66H | | |
| | Tag For: | 66 | | |
| 6 | 48.00 | TS754LPJ          STEELCASE | 56.58 | 2,715.84 |
| | | JUNCTION-L,54H | | |
| | | TOP-CAP :6000 BLACK | | |
| | | UPRIGHT :7207 BLACK | | |
| | Tag For: | 54 | | |
| 7 | 8.00 | TS766LPJ          STEELCASE | 56.58 | 452.64 |
| | | JUNCTION-L,66H | | |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

1



Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0934

**Waldner's**
Business
Environments
www.waldner.com

219 Lexington Ave
New York, New York
10016
T 212.686.7500
F 212.686.7500

129 Route 110
Farmingdale, New York
11735
T 631.844.9500
F 631.844.9500

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.5500
F 914.921.5501

# Invoice

Page 2 of 13
WALDNERS/FARMINGDALE

| Invoice Number & Date | | Customer Order Number | Sales Order Name | Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266525 | 268973 | | ANNEMARIE GUERRA |

| Line # | Quantity | Item Number & Description | | Unit Price | Amount |
|---|---|---|---|---|---|
| | | TOP-CAP :6000 BLACK<br>UPRIGHT :7207 BLACK | | | |
| | Tag For: | 66 | | | |
| 8 | 15.00 | TS754TPJ          STEELCASE<br>JUNCTION-T,54H | | 56.58 | 848.70 |
| | | TOP-CAP :6000 BLACK<br>UPRIGHT :7207 BLACK | | | |
| | Tag For: | 54 | | | |
| 9 | 33.00 | TS766TPJ          STEELCASE<br>JUNCTION-T,66H | | 56.58 | 1,867.14 |
| | | TOP-CAP :6000 BLACK<br>UPRIGHT :7207 BLACK | | | |
| | Tag For: | 66 | | | |
| 10 | 21.00 | TS765XPJ          STEELCASE<br>JUNCTION-X,66H | | 56.58 | 1,188.18 |
| | | TOP-CAP :6000 BLACK | | | |
| 11 | 79.00 | LSB48K           STEELCASE<br>LIGHT-SHELF,ELEK BALLAST,32<br>WATT,LAMP,9' CORD,49W | | 120.13 | 9,490.27 |
| | Tag For: | UTL/49 | | | |
| 12 | 79.00 | TS7072BL         STEELCASE<br>OVERHEAD STORAGE BIN-72W | | 334.56 | 26,430.24 |
| | | BASIC    :7239 MIDNIGHT<br>LOCK     :9201 POLISHED CHROME<br>KEYS     :8K PLUG | | | |
| | Tag For: | OSB/72 | | | |
| 13 | 19.00 | TS75424TF        STEELCASE<br>PANEL-FULL TACKABLE<br>ACOUSTICAL,54X24<br>BASIC    :7207 BLACK<br>SURF-1   :F300 RICE<br>SURF-2   :F300 RICE<br>OPTIONS    * * OPTIONS * *<br>TC OPT      *OPT:TOP CAP OPTIONS<br>COH 1END      COH TOPCAP 1 END<br>CABLEOPT    *OPT:CABLE TRAY OPTION<br>NO TRAY     NO CABLE TRAY | | 146.78 | 2,788.82 |
| | Tag For: | 24/54AA-CH | | | |
| 14 | 80.00 | TS75424TF        STEELCASE<br>PANEL-FULL TACKABLE<br>ACOUSTICAL,54X24<br>BASIC    :7207 BLACK<br>SURF-1   :F300 RICE<br>SURF-2   :Y078 SHADOW | | 153.75 | 12,300.00 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

Remit To: Waldner's Business Environments, Inc., P.O. Box 9009, Farmingdale, NY 11735-0094



**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.685.7550
F 212.685.7533

125 Route 130
Farmingdale, New York
11735
T 631.844.9500
F 631.844.9523

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.8500
F 914.921.8501

# Invoice

Page 3 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Job Number | Account Representative |
|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 258973 | ANNEMARIE GUERRA |

| Line # | Quantity | Item Number/Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | | OPTIONS        * * OPTIONS * * | | |
| | | CABLEOPT      *OPT:CABLE TRAY OPTION | | |
| | | NO TRAY          NO CABLE TRAY | | |
| | Tag For: | 24/54AB | | |
| 15 | 5.00 | TS75424TF          STEELCASE | 156.21 | 781.05 |
| | | PANEL-FULL TACKABLE | | |
| | | ACOUSTICAL, 54X24 | | |
| | | BASIC   :7207 BLACK | | |
| | | SURF-1  :P300 RICE | | |
| | | SURF-2  :Y078 SHADOW | | |
| | | OPTIONS        * * OPTIONS * * | | |
| | | TC OPT        *OPT:TOP CAP OPTIONS | | |
| | | COH 1END        COH TOPCAP 1 END | | |
| | | CABLEOPT      *OPT:CABLE TRAY OPTION | | |
| | | NO TRAY          NO CABLE TRAY | | |
| 16 | 34.00 | TS75442TF          STEELCASE | 182.45 | 6,203.30 |
| | | PANEL-FULL TACKABLE | | |
| | | ACOUSTICAL, 54X42 | | |
| | | BASIC   :7207 BLACK | | |
| | | SURF-1  :P300 RICE | | |
| | | SURF-2  :P300 RICE | | |
| | | OPTIONS        * * OPTIONS * * | | |
| | | CABLEOPT      *OPT:CABLE TRAY OPTION | | |
| | | NO TRAY          NO CABLE TRAY | | |
| | Tag For: | 42/54AA | | |
| 17 | 34.00 | TS75442TF          STEELCASE | 184.91 | 6,286.94 |
| | | PANEL-FULL TACKABLE | | |
| | | ACOUSTICAL, 54X42 | | |
| | | BASIC   :7207 BLACK | | |
| | | SURF-1  :P300 RICE | | |
| | | SURF-2  :P300 RICE | | |
| | | OPTIONS        * * OPTIONS * * | | |
| | | TC OPT        *OPT:TOP CAP OPTIONS | | |
| | | COH 1END        COH TOPCAP 1 END | | |
| | | CABLEOPT      *OPT:CABLE TRAY OPTION | | |
| | | NO TRAY          NO CABLE TRAY | | |
| | Tag For: | 42/54AA-CH | | |
| 18 | 44.00 | TS75442TF          STEELCASE | 191.88 | 8,442.72 |
| | | PANEL-FULL TACKABLE | | |
| | | ACOUSTICAL, 54X42 | | |
| | | BASIC   :7207 BLACK | | |
| | | SURF-1  :P300 RICE | | |
| | | SURF-2  :Y078 SHADOW | | |
| | | OPTIONS        * * OPTIONS * * | | |
| | | CABLEOPT      *OPT:CABLE TRAY OPTION | | |
| | | NO TRAY          NO CABLE TRAY | | |
| | Tag For: | 42/54AB | | |
| 19 | 47.00 | TS75442TF          STEELCASE | 194.34 | 9,133.98 |
| | | PANEL-FULL TACKABLE | | |
| | | ACOUSTICAL, 54X42 | | |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 9009, Farmingdale, NY 11735-9996

**Waldners**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.696.7600
F 212.696.7698

52F Route 110
Farmingdale, New York
11743
T 631.844.9300
F 631.843.9303

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.6300
F 914.921.6361

**Invoice**

Page 4 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Id | Your Purchasing Agent |
|---|---|---|---|---|
| 277188 | 06/28/07 | SO. 266625 | 268973 | ANNEMARIE GUERRA |

| Item Number | Quantity | Item Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | | BASIC    :7207 BLACK<br>SURF-1   :F300 RICE<br>SURF-2   :Y078 SHADOW<br>OPTIONS      * * OPTIONS * *<br>TC OFF       *OPT:TOP CAP OPTIONS<br>COH 1END     COH TOPCAP 1 END<br>CABLEOPT     *OPT:CABLE TRAY OPTION<br>NO TRAY      NO CABLE TRAY<br>Tag For:  42/54AB-CS | | |
| 20 | 30.00 | TS76636TF          STEELCASE<br>PANEL-FULL TACKABLE<br>ACOUSTICAL,66X36<br>BASIC    :7207 BLACK<br>SURF-1   :Y078 SHADOW<br>SURF-2   :Y151 SCARLET<br>OPTIONS      * * OPTIONS * *<br>CABLEOPT     *OPT:CABLE TRAY OPTION<br>NO TRAY      NO CABLE TRAY<br>Tag For:  36/66BC | 207.05 | 6,211.50 |
| 21 | 64.00 | TS76636TF          STEELCASE<br>PANEL-FULL TACKABLE<br>ACOUSTICAL,66X36<br>BASIC    :7207 BLACK<br>SURF-1   :Y151 SCARLET<br>SURF-2   :Y151 SCARLET<br>OPTIONS      * * OPTIONS * *<br>CABLEOPT     *OPT:CABLE TRAY OPTION<br>NO TRAY      NO CABLE TRAY<br>Tag For:  36/66CC | 207.05 | 13,251.20 |
| 22 | 79.00 | TS2PBBF220          STEELCASE<br>PEDESTAL-BOX/BOX/FILE,<br>UNDER WORKSURFACE, 22"D<br>BASIC    :7207 BLACK<br>KEYS     :SK PLUG<br>OPTIONS      * * OPTIONS * *<br>PULLS        *OPT:PULL OPTIONS<br>HDL PULL     HANDLE PULL<br>FULL         FULL<br>NICKEL         *FULL:NICKEL<br>9211           NICKEL<br>TSPED        *OPT:TS PED OPTION<br>DWR RAIL     DRAWER RAILS  (PKG of 2)<br>Tag For:  B/B/F | 189.20 | 14,946.80 |
| 23 | 75.00 | TS2PFF220          STEELCASE<br>PEDESTAL-FILE/FILE,<br>UNDER WORKSURFACE, 22"D<br>BASIC    :7207 BLACK<br>KEYS     :SK PLUG<br>OPTIONS      * * OPTIONS * *<br>PULLS        *OPT:PULL OPTIONS<br>HDL FULL     HANDLE FULL | 179.54 | 13,465.50 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES



Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

318 Lexington Ave
New York, New York 10016
T 212.696.7800
F 212.696.7899

125 Route 110
Farmingdale, New York 11735
T 631.844.3000
F 631.844.3000

401 Theodore Fremd Ave
Rye, New York 10680
T 914.921.3000
F 914.921.0091

**Invoice**

Page 5 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Ship Date | Customer Order Number | P and O No. | Account Representative |
|---|---|---|---|---|
| 277188 | 06/28/07 | SO 266623 | 268973 | ANNEMARIE GUERRA |

| Line # | Quantity | Catalog Number/Description | Unit Price | Extended Amount |
|---|---|---|---|---|
|  |  | PULL          PULL<br>NICKEL      *PULL:NICKEL<br>9211          NICKEL<br>TSPED  *OPT:TS PED OPTION<br>DWR RAIL    DRAWER RAILS  (PKG of 2)<br>Tag For: F/F |  |  |
| 25 | 7.00 | TS7PK24X    STEELCASE<br>POWER KIT-3+1,24W<br>Tag For: U | 69.70 | 487.90 |
| 26 | 94.00 | TS7PK36X    STEELCASE<br>POWER KIT-3+1,36W<br>Tag For: U | 69.70 | 6,551.80 |
| 27 | 14.00 | TS7PK42X    STEELCASE<br>POWER KIT-3+1,42W<br>Tag For: U | 69.70 | 975.80 |
| 28 | 79.00 | TS713SX    STEELCASE<br>RECEPTACLE-SYSTEM GROUND,LINE<br>1,3+1<br>PLASTIC :6000 BLACK | 14.76 | 1,166.04 |
| 29 | 77.00 | TS723SX    STEELCASE<br>RECEPTACLE-SYSTEM GROUND,LINE<br>2,3+1<br>PLASTIC :6000 BLACK | 14.76 | 1,136.52 |
| 30 | 77.00 | TS733SX    STEELCASE<br>RECEPTACLE-SYSTEM GROUND,LINE<br>3,3+1<br>PLASTIC :6000 BLACK | 14.76 | 1,136.52 |
| 31 | 79.00 | TS743SX    STEELCASE<br>RECEPTACLE-SYSTEM GROUND,LINE<br>4,3+1<br>PLASTIC :6000 BLACK | 14.76 | 1,166.04 |
| 32 | 105.00 | TS712CHS    STEELCASE<br>TRIM-CHANGE OF HEIGHT,SLIM<br>PROFILE,12H<br>TOP-CAP :6000 BLACK<br>OPTIONS  * * OPTIONS * *<br>TRIM      *OPT:TRIM PACKAGE<br>PAINT      PAINTED TRIM PKG<br>UPRIGHT      UPRIGHT<br>TEXT PNT  *UPRIGHT:TEXTURED PA<br>7207          BLACK<br>JUNCTION  *OPT:JUNCTION CAP OPTIONS<br>Tag For: 12 | 21.32 | 2,238.60 |
| 33 | 40.00 | TS7PVWM    STEELCASE | 10.25 | 410.00 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES

Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994



**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.938.7500
F 212.938.7599

125 Route 110
Farmingdale, New York
11735
T 631.845.5000
F 631.845.3603

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.1500
F 914.921.0591

**Invoice**

Page 8 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order Number | Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | VERTICAL WIRE MANAGER-PLASTIC, 48H<br>PLASTIC :6000 BLACK | | |
| 34 | 38.00 | UEC2222L          STEELCASE<br>WORKSURFACE-CORNER, EXTENDED,<br>CURVED, LEFT HAND, 24X24X72X42<br>EDGE    :6009 ARCTIC WHITE<br>TOP-SURF:2730 ARCTIC WHITE<br>**Tag For:** 24/24/72/4 | 271.01 | 10,298.38 |
| 35 | 37.00 | UEC2222R          STEELCASE<br>WORKSURFACE-CORNER, EXTENDED,<br>CURVED, RIGHT HAND, 24X24X42X72<br>EDGE    :6009 ARCTIC WHITE<br>TOP-SURF:2730 ARCTIC WHITE<br>**Tag For:** 24/24/42/7 | 271.01 | 10,027.37 |
| 36 | 76.00 | US2442          STEELCASE<br>WORKSURFACE-STRAIGHT, 24X42<br><br>EDGE    :6009 ARCTIC WHITE<br>TOP-SURF:2730 ARCTIC WHITE<br>**Tag For:** 42/24 | 75.03 | 5,702.28 |
| 37 | 4.00 | US2472          STEELCASE<br>WORKSURFACE-STRAIGHT, 24X72<br><br>EDGE    :6009 ARCTIC WHITE<br>TOP-SURF:2730 ARCTIC WHITE<br>**Tag For:** 72/24 | 127.10 | 508.40 |
| 38 | 12.00 | E91903          STEELCASE<br>BRACKET-WORKSURFACE, FLUSH<br>MOUNT, ALL DEPTHS | 8.93 | 107.16 |
| 39 | 6.00 | EESN1690WL          STEELCASE<br>SERVICE MODULE-WOOD, 6 DOORS, 3<br>LOCKS, 15-1/8X90<br>BASIC   :3712 PC/OP NATURAL WALNUT<br>LOCK    :9201 POLISHED CHROME<br>KEYS    :SK PLUG<br>**Tag For:** SM/90 | 1,661.92 | 9,971.52 |
| 40 | 6.00 | LSB48K          STEELCASE<br>LIGHT-SHELF, ELEK BALLAST, 32<br>WATT, LAMP, 9' CORD, 48W<br>**Tag For:** USL/49 | 137.71 | 826.26 |
| 41 | 6.00 | EETB2390          STEELCASE<br>TACKBOARD-90W SERV MOD APPL,<br>90X23-3/4<br>TKBD    :Y170 TAUPE<br>**Tag For:** TB/90 | 170.14 | 1,020.84 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0894



**Waldner's**
Business
Environments
www.waldners.com

| 215 Lexington Ave<br>New York, New York<br>10016<br>T 212.683.7200<br>F 212.683.7810 | 125 Route 110<br>Farmingdale, New York<br>11735<br>T 631.844.9000<br>F 631.844.9009 | 401 Theodore Fremd Ave<br>Rye, New York<br>10580<br>T 914.921.9090<br>F 914.921.9091 |

**Invoice**

Page 7 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Order Number | Ship Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line Item | Quantity | Order Number/Description | Unit Price | Amount |
|---|---|---|---|---|
| 42 | 6.00 | EEEP2010PLW        STEELCASE<br>END PANEL-FREESTANDING, LH, 10H<br>FLUSH BP APPL, WOOD, 20X1-1/4X<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>Tag For: EL | 108.57 | 651.42 |
| 43 | 6.00 | EEEP2010PRW        STEELCASE<br>END PANEL-FREESTANDING, RH, 10H<br>FLUSH BP APPL, WOOD, 20X1-1/4X<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>Tag For: ER | 108.57 | 651.42 |
| 44 | 6.00 | EE306191L        STEELCASE<br>PEDESTAL-WOOD, 2 DWRS, LATERAL<br>FILE, FACE LOCK 19X30X27<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>LOCK    :9201 POLISHED CHROME<br>KEYS    :SK PLUG<br>OPTIONS    * * OPTIONS * *<br>WOOD FRT    *OPT:WOOD FRONTS & PULLS<br>E050        RAIL PULL/WOOD FRONT<br>PULL        PULL<br>NICKEL        *PULL:NICKEL<br>9211        NICKEL<br>Tag For: LF/30 | 717.69 | 4,306.14 |
| 45 | 6.00 | EE30358L        STEELCASE<br>PEDESTAL-WOOD, 2 BOX/1FILE DWR,<br>LK, 24X15X27<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>LOCK    :9201 POLISHED CHROME<br>KEYS    :SK PLUG<br>OPTIONS    * * OPTIONS * *<br>WOOD FRT    *OPT:WOOD FRONTS & PULLS<br>E050        RAIL PULL/WOOD FRONT<br>PULL        PULL<br>NICKEL        *PULL:NICKEL<br>9211        NICKEL<br>Tag For: BBF | 541.91 | 3,251.46 |
| 46 | 6.00 | EEFS3070W        STEELCASE<br>SHELL-DESK, FREESTANDING, WOOD,<br>FLUSH BACK PANEL, 30X70<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>OPTIONS    * * OPTIONS * *<br>WKSF OPT    *OPT:WORKSURFACE OPTIONS<br>EEW3070WW    WKSF WO WATERFAL<br>CONFIGS    *OPT:PANEL CONFIGURATIONS<br>PNLCONF5    RCSSD BACK PANEL NO BASE<br>Tag For: 70/30*GL* | 977.60 | 5,865.60 |
| 47 | 6.00 | EEW2090WW        STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 20X90<br>BASIC   :3712 FC/OP NATURAL WALNUT | 447.91 | 2,687.46 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 5009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.694.7000
F 212.694.7049

125 Route 110
Farmingdale, New York
11735
T 631.844.9000
F 631.694.2903

441 Theodore Fremd Ave
Rye, New York
10580
T 914.921.8800
F 914.921.6891

**Invoice**

Page 8 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Order No | Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 269973 | | ANNEMARIE GUERRA |

| Item | Quantity | Item Number/Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | Tag For: | 90/20 | | |
| 48 | 6.00 | ESW2542WW        STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 25X42<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>SPECIAL TO BE 40"W X 25"D WITH COPED<br>EDGE LEFT AND<br>RIGHT HAND. | 400.44 | 2,402.64 |
| | Tag For: | 40/25 | | |
| 51 | 36.00 | GROMMETS         WAL<br>MATTE BLACK PLASTIC GROMMETS<br>*SEE GARY JOHNSON | 12.00 | 432.00 |
| 52 | 2.00 | E91903           STEELCASE<br>BRACKET-WORKSURFACE, FLUSH<br>MOUNT, ALL DEPTHS | 8.93 | 17.86 |
| | Tag For: | JAMES FISHER | | |
| 53 | 2.00 | ESVGSH6DW        STEELCASE<br>OVERHEAD-SINGLE HIGH, HINGED<br>DOORS, WOOD, 15X60<br>BASIC   :3712 FC/OP Natural Walnut<br>OPTIONS    * * OPTIONS * *<br>DOOR OPT   *OPT:DOOR OPTION<br>WD DOOR      WOOD DOOR<br>LOCK OPT      LOCK OPTION<br>LOCKING         LOCKING<br>LOCK              LOCK<br>POL CHR            *LOCK:POLISHED C<br>9201                POLISHED CHROM<br>BRACKETS      *OPT:BRACKET OPTIONS<br>WALL MOUNT    WALL MOUNT BRACKET | 847.88 | 1,695.76 |
| | Tag For: | JAMES FISHER | | |
| 54 | 4.00 | LT2              DETAILS<br>UNDERLINE T2 TASK LIGHT - 22"<br><br>BASIC   :5052 PEWTER | 125.47 | 501.88 |
| | Tag For: | JAMES FISHER | | |
| 55 | 2.00 | EAWTB6022        STEELCASE<br>TACKBOARD, WALL-MOUNTED, 60X22<br><br>TKBD     :Y170 TAUPE | 138.65 | 277.30 |
| | Tag For: | JAMES FISHER | | |
| 56 | 1.00 | EEEP2510FLW      STEELCASE<br>END PANEL-FREESTANDING, LH, 10H<br>FLUSH BP APPL, WOOD, 25X1-1/4X27<br>BASIC   :3712 FC/OP NATURAL WALNUT | 113.27 | 113.27 |
| | Tag For: | JAMES FISHER | | |
| 57 | 1.00 | EEEP2510FRW      STEELCASE | 113.27 | 113.27 |

**A MONTHLY SERVICE CHARGE OF 1.8% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 6609, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.586.7900
F 212.586.7990

120 Route 110
Farmingdale, New York
11735
T 631.344.3500
F 631.344.3303

401 Theodore Freund Ave
Rye, New York
10580
T 914.921.3500
F 914.921.0091

**Invoice**

Page 9 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Your Order Number | Sell Detail | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 269973 | | ANNEMARIE GUERRA |

| Line | Quantity | Description | | Unit Amount | Extended Amount |
|---|---|---|---|---|---|
| | | END PANEL-FREESTANDING,RH,10H FLUSH BP APPL,WOOD,25X1-1/4X27 BASIC :3712 FC/OP NATURAL WALNUT | | | |
| | | Tag For: JAMES FISHER | | | |
| 58 | 1.00 | EETFRR3065W STEELCASE END PANEL-T SHAPE,EXTENDED,RH, WOOD,30X40-3/4 BASIC :3712 FC/OP NATURAL WALNUT | | 678.68 | 678.68 |
| | | WOOD *BASIC:WOOD 3712 NATURAL WALNUT/OP Special: to be an L-shaped end panel with shortened end panel facing visitor and attaching to modesty panel for use on 65"w right hand P-top. | | | |
| | | Tag For: JAMES FISHER | | | |
| 59 | 1.00 | EE54867 STEELCASE PANEL-CENTER SUPPORT,WOOD, 15X1-1/4X27 BASIC :3712 FC/OP NATURAL WALNUT | | 103.40 | 103.40 |
| | | Tag For: JAMES FISHER | | | |
| 60 | 1.00 | EE30619L STEELCASE PEDESTAL-WOOD, 2 DWRS,LATERAL FILE,FACE LOCK 19X30X27 BASIC :3712 FC/OP NATURAL WALNUT LOCK :9201 POLISHED CHROME KEYS :SK PLUG OPTIONS * * OPTIONS * * WOOD FRT *OPT:WOOD FRONTS & PULLS E050 RAIL PULL/WOOD FRONT PULL PULL NICKEL *PULL:NICKEL 9211 NICKEL | | 717.69 | 717.69 |
| | | Tag For: JAMES FISHER | | | |
| 61 | 1.00 | EE30341L STEELCASE PEDESTAL-WOOD,2 BOX/1FILE DWR, LK,19X15X27 BASIC :3712 FC/OP NATURAL WALNUT LOCK :9201 POLISHED CHROME KEYS :SK PLUG OPTIONS * * OPTIONS * * WOOD FRT *OPT:WOOD FRONTS & PULLS E050 RAIL PULL/WOOD FRONT PULL PULL NICKEL *PULL:NICKEL 9211 NICKEL | | 513.71 | 513.71 |
| | | Tag For: JAMES FISHER | | | |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES



Remit To: Waldner's Business Environments, Inc., P.O. Box 5008, Farmingdale, NY 11735-5004

**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.685.7200
F 212.685.7850

125 Route 110
Farmingdale, New York
11735
T 631.844.5300
F 631.844.5373

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.2500
F 914.921.2501

# Invoice

Page 10 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order Number | Ship Via Dates | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Item | Quantity | Commodity Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| 62 | 1.00 | EESPR3065WW      STEELCASE<br>WORKSURFACE-E TOP, RH, WOOD,<br>WATERFALL PROFILE, 30X42X65<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>COLUMN  :7207 BLACK<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>*COLUMN: 7207 TEXTURED BLACK<br>----<br>SPECIAL TO BE COPED ON LEFT SIDE,<br>WATERFALL EDGE<br>Tag For: JAMES FISHER | 971.96 | 971.96 |
| 63 | 1.00 | EEW2090WW      STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 20X90<br>BASIC   :3712 FC/OP NATURAL WALNUT<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>***<br>----<br>SPECIAL WIDTH: 96"<br>SPECIAL TO BE COPED ON RIGHT SIDE,<br>WATERFALL EDGE<br>Tag For: JAMES FISHER | 560.24 | 560.24 |
| 64 | 1.00 | EEW2590WW      STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 25X90<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>Tag For: JAMES FISHER | 471.41 | 471.41 |
| 65 | 2.00 | E91903      STEELCASE<br>BRACKET-WORKSURFACE, FLUSH<br>MOUNT, ALL DEPTHS | 8.93 | 17.86 |
| 66 | 1.00 | EESM1690WL      STEELCASE<br>SERVICE MODULE-WOOD, 6 DOORS, 3<br>LOCKS, 15-1/8X90<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>LOCK    :9250 EMBER CHROME<br>KEYS    :SK PLUG<br>Tag For: SM/90 | 1,661.92 | 1,661.92 |
| 67 | 1.00 | LSB48K      STEELCASE<br>LIGHT-SHELF, ELEK BALLAST, 32<br>WATT, LAMP, 9' CORD, 49W<br>Tag For: USL/49 | 137.71 | 137.71 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES

Remit To: Waldner's Business Environments, Inc., P.O. Box 6000, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

815 Lexington Ave
New York, New York
10016
T 212.696.7500
F 212.696.7699

125 Route 110
Farmingdale, New York
11735
T 631.844.6700
F 631.844.6803

431 Theodore Fremd Ave
Rye, New York
10580
T 914.921.6800
F 914.921.0444

**Invoice**

Page 11 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Date | Customer Order Number | Our Order | Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line | Quantity | Catalog Number | | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| 68 | 1.00 | EETB2390          STEELCASE<br>TACKBOARD-90W SERV MOD APPL,<br>90X23-3/4<br>TKBD     :Y170 TAUPE<br>Tag For: TB/90 | | 170.14 | 170.14 |
| 69 | 1.00 | EEEP2510FLN          STEELCASE<br>END PANEL-FREESTANDING,LH,10H<br>FLUSH BP APPL,WOOD,25X1-1/4X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For: EL | | 113.27 | 113.27 |
| 70 | 1.00 | EEEP2510FRN          STEELCASE<br>END PANEL-FREESTANDING,RH,10H<br>FLUSH BP APPL,WOOD,25X1-1/4X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For: ER | | 113.27 | 113.27 |
| 71 | 1.00 | EETPER3065W          STEELCASE<br>END PANEL-T SHAPE, EXTENDED,RH,<br>WOOD,30X40-3/4<br>BASIC    :3712 FC/OP NATURAL WALNUT<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>Special: to be an L-shaped end panel<br>with shortened<br>end panel facing visitor and attaching<br>to modesty<br>panel for use on 65"w right hand P-top.<br>Tag For: 65/35 | | 678.68 | 678.68 |
| 72 | 1.00 | EE64967          STEELCASE<br>PANEL-CENTER SUPPORT,WOOD,<br>15X1-1/4X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For: CP | | 103.40 | 103.40 |
| 73 | 1.00 | EE30619L          STEELCASE<br>PEDESTAL-WOOD, 2 DWRS,LATERAL<br>FILE,FACE LOCK 19X30X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>LOCK     :9250 EMBER CHROME<br>KEYS     :8K PLUG<br>OPTIONS     * * OPTIONS * *<br>WOOD FRT    *OPT:WOOD FRONTS & PULLS<br>E050          RAIL PULL/WOOD FRONT<br>PULL          PULL<br>NICKEL          *PULL:NICKEL<br>9211          NICKEL<br>Tag For: LF/30 | | 717.69 | 717.69 |
| 74 | 1.00 | EE30341L          STEELCASE | | 513.71 | 513.71 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 5088, Farmingdale, NY 11735-0094

**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.684.7000
F 212.684.7009

125 Route 110
Farmingdale, New York
11735
T 631.843.3000
F 631.694.3583

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.5513
F 914.921.0291

# Invoice

Page 12 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | | Account Representative |
|---|---|---|---|---|
| 277198 | 06/29/07 | SO 266625 | 269973 | ANNEMARIE GUERRA |

| Line | Quantity | Catalog Number / Description | Unit Amount | Extended Amount |
|---|---|---|---|---|
| | | PEDESTAL-WOOD, 2' BOX/1FILE DWR, <br> LK,19X15X27 <br> BASIC   :3712 FC/OP NATURAL WALNUT <br> LOCK    :9250 EMBER CHROME <br> KEYS    :SK PLUG <br> OPTIONS     * * OPTIONS * * <br> WOOD FRT    *OPT:WOOD FRONTS & PULLS <br> E050            RAIL PULL/WOOD FRONT <br> PULL            PULL <br> NICKEL          *PULL:NICKEL <br> 9211            NICKEL | | |
| | Tag For: | BBF | | |
| 75 | 1.00 | EEPR3065WW        STEELCASE <br> WORKSURFACE-P TOP,RH,WOOD, <br> WATERFALL PROFILE,30X42X65 <br> BASIC   :3712 FC/OP NATURAL WALNUT <br> COLUMN  :7207 BLACK <br><br> WOOD <br> *BASIC:WOOD <br> 3712 <br> NATURAL WALNUT/OP <br> COLUMN: 7207 TEXTURED BLACK PAINT <br> ------------------------- <br> SPECIAL TO BE COPED ON LEFT SIDE, <br> WATERFALL EDGE | 971.96 | 971.96 |
| | Tag For: | 30/42/65 | | |
| 76 | 1.00 | EEW2090WW         STEELCASE <br> WORKSURFACE-WATERFALL PROFILE, <br> WOOD, 20X90 <br> BASIC   :3712 FC/OP NATURAL WALNUT <br><br> WOOD <br> *BASIC:WOOD <br> 3712 <br> NATURAL WALNUT/OP <br> *** <br> ----- <br> SPECIAL WIDTH: 96" <br> SPECIAL TO BE COPED ON RIGHT SIDE, <br> WATERFALL EDGE | 560.24 | 560.24 |
| | Tag For: | 96/20*CR* | | |
| 77 | 1.00 | EEW2590WW         STEELCASE <br> WORKSURFACE-WATERFALL PROFILE, <br> WOOD, 25X90 <br> BASIC   :3712 FC/OP NATURAL WALNUT | 471.41 | 471.41 |
| | Tag For: | 90/25 | | |
| 79 | 6.00 | GROMMETS          WAL <br> MATTE BLACK PLASTIC GROMMETS FOR <br> PRIVATE OFFICE | 12.00 | 72.00 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES



Remit To: Waldner's Business Environments, Inc., P.O. Box 5009, Farmingdale, NY 11735-0994

**Waldner's Business Environments**
www.waldners.com

312 Lexington Ave
New York, New York
10016
T 212.586.7500
F 212.586.7699

125 Route 110
Farmingdale, New York
11735
T 631.844.9200
F 631.844.5303

401 Theodore Fremd Ave
Rye, New York
10540
T 914.921.8500
F 914.921.2941

# Invoice

Page 13 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Order Number | Account Representative |
|---|---|---|---|---|
| 277188 | 06/28/07 | 8Q 266625 | 268973 | ANNEMARIE GUERRA |

| Line No | Quantity | Item Description | Net Amount | Extension Amount |
|---|---|---|---|---|
| 80 | 1.00 | DELIVERY            WAL<br>DELIVERY DURING OVERTIME HOURS DIRECT<br>TRAILERS TO SITE | 13,500.00 | 13,500.00 |
| 81 | 1.00 | LABOR               TOPS<br>LABOR TO INSTALL (80) ANSWER<br>WORKSTATIONS AND (11) EX PRIVATE<br>OFFICES DURING NORMAL BUSINESS HOURS<br>*GROMMETS TO BE CUT ON SITE AS PER<br>CLIENT REQUEST<br>START MAY 29<br>COMPLETE BY JUNE 4 | 36,500.00 | 36,500.00 |
| 91 | 15.00 | Y36392C            STEELCASE<br>W/S W LOCK DECOR RING CHR<br><br>LOCK    :9201 POLISHED CHROME | 1.18 | 17.70 |
| 92 | 15.00 | 8772092015R        STEELCASE<br>PLUG ASSY-FRONT REMOVABLE,<br>BRUSHED CHROME<br>LOCK    :9201 POLISHED CHROME<br>KEYS    :EK SPEC<br>        5-FR450<br>        5-FR451<br>        5-ER452 | 18.82 | 282.30 |

|  |  |
|---|---|
| Sub Total | 285,270.34 |
| NON TAXABLE-NEW YORK ONLY | 0.00 |
| Please Pay This Amount: | 285,270.34 |

*******End of Invoice*******

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

1

Remit To: Waldner's Business Environments, Inc., P.O. Box 5009, Farmingdale, NY 11735-0994



**Waldner's**
Business
Environments
www.waldners.com

| 219 Lexington Ave | 123 Route 110 | 401 Theodore Fremd Ave |
| New York, New York | Farmingdale, New York | Rye, New York |
| 10016 | 11735 | 10580 |
| T 212.938.7400 | T 631.844.3300 | T 914.921.8500 |
| F 212.696.7889 | F 631.894.3603 | F 914.925.0991 |

# Invoice

Page 1 of 1
WALDNERS/FARMINGDALE

| Invoice Number | Date | Customer Order Number | | | Salesperson |
|---|---|---|---|---|---|
| 277774 | 07/17/07 | SO 270006 | 270295 | | ANNEMARIE GUERRA |

SOLD TO:  THOMAS TREPANIER
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5772

SHIP TO:  LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
3 East Parts Needed
Melville, NY 11747

P: 1.631.622.5286

Terms: NET 20 DAYS          N02251          270006 TAX NO: Suffolk County IDA Cert.

| Line | Quantity | Description | | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 48.00 | TS748024TK        STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X24<br>SURFACE :Y078 SHADOW | | 72.60 | 3,484.80 |
| 2 | 34.00 | TS748024TK        STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X24<br>SURFACE :P300 RICE | | 62.48 | 2,124.32 |
| 3 | 27.00 | TS712IPJS        STEELCASE<br>JUNCTION-IN LINE, STACKING, 12H | | 45.76 | 1,235.52 |
| 4 | 33.00 | TS10601SR        STEELCASE<br>TOP CAP ASSY-COH 1 END, OVAL,<br>36"<br>BASIC   :7207 BLACK | | 16.88 | 557.04 |
| 5 | 22.00 | TS10599SR        STEELCASE<br>TOP CAP ASSY-COH 1 END, OVAL,<br>24"<br>BASIC   :7207 BLACK | | 12.50 | 275.00 |
| 6 | 46.00 | TS30004SR        STEELCASE<br>TRIM COVER-VERTICAL, 120<br>2-WAY, 54", PAINT<br>BASIC   :7207 BLACK | | 38.13 | 1,753.98 |
| | | | Sub Total | | 9,430.66 |
| | | | NON TAXABLE-NEW YORK ONLY | | 0.00 |
| | | | Please Pay This Amount: | | 9,430.66 |

*******End of Invoice*******

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

| 315 Lexington Ave<br>New York, New York<br>10016<br>T 212.696.7500<br>F 212.696.7600 | 125 Route 110<br>Farmingdale, New York<br>11735<br>T 631.844.8300<br>F 631.884.3600 | 401 Theodore Fremd Ave<br>Rye, New York<br>10580<br>T 914.921.8500<br>F 914.921.0501 |
|---|---|---|

# Invoice

Page 1 of 1
WALDNERS/FARMINGDALE

| 277930 | 07/23/07 | SQ 270024 | 270387 | | ANNEMARIE GUERRA |
|---|---|---|---|---|---|

SOLD TO:  LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

SHIP TO:  LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
4 EAST - LEGAL
Melville, NY 11747

P: 1.631.622.5772

P: 1.631.622.5772

Terms: NET 20 DAYS          N02251          270024  TAX NO: Suffolk County IDA Cert.

| 1 | 1.00 | CWAT48144          STEELCASE<br>TABLE-RECTANGULAR,WOOD,<br>AMERICAN ELECT PROFILE,48X144<br>TOP-SURF:3712 FC/OP NATURAL WALNUT<br>OPTIONS      * * OPTIONS * *<br>OPT ACC      *OPT:OPTIONAL ACCESSORIES<br>GROMMET          GROMMETS<br>CPCLR              TWO POWER CHANNELS<br>COVER              COVER<br>CORIAN S            *COVER:CORIAN FINI<br>2971                NOCTURNE BLACK<br>TRIM              TRIM FINISH<br>STD PNTA          *TRIM:STANDARD PAI<br>0835              BLACK (TRANS) | 3,293.46 | 3,293.46 |
| 2 | 3.00 | CWCIRT18          STEELCASE<br>BASE-TABLE,DRUM,CIRCULAR,<br>WOOD MOLDING,18X18X27-1/2<br>BASIC    :3712 FC/OP NATURAL WALNUT | 596.16 | 1,788.48 |
| 3 | 1.00 | SERVICE            WAL<br>INSTALLATION OF 12' CONFERENCE TABLE<br>DURING NORMAL BUSINESS HOURS | 295.00 | 295.00 |

Sub Total          5,376.94
WAL  DELIVERY          $150.00
NON TAXABLE-NEW YORK ONLY          0.00
Please Pay This Amount:          5,526.94

*******End of Invoice******

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



**Remit To: Waldner's Business Environments, Inc., P.O. Box 5008, Farmingdale, NY 11735-0994**

Waldner's
Business
Environments
www.waldners.com

| 219 Lexington Ave | 123 Route 110 | 401 Theodore Fremd Ave |
|---|---|---|
| New York, New York | Farmingdale, New York | Rye, New York |
| 10016 | 11735 | 10580 |
| T 212.686.7500 | T 631.844.8500 | T 914.921.8500 |
| F 212.686.7529 | F 631.844.3555 | F 914.921.0801 |

**Invoice**

Page 1 of 2
WALDNERS/FARMINGDALE

| 278201 | 07/30/07 | SQ 271241 | 271522 | | ANNEMARIE GUERRA |
|---|---|---|---|---|---|

SOLD TO:  LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5772

SHIP TO:  LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
3 East Real Estate
Melville, NY 11747

P: 1.631.622.5772

Terms:  NET 20 DAYS          N02251          271241 TAX NO: Suffolk County IDA Cert.

| 1 | 9.00 | TS712CH          STEELCASE<br>TRIM-CHANGE OF HEIGHT,12H<br><br>TOP-CAP :6652 TITANIUM<br>OPTIONS     * * OPTIONS * *<br>TRIM          *OPT:TRIM PACKAGE<br>PAINT          PAINTED TRIM PKG<br>UPRIGHT          UPRIGHT<br>PAINT          *UPRIGHT:PAINT<br>4792          TITANIUM (TRANS) | 27.61 | 248.49 |
|---|---|---|---|---|
| 2 | 1.00 | T510605SR          STEELCASE<br>TOP CAP ASSY-COH 1 END, OVAL,<br>72"<br>BASIC   :4792 TITANIUM (TRANS) | 27.06 | 27.06 |
| 3 | 4.00 | T510613SR          STEELCASE<br>TOP CAP ASSY-COH 2 ENDS, OVAL,<br>72"<br>BASIC   :4792 TITANIUM (TRANS) | 30.59 | 122.36 |
| 4 | 7.00 | TU720FFL          STEELCASE<br>PEDESTAL-2 FILE DRAWERS,<br>23-1/2D<br>BASIC   :4792 TITANIUM (TRANS)<br>LOCK   :9201 POLISHED CHROME<br>PULL   :6652 TITANIUM<br>KEYS   :SK RAND<br>OPTIONS     * * OPTIONS * *<br>DWR ACC     *OPT:FILE DWR ACCESSORIES<br>RAIL          DRAWERS WITH RAILS<br>LOCK OPT     *OPT:LOCK OPTIONS<br>SINGLELK          STD:SINGLE LOCK | 273.41 | 1,913.87 |
| 5 | 13.00 | TS742EPJ          STEELCASE<br>JUNCTION-END OF RUN,42H | 48.33 | 628.29 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0984

**Waldner's**
Business
Environments
www.waldners.com

218 Lexington Ave
New York, New York
10016
T 212.686.7500
F 212.686.7590

120 Route 110
Farmingdale, New York
11735
T 631.644.3300
F 631.644.3503

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.8500
F 914.921.5581

**Invoice**

Page 2 of 2
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Purchase Order | Sales Order | | Account Representative |
|---|---|---|---|---|---|
| 278201 | 07/30/07 | SQ 271241 | 271522 | | ANNEMARIE GUERRA |

| Line | Quantity | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | TOP-CAP :6652 TITANIUM<br>UPRIGHT :4792 TITANIUM (TRANS) | | |
| 6 | 13.00 | TS754LPJ          STEELCASE<br>JUNCTION-L,54H | 72.74 | 945.62 |
| | | TOP-CAP :6652 TITANIUM<br>UPRIGHT :4792 TITANIUM (TRANS) | | |
| 7 | 13.00 | TS712CH          STEELCASE<br>TRIM-CHANGE OF HEIGHT,12H | 30.75 | 399.75 |
| | | TOP-CAP :6652 TITANIUM<br>OPTIONS    * * OPTIONS * *<br>TRIM       *OPT:TRIM PACKAGE<br>PAINT          PAINTED TRIM PKG<br>UPRIGHT        UPRIGHT<br>PAINT          *UPRIGHT:PAINT<br>4792           TITANIUM (TRANS) | | |
| 8 | 13.00 | T510599SR        STEELCASE<br>TOP CAP ASSY-COH 1 END, OVAL,<br>24"<br>BASIC   :4792 TITANIUM (TRANS) | 12.50 | 162.50 |
| 9 | 26.00 | TS72442TK        STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>24X42<br>SURFACE :P301 ALMOND | 56.64 | 1,472.64 |
| 10 | 13.00 | TS724HF          STEELCASE<br>FRAME-HORIZONTAL PACKAGE,24W<br><br>BASIC   :4792 TITANIUM (TRANS)<br>OPTIONS    * * OPTIONS * *<br>CABLEOPT       *OPT:CABLE TRAY OPTION<br>NO TRAY        NO CABLE TRAY | 38.56 | 501.28 |

| | |
|---|---|
| Sub Total | 6,421.86 |
| NON TAXABLE-NEW YORK ONLY | 0.00 |
| Please Pay This Amount: | 6,421.86 |

********End of Invoice********

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES

**Invoice**

Remit To: Waldner's Business Environments, Inc., P.O. Box 6008, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.646.7309
F 212.696.7899

123 Route 110
Farmingdale, New York
11735
T 631.844.9300
F 631.594.3603

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.8509
F 914.921.0991

Page 1 of 5

WALDNERS/FARMINGDALE

| INVOICE NUMBER | DATE | CUSTOMER | CUSTOMER NO | SALES | SALESPERSON |
|---|---|---|---|---|---|
| 278259 | 07/31/07 | LAURA GHINI | 270747 | | ANNEMARIE GUERRA |

SOLD TO:  LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
Melville, NY 11747

P: 1.631.622.5772

SHIP TO:  LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
2W
Melville, NY 11747

P: 1.631.622.5772

Terms: NET 20 DAYS          N02251          269967 TAX NO: Suffolk County IDA Cert.

| LINE | QUANTITY | ITEM | | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 4.00 | E91903          STEELCASE<br>BRACKET-WORKSURFACE, FLUSH<br>MOUNT, ALL DEPTHS<br>Tag For: U SHAPED OFFICES | | 10.07 | 40.28 |
| 2 | 2.00 | EESM1690WL          STEELCASE<br>SERVICE MODULE-WOOD, 6 DOORS, 3<br>LOCKS, 15-1/8X90<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>LOCK     :9201 POLISHED CHROME<br>KEYS     :SK PLUG<br>Tag For: U SHAPED OFFICES | | 1,874.08 | 3,748.16 |
| 3 | 2.00 | LS848K          STEELCASE<br>LIGHT-SHELF, ELEK BALLAST, 32<br>WATT, LAMP, 9' CORD, 49W | | 155.29 | 310.58 |
| 4 | 2.00 | EETB2390          STEELCASE<br>TACKBOARD-90W SERV MOD APPL,<br>90X23-3/4<br>TKBD     :Y170 TAUPE<br>Tag For: U SHAPED OFFICES | | 191.86 | 383.72 |
| 5 | 2.00 | EEEP2010FLW          STEELCASE<br>END PANEL-FREESTANDING, LH, 10H .<br>FLUSH BP APPL, WOOD, 20X1-1/4X<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For: U SHAPED OFFICES | | 122.43 | 244.86 |
| 6 | 2.00 | EEEP2010FRW          STEELCASE<br>END PANEL-FREESTANDING, RH, 10H<br>FLUSH BP APPL, WOOD, 20X1-1/4X<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For: U SHAPED OFFICES | | 122.43 | 244.86 |
| 7 | 2.00 | EE30619L          STEELCASE | | 809.31 | 1,618.62 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES

Remit To: Waldner's Business Environments, Inc., P.O. Box 5009, Farmingdale, NY 11735-0994



**Waldner's**
Business
Environments
www.waldners.com

315 Lexington Ave
New York, New York
10016
T 212.686.7300
F 212.686.7688

128 Route 110
Farmingdale, New York
11735
T 631.844.2000
F 631.694.2502

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.5500
F 914.921.0501

**Invoice**

Page 2 of 5

WALDNERS/FARMINGDALE

| | | | | | |
|---|---|---|---|---|---|
| 278259 | 07/31/07 | LAURA GHINI | 270747 | | ANNEMARIE GUERRA |

| | | | | |
|---|---|---|---|---|
| | | PEDESTAL-WOOD, 2 DWRS, LATERAL FILE, FACE LOCK 19X30X27<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>LOCK    :9201 POLISHED CHROME<br>KEYS    :SK PLUG<br>OPTIONS    * * OPTIONS * *<br>WOOD FRT     *OPT:WOOD FRONTS & PULLS<br>E050         RAIL PULL/WOOD FRONT<br>PULL         PULL<br>NICKEL       *PULL:NICKEL<br>9211         NICKEL | | |
| | | Tag For:  U SHAPED OFFICES | | |
| 8 | 2.00 | EE30358L         STEELCASE<br>PEDESTAL-WOOD, 2 BOX/1FILE DWR,<br>LK, 24X15X27<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>LOCK    :9201 POLISHED CHROME<br>KEYS    :SK PLUG<br>OPTIONS    * * OPTIONS * *<br>WOOD FRT     *OPT:WOOD FRONTS & PULLS<br>E050         RAIL PULL/WOOD FRONT<br>PULL         PULL<br>NICKEL       *PULL:NICKEL<br>9211         NICKEL | 611.09 | 1,222.18 |
| | | Tag For:  U SHAPED OFFICES | | |
| 9 | 2.00 | EEFS3070W         STEELCASE<br>SHELL-DESK, FREESTANDING, WOOD,<br>FLUSH BACK PANEL, 30X70<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>OPTIONS    * * OPTIONS * *<br>WKSP OPT     *OPT:WORKSURFACE OPTIONS<br>EEW3070WW    WKSF WD WATERFAL<br>CONFIGS      *OPT:PANEL CONFIGURATIONS<br>PNLCONF5     RCSSD BACK PANEL NO BASE | 1,102.40 | 2,204.80 |
| | | Tag For:  U SHAPED OFFICES | | |
| 10 | 2.00 | EEW2090WW         STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 20X90<br>BASIC   :3712 FC/OP NATURAL WALNUT | 505.09 | 1,010.18 |
| | | Tag For:  U SHAPED OFFICES | | |
| 11 | 2.00 | EEW2542WW         STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 25X42<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>SPECIAL TO BE 40"W X 25"D WITH COPED<br>EDGE LEFT AND<br>RIGHT HAND. | 451.56 | 903.12 |
| | | Tag For:  U SHAPED OFFICES | | |
| 13 | 6.00 | GROMMETS         WAL<br>GROMMETS | 12.00 | 72.00 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES



Remit To: Waldner's Business Environments, Inc., P.O. Box 5005, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.696.7600
F 212.696.7699

125 Route 110
Farmingdale, New York
11735
T 631.844.5300
F 631.694.3503

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.3500
F 914.921.0991

**Invoice**

Page 3 of 5
WALDNERS/FARMINGDALE

| 278259 | 07/31/07 | LAURA GHINI | 270747 | | ANNEMARIE GUERRA |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 14 | 2.00 | E91903          STEELCASE<br>BRACKET-WORKSURFACE, FLUSH<br>MOUNT, ALL DEPTHS<br>Tag For:  LH P TOP | 10.07 | 20.14 |
| 15 | 1.00 | EESM1690WL        STEELCASE<br>SERVICE MODULE-WOOD, 6 DOORS, 3<br>LOCKS, 15-1/8X90<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>LOCK    :9201 POLISHED CHROME<br>KEYS    :SK PLUG<br>Tag For:  LH P TOP | 1,874.08 | 1,874.08 |
| 16 | 1.00 | LSB48K          STEELCASE<br>LIGHT-SHELF, ELEK BALLAST, 32<br>WATT, LAMP, 9' CORD, 49W | 155.29 | 155.29 |
| 17 | 1.00 | EETB2390        STEELCASE<br>TACKBOARD-90W SERV MOD APPL,<br>90X23-3/4<br>TKBD    :Y170 TAUPE<br>Tag For:  LH P TOP | 191.86 | 191.86 |
| 18 | 1.00 | EEEP2510FLW       STEELCASE<br>END PANEL-FREESTANDING, LH, 10H<br>FLUSH BP APPL, WOOD, 25X1-1/4X27<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>Tag For:  LH P TOP | 127.73 | 127.73 |
| 19 | 1.00 | EEEP2510FRW       STEELCASE<br>END PANEL-FREESTANDING, RH, 10H<br>FLUSH BP APPL, WOOD, 25X1-1/4X27<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>Tag For:  LH P TOP | 127.73 | 127.73 |
| 20 | 1.00 | EETPRR3065W       STEELCASE<br>END PANEL-T SHAPE, EXTENDED, RH,<br>WOOD, 30X40-3/4<br>BASIC   :3712 FC/OP NATURAL WALNUT<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>Special: to be an L-shaped end panel<br>with shortened<br>end panel facing visitor and attaching<br>to modesty<br>panel for use on 65"w right hand P-top.<br>Tag For:  LH P TOP | 765.32 | 765.32 |
| 21 | 1.00 | EE54867         STEELCASE<br>PANEL-CENTER SUPPORT, WOOD,<br>15X1-1/4X27 | 116.60 | 116.60 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES



Remit To: Waldner's Business Environments, Inc., P.O. Box 9009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.888.7500
F 212.696.7899

125 Route 110
Farmingdale, New York
11735
T 631.844.5000
F 631.694.3503

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.3600
F 914.921.0991

**Invoice**

Page 4 of 5
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Order Number | Ship Via | Account Rep Name |
|---|---|---|---|---|---|
| 278259 | 07/31/07 | LAURA GHINI | 270747 | | ANNEMARIE GUERRA |

| Line | Quantity | Description | | | Amount | Balance |
|---|---|---|---|---|---|---|
| | | BASIC :3712 FC/OP NATURAL WALNUT | | | | |
| | Tag For: | LH P TOP | | | | |
| 22 | 1.00 | EE30619L          STEELCASE<br>PEDESTAL-WOOD, 2 DWRS, LATERAL<br>FILE, FACE LOCK 19X30X27<br>BASIC :3712 FC/OP NATURAL WALNUT<br>LOCK  :9201 POLISHED CHROME<br>KEYS  :SK PLUG<br>OPTIONS  * * OPTIONS * *<br>WOOD FRT  *OPT:WOOD FRONTS & PULLS<br>E050          RAIL PULL/WOOD FRONT<br>PULL          PULL<br>NICKEL        *PULL:NICKEL<br>9211          NICKEL | | | 809.31 | 809.31 |
| | Tag For: | LH P TOP | | | | |
| 23 | 1.00 | EE30341L          STEELCASE<br>PEDESTAL-WOOD, 2 BOX/1FILE DWR,<br>LK, 19X15X27<br>BASIC :3712 FC/OP NATURAL WALNUT<br>LOCK  :9201 POLISHED CHROME<br>KEYS  :SK PLUG<br>OPTIONS  * * OPTIONS * *<br>WOOD FRT  *OPT:WOOD FRONTS & PULLS<br>E050          RAIL PULL/WOOD FRONT<br>PULL          PULL<br>NICKEL        *PULL:NICKEL<br>9211          NICKEL | | | 579.29 | 579.29 |
| | Tag For: | LH P TOP | | | | |
| 24 | 1.00 | EEPL3065WW          STEELCASE<br>WORKSURFACE-P TOP, LH, WOOD,<br>WATERFALL PROFILE, 30X42X65<br>BASIC :3712 FC/OP NATURAL WALNUT<br>COLUMN :4799 PLATINUM METALLIC<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>METALLIC<br>*COLUMN:METALLIC PAINT<br>4799<br>PLATINUM<br>***<br>-----<br>SPECIAL TO BE COPED ON RIGHT SIDE,<br>WATERFALL EDGE | | | 1,096.04 | 1,096.04 |
| | Tag For: | LH P TOP | | | | |
| 25 | 1.00 | EEW2090WW          STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 20X90<br>BASIC :3712 FC/OP NATURAL WALNUT | | | 631.76 | 631.76 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 8009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

213 Lexington Ave
New York, New York
10016
T 212.532.7600
F 212.686.7698

125 Route 110
Farmingdale, New York
11735
T 631.844.3300
F 631.534.3603

401 Theodore Freund Ave
Rye, New York
10580
T 914.921.8500
F 914.921.0391

**Invoice**

Page 5 of 5
WALDNERS/FARMINGDALE

| 278259 | 07/31/07 | LAURA GHINI | 270747 | | ANNEMARIE GUERRA |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | | WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>***<br>----<br>SPECIAL WIDTH: 96"<br>SPECIAL TO BE COPED ON LEFT SIDE,<br>WATERFALL EDGE | | |
| | Tag For: | LH P TOP | | |
| 26 | 1.00 | EEW2590WW          STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 25X90<br>BASIC   :3712 FC/OP NATURAL WALNUT | 531.59 | 531.59 |
| | Tag For: | LH P TOP | | |
| 28 | 4.00 | GROMMETS          WAL<br>GROMMETS | 12.00 | 48.00 |
| 29 | 1.00 | LABOR          TOPS<br>INSTALLATION ON OVERTIME of 3 WOOD<br>OFFICES | 5,750.00 | 5,750.00 |

| | |
|---|---|
| Sub Total | 24,828.10 |
| WAL  DELIVERY ON OVERTIME | $1,165.00 |
| NON TAXABLE-NEW YORK ONLY | 0.00 |
| Please Pay This Amount: | 25,993.10 |

*******End of Invoice*******

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

213 Lexington Ave
New York, New York
10016
T 212.894.7500
F 212.894.7699

125 Route 110
Farmingdale, New York
11735
T 631.844.9300
F 631.844.3500

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.3300
F 914.921.0001

# Invoice

Page 1 of 1
WALDNERS/FARMINGDALE

| 278523 | 08/07/07 | SQ 270445 | 270545 | | ANNEMARIE GUERRA |
|---|---|---|---|---|---|

**SOLD TO:** OLGA STEFFENS
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5772

**SHIP TO:** OLGA STEFFENS
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
Melville, NY 11747

P: 1.631.622.6332

**Terms:** NET 20 DAYS          N02251          270445  TAX NO: Suffolk County IDA Cert.

| 1 | 1.00 | EEL4W          STEELCASE<br>FILE-LATERAL, FREESTANDING, 4<br>DRAWERS, LOCK, WOOD, 25X30X50-1/2<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>LOCK    :9250 EMBER CHROME<br>KEYS    :SK RAND<br>OPTIONS          * * OPTIONS * *<br>WOOD FRT     *OPT:WOOD FRONTS & PULLS<br>E050              RAIL PULL/WOOD FRONT<br>PULL              PULL<br>NICKEL              *PULL:NICKEL<br>9211                  NICKEL | 3,015.00<br>1,628.10<br>46.00% | 3,015.00 |

|  |  |  | Sub Total | 3,015.00 |
|---|---|---|---|---|
|  |  |  | Less 46% | -1,386.90 |
|  |  | WAL | DELIVERY | $75.00 |
|  |  | NON TAXABLE-NEW YORK ONLY |  | 0.00 |
|  |  |  | Please Pay This Amount: | 1,703.10 |

******End of Invoice******

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES

# Exhibit "B"



RUSKIN MOSCOU FALTISCHEK P.C.
*Counselors at Law*

Writer's Direct Dial: (516) 663-6535
Writer's Direct Fax: (516) 663-6753
Writer's E-Mail: jwurst@rmfpc.com

August 10, 2007

**BY FEDEX**

American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Re: Reclamation Demand by Waldner's Business Environments Inc. ("Waldner's")

Dear Sir/Madam:

This firm is counsel to Waldner's. Pursuant to 11 U.S.C. § 546(c), and other statutory and common law rights upon which Waldner's may be entitled to rely, we hereby demand reclamation and the return of all goods (the "Goods") received by American Home Mortgage Corp. or any of its related companies, affiliates, or subsidiaries (collectively, "American") from Waldner's, or anyone acting on Waldner's behalf, since June 22, 2007 (i.e. during the 45 days preceding American's August 6, 2007 Chapter 11 filing). This demand specifically includes, but is not limited to, the items set forth on the invoices enclosed herewith. We further demand that the Goods be returned on or before August 16, 2007. Please contact me or Matthew V. Spero, Esq. (516-663-6604) to discuss the logistics of reclaiming these Goods.

Additionally, inasmuch as the Goods are subject to Waldner's right of reclamation, we hereby demand that the Goods be segregated and identified, and that no such Goods be used, fabricated, sold, dissipated, or commingled with any other goods.

We assert and preserve all rights under 11 U.S.C. § 546(c) and other applicable law.

Very truly yours,

JEFFREY A. WURST
For the Firm

Enclosures

cc:    Pauline K. Morgan, Esq.. (via e-mail and FedEx, pmorgan@ycst.com)

East Tower, 15th Floor, 1425 RexCorp Plaza, Uniondale, NY 11556-1425 ▼ 516.663.6600 ▼ 212.688.8300 ▼ F 516.663.6501 ▼ www.rmfpc.com
NYC: 641 Lexington Avenue, New York, NY 10016 ▼ Suffolk: 350 Motor Parkway, Hauppauge, NY 11788