# EXHIBIT B

| UNITED STATES BANKRUPTCY COURT    District of Delaware | PROOF OF CLAIM |
|---|---|

**Name of Debtor:**

**AMERICAN HOME MORTGAGE CORP.**

**Case Number:**

**07-11051**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): **WALDNER'S BUSINESS ENVIRONMENTS INC.** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent: c/o Ruskin Moscou Faltischek, P.C. 1425 RexCorp Plaza Uniondale, New York 11556 Attn: Matthew V. Spero, Esq. Telephone number: 516-663-6604 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |

| Last four digits of account number or other number by which creditor identifies debtor: | Check here if this claim ☐ replaces ☐ amends    a previously filed claim, dated; |
|---|---|

**1.  Basis for Claim**

☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, Salaries and compensations (Fill out below)
   Last four digits of SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
         (date)         (date)

| **2.  Date debt was incurred:  4/07 – 8/07** | **3.  If court judgment, date obtained:** |
|---|---|

**4.  Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim**   $ 348,061.05*

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property security it, or if c) none or only party of your claim is entitled to priority.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other

Value of Collateral:  $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any:  $_____

**Unsecured Priority Claim.**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
   Amount entitled to priority   $_____

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000), * earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services or personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5.  Total Amount of Claim at Time Case Filed:**

| $348,061.05 | | | 348,061.05 |
|---|---|---|---|
| (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6.  Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7.  Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.  Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date 10-19-07 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *John A. Marsicano*  Vice President Finance |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

* See attached statement

## STATEMENT

\* Entire amount of $348,061.05 is subject to Waldner's 11 U.S.C. § 546(c)(1) Reclamation Claim.  At least $65,000 of $348,061.05 is also entitled to administrative expense priority status pursuant to 11 U.S.C. § 503(b)(9).

## SUPPORTING DOCUMENTS



Remit To: Waldner's Business Environments, Inc., P.O. Box 5009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

| 315 Lexington Ave | 725 Route 110 | 401 Theodore Fremd Ave |
| New York, New York | Farmingdale, New York | Rye, New York |
| 10016 | 11735 | 10580 |
| T 212.564.7500 | T 631.844.5300 | T 914.921.8500 |
| F 212.564.7899 | F 631.844.5303 | F 914.921.0801 |

# Invoice

Page 1 of 1
WALDNERS/FARMINGDALE

| 276209 | 06/05/07 | SQ 268006 | 268987 | | VENTI/GUERRA - AM HM MTG | 395 |

**SOLD TO:** THOMAS TREPANIER
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5772

**SHIP TO:** LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
3 East - Lanier
Melville, NY 11747

P: 1.631.622.5286

**Terms:** NET 20 DAYS       N02251    452       268006 TAX NO: Suffolk County IDA Cert.

| 17 | 30.00 | GROMMET          WAL<br>MATTE BLACK PLASTIC GROMMET<br>*SEE GARY JOHNSON | 12.00 | 360.00 |
| 61 | 5.00 | US2436          STEELCASE<br>WORKSURFACE-STRAIGHT,24X36<br><br>EDGE    :6009 ARCTIC WHITE<br>TOP-SURF:2730 ARCTIC WHITE | 69.29 | 346.45 |
| | Tag For: | 36/24 | | |
| | | | Sub Total | 706.45 |
| | | | NON TAXABLE-NEW YORK ONLY | 0.00 |
| | | | Please Pay This Amount: | 706.45 |

*******End of Invoice*******

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES



Remit To: Waldner's Business Environments, Inc., P.O. Box 9099, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

| 215 Lexington Ave | 128 Route 110 | 401 Theodore Fremd Ave |
|---|---|---|
| New York, New York | Farmingdale, New York | Rye, New York |
| 10016 | 11727 | 10580 |
| T 212.685.7500 | T 631.844.8500 | T 914.921.8500 |
| F 212.685.7630 | F 631.694.3603 | F 914.921.0891 |

**Invoice**

Page 1 of 1
WALDNERS/FARMINGDALE

| 276219 | 06/05/07 | SIGNED QUOTE | 269461 | | ANNEMARIE GUERRA |
|---|---|---|---|---|---|

**SOLD TO:** THOMAS TREPANIER
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5772

**SHIP TO:** LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
3 EAST
Melville, NY 11747

P: 1.631.622.5772

Terms: NET 20 DAYS          N02251          268028 TAX NO: Suffolk County IDA Cert.

| 1 | 44.00 | TS74836TK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X36<br>SURFACE :Y078 SHADOW<br>Tag For: OUTSIDE SKINS<br>(FABRIC RESERVE #3484794) | 84.15 | 3,702.60 |
|---|---|---|---|---|
| 2 | 44.00 | TS74836TK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X36<br>SURFACE :P300 RICE<br>Tag For: DIVIDER SKINS | 73.80 | 3,247.20 |
| 3 | 44.00 | TS74824TK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X24<br>SURFACE :P300 RICE<br>Tag For: DIVIDER SKINS | 63.90 | 2,811.60 |
| 4 | 44.00 | TS74836TK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X36<br>SURFACE :P300 RICE<br>Tag For: INSIDE SKIN FOR Y078 OUTSIDE<br>SKIN | 73.80 | 3,247.20 |

|  | Sub Total | 13,008.60 |
|---|---|---|
|  | NON TAXABLE-NEW YORK ONLY | 0.00 |
|  | Please Pay This Amount: | 13,008.60 |

*******End of Invoice*******

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

Remit To: Waldner's Business Environments, Inc., P.O. Box 5089, Farmingdale, NY 11735-0904

**Waldner's**
Business
Environments
www.waldners.com

| 516 Lexington Ave New York, New York 10016 T 212.368.7500 F 212.388.7499 | 138 Route 110 Farmingdale, New York 11735 T 631.845.8200 F 631.843.3400 | 421 Theodore Fremd Ave Rye, New York 10580 T 914.921.5040 F 914.921.6081 |

**Invoice**

Page 1 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales Order No. | Ship Date Amt. | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

SOLD TO: LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5286

SHIP TO: LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
2 WEST PHASE II
Melville, NY 11747

P: 1.631.622.5286

Terms: NET 20 DAYS          N02251    453          266625 TAX NO: Suffolk County IDA Cert.

| Line | Quantity | Catalog Number/Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| 1 | 40.00 | USSBR          STEELCASE BRACKET-SIDE SUPPORT | 13.94 | 557.60 |
| | | Tag For: 2 | | |
| 2 | 77.00 | TS7CANT          STEELCASE CANTILEVER | 39.36 | 3,030.72 |
| | | BASIC   :7239 MIDNIGHT | | |
| | | Tag For: CT | | |
| 3 | 120.00 | TS754EPJ          STEELCASE JUNCTION-END OF RUN,54H | 36.08 | 4,329.60 |
| | | TOP-CAP :6000 BLACK UPRIGHT :7207 BLACK | | |
| | | Tag For: 54 | | |
| 4 | 80.00 | TS754IPJ          STEELCASE JUNCTION-IN LINE,54H | 25.42 | 2,033.60 |
| | | Tag For: 54 | | |
| 5 | 47.00 | TS766IPJ          STEELCASE JUNCTION-IN LINE,66H | 25.42 | 1,194.74 |
| | | Tag For: 66 | | |
| 6 | 48.00 | TS754LPJ          STEELCASE JUNCTION-L,54H | 56.58 | 2,715.84 |
| | | TOP-CAP :6000 BLACK UPRIGHT :7207 BLACK | | |
| | | Tag For: 54 | | |
| 7 | 8.00 | TS766LPJ          STEELCASE JUNCTION-L,66H | 56.58 | 452.64 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



**Waldner's**
Business
Environments
www.waldners.com

Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0934

219 Lexington Ave
New York, New York
10016
T 212.806.7500
F 212.806.7699

125 Route 110
Farmingdale, New York
11735
T 631.844.3009
F 631.844.3003

421 Theodore Fremd Ave
Rye, New York
10580
T 914.921.3500
F 914.921.3661

# Invoice

Page 2 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer PO Number | Order Number | Ship Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line | Quantity | Item Number/Description | | Unit Price | Amount |
|---|---|---|---|---|---|
| | | TOP-CAP :6000 BLACK | | | |
| | | UPRIGHT :7207 BLACK | | | |
| | Tag For: | 66 | | | |
| 8 | 15.00 | TS754TPJ        STEELCASE | | 56.58 | 848.70 |
| | | JUNCTION-T,54H | | | |
| | | TOP-CAP :6000 BLACK | | | |
| | | UPRIGHT :7207 BLACK | | | |
| | Tag For: | 54 | | | |
| 9 | 33.00 | TS766TPJ        STEELCASE | | 56.58 | 1,867.14 |
| | | JUNCTION-T,66H | | | |
| | | TOP-CAP :6000 BLACK | | | |
| | | UPRIGHT :7207 BLACK | | | |
| | Tag For: | 66 | | | |
| 10 | 21.00 | TS766XPJ        STEELCASE | | 56.58 | 1,188.18 |
| | | JUNCTION-X,66H | | | |
| | | TOP-CAP :6000 BLACK | | | |
| 11 | 79.00 | LSB48K          STEELCASE | | 120.13 | 9,490.27 |
| | | LIGHT-SHELF,ELEK BALLAST,32 | | | |
| | | WATT,LAMP,9' CORD,49W | | | |
| | Tag For: | UTL/49 | | | |
| 12 | 79.00 | TS7072BL        STEELCASE | | 334.56 | 26,430.24 |
| | | OVERHEAD STORAGE BIN-72W | | | |
| | | BASIC   :7239 MIDNIGHT | | | |
| | | LOCK    :9201 POLISHED CHROME | | | |
| | | KEYS    :SK PLUG | | | |
| | Tag For: | OSB/72 | | | |
| 13 | 19.00 | TS75424TF       STEELCASE | | 146.78 | 2,788.82 |
| | | PANEL-FULL TACKABLE | | | |
| | | ACOUSTICAL,54X24 | | | |
| | | BASIC   :7207 BLACK | | | |
| | | SURF-1  :P300 RICE | | | |
| | | SURF-2  :P300 RICE | | | |
| | | OPTIONS     * * OPTIONS * * | | | |
| | | TC OPT      *OPT:TOP CAP OPTIONS | | | |
| | | COH 1END       COH TOPCAP 1 END | | | |
| | | CABLEOPT    *OPT:CABLE TRAY OPTION | | | |
| | | NO TRAY        NO CABLE TRAY | | | |
| | Tag For: | 24/54AA-CH | | | |
| 14 | 80.00 | TS75424TF       STEELCASE | | 153.75 | 12,300.00 |
| | | PANEL-FULL TACKABLE | | | |
| | | ACOUSTICAL,54X24 | | | |
| | | BASIC   :7207 BLACK | | | |
| | | SURF-1  :P300 RICE | | | |
| | | SURF-2  :X078 SHADOW | | | |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 6006, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

| 310 Lexington Ave | 125 Route 110 | 421 Theodore Fremd Ave |
| New York, New York | Farmingdale, New York | Rye, New York |
| 10016 | 11735 | 10580 |
| T 212.885.7500 | T 631.844.3500 | Y 914.921.8500 |
| F 212.685.7550 | F 631.844.3600 | F 914.921.8501 |

**Invoice**

Page 3 of 13
WALDNERS/FARMINGDALE

| Invoice No. | Invoice Date | Purchase Order Number | SO Number | Job Number | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/26/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line | Quantity | Product Number / Description | Unit Price | Balance |
|---|---|---|---|---|
| | | OPTIONS    * * OPTIONS * * | | |
| | | CABLEOPT     *OPT:CABLE TRAY OPTION | | |
| | | NO TRAY          NO CABLE TRAY | | |
| | | Tag For: 24/54AB | | |
| 15 | 5.00 | TS754247TF          STEELCASE | 156.21 | 781.05 |
| | | PANEL-FULL TACKABLE | | |
| | | ACOUSTICAL,54X24 | | |
| | | BASIC    :7207 BLACK | | |
| | | SURF-1  :P300 RICE | | |
| | | SURF-2  :Y078 SHADOW | | |
| | | OPTIONS     * * OPTIONS * * | | |
| | | TC OPT       *OPT:TOP CAP OPTIONS | | |
| | | COB 1END        COB TOPCAP 1 END | | |
| | | CABLEOPT     *OPT:CABLE TRAY OPTION | | |
| | | NO TRAY        NO CABLE TRAY | | |
| 16 | 34.00 | TS75442TF          STEELCASE | 182.45 | 6,203.30 |
| | | PANEL-FULL TACKABLE | | |
| | | ACOUSTICAL,54X42 | | |
| | | BASIC    :7207 BLACK | | |
| | | SURF-1  :P300 RICE | | |
| | | SURF-2  :P300 RICE | | |
| | | OPTIONS    * * OPTIONS * * | | |
| | | CABLEOPT     *OPT:CABLE TRAY OPTION | | |
| | | NO TRAY        NO CABLE TRAY | | |
| | | Tag For: 42/54AA | | |
| 17 | 34.00 | TS75442TF          STEELCASE | 184.91 | 6,286.94 |
| | | PANEL-FULL TACKABLE | | |
| | | ACOUSTICAL,54X42 | | |
| | | BASIC    :7207 BLACK | | |
| | | SURF-1  :P300 RICE | | |
| | | SURF-2  :P300 RICE | | |
| | | OPTIONS     * * OPTIONS * * | | |
| | | TC OPT       *OPT:TOP CAP OPTIONS | | |
| | | COB 1END        COB TOPCAP 1 END | | |
| | | CABLEOPT     *OPT:CABLE TRAY OPTION | | |
| | | NO TRAY        NO CABLE TRAY | | |
| | | Tag For: 42/54AA-CB | | |
| 18 | 44.00 | TS75442TF          STEELCASE | 191.88 | 8,442.72 |
| | | PANEL-FULL TACKABLE | | |
| | | ACOUSTICAL,54X42 | | |
| | | BASIC    :7207 BLACK | | |
| | | SURF-1  :P300 RICE | | |
| | | SURF-2  :Y078 SHADOW | | |
| | | OPTIONS    * * OPTIONS * * | | |
| | | CABLEOPT     *OPT:CABLE TRAY OPTION | | |
| | | NO TRAY        NO CABLE TRAY | | |
| | | Tag For: 42/54AB | | |
| 19 | 47.00 | TS75442TF          STEELCASE | 194.34 | 9,133.98 |
| | | PANEL-FULL TACKABLE | | |
| | | ACOUSTICAL,54X42 | | |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES



Remit To: Waldner's Business Environments, Inc., P.O. Box 9009, Farmingdale, NY 11735-0996

**Waldner's**
Business
Environments
www.waldners.com

219 Lexington Ave          127 Route 110          401 Theodore Fremd Ave
New York, New York         Farmingdale, New York  Rye, New York
10016                      11735                  10580
T 212.594.7800            T 631.844.8300         T 964.925.3500
F 212.594.7699            F 631.844.8303         F 914.921.3501

**Invoice**

Page 4 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer/Job Number | Sales No. | Dated | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SO 266625 | 268973 | | ANNEMARIE GUERRA |

| Item | Quantity | Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | | BASIC  :7207 BLACK | | |
| | | SURF-1  :Y300 RICE | | |
| | | SURF-2  :Y078 SHADOW | | |
| | | OPTIONS    * * OPTIONS * * | | |
| | | TC OPT      *OPT:TOP CAP OPTIONS | | |
| | | COH 1END      COH TOPCAP 1 END | | |
| | | CABLEOPT    *OPT:CABLE TRAY OPTION | | |
| | | NO TRAY      NO CABLE TRAY | | |
| | Tag For: | 42/54AB-CB | | |
| 20 | 30.00 | TS76636TF         STEELCASE | 207.05 | 6,211.50 |
| | | PANEL-FULL TACKABLE | | |
| | | ACOUSTICAL,66X36 | | |
| | | BASIC  :7207 BLACK | | |
| | | SURF-1  :Y078 SHADOW | | |
| | | SURF-2  :Y151 SCARLET | | |
| | | OPTIONS    * * OPTIONS * * | | |
| | | CABLEOPT    *OPT:CABLE TRAY OPTION | | |
| | | NO TRAY      NO CABLE TRAY | | |
| | Tag For: | 36/66BC | | |
| 21 | 64.00 | TS76636TF         STEELCASE | 207.05 | 13,251.20 |
| | | PANEL-FULL TACKABLE | | |
| | | ACOUSTICAL,66X36 | | |
| | | BASIC  :7207 BLACK | | |
| | | SURF-1  :Y151 SCARLET | | |
| | | SURF-2  :Y151 SCARLET | | |
| | | OPTIONS    * * OPTIONS * * | | |
| | | CABLEOPT    *OPT:CABLE TRAY OPTION | | |
| | | NO TRAY      NO CABLE TRAY | | |
| | Tag For: | 36/66CC | | |
| 22 | 79.00 | TS2PBBFZ22U         STEELCASE | 189.20 | 14,946.80 |
| | | PEDESTAL-BOX/BOX/FILE, | | |
| | | UNDER WORKSURFACE,22"D | | |
| | | BASIC  :7207 BLACK | | |
| | | KEYS  :SK PLUG | | |
| | | OPTIONS    * * OPTIONS * * | | |
| | | PULLS      *OPT:PULL OPTIONS | | |
| | | HDL PULL      HANDLE PULL | | |
| | | FULL          FULL | | |
| | | NICKEL        *PULL:NICKEL | | |
| | | 9211          NICKEL | | |
| | | TSPED      *OPT:TS PED OPTION | | |
| | | DWR RAIL      DRAWER RAILS  (PKG of 2) | | |
| | Tag For: | B/B/F | | |
| 23 | 75.00 | TS2PFF22U         STEELCASE | 179.54 | 13,465.50 |
| | | PEDESTAL-FILE/FILE, | | |
| | | UNDER WORKSURFACE,22"D | | |
| | | BASIC  :7207 BLACK | | |
| | | KEYS  :SK PLUG | | |
| | | OPTIONS    * * OPTIONS * * | | |
| | | PULLS      *OPT:PULL OPTIONS | | |
| | | HDL PULL      HANDLE PULL | | |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 6006, Farmingdale, NY 11735-0904

**Waldner's**
**Business**
**Environments**
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.686.7800
F 212.686.7889

125 Route 110
Farmingdale, New York
11735
T 631.844.3200
F 631.844.3093

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.3500
F 914.921.0691

**Invoice**

Page 5 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Sales No. | | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line No. | Quantity | Product Description | | Unit Price | Extended Amount |
|---|---|---|---|---|---|
| | | PULL PULL NICKEL *PULL:NICKEL 9211 NICKEL TSPED *OPT:TS PED OPTION DWR RAIL DRAWER RAILS (PKG of 2) | | | |
| | Tag For: | Y/F | | | |
| 25 | 7.00 | TS7PK24X STEELCASE POWER KIT-3+1,24W | | 69.70 | 487.90 |
| | Tag For: | U | | | |
| 26 | 94.00 | TS7PK36X STEELCASE POWER KIT-3+1,36W | | 69.70 | 6,551.80 |
| | Tag For: | U | | | |
| 27 | 14.00 | TS7PK42X STEELCASE POWER KIT-3+1,42W | | 69.70 | 975.80 |
| | Tag For: | U | | | |
| 28 | 79.00 | TS71SSX STEELCASE RECEPTACLE-SYSTEM GROUND,LINE 1,3+1 PLASTIC :6000 BLACK | | 14.76 | 1,166.04 |
| 29 | 77.00 | TS72SSX STEELCASE RECEPTACLE-SYSTEM GROUND,LINE 2,3+1 PLASTIC :6000 BLACK | | 14.76 | 1,136.52 |
| 30 | 77.00 | TS73SSX STEELCASE RECEPTACLE-SYSTEM GROUND,LINE 3,3+1 PLASTIC :6000 BLACK | | 14.76 | 1,136.52 |
| 31 | 79.00 | TS74SSX STEELCASE RECEPTACLE-SYSTEM GROUND,LINE 4,3+1 PLASTIC :6000 BLACK | | 14.76 | 1,166.04 |
| 32 | 105.00 | TS712CHS STEELCASE TRIM-CHANGE OF HEIGHT,SLIM PROFILE,12H TOP-CAP :6000 BLACK OPTIONS * * OPTIONS * * TRIM *OPT:TRIM PACKAGE PAINT PAINTED TRIM PKG UPRIGHT UPRIGHT TEXT PNT *UPRIGHT:TEXTURED PA 7207 BLACK JUNCTION *OPT:JUNCTION CAP OPTIONS | | 21.32 | 2,238.60 |
| | Tag For: | 12 | | | |
| 33 | 40.00 | TS7PVWM STEELCASE | | 10.25 | 410.00 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.896.7890
F 212.896.7899

125 Route 110
Farmingdale, New York
11735
T 631.844.9300
F 631.844.3633

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.8500
F 914.921.0891

## Invoice

Page 8 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Purchase Order Number | Job Number | Order Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | BQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line No | Quantity | Catalog Number/Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | | VERTICAL WIRE MANAGER-PLASTIC, 49H<br>PLASTIC : 6000 BLACK | | |
| 34 | 38.00 | UEC2222L           STEELCASE<br>WORKSURFACE-CORNER, EXTENDED,<br>CURVED, LEFT HAND, 24X24X72X42<br>EDGE   : 6009 ARCTIC WHITE<br>TOP-SURF: 2730 ARCTIC WHITE<br>Tag For: 24/24/72/4 | 271.01 | 10,298.38 |
| 35 | 37.00 | UEC2222R           STEELCASE<br>WORKSURFACE-CORNER, EXTENDED,<br>CURVED, RIGHT HAND, 24X24X42X72<br>EDGE   : 6009 ARCTIC WHITE<br>TOP-SURF: 2730 ARCTIC WHITE<br>Tag For: 24/24/42/7 | 271.01 | 10,027.37 |
| 36 | 76.00 | US2442             STEELCASE<br>WORKSURFACE-STRAIGHT, 24X42<br>EDGE   : 6009 ARCTIC WHITE<br>TOP-SURF: 2730 ARCTIC WHITE<br>Tag For: 42/24 | 75.03 | 5,702.28 |
| 37 | 4.00 | US2472             STEELCASE<br>WORKSURFACE-STRAIGHT, 24X72<br>EDGE   : 6009 ARCTIC WHITE<br>TOP-SURF: 2730 ARCTIC WHITE<br>Tag For: 72/24 | 127.10 | 508.40 |
| 38 | 12.00 | E91903             STEELCASE<br>BRACKET-WORKSURFACE, FLUSH<br>MOUNT, ALL DEPTHS | 8.93 | 107.16 |
| 39 | 6.00 | EESM1690WL         STEELCASE<br>SERVICE MODULE-WOOD, 6 DOORS, 3<br>LOCKS, 15-1/8X90<br>BASIC   : 3712 FC/OP NATURAL WALNUT<br>LOCK   : 9201 POLISHED CHROME<br>KEYS   : 3K PLUG<br>Tag For: SM/90 | 1,661.92 | 9,971.52 |
| 40 | 6.00 | LSB48EK            STEELCASE<br>LIGHT-SHELF, ELEK BALLAST, 32<br>WATT, LAMP, 9' CORD, 49W<br>Tag For: USL/49 | 137.71 | 826.26 |
| 41 | 6.00 | EETB2390           STEELCASE<br>TACKBOARD-90W SERV MOD APPL,<br>90X23-3/4<br>TXBD   : Y170 TAUPE<br>Tag For: TB/90 | 170.14 | 1,020.84 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0894

**Waldner's**
Business
Environments
www.waldners.com

| 215 Lexington Ave | 125 Route 110 | 401 Theodore Friend Ave |
| New York, New York | Farmingdale, New York | Rye, New York |
| 10016 | 11735 | 14590 |
| T 212.668.7200 | T 631.694.9800 | T 914.921.8700 |
| F 212.683.7890 | F 631.694.3890 | F 914.921.8901 |

**Invoice**

Page 7 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Order No. | Ship Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line No. | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|
| 42 | 6.00 | EEPP2010FLW        STEELCASE<br>END PANEL-FREESTANDING, LH, 10H<br>FLUSH BP APPL, WOOD, 20X1-1/4X<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>Tag For: EL | 108.57 | 651.42 |
| 43 | 6.00 | EEPP2010FRW        STEELCASE<br>END PANEL-FREESTANDING, RH, 10H<br>FLUSH BP APPL, WOOD, 20X1-1/4X<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>Tag For: ER | 108.57 | 651.42 |
| 44 | 6.00 | EE30619L        STEELCASE<br>PEDESTAL-WOOD, 2 DWRS, LATERAL<br>FILE, FACE LOCK 19X30X27<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>LOCK    :9201 POLISHED CHROME<br>KEYS    :SK PLUG<br>OPTIONS    * * OPTIONS * *<br>WOOD FRT    *OPT:WOOD FRONTS & PULLS<br>E050        RAIL PULL/WOOD FRONT<br>PULL        PULL<br>NICKEL        *PULL:NICKEL<br>9211        NICKEL<br>Tag For: LF/30 | 717.69 | 4,306.14 |
| 45 | 6.00 | EE30358L        STEELCASE<br>PEDESTAL-WOOD, 2 BOX/1FILE DWR,<br>LK, 24X15X27<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>LOCK    :9201 POLISHED CHROME<br>KEYS    :SK PLUG<br>OPTIONS    * * OPTIONS * *<br>WOOD FRT    *OPT:WOOD FRONTS & PULLS<br>E050        RAIL PULL/WOOD FRONT<br>PULL        PULL<br>NICKEL        *PULL:NICKEL<br>9211        NICKEL<br>Tag For: BBF | 541.91 | 3,251.46 |
| 46 | 6.00 | EEFS3070W        STEELCASE<br>SHELL-DESK, FREESTANDING, WOOD,<br>FLUSH BACK PANEL, 30X70<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>OPTIONS    * * OPTIONS * *<br>WKSF OPT    *OPT:WORKSURFACE OPTIONS<br>EEW3070WW    WKSF NO WATERFAL<br>CONFIGS    *OPT:PANEL CONFIGURATIONS<br>PNLCONF5    RCSSD BACK PANEL NO BASE<br>Tag For: 70/30*GL* | 977.60 | 5,865.60 |
| 47 | 6.00 | EEW2090WW        STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 20X90<br>BASIC   :3712 FC/OP NATURAL WALNUT | 447.91 | 2,687.46 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 5009, Farmingdale, NY 11735-0994

**Waldners**
Business
Environments
www.waldners.com

| 219 Lexington Ave | 125 Route 110 | 491 Theodore Fremd Ave |
|---|---|---|
| New York, New York | Farmingdale, New York | Rye, New York |
| 10016 | 11732 | 10580 |
| T 212.684.7800 | T 631.845.5300 | T 914.921.5300 |
| F 212.684.7868 | F 631.694.3653 | F 914.921.0581 |

**Invoice**

Page 8 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Order No. | Ship Via | Account Representative |
|---|---|---|---|---|---|
| 277189 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line | Quantity | Item Number / Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| | Tag For: | 90/20 | | |
| 48 | 6.00 | ESW2542WW          STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 25X42<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>SPECIAL TO BE 40"W X 25"D WITH COPED<br>EDGE LEFT AND<br>  RIGHT HAND. | 400.44 | 2,402.64 |
| | Tag For: | 40/25 | | |
| 51 | 36.00 | GROMMETS          WAL<br>MATTE BLACK PLASTIC GROMMETS<br>*SEE GARY JOHNSON | 12.00 | 432.00 |
| 52 | 2.00 | E91903          STEELCASE<br>BRACKET-WORKSURFACE, FLUSH<br>MOUNT, ALL DEPTHS | 8.93 | 17.86 |
| | Tag For: | JAMES FISHER | | |
| 53 | 2.00 | ESVGSH6DW          STEELCASE<br>OVERHEAD-SINGLE HIGH, HINGED<br>DOORS, WOOD, 15X60<br>BASIC   :3712 FC/OP Natural Walnut<br>OPTIONS   * * OPTIONS * *<br>DOOR OPT     *OPT:DOOR OPTION<br>WD DOOR     WOOD DOOR<br>LOCK OPT     LOCK OPTION<br>LOCKING     LOCKING<br>LOCK     LOCK<br>POL CHR     *LOCK:POLISHED C<br>9201     POLISHED CHROM<br>BRACKETS     *OPT:BRACKET OPTIONS<br>WALL MOUNT     WALL MOUNT BRACKET | 847.88 | 1,695.76 |
| | Tag For: | JAMES FISHER | | |
| 54 | 4.00 | LT2          DETAILS<br>UNDERLINE T2 TASK LIGHT - 22"<br><br>BASIC   :5052 PEWTER | 125.47 | 501.88 |
| | Tag For: | JAMES FISHER | | |
| 55 | 2.00 | EAWTB6022          STEELCASE<br>TACKBOARD, WALL-MOUNTED, 60X22<br><br>TKBD   :Y170 TAUPE | 138.65 | 277.30 |
| | Tag For: | JAMES FISHER | | |
| 56 | 1.00 | EEEP2510FLW          STEELCASE<br>END PANEL-FREESTANDING, LH, 10H<br>FLUSH BP APPL, WOOD, 25X1-1/4X27<br>BASIC   :3712 FC/OP NATURAL WALNUT | 113.27 | 113.27 |
| | Tag For: | JAMES FISHER | | |
| 57 | 1.00 | EEEP2510FRW          STEELCASE | 113.27 | 113.27 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



**Waldner's**
Business
Environments
www.waldners.com

818 Lexington Ave
New York, New York
10019
T 212.684.7500
F 212.684.7600

125 Route 110
Farmingdale, New York
11735
T 631.864.2000
F 631.864.3363

461 Theodore Fremd Ave
Rye, New York
10590
T 914.921.4500
F 914.921.2001

**Invoice**

Page 9 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Date | Customer/Order Number | Job Order | | Accounts Manager |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| | | | | |
|---|---|---|---|---|
| | | END PANEL-FREESTANDING, RH, 30H<br>FLUSH BP APPL, WOOD, 25X1-1/4X27<br>BASIC    :3712 FC/OP NATURAL WALNUT | | |
| | | Tag For:  JAMES FISHER | | |
| 58 | 1.00 | EETPRA3065W         STEELCASE<br>END PANEL-T SHAPE, EXTENDED, RH,<br>WOOD, 30X40-3/4<br>BASIC    :3712 FC/OP NATURAL WALNUT<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>Special: to be an L-shaped end panel<br>with shortened<br>end panel facing visitor and attaching<br>to modesty<br>panel for use on 65"w right hand P-top. | 678.68 | 678.68 |
| | | Tag For:  JAMES FISHER | | |
| 59 | 1.00 | EE64867             STEELCASE<br>PANEL-CENTER SUPPORT, WOOD,<br>15X1-1/4X27<br>BASIC    :3712 FC/OP NATURAL WALNUT | 103.40 | 103.40 |
| | | Tag For:  JAMES FISHER | | |
| 60 | 1.00 | EE30619L            STEELCASE<br>PEDESTAL-WOOD, 2 DWRS, LATERAL<br>FILE, FACE LOCK 19X30X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>LOCK     :9201 POLISHED CHROME<br>KEYS     :SK PLUG<br>OPTIONS    * * OPTIONS * *<br>WOOD FRT        *OPT:WOOD FRONTS & PULLS<br>E050            RAIL PULL/WOOD FRONT<br>PULL            PULL<br>NICKEL          *PULL:NICKEL<br>9211            NICKEL | 717.69 | 717.69 |
| | | Tag For:  JAMES FISHER | | |
| 61 | 1.00 | EE30341L            STEELCASE<br>PEDESTAL-WOOD, 2 BOX/1FILE DWR,<br>LX, 19X15X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>LOCK     :9201 POLISHED CHROME<br>KEYS     :SK PLUG<br>OPTIONS    * * OPTIONS * *<br>WOOD FRT        *OPT:WOOD FRONTS & PULLS<br>E050            RAIL PULL/WOOD FRONT<br>PULL            PULL<br>NICKEL          *PULL:NICKEL<br>9211            NICKEL | 513.71 | 513.71 |
| | | Tag For:  JAMES FISHER | | |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



**Waldner's**
Business
Environments
www.waldners.com

Remit To: Waldner's Business Environments, Inc., P.O. Box 5008, Farmingdale, NY 11735-5004

112 Lexington Ave
New York, New York
10018
T 212.648.7500
F 212.686.7600

125 Route 110
Farmingdale, New York
11735
T 631.844.9300
F 631.844.3023

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.3500
F 914.921.0001

**Invoice**

Page 10 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Your Order No. | Salesperson | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Order Line Number | Quantity Shipped | Item Number / Description | | | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 62 | 1.00 | EEPR3065NW        STEELCASE<br>WORKSURFACE-P TOP,RH,WOOD,<br>WATERFALL PROFILE,30X42X65<br>BASIC   :3712 FC/QP NATURAL WALNUT<br>COLUMN  :7207 BLACK<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>*COLUMN: 7207 TEXTURED BLACK<br>-----<br>SPECIAL TO BE COPED ON LEFT SIDE,<br>WATERFALL EDGE<br>Tag For: JAMES FISHER | | | 971.96 | 971.96 |
| 63 | 1.00 | EEW2090WW         STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 20X90<br>BASIC   :3712 FC/OP NATURAL WALNUT<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>***<br>-----<br>SPECIAL WIDTH: 96"<br>SPECIAL TO BE COPED ON RIGHT SIDE,<br>WATERFALL EDGE<br>Tag For: JAMES FISHER | | | 560.24 | 560.24 |
| 64 | 1.00 | EEW2590WW         STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD,25X90<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>Tag For: JAMES FISHER | | | 471.41 | 471.41 |
| 65 | 2.00 | E91903            STEELCASE<br>BRACKET-WORKSURFACE,FLUSH<br>MOUNT,ALL DEPTHS | | | 8.93 | 17.86 |
| 66 | 1.00 | EESM1690WL        STEELCASE<br>SERVICE MODULE-WOOD,6 DOORS,3<br>LOCKS,15-1/8X90<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>LOCK    :9250 EMBER CHROME<br>KEYS    :SK PLUG<br>Tag For: SM/90 | | | 1,661.92 | 1,661.92 |
| 67 | 1.00 | LSB48K            STEELCASE<br>LIGHT-SHELF,ELEK BALLAST,32<br>WATT,LAMP,9' CORD,49W<br>Tag For: USL/49 | | | 137.71 | 137.71 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



RemE Tec Waldner's Business Environments, Inc., P.O. Box 6098, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

816 Lexington Ave
New York, New York
10016
T 212.685.7500
F 212.685.7599

125 Route 110
Farmingdale, New York
11735
T 631.844.8200
F 631.844.8283

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.3690
F 914.921.3691

**Invoice**

Page 11 of 13

WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Order No. | Ship Date | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | | ANNEMARIE GUERRA |

| Line | Quantity | Catalog Number/Description | Unit Price | Extended Amount |
|---|---|---|---|---|
| 68 | 1.00 | ESTB2390          STEELCASE<br>TACKBOARD-90W SERV MOD APPL,<br>90X23-3/4<br>TKBD     :Y170 TAUPE<br>Tag For:  TB/90 | 170.14 | 170.14 |
| 69 | 1.00 | EEEP2510FLN          STEELCASE<br>END PANEL-FREESTANDING, LH, 10H<br>FLUSH BP APPL, WOOD, 25X1-1/4X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For:  EL | 113.27 | 113.27 |
| 70 | 1.00 | EEEP2510FRW          STEELCASE<br>END PANEL-FREESTANDING, RH, 10H<br>FLUSH BP APPL, WOOD, 25X1-1/4X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For:  ER | 113.27 | 113.27 |
| 71 | 1.00 | EETPKR3D65W          STEELCASE<br>END PANEL-T SHAPE, EXTENDED, RH,<br>WOOD, 30X40-3/4<br>BASIC    :3712 FC/OP NATURAL WALNUT<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>Special: to be an L-shaped end panel<br>with shortened<br>end panel facing visitor and attaching<br>to modesty<br>panel for use on 65"w right hand P-top.<br>Tag For:  65/35 | 678.68 | 678.68 |
| 72 | 1.00 | ER64867          STEELCASE<br>PANEL-CENTER SUPPORT, WOOD,<br>15X1-1/4X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For:  CP | 103.40 | 103.40 |
| 73 | 1.00 | EE30619L          STEELCASE<br>PEDESTAL-WOOD, 2 DWRS, LATERAL<br>FILE, FACE LOCK 19X30X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>LOCK     :9250 EMBER CHROME<br>KEYS     :SK PLUG<br>OPTIONS     * * OPTIONS * *<br>WOOD FRT      *OPT:WOOD FRONTS & PULLS<br>E050          RAIL PULL/WOOD FRONT<br>PULL          PULL<br>NICKEL        *PULL:NICKEL<br>9211          NICKEL<br>Tag For:  LF/30 | 717.69 | 717.69 |
| 74 | 1.00 | EE30341L          STEELCASE | 513.71 | 513.71 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 9009, Farmingdale, NY 11735-9094

## Waldner's
### Business Environments
www.waldners.com

| 215 Lexington Ave New York, New York 10016 T 212.594.7909 F 212.594.7908 | 125 Route 110 Farmingdale, New York 11735 T 631.844.2000 F 631.844.2593 | 401 Theodore Fremd Ave Rye, New York 10580 T 914.921.5959 F 914.921.0691 |
|---|---|---|

**Invoice**

Page 12 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Order Number | Our Order No. | Account Representative |
|---|---|---|---|---|
| 277198 | 06/29/07 | SO 266625 | 268973 | ANNEMARIE GUERRA |

| Line Number | Quantity | Description | Full Price | Amount |
|---|---|---|---|---|
| | | PEDESTAL-WOOD, 2' BOX/1FILE DWR,<br>LH, 19X15X27<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>LOCK    :9250 EMBER CHROME<br>KEYS    :SK PLUG<br>OPTIONS     * * OPTIONS * *<br>WOOD FRT        *OPT:WOOD FRONTS & PULLS<br>8050           RAIL PULL/WOOD FRONT<br>PULL           PULL<br>NICKEL         *PULL:NICKEL<br>9211           NICKEL<br>Tag For:  BBF | | |
| 75 | 1.00 | EEPR3065WW        STEELCASE<br>WORKSURFACE-P TOP, RH, WOOD,<br>WATERFALL PROFILE, 30X42X65<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>COLUMN  :7207 BLACK<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>COLUMN: 7207 TEXTURED BLACK PAINT<br>-------<br>SPECIAL TO BE COPED ON LEFT SIDE,<br>WATERFALL EDGE<br>Tag For:  30/42/65 | 971.96 | 971.96 |
| 76 | 1.00 | EEW2090WW        STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 20X90<br>BASIC   :3712 FC/OP NATURAL WALNUT<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>***<br>-----<br>SPECIAL WIDTH: 96"<br>SPECIAL TO BE COPED ON RIGHT SIDE,<br>WATERFALL EDGE<br>Tag For:  96/20*CR* | 560.24 | 560.24 |
| 77 | 1.00 | EEW2590WW        STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 25X90<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>Tag For:  90/25 | 471.41 | 471.41 |
| 79 | 6.00 | GROMMETS        WAL<br>MATTE BLACK PLASTIC GROMMETS FOR<br>PRIVATE OFFICE | 12.00 | 72.00 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES



Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.366.7500
F 212.366.7099

123 Route 110
Farmingdale, New York
11735
T 631.844.8299
F 631.884.2383

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.8500
F 914.921.2041

# Invoice

Page 13 of 13
WALDNERS/FARMINGDALE

| Invoice Number | Invoice Date | Customer Purchase Order Number | Customer Number | Salesperson | Account Representative |
|---|---|---|---|---|---|
| 277188 | 06/28/07 | 8Q 266625 | 268973 | | ANNEMARIE GUERRA |

| Item | Quantity | Description | Price | Amount |
|---|---|---|---|---|
| 80 | 1.00 | DELIVERY            WAL<br>DELIVERY DURING OVERTIME HOURS DIRECT<br>TRAILERS TO SITE | 13,500.00 | 13,500.00 |
| 81 | 1.00 | LABOR            TOPS<br>LABOR TO INSTALL (80) ANSWER<br>WORKSTATIONS AND (11) EE PRIVATE<br>OFFICES DURING NORMAL BUSINESS HOURS<br>*GROMMETS TO BE CUT ON SITE AS PER<br>CLIENT REQUEST<br>START MAY 29<br>COMPLETE BY JUNE 4 | 36,500.00 | 36,500.00 |
| 91 | 15.00 | Y36392C            STEELCASE<br>W/S N LOCK DECOR RING CHR<br><br>LOCK   :9201 POLISHED CHROME | 1.18 | 17.70 |
| 92 | 15.00 | 877209201SR            STEELCASE<br>PLUG ASSY-FRONT REMOVABLE,<br>BRUSHED CHROME<br>LOCK   :9201 POLISHED CHROME<br>KEYS   :BK SPEC<br>    5-FR450<br>    5-FR451<br>    5-FR452 | 18.82 | 282.30 |

| | |
|---|---|
| Sub Total | 285,270.34 |
| NON TAXABLE-NEW YORK ONLY | 0.00 |
| Please Pay This Amount: | 285,270.34 |

*******End of Invoice*******

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

Remit To: Waldner's Business Environments, Inc., P.O. Box 5000, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldner.com

315 Lexington Ave
New York, New York
10016
T 212.696.7849
F 212.696.7849

125 Route 110
Farmingdale, New York
11735
T 631.844.5300
F 631.694.2603

481 Theodore Fremd Ave
Rye, New York
10580
T 914.921.8300
F 914.921.2081

**Invoice**

Page 1 of 1
WALDNERS/FARMINGDALE

| 277774 | 07/17/07 | SO 270006 | 270295 | ANNEMARIE GUERRA |
|---|---|---|---|---|

**SOLD TO:** THOMAS TREPANIER
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5772

**SHIP TO:** LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
3 East Parts Needed
Melville, NY 11747

P: 1.631.622.5286

Terms: NET 20 DAYS          N02251          270006 TAX NO: Suffolk County IDA Cert.

| | | | | |
|---|---|---|---|---|
| 1 | 48.00 | TS74824TK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X24<br>SURFACE :Y078 SHADOW | 72.60 | 3,484.80 |
| 2 | 34.00 | TS74824TK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X24<br>SURFACE :P300 RICE | 62.48 | 2,124.32 |
| 3 | 27.00 | TS712IPJS          STEELCASE<br>JUNCTION-IN LINE,STACKING,12H | 45.76 | 1,235.52 |
| 4 | 33.00 | T5106019R          STEELCASE<br>TOP CAP ASSY-COH 1 END, OVAL,<br>36"<br>BASIC   :7207 BLACK | 16.88 | 557.04 |
| 5 | 22.00 | T510599SR          STEELCASE<br>TOP CAP ASSY-COH 1 END, OVAL,<br>24"<br>BASIC   :7207 BLACK | 12.50 | 275.00 |
| 6 | 46.00 | T5300048R          STEELCASE<br>TRIM COVER-VERTICAL, 120<br>2-WAY, 56", PAINT<br>BASIC   :7207 BLACK | 38.13 | 1,753.98 |

Sub Total          9,430.66
NON TAXABLE-NEW YORK ONLY          0.00
Please Pay This Amount:          9,430.66

******End of Invoice******

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

| 218 Lexington Ave | 125 Route 110 | 401 Theodore Fremd Ave |
| New York, New York | Farmingdale, New York | Rye, New York |
| 10016 | 11735 | 10580 |

**Invoice**

Page 1 of 1
WALDNERS/FARMINGDALE

| 277930 | 07/23/07 | SQ 270024 | 270387 | | ANNEMARIE GUERRA |

SOLD TO: LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5772

SHIP TO: LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
4 EAST - LEGAL
Melville, NY 11747

P: 1.631.622.5772

Terms: NET 20 DAYS        N02251        270024  TAX NO: Suffolk County IDA Cert.

| 1 | 1.00 | CWAT48144          STEELCASE | 3,293.46 | 3,293.46 |
| | | TABLE-RECTANGULAR,WOOD, | | |
| | | AMERICAN ELECT PROFILE,48X144 | | |
| | | TOP-SURF:3712 FC/OP NATURAL WALNUT | | |
| | | OPTIONS        * * OPTIONS * * | | |
| | | OPT ACC        *OPT:OPTIONAL ACCESSORIES | | |
| | | GROMMET        GROMMETS | | |
| | | CPCLR          TWO POWER CHANNELS | | |
| | | COVER          COVER | | |
| | | CORIAN S            *COVER:CORIAN FINI | | |
| | | 2971                NOCTURNE BLACK | | |
| | | TRIM            TRIM FINISH | | |
| | | STD PNTA            *TRIM:STANDARD PAI | | |
| | | 0835                BLACK (TRANS) | | |
| 2 | 3.00 | CWCIRT18          STEELCASE | 596.16 | 1,788.48 |
| | | BASE-TABLE,DRUM,CIRCULAR, | | |
| | | WOOD MOLDING,18X18X27-1/2 | | |
| | | BASIC    :3712 FC/OP NATURAL WALNUT | | |
| 3 | 1.00 | SERVICE            WAL | 295.00 | 295.00 |
| | | INSTALLATION OF 12' CONFERENCE TABLE | | |
| | | DURING NORMAL BUSINESS HOURS | | |

Sub Total | 5,376.94
WAL  DELIVERY | $150.00
NON TAXABLE-NEW YORK ONLY | 0.00
Please Pay This Amount: | 5,526.94

*******End of Invoice*******

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES



RemX Toc Waldner's Business Environments, Inc., P.O. Box 5008, Farmingdale, NY 11735-0934

**Waldner's**
Business
Environments
www.waldners.com

315 Lexington Ave        123 Route 110        421 Theodore Fremd Ave
New York, New York        Farmingdale, New York        Rye, New York
10016        11735        10580
T 212.686.7500        T 631.844.5500        T 914.821.6500
F 212.696.7500        F 631.844.3993        F 914.821.6501

# Invoice

Page 1 of 2
WALDNERS/FARMINGDALE

| Number | | | | | |
|---|---|---|---|---|---|
| 278201 | 07/30/07 | SO 271241 | 271522 | | ANNEMARIE GUERRA |

SOLD TO: LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5772

SHIP TO: LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
3 East Real Estate
Melville, NY 11747

P: 1.631.622.5772

Terms: NET 20 DAYS        N02251        271241 TAX NO: Suffolk County IDA Cert.

| | | | | |
|---|---|---|---|---|
| 1 | 9.00 | TS712CH          STEELCASE TRIM-CHANGE OF HEIGHT,12H | 27.61 | 248.49 |
| | | TOP-CAP :6652 TITANIUM OPTIONS        * * OPTIONS * * TRIM          *OPT:TRIM PACKAGE PAINT          PAINTED TRIM PKG UPRIGHT        UPRIGHT PAINT          *UPRIGHT:PAINT 4792          TITANIUM (TRANS) | | |
| 2 | 1.00 | T510605SR        STEELCASE TOP CAP ASSY-COH 1 END, OVAL, 72" BASIC    :4792 TITANIUM (TRANS) | 27.06 | 27.06 |
| 3 | 4.00 | T510613SR        STEELCASE TOP CAP ASSY-COH 2 ENDS, OVAL, 72" BASIC    :4792 TITANIUM (TRANS) | 30.59 | 122.36 |
| 4 | 7.00 | TU720FFL         STEELCASE PEDESTAL-2 FILE DRAWERS, 23-1/2D BASIC    :4792 TITANIUM (TRANS) LOCK     :9201 POLISHED CHROME FULL     :6652 TITANIUM KEYS     :SK RAND OPTIONS        * * OPTIONS * * DWR ACC        *OPT:FILE DWR ACCESSORIES RAIL          DRAWERS WITH RAILS LOCK OPT      *OPT:LOCK OPTIONS SINGLELK      STD:SINGLE LOCK | 273.41 | 1,913.87 |
| 5 | 13.00 | TS742EPJ         STEELCASE JUNCTION-END OF RUN,42H | 48.33 | 628.29 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES



Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

| 218 Lexington Ave | 125 Route 110 | 401 Theodore Fraund Ave |
| New York, New York | Farmingdale, New York | Rye, New York |
| 10016 | 11735 | 10580 |
| T 212.686.7500 | T 631.844.8500 | T 914.921.8500 |
| F 212.686.7599 | F 631.694.3500 | F 914.921.5501 |

**Invoice**

Page 2 of 2

WALDNERS/FARMINGDALE

| 278201 | 07/30/07 | SQ 271241 | 271522 | | ANNEMARIE GUERRA |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | | TOP-CAP :6652 TITANIUM<br>UPRIGHT :4792 TITANIUM (TRANS) | | | |
| 6 | 13.00 | TS754LFJ            STEELCASE<br>JUNCTION-L,54H | | 72.74 | 945.62 |
| | | TOP-CAP :6652 TITANIUM<br>UPRIGHT :4792 TITANIUM (TRANS) | | | |
| 7 | 13.00 | TS712CH            STEELCASE<br>TRIM-CHANGE OF HEIGHT,12H | | 30.75 | 399.75 |
| | | TOP-CAP :6652 TITANIUM<br>OPTIONS     * * OPTIONS * *<br>TRIM       *OPT:TRIM PACKAGE<br>PAINT        PAINTED TRIM PKG<br>UPRIGHT      UPRIGHT<br>PAINT       *UPRIGHT:PAINT<br>4792          TITANIUM (TRANS) | | | |
| 8 | 13.00 | TS10599SR         STEELCASE<br>TOP CAP ASSY-COH 1 END, OVAL,<br>24"<br>BASIC   :4792 TITANIUM (TRANS) | | 12.50 | 162.50 |
| 9 | 26.00 | TS72442TK         STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>24X42<br>SURFACE :F301 ALMOND | | 56.64 | 1,472.64 |
| 10 | 13.00 | TS724HF            STEELCASE<br>FRAME-HORIZONTAL PACKAGE,24W | | 38.56 | 501.28 |
| | | BASIC   :4792 TITANIUM (TRANS)<br>OPTIONS     * * OPTIONS * *<br>CABLEOPT    *OPT:CABLE TRAY OPTION<br>NO TRAY       NO CABLE TRAY | | | |
| | | | | Sub Total | 6,421.86 |
| | | | NON TAXABLE-NEW YORK ONLY | | 0.00 |
| | | | Please Pay This Amount: | | 6,421.86 |

******End of Invoice******

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

Remit To: Waldner's Business Environments, Inc., P.O. Box 6008, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

| 212 Lexington Ave | 125 Route 110 | 401 Theodore Fremd Ave |
| New York, New York | Farmingdale, New York | Rye, New York |
| 10016 | 11735 | 10580 |
| T 212.684.3500 | T 631.844.3360 | T 914.921.2500 |
| F 212.684.7899 | F 631.694.3303 | F 914.921.2691 |

**Invoice**

Page 1 of 5
WALDNERS/FARMINGDALE

| 278259 | 07/31/07 | LAURA GHINI | 270747 | | ANNEMARIE GUERRA |

SOLD TO: LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
Melville, NY 11747

SHIP TO: LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
2W
Melville, NY 11747

P: 1.631.622.5772

P: 1.631.622.5772

Terms: NET 20 DAYS          NO2251          269967 TAX NO: Suffolk County IDA Cert.

| 1 | 4.00 | E91903          STEELCASE<br>BRACKET-WORKSURFACE,FLUSH<br>MOUNT,ALL DEPTHS<br>Tag For: U SHAPED OFFICES | 10.07 | 40.28 |
| 2 | 2.00 | EESM1690WL          STEELCASE<br>SERVICE MODULE-WOOD,6 DOORS,3<br>LOCKS,15-1/8X90<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>LOCK     :9201 POLISHED CHROME<br>KEYS     :SK PLUG<br>Tag For: U SHAPED OFFICES | 1,874.08 | 3,748.16 |
| 3 | 2.00 | LSB48K          STEELCASE<br>LIGHT-SHELF,ELEK BALLAST,32<br>WATT,LAMP,9' CORD,49W | 155.29 | 310.58 |
| 4 | 2.00 | EETB2390          STEELCASE<br>TACKBOARD-90W SERV MOD APPL,<br>90X23-3/4<br>TKBD    :Y170 TAUPE<br>Tag For: U SHAPED OFFICES | 191.86 | 383.72 |
| 5 | 2.00 | EEEP2010FLW          STEELCASE<br>END PANEL-FREESTANDING,LH,10H .<br>FLUSH BP APPL, WOOD, 20X1-1/4X<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For: U SHAPED OFFICES | 122.43 | 244.86 |
| 6 | 2.00 | EEEP2010FRW          STEELCASE<br>END PANEL-FREESTANDING,RH,10H<br>FLUSH BP APPL, WOOD, 20X1-1/4X<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For: U SHAPED OFFICES | 122.43 | 244.86 |
| 7 | 2.00 | EE30619L          STEELCASE | 809.31 | 1,618.62 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES



Remit To: Waldner's Business Environments, Inc., P.O. Box 8099, Farmingdale, NY 11735-0894

**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.696.7900
F 212.696.7959

129 Route 110
Farmingdale, New York
11735
T 631.844.4200
F 631.844.3500

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.5600
F 914.921.5981

**Invoice**

Page 2 of 5

WALDNERS/FARMINGDALE

| Number | Date | Description | | Amount |
|---|---|---|---|---|
| 278259 | 07/31/07 | LAURA GHINI | 270747 | ANNEMARIE GUERRA |

| | | | | |
|---|---|---|---|---|
| | | PEDESTAL-WOOD, 2 DWRS, LATERAL FILE, FACE LOCK 19X30X27 BASIC :3712 FC/OP NATURAL WALNUT LOCK :9201 POLISHED CHROME KEYS :SK PLUG OPTIONS * * OPTIONS * * WOOD FRT *OPT:WOOD FRONTS & PULLS E050 RAIL PULL/WOOD FRONT PULL PULL NICKEL *PULL:NICKEL 9211 NICKEL | | |
| | Tag For: | U SHAPED OFFICES | | |
| 8 | 2.00 | EE30358L STEELCASE PEDESTAL-WOOD, 2 BOX/1FILE DWR, LK, 24X15X27 BASIC :3712 FC/OP NATURAL WALNUT LOCK :9201 POLISHED CHROME KEYS :SK PLUG OPTIONS * * OPTIONS * * WOOD FRT *OPT:WOOD FRONTS & PULLS E050 RAIL PULL/WOOD FRONT PULL PULL NICKEL *PULL:NICKEL 9211 NICKEL | 611.09 | 1,222.18 |
| | Tag For: | U SHAPED OFFICES | | |
| 9 | 2.00 | EEFS3070W STEELCASE SHELL-DESK, FREESTANDING, WOOD, FLUSH BACK PANEL, 30X70 BASIC :3712 FC/OP NATURAL WALNUT OPTIONS * * OPTIONS * * WKSP OPT *OPT:WORKSURFACE OPTIONS EEW3070WW WKSF WD WATERFAL CONFIGS *OPT:PANEL CONFIGURATIONS PNLCONF5 RCSSD BACK PANEL NO BASE | 1,102.40 | 2,204.80 |
| | Tag For: | U SHAPED OFFICES | | |
| 10 | 2.00 | EEW2090WW STEELCASE WORKSURFACE-WATERFALL PROFILE, WOOD, 20X90 BASIC :3712 FC/OP NATURAL WALNUT | 505.09 | 1,010.18 |
| | Tag For: | U SHAPED OFFICES | | |
| 11 | 2.00 | EEW2542WW STEELCASE WORKSURFACE-WATERFALL PROFILE, WOOD, 25X42 BASIC :3712 FC/OP NATURAL WALNUT SPECIAL TO BE 40"W X 25"D WITH COPED EDGE LEFT AND RIGHT HAND. | 451.56 | 903.12 |
| | Tag For: | U SHAPED OFFICES | | |
| 13 | 6.00 | GROMMETS WAL GROMMETS | 12.00 | 72.00 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES

Remit To: Waldner's Business Environments, Inc., P.O. Box 5000, Farmingdale, NY 11735-0994



**Waldner's**

Business
Environments
www.waldners.com

315 Lexington Ave
New York, New York
10016
T 212.696.7600
F 212.696.3699

123 Route 110
Farmingdale, New York
11735
T 631.844.9200
F 631.694.3503

481 Theodore Fremd Ave
Rye, New York
10590
T 914.921.8500
F 914.921.9991

## Invoice

Page 3 of 5

WALDNERS / FARMINGDALE

| 278259 | 07/31/07 | LAURA GHINI | 270747 | | ANNEMARIE GUERRA |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 14 | 2.00 | E91903         STEELCASE<br>BRACKET-WORKSURFACE, FLUSH<br>MOUNT, ALL DEPTHS<br>Tag For: LH P TOP | 10.07 | 20.14 |
| 15 | 1.00 | EESM1690WL        STEELCASE<br>SERVICE MODULE-WOOD, 6 DOORS, 3<br>LOCKS, 15-1/8X90<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>LOCK    :9201 POLISHED CHROME<br>KEYS    :SK PLUG<br>Tag For: LH P TOP | 1,874.08 | 1,874.08 |
| 16 | 1.00 | LSB48K          STEELCASE<br>LIGHT-SHELF, ELEK BALLAST, 32<br>WATT, LAMP, 9' CORD, 49W | 155.29 | 155.29 |
| 17 | 1.00 | EETB2390         STEELCASE<br>TACKBOARD-90W SERV MOD APPL,<br>90X23-3/4<br>TKBD     :Y170 TAUPE<br>Tag For: LH P TOP | 191.86 | 191.86 |
| 18 | 1.00 | EEEP2510FLW        STEELCASE<br>END PANEL-FREESTANDING, LH, 10H<br>FLUSH BP APPL, WOOD, 25X1-1/4X27<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>Tag For: LH P TOP | 127.73 | 127.73 |
| 19 | 1.00 | EEEP2510FRW        STEELCASE<br>END PANEL-FREESTANDING, RH, 10H<br>FLUSH BP APPL, WOOD, 25X1-1/4X27<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>Tag For: LH P TOP | 127.73 | 127.73 |
| 20 | 1.00 | EETPRR3065W        STEELCASE<br>END PANEL-T SHAPE, EXTENDED, RH,<br>WOOD, 30X40-3/4<br>BASIC   :3712 FC/OP NATURAL WALNUT<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>Special: to be an L-shaped end panel<br>with shortened<br>end panel facing visitor and attaching<br>to modesty<br>panel for use on 65"w right hand P-top.<br>Tag For: LH P TOP | 765.32 | 765.32 |
| 21 | 1.00 | EEE54867         STEELCASE<br>PANEL-CENTER SUPPORT, WOOD,<br>15X1-1/4X27 | 116.60 | 116.60 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

Remit To: Waldner's Business Environments, Inc., P.O. Box 9009, Farmingdale, NY 11735-0994



**Waldner's**
Business
Environments
www.waldners.com

315 Lexington Ave
New York, New York
10016
T 212.888.7508
F 212.986.7899

123 Route 110
Farmingdale, New York
11735
T 631.844.3000
F 631.844.3603

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.8600
F 914.921.0991

# Invoice

Page 4 of 5
WALDNERS/FARMINGDALE

| 278259 | 07/31/07 | LAURA GHINI | 270747 | | | ANNEMARIE GUERRA |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | Tag For: | BASIC    :3712 FC/OP NATURAL WALNUT<br>LH P TOP | | | |
| 22 | 1.00 | EE30619L           STEELCASE<br>PEDESTAL-WOOD, 2 DWRS, LATERAL<br>FILE, FACE LOCK 19X30X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>LOCK     :9201 POLISHED CHROME<br>KEYS     :SK PLUG<br>OPTIONS    * * OPTIONS * *<br>WOOD FRT    *OPT:WOOD FRONTS & PULLS<br>E050         RAIL PULL/WOOD FRONT<br>PULL         PULL<br>NICKEL          *PULL:NICKEL<br>9211            NICKEL | | 809.31 | 809.31 |
| | Tag For: | LH P TOP | | | |
| 23 | 1.00 | EE30341L           STEELCASE<br>PEDESTAL-WOOD, 2 BOX/1FILE DWR,<br>LK, 19X15X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>LOCK     :9201 POLISHED CHROME<br>KEYS     :SK PLUG<br>OPTIONS    * * OPTIONS * *<br>WOOD FRT    *OPT:WOOD FRONTS & PULLS<br>E050         RAIL PULL/WOOD FRONT<br>PULL         PULL<br>NICKEL          *PULL:NICKEL<br>9211            NICKEL | | 579.29 | 579.29 |
| | Tag For: | LH P TOP | | | |
| 24 | 1.00 | EEPL3065WW         STEELCASE<br>WORKSURFACE-P TOP, LH, WOOD,<br>WATERFALL PROFILE, 30X42X65<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>COLUMN   :4799 PLATINUM METALLIC<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>METALLIC<br>*COLUMN:METALLIC PAINT<br>4799<br>PLATINUM<br>* * *<br>-----<br>SPECIAL TO BE COPED ON RIGHT SIDE,<br>WATERFALL EDGE | | 1,096.04 | 1,096.04 |
| | Tag For: | LH P TOP | | | |
| 25 | 1.00 | EEW2090WW          STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 20X90<br>BASIC    :3712 FC/OP NATURAL WALNUT | | 631.76 | 631.76 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES



Remit To: Waldner's Business Environments, Inc., P.O. Box 9009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.532.7500
F 212.686.7500

125 Route 110
Farmingdale, New York
11735
T 631.844.3000
F 631.694.3000

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.5500
F 914.921.5991

# Invoice

Page 5 of 5
WALDNERS/FARMINGDALE

| 278259 | 07/31/07 | LAURA GHINI | 270747 | | | ANNEMARIE GUERRA |
|---|---|---|---|---|---|---|

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>***<br>----<br>SPECIAL WIDTH: 96"<br>SPECIAL TO BE COPED ON LEFT SIDE,<br>WATERFALL EDGE |  |  |
|  | Tag For: | LH P TOP |  |  |
| 26 | 1.00 | ESW2590WW          STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 25X90<br>BASIC   :3712 FC/OP NATURAL WALNUT | 531.59 | 531.59 |
|  | Tag For: | LH P TOP |  |  |
| 28 | 4.00 | GROMMETS          WAL<br>GROMMETS | 12.00 | 48.00 |
| 29 | 1.00 | LABOR          TOPS<br>INSTALLATION ON OVERTIME of 3 WOOD<br>OFFICES | 5,750.00 | 5,750.00 |
|  |  | Sub Total | | 24,828.10 |
|  |  | WAL   DELIVERY ON OVERTIME | | $1,165.00 |
|  |  | NON TAXABLE-NEW YORK ONLY | | 0.00 |
|  |  | Please Pay This Amount: | | 25,993.10 |

*******End of Invoice*******

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES

Remit To: Waldner's Business Environments, Inc., P.O. Box 9009, Farmingdale, NY 11735-0994

**Waldner's**
Business
Environments
www.waldners.com

213 Lexington Ave
New York, New York
10016
T 212.696.7500
F 212.696.7699

120 Route 110
Farmingdale, New York
11735
T 631.844.9300
F 631.694.3600

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.3500
F 914.921.5991

# Invoice

Page 1 of 1
WALDNERS/FARMINGDALE

| 278523 | 08/07/07 | SO 270445 | 270545 | | ANNEMARIE GUERRA |
|---|---|---|---|---|---|

SOLD TO: OLGA STEFFENS
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

SHIP TO: OLGA STEFFENS
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
Melville, NY 11747

P: 1.631.622.5772

P: 1.631.622.6332

Terms: NET 20 DAYS          N02251          270445  TAX NO: Suffolk County IDA Cert.

| 1 | 1.00 | E5L4W         STEELCASE | 3,015.00 | 3,015.00 |
|---|---|---|---|---|
| | | FILE-LATERAL, FREESTANDING, 4 | 1,628.10 | |
| | | DRAWERS, LOCK, WOOD, 25X30X50-1/2 | 46.00% | |
| | | BASIC   :3712 FC/OP NATURAL WALNUT | | |
| | | LOCK    :9250 EMBER CHROME | | |
| | | KEYS    :SK RAND | | |
| | | OPTIONS    * * OPTIONS * * | | |
| | | WOOD FRT    *OPT:WOOD FRONTS & PULLS | | |
| | | E050         RAIL PULL/WOOD FRONT | | |
| | | PULL         PULL | | |
| | | NICKEL       *PULL:NICKEL | | |
| | | 9211         NICKEL | | |

Sub Total                3,015.00
Less 46%               -1,386.90
WAL  DELIVERY             $75.00
NON TAXABLE-NEW YORK ONLY              0.00
Please Pay This Amount:        1,703.10

*******End of Invoice*******

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES