# EXHIBIT H



WORKSTATION 6x7

WORKSTATION 6x7



PRIVATE OFFICE B

PRIVATE OFFICE C