# EXHIBIT I

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| ------------------------------------------------------X | | |
| WALDNER'S BUSINESS ENVIRONMENTS | ) | |
| INC., | ) | |
| Plaintiff, | ) | |
| -against- | ) | Adv. Pro. No. 07-51697 (CSS) |
| | ) | |
| AMERICAN HOME MORTGAGE CORP., | ) | |
| | ) | |
| Defendant. | ) | |
| ------------------------------------------------------X | | |

## AFFIDAVIT OF ALAN FREEMAN

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF SUFFOLK    )

Alan Freeman, being duly sworn, deposes and says:

1. I am the Project Manager for Waldner's Business Environments, Inc. ("Waldner's"). Unless otherwise stated, I have personal knowledge of the facts set forth herein.

2. This affidavit is submitted in support of Waldner's Motion for Entry of an Order Compelling Debtor to Comply with Order Approving Stipulation of Settlement and Return Reclaimed Goods or Granting Other Relief (the "Motion").

3. On or before January 15, 2008, I was advised by John Marsicano, Waldner's Chief Financial Officer, that Waldner's had reached an agreement with American Home Mortgage Corp. (the "Debtor") whereby Waldner's would recover from the Debtor goods it had

556065.1 1/30/08

previously sold and delivered for which it sought reclamation in an adversary proceeding commenced in the Bankruptcy Court (the "Reclaimed Goods").

4. On January 15, 2008, I was dispatched to the Debtor's main office at 538 Broadhollow Road, Melville, New York 11747 (the "Main Office") for a planning meeting with the Debtor, wherein we would discuss arrangements for Waldner's to take possession of all of the Reclaimed Goods.

5. While there, I met with Tom Trepanier, a representative of the Debtor, who informed me that Waldner's would not be permitted to take possession of all of the Reclaimed Goods, but rather would only be permitted to take possession of goods located in "five offices".

6. Mr. Trepanier did not show me these five offices and did not identify the contents of the five offices.

7. I informed Mr. Trepanier that my instructions were to make arrangements for the recovery of all of the Reclaimed Goods, so I returned to Waldner's to inform Mr. Marsicano of the Debtor's statements.

_____
Alan Freeman

Sworn to before me this
30th day of January 2008

_____
Notary Public

MAUREEN MELIA
NOTARY PUBLIC, State of New York
No. 01ME6030866
Qualified in Nassau County
Commission Expires July 25, 2010

C:\Documents and Settings\jmarsicano\Local Settings\Temporary Internet Files\OLK5C\#409968 v1 - WALDNER's Aff of Alan Freeman.doc