UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| --------------------------------------------------------------X | | |
| WALDNER'S BUSINESS ENVIRONMENTS | ) | |
| INC., | ) | |
| Plaintiff, | ) | |
| -against- | ) | Adv. Pro. No. 07-51697 (CSS) |
| | ) | |
| AMERICAN HOME MORTGAGE CORP., | ) | |
| | ) | |
| Defendant. | ) | Related to Docket No.____ |
| --------------------------------------------------------------X | | |

## ORDER COMPELLING DEBTOR TO COMPLY WITH ORDER APPROVING
## STIPULATION OF SETTLEMENT AND RETURN RECLAIMED GOODS

Upon the Emergency Motion for the Entry of an Order Compelling American Home

Mortgage Corp. (the "Defendant" or the "Debtor") to comply with the terms of that certain

Stipulation and Settlement Agreement between the Debtor and Waldner's dated December 19,

2007 (the "Stipulation") and return the Reclaimed Goods (as defined below) to Waldner's, and

granting other relief; and upon the proceedings held before this Court; and it appearing that

proper and adequate notice of the Emergency Motion has been given and that no other or further

notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing

therefor; it is hereby

ORDERED, that the Debtor shall immediately surrender possession of the Reclaimed

Goods, which Reclaimed Goods are identified and set forth in the invoices annexed hereto as

**Exhibit "A"** (the "Reclaimed Goods"), to Waldner's and cooperate with Waldner's to identify

same and allow Waldner's a reasonable amount of time (not to exceed ten (10) business days from the date this Order is entered) to retrieve and remove same from the Debtor's premises, at Waldner's sole cost and expense; and it is further

ORDERED, that the Debtor shall not tamper with, destroy, damage, disassemble, fabricate, transport, remove, transfer, sell, assign, pledge, or otherwise dispose of the Reclaimed Goods until such time that the Bankruptcy Court may authorize otherwise, with the exception that the Debtor may surrender the Reclaimed Goods to Waldner's pursuant to the terms of this Order; and it is further

ORDERED, that this Order shall be binding upon and inure to the benefit of each of the Parties as well as their respective assignees, successors, partners, affiliates, parents, and subsidiaries; and it is further

ORDERED, that each party shall execute such instruments and documents and perform such acts as may be necessary to consummate the transactions contemplated herein; and it is further

ORDERED, that the Bankruptcy Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Wilmington, Delaware
Dated: _____, 2008

_____
United States Bankruptcy Judge

2

# EXHIBIT A



Remit To: Waldner's Business Environments, Inc., P.O. Box 6090, Farmingdale, NY 11735-8994

**Waldners**
Business
Environments
www.wdners.com

315 Lexington Ave
New York, New York
10016
T 212.206.7200
F 212.205.2899

520 Route 110
Farmingdale, New York
11735
T 631.694.9300
P 631.694.3822

465 Theodore Fremd Ave
Rye, New York
10580
T 914.921.3800
F 914.921.3804

# Invoice

Page 1 of 1
WALDNERS/FARMINGDALE

| 276209 | 06/05/07 | 3Q 268006 | 268987 | | VENTI/GUERRA - AM HM MTG | 395 |
|---|---|---|---|---|---|---|

SOLD TO: THOMAS TREPANIER
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5772

SHIP TO: LAURA GHINY
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
3 East - Lanier
Melville, NY 11747

P: 1.631.622.5286

Terms: NET 20 DAYS    N02251    452    268006  TAX NO: Suffolk County IDA Cert.

| 17 | 30.00 | GROMMET          WAL<br>MATTE BLACK PLASTIC GROMMET<br>*SEE GARY JOHNSON | 12.00 | 360.00 |
|---|---|---|---|---|
| 61 | 5.00 | US2436          STEELCASE<br>WORKSURFACE-STRAIGHT,24X36<br><br>EDGE   :6009 ARCTIC WHITE<br>TOP-SURF:2730 ARCTIC WHITE | 69.29 | 346.45 |
| | Tag For: | 36/24 | | |

|  | Sub Total | 706.45 |
|---|---|---|
| | NON TAXABLE-NEW YORK ONLY | 0.00 |
| | Please Pay This Amount: | 706.45 |

\*\*\*\*\*\*End of Invoice\*\*\*\*\*\*\*

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 9049, Farmingdale, NY 11735-0904

**Waldner's**
Business
Environments
www.waldners.com

210 Lexington Ave
New York, New York
10016
Y 212.684.7500
F 212.689.7400

125 Route 110
Farmingdale, New York
11735
T 631.841.5300
F 631.694.3605

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.2500
F 914.921.0991

**Invoice**

Page 1 of 1
WALDNERS/FARMINGDALE

| 276219 | 06/05/07 | SIGNED QUOTE | 269461 | | ANNEMARIE GUERRA |
|--------|----------|--------------|--------|--|------------------|

SOLD TO: THOMAS TREPANIER
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5772

SHIP TO: LAURA CHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
3 EAST
Melville, NY 11747

P: 1.631.622.5772

Terms: NET 20 DAYS          N02251          269028 TAX NO: Suffolk County IDA Cert.

| | | | | |
|--|--|--|--|--|
| 1 | 44.00 | TS7483STK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X36<br>SURFACE :Y078 SHADOW<br>OUTSIDE SKINS<br>(FABRIC RESERVE #3484794)<br>Tag For: | 84.15 | 3,702.60 |
| 2 | 44.00 | TS74836TK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X36<br>SURFACE :P300 RICE<br>Tag For: DIVIDER SKINS | 73.80 | 3,247.20 |
| 3 | 44.00 | TS74824TK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X24<br>SURFACE :P300 RICE<br>Tag For: DIVIDER SKINS | 63.90 | 2,811.60 |
| 4 | 44.00 | TS74836TK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X36<br>SURFACE :P300 RICE<br>Tag For: INSIDE SKIN FOR Y078 OUTSIDE<br>SKIN | 73.80 | 3,247.20 |

|  |  |
|--|--|
| Sub Total | 13,008.60 |
| NON TAXABLE-NEW YORK ONLY | 0.00 |
| Please Pay This Amount | 13,008.60 |

*******End of Invoice*******

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

**Waldner's Business Environments**

Remit To: Waldner's Business Environments, Inc., P.O. Box 5093, Farmingdale, NY 11735-8994

# Invoice

Page 1 of 13

WALDNERS/FARMINGDALE

| Invoice Number | Date | Order Number | Customer Number | Sales Representative |
|---|---|---|---|---|
| 277188 | 06/28/07 | SQ 266625 | 268973 | ANNEMARIE GUERRA |

SOLD TO: LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

F: 1.631.622.5296

SHIP TO: LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
2 WEST PHASE II
Melville, NY 11747

F: 1.631.622.5296

Terms: NET 20 DAYS          N02251    453      266625   TAX NO: Suffolk County IDA Cert.

| Line | Quantity | Item / Description | | Unit Price | Extended |
|---|---|---|---|---|---|
| 1 | 40.00 | USSBR          STEELCASE | | 13.94 | 557.60 |
| | | BRACKET-SIDE SUPPORT | | | |
| | | Tag For: 7 | | | |
| 2 | 77.00 | T97CANT        STEELCASE | | 39.36 | 3,030.72 |
| | | CANTILEVER | | | |
| | | BASIC   :7239 MIDNIGHT | | | |
| | | Tag For: C7 | | | |
| 3 | 120.00 | T8754EPJ       STEELCASE | | 36.08 | 4,329.60 |
| | | JUNCTION-END OF RUN,54H | | | |
| | | TOP-CAP :6000 BLACK | | | |
| | | UPRIGHT :7207 BLACK | | | |
| | | Tag For: 54 | | | |
| 4 | 80.00 | T8754IPJ       STEELCASE | | 25.42 | 2,033.60 |
| | | JUNCTION-IN LINE,54H | | | |
| | | Tag For: 54 | | | |
| 5 | 47.00 | T8766IPJ       STEELCASE | | 25.42 | 1,194.74 |
| | | JUNCTION-IN LINE,66H | | | |
| | | Tag For: 66 | | | |
| 6 | 48.00 | T8754LPJ       STEELCASE | | 56.58 | 2,715.84 |
| | | JUNCTION-L,54H | | | |
| | | TOP-CAP :6000 BLACK | | | |
| | | UPRIGHT :7207 BLACK | | | |
| | | Tag For: 54 | | | |
| 7 | 8.00 | T8766LPJ       STEELCASE | | 56.58 | 452.64 |
| | | JUNCTION-L,66H | | | |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

**Waldner's**
Business Environments

Remit To: Waldner's Business Environments, Inc., P.O. Box 5009, Farmingdale, NY 11735-0584

271 Lexington Ave
New York, New York
10016
T 212.288.2020
F 212.288.7030

130 Route 110
Melville, New York
10747
T 631.244.2020
F 631.454.1003

40 Theodore Fremd Ave
Rye, New York
10580
T 914.591.2020
F 914.591.0011

**Invoice**

Page 2 of 13

WALDNERS/FARMINGDALE

| 277188 | 06/28/07 | SQ X66525 | 268973 | | ANNEMARIE GUERRA |
|--------|----------|-----------|--------|---|-----|

| | | | | |
|---|---|---|---|---|
| | | TOP-CAP  : 6000 BLACK<br>UPRIGHT : 7207 BLACK<br>66 | | | |
| | | Tag For: | | | |
| 8 | 15.00 | T9754TPJ          STEELCASE<br>JUNCTION-T, 54H | | 56.58 | 848.70 |
| | | TOP-CAP  : 5000 BLACK<br>UPRIGHT : 7207 BLACK<br>54 | | | |
| | | Tag For: | | | |
| 9 | 33.00 | T8766TPJ    STEELCASE<br>JUNCTION-T, 66H | | 56.58 | 1,867.14 |
| | | TOP-CAP  : 6000 BLACK<br>UPRIGHT : 7207 BLACK<br>66 | | | |
| | | Tag For: | | | |
| 10 | 21.00 | T8766XPJ    STEELCASE<br>JUNCTION-X, 66H | | 56.58 | 1,188.18 |
| | | TOP-CAP  : 6000 BLACK | | | |
| 11 | 79.00 | LSB48K    STEELCASE<br>LIGHT-SHELF, ELEK BALLAST, 32<br>WATT, LAMP, 9' CORD, 49W | | 120.13 | 9,490.27 |
| | | Tag For: | UTL/49 | | |
| 12 | 79.00 | T87072BL    STEELCASE<br>OVERHEAD STORAGE BIN-72W | | 334.56 | 26,430.24 |
| | | BASIC   : 7239 MIDNIGHT<br>LOCK    : 9201 POLISHED CHROME<br>KEYS    : SK PLUG | | | |
| | | Tag For: | OSB/72 | | |
| 13 | 18.00 | T8754247F    STEELCASE<br>PANEL-FULL TACKABLE<br>ACOUSTICAL, 54X24<br>BASIC   : 7207 BLACK<br>SURF-1  : F300 RICH<br>SURF-2  : F300 RICH<br>OPTIONS   * * OPTIONS * *<br>TC OPT    *OPT: TOP CAP OPTIONS<br>OOH 1END         OOH TOPCAP 1 END<br>CABLEOPT   *OPT: CABLE TRAY OPTION<br>NO TRAY        NO CABLE TRAY | | 146.78 | 2,706.82 |
| | | Tag For: | 24/54AA-CH | | |
| 14 | 80.00 | T8754247F    STEELCASE<br>PANEL-FULL TACKABLE<br>ACOUSTICAL, 54X24<br>BASIC   : 7207 BLACK<br>SURF-1  : F300 RICH<br>SURF-2  : Y078 SHADOW | | 153.75 | 12,300.00 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES

**Waldner's**
Business
Environments
www.waldners.com

Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11738-0904

218 Lexington Ave
New York, New York
10016
T 212.555.7550
F 212.555.7553

120 Route 130
Farmingdale, New York
11735
T 631.249.3000
F 631.249.3001

422 Thruway Plaza Ave
Rye, New York
10580
T 914.555.3000
F 914.555.3001

**Invoice**

Page 3 of 13
WALDNERS/FARMINGDALE

| 277198 | 06/25/07 | SO 266625 | 268973 | | ANNEMARIE GUERRA |
|--------|----------|-----------|--------|--|-------------------|

| | | | | |
|---|---|---|---|---|
| | | OPTIONS      * * OPTIONS * * *<br>CABLEOPT      *OPT:CABLE TRAY OPTION<br>NO TRAY       NO CABLE TRAY<br>Tag For:  24/54AB | | |
| 15 | 5.00 | TS7S424TF        STEELCASE<br>PANEL-FULL TACKABLE<br>ACOUSTICAL, 54X24<br>BASIC   :7207 BLACK<br>SURF-1  :P300 RICE<br>SURF-2  :Y078 SHADOW<br>OPTIONS      * * OPTIONS * *<br>TC OPT        *OPT:TOP CAP OPTIONS<br>COM 1END      COM TOPCAP 1 END<br>CABLEOPT      *OPT:CABLE TRAY OPTION<br>NO TRAY       NO CABLE TRAY | 156.21 | 781.05 |
| 16 | 34.00 | TS7S442TF        STEELCASE<br>PANEL-FULL TACKABLE<br>ACOUSTICAL, 54X42<br>BASIC   :7207 BLACK<br>SURF-1  :P300 RICE<br>SURF-2  :P300 RICE<br>OPTIONS      * * OPTIONS * *<br>CABLEOPT      *OPT:CABLE TRAY OPTION<br>NO TRAY       NO CABLE TRAY<br>Tag For:  42/54AA | 182.45 | 6,203.30 |
| 17 | 34.00 | TS7S442TF        STEELCASE<br>PANEL-FULL TACKABLE<br>ACOUSTICAL, 54X42<br>BASIC   :7207 BLACK<br>SURF-1  :P300 RICE<br>SURF-2  :P300 RICE<br>OPTIONS      * * OPTIONS * *<br>TC OPT        *OPT:TOP CAP OPTIONS<br>COM 1END      COM TOPCAP 1 END<br>CABLEOPT      *OPT:CABLE TRAY OPTION<br>NO TRAY       NO CABLE TRAY<br>Tag For:  42/54AA-CB | 184.91 | 6,286.94 |
| 18 | 44.00 | TS7S442TF        STEELCASE<br>PANEL-FULL TACKABLE<br>ACOUSTICAL, 54X42<br>BASIC   :7207 BLACK<br>SURF-1  :P300 RICE<br>SURF-2  :Y078 SHADOW<br>OPTIONS      * * OPTIONS * *<br>CABLEOPT      *OPT:CABLE TRAY OPTION<br>NO TRAY       NO CABLE TRAY<br>Tag For:  42/54AB | 191.88 | 8,442.72 |
| 19 | 47.00 | TS7S442TF        STEELCASE<br>PANEL-FULL TACKABLE<br>ACOUSTICAL, 54X42 | 194.34 | 9,133.98 |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES

**Waldner's**
Business
Environments
www.waldners.com

Remit To: Waldner's Business Environments, Inc., P.O. Box 9906, Farmingdale, NY 11735-0906

218 Lexington Ave
New York, New York
10016
T 212.258.7900
F 212.258.7920

127 Route 110
Melville, New York
11747
T 631.844.3500
F 631.844.3033

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.5500
F 914.921.5501

**Invoice**

Page 4 of 13
WALDNERS/FARMINGDALE

| 277188 | 06/28/07 | SO 266625 | 268973 | | ANNEMARIE GUERRA |
|--------|----------|-----------|--------|---|------------------|

| | | | | |
|--|--|--|--|--|
| | | BASIC     :7207 BLACK<br>SURF-1    :Y300 RICE<br>SURF-2    :Y078 SHADOW<br>OPTIONS    * * OPTIONS * *<br>TC OPT    *OPT:TOP CAP OPTIONS<br>COH 1END    COH TOPCAP 1 END<br>CABLEOPT    *OPT:CABLE TRAY OPTION<br>NO TRAY    NO CABLE TRAY<br>Tag For:  42/54AB-CB | | |
| 20 | 30.00 | T8766367F    STEELCASE<br>PANEL-FULL TACKABLE<br>ACOUSTICAL, 66X36<br>BASIC     :7207 BLACK<br>SURF-1    :Y078 SHADOW<br>SURF-2    :Y151 SCARLET<br>OPTIONS    * * OPTIONS * *<br>CABLEOPT    *OPT:CABLE TRAY OPTION<br>NO TRAY    NO CABLE TRAY<br>Tag For:  36/66BC | 207.05 | 6,211.50 |
| 21 | 66.00 | T9766361F    STEELCASE<br>PANEL-FULL TACKABLE<br>ACOUSTICAL, 66X36<br>BASIC     :7207 BLACK<br>SURF-1    :Y151 SCARLET<br>SURF-2    :Y151 SCARLET<br>OPTIONS    * * OPTIONS * *<br>CABLEOPT    *OPT:CABLE TRAY OPTION<br>NO TRAY    NO CABLE TRAY<br>Tag For:  36/66CC | 207.05 | 13,251.20 |
| 22 | 79.00 | T82FBBF220    STEELCASE<br>PEDESTAL-BOX/BOX/FILE,<br>UNDER WORKSURFACE, 22"D<br>BASIC     :7207 BLACK<br>KEYS     :BK PLUG<br>OPTIONS    * * OPTIONS * *<br>PULLS    *OPT:PULL OPTIONS<br>HDL PULL    HANDLE PULL<br>FULL    FULL<br>NICKEL    *PULL:NICKEL<br>9211    NICKEL<br>T6PED    *OPT:T6 PED OPTION<br>DWR RAIL    DRAWER RAILS  (PKG of 2)<br>Tag For:  B/B/F | 189.20 | 14,946.80 |
| 23 | 75.00 | T82FFF220    STEELCASE<br>PEDESTAL-FILE/FILE,<br>UNDER WORKSURFACE, 22"D<br>BASIC     :7207 BLACK<br>KEYS     :6K PLUG<br>OPTIONS    * * OPTIONS * *<br>PULLS    *OPT:PULL OPTIONS<br>HDL PULL    HANDLE PULL | 179.54 | 13,465.50 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



**Waldners**
**Business**
**Environments**
www.waldnerti.com

Retail Tax Waldner's Business Environments, Inc., P.O. Box 5009, Farmingdale, NY 11735-0904

**Invoice**

Page 5 of 13
WALDNERS/FARMINGDALE

| 277188 | 05/28/07 | SO 266625 | 268973 | | ANNEMARIE GUERRA |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | | FULL          FULL | | | |
| | | NICKEL        *FULL:NICKEL | | | |
| | | 9211          NICKEL | | | |
| | | TSFBD        *OPT:TS PED OPTION | | | |
| | | DWR RAIL    DRAWER RAILS  (2KG of 2) | | | |
| | Tag For: | F/F | | | |
| 25 | 7.00 | TS7FK24X      STEELCASE | | 69.70 | 487.90 |
| | | POWER KIT-3+1,24W | | | |
| | Tag For: | U | | | |
| 26 | 94.00 | TS7FK36X      STEELCASE | | 69.70 | 6,551.80 |
| | | POWER KIT-3+1,36W | | | |
| | Tag For: | U | | | |
| 27 | 14.00 | TS7FK42X      STEELCASE | | 69.70 | 975.80 |
| | | POWER KIT-3+1,42W | | | |
| | Tag For: | U | | | |
| 28 | 79.00 | TS71S3X      STEELCASE | | 14.76 | 1,166.04 |
| | | RECEPTACLE-SYSTEM GROUND,LINE | | | |
| | | 1,3+1 | | | |
| | | PLASTIC :6000 BLACK | | | |
| 29 | 77.00 | TS723SX      STEELCASE | | 14.76 | 1,136.52 |
| | | RECEPTACLE-SYSTEM GROUND,LINE | | | |
| | | 2,3+1 | | | |
| | | PLASTIC :6000 BLACK | | | |
| 30 | 77.00 | TS73SSX      STEELCASE | | 14.76 | 1,136.52 |
| | | RECEPTACLE-SYSTEM GROUND,LINE | | | |
| | | 3,3+1 | | | |
| | | PLASTIC :6000 BLACK | | | |
| 31 | 79.00 | TS74S6X      STEELCASE | | 14.76 | 1,166.04 |
| | | RECEPTACLE-SYSTEM GROUND,LINE | | | |
| | | 4,3+1 | | | |
| | | PLASTIC :6000 BLACK | | | |
| 32 | 105.00 | T3712CH9      STEELCASE | | 21.32 | 2,238.60 |
| | | TRIM-CHANGE OF HEIGHT,@LIM | | | |
| | | PROFILE,12H | | | |
| | | TOP-CAP :6000 BLACK | | | |
| | | OPTIONS   * * OPTIONS * * | | | |
| | | TRIM        *OPT:TRIM PACKAGE | | | |
| | | PAINT        PAINTED TRIM PKG | | | |
| | | UPRIGHT        UPRIGHT | | | |
| | | TEXT PNT        *UPRIGHT:TEXTURED PA | | | |
| | | 7207        BLACK | | | |
| | | JUNCTION    *OPT:JUNCTION CAP OPTIONS | | | |
| | Tag For: | 12 | | | |
| 33 | 40.00 | TS7FVWN      STEELCASE | | 10.25 | 410.00 |

**A MONTHLY SERVICE CHARGE OF 1.0% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

Remit To: Waldner's Business Environments, Inc., P.O. Box 6008, Farmingdale, NY 11735-0804

**Waldner's**
Business
Environments
www.waldners.com

**Invoice**

Page 8 of 13
WALDNERS/FARMINGDALE

| 277188 | 06/28/07 | SO 266625 | 268973 | | ANNEMARIE GUERRA |
|--------|----------|-----------|--------|--|-----------------|

| | | | | |
|------|-------|---------------------------------------------------------------------------------------------------|----------|-----------|
| | | VERTICAL WIRE MANAGER-PLASTIC, 48H<br>PLASTIC :6000 BLACK | | |
| 34 | 38.00 | UEC2222L            STEELCASE<br>WORKSURFACE-CORNER, EXTENDED,<br>CURVED, LEFT HAND, 24X24X72X42<br>EDGE      :6009 ARCTIC WHITE<br>TOP-SURF:2730 ARCTIC WHITE<br>Tag For: 24/24/72/4 | 271.01 | 10,298.38 |
| 35 | 37.00 | UEC2222R            STEELCASE<br>WORKSURFACE-CORNER, EXTENDED,<br>CURVED, RIGHT HAND, 24X24X42X72<br>EDGE      :6009 ARCTIC WHITE<br>TOP-SURF:2730 ARCTIC WHITE<br>Tag For: 24/24/42/7 | 271.01 | 10,027.37 |
| 36 | 76.00 | US2442            STEELCASE<br>WORKSURFACE-STRAIGHT, 24X42<br><br>EDGE      :6009 ARCTIC WHITE<br>TOP-SURF:2730 ARCTIC WHITE<br>Tag For: 42/24 | 75.03 | 5,702.28 |
| 37 | 4.00 | US2472            STEELCASE<br>WORKSURFACE-STRAIGHT, 24X72<br><br>EDGE      :6009 ARCTIC WHITE<br>TOP-SURF:2730 ARCTIC WHITE<br>Tag For: 72/24 | 127.10 | 508.40 |
| 38 | 12.00 | E91903            STEELCASE<br>BRACKET-WORKSURFACE, FLUSH<br>MOUNT, ALL DEPTHS | 8.93 | 107.16 |
| 39 | 8.00 | EESN1690WL            STEELCASE<br>SERVICE MODULE-WOOD, 6 DOORS, 3<br>LOCKS, 15-1/8X90<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>LOCK     :9201 POLISHED CHROME<br>KEYS     :3K PLUG<br>Tag For: SM/90 | 1,661.92 | 9,971.52 |
| 40 | 6.00 | L9848K            STEELCASE<br>LIGHT-SHELF, ELEK BALLAST, 32<br>WATT, LAMP, 9' CORD, 45W<br>Tag For: USL/49 | 137.71 | 826.26 |
| 41 | 6.00 | RETBZ390            STEELCASE<br>TACKBOARD-90W SERV MOD APPL,<br>30X23-3/4<br>TKBD     :T170 TAUPE<br>Tag For: TB/90 | 170.14 | 1,020.84 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 5009, Farmingdale, NY 11735-0894

**Waldner's**
Business
Environments

**Invoice**

Page 7 of 13
WALDNERS/FARMINGDALE

| 277188 | 06/28/07 | SO 266625 | 268973 | | ANNEMARIE GUERRA |
|--------|----------|-----------|--------|--|------------------|

| 42 | 6.00 | EEEPF2010PLW         STEELCASE | 108.57 | 651.42 |
|----|------|---------------------------------|--------|--------|
| | | END PANEL-FREESTANDING, LH,20H | | |
| | | FLUSH BK APPL, WOOD, 20X1-1/4X | | |
| | | BASIC   :3712 FC/OP NATURAL WALNUT | | |
| | Tag For: | EL | | |
| 43 | 6.00 | EEEPF2010PRW         STEELCASE | 108.57 | 651.42 |
| | | END PANEL-FREESTANDING, RH, 20H | | |
| | | FLUSH BK APPL, WOOD, 20X1-1/4X | | |
| | | BASIC   :3712 FC/OP NATURAL WALNUT | | |
| | Tag For: | ER | | |
| 44 | 6.00 | EE30519L         STEELCASE | 717.69 | 4,306.14 |
| | | PEDESTAL-WOOD, 2 DWRS, LATERAL | | |
| | | FILE, FACE LOCK 19X30X27 | | |
| | | BASIC   :3712 FC/OP NATURAL WALNUT | | |
| | | LOCK    :9201 POLISHED CHROME | | |
| | | KEYS    :SR PLUG | | |
| | | OPTIONS   * * OPTIONS * * | | |
| | | WOOD FRT    *OPT:WOOD FRONTS & PULLS | | |
| | | E050         RAIL FULL/WOOD FRONT | | |
| | | PULL         FULL | | |
| | | NICKEL       *PULL:NICKEL | | |
| | | 9211         NICKEL | | |
| | Tag For: | LF/30 | | |
| 45 | 6.00 | EE30358L         STEELCASE | 541.91 | 3,251.46 |
| | | PEDESTAL-WOOD,2 BOX/1FILE DWR, | | |
| | | LK, 24X15X27 | | |
| | | BASIC   :3712 FC/OP NATURAL WALNUT | | |
| | | LOCK    :9201 POLISHED CHROME | | |
| | | KEYS    :SR PLUG | | |
| | | OPTIONS   * * OPTIONS * * | | |
| | | WOOD FRT    *OPT:WOOD FRONTS & PULLS | | |
| | | E050         RAIL FULL/WOOD FRONT | | |
| | | PULL         FULL | | |
| | | NICKEL       *PULL:NICKEL | | |
| | | 9211         NICKEL | | |
| | Tag For: | BBF | | |
| 46 | 6.00 | EEEFS3070W         STEELCASE | 977.60 | 5,865.60 |
| | | SHELL-DESK, FREESTANDING, WOOD, | | |
| | | FLUSH BACK PANEL, 30X70 | | |
| | | BASIC   :3712 FC/OP NATURAL WALNUT | | |
| | | OPTIONS   * * OPTIONS * * | | |
| | | WKSF OPT    *OPT:WORKSURFACE OPTIONS | | |
| | | NEW3070NW    WKSF WO MATERIAL | | |
| | | CONFIGS     *OPT:PANEL CONFIGURATIONS | | |
| | | PNLCONF5     RCSSD BACK PANEL NO BASE | | |
| | Tag For: | 70/30*GL* | | |
| 47 | 6.00 | EEW2090WN         STEELCASE | 447.91 | 2,687.46 |
| | | WORKSURFACE-WATERFALL PROFILE, | | |
| | | WOOD, 20X90 | | |
| | | BASIC   :3712 FC/OP NATURAL WALNUT | | |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

**Waldner's**
Business
Environments
www.waldners.com

Remit To: Waldner's Business Environments, Inc., P.O. Box 9009, Farmingdale, NY 11735-9906

**Invoice**

Page 8 of 13
WALDNERS/FARMINGDALE

| 277198 | 06/28/07 | SO 266623 | 268973 | | ANNEMARIE GUERRA |
|--------|----------|-----------|--------|--|------------------|

Tag For: 90/20

| 48 | 6.00 | ESW2542WR        STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD,25X42<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>SPECIAL TO BE 40"W X 25"D WITH COPED<br>EDGE LEFT AND<br>RIGHT HAND. | 400.44 | 2,402.64 |
|----|------|--|--------|----------|

Tag For: 40/25

| 51 | 36.00 | GROMMETS        WAL<br>MATTE BLACK PLASTIC GROMMETS<br>*SEE GARY JOHNSON | 12.00 | 432.00 |
|----|-------|--|-------|--------|

| 52 | 2.00 | E91903        STEELCASE<br>BRACKET-WORKSURFACE, FLUSH<br>MOUNT,ALL DEPTHS | 8.93 | 17.86 |
|----|------|--|------|-------|

Tag For: JAMES FISHER

| 53 | 2.00 | ESVGSS6DW        STEELCASE<br>OVERHEAD-SINGLE HIGH, HINGED<br>DOORS,WOOD,15X60<br>BASIC   :3712 FC/OP Natural Walnut<br>OPTIONS    * * OPTIONS * *<br>DOOR OPT   *OPT:DOOR OPTION<br>WD DOOR      WOOD DOOR<br>LOCK OPT       LOCK OPTION<br>LOCKING         LOCKING<br>LOCK            LOCK<br>POL CHR        *LOCK:POLISHED C<br>9203              POLISHED CHROM<br>BRACKETS      *OPT:BRACKET OPTIONS<br>WALL MOUNT      WALL MOUNT BRACKET | 847.88 | 1,695.76 |
|----|------|--|--------|----------|

Tag For: JAMES FISHER

| 54 | 4.00 | UT2        DETAILS<br>UNDERLINE T2 TASK LIGHT - 22"<br><br>BASIC   :5052 PEWTER | 125.47 | 501.88 |
|----|------|--|--------|--------|

Tag For: JAMES FISHER

| 55 | 2.00 | EANTB6022        STEELCASE<br>TACKBOARD,WALL-MOUNTED,60X22<br><br>TKBD   :T170 TAUPE | 138.65 | 277.30 |
|----|------|--|--------|--------|

Tag For: JAMES FISHER

| 56 | 1.00 | EEEP2510FLW        STEELCASE<br>END PANEL-FREESTANDING,LH,30H<br>FLUSH BF APPL,WOOD,25X1-1/4X27<br>BASIC   :3712 FC/OP NATURAL WALNUT | 113.27 | 113.27 |
|----|------|--|--------|--------|

Tag For: JAMES FISHER

| 57 | 1.00 | EEEP2510FRW        STEELCASE | 113.27 | 113.27 |
|----|------|--|--------|--------|

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES

**Waldner's**
Business
Environments
www.waldners.com

Remit To: Waldner's Business Environments, Inc., P.O. Box 6808, Farmingdale, NY 11735-0884

815 Lexington Ave     58 Route 110       401 Township Pound Ave
New York, New York    Farmingdale, New York   Ann, New York
18042                 11038               18060
T 212.251.1100        T 631.454.1000      T 914.251.1000
F 212.251.1100        F 631.454.1000      F 914.251.1001

# Invoice

Page 9 of 13
WALDNER'S/FARMINGDALE

| 277188 | 06/26/07 | 3Q 266625 | 269973 | ANNEMARIE GUERRA |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | | END PANEL-FREESTANDING, RH, 30H FLUSH BP APPL, WOOD, 25X1-1/4X27 BASIC :3712 FC/OP NATURAL WALNUT | | |
| | Tag For: | JAMES FISHER | | |
| 58 | 1.00 | EEYPRA3065W        STEELCASE END PANEL-T SHAPE, EXTENDED, RH, WOOD, 30X40-3/4 BASIC :3712 FC/OP NATURAL WALNUT | 678.68 | 678.68 |
| | | WOOD *BASIC:WOOD 3712 NATURAL WALNUT/OP Special: to be an L-shaped end panel with shortened end panel facing visitor and attaching to modesty panel for use on 65"w right hand P-top. | | |
| | Tag For: | JAMES FISHER | | |
| 59 | 1.00 | EE64867        STEELCASE PANEL-CENTER SUPPORT, WOOD, 15X1-1/4X27 BASIC :3712 FC/OP NATURAL WALNUT | 103.40 | 103.40 |
| | Tag For: | JAMES FISHER | | |
| 60 | 1.00 | EE30619L        STEELCASE PEDESTAL-WOOD, 2 DWRS, LATERAL FILE, FACE LOCK 15X30X27 BASIC :3712 FC/OP NATURAL WALNUT LOCK :9201 POLISHED CHROME KEYS :SK PLUG OPTIONS  * * OPTIONS * * WOOD FRT *OPT:WOOD FRONTS & PULLS X030        RAIL PULL/WOOD FRONT PULL        PULL NICKEL        *PULL:NICKEL 9211        NICKEL | 717.69 | 717.69 |
| | Tag For: | JAMES FISHER | | |
| 61 | 1.00 | EE30341L        STEELCASE PEDESTAL-WOOD, 2 BOX/1FILE DWR, LK, 19X15X27 BASIC :3712 FC/OP NATURAL WALNUT LOCK :9201 POLISHED CHROME KEYS :SK PLUG OPTIONS  * * OPTIONS * * WOOD FRT *OPT:WOOD FRONTS & PULLS X050        RAIL PULL/WOOD FRONT PULL        PULL NICKEL        *PULL:NICKEL 9211        NICKEL | 513.71 | 513.71 |
| | Tag For: | JAMES FISHER | | |

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES

**Waldners**
Business Environments

Remit To: Waldner's Business Environments, Inc., P.O. Box 5003, Farmingdale, NY 11735-5003

| 277186 | 06/28/07 | PO 266625 | 268973 | | ANNEMARIE GUERRA | |
|--------|----------|-----------|--------|---|------------------|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 62 | 1.00 | KBPR3065NW    STEELCASE | | | 971.96 | 971.96 |
| | | WORKSURFACE-P TOP,RE/WOOD, | | | | |
| | | WATERFALL PROFILE,30X42X65 | | | | |
| | | BASIC   :3712 FC/OP NATURAL WALNUT | | | | |
| | | COLUMN  :7207 BLACK | | | | |
| | | WOOD | | | | |
| | | *BASIC:WOOD | | | | |
| | | 3712 | | | | |
| | | NATURAL WALNUT/OP | | | | |
| | | *COLUMN: 7207 TEXTURED BLACK | | | | |
| | | SPECIAL TO BE COPED ON LEFT SIDE, | | | | |
| | | WATERFALL EDGE | | | | |
| | Tag For: | JAMES FISHER | | | | |
| 63 | 1.00 | KSW2090WW    STEELCASE | | | 560.24 | 560.24 |
| | | WORKSURFACE-WATERFALL PROFILE, | | | | |
| | | WOOD, 20X90 | | | | |
| | | BASIC   :3712 FC/OP NATURAL WALNUT | | | | |
| | | WOOD | | | | |
| | | *BASIC:WOOD | | | | |
| | | 3712 | | | | |
| | | NATURAL WALNUT/OP | | | | |
| | | *** | | | | |
| | | SPECIAL WIDTH: 96" | | | | |
| | | SPECIAL TO BE COPED ON RIGHT SIDE, | | | | |
| | | WATERFALL EDGE | | | | |
| | Tag For: | JAMES FISHER | | | | |
| 64 | 1.00 | KSW2590WW    STEELCASE | | | 471.41 | 471.41 |
| | | WORKSURFACE-WATERFALL PROFILE, | | | | |
| | | WOOD, 25X90 | | | | |
| | | BASIC   :3712 FC/OP NATURAL WALNUT | | | | |
| | Tag For: | JAMES FISHER | | | | |
| 65 | 2.00 | K91303    STEELCASE | | | 8.93 | 17.86 |
| | | BRACKET-WORKSURFACE,FLUSH | | | | |
| | | MOUNT,ALL DEPTHS | | | | |
| 66 | 1.00 | BSSM1690WL    STEELCASE | | | 1,661.92 | 1,661.92 |
| | | SERVICE MODULE-WOOD, 6 DOORS,3 | | | | |
| | | LOCKS,15-1/8X90 | | | | |
| | | BASIC   :3712 FC/OP NATURAL WALNUT | | | | |
| | | LOCK    :9250 EMBER CHROME | | | | |
| | | KEYS    :SK PLUG | | | | |
| | Tag For: | SM/30 | | | | |
| 67 | 1.00 | LSB49K    STEELCASE | | | 137.71 | 137.71 |
| | | LIGHT-SHELF,ELEK BALLAST, 32 | | | | |
| | | WATT, LAMP, 9' CORD, 49W | | | | |
| | Tag For: | USL/49 | | | | |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

**Waldners**
Business
Environments
www.waldners.com

Remit To: Waldner's Business Environments, Inc., P.O. Box 6906, Farmingdale, NY 11735-9904

**Invoice**

Page 11 of 13
WALDNERS/FARMINGDALE

| 277188 | 06/28/07 | 5Q 266625 | 268973 | ANNEMARIE GUERRA |
|--------|----------|-----------|--------|------------------|

| 68 | 1.00 | KETB2390          STEELCASE<br>TACKBOARD-90W SERV MOD APPL,<br>90X23-3/4<br>TKBD    :Y170 TAUPE<br>YB/90<br>Tag For: | 170.14 | 170.14 |
|----|------|----------|--------|--------|
| 69 | 1.00 | KEEP2510FLN         STEELCASE<br>END PANEL-FREESTANDING,LH,10H<br>FLUSH BP APPL,WOOD,25X1-1/4X27<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>EL<br>Tag For: | 113.27 | 113.27 |
| 70 | 1.00 | KEEP2510FRN         STEELCASE<br>END PANEL-FREESTANDING,RH,10H<br>FLUSH BP APPL,WOOD,25X1-1/4X27<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>ER<br>Tag For: | 113.27 | 113.27 |
| 71 | 1.00 | KETPKR3063W         STEELCASE<br>END PANEL-T SHAPE,EXTENDED,RH,<br>WOOD,30X40-3/4<br>BASIC   :3712 FC/OP NATURAL WALNUT<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>Special: to be an L-shaped end panel<br>with shortened<br>end panel facing visitor and attaching<br>to modesty<br>panel for use on 65"w right hand P-top.<br>Tag For: 65/35 | 678.68 | 678.68 |
| 72 | 1.00 | KE64867          STEELCASE<br>PANEL-CENTER SUPPORT,WOOD,<br>15X1-1/4X27<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>CP<br>Tag For: | 103.40 | 103.40 |
| 73 | 1.00 | KE30619L          STEELCASE<br>PEDESTAL-WOOD, 2 DWRS,LATERAL<br>FILE,FACE LOCK 19X30X27<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>LOCK    :9250 EMBER CHROME<br>KEYS    :SK FLOG<br>OPTIONS     * * OPTIONS * *<br>WOOD FRT   *OPT:WOOD FRONTS & PULLS<br>E050         RAIL PULL/WOOD FRONT<br>PULL         PULL<br>NICKEL      *PULL:NICKEL<br>9211         NICKEL<br>Tag For: LF/30 | 717.69 | 717.69 |
| 74 | 1.00 | KE30341L          STEELCASE | 513.71 | 513.71 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

Remit To: Waldner's Business Environments, Inc., P.O. Box 9094, Farmingdale, NY 11735-9094

**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave
New York, New York
10016
T 212.696.7000
F 212.696.7001

120 Route 110
Farmingdale, New York
11735
T 631.694.8000
F 631.694.8080

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.8888
F 914.921.8080

**Invoice**

Page 12 of 13
WALDNERS/FARMINGDALE

| 277188 | 06/28/07 | 3Q 266625 | 268973 | | ANNEMARIE GUERRA | |
|--------|----------|-----------|--------|--|-------------------|--|

| | | | | | |
|---|---|---|---|---|---|
| | | PEDESTAL-WOOD, 2' BOX/1FILE DWR, LK,19X15X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>LOCK    :9250 ENDEA CHROME<br>KEYS    :8K BLDG<br>OPTIONS    * * OPTIONS * *<br>WOOD FRT    *OPT:WOOD FRONTS & PULLS<br>2050    RAIL FULL/WOOD FRONT<br>FULL    FULL<br>NICKEL    *FULL:NICKEL<br>9211    NICKEL | | | |
| 75 | Tag For: RBF<br>1.00 | EEF43D65WW    STEELCASE<br>WORKSURFACE-P TOP, RH,WOOD,<br>WATERFALL PROFILE,30X42X65<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>COLUMN    :7207 BLACK<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>COLUMN: 7207 TEXTURED BLACK PAINT<br>------------------------<br>SPECIAL TO BE COPED ON LEFT SIDE,<br>WATERFALL EDGE | | 971.96 | 971.96 |
| 76 | Tag For: 30/42/65<br>1.00 | EEW2090WW    STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 20X90<br>BASIC    :3712 FC/OP NATURAL WALNUT<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>***<br>------<br>SPECIAL WIDTH: 96"<br>SPECIAL TO BE COPED ON RIGHT SIDE,<br>WATERFALL EDGE | | 560.24 | 560.24 |
| 77 | Tag For: 96/20"CB"<br>1.00 | EEW2590WW    STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 25X90<br>BASIC    :3712 FC/OP NATURAL WALNUT | | 471.41 | 471.41 |
| 79 | Tag For: 90/25<br>6.00 | GROMMETS    WAL<br>MATTE BLACK PLASTIC GROMMETS FOR<br>PRIVATE OFFICE | | 12.00 | 72.00 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

1



Remit To: Waldner's Business Environments, Inc., P.O. Box 8006, Farmingdale, NY 11735-8006

**Waldner's Business Environments**

| 234 Lodestone Ave | 125 Route 110 | 401 Theodore Fremd Ave |
| New York, New York | Farmingdale, New York | Rye, New York |
| 10014 | 11753 | 10580 |
| T 212.388.7888 | T 631.845.5300 | T 914.921.4580 |
| F 212.388.7888 | F 631.845.5300 | F 914.921.2841 |

www.waldners.com

**Invoice**

Page 13 of 13
WALDNERS/FARMINGDALE

| 277188 | 06/28/07 | 8Q 266625 | 268973 | | ANNEMARIE GUERRA |
|--------|----------|-----------|--------|--|------------------|

| | | | | | | |
|------|-------|---------|--------|--|--------|--------|
| 80 | 1.00 | DELIVERY          WAL<br>DELIVERY DURING OVERTIME HOURS DIRECT<br>TRAILERS TO SITE | | | 13,500.00 | 13,500.00 |
| 81 | 1.00 | LABOR          TOPS<br>LABOR TO INSTALL (80) ANSWER<br>WORKSTATIONS AND (11) EX PRIVATE<br>OFFICES DURING NORMAL BUSINESS HOURS<br>*CHASSERS TO BE CUT ON SITE AS PER<br>CLIENT REQUEST<br>START MAY 29<br>COMPLETE BY JUNE 4 | | | 36,500.00 | 36,500.00 |
| 91 | 15.00 | Y36392C          STEELCASE<br>W/S N LOCK DECOR RING CHR<br><br>LOCK    :9201 POLISHED CHROME | | | 1.18 | 17.70 |
| 92 | 15.00 | 8772092018R          STEELCASE<br>PLUG ASSY-FRONT REMOVABLE,<br>BRUSHED CHROME<br>LOCK    :9201 POLISHED CHROME<br>KEYS    :SX 8PEC<br>        5-FR450<br>        5-FR431<br>        6-FR452 | | | 18.82 | 282.30 |

| | | |
|--|----------------------|-----------|
| | Sub Total | 285,270.34 |
| | NON TAXABLE-NEW YORK ONLY | 0.00 |
| | Please Pay This Amount: | 285,270.34 |

******End of Invoice******

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 9009, Farmingdale, NY 11735-9904

**Waldner's**
Business
Environments
www.waldners.com

| 235 Lexington Ave | 124 Route 110 | 495 Theodore Fremd Ave |
| New York, New York | Farmingdale, New York | Rye, New York |
| 10016 | 11735 | 10580 |
| T 212.532.7600 | T 631.844.9300 | T 914.921.5300 |
| F 212.545.7887 | F 631.844.3602 | F 914.925.0901 |

# Invoice

Page 1 of 1
WALDNERS/FARMINGDALE

| 277774 | 07/17/07 | BO 270006 | 270295 | | ANNEMARIE GUERRA |

SOLD TO: THOMAS TREPANIER
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5772

SHIP TO: LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
3 East Parts Needed
Melville, NY 11747

P: 1.631.622.5286

Terms: NET 20 DAYS        N02251        270006  TAX NO: Suffolk County IDA Cert.

| 1 | 48.00 | T874824TK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X24<br>SURFACE :Y078 SHADOW | 72.60 | 3,484.80 |
| 2 | 34.00 | T874824TK          STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>48X24<br>SURFACE :P300 RICE | 62.48 | 2,124.32 |
| 3 | 27.00 | TS712IFJ3          STEELCASE<br>JUNCTION-IN LINE, STACKING, 12H | 45.76 | 1,235.52 |
| 4 | 33.00 | T5106D19R          STEELCASE<br>TOP CAP ASSY-COM 1 END, OVAL,<br>36"<br>BASIC   :7207 BLACK | 16.88 | 557.04 |
| 5 | 22.00 | T5105998R          STEELCASE<br>TOP CAP ASSY-COM 1 END, OVAL,<br>24"<br>BASIC   :7207 BLACK | 12.50 | 275.00 |
| 6 | 46.00 | T530006SR          STEELCASE<br>TRIM COVER-VERTICAL, 120<br>2-WAY, 56", PAINT<br>BASIC   :7207 BLACK | 38.13 | 1,753.98 |

| | | | Sub Total | 9,430.66 |
| | | | NON TAXABLE-NEW YORK ONLY | 0.00 |
| | | | Please Pay This Amount: | 9,430.66 |

*******End of Invoice*******

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**



Remit To: Waldner's Business Environments, Inc., P.O. Box 5008, Farmingdale, NY 11735-0904

**Waldners**
Business
Environments
www.waldners.com

215 Lexington Ave, New York, New York 10016
T 212.254.7000
F 212.254.7000

125 Route 110, Farmingdale, New York 11735
T 631.454.2080
F 631.454.2085

400 Theodore Fremd Ave, Rye, New York 10580
T 914.921.2900
F 914.921.2901

# Invoice

Page 1 of 1
WALDNERS/FARMINGDALE

| 277930 | 07/23/07 | SQ 270024 | 270387 | | | ANNEMARIE GUERRA |
|---|---|---|---|---|---|---|

**SOLD TO:** LAURA CHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5772

**SHIP TO:** LAURA CHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
4 EAST - LEGAL
Melville, NY 11747

P: 1.631.622.5772

Terms: NET 20 DAYS          N02251          270024  TAX NO: Suffolk County IDA Cert.

| 1 | 1.00 | CWAT48144          STEELCASE<br>TABLE-RECTANGULAR, WOOD,<br>AMERICAN ELECT PROFILE, 48X144<br>TOP-SURF:3712 FC/OP NATURAL WALNUT<br>OPTIONS      * * OPTIONS * *<br>OPT ACC       *OPT:OPTIONAL ACCESSORIES<br>GROMMET        GROMMETS<br>CPCLR          TWO POWER CHANNELS<br>COVER          COVER<br>CORIAN S       *COVER:CORIAN FINI<br>2971           NOCTURNE BLACK<br>TRIM           TRIM FINISH<br>STD PNTA       *TRIM:STANDARD PAI<br>0835           BLACK (TRANS) | 3,293.46 | 3,293.46 |
| 2 | 3.00 | CWCIRT18          STEELCASE<br>BASE-TABLE, DRUM, CIRCULAR,<br>WOOD MOLDING, 18X18X27-1/2<br>BASIC   13712 FC/OP NATURAL WALNUT | 596.16 | 1,788.48 |
| 3 | 1.00 | SERVICE          WAL<br>INSTALLATION OF 12' CONFERENCE TABLE<br>DURING NORMAL BUSINESS HOURS | 295.00 | 295.00 |

|  |  |  |  |
|---|---|---|---|
| | | Sub Total | 5,376.94 |
| | | WAL DELIVERY | $150.00 |
| | NON TAXABLE-NEW YORK ONLY | | 0.00 |
| | | Please Pay This Amount: | 5,526.94 |

*******End of Invoice*******

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES

Resale Tax Waldner's Business Environments, Inc., P.O. Box 9009, Farmingdale, NY 11735-0906

**Waldner's**
Business
Environments
www.waldners.com

310 Lexington Ave
New York, New York
10016
T 212.685.3900
F 212.685.3999

133 State 119
Farmington, New York
11735
T 631.844.3500
F 631.844.3503

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.2200
F 914.921.2201

**Invoice**

Page 1 of 2
WALDNERS/FARMINGDALE

| 278201 | 07/30/07 | 8Q 271241 | 271522 | | ANNEMARIE GUERRA |
|--------|----------|-----------|--------|--|------------------|

SOLD TO: LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5772

SHIP TO: LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
3 East Real Estate
Melville, NY 11747

P: 1.631.622.5772

Terms: NET 20 DAYS          NO2251          271241  TAX NO: Suffolk County IDA Cert.

| 1 | 9.00 | TS712CH          STEELCASE | 27.61 | 248.49 |
|---|------|----------------------------|-------|--------|

TRIM-CHANGE OF HEIGHT,12H

TOP-CAP :6652 TITANIUM
OPTIONS     * * OPTIONS * *
TRIM        *OPT:TRIM PACKAGE
PAINT          PAINTED TRIM PKG
UPRIGHT        UPRIGHT
PAINT          *UPRIGHT:PAINT
:4792          TITANIUM (TRANS)

| 2 | 1.00 | 7510605SR          STEELCASE | 27.06 | 27.06 |
|---|------|------------------------------|-------|-------|

TOP CAP ASSY-CON 1 END, OVAL,
72"
BASIC   :4792 TITANIUM (TRANS)

| 3 | 4.00 | 7510613SR          STEELCASE | 30.59 | 122.36 |
|---|------|------------------------------|-------|--------|

TOP CAP ASSY-CON 2 ENDS, OVAL,
72"
BASIC   :4792 TITANIUM (TRANS)

| 4 | 7.00 | TU720FFL          STEELCASE | 273.41 | 1,913.87 |
|---|------|-----------------------------|--------|----------|

PEDESTAL-2 FILE DRAWERS,
23-1/2D
BASIC   :4792 TITANIUM (TRANS)
LOCK    :9201 POLISHED CHROME
PULL    :6652 TITANIUM
KEYS    :SK RAND
OPTIONS     * * OPTIONS * *
DWR ACC     *OPT:FILE DWR ACCESSORIES
RAIL        DRAWERS WITH RAILS
LOCK OPT    *OPT:LOCK OPTIONS
SINGLELK    FTD:SINGLE LOCK

| 5 | 13.00 | TS742BFJ          STEELCASE | 48.33 | 628.29 |
|---|-------|-----------------------------|-------|--------|

JUNCTION-END OF RUN,42H

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

Remit To: Waldner's Business Environments, Inc., P.O. Box 6009, Farmingdale, NY 11735-0054

**Waldner's**
**Business**
**Environments**
www.waldners.com

210 Lexington Ave
New York, New York 10016
T 212.686.7000
F 212.686.7600

120 Route 110
Farmingdale, New York 11735
T 631.844.8500
F 631.844.3502

401 Theodore Fremd Ave
Rye, New York 10580
T 914.921.5500
F 914.921.0051

**Invoice**

Page 2 of 2
WALDNERS/FARMINGDALE

| 278203 | 07/30/07 | SQ 271241 | 271522 | | ANNEMARIE GUERRA |
|--------|----------|-----------|--------|--|------------------|

| | | | | |
|---|---|---|---|---|
| | | TOP-CAP :6652 TITANIUM<br>UPRIGHT :4792 TITANIUM (TRANS) | | |
| 6 | 13.00 | TS754LFJ          STEELCASE<br>JUNCTION-L, 54H | 72.74 | 945.62 |
| | | TOP-CAP :6652 TITANIUM<br>UPRIGHT :4792 TITANIUM (TRANS) | | |
| 7 | 13.00 | TS712CH          STEELCASE<br>TRIM-CHANGE OF HEIGHT,12H | 30.75 | 399.75 |
| | | TOP-CAP :6652 TITANIUM<br>OPTIONS      * * OPTIONS * *<br>TRIM        *OPT:TRIM PACKAGE<br>PAINT         PAINTED TRIM PKG<br>UPRIGHT      UPRIGHT<br>PAINT        *UPRIGHT:PAINT<br>4792          TITANIUM (TRANS) | | |
| 8 | 13.00 | TS10599SR        STEELCASE<br>TOP CAP ASSY-COH 1 END, OVAL,<br>24"<br>BASIC   :4792 TITANIUM (TRANS) | 12.50 | 162.50 |
| 9 | 26.00 | TS72442TK        STEELCASE<br>PANEL SKIN-TACKABLE ACOUST,<br>24X42<br>SURFACE :P301 ALMOND | 56.64 | 1,472.64 |
| 10 | 13.00 | TS724HF          STEELCASE<br>FRAME-HORIZONTAL PACKAGE,24W<br>BASIC   :4792 TITANIUM (TRANS)<br>OPTIONS      * * OPTIONS * *<br>CABLEOPT     *OPT:CABLE TRAY OPTION<br>NO TRAY       NO CABLE TRAY | 38.56 | 501.28 |

Sub Total    5,421.86

NON TAXABLE-NEW YORK ONLY    0.00

Please Pay This Amount:    6,421.86

*******End of Invoice*******

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

 **Waldners**
**Business**
**Environments**
www.waldners.com

Retail: The Waldner's Business Environments, Inc., P.O. Box 5003, Farmingdale, NY 11735-0934

| | | |
|---|---|---|
| 215 Lexington Ave | 145 Route 111 | 401 Theodore Fremd Ave |
| New York, New York | Farmingdale, New York | Rye, New York |
| 10016 | 11735 | 10580 |
| T 212.244.1900 | T 631.244.3000 | T 914.921.4300 |
| F 212.244.1990 | F 631.634.3933 | F 914.921.4301 |

**Invoice**

Page 1 of 5
WALDNERS/FARMINGDALE

| 278259 | 07/31/07 | LAURA GHINI | 270747 | | ANNEMARIE GUERRA |
|---|---|---|---|---|---|

**SOLD TO:** LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
Melville, NY 11747

**SHIP TO:** LAURA GHINI
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
2W
Melville, NY 11747

P: 1.631.622.5772

P: 1.631.622.5772

**Terms:** NET 20 DAYS          N02251          269967  **TAX NO:** Suffolk County IDA Cert.

| 1 | 4.00 | E91903        STEELCASE | 10.07 | 40.28 |
|---|---|---|---|---|
| | | BRACKET-WORKSURFACE,FLUSH MOUNT,ALL DEPTHS | | |
| | Tag For: | U SHAPED OFFICES | | |
| 2 | 2.00 | KESM1690WL        STEELCASE | 1,874.08 | 3,748.16 |
| | | SERVICE MODULE-WOOD,6 DOORS,3 LOCKS,15-1/8X90 | | |
| | | BASIC    :3712 FC/OP NATURAL WALNUT | | |
| | | LOCK     :9201 POLISHED CHROME | | |
| | | KEYS     :5K PLUG | | |
| | Tag For: | U SHAPED OFFICES | | |
| 3 | 2.00 | LSB48K        STEELCASE | 155.29 | 310.58 |
| | | LIGHT-SHELF,ELEK BALLAST,32 WATT,LAMP,9' CORD,49W | | |
| 4 | 2.00 | EETB2390        STEELCASE | 191.86 | 383.72 |
| | | TACKBOARD-90W SERV MOD APPL, 90X23-3/4 | | |
| | | TKBD     :Y170 TAUPE | | |
| | Tag For: | U SHAPED OFFICES | | |
| 5 | 2.00 | EEEP2010FLW        STEELCASE | 122.43 | 244.86 |
| | | END PANEL-FREESTANDING,LH,10H . FLUSH BF APPL, WOOD, 20X1-1/4X | | |
| | | BASIC    :3712 FC/OP NATURAL WALNUT | | |
| | Tag For: | U SHAPED OFFICES | | |
| 6 | 2.00 | EEEP2010FRH        STEELCASE | 122.43 | 244.86 |
| | | END PANEL-FREESTANDING,RH,10H FLUSH BF APPL, WOOD, 20X1-1/4X | | |
| | | BASIC    :3712 FC/OP NATURAL WALNUT | | |
| | Tag For: | U SHAPED OFFICES | | |
| 7 | 2.00 | EK30619L        STEELCASE | 809.31 | 1,618.62 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

Remit To: The Waldner's Business Environments, Inc., P.O. Box 9098, Farmingdale, NY 11735-0894

# Waldners
**Business Environments**
www.waldners.com

919 Lexington Ave
New York, New York
10016
T 212.594.7500
F 212.594.7589

120 Route 110
Farmingdale, New York
11735
T 631.694.2200
F 631.694.2201

401 Theodore Fremd Ave
Rye, New York
10580
T 914.591.3300
F 914.591.3301

**Invoice**

Page 2 of 5

WALDNERS/FARMINGDALE

| 278259 | 07/31/07 | LAURA GHINI | 270747 | ANNEMARIE GUERRA |
|--------|----------|-------------|--------|------------------|

| | | | | |
|---|---|---|---|---|
| | | PEDESTAL-WOOD, 2 DWRS, LATERAL FILE, FACE LOCK 19X30X27 BASIC :3712 FC/OP NATURAL WALNUT LOCK :9201 POLISHED CHROME KEYS :SK PLUG OPTIONS * * OPTIONS * * WOOD FRT *OPT:WOOD FRONTS & PULLS E050 RAIL PULL/WOOD FRONT PULL PULL NICKEL *PULL:NICKEL 9211 NICKEL | | |
| 8 | 2.00 | Tag For: U SHAPED OFFICES EE30358L STEELCASE PEDESTAL-WOOD,2 BOX/1FILE DWR, LK,24X15X27 BASIC :3712 FC/OP NATURAL WALNUT LOCK :9201 POLISHED CHROME KEYS :SK PLUG OPTIONS * * OPTIONS * * WOOD FRT *OPT:WOOD FRONTS & PULLS E050 RAIL PULL/WOOD FRONT PULL PULL NICKEL *PULL:NICKEL 9211 NICKEL | 611.09 | 1,222.18 |
| 9 | 2.00 | Tag For: U SHAPED OFFICES EEWS3070W STEELCASE SHELL-DESK, FREESTANDING, WOOD, FLUSH BACK PANEL, 30X70 BASIC :3712 FC/OP NATURAL WALNUT OPTIONS * * OPTIONS * * WKSF OPT *OPT:WORKSURFACE OPTIONS EEW3070WN WKSF WD WATERFALL CONFIGS *OPT:PANEL CONFIGURATIONS FNLCONF5 RCSSD BACK PANEL NO BASE | 1,102.40 | 2,204.80 |
| 10 | 2.00 | Tag For: U SHAPED OFFICES EEW2090WW STEELCASE WORKSURFACE-WATERFALL PROFILE, WOOD, 20X90 BASIC :3712 FC/OP NATURAL WALNUT | 505.09 | 1,010.18 |
| 11 | 2.00 | Tag For: U SHAPED OFFICES EEW2542WW STEELCASE WORKSURFACE-WATERFALL PROFILE, WOOD, 25X42 BASIC :3712 FC/OP NATURAL WALNUT SPECIAL TO BE 40"W X 25"D WITH COPED EDGE LEFT AND RIGHT HAND. | 451.56 | 903.12 |
| 13 | 6.00 | Tag For: U SHAPED OFFICES GROMMETS WAL GROMMETS | 12.00 | 72.00 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

Remit To: Waldner's Business Environments, Inc., P.O. Box 9085, Farmingdale, NY 11735-0904

**Waldner's**
Business
Environments
www.waldners.com

215 Lexington Ave          125 Route 110          404 Theodore Fremd Ave
New York, New York         Farmingdale, New York  Rye, New York
10016                      11735                   10580
T 212.688.7230            T 631.694.2000          T 914.921.2340
F 212.688.7409           F 631.694.3003          F 914.921.2091

**Invoice**

Page 3 of 5
WALDNERS/FARMINGDALE

| 278259 | 07/31/07 | LAURA GRINI | 270747 | | ANNEMARIE GUERRA | |
|--------|----------|-------------|--------|--|------------------|--|

| | | | | | |
|--|--|--|--|--|--|
| 14 | 2.00 | E91903          STEELCASE<br>BRACKET-WORKSURFACE,FLUSH<br>MOUNT,ALL DEPTHS<br>Tag For: LH P TOP | | 10.07 | 20.14 |
| 15 | 1.00 | EESM1690WL          STEELCASE<br>SERVICE MODULE-WOOD,6 DOORS,3<br>LOCKS,15-1/8X90<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>LOCK     :9201 POLISHED CHROME<br>KEYS     :SK PLUG<br>Tag For: LH P TOP | | 1,874.00 | 1,874.00 |
| 16 | 1.00 | LSB40K          STEELCASE<br>LIGHT-SHELF,ELEK BALLAST,32<br>WATT,LAMP,9' CORD,49W | | 155.29 | 155.29 |
| 17 | 1.00 | EETB2390          STEELCASE<br>TACKBOARD-90W SERV MOD APPL,<br>90X23-3/4<br>TKBD     :Y170 TAUPE<br>Tag For: LH P TOP | | 191.86 | 191.86 |
| 18 | 1.00 | EEEP2510FLW          STEELCASE<br>END PANEL-FREESTANDING,LH,10H<br>FLUSH BP APPL,WOOD,25X1-1/4X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For: LH P TOP | | 127.73 | 127.73 |
| 19 | 1.00 | EEEP2510FRW          STEELCASE<br>END PANEL-FREESTANDING,RH,10H<br>FLUSH BP APPL,WOOD,25X1-1/4X27<br>BASIC    :3712 FC/OP NATURAL WALNUT<br>Tag For: LH P TOP | | 127.73 | 127.73 |
| 20 | 1.00 | EETPXR3065W          STEELCASE<br>END PANEL-T SHAPE,EXTENDED,RH,<br>WOOD,30X40-3/4<br>BASIC    :3712 FC/OP NATURAL WALNUT<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>Special: to be an L-shaped end panel<br>with shortened<br>end panel facing visitor and attaching<br>to modesty<br>panel for use on 65"w right hand P-top.<br>Tag For: LH P TOP | | 765.32 | 765.32 |
| 21 | 1.00 | EEK4867          STEELCASE<br>PANEL-CENTER SUPPORT,WOOD,<br>15X1-1/4X27 | | 116.60 | 116.60 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

Remit To: Waldner's Business Environments, Inc., P.O. Box 9009, Farmingdale, NY 11735-0904

**Waldners**
**Business**
**Environments**
www.waldners.com

715 Lexington Ave
New York, New York
10016
T 212.355.3700
F 212.366.7699

120 Route 110
Farmingdale, New York
11735
T 631.844.3300
F 631.694.3600

401 Theodore Fremd Ave
Rye, New York
10580
T 914.921.5500
F 914.921.0991

**Invoice**

Page 4 of 5
WALDNERS/FARMINGDALE

| 278259 | 07/31/07 | LAURA GHINI | | 270747 | | | ANNEMARIE GUERRA |
|--------|----------|-------------|--|--------|--|--|------------------|

|  |  | BASIC   :3712 FC/OF NATURAL WALNUT |  |  |
|--|--|--|--|--|
|  | Tag For: | LH P TOP |  |  |
| 22 | 1.00 | EE30619L          STEELCASE<br>PEDESTAL-WOOD, 2 DWRS, LATERAL<br>FILE, FACE LOCK 15X30X27<br>BASIC   :3712 FC/OF NATURAL WALNUT<br>LOCK    :9201 POLISHED CHROME<br>KEYS    :SK PLUG<br>OPTIONS   * * OPTIONS * *<br>WOOD FRT    *OPT:WOOD FRONTS & PULLS<br>E050         RAIL PULL/WOOD FRONT<br>PULL         PULL<br>NICKEL       *PULL:NICKEL<br>9211         NICKEL | 809.31 | 809.31 |
|  | Tag For: | LH P TOP |  |  |
| 23 | 1.00 | EE30341L          STEELCASE<br>PEDESTAL-WOOD, 2 BOX/1FILE DWR,<br>LH, 15X15X27<br>BASIC   :3712 FC/OF NATURAL WALNUT<br>LOCK    :9201 POLISHED CHROME<br>KEYS    :SK PLUG<br>OPTIONS   * * OPTIONS * *<br>WOOD FRT    *OPT:WOOD FRONTS & PULLS<br>E050         RAIL PULL/WOOD FRONT<br>PULL         PULL<br>NICKEL       *PULL:NICKEL<br>9211         NICKEL | 579.29 | 579.29 |
|  | Tag For: | LH F TOP |  |  |
| 24 | 1.00 | EEPL3065WW          STEELCASE<br>WORKSURFACE-P TOP, LH, WOOD,<br>WATERFALL PROFILE, 30X42X65<br>BASIC   :3712 FC/OF NATURAL WALNUT<br>COLUMN  :4799 PLATINUM METALLIC<br><br>WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OF<br>METALLIC<br>*COLUMN:METALLIC PAINT<br>4799<br>PLATINUM<br>* * *<br>------<br>SPECIAL TO BE COPED ON RIGHT SIDE,<br>WATERFALL EDGE | 1,096.04 | 1,096.04 |
|  | Tag For: | LH F TOP |  |  |
| 25 | 1.00 | EEW2090WW          STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD, 20X90<br>BASIC   :3712 FC/OF NATURAL WALNUT | 631.76 | 631.76 |

**A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES**

Resell Tel Waldner's Business Environments, Inc., P.O. Box 9000, Farmingdale, NY 11735-0904

**Waldners**
**Business**
**Environments**
www.waldners.com

715 Lexington Ave
New York, New York
10016
T 212.599.7400
F 212.599.7400

720 State 110
Farmingdale, New York
11735
T 631.844.3000
F 631.394.3000

441 Theodore Fremd Ave
Rye, New York
10580
T 914.921.2000
F 914.921.2001

# Invoice

Page 5 of 5
WALDNERS/FARMINGDALE

| 278259 | 07/31/07 | LAURA GRINI | 270747 | | ANNEMARIE GUERRA |
|--------|----------|-------------|--------|---|------------------|

| | | | | | |
|------|------|-----------------------------------------------------------------------------------------------|---|----------|----------|
| | | WOOD<br>*BASIC:WOOD<br>3712<br>NATURAL WALNUT/OP<br>***<br>----<br>SPECIAL WIDTH: 95"<br>SPECIAL TO BE COPED ON LEFT SIDE,<br>WATERFALL EDGE | | | |
| | Tag For: | LN F TOP | | | |
| 26 | 1.00 | KBW259DWW          STEELCASE<br>WORKSURFACE-WATERFALL PROFILE,<br>WOOD,25X90<br>BASIC    :3712 FC/OP NATURAL WALNUT | | 531.59 | 531.59 |
| | Tag For: | LN F TOP | | | |
| 28 | 4.00 | GROMMETS          WAL<br>GROMMETS | | 12.00 | 48.00 |
| 29 | 1.00 | LABOR          TOPS<br>INSTALLATION ON OVERTIME of 3 WOOD<br>OFFICES | | 5,750.00 | 5,750.00 |
| | | | Sub Total | | 24,828.10 |
| | | | WAL  DELIVERY ON OVERTIME | | 41,165.00 |
| | | | NON TAXABLE-NEW YORK ONLY | | 0.00 |
| | | | Please Pay This Amount: | | 25,993.10 |

********End of Invoice********

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES

Remit To: Waldner's Business Environments, Inc., P.O. Box 9009, Farmingdale, NY 11735-9094

# Waldner's
Business
Environments
www.waldners.com

| 255 Lexington Ave<br>New York, New York<br>10016<br>T 212.753.7200<br>F 212.684.7600 | 123 Route 110<br>Farmingdale, New York<br>11735<br>T 631.344.8200<br>F 631.694.3605 | 401 Theodore Fremd Ave<br>Rye, New York<br>10580<br>T 914.921.5300<br>F 914.921.5094 |
|---|---|---|

## Invoice

Page 1 of 1

WALDNERS/FARMINGDALE

| 278523 | 08/07/07 | SO 270445 | 270545 | | ANNEMARIE GUERRA |
|---|---|---|---|---|---|

**SOLD TO:** OLGA STEFFENS
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

P: 1.631.622.5772

**SHIP TO:** OLGA STEFFENS
AMERICAN HOME MORTGAGE
538 BROADHOLLOW ROAD
Melville, NY 11747

P: 1.631.622.6332

**Terms:** NET 20 DAYS          N02251          270445 TAX NO: Suffolk County IDA Cert.

| 1 | 1.00 | BSL4W          STEELCASE<br>FILE-LATERAL, FREESTANDING, 4<br>DRAWERS, LOCK, WOOD, 25X30X50-1/2<br>BASIC   :3712 FC/OP NATURAL WALNUT<br>LOCK    :9250 EMBER CHROME<br>KEYS    :5K RAND<br>OPTIONS   * * OPTIONS * *<br>WOOD FRT  *OPT:WOOD FRONTS & PULLS<br>R050          RAIL PULL/WOOD FRONT<br>PULL          PULL<br>NICKEL        *PULL:NICKEL<br>9211          NICKEL | 3,015.00<br>1,628.10<br>46.00% | 3,015.00 |

| | | |
|---|---|---|
| Sub Total | | 3,015.00 |
| Less 46% | | -1,306.90 |
| WAL DELIVERY | | $75.00 |
| NON TAXABLE-NEW YORK ONLY | | 0.00 |
| Please Pay This Amount: | | 1,703.10 |

******End of Invoice******

A MONTHLY SERVICE CHARGE OF 1.5% (18% PER ANNUM) WILL BE CHARGED ON ALL PAST DUE ACCOUNT BALANCES