# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 11** |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| ------------------------------------------------------X | | |
| WALDNER'S BUSINESS ENVIRONMENTS | ) | |
| INC., | ) | |
| Plaintiff, | ) | |
| -against- | ) | Adv. Pro. No. 07-51697 (CSS) |
| | ) | |
| AMERICAN HOME MORTGAGE CORP., | ) | |
| | ) | |
| Defendant. | ) | Related to Docket No. _____ |
| ------------------------------------------------------X | | |

**ORDER SHORTENING NOTICE AND SCHEDULING EMERGENCY HEARING WITH RESPECT TO EMERGENCY MOTION OF WALDNER'S BUSINESS ENVIRONMENTS, INC. FOR ENTRY OF AN ORDER COMPELLING DEBTOR TO COMPLY WITH ORDER APPROVING STIPULATION OF SETTLEMENT AND RETURN RECLAIMED GOODS**

Upon the motion (the "Motion to Shorten"), pursuant to § 102 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et. seq.* (the "Bankruptcy Code") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), to (1) shorten the notice period under Local Rule 9006-1(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") with respect to the Emergency Motion (the "Emergency Motion") For Entry of an Order Compelling Debtor to Comply with Order Approving Stipulation of Settlement and Return Reclaimed Goods; or Granting Other Relief; and (2) with respect to the Emergency Motion, schedule a: (a) telephonic hearing the morning of January 31, 2008; or (b) hearing before the Court on February 1, 2008 at 11:00 a.m.; and no party having objected to the relief sought by the Motion to Shorten; and the

Court having determined that Waldner's has set forth good and valid reasons for the relief sought by the Motion to Shorten; it is hereby

ORDERED, that the notice proposed by Waldner's in the Motion to Shorten is sufficient, and no further notice is needed; and it is further

ORDERED, that an emergency hearing on the Emergency Motion is scheduled for _____, 2008 at _____.

Wilmington, Delaware
Dated: _____, 2008

                                                                            _____
                                                                            United States Bankruptcy Judge