UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Patrick J. Reilley, Esquire of Saul Ewing LLP hereby certify that on January 30, 2008 service of the foregoing **Motion to Shorten Notice and Request for Emergency Hearing With Respect to Emergency Motion of Waldner's Business Environments, Inc. for Entry of an Order Compelling Debtor to Comply With Order Approving Stipulation of Settlement and Return Reclaimed Goods; or Granting Other Relief** was made on the parties on the attached service list in the manner indicated.

_____
Patrick J. Reilley (No. 4451)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

556107.1 1/30/08

**AMERICAN HOME MORTGAGE HOLDINGS, INC.,** *et al.*
Service List - *Motion to Shorten Notice and Request for Emergency Hearing With Respect to Emergency Motion of Waldner's Business Environments, Inc. for Entry of an Order Compelling Debtor to Comply With Order Approving Stipulation of Settlement and Return Reclaimed Goods; or Granting Other Relief*

**Via Hand Delivery:**
Curtis Crowther, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE  19899

Joseph M. McMahon, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE  19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

Laurie S. Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

Victoria Counihan, Esquire
Sandra Selzer, Esquire
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801

**Via Electronic Mail and First Class U.S. Mail:**
Mark Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY  10022

Margot B. Schonholtz, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022-3596

Erica Ryland, Esquire
Corinne Ball, Esquire
I. Lewis Grimm, Esquire
Jones Day
222 East 41st Street
New York, NY  10017