# EXHIBIT A

In re Aegis Mortgage Corp., Case No. 07-11119-BLS (Chap. 11)

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 2675 | Regions Mortgage, Inc. | 513 English Avenue<br>Atlanta, GA 30318 |
| 2676 | Regions Mortgage, Inc. | 153 Keene Road<br>Richland, WA 99352 |
| 2677 | Wells Fargo Bank, N.A. | 6969 Fairway St.<br>Dearborn Heights, MI 48127 |
| 2678 | Wells Fargo Bank, N.A. | 4691 W. Maple<br>Bloomfield Hills, MI 48301 |
| 2679 | Regions Mortgage, Inc. | 641 East 87th Street<br>Brooklyn, NY 11236 |
| 2680 | Regions Mortgage, Inc. | 2648 Shannon Drive<br>Mound, MN 55364 |
| 2681 | Regions Mortgage, Inc. | 1433 NE 5 Avenue<br>Fort Lauderdale, FL 33304 |
| 2682 | Regions Mortgage, Inc. | 7625 Tryall Drive<br>Hialeah, FL 33015 |
| 2668 | Regions Mortgage, Inc. | 9670 Osprey Isles Blvd.<br>West Palm Beach, FL 33412 |
| 2669 | Regions Mortgage, Inc. | 6037 Country Estates Drive<br>Lake Worth, FL 33467 |
| 2670 | Regions Mortgage, Inc. | 1205 NE 188th Place<br>Gresham, OR 97230 |
| 2671 | Regions Mortgage, Inc. | 12620 NW 12th Court<br>Sunrise, FL 33323 |
| 2672 | Regions Mortgage, Inc. | 280 NE 78th St.<br>Miami, FL 33138 |
| 2673 | Regions Mortgage, Inc. | 50 SW 132 Ave<br>Miami, FL 33284 |
| 2674 | Regions Mortgage, Inc. | 10873 Windsor Walk Drive, Unit#4-302<br>Orlando, FL 32837 |
| 2667 | Regions Mortgage, Inc. | 829 Putnam Avenue<br>Brooklyn, NY 11221 |
| 2666 | Regions Mortgage, Inc. | 7433 W. 60th Place<br>Summit Argo, IL 60501 |
| 2701 | Alpine Lumber Co. | Lot 28, Belmont Farms, Phase One, County of Weld, State of Colorado |