Frank C. & Nora M. Estes
3738 E. Eugie Avenue
Phoenix, Arizona 85032-6241
Ph. 602-923-3262
In Propria Personna

FILED
2008 JAN 28  AM 10: 46
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES HOUSING AND URBAN DEVELOPMENT
600 Harrison Street, Third Floor
San Francisco, California 94107

| | |
|---|---|
| Frank C. & Nora M. Estes, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>American Home Mortgage Service )<br>P. O. Box 631730 )<br>Irving, Texas 75063, )<br>)<br>Defendant. )<br>) | Case No. <u>07-11053 UNDER<br>07-11047 (CSS)</u><br><br>**OBJECTIONS TO VOLUNTARY<br>CHAPTER 11 PETITION IN THE<br>BANKRUPTCY COURT OF THE<br>DISTRICT OF DELAWARE**<br><br>Exceptions to Discharge |

Pursuant to 11 U.S.C. Section 523(a)(2), Plaintiffs demand close examination of circumstances to determine whether or not American Home Mortgage Service should be granted discharge of assumed and stated debts according to the following:

1. Debts incurred on the basis of fraudulent acts.

2. Debts incurred from embezzlement, larceny, or breach of trust (as under fiduciary duty). See 11 U.S.C. Sec. 523(a)(4).

3. Copies of material attached to substantiate the above.

    a.    April 17, 2007:    Good Faith Estimate

|   |   |   |   |
|---|---|---|---|
| | b. | April 26, 2007: | Copy Certification (unauthorized and unknown by Mrs. Estes) |
| | c. | May 03, 2007: | Complaint Filed regarding Mortgage Documents not provided |
| | d. | May 19, 2007: | Complaint to Cody Price, Morgan Capital, regarding missing documents |
| | e. | July 12, 2007: | Copy Certification (unauthorized and unknown by Mrs. Estes) |
| | f. | August 04, 2007: | Complaint to Camelback Title Agency concerning copy of Warranty Deed not received) |
| | g. | August 09, 2007: | Letter from Camelback Title Agency acknowledging fraudulent manner in which some documents were notarized |
| | h. | September 16, 2007: | Formal Complaint Against American Home Mortgage and Cody Price |
| | i. | October 04, 2007: | Demand for Damages and Remuneration In re Acct. #1001740135 & Loan #0001740135 |
| | j. | October 15, 2007: | Payoff Statement |

American Home Mortgage Service company and Cody Price, Morgan Capital, among other dereliction of duties under Bankruptcy standards, notarized certain loan documents without authorization from Mrs. Estes while failing to provide Mrs. Estes with copies of all loan documents before the three-day period expired in order for her to review, evaluate, and approve or refuse the acceptance of all loan documents. This alone represents a gross dereliction of duties by all who represented American Home Mortgage Service.

| | |
|---|---|
| 1 | |
| 2 | WHEREFORE, Plaintiffs Frank C. Estes, Sr. and Nora M. Estes hereby respectfully request the concerned Judge in this matter to award identified monetary losses to the plaintiffs. |

DONE this __21__ day of January, 2008.

_Frank C. Estes, Sr._
Frank C. Estes, Sr., Plaintiff

_Nora M. Estes_
Nora M. Estes, Plaintiff

STATE OF ARIZONA        )
                        ) ss
County of Maricopa      )

Subscribed and sworn to before me this __21__ day of January, 2007.

_[signature]_
NOTARY PUBLIC IN AND FOR THE STATE OF ARIZONA, COUNTY OF MARICOPA

My Commission Expires: __May 4, 2009__



OFFICIAL SEAL
HARRY JON SAXEN
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires May 4, 2009