1  Frank C. & Nora M. Estes
2  3738 E. Eugie Avenue
   Phoenix, Arizona 85032-6241
3  Ph. 602-923-3262
4  In Propria Personna



## IN THE UNITED STATES BANKRUPTCY COURT
## CLERK OF THE COURT
824 Market Street, 5th Floor, Wilmington, Delaware 19801

| | |
|---|---|
| Frank C. & Nora M. Estes,       ) | |
|                                 ) | |
|          Plaintiffs,            ) | Case No. _____ |
|                                 ) | |
|   vs.                           ) | |
|                                 ) | |
| American Home Mortgage Service ) | |
| P. O. Box 631730                ) | NOTICE OF SERVICE |
| Irving, Texas 75063,            ) | |
|                                 ) | By: Young/Conway/Stargatt/Taylor, LLP |
|          Defendant.             ) | 1000 West Street, 17th Floor |
|                                 ) | Wilmington, Delaware 19801 |
| _____) | [Counsel for Debtors] |

### SUGGESTION OF BANKRUPTCY

Pursuant to A.R.S. 12-1703(B), the undersigned gives notice that a copy of "Objections to Voluntary Chapter 11 Petition in the Bankruptcy Court of the District of Delaware" has been mailed to American Home Mortgage Service at the address shown on the subject document and representing Counsel.

We declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on the following date.

DATED this 22nd day of January, 2008.

Frank C. Estes, Sr. _____  Nora M. Estes _____

1  **COPIES PROVIDED TO:**

2

3  David D. Bird, Judge
   Clerk of the Court

4  U.S. Bankruptcy
   824 Market Street, 5th FL

5  Wilmington, Delaware 19801

6
   Robert S. Brady, et. al.

7  The Brandywine Building
   1000 West Street, 17th FL

8  Wilmington, Delaware 19801

9
   American Home Mortgage Service

10 P. O. Box 631730
   Irving, Texas 75063

11

12 United States Housing & Urban Development
   600 Harrison Street, Third Floor

13 San Francisco, California 94107

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28