Frank C. & Nora M. Estes
3738 E. Eugie Avenue
Phoenix, Arizona 85032-6241
Ph. 602-923-3262
*In Propria Persona*

UNITED STATES HOUSING AND URBAN DEVELOPMENT
600 HARRISON STREET, THIRD FLOOR
San Francisco, California 94107-1387

| | | |
|---|---|---|
| Frank C. & Nora M. Estes, | ) | |
| Plaintiffs, | ) | Case No._____ |
| vs. | ) | |
| | ) | **DEMANDS FOR** |
| | ) | **DAMAGES AND** |
| American Home Mortgage Service | ) | **REMUNERATION** |
| P. O. Box 631730 | ) | |
| Irving, Texas 75063-1730, | ) | |
| Defendants. | ) | Acct. No. 1001740135 |
| | ) | Loan # 0001740135 |

## COMPLAINT

Comes now the Plaintiffs Nora M. Estes and Frank C. Estes, Sr. and file this complaint against American Home Mortgage Service, P. O. Box 631730, Irving, Texas 75063, and in support thereof, would show the following, to wit:

[1]

That the Plaintiffs are adult residents of Maricopa County and that said registered voters of Maricopa County, Arizona, have resided in Phoenix, Arizona for some 20 years.

[2]

That although the Defendant, American Home Mortgage Service, Irving,

Texas, is domiciled in the state of Texas, the Defendant is subject to the jurisdiction of the State of Arizona by the fact that business is conducted by American Home Mortgage Service in the state of Arizona on a daily basis.

[3]

Jurisdiction is legally defined as the power of a court to take cognizance of, hear, and determine a cause, as well as the power to render and enforce judgment in such cause. Jurisdiction is further derived from the United States Congress and State legislatures. Accordingly, jurisdiction assumed and utilized by the U. S. Housing and Urban Development is derived from Federal and State statutes and regulations as published and enforced. The following citation of authorities are listed to exemplify specific authorities assumed and enforced:

1. 54 FR 3232 Implementation of the Fair Housing Amendments Act of 1988.

2. 24 CFR 103.500 Prompt Judicial Action

3. 24 CFR 100.1, Authority, issued by HUD to administer and enforce Title VIII of the Civil Rights Act of 1968 and 42 USC 2000d

4. 24 CFR 107.60, Sanctions and Penalties, pursuant to failures and refusal to comply with Executive Order 11063

5. 24 CFR 107.35, Complaints, HUD Regulations

6. 24 CFR 103.201, Service of Notice on Aggrieved Person

7. 24 CFR 100.147, Adjudication

8. 24 CFR 100.143, Appropriate Corrective Action

9. 24 CFR 100.135.205, Systemic Processing

10. 42 USC 3535(d), 112 Stat. 2461, Fair Housing Enforcement

11. 24 CFR 100.50, Real Estate Practices Prohibited

## COUNT ONE

[4]

We were not properly instructed that we had three days to change our minds following the certification of loan documents. In fact, not all original copies of the loan documents were provided for us to have had time to adequately review each document. We are not aware of whether or not it was Cody Price, the salesman representing Morgan Capital; the Camelback Title Company; or the American Home Mortgage Servicing Company, who was to blame. That is, copies of all loan documents were not provided until we had written a letter threatening to complain. By then, it was too late to take appropriate formal action regarding mistakes and errors we subsequently discovered.

## COUNT TWO

[5]

It was definitely not explained to us that the principal balance would be increased from $171,691.29 to $172,388.19 to $173,090.75 to $173,799.02. Had we been advised that this would occur, we would not have approved of the loan. Nothing we could have done, short of refinancing, could have stopped American Home Mortgage Service Company from fraudulently collecting this money on a monthly basis. Thus far, we have also had to pay the following appraisals costs in search of another mortgage company for refinancing: $415.00, $285.00, and $315.00 = $1,015.00.

## COUNT THREE

[6]

Mr., Price, Salesman, representing Morgan Capital, 60 E. Rio Salado

Parkway, 9th Floor, Tempe Town Lake, Tempe, Arizona 85281, assured us that the interest rate of some 3% would be in effect for three years, and that this matter would be written into the contract. Somehow (after we received copies of all loan documents days later) we found the figure of 9.75% interest rate was entered into the contract by pencil. This was definitely contrary to our agreement that the loan would be based on 6% APR (which is what we had in our previous mortgage) so why on earth would we go from 6% to a 9.75% APR? This was one item that we were very upset about, especially since we were not appropriately notified of a higher interest rate during the original signing and initialing of documents.

## COUNT FOUR

[7]

When final copies of all loan documents were in fact received, we found that one of the pages requiring the signature of Nora M. Estes had already been notarized as if Mrs. Estes had authorized the Notary to sign for her, which was not the case whatsoever. This was brought to the attention of Camelback Title Company whereupon a re-signing was later re-accomplished by Mrs. Estes. This event, sadly, added to our total suspicion and mistrust of individuals involved in the refinancing of our home.

Perhaps if the three day notice had been provided, along with complete loan documents, the financial grievance being suffered by the Petitioners would not have occurred.

COUNT FIVE

[8]

Wherefore, financial damages have accrued to the Petitioners in the amounts of $2,107.73 as fraudulent withdrawals against the principal and $1,015.15 as appraisal costs for a total of $3,122.88.

The U.S. Housing and Urban Development Authority is herewith charged to fully investigate the aforesaid company and individual in hopes that the petitioners may be refunded full $3,122.88 for fraudulent acts conducted by the defendants.

DONE THIS 4th day of October, 2007.

_____        _____
Frank C. Estes, Sr., Petitioner                    Nora M. Estes, Petitioner


SUBSCRIBED AND SWORN to before me this 4th day of October, 2007.



_____
NOTARY PUBLIC IN AND FOR
THE STATE OF ARIZONA,
MARICOPA COUNTY.

My Commission Expires: JULY 28, 2011

September 16, 2007

Director
U.S. Dept. of Housing & Urban Development
600 Harrison Street, 3rd Floor
San Francisco, California 94107-1387

In re: **FORMAL COMPLAINT AGAINST:**

| | |
|---|---|
| American Home Mortgage Servicing<br>P. O. Box 631730<br>Irving, Texas 75063-1730 | Acct. 1001740135 |
| Cody Price, Branch Manager<br>Morgan Capital<br>60 E. Rio Salado Pkwy<br>9th Floor, Tempe Town Lake<br>Tempe, Arizona 85281 | Loan # 0001740135 |

Dear Sir:

We am writing to file a formal complaint against the above agency and individual due to the manner in which we were misled in the process of our loan, i.e., what was told to us as the loan was being processed did not match what was finally written in the loan documents. To wit:

(1) It was not explained to us that our principal balance would be increased from $171,691.29 to $172,388.19 to $173,090.75 to $173,799.02. Had we known this, we definitely would not have approved the loan. And it appears like American Home Mortgage Servicing will continue the practice of increasing the principal balance until someone stops them.

(2) We were also not properly advised that we would be required to pay a penalty for leaving American Home Mortgage Servicing, an amount which would deprecate whatever we have left in funds.

(3) I am also enclosing a copy of a letter written to the Camelback Agency regarding missing initials and signatures on various pages. The manner in which the loan was processed and documents provided in a timely fashion was conspicuously at the root of all errors eventually discovered in the mortgage document.

(4) We had the utmost trust in Cody Price as salesman and did not suspect that his assurances would not come true. For instance, Mr. Price assured us that the interest rate of some 3% would be charged for three years, and that it would be written into the contract. Somehow, however, a figure of some 9.75% was found hidden on an appropriate blank found in the middle of the contract. In our discussions with Mr. Price, we were adamant in wanting an interest rate of somewhere around 6% or 7% (which is what we had with our previous mortgage), so why would we want the interest rate of 9.76%?

(5) When we received copies of the mortgage the first time, many pages missing and not initialed by my spouse or me. We found a certain page also signed and notarized by a Notary Public for my spouse Nora M. Estes. My spouse, however, did not authorize anyone to sign for her in any of these transactions.

WHEREFORE, {1} It is strongly recommended that HUD will issue an injunction against American Home Mortgage Servicing and its agents and Cody Price from continuing to harm others in the manner set out above.
{2} It is also recommended that American Home Mortgage Servicing be directed to refund the excess amounts of Principal Balance to Frank C. and Nora M. Estes.

Your prompt and full response to this complaint will be most appreciated.

        Respectfully yours,

        Frank C. Estes, Sr.

        Nora M. Estes

August 9th 2007

Nora M. Estes
Frank C. Estes
3738 East Eugie Avenue
Phoenix, AZ 85032

Dear Mr. & Mrs. Estes,

In regards to your recent letter you're warranty deed has indeed been recorded and both parties are now on title. Our title department will send you the original deed but please note that it does take some time to receive. I will give you the confirmation number of 2007-0897060 that it has indeed been recorded. We needed to re-record the mistakes before with initialing and order certified copies. Everything has been taken care of at this point. As for ABC, they most likely have sold or will sell your loan. Once they do they will inform you who your new lender is with a letter and/or coupon book.

If you have any further please feel free to contact me at anytime (480) 585-8588. I hope all is well.

Sincerely,

Kelly Silva
Escrow Officer
Camelback Title Agency
9500 East Ironwood Square Drive 3125
Scottsdale, AZ 85258

August 4, 2007

Kelly Silva
Escrow Officer
CAMELBACK TITLE AGENCY
9600 E. Ironwood Square Dr.
Suite 125
Scottsdale, Arizona 85258

In re:   Escrow No. 00047734-050-KS1

Dear Ms. Silva:

    This is to acknowledge receipt of the subject Warranty Deed conveying said Deed to Nora M. Estes, spouse.  Unfortunately, we have not received the new Warranty Deed listing Frank C. Estes and Nora M. Estes.

    Our concern is that today we read in the newspaper that there are problems with American Brokers and we are confused.  It would be appreciated if your office could assure us that our title and deed remain secure.

    Your prompt reply will be most appreciated.

                                            Respectfully yours,

                                            Nora M. Estes

                                            Frank C. Estes, Sr.

STATE OF _Az_
COUNTY OF _Maricopa_ } SS:

This instrument was acknowledged before me this _12_ day of _July_, _2007_
by _Nora Estes ÷ Frank Estes Sr._

_____
Notary Public

My Commission Expires: _8.31.07_

BOBBIE JO RYBICKI
Notary Public - Arizona
Maricopa County
Expires 08/31/07

May 19, 2007

**Cody Price, Branch Manager
MORGAN CAPITAL
60 East Rio Salado Parkway
9th Floor, Tempe Town Lake
Tempe, Arizona 85281**

In re:  Loan No. 0001740135

Dear Mr. Price:

I continue to wait for the certified copies of the remaining documents I signed when we visited your office recently.  Please refer to the letter I had Frank write regarding such matters.

It has been suggested that I should consider contacting the Arizona State Real Estate Agency for assistance in obtaining such copies of documents we signed.

Your cooperation and assistance will be greatly appreciated.

Respectfully yours,

Nora M. Estes

May 3, 2007

Cody Price, Branch Manager
MORGAN CAPITAl
60 East Rio Salado Parkway
9th Fl., Tempe Town Lake
Tempe, AZ 85281



*Copies of mortgage doc. not provided.*

In re:  Loan No. 0001740135

Dear Mr. Price:

    Nora has been attempting to contact you via telephone but was unable to succeed. Consequently, she suggested that I write you.

    Please send us signed copies of the subject mortgage documents we negotiated in your presence during our recent visit with you. In addition, Nora wants to know why the difference between the amount of money deposited ($11,000) in our checking account and the amount you referenced ($13,000) during our conference. In addition, has the air conditioning unit been paid for, or does the amount need to come out of what you transferred to our checking account?

    You may call Nora or respond to us in writing. Thank you.

                                            Respectfully yours,

                                            Frank C. Estes, Sr.

STATE OF Arizona
COUNTY OF Maricopa   } ss:

This instrument was acknowledged before me this 26 day of April 2007 by Marisa M. Sesate for Nora Estes


OFFICIAL SEAL
MARISA M. SESATE
NOTARY PUBLIC-ARIZONA
PINAL COUNTY
My Comm. Expires Nov. 10, 2009

Marisa M. Sesate
Notary Public

My Commission Expires:

10 Nov 2009

# GOOD FAITH ESTIMATE

Lender: American Brokers Conduit
Address: 7310 N. 16th Street Suite 110
Phoenix, AZ 85020
Applicant(s): NORA M ESTES

Property Address: 3738 EAST EUGIE AVENUE
Phoenix, AZ 85032

Sales Price:
Base Loan Amount: 171,000.00
Total Loan Amount: 171,000.00
Type of Loan: Conventional
Date Prepared: 04/17/2007
Rate: 2.750%    Term: 360 mos

The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates - the actual charges may be more or less. Your transaction may not involve a fee for every item listed.

The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 or HUD-1A settlement statement that you will be receiving at settlement. The HUD-1 or HUD-1A settlement statement will show you the actual cost for items paid at settlement.

### 800  ITEMS PAYABLE IN CONNECTION WITH LOAN:
| | | |
|---|---|---|
| 801 | Loan Origination Fee   (      %) | $ |
| 802 | Loan Discount Fee      (      %) | $ |
| 803 | Appraisal Fee | $ |
| 804 | Credit Report | $ |
| 805 | Lender's Inspection Fee | $ |
| 806 | Mortgage Insurance Application Fee | $ |
| 807 | Assumption Fee | $ |
| 808 | Mortgage Broker Fee | $ |
| 809 | CLO Access Fee | $ |
| 810 | Tax Related Service Fee | $ |
| 813 | Underwriting Review | $ 275.00 |
| 820 | Broker Fee | $ 1,709.99 |
| 823 | Broker Processing Fe | $ 459.00 |
| 824 | WIRE | $ 60.00 |
| | Yield Spread Premium   $0 - $6,840.00 | |

### 900  ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE:
| | | |
|---|---|---|
| 901 | Interest for 15 day @ $ 13.063 per day | $ 195.94 |
| 902 | Mortgage Insurance Premium | $ |
| 903 | Hazard Insurance Premium | $ |

### 1000  RESERVES DEPOSITED WITH LENDER:
| | | |
|---|---|---|
| 1001 | Haz Ins Prem        @$ 77.35 | $ |
| 1004 | Tax & Assmt Res  3.00  @$ 84.84 | $ 254.52 |

### 1100  TITLE CHARGES:
| | | |
|---|---|---|
| 1101 | Settle/Close/Escrow Fee | $ 375.00 |
| 1102 | Abstract or Title Search | $ |
| 1103 | Title Examination | $ |
| 1104 | Title Insurance Binder | $ |
| 1105 | Document Preparation Fee | $ |
| 1106 | Notary Fee | $ 60.00 |
| 1107 | Attorney Fees | $ |
| 1108 | Title Insurance | $ 900.00 |
| 1119 | Settle. Agent Doc Prep | $ 30.00 |

### 1200  GOVERNMENT RECORDING & TRANSFER CHARGES:
| | | |
|---|---|---|
| 1201 | Recording Fees: | $ |
| 1202 | City/County Tax/Stamps: | $ |
| 1203 | State Tax/Stamps: | $ |

### 1300  ADDITIONAL SETTLEMENT CHARGES:
| | | |
|---|---|---|
| 1301 | Survey | $ |
| 1302 | Pest Inspection | $ |
| 1303 | Funding Fee | $ 275.00 |
| 1305 | Tax Service | $ 92.00 |
| 1306 | Flood Hazard Fee | $ 19.00 |

TOTAL ESTIMATED SETTLEMENT CHARGES   $ 4,705.45

"L" designates those costs to be paid by Lender.

### TOTAL ESTIMATED FUNDS NEEDED TO CLOSE:
Downpayment Cash to borrower   $ 35,485.00-

### TOTAL ESTIMATED MONTHLY PAYMENT:
Principal & Interest   $ 569.86