# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
## #6

Calendar Date: 01/31/2008
Calendar Time: 05:00 PM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | ✓ | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 2067071 | Bonnie Fatell | 302-425-6400 ext. 00 | Blank Rome LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | ✓ | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 2066508 | Matthew Spero | 516-663-6600 ext. 00 | Ruskin Moscou Faltischek P.C. | Creditor, Waldner's Business Environments Inc. / LIVE |
| | ✓ | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 2066605 | Patrick Reilley | 302-421-6885 | Saul Ewing LLP | Creditor, Waldner's Business Environments Inc. / LIVE |
| | ✓ | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 2066924 | Laurie Selber Silverstein | 302-984-6000 | Potter Anderson & Corroon LLP | Creditor, Bank of America / LIVE |
| | ✓ | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 2066614 | Harold Berzow | 516-663-6596 ext. 00 | Ruskin Moscou Faltischek P.C. | Creditor, Waldner's Business Environments Inc. / LIVE |
| | ✓ | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 2066926 | Nicholas Cremona | 212-836-7189 | Kaye Scholer LLP | Creditor, Bank of America / LIVE |
| | ✓ | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 2066676 | Mark Indelicato | 212-478-7320 | Hahn & Hessen | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | ✓ | American Home Mortgage Holdings, Inc. | 07-11047 | Hearing | 2066611 | John Dorsey | 302-571-6712 | Young, Conaway Stargatt & Taylor | Debtor, American Home Mortgage Holdings, Inc. / LIVE |