# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. |
| **Case Number:** | 07-11047-CSS    **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, FEBRUARY 01, 2008 11:00 AM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | NICKITA BARKSDALE |

### Matters:

1) Omnibus
   **R / M #:**   0 / 0

2) **ADV: 1-07-51688**
   **Ahmad Rasheed vs American Home Mortgage Corp.**
   Motion for Class Certification
   **R / M #:**   0 / 0

### Appearances:

See attached sign-in sheet

### Proceedings:

Hearing Matters

   Hearing held.
      Agenda Items:
         30. Order signed
         32. Order signed
         33. Order signed
         34. Order signed