SIGN-IN-SHEET

CASE NAME: American Home Mortgage
CASE NO.: 07-11047 (CSS)
ADV. NO.: 07-51688

COURTROOM LOCATION: Courtroom 6
DATE: February 1, 2008 @ 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Fred Neufeld (telephonic) Robert J. Moore (telephonic) | Milbank, Tweed, Hadley & McCloy | ABN AMRO Bank |
| Scott Talmadge (telephonic) Margot Schonholtz (telephonic) | Kaye Scholer | Bank of America |
| Mary Olsen (telephonic) Michael McCrary (telephonic) | The Gardner Law Firm | Kathy Cateham Kotch, et al |
| Mark Indelicato | Hahn & Hessen | Committee |
| Mark Power | " | " |
| Bonnie Fatell | Blank Rome | " |
| Scott Talmadge | Kaye Scholer | Bank of America |
| Laurie Silverstein | Potter Anderson | Bank of America |
| Rene Roupinian | Outten + Golden | Kathy Kotch, et al |
| Matthew McGuire | Landis Rath + Cobb | JPMorgan Chase |
| Matthew Lunn | YCST | Debtors |
| Sean Beach | YCST | Debtors |
| Scott Holt | YCST | Debtors |
| Shane Reil | YCST | Debtors |

# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NO.:** 07-11047 (CSS)
**COURTROOM LOCATION:** Courtroom 6
**DATE:** 2/1/08 @ 11 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Don Baumstein | Victoria Counihan | (CSS) |
| Christina Thompson | Greenberg Traurig LLP | Debtors |
| Toby Schultz | Connolly Bove Lodge & Hutz | Northwest Trustee Services Inc. |
| Jim Huggett | Wolf Block | Wells Fargo Bank, N.A. |
| Meg Kelly | Margolis Edelstein | Koch / WilmerHale IT's |
| Joseph J. McMahon, Jr. | USDOJ | U.S. Trustee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

2