## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE HOLDINGS, | : Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, | : |
| | : Jointly Administered |
| Debtors. | : **Related to Docket Nos. 2391, 2392, 2394,** |
| | : **2403, 2646, 2617, 2653** |
| | : |

### ORDER ALLOWING AND APPROVING UNDISPUTED FEES AND COSTS CONTAINED IN APPLICATIONS OF NORTHWEST TRUSTEE SERVICES, INC. FOR ALLOWANCE AND APPROVAL OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FORECLOSURE PROFESSIONALS TO THE DEBTORS-IN-POSSESSION

Upon consideration of (i) the fee requests of Northwest Trustee Services, Inc. ("NWTS") set forth on Exhibit A attached hereto, for allowance of compensation and reimbursement of expenses ("Fee Requests"), (ii) the limited objections ("Objections") filed by the above-captioned debtors ("Debtors") and the Official Committee of Unsecured Creditors ("Committee") to the allowance and payment of alleged Pre-Petition Foreclosure Costs (as such term is defined in the Objections) requested in the Fee Requests, and (iii) the interim resolution reached by the parties with respect to the Fee Requests and the Objections; and it appearing to the Court that all of the requirements of section 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure, have been satisfied; and it further appearing that the fees and costs allowed herein were reasonable and necessary; and that notices of the Fee Requests were adequate and proper; and after due deliberation and sufficient good cause appearing therefor; it is hereby


ORDERED, that interim allowance of compensation to NWTS in the amount of $213,417.50 ("Allowed Fees") is hereby granted. As detailed on Exhibit A to this Order, the Allowed Fees represents 100% of the fees sought by NWTS for the first quarterly interim period of August 6, 2007 through October 31, 2007 ($118,017.50), and 80% of the fees sought by NWTS for the monthly period of November 1, 2007 through November 30, 2007 ($95,400.00).

ORDERED, that interim allowance of the reimbursement of reasonable and necessary costs to NWTS in the amount of $264,158.03 ("Undisputed Costs") is hereby granted. As detailed on Exhibit A to this Order, the Undisputed Costs represent 100% of the foreclosure costs sought by NWTS in the Fee Requests that have not been objected to by the Debtors and the Committee.[1]

ORDERED, that all issues concerning the remaining amount of foreclosure costs sought by NWTS in the Fee Requests are hereby adjourned to the next regularly scheduled quarterly fee hearing.

ORDERED, that the Debtors are authorized and directed to promptly remit [*subject to the reservation of rights set forth on the record at the January 14, 2008 hearing by the Debtors, Committee and All Mortgage Acquisition Co., LLC*] payment to NWTS in the amount of $477,575.53 (i.e., the Allowed Fees plus the Undisputed Costs), which represents the total amount of Allowed Fees and Undisputed Costs allowed, within twenty (20) days of the entry of this order or as soon thereafter as reasonably practicable.

IT IS SO ORDERED this 1st day of February, 2008.

*/s/ Christopher S. Sontchi*
HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

---

[1] NWTS has represented to the Debtors and the Committee that none of the Undisputed Costs are a "Pre-Petition Foreclosure Costs," as such term is defined by the Debtors and the Committee in the Objections.

2