## EXHIBIT A

| Monthly Fee Request | Docket No. | Period Covered | Total Fees Requested | Total Costs Requested | Disputed Costs | Undisputed Costs | Total Fees Allowed |
|---|---|---|---|---|---|---|---|
| First* | 2391 | 8/6/07 to 8/31/07 | $26,775.00 | $50,166.02 | $39,020.96 | $11,145.06 | $26,775.00 |
| Second* | 2392 | 9/1/07 to 9/30/07 | $27,025.00 | $41,425.36 | $24,016.45 | $17,408.91 | $27,025.00 |
| Third* | 2394 | 10/1/07 to 10/31/07 | $64,217.50 | $131,663.45 | $62,363.98 | $69,299.47 | $64,217.50 |
| Fourth | 2551 | 11/1/07 to 11/30/07 | $119,250.00 | $289,949.17 | $123,644.58 | $166,304.59 | $95,400.00** |
| Total: | | | $237,267.50 | $513,204.00 | $249,045.97 | $264,158.03 | $213,417.50 |

*The fees and costs sought in connection with these monthly fee requests are also reflected in the first quarterly interim fee request filed by NWTS [Docket No. 2403]
**Amount represents 80% of the total fees requested for the applicable monthly compensation period.