IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 : Jointly Administered
            Debtors.                                             :
                                                                 : Objection Deadline: February, 21 2008 @ 4 pm (ET)
                                                                 :
---------------------------------------------------------------- x Doc. Ref. Nos: 192 & 643 & 754 & 1129

## NOTICE OF FILING OF SIXTH SUPPLEMENTAL LIST OF
## ORDINARY COURSE PROFESSIONALS

TO:   (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE;
(II) COUNSEL TO THE COMMITTEE; (III) ORDINARY COURSE
PROFESSIONALS LISTED ON EXHIBIT A; (IV) COUNSEL TO BANK OF
AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR THE LENDERS
UNDER THAT CERTAIN SECOND AMENDED AND RESTATED CREDIT
AGREEMENT DATED AUGUST 10, 2006; (V) THE DEBTORS'
POSTPETITION LENDER; (VI) THE SECURITIES AND EXCHANGE
COMMISSION; (VII) AND ALL PARTIES ENTITLED TO NOTICE UNDER
DEL. BANKR. LR 2002-1 (b)

PLEASE TAKE NOTICE that on September 7, 2007, the Court entered the Order

Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule

2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the

Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 643] (the "Order").

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the

Order, the above-captioned debtors and debtors in possession (the "Debtors") hereby file the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:6442751.1                                                                              066585.1001

supplemental list of ordinary course professionals (the "Supplemental List") which is attached hereto as Exhibit A.

PLEASE TAKE NOTICE that, objections to the Supplemental List, if any, must be filed on or before February 21, 2008 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Order, any objections, if any, must be served by the Objection Deadline upon: (i) counsel for the Debtors, (ii) Ordinary Course Professionals identified on Exhibit A, (iii) the Office of the United States Trustee; (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the Committee; (v) counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006; (vi) counsel to the Debtors' postpetition lender; (vii) the Securities and Exchange Commission; and (viii) all other parties entitled to notice under Del. Bankr. LR 2002-1(b).

PLEASE TAKE NOTICE THAT, if no objections are filed on or before the objection deadline, **the Debtors shall be authorized to employ and compensate professionals on the Supplemental List after complying with the other procedures contained in the Order.**

Dated: February 1, 2008
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret Whiteman (4652)*

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

EXHIBIT A

SUPPLEMENTAL LIST

## Exhibit A to Sixth Supplemental Notice

| Firm Name | Firm Service Address | Proposed Cap | Services |
|---|---|---|---|
| Shapiro & Burson, LLP | 13135 Lee Jackson Highway, Suite 201, Fairfax, VA 22033 | $35,000/month | Legal counsel for foreclosure, title and bankruptcy matters |
| Shapiro & DiCaro, LLP | 250 Mile Crossing Blvd., Rochester, NY 14624, Suite One | $35,000/month | Legal counsel for foreclosure, title and bankruptcy matters |
| CataList Homes | 2601 Pacific Coast Highway, 3d Floor, Hermosa Beach, CA 90254 | $0.00; The Firm receives compensation from purchaser of REO property | REO property auction and sales |
| Maloney & Craven, PC | 2094 Plane Road, Des Moines, IL 60016 | $35,000/month | REO Property Insurance Litigation |

## Real Estate Brokers

| Active Broker | Broker Company | Street Address | City | ST | Zip Code |
|---|---|---|---|---|---|
| Amos Hendershott | Coldwell Banker | 2116 W. Preston St. | Eagle | ID | 83616 |
| Anthony Raffin | Re/Max Associates | 21610 Ellmile Road | | MI | |
| April Johnson | Century 21 Scheetz Co., Inc. | 13369 Freenza Court | Westfield | IN | 46074 |
| Bruce Ibold | Huff Realty, Inc. | 6790 Cheviot Road | Cincinnati | OH | 45247 |
| Connie Wood | Century 21 America | 24863 Eureka Road | Taylor | MI | 48180 |
| Diane Burdgick | Remax Select | 5280 Sitka | Burton | MI | 48519 |
| Don Lancaster | Heartland Town & Country Real Estate, Inc. | 1701 North Douglas | Malden | MO | |
| Erin Ford | Morgan & Milzow Realtors | 440 Franklin Lake | Oxford | MI | 48371 |
| Joy Bailey | Joy Real Estate Co., Inc. | 309 E. Butler Road | Mauldin | SC | 29662 |
| Keith Kopley | | 68 Ivy Dr. | Lancaster | MA | |
| Kevin Godley | | 5256 Island Forest Place | West Lake | CA | 91362 |
| Laura Murphy | ERA Statewide Realty | 297 Pine Ave. | Egg Harbor | NJ | |
| Michael Gadams | Bay Area Homes Sales and Evaluations | 715 Washington Avenue | Albany | CA | 94706 |
| Mike Shrader | Foxfire Realty LLC | 615 E. Silver Springs Blvd | Ocala | FL | 34470 |
| Nancy Thomas | | 11 Archery Road | Newburgh | NY | 12550 |
| Orlando Powell | William Davis Realty | 17732 Preston Road, Sui | Dallas | TX | 75252 |
| Pam Hamby | Century 21 Fuller Realty Group | 425 S. Chamberlain Ave. | Rockwood | TN | 37854 |
| Paul Madison | Detrich Real Estate | 607 S. Morenci | Mio | MI | |
| Reggie McMullin | Keller Williams Realty | 2712 Forest Creek Drive | Fort Worth | TX | 76123 |
| Steven Velten | | 868 Murray Avenue | Columbus | OH | 43219 |
| Tiffany Domneys | | 312 23rd St. | Baltimore | MD | 21218 |