**IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE**

American Home Mortgage,          )     Case No. 07-11047 CSS
     et al.,                       )     Chapter 11
                             )     Jointly Administered
                             )Hearing:  February 28, 2008 @ 11:00 a.m.
              Debtors.       ) Response date:  February 14, 2008

**<u>AURORA LOAN SERVICES' MOTION FOR RELIEF FROM
THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362 (d) (1)
AS TO 1511 61st Street, Kenosha, WI 53143</u>**

NOW COMES Aurora Loan Services, by and through its attorneys, Whittington

& Aulgur, and moves the Court for an Order granting relief from the Automatic Stay of

11 <u>U.S.C.</u> §362 upon the following grounds:

<u>JURISDICTION</u>

1.     The Bankruptcy Court has jurisdiction over this matter pursuant to 28

<u>U.S.C.</u> §1334, 11 <u>U.S.C.</u>  §157 and 11 <u>U.S.C.</u> §362.

<u>CLAIM FOR RELIEF</u>

2.     Aurora Loan Services (hereinafter "Aurora") is a corporation located at

601 5th Ave., P.O. Box 1706, Scottsbluff, Nebraska 69363-1706.

3.     On August 6, 2007 a Chapter 11 Petition initiating this proceeding was

filed by the Debtors.

4.     On August 19, 2005, non-filing borrower, Shaun Totulis, (hereinafter

"Borrower") executed and delivered a Mortgage (hereinafter "Mortgage 1") in the

principle sum of $84,000.00 unto Mortgage Electronic Registration Systems, Inc. as

nominee for the Lender, American Home Mortgage.  Said Mortgage 1 created a lien upon

the property therein mentioned, 1511 61st Street, Kenosha, WI (hereinafter the

"Property") all of which is on record in the Recorder's Office of Kenosha County, Wisconsin. A copy of said Mortgage is attached hereto as Exhibit 'A". On the same date the Borrower executed a Note, a copy of which is attached hereto as Exhibit "B".

5.    On August 13, 2007 Mortgage Electronic Registration Services Inc. as nominee for American Home Mortgage, assigned, and transferred the Mortgage 1 to Movant, Aurora, a copy of which is attached hereto as Exhibit "C".

6.    On August 19, 2005 Borrower executed and delivered another Mortgage (hereinafter "Mortgage 2") in the principle sum of $36,000.00 unto Mortgage Electronic Registration Systems, Inc. as Nominee for the Debtor, American Home Mortgage. Said Mortgage 2 created a lien in second position on the Property as set forth in a Commitment for Title Insurance, a copy of the pertinent portions of which are attached hereto as Exhibit "D". Upon information and belief the Debtor still holds this Mortgage 2.

7.    Debtors have no ownership interest in the Property, and their lien, if any, is subordinate to Movant's.

8.    At present, Borrower is contractually delinquent and Movant seeks to exercise its contractual rights and remedies with respect to the Mortgage 1.

9.    The payoff amount on the subject Mortgage 1 is approximately $88,275.68. The Property has an estimated assessed value of approximately $112,700 as set forth on the Property Inquiry attached hereto as Exhibit "E". After taking into account costs of sale and the second mortgage with a principal amount of $36,000 there is no equity.

10.    Any potential equity would not benefit the Debtors' Estate since the Debtor holds no ownership interest in the Property and the Property is not necessary for the Debtors' reorganization.

11.    The continuation of the Automatic Stay of 11 U.S.C. §362 will work real and irreparable harm upon Movant and therefore cause exists to vacate the stay to permit Movant to exercise its non-bankruptcy contractual rights and remedies against Borrower and the Property.

WHEREFORE, Aurora hereby moves for an Order pursuant to 11 U.S.C. §362 (d) (1) terminating the Automatic Stay for cause.

WHITTINGTON & AULGUR

/s/ Kristi J. Doughty
Robert T. Aulgur, Jr.(No.165)
Kristi J. Doughty(No. 3826)
651 N. Broad Street, Suite 206
P.O. Box 1040
Middletown, DE 19709-1040
(302) 378-1661
Attorney for Movant

Dated:  2/2/08