| Document Number | Assignment of Mortgage |
|---|---|

DOCUMENT 1531964

RECORDED
At Kenosha County, Kenosha, WI 53140
Louise I. Principe, Register of Deeds
on 8/27/2007 at 9:45AM
$15.00
700043003
REGDEED2    JANK

Recording Area
Name and Return Address

Aurora Loan Services
attn: Susan Lindhorst
PO Box 1706
Scottsbluff, NE 69363-1706

/5

05-123-06-205-001
Parcel Identification Number (PIN)

The West 50 feet of Lot No. 11 of QUARLES ADDITION of part of the Northwest ¼ of Section 6, Township 1 North, Range 23 East, according to a plat and survey of said addition on file and of record in the office of the Register of Deeds of said Kenosha County; Also, a parcel of land described as follows, viz.: Commence at the Northwest corner of EHLE'S ADDITION to the City of Kenosha, thence South on the West line of said Addition 68 feet; thence West 24 feet; thence North 68 feet; thence East 24 feet to the place of beginning and being part of the Northwest ¼ of Section 6 in Township 1 North of Range 23 East. All lying and being in the City of Kenosha, County of Kenosha and State of Wisconsin.

I hereby certify that the adjacent
photograph has been compared
with the record on file in this office
and is a true copy thereof. I have
hereunto affixed my official seal
This 27 day of Aug 2007

*Louise I. Principe*
Louise I Principe, Register of Deeds
County of Kenosha, Wisconsin

This information must be completed by submitter: <u>document title, name & return address</u>, and <u>PIN</u> (if required). Other information such as the granting clauses, legal description, etc. may be placed on the first page of the document or may be placed on additional pages of the document. <u>Note:</u> Use of this cover pages adds one page to your document and <u>$2.00 to the recording fee.</u> Wisconsin Statutes. 59.43.

# ASSIGNMENT

Document Number

When Recorded Return To:

Susan Lindhorst
AURORA LOAN SERVICES
P.O. Box 1706
Scottsbluff, NE 69363-1706

Parcel ID No. 05-123-06-205-001

---

ᖴᑕ

THIS IS A STYLE "B" FORM UNDER WIS ACT 110 WITH 3X3 SPACE IN UPPER RIGHT CORNER
Kenosha, Wisconsin
SELLER'S SERVICING #:0117908699 "TOTULIS"
OLD SERVICING #: 949105

MERS #: 100024200009491057  VRU #: 1-888-679-6377
Date of Assignment: August 13th, 2007
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC AS NOMINEE FOR AMERICAN HOME MORTGAGE at G4318 MILLER ROAD, FLINT, MI 48507
Assignee: AURORA LOAN SERVICES LLC at 601 5TH AVENUE, PO BOX 1706, SCOTTSBLUFF, NE 69361

Executed By: SHAUN TOTULIS, A SINGLE PERSON  To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC AS NOMINEE FOR AMERICAN HOME MORTGAGE
Date of Mortgage: 08/19/2005 Recorded: 08/29/2005 as Instrument No.: 144770 In Kenosha, Wisconsin

Parcel ID No. 05-123-06-205-001

Property Address: 1511 61ST STREET, KENOSHA, WI 53143

Legal: See Exhibit "A" Attached Hereto And By This Reference Made A Part Hereof

KNOW ALL MEN BY THESE PRESENTS that In consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage together with the Note or other evidence of indebtedness (the "Note"), said Note having an original principal sum of $84,000.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage and Note, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage and Note.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC AS NOMINEE FOR AMERICAN HOME MORTGAGE
On August 13th, 2007

By: *(signature)*
MICHELE THOMPSON, Vice-President

ASSIGNMENT Page 2 of 2

STATE OF Nebraska
COUNTY OF Scotts Bluff

ON August 13th, 2007, before me, JOANN REIN, a Notary Public in and for the County of Scotts Bluff County, State of Nebraska, personally appeared MICHELE THOMPSON, Vice-President, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

JOANN REIN
Notary Expires: 12/27/2008

GENERAL NOTARY - State of Nebraska
JOANN REIN
My Comm. Exp. Dec. 27, 2008

(This area for notarial seal)

Prepared By: Susan Lindhorst, AURORA LOAN SERVICES 2617 COLLEGE PARK, PO BOX 1706, SCOTTSBLUFF, NE 69363-1706 308-635-3500

*SFL*SFLALSI*06/13/2007 12:32:42 PM* ALSI01ALSIA00000000000000000413465* WIKENOS* 0117908699 WISTATE_MORT_ASSIGN_ASSN **SFLALSI*