ENDORSEMENT TO TITLE COMMITMENT

**FILE NO.:** KEN-50922

Shaun Totulis

ISSUED BY


AUG 03 2007
GRAY & ASSOCIATES



*First American Title Insurance Company*

HEREIN CALLED THE COMPANY

Please be advised that the above mentioned commitment to insure has been amended as follows:

SCHEDULE A
Effective Date: July 18, 2007 at 7:00 A.M.

SCHEDULE B - Special Exceptions:
The following is hereby added to the Mortgage at Item o.

Action commencing to foreclose said mortgage in Circuit Court for Kenosha County, as pending. Case Number 07CV1238, Aurora Loan Services, LLC v. Shaun Totulis and Jane Doe Totulis.

Lis Pendens
Filed: July 17, 2007
Number: 1527507
Case Number: 07CV1238
**NOTE: The Plaintiff in said action is not the mortgagee of record.**

SCHEDULE C
Item 5.a is amended as follows,
a. Action commencing in Circuit Court for Kenosha County as Case Number 07CV1238 be amended to include the proper parties as added defendants and duly prosecuted to judgment, sale, and confirmation.

Item 5.c is hereby added as follows,
c. Assignment of mortgage shown as item 3.o of Schedule B hereof to Aurora Loan Services, LLC.

All other items remain the same.

This Endorsement is made a part of the policy and is subject to all the terms and provisions thereto. Except to the extent stated, this Endorsement neither modifies any of the terms and provisions of the policy and any prior endorsements, nor does it extend the effective date of the policy and prior endorsements, nor does it increase the face amount thereof. Signed under seal for the Company, but this Endorsement is to be valid only when it bears an authorized countersignature, this the 6th day of August, 2007.

## First American Title Insurance Company

Authorized Signatory

First Southwestern Title Co. of Wisconsin, Inc.
11512 N. Port Washington Rd. Ste. 202
Mequon, WI 53092
Phone: 262-240-0227  Fax: 262-240-0397

## SCHEDULE A

| Commitment No.: KEN-50922 | Effective Date: May 23, 2007 at 7:00 a.m. |
|---|---|
| Your No.: 1511 61st Street | |

Prepared For: First American Title

Inquiries Should Be Directed To:
First Southwestern Title Company of Wisconsin, Inc.
11512 N. Port Washington Rd. Ste 202
Mequon, WI 53092
Phone: (262) 240-0227, Fax: (262) 240-0397

1. Policy or Policies to be issued:   Amount

   (a) ALTA Owner's Policy (10/17/92)   $15,000.00
   Proposed Insured: LEGALLY QUALIFIED GRANTEE TO BE NAMED

   (b) ALTA Loan Policy (10/17/92)   - 0 -
   Proposed Insured: NONE

2. The estate or interest in the land described or referred to in this Commitment and covered herein is a Fee Simple:

3. Title to said estate or interest in said land is at the effective date hereof vested in:

   **SHAUN TOTULIS**

4. The land referred to in this Commitment is located in the County of Kenosha, State of Wisconsin, and described as follows:

   The West 50 feet of Lot No. 11 of QUARLES ADDITION of part of the Northwest ¼ of Section 6, Township 1 North, Range 23 East, according to a plat and survey of said addition on file and of record in the office of the Register of Deeds of said Kenosha County; Also, a parcel of land described as follows, viz.: Commence at the Northwest corner of EHLE'S ADDITION to the City of Kenosha, thence South on the West line of said Addition 68 feet; thence West 24 feet; thence North 68 feet; thence East 24 feet to the place of beginning and being part of the Northwest ¼ of Section 6 in Township 1 North of Range 23 East. All lying and being in the City of Kenosha, County of Kenosha and State of Wisconsin.

   Tax Key Number: 05-4-123-06-205-001

*First American Title Insurance Company*

Schedules A, B and C of this Commitment consists of 6 page(s)

# SCHEDULE A

*First American Title Insurance Company*

Schedules A, B and C of this Commitment consists of 6 page(s)

## SCHEDULE B

Commitment Number: KEN-50922

Schedule B of the policy or policies to be issued will contain exceptions to the following matters unless the same are disposed of to the satisfaction of the Company:

1. Defects, Liens, encumbrances, adverse claims or other matters, if any, created, first appearing in the public records or attaching subsequent to the effective date hereof but prior to the date the proposed insured acquires for value of record the estate or interest or mortgage thereof covered by this Commitment.

2. STANDARD EXCEPTIONS:
   a. Rights or claims of parties in possession not shown by the public records.
   b. Easements, or claims of easements, not shown by the public records.
   c. Encroachments, overlaps, boundary line disputes, or other matters which would be disclosed by an accurate survey and inspection of the premises.
   d. Any lien, or right to a lien, for services, labor, or material heretofore or hereafter furnished, imposed by law and not shown by the public records.
   e. Any claim of adverse possession or prescriptive easement.
   f. Taxes or special assessments which are not shown as existing liens by the public records.

3. SPECIAL EXCEPTIONS:

   a. Taxes for the year 2007 and subsequent years, not yet due and payable.

   b. Special assessments, outstanding and contemplated, if any.

   c. Deferred charges, if any, for mains, laterals and connections with respect to sewer and water service.

   d. Outstanding sewer and water charges, if any.

   e. Judgments and liens, if any, against the proposed insured.

   f. Rights of the spouse of the proposed insured, if married and if the property is to be homestead or marital property.

   g. Federal Tax liens, if any, against the spouse of the proposed insured, if married, and if the property is to be homestead or marital property.

   h. Rights of the spouse of Shaun Totulis, if married, and if the property is homestead or marital property.

   i. Federal Tax Liens, if any, against the spouse of Shaun Totulis, if married, and if the property is homestead or marital property.



*First American Title Insurance Company*

Schedules A, B and C of this Commitment consists of 6 page(s)

## SCHEDULE B

Commitment Number: KEN-50922

j.  Minerals, Mineral rights, drainage rights, easements, restrictions, covenants, party wall agreements, and conditions of record, any assessments arising from membership in and/or use of area subject to assessment by homeowner's association or similar body, including but not limited to any of the foregoing cited in this commitment/policy.

k.  Public or private rights, if any, in such portion of the insured premises as may be used, laid out, platted, dedicated or reserved in any manner for street and/or alley and/or highway purposes.

l.  Easements, if any, of the public or any school district, utility, municipality or person, as provided in Sect. 66.1005(2) of the Statutes for the continued use and right of entrance, maintenance, construction and repair of underground structures, improvements or service in that portion of the premises described under description of real estate hereof, which was formerly part of a now vacated or partially vacated street/alley.

m.  Rights or claims of tenants in possession, not shown by the public records.

n.  Satisfaction of Compliance.
    Dated: February 24, 2005    Recorded: March 1, 2005
    Document No: 1425030

o.  A Mortgage from Shaun Totulis, a single person to Mortgage Electronic Registration Systems, Inc., "MERS" acting solely as a nominee for American Home Mortgage in the original amount of $84,000.00.
    Dated: August 19, 2005    Recorded: August 29, 2005
    Document No: 1447770

p.  A Mortgage from Shaun Totulis, a single person to Mortgage Electronic Registration Systems, Inc., "MERS", P.O. Box 2026, Flint Michigan acting solely as a nominee for American Home Mortgage in the original amount of $36,000.00.
    Dated: August 19, 2005    Recorded: August 29, 2005
    Document No: 1447771

-------------------------------------------

This report is issued upon the understanding that the amount of insurance will be increased to the amount of the sale price after said sale price has been determined and the additional premium will be billed at that time.

NOTE: This commitment is solely for the purpose of guaranteeing a purchaser at sheriff's sale. Consult the company for additional exceptions or requirements before using this for other purposes.

## LIEN REPORT



*First American Title Insurance Company*

Schedules A, B and C of this Commitment consists of 6 page(s)