# Kenosha County                                                  Property Inquiry

Data is given "As is, With All Faults" and should be verified with the appropriate County Department.

**Municipality:** City of Kenosha
**Parcel Number:** 05-123-06-205-001
**Property Address:** 1511 61ST ST
**Mail-To Address:** SHAUN TOTULIS
1511 61ST ST
KENOSHA, WI 53143-4439



**Legal Name/Ownership:**
SHAUN TOTULIS

**Land Information (approximate):**

| | |
|---|---|
| Frontage: | 0 |
| Depth: | 0 |
| Property Class: | Residential |
| Total Acres: | .13 |
| Land Use: | Single Family Residential |

**Building Information (if available):**

| | |
|---|---|
| Residential Type: | Single Family Residential |
| Building Style: | One Story Old Style |
| Year Built: | 1904 |
| Stories: | 1.5 |
| Exterior Wall: | Vinyl |
| Square Foot: | 1249 1st-820.00 2nd-429.00 |
| Heated Square Foot: | 1249 |
| Basement: | Full |
| Heat/Air: | Air Conditioning |
| Fuel Type: | Gas |
| Heating System: | Warm Air |
| Bedrooms: | 4 |
| Full Baths: | 1 |
| 1/2 Baths: | 1 |
| Garage: | Det Garage - Frame |
| Garage Square Foot: | 810 |
| | 1st Story, Finished |
| | Half Story, Finished |
| | Full Basement, Total Area |
| | Enclosed Frame Porch, 1st |

**Land Type: (Questions should be directed to the local assessor)**

| Description | Acres | Land Assessment | Improved Assessment |
|---|---|---|---|
| | | | |

| Residential | .13 | $22,100 | $90,600 |

Assessments:

| Year | Land | Improved | Total |
|------|------|----------|-------|
| 2007 | $22,100 | $90,600 | $112,700 |
| 2006 | $22,100 | $90,600 | $112,700 |
| 2005 | $16,400 | $77,600 | $94,000 |
| 2004 | $16,400 | $77,600 | $94,000 |
| 2003 | $14,000 | $71,100 | $85,100 |

Taxes: Outstanding Tax Statement

| Year | Total Tax | Interest Paid | Penalties Paid | Total Paid | Status |
|------|-----------|---------------|----------------|------------|--------|
| 2006 | $2,217.85 | | | $2,217.85 | Paid |
| 2005 | $2,056.04 | | | $2,056.04 | Paid |
| 2004 | $2,567.61 | | | $2,567.61 | Paid |
| 2003 | $2,670.89 | $373.92 | $186.96 | $3,231.77 | Paid |
| 2002 | $2,029.27 | | | $2,029.27 | Paid |

Tax Rate Districts

| | |
|---|---|
| School: | Kenosha Unified School District |
| High School: | Kenosha Unified School Dist |
| VTAE: | Gateway Technical College |
| TIF: | Not Applicable |
| Water: | Not Applicable |
| Sewer: | Not Applicable |
| Light: | Not Applicable |
| Utilities: | Not Applicable |
| Fire: | Not Applicable |
| Lake: | Not Applicable |

Most Recent Sales:

| Inst | Mo/Yr | Document | Conveyance Amount | Volume | Page | Parcels Involved |
|------|-------|----------|-------------------|--------|------|------------------|
| WD | 03/05 | 1425031 | $85,000 | | | 01 |

Abbreviated Metes/Bounds - Legal Description:
W 50 FT OF LOT 11 QUARLE'S ADD
BEING PT OF NW 1/4 SEC 6 T1 R23
ALSO COM ON SW COR OF SD LOT TH
S 68 FT E 24 FT N 68 FT W 24 FT
TO BEG ALSO VAC ALLEY RES#157-90
V 1410 P 834
DOC #1425031

Copyright © 2006 Kenosha County, Wisconsin. All rights reserved
Acceptable Use Policy | Copyright Information