**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| American Home Mortgage | : | Jointly Administered |
| Holdings, Inc. <u>et al.</u>, | : | Under Case No. 07-11047 (CSS) |
| | : | |
| | : | RE: DOCKET <u># 2754</u> |
| Debtors | : | |

**JOINDER OF MONA DOBBEN TO THE**
**OBJECTION TO SALE OF LOANS**
<u>**FREE AND CLEAR OF LIENS OR LIABILITIES**</u>

Mona Dobben, pro se, hereby joins the Objection of Paula Rush to the Debtor's request to sell off loans assets free and clear of liens and liabilities, ( Docket # 2754) and in support thereof represents as follows:

1.      Joinder hereby adopts and incorporates the arguments and assertions set forth in the Objection and reserves all rights to assert any rights or remedies associated with this petition.

2.      Joinder hereby renews the request for demand to know the true owner or master servicer of her loan pursuant to TILA 1641(f)(2) and request protections afforded under 363(o).

3.      Joinder objects that once again the Debtor's are proceeding to attempt to sell loans under a description that could fit my loan description, and therefore I renew my request for disclosure.

---

The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: American Home Mortgage Holdings, Inc.("<u>AHM Holdings</u>") (6303); American Home Mortgage Investment Corp. ( "<u>AHM Investment</u>"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("<u>AHM Investment</u>"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ( "<u>AHM Servicing</u>"), aMaryland corporation(7257); American Home Mortgage Corp. ("<u>AHM Corp</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC ( "<u>AHM Ventures</u>"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ( "<u>Homegate</u>"), a New York corporation (7491); and Great Oak Abstract Corp. ( "<u>Great Oak</u>"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

1

4. Joinder strongly object to loans sold under the circumstances which the Debtor categorizes as being: 60 days or more delinquent, in default, and/or that may contain some <u>underwriting or compliance issues,</u> being sold to a former financing partner to avoid liabilities on such loans.

5. For these reasons, and for the reasons set forth in the Objection, the Joinder objects to the relief sought in Docket #2754.

**WHEREFORE**, the Joinder respectfully requests that the Court deny the motion, or in the alternative add protections and alter the terms, and grant any further relief as the Court may deem just and proper.

*/s/ Mona Dobben*
Mona Dobben pro se
9208 N. 107th Drive
Sun City AZ 85351
623-547-6373

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2008, a copy of the foregoing Motion was

mailed overnight to:

US Bankruptcy Court
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

AND

I hereby certify that on this 30th day of January, 2008, a copy of the foregoing Motion was

faxed to:


Counsel for Debtors:
Pauline K. Morgan, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box. 391
Wilmington DE 19899-0391
Phone: 302-571-6600
Fax: 302-571-0453


Joseph M. McMahon Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
Phone: 302-573-6491
Fax: 302-573-6497

Mona Dobben pro se
9208 N. 107th Drive
Sun City AZ 85351
623-547-6373

3