## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------x
In re:                                          :   Chapter 11
                                                :
AMERICAN HOME MORTGAGE                          :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,¹ :
                                                :   Jointly Administered
Debtors.                                        :
                                                :   Ref. Docket No.: 2742
                                                :
------------------------------------------------x
```

### NOTICE OF AMENDED SETTLEMENT AGREEMENT BY AND BETWEEN THE DEBTORS AND AGENCY MORTGAGE CORPORATION REGARDING DEBTORS NOTICE OF FILING OF SETTLEMENT AGREEMENTS PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 [D.I. 2742]

TO: (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE COMMITTEE; (III) COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN CREDIT AGREEMENT DATED AUGUST 30, 2004; (IV) COUNSEL TO AGENT FOR THE DEBTORS' POSTPETITION LENDER; AND (V) ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1(b)

**PLEASE TAKE NOTICE** that on January 16, 2008, the Debtors filed the *Notice of Filing of Settlement Agreements Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019* (the "Notice") [D.I. 2742] which included the settlement agreement by and between the Debtors and Agency Mortgage Corporation ("Agency").

**PLEASE TAKE FURTHER NOTICE** that on February 4, 2008, the Debtors filed an amendment to the settlement agreement by and between the Debtors and Agency (the

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

066585.1001

"Amendment"), attached hereto as Exhibit A, which modifies the settlement amount to be paid

Agency as part of the settlement agreement.  The Amendment, however, does effect amounts due

American Home Mortgage Corp.

Dated: Wilmington, Delaware
        February 4, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP


James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Pauline Morgan (No. 3650)
Matthew B. Lunn (No. 4119)
Donald J. Bowman, Jr. (No. 4383)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

Counsel for the Debtor and Debtor-in-Possession

DB02:6316467.2                                                                              066585.1001

# EXHIBIT A

AMENDED SETTLEMENT AGREEMENT

## AMENDMENT TO SETTLEMENT AGREEMENT

This Amendment ("Amendment") to the Settlement Agreement by and between American Home Mortgage Corporation, a Delaware corporation with a principal place of business at 358 Broadhollow Road, Melville, New York ("AHMC"); Agency Mortgage Corporation, a New Jersey corporation with a principal place of business at 6000 Sagemore Drive, Suite 6302, Marlton, New Jersey ("Agency"), and Attorneys' Title Insurance Fund, Inc., a Florida corporation with a place of business at 6545 Corporate Centre Blvd., Orlando, Florida 32862 ("The Fund") (AHMC, Agency, and the Fund will be individually referred to as a "Party," and collectively referred to as the "Parties") is entered into this 31st day of January, 2008.

The Parties hereby agree that paragraph 4 of the Settlement Agreement shall be amended to read as follows:

4.      Within ten (10) days of the Effective Date (as hereinafter defined), The Fund agrees to pay a total of Two Hundred Thousand Dollars ($200,000) in full and final settlement of any and all claims by Agency and/or AHMC in connection with the Colon CPL Claim. The settlement proceeds shall be distributed as follows:  $110,000 to AHMC made payable as provided in Paragraph 2 above; and $90,000 to Agency (which includes the $30,000 fee of Saul Ewing LLP, a Delaware Limited Liability Partnership, acting as counsel to Agency in this matter). Agency's counsel shall notify The Fund's counsel in writing when the order approving this Agreement is entered by the Bankruptcy Court, and shall provide a certified copy of the Order. Agency's counsel shall further notify The Fund's counsel in writing when the Effective Date, as that term is defined herein, has come to pass.

All other provisions of the Settlement Agreement shall remain in full force and effect.

IN WITNESS WHEREOF, and intending to be legally bound hereby, the parties enter into this Amendment on date set forth above.

AMERICAN HOME MORTGAGE CORP.     AGENCY MORTGAGE CORPORATION

By: _____     By: _____
BRUCE. S. GOODMAN, AS ATTORNEY

ATTORNEYS' TITLE INSURANCE FUND, INC.

By: _____

514171.02/10331-033/BG

AMERICAN HOME MORTGAGE CORP.    AGENCY MORTGAGE CORPORATION

By: _____    By _____ , as attorney

ATTORNEYS' TITLE INSURANCE FUND, INC.

By: _____

Ford MacConnell, Esq.
Claims Manager

514171.02/10331-033/BG