IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                              :    Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                     :
                                                                    :    Jointly Administered
      Debtors.                                                      :
                                                                    :    **Docket No. 2722**
------------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF DOCKET NO. 2722

PLEASE TAKE NOTICE THAT the undersigned hereby withdraws the Application of the Debtors for an Order Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Services Providers for the Debtors, Nunc Pro Tunc as of January 14, 2008 [Docket No. 2722].

Dated: Wilmington, Delaware
       February 4, 2008

                                          YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                          _____
                                          James L. Patton, Jr. (No. 2202)
                                          Pauline K. Morgan (No. 3650)
                                          Sean M. Beach (No. 4070)
                                          Matthew B. Lunn (No. 4119)
                                          Kara Hammond Coyle (No. 4410)
                                          Margaret B. Whiteman (No. 4652)
                                          The Brandywine Building
                                          1000 West Street, 17th Floor
                                          Wilmington, Delaware 19801
                                          Telephone: (302) 571-6600
                                          Facsimile: (302) 571-1253

                                          Counsel for Debtors and
                                          Debtors in Possession