# EXHIBIT B

| Loan # | Foreclosure Completion Date | Invoice # | Fees | Cost | Billed |
|---|---|---|---|---|---|
| 1001028646 | 12/3/2007 | FTS0077952 | 600.00 | 1,099.05 | 1,699.05 |
| 1000782945 | 12/3/2007 | FTS0077953 | 300.00 | 544.87 | 844.87 |
| 1000654048 | 12/3/2007 | FTS0077941 | 600.00 | 1,266.41 | 1,866.41 |
| 1001025354 | 12/3/2007 | FTS0077942 | 300.00 | 820.30 | 1,120.30 |
| 1001348543 | 12/3/2007 | FTS0077943 | 600.00 | 1,007.76 | 1,607.76 |
| 1001132502 | 12/3/2007 | FTS0077944 | 600.00 | 1,295.59 | 1,895.59 |
| 1001101663 | 12/3/2007 | FTS0077945 | 600.00 | 2,375.90 | 2,975.90 |
| 1001196385 | 12/3/2007 | FTS0077946 | 600.00 | 1,862.50 | 2,462.50 |
| 1001269558 | 12/3/2007 | FTS0077954 | 600.00 | 1,879.41 | 2,479.41 |
| 1001289046 | 12/3/2007 | FTS0077947 | 600.00 | 1,377.95 | 1,977.95 |
| 1000811950 | 12/3/2007 | FTS0077957 | 600.00 | 405.00 | 1,005.00 |
| 1001088250 | 12/3/2007 | FTS0077958 | 600.00 | 363.27 | 963.27 |
| 1001327679 | 12/3/2007 | FTS0077955 | 600.00 | 796.09 | 1,396.09 |
| 1001256067 | 12/4/2007 | FTS0078099 | 600.00 | 1,743.23 | 2,343.23 |
| 1001226854 | 12/4/2007 | FTS0078084 | 600.00 | 543.27 | 1,143.27 |
| 1000970409 | 12/5/2007 | FTS0078230 | 300.00 | 675.82 | 975.82 |
| 1001466818 | 12/5/2007 | FTS0078233 | 600.00 | 838.54 | 1,438.54 |
| 1000898652 | 12/6/2007 | FTS0078334 | 600.00 | 450.16 | 1,050.16 |
| 1001083733 | 12/7/2007 | FTS0078449 | 600.00 | 630.36 | 1,230.36 |
| 1001272921 | 12/7/2007 | FTS0078458 | 300.00 | 85.45 | 385.45 |
| 1001349957 | 12/7/2007 | FTS0078450 | 600.00 | 1,047.30 | 1,647.30 |
| 1001134533 | 12/7/2007 | FTS0078459 | 600.00 | 984.18 | 1,584.18 |
| 1001063602 | 12/7/2007 | FTS0078460 | 600.00 | 811.18 | 1,411.18 |
| 1000940401 | 12/7/2007 | FTS078451 | 600.00 | 1,382.09 | 1,982.09 |
| 1001316584 | 12/7/2007 | FTS0078461 | 600.00 | 818.27 | 1,418.27 |
| 1000770708 | 12/7/2007 | FTS0078452 | 600.00 | 849.54 | 1,449.54 |
| 1001366948 | 12/7/2007 | FTS0078453 | 600.00 | 1,047.36 | 1,647.36 |
| 1001350915 | 12/7/2007 | FTS0078454 | 600.00 | 1,364.54 | 1,964.54 |
| 1000743714 | 12/7/2007 | FTS0078455 | 600.00 | 682.54 | 1,282.54 |
| 1000855250 | 12/7/2007 | FTS0078456 | 500.00 | 12.00 | 512.00 |
| 1001198543 | 12/7/2007 | FTS0078525 | 300.00 | 81.50 | 381.50 |
| 1001373695 | 12/10/2007 | FTS0078621 | 600.00 | 897.22 | 1,497.22 |
| 1001169263 | 12/10/2007 | FTS0078606 | 600.00 | 1,492.57 | 2,092.57 |
| 1000734904 | 12/10/2007 | FTS0078607 | 500.00 | 1,199.00 | 1,699.00 |
| 1001497307 | 12/10/2007 | FTS0078608 | 600.00 | 1,707.64 | 2,307.64 |
| 1000887825 | 12/10/2007 | FTS0078619 | N/A | 9.00 | 9.00 |
| 1001569736 | 12/11/2007 | FTS0078730 | 600.00 | 1,782.56 | 2,382.56 |
| 1001498528 | 12/11/2007 | FTS0078728 | 600.00 | 1,579.00 | 2,179.00 |
| 1001215138 | 12/11/2007 | FTS0078731 | 600.00 | 463.18 | 1,063.18 |
| 1001782860 | 12/11/2007 | FTS0078813 | 600.00 | 708.27 | 1,308.27 |
| 1001411193 | 12/13/2007 | FTS0078924 | 450.00 | 511.22 | 961.22 |
| 1001627617 | 12/13/2007 | FTS0078931 | 600.00 | 759.63 | 1,359.63 |
| 1000953831 | 12/13/2007 | FTS0078932 | 600.00 | 565.54 | 1,165.54 |
| 1001008835 | 12/13/2007 | FTS0078933 | N/A | 28.36 | 28.36 |
| 1001012243 | 12/13/2007 | FTS0078934 | N/A | 30.27 | 30.27 |
| 1000649061 | 12/13/2007 | FTS0078935 | 600.00 | 467.36 | 1,067.36 |
| 1000495057 | 12/13/2007 | FTS0078936 | 600.00 | 700.81 | 1,300.81 |
| 1000952745 | 12/13/2007 | FTS0078937 | 600.00 | 640.36 | 1,240.36 |
| 1001152565 | 12/13/2007 | FTS0078938 | 600.00 | 505.18 | 1,105.18 |
| 1001457037 | 12/13/2007 | FTS0078939 | 600.00 | 1,177.18 | 1,777.18 |
| 1000657029 | 12/13/2007 | FTS0078940 | 600.00 | 709.26 | 1,309.26 |
| 1001007927 | 12/13/2007 | FTS0078941 | 600.00 | 605.99 | 1,205.99 |
| 1001560373 | 12/13/2007 | FTS0078942 | N/A | 9.00 | 9.00 |
| 1001170383 | 12/13/2007 | FTS0078943 | N/A | 23.18 | 23.18 |
| 1001331461 | 12/13/2007 | FTS0078944 | 600.00 | 784.09 | 1,384.09 |
| 1001197339 | 12/13/2007 | FTS0078945 | 600.00 | 1,326.27 | 1,926.27 |

| | | | | | |
|---|---|---|---|---|---|
| 1001665549 | 12/13/2007 | 0111722-IN | 150.00 | N/A | 150.00 |
| 1001637463 | 12/14/2007 | FTS0079119 | 50.00 | N/A | 50.00 |
| 1001341038 | 12/17/2007 | FTS0079190 | 600.00 | 1,284.09 | 1,884.09 |
| 1001431691 | 12/18/2007 | FTS0079410 | 600.00 | 1,717.23 | 2,317.23 |
| 1001351616 | 12/18/2007 | FTS0079298 | 600.00 | 6,084.78 | 6,684.78 |
| 1001221186 | 12/18/2007 | FTS0079299 | 600.00 | 1,665.00 | 2,265.00 |
| 1001309683 | 12/18/2007 | FTS0079300 | 600.00 | 3,033.00 | 3,633.00 |
| 1001527629 | 12/18/2007 | FTS0079411 | 600.00 | 1,176.71 | 1,776.71 |
| 1001264432 | 12/18/2007 | FTS0079301 | 600.00 | 1,332.01 | 1,932.01 |
| 1001226583 | 12/18/2007 | FTS0079412 | N/A | 855.00 | 855.00 |
| 1001559844 | 12/18/2007 | FTS0079413 | 600.00 | 1,765.97 | 2,365.97 |
| 1001418306 | 12/18/2007 | FTS0079302 | 600.00 | 1,822.15 | 2,422.15 |
| 1000860945 | 12/18/2007 | FTS0079303 | 600.00 | 1,650.82 | 2,250.82 |
| 1001138650 | 12/18/2007 | FTS0079374 | 600.00 | 2,943.25 | 3,543.25 |
| 1001552209 | 12/18/2007 | FTS0079347 | 600.00 | 817.99 | 1,417.99 |
| 1000782010 | 12/18/2007 | FTs0079304 | 600.00 | 481.09 | 1,081.09 |
| 1001757458 | 12/18/2007 | FTS0079305 | 600.00 | 2,047.63 | 2,647.63 |
| 1001344578 | 12/19/2007 | FTS0079415 | 600.00 | 1,778.16 | 2,378.16 |
| 1001007911 | 12/19/2007 | FTS0079416 | 600.00 | 1,535.10 | 2,135.10 |
| 1000946134 | 12/19/2007 | FTS0079417 | 600.00 | 1,369.90 | 1,969.90 |
| 1000724903 | 12/19/2007 | FTS0079418 | 600.00 | 1,361.00 | 1,961.00 |
| 1001033753 | 12/19/2007 | FTS0079419 | 600.00 | 1,778.82 | 2,378.82 |
| 1001234013 | 12/19/2007 | FTS0079420 | 600.00 | 2,031.90 | 2,631.90 |
| 1000720514 | 12/19/2007 | FTS0079421 | 600.00 | 1,184.66 | 1,784.66 |
| 1001223204 | 12/19/2007 | FTS0079422 | 600.00 | 2,473.91 | 3,073.91 |
| 1000985875 | 12/19/2007 | FTS0079425 | 600.00 | 1,430.00 | 2,030.00 |
| 1001208140 | 12/19/2007 | FTS0079426 | 600.00 | 2,069.91 | 2,669.91 |
| 1001492567 | 12/19/2007 | FTS0079437 | 600.00 | 3,298.05 | 3,898.05 |
| 1000910693 | 12/19/2007 | FTS0079427 | 600.00 | 2,713.50 | 3,313.50 |
| 1001390591 | 12/19/2007 | FTS0079428 | 600.00 | 1,854.59 | 2,454.59 |
| 1001459964 | 12/19/2007 | FTS0079429 | 600.00 | 1,139.70 | 1,739.70 |
| 1001597734 | 12/19/2007 | FTS0079423 | 600.00 | 2,395.25 | 2,995.25 |
| 1001298258 | 12/19/2007 | FTS0079424 | 600.00 | 1,349.50 | 1,949.50 |
| 1001535281 | 12/19/2007 | FTS0079430 | 600.00 | 2,557.85 | 3,157.85 |
| 1001187928 | 12/19/2007 | FTS0079431 | 600.00 | 1,522.00 | 2,122.00 |
| 1001509816 | 12/19/2007 | FTS0079432 | 600.00 | 1,484.28 | 2,084.28 |
| 1001091049 | 12/19/2007 | FTS0079433 | 600.00 | 1,832.39 | 2,432.39 |
| 1001111039 | 12/19/2007 | FTS0079434 | 600.00 | 2,074.03 | 2,674.03 |
| 1000913557 | 12/19/2007 | FTS0079435 | 600.00 | 2,619.10 | 3,219.10 |
| 1000827248 | 12/19/2007 | FTS0079438 | 600.00 | 2,503.93 | 3,103.93 |
| 1000716789 | 12/19/2007 | FTS0079436 | 600.00 | 1,143.00 | 1,743.00 |
| 1001600721 | 12/19/2007 | FTS0079465 | 475.00 | 1,110.61 | 1,585.61 |
| 1000679285 | 12/20/2007 | FTS0079550 | 450.00 | 207.00 | 657.00 |
| 1001365333 | 12/20/2007 | FTS0079628 | 600.00 | 1,568.00 | 2,168.00 |
| 1001280189 | 12/20/2007 | FTS0079637 | 600.00 | 739.63 | 1,339.63 |
| 1000741257 | 12/23/2007 | FTS0055197 | 100.00 | 599.96 | 699.96 |
| 1000831580 | 12/23/2007 | FTS0079640 | 600.00 | 2,060.93 | 2,660.93 |
| 1001050648 | 12/23/2007 | FTS0079732 | 600.00 | 1,982.34 | 2,582.34 |
| 1000692657 | 12/23/2007 | FTS0079733 | 600.00 | 1,687.63 | 2,287.63 |
| 1000972089 | 12/23/2007 | FTS0079734 | 600.00 | 3,224.00 | 3,824.00 |
| 1001306645 | 12/23/2007 | FTS0079641 | 600.00 | 1,651.00 | 2,251.00 |
| 1001642823 | 12/23/2007 | FTS0079735 | 600.00 | 2,014.76 | 2,614.76 |
| 1000855733 | 12/23/2007 | FTS0079736 | 600.00 | 1,472.11 | 2,072.11 |
| 1000741774 | 12/23/2007 | FTS0079737 | 600.00 | 2,212.07 | 2,812.07 |
| 1001454395 | 12/23/2007 | FTS0079738 | 600.00 | 3,570.94 | 4,170.94 |
| 1001233599 | 12/23/2007 | FTS0079739 | 600.00 | 4,042.78 | 4,642.78 |
| 1001442335 | 12/23/2007 | FTS0079740 | 600.00 | 3,371.73 | 3,971.73 |
| 1001401324 | 12/23/2007 | FTS0079642 | 600.00 | 2,257.45 | 2,857.45 |
| 1001537089 | 12/23/2007 | FTS0079811 | N/A | 626.71 | 626.71 |
| 1000933091 | 12/23/2007 | FTS0079812 | 600.00 | 1,583.32 | 2,183.32 |
| 1001465259 | 12/23/2007 | FTS0079813 | 600.00 | 1,915.61 | 2,515.61 |
| 1001541169 | 12/23/2007 | FTS0079814 | 600.00 | 1,738.00 | 2,338.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1000953445 | 12/23/2007 | FTS0079815 | 600.00 | 2,828.75 | 3,428.75 |
| 1001127786 | 12/23/2007 | FTS0079816 | 600.00 | 1,573.60 | 2,173.60 |
| 1000893800 | 12/23/2007 | FTS0079817 | 600.00 | 1,503.76 | 2,103.76 |
| 1001609923 | 12/23/2007 | FTS0079818 | 600.00 | 2,052.19 | 2,652.19 |
| 1001187384 | 12/23/2007 | FTS0079819 | 600.00 | 5,069.87 | 5,669.87 |
| 1000967656 | 12/23/2007 | FTS0079820 | 600.00 | 4,537.50 | 5,137.50 |
| 1000627372 | 12/23/2007 | FTS0079821 | 600.00 | 2,022.82 | 2,622.82 |
| 1000856966 | 12/23/2007 | FTS0079822 | 600.00 | 1,511.07 | 2,111.07 |
| 1001306129 | 12/23/2007 | FTS0079823 | 600.00 | 536.27 | 1,136.27 |
| 1001131673 | 12/23/2007 | FTS0079643 | 600.00 | 626.18 | 1,226.18 |
| 1001721793 | 12/23/2007 | FTS0079644 | 600.00 | 864.09 | 1,464.09 |
| 1001713375 | 12/23/2007 | FTS0079824 | 600.00 | 719.09 | 1,319.09 |
| 1001095274 | 12/23/2007 | FTS0079645 | 600.00 | 846.17 | 1,446.17 |
| 1000801141 | 12/23/2007 | FTS0079825 | 600.00 | 488.18 | 1,088.18 |
| 1001124707 | 12/26/2007 | FTS0079900 | 600.00 | 3,678.50 | 4,278.50 |
| 1000745212 | 12/26/2007 | FTS0079874 | 525.00 | 700.96 | 1,225.96 |
| 1001102749 | 12/27/2007 | FTS0079961 | 600.00 | 1,560.61 | 2,160.61 |
| 1001074284 | 12/27/2007 | FTS0079962 | 600.00 | 1,402.41 | 2,002.41 |
| 1001166244 | 12/27/2007 | FTS0079914 | 725.00 | 1,803.18 | 2,528.18 |
| 1001190200 | 12/27/2007 | FTS0079963 | 600.00 | 1,674.50 | 2,274.50 |
| 1001470719 | 12/27/2007 | FTS0079964 | 600.00 | 2,645.32 | 3,245.32 |
| 1000877504 | 12/27/2007 | FTS0079965 | 600.00 | 1,256.00 | 1,856.00 |
| 1001120665 | 12/27/2007 | FTS0079966 | 600.00 | 909.09 | 1,509.09 |
| 1001261608 | 12/27/2007 | FTS0079967 | 600.00 | 2,155.29 | 2,755.29 |
| 1000877818 | 12/27/2007 | FTS0079968 | 600.00 | 1,670.22 | 2,270.22 |
| 1001136386 | 12/27/2007 | FTS0079924 | 725.00 | 1,758.32 | 2,483.32 |
| 1001370203 | 12/27/2007 | FTS0079916 | 725.00 | 2,647.19 | 3,372.19 |
| 1001435248 | 12/28/2007 | FTS0080163 | 300.00 | N/A | 300.00 |
| 1001230022 | 12/28/2007 | FTS0080112 | 300.00 | N/A | 300.00 |
| 1001515409 | 12/3/2007 | 0110937-IN | 200.00 | N/A | 200.00 |
| 1001680867 | 12/7/2007 | 0111402-IN | 200.00 | N/A | 200.00 |
| 1001412482 | 12/7/2007 | 0111403-IN | 200.00 | N/A | 200.00 |
| 1001609456 | 12/7/2007 | 011404-IN | 200.00 | N/A | 200.00 |
| 1001547508 | 12/7/2007 | 0111405-IN | 200.00 | N/A | 200.00 |
| 1001440396 | 12/10/2007 | 0111460-IN | 200.00 | N/A | 200.00 |
| 1001653882 | 12/11/2007 | 0111600-IN | 200.00 | N/A | 200.00 |
| 1001535290 | 12/13/2007 | 0111723-IN | 200.00 | N/A | 200.00 |
| 1001141287 | 12/13/2007 | 0111724-IN | 200.00 | N/A | 200.00 |
| 1001309669 | 12/17/2007 | 0111924-IN | 200.00 | N/A | 200.00 |
| 1001656017 | 12/20/2007 | 0112222-IN | 200.00 | N/A | 200.00 |
| 1001162314 | 12/26/2007 | 0112350-IN | 200.00 | N/A | 200.00 |
| 1001418273 | 12/28/2007 | 0112504-IN | 250.00 | N/A | 250.00 |
| 1001394228 | 12/31/2007 | 0112600-IN | 200.00 | N/A | 200.00 |
| 1001054756 | 12/31/2007 | 0112601-IN | 200.00 | N/A | 200.00 |
| | | Totals: | 83,125.00 | 210,678.53 | 293,803.53 |