IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :    Chapter 11
                                                              :
AMERICAN HOME MORTGAGE                                        :    Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                               :
a Delaware corporation, et al.,                               :    Jointly Administered
                                                              :
                                                              :    Objection Deadline: N/A
             Debtors.                                         :    Hearing Date: N/A
                                                              :
------------------------------------------------------------- x

**DEBTORS' MOTION PURSUANT TO DEL. L.R. 9006-1(e) FOR AN ORDER
SHORTENING THE TIME FOR NOTICE FOR DEBTORS' MOTION PURSUANT TO
SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 FOR
AN ORDER APPROVING AND AUTHORIZING THE SETTLEMENT AGREEMENT BY
AND BETWEEN THE DEBTORS AND NATIXIS REAL ESTATE CAPITAL INC. F/K/A/
IXIS REAL ESTATE CAPITAL INC.**

The above-captioned debtors and debtors-in-possession (the "Debtors") hereby move (the "Motion to Shorten") this Court, pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and section 102 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), for the entry of an order shortening the time for notice for *Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving and Authorizing the Settlement Agreement by and Between the Debtors and Natixis Real Estate Capital Inc. f/k/a/ IXIS Real Estate Capital Inc.* (the "Motion").[1] In support of the Motion to Shorten, the Debtors respectfully represent as follows:

1.   Pursuant to Bankruptcy Rule 2002(a)(3), a motion to approve "a compromise or settlement of a controversy other than approval of an agreement pursuant to Rule 4001(d) requires at least twenty (20) days notice by mail." Fed. R. Bankr. Proc. 2002(a)(3). Further, Local

Rule 9006-1(e) provides that such period may be shortened by Order of the Court upon written motion specifying the exigencies supporting shortened notice. Del. Bankr. L.R. 9006-1(e).

2. On or about October 29, 2007, Natixis filed the *Motion of Natixis Real Estate Capital Inc. F/K/A Ixis Real Estate Capital, Inc. for Relief from the Automatic Stay* ("Stay Relief Motion") [D.I. 1701]. There were no concerns expressed or objections lodged by parties (other than the Debtors and the Committee) to the relief requested in the Stay Relief Motion.

3. Natixis agreed to adjourn the Stay Relief Motion pending resolution of the matters contained therein.

4. After lengthy negotiations, the Debtors, the Committee, and Natixis reached an agreement as set forth in the Settlement Agreement attached as Exhibit 1 to the Motion.

5. The Debtors submit that there is sufficient cause to justify shortening the notice period for the relief requested in the Motion. The Stay Relief Motion has been on file for numerous months during which no party (other than the Debtors and Committee) has expressed any concerns or lodged any objections. At the hearing on February 1, 2008, counsel to Bank of America informed the Debtors that they do not oppose the Settlement Agreement. Further, at the hearing on February 1, 2008, this Court stated its intention to approve the Motion to Shorten so that the Motion could be heard at the hearing on February 14, 2008.

6. In addition, the effective date of the Settlement Agreement, March 1, 2008, is conditioned upon the approval of the Settlement Agreement by this Court. The Settlement Agreement obligates the Debtors to take all steps necessary to obtain approval of the Settlement Agreement. In accordance with their obligation under the Settlement Agreement, the Debtors' hereby filed this Motion to Shorten.

---

[1] All capitalized terms used, but not defined herein, shall have the meanings given to them in the Motion.

7.     Based on the foregoing, the Debtors submit that cause exists to justify shortening the notice period for relief requested in the Motion. Accordingly, the Debtors request that that Motion be heard at the hearing scheduled on February 14, 2008 at 11 a.m. (ET), with objections due on or before 4 p.m. (ET) on February 11, 2008. In light of the shortened notice period, the Debtors will serve the Motion and Motion to Shorten via overnight delivery, fax or email, on (i) United States Trustee for the District of Delaware; (ii) counsel to the Committee; (iii) counsel to Bank of America; (iv) Counsel to the Agent for the Debtors' Postpetition Lender; (v) counsel to Natixis, and (vi) all parties entitled to notice under Del. Bankr. LR 2002-1(b).

8.     If the relief requested herein is granted, the Debtors will serve a copy of the order entered by the Court via overnight delivery, fax or email on (i) United States Trustee for the District of Delaware; (ii) counsel to the Committee; (iii) counsel to Bank of America; (iv) Counsel to the Agent for the Debtors' Postpetition Lender; (v) counsel to Natixis, and (vi) all parties entitled to notice under Del. Bankr. LR 2002-1(b).

Dated:   Wilmington, Delaware
         February 4, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Sharon M. Zieg*

James L. Patton, Jr. (No. 2202)
John T. Dorsey (No. 2988 )
Sharon M. Zieg (No. 4196)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              : Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                     :
a Delaware corporation, et al.,                     : Jointly Administered
                                                    :
          Debtors.                                  : Docket Ref No. _____
                                                    :
------------------------------------------------------------ x

**ORDER SHORTENING THE TIME FOR NOTICE FOR DEBTORS' MOTION PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 FOR AN ORDER APPROVING AND AUTHORIZING THE SETTLEMENT AGREEMENT BY AND BETWEEN THE DEBTORS AND NATIXIS REAL ESTATE CAPITAL INC. F/K/A/ IXIS REAL ESTATE CAPITAL INC.**

Upon consideration of the motion (the "Motion to Shorten")[1] of the above captioned debtors and debtors-in-possession (the "Debtors") for entry of an order providing that the applicable notice period for the Motion be shortened pursuant to Local Rule 9006-1(e) and section 102 of the Bankruptcy Code; and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that the Motion shall be heard on February 14, 2008 at 11 a.m. (ET); and it is further

---

[1] Capitalized terms not defined herein shall have the meanings given to them in the Motion.

2

ORDERED, that objections to the relief requested in the Motion shall be filed and served no later than 4 p.m. (ET) on February 11, 2008; and it is further

ORDERED, that the Debtors, shall serve this order via overnight delivery, fax or email on (i) United States Trustee for the District of Delaware; (ii) counsel to the Committee; (iii) counsel to Bank of America; (iv) Counsel to the Agent for the Debtors' Postpetition Lender; (v) counsel to Natixis, and (vi) all parties entitled to notice under Del. Bankr. LR 2002-1(b); and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       February _____, 2008

                                                Christopher S. Sontchi
                                                United States Bankruptcy Judge