UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | : |
|  | : Chapter 11 |
| AMERICAN HOME MORTGAGE | : |
| HOLDINGS, INC., a Delaware corporation *et al.*, [1] | : |
|  | : Case Number 07-11047 (CSS) |
| Debtors. | (Jointly Administered) |
|  | : |

**ORDER DENYING THE DEBTORS' MOTION FOR AN ORDER MODIFYING EXISTING PROCEDURES FOR THE COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CERTAIN FORECLOSURE PROFESSIONALS UTILIZED IN THE ORDINARY COURSE, NUNC PRO TUNC TO THE PETITION DATE (RELATED TO DOCKET ENTRY # 2389)**

On January 4, 2008, a hearing was held on the above-referenced motion (Docket Entry # 2389). At the conclusion of the hearing, the Court directed undersigned counsel to submit a proposed form of order after consulting with Debtors' counsel. Undersigned counsel to Kelly Beaudin Stapleton, United States Trustee for Region 3 ("U.S. Trustee"), represents that counsel to the Debtors (Sean Beach, Esq.) advised him that the attached form of order is acceptable to the Debtors. Accordingly, the U.S. Trustee respectfully requests that this Court enter the form of order attached as **Exhibit A**.

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: AHM Holdings, Inc. (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

       Respectfully submitted,

       **KELLY BEAUDIN STAPLETON**
       **UNITED STATES TRUSTEE**


**BY:**  /s/ Joseph J. McMahon, Jr.
       Joseph J. McMahon, Jr., Esquire (# 4819)
       Trial Attorney
       United States Department of Justice
       Office of the United States Trustee
       J. Caleb Boggs Federal Building
       844 King Street, Room 2207, Lockbox 35
       Wilmington, DE 19801
       (302) 573-6491
       (302) 573-6497 (Fax)

Date: February 4, 2008