UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* : | Chapter 11 |
| : |  |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation *et al.,* [1] : |  |
| : | Case Number 07-11047 (CSS) |
| Debtors. | (Jointly Administered) |
| : |  |

### CERTIFICATE OF SERVICE

I certify that, on February 4, 2008, I caused to be served a copy/copies of the United States Trustee's Certification of Counsel related to the Order Denying the Debtors' Motion for an Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals Utilized in the Ordinary Course, <u>Nunc Pro Tunc</u> to the Petition Date via electronic mail to the persons listed below.

| | |
|---|---|
| James L. Patton, Esquire | Mark S. Indelicato, Esquire |
| Pauline K. Morgan, Esquire | Mark T. Power, Esquire |
| M. Blake Cleary, Esquire | HAHN & HESSEN LLP |
| YOUNG, CONAWAY, | 488 Madison Avenue |
|   STARGATT & TAYLOR LLP | New York, NY 10022 |
| The Brandywine Building | (212) 478-7400 (Fax) |
| 1000 West Street, 17th Floor | mindelicato@hahnhessen.com |
| Wilmington, DE 19801 | mpower@hahnhessen.com |
| (302) 571-1253 (Fax) | |
| jpatton@ycst.com | |
| pmorgan@ycst.com | |
| mbcleary@ycst.com | |

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: AHM Holdings, Inc. (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Bonnie Glantz Fatell, Esquire  
BLANK ROME LLP  
1201 Market Street, Suite 800  
Wilmington, DE 19801  
(302) 425-6464 (Fax)  
fatell@blankrome.com  

Margot B. Schonholtz, Esquire  
Mark F. Liscio, Esquire  
Scott D. Talmadge, Esquire  
KAYE SCHOLER LLP  
425 Park Avenue  
New York, NY 10022  
(212) 836-8689 (Fax)  
mschonholtz@kayescholer.com  
mliscio@kayescholer.com  
stalmadge@kayescholer.com  

Victoria W. Counihan, Esquire  
Sandra G.M. Selzer, Esquire  
GREENBERG TRAURIG, LLP  
The Nemours Building  
1007 North Orange Street  
Suite 1200  
Wilmington, DE 19801  
(302) 661-7360 (Fax)  
counihan@gtlaw.com  
selzers@gtlaw.com  

Corinne Ball, Esquire  
Erica M. Ryland, Esquire  
I. Lewis H. Grimm, Esquire  
JONES DAY  
222 East 41st Street  
New York, NY 10017  
(212) 755-7306 (Fax)  
eball@jonesday.com  
emryland@jonesday.com  
lgrimm@jonesday.com  

Brett P. Barragate, Esquire  
JONES DAY  
901 Lakeside Avenue  
North Point  
Cleveland, OH 44114  
(216) 579-0212 (Fax)  
bpbarragate@jonesday.com  

/s/ Joseph J. McMahon, Jr.  
Joseph J. McMahon, Jr.  
Trial Attorney