UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* : | Chapter 11 |
| : |  |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation *et al.,* [1] : |  |
| : | Case Number 07-11047 (CSS) |
| Debtors. | (Jointly Administered) |
| : |  |

**NOTICE OF WITHDRAWN DOCUMENT (ENTERED IN ERROR)**
**(DOCKET ENTRY # 782)**

TO THE CLERK:

Please note that the above-referenced item has been withdrawn, as it was docketed in the incorrect case.

**[Signature line on next page – space intentionally left blank]**

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: AHM Holdings, Inc. (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

       Respectfully submitted,

       **KELLY BEAUDIN STAPLETON**
       **UNITED STATES TRUSTEE**


**BY:**  /s/ Joseph J. McMahon, Jr.
       Joseph J. McMahon, Jr., Esquire (# 4819)
       Trial Attorney
       United States Department of Justice
       Office of the United States Trustee
       J. Caleb Boggs Federal Building
       844 King Street, Room 2207, Lockbox 35
       Wilmington, DE  19801
       (302) 573-6491
       (302) 573-6497 (Fax)

Date:  September 18, 2007