UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

*In re*

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation
*et al.*,[1]

Debtors.

Chapter 11

Case Number 07-11047 (CSS)
(Jointly Administered)

**Related to Docket Entry # 2389**

## ORDER DENYING THE DEBTORS' MOTION FOR AN ORDER MODIFYING EXISTING PROCEDURES FOR THE COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CERTAIN FORECLOSURE PROFESSIONALS UTILIZED IN THE ORDINARY COURSE, NUNC PRO TUNC TO THE PETITION DATE

After considering the Debtors' motion for an order modifying existing procedures for the compensation and reimbursement of expenses of certain foreclosure professionals utilized in the ordinary course, nunc pro tunc to the Petition Date (the "Motion") and the objection of the United States Trustee to the Motion, after notice of the Motion was given and a hearing was held on the Motion on January 4, 2008, for the reasons stated on the record at the hearing, it is ORDERED that the Motion is DENIED without prejudice, consistent with the Court's comments on the record at the hearing.

Date: February 5, 2008

**BY THE COURT:**

*/s/ Christopher S. Sontchi*

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: AHM Holdings, Inc. (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.