**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In Re:

AMERICAN HOME MORTGAGE CORP.,

                Debtor.

Chapter 11

Case No. 07-11047-CSS

**Hearing Date:  Feb. 14, 2008
Ref. No. 2642**

## NOTICE OF WITHDRAWAL OF MOTION OF DCFS TRUST FOR RELIEF FROM AUTOMATIC STAY AS TO 2005 MERCEDES-BENZ S600V, VIN WDBNG76J25A453580

DCFS TRUST, the Movant, by and through its attorneys, Whittington & Aulgur, hereby withdraws without prejudice its Motion for Relief from Automatic Stay Pursuant to 11 U.S.C.§362 (d)(1) as to the 2005 Mercedes-Benz S600V, VIN WDBNG76J25A53580 filed on January 9, 2008.

WHITTINGTON & AULGUR

By: /s/ Kristi J. Doughty
     Robert T. Aulgur, Jr. (No. 165)
     Kristi J. Doughty (No. 3826)
     651 N. Broad Street, Suite 206
     P.O. Box 1040
     Middletown, DE 19709-1040
     (302) 378-1661
     Attorney for DCFS TRUST

Date:  February 5, 2008