IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:

AMERICAN HOME MORTGAGE CORP.,

Debtor.

Chapter 11

Case No. 07-11047-CSS

**Hearing Date:** Feb. 14, 2008
**Ref. No. 2642**

### CERTIFICATE OF SERVICE

I, Kristi J. Doughty, hereby certify this 5th day of February, A.D. 2008 that service of the **Notice of Withdrawal** was made electronically and (via) first class mail to the following:

Pauline K. Morgan
Attorney for Debtor
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor,
PO Box 391
Wilmington, DE 19899-0391

Office of the U.S. Trustee
601 Walnut St.
Curtis Center, Suite 950 W.
Philadelphia, PA  19106

American Home Mortgage Corp. (Debtor)
538 Broadhollow Road
Melville, NY 11747

By: /s/ Kristi J. Doughty
Kristi J. Doughty (No. 3826)
651 N. Broad Street, Suite 206
P.O. Box 1040
Middletown, DE 19709-1040
(302) 378-1661
Attorney for DCFS TRUST