UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation *et al.*,[1] | |
| Debtors. | Case Number 07-11047 (CSS) (Jointly Administered) |

Related to Docket Entry # 2720

### ORDER DENYING THE DEBTORS' APPLICATION PURSUANT TO SECTION 327(a) AND 328(a) OF THE BANKRUPTCY CODE FOR ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF CB RICHARD ELLIS, INC. AS REAL ESTATE BROKER, NUNC PRO TUNC TO JANUARY 10, 2008

After considering the Debtors' application pursuant to section 327(a) and 328(a) of the Bankruptcy Code for an order authorizing the retention and employment of CB Richard Ellis, Inc. as real estate broker, nunc pro tunc to January 10, 2008 (the "Application") and the objection of the United States Trustee to the Application, after notice of the Application was given and a hearing was held on the Application on February 1, 2008, for the reasons stated on the record at the hearing, it is ORDERED that the Application is DENIED.

BY THE COURT:

Date: February 6, 2008

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: AHM Holdings, Inc. (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.