**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| INVESTMENT CORP., *et al.*[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Hearing: February 28, 2008 @ 11:00 a.m. |
| | | Objection Deadline: February 21, 2008 |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on January 25, 2008, National City Capital Commercial Corporation ("National City") by and through Weir & Partners LLP filed the **MOTION OF NATIONAL CITY CAPITAL COMMERCIAL CORPORATION FOR ENTRY OF ORDER GRANTING ALLOWANCE AND PAYMENT OF POST-PETITION RENT AS AN ADMINISTRATION EXPENSE PURSUANT TO 11 U.S.C. SECTION 503(b)(1)(A) ("MOTION**).

You are required to file a response to the Application on or before February 21, 2008**.**

At the same time, you must also serve a copy of the response upon the following:

WEIR & PARTNERS LLP
Jeffrey S. Cianciulli, Esquire
P.O. Box 798
824 Market Street Mall, Suite 1001
Wilmington, DE 19801
(302) 652-8181 (telephone)
(302) 652-8909 (facsimile)

LAMM RUBENSTONE LLC
Sherry D. Lowe, Esquire
3600 Horizon Boulevard, Suite 200
Trevose, PA 19053
(215) 638-9330 (telephone)
(215) 638-2867 (facsimile)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures, LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).

**A HEARING ON THE MOTION WILL BE HELD ON February 28, 2008 at 11:00 AM (EST).**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 5, 2008

WEIR & PARTNERS LLP

BY:  /s/ Jeffrey S. Cianculli
     Jeffrey S. Cianciulli (#4369)
     P.O. Box 708,
     824 Market Street Mall, Suite 1001
     Wilmington, Delaware 19899
     (302) 652-8181 (telephone)
     (302) 652-8909 (facsimile)

*Local Counsel to National City Capital Commercial Corporation*

285192-1