# AMERICAN HOME MORTGAGE
## Time Summary
### December 1, 2007 to December 31, 2007

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| WILLIAM K LENHART | PARTNER | 0.3 | 650.00 | $195.00 |
| DAVID E BERLINER | PARTNER | 45.9 | 575.00 | 26,392.50 |
| MICHELE MICHAELIS | SENIOR MANAGER | 71.2 | 350.00 | 24,920.00 |
| BRIAN C MALONEY | SENIOR | 11.2 | 200.00 | 2,240.00 |
| THERESA E GALLOWAY | SENIOR | 3.4 | 185.00 | 629.00 |
| NAUSHON E VANDERHOOP | SENIOR | 9.7 | 185.00 | 1,794.50 |
| MATTHEW J STEWART | STAFF | 59.2 | 185.00 | 10,952.00 |
| MIGDALIA MUFTUOGLU | PARA-PROF. | 3.7 | 150.00 | 555.00 |
| | **TOTAL:** | **204.6** | | **$67,678.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2007 to December 31, 2007**

## A.    TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/4/2007 | M.S. | Analyzed preference payments. | 1.4 |
| 12/6/2007 | M.S. | Analyzed 90 preference payments. | 1.2 |
| 12/7/2007 | M.S. | Prepared summaries of preference payments. | 0.7 |
| 12/10/2007 | M.M. | Discussions with M. Stewart re: preferences. | 1.1 |
| 12/10/2007 | M.M. | Reviewed preference files- and SOFA 3b. | 0.8 |
| 12/10/2007 | M.S. | Met with M. Michaelis regarding preferences. | 1.1 |
| 12/10/2007 | M.S. | Met with B. Maloney regarding 90 day preference period. | 0.3 |
| 12/10/2007 | M.S. | Prepared Preference Payment Analysis. | 0.6 |
| 12/12/2007 | B.M. | Completed vendor identification process using keyword and internet searches (Tab 07-11049). | 2.4 |
| 12/12/2007 | B.M. | Completed vendor identification process using keyword and internet searches (Tab 07-11050). | 0.2 |
| 12/12/2007 | B.M. | Completed vendor identification process using keyword and internet searches (Tab 07-11053). | 0.6 |
| 12/12/2007 | B.M. | Began vendor identification process using keyword and internet searches (Tab 07-11051). | 3.2 |
| 12/13/2007 | B.M. | Continued vendor identification process using keyword and internet searches (Tab 07-11051). | 2.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2007 to December 31, 2007**

### A.    TRADE PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/18/2007 | B.M. | Completed categorizing of vendors found in schedule of potential preferences. | 2.2 |
| 12/20/2007 | M.M. | Discussion and review of other open areas of 90 day payments. | 0.3 |
| | | **TOTAL:** | **18.7** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 2.2 | 350.00 | 770.00 |
| B. MALONEY (B.M.) | 11.2 | 200.00 | 2,240.00 |
| M. STEWART (M.S.) | 5.3 | 185.00 | 980.50 |
| **TOTAL:** | **18.7** | | **3,990.50** |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2007 to December 31, 2007**

**B.    LITIGATION CONSULTING**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/19/2007 | D.B. | Prepared list of items for discussion with J. McCahey, Esq. re: AHM investigation. | 1.2 |
| 12/20/2007 | D.B. | Reviewed 12/31/06 Form 10-K re: UCC investigation. | 0.6 |
| 12/20/2007 | M.S. | Gathered material needed for the 2004 investigation. | 1.3 |
| 12/21/2007 | D.B. | Reviewed 12/31/06 Form 10-K re: UCC investigation. | 0.6 |
| 12/27/2007 | D.B. | Reviewed 12/31/06 Form 10-K for UCC investigation. | 1.3 |
| 12/28/2007 | D.B. | Prepared initial list of information needed from Debtors for UCC investigation. | 0.5 |
| | | **TOTAL:** | **5.5** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 4.2 | 575.00 | 2,415.00 |
| M. STEWART (M.S.) | 1.3 | 185.00 | 240.50 |
| **TOTAL:** | **5.5** | | **2,655.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2007 to December 31, 2007**

### C.    ASSET SALE/AUCTION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/3/2007 | M.M. | Reviewed asset sale support information previously received for loan pools. | 0.8 |
| 12/17/2007 | M.M. | Discussion with D. Berliner re: sale of Thrift Bank and meeting with Kroll to discuss same. | 0.3 |
| 12/18/2007 | M.M. | Discussion with D. Berliner re: sale of Thrift Bank. | 0.4 |
| 12/20/2007 | D.B. | Reviewed DoveBid proposal to sell used or surplus fixed assets and information on alternative bidders. | 0.8 |
| 12/20/2007 | M.M. | Reviewed other FF&E auction sales options. | 0.6 |
| 12/20/2007 | M.S. | Researched proposed asset liquidators and competitors contacted for sale of assets by Debtors. | 0.8 |
| 12/26/2007 | D.B. | Reviewed AHM motion approving sale procedures re: certain non-performing loans and sale procedures. | 0.8 |
| | | **TOTAL:** | **4.5** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.6 | 575.00 | 920.00 |
| M. MICHAELIS (M.M.) | 2.1 | 350.00 | 735.00 |
| M. STEWART (M.S.) | 0.8 | 185.00 | 148.00 |
| **TOTAL:** | **4.5** | | **1,803.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
December 1, 2007 to December 31, 2007

**D.    MEETINGS - DEBTOR**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|------|------|------|------|
| 12/3/2007 | D.B. | Conference call with Pauline Morgan, Kroll, Debtor and Mark Indelicato re: B of A construction loan sale issues. | 1.1 |
| 12/3/2007 | D.B. | E-mails with B. Semple (Kroll) re: questions on real estate brokers. | 0.4 |
| 12/3/2007 | M.M. | Correspondence with Debtor's re: open issues. | 0.6 |
| 12/4/2007 | D.B. | Conference call with Debtors, Kroll, Pauline Morgan and Hahn & Hessen re: analysis of construction loan portfolio and next steps. | 1.4 |
| 12/4/2007 | D.B. | Made follow-up call with P. Morgan, K. Nystrom and Hahn & Hessen. | 0.5 |
| 12/4/2007 | M.M. | Met at Kroll with M. Lymbery and M. Stewart re: request list related to asset recovery and SOFA/SOAL. | 1.6 |
| 12/4/2007 | M.M. | Met at Kroll with Debtor, Kroll and counsel re: construction loans. | 1.9 |
| 12/4/2007 | M.S. | Met with M. Lymbery and M. Michaelis re: request list related to asset recovery and SOFA/SOAL. | 1.6 |
| 12/4/2007 | M.S. | Met with Debtors, Debtors' counsel and unsecured Creditors' Committee counsel regarding construction loan sale. | 2.6 |
| 12/5/2007 | D.B. | Emailed Kevin Nystrom re: update on B of A construction loans. | 0.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2007 to December 31, 2007**

## D.     MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/5/2007 | M.S. | Emailed M. Lymbery regarding question on B of A pay downs. | 0.1 |
| 12/7/2007 | D.B. | Prepared information request for Kroll following UCC call and discussed with M. Michaelis. | 0.4 |
| 12/7/2007 | M.M. | Prepared request list for Debtors. | 0.9 |
| 12/11/2007 | D.B. | Reviewed emails from B. Semple and M. Indelicato re: construction loans and analysis. | 0.1 |
| 12/12/2007 | D.B. | Made telephone call to K. Nystrom; reviewed email from M. Michaelis summarizing discussion with K. Nystrom re: case status and issues. | 0.1 |
| 12/12/2007 | M.M. | Discussion with K. Nystrom re: construction loan summary. | 0.2 |
| 12/17/2007 | D.B. | Made telephone calls and reviewed email from K. Nystrom re: sale of Thrift Bank and information required. | 0.1 |
| 12/17/2007 | M.M. | Correspondence with Debtors re: open items. | 0.2 |
| 12/18/2007 | D.B. | Participated in telephone call with K. Nystrom re: settlement with Texas Comptroller and Waldner's claim. | 0.2 |
| 12/18/2007 | D.B. | Telephone call and reviewed emails from K. Nystrom re: status of AHM Bank marketing efforts and timing. | 0.3 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### December 1, 2007 to December 31, 2007

## D.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/18/2007 | M.M. | Correspondence with Debtor re: open items. | 0.2 |
| 12/18/2007 | M.M. | Call with Kroll re: Thrift Bank. | 0.3 |
| 12/19/2007 | D.B. | Telephone call and e-mails with Kroll re: construction loans, Waldner's claim and DoveBid proposal. | 0.3 |
| 12/19/2007 | M.M. | Discussion with Kroll re: Waldner Claim & Construction loans. | 0.9 |
| 12/20/2007 | D.B. | Telephone call and e-mails with K. Nystrom and B. Semple (Kroll) re: DoveBid proposal and other items. | 0.6 |
| 12/20/2007 | M.M. | Calls with K. Nystrom re: open issues including EPD claims and Waldner. | 0.4 |
| 12/21/2007 | D.B. | Telephone call and e-mail with M. Lymbery re: information required and next-steps. | 0.3 |
| 12/21/2007 | M.M. | Discussion with M. Lymbery re: open item request lists. | 0.3 |
| 12/22/2007 | M.M. | Correspondence with Debtor re: Schedule G. | 0.3 |
| 12/26/2007 | D.B. | Telephone calls and e-mails with C. Bonilla re: Committee professional fees and cash flow reports. | 0.3 |
| | | **TOTAL:** | **18.3** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2007 to December 31, 2007**

**D.     MEETINGS - DEBTOR**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|-----:|-----:|-------------:|
| D. BERLINER (D.B.) | 6.2 | 575.00 | 3,565.00 |
| M. MICHAELIS (M.M.) | 7.8 | 350.00 | 2,730.00 |
| M. STEWART (M.S.) | 4.3 | 185.00 | 795.50 |
| **TOTAL:** | **18.3** | | **7,090.50** |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
December 1, 2007 to December 31, 2007

E.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/3/2007 | D.B. | Met with M. Michaelis re: work to be performed at Kroll office and information required for report to UCC. | 0.5 |
| 12/3/2007 | M.M. | Discussions with D. Berliner re: construction loan status and report for meeting on 12/6. | 0.7 |
| 12/3/2007 | M.M. | Reviewed notes from prior week calls with Kroll for use in Committee report. | 0.7 |
| 12/4/2007 | M.M. | Prepared memo for Committee re: construction loans and asset sales. | 3.2 |
| 12/4/2007 | M.M. | Met with M. Stewart re: Committee meeting on Thursday, report for Committee meeting and meeting with Kroll. | 0.9 |
| 12/4/2007 | M.S. | Met with M. Michaelis regarding unsecured Creditors' Committee report. | 0.3 |
| 12/4/2007 | M.S. | Prepared Unsecured Creditors' Committee cash flow report. | 2.4 |
| 12/5/2007 | D.B. | Reviewed initial draft of BDO Report to UCC re: financial update for 12/6/07 UCC conference call and prepared comments for staff. | 2.5 |
| 12/5/2007 | D.B. | Met with M. Michaelis re: results of meeting at Kroll 12/4 and prepared for BDO Report to Creditors' Committee. | 0.4 |
| 12/5/2007 | M.M. | Prepared and edited report for Committee. | 5.9 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
December 1, 2007 to December 31, 2007

**E.      REPORT PREPARATION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/5/2007 | M.M. | Edited construction loan exhibits for report. | 0.8 |
| 12/5/2007 | M.S. | Prepared weekly report to the unsecured Creditors' Committee. | 2.6 |
| 12/5/2007 | M.S. | Prepared final servicing cash flow report and exhibits through the servicing sale on 11/16/07. | 2.2 |
| 12/5/2007 | M.S. | Prepared Corporate cash flow report and exhibits through 11/23/07. | 3.4 |
| 12/6/2007 | D.B. | Reviewed draft of BDO report to UCC for 12/6 meeting, prepared comments and inserts, reviewed exhibits and discussed with M. Michaelis. | 2.6 |
| 12/6/2007 | D.B. | Reviewed revised draft of BDO report and prepared final comments. | 0.6 |
| 12/6/2007 | M.M. | Edited report for Committee. | 3.6 |
| 12/6/2007 | M.M. | Met with M. Stewart re: discussion of report. | 0.8 |
| 12/6/2007 | M.M. | Reviewed summary notes and open items to be included in report. | 0.9 |
| 12/6/2007 | M.S. | Updated and revised exhibits for unsecured Creditors' Committee weekly call. | 2.8 |
| 12/11/2007 | D.B. | Discussed work to be done re: analysis of construction sale issues with M. Michaelis and prepared a report for the Creditors Committee. | 0.5 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2007 to December 31, 2007**

## E.     REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/11/2007 | M.M. | Prepared memo for Committee. | 2.3 |
| 12/11/2007 | M.S. | Met with M. Michaelis regarding report to unsecured Creditors' Committee. | 0.9 |
| 12/11/2007 | M.S. | Prepared exhibit for unsecured Creditors' Committee report showing updated estimates for potential recovery amounts for the construction loans. | 2.4 |
| 12/12/2007 | D.B. | Reviewed draft report to UCC and exhibits; prepared comments and edits for M. Michaelis. | 1.6 |
| 12/12/2007 | M.M. | Discussion with M. Stewart and other staff re: preferences, 90 day preference payments and bank positions and report to Creditors' Committee. | 1.3 |
| 12/12/2007 | M.M. | Edited report re: corporate budget. | 1.8 |
| 12/12/2007 | M.M. | Edited report re: corporate construction loans. | 1.9 |
| 12/12/2007 | M.M. | Edited report and exhibits. | 1.6 |
| 12/12/2007 | M.S. | Met with M. Michaelis regarding report to unsecured Creditors' Committee. | 1.3 |
| 12/12/2007 | M.S. | Prepared report for the unsecured Creditors' Committee call on December 13, 2007. | 1.2 |
| 12/13/2007 | D.B. | Reviewed final draft of report to UCC and prepared for UCC conference call. | 0.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2007 to December 31, 2007**

**E.    REPORT PREPARATION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/13/2007 | M.M. | Made final edits and distributed Committee report. | 0.8 |
| 12/13/2007 | M.S. | Updated exhibits to report for Unsecured Creditors' Committee call. | 0.3 |
| 12/18/2007 | D.B. | Supervised M. Michaelis re: analysis of Waldner's claim, construction loan update and financial information for UCC. | 0.4 |
| 12/18/2007 | M.M. | Prepared initial report outline. | 0.6 |
| 12/19/2007 | D.B. | Met with M. Michaelis re: planning report for UCC meeting 12/20/07. | 0.4 |
| 12/19/2007 | M.M. | Edited report for Creditors' Committee. | 1.7 |
| 12/19/2007 | M.S. | Updated B of A report exhibit for construction loans changes through 12/17 for Committee presentation. | 1.6 |
| | | **TOTAL:** | **61.2** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 10.3 | 575.00 | 5,922.50 |
| M. MICHAELIS (M.M.) | 29.5 | 350.00 | 10,325.00 |
| M. STEWART (M.S.) | 21.4 | 185.00 | 3,959.00 |
| **TOTAL:** | **61.2** | | **20,206.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
December 1, 2007 to December 31, 2007

## F.    MEETINGS OF CREDITORS / TRUSTEE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/6/2007 | D.B. | Prepared for UCC conference call; attended conference call and presented BDO report. | 1.6 |
| 12/6/2007 | M.M. | Prepared for and attended call with Committee. | 1.1 |
| 12/6/2007 | M.S. | Prepared for Creditors' Committee Call at 3pm. | 0.2 |
| 12/6/2007 | M.S. | Participated on weekly Creditors' Committee conference call at 3pm. | 1.0 |
| 12/13/2007 | D.B. | Prepared for and attended UCC conference call and presented BDO report. | 0.8 |
| 12/13/2007 | M.M. | Prepared for and attended conference call with Committee. | 1.1 |
| 12/13/2007 | M.S. | Conference call with Unsecured Creditors' Committee. | 0.9 |
| 12/13/2007 | M.S. | Prepared for unsecured Creditors' Committee call. | 0.8 |
| 12/20/2007 | D.B. | Prepared for and Attended UCC conference call and presented BDO report. | 0.9 |
| 12/20/2007 | M.M. | Prepared for Committee meeting. | 0.8 |
| 12/20/2007 | M.M. | Attended conference call with Committee. | 0.9 |
| 12/20/2007 | M.S. | Prepared for and participated on weekly unsecured Creditors' Committee conference call. | 1.7 |
| | | **TOTAL:** | **11.8** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2007 to December 31, 2007**

**F.     MEETINGS OF CREDITORS / TRUSTEE**

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 3.3 | 575.00 | 1,897.50 |
| M. MICHAELIS (M.M.) | 3.9 | 350.00 | 1,365.00 |
| M. STEWART (M.S.) | 4.6 | 185.00 | 851.00 |
| **TOTAL:** | **11.8** | | **4,113.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
December 1, 2007 to December 31, 2007

## G.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/3/2007 | D.B. | Reviewed real estate broker comparison information provided by Kroll and prepared questions. | 0.4 |
| 12/3/2007 | M.M. | Reviewed cash information received for corporate. | 0.6 |
| 12/4/2007 | D.B. | Reviewed spreadsheets from B. Semple re: analysis of construction loan portfolio on 12/1/07 to prepare for conference call. | 0.5 |
| 12/4/2007 | M.M. | Reviewed notes and summary of asset recovery previously received. | 1.1 |
| 12/4/2007 | M.M. | Reviewed flash information responses received. | 0.3 |
| 12/4/2007 | M.S. | Prepared for meeting regarding construction loan sale. | 0.6 |
| 12/4/2007 | M.S. | Updated corporate and servicing cash flow actuals through 11/23 and 11/16, respectively. | 2.2 |
| 12/5/2007 | M.M. | Discussion with D. Berliner re: meeting with Kroll to discuss construction loans, asset recoveries and current week report for Committee. | 0.7 |
| 12/5/2007 | M.M. | Discussion with M. Stewart re: BofA loan balance exhibit and cash flow exhibits. | 0.8 |
| 12/5/2007 | M.S. | Analyzed B of A pay down and sweeps schedule provided versus schedules previously received. | 0.4 |
| 12/6/2007 | D.B. | Reviewed materials on real estate broker transaction experience from Kroll. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2007 to December 31, 2007**

**G.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/6/2007 | D.B. | Reviewed B of A motion for relief from stay to force AHM to sell construction loans. | 0.2 |
| 12/6/2007 | M.M. | Met with D. Berliner and M. Stewart re: discussion of task going forward pursuant to Committee call. | 0.7 |
| 12/6/2007 | M.M. | Reviewed real estate broker package received. | 0.6 |
| 12/6/2007 | M.M. | Discussion with D. Berliner re: visits to location, real estate sale and UPB issues. | 0.4 |
| 12/6/2007 | M.S. | Met with D. Berliner and M. Michaelis regarding American Home issues. | 0.7 |
| 12/6/2007 | M.S. | Met with M. Michaelis regarding B of A payments. | 0.8 |
| 12/6/2007 | M.S. | Reviewed B of A payment schedule and loan amounts. | 0.6 |
| 12/7/2007 | D.B. | Reviewed Kroll's analysis re: proposed settlement scenarios re: Lehman. | 0.7 |
| 12/7/2007 | D.B. | Reviewed news articles re: exclusivity extension pending settlements and lift stay motions. | 0.2 |
| 12/7/2007 | D.B. | Reviewed docket report for period 11/24-12/3/07. | 0.4 |
| 12/7/2007 | D.B. | Reviewed Debtor's motion for extension of exclusivity. | 0.2 |
| 12/7/2007 | M.M. | Reviewed UPB asset and liability values provided by Debtor. | 1.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
December 1, 2007 to December 31, 2007

## G.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/7/2007 | M.M. | Reviewed status of preference review, subs consolidation and meeting with Kroll. | 0.6 |
| 12/7/2007 | M.M. | Reviewed current media articles on case. | 0.3 |
| 12/7/2007 | M.S. | Created request list to send to Kroll and the Company for further analysis. | 0.4 |
| 12/10/2007 | D.B. | Reviewed email from B. Semple and revised schedule of construction loan activity, compared to 12/1/07 schedule. | 0.6 |
| 12/10/2007 | D.B. | Reviewed corporate budget for 13 week period ending 2/22/08 and prepared list of items for follow up by staff. | 0.4 |
| 12/10/2007 | M.M. | Reviewed updated budget information. | 0.4 |
| 12/10/2007 | M.S. | Reviewed 13 week corporate cash budget provided by Debtor. | 0.8 |
| 12/11/2007 | D.B. | Reviewed email from B. Semple and analysis of construction loan activity since filing date. | 0.4 |
| 12/11/2007 | M.M. | Prepared updated corporate budget and comparised to former. | 1.3 |
| 12/11/2007 | M.M. | Reviewed construction loan correspondence, updated schedule on loan and new valuations. | 1.4 |
| 12/11/2007 | M.M. | Reviewed professional fee scheduled and previous budgets. | 1.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2007 to December 31, 2007**

**G.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/11/2007 | M.M. | Reviewed and analyzed updated schedules. | 0.9 |
| 12/11/2007 | M.S. | Updated B of A construction loans based on revision provided by Debtor. | 0.8 |
| 12/11/2007 | M.S. | Updated corporate budget based on 11/20/07 actual to budget figures provided by the Debtor. | 0.7 |
| 12/11/2007 | M.S. | Prepared analysis of the changes to the updated construction portfolio. | 0.4 |
| 12/12/2007 | D.B. | Reviewed budget to actual reconciliation for week and 17 weeks ended 11/30/07. | 0.1 |
| 12/12/2007 | M.S. | Reviewed 13 week corporate cash budget provided by Debtor to determine reasonableness of A/P checks cleared expenditures. | 0.8 |
| 12/12/2007 | T.G. | Reviewed and summarized certain payment information from the detailed SOFA. | 1.2 |
| 12/12/2007 | T.G. | Prepared summary schedule for M. Michaelis. | 1.4 |
| 12/12/2007 | T.G. | Made additional revisions to schedule as instructed. | 0.8 |
| 12/13/2007 | D.B. | Reviewed recent news articles re: AHM. | 0.2 |
| 12/13/2007 | M.M. | Discussion M. Stewart re: next steps for review including substantive consolidation of Waldner and cash flows. | 0.6 |
| 12/13/2007 | M.S. | Met with M. Michaelis regarding American Home issues. | 0.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2007 to December 31, 2007**

**G.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/13/2007 | M.S. | Met with M. Michaelis regarding committee call. | 0.3 |
| 12/14/2007 | D.B. | Reviewed docket report for period 12/4-12/13/07. | 0.4 |
| 12/14/2007 | D.B. | Reviewed FGIC motion to permit termination and transition of servicing rights under HELOC. | 0.2 |
| 12/14/2007 | M.M. | Discussion with D. Berliner re: open issues with substantive consolidation, budgets, construction loans and information still due from company. | 0.6 |
| 12/14/2007 | M.M. | Reviewed current correspondence. | 0.3 |
| 12/14/2007 | M.M. | Reviewed status of filings on docket. | 0.2 |
| 12/14/2007 | W.L. | Discussed various analyses to be performed regarding claims with D. Berliner. | 0.3 |
| 12/17/2007 | D.B. | Reviewed non-servicing actual cash flows vs. budget for week and 18 weeks ended 12/9/07. | 0.1 |
| 12/17/2007 | D.B. | Reviewed AHM motion for approval of settlement with Texas Comptroller. | 0.1 |
| 12/17/2007 | M.M. | Reviewed cash flow information received. | 0.2 |
| 12/18/2007 | D.B. | Reviewed court filings related to amended class action complaint by former employees and AHM responses, 2nd stipulation with ABN Amro regarding past -petition advances and sale of construction loan portfolio, motion by loan officers for relief from stay to pursue pre-petition FLSA lawsuits and AHM response to FGIC motion. | 1.1 |
| 12/18/2007 | M.M. | Reviewed docket for update as to open items and filings. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2007 to December 31, 2007**

## G.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/18/2007 | M.S. | Updated corporate budget cash flow analysis through 12-07-07. | 1.7 |
| 12/18/2007 | M.S. | Updated B of A report exhibit for construction loans changes through 12/17. | 1.2 |
| 12/19/2007 | M.M. | Reviewed docket for additional claims information. | 0.3 |
| 12/19/2007 | M.M. | Reviewed other docket filing's motions and asset disposal information provided by counsel. | 0.3 |
| 12/19/2007 | M.M. | Reviewed updated Construction loan schedule. | 1.4 |
| 12/19/2007 | M.S. | Monitored and created schedule of construction loans changes. | 1.9 |
| 12/20/2007 | D.B. | Reviewed docket report for period 12/14/07-12/19/07. | 0.3 |
| 12/20/2007 | D.B. | Reviewed 3rd monthly application of H & H for October 2007, 2nd monthly application of Milestone advisors for September 2007, 3rd monthly application and YCST for October 2007 and AHM limited response to motion of Financial Guaranty Insurance Company for relief of automatic stay. | 0.6 |
| 12/20/2007 | D.B. | Reviewed notice of matters scheduled for hearing on 12/21/07 and AHM motion for order authorizing amendment to limited recourse DIP Financing Facility. | 0.3 |
| 12/20/2007 | M.M. | Compiled and reviewed information to be sent to counsel in advance for 2004 request list preparation. | 1.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
December 1, 2007 to December 31, 2007

## G.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/20/2007 | M.M. | Discussions and preparation of information needed on open issues to be provided early January. | 1.6 |
| 12/20/2007 | M.S. | Created package of employee listing to send to council including KEIP employees. | 0.4 |
| 12/21/2007 | M.M. | Discussion with BDO team re: information to be compiled on MORS's, Schedule G and open items. | 1.2 |
| 12/21/2007 | M.M. | Reviewed Schedule G information as provided. | 0.6 |
| 12/21/2007 | M.S. | Analyzed August monthly operating report filed by Debtors. | 3.8 |
| 12/22/2007 | M.M. | Reviewed Schedule G information as provided by Debtor versus other November results. | 1.7 |
| 12/22/2007 | M.M. | Reviewed other 11/30 results as presented. | 0.8 |
| 12/26/2007 | D.B. | Reviewed AHM motion to approve retention of DoveBid as auctioneer and terms of employment. | 0.6 |
| 12/26/2007 | D.B. | Reviewed recent news articles on AHM class action lawsuits, shredding mortgage files and other issues. | 0.3 |
| 12/26/2007 | D.B. | Reviewed Schedule G Servicing Business Reconciliation for 11/16/07 and week ended 11/23/07. | 0.3 |
| 12/26/2007 | D.B. | Reviewed budget vs. actual cash flows for week and 19 weeks ended 12/14/07. | 0.1 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
December 1, 2007 to December 31, 2007

## G.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/26/2007 | D.B. | Reviewed docket report for period 12/20/07 - 12/26/07. | 0.3 |
| 12/26/2007 | D.B. | Reviewed AHM motion to approve settlement with Waldner's Business Environments and Proof of Claim. | 0.5 |
| 12/26/2007 | D.B. | Reviewed Iron Mountain motion to compel payment of admin expenses and objection of FHLM to AHM motion to abandon and destroy certain loan files. | 0.3 |
| 12/26/2007 | M.S. | Reviewed and/or prepared corporate cash flow updates. | 0.4 |
| 12/26/2007 | M.S. | Analyzed August monthly operating report filed by Debtors. | 2.4 |
| | | **TOTAL:** | **58.9** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| W. LENHART (W.L.) | 0.3 | 650.00 | 195.00 |
| D. BERLINER (D.B.) | 10.1 | 575.00 | 5,807.50 |
| M. MICHAELIS (M.M.) | 23.6 | 350.00 | 8,260.00 |
| T. GALLOWAY (T.G.) | 3.4 | 185.00 | 629.00 |
| M. STEWART (M.S.) | 21.5 | 185.00 | 3,977.50 |
| **TOTAL:** | **58.9** | | **18,869.00** |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2007 to December 31, 2007**

**H.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/3/2007 | D.B. | Prepared emails to M. Indelicato to summarize real estate broker information provided. | 0.5 |
| 12/3/2007 | D.B. | Telephone call with M. Indelicato re: construction loan sale issues. | 0.1 |
| 12/4/2007 | D.B. | Conference call with M. Powers, M. Indelicato and E. Schnitzer re: Debtor's proposal for treatment of construction loans. | 0.5 |
| 12/5/2007 | D.B. | Received telephone call from M. Indelicato re: planning for UCC conference call and BDO Report. | 0.1 |
| 12/6/2007 | D.B. | Telephone call with M. Indelicato to prepare for UCC conference call. | 0.2 |
| 12/7/2007 | D.B. | Reviewed memo from Hahn & Hessen re: motion for adequate protection and relief from stay to compel Debtors to assume or reject collateral management system license. | 0.2 |
| 12/11/2007 | D.B. | Telephone call and reviewed email with M. Indelicato re: construction loan issues. | 0.3 |
| 12/12/2007 | M.M. | Various discussions with D. Berliner and M. Indelicato re: report for Thursday weekly Committee call. | 0.4 |
| 12/14/2007 | D.B. | Participated in a telephone call with J. McCahey, Esq. re: UCC 2004 investigation, information required and topics to pursue; discussed with M. Michaelis and prepared list of initial items. | 0.8 |
| 12/17/2007 | D.B. | Participated in telephone call with B. Fatell re: sale of AHM thrift; reviewed email with Debtors re: sale of Thrift. | 0.2 |

EXHIBIT "A"

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
December 1, 2007 to December 31, 2007

## H.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/18/2007 | D.B. | Telephone calls and reviewed emails with B. Fatell and /or M. Indelicato re AHM Bank marketing status. | 0.6 |
| 12/18/2007 | M.M. | Reviewed correspondence from counsel re: Thrift Bank. | 0.2 |
| 12/19/2007 | D.B. | Reviewed emails and participated in telephone call with Hahn & Hessen and Blank Rome re: professional fees, planning for UCC conference call, DoveBid, WL Ross issues and other case issues. | 0.6 |
| 12/19/2007 | D.B. | Telephone call and emails with Hahn & Hessen and Blank Rome re: professional fees, planning for UCC conference call, WL Ross issues and DoveBid proposal. | 0.6 |
| 12/19/2007 | D.B. | Reviewed email from M. Powers re: upgrade of AHM services rating. | 0.1 |
| 12/19/2007 | D.B. | Received telephone call from M. Indelicato re: planning for UCC call and case issues. | 0.1 |
| 12/20/2007 | D.B. | Prepared for and met with J. McCahey and J. Lazarus, H&H re: investigation. | 1.7 |
| 12/20/2007 | M.M. | Met with counsel re: 2004 exam. | 0.9 |
| 12/20/2007 | M.M. | Prepared for meeting with Counsel re: 2004 exam. | 0.6 |
| | | **TOTAL:** | **8.7** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2007 to December 31, 2007**

## H.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 6.6 | 575.00 | 3,795.00 |
| M. MICHAELIS (M.M.) | 2.1 | 350.00 | 735.00 |
| **TOTAL:** | **8.7** | | **4,530.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2007 to December 31, 2007**

I.     FEE APPLICATIONS / MONTHLY STATEMENTS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/3/2007 | D.B. | Reviewed initial draft of BDO's first monthly fee application for period 8/14/07-10/31/07 and prepared comments for staff. | 1.7 |
| 12/3/2007 | M.M. | Accumulated and prepared data for submission. | 1.8 |
| 12/3/2007 | N.V. | Reviewed edits to Monthly Application or the period August 14, 2007 through October 31, 2007 provided by D. Berliner. | 0.3 |
| 12/3/2007 | N.V. | Updated draft of Monthly Application for the period August 14, 2007 through October 31, 2007.  Added language regarding verbal agreement with Committee regarding Deferred Compensation. | 0.8 |
| 12/4/2007 | N.V. | Reviewed final draft of Monthly Application for the period August 14, 2007 through October 31, 2007.  Verified all edits complete.  Submitted to D. Berliner for approval. | 1.3 |
| 12/11/2007 | M.M. | Prepared monthly data for submission to interested parties. | 0.8 |
| 12/12/2007 | N.V. | Reviewed November 2007 time details; updated work codes. | 2.5 |
| 12/13/2007 | N.V. | Updated Monthly Application for the period November 1, 2007 through November 30, 2007. | 0.3 |
| 12/13/2007 | N.V. | Prepared First Interim Fee Application request for the period August 14, 2007 through October 31, 2007. | 0.5 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
December 1, 2007 to December 31, 2007

## I.    FEE APPLICATIONS / MONTHLY STATEMENTS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 12/14/2007 | M.M. | Prepared monthly data for submission to interested parties. | 1.1 |
| 12/14/2007 | N.V. | Made additional edits to November 2007 time details. | 0.3 |
| 12/14/2007 | N.V. | Updated Monthly Application for the period November 1, 2007 through November 30, 2007; updated summary of services provided section. | 1.4 |
| 12/17/2007 | D.B. | Reviewed and approved second application of BDO for compensation for services rendered as Financial Advisors to UCC for November 2007. | 0.8 |
| 12/17/2007 | D.B. | Reviewed and approved first interim application of BDO and Financial Advisors for compensation for period 8/14/07-10/31/07. | 0.3 |
| 12/17/2007 | N.V. | Revised First Interim Fee Application request for the period August 14, 2007 through October 31, 2007 to format suggested by Blank Rome LLP to be in compliance with Administrative Order. | 1.5 |
| 12/18/2007 | N.V. | Finalized Monthly Application for the period November 1, 2007 through November 30, 2007.  Sent to counsel for filing and service. | 0.8 |
| | | **TOTAL:** | **16.2** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**December 1, 2007 to December 31, 2007**

## I.    FEE APPLICATIONS / MONTHLY STATEMENTS

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.8 | 575.00 | 1,610.00 |
| N. VANDERHOOP (N.V.) | 9.7 | 185.00 | 1,794.50 |
| M. MUFTUOGLU (M.M.) | 3.7 | 150.00 | 555.00 |
| **TOTAL:** | **16.2** | | **3,959.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
December 1, 2007 to December 31, 2007

**J.    CASE ADMINISTRATION**

| Date | Name | Description | Time |
|---|---|---|---|
| 12/6/2007 | D.B. | Met with M. Michaelis and M. Stewart to discuss next steps and additional work to be referred. | 0.3 |
| 12/10/2007 | D.B. | Prepared list of work to be performed by BDO staff. | 0.2 |
| 12/13/2007 | D.B. | Met with M. Michaelis and M. Stewart re: work to be performed, issues; next steps. | 0.3 |
| | | **TOTAL:** | **0.8** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| D. BERLINER (D.B.) | 0.8 | 575.00 | 460.00 |
| **TOTAL:** | **0.8** | | **460.00** |

EXHIBIT "B"

American Home Mortgage Holdings, Inc.
Schedule of Expenses
December 1, 2007 through December 31, 2007

1.    PHOTOCOPYING
    a.    Internal
    b.    External

2.    TELECOMMUNICATIONS
    a.    Toll Charges
    b.    Facsimile
    c.    Out-of-State toll charges

3.    COURIER, FRIEGHT AND POSTAL SERVICES
*For overnight and hand delivery to Counsel
and Committee members*

4.    COURT REPORTER AND TRANSCRIPTS

5.    TECHNOLOGY SERVICES

6.    OUT-OF-TOWN TRAVEL
    a.    Transportation
    b.    Lodging
    c.    Meals

7.    OUTSIDE SERVICES

8.    LOCAL MEALS

9.    LOCAL TRANSPORTATION, TOLLS, MILEAGE
AND PARKING – for cabs to/from meetings, car service
*for employees working after 8:00 p.m. and local mileage
using personal auto*

10.    MISCELLANEOUS

**TOTAL**                                                      **$0.00**