IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) <br> ) <br> AMERICAN HOME MORTGAGE ) <br> HOLDINGS, INC., a Delaware Corp., et al., ) <br> ) <br> Debtors. ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 07-11047 (CSS) <br> Jointly Administered |

### CERTIFICATION OF COUNSEL REGARDING THE MOTION OF FIDELITY AND DEPOSIT COMPANY OF MARYLAND, ITS AFFILIATES, PARENTS AND SUBSIDIARIES, INCLUDING, BUT NOT LIMITED TO, ZURICH AMERICAN INSURANCE COMPANY, FOR RELIEF FROM THE AUTOMATIC STAY (RE: DOCKET NO. 2732)

I, Brya M. Keilson, Esquire, counsel to Fidelity and Deposit Company of Maryland, its affiliates, parents and subsidiaries, including but not limited to Zurich American Insurance Company (together, "Zurich") hereby certify as follows:

1. On January 25, 2008, Zurich filed its motion for relief from the automatic stay (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. Objections to the Motion were due by February 4, 2008 at 4:00 p.m. (the "Objection Deadline") A hearing (the "Hearing") on the Motion was scheduled for February 14, 2008 at 11 a.m. Prior to the Objection Deadline, counsel for the Debtor contacted counsel for Zurich to discuss the language of the proposed order attached to the Motion (the "Proposed Order"), and indicated that the Debtor would not oppose the relief sought in the Motion if additional language was included in the Proposed Order. Through discussions, counsel for both parties agreed upon additional language to be included in the Proposed Order.

*M0633355*

3. Attached as Exhibit A is the revised Proposed Order to which the Debtor and Zurich have agreed. Attached as Exhibit B is a blackline version of the Proposed Order that compares the Proposed Order as submitted with the Motion to the revised version.

4. Accordingly, Zurich respectfully requests that the Court enter the revised Proposed Order granting relief from the automatic stay the form annexed hereto as Exhibit A.

Dated: February 7, 2008                Respectfully submitted,

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: _____
Ronald S. Gellert, Esq. (DE # 4259)
Brya M. Keilson, Esq. (DE # 4643)
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
(302) 425-0430
(302) 425-0432 (Facsimile)

and

Karen Lee Turner, Esq.
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Two Liberty Place
50 S. 16th Street, 22nd Floor
Philadelphia, PA 19102
(215) 851-8400
(215) 851-8383