**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware Corp., et al., ) | Jointly Administered |
| ) | |
| Debtors.  ) | |
| ) | |

## ORDER OF COURT

AND NOW, this ____ day of _____, 200___, upon consideration of the foregoing Motion of Fidelity and Deposit Company of Maryland, its affiliates, parents and subsidiaries, as their interests may appear (together, "F&D") for Relief From the Automatic Stay (the "Motion"), and after appropriate notice and opportunity for a hearing, the Court finding good and just cause therefore and otherwise finding it just and proper, it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the automatic stay is modified to permit F&D to cancel Rider Number U-FIB-1008-B to Bond Number FIB 0006145-03 (the "Bond") issued to American Home Mortgage Investment Corp., a debtor in the above-captioned proceedings. In all other respects, the Bond shall remain in full force and effect, and nothing herein shall affect the terms and conditions thereunder.

Dated: Wilmington, Delaware
       February ___, 2008

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE