## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------x

In re:                                          :
                                                :
                                                :          Chapter 11
AMERICAN HOME MORTGAGE                           :
HOLDINGS, INC., a Delaware corporation, <u>et al.</u>,  :          Case No. 07-11047 (CSS)
                                                :
                                                :          Jointly Administered
                          Debtors.               :
------------------------------------------------x

## FOURTH MONTHLY APPLICATION OF QUINN EMANUEL URQUHART OLIVER & HEDGES LLP, SPECIAL INVESTIGATORY LITIGATION AND CONFLICTS COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES DURING THE <u>PERIOD FROM NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007</u>

| | |
|---|---|
| Name of applicant: | <u>Quinn Emanuel Urquhart Oliver & Hedges, LLP</u> |
| Authorized to provide professional services to: | <u>Debtors</u> |
| Date of retention: | <u>September 13, 2007 (nunc pro tunc to August 10, 2007)</u> |
| Period for which compensation and reimbursement is sought: | <u>November 1 - November 30, 2007</u> |
| Amount of compensation requested: | <u>$287,397.00</u> |
| Amount of expense reimbursement requested: | <u>$13,334.64</u> |

This is an:___ X ___ interim _____ final application.

This is the fourth monthly fee application filed by Quinn Emanuel Urquhart Oliver & Hedges LLP in these cases.

**Prior Applications:**

| Date Filed/ Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| Nov. 21, 2007 / Docket No. 2141 | August 10, 2007 - August 31, 2007 | $217,865.00 | $1,404.26 | $217,865.00 | $1,404.26 |
| Nov. 21, 2007 / Docket No. 2142 | September 1, 2007 - September 30, 2007 | $293,619.00 | $37,757.62 | $293,619.00 | $37,757.62 |
| Dec. 4, 2007 / Docket No. 2277 | October 1, 2007 - October 31, 2007 | $497,748.00 | $36,429.13 | $497,748.00 | $36,429.13 |

ATTACHMENT TO FOURTH MONTHLY FEE APPLICATION OF
QUINN EMANUEL URQUHART OLIVER & HEDGES LLP: SPECIAL INVESTIGATORY,
LITIGATION AND CONFLICTS COUNSEL TO THE DEBTORS.

| NAME | POSITION; EXPERIENCE | HOURLY RATE | TOTAL HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|
| Susheel Kirpalani | Partner for 6 years; admitted in 1995 | $760 | 90 | $65,930.00 |
| Duane Lyons | Partner for 6 years; admitted in 1986 | $760 | 3.6 | $2,736.00 |
| James Tecce | Of Counsel for 10 months; admitted in 1995 | $605 | 176.2 | $104,302.00 |
| Harrison Denman | Associate for 2 years, admitted in 2006 | $375 | 147.3 | $55,237.50 |
| Carlos Rodriguez | Associate for 2 years; admitted in 2006 | $375 | 25.2 | $9,450.00 |
| Aidan McGlaze | Law Clerk | $275 | 133.5 | $36,135.00 |
| Grace Yoon | Paralegal | $235 | 55.9 | $13,136.50 |
| Elisha Barron | Paralegal | $235 | 2 | $470.00 |
| TOTAL | | $453.52 (BLENDED RATE) [1] | 633.7 HOURS | $287,397.00 |

---

[1]  The blended rate <u>excluding</u> paraprofessionals is $474.01 per hour.

**SUMMARY TABLE OF SERVICES RENDERED DURING
FOURTH MONTHLY FEE PERIOD
(NOVEMBER 1, 2007 TO NOVEMBER 30, 2007)**

| ACTIVITY | HOURS | FEES |
|---|---|---|
| Case Management/Calendar Maintenance/Service of Pleadings | 3.8 | $893.00 |
| Fee Application Preparation/Fee Issues | 47.4 | $17,867.00 |
| Insurance Issues | 19.7 | $7,847.50 |
| Lender Claims | 128.20 | $54,080.00 |
| Meetings | .6 | $363.00 |
| Non-Working Travel (Only 50% Requested) | 18.3 | $10,693.00 (less $5,346.50) |
| Recharacterization | 414.60 | $200,587.50 |
| Rule 2004 Investigations | 1.1 | $412.50 |
| **TOTAL** | **633.7** | **$287,397.00** |

## SUMMARY BY CATEGORY TYPE OF DISBURSEMENTS BILLED
### (NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007)

| DISBURSEMENTS | AMOUNT |
|---|---|
| Air Travel | $1,868.05 |
| Computer Database Research | $2,403.01 |
| Deposition Transcript | $3,186.30 |
| Deposition Meal | $50.93 |
| Express Mail | $67.29 |
| Hotel | $1,593.04 |
| Local Travel | $351.35 |
| Professional Services | $2,837.10 |
| Publication | $49.99 |
| Taxi | $198.10 |
| Telephone | $684.48 |
| Word Processing | $45.00 |
| **TOTAL DISBURSEMENTS** | **$13,334.64** |

61106-K/2349444.3

5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
In re:                                    :
                                          :
                                          :        Chapter 11
AMERICAN HOME MORTGAGE                     :
HOLDINGS, INC., a Delaware corporation, et al.,  :   Case No. 07-11047 (CSS)
                                          :
                                          :        Jointly Administered
                        Debtors.          :
------------------------------------------------------------x    Objection Deadline:
```

**FOURTH MONTHLY APPLICATION OF QUINN EMANUEL URQUHART OLIVER & HEDGES LLP, SPECIAL INVESTIGATORY LITIGATION AND CONFLICTS COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES DURING THE PERIOD FROM NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007**

Quinn, Emanuel, Urquhart, Oliver & Hedges LLP ("**Quinn Emanuel**"), special investigatory, litigation and conflicts counsel to American Home Mortgage Holdings, Inc., a Delaware Corporation, and its affiliated debtors and debtors-in-possession in the above-captioned cases (collectively, the "**Debtors**" or "**American Home**"), hereby submits its application (the "**Application**") to this Court pursuant to sections 330 and 331 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Local Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure For United States Bankruptcy Court For the District of Delaware ("**Local Rule No. 2016-2**"), for an order (i) allowing compensation of $287,397.00 for actual, reasonable and necessary professional services rendered, and reimbursement of $13,334.64 for actual, reasonable and necessary expenses incurred during the period from November 1, 2007 through November 30, 2007 (the "**Fourth Monthly Fee Period**"), and (ii)

61106-K/2349444.3

authorizing and directing the Debtors to pay to Quinn Emanuel the amount of $243,252.24,

which is equal to the sum of eighty percent (80%) of such allowed compensation and one

hundred percent (100%) of expense reimbursement, and represents as follows:

## I.    INTRODUCTION

### A.    Background

1.    Bankruptcy Filing.  On August 6, 2007, (the "**Petition Date**"), each of the

Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The

Debtors continue to operate their businesses and manage their property as debtors-in-possession

pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.    Jurisdiction.  This Court has jurisdiction over this Application pursuant to

28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

Venue of the Debtors' chapter 11 cases and this Application is proper under 28 U.S.C. §§ 1408

and 1409.  The statutory predicates for the relief sought herein are sections 330 and 331 of the

Bankruptcy Code, Rule 2016 of the Bankruptcy Rules, and Local Rule No. 2016-2.  This

Application is made pursuant to the Administrative Order Establishing Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals Pursuant To Sections 331 and

105(a) of the Bankruptcy Code (the "**Compensation Order**"), entered on September 3, 2007 by

this Court.

### B.    Retention Of Quinn Emanuel And Billing History

3.    On September 13, 2007, the Court authorized Quinn Emanuel's retention

as special investigatory, litigation and conflicts counsel to American Home nunc pro tunc to

August 10, 2007, pursuant to the Order Pursuant to Section 327(a) of The Bankruptcy Code and

Bankruptcy Rule 2014(a) Approving the Retention of Quinn, Emanuel Urquhart Oliver &

Hedges, LLP, Nunc Pro Tunc, as Special Investigatory, Litigation and Conflicts Counsel for the Debtors (Docket No. 741) (the "**Retention Order**"). The Retention Order authorized Quinn Emanuel to be compensated pursuant to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and Orders of this Court, including the Compensation Order.

      4.    This Application is Quinn Emanuel's fourth monthly application for approval and allowance of compensation. Quinn Emanuel makes this monthly application for approval and allowance of compensation pursuant to section 331 of the Bankruptcy Code and the Compensation Order. No prior application has been made to this or any other court for the relief requested herein, nor has payment been received by Quinn Emanuel for legal services provided to and on behalf of the Debtors, or for out-of-pocket expenses incurred in connection therewith.

      5.    Quinn Emanuel has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these cases.

      6.    No promises have been received by Quinn Emanuel or any member thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.

## II.    CASE STATUS

      7.    As of the date hereof, no disclosure statements or plans of reorganization have been filed in respect of the Debtors.

## III.    APPLICATION

      8.    By this Application, Quinn Emanuel is seeking (a) allowance of reasonable compensation for actual and necessary professional services rendered by Quinn

Emanuel, as special investigatory, litigation and conflicts counsel for the Debtors, during the Fourth Monthly Fee Period, and (b) reimbursement of actual, reasonable and necessary expenses incurred by Quinn Emanuel in connection with such services during the Fourth Monthly Fee Period.

9.    Specifically, Quinn Emanuel seeks approval of the sum of $287,397.00 for actual, reasonable and necessary legal services rendered on behalf of the Debtors during the Fourth Monthly Fee Period, and $13,334.64 for reimbursement of actual, reasonable and necessary expenses incurred in connection with the rendition of such services. The fees sought by the Application reflect an aggregate of 633.7 hours of attorney and paraprofessional time spent and recorded in performing services for the Debtors during the Fourth Monthly Fee Period, at a blended average hourly rate of $453.52 for both professionals and paraprofessionals. The blended hourly rate for professionals only is $474.01.

10.    Quinn Emanuel rendered to the Debtors all services for which compensation is sought solely in connection with these cases, in furtherance of the duties and functions of the Debtors.

11.    Quinn Emanuel maintains written records of the time expended in the rendition of the professional services required by the Debtors. These records are maintained in the ordinary course of Quinn Emanuel's practice. For the convenience of the Court and parties in interest, attached hereto as part of the cover sheet, is a billing summary for the Fourth Monthly Fee Period, setting forth the name of each attorney and paraprofessional for whose work on these cases compensation is sought, each attorney's year of bar admission, the aggregate of the time expended by each such attorney and paraprofessional, the hourly billing rate for each such attorney and paraprofessional at Quinn Emanuel's current billing rates, and an indication of the

individual amounts requested as part of the total amount of compensation requested. Also set

forth in the billing summary is additional information indicating whether each attorney is a

partner or associate, and how many years each attorney has held such position. The

compensation requested by Quinn Emanuel is based on the customary compensation charged by

comparably skilled practitioners in cases other than cases under the Bankruptcy Code.

            12.     Attached hereto as Exhibit "A" are time entry records broken down in

tenths of an hour by project category, in accordance with the U.S. Trustee Guidelines, setting

forth a detailed description of services performed by each attorney and paraprofessional on

behalf of the Debtors.

            13.     Quinn Emanuel also maintains records of all actual and necessary

expenses incurred in connection with the performance of professional services, a summary of

which also is attached hereto as part of the cover sheet. The summary lists the amounts and

categories of expenses for which reimbursement is sought. Attached hereto as Exhibit "B" is a

summary of the expenses, including the date the expense was incurred and the charge.

## IV.    SUMMARY OF PROFESSIONAL SERVICES RENDERED

            14.     To provide an orderly and meaningful summary of the services rendered

on behalf of the Debtors by Quinn Emanuel, in accordance with the U.S. Trustee Guidelines,

Quinn Emanuel has established the following separate project billing categories in connection

with these cases:

        a)  Bank/Thrift Issues
        b)  Cash Collateral and DIP Financing
        c)  Case Management/Calendar Maintenance/Service of
        d)  Class Actions
        e)  Court Hearings
        f)  Creditor Inquiries
        g)  Employee Issues
        h)  Fee Application Preparation/Fee Issues

i)   Government Issues/Investigations
j)   Insurance Issues
k)   Lender Claims
l)   Meetings
m)  Non-Working Travel (Only 50% Requested)
n)   Other Conflicts
o)   Plan and Disclosure Statement
p)   Recharacterization
q)   Retention of Professionals
r)   Rule 2004 Investigations
s)   Servicing Platform Issues
t)   Stay Relief Matters
u)   Travel Time

15.    The following summary is intended only to highlight a number of the services rendered by Quinn Emanuel in the separate project billing categories where Quinn Emanuel expended a considerable number of hours on behalf of the Debtors. It is not meant to be a detailed description of all of the work performed by Quinn Emanuel during the Fourth Monthly Fee Period. Detailed descriptions of the day-to-day services provided by Quinn Emanuel and the time expended performing such services in each project billing category are fully set forth in Exhibit "A" hereto. Such detailed descriptions show that Quinn Emanuel was heavily involved in the performance of services for the Debtors on a daily basis, including night and weekend work, often under extreme time pressure to meet the needs of the Debtors in these cases.

A.    **Lender Claims**:  (Total Hours: 128.2; Total Fees: $54,080.00)

16.    As special investigatory, litigation and conflicts counsel for the Debtors, Quinn Emanuel attorneys have undertaken a comprehensive review and analysis of the various lending relationships to which the Debtors were party prior to the Petition Date, including, without limitation, significant warehouse lending and "swap" agreements. On October 24, 2007, Quinn Emanuel attorneys, on behalf of the Debtors, filed a complaint against Lehman Brothers,

Inc. and Lehman Brothers Commercial Paper ("**Lehman**"), alleging, among other things, that Lehman breached a purported repurchase agreement by improperly devaluing the value of the securities held by Lehman as collateral, making improper margin calls based on the flawed valuation, and improperly foreclosing on the collateral.

17.    On November 26, 2007, Lehman filed a motion to dismiss the Debtors' complaint. During the Fourth Monthly Fee Period, Quinn Emanuel attorneys extensively reviewed and analyzed Lehman's arguments, and prepared a comprehensive response to Lehman's motion to dismiss. In so doing, Quinn Emanuel attorneys expended time and effort conducting legal research in support of its arguments against Lehman. Ultimately, Quinn Emanuel attorneys filed a response to Lehman's motion to dismiss on December 10, 2007.

18.    On October 25, 2007, Wells Fargo Bank N.A. ("**Wells Fargo**") filed a complaint in the nature of interpleader against the Debtors and several Bear Stearns entities and affiliates ("**Bear Stearns**"). In its complaint, Wells Fargo seeks to resolve competing claims asserted by the Debtors and Bear Stearns to a monthly payment on account of a certain trust certificate owned by the Debtors and allegedly foreclosed upon by Bear Stearns. During the Fourth Monthly Fee Period, in preparing their response, Quinn Emanuel attorneys extensively reviewed and analyzed the transaction documents governing the disputed payment. Quinn Emanuel attorneys also analyzed Bear Stearns' arguments in support of its claim to the disputed payment. Ultimately, Quinn Emanuel attorneys, on behalf of the Debtors, filed an Answer to Wells Fargo's complaint on December 11, 2007.

B.    **Recharacterization**: (Total Hours: 414.6; Total Fees: $200,587.50)

19.    Shortly after the commencement of the Debtors' Chapter 11 cases, three of its warehouse lenders, Credit Suisse First Boston Mortgage Capital LLC ("**CSFB**"), Calyon New

York Branch ("**Calyon**"), and Bear Stearns Mortgage Capital Corporation ("**Bear Stearns**"),

filed emergency applications for injunctive relief seeking the entry of Orders directing the

Debtors to turn over certain files relating to servicing mortgage loans and to surrender certain

servicing rights. Each of these lenders is party to a purported "repurchase agreement" with

American Home which covers whole mortgage loans, and the warehouse lenders each insisted

(a) the automatic stay provisions of the Bankruptcy Code do not apply to these agreements and

(b) American Home was required to surrender servicing, including files relating to servicing, to

the lenders. American Home disputed these assertions, maintaining, among other things, that

each of the purported repurchase agreements were disguised secured financings that did not fall

within the Bankruptcy Code safe harbors (and should be separately re-characterized); that the

automatic stay applied to servicing; and that servicing remained property of the Debtors' estates

after the commencement of the cases.

      20.    American Home agreed to coordinate these cases to be tried on an

expedited basis, with expedited discovery and trial scheduled for early November 2007.

Ultimately, the trial commenced on November 5, 2007 with respect to both Credit Suisse and

Calyon (Bear Stearns settled shortly before). Credit Suisse settled its adversary proceeding prior

to the conclusion of trial, which spanned four days until November 8, 2007. Closing arguments

were held on November 26, 2007. During the Fourth Monthly Fee Period, Quinn Emanuel

attorneys dedicated considerable time and effort to these trials, which included, among other

things:

> • Review and response to CSFB's motion to exclude the testimony of American
>   Home's expert witness;
>
> • Preparation of a motion in limine to exclude Calyon's expert witnesses' report
>   and testimony;

- Trial preparation, researching and preparing a pretrial memorandum, identifying exhibits, preparing demonstrative evidence, preparing direct exam outlines and cross exam outlines, and preparing opening statements;

- Attendance and participation at trial, including cross-examination of Calyon's witnesses, direct examination of Debtors' witnesses, preparation of evidentiary objections, and preparation of closing arguments;

- Preparation and research for both pre-trial and post-trial briefs; and

- Preparation for and participation in closing arguments.

## V.    FACTORS TO BE CONSIDERED IN AWARDING ATTORNEYS' FEES

21.    The factors to be considered in awarding attorneys fees have been enumerated in In re First Colonial Corporation of America, 544 F.2d 1291, 1298-99 (5th Cir. 1977), cert. denied, 431 U.S. 904, which standards have been adopted by most courts. See, e.g., In re Lan Assoc., 192 F.3d 109, 123 n.8 (3d. Cir. 1999) (suggesting First Colonial factors apply to § 330 compensation requests).  Quinn Emanuel respectfully submits that a consideration of these factors should result in this Court's allowance of the full compensation sought.

(1)    The Time and Labor Required.  The professional services rendered by Quinn Emanuel on behalf of the Debtors have required the continuous expenditure of substantial time and effort, under time pressures which sometimes required the performance of services late into the evening and, on a number of occasions, over weekends. The services rendered required a high degree of professional competence and expertise in order to be administered with skill and dispatch.

(2)    The Novelty and Difficulty of Questions.  Novel and complex issues have already arisen in the course of the Chapter 11 Cases, and it can be anticipated that other such issues will be encountered.  In these cases, as in many others in which the firm is involved, Quinn Emanuel's effective advocacy and creative approach to problem solving have helped clarify and resolve difficult issues and will continue to prove beneficial.

(3)    The Skill Requisite to Perform the Legal Services Properly.  Quinn Emanuel believes that its recognized expertise in the area of bankruptcy related litigation and its practical approach to the resolution of issues are contributing to maximizing the size of the Debtors' estate.

(4)    The Preclusion of Other Employment by Applicant Due to Acceptance of the Case.  The matters in which Quinn Emanuel's bankruptcy litigation practice group

are involved need attention on a continuous basis and require several of Quinn Emanuel's attorneys to commit significant portions of their time to these cases.

(5)     The Customary Fee. The compensation sought herein is based upon Quinn Emanuel's normal hourly rates for services of this kind. Quinn Emanuel respectfully submits that the compensation sought herein is not unusual given the magnitude and complexity of these cases and the time dedicated to the representation of the Debtors. Such compensation is commensurate with fees charged by other attorneys of comparable experience.

(6)     Whether the Fee is Fixed or Contingent. Quinn Emanuel charges customary hourly rates for the time expended by its attorneys and paraprofessionals in representing the Debtors and Quinn Emanuel's fee is not outcome dependent. Pursuant to sections 330 and 331 of the Bankruptcy Code, all fees sought by professionals retained under section 327 or 1103 of the Bankruptcy Code are contingent pending final approval by the Court, and are subject to adjustment by the Court depending upon the services rendered and the results obtained.

(7)     Time Limitation Imposed by Client or Other Circumstances. As stated above, Quinn Emanuel has been required to attend to various issues as they have arisen in these cases. Occasionally, Quinn Emanuel has had to perform those services under significant time constraints requiring attorneys and paraprofessionals assigned to these cases to work evenings and on weekends.

(8)     The Amount Involved and Results Obtained. Through the efforts of Quinn Emanuel, the Debtors are poised to initiate actions against Third Parties and maximize value for the Debtors' estates.

(9)     The Experience, Reputation and Ability of the Attorneys. Quinn Emanuel's attorneys involved in this representation have played a major role in numerous complex restructurings including, for example, the chapter 11 cases of Refco Inc., Enron Corp., et al., Safety-Kleen Corp., et al., and Adelphia Communications Corp., et al. Quinn Emanuel's experience enables it to perform the services described herein competently and expeditiously.

(10)    The "Undesirability" of the Case. These cases are not undesirable, but as already indicated, have required a significant commitment of time from several of Quinn Emanuel's attorneys.

(11)    Nature and Length of Professional Relationship. Quinn Emanuel was selected as the Debtors special investigatory, litigation and conflicts counsel shortly after the Petition Date, on August 10, 2007, and was retained nunc pro tunc to that date pursuant to an order of this Court dated September 13, 2007.

## VI.    ALLOWANCE OF COMPENSATION

22.    The professional services rendered by Quinn Emanuel have required a

high degree of professional competence and expertise so that the numerous issues requiring

evaluation and action by the Debtors could be addressed with skill and dispatch.  It is

respectfully submitted that the services rendered to the Debtors were performed efficiently,

effectively and economically, and the results obtained to date have benefited the Debtors' estates.

23.    The allowance of interim compensation for services rendered and

reimbursement of expenses in bankruptcy cases is expressly provided for in section 331 of the

Bankruptcy Code:

> Any professional person . . . may apply to the court not more than
> once every 120 days after an order for relief in a case under this
> title, or more often if the court permits, for such compensation for
> services rendered . . . as is provided under section 330 of this title.

11 U.S.C. § 331.  This Court has authorized the filing of this Application in the Compensation

Order.

24.    With respect to the level of compensation, section 330(a)(1) of the

Bankruptcy Code provides, in pertinent part, that the Court may award to a professional person:

"reasonable compensation for actual, necessary services rendered."  Section 330(a)(3)(A), in

turn, provides that:

> [i]n determining the amount of reasonable compensation to be
> awarded, the court shall consider the nature, the extent, and the
> value of such services, taking into account all relevant factors,
> including -
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;
>
> (C)    whether the services were necessary to the administration
>        of, or beneficial at the time which the service was rendered
>        toward the completion of, a case under this title;

(D)    whether the services were performed within a reasonable
       amount of time commensurate with the complexity,
       importance, and nature of the problem, issues or task
       addressed; and

(E)    whether the compensation is reasonable based on the
       customary compensation charged by comparably skilled
       practitioners in cases other than cases under this title.

11 U.S.C. § 330(a) (3) (A).

25.    The congressional policy expressed in this statute is to provide for

adequate compensation in order to continue to attract qualified and competent professionals to

bankruptcy cases. See In re Busy Beaver Building Centers, Inc., 19 F.3d 833, 850 (3d Cir. 1994)

("Congress rather clearly intended to provide sufficient economic incentive to lure competent

bankruptcy specialists to practice in the bankruptcy courts") (citation and internal quotation

marks omitted).

26.    The total time spent by Quinn Emanuel attorneys and paraprofessionals

during the Fourth Monthly Fee Period was 633.7 hours, which services have a fair market value

of $287,397.00. As shown by this Application and supporting exhibits, Quinn Emanuel spent its

time economically and without unnecessary duplication of time (or duplication of the efforts of

the Debtors' other retained professionals). In addition, the work involved, and thus the time

expended, was carefully assigned in light of the experience and expertise required for a particular

task.

## VII.   EXPENSES

27.    Quinn Emanuel has expended the total amount of $13,334.64 in actual,

reasonable and necessary expenses in connection with representing the Debtors during the Fourth

Monthly Fee Period. Quinn Emanuel maintains records of all actual and necessary expenses

incurred in connection with the performance of professional services. A breakdown of expenses, including the date the expense was incurred and the charge, is annexed hereto as Exhibit "B."

28.    In connection with the reimbursement of actual, reasonable and necessary expenses, it is Quinn Emanuel's policy to charge its clients in all areas of practice for expenses, other than fixed and routine overhead expenses, incurred in connection with representing its clients. The expenses charged to Quinn Emanuel's clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, document word-processing charges, photocopying charges, out-of-town travel expenses, local transportation expenses, expenses for working meals, computerized research, transcription costs, as well as non-ordinary overhead expenses particularly attributable to an individual client or cases such as secretarial and other overtime.

29.    Quinn Emanuel charges the Debtors for these expenses at rates consistent with those charged to Quinn Emanuel's other bankruptcy clients, which rates are equal to or less than the rates charged by Quinn Emanuel to its non-bankruptcy clients. Quinn Emanuel seeks reimbursement from the Debtors at the following rates for the following expenses: (a) ten cents per page for photocopying; and (b) one dollar per page for out-going facsimiles. In accordance with section 330 of the Bankruptcy Code and with the U.S. Trustee Guidelines, Quinn Emanuel will seek reimbursement only for the actual cost of such expenses to Quinn Emanuel.

30.    In providing or obtaining from third parties services which are reimbursable by clients, Quinn Emanuel does not include in such reimbursable amount any costs of investment, equipment or capital outlay, except that the reimbursable cost of photocopying and faxes includes a factor for the cost of equipment.

31.    Quinn Emanuel regularly charges its non-bankruptcy clients for ordinary business hour fees and expenses for secretarial, library, word processing, and other staff services because such items are not included in the firm's overhead for the purpose of setting the billing rates.

32.    Attorneys at Quinn Emanuel have not incurred expenses for luxury accommodations, deluxe meals or air travel in excess of coach fares.  Throughout the Fourth Monthly Fee Period, Quinn Emanuel has been keenly aware of cost considerations and has tried to minimize the expenses charged to the Debtors' estates.

### VIII.   NOTICE

33.    No trustee or examiner has been appointed in these chapter 11 cases. Notice of this Application has been given to (a) the United States Trustee, (b) the Debtors, (c) counsel for the Debtors, (d) the Creditors' Committee, and (e) counsel for the Creditors' Committee.  Quinn Emanuel submits that no further notice need be given in accordance with the Compensation Order.

## IX.    CONCLUSION

**WHEREFORE**, Quinn Emanuel respectfully requests the Court to enter an order, substantially in the form attached hereto (i) approving and allowing Quinn Emanuel compensation in the amount of $287,397.00 for actual, reasonable and necessary professional services rendered and reimbursement of $13,334.64 for actual, reasonable and necessary expenses incurred, and authorizing and directing the Debtors to pay to Quinn Emanuel the amount of $243,252.24, which is equal to the sum of eighty percent (80%) of such allowed compensation and one hundred percent (100%) of such expense reimbursement; and (ii) granting such further relief as is just.

Dated: Wilmington, Delaware
       February ___, 2008

                              **QUINN EMANUEL URQUHART OLIVER &
                              HEDGES, LLP**

                              By_____
                                     James C. Tecce
                                     Susheel Kirpalani
                                     Harrison Denman

                                     51 Madison Avenue, 22nd Floor
                                     New York, New York  10010
                                     Telephone:  (212) 849-7000
                                     Telecopier: (212) 849-7100

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

In re:                                                   :

                                                         :        Chapter 11

AMERICAN HOME MORTGAGE                                    :

HOLDINGS, INC., a Delaware corporation, et al.,          :        Case No. 07-11047 (CSS)

                                                         :

                                                         :        Jointly Administered

                          Debtors.                       :

-------------------------------------------------------------x

## CERTIFICATION OF JAMES C. TECCE

James C. Tecce, an attorney-at-law, duly admitted in good standing to practice in the

State of New York hereby certifies that:

1.    I am counsel in the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP

("**Quinn Emanuel**"), and I am duly authorized to make this Certification on behalf of Quinn

Emanuel. Quinn Emanuel was retained by the Debtors as special investigatory litigation and

conflicts counsel pursuant to an order of the Court. This certification is made in support of

Quinn Emanuel's Fourth Monthly Application for Allowance of Compensation for Services

Rendered and for Reimbursement of Expenses During the Period from November 1, 2007

Through November 30, 2007 (the "**Application**"), and in compliance with Local Rule 2016-2 of

this Court (the "**Rule**"), and with the United States Trustee's Guidelines for Review Applications

for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the

"**Guidelines**").

2.     I have read the Application and I certify that the Application substantially

complies with the Rule and the Guidelines.

Dated:
February 2, 2008

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**

James C. Tecce
55 Madison Avenue - 22nd Floor
New York, NY 10010
(212) 849 - 7200

61106-K/2294442.2

# EXHIBIT A

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
new york
tokyo

December 17, 2007

Craig Pino
Treasurer
American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Matter # : 61106-C
Invoice # : 1116742
Responsible Attorney: Susheel Kirpalani

### AHM - Case Management/Calendar Maintenance/Service of Pleadings

For Professional Services through November 30, 2007 in connection with serving as special investigative, litigation, and conflicts counsel on matters concerning potential improper margin calls and lender liability actions, and related bankruptcy litigation.

| | |
|---|---|
| Fees | $893.00 |
| Expenses | $175.18 |
| Total Due This Invoice | $1,068.18 |

E

# quinn emanuel trial lawyers

December 17, 2007
Page 2

Matter # 61106-C
Invoice # 1116742

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/06/07 | GY | Correspond to H. Denman's email regarding court docket dates (.2) | 0.20 |
| 11/27/07 | GY | Check court docket for new pleadings for H. Denman | 0.30 |
| 11/28/07 | GY | Check new pleadings in court dockets for H. Denman - .20 Revise committee case administration for H. Denman - 2.90 | 3.10 |
| 11/30/07 | GY | Check new pleadings in court docket for H. Denman | 0.20 |
| | | Total Hours | 3.80 |

## Fee Summary

| Case Assistant(s) | Init. | Title | Hours | Rate | Amount |
|-------------------|-------|-------|-------|------|--------|
| Grace Yoon | GY | Paralegal | 3.80 | 235.00 | 893.00 |

## Expense Summary

| Description | Amount |
|-------------|--------|
| Express mail | 67.29 |
| Publication | 49.99 |
| Professional services | 57.90 |
| Total Expenses | $175.18 |

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
new york
tokyo

December 17, 2007

Craig Pino
Treasurer
American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Matter # : 61106-H
Invoice # : 1116747
Responsible Attorney: Susheel Kirpalani

## AHM - Fee Application Preparation/Fee Issues

For Professional Services through November 30, 2007 in connection with serving as special investigative,
litigation, and conflicts counsel on matters concerning potential improper margin calls and lender liability
actions, and related bankruptcy litigation.

| | |
|---|---|
| Fees | $17,867.00 |
| Total Due This Invoice | $17,867.00 |

# quinn emanuel trial lawyers

December 17, 2007
Page 2

Matter # 61106-H
Invoice # 1116747

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/02/07 | HLD | Reviewed/revised August Invoices, and first monthly fee application. | 3.30 |
| 11/04/07 | HLD | Drafted first monthly fee application. | 3.20 |
| 11/05/07 | HLD | Drafted AHM August fee application. | 2.10 |
| 11/08/07 | HLD | Drafted August Fee Application (1.9); Reviewed/revised October invoices for American home (4.2). | 6.10 |
| 11/09/07 | HLD | Revised August Fee Application (1.8); Reviewed/revised October invoices for American Home (3.4). | 5.20 |
| 11/12/07 | HLD | Revised August and September Fee Applications. | 0.20 |
| 11/13/07 | HLD | Drafted September fee application (3.5); Revised invoices re same (.9). | 4.40 |
| 11/14/07 | HLD | Drafted/revised September fee application. | 2.10 |
| 11/15/07 | HLD | Reviewed/revised October invoices. | 0.60 |
| 11/19/07 | HLD | Revised Quinn's August and September fee applications. | 2.90 |
| 11/20/07 | HLD | Redacted confidential information from August and September fee applications. | 1.70 |
| 11/21/07 | JCT | Review and finalize August and Sept. fee applications | 0.40 |
| 11/21/07 | HLD | Prepared Exhibit B to August and September fee applications (3.1); Revised August and Sept. Fee applications (3.3); TC/Emails with P. Jackson at YC re same (.4); Met with JCT re same (.4); | 7.20 |
| 11/25/07 | HLD | Reviewed objection deadlines for Aug. and Sept. fee apps. | 0.20 |
| 11/26/07 | HLD | Draft October Fee Application. | 1.10 |
| 11/27/07 | HLD | Emails with S, JCT re fee app totals. | 0.60 |
| 11/28/07 | HLD | Reviewed expenses for October fee app. | 0.60 |
| 11/29/07 | HLD | Reviewed expert expenses for exhibit C to the October fee application. | 0.40 |
| 11/30/07 | HLD | Drafted Exhibit B to October Fee Application (2.6); Drafted October Fee App (2.5). | 5.10 |
| | | Total Hours | 47.40 |

## Fee Summary

# quinn emanuel trial lawyers

December 17, 2007
Page 3

Matter # 61106-H
Invoice # 1116747

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| James C. Tecce | JCT | Counsel | 0.40 | 605.00 | 242.00 |
| Harrison L. Denman | HLD | Associate | 47.00 | 375.00 | 17,625.00 |

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
new york
tokyo

December 17, 2007

Craig Pino
Treasurer
American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Matter # : 61106-J
Invoice # : 1116743
Responsible Attorney: Susheel Kirpalani

## AHM – Insurance Issues

For Professional Services through November 30, 2007 in connection with serving as special investigative, litigation, and conflicts counsel on matters concerning potential improper margin calls and lender liability actions, and related bankruptcy litigation.

| | |
|---|---|
| Fees | $7,847.50 |
| Total Due This Invoice | $7,847.50 |

# quinn emanuel trial lawyers

December 17, 2007
Page 2

Matter # 61106-J
Invoice # 1116743

### Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/01/07 | JCT | Review Triad draft compliant; call with H. Denman and A. Horn re same. | 0.30 |
| 11/01/07 | HLD | Revised Triad complaint (3.1); TCs with A.Horn, E.Edwards re same (1.1). | 4.20 |
| 11/02/07 | HLD | Revised Triad Complaint (1.5); Emails with A. Horn re same (.2). | 1.70 |
| 11/05/07 | HLD | Revised/finalized Triad complaint (2.7); TCs/emails with A. Horn, Young Conaway re same (1.4). | 4.10 |
| 11/08/07 | HLD | Emails with A. Horn re Triad answer deadline. | 0.20 |
| 11/09/07 | HLD | Reviewed Bank of America's request for unredacted Triad Complaint (.4); Emails with JCT, Patrick Jackson (YC), Alan Horn re same (.3). | 0.70 |
| 11/12/07 | JCT | Review correspondence regarding status of Triad complaint. | 0.20 |
| 11/12/07 | HLD | TC/Emails with A. Horn and P. Jackson re B of A's request (.6); correspondence with J. Tecce re same (.2). | 0.80 |
| 11/16/07 | HLD | Reviewed Triad status (.2); Reviewed Master Policy re quality control provisions (1.1); Emails with AHM, JCT re same (.6); Emails with P Jackson re B of A request (.3). | 2.20 |
| 11/19/07 | HLD | Emails with J.Kalas and Susan Brown (AHM) re status/strategy of Triad litigation. | 0.50 |
| 11/20/07 | HLD | TCs with J. Kalas and S. Brown (AHM) re status/strategy of Triad litigation (.6); Preparation/emails re same (.3). | 0.90 |
| 11/28/07 | HLD | TCs/emails with J.Kalas, JCT, SK re status/strategy of Triad litigation; (1.0); TC with J. Kalas (AHM) JCT, emails re same (.1) | 1.10 |
| 11/29/07 | JCT | Conf. call with American Home (John Kalas, et a.) re Triad status (1.0); review same with H. Denman (.3) and J. Dorsey (.2) | 1.50 |
| 11/29/07 | HLD | TC with AHM re status/strategy of Triad litigation(1.0); Prep re same with JCT (.3). | 1.30 |
| | | Total Hours | 19.70 |

# quinn emanuel trial lawyers

December 17, 2007
Page 3

Matter # 61106-J
Invoice # 1116743

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| James C. Tecce | JCT | Counsel | 2.00 | 605.00 | 1,210.00 |
| Harrison L. Denman | HLD | Associate | 17.70 | 375.00 | 6,637.50 |

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
new york
tokyo

December 17, 2007

Craig Pino
Treasurer
American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Matter # : 61106-K
Invoice # : 1116745
Responsible Attorney: Susheel Kirpalani

### AHM – Lender Claims

For Professional Services through November 30, 2007 in connection with serving as special investigative, litigation, and conflicts counsel on matters concerning potential improper margin calls and lender liability actions, and related bankruptcy litigation.

| | |
|---|---:|
| Fees | $54,080.00 |
| Expenses | $264.48 |
| Total Due This Invoice | $54,344.48 |

# quinn emanuel trial lawyers

December 17, 2007
Page 2

Matter # 61106-K
Invoice # 1116745

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/01/07 | SK2 | Review letter from BofA counsel re Broadhollow (.2); review engagement letter/retention issues regarding same (.4); corresp. w/S. Cooper, K. Nystrom re same (.2); TC w/S. Cooper re BofA contentions (.2); conf. call w/Liquidity Committee to update on statu s of DB/Lehman issues for Broadhollow notes (.9); TC w/K. Nystrom re CSFB settlement prospects and outline same (.5); conf. call w/K. Nystrom, L. Fife, H. Comet, CSFB personnel re settlement discussions (.8); conf. call w/S. Cooper, K. Nystrom re open points (.3); TC w/H. Comet re same (.2). | 3.70 |
| 11/01/07 | HLD | Reviewed D. Davis emails re Lehman's re-registration of Bond (.2); Drafted answer to Wells Fargo complaint (1.8); TCs with H. Comet, Credit Suisse re possible S. Cooper settlement of CSFB dispute(1.8). | 3.80 |
| 11/02/07 | HLD | Research re Code damages provisions for Lehman litigation (1.4); TCs Wells Fargo Counsel re extension of answer deadline, emails re same (.8). | 2.20 |
| 11/05/07 | HLD | Reviewed                    purchase agreements, termination letters (2.1); Drafted claim against lender "x" (3.2); TC/Emails with Simon Sakamoto re same (.9). | 6.20 |
| 11/06/07 | HLD | Drafted Answer/counterclaim to Wells Fargo Complaint;(5.6); Drafted claim against lender "x" (4.3); Reviewed Wells Fargo indenture (2.1); TCs/emails with Deutsche Bank counsel (Seward) escrowing funds related to Lehman litigation (. 4). | 12.40 |
| 11/06/07 | GY | Prepare binder of documents with margin calls for H. Denman. | 5.70 |
| 11/07/07 | HLD | Drafted/revised answer and counterclaim against Wells Fargo (4.8); Drafted/revised claim against lender "x" (4.9) reviewed repurchase agreements and margin notices re same (2.2) ; TC Puneet re analysis of market value                    (.7); Emails with Simon Sakamoto re same (.3). | 12.90 |
| 11/07/07 | GY | Prepare binder of marginal call documents H. Denman (3.7) | 3.70 |
| 11/08/07 | GY | Prepare Wells Fargo relevant documents for H. Denman | 3.60 |
| 11/12/07 | SK2 | Attend conf. call w/P. Morgan, R. Brady, J. Dorsey re upcoming discussion w/Committee re litigation (.6); attend liquidity conf. call (1.5). | 2.10 |

# quinn emanuel trial lawyers

December 17, 2007
Page 3

Matter # 61106-K
Invoice # 1116745

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/12/07 | JCT | Review Bank of America Complaint revisions and status of service for Lehman Compliant (.8); review underlying documents for ⸱ ⸱ ⸱ ⸱ ⸱ ⸱ ⸱ ⸱ to Wells Fargo complai nt (2.1) | 2.90 |
| 11/12/07 | HLD | TCs/Emails with S. Sakamoto and P. Agrawal re lender "x" claim (1.1); reviewed safe harbor eligibility of foreclosed bonds, reviewed bond ratings (2.8); emails with J. Tecce re lender "x" claim (.3). | 4.20 |
| 11/13/07 | SK2 | Attend meetings at American Home w/M. Strauss, S. Cooper, C. Pino, K. Nystrom re liquidity meeting, strategy meeting, lender claims strategy sessions (6.5). | 6.50 |
| 11/13/07 | HLD | TCs/emails re evidentiary issues in Lehman litigation (1.9); Emails with JCT and SK re same (.4). | 2.30 |
| 11/14/07 | HLD | Reviewed proposed changes to amended complaint against B of A (.3); Reviewed evidentiary issues in Lehman litigation (.3); Attention to conference call with Sakamoto and Agrawal (.3); Revised lender "x" claim (.4). | 1.30 |
| 11/16/07 | HLD | TC with Simon Sakamoto and Puneet re margin call history for various counterparties (.5); Preparation, email summary re same (.6); Reviewed evidentiary issues in Lehman litigation, emails with JCT re same (.5). | 1.60 |
| 11/18/07 | HLD | Emails with S. Sakamoto re prior counterparty margin calls. | 0.40 |
| 11/19/07 | SK2 | Review materials prepared by H. Denman re Bear Stearns counterparty status and reconciliation. | 1.20 |
| 11/19/07 | HLD | Reviewed P. Agrawal's analysis of various counterparties' margin calls (.7); TCs/emails with P. Agrawal. J. Tecce, S. Kirpalani re same (2.4) | 3.10 |
| 11/19/07 | GY | Retrieve/compile document exhibits for A. McGlaze. | 3.20 |
| 11/20/07 | HLD | TC re retention evidentiary issues in Lehman case (.3); Revised complaint against lender "x" (.5). | 0.80 |
| 11/25/07 | HLD | Reviewed Puneet's analysis of lender "x" advance lending rates (1.9); Reviewed lender "x" estimates of market price (2.4); Revised lender "x" complaint(3.1); Emails with Simon Sakamoto and Puneet re same (.4). | 7.80 |

# quinn emanuel trial lawyers

December 17, 2007
Page 4

Matter # 61106-K
Invoice # 1116745

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/26/07 | HLD | TC/emails re evidentiary issues in Lehman litigation (.8); Emails/confs with JCT re same (.2); TCs/emails with Pauline Morgan (YC) and SK re Quinn supplemental disclosure declaration re BofA litigation (.4); Reviewed Lehman's motion to dismiss (1.7); Research re introducing new facts beyond scope of complaint (2.3); Research re response deadline (.8); TCs/emails with Sakamoto and Puneet re data re claims against lender"x" (1.1); Review emails/spreadsheet from Frank Blue (AHM) re same (1.5). | 8.80 |
| 11/27/07 | JCT | Review agenda emails regarding pretrials for Lehman (.2); review Lehman complaint and motion to dismiss same/outline responses (.8); call with J. Dorsey re same (.3); call w/ Lehman counsel re scheduling issues (.2); research 562 complaints against lender s, financing counterparties (.3); conf w/ Denman and McGlaze to outline response to MTD (1.2) | 4.00 |
| 11/27/07 | HLD | Reviewed AHM's settlement proposals to counterparties, emails with SK re same (2.6); Emails with F.Blue (AHM) re data re lender "x" issues (.4); Draft stipulation with Wells Fargo counsel extending deadline to answer WF complaint (1.6); TCs/emails with WF counsel, JCT and SK re same (.6); Draft Quinn supp. disclosure declaration re BofA litigation (2.7); Emails/confs with JCT and A Mcglaze re response to Lehman's MTD (1.2) | 9.10 |
| 11/27/07 | AM6 | Research in preparation for response to Lehman's motion to dismiss (2.7); conf JCT & Denman re same (1.2) | 3.90 |
| 11/28/07 | JCT | Attend omnibus hearing (for pre-trial Lehman conference) | 1.20 |
| 11/28/07 | HLD | Emails with Dorsey re revised Wells Fargo stipulation (.3); Revised WF stipulation and emails with WF counsel re same (1.1); Reviewed amended BofA complaint re margin call reference (.4); Revised supplement disclosure declaration re BofA litigation (1.1); Emails with YC re same (.2). | 3.10 |
| 11/28/07 | AM6 | Begin drafting response to motion to dismiss, addressing restricted scope of such motions. | 1.30 |
| 11/29/07 | SK2 | Attend meeting at Kroll re plan issues as impacts pending and planned litigation (4.1); confer w/H. Denman re rule 2004 issues (.4). | 4.50 |
| 11/29/07 | HLD | TC with S. Sakamoto (AHM) re Lehman Motion to Dismiss and Lehman's confirmation to repo (.3); Emails with Dorsey and Wells Fargo counsel re stipulation extending answer deadline (.4). | 0.70 |

Total Hours 128.20

# quinn emanuel trial lawyers

December 17, 2007
Page 5

Matter # 61106-K
Invoice # 1116745

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Susheel Kirpalani | SK2 | Partner | 18.00 | 760.00 | 13,680.00 |
| James C. Tecce | JCT | Counsel | 8.10 | 605.00 | 4,900.50 |
| Harrison L. Denman | HLD | Associate | 80.70 | 375.00 | 30,262.50 |

| Case Assistant(s) | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Aidan McGlaze | AM6 | Law Clerk | 5.20 | 275.00 | 1,430.00 |
| Grace Yoon | GY | Paralegal | 16.20 | 235.00 | 3,807.00 |

## Expense Summary

| Description | Amount |
|---|---|
| Telephone | 38.34 |
| Word processing | 45.00 |
| Westlaw | 181.14 |
| Total Expenses | $264.48 |

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
new york
tokyo

December 17, 2007

Craig Pino
Treasurer
American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Matter # : 61106-L
Invoice # : 1116744
Responsible Attorney: Susheel Kirpalani

### AHM - Meetings

For Professional Services through November 30, 2007 in connection with serving as special investigative, litigation, and conflicts counsel on matters concerning potential improper margin calls and lender liability actions, and related bankruptcy litigation.

| | |
|---|---|
| Fees | $363.00 |
| Expenses | $28.78 |
| Total Due This Invoice | $391.78 |

# quinn emanuel trial lawyers

December 17, 2007
Page 2

Matter # 61106-L
Invoice # 111.6744

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/12/07 | JCT | Attend "coordination" call regarding same and relevant lender claims (.6). | 0.60 |
| | | Total Hours | 0.60 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| James C. Tecce | JCT | Counsel | 0.60 | 605.00 | 363.00 |

## Expense Summary

| Description | Amount |
|-------------|--------|
| Telephone | 28.78 |
| Total Expenses | $28.78 |

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
new york
tokyo

December 17, 2007

Craig Pino
Treasurer
American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Matter # : 61106-M
Invoice # : 1116741
Responsible Attorney: Susheel Kirpalani

<u>AHM - Non-working Travel</u>

For Professional Services through November 30, 2007 in connection with serving as special investigative, litigation, and conflicts counsel on matters concerning potential improper margin calls and lender liability actions, and related bankruptcy litigation.

| | |
|---|---|
| Fees | $10,693.00 |
| Expenses | $2,219.40 |
| Total Due This Invoice | $12,912.40 |

# quinn emanuel trial lawyers

December 17, 2007
Page 2

Matter # 61106-M
Invoice # 1116741

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/06/07 | SK2 | Travel to Wilmington for trial (3.0). | 3.00 |
| 11/08/07 | SK2 | Travel back to NY after Calyon trial (3:5). | 3.50 |
| 11/08/07 | AM6 | Travel from Delaware to New York; train delays necessitate driving, | 4.20 |
| 11/26/07 | JCT | Non-working travel time returning from closing arguments in Calyon trial from DE to NY | 2.80 |
| 11/28/07 | JCT | Travel from NYC to Wilmington for pretrial conference (2.3); return travel from DE to NYC (2.5) | 4.80 |
| | | Total Hours | 18.30 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Susheel Kirpalani | SK2 | Partner | 6.50 | 760.00 | 4,940.00 |
| James C. Tecce | JCT | Counsel | 7.60 | 605.00 | 4,598.00 |

| Case Assistant(s) | Init. | Title | Hours | Rate | Amount |
|-------------------|-------|-------|-------|------|--------|
| Aidan McGlaze | AM6 | Law Clerk | 4.20 | 275.00 | 1,155.00 |

## Expense Summary

| Description | Amount |
|-------------|--------|
| Local travel | 351.35 |
| Air travel | 1,868.05 |
| Total Expenses | $2,219.40 |

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
new york
tokyo

December 19, 2007

Craig Pino
Treasurer
American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Matter # : 61106-P
Invoice # : 1116936
Responsible Attorney: Susheel Kirpalani

### AHM – Recharacterization

For Professional Services through November 30, 2007 in connection with serving as special investigative, litigation, and conflicts counsel on matters concerning potential improper margin calls and lender liability actions, and related bankruptcy litigation.

| | |
|---|---|
| Fees | $200,587.50 |
| Expenses | $10,646.80 |
| Total Due This Invoice | $211,234.30 |

61106/2376989.1

# quinn emanuel trial lawyers

December 19, 2007
Page 2

Matter # 61106-P
Invoice # 1116936

## Statement Detail

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/01/07 | DRL | Review emails from J. Tecce. Review motions in limine. | 0.80 |
| 11/01/07 | SK2 | Review CSFB loan agreement structure re income collection, covenants, credit risks and other preparation for litigation (1.3); TC w/C. Pino re Calyon's former structure (.4); diagram same for discussion w/J. Tecce (.4); confer w/J. Tecce re elements of pr oof for trial (1.1); | 3.20 |
| 11/01/07 | JCT | Revise objection to Motion in limine to exclude Carlson; confs. w/ A. McGlaze re same (1.0) conf w/ S. Kirpalani re trial strategy(1.5); document review and outline exhibits for trial, drafting exhibit and witness lists (5.1); draft outline of evidentiary points (.7); call with YCST (Dorsey, Edwards) and A. McGlaze re same (.6); call with C. Pino re agreements (.3); review deposition transcripts (.3); emails with Weil re deadline to designate transcripts (.3) | 9.80 |
| 11/01/07 | AM6 | Finalize objection to motion to exclude Carlson (4.2); Review deposition transcripts and related documents in preparation for trial (6.9) | 11.10 |
| 11/01/07 | GY | Prepare exhibits for Calyon and Credit Suisse trials (2.8); emails with E. Edwards (1.0) retrieve Carlson Expert Report and Objections Exhibits for A. McGlaze (1.0) | 4.80 |
| 11/02/07 | DRL | Conference with J. Tecce re: motions in limines. | 0.50 |
| 11/02/07 | JCT | Draft pre-trial memorandum (8.3); call with J. Dorsey and D. Carlson re depositions (.2); review and revise deposition designations, review depositions (.6); call with Creditors' Committee counsel and S. Kirpalani re case (1.0); revise demonstrative "cart" (.2); review expert witness testimony (.2); review objection to motion in limine/trial scheduling issues (.3) | 10.80 |
| 11/02/07 | CAR | Trial preparation tasks including review of deposition transcripts and preparing designations of testimony. | 7.30 |
| 11/02/07 | AM6 | Designate deposition transcript testimony. | 7.60 |
| 11/02/07 | EB | Prepare exhibits/ materials for review by AHM. | 2.00 |
| 11/02/07 | GY | Prepare trial & deposition exhibit binders for S. Kirpalani (2.5); Fed Ex exhibit binders to S. Kirpalani (.4); corresp with Pino deposition exhibits (.5); retrieve CSFP bates range documents for E. Edwards (1.1) retrieve Carlson Deposition Exhibits for E. Edwards (2.6) retrieve Mortgage Repurchase Agreements (1.0) | 8.10 |

# quinn emanuel trial lawyers

December 19, 2007
Page 3

Matter # 61106-P
Invoice # 1116936

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/03/07 | JCT | Document review and drafting factual background for pretrial memorandum (6.1); draft argument provisions (5.7) | 11.80 |
| 11/03/07 | CAR | Trial preparation tasks including review of deposition transcripts and designation testimony (7.5); prepare witness examination outlines (2.8). | 10.30 |
| 11/03/07 | AM6 | Review designations of Pino deposition and identify counterdesignations (2.7); review recent bankruptcy caselaw for pertinent activity (.2). | 2.90 |
| 11/03/07 | GY | Review Calyon production in search for credit application document; (5.6) Correspond with E. Edwards regarding Pino deposition documents (.1) | 5.70 |
| 11/04/07 | JCT | Revisions to pretrial memorandum with S. Kirpalani comments; finalize same (3.1); related research on new 541 argument (1.5) calls with S. Kirpalani (1.0) and R. Brady (.4) re trial issues; confs w/ A McGlaze and C. Rodriguez re trial preparation tasks (. 5); review arguments/issues for pretrial conferences (1.7); revise demonstrative chart (.6) | 8.80 |
| 11/04/07 | CAR | Legal research regarding characterization of repurchase agreements and rules of statutory construction (4.6); outline arguments for motions in limine (3.0). | 7.60 |
| 11/04/07 | AM6 | Trial preparations: reviewing pretrial memo and preparing exhibits; drafting outlines of motions arguments re Adelson & Carlson. | 8.20 |
| 11/04/07 | GY | Retrieve Calyon CSFB trial exhibits for J. Tecce (2.1); Scan all Calyon exhibits for J. Tecce (1.5); retrieve Pilcer correspondence (.7) Email PDFs of Calyon exhibits to E. Edwards (1.2); Review Calyon production in search for credit application document (1.7). | 7.20 |
| 11/05/07 | DRL | Conference with J. Tecce re pretrial conference issues. | 0.60 |
| 11/05/07 | SK2 | Review and revise draft pre-trial memo of law (1.6); confer w/J. Tecce re same (.6); further conference w/J. Tecce re motions in limine, pretrial conference, witness order, facts to be tried (.6); review demonstrative exhibits (.6); review YCST's comments to brief (.6). Settlement conference w/CSFB, K. Nystrom, C. Pino (1.2); meet to prepare C. Pino for trial testimony (2.5); prepare direct examination outline for C. Pino (2.2). | 9.90 |
| 11/05/07 | JCT | Prep opening argument (3.9), working lunch at YCST to prepare (1.0); trial prep for Pino direct and Pilcer cross (3.9), prep session with Love, Edwards (2.0) | 10.80 |

# quinn emanuel trial lawyers

December 19, 2007
Page 4

Matter # 61106-P
Invoice # 1116936

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/05/07 | AM6 | Preparations and research re motions in limine on Adelson and Carlson (3.0); Travel to Delaware; continue document review and preparation en route (2.5); attend Pre-trial hearing (2.3). Prepare for trial, develop cross examination questions (5.0) | 12.80 |
| 11/05/07 | GY | Retrieve Carlson's deposition exhibits for E. Edwards | 1.30 |
| 11/06/07 | SK2 | TC w/S. Cooper re possible issues for trial tomorrow (.5); TC w/K. Nystrom re settlement status w/CSFB (.5); TC w/C. Pino re testimony issues (.4); TC w/M. Strauss re Pino testimony (.6); review deposition transcripts, trial exhibits, and pre-trial memos in connection w/preparation for trial (4.5). | 6.50 |
| 11/06/07 | JCT | Final revisions to pretrial memo for filing (1.6) prepare for motions in limine, pretrial conference (2.7) travel from NY to DE, preparing for pretrial conf. en route (2.5) further prep, case review, outline trial (1.9) attend pretrial (2.3) attend settlement meeting with creditors' committee/CSFB (2.5) prepare opening statement/pilcer cross (3.1) call with C Crowler (YCST) re CSFB (.9) outline. | 17.50 |
| 11/06/07 | AM6 | Final documents retrieved and preparation of opening statements for trial (1.5); Attend trial: opening statements, direct and cross of Kaiserman (6.5); Prepare for direct of Pino and Love, cross of Pilcer, related document disputes (6.8) | 14.80 |
| 11/06/07 | GY | Searched for documents from Tina Kourmpetis' deposition for C. Rodriguez (.6) retrieve file for C. Rodriguez (.3) | 0.90 |
| 11/07/07 | SK2 | Attend trial on CSFB and Calyon master repurchase agreement challenges (5.5); numerous conferences w/C. Pino, B. Fatell, J. Tecce, A. McGlaze re additional issues for tomorrow's hearing (3.3); settlement conference w/L. Fife, H. Comet, M. Indelicato, B. Fatell (1.5); review terms of CSFB proposed settlement (1.2); reviewing trial transcripts for closing argument preparation (2.7). | 14.20 |
| 11/07/07 | JCT | Trial Preparation, including Pilcer cross examination and evidentiary issues (2.7); attend trial (3.5); pre for trial (Nov 8), outline closing arguments, review deposition designation issues, review evidentiary objections and issues (5.5) | 11.70 |
| 11/07/07 | AM6 | Prepare for cross of Pilcer, direct of Pino, and direct of Bobby Love and assist at trial during testimony of Pilcer and Love (5.4); Review transcript, prepare evidentiary objections, related preparations for direct of Pino and closing arguments (7.1) | 12.50 |

# quinn emanuel trial lawyers

December 19, 2007
Page 5

Matter # 61106-P
Invoice # 1116936

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/08/07 | SK2 | Finalizing CSFB settlement (.9); attend final day of trial on Calyon (2.1); confer w/J. Tecce, A. McGlaze re post-trial briefing and next steps (.3); TC w/S. Cooper re results of trial (.5); TC w/B. Fatell re same (.2); TC w/C. Pino re settlement discuss ions (.4). | 4.40 |
| 11/08/07 | JCT | Trial preparation, closings, deposition issues, evidentiary objections (1.9); attend trial (4.4) | 6.30 |
| 11/08/07 | AM6 | Trial preparations: direct of Pino, closing argument, evidentiary objections and deposition transcript designations (2.8);. Attend trial: direct and cross of Pino, conclusion of trial (3.0). Post-trial strategizing, next steps, preparing post-trial briefing (1.2). | 7.00 |
| 11/09/07 | AM6 | Research legislative history of BAPCPA and "transfer", canons of statutory construction and their application to the bankruptcy code. | 7.20 |
| 11/12/07 | AM6 | Research evidentiary objections (3.1) and begin preparation of draft response to Calyon's Objections (4.1). | 7.20 |
| 11/13/07 | DRL | Review objections to deposition citations; conference with J. Tecce. | 1.20 |
| 11/13/07 | SK2 | Revisions to CSFB settlement agreement (.8); draft negotiation points for discussion w/Young Conaway and company confer DL re same (.5) | 1.30 |
| 11/13/07 | JCT | Review trial transcripts (2.5); draft post-trial brief (5.0); review transcript designations from Calyon and objections; review Calyon witnesses transcripts re same (1.4) | 8.90 |
| 11/13/07 | AM6 | Research re prol evidence, finalize draft response to Calyon's Objection. | 7.50 |
| 11/14/07 | SK2 | Revising post-trial brief. | 3.00 |
| 11/14/07 | JCT | Review transcripts from depositions to finalize discovery objections response; revise same (3.9); draft post trial memorandum, related document, transcript and deposition review and related review of legislative history (5.2) | 9.10 |
| 11/14/07 | AM6 | Review final response to Calyon's Objection, supplement citations re: parol evidence. | 2.70 |
| 11/15/07 | JCT | Revise posttrial brief (5.2), related emails with S. Kirpalani and A. McGlaze (.4). | 5.60 |
| 11/15/07 | HLD | Researched/reviewed recent caselaw re recharacterization issues (.7); reviewed Mcglaze analysis re same (.1) | 0.80 |
| 11/15/07 | AM6 | Continue research on legislative history, drafting paragraphs for insertion in post trial brief. | 5.30 |

61106/2376989.1

# quinn emanuel trial lawyers

December 19, 2007
Page 6

Matter # 61106-P
Invoice # 1116936

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/16/07 | SK2 | Attend liquidity call to discuss recharacterization issues (2.0). Finalizing Calyon post-trial brief (2.5); confer w/J. Tecce re same (.3); | 4.80 |
| 11/16/07 | JCT | Review and Revise post trial brie (9.4) meet w/SK re same (.3); Review "margin" claims against pre-petition lenders (.2); call with J. Dorsey and C. Pino re same (.5); | 10.40 |
| 11/16/07 | AM6 | Finalize paragraphs, proof draft of brief. | 4.20 |
| 11/17/07 | JCT | Review and Revise post trial memorandum | 1.20 |
| 11/18/07 | DRL | Review closing brief. | 0.50 |
| 11/19/07 | SK2 | Final review and revisions to Calyon post-trial brief (2.1); confer w/J. Tecce re same (.5); corresp. w/R. Brady re same (.3); review R. Brady's comments to brief (.3). | 3.20 |
| 11/19/07 | JCT | Finalize post-trial brief (8.8); confs. w/ S. Kirpalani re same (.5) | 9.30 |
| 11/19/07 | AM6 | Final proofing and preparing exhibits for post trial brief. | 5.90 |
| 11/19/07 | GY | Retrieve/compile document exhibits for A. McGlaze (1.7) | 1.70 |
| 11/20/07 | SK2 | Review Calyon's opposition brief (1.1); confer w/J. Tecce re same (.5); outlining issues for oral argument (.9). | 2.50 |
| 11/20/07 | JCT | Review Calyon post trial memo (.3); confs. w/ A. McGlaze and S. Kirpalani re. same (.5) | 0.80 |
| 11/20/07 | AM6 | Review Calyon's opposition brief & strategize re weaknesses and counterarguments. | 2.30 |
| 11/20/07 | GY | Prepare binder of post-trial briefs and cited cases for J. Tecce | 4.60 |
| 11/21/07 | JCT | Oral argument preparation, with related emails among S. Kirpalani and A. McGlaze | 3.80 |
| 11/21/07 | AM6 | Research caselaw on the strength of legislative history as precedent and on recharacterization under the U.C.C. | 2.70 |
| 11/21/07 | GY | Organize and file Pro Hac motions | 1.20 |
| 11/21/07 | GY | Coordinate/organize the Calyon production | 0.40 |
| 11/24/07 | JCT | Prepare closing argument outline, related factual review and documentary review. | 3.60 |
| 11/25/07 | SK2 | Reviewing oral argument outline of J. Tecce (1.1); combining notes to same (.5). | 1.60 |
| 11/25/07 | JCT | Draft and revise closing argument online, related factual review and documentary review. | 7.50 |

61106/2376989.1

# quinn emanuel trial lawyers

December 19, 2007
Page 7

Matter # 61106-P
Invoice # 1116936

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/26/07 | SK2 | Reviewing and revising closing argument outline for Calyon (1.7); confer w/J. Tecce re same (.5); travel to and from Wilmington for argument (5.0); attend oral argument in Wilmington (2.2); prepping J. Tecce w/mock questions (1.5). | 10.90 |
| 11/26/07 | JCT | Prepare for closing arguments in Calyon trial (4.4); attend and conduct closing arguments (2.4); travel from NYC to Delaware for closing arguments, prepare en route (3.0) | 9.80 |
| 11/26/07 | AM6 | Attend closing argument telephonically. | 2.20 |

Total Hours    414.60

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|-----------|-------|-------|-------|------|--------|
| Duane R. Lyons | DRL | Partner | 3.60 | 760.00 | 2,736.00 |
| Susheel Kirpalani | SK2 | Partner | 65.50 | 760.00 | 49,780.00 |
| James C. Tecce | JCT | Counsel | 157.50 | 605.00 | 95,287.50 |
| Carlos Rodriguez | CAR | Associate | 25.20 | 375.00 | 9,450.00 |
| Harrison L. Denman | HLD | Associate | 0.80 | 375.00 | 300.00 |

| Case Assistant(s) | Init. | Title | Hours | Rate | Amount |
|-------------------|-------|-------|-------|------|--------|
| Aidan McGlaze | AM6 | Law Clerk | 124.10 | 275.00 | 34,127.50 |
| Elisha Barron | EB | Paralegal | 2.00 | 235.00 | 470.00 |
| Grace Yoon | GY | Paralegal | 35.90 | 235.00 | 8,436.50 |

## Expense Summary

| Description | Amount |
|-------------|--------|
| Telephone | 617.36 |
| Deposition transcript | 3,186.30 |
| Hotel | 1,593.04 |
| Deposition meal | 50.93 |
| Professional services | 2,779.20 |
| Taxi | 198.10 |
| Lexis | 547.25 |
| Westlaw | 1,674.62 |
| Total Expenses | $10,646.80 |

# quinn emanuel trial lawyers

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
213.443.3000

los angeles
silicon valley
san francisco
new york
tokyo

December 17, 2007

Craig Pino
Treasurer
American Home Mortgage Corp.
538 Broadhollow Road
Melville, NY 11747

Matter # : 61106-R
Invoice # : 1116746
Responsible Attorney: Susheel Kirpalani

### AHM - Rule 2004 Investigations

For Professional Services through November 30, 2007 in connection with serving as special investigative, litigation, and conflicts counsel on matters concerning potential improper margin calls and lender liability actions, and related bankruptcy litigation.

|                        |          |
|------------------------|----------|
| Fees                   | $412.50  |
| Total Due This Invoice | $412.50  |

# quinn emanuel trial lawyers

December 17, 2007
Page 2

Matter # 61106-R
Invoice # 1116746

## Statement Detail

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/30/07 | HLD | Met with JCT re Rule 2004 examination motion (.4); Draft Rule 2004 examination motion (.7). | 1.10 |
| | | Total Hours | 1.10 |

## Fee Summary

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Harrison L. Denman | HLD | Associate | 1.10 | 375.00 | 412.50 |

**EXHIBIT B**

Summary by Expenses Incurred
(November 1, 2007 through November 30, 2007)

| Date Incurred | Expense | Amount |
|---|---|---|
| 11/6 | Local travel | $111.35 |
| 11/7 | Telephone | $.18 |
| 11/7 | Telephone | $38.16 |
| 11/7 | Telephone | $28.78 |
| 11/7 | Telephone | $3.02 |
| 11/7 | Telephone | $3.92 |
| 11/7 | Telephone | $6.85 |
| 11/7 | Telephone | $17.08 |
| 11/7 | Telephone | $18.83 |
| 11/7 | Telephone | $93.64 |
| 11/7 | Telephone | $135.29 |
| 11/7 | Telephone | $338.73 |
| 11/13 | Publication | $49.99 |
| 11/13 | Professional services | $57.90 |
| 11/13 | Local travel | $113 |
| 11/13 | Local travel | $127.00 |
| 11/13 | Taxi | $8.00 |
| 11/19 | Air Travel | $1,868.05 |
| 11/20 | Word Processing | $45.00 |
| 11/21 | Taxi | $20.00 |
| 11/21 | Taxi | $20.00 |
| 11/21 | Taxi | $25.10 |
| 11/21 | Taxi | $60.00 |
| 11/21 | Taxi | $65.00 |
| 11/21 | Express mail | $25.82 |
| 11/21 | Express mail | $41.47 |
| 11/21 | Hotel | $1,593.04 |
| 11/26 | Deposition meal | $50.93 |
| 11/30 | Deposition transcript | $1,103.35 |
| 11/30 | Deposition transcript | $2,082.95 |
| 11/30 | Professional services | $2,779.20 |
| 11/30 | Computer Database Research | $547.25 |
| 11/30 | Computer Database Research | $20.98 |
| 11/30 | Computer Database Research | $84.55 |
| 11/30 | Computer Database Research | $376.49 |
| 11/30 | Computer Database Research | $1,192.60 |
| 11/30 | Computer Database Research | $181.14 |
| **TOTAL:** | | **$13,334.64** |