## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware Corp., et al., ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | |

### ORDER OF COURT

AND NOW, this 8th day of February, 2008, upon consideration of the foregoing Motion of Fidelity and Deposit Company of Maryland, its affiliates, parents and subsidiaries, as their interests may appear (together, "F&D") for Relief From the Automatic Stay (the "Motion"), and after appropriate notice and opportunity for a hearing, the Court finding good and just cause therefore and otherwise finding it just and proper, it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the automatic stay is modified to permit F&D to cancel Rider Number U-FIB-1008-B to Bond Number FIB 0006145-03 (the "Bond") issued to American Home Mortgage Investment Corp., a debtor in the above-captioned proceedings. In all other respects, the Bond shall remain in full force and effect, and nothing herein shall affect the terms and conditions thereunder.

Dated: Wilmington, Delaware
February 8, 2008

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE