## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------ x
In re:                                                 :   Chapter 11
                                                       :
AMERICAN HOME MORTGAGE HOLDINGS,                        :   Case No. 07-11047 (CSS)
INC.,[1]                                                :
a Delaware corporation, et al.,                        :   Jointly Administered
                                                       :
      Debtors.                                         :   Doc. Ref. No. 2888
------------------------------------------------------ x   Hearing Date: February 14, 2008 at 11:00 a.m. (ET)
```

### NOTICE OF FILING OF EXHIBIT A TO DEBTORS' LIMITED REPLY AND SUPPLEMENT TO MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 554 AUTHORIZING THE (I) ABANDONMENT AND DESTRUCTION OF CERTAIN DUPLICATE MORTGAGE LOAN FILES OR (II) RETURN OF MORTGAGE LOAN FILES TO THE OWNER OF SUCH LOANS UPON PAYMENT OF REASONABLE COSTS AND EXPENSES

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the Debtors' Limited Reply and Supplement to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses (the "Limited Reply") on February 5, 2008 [Docket No. 2888].

---

[1]     The Debtors are the following eight entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): American Home Mortgage Holdings, Inc. (6303), American Home Mortgage Investment Corp. (3914), American Home Mortgage Acceptance, Inc. (1979), American Home Mortgage Servicing, Inc.( 7267), American Home Mortgage Corp. (1558), American Home Mortgage Ventures LLC (1407), Homegate Settlement Services, Inc. (7491), Oak Abstract Corp. (8580). The address of each of the Debtors is 538 Broadhollow Road, Melville, NY 11747 except American Home Servicing, Inc. is 4600 Regent Blvd., Suite 200, Irving, TX 75063.

Attached is Exhibit A to the Limited Reply.

Dated: Wilmington, Delaware
February 8, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
M. Blake Cleary (No. 3614)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

2

American Home Mortgage

# RECORDS MANAGEMENT RATE SCHEDULE "A"
## American Corporate Record Center, Inc.

Minimum Storage Charge Per Customer.............................$25.00 per month

**Storage Charges:**

| | | | | |
|---|---|---|---|---|
| 1.0 cu ft Archive Carton | $ 0.32 per month | 0.5 cu ft Check Carton | $ 0.25 | per month |
| 2.0 cu ft Letter Transfile | $ 0.65 per month | Blueprint Tube | $ 0.40 | per month |
| 2.5 cu ft Legal Transfile | $ 0.80 per month | X-Ray Carton | $ 0.40 | per month |

Linear inch (Individual files)  $0.055 per month

**Delivery and/or Pick Up Charges:**

| | | | |
|---|---|---|---|
| 1st Carton | $ 25.00 (first carton) | Additional Cartons | $ 1.25 per carton |
| 1st File | $ 25.00 (first file) | Additional Files | $ 1.25 per file |
| By Fax | $ 0.50 per page | By Mail | $ 0.50 per page + postage |

**Other Service Charges:**

| | |
|---|---|
| Initial Set-Up Charge For A New Carton | $ 3.25 per carton (includes bar code label) |
| Initial Set-Up Charge For A New File * | $ 0.55 per file (includes bar code label) |

*   A File Set-Up charge will be incurred the first time each file folder is removed from a carton and
delivered to (or picked up by) a Client.

| | |
|---|---|
| Search Requests (electronic query of carton or file data): | $ 2.00 each |
| Carton Retrieval Requests (Pull carton from shelf): | $ 1.75 each |
| File Retrieval Requests (Pull file folder from carton or shelf): | $ 1.50 each |
| Carton Refile Requests (Replace carton on shelf): | $ 1.50 each |
| File Refile Requests (Replace file folder in carton or shelf): | $ 1.50 each |
| Interfile Requests: | $ 1.95 per page |
| Photocopy Customer Documents (at Customer Request): | $ 1.50 per page |
| Generate Customer Computer Reports (at Customer Request): | $ 1.25 per page |
| Permanent Termination of Shelf Space from Warehouse: | $ 4.50 per cubic foot/$0.25 per file |
| Permanent Termination of Computer Record: | $ 1.50 per carton/file |
| Destruction of Item by Certified Shredding: | $ 7.00 per cubic foot/linear inch |
| Destruction of Item by Trash Disposal | $ 3.00 per cubic foot/linear inch |
| Rush Service: | $ 50.00 surcharge |
| Emergency Service: | $ 150.00 surcharge |
| Labor Charges (for all services performed on an hourly basis): | $ 52.00 per hour |

Please note: Labor charges are accrued on a 4 hour minimum

**Carton Purchase Prices: \*\***

| | | | |
|---|---|---|---|
| 1.0 cu ft Archive Carton | $ 2.50 each | Blueprint Tube | $ 4.00 each |
| 2.5 cu ft Legal Transfile | $ 3.50 each | X-Ray Carton | $ 4.00 each |
| 0.5 cu ft Check Carton | $ 2.25 each | | |

**  The Company reserves the right to replace any carton that has deteriorated to the point where the
contents cannot be securely transported to and/or from the Client's premises, and to charge the cost of
carton replacement to the Client.

Upon permanent removal of items from storage, open invoices must be paid in full by cash or certified check.

| | | | |
|---|---|---|---|
| _____ | _____ | Alan B. Horn | 11/29/05 |
| Authorized Client Signature | Print Name | Executive Vice President | Date |
| | | | RsrateAHM |

November 21, 2005 – November 21, 2010
Effective Date of Agreement

American Corporate Record Center, Inc.   1860 Walt Whitman Road, Melville, NY 11747
Voice:631-293-1700   Fax: 631-293-3640   email:info@astmove.com