**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re: American Home Mortgage Servicing, Inc.
Case No. 07-11050
Reporting Period: October 2007

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| | | | | |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C Section 1746) that this report and the related attached documents
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor


_____
Signature of Joint Debtor

*Robert C. Bernstein*
_____
Signature of Authorized Individual*

2/8/2008
_____
Date


Robert C. Bernstein
_____
Printed Name of Authorized Individual

Controller
_____
Title of Authorized Individual

* Authorized Individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a
manager if debtor is a limited liability company.

**American Home Mortgage Servicing, Inc.**
**Case No. 07-11050**

NOTES TO MONTHLY OPERATING REPORT

The Monthly Operating Report contains financial information that has been prepared by the Debtors'
management and has not been audited or reviewed by independent registered public accountants. Some of
the financial information in the Monthly Operating Report is not presented in accordance with generally
accepted accounting principles ("GAAP") and may be subject to future reconciliation and adjustments.
While management of the Debtors has made every effort to ensure that the Monthly Operating Report is
accurate and complete based on information that was available at the time of preparation, inadvertent errors
or omissions may exist and the subsequent receipt of information may result in material changes in the data
contained in the Monthly Operating Report that would warrant amendment of same. The Debtors reserve
the right to amend the Monthly Operating Report as necessary or appropriate and expect to do so as new or
additional information becomes available.

The Debtors reserve the right to dispute, or to assert offsets or defenses to, any claim reflected on the
Monthly Operating Report as to amount, liability or classification.

The Debtors utilize a consolidated cash management system whereby American Home Mortgage Corp.
makes certain disbursements on behalf of other Debtors. The accompanying Schedule of Cash Receipts
and Disbursements reflects the specific Debtor and Debtor's account from which these disbursements
occur. However, for the purposes of identifying disbursements used in calculating U.S. Trustee quarterly
fees, these disbursements will be allocated to the beneficiary Debtor based upon the Operating Expenses
contained in the Statement of Operations. These allocations are based upon the books and records
maintained on a basis consistent with historical accounting practices, and are not intended to reflect a
comprehensive allocation of overhead and operating expenses across Debtors and non-Debtor affiliates.

American Home Mortgage Servicing, Inc. ("AHMSI") maintains and services loan portfolios owned by
various institutions. At any given time, in the ordinary course of business, AHMSI received and
maintained documents and received and disbursed funds related to the loans that it serviced. In conjunction
with its loan servicing, AHMSI controlled and continues to maintain custodial bank accounts. Funds held
in certain custodial bank accounts are not included in the Monthly Operating Report. AHMSI reserves the
right to dispute or challenge the ownership interest of assets held in the custodial bank accounts.

**American Home Mortgage Servicing, Inc.**
**Schedule of Cash Receipts and Disbursements**
**Case No. 07-11050**
**October 31, 2007**

| | | | Bank Accounts | | | Total |
|---|---|---|---|---|---|---|
| | Operating | Payroll | Tax | Other | |
| Cash Beginning of Month - (10/1/2007) | $ 101,497,113 | $ - | $ - | $ - | $ 101,497,113 |
| | | | | | |
| Receipts: | | | | | |
| Cash Sales | | | | | |
| Accounts Receivable | | | | | |
| Sale of Assets | | | | | |
| Loans and Advances | 20,439,300 | | | | |
| Administrative | 26,228 | | | | |
| Net Payroll | | | | | |
| Other | | | | | |
| Transfers (From DIP Accounts) | | | | | |
| | | | | | |
| Total Receipts: | 20,465,528 | - | - | - | 20,465,528 |
| | | | | | |
| Disbursements: | | | | | |
| Net Payroll | | | | | |
| Payroll Taxes | | | | | |
| Sales, Use, & Other Taxes | | | | | |
| Loans and Advances | | | | | |
| Inventory Purchases | | | | | |
| Secured/Rental/Leases | | | | | |
| Insurance | | | | | |
| Administrative | | | | | |
| Selling | | | | | |
| Other | | | | | |
| Transfers (To DIP Accounts) | | | | | |
| Professional Fees | | | | | |
| U.S. Trustee Quarterly Fees | | | | | |
| Court Costs | | | | | |
| | | | | | |
| Total Disbursements: | - | - | - | - | - |
| | | | | | |
| NET CASH FLOW | | | | | |
| (Receipts less Disbursements) | | | | | 20,465,528 |
| | | | | | |
| Cash End of Month - (10/31/2007) | $ 121,962,641 | $ - | $ - | $ - | $ 121,962,641 |

| | |
|---|---|
| Total Disbursements | - |
| Less: Transfers to Debtor in Possession Accounts | |
| Plus: Estate Disbursements made by outside sources (i.e. from escrow accounts) | |
| Total Disbursements for Calculating U.S. Trustee Quarterly Fees | - |

| AHM Servicing Inc. | | | | | |
|---|---|---|---|---|---|
| Account Reconciliation | | | | | |
| AHMSI (CNI) Swap Pool Interest Payment Account | | | | | |
| GL Account # 10153 | | | | | |
| Bank Account # 00-418-386 | | | | | |
| 10/31/2007 | | | | | |
| | | | | | |
| | | | | | |
| GL Balance: | | | | | 274,709.63 |
| | | | | | |
| Reconciling Items: | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Adjusted General Ledger Balance: | | | | | 274,709.63 |
| | | | | | |
| Bank Balance: | | | | | 274,709.63 |
| | | | | | |
| Reconciling Items: | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Subtotal Reconciling Items: | | | | | 0.00 |
| | | | | | |
| Adjusted Bank Balance: | | | | | 274,709.63 |
| | | | | | |
| Difference: | | | | | 0.00 |

| AHM Servicing, Inc. | | |
|---|---|---|
| Northfork AHM Servicing Operating Account | | |
| Northfork Bank | | |
| Account # 3124073101 | | |
| GL# 10280 | | |
| For Month Ending October 31, 2007 | | |
| | | |
| | | |
| | | |
| | | |
| General Ledger Balance: | | 1,546.75 |
| | | |
| Bank Balance: | | |
| Account # 3124073101 | | 1,546.75 |
| | | |
| | | |
| | | |
| Difference G/L vs. Bank | | 0.00 |
| | | |
| | | |
| | | |
| Reconciling Items: | | |
| | | |
| | | |
| | | |
| | | |
| Total Account Difference: | | 0.00 |

| AHM Servicing, Inc | | |
|---|---|---|
| Miscellaneous Depository Acct. (Formerly First Nat'l General) | | |
| JP Morgan Chase Acct # 707-447850 | | |
| GL# 10504 | | |
| October 31, 2007 | | |
| | | |
| | | |
| | | |
| | | |
| General Ledger Balance: | | |
| AHM | | 189,277.19 |
| | | |
| AHMSI (CNI) | | 0.00 |
| | | 189,277.19 |
| | | |
| | | |
| | | |
| Bank Statement Balance: | | 189,277.19 |
| | | |
| | | |
| Difference G/L vs. Bank | | - |
| | | |
| Reconciling Items: | | |
| | | |
| | | |
| | | |
| | | |
| Total Reconciling Items | | - |
| | | |
| | | |
| Account Difference | | 0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |

| AHM Servicing, Inc | | |
|---|---|---|
| Servicing Master Acct | | |
| Chase Acct# 957-175434 | | |
| GL# 10505 | | |
| October 31, 2007 | | |
| | | |
| | | |
| | | |
| | | |
| AHM | | 3,262,813.84 |
| | | |
| General Ledger Total Balance: | | 3,262,813.84 |
| | | |
| | | |
| | | |
| | | |
| Bank Statement Balance: | | |
| Chase Acct# 957-175434 | | 910,502.74 |
| | | |
| | | |
| Difference G/L vs. Bank | | 2,352,311.10 |
| | | |
| | | |
| | | |
| Reconciling Items: | | |
| | | |
| | | |
| LSAMS ACH Deposits in Transit - 10/30/07 | | (454,437.53) |
| LSAMS ACH Deposits in Transit - 10/31/07 | | (1,897,873.58) |
| | | |
| | | |
| | | |
| Total Reconciling Items: | | (2,352,311.11) |
| | | |
| Difference: | | (0.01) |

| AHM Servicing, Inc | | |
|---|---|---|
| Bad Check Imprest Acct | | |
| JP MORGAN CHASE | | |
| Acct# 707-448197 | | |
| GL# 10509 | | |
| As of October 31, 2007 | | |
| | | |
| | | |
| | | |
| General Ledger Balance: | | 39.51 |
| | | |
| | | |
| Bank Statement Balance: | | 39.51 |
| | | |
| | | |
| | | |
| | | |
| | | |
| Difference G/L vs. Bank | | 0.00 |
| | | |
| | | |
| Reconciling Items: | | |
| | | |
| | | |
| | | |
| Total Reconciling Items | | 0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| Account Difference | | 0.00 |

| AHM Servicing, Inc. | | |
|---|---|---|
| Corestates Bank Depository Acct | | |
| First Union   Acct# 2014133587853 | | |
| GL# 10514 | | |
| As of October 31, 2007 | | |
| | | |
| | | |
| | | |
| General Ledger Balance: | | 255,149.90 |
| | | |
| Bank Balance: | | 255,149.90 |
| | | |
| | | |
| Difference G/L vs. Bank | | 0.00 |
| | | |
| | | |
| Reconciling Items: | | |

| AHM Servicing, Inc. | | |
|---|---|---|
| NationsBank-VA Depository | | |
| Bank of America   Acct# 3750772821 | | |
| GL# 10515 | | |
| October 31, 2007 | | |
| | | |
| | | |
| General Ledger Balance: | | 23,520.75 |
| | | |
| Bank Balance: | | 23,520.75 |
| | | |
| | | |
| Difference G/L vs. Bank | | 0.00 |
| | | |
| | | |
| Reconciling Items: | | |

| AHM Servicing, Inc. (Columbia National Inc. still on Bank Statement) | | | |
|---|---|---|---|
| PNC Bank Depository - CIL | | | |
| Acct# 4110512734 | | | |
| GL# 10518 | | | |
| As of October 31, 2007 | | | |
| | | | |
| | | | |
| | | | |
| General Ledger Balance: | | | 815.98 |
| | | | |
| Bank Balance: | | | 815.98 |
| | | | |
| | | | |
| Difference G/L vs. Bank | | | 0.00 |
| | | | |
| | | | |
| Reconciling Items: | | | |
| | | | |
| | | | |
| | | | |
| Difference: | | | 0.00 |

| AHM Servicing, Inc. | | | | |
|---|---|---|---|---|
| REIT INV 11 P & I | | | | |
| JPM Chase Account # 730-147816 | | | | |
| G/L ACCT #10560 | | | | |
| | | | | |
| | | | | |
| FOR THE MONTH ENDED 10/31/07 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| GENERAL LEDGER BALANCE | | | | 3,092,548.42 |
| | | | | |
| | | | | |
| BANK BALANCE 10/31/07 | | | | 2,877,842.35 |
| | | | | |
| LSAMS 10/31/07 ACTIVITY- Deposits in Transit | | | | (37,646.66) |
| LSAMS 10/31/07 ACTIVITY- Deposits in Transit | | | | (177,059.41) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| DIFFERENCE | | | | 0.00 |

| AHM Servicing, Inc. | | |
|---|---|---|
| INV 14 MELVILLE P & I | | |
| JPM Chase ACCOUNT # 113422456 | | |
| G/L ACCT #10561 | | |
| October 31, 2007 | | |
| | | |
| | | |
| GENERAL LEDGER BALANCE | | 9,196.32 |
| | | |
| | | |
| BANK BALANCE CHASE  10/31/07 | | 9,196.32 |
| | | - |
| | | - |
| | | |
| DIFFERENCE | | - |

| AHM Servicing, Inc. | | |
|---|---|---|
| INV 15 BROADHOLLOW P & I | | |
| JPM Chase ACCOUNT # 113422472 | | |
| G/L ACCT #10563 | | |
| October 31, 2007 | | |
|  |  |  |
|  |  |  |
| GENERAL LEDGER BALANCE |  | 587,262.26 |
|  |  |  |
|  |  |  |
| BANK BALANCE CHASE 10/31/07 |  | 496,354.17 |
|  |  |  |
|  |  |  |
| LSAMS Activity 10/30- Deposits inn Transit |  | (841.39) |
| LSAMS Activity 10/30- Deposits inn Transit |  | (90,066.70) |
|  |  |  |
| DIFFERENCE |  | 0.00 |

| AHM Servicing, Inc. | | |
|---|---|---|
| INV 20 P & I | | |
| JPM Chase ACCOUNT # 113422449 | | |
| G/L ACCT #10565 | | |
| October 31, 2007 | | |
| | | |
| GENERAL LEDGER BALANCE | | 276,295.78 |
| | | |
| | | |
| BANK BALANCE CHASE 9/30/07 | | 194,194.66 |
| | | |
| LSAMS Activity 10/30- Deposits in Transit | | (821.45) |
| LSAMS Activity 10/30- Deposits in Transit | | (81,279.67) |
| | | |
| DIFFERENCE | | 0.00 |

| AHM Servicing, Inc. | | | |
|---|---|---|---|
| INV 19/21 P & I | | | |
| AMERICAN HOME BANK (FLOWER) ACCOUNT #2011500176 | | | |
| JPM Chase Account # 730-147808 | | | |
| G/L ACCT #10566 | | | |
| October 31, 2007 | | | |
| | | | |
| | | | |
| GENERAL LEDGER BALANCE | | | 6,469,110.70 |
| | | | |
| Bank Balance Flower | | 329,692.90 | |
| Bank Balance Chase | | 6,134,889.51 | 6,464,582.41 |
| | | | |
| | | | |
| 09.28 PI Pymt- Adjust bank rec- waiting for ln# fr svcng | | | -2,993.41 |
| LSAMS 10/30 DAILY ACTIVITY- Deposits in Transit | | | 3,778.32 |
| LSAMS 10/31 DAILY ACTIVITY- Deposits in Transit | | | 3,743.38 |
| | | | |
| DIFFERENCE | | | 0.00 |

| AHM Servicing, Inc. | | | | |
|---|---|---|---|---|
| INV 26/27 P & I T & I | | | | |
| BOA ACCOUNT # 1235861732 | | | | |
| G/L ACCT #10569 | | | | |
| October 31, 2007 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| GENERAL LEDGER BALANCE | | | | 68,005.08 |
| | | | | |
| | | | | |
| BANK BALANCE CHASE | 10/31/2007 | | | 65,975.49 |
| | | | | |
| | | | | |
| | | | | |
| LSAMS 10/30 Activity- Deposits in Transit | | | | 1,225.88 |
| Dr on bank statement; not on DTJ- emailed C. Williams | | | | 803.71 |
| | | | | |
| DIFFERENCE | | | | 0.00 |

N:\General Accounting\October 2007\Reconciliations\Account 10569 Inv 26 & 27 - October

| AHM Servicing, Inc. | | |
|---|---|---|
| Investor 18 - Heloc | | |
| AMERICAN HOME BANK (FLOWER) Account #2011500192 | | |
| GL #10570 | | |
| October 31, 2007 | | |
| GENERAL LEDGER BALANCE | | -75,561.97 |
| | | |
| | | |
| BANK BALANCE FLOWER 10/31/07 | | 70,855.93 |
| Activity 8/20-rtn item ck | | -146,418.00 |
| | | |
| DIFFERENCE | | -0.10 |

| AHM Servicing, Inc. | | | |
|---|---|---|---|
| INV 10 P& I (Modifications) | | | |
| JPM Chase ACCOUNT #709382212 | | | |
| G/L ACCT #10581 | | | |
| | | | |
| | | | |
| FOR THE MONTH ENDED 10/31/07 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| GENERAL LEDGER BALANCE | | | 0.00 |
| | | | |
| | | | |
| BANK BALANCE 10/31/07 | | | 0.00 |
| | | | |
| | | | 0.00 |
| | | | 0.00 |
| | | | |
| DIFFERENCE | | | 0.00 |

| AHM Servicing, Inc. | | |
|---|---|---|
| INV 13 P & I | | |
| AMERICAN HOME BANK (FLOWER) ACCOUNT #2011500200 | | |
| G/L ACCT #10583 | | |
| October 31, 2007 | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| GENERAL LEDGER BALANCE | | 20.95 |
| | | |
| | | |
| BANK BALANCE FLOWER 10/31/07 | | 20.94 |
| | | |
| | | |
| | | |
| | | |
| DIFFERENCE | | -0.01 |

| AHM Servicing, Inc. | | |
|---|---|---|
| INV 17 P& I | | |
| JPM CHASE ACCOUNT # 709384150 | | |
| G/L ACCT #10587 | | |
| October 31, 2007 | | |
| | | |
| GENERAL LEDGER BALANCE | | 850,778.68 |
| | | |
| BANK BALANCE | | 844,270.60 |
| 9/28 activity | | 1,893.12 |
| 10.29 withdraw - Judith Woodyard to provide breakdown | | 2,307.48 |
| Bank has a debit on 09.17; DTJ has a dr.& cr on 09.14; Judith Woodyard to provide breakdown | | 2,307.48 |
| | | |
| DIFFERENCE | | 0.00 |
| | | |
| | | |

| AHM Servicing, Inc. | |
|---|---|
| INV 22  P & I | |
| BOA ACCOUNT # 1235132172 | |
| G/L ACCT #10589 | |
| October 31, 2007 | |
| | |
| GENERAL LEDGER BALANCE | -188.88 |
| | |
| | |
| BANK BALANCE | 1,111.38 |
| | |
| Reconcilement Items: | |
| | |
| 08.07-Booked in G/L but not on bank statement- correction pending by Servicing | -685.07 |
| 08.08-Booked in G/L but not on bank statement- correction pending by Servicing | -615.19 |
| | |
| | |
| | |
| | |
| DIFFERENCE | 0.00 |

| AHM Servicing, Inc | | |
|---|---|---|
| Investor 2 P & I AHMSI as Trustee for Greenwich Capital Fixed and ARM | | |
| JP MORGAN CHASE Account # 730-147832 | | |
| GL# 10612 | | |
| October 31, 2007 | | |
| | | |
| | | |
| General Ledger Balance: | | |
| AHMSI (CNI) | | 50,400.89 |
| Total General Ledger Account Balance: | | 50,400.89 |
| | | |
| Bank Statement Balance: | | 50,400.89 |
| | | |
| | | |
| | | |
| Difference G/L vs. Bank | | 0.00 |
| | | |
| | | |
| Reconciling Items: | | |
| | | |
| | | |
| | | |
| Total Reconciling Items: | | 0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| Account Difference | | 0.00 |

| AHM Servicing, Inc | | |
|---|---|---|
| Investor 3 P & I AHMSI as Trustee for BOA & Various Mortg. Fixed and ARM | | |
| JP MORGAN CHASE Account # 730-147873 | | |
| GL# 10614 | | |
| October 31, 2007 | | |
| | | |
| | | |
| General Ledger Balance: | | |
| AHMSI (CNI) | | 1,071,187.72 |
| Total General Ledger Account Balance: | | 1,071,187.72 |
| | | |
| Bank Statement Balance: | | 500,014.56 |
| | | |
| | | |
| | | |
| Difference G/L vs. Bank | | 571,173.16 |
| | | |
| | | |
| Reconciling Items: | | |
| 10/30/07 LSAMs Deposit, deposit credited to bank account on 11//07 | | -358,072.45 |
| 10/31/07 LSAMs Deposit, deposit credited to bank account on 11//07 | | -213,100.71 |
| Total Reconciling Items: | | -571,173.16 |
| | | |
| | | |
| | | |
| | | |
| | | |
| Account Difference | | 0.00 |

| AHM Servicing, Inc | | |
|---|---|---|
| Investor 4 P & I AHMSI as Trustee for Bear Stearns Fixed and ARM | | |
| JP MORGAN CHASE Account # 730-147899 | | |
| GL# 10616 | | |
| October 31, 2007 | | |
| | | |
| | | |
| General Ledger Balance: | | |
| AHMSI (CNI) | | 2,606,810.96 |
| Total General Ledger Account Balance: | | 2,606,810.96 |
| | | |
| Bank Statement Balance: | | 2,499,750.08 |
| | | |
| | | |
| | | |
| Difference G/L vs. Bank | | 107,060.88 |
| | | |
| | | |
| Reconciling Items: | | |
| 10/30/07 LSAMs Deposit, deposit credited to bank account on 11//07 | | -59,805.31 |
| 10/31/07 LSAMs Deposit, deposit credited to bank account on 11//07 | | -47,255.57 |
| Total Reconciling Items: | | -107,060.88 |
| | | |
| | | |
| | | |
| | | |
| | | |
| Account Difference | | 0.00 |

| AHM Servicing, Inc | | |
|---|---|---|
| Investor 5 P & I AHMSI as Trustee for Bear Liquid Fixed and ARM | | |
| JP MORGAN CHASE | | |
| Acct# 730-147915 | | |
| GL# 10618 | | |
| October 31, 2007 | | |
| | | |
| | | |
| General Ledger Balance: | | |
| AHMSI (CNI) | | 0.00 |
| Total General Ledger Account Balance: | | 0.00 |
| | | |
| Bank Statement Balance: | | 0.00 |
| | | |
| | | |
| | | |
| Difference G/L vs. Bank | | 0.00 |
| | | |
| | | |
| Reconciling Items: | | |
| | | |
| | | |
| Total Reconciling Items: | | 0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| Account Difference | | 0.00 |

| AHM Servicing, Inc | | |
|---|---|---|
| Investor 6 P & I AHMSI as Trustee for CSFB Fixed and ARM | | |
| JP MORGAN CHASE Account # 730-147931 | | |
| GL# 10622 | | |
| October 31, 2007 | | |
| | | |
| | | |
| General Ledger Balance: | | |
| AHMSI (CNI) | | 389,166.19 |
| Total General Ledger Account Balance: | | 389,166.19 |
| | | |
| Bank Statement Balance: | | 367,970.42 |
| | | |
| | | |
| | | |
| Difference G/L vs. Bank | | 21,195.77 |
| | | |
| | | |
| Reconciling Items: | | |
| 10/30/07 LSAMs Deposit, deposit credited to bank account on 11//07 | | -91,473.86 |
| 10/31/07 LSAMs Deposit, deposit credited to bank account on 11//07 | | -3,827.77 |
| LN#1176428- PIF | | 74,105.86 |
| Total Reconciling Items: | | -21,195.77 |
| | | |
| | | |
| | | |
| | | |
| | | |
| Account Difference | | 0.00 |

| AHM Servicing, Inc | | |
|---|---|---|
| Investor 7 P & I AHMSI as Trustee for JPMorgan Fixed and ARM | | |
| JP MORGAN CHASE Account # 730-147956 | | |
| GL# 10624 | | |
| October 31, 2007 | | |
| | | |
| | | |
| General Ledger Balance: | | |
| AHMSI (CNI) | | 7,023,677.04 |
| Total General Ledger Account Balance: | | 7,023,677.04 |
| | | |
| Bank Statement Balance: | | 6,141,945.12 |
| | | |
| | | |
| | | |
| Difference G/L vs. Bank | | 881,731.92 |
| | | |
| | | |
| Reconciling Items: | | |
| 10/30/07 LSAMs Deposit, deposit credited to bank account on 11//07 | | -41,655.52 |
| 10/31/07 LSAMs Deposit, deposit credited to bank account on 11//07 | | -840,076.40 |
| Total Reconciling Items: | | -881,731.92 |
| | | |
| | | |
| | | |
| | | |
| | | |
| Account Difference | | 0.00 |

| AHM Servicing, Inc | | |
|---|---|---|
| Investor 8 P & I AHMSI as Trustee for Societe Generale Fixed and ARM | | |
| JP MORGAN CHASE Account # 730-147972 | | |
| GL# 10626 | | |
| October 31, 2007 | | |
| | | |
| | | |
| General Ledger Balance: | | |
| AHMSI (CNI) | | 8,894,425.69 |
| Total General Ledger Account Balance: | | 8,894,425.69 |
| | | |
| Bank Statement Balance: | | 8,759,682.65 |
| | | |
| | | |
| | | |
| Difference G/L vs. Bank | | 134,743.04 |
| | | |
| | | |
| Reconciling Items: | | |
| 10/30/07 LSAMs Deposit, deposit credited to bank account on 11//07 | | -88,391.65 |
| 10/31/07 LSAMs Deposit, deposit credited to bank account on 11//07 | | -46,351.39 |
| Total Reconciling Items: | | -134,743.04 |
| | | |
| | | |
| | | |
| | | |
| | | |
| Account Difference | | 0.00 |

| AHM Servicing, Inc. | | | |
|---|---|---|---|
| Account Reconciliation | | | |
| Investor 23 P & I AHMSI as Trustee for ABN AMRO Fixed and ARM | | | |
| JPM Chase Account # 730-147998 | | | |
| GL Account # 10628 | | | |
| October 31, 2007 | | | |
| | | | |
| Bank Balance: | | | 3,737,847.63 |
| | | | |
| | | | |
| | | | |
| GL Balance: | | | |
| CNI (AHMSI) | | | 3,758,178.35 |
| Total GL Balance | | | 3,758,178.35 |
| | | | |
| Reconciling Items: | | | |
| 10/30/07 LSAMs Deposit, deposit credited to bank account on 11/1/07 | | | -3,383.19 |
| 10/31/07 LSAMs Deposit, deposit credited to bank account on 11/2/07 | | | -16,948.43 |
| Subtotal: | | | -20,331.62 |
| | | | |
| | | | |
| | | | |
| | | | |
| Difference: | | | 0.90 |

| AHM Servicing, Inc | | |
|---|---|---|
| Investor 12 P & I AHMSI as Trustee for Calyon Fixed and ARM | | |
| JP MORGAN CHASE Account # 730-148012 | | |
| GL# 10632 | | |
| October 31, 2007 | | |
| | | |
| | | |
| **General Ledger Balance:** | | |
| **AHM** | | 0.00 |
| **AHMSI (CNI)** | | 31,874,367.23 |
| **Total General Ledger Account Balance:** | | 31,874,367.23 |
| | | |
| **Bank Statement Balance:** | | 30,507,461.69 |
| | | |
| | | |
| | | |
| **Difference G/L vs. Bank** | | 1,366,905.54 |
| | | |
| | | |
| **Reconciling Items:** | | |
| 10/30/07 LSAMs Deposit, deposit credited to bank account on 11//07 | | -1,093,697.87 |
| 10/31/07 LSAMs Deposit, deposit credited to bank account on 11//07 | | -273,207.67 |
| | | 0.00 |
| **Total Reconciling Items:** | | -1,366,905.54 |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Account Difference** | | 0.00 |

| AHM Servicing, Inc | | |
|---|---|---|
| Investor 1 P & I AHMSI as Trustee for CDC (IXIS) | | |
| JP MORGAN CHASE Account # 730-147857 | | |
| GL# 10634 | | |
| October 31, 2007 | | |
| | | |
| | | |
| General Ledger Balance: | | |
| AHMSI (CNI) | | 120,391.88 |
| Total General Ledger Account Balance: | | 120,391.88 |
| | | |
| Bank Statement Balance: | | 112,550.74 |
| | | |
| | | |
| | | |
| Difference G/L vs. Bank | | 7,841.14 |
| | | |
| | | |
| Reconciling Items: | | |
| 10/30/07 LSAMs Deposit, deposit credited to bank account on 11//07 | | -6,081.11 |
| 10/31/07 LSAMs Deposit, deposit credited to bank account on 11//07 | | -1,760.03 |
| Total Reconciling Items: | | -7,841.14 |
| | | |
| | | |
| | | |
| | | |
| | | |
| Account Difference | | 0.00 |

American Home Mortgage Servicing, Inc.
Case Number: 07-11050
Schedule Of Professional Fees And Expenses Paid
Reporting Period: October 1 through October 31, 2007

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| No activity | | | | | | | | | |

**American Home Mortgage Servicing, Inc. - Case No. 07-11050**
**Parent-Only Statement of Income**

| | Month Ended October 31, 2007 | August 6 through October 31, 2007 |
|---|---:|---:|
| Net interest income: | | |
| Interest income | $ (1,320) | $ (1,320) |
| Net interest income | (1,320) | (1,320) |
| Provision for loan losses | - | - |
| Net interest income after provision for loan losses | (1,320) | (1,320) |
| | | |
| Non-interest income: | | |
| Gain on mortgage loans | $ (446) | (445) |
| Other non-interest income | 42,520 | (32,969,457) |
| Non-interest income | 42,074 | (32,969,902) |
| | | |
| Salaries, commissions and benefits, net | 2,593,917 | 4,700,406 |
| Occupancy and equipment | 132,151 | 490,136 |
| Data processing and communications | 56,741 | 82,510 |
| Office supplies and expenses | 42,927 | 207,267 |
| Travel and entertainment | 2,609 | 10,948 |
| Professional fees | 327,788 | 349,078 |
| Other | 689,632 | 3,702,069 |
| Total expenses | 3,845,765 | 9,542,414 |
| | | |
| Loss before income taxes | (3,805,011) | (42,513,636) |
| Income taxes | - | - |
| Net income | $ (3,805,011) | $ (42,513,636) |

**American Home Mortgage Servicing, Inc. - Case No. 07-11050**
**Schedule of Other Income and Other Expense**

| | Month Ended October 31, 2007 | | August 6 through October 31, 2007 | |
|---|---|---|---|---|
| Other non-interest income: | | | | |
| Rebates | $ | 1,696 | $ | 6,284 |
| Commercial Paper Margin Swap Loss | | - | | (25,780,000) |
| Reinsurance Premiums | | 40,824 | | 81,596 |
| Fair Value Write-Down of Servicing Advances | | - | | (6,583,083) |
| Other | | - | | (694,254) |
| Total other non-interest income | $ | 42,520 | | (32,969,457) |
| | | | | |
| Other Expense: | | | | |
| Insurance | $ | (181) | $ | (1,365) |
| Lender Paid PMI | | 286,779 | | 2,687,148 |
| Licenses and Permits | | 10,806 | | 11,834 |
| Other Taxes and Tax Penalties | | (7,653) | | (14,492) |
| Outsourced Services | | 3,779 | | 3,779 |
| Servicing Expenses | | 149,490 | | 547,999 |
| Shipping Expenses | | 2,803 | | 6,922 |
| Other | | 243,809 | | 460,244 |
| Total other expense | $ | 689,632 | $ | 3,702,069 |

**American Home Mortgage Servicing, Inc. - Case No. 07-11050**
**Parent-Only Statements of Financial Condition**

|  | 8/5/2007 | 10/31/2007 |
|---|---|---|
| **ASSETS** | | |
| Cash and cash equivalents | $    21,154,562 | $    82,491,385 |
| Restricted cash | 27,735 | 39,471,256 |
| Accounts receivable and servicing advances | 115,919,288 | 102,548,034 |
| Intercompany receivable | 180,101,433 | 106,978,936 |
| Premises and equipment, net | 2,851,603 | 2,583,097 |
| Investment in subsidiaries | 10,892,018 | 8,807,975 |
| Other assets | 869,096 | 838,059 |
| Total assets | $   331,815,735 | $   343,718,742 |
| | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| | | |
| **Liabilities:** | | |
| Warehouse lines of credit | $    50,000,000 | $    50,000,000 |
| Accrued expenses and other liabilities | 15,425,797 | 60,158,532 |
| Intercompany payable | 118,132,459 | 130,848,099 |
| Income taxes payable | (1) | - |
| Total liabilities | $   183,558,255 | $   241,006,631 |
| | | |
| **Stockholders' Equity:** | | |
| Additional paid-in capital | $    37,000,200 | $    37,000,200 |
| Retained earnings | 111,257,280 | 65,711,911 |
| Total stockholders' equity | $   148,257,480 | $   102,712,111 |
| | | |
| Total liabilities and stockholders' equity | $   331,815,735 | $   343,718,742 |

**American Home Mortgage Servicing, Inc. - Case No. 07-11050**
**Statements of Other Assets and Other Liabilities**

| | | 8/5/2007 | | 10/31/2007 |
|---|---|---|---|---|
| Other Assets: | | | | |
| Prepaid expenses | $ | 118,298 | $ | 87,257 |
| Other | | 750,798 | | 750,802 |
| Total Other Assets | $ | 869,096 | $ | 838,059 |
| | | | | |
| | | | | |
| Accrued expenses and other liabilities: | | | | |
| Accrued expenses | $ | 4,801,227 | $ | 47,711,768 |
| Accrued payroll expense | | (5,418) | | 1,431,811 |
| Escrow payable | | - | | 384,882 |
| Foreclosure reserve | | 10,629,956 | | 10,629,956 |
| Deferred compensation plan liability | | 32 | | 115 |
| Total Accrued expenses and other liabilities | $ | 15,425,797 | $ | 60,158,532 |

American Home Mortgage Servicing, Inc.
Case Number: 07-11050
Status Of Postpetition Taxes
Reporting Period: October 1 through October 31, 2007

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check Number or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Federal | | | | | | |
| Withholding | | 263,455 | | | | |
| FICA-Employee | | 144,708 | | 10/10/07, 10/25/07 | | |
| FICA-Employer | | 144,708 | | 10/10/07, 10/25/07 | | |
| Unemployment | | 1,180 | | 10/10/07, 10/25/07 | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | 554,048 | | | | |
| State and Local | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | 3,159 | | 10/10/07, 10/25/07 | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | 3,159 | | | | |
| Total Taxes | | 557,206 | | | | |

Summary Of Unpaid Postpetition Debts

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 15,694 | 2,092 | | | | 17,786 |
| Wages Payable | | | | | | - |
| Taxes Payable | | | | | | - |
| Rent/Leases-Building | | | | | | - |
| Rent/Leases-Equipment | | | | | | - |
| Secured Debt/Adequate Protection Payments | | | | | | - |
| Professional Fees | | | | | | - |
| Amounts Due to Insiders | | | | | | - |
| Other: | | | | | | - |
| Other: | | | | | | - |
| Total Postpetition Debts | 15,694 | 2,092 | | | | 17,786 |

**AMERICAN HOME MORTGAGE SERVICING**
Accounts Receivable Reconciliation and Aging
Case No. 07-11050
October 31, 2007

| | Total |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period - 9/30/2007 | 97,557,686 |
| + Amounts billed during the period | 43,869,626 |
| - Amounts collected during the period | (38,879,278) |
| Total Accounts Receivable at the end of the reporting period - 10/31/2007 | 102,548,034 |

| Accounts Receivable Aging: | Total |
|---|---|
| 0 - 30 days old | 36,286,559 |
| 31 - 60 days old | 6,552,109 |
| 61 - 90 days old | 4,235,616 |
| 91+ days old | 55,473,750 |
| Total Accounts Receivable | 102,548,034 |
| Amount considered uncollectible (Bad Debt) reserve | (10,629,956) |
| Accounts Receivable (Net) | 91,918,078 |

### Debtor Questionnaire

| | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, please provide an explanation below. | | X |
| 3. Have all post petition tax returns been filed timely? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account (s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | X | |

| Bank | Account Name | Date Opened |
|---|---|---|
| Chase | American Home Mortgage Servicing INC AP Disbursement Account | 10/17/2007 |
| Chase | American Home Mortgage Servicing INC AP Funding Account | 10/17/2007 |