# EXHIBIT B

## Proposed Form of Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             : Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE                                             : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]                 :
                                                                   : Jointly Administered
                  Debtors.                                         :
                                                                   : Ref. Docket No. ____
------------------------------------------------------------------ x

## ORDER APPROVING THE ASSUMPTION OF UNEXPIRED LEASE AGREEMENTS OF NONRESIDENTIAL REAL PROPERTY WITH AFP ASSOCIATES, LTD. LOCATED AT FREEPORT OFFICE CENTERS I & II IN IRVING, TEXAS

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors"), for entry of an order, pursuant to sections 105 and 365 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 6006 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing the Debtor to assume the unexpired nonresidential real property Freeport Office Lease Agreements with AFP Associates, Ltd. Located at Freeport Office Centers I & II in Irving, Texas identified on Exhibit A attached hereto; and it appearing that (a) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; and it appearing that authority to assume the Freeport Office Lease

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

Agreements is supported by the Debtors' sound business judgment; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the assumption of the Freeport Office Lease Agreements identified on <u>Exhibit A</u> attached hereto is approved pursuant to section 365 of the Bankruptcy Code; and it is further

ORDERED, that upon the Final Closing, the Freeport Office Lease Agreements shall be assigned to the Purchaser or its designee pursuant to the terms of the APA and the authority provided in the Sale Order; and it is further

ORDERED, that notwithstanding the provisions of Bankruptcy Rule 6006(d), this Order shall not be stayed for ten (10) days after the entry hereof, but shall be effective and enforceable immediately upon issuance hereof; and it is further

ORDERED that this Court shall retain jurisdiction over an any and all matters arising from or related to the implementation or interpretation of this Order

Dated: Wilmington, Delaware
      February _____, 2008

                                                          Christopher S. Sontchi
                                                          United States Bankruptcy Judge

# EXHIBIT A

## Real Property Leases

| | |
|---|---|
| Leases: | Office Building Lease, dated as of January 31, 2005, by and among AFP Associates, Ltd., as landlord, American Home Mortgage Servicing, Inc., as tenant, and American Home Mortgage Investment Corp., as guarantor |
| | Commencement Date Agreement, dated as of March 7, 2005, by and between AFP Associates, Ltd., as landlord, and American Home Mortgage Servicing, Inc., as tenant |
| | First Amendment to Lease, dated as of September 18, 2006, by and among AFP Associates, Ltd., as landlord, American Home Mortgage Servicing, Inc., as tenant, and American Home Mortgage Investment Corp., as guarantor |
| Leased Premises: | Freeport Office Center II, 4600 Regent Blvd, Irving, TX 75063<br>Freeport Office Center I, 4650 Regent Blvd, Irving, TX 75063 |
| Landlord: | AFP Associates, Ltd. c/o West World Management, Inc.<br>4 Manhattanville Road<br>Purchase, New York 10577 |