## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
            Debtors.                                             :
                                                                 :  Objection Deadline: February 21, 2008 at 4:00 p.m. (ET)
                                                                 :  Hearing Date: February 28, 2008 at 11:00 a.m. (ET)
---------------------------------------------------------------- x

## NOTICE OF MOTION

TO: (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) THE CREDITORS' COMMITTEE; (III) COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR CERTAIN LENDERS UNDER THAT CERTAIN SECOND AMENDED AND RESTATED CREDIT AGREEMENT DATED AS OF AUGUST 10, 2006; (IV) COUNSEL TO THE AGENT FOR THE DEBTORS' POSTPETITION LENDER; (V) AHM SPV II, LLC; AND (VI) ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1(B).

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (the "Debtors") filed the **DEBTORS' MOTION FOR ORDER, PURSUANT TO SECTIONS 105 AND 365 OF THE BANKRUPTCY CODE, APPROVING THE STIPULATION BY AND BETWEEN AMERICAN HOME MORTGAGE CORP. AND AHM SPV II, LLC EXTENDING THE DEADLINE TO ASSUME OR REJECT A CERTAIN UNEXPIRED PROPERTY LEASE OF NONRESIDENTIAL REAL PROPERTY** (the "Motion).

Responses to the Motion, if any, must be filed on or before **February 21, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Complaint 200, Irving, Texas 75063.

DB02:6526805.2                                                                                     066585.1001

    A HEARING ON THE MOTION WILL BE HELD ON **FEBRUARY 28, 2008 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 6th FLOOR, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
    February 8, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Donald J. Bowman, Jr. (No. 4383)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession