# EXHIBIT B

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :  Jointly Administered
         Debtors.                                                :
                                                                 :  Ref. Docket Nos.: 1905, 2168 & _____
                                                                 :
---------------------------------------------------------------- x

### ORDER, PURSUANT TO SECTIONS 105 AND 365 OF THE BANKRUPTCY CODE, APPROVING THE STIPULATION BY AND BETWEEN AMERICAN HOME MORTGAGE CORP. AND AHM SPV II, LLC EXTENDING THE DEADLINE TO ASSUME OR REJECT A CERTAIN UNEXPIRED PROPERTY LEASE OF NONRESIDENTIAL REAL PROPERTY

Upon consideration of the motion (the "Motion")[2] of the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") for entry of an order, pursuant to sections 105(a) and 365 of title 11 of the United States Code (the "Bankruptcy Code"), approving the stipulation (the "Stipulation"), by and between the American Home Mortgage Corp. ("AHM Corp.") and AHM SPV II, LLC ("AHM SPV", together with AHM Corp., the "Parties"); and it appearing that the Stipulation and the relief requested in the Motion is in the best interests of the Debtors, their creditors and their estates; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein; and due notice of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Complaint 200, Irving, Texas 75063.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

the Motion having been provided; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED that, pursuant to section 105(a) and 365 of the Bankruptcy Code, the Motion is granted and the Stipulation, attached hereto as <u>Exhibit A</u>, is approved; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Date: Wilmington, Delaware
      February ____, 2008

_____
Christopher S. Sontchi
United States Bankruptcy Judge