IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-11047-CSS, et seq.<br><br>**Objections due by: February 21, 2008, 4:00 p.m.**<br>**Hearing Date: February 28, 2008 at 11:00 a.m.** |

### NOTICE OF MOTION OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR LENDER COUNTRYWIDE FINANCIAL CORPORATION TO ANNUL THE AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

TO:   All parties listed on the Certificate of Service

Mortgage Electronic Registration Systems, Inc., solely as nominee for lender Countrywide Financial Corporation has filed a Motion for Relief from Stay which seeks the following relief: Relief from the automatic stay for movant and other parties in interest to exercise their non-bankruptcy rights with respect to certain real property located at 16782 Breaburn, Romulus, MI 48174 in which one or more of the above-captioned debtors may hold an interest.

**HEARING ON THE MOTION WILL BE HELD ON FEBRUARY 28, 2008 AT 11:00 A.M.**

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached motion at least five business days before the above hearing date. At the same time, you must also serve a copy of the response upon movant's attorneys:

>Adam Hiller, Esquire
>Maria Aprile Sawczuk, Esquire
>Draper & Goldberg, PLLC
>1500 North French Street, 2nd Floor
>Wilmington, Delaware 19801
>(302) 339-8776 telephone

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for

*Property Address: 16782 Breaburn, Romulus, MI 48174*
*Movant: Mortgage Electronic Registration Systems, Inc., solely as nominee for lender Countrywide Financial Corporation*

the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

     IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTING IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: February 8, 2008<br>       Wilmington, Delaware | Respectfully submitted,<br><br>DRAPER & GOLDBERG, PLLC<br><br> /s/ **Adam Hiller**<br>Adam Hiller (DE No. 4105)<br>Maria Aprile Sawczuk (DE No. 3320)<br>1500 North French Street, 2nd Floor<br>Wilmington, Delaware 19801<br>(302) 339-8776 telephone<br>(302) 213-0043 facsimile<br><br>and<br><br>Thomas D.H. Barnett (DE No. 994)<br>Draper & Goldberg, PLLC<br>P.O. Box 947<br>512 East Market Street<br>Georgetown, Delaware 19947<br><br>*Attorneys for Movant* |