IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-11047-CSS, et seq. |

**ORDER ANNULLING THE AUTOMATIC STAY
UNDER SECTION 362 OF THE BANKRUPTCY CODE WITH RESPECT
TO REAL PROPERTY LOCATED AT 16782 BREABURN, ROMULUS, MI 48174**
*(relates to Docket No. ____)*

UPON CONSIDERATION of the Motion To Annul the Automatic Stay Under Section 362 of the Bankruptcy Code (the "Motion") filed by Mortgage Electronic Registration Systems, Inc., solely as nominee for lender Countrywide Financial Corporation ("Movant"), and any response thereto; the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to annul the automatic stay with respect to the parcel of real property located at 16782 Breaburn, Romulus, MI 48174 (the "Property") under applicable non-bankruptcy law; it is HEREBY ORDERED as follows:

1.   The Motion is hereby **GRANTED**. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion.

2.   Pursuant to 11 U.S.C. § 362(d), to the extent the automatic stay is otherwise applicable, Movant and all other parties asserting interests in, or liens, claims, or encumbrances against, the Property are hereby granted relief from the automatic stay, and the automatic stay is

*Property Address: 16782 Breaburn, Romulus, MI 48174*
*Movant: Mortgage Electronic Registration Systems, Inc., solely as nominee for lender Countrywide Financial Corporation*

terminated and annulled, to seek a determination of, and enforce as applicable, their non-bankruptcy rights and remedies against the Property, the proceeds of the Property, and any liens on the same, including but not limited to (i) prosecuting the State Court Complaint (as defined in the Motion), (ii) implementing whatever judgment may be rendered by the State Court, and (iii) foreclosing upon any interest in the Property.

3. Nothing in this order (i) shall constitute a determination that the Debtors hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property.

4. This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____
    Wilmington, Delaware

HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE