# THE UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: American Home Mortgage Holdings, Inc., Debtor(s).<br>538 Broadhollow Rd.<br>Melville, NY  11747<br>13-4066303 | Case No. 07-11047 CSS<br><br>Chapter 11 |

## Notice of Appearance and Request for Notice

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the Tennessee Department of Revenue

Notices should be addressed to:
Tennessee Department of Revenue
c/oTN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

The Tennessee Department of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

Respectfully submitted,
Robert E. Cooper, Jr.
Attorney General and Reporter

/s/ Laura L. McCloud
Laura L. McCloud
Assistant Attorney General
BPR No. 016206
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY DIVISION
P O BOX 20207
Nashville,  TN  37202-0207
Phone: 615-532-2504     Fax: 615-741-3334
Email: ICDELAWARE@STATE.TN.US

## CERTIFICATE OF SERVICE

I certify that on _____February 8, 2008_____ a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/ Laura L. McCloud
Laura L. McCloud
Assistant Attorney General

| | |
|---|---|
| Office of the U.S. Trustee<br>844 King St., Room 2207<br>Lock Box 35<br>Wilmington, Delaware  19899-0035 | Joel A. Waite<br>Attorney for the Debtor(s)<br>P. O. BOX 391<br>Wilmington, DE 19899-0391 |