## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Related to Docket No. 2812** |
| ----------------------------------------X | | |
| WALDNER'S BUSINESS ENVIRONMENTS | ) | |
| INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 07-51697 (CSS) |
| | ) | |
| AMERICAN HOME MORTGAGE CORP., | ) | |
| | ) | **Related to Docket No. 10** |
| Defendant. | ) | |
| ----------------------------------------X | | |

### NOTICE OF WITHDRAWAL OF EMERGENCY MOTION OF WALDNER'S BUSINESS ENVIRONMENTS, INC. FOR ENTRY OF AN ORDER COMPELLING DEBTOR TO COMPLY WITH ORDER APPROVING STIPULATION OF SETTLEMENT AND RETURN RECLAIMED GOODS

Waldner's Business Environments, Inc., by and through its undersigned counsel, hereby withdraws its Motion for the Entry of an Order Compelling Debtor to Comply with Order Approving Stipulation of Settlement and Return of Reclaimed Goods [Docket No. 2812; Adv. Docket No. 10] filed on January 30, 2008 without prejudice.

/s/ Patrick J. Reilley
Mark Minuti (No. 2659)
Patrick J. Reilley (No. 4451)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Ph: (302) 421-6800
Fax: (302) 421-8573

-and-

Harold S. Berzow (HB-8261)
Matthew V. Spero (MS-3991)
**RUSKIN MOSCOU FALTISCHEK, P.C.**
East Tower, 15th Floor
1425 RexCorp Plaza
Uniondale, NY 11556-1425
Ph: (516) 663-6604
Fax: (516) 663-6804

Co-Attorneys for Waldner's Business
Environments, Inc.

Dated: February 8, 2008