IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | Chapter 11 |
| : | |
| AMERICAN HOME MORTGAGE : | Case No. 07-11047 (CSS) |
| INVESTMENT CORP., *et al.*[1] : | (Jointly Administered) |
| : | |
| Debtors. : | |

### NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for National City Commercial Capital Company, LLC ("National City"), an interested party in the above-captioned case and hereby requests, pursuant to U.S. Bankruptcy Court Rules 2002 and 9007, and 11 U.S.C. §§ 342 and 1109(b) of the U.S. Bankruptcy Code, that all copies and pleadings given or filed in this case be given and served upon counsel at the following address and telephone number:

Sherry D. Lowe, Esquire
Lamm Rubenstone LLC
3600 Horizon Blvd., Suite 200
Trevose, PA 19053
Telephone No.: (215) 638-9330
Facsimile No.: (215) 638-2867
Email: sdlowe@lammrubenstone.com

PLEASE TAKE FURTHER NOTICE that under 11 U.S.C. § 1109(b) of the U.S. Bankruptcy Code, this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, e-mail, hand delivery, telephone, telegraph, facsimile, telex, or otherwise: (1) that affects or seeks to affect in

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures, LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).

377801_1.DOC

any way any rights or interest of any creditor or any party-in-interest in this case, including National City with respect to (a) the debtor; (b) property of the estate or proceeds thereof, in which the debtor may claim in interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or conduct by the delivery of any property, payment, or other conduct by National City.

    PLEASE TAKE FURTHER NOTICE that National City intends that neither this Entry of Appearance nor any later appearance, claim, or other pleadings shall waive (1) National City's right to have final Orders in non-core matters entered only after *de novo* review by the United States District Court; (2) National City's right to trial by jury in any proceeding related to this case; (3) National City's right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any rights, claims, actions, defensives, set-offs or recruitments to which National City is or may be entitled to under agreement, in law or at equity, all of which rights, claims, actions, defenses, set-off or recruitments National City hereby expressly reserves.

                                              **LAMM RUBENSTONE LLC**

By:    /s/Sherry D. Lowe
         Sherry D. Lowe, Esquire
         3600 Horizon Boulevard, Suite 200
         Trevose, PA 19053
         (215) 638-9330/(215) 638-2867 – *Facsimile*

         Attorneys for
         National City Commercial Capital Company, LLC

377801-1