UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re                                                        :
                                                             :   Chapter 11
American Home Mortgage Holdings, Inc.,                       :   Case No. 07-11047 (CSS)
et al.                                                       :
                                                             :   (Jointly Administered)
Debtors.                                                     :
                                                             :   Relates to Docket No. 2395
                                                             :   Objection Deadline: February 11, 2008 at 4 p.m.
                                                             :   Hearing Date: February 14, 2008 at 11 a.m.
                                                             :
------------------------------------------------------------ x

**SUPPLEMENTAL RESERVATION OF RIGHTS OF BEAR STEARNS MORTGAGE
CAPITAL CORPORATION AND EMC MORTGAGE CORPORATION WITH
RESPECT TO THE LIMITED REPLY AND SUPPLEMENT TO MOTION OF THE
DEBTORS FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 554
AUTHORIZING THE (I) ABANDONMENT AND DESTRUCTION OF CERTAIN
DUPLICATE MORTGAGE LOAN FILES OR (II) RETURN OF MORTGAGE LOAN
FILES TO THE OWNER OF SUCH LOANS UPON PAYMENT OF REASONABLE
COSTS AND EXPENSES**

Bear Stearns Mortgage Capital Corporation ("BSMCC") and EMC Mortgage

Corporation ("EMC"), hereby file this supplemental reservation of rights (the "Supplement")

with respect to the Limited Reply and Supplement to the Motion of the Debtors For An Order

Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of

Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of

Such Loans Upon Payment of Reasonable Costs and Expenses, dated February 5, 2008 (the

"Motion"). BSMCC and EMC file this Supplement because the Motion does not specifically

carve out from the relief requested (i.e., the proposed return and cost allocation process) those

mortgage loan files which are to be delivered to BSMCC and EMC pursuant to the terms of

certain purchase agreements, including the Servicing Rights Purchase and Sale Agreement

between certain of the Debtors and EMC dated October 19, 2007 and the Settlement Agreement

between certain of the Debtors, on the one hand, and BSMCC and EMC, on the other, dated

DM3\670560.1

October 22, 2007 (together, the "Agreements"). Pursuant to the terms of the Agreements, the Debtors are required, among other things, to deliver certain mortgage loan files including trailing collateral documents to EMC. Many of these documents have not been delivered.

On December 21, 2007, in response to the Debtors' initial motion for authority to abandon and destroy certain duplicate mortgage loan files, BSMCC and EMC provided the Debtors with a schedule listing the mortgage loan files which had not been transferred to EMC. On December 27, 2007, unable to receive adequate confirmation from the Debtors that BSMCC's and EMC's mortgage loan files were not subject to the Debtors' initial motion for authority to abandon and destroy certain duplicate mortgage loan files, BSMCC and EMC filed a reservation of rights (Docket No. 2513) to ensure against the destruction of their mortgage loan files. Since that time, the Debtors have failed to provide any information regarding the status of the transfer of the mortgage loan files to BSMCC and EMC. Although BSMCC and EMC have been in discussions with the Debtors, the Debtors have not specifically confirmed that the mortgage loan files covered by the Agreements will be excluded from the relief requested in the Motion, and that BSMCC and EMC will not be subject to the proposed requirement to pay all reasonable costs and expenses for retrieval, review and return of such loan files, including the labor and third party costs and expenses. Accordingly, in an abundance of caution, BSMCC and EMC hereby further reserves all of its rights to ensure that the mortgage loan files covered by the Agreements are not subject to the Motion and that the Motion will not alter any of EMC's rights to receive such files pursuant to the terms of the Agreements, including, more specifically, that BSMCC and EMC will not be subject to the proposed requirement to pay all reasonable costs and expenses for retrieval, review and return of such loan files.

Dated: February 11, 2008
      Wilmington, Delaware

                              DUANE MORRIS LLP

                              */s/ Frederick B. Rosner*
                              Frederick B. Rosner (DE 3995)
                              1100 North Market Street, Suite 1200
                              Wilmington, DE 19801-1246
                              Telephone: (302) 657-4943

                                     -and-

SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Geoffrey T. Raicht
Alex R. Rovira

Counsel for Bear Stearns Mortgage Capital Corporation and EMC Mortgage Corporation