IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
)
AMERICAN HOME MORTGAGE )
HOLDINGS, INC., a Delaware corporation, ) Case No. 07-11047 (CSS)
et al., )
        Debtors. ) Jointly Administered
)

## AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE :
: SS:
NEW CASTLE COUNTY :

    I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on February 11, 2008, I caused to be served:

**CITIMORTGAGE, INC'S SUPPLEMENTAL OBJECTION AND RESPONSE TO DEBTORS' LIMITED REPLY AND SUPPLEMENT TO MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 544 AUTHORIZING THE (I) ABANDONMENT AND DESTRUCTION OF CERTAIN DUPLICATE MORTGAGE LOAN FILES OR (II) RETURN OF MORTGAGE LOAN FILES TO THE OWNER OF SUCH LOANS UPON PAYMENT OF REASONABLE COSTS AND EXPENSES**

    Service was completed upon parties on the attached list in the manner indicated thereon.

Date: February 11, 2008

                                      /s/ William Weller
                                      William Weller

SWORN AND SUBSCRIBED before me this 11th day of February, 2008

                                      Cassandra D. Lewicki
                                      NOTARY
                                      My commission expires: 12/1/08

                                      CASSANDRA D. LEWICKI
                                      Notary Public - State of Delaware
                                      My Comm. Expires Dec. 1, 2008

**VIA HAND DELIVERY & FACSIMILE**
James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
M. Blake Cleary, Esq.
Sean M. Beach, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Facsimile: (302) 571-1253
[Counsel to the Debtors]

**VIA HAND DELIVERY**
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Facsimile: (302) 428-5110
[Counsel for the Official Committee of Unsecured Creditors]

Joseph McMahon, Jr., Esq.
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
[United States Trustee]

**VIA FACSIMILE**
Mark S. Indelicato, Esq.
Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
Facsimile: (212) 478-7400
[Counsel for the Official Committee of Unsecured Creditors]