**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, he caused true and correct copies of the foregoing Supplemental Objection of Wells Fargo Bank, N.A. to the Motion for an Order Authorizing the (I) Abandonment of Certain Duplicate Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such loans upon payment of reasonable costs and expenses to be served on the following counsel of record in the manner indicated:

*VIA E-FILE*

| | |
|---|---|
| Pauline K. Morgan, Esquire<br>Matthew B. Lunn, Esquire<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19899-0391<br>(Counsel to Debtors) | Bonnie Glantz Fatell, Esquire<br>David W. Carickhoff, Jr., Esquire<br>Blank Rome LLP<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801 |
| Joseph McMahon, *U. S. Trustee*<br>Office of the United States Trustee<br>844 King Street<br>Suite 2207<br>Lock Box 35<br>Wilmington, DE 19801 | Alan Horn, General Counsel<br>American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, New York 11747 |
| Jeffrey M. Levine<br>Milestone Advisors, LLC<br>1775 Eye Street, N.W.<br>Suite 800<br>Washington, DC 20006 | Official Committee of Unsecured Creditors<br>c/o Mark S. Indelicato, Esquire<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY 10022 |
| Margo B. Schonholtz, Esquire<br>Scott Talmadge, Esquire<br>Kay Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 | Bank of America, N.A.<br>c/o Laurie Selber Silverstein, Esquire<br>Potter Anderson & Corroon LLP<br>1313 North Market Street, 6th Floor<br>Wilmington, DE 19801 |
| Erica M. Ryland, Esquire<br>Scott J. Friedman, Esquire<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | Victoria Counihan, Esquire<br>Greenberg Traurig LLP<br>1007 North Orange Street<br>Suite 1200<br>Wilmington, DE 19801 |

Date:   February 11, 2008

/s/ Todd C. Schiltz
Todd C. Schiltz (#3253)

WIL:70025.3/WEL079-247173