## CERTIFICATE OF SERVICE

I, Michael G. Busenkell, Esquire, hereby certify that on February 11, 2008, a true and correct copy of the attached Supplemental Objection Of CALYON New York Branch To Limited Reply And Supplement Of The Debtors To Motion For An Order Pursuant To 11 U.S.C. §§ 105, 363 And 554 Authorizing The (I) Abandonment And Destruction Of Certain Duplicate Mortgage Loan Files Or (II) Return Of Mortgage Loan Files To The Owner Of Such Loans Upon Payment Of Reasonable Costs And Expenses was served in the manner indicated:

**Via Hand Delivery**

Robert S. Brady, Esq.
John Dorsey, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

**Via Email and Federal Express**

Susheel Kirpalani, Esq.
James C. Tecce, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, New York 10010

_____
Michael G. Busenkell, Esquire (No. 3933)

U0011765