<u>**CERTIFICATE OF SERVICE**</u>

I, Marc J. Phillips, hereby certify that on the 11th day of February, 2008, I caused a copy of the foregoing **Objection of Wells Fargo Funding, Inc. to Debtors' Limited Reply and Supplement to Motion for an Order Pursuant to 11 U.S.C §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses** to be served in the manner indicated upon below listed parties-in-interest.

*/s/ Marc J. Phillips*
Marc J. Phillips (No. 4445)

**VIA HAND DELIVERY**
James L. Patton, Jr., Esquire
Joel A. Waite, Esquire
Pauline K. Morgan, Esquire
Matthew B. Lunn, Esquire
Patrick A. Jackson, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

Joseph McMahon, Esquire
United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Alan Horn, Esquire
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

**VIA FACSIMILE & FIRST CLASS MAIL**
Mark S. Indelicato, Esquire
Hahn & Hessen
488 Madison Avenue
New York, NY 10022

#567922