IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------- x
In re                                             :
                                                  :   Chapter 11
American Home Mortgage Holdings, Inc.,            :
et al.                                            :   Case No. 07-11047 (CSS)
                                                  :   (Jointly Administered)
Debtors.                                          :
                                                  :
                                                  :
------------------------------------------------- x
```

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on the 11th day of February, 2008, I serve one copy of the *Supplemental Reservation of Rights of Bear Stearns Mortgage Capital Corporation and EMC Mortgage Corporation with Respect to the Limited Reply and Supplement to Motion of the Debtors for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses* upon the parties listed below in the manner indicated:

*Hand Delivery*
Pauline Morgan, Esquire
Matthew B. Lunn, Esquire
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801
*(Counsel to Debtors)*

*US Postal Service*
American Home Mortgage Holdings, Inc.
Attn: Alan Horn, General Counsel
538 Broadhollow Road
Melville, NY 11747
*(Debtor)*

*Hand Delivery*
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*(Counsel to the Official Committee of Unsecured Creditors)*

*US Postal Service*
Mark Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
*(Counsel to the Official Committee of Unsecured Creditors)*

*Hand Delivery*

Joseph McMahon, Esquire
Office of the United States Trustee
844 King Street
Wilmington, DE 19801
*(US Trustee)*

*Hand Delivery*
Victoria Counihan, Esquire
Greenberg Traurig LLP
1007 Orange Street, Suite 1200
Wilmington, DE 19801
*(Counsel to the Purchaser*

*US Postal Service*
Margot Schonholtz, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
*(Counsel to Bank of America, N.A.)*

*US Postal Service*
Milestone Advisors, LLC
Attn: Jeffrey Levine
1775 Eye Street, NW, Suite 800
Washington, DC 20006

*US Postal Service*
Erica M. Ryland, Esquire
Scott Friedman, Esquire
Jones Day
222 East 41st Street
New York, NY 10017
*(Counsel to the Purchaser)*

*Hand Delivery*
Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLC
1313 North Market Street, 6th Floor
Wilmington, DE 19801
*(Counsel to Bank of America, N.A.)*

**DUANE MORRIS LLP**

/s/ Frederick B. Rosner
Frederick B. Rosner (DE 3995)
1100 North Market Street, Suite 1200
Wilmington, DE 19801