## **CERTIFICATE OF SERVICE**

       I, Gabriel R. MacConaill, hereby certify that I am not less than 18 years of age and that on this 11th day of February, 2008, I caused a true and correct copy of the within **Objection Of Bank Of America, N.A. To Debtors' Limited Reply And Supplement To Motion For An Order Pursuant To 11 U.S.C. §§ 105, 363 And 554 Authorizing The (I) Abandonment And Destruction Of Certain Duplicate Mortgage Loan Files Or (II) Return Of Mortgage Loan Files To The Owner Of Such Loans Upon Payment Of Reasonable Costs And Expenses** to be served on the following party by manner indicated:

**Via Hand Delivery**
James L. Patton, Jr.
Joel A. Waite, Esq.
Pauline K. Morgan, Esq.
Sean Beach, Esq.
Matthew B. Lunn, Esq.
Patrick A. Jackson, Esq.
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

       Under penalty of perjury, I declare that the forgoing is true and correct.

_____
Gabriel R. MacConaill

Pac#847805