IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------  x
                                                          :
In re:                                                    :
                                                          :
AMERICAN HOME MORTGAGE                                     :
HOLDINGS, INC., a Delaware corporation, et al.,[1]        :
                                                          :
              Debtors.                                    :
                                                          :
                                                          :
------------------------------------------------------------  x
```

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

**Doc. Ref. Nos: 192 & 643**

Objection Deadline: March 3, 2008 at 4:00 p.m.

## NOTICE OF FILING OF THE SUPPLEMENTAL AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL T.D. SERVICE COMPANY

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 643] (the "OCP Order"), the Debtors hereby file the attached ordinary course professional supplemental retention affidavit (the "Supplemental Retention Affidavit") of Patrick J. Dodiesz of T.D. Service Company (the "Ordinary Course Professional").

PLEASE TAKE FURTHER NOTICE that, objections to the Supplemental Retention Affidavit, if any, must be filed in accordance with the OCP Order on or before March 3, 2008 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Third Floor, Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, objections, if any, to the Supplemental Retention Affidavit must also be served upon the following entities on or before the Objection Deadline:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

(i) the Office of the United States Trustee, (ii) Hahn & Hessen LLP, 488 Madison Avenue, New York,

NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel for the

Committee; (iii) counsel to Bank of America N.A., as Administrative Agents under that certain and

Second Amended and Restated Credit Agreement dated August 10, 2006; (iv) counsel to the Debtors'

pospetition lender, (v) the Securities and Exchange Commission; (vi) all other parties entitled to notice

under Del. Bankr. LR 2002-1(b; (vii) counsel for the Debtors; and (viii) and the Ordinary Course

Professional.

PLEASE TAKE FURTHER NOTICE that if the objection cannot be consensually

resolved, then the objection shall be scheduled for hearing before the Court at the next regularly

scheduled omnibus hearing or such other date otherwise agreeable to the parties thereto.

PLEASE TAKE FURTHER NOTICE that if no objections are filed on or before the

Objection Deadline, then **the Debtors shall be authorized to compensate professionals associated with**

**the firm that submitted the Supplemental Retention Affidavit after complying with the other**

**procedures contained in the OCP Order.**

Dated: February 11, 2008
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

EXHIBIT A

RETENTION AFFIDAVIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x
In re:                                                            :    Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE                                             :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]                 :
                                                                  :    Jointly Administered
                              Debtors.                            :
------------------------------------------------------------------- x

SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF EMPLOYMENT OF TD SERVICE CO. AS
A PROFESSIONAL UTILIZED IN THE ORDINARY COURSE OF BUSINESS

STATE OF CALIFORNIA_____  )
                             ) ss:
COUNTY OF ORANGE_____    )

Patrick J. Dodiesz, being duly sworn, deposes and says:

    1.    I am the President of the company, T.D. Service Company ("TD

Service"), which has been employed by the debtors and debtors in possession in the above-

captioned cases (collectively the "Debtors") in the ordinary course of their business.

    2.    On October 5, 2007, I filed TD Service's retention affidavit [D.I. 1326]

(the "Initial Affidavit") pursuant to the terms of the Order Approving the Motion Pursuant to

Sections 105(a), 327 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing

the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business (the

"OCP Order").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

3.      Pursuant to the terms of the OCP Order, the Debtors were authorized to retain the firm Steven J. Melmet, Inc. ("Melmet"). This affidavit is being filed to clarify the relationship between TD Service and Melmet.

4.      On or about May 14, 2004 (the "Acquisition Date"), TD Service acquired the business operation of Melmet through purchase of certain specified assets in connection with its foreclosure processing business (the "Acquisition").

5.      Accordingly, work done by Melmet for parties, including the Debtors, prior to the Acquisition Date (collectively, the "Acquired Portfolio") is now done by TD Service Co. From time to time, TD Service continues to do business as Melmet with those parties that were part of the Acquired Portfolio. Upon information and believe, the Debtors from time to time continued to refer to TD Service as Melmet following the Acquisition Date.

6.      Accordingly, TD Service wishes to amend the Initial Affidavit to disclose that it is the same entity, by virtue of the Acquisition, as Melmet.

2

WHEREFORE, affiant respectfully submits this Supplemental Affidavit in

Support of Employment of TD Service. Co. as a Professional Utilized in the Ordinary Course of

Business.

Patrick J. Dodiesz
President: T.D. Service Company
1820 E. First Street, Suite 210
Santa Ana, CA 92705

SUBSCRIBED AND SWORN TO
before me this 31st day of January, 2008.

Notary Public

M. TULIO
COMM. # 1761648
NOTARY PUBLIC CALIFORNIA
ORANGE COUNTY
My comm. expires Aug. 16, 2011