IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11
In re:                                                           :
                                                                 :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :
a Delaware corporation, et al.,[1]                               :  Jointly Administered
                                                                 :
     Debtors.                                                    :  Objection Deadline: March 3, 2008 at 4:00
                                                                 :  p.m.
---------------------------------------------------------------- x  Hearing Date: N/A

## NOTICE OF APPLICATION

TO:   The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the Official Committee of Unsecured Creditors

The **Third Monthly Application of Samuel I. White, P.C. as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period October 1, 2007 through October 31, 2007** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $2,350.00 and interim expenses in the amount of $2,225.84.

Objections to the Application, if any, are required to be filed on or before **March 3, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

   PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

   PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
   February 11, 2008

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Margaret B. Whiteman
        James L. Patton, Jr. (No. 2202)
        Pauline K. Morgan (No. 3650)
        Sean M. Beach (No. 4070)
        Matthew B. Lunn (No. 4119)
        Margaret B. Whiteman (No. 4652)
        Ryan M. Bartley (No. 4985)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and
        Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11
In re:                                                           :
                                                                 :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :
a Delaware corporation, et al.,                                  :  Jointly Administered
                                                                 :
     Debtors.                                                    :  Objection Deadline:
                                                                 :  Hearing Date: N/A
---------------------------------------------------------------- x

**THIRD MONTHLY APPLICATION OF SAMUEL I. WHITE, P.C. AS FORECLOSURE SERVICE PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD OCTOBER 1, 2007 THROUGH OCTOBER 31, 2007**

| | |
|---|---|
| Name of Applicant: | **Samuel I. White, P.C.** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **Effective as of August 6, 2007** |
| Period for which compensation and reimbursement is sought: | **October 1, 2007 through October 31, 2007** |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | **$2,350.00** |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | **$2,225.84** |

This is an: __X__ interim ____ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors. This application includes no fee component in connection with the preparation of Fee Applications.

**PRIOR APPLICATIONS:**

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fee | Expenses | Fees | Expenses |
| | 8/6/07-8/31/07 | $27,290.00 | $21,596.79 | | |
| | 9/1/07-9/30/07 | $3,385.00 | $6,742.72 | | |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $2,350.00 |
| TOTALS | N/A | $2,350.00 |

## INTERIM EXPENSES

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Foreclosure Related Expenses | | $2,225.84 |

# FEE BILLING CHART FOR FILES ON POSTPONED, HOLD, CLOSE AND CANCELED DUE TO BANKRUPTCY FILING

## D.C. FILES ONLY

| Loan Type | Sale Scheduled | Ads Ran | Fee |
|---|---|---|---|
| Conv. | Yes | Yes | $500.00 |
| Conv. | Yes | No | $450.00 |
| Conv. | No | N/A | $400.00 |
| FHA | Yes | Yes | $550.00 |
| FHA | Yes | No | $500.00 |
| FHA | No | N/A | $450.00 |
| VA-RO | Yes | Yes | $500.00 |
| VA-RO | Yes | No | $450.00 |
| VA-RO | No | N/A | $400.00 |

## MARYLAND FILES ONLY

| Loan Type | Sale Scheduled | Ads Ran | Fee |
|---|---|---|---|
| Conv. | Yes | Yes | $700.00 |
| Conv. | Yes | No | $650.00 |
| Conv. | No | N/A | $600.00 |
| FHA | Yes | Yes | $750.00 |
| FHA | Yes | No | $700.00 |
| FHA | No | N/A | $650.00 |
| VA-RO | Yes | Yes | $700.00 |
| VA-RO | Yes | No | $650.00 |
| VA-RO | No | N/A | $600.00 |

## VIRGINIA FILES ONLY

| Loan Type | Sale Scheduled | Ads Ran | Fee |
|---|---|---|---|
| Conv. | Yes | Yes | $500.00 |
| Conv. | Yes | No | $450.00 |
| Conv. | No | N/A | $400.00 |
| FHA | Yes | Yes | $500.00 |
| FHA | Yes | No | $450.00 |
| FHA | No | N/A | $450.00 |
| VA-RO/DC | Yes | Yes | $500.00 |
| VA-RO/DC | Yes | No | $450.00 |
| VA-RO/DC | No | N/A | $400.00 |

## W.V. FILES ONLY

| Loan Type | Sale Scheduled | Ads Ran | Fee |
|---|---|---|---|
| Conv. | Yes | Yes | $450.00 |
| Conv. | Yes | No | $400.00 |
| Conv. | No | N/A | $350.00 |
| FHA | Yes | Yes | $500.00 |
| FHA | Yes | No | $450.00 |
| FHA | No | N/A | $400.00 |
| VA-RO | Yes | Yes | $450.00 |
| VA-RO | Yes | No | $400.00 |
| VA-RO | No | N/A | $350.00 |

## SAMUEL I. WHITE, P.C.

ATTORNEYS AND COUNSELORS AT LAW
209 BUSINESS PARK DRIVE
VIRGINIA BEACH, VIRGINIA 23462
TELEPHONE (757) 490-9284
FACSIMILE (757) 497-2802

SAMUEL I. WHITE
WM. ADAM WHITE
ERIC D WHITE†
D. CAROL SASSER (VA & GA)
EMMANUEL D. VOCES (VA & WV)
JODY M. LA (VA & GA)
ROBERT E FRAZIER(VA,MD, DC & WV)
LAURA D. POLLARD (VA, MD, DC & CA)
DANIEL J. PESACHOWITZ (VA,MD & DC)††
RANDA S. AZZAM (VA & MD)††
MICHAEL T. FREEMAN†
JASON L. HAMLIN
CHRISTOPHER L.WALKER
SARAH A.CRICHIGNO (WV & VA)†††
FABIO CRICHIGNO (WV & VA)†††
CHRISTOPHER R. ARTHUR (WV) ††††
CRYSTAL S. FLANIGAN (WV) ††††
JOHN E. DRISCOLL, III (MD)††
ROSALIE K. DOGGETT
NINA AQUILINA†
JOSHUA A. MOGER†
SARA K. TURNER

††1804 Staples Mill Road – Suite 200
RICHMOND, VIRGINIA 23230
TELEPHONE (804) 290-4290
FAX (804) 290-4298

††913King Street
ALEXANDRIA, VIRGINIA 22314
TELEPHONE (703) 739-1070
FAX (703) 739-2619

†††235 High Street Suite 311
MORGANTOWN,WV 26505
TELEPHONE (304)413-0010
TOLL FREE (866) 839-8856
FAX(304) 413-0014

††††300 Capitol Street, Suite 1600
CHARLESTON, WV 25301
TELEPHONE (304) 414-0200
FAX (304) 414-0202

## Bankruptcy Fees and Costs

*All fees and costs are billed at the end of each service provided.*

**Motion For Relief**
Fee             $600.00
Filing Fee      $150.00

**Proof of Claim**
Fee             $100.00

**Notice of Appearance**
Fee             $100.00

**Notice of Default**
Fee             $50.00

**Objection to Confirmation**
Fee             $150.00

## Eviction Fees and Costs:

*All fees and costs are billed at the end of each service provided.*

**Virginia and West Virginia**
Attorney Fee    $350.00 contested
Attorney Fee    $300.00 uncontested

Detainer        contingent upon county

Writ            contingent upon county

Service         $50.00 (West Virginia)
Service         $12.00 (Virginia)
Private Process Server  $25.00

**Maryland and District of Columbia**
Attorney Fee    $350.00 uncontested plus costs
Attorney Fee    varies if contested plus costs

## SAMUEL I. WHITE, P.C.
ATTORNEYS AND COUNSELORS AT LAW
209 BUSINESS PARK DRIVE
VIRGINIA BEACH, VIRGINIA 23462
TELEPHONE (757) 490-9284
FACSIMILE (757) 497-2802

SAMUEL I. WHITE
WM. ADAM WHITE
ERIC D WHITE†
D. CAROL SASSER (VA & GA)
EMMANUEL D. VOCES (VA & WV)
JODY M. LA (VA & GA)
ROBERT E FRAZIER(VA, MD, DC & WV)
LAURA D. POLLARD (VA, MD, DC & CA)
DANIEL J. PESACHOWITZ (VA, MD & DC)††
RANDA S. AZZAM (VA & MD)††
MICHAEL T. FREEMAN†
JASON L. HAMLIN
CHRISTOPHER L. WALKER
SARAH A. CRICHIGNO (WV & VA)†††
FABIO CRICHIGNO (WV & VA)†††
CHRISTOPHER R. ARTHUR (WV) ††††
CRYSTAL S. FLANIGAN (WV) ††††
JOHN E. DRISCOLL, III (MD)††
ROSALIE K. DOGGETT
NINA AQUILINA†
JOSHUA A. MOGER†
SARA K. TURNER

†1804 Staples Mill Road - Suite 200
RICHMOND, VIRGINIA 23230
TELEPHONE (804) 290-4290
FAX (804) 290-4298

††913 King Street
ALEXANDRIA, VIRGINIA 22314
TELEPHONE (703) 739-1070
FAX (703) 739-2619

†††235 High Street Suite 311
MORGANTOWN, WV 26505
TELEPHONE (304) 413-0010
TOLL FREE (866) 839-8856
FAX (304) 413-0014

††††300 Capitol Street, Suite 1600
CHARLESTON, WV 25301
TELEPHONE (304) 414-0200
FAX (304) 414-0202

# Foreclosure Fees for Sale Held

*All fees and costs are billed at the end of each service provided.*

| State | Loan Type | Amount |
|---|---|---|
| VA | Conventional | $600.00 |
| VA | FHA | $650.00 |
| VA | VA | $600.00 |
| MD | Conventional | $800.00 |
| MD | FHA | $850.00 |
| MD | VA | $800.00 |
| DC | Conventional | $600.00 |
| DC | FHA | $650.00 |
| DC | VA | $600.00 |
| WV | Conventional | $550.00 |
| WV | FHA | $600.00 |
| WV | VA | $550.00 |

## FORECLOSURE COSTS

| | |
|---|---|
| Advertisement | varies upon verbiage and publication used |
| Substitute of Trustee | $21.00 - $22.00 (Virginia) |
| | $ 6.00 - $11.00 (West Virginia) |
| | $53.00 – (District of Columbia) |
| | $40.00 – (Maryland) |
| Order to Docket | $115.00 - $165.00 (Maryland Only) |
| Title Search | varies upon abstractor |
| Postage | varies upon current postage rates |
| Assignments | $6.00 - $11.00 (West Virginia) |
| | $21.00 - $22.00 (Virginia) |
| | N/a    (District of Columbia) |
| | $40.00  (Maryland) |
| Power of Attorney | $6.00 (West Virginia) |
| | $21.00 (Virginia) |
| | $40.00  (Maryland) |
| Liens | varies upon city mandate |
| Lien Release | $6.00 - $35.00 |
| Commissioner of Accounts | varies upon county and property value |
| Deed | varies upon value of property |
| Lost Note Affidavit | $150.00 |
| Taxes | varies based on property value and location |
| Recordation Tax | varies based on amount in which property sold |

| | |
|---|---|
| Auctioneer Fee | varies per auctioneer |
| Bond | $100.00 - $140.00 (Maryland Only) |
| Post Advertising | varies upon verbiage and publication used |
| Breach Letter | $35.00 - $50.00 |
| Title Claim | $350.00 |

**October 2007 Fees**

| Invoice Number | Loan Number | Description of Services | Date | Amount |
|---|---|---|---|---|
| 042078 | 10011109675 | FEE-BK -NOD | 10/05/07 | $ 50.00 |
| 042444 | 10009955882 | FEE-BK - MFR | 10/03/07 | $ 200.00 |
| 042443 | 10008855767 | FEE-BK - MFR | 10/03/07 | $ 500.00 |
| 042511 | 10010032961 | FEE - FC - NO SALE | 10/03/07 | $ 200.00 |
| 042562 | 10009960381 | FEE - FC - NO SALE | 10/02/07 | $ 200.00 |
| 042985 | 10010028969 | FEE - FC - NO SALE | 10/12/07 | $ 400.00 |
| 043442 | 10013157772 | FEE - FC - NO SALE | 10/12/07 | $ 400.00 |
| 044133 | 10009988104 | FEE - FC - NO SALE | 10/24/07 | $ 200.00 |
| 044606 | 10011443527 | FEE-BK - MFR | 10/17/07 | $ 200.00 |
|  |  |  |  | $2,350.00 |

**October 2007 Expenses**

| Invoice Number | Loan Number | Description of Services | Date | Amount |
|---|---|---|---|---|
| 038120 | 10014461553 | COA - COMMISIONER OF ACCTS | 10/23/07 | $ 469.00 |
| 038120 | 10014461553 | LNA - LOST NOTE AFFIDAVIT | 10/23/07 | $ 150.00 |
| 037825 | 10010066703 | COA - COMMISIONER OF ACCTS | 10/23/07 | $ 369.00 |
| 037825 | 10010066703 | LNA - LOST NOTE AFFIDAVIT | 10/23/07 | $ 150.00 |
| 043442 | 10013315772 | POSTAGE | 10/12/07 | $ 5.21 |
| 045984 | 10011158065 | POSTAGE | 10/13/07 | $ 5.21 |
| 045984 | 10011158065 | TITLE | 10/30/07 | $ 244.00 |
| 046468 | 10014418326 | FILING FEE | 10/19/07 | $ 150.00 |
| 045988 | 10014408879 | POSTAGE | 10/15/07 | $ 5.21 |
| 045988 | 10014408879 | TITLE | 10/30/07 | $ 240.00 |
| 045987 | 10013334317 | TITLE | 10/30/07 | $ 226.00 |
| 045986 | 1002286281 | POSTAGE | 10/31/07 | $ 5.21 |
| 045986 | 1002286281 | TITLE | 10/30/07 | $ 207.00 |
|  |  |  |  | $2,225.84 |

## VERIFICATION OF FEE APPLICATION

STATE OF **Virginia**  )
                       )    Tax ID # 54-1096577
City OF **Virginia Beach**)

     **William Adam White, Esquire**, after being duly sworn according to law, deposes and says:

1. I am the President of Samuel I. White, P.C., the applicant firm (the "Firm") and have been admitted to the bar of the state of **Virginia** since **1988**.

2. I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

3. The services and expenses were performed and incurred within the month subject to the foregoing Application.

4. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_/s/ William Adam White_
[Name]

SWORN TO AND SUBSCRIBED
before me this 8th day of February, 2008.

_/s/ Sylvia C. Miller_
Notary Public

```
SYLVIA C. MILLER
NOTARY ID # 180820
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES DECEMBER 31, 2008
```