IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| INVESTMENT CORP., *et al.*1 | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

     I, Jeffrey S. Cianciulli, Esquire, hereby certify that on the 8th day of January 2008, I did cause a true and correct copy of the foregoing **NOTICE OF MOTION OF NATIONAL CITY CAPITAL COMMERCIAL CORPORATION FOR ENTRY OF ORDER GRANTING ALLOWANCE AND PAYMENT OF POST-PETITION RENT AS AN ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. SECTION 503(B)(1)(A)** to be served *via* First Class mail, postage prepaid, upon each of the parties on the 2002 service list.

                                                             /s/ Jeffrey S. Cianciulli, Esquire
                                                             Jeffrey S. Cianciulli, Esquire

Dated: February 11, 2008

---

1 The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures, LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).

303575-1