**IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| American Home Mortgage Holdings, et al., | ) Case No. 07-11047 BLS<br>) Chapter 11<br>) Jointly Administered<br>) Ref. Nos. 2711, 2713 |
| Debtors, | ) |

**CERTIFICATION OF COUNSEL**

I, Kristi J. Doughty, hereby certifies to the Court as follows:

1. On or about January 12, 2008 Whittington & Aulgur, counsel for Citimortgage, Inc. filed two Motions for Relief from the Automatic Stay ("Motions") due to defaults in the mortgage payments by the Borrowers, Hovsep Sogomonian, Ref. No. 2711 and Michael Diener, Ref. No. 2713.

2. On January 22, 2008 American Homes Mortgage Holdings, Inc. and its affiliated Debtors filed a timely protective response to both Motions Ref. No. 2762 (the "Reservation of Rights"), reserving the Debtors' rights but not objecting to the relief requested in the Motions.

3. Except as otherwise provided above, the undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to either of the Motions. The undersigned further certifies that she has reviewed the Court's docket in this case and, except as otherwise provided above, no answer, objection or other responsive pleading to either of the Motions appears thereon. Pursuant to the notice filed in connection with the two motions, objection to the Motions were to be filed and served no later than February 7, 2008.

The undersigned respectfully requests that the orders for both motions attached hereto collectively as Exhibit "A" be entered at the convenience of the Court.

WHITTINGTON & AULGUR

/s/ Kristi J. Doughty
Robert T. Aulgur, Jr. (No. 165)
Kristi J. Doughty (No. 3826)
651 N. Broad Street., Suite 206
P.O. Box 1040
Middletown, DE  19709-1040
(302) 378-1661

Dated:  2/12/08          Attorneys for Citimortgage, Inc.