## IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| American Home Mortgage, et al., | ) ) ) ) | Case No. 07-11047 CSS<br>Chapter 11<br>Jointly Administered |
| Debtors. | ) ) | Ref. No. 2711 |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO
### 5415 West Harmon Avenue, Unit 2159, Las Vegas, NV

AND NOW, TO WIT, this ____ day of _____ A.D., 2008, CitiMortgage, Inc.'s Motion for Relief from Automatic Stay having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause, *__to the extent such stay is applicable,__* so as to permit CitiMortgage, Inc. and/or the holder of the Deed of Trust, as recorded on Document Number 20060228-0000442 in the Office of the Recorder in Frances Deane Clark County, State of Nevada for 5415 West Harmon Avenue, Unit 2159, Las Vegas, NV to enforce its security interest in the aforesaid real property through foreclosure proceedings, Sheriff's Sale or Trustee's sale of the property and all other legal remedies against the property which may be available to CitiMortgage, Inc. under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that CitiMortgage, Inc. may immediately enforce and implement this Order granting relief from the automatic stay.

_____
J.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,[1]

Debtors.

---

x  Chapter 11
:
:  Case No. 07-11047 (CSS)
:
:  Jointly Administered
:
:  Ref. Docket No. 2713
x

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE WITH RESPECT TO REAL PROPERTY LOCATED AT 2344 St. Pauls Way, Modesto, CA 95355

UPON CONSIDERATION of the Motion for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2344 St. Pauls Way, Modesto, CA 95355 (the "Motion") filed by CITIMORTGAGE, INC.., ("Movant"); the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against the real property located at 2344 St. Pauls Way, Modesto, CA 95355 (the "Property") under applicable non-bankruptcy law; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road,

**ORDERED,** that the Motion be, and the same is hereby **GRANTED.** All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion; and it is further

**ORDERED,** that pursuant to 11 U.S.C. § 362(d), to the extent the automatic stay is otherwise applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is modified solely with respect to Movant's interest in the Property. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against the Property, including but not limited to foreclosure of the Mortgage, Sheriff's Sale or Trustee's sale of the property and all other legal remedies against the property which may be available to CitiMortgage, Inc. under State law; and it is further

**ORDERED,** that nothing in this order (i) shall constitute a determination that the Debtors hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property; and it is further

**ORDERED,** that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Date:_____          _____
       Wilmington, Delaware            UNITED STATES BANKRUPTCY JUDGE

---

Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.