IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :   Jointly Administered
         Debtors.                                                      :
---------------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 14, 2008 AT 11:00 A.M. (ET)**

**ADJOURNED/RESOLVED MATTERS**

1.  Motion of Vicom Computer Services for Reclamation of Goods Pursuant to 11 U.S.C. section 546(c) or, in the Alternative, for Allowance and Immediate Payment of Administrative Claim Pursuant to 11 U.S.C. section 503(b) [D.I. 1571, 10/16/07]

    Objection Deadline:   November 6, 2007 at 4:00 p.m., extended for the Debtors to February 21, 2008 at 4:00 p.m.

    Objections Filed:     None at this time.

    Status: This matter will be adjourned by agreement of the parties to February 28, 2008 at 11:00 a.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2.    CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2515, 12/27/07]

     Objection Deadline:   January 7, 2008 at 4:00 p.m., extended to January 9, 2008 at 12:00 p.m.

     Objections Filed:

         a)    Debtors' Objection to CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2635, 1/9/08]

     Status: This matter will be adjourned by agreement of the parties to February 28, 2008 at 11:00 a.m.

3.    Motion of LBA Melville Associates LP for an Order to Allow Certain Administrative Expenses and Compel Payment of Such Administrative Expenses Pursuant to Section 503(a) and (b)(a)(A) and 507(a)(1) of the Bankruptcy Code [D.I. 2627, 1/8/08]

     Objection Deadline:   January 25, 2008 at 4:00 p.m., extended to February 21, 2008 at 4:00 p.m. for the Debtors and the Committee

     Objections Filed:    None

     Status: This matter will be adjourned by agreement of the parties to February 28, 2008 at 11:00 a.m.

4.    Motion of DCFS Trust for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 2642, 1/9/08]

     Objection Deadline:   February 7, 2008 at 4:00 p.m.

     Objections Filed:    None

     Related Document:

         a)    Notice of Withdrawal of Motion [D.I. 2887, 2/5/08]

     Status: This matter has been withdrawn.

DB02:6549429.1      066585.1001

5. Iron Mountain Information Management, Inc.'s Motion to Compel Payment of Administrative Expenses [D.I. 2465, 12/20/07]

   Objection Deadline:    December 28, 2007 at 4:00 p.m., extended to February 7, 2008 at 4:00 p.m. for the Debtors and the Committee

   Related Document:

   a) Proposed Form of Order filed by Iron Mountain Information Management, Inc. [D.I. 2502, 12/26/07]

   Objections Filed:

   b) Informal Response of the Debtors

   Status: This matter will be adjourned by agreement of the parties to February 28, 2008 at 11:00 a.m.

6. Motion of Fidelity and Deposit Company of Maryland, its Affiliates, Parents and Subsidiaries, Including, But Not Limited to, Zurich American Insurance Company, for Relief form the Automatic Stay [D.I. 2732, 1/15/08]

   Objection Deadline:    February 4, 2008 at 4:00 p.m.

   Related Documents:

   a) Certification of Counsel Regarding Motion of Fidelity and Deposit Company of Maryland, its Affiliates, Parents and Subsidiaries, Including, But Not Limited to, Zurich American Insurance Company, for Relief form the Automatic Stay [D.I. 2896, 2/7/08]

   b) Order of Court [D.I. 2901, 2/8/08]

   Objection Filed:    None

   Status: An Order has been entered resolving the matter. No hearing is required.

7.  Emergency Motion of Waldner's Environments, Inc. for Entry of an Order Compelling Debtor to Comply with Order Approving Stipulation of Settlement and Return Reclaimed Goods [D.I. 2812, 1/30/08]

    Objection Deadline:    February 11, 2008 at 4:00 p.m.

    Objections Filed:    None

    Related Document:

    a)  Notice of Withdrawal of Emergency Motion of Waldner's Environments, Inc. for Entry of an Order Compelling Debtor to Comply with Order Approving Stipulation of Settlement and Return Reclaimed Goods [D.I. 2924, 2/8/08]

    Status: This matter has been withdrawn.

**UNCONTESTED MATTERS WITH CERTIFICATION OF COUNSEL**

8.  1140 Galaxy Way, Inc.'s Motion for Allowance of Administrative Claim and Request for Payment [D.I. 2649, 1/10/08]

    Objection Deadline:    January 25, 2008 at 4:00 p.m., extended to February 11, 2008 at 4:00 p.m. for the Debtors and the Committee

    Objections Filed:    None

    Related Document:

    a)  Certification of Counsel Regarding Stipulation Resolving 1140 Galaxy Way, Inc.'s Motion for Allowance of Administrative Claim and Request for Payment [D.I. 2948, 2/12/08]

    Status: A Certification of Counsel has been filed resolving this matter. No hearing is required.

9.  Motion of CitiMortgage, Inc. for Relief form the Automatic Stay Under 11 U.S.C. §2(d)(1) as to 5415 West Harmon Avenue, Unite 2159, Las Vegas, NV [D.I. 2711, 1/12/08]

    Objection Deadline:    February 7, 2008 at 4:00 p.m.

    Objections/Responses Filed:

    a)  Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay [D.I. 2762, 1/22/08]

Related Document:

    b)    Certification of Counsel [D.I. 2952, 2/12/08]

Status: A Certification of Counsel has been filed. No hearing is required.

10. Motion of CitiMortgage, Inc. for Relief from the Automatic Stay Under 11 U.S.C. §2(d)(1) as to 2344 St. Pauls Way, Modesto, CA 95355 [D.I. 2713, 1/12/08]

    Objection Deadline:   February 7, 2008 at 4:00 p.m.

    Objections/Responses Filed:

        a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay [D.I. 2762, 1/22/08]

    Related Document:

        b)    Certification of Counsel [D.I. 2952, 2/12/08]

    Status: A Certification of Counsel has been filed. No hearing is required.

## UNCONTESTED MATTERS GOING FORWARD

11. Motion of FNC, Inc. for Adequate Protection and Relief from Automatic Stay with Respect to Collateral Management System License Agreement, or in the Alternative, to Compel Debtors to Assume or Reject Agreement as Executory Contract [D.I. 1772, 11/2/07]

    Objection Deadline:   November 20, 2007 at 4:00 p.m., extended to February 7, 2008 for the Debtors and the Committee

    Objections Filed:

        a)    Informal Response of the Debtors

    Status: The parties intend to present a revised order before or at the hearing that resolves this matter.

12. Amended Application of the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, et al. for an Order Authorizing the Committee to Retain Trenwith Securities LLC to Provide Investment Banking Advisory Services Pursuant to 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014 Nunc Pro Tunc as of August 14, 2007 [D.I. 2794, 1/28/08]

    Objection Deadline:   February 7, 2008 at 4:00 p.m.

    Objections Filed:   None

    Status: This matter will be going forward.

13. Motion of the Debtors for an Order Pursuant to Bankruptcy Rule 3003(c)(3) and Local Rule 2002-1(e) Establishing a Bar Date for Filing Proofs of Claim by Construction Loan and HELOC Borrowers and Approving the Form and Manner of Notice Thereof [D.I. 2848, 2/1/08]

    Objection Deadline:   February 11, 2008 at 4:00 p.m.

    Objections Filed:   None as of the filing of this Agenda

    Status: The Debtors intend to file a Certificate of No Objection after the expiration of the time period provided in the Local Rules. This matter will be going forward.

14. Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving and Authorizing the Settlement Agreement by and Between the Debtors and Natixis Real Estate Capital, Inc. f/k/a Ixis Real Estate Capital, Inc. [D.I. 2880, 2/4/08]

    Objection Deadline:   February 11, 2008 at 4:00 p.m.

    Related Document:

    a)   Order Shortening the Time for Notice for Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving and Authorizing the Settlement Agreement by and Between the Debtors and Natixis Real Estate Capital, Inc. f/k/a Ixis Real Estate Capital, Inc. [D.I. 2890, 2/6/08]

    Objections Filed:   None

    Status: This matter will be going forward.

15. Debtors' Motion for an Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals and Real Estate Brokers Utilized in the Ordinary Course and Granting Limited Nun Pro Tunc Relief [D.I. 2899, 2/7/08]

   Objection Deadline:   February 11, 2008 at 4:00 p.m.

   Related Document:

   a) Order Shortening the Time for Notice of the Hearing to Consider Debtors' Motion for an Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals and Real Estate Brokers Utilized in the Ordinary Course and Granting Limited Nun Pro Tunc Relief [D.I. 2903, 2/8/08]

   Objections Filed:   None as of the filing of this Agenda

   Status: This matter will be going forward.

**CONTESTED MATTERS GOING FORWARD**

16. Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2395, 12/14/07]

   Objection Deadline:   December 27, 2007 at 4:00 p.m., extended for AH Mortgage Acquisition Co., LLC and Countrywide to February 12, 2008 at 10:00 a.m.

   Related Document:

   a) Order Authorizing the Abandonment and Destruction of Certain Duplicate Mortgage Loan Files [D.I. 2724, 1/15/08]

   b) Debtors' Limited Reply and Supplement to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2888, 2/5/08]

   c) Notice of Filing of Exhibit A to Debtors' Limited Reply and Supplement to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2902, 2/8/08]

Objections Filed:

a) Objection of Federal Home Loan Mortgage Corporation to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [ [D.I. 2501, 12/26/07]

b) Objection of Wells Fargo Funding, Inc. to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2506, 12/27/07]

c) Objection of Wells Fargo Bank, N.A., as Trustee to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2508, 12/27/07]

d) Reservation of Rights of Morgan Stanley Capital Holdings LLC With Respect to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2509, 12/27/08]

e) Objection of JPMorgan Chase Bank, N.A. to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2510, 12/27/07]

f) Objection of Triad Guaranty Insurance Corp. to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2511, 12/27/07]

g) Reservation of Rights with Respect to the Motion of the Debtors for an Order Pursuant to 11 U.S.C. Sections 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses Filed by Bear Stearns Mortgage Capital Mortgage Capital Corporation and EMC Mortgage Corporation [D.I. 2513, 12/27/07]

h) Objection of Calyon New York Branch to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2514, 12/27/07]

i) Objection of CitiMortgage, Inc. to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2517, 12/27/07]

j) Objection of the United States Trustee to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2539, 12/28/07]

k) Limited Objection of Bank Of America, N.A., As Administrative Agent, To Debtors Motion For An Order Pursuant To 11 U.S.C. Sections 105, 363 And 554 Authorizing The (I) Abandonment And Destruction Of Certain Duplicate Mortgage Loan Files Or (II) Return Of Mortgage Loan Files To The Owner Of Such Loans Upon Payment Of Reasonable Costs And Expenses [D.I. 2543/2544, 12/28/07]

l) Joinder of The Bank of New York, in Certain Capacities, to the Objection of Wells Fargo Bank, N.A. to Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2555, 12/31/07]

m) Reservation of Rights of Countrywide Bank, FSB and Countrywide Home Loans, Inc. to Debtors' Motion for an Order Pursuant to 11 U.S.C. Sections 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2644, 1/9/08]

n) Supplemental Reservation of Rights of Bear Stearns Mortgage Capital Corporation and EMC Mortgage Corporation with Respect to the Limited Reply and Supplement to Motion for an Order Pursuant to 11 U.S.C. Sections 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2926, 2/11/08]

DB02:6549429.1                                                                                                         066585.1001

o) Objection of the United States Trustee to the Debtors' Supplement to Motion for an Order Pursuant to 11 U.S.C. Sections 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2927, 2/11/08]

p) Objection of Federal Home Loan Mortgage Corporation to Debtors' Supplement to the Motion for an Order Pursuant to 11 U.S.C. Sections 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2928, 2/11/08]

q) CitiMortgage, Inc.'s Supplement Objection and Response to Debtors' Limited Reply and Supplement to Motion for an Order Pursuant to 11 U.S.C. Sections 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2929, 2/11/08]

r) Supplemental Objection of Wells Fargo Bank, N.A. to the Motion for an Order Pursuant to 11 U.S.C. Sections 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2930, 2/11/08]

s) Supplemental Objection of Calyon New York Branch to Limited Reply and Supplement of the Debtors to Motion for an Order Pursuant to 11 U.S.C. Sections 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2931, 2/11/08]

t) Objection of Wells Fargo Funding, Inc. to Debtors' Limited Reply and Supplement to Motion for an Order Pursuant to 11 U.S.C. Sections 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2932, 2/11/08]

u) Objection of Bank of America, N.A. to Debtors' Limited Reply and Supplement to Motion for an Order Pursuant to 11 U.S.C. Sections 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to

DB02:6549429.1                                                                                         066585.1001

    the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2934, 2/11/08]

v) Objection of DB Structured Products, Inc. to Debtors' Supplement to Motion for an Order Pursuant to 11 U.S.C. Sections 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2947, 2/11/08]

w) Limited Objection of Countrywide Bank, FSB and Countrywide Home Loans, Inc. to Debtors' Limited Reply and Supplement to Motion for an Order Pursuant to 11 U.S.C. Sections 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2949, 2/12/08]

x) Response and Reservation of Rights of AH Mortgage Acquisition Co., Inc. to Debtors ' Motion to Authorize the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2950, 2/12/08]

y) Informal Response of Midfirst

Status: This matter will be going forward.

Dated: Wilmington, Delaware
   February 12, 2008

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          <u>/s/ Sean M. Beach</u>
          James L. Patton, Jr. (No. 2202)
          Robert S. Brady (No 2847)
          Pauline K. Morgan (No. 3650)
          Sean M. Beach (No. 4070)
          Matthew B. Lunn (No. 4119)
          Kara Hammond Coyle (No. 4410)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253

          Counsel for Debtors and Debtors in Possession

11

DB02:6549429.1                     066585.1001