IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, [1] | : | Case No. 07-11047 (CSS) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| | : | **Related Dkt. No. 2794** |

**CERTIFICATE OF NO OBJECTION
TO AMENDED APPLICATION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC.,
*ET AL.* FOR AN ORDER AUTHORIZING THE COMMITTEE TO RETAIN
TRENWITH SECURITIES LLC TO PROVIDE INVESTMENT BANKING ADVISORY
SERVICES PURSUANT TO 11 U.S.C. SECTIONS 328 AND 1103 AND FED. R.
BANKR. P. 2014 *NUNC PRO TUNC* AS OF AUGUST 14, 2007 [DKT. NO. 2794]**

I, *David W. Carickhoff*, hereby certify as follows:

1.  The Amended Application of the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* for an Order Authorizing the Committee to Retain Trenwith Securities LLC to Provide Investment Banking Advisory Services Pursuant to 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014 *Nunc Pro Tunc* as of August 14, 2007 (the *"Application"*) was filed on January 28, 2008 and docketed at Docket Number 2794.

2.  The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served by 4:00 p.m. on February 7, 2008.

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21665985v.1

- 2 -

3. Accordingly, the undersigned respectfully requests that the proposed Order attached to the Application be entered at the earliest convenience of the Court.

Dated: February 12, 2008

        BLANK ROME LLP

        */s/ David W. Carickhoff*
        Bonnie Glantz Fatell (No. 3809)
        David W. Carickhoff (No. 3715)
        1201 Market Street, Suite 800
        Wilmington, Delaware 19801
        Telephone: (302) 425-6400
        Facsimile: (302) 425-6464

        -and

        HAHN & HESSEN LLP
        Mark S. Indelicato
        Mark T. Power
        488 Madison Avenue
        New York, New York 10022
        Telephone: (212) 478-7200
        Facsimile: (212) 478-7400

        *Counsel for the Official Committee*
        *of Unsecured Creditors*

**128189.01600/21665985v.1**