- 3 -

## CERTIFICATE OF SERVICE

I, David W. Carickhoff, hereby certify that on February 12, 2008, I caused a copy of the following document to be served on the individuals on the attached service list via First Class Mail.

**CERTIFICATE OF NO OBJECTION TO AMENDED APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL*. FOR AN ORDER AUTHORIZING THE COMMITTEE TO RETAIN TRENWITH SECURITIES LLC TO PROVIDE INVESTMENT BANKING ADVISORY SERVICES PURSUANT TO 11 U.S.C. SECTIONS 328 AND 1103 AND FED. R. BANKR. P. 2014 *NUNC PRO TUNC* AS OF AUGUST 14, 2007 [DKT. NO. 2794]**

                                      */s/David W. Carickhoff*
                                      David W. Carickhoff

- 3 -

## Service List

Alan Horn, Esquire
American Home Mortgage
Holdings, Inc.
538 Broadhollow Road
Melville, NY  11747
*Debtors*

James L. Patton, Jr., Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Counsel for the Debtors*

Jeffrey M. Levine
Milestone Advisors, LLC
1775 Eye Street, NW, Suite 8800
Washington, DC  20006

Margot B. Schonholtz, Esquire
Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022
*Counsel for the Administrative Agent*

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Counsel for the Administrative Agent*

Corinne Ball, Esquire
Erica M. Ryland, Esquire
Jones Day
222 East 41st Street
New York, NY  10017
*Counsel for DIP Agent*

Victoria Counihan, Esquire
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE  19801
*Counsel for DIP Agent*

Joseph McMahon, Esquire
*Office of the United States Trustee*
844 King Street, Room 2313
Wilmington, DE  19801

**128189.01600/21665985v.1**