IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                              :   Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]  :
                                                    :   Jointly Administered
                  Debtors.                          :
                                                    :   Ref. Docket No. 2649
---------------------------------------------------------- x

**ORDER APPROVING STIPULATION RESOLVING 1140 GALAXY WAY, INC.'S
MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM
AND REQUEST FOR PAYMENT**

Upon consideration of the *Stipulation Resolving 1140 Galaxy Way, Inc.'s Motion for Allowance of Administrative Claim and Request for Payment* (the "Stipulation"), a copy of which is attached hereto as Exhibit A; and after due deliberation and sufficient cause appearing therefor; it is hereby:

ORDERED that the Stipulation is approved; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the Stipulation and the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       February 12, 2008

                                            _____
                                            Christopher S. Sontchi
                                            United States Bankruptcy Judge

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holdings"); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.