**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | Re: Docket No 2739 |

**CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY APPLICATION OF BDO SEIDMAN, LLP, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007  [NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the *Second Monthly Application of BDO Seidman, LLP, Financial Advisors to The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., For Compensation and Reimbursement of Expenses for the Period November 1, 2007 through November 30, 2007 [Docket No. 2739]* (the "Application") filed on January 15, 2008.  The undersigned further certifies that he has caused the review of the Court's docket in these jointly administered cases and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than February 5, 2008 at 4:00 p.m.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated February 28, 2007, the Debtors are authorized to pay BDO Seidman, LLP $55,370.40, which represents 80% of the fees requested ($69,213.00) and $0.00 which represents 100% of the expenses requested in the Application for the period of November 1, 2007 through November 30, 2007 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:    February 12, 2008　　　　　　　　　　**BLANK ROME LLP**

　　　　　　　　　　　　　　　　　　　　By:  */s/ David W. Carickhoff*
　　　　　　　　　　　　　　　　　　　　　　Bonnie Glantz Fatell (DE No. 3809)
　　　　　　　　　　　　　　　　　　　　　　David W. Carickhoff (DE No. 3715)
　　　　　　　　　　　　　　　　　　　　　　1201 Market Street, Suite 800
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (302) 425-6400
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (302) 425-6464

　　　　　　　　　　　　　　　　　　　　　　　　And

　　　　　　　　　　　　　　　　　　　　　　Mark S. Indelicato
　　　　　　　　　　　　　　　　　　　　　　Hahn & Hessen LLP
　　　　　　　　　　　　　　　　　　　　　　488 Madison Avenue
　　　　　　　　　　　　　　　　　　　　　　New York, NY  10022
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 478-7200
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 478-7400

　　　　　　　　　　　　　　　　　　　　　　*Co-Counsel for the Official Committee of Unsecured Creditors*