IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case Nos. 07-11047 (CSS) |
| HOLDINGS, INC., et al.,[1] ) | |
| ) | |
| Debtors. ) | Related Docket No. 2899 |
| ) | |
| ) | |

**RESPONSE AND RESERVATION OF RIGHTS OF BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, TO DEBTORS' MOTION FOR AN ORDER MODIFYING EXISTING PROCEDURES FOR THE COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CERTAIN FORECLOSURE PROFESSIONALS AND REAL ESTATE BROKERS UTILIZED IN THE ORDINARY COURSE AND GRANTING LIMITED *NUNC PRO TUNC* RELIEF**

Bank of America, N.A., as administrative agent (the "Administrative Agent") for itself and certain other banking and financial institutions as pre-petition secured lenders under that certain Second Amended and Restated Credit Agreement (the "Credit Agreement"), dated as of August 10, 2006, by its undersigned attorneys, hereby submits this Response and Reservation of Rights (the "Response") in connection with the Debtors' Motion for an Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals and Real Estate Brokers Utilized in the Ordinary Course and Granting Limited *Nunc Pro Tunc* Relief (the "Motion") [Docket No. 2899], and in support thereof, respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

1. On February 7, 2008, the Debtors filed the Motion which seeks an order modifying existing procedures for the compensation and reimbursement of expenses of certain Foreclosure Professionals[2] and Brokers utilized in the ordinary course and granting limited *nunc pro tunc* relief. The Debtors assert that the proposed modifications will benefit the Debtors' estates by facilitating the prompt repayment of Servicing Advances made to Foreclosure Professionals from the proceeds of mortgage loan and REO Property liquidations, and further assert that such Servicing Advances are properly chargeable to the Liquidation Proceeds. See Motion at ¶ 1.

2. Throughout the Motion, the Debtors make reference to their alleged ability to reimburse the costs of the Servicing Advances from the Liquidation Proceeds. See Motion at ¶¶ 1, 26-31. Although the modified compensation procedures proposed in the Motion do not provide a mechanism for the Debtors to reimburse themselves for these amounts, the Administrative Agent hereby reserves all of its rights to assert, *inter alia*, (i) that the Servicing Advances may not be reimbursed from the proceeds of the Pre-Petition Collateral or the Collateral (as those terms are defined in the Cash Collateral Order [Docket No. 554], together with any amendments or extensions thereto), and (ii) that the reimbursement of such funds from the proceeds of the Pre-Petition Collateral or the Collateral would violate the terms of the Cash Collateral Order.

3. Accordingly, the Administrative Agent hereby expressly reserves all of its rights to amend this Response to include supplemental responses to the Motion and to be heard further on this matter on the return date of the Motion to the extent necessary to preserve and protect the Administrative Agent's rights pursuant to the Cash Collateral Order, the Security Agreement, the Credit Agreement and applicable law.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Dated: February 12, 2008
Wilmington, Delaware

          POTTER ANDERSON & CORROON LLP

By: _____
Laurie Selber Silverstein (DE Bar 2396)
Gabriel R. MacConaill (DE Bar 4734)
P. O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19899
(302) 984-6000

          - and -

KAYE SCHOLER LLP
Margot B. Schonholtz
Mark F. Liscio
Scott D. Talmadge
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

*Counsel for Bank of America, N.A. as Administrative Agent under that certain Second Amended and Restated Credit Agreement, dated as of August 10, 2006*