## CERTIFICATE OF SERVICE

I, Gabriel R. MacConaill, hereby certify that I am not less than 18 years of age and that on this 12th day of February, 2008, I caused a true and correct copy of the within **Response And Reservation Of Rights Of Bank Of America, N.A., As Administrative Agent, To Debtors' Motion For An Order Modifying Existing Procedures For The Compensation And Reimbursement Of Expenses Of Certain Foreclosure Professionals And Real Estate Brokers Utilized In The Ordinary Course And Granting Limited *Nunc Pro Tunc* Relief** to be served on the following party in the manner indicated below:

**BY HAND DELIVERY**
James L. Patton, Jr.
Pauline K. Morgan, Esquire
Sean M. Beach, Esquire
Matthew B. Lunn, Esquire
Margaret Whiteman, Esquire
Ryan M. Bartley, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899

Under penalty of perjury, I declare that the forgoing is true and correct.

Gabriel R. MacConaill

Pac#848156