IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :   Jointly Administered
     Debtors.                                                      :
                                                                   :   Ref. No. 2738
------------------------------------------------------------------ x

**CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 2738**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Fifth Monthly Statement of Law Offices of Alan Weinreb, PLLC as Foreclosure Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period December 1, 2007 through December 31, 2007 (the "Application"). The Court's docket which was last updated February 12, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than February 4, 2008 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($30,021.50) of requested fees and 100% of requested expenses ($50,675.81) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       February 13, 2008

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Kenneth Enos (No. 4544)
Margaret B. Whiteman (No. 4652)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession