IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x
In re:                                                    :    Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                    :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                        :
                                                          :    Jointly Administered
         Debtors.                                         :
--------------------------------------------------------------------- x

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 14, 2008 AT 11:00 A.M. (ET)

## ADJOURNED/RESOLVED MATTERS

1.    Motion of Vicom Computer Services for Reclamation of Goods Pursuant to 11 U.S.C. section 546(c) or, in the Alternative, for Allowance and Immediate Payment of Administrative Claim Pursuant to 11 U.S.C. section 503(b) [D.I. 1571, 10/16/07]

      Objection Deadline:    November 6, 2007 at 4:00 p.m., extended for the Debtors to February 21, 2008 at 4:00 p.m.

      Objections Filed:    None at this time.

      Status: This matter will be adjourned by agreement of the parties to February 28, 2008 at 11:00 a.m.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2]  **Amendments appear in bold.**

2.    CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2515, 12/27/07]

   Objection Deadline:    January 7, 2008 at 4:00 p.m., extended to January 9, 2008 at 12:00 p.m.

   Objections Filed:

      a)    Debtors' Objection to CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2635, 1/9/08]

   Status: This matter will be adjourned by agreement of the parties to February 28, 2008 at 11:00 a.m.

3.    Motion of LBA Melville Associates LP for an Order to Allow Certain Administrative Expenses and Compel Payment of Such Administrative Expenses Pursuant to Section 503(a) and (b)(a)(A) and 507(a)(1) of the Bankruptcy Code [D.I. 2627, 1/8/08]

   Objection Deadline:    January 25, 2008 at 4:00 p.m., extended to February 21, 2008 at 4:00 p.m. for the Debtors and the Committee

   Objections Filed:    None

   Status: This matter will be adjourned by agreement of the parties to February 28, 2008 at 11:00 a.m.

4.    Motion of DCFS Trust for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 2642, 1/9/08]

   Objection Deadline:    February 7, 2008 at 4:00 p.m.

   Objections Filed:    None

   Related Document:

      a)    Notice of Withdrawal of Motion [D.I. 2887, 2/5/08]

   Status: This matter has been withdrawn.

DB02:6549429.2                                                                                          066585.1001

5.    Iron Mountain Information Management, Inc.'s Motion to Compel Payment of
      Administrative Expenses [D.I. 2465, 12/20/07]

      Objection Deadline:    December 28, 2007 at 4:00 p.m., extended to February 7, 2008 at
                             4:00 p.m. for the Debtors and the Committee

      Related Document:

           a)     Proposed Form of Order filed by Iron Mountain Information Management,
                  Inc. [D.I. 2502, 12/26/07]

      Objections Filed:

           b)     Informal Response of the Debtors

      Status: This matter will be adjourned by agreement of the parties to February 28, 2008 at
           11:00 a.m.

6.    Motion of Fidelity and Deposit Company of Maryland, its Affiliates, Parents and
      Subsidiaries, Including, But Not Limited to, Zurich American Insurance Company, for
      Relief form the Automatic Stay [D.I. 2732, 1/15/08]

      Objection Deadline:    February 4, 2008 at 4:00 p.m.

      Related Documents:

           a)     Certification of Counsel Regarding Motion of Fidelity and Deposit
                  Company of Maryland, its Affiliates, Parents and Subsidiaries, Including,
                  But Not Limited to, Zurich American Insurance Company, for Relief form
                  the Automatic Stay [D.I. 2896, 2/7/08]

           b)     Order of Court [D.I. 2901, 2/8/08]

      Objection Filed:    None

      Status: An Order has been entered resolving the matter.  No hearing is required.

DB02:6549429.2                                                    066585.1001

7.  Emergency Motion of Waldner's Environments, Inc. for Entry of an Order Compelling
    Debtor to Comply with Order Approving Stipulation of Settlement and Return Reclaimed
    Goods [D.I. 2812, 1/30/08]

    Objection Deadline:    February 11, 2008 at 4:00 p.m.

    Objections Filed:    None

    Related Document:

        a)    Notice of Withdrawal of Emergency Motion of Waldner's Environments,
              Inc. for Entry of an Order Compelling Debtor to Comply with Order
              Approving Stipulation of Settlement and Return Reclaimed Goods [D.I.
              2924, 2/8/08]

    Status: This matter has been withdrawn.

**UNCONTESTED MATTERS WITH CERTIFICATION OF COUNSEL**

8.  1140 Galaxy Way, Inc.'s Motion for Allowance of Administrative Claim and Request for
    Payment [D.I. 2649, 1/10/08]

    Objection Deadline:    January 25, 2008 at 4:00 p .m., extended to February 11, 2008 at
                           4:00 p.m. for the Debtors and the Committee

    Objections Filed:    None

    Related Document:

        a)    Certification of Counsel Regarding Stipulation Resolving 1140 Galaxy
              Way, Inc.'s Motion for Allowance of Administrative Claim and Request
              for Payment [D.I. 2948, 2/12/08]

        **b)    Order Approving Stipulation Resolving 1140 Galaxy Way, Inc.'s
              Motion for Allowance of Administrative Claim and Request for
              Payment [D.I. 2957, 2/12/08]**

    Status: **An Order has been entered resolving this matter.**  No hearing is required.

9.     Motion of CitiMortgage, Inc. for Relief form the Automatic Stay Under 11 U.S.C. §2(d)(1) as to 5415 West Harmon Avenue, Unite 2159, Las Vegas, NV [D.I. 2711, 1/12/08]

        Objection Deadline:   February 7, 2008 at 4:00 p.m.

        Objections/Responses Filed:

        a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay [D.I. 2762, 1/22/08]

        Related Document:

        b)    Certification of Counsel [D.I. 2952, 2/12/08]

        c)    **Order Granting Motion for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 5415 West Harmon Avenue, Unite 2159, Las Vegas, NV [D.I. 2956, 2/12/08]**

        Status: **An Order has been entered resolving this matter.** No hearing is required.

10.     Motion of CitiMortgage, Inc. for Relief from the Automatic Stay Under 11 U.S.C. §2(d)(1) as to 2344 St. Pauls Way, Modesto, CA 95355 [D.I. 2713, 1/12/08]

        Objection Deadline:   February 7, 2008 at 4:00 p.m.

        Objections/Responses Filed:

        a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay [D.I. 2762, 1/22/08]

        Related Document:

        b)    Certification of Counsel [D.I. 2952, 2/12/08]

        c)    **Order Granting Motion for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2344 St. Pauls Way, Modesto, CA 95355 [D.I. 2955, 2/12/08]**

        Status: **An Order has been entered resolving this matter.** No hearing is required.

## UNCONTESTED MATTERS GOING FORWARD

11.     Motion of FNC, Inc. for Adequate Protection and Relief from Automatic Stay with
        Respect to Collateral Management System License Agreement, or in the Alternative, to
        Compel Debtors to Assume or Reject Agreement as Executory Contract [D.I. 1772,
        11/2/07]

        Objection Deadline:  November 20, 2007 at 4:00 p.m., extended to February 7, 2008 for
                             the Debtors and the Committee

        Objections Filed:

                a)      Informal Response of the Debtors

        Status: The parties intend to present a revised order before or at the hearing that resolves
                this matter.

12.     Amended Application of the Official Committee of Unsecured Creditors of American
        Home Mortgage Holdings, et al. for an Order Authorizing the Committee to Retain
        Trenwith Securities LLC to Provide Investment Banking Advisory Services Pursuant to
        11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014 Nunc Pro Tunc as of August 14,
        2007 [D.I. 2794, 1/28/08]

        Objection Deadline:  February 7, 2008 at 4:00 p.m.

        Objections Filed:    None

        **Related Document:**

                a)      **Certificate of No Objection [D.I. 2954, 2/12/08]**

        Status: **A Certificate of No Objection has been filed.  No hearing is required.**

13.     Motion of the Debtors for an Order Pursuant to Bankruptcy Rule 3003(c)(3) and Local
        Rule 2002-1(e) Establishing a Bar Date for Filing Proofs of Claim by Construction Loan
        and HELOC Borrowers and Approving the Form and Manner of Notice Thereof [D.I.
        2848, 2/1/08]

        Objection Deadline:  February 11, 2008 at 4:00 p.m.

        Objections Filed:    None as of the filing of this Agenda

        Status: The Debtors intend to file a Certificate of No Objection after the expiration of the
                time period provided in the Local Rules.  This matter will be going forward.

14.    Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule
       9019 for an Order Approving and Authorizing the Settlement Agreement by and Between
       the Debtors and Natixis Real Estate Capital, Inc. f/k/a Ixis Real Estate Capital, Inc. [D.I.
       2880, 2/4/08]

       Objection Deadline:    February 11, 2008 at 4:00 p.m.

       Related Document:

              a)    Order Shortening the Time for Notice for Debtors' Motion Pursuant to
                    Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for an
                    Order Approving and Authorizing the Settlement Agreement by and
                    Between the Debtors and Natixis Real Estate Capital, Inc. f/k/a Ixis Real
                    Estate Capital, Inc. [D.I. 2890, 2/6/08]

       Objections Filed:    None

       Status: This matter will be going forward.

15.    Debtors' Motion for an Order Modifying Existing Procedures for the Compensation and
       Reimbursement of Expenses of Certain Foreclosure Professionals and Real Estate
       Brokers Utilized in the Ordinary Course and Granting Limited Nun Pro Tunc Relief [D.I.
       2899, 2/7/08]

       Objection Deadline:    February 11, 2008 at 4:00 p.m.

       Related Document:

              a)    Order Shortening the Time for Notice of the Hearing to Consider Debtors'
                    Motion for an Order Modifying Existing Procedures for the Compensation
                    and Reimbursement of Expenses of Certain Foreclosure Professionals and
                    Real Estate Brokers Utilized in the Ordinary Course and Granting Limited
                    Nun Pro Tunc Relief [D.I. 2903, 2/8/08]

       Objections Filed:

              **b)    Response and Reservation of Rights of Bank of America, N.A. as
                    Administrative Agent, to Debtors' Motion for an Order Modifying
                    Existing Procedures for the Compensation and Reimbursement of
                    Expenses of Certain Foreclosure Professionals and Real Estate
                    Brokers Utilized in the Ordinary Course and Granting Limited Nun
                    Pro Tunc Relief [D.I. 2960, 2/12/08]**

       Status: This matter will be going forward.

DB02:6549429.2                                                                   066585.1001

## CONTESTED MATTERS GOING FORWARD

16.    Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the
(I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II)
Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of
Reasonable Costs and Expenses [D.I. 2395, 12/14/07]

Objection Deadline:    December 27, 2007 at 4:00 p.m., extended for AH Mortgage
Acquisition Co., LLC and Countrywide to February 12, 2008 at
10:00 a.m.

Related Document:

a)    Order Authorizing the Abandonment and Destruction of Certain Duplicate
Mortgage Loan Files [D.I. 2724, 1/15/08]

b)    Debtors' Limited Reply and Supplement to Motion for an Order Pursuant
to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and
Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of
Mortgage Loan Files to the Owner of Such Loans Upon Payment of
Reasonable Costs and Expenses [D.I. 2888, 2/5/08]

c)    Notice of Filing of Exhibit A to Debtors' Limited Reply and Supplement
to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554
Authorizing the (I) Abandonment and Destruction of Certain Duplicate
Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner
of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I.
2902, 2/8/08]

Objections Filed:

a)    Objection of Federal Home Loan Mortgage Corporation to Debtors'
Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554
Authorizing the (I) Abandonment and Destruction of Certain Duplicate
Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner
of Such Loans Upon Payment of Reasonable Costs and Expenses [ [D.I.
2501, 12/26/07]

b)    Objection of Wells Fargo Funding, Inc. to Debtors' Motion for an Order
Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I)
Abandonment and Destruction of Certain Duplicate Mortgage Loan Files
or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon
Payment of Reasonable Costs and Expenses [D.I. 2506, 12/27/07]

c)  Objection of Wells Fargo Bank, N.A., as Trustee to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2508, 12/27/07]

d)  Reservation of Rights of Morgan Stanley Capital Holdings LLC With Respect to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2509, 12/27/08]

e)  Objection of JPMorgan Chase Bank, N.A. to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2510, 12/27/07]

f)  Objection of Triad Guaranty Insurance Corp. to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2511, 12/27/07]

g)  Reservation of Rights with Respect to the Motion of the Debtors for an Order Pursuant to 11 U.S.C. Sections 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses Filed by Bear Stearns Mortgage Capital Mortgage Capital Corporation and EMC Mortgage Corporation [D.I. 2513, 12/27/07]

h)  Objection of Calyon New York Branch to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2514, 12/27/07]

i)  Objection of CitiMortgage, Inc. to Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2517, 12/27/07]

9

j)      Objection of the United States Trustee to Debtors' Motion for an Order
        Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I)
        Abandonment and Destruction of Certain Duplicate Mortgage Loan Files
        or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon
        Payment of Reasonable Costs and Expenses [D.I. 2539, 12/28/07]

k)      Limited Objection of Bank Of America, N.A., As Administrative Agent,
        To Debtors Motion For An Order Pursuant To 11 U.S.C. Sections 105,
        363 And 554 Authorizing The (I) Abandonment And Destruction Of
        Certain Duplicate Mortgage Loan Files Or (II) Return Of Mortgage Loan
        Files To The Owner Of Such Loans Upon Payment Of Reasonable Costs
        And Expenses [D.I. 2543/2544, 12/28/07]

l)      Joinder of The Bank of New York, in Certain Capacities, to the Objection
        of Wells Fargo Bank, N.A. to Debtors' Motion for an Order Pursuant to 11
        U.S.C. Sections 105, 363 and 554 Authorizing the (I) Abandonment and
        Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of
        Mortgage Loan Files to the Owner of Such Loans Upon Payment of
        Reasonable Costs and Expenses [D.I. 2555, 12/31/07]

m)      Reservation of Rights of Countrywide Bank, FSB and Countrywide Home
        Loans, Inc. to Debtors' Motion for an Order Pursuant to 11 U.S.C.
        Sections 105, 363 and 554 Authorizing the (I) Abandonment and
        Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of
        Mortgage Loan Files to the Owner of Such Loans Upon Payment of
        Reasonable Costs and Expenses [D.I. 2644, 1/9/08]

n)      Supplemental Reservation of Rights of Bear Stearns Mortgage Capital
        Corporation and EMC Mortgage  Corporation with Respect to the Limited
        Reply and Supplement to Motion for an Order Pursuant to 11 U.S.C.
        Sections 105, 363 and 554 Authorizing the (I) Abandonment and
        Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of
        Mortgage Loan Files to the Owner of Such Loans Upon Payment of
        Reasonable Costs and Expenses [D.I. 2926, 2/11/08]

o)      Objection of the United States Trustee to the Debtors' Supplement to
        Motion for an Order Pursuant to 11 U.S.C. Sections 105, 363 and 554
        Authorizing the (I) Abandonment and Destruction of Certain Duplicate
        Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner
        of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I.
        2927, 2/11/08]

p)    Objection of Federal Home Loan Mortgage Corporation to Debtors'
      Supplement to the Motion for an Order Pursuant to 11 U.S.C. Sections
      105, 363 and 554 Authorizing the (I) Abandonment and Destruction of
      Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan
      Files to the Owner of Such Loans Upon Payment of Reasonable Costs and
      Expenses [D.I. 2928, 2/11/08]

q)    CitiMortgage, Inc.'s Supplement Objection and Response to Debtors'
      Limited Reply and Supplement to Motion for an Order Pursuant to 11
      U.S.C. Sections 105, 363 and 554 Authorizing the (I) Abandonment and
      Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of
      Mortgage Loan Files to the Owner of Such Loans Upon Payment of
      Reasonable Costs and Expenses [D.I. 2929, 2/11/08]

r)    Supplemental Objection of Wells Fargo Bank, N.A. to the Motion for an
      Order Pursuant to 11 U.S.C. Sections 105, 363 and 554 Authorizing the (I)
      Abandonment and Destruction of Certain Duplicate Mortgage Loan Files
      or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon
      Payment of Reasonable Costs and Expenses [D.I. 2930, 2/11/08]

s)    Supplemental Objection of Calyon New York Branch to Limited Reply
      and Supplement of the Debtors to Motion for an Order Pursuant to 11
      U.S.C. Sections 105, 363 and 554 Authorizing the (I) Abandonment and
      Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of
      Mortgage Loan Files to the Owner of Such Loans Upon Payment of
      Reasonable Costs and Expenses [D.I. 2931, 2/11/08]

t)    Objection of Wells Fargo Funding, Inc. to Debtors' Limited Reply and
      Supplement to Motion for an Order Pursuant to 11 U.S.C. Sections 105,
      363 and 554 Authorizing the (I) Abandonment and Destruction of Certain
      Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to
      the Owner of Such Loans Upon Payment of Reasonable Costs and
      Expenses [D.I. 2932, 2/11/08]

u)    Objection of Bank of America, N.A. to Debtors' Limited Reply and
      Supplement to Motion for an Order Pursuant to 11 U.S.C. Sections 105,
      363 and 554 Authorizing the (I) Abandonment and Destruction of Certain
      Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to
      the Owner of Such Loans Upon Payment of Reasonable Costs and
      Expenses [D.I. 2934, 2/11/08]

v)    Objection of DB Structured Products, Inc. to Debtors' Supplement to
      Motion for an Order Pursuant to 11 U.S.C. Sections 105, 363 and 554
      Authorizing the (I) Abandonment and Destruction of Certain Duplicate
      Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner
      of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I.
      2947, 2/11/08]

066585.1001

w)    Limited Objection of Countrywide Bank, FSB and Countrywide Home Loans, Inc. to Debtors' Limited Reply and Supplement to Motion for an Order Pursuant to 11 U.S.C. Sections 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2949, 2/12/08]

x)    Response and Reservation of Rights of AH Mortgage Acquisition Co., Inc. to Debtors ' Motion to Authorize the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2950, 2/12/08]

y)    Informal Response of Midfirst

Status: This matter will be going forward.

Dated:  Wilmington, Delaware
        February 13, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sean M. Beach
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

DB02:6549429.2

066585.1001