IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al., [1]

      Debtors.

-------------------------------------------------------------------- x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

Objection Deadline: March 4, 2008 at 4:00 p.m.
Hearing Date: N/A

## NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the Official Committee of Unsecured Creditors

      The **Fifth Monthly Application of the Weiner Brodsky Sidman Kider PC as Ordinary Course Professional for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period December 1, 2007 through December 31, 2007** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $41,766.00 and interim expenses in the amount of $3,716.57.

      Objections to the Application, if any, are required to be filed on or before **March 4, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

      At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon); (viii) Weiner Brodsky Sidman Kider PC, 1300 19th Street, NW, Fifth Floor, Washington, DC 20036, (Attn: David M. Souders).

  PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

  PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.


Dated: Wilmington, Delaware
  February 13, 2008

    YOUNG CONAWAY STARGATT & TAYLOR, LLP


    /s/ Ryan M. Bartley
    James L. Patton, Jr. (No. 2202)
    Pauline K. Morgan (No. 3650)
    Sean M. Beach (No. 4070)
    Matthew B. Lunn (No. 4119)
    Margaret B. Whiteman (No. 4652)
    Ryan M. Bartley (No. 4985)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801
    Telephone: (302) 571-6600
    Facsimile: (302) 571-1253

    Counsel for Debtors and
    Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                                       :     Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       :     Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                              :
                                                             :     Jointly Administered
         Debtors.                                            :
------------------------------------------------------------ x
```

**FIFTH MONTHLY APPLICATION OF WEINER BRODSKY SIDMAN KIDER PC
AS COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD NOVEMBER 28, 2007 THROUGH DECEMBER 31, 2007**

| | |
|---|---|
| Name of Applicant: | Weiner Brodsky Sidman Kider PC |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | November 28, 2007 through December 31, 2007 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $41,766.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $3,716.57 |

This is an:   __X__ interim   ____ final application

This application includes no hours incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 1818 | August 6, 2007 through August 31, 2007 | $88,599.50 | $1,062.60 | $88,599.50 paid | $1,062.60 paid |
| 1987 | September 1, 2007 through September 30, 2007 | $80,618.50 | $1,108.65 | $75,759.70 paid | $1,108.65 paid |
| 2110 | October 1, 2007 through October 31, 2007 | $64,370.00 | $6,707.04 | $64,370.00 | $6,707.04 paid |
| 2405 | November 1, 2007 through November 27, 2007 | $42,212.50 | $2,532.61 | Approved – Certification of No Objection to Weiner Brodsky Sidman Kider PC's Fourth Application for Compensation and Reimbursement of Expenses Incurred for the Period November 1, 2007 through November 27, 2007 filed on January 21, 2008 (Docket No. 2755) | Approved – Certification of No Objection to Weiner Brodsky Sidman Kider PC's Fourth Application for Compensation and Reimbursement of Expenses Incurred for the Period November 1, 2007 through November 27, 2007 filed on January 21, 2008 (Docket No. 2755) |

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Richard J. Andreano, Jr. | Partner since June, 1995. Member of the DC Bar since December, 1983 and the Virginia Bar since June, 1984. | $425 | See Exhibit A. | See Exhibit A. |
| John D. Socknat | Partner since January, 2005. Joined firm as an associate in November, 1997. Member of the Virginia Bar since 1995 and the DC Bar since 1998. | $395 | See Exhibit A. | See Exhibit A. |
| David M. Souders | Partner since 2002. Joined firm as an of counsel in 2000. Member of Missouri Bar since October, 1985 and the DC Bar since July, 1994. | $420 | See Exhibit A. | See Exhibit A. |
| Bruce E. Alexander | Joined firm as counsel in January, 2003. Member of Maryland Bar since December, 1981. | $405 | See Exhibit A. | See Exhibit A. |
| Michelle E. Holmes | Joined firm as an associate in September, 2007. Member of the Virginia Bar since October, 2007. | $205 | See Exhibit A. | See Exhibit A. |
| Nancy W. Hunt | Joined firm as an associate in October, 2004. Member of the California Bar since May, 2002 and the DC Bar since June, 2005. | $255 | See Exhibit A. | See Exhibit A. |
| Vanessa T. Lam | Joined firm as an associate in August, 2007. Member of the California Bar since December, 2002. | $245 | See Exhibit A. | See Exhibit A. |
| Brian P. Perryman | Joined firm as an associate in March, 2004. Member of the Virginia Bar since June, 2004, the DC Bar since February, 2005 and the Colorado Bar since April, 2006. | $235 | See Exhibit A. | See Exhibit A. |

| | | | | |
|---|---|---|---|---|
| Haydn J. Richards, Jr. | Joined firm as an associate in July, 2003. Member of the Virginia Bar since October, 2002 and the DC Bar since September, 2002. | $245 | See Exhibit A. | See Exhibit A. |
| Kristin D. Thompson | Joined firm as an associate in August, 2006. Member of the New Hampshire Bar since November 1997, the Massachusetts Bar since April, 2003, and the DC Bar since April, 2007. | $295 | See Exhibit A. | See Exhibit A. |
| Sandra B. Vipond | Joined firm as an associate in April, 2002. Member of the Maryland Bar since June, 1999, the New Jersey Bar since June, 1999 and the DC Bar since January, 2000. | $295 | See Exhibit A. | See Exhibit A. |
| Natasha M. Williams | Joined firm as an associate in September, 2006. Member of the Virginia Bar since September, 2003, and DC Bar since May, 2004. | $245 | See Exhibit A. | See Exhibit A. |
| Nancy L. Pickover | Licensing specialist | $150 | See Exhibit A. | See Exhibit A. |
| **Grand Total:** | | | 132.20 hours | $41,766.00 |
| **Blended Rate:** | | $ | | |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration  (1001) | | |
| Court Hearings (1002) | | |
| Cash Collateral/DIP Financing (1003) | | |
| Schedules & Statements, U.S. Trustee Reports (1004) | | |
| Lease/Executory Contract Issues (1005) | | |
| Use, Sale or Lease of Property (363 Issues) (1006) | | |
| Claims Analysis, Objections and Resolutions (1007) | | |
| Meetings (1008) | | |
| Stay Relief Matters (1009) | | |
| Reclamation Claims and Adversaries (1010) | | |
| Other Adversary Proceedings (1011) | | |
| Creditor Inquiries (1013) | | |
| Employee Matters (1015) | | |
| Retention of Professionals/Fee Issues (1017) | | |
| Travel (1019) | | |
| Utility Services (1020) | | |
| On Site Services (1021) | | |
| **TOTALS** | | |

## INTERIM EXPENSE SUMMARY

| Expenses Category (Examples) | Total Expenses ($) |
|---|---|
| AP Fax (Parcels, Inc.) | No charge |
| Computerized Legal Research (Westlaw) | $1,163.82 |
| Delivery/Courier (Parcels, Inc.) | $7.88 |
| Deposition/Transcript (Transcripts Plus) | $174.29 |
| Docket Retrieval (Virtual Docket.com) | No charge |
| Facsimile | No charge |
| Federal Express | $387.62 |
| Filing Fees/Court Costs/Legal Fees | $0 |
| Local Counsel Fees[2] | $1,065.19 |
| Long Distance Telephone | $7.94 |
| Photocopy Charges ($0.10 per page) | $232.80 |
| Postage | $21.67 |
| Scanning, Electronic Bates-Labeling and Photocopying Performed By Outside Vendors | $0 |
| Taxi/Local Transportation | $0 |
| Travel/Hotel/Air Fare/Tips | $655.36 |
| **TOTAL** | $3,716.57 |

---

[2] To the extent that any fees for local counsel were incurred by WBSK, the invoices for such fees are attached hereto as Exhibit B.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------------- x | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | |
| a Delaware corporation, et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| ------------------------------------------------------------------- x | | |

**FIFTH MONTHLY APPLICATION OF WEINER BRODSKY SIDMAN KIDER PC
AS COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD NOVEMBER 28, 2007 THROUGH DECEMBER 31, 2007**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, the law firm of Weiner Brodsky Sidman Kider PC (hereinafter "WBSK")

hereby moves this Court for reasonable compensation for professional legal services rendered as

counsel to American Home Mortgage Corporation and its related entities, the debtors in the

above-captioned cases (the "Debtors"), in the amount of $41,766.00 together with

reimbursement for actual and necessary expenses incurred in the amount of $3,716.57 for the

interim period November 28, 2007 through December 31, 2007 (the "Interim Fee Period"). In

support of its Application, WBSK respectfully represents as follows:

1.      On September 4, 2007, the Court entered an Order Pursuant to Sections

105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the

Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro

Tunc to Petition Date [Docket No. 207] (the "Order"). The Order authorized WBSK to be

compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket

expenses.

2.      All services for which compensation is requested by WBSK were

performed for or on behalf of the Debtor.

## PRE-PETITION COMPENSATION PREVIOUSLY PAID

3.       Prior to the filing of the above-captioned cases, WBSK was employed by the Debtors. The Debtors owe WBSK $36,115.50 for pre-petition services. WBSK agreed to waive its pre-petition claim in connection with the Court's approval of its employment pursuant to the Order.

## SUMMARY OF SERVICES RENDERED

4.       Attached hereto as Exhibit A is a detailed statement of fees incurred and expenses paid during the Interim Fee Period, showing the amount of $41,766.00 due for fees and the amount of $3,716.57 due for the reimbursement of expenses.

5.       Attached hereto as Exhibit B are the invoices for local counsels' fees, which provide a detailed itemization of local counsels' services, showing the amount of $1,065.19 due for local counsels' services incurred by WBSK.

6.       The services rendered by WBSK during the Interim Fee Period are grouped into the categories set forth in Exhibit A. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

7.       WBSK has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $3,716.57. This disbursement sum is broken down into categories of charges, including, among other things, telephone and long distance charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges,

travel expenses, computerized research, and transcription costs.  A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit A and, to the extent applicable, Exhibit B.

8.    Costs incurred for overtime and computer assisted research are not included in WBSK's normal hourly billing rates and, therefore, are itemized and included in WBSK's disbursements.  Pursuant to Local Rule 2016-2, WBSK represents that its rate for internal duplication is $0.10 per page, there is no charge for telecopier transmissions and there is no surcharge for computerized research.

## VALUATION OF SERVICES

9.    Attorneys and paraprofessionals of WBSK have expended a total of 132.20 hours in connection with this matter during the Interim Fee Period.

10.    The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A.  These are WBSK's normal hourly rates of compensation for work of this character.  The reasonable value of the services rendered by WBSK for the Interim Fee Period as counsel for the Debtors in these cases is $41,766.00.

11.    WBSK believes that the time entries and expense breakdown set forth in Exhibit A and Exhibit B attached hereto are in compliance with the requirements of Local Rule 2016-2.

12.    In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

3

13.    This Application covers the Interim Fee Period November 28, 2007 through December 31, 2007.

WHEREFORE, WBSK requests that allowance be made to it in the sum of $41,766.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $3,716.57 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Washington, D.C.
February 6 , 2008

WEINER BRODSKY SIDMAN KIDER PC

_Mitchel H. Kider_
Mitchel H. Kider
David M. Souders
1300 19th Street, NW, Fifth Floor
Washington, D.C. 20036
Telephone: (202) 628-2000
Facsimile: (202) 628-2011

Counsel for the Debtors

DB02:6292330.5

066585.1001

VERIFICATION

DISTRICT OF COLUMBIA )
                     )    SS:
                     )

David M. Souders, after being duly sworn according to law, deposes and says:

1.    I am a Partner in the applicant firm, Weiner Brodsky Sidman Kider PC, and have been admitted to the bars of the Supreme Courts of Missouri and the District of Columbia since 1985 and 1994, respectively.

2.    I have personally performed many of the legal services rendered by Weiner Brodsky Sidman Kider PC, as counsel to the Debtors and am familiar with all other work performed on behalf of the lawyers and paraprofessionals in the firm.

3.    WBSK usually bills on discrete matters in connection with its representation of American Home.  However, with the filing of the bankruptcy petition, the Firm opened a new matter to handle the myriad matters that arose from the filing of the petition.  Specifically, matter 089 in the Firm's billing system was used by Firm attorneys for the following matters:

- responding to inquiries from state regulators arising out of the press releases issued by American Home and subsequent notifications to such regulators about the liquidity crisis the firm was experiencing just before the filing of the bankruptcy petitions;

- filing of suggestions of bankruptcy in the defensive matters being handled by the Firm;

- notifying state and federal regulators of the filing of the bankruptcy petitions and participating in conference calls with the regulators;

- handling of issues with state and federal regulators arising from the freezing of certain escrow accounts by one of the creditors;

- surrendering of licenses for the origination entities and the preservation of the licenses held by the servicing entity;

- researching surety bond requirements for the origination and servicing entities;

- completion of an ongoing HUD investigation;

- researching servicing liquidity issues and change of control requirements;

- reviewing of purchase and sale agreements in connection with the sale of the servicing entity; and

- assisting bankruptcy counsel with the preparation and filing of the motion to return funds from the customers in the pipelines of the originating entities.

Where work was performed on individual matters that were opened prior to the filing of the petition, the Firm continued to bill directly to those matters and will continue to do so on a going forward basis.

4.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

DAVID M. SOUDERS

SWORN TO AND SUBSCRIBED before me this ___6th___ day of __February__2008.

Notary Public
My Commission Expires: __7/31/2009__

2

# EXHIBIT A

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:     DECEMBER    2007

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
01/30/2008
Account No:      98077M

|  | Fees | Expenses | Balance |
|---|---|---|---|
| 98077-046 SEC v. NJ Affordable Homes | 229.50 | 0.00 | $229.50 |
| 98077-061 Arkansas Condos | 16,565.50 | 2,287.99 | $18,853.49 |
| 98077-064 Stonex and Voit | 472.00 | 1.10 | $473.10 |
| 98077-066 Johnson v. Wheeler | 265.50 | 0.00 | $265.50 |
| 98077-067 Royal Mortgage Inc. & Presidential Appraisal, Inc. | 0.00 | 373.94 | $373.94 |
| 98077-068 First American Title Insurance Co. | 5,100.50 | 56.28 | $5,156.78 |
| 98077-072 Velazquez & Associates | 2,094.50 | 0.00 | $2,094.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
01/30/2008
Account No:    98077M

|  | Fees | Expenses | Balance |
|---|---|---|---|
| 98077-073 Sohmer | 1,117.50 | 0.00 | $1,117.50 |
| 98077-076 Spectron Valuators, Ltd. | 0.00 | 522.50 | $522.50 |
| 98077-080 Barbosa v. American Home | 51.00 | 0.00 | $51.00 |
| 98077-082 Gutierrez v. Velazquez & Associates | 0.00 | 30.72 | $30.72 |
| 98077-089 Post Petition Representation | 7,568.50 | 444.04 | $8,012.54 |
|  | 33,464.50 | 3,716.57 | $37,181.07 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    DECEMBER    2007

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
01/30/2008
Account No:    98077-046M
Statement No:    27

SEC v. NJ Affordable Homes

|  | | Rate | Hours | |
|---|---|---|---|---|
| 11/28/2007 | | | | |
| NWH | telephone call from counsel for GMAC re: GMAC's first-lien loans on two properties sold at the first sale, how to approach resolution of issue, First American's argument faulting American Home for the sale, possible stipulation re: all these matters (0.5); | 255.00 | 0.50 | 127.50 |
| 11/29/2007 | | | | |
| NWH | review motions/objections filed (.5); | 255.00 | 0.40 | 102.00 |
| | For Current Services Rendered | | 0.90 | 229.50 |
| | Total Current Work | | | 229.50 |
| | Balance Due | | | $229.50 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    DECEMBER   2007

Page: 1
01/30/2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Account No:    98077-061M
Statement No:                19

Attn: Alan Horn

Arkansas Condos

| | | Rate | Hours | |
|---|---|---|---|---|
| **11/28/2007** | | | | |
| BEA | ~~telephone conference with R. Stephens re:~~ seller concessions and adjustments to subject properties; | 405.00 | 0.90 | 364.50 |
| BEA | conference with D. Souders re: R. Stephens as rebuttal expert; | 405.00 | 0.20 | 81.00 |
| **11/29/2007** | | | | |
| NMW | telephone calls to Security Bank and Parker's Appraisal discussing responses to American Home's subpoena for documents (0.3); draft letter to all counsel discussing outstanding issues in need of resolution before settlement conference (1.3); review and analyze deposition transcript of J. Brown (1.8); revise Bates labeled documents and copy sets from Rushing Realty to ensure accuracy before production (0.9); | 245.00 | 4.30 | 1,053.50 |
| BEA | telephone conference with D. Bufford re: settlement conference, settlement demand, outstanding discovery and confidentiality under Graham Leach Bliley; | 405.00 | 0.50 | 202.50 |
| BEA | confer with N. Williams re: demand to defendants; | 405.00 | 0.20 | 81.00 |

# Weiner Brodsky Sidman Kider PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2
01/30/2008

American Home Mortgage

Account No:    98077-061M
Statement No:            19

Arkansas Condos

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **11/30/2007** |  |  |  |  |
| NMW | review documents received from Parker's Appraisal and Security Bank (0.3); recalculate damages claim in accordance with settlement conference scheduling order and distribute to all counsel (0.3); | 245.00 | 0.60 | 147.00 |
| BEA | confer with D. Souders re: need to send settlement demand in writing and to advise court with copies of letters; | 405.00 | 0.40 | 162.00 |
| BEA | draft position paper for settlement conference; | 405.00 | 0.90 | 364.50 |
| BEA | message from and to R. Stephens re: project needs; | 405.00 | 0.40 | 162.00 |
| BEA | copies of documents to D. Souders; | 405.00 | 0.20 | 81.00 |
| DMS | review discovery and documents to prepare for mediation conference (1.4); telephone conference with counsel for Brown Appraisals (0.3); draft and send settlement letter to defendants' counsel (0.9); | 420.00 | 2.60 | 1,092.00 |
| **12/02/2007** |  |  |  |  |
| DMS | review discovery responses from defendants in preparation for settlement conference (1.2); | 420.00 | 1.20 | 504.00 |
| **12/03/2007** |  |  |  |  |
| NMW | compile all relevant documents to date for settlement conference with magistrate Judge Bryant (1.1); telephone call to and correspondence to W. Allison, counsel for Vibra, discussing document requests (.5); telephone call to and correspondence to G. Ivester and A. Squires of Wilson & Associates discussing foreclosure files for units at 1380 |  |  |  |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 3
01/30/2008

American Home Mortgage

Account No: 98077-061M
Statement No: 19

Arkansas Condos

|  |  | Rate | Hours |  |
|---|---|---|---|---|
|  | Airport Road (.7); prepare and distribute documents obtained from Rushing Realty to all counsel (2.5); | 245.00 | 4.80 | 1,176.00 |
| BEA | telephone conference with attorney for Rushing re: disclosure of settlement; | 405.00 | 0.40 | 162.00 |
| BEA | receipt from expert of email; | 405.00 | 0.10 | 40.50 |
| BEA | revise and finalize outline of big events and forward to D. Souders; | 405.00 | 1.10 | 445.50 |
| DMS | telephone conference with J. Kalas and A. Parks regarding mediation (0.4); review servicing histories and payment histories sent by A. Parks (0.3); review settlement memo (0.4); | 420.00 | 1.10 | 462.00 |

**12/04/2007**

| NMW | legal research on recovery of attorney's fees for allegations of fraud (2.8); correspondence to Wilson & Associates regarding deficiencies against borrowers (0.1); review Vibra's correspondence regarding their responses to plaintiff's discovery request and draft response (0.5); draft summary of borrower account of perpetration of fraud by Thompson & Gray in preparation for settlement conference (0.2); | 245.00 | 3.60 | 882.00 |
|---|---|---|---|---|
| DMS | travel to Hot Springs Arkansas and prepare for mediation (3.5); meet with J. Kalas to discuss mediation (0.4); | 420.00 | 3.90 | 1,638.00 |

**12/05/2007**

| DMS | participate in mediation with Judge Bryant, defendant's counsel and J. Kalas (7.5); | 420.00 | 7.50 | 3,150.00 |
|---|---|---|---|---|

## WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 4
01/30/2008
Account No:    98077-061M
Statement No:    19

Arkansas Condos

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **12/06/2007** | | | | |
| BEA | confer with D. Souders re: settlement conference and strategy for remaining appraiser defendant; | 405.00 | 0.30 | 121.50 |
| BEA | emails from and to expert witness; | 405.00 | 0.20 | 81.00 |
| **12/11/2007** | | | | |
| NMW | complete objections and responses to defendant Brown's second request for production of documents (0.3); draft motion for protective order file and distribute to all parties (0.6); review for privilege, Bates label and produce documents received pursuant to subpoena from Parker's Appraisal (0.6); review for privilege, Bates label and produce documents received pursuant to subpoena from Security Bank and payment histories to date from American Home (1.2); telephone calls to borrowers for other units at 1380 Airport Road to obtain appraisal information (0.2); | 245.00 | 2.90 | 710.50 |
| DMS | draft settlement agreement for sellers (1.1); send memo to J. Kalas (0.1); | 420.00 | 1.20 | 504.00 |
| **12/12/2007** | | | | |
| NMW | telephone calls from Steve DeMott from Garland Title discussing appraisals for units not at issue in this litigation (0.1); draft correspondence to counsel for sellers discussing their outstanding discovery and settlement agreement (0.1); telephone call from clerk of Western District of Arkansas discussing protective order (0.1); | 245.00 | 0.30 | 73.50 |
| DMS | telephone conference with J. Kalas (0.2); | | | |

# Weiner Brodsky Sidman Kider PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 5
01/30/2008

American Home Mortgage

Account No:  98077-061M
Statement No:        19

Arkansas Condos

| | | Rate | Hours | |
|---|---|---|---|---|
| | review proposed revisions to settlement agreement with sellers (0.1); send to counsel for sellers (0.1); | 420.00 | 0.40 | 168.00 |
| **12/13/2007** | | | | |
| DMS | draft settlement letter to counsel for Brown Appraisal (2.5); telephone conference with J. Kalas (0.2); review discovery responses and document production from Brown Appraisal (0.4); | 420.00 | 2.10 | 882.00 |
| **12/14/2007** | | | | |
| NMW | telephone call to and correspondence to counsel for sellers regarding withdrawal of discovery requests (0.2); | 245.00 | 0.20 | 49.00 |
| DMS | telephone conference with D. Bufford, counsel for Brown Appraisals (0.5); revise and send settlement offer letter (1.7); | 420.00 | 1.20 | 504.00 |
| **12/27/2007** | | | | |
| BEA | review file for documents concerning outstanding discovery (1.5); review research folder re: Gramm Leach Bliley (.7); | 405.00 | 2.20 | 891.00 |
| DMS | revise draft settlement agreement for sellers (0.8); | 420.00 | 0.40 | 168.00 |
| **12/31/2007** | | | | |
| BEA | investigation re: expert invoice; | 405.00 | 0.40 | 162.00 |
| | For Current Services Rendered | | 46.70 | 16,565.50 |

Photocopy Expenses                        91.80
Telephone and Long Distance Charges     7.94

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 6
01/30/2008
Account No:    98077-061M
Statement No:          19

American Home Mortgage

Arkansas Condos

| | |
|---|---:|
| Express Mail/Federal Express Charges | 297.93 |
| Travel/Hotel/Air Fare/Tips | 655.36 |
| Postage Expenses | 13.35 |
| Court Reporter/Transcript Fees | 174.29 |
| Lexis/Westlaw Research | 878.57 |
| Local Counsel Fees | 168.75 |
| Total Expenses Posted Through 12/31/2007 | 2,287.99 |
| Total Current Work | 18,853.49 |
| Balance Due | $18,853.49 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    DECEMBER   2007

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
01/30/2008
Account No:    98077-064M
Statement No:             18

Stonex and Voit

|  | | Rate | Hours | |
|---|---|---|---|---|
| **12/06/2007** | | | | |
| KDT | email to local counsel querying whether court has ruled on motion to sever (0.1); | 295.00 | 0.10 | 29.50 |
| **12/13/2007** | | | | |
| KDT | review court order severing Voit and GCCI (0.1); analyze options for proceeding (0.1); telephone call to local counsel regarding implications and exposures of dismissing Voit and GCCI (0.1); email to local counsel regarding same (0.1); | 295.00 | 0.40 | 118.00 |
| **12/17/2007** | | | | |
| KDT | follow up with local counsel regarding implications of dismissing Voit/GCCI (0.1); | 295.00 | 0.10 | 29.50 |
| **12/18/2007** | | | | |
| KDT | research regarding voluntary dismissal in Iowa (0.2); email from local counsel regarding same (0.1); planning regarding dismissal without prejudice of Voit and GCCI (0.1); review correspondence with client regarding dismissing Voit and GCCI (0.1); | 295.00 | 0.50 | 147.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
01/30/2008
Account No: 98077-064M
Statement No: 18

Stonex and Voit

| | | Rate | Hours | |
|---|---|---|---|---|
| 12/20/2007<br>KDT | emails with local counsel regarding<br>requirements for voluntary dismissal (0.1); | 295.00 | 0.10 | 29.50 |
| 12/31/2007<br>KDT | review proposed dismissal of Voit/GCCI (0.1);<br>revise same (0.1); email client regarding<br>dismissal (0.1); email local counsel with<br>authority to file dismissal (0.1); | 295.00 | 0.40 | 118.00 |
| | For Current Services Rendered | | 1.60 | 472.00 |

| | |
|---|---|
| Photocopy Expenses | 1.10 |
| Total Expenses Posted Through 12/31/2007 | 1.10 |
| Total Current Work | 473.10 |

| | |
|---|---|
| Balance Due | $473.10 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    DECEMBER    2007

Page: 1
01/30/2008
American Home Mortgage                          Account No:    98077-066M
538 Broadhollow Road                            Statement No:        18
Melville NY 11747

Attn: Alan Horn

Johnson v. Wheeler

| | | Rate | Hours | |
|---|---|---|---|---|
| **12/06/2007** | | | | |
| KDT | review court order regarding settlement conference (0.1); email to client enclosing order and prior order referring case to magistrate (0.1); emails with claims counsel regarding interpretation of magistrate's order (0.1); authorize letter to magistrate indicating that American Home Mortgage will not appear at settlement conference (0.1); | 295.00 | 0.40 | 118.00 |
| **12/11/2007** | | | | |
| KDT | receipt and review of court order requiring memo as to impact of bankruptcy stay (0.2); | 295.00 | 0.20 | 59.00 |
| **12/12/2007** | | | | |
| KDT | receipt of letter from claims counsel to court (0.1); emails with claims counsel as to memo requested by court regarding effect of the bankruptcy stay on proceedings (0.1); forward letter and court orders to client with memo regarding status (0.1); | 295.00 | 0.30 | 88.50 |
| | For Current Services Rendered | | 0.90 | 265.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2
01/30/2008

American Home Mortgage

Account No:    98077-066M
Statement No:         18

Johnson v. Wheeler

Total Current Work                                          265.50

Balance Due                                              $265.50

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:   DECEMBER   2007

Page: 1
01/30/2008
Account No:   98077-067M
Statement No:   14

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Royal Mortgage Inc. & Presidential Appraisal, Inc.

| | |
|---|---|
| Local Counsel Fees | 373.94 |
| Total Expenses Posted Through 12/31/2007 | 373.94 |
| Total Current Work | 373.94 |
| Balance Due | $373.94 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    DECEMBER    2007

Page: 1
01/30/2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Account No:    98077-068M
Statement No:    13

Attn: Alan Horn

First American Title Insurance Co.

| | | Rate | Hours | |
|---|---|---|---|---|
| **11/28/2007** | | | | |
| KDT | review additional pleadings in NJAH bankruptcy (0.8); update chronology regarding same (0.6); research disposition of properties for which American Home Mortgage owns second liens (0.9); telephone call to Essex County Register of Deeds regarding same (0.1); continued drafting of settlement letter to First American (0.7); | 295.00 | 3.10 | 914.50 |
| NWH | conference with K. Thompson re: letter to client (0.2); review/revise letter to First American counsel re: title claim based on NJAH litigation (0.2); | 255.00 | 0.40 | 102.00 |
| **12/06/2007** | | | | |
| NWH | review/revise letter to opposing counsel re: false statements of fact made in First American's answer (1.1); review answer and complaint (0.9); outline points to highlight in letter re: same (0.5); | 255.00 | 2.50 | 637.50 |
| KDT | analysis of issues presented in Answer in support of objection to same (0.5); | 295.00 | 0.50 | 147.50 |

## WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2
01/30/2008

American Home Mortgage

Account No:    98077-068M
Statement No:              13

First American Title Insurance Co.

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **12/07/2007** |  |  |  |  |
| NWH | telephone call to/email from R. Hardman re: most recent appraisal/BPO on properties (1.3); | 255.00 | 1.30 | 331.50 |
| KDT | initial development of damages calculation for settlement letter (0.1); research current value of properties, current liens on properties, expenses on properties and payments made by property in aid of damages calculations (3.5); revise settlement letter to include same (0.8); develop settlement demand (0.7); review email from client regarding current BPO values of subject properties and integrate into damages calculations (0.3); review purchase contracts for properties at auction and integrate credit-bid premiums into damages calculations (0.3); | 295.00 | 5.70 | 1,681.50 |
| **12/10/2007** |  |  |  |  |
| NWH | conference with K. Thompson re: damages issue, how should be calculated; | 255.00 | 0.30 | 76.50 |
| KDT | analysis of court orders in NJAH bankruptcy (2.1); continued analysis of damages (1.2); | 295.00 | 3.30 | 973.50 |
| **12/11/2007** |  |  |  |  |
| KDT | review correspondence with client regarding ownership of loans (0.1); evaluate status of Mercado property (0.3); develop recommendations regarding next steps (0.2); | 295.00 | 0.60 | 177.00 |
| **12/31/2007** |  |  |  |  |
| KDT | review current draft of settlement letter (0.1); develop settlement options (0.1); | 295.00 | 0.20 | 59.00 |
|  | For Current Services Rendered |  | 17.90 | 5,100.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 3
01/30/2008

American Home Mortgage

Account No:    98077-068M
Statement No:    13

First American Title Insurance Co.

| | |
|---|---|
| Photocopy Expenses | 0.80 |
| Lexis/Westlaw Research | 55.48 |
| Total Expenses Posted Through 12/31/2007 | 56.28 |
| Total Current Work | 5,156.78 |
| Balance Due | $5,156.78 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

### INVOICE PERIOD:    DECEMBER  2007

Page: 1
01/30/2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Account No:    98077-072M
Statement No:    14

Attn: Alan Horn

Velazquez & Associates

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 12/06/2007 | | | | | |
| KDT | review all prior correspondence and loan files (including those produced by Cohen-Fox) in anticipation of bringing action (4.1); | | 295.00 | 4.10 | 1,209.50 |
| 12/10/2007 | | | | | |
| KDT | continued review of loan files in anticipation of bringing case (3.0); | | 295.00 | 3.00 | 885.00 |
| | For Current Services Rendered | | | 7.10 | 2,094.50 |
| | Total Current Work | | | | 2,094.50 |
| | Balance Due | | | | $2,094.50 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

### INVOICE PERIOD:    DECEMBER    2007

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Sohmer

Page: 1
01/30/2008
Account No:    98077-073M
Statement No:    12

| | | Rate | Hours | |
|---|---|---|---|---|
| **12/03/2007** | | | | |
| NWH | review emails from L. Xerras re: approach to trying to resolve claims with borrower and other lenders' responses (.3); | 255.00 | 0.30 | 76.50 |
| **12/06/2007** | | | | |
| NWH | review letters from/to Chicago Title for title claim history (.4), prepare chronology re: same (.4); | 255.00 | 0.80 | 204.00 |
| **12/12/2007** | | | | |
| NWH | review email from title company appointed counsel re: settlement, whether lenders are able/interested in making additional accommodations to borrowers in settlement (.2); | 255.00 | 0.20 | 51.00 |
| **12/17/2007** | | | | |
| NWH | review recent emails from title company appointed counsel re: status (.3); conference with D. Souders re: same (.4); draft email to client re: same, information needed from them (.6); | 255.00 | 1.30 | 331.50 |
| DMS | review correspondence from L. Xerras (0.3); | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
01/30/2008
Account No:   98077-073M
Statement No:            12

Sohmer

| | | Rate | Hours | |
|---|---|---|---|---|
| | review memo to client (0.2); | 420.00 | 0.50 | 210.00 |
| **12/20/2007** | | | | |
| NWH | review emails from/to title company appointed counsel re: status of negotiations, seeking additional time from court to negotiate with borrowers (.3); | 255.00 | 0.30 | 76.50 |
| DMS | telephone conference with L. Xerras regarding status of litigation (0.4); | 420.00 | 0.40 | 168.00 |
| | For Current Services Rendered | | 3.80 | 1,117.50 |
| | Total Current Work | | | 1,117.50 |
| | Balance Due | | | $1,117.50 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:   DECEMBER   2007

Page: 1
01/30/2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Account No:   98077-076M
Statement No:   9

Attn: Alan Horn

Spectron Valuators, Ltd.

| | |
|---|---|
| Local Counsel Fees | 522.50 |
| Total Expenses Posted Through 12/31/2007 | 522.50 |
| Total Current Work | 522.50 |
| Balance Due | $522.50 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    DECEMBER  2007

Page: 1
01/30/2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Account No:    98077-080M
Statement No:    6

Attn: Alan Horn

Barbosa v. American Home

| | | Rate | Hours | |
|---|---|---|---|---|
| 12/31/2007 | | | | |
| NWH | review court order re: status request of bankruptcy matter (.1); correspondence from local counsel re: same(.1); | 255.00 | 0.20 | 51.00 |
| | For Current Services Rendered | | 0.20 | 51.00 |
| | Total Current Work | | | 51.00 |
| | Balance Due | | | $51.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    DECEMBER    2007

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

Page: 1
01/30/2008
Account No:    98077-082M
Statement No:    10

Gutierrez v. Velazquez & Associates

| | |
|---|---|
| Express Mail/Federal Express Charges | 30.72 |
| Total Expenses Posted Through 12/31/2007 | 30.72 |
| Total Current Work | 30.72 |
| Balance Due | $30.72 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

### INVOICE PERIOD:    DECEMBER    2007

Page: 1
01/30/2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Account No:    98077-089M
Statement No:    8

Attn: Alan Horn

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| 11/28/2007 | | | | |
| BPP | telephone call from A. Bishop of Quicken re: pipeline updates (0.2); | 235.00 | 0.20 | 47.00 |
| DMS | telephone conference with C. Parker, D.C. Department of Insurance and Banking (0.4); telephone conference with J. Kalas regarding payment to D.C. (0.2); send letter to C. Parker (0.5); send memo to J. Kalas regarding New Jersey regulatory order (0.3); | 420.00 | 1.40 | 588.00 |
| 11/30/2007 | | | | |
| JDS | draft correspondence to counsel for acquirer re: licensing issues (0.7); | 395.00 | 0.70 | 276.50 |
| JDS | legal research re: liability for violations of Safeguarding Rule (0.3); | 395.00 | 0.30 | 118.50 |
| VTL | preparation of back-up for local counsel fees in WBSK's 2nd Fee Application in response to comments from USDOJ (0.5); preparation of back-up for local counsel fees in WBSK's 3rd Fee Application in response to comments from USDOJ (0.5); | 245.00 | 1.00 | 245.00 |
| MEH | research requirements for AK business license if no office/employees located in AK (0.7); telephone call to AK regulator regarding | | | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
01/30/2008
Account No:    98077-089M
Statement No:    8

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| | same (.3); | 205.00 | 1.10 | 225.50 |
| **12/03/2007** | | | | |
| BPP | correspondence from L. Sassani re: consent order (0.1); | 235.00 | 0.10 | 23.50 |
| DMS | telephone conference with J. McMann of U.S. Trustees Office regarding fee petition (0.2); telephone conference with M. Whiteman regarding fee petition (0.1); send memo to M. Whiteman regarding reduction in fee petition (0.1); review correspondence from D.C. Department of Banking regarding extension of license for American Home Mortgage Servicing (0.2); send memo to client regarding extension of servicing license (0.1); send memo to client regarding Pennsylvania cease and desist order (0.2); | 420.00 | 0.90 | 378.00 |
| **12/04/2007** | | | | |
| VTL | telephone conference with M. Whiteman regarding status of fee applications and filing of CNOs (0.2). | 245.00 | 0.20 | 49.00 |
| DMS | telephone conference with M. Whiteman regarding filing of claims and procedures (0.3); | 420.00 | 0.30 | 126.00 |
| **12/05/2007** | | | | |
| JDS | telephone call from Michigan consumer re: loan modification request (0.4); | 395.00 | 0.40 | 158.00 |
| **12/06/2007** | | | | |
| VTL | preparation of WBSK's 4th Fee Application (1.2); | 245.00 | 1.20 | 294.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 3
01/30/2008
Account No:    98077-089M
Statement No:    8

Post Petition Representation

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| **12/07/2007** | | | | | |
| | VTL | revise and supplement WBSK's 4th Fee Application (0.3); preparation of exhibits to WBSK's 4th Fee Application (0.4); review and analysis of docket for status of filing of CNOs to WBSK's 1st Fee Application (0.1); | 245.00 | 1.20 | 294.00 |
| **12/11/2007** | | | | | |
| | VTL | revise and supplement WBSK's 4th Fee Application (0.3); electronic correspondence with M. Whiteman regarding filing of WBSK's 4th Fee Application (0.1); | 245.00 | 0.40 | 98.00 |
| | DMS | review and finalize Fourth Fee Petition (0.4); | 420.00 | 0.40 | 168.00 |
| **12/12/2007** | | | | | |
| | BPP | telephone call from T. Cortese of FBI re: subpoena of loan files (0.2); | 235.00 | 0.20 | 47.00 |
| | VTL | electronic correspondence with M. Whiteman regarding filing of WBSK's 4th Fee Application (0.1); | 245.00 | 0.10 | 24.50 |
| | DMS | review outstanding regulatory actions (0.8); | 420.00 | 0.80 | 336.00 |
| **12/13/2007** | | | | | |
| | NLP | research status of licenses in various states for American Home Mortgage Corp., American Home Mortgage Acceptance Corp., and American Home Mortgage Ventures (0.7); | 150.00 | 0.70 | 105.00 |
| | DMS | review draft of revise settlement agreement with Maine regulator (0.2); send memo to client regarding revise Maine settlement (0.2); | 420.00 | 0.40 | 168.00 |
| **12/14/2007** | | | | | |
| | NLP | research status of licenses in various states | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 4
01/30/2008
Account No:   98077-089M
Statement No:            8

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
|  | for American Home Mortgage Corp., American Home Mortgage Acceptance Corp., and American Home Mortgage Ventures (2.0); meet with D. Souders and B. Perryman re: same (.5); | | 150.00 | 2.50 | 375.00 |
| BPP | meeting with D. Souders and N. Pickover re: status of license terminations (0.5); | | 235.00 | 0.50 | 117.50 |
| DMS | meet with N. Pickover and B. Perryman regarding licensing issues (0.5); | | 420.00 | 0.50 | 210.00 |
| 12/17/2007 |  | | | | |
| NLP | research status of licenses in various states for American Home Mortgage Corp., American Home Mortgage Acceptance Corp., and American Home Mortgage Ventures; meet with D. Souders and B. Perryman re: same; | | 150.00 | 0.30 | 45.00 |
| BPP | review proposed settlement agreements with Connecticut regulator (0.3); telephone conference with D. Souders, J. Kalas and D. Van Eycken re: status of license terminations (0.7); meetings with D. Souders and N. Pickover re: same (0.8); research status of regulatory action with Maine regulator and license termination (0.2); | | 235.00 | 2.00 | 470.00 |
| HJR | telephone calls to/telephone calls from CO regulator re: licensing inquiry - servicing (0.4); draft emails to CO regulator re: same (0.4); | | 245.00 | 0.80 | 196.00 |
| DMS | review status of surrender of licenses (0.5); telephone conference with J. Kalas, B. Perryman regarding status of surrender of licenses (0.5); discussions with N. Pickover and B. Perryman regarding licenses (0.3); review correspondence from M. Whiteman | | | | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 5
01/30/2008

American Home Mortgage

Account No:    98077-089M
Statement No:         8

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| | regarding Colorado and Kansas licenses (0.4); send memo to J. Kalas (0.2); | 420.00 | 1.90 | 798.00 |
| **12/18/2007** | | | | |
| BPP | prepare for telephone conference with Connecticut regulator re: adjudicative proceeding (0.1); correspondence from A. Horn re: Maine consent order (0.2); correspondence to J. Haefele re: Maine consent order (0.2); | 235.00 | 0.50 | 117.50 |
| NLP | research status of licenses in various states for American Home Mortgage Corp., American Home Mortgage Acceptance Corp., and American Home Mortgage Ventures (0.1); | 150.00 | 0.10 | 15.00 |
| JDS | correspond via email with bankruptcy counsel re: letter from CO regulator; | 395.00 | 0.40 | 158.00 |
| **12/19/2007** | | | | |
| RJA | telephone conference with J. Kalas re: servicing transfer notice; | 425.00 | 0.10 | 42.50 |
| JDS | review correspondence re: CO licensing issue (0.3); discussions with J. Kalas and bankruptcy counsel re: response to letter (0.3); draft email re: same (0.6); | 395.00 | 1.20 | 474.00 |
| DMS | telephone conference with N. Savill at Connecticut Department of Banking (0.4); review draft of consent order (0.2); send memo to client and M. Whiteman regarding proposed consent order (0.2); | 420.00 | 0.80 | 336.00 |
| **12/20/2007** | | | | |
| VTL | electronic correspondence to M. Whiteman regarding status of filing of WBSK's 4th Fee | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 6
01/30/2008

American Home Mortgage

Account No:    98077-089M
Statement No:    8

Post Petition Representation

|  | | Rate | Hours | |
|---|---|---|---|---|
| | Application (0.1); | 245.00 | 0.10 | 24.50 |
| 12/21/2007 DMS | draft and send correspondence to counsel with outstanding invoices regarding bar date for filing proof of claim (1.0); | 420.00 | 1.00 | 420.00 |
| | For Current Services Rendered | | 24.70 | 7,568.50 |

| | |
|---|---|
| Photocopy Expenses | 139.10 |
| Messenger and Local Courier Expenses | 7.88 |
| Express Mail/Federal Express Charges | 58.97 |
| Postage Expenses | 8.32 |
| Lexis/Westlaw Research | 229.77 |
| Total Expenses Posted Through 12/31/2007 | 444.04 |
| Total Current Work | 8,012.54 |
| Balance Due | $8,012.54 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    DECEMBER    2007

American Home Mortgage Servicing Inc.
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
01/30/2008
Account No:    98077M

| Previous Balance | Fees | Expenses | Payments | Balance |
|---|---|---|---|---|
| 98077-091 Jack | | | | |
| 0.00 | 8,301.50 | 0.00 | 0.00 | $8,301.50 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:       DECEMBER    2007

Page: 1
01/30/2008

American Home Mortgage Servicing Inc.                        Account No:    98077-091M
538 Broadhollow Road                                         Statement No:          2
Melville  NY  11747

Attn: Alan Horn

Jack

|  |  | Hours |
|---|---|---|
| **12/21/2007** | | |
| DMS | telephone conference with J. Kalas (0.2); telephone conference with D. Bowman (0.2); review complaint and default judgments (0.3); review subpoena for document (0.4); | 1.10 |
| SBV | legal research regarding whether suggestion of bankruptcy filing stays proceeding as to all parties (0.7); | 0.70 |
| **12/26/2007** | | |
| SBV | review complaint (1.1); review motion for entry of default for Jack matter (0.2) continue legal research whether suggestion of bankruptcy filing stays proceedings as to all parties (1.6); legal research regarding assumption of defense by party in bankruptcy (1.7); legal research regarding standard for vacating entry of default (0.9); | 5.50 |
| **12/27/2007** | | |
| DMS | legal research on trust issues and bankruptcy (1.8); review document sent by client (0.5); drafting of motion to vacate default judgment (0.8); | 2.10 |
| SBV | continue legal research regarding standard for vacating entry of default (1.5); | 1.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage Servicing Inc.

Page: 2
01/30/2008
Account No:      98077-091M
Statement No:              2

Jack

| | | Hours | |
|---|---|---|---|
| **12/28/2007** | | | |
| DMS | review complaint (0.4); research on stay issues (1.1); | 1.50 | |
| BPP | review court docket re: status of Jack case and filings by plaintiff re: default against Citibank and Deutsche Bank (0.1); legal research re: motion to set aside entry of default (2.5); legal research re: procedure to apply automatic stay to non-debtor co-defendants (1.9); legal research re: applicability of automatic stay to non-debtor co-defendants (2.8); review complaint (0.2); | 7.50 | |
| **12/31/2007** | | | |
| DMS | legal research on TILA and HOEPA issues (1.6); | 1.60 | |
| BPP | legal research re: applicability of automatic stay to Citibank and Deutsche Bank (1.8); legal research re: adversary proceeding law and practice (1.8); research re: status of case (0.2); telephone call to counsel for MERS re: holder of loan (0.2); notes to D. Souders re: additional information to investigate (0.1); draft memo and motion re: setting aside entry of default (2.8); | 6.90 | |
| | For Current Services Rendered | 28.40 | 8,301.50 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| David M. Souders | 6.30 | $420.00 | $2,646.00 |
| Sandra B. Vipond | 7.70 | 295.00 | 2,271.50 |
| Brian P. Perryman | 14.40 | 235.00 | 3,384.00 |

Total Current Work                                         8,301.50

Balance Due                                              $8,301.50

# EXHIBIT B

NEWELL & HARGRAVES
Attorneys at Law
P.O. Box 1620
Hot Springs, AR  71902


Invoice submitted to:
American Home Mortgage
c/o Mr. Bruce Alexander
1300 19th Street, N.W.
Fifth Floor
Washington D.C. 20036-1609


February 01, 2008
In Reference To:    American Home Mortgage Corp. v. Brown Appraisal Services, Inc.
                    ,et al

Invoice # 2

Professional Services

| | | Hours |
|---|---|---|
| 11/27/2007  CBN | Letter to Natasha Williams following receipt of discovery from Paradise Bay & HMI | 0.25 |
| 11/29/2007  CBN | Call from Gene Bramblett. | 0.25 |
| CBN | E-mails Gene Bramblett and Natasha Williams. | 0.25 |

| | | Hours | Amount |
|---|---|---|---|
| | For professional services rendered | 0.75 | $168.75 |
| | Previous balance | | $537.60 |
| | Balance due | | $706.35 |

Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Newell, Burt | 0.75 | 225.00 | $168.75 |

## COUGHLIN DUFFY LLP
### ATTORNEYS AT LAW
350 MOUNT KEMBLE AVENUE
P.O. BOX 1917
MORRISTOWN, NEW JERSEY 07962-1917

PHONE: (973) 267-0058
FACSIMILE: (973) 267-6442
WWW.COUGHLINDUFFY.COM

Sandy P. Vipond, Esq.
Weiner, Brodsky, Sidman & Kider
1300 19th Street, NW 5th Floor
Washington, DC  20036

Client/Matter No.: A0646-00006

Invoice # 22083

February 5, 2008

Re:  adv. Spectron Valuators, Ltd.

Fed ID: 20-0905268

For Professional services rendered in the captioned matter for the period ending  October 31, 2007

| Date | Attorney | Description | Hours | |
|------|----------|-------------|-------|---|
| 10/02/07 | DFM | Revise and review motion for judgment. | 1.40 | |
| 10/02/07 | DFM | Arrange for service and filing of same. | 0.50 | |
| | Total Fees | | 1.90 hours | $522.50 |

### Timekeeper Summary of Hours:

| | | | | |
|---|---|---|---|---|
| Daniel Markham | 1.90 | Hours @ | $275 | 522.50 |
| Total For Professional Services Rendered: | 1.90 | Hours | | $522.50 |

Total Of Invoice

$522.50

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

Weiner Brodsky Sidman Kider
Attn: Cynthia G. Swann
1300 19th Street, NW, 5th Fl.
Washington, DC 20036

November 12, 2007
Invoice No. 8359189

**(Privileged and Confidential Information)**

Matter Description: ROYAL MORTGAGE/PRESIDENTIAL APPRAISAL

Professional Services Posted
Through October 31, 2007:

352.00

Current Disbursements:

21.94

373.94



Total Balance Due                                            $373.94

**Invoice is payable on or before December 12, 2007**

Detroit   Bloomfield Hills   Ann Arbor   Lansing   Holland   Boca Raton   Palm Beach   Washington D.C.   New York

Alliance Offices   Beijing   Shanghai   Member Lex Mundi   www.butzel.com

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

Weiner Brodsky Sidman Kider
Attn: Cynthia G. Swann
1300 19th Street, NW, 5th Fl.
Washington, DC  20036

November 12, 2007
Invoice No. 8359189
Account Number: 000136455-0001

### (Privileged and Confidential Information)

Matter: ROYAL MORTGAGE/PRESIDENTIAL APPRAISAL

Remit To:

Butzel Long
Attn: Accounts Receivable
150 West Jefferson Avenue
Suite # 100
Detroit, Michigan 48226-4430

To insure proper credit, please return this remittance with your payment.

| | |
|---|---|
| Total Current Invoice | $375.94 |
| Total Balance Due | $375.94 |

Wire Transfer

Fifth Third Bank
38 Fountain Square Plaza
Cincinnati, OH 45263 (US)
Benefiting BUTZEL LONG, P.C.
Swift Code: FTBCUS3C
ABA Routing #: 042000314
Account #: 7912156036

ABA Routing Number  ACH
Credits ONLY: 072405455

Page 2
### Invoice is payable on or before December 12, 2007

For your information, the firm stores closed files for seven years, after which they are generally destroyed.

Detroit   Bloomfield Hills   Ann Arbor   Lansing   Holland   Boca Raton   Palm Beach   Washington D.C.   New York

Alliance Offices   Beijing   Shanghai   Member Lex Mundi   www.butzel.com

REMITTANCE

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

AMERICAN HOME MORTGAGE CORP.

November 12, 2007

Account Number: 000136455-0001

Invoice No. 8359189

**(Privileged and Confidential Information)**

**PROFESSIONAL SERVICES posted through October 31, 2007**

### RE: ROYAL MORTGAGE/PRESIDENTIAL APPRAISAL

| <u>Date</u> | <u>Tkpr</u> | <u>Narrative Description</u> | <u>Hours</u> |
|---|---|---|---|
| 10/01/07 | K_A | Review correspondence from N. Hunt re dismissal. | 0.10 |
| 10/03/07 | K_A | Review correspondence from N. Hunt re dismissal without prejudice (.5); communication with G. Krause re same (.5). | 0.10 |
| 10/09/07 | K_A | Review stip order for dismissal without prejudice (.2); communication with N. Hunt re same (.1). | 0.30 |
| 10/11/07 | K_A | Follow-up communication with N. Hunt re stipulated order for dismissal. | 0.10 |
| 10/15/07 | K_A | Follow-up with N. Hunt re stipulated order of dismissal. | 0.20 |
| 10/16/07 | K_A | Review final stipulated order for dismissal (.1); review correspondence re same; prepare stip order for filing (.5). | 0.80 |

**TOTAL HOURS**          1.60

Detroit   Bloomfield Hills   Ann Arbor   Lansing   Holland   Boca Raton   Palm Beach   Washington D.C.   New York

Alliance Offices   Beijing   Shanghai   Member Lex Mundi   www.butzel.com

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100  150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
www.butzel.com

AMERICAN HOME MORTGAGE CORP.

November 12, 2007

Account Number 000136455-0001

Invoice No. 8359189

### Professional Services

| Timekeeper | | | | Total |
|---|---|---|---|---|
| Kimberly H. Allen | 1.60 | hours at | $220.00 | $352.00 |
| Total Professional Services | | | | $352.00 |

### Disbursements

| Description | Total |
|---|---|
| Copies | $12.24 |
| Messenger Services | $9.70 |
| Total Disbursements | $21.94 |

| Total Professional Services | 352.00 |
|---|---|
| Total Current Invoice | 373.94 |
| Total Balance Due | $373.94 |

Page 4

Detroit  Bloomfield Hills  Ann Arbor  Lansing  Holland  Boca Raton  Palm Beach  Washington D.C.  New York
Alliance Offices  Beijing  Shanghai  Member Lex Mundi  www.butzel.com