## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al., | Case No. 07-11047 (CSS) |
| | Hearing Date: March 13, 2008 at 10:00 a.m. |
| Debtors. | Objection Deadline: March 6, 2008 |

### MOTION TO LIFT STAY

Petitioner is Gloria T. Kirk who has previously commenced a civil action against American Home Mortgage Corporation ("AHM") in the United States District Court for the Western District of Tennessee, Western Division with Civil Action No. 2:06-cvv-02603 JDB-DKV seeking recovery for wrongful discharge in violation of Tennessee Public Policy Protection Act and related law. A copy of the Amended Complaint is attached hereto as Exhibit A.

1. On October 30, 2006, AHM answered the Complaint and thereafter a Scheduling Order was entered on December 18, 2006. The trial was set for November 6, 2007. The case is ready to proceed to trial. A majority of the witnesses in the case reside in the State of Tennessee. No witnesses reside in or have any connection to the State of Delaware.

2. On August 6, 2007, AHM filed a voluntary Chapter 11 Petition. On September 3, 2007, your Petitioner requested AHM to consent to lift the automatic stay for allowing the above noted trial to proceed in the Western District of Tennessee but AHM advised Petitioner that it would not consent to the lifting of the automatic stay with this communication occurring on or about September 18, 2007.

3. The pending case in the Western District of Tennessee hereinabove noted has no connection with and will not interfere with the bankruptcy proceeding. The requested relief would result in complete resolution of the disputed issues in the wrongful discharge case against

AHM. There is no prejudice to the interests of other creditors. Lastly, there is a probability of success on the merits in the case in the Western District Court.

WHEREFORE, Petitioner requests that an Order be signed in the form attached hereto lifting the automatic stay provisions of Section 362 and permitting the hereinabove described case brought by Kirk against AHM to proceed in the United States District Court for the Western District of Tennessee, Western Division.

THE BAILEY LAW FIRM

/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR., I.D. #336
Three Mill Road, Suite 306A
Wilmington, DE  19806
(302) 658-5686
*Counsel for Petitioner*

Dated: February 12, 2008