IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al., | Case No. 07-11047 (CSS) |
| Debtors. | Hearing Date: March 13, 2008 at 10:00 a.m.<br>Objection Deadline: March 6, 2008 |

## NOTICE OF MOTION TO LIFT STAY

Petitioner, Gloria T. Kirk has filed a Motion to Lift Stay which seeks the following relief:

Relief from the automatic stay provisions with regard to Defendant, American Home Mortgage Corporation as to an action Gloria T. Kirk filed in the United States District Court for the Western District of Tennessee, Western Division with Civil Action No. 2:06-cvv-02603 JDB-DKV seeking recovery for wrongful discharge in violation of Tennessee Public Policy Protection Act and related law.

**HEARING ON THE MOTION WILL BE HELD on March 13, 2008 at 10:00 a.m.** in the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERVICE FILED ON OR BEFORE MARCH 6, 2008 AT 4:00 P.M. (EST). FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

At the same time, you must also serve a copy of the response on Petitioner's attorneys.

THE BAILEY LAW FIRM
James F. Bailey, Jr.
Three Mill Road, Suite 306A
Wilmington, DE 19806
(302) 658-5686
Email:

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purposes of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF DEMANDED BY THE MOTION WILL BE GRANTED.**

THE BAILEY LAW FIRM

/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR., I.D. #336
Three Mill Road, Suite 306A
Wilmington, DE 19806
(302) 658-5686
*Counsel for Petitioner, Gloria T. Kirk*