IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al., | : | Case No. 07-11047 (CSS) |
| | : | Hearing Date: March 13, 2008 at 10:00 a.m. |
| Debtors. | : | Objection Deadline: March 6, 2008 |

## FORM OF ORDER

The Petition having sought to vacate the automatic stay provisions in the matter so as to permit her to proceed in her civil action against American Home Mortgage Corporation in the United State District Court for the Western District of Tennessee, Western Division, Case No. 2:06-cvv-02603 JDB-DKV, and the Debtor, AHM, having had an opportunity to respond or consent and the Court having duly considered the matter;

**IT IS HEREBY ORDERED** that the automatic stay is lifted so as to permit the noted action to proceed in the United State District Court for the Western District of Tennessee.

**IT IS SO ORDERED** this _____ day of _____, 2008.

_____
U. S. Bankruptcy Court
for the District of Delaware