## CERTIFICATE OF SERVICE

I, James F. Bailey, Jr., do hereby certify that on this 13th of February, 2008, one copy of the foregoing **NOTICE OF MOTION AND MOTION TO LIFT STAY** was served via *Electronic Service* on:

**Donald J. Bowman, Jr.**
Young, Conaway, Stargatt & Taylor
1000 West Street
17th Floor
Wilmington, DE 19801

**Edward J. Kosmowski**
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899

**Edwin J. Harron**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

**Joel A. Waite**
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

**Kara Hammond Coyle**
Young Conaway Stargatt & Taylor LLP
1000 West St., 17th Floor
Brandywine Building
Wilmington, DE 19801

**Kenneth J. Enos**
Young, Conaway, Stargatt & Taylor
1000 West Street
17th Floor
Wilmington, DE 19801

**Margaret B. Whiteman**
Young, Conaway, Stargatt & Taylor
1000 West Street
17th Floor
Wilmington, DE 19801

**Matthew Barry Lunn**
Young, Conaway, Stargatt & Taylor
The Brandywine Building, 17th Floor
1000 West Street
PO Box 391
Wilmington, DE 19899

**Pauline K. Morgan**
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

**Quinn Emanuel**
Quinn Emanuel Urquhart Oliver & Hedges

**Robert S. Brady**
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

**Sharon M Zieg**
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg., 17th Floor
1000 West Street
PO Box 391
Wilmington, DE 19899

**Travis N. Turner**
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801

**Bonnie Glantz Fatell**
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**David W. Carickhoff, Jr.**
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

*U.S. Trustee*
**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

                THE BAILEY LAW FIRM


                /s/ James F. Bailey, Jr.
                JAMES F. BAILEY, JR., I.D. # 336
                Three Mill Road, Suite 306A
                Wilmington, DE  19806
                (302) 658-5686
                *Counsel for Petitioner, Gloria T. Kirk*