IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :   Jointly Administered
        Debtors.                                                         :
                                                                         :   Ref. No. 2880
------------------------------------------------------------------------ x

## CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 2880

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving and Authorizing the Settlement Agreement by and Between the Debtors and Natixis Real Estate Capital, Inc. f/k/a Ixis Real Estate Capital, Inc. (the "Motion") has been received. The Court's docket which was last updated February 13, 2008, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than February 11, 2008 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
February 13, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Sharon M. Zieg*

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Sharon M. Zieg (No. 4196)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession