IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       : Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                              :
                                                             : Jointly Administered
                                                             :
    Debtors.                                                 : Hearing Date: N/A
                                                             : Objection Deadline: N/A
------------------------------------------------------------ x

**DEBTORS' MOTION PURSUANT TO DEL. L.R. 9006-1(e) FOR AN ORDER
SHORTENING THE TIME FOR NOTICE OF DEBTORS' MOTION, PURSUANT
TO BANKRUPTCY RULE 9019 AND SECTIONS 105(a), 363(b)(1) AND 503(c)(3) OF
THE BANKRUPTCY CODE, FOR AN ORDER APPROVING AND AUTHORIZING
THIRD STIPULATION BETWEEN CERTAIN DEBTORS AND ABN AMRO BANK N.V.
REGARDING: (1) POST-PETITION ADVANCES; (2) SERVICING PAYMENTS;
AND (3) MORTGAGE LOAN REFINANCINGS**

The above-captioned debtors and debtors-in-possession (the "Debtors") hereby move (the "Motion to Shorten") this Court, pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and section 102 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), for the entry of an order shortening the time for notice of the hearing to consider Debtors' Motion, Pursuant to Bankruptcy Rule 9019, and Sections 105(a), 363(b)(1) and 503(c)(3) of the Bankruptcy Code, for an Order Approving and Authorizing Third Stipulation Between Certain Debtors and ABN Amro Bank N.V. Regarding (1) Post-Petition Advances; (2) Servicing Payments; and (3) Mortgage Loan Refinancings (the "Motion").[1] In support of the Motion to Shorten, the Debtors respectfully represent as follows:

1. Pursuant to Bankruptcy Rule 2002(a)(3), a motion to approve "a compromise or settlement of a controversy other than approval of an agreement pursuant to Rule 4001(d)

---

[1] All capitalized terms used, but not defined herein, shall have the meanings given to them in the Motion.

DB02:6575247.1                                                                    066585.1001

requires at least twenty (20) days notice by mail." Fed. R. Bankr. Proc. 2002(a)(3). Further, Local Rule 9006-1(e) provides that such period may be shortened by Order of the Court upon written motion specifying the exigencies supporting shortened notice. See, Del. Bankr. L.R. 9006-1(e).

2.    As more particularly set forth in the Motion, the Debtors and ABN AMRO Bank N.V. ("ABN") have entered into the Third Stipulation Between Certain Debtors and ABN Amro Bank N.V. Regarding (1) Post-Petition Advances; (2) Servicing Payments; and (3) Mortgage Loan Refinancings (the "Third Post-Petition Advances Stipulation"). A significant aspect of the Third Post-Petition Advances Stipulation is ABN's agreement to fund a $450,000 Bonus Pool to incentivize the Debtors' construction loan servicing group to negotiate and effectuate compromises of certain loans. The Debtors' construction loan servicing group will begin compromising such loans upon entry of an order approving the Motion. Accordingly, the Debtors and ABN seek to have the Motion approved as expeditiously as possible in order to capitalize on the currently favorable interest environment. Stated differently, both parties wish to have the Motion approved before the interest rates increase, which increase would negatively impact the estates.

3.    Based on the foregoing, the Debtors submit that cause exists to justify shortening the notice period for the hearing on approval of the relief requested in the Motion. Accordingly, the Debtors request that a hearing on the relief sought in the Motion be scheduled for February 28, 2008 at 11:00 a.m. (ET). The parties set forth in the notice section of the Motion will be served by overnight delivery or hand delivery on the date hereof. The Debtors also request that the Court establish a deadline of February 22, 2008 at 4:00 p.m. (ET) for filing responses to the Motion and require that any response be served pursuant to the notice so that it is actually received by that date and time.

WHEREFORE, the Debtors respectfully request that the Court enter an order (i) scheduling a hearing on the relief requested in the Motions for February 28, 2008 at 11:00 a.m. (ET); and (ii) requiring that any responses to the Motion be filed and served so as to be received on or before February 22, 2008 at 4:00 p.m. (ET).

Dated: Wilmington, Delaware  
February 13, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____  
James L. Patton, Jr. (No. 2202)  
Pauline K. Morgan (No. 3650)  
Sean M. Beach (No. 4070)  
Matthew B. Lunn (No. 4119)  
Kara Hammond Coyle (No. 4410)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x   Chapter 11
In re:                                                     :
                                                           :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                     :
HOLDINGS, INC., a Delaware corporation, et al.,            :   Jointly Administered
                                                           :
       Debtors.                                            :   Ref. Docket No. _____
-----------------------------------------------------------x
```

**ORDER SHORTENING THE TIME FOR NOTICE OF DEBTORS' MOTION, PURSUANT TO BANKRUPTCY RULE 9019 AND SECTIONS 105(a), 363(b)(1) AND 503(c)(3) OF THE BANKRUPTCY CODE, FOR AN ORDER APPROVING AND AUTHORIZING THIRD STIPULATION BETWEEN CERTAIN DEBTORS AND ABN AMRO BANK N.V. REGARDING: (1) POST-PETITION ADVANCES; (2) SERVICING PAYMENTS; AND (3) MORTGAGE LOAN REFINANCINGS**

Upon consideration of the motion (the "Motion to Shorten")[1] of the above captioned debtors and debtors-in-possession (the "Debtors") for entry of an order providing that the applicable notice period for the Debtors' Motion, Pursuant to Bankruptcy Rule 9019, and Sections 105(a), 363(b)(1) and 503(c)(3) of the Bankruptcy Code, for an Order Approving and Authorizing Third Stipulation Between Certain Debtors and ABN Amro Bank N.V. Regarding (1) Post-Petition Advances; (2) Servicing Payments; and (3) Mortgage Loan Refinancings (the "Motion") be shortened pursuant to Local Rule 9006-1(e) and section 102 of the Bankruptcy Code; and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

---

[1] Capitalized terms not defined herein shall have the meanings given to them in the Motion.

DB02:6575247.1                                                              066585.1001

ORDERED, that the Motion shall be heard on February 28, 2008 at 11:00 a.m. (ET); and it is further

ORDERED, that objections to the relief requested in the Motion shall be filed and served no later than 4:00 p.m. (ET) on February 22, 2008; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       February _____, 2008

                                        Christopher S. Sontchi
                                        United States Bankruptcy Judge