IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :        Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    :        Jointly Administered
    Debtors.                                        :
------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the following:

    a) Notice of Bid Deadlines and Sale, dated February 4, 2008, to which was attached the Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (I) Approving Sale Procedures; (II) Approving Expense Reimbursement; (III) Scheduling a Hearing to Consider Sale of Certain Non-Performing Loans; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief, dated February 1, 2008 [Docket No. 2858] (the "Notice"),

    b) Notice of Motion, dated December 22, 2007 to which was attached the Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Approving Payment of Expense Reimbursement; (III) Scheduling a Hearing to Consider Sale of Certain Non-Performing Loans; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of Non-Performing Loans Free and Clear of Liens, Claims, Encumbrances and Other Interests; (II) Authorizing and Approving Sale Agreement Thereto; (III) Authorizing the Distribution of the Proceeds; and (IV) Granting Related Relief, dated December 22, 2007 [Docket No. 2490] (the "Motion")

by causing true and correct copies of the Notice and Motion, enclosed securely in a separate postage prepaid envelope, to be delivered by first class mail to the parties on the annexed Exhibit A hereto on February 7, 2008 and to the parties on the annexed Exhibit B hereto on February 8, 2008.

3.        All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
11th day of February, 2008

_____
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20 10

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| A TO B REALTY | ATTN: BOB NASTASI,1500 E. HAMILTON AVENUE #105,CAMPBELL, CA 95008 |
| ACTION REAL ESTATE NETWORK | ATTN: C. TUMBARELLO,3823 N HARLEM AVENUE,CHICAGO, IL 60634 |
| ADAMS & EDENS, P.A. | 2001 CREEK COVE,P.O. BOX 400,BRANDON, MS 39043 |
| ADAMS AMI | ATTN: KELLY ADAMS,235 PEACHTREE ST NE,ATLANTA, GA 30303 |
| ADORNO & YOSS, P.A. | 2525 PONCE DE LEON BOULEVARD, SUITE 400,MIAMI, FL 33134 |
| ADVISOR REALTORS | ATTN: DOUG DANIEL,909 E MORGAN ST,MARTINSVILLE, IN 46151 |
| ALAN WEINREB PLLC | 475 SUNRISE HIGHWAY,WEST BABYLON, NY 11704 |
| ALAN WEINREB PLLC | 6800 JERICHO TPKE STE 207W,SYOSSET, NY 117914445 |
| ALLISON REALTY ASSOCIATES | ATTN: LON ALLISON,956 WALNUT STREET,RED BLUFF, CA 96080 |
| AMERICAN PROPERTIES INC. | ATTN: ROGER ERICKSON,1220 E POWELL BLVD,GRESHAM, OR 97030 |
| AUSTIN BROKERS | ATTN: WANDA WILE,3586 CANTON RD,MARIETTA, GA 30066 |
| BALCOM LAW FIRM, P.C | 8584 KATY FREEWAY, SUITE 305,WEST MEMORIAL PARK,HOUSTON, TX 77024 |
| BAYVIEW PROPERTIES | ATTN: CHRISTINE MINCHER,P.O. BOX 574,APTOS, CA 95001 |
| BLOMMER PETERMAN, S.C. | 13700 W GREENFIELD AVENUE,BROOKFIELD, WI 53005 |
| BRN CONSULTING, INC | ATTN: BRAD ROZANSKY,4650 EAST WEST HIGHWAY,METHESDA, MD 20814 |
| CARR ALLISON | BLDG 2000,  14231 SEAWAY RD, SUITE 2001,GULFPORT, MI 39503 |
| CASTLE, MEINHOLD & STAWIARSKI, LLP | 9200 E. MINERAL AVE.,SUITE 350,ENGLEWOOD, CO 80112 |
| CENTURY 21 AA CARNES INC | ATTN: MARY CARNES,382 W STATE RD,LONGWOOD, FL 32750 |
| CENTURY 21 CLASSIC HOMES | ATTN: JOSEPH FUSCO,2239 MAIN ST,GLASTONBURY, CT 06033 |
| CENTURY 21 HIGH COUNTY | ATTN: V. WICKERSHAM,28200 HIGHWAY 189,LAKE ARROWHEAD, CA 92352 |
| CENTURY 21 JOE WALKER & ASS. | ATTN: CAROL HAYNES,13961 TOLLBRIDGE WAY,PICKERINGTON, OH 43147 |
| CENTURY 21 KING REALTORS | ATTN: P. MENDOZA,4016 GRAND AVENUE, SUITE B,CHINO, CA 91710 |
| CENTURY 21 WORDEN & GREEN | ATTN: C. SANFILIPPO,256 ROUTE 56,HILLSBOROUGH, NJ 08844 |
| CHARLES K. WATTS | 8550 UNITED PLAZA BLVD,SUITE 200,BATON ROUGE, LA 70809 |
| CODILIS AND ASSOCIATES, P.C. | 15W030 N. FRONTAGE RD,SUITE 100,BURR RIDGE, IL 60527 |
| COHEN, GOLDBERG & DEUTSCH, LLC | 600 BALTIMORE AVE.,SUITE 208,TOWSON, MD 21204 |
| COLDWELL BANKER | ATTN: LINDA MILLER,100 E JEFFERSON AVE,WHITNEY, TX 76692 |
| COLDWELL BANKER REALTY PLUS | ATTN: LINDA MOTTI,1372 MOUNT VERNON AVE,MARION, OH 43302 |
| COLDWELL BANKER RESIDENTIAL REAL ESTATE | ATTN: PHYLLIS GENTILE,928 N COLLIER BLVD,MARCO ISLAND, FL 34145 |
| COLDWELL BANKER-AMERICAN WEST | ATTN: STEVE THURMAN,17571 VIERRA CANYON ROAD,SALINAS, CA 93907 |
| CONMY, FESTE, LTD. | 406 MAIN AVE., # 200,P.O. BOX 2686,FARGO, ND 58108-2686 |
| COUNSELOR REALTY | ATTN: JEFFERY CAMERON,7766 HIGHWAY 65 NE,SPRING LAKE PARK, MN 55432 |
| CRISLIP, PHILIP & ASSOCIATES | 4515 POPLAR AVENUE,SUITE 322,MEMPHIS, TN 38117 |
| CULLEN & DYKMAN | 100 QUENTIN ROOSEVELT BOULEVARD,GARDEN CITY, NY 11530 |
| DAVIS BROWN KOEHN SHORS & ROBERTS | 666 WALNUT ST., STE. 2500,THE FINANCIAL CENTER,DES MOINES, IA 50309-3989 |
| DLA PIPER US LLP | 6225 SMITH AVENUE,BALTIMORE, MD 21209 |
| EAGLE HILLS PROPERTIES | 771 EAGLE HILLS WAY,EAGLE, ID 836165211 USA |
| EQUITY VENTURES REALTY, LLC | ATTN: CAROL O'NEILL,110 N. BROCKWAY #310,PALATINE, IL 60067 |
| ERA BUCKHEAD REALTY | ATTN: DONNA BURTON,140 FOX CREEK DRIVE,WOODSTOCK, GA 30188 |
| ERA MONEYHAN RELATY, INC | ATTN: MARTHANA GREEN,4159 STATE ROAD 218,MIDDLEBURG, FL 32068 |
| ERIC H. LINDQUIST, P.C., L.L.O. | 8712 W. DODGE RD., STE. 260,OMAHA, NE 68114-3419 |
| EXIT REALTY HEARTLAND | ATTN: KIA TUALA,14810 E 42ND ST S,INDEPENDENCE, MO 64055 |
| FARR, BURKE, GAMBACORTA & WRIGHT | 1000 ATRIUM WAY ATRIUM ONE, STE. 401,BELLMAWR, NJ 08054 |
| FARRELL FRITZ, P.C. | 1320 REXCORP PLAZA,UNIONDALE, NY 11556 |
| FIRST SERVICES REALTY-GMAC | ATTN: EDDIE ROMAN,13155 SW 42ND STREET STE 200,MIAMI, FL 33175 |
| FISHER AND SHAPRIO, LLC | ATTN:  RICHARD ARONOW,4201 LAKE COOK ROAD,NORTHBROOK, IL 60062 |
| FL/REO COMPANY | ATTN: URANIA MARTIN,7710 ARBLE,JACKSONVILLE, FL 32211 |
| FLEESON GOOING COULSON & KITCH | 301 N MAIN ST STE 1900,WICHITA, KS 672024819 |
| FLORIDA HOME REALTY PROFESSIONALS | ATTN: DONNY KEY,11411 DONNEYMOOR DRIVE,RIVERVIEW, FL 33569 |

| Claim Name | Address Information |
|---|---|
| FRIEDMAN & FEIGER, L.L.P., | ATTORNEYS AT LAW,5301 SPRING VALLEY ROAD, SUITE 200,DALLAS, TX 75254 |
| GREENBERG GLUSKER | 1900 AVENUE OF THE STARS,LOS ANGELES, CA 90067 |
| GRENEN & BIRSIC, P.C. | ONE GATEWAY CENTER,NINTH FLOOR,PITTSBURGH, PA 15222 |
| GUARANTEE REAL ESTATE | ATTN: BILL PFEIF,7080 N. MAPLE AVENUE # 101,FRESNO, CA 93720 |
| HARMON LAW OFFICES, P.C. | 150 CALIFORNIA STREET,P.O. BOX 610389,NEWTON HIGHLANDS, MA 02461-0389 |
| HOLLAND & HART | 555 SEVENTH STREET, SUITE 3200,DENVER, CO 80202 |
| HOME REALTY, INC. | ATTN: MELISSA JACKSON,659 AUBURN AVE, #G-13,ATLANTA, GA 30312 |
| HUTCHENS & SENTER | 4317 RAMSEY,P.O. BOX 2505,FAYETTEVILLE, NC 28311 |
| JACKSON LEWIS LLP | 58 S. SERVICE ROAD, SUITE 410,MELVILLE, NY 11747 |
| JAMES L. AUDIFFRED | 374 MAIN ST.,P.O. BOX 1005,SACO, ME 04072-1005 |
| JEFFREY RUSSELL | ATTN: JEFFREY RUSSELL,305 S. HUDSON AVENUE STE 200,PASADENA, CA 91101 |
| JENNIFER MADISON | ATTN: JENIFER MADISON,2700 NE LOOP 410,SUITE 150,SAN ANTONIO, TX 78217 |
| JOHN COVINGTON-ROSE & WOMBLE REALTY, LLC | ATTN: JOHN COVINGTON,800 DILIGENCE DR,NEWPORT NEWS, VA 23606 |
| JOHN F. MICHAELS, CHARTERED | 4252 W 124TH TERRACE,LEAWOOD, KS 66209 |
| JOSHUA B. LOBE | 30 KIMBALL AVE STE 306,S BURLINGTON, VT 054036825 |
| JOSHUA B. LOBE | 35 KING STREET,P.O. BOX 4493,BURLINGTON, VT 05406 |
| KEITH S. SHAW & ASSOCIATES, LLC | 1160 SILAS DEANE HIGHWAY,WETHERSFIELD, CT 06109 |
| KELLER WILLIAMS REAL ESTATE | ATTN: RALPH CHIODO,2213 QUARRY DRIVE, SUITE 201,WEST LAWN, PA 19609 |
| KELLER WILLIAMS REALTY | ATTN: LISA MAXVILL,10532 CEDAR CREEK DRIVE,MANASSAS, VA 20112 |
| KELLER WILLIAMS REALTY | ATTN: CLAIRE EPSTEIN,30500 N.W. HWY #300,FIRMINGTON HILLS, MI 48334 |
| KITTY DUNES REALTY | ATTN: WAYNE STRICKLAN,PO BOX 275,KITTY HAWK, NC 27949 |
| KIVELL, RAYMENT & FRANCIS, P.C. | 7666 E. 61ST ST.,STE. 240,TULSA, OK 74133 |
| LA PROPRIETA INC. | ATTN: CECILY TIPPERY,3775 MAIN STREET #E,OAKLEY, CA 94561 |
| LAKESHORE REALTY | ATTN: BRAIN STRANGER,2510 NORTH PINES ROAD #5,SPOKANE, WA 99206 |
| LAKESHORE REALTY | ATTN: BRIAN STRANGER,2510 NORTH PINES ROAD #5,SPOKANE, WA 99206 |
| LANCASTER TOWN & COUNTRY REALTY, LLC | ATTN: DIANE PELLETIER,774 STATE ROAD 13 #1,JACKSONVILLE, FL 32259 |
| LANER MUCHIN DOMBROW | BECKER LEVING & TOMINBERG, LTD,515 NORTH STATE STREET, SUITE #2800,CHICAGO, IL 60610 |
| LAW OFFICE OF DANIEL C CONSUEGRA | 9204 KING PALM DRIVE,TAMPA, FL 33619 |
| LAW OFFICE OF DANIEL C CONSUEGRA | ATTN:  DANIEL C. CONSUEGRA,9204 KING PALM DRIVE,TAMPA, FL 33619 |
| LAW OFFICE OF DANIEL C CONSUEGRA | CORPORATE PLACE,ROYAL DANE MALL,ST. THOMAS, VI 00802 |
| LAW OFFICE OF JIM SCAVO | 907 N. ELM STREET,SUITE 100,HINSDALE, IL 60521 |
| LEU OKUDA & LEU | 900 FORT STREET,SUITE 1110,HONOLULU, HI 96813 |
| LEWIS REAL ESTATE GROUP | ATTN: DANNY LEWIS,8400 N. UNIVERSITY DRIVE #111,TAMARAC, FL 33321 |
| LONGSHORE BUCKE LONGSHORE | 2009 2ND AVE N,BIRMINGHAM, AL 35203 |
| LOREE MCDUFFIE REAL | ATTN: LOREE MCDUFFIE,317 PINEHILL DR.,MOBILE, AL 36606 |
| LORENZINI & ASSOCIATES | 1900 SPRING ROAD, SUITE 501,OAKBROOK, IL 60523 |
| MACKIE WOLF & ZIENTZ | 14180 N DALLAS PARKWAY PACIFIC,STE 660,DALLAS, TX 75254 |
| MACKOFF, KELLOGG, KIRBY & KLOSTER, P.C. | 46 W. SECOND STREET,P.O. BOX 1097,DICKINSON, ND 58602-1097 |
| MARC 1 REALTY LLC | ATTN: GRANT MOSTELLER,5961 E NC 150 HWY,MAIDEN, NC 28650 |
| MCDONALD, MCKENZIE, RUBIN, | MILLER & LYBRAND, L.L.P,1704 MAIN ST   2ND FLOOR,P.O. BOX 58,COLUMBIA, SC 29201 |
| MCEACHERN AND THORNHILL | 10 WALKER STREET,P.O. BOX 360,KITTERY, ME 03904-0360 |
| MCGRAW REALTORS | ATTN: RICHARD PIERCE,2106 SOUTH ATLANTA PLACE, SUITE B,TULSA, OK 74114 |
| METRO DESERT REALTY | PO BOX 1832,EL CENTRO, CA 922441832 USA |
| MEYBOHM REALTORS | ATTN: GREG HONEYMICH,2556 TOBACCO RD,HEPHZIBAH, GA 30815 |
| MOSS/CODILIS, LLP | 6560 GREENWOOD PLAZA BOULEVARD,SUITE 100,ENGLEWOOD, CO 80111 |
| NORMA MYERS-ERA HOLLEY & LEWIS REALTY CO | ATTN: NORMA MYERS,339 PINEY FOREST ROAD,DANVILLE, VA 24540 |
| NOTTINGHAM REALTY,LLC | ATTN: REGINA NOTTINGHAM,P.O. BOX 501078,INDIANAPOLIS, IN 46250 |

| Claim Name | Address Information |
|---|---|
| NRT NEW ENGLAND INCORPORATED | D/B/A COLDWELL BANKER,ATTN: JENNIFER L. BUEHLER,24 WASHINGTON AVENUE,NORTH HAVEN, CT 06473 |
| OBOYLE REAL ESTATE GROUP | ATTN: CRAIG OBOYLE,15 LAMBRIG WAY,COLORADO SPRINGS, CO 80906 |
| ORLANS ASSOCIATES | 2501 ROCHESTER CT.,TROY, MI 48083 |
| PARKER MILLIKEN CLARK O'HARA SAMUELIAN | 555 SOUTH FLOWER STREET, 30TH FLOOR,LOS ANGELES, CA 90071 |
| PENDERGAST & JONES, P.C. | 115 PERIMETER CENTER PLACE,STE. 1000,ATLANTA, GA 30346 |
| PHILLIPS, OLORE, DUNLAVEY & YORK, P.A. | 480 MAIN ST,P.O. BOX 1087,PRESQUE ISLE, ME 04769 |
| PROFESSIONAL REAL ESTATE SRV | ATTN: MICKI DICKINSON,29591 NUEVO RD,NUEVO, CA 92567 |
| PRUDENTIAL AMERICANA-VEGAS REO SERVICES | ATTN: JOEI LULIUCCI,871 CORONADO CENTER DR,LAS VEGAS, NV 89052 |
| PRUDENTIAL CARRUTHERS | ATTN: JERRY VAN DYKE,5025 WISCONSIN AVE NW,WASHINGTON DC, DC 20016 |
| PRUDENTIAL VANDEMARK REALTY | ATTN: LANA MOURNING,2150 N. EASTOWN RD,LIMA, OH 45807 |
| RE/MAX ASSOCIATES REALTORS | ATTN: PHIL MURPHY,1951 51ST STREET NE,CEDAR RAPIDS, IA 52402 |
| RE/MAX BEST | ATTN: MIKE CARROLL,575 SUNRISE HIGHWAY,WEST BABYLON, NY 11704 |
| RE/MAX COLONIAL | ATTN: C. BENNANI,495 MAIN STREET#B,GROTON, MA 01450 |
| RE/MAX ELITE TEAM | ATTN: BOB CADEZ,29720 RANCHO CALIFORNIA RD#3B,TEMECULA, CA 92591 |
| RE/MAX HOMEWARD BOUND | ATTN: KENNETH MYERS,37295 DETROIT RD,AVON, OH 44011 |
| RE/MAX HOMEWARD BOUND | ATTN: CAROL MCDONALD,5061 NORTH ABBE RD., SUITE #1,ELYRIA, OH 44035 |
| RE/MAX IN THE PARK | ATTN: PAUL BOOTH,9644 W 131ST ST,PALOS PARK, IL 60464 |
| RE/MAX PROPERTIES | ATTN: PAULA STEINERT,2000 WEBBER STREET,SARASOTA, FL 34239 |
| RE/MAX REALTY | ATTN: MATTHEW MCKENNY,91 N VAL VISTA DR,GILBERT, AZ 85234 |
| RE/MAX REALTY CENTER | ATTN: MICHELE GOSSETT,87 N CHURCH,WATERTOWN, WI 53098 |
| RE/MAX RESULTS | ATTN: MIKE NOVAK-SMITH,23580 SUNNYMEAD BLVD,MORENO VALLEY, CA 92553 |
| RE/MAX TEAM REO | ATTN: BILL WITT,2012 FLEET STREET,BALTIMORE, MD 21231 |
| REAL ESTATE ONE | ATTN: MICHAEL SHANNON,23756 MICHIGAN AVE,DEARBORN, MI 48124 |
| REAL ESTATE UNLIMITED | ATTN: GAYLE MCDANIEL,4692 JENNIFER CT,MONROE, GA 30656 |
| REAL LIVING, INC. | ATTN: TERRI PIRTLE,2372 LAKEVIEW DR, SUITE G,BEAVERCREEK, OH 45431 |
| REALTY EXECUTIVES | ATTN: ROSS CONCKLIN,3090 CHARLES AVE,CLEARWATER, FL 33761 |
| REALTY OF CALIFORNIA | ATTN: HELGA HESS,435 LA FONDA AVE,SANTA CRUZ, CA 95065 |
| REALTY XPERTS | ATTN: GLENN BALLARD,4406 SW 33RD ST,DES MOINES, IA 50321 |
| REED SMITH LLP | 136 MAIN STREET,PRINCETON, NJ 08543 |
| REMAX ALLIANCE | ATTN: ALI SAAD,37569 FIVE MILE ROAD,LIVONIA, MI 48154 |
| REO ASSET SERVICE | ATTN: TOM BLANCHARD,4955 S. DURANGO DR., SUITE 120,LAS VEGAS, NV 89113 |
| ROBERT J HOPP & ASSOCIATES | 999 18TH ST,STE 2101,DENVER, CO 80202 |
| ROSENTHAL AND ASSOCIATES | ATTN: CANDICE JOHNSTN,72880 FRED WARING DRIVE #B9,PALM DESERT, CA 92260 |
| ROTHBERG LOGAN & WARSCO LLP | 110 WEST BERRY STREET,SUITE 2100,FT WAYNE, IN 46802 |
| ROUTH CRABTREE, APC | (INCLUDING ALL BRANCH OFFICES,EXCLUDING NORTHWEST TRUSTEE SVCS,INC,3535 FACTORIA BLVD. SE, SUITE 200,BELLEVUE, WA 98006 |
| ROUTH CRABTREE, APC | (INCLUDING ALL BRANCH OFFICES,EXCLUDING,NORTHWEST TRUSTEE SERVICES, INC.),3535 FACTORIA BLVD. SE, SUITE 200,BELLEVUE, WA 98006 |
| ROUTH CRABTREE, APC (ALASKA) | ATTN:  RICHARD ULLSTROM,3000 A STREET, SUITE #200,ANCHORAGE, AK 99503 |
| SAMUEL I. WHITE, P.C. | 209 BUSINESS PARK DRIVE,VIRGINIA BEACH, VA 23462 |
| SANDRA KRAEGE HIGBY ATTORNEY AT LAW | 482 SOUTHBRIDGE STREET,STE 353,AUBURN, MA 01501 |
| SAYLOR REALTY,LLC | ATTN: BETTY CRAIG,320 W. MCLANE,OSCEOLA, IA 50213 |
| SHAPIRO & MEINHOLD | 105 E. MORENO,STE. 100,COLORADO SPRINGS, CO 80903 |
| SL&C PROPERTIES | ATTN: BRAIN DAUK,233 FLOWERS STREET,COSTA MESA, CA 92627 |
| SNELSON&STEVENS REALTORS | ATTN: CHERYL STEVENS,120 NILES CORTLAND ROAD,WARREN, OH 44484 |
| SOLOMON & TANENBAUM | 707 WESTCHESTER AVENUE, SUITE 205,WHITE PLAINS, NY 10604 |
| STERN, LAVINTHAL, FRANKENBERG | & NORGAARD, LLC,293 EISENHOWER PARKWAY,STE. 300,LIVINGSTON, NJ 07039 |
| STEVEN J. MELMET, INC. | 2912 S. DAIMLER ST,SANTA ANA, CA 92705 |
| SUSAN C. LITTLE & ASSOCIATES | 4501 INDIAN SCHOOL RD. NE, #101,P.O. BOX 3509,ALBUQUERQUE, NM 87190-3509 |

| Claim Name | Address Information |
|---|---|
| TEXIERA, HUNT AND LEIBERT | URB VILLA FONTANA PARK 5-HH-6,CALLE PARQUE MUNOZ RIVERA,CAROLINA, PR 00983 |
| THE REAL ESTATE OFFICE CO. | ATTN: MICHELLE DANIELS,1800 FOREST HILL BLVD,WEST PALM BEACH, FL 33406 |
| TODAY REAL ESTATE, INC. | ATTN: LAWRENCE D. GALLAGHER,1533 ROUTE 28,CENTERVILLE, MA 02632 |
| TOM BOLT & ASSOCIATES | CORPORATE PLACE,ROYAL DANE MALL,ST. THOMAS, VI 00802 |
| TREE HOUSE REALTY GROUP | ATTN: SUSAN FACTEAU,1002 GOTT,ANN ARBOR, MI 48103 |
| VARGA BERGER LEDSKY HAYES | 224 SOUTH MICHIGAN AVENUE, SUITE 350,CHICAGO, IL 60604 |
| WEICHERT, REALTORS- YATES & ASSOCIATES | ATTN: JEANETTE YATES,1046 W. BUSCH BLVD STE 300,TAMPA, FL 33612 |
| WEINER BRODSKY SIDMAN KIDER PC | 1300 NINETEENTH STREET, NW,FIFTH FLOOR,WASHINGTON, DC 20036 |
| WELTMAN, WEINBERG & REIS CO., L.P.A | 525 VINE STREET,SUITE 800,CINCINNATI, OH 45202 |
| WILFORD & GESKE ATTORNEYS AT LAW | 7650 CURRELL BOULEVARD,SUITE 300,WOODBURY, MN 55125 |
| WILSON & ASSOCIATES | 1521 MERRILL DRIVE,SUITE D-220,LITTLE ROCK, AR 72211 |
| WINDSOR INTERNATIONAL REALTY | ATTN: DANA FLINN,24 WEST WILLIAM STREET,DELAWARE, OH 43015 |
| WOODS & WOODS | P.O. BOX 193600,SAN JUAN, PR 11919-3600 |
| WOODS & WOODS | PO BOX 193600,SAN JUAN, PR 00919-3600 |
| ZEICHNER ELLMAN & KRAUSE | 575 LEXINGTON AVENUE,NEW YORK, NY 10022 |

**Total Creditor Count 158**

**EXHIBIT B**

Glasser and Glasser, P.L.C.
Bob Hardman
Crown Center
580 E. Main Street, Suite #600
Norfolk, Virginia 23510

Milliman Consultants and Actuaries
Dick Loeffler (AHM)/ Tom Hollander?
15800 Bluemound Rd    Suite 400
Brookfield, WI 53005-6069

Remax Metro Gary Hunter
Jane Larkin
225 N. State College
Anaheim, CA 92806

Cohn, Goldberg & Deutsch, LLC
Bob Hardman
600 Baltimore Ave.
Suite 208
Towson, MD 21204