IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
In re:                                                               :    Chapter 11
                                                                     :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                               :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                      :
                                                                     :    Jointly Administered
        Debtors.                                                     :
---------------------------------------------------------------------x

### CONFIDENTIAL AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.      I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.      On February 5, 2008, I caused to be served the "Notice of Bid Deadlines and Sale", dated February 4, 2008, to which was attached the "Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (I) Approving Sale Procedures; (II) Approving Expense Reimbursement; (III) Scheduling a Hearing to Consider Sale of Certain Non-Performing Loans; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief" dated February 1, 2008 [Docket No. 2858], by causing true and correct copies, enclosed securely in a separate postage prepaid envelope, to be delivered by first class mail to the parties on the annexed Exhibit A hereto and by email to the parties on the annexed Exhibit B hereto.

3.      All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
12th day of February, 2008

_____
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20 10

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| 406 PARTNERS | ATTN: MATT RUPPEL,1415 SOUTH MAIN STREET,SALT LAKE CITY, UT 84115 |
| ABN AMRO | ATTN: PETER ROESKE,55 EAST 52ND ST.,NEW YORK, NY 10055 |
| ACCESS FINANCIAL GROUP | ATTN: JON PERLET,5650 GREENWOOD PLAZA BLVD., STE 214,GREENWOOD VILLAGE, CO 80111 |
| AEGEAN MUTUAL, LLC | ATTN: ERIC HAMMAR,10 WEST 15TH ST., STE 1011,NEW YORK, NY 10011 |
| AFFILIATED FINANCIAL GROUP | ATTN: THOMAS O'HARA,5690 DTC BOULEVARD, STE 4006,ENGLEWOOD, CO 80111 |
| AFFINITY BANK | ATTN: DAVE MAHAN,625 E. SANTA CLARA STREET, STE 100,VENTURA, CA 93001 |
| AFFINITY BANK | ATTN: LAURA HERNANDEZ,625 E. SANTA CLARA ST. STE 100,VENTURA, CA 93001 |
| AFFINITY BANK | ATTN: SCOTT THOMAS,101 SOUTH CHESTNUT STREET,VENTURA, CA 93001 |
| AMERICAN HOME BANK | ATTN: A. R. MILLER,3840 HEMPLAND ROAD,MOUNTVILLE, PA 17554 |
| AMERICAN HOME BANK | ATTN: BETH BOSSART,3840 HEMPLAND BLVD,MOUNTVILLE, PA 17554 |
| AMERICAN MORTGAGE CAPITAL GROUP LLC | ATTN: STEVE THOMAS,2333 WAUKEGAN ROAD SUITE 175,BANNOCKBURN, IL 60015 |
| AMERICAN RESIDENTIAL EQUITIES | ATTN: JEFF DROTT,848 BRICKELL AVE. THE PENTHOUSE,MIAMI, FL 33131 |
| AMTRUST BANK | ATTN: KIMON ZAVERDINOS,1801 E. 9TH ST. STE. 200,CLEVELAND, OH 44114 |
| ANNALY | ATTN: RON KAZEL,1211 AVENUE OF THE AMERICAS STE. 2902,NEW YORK, NY 10036 |
| ANVAR CAPITAL MANAGEMENT INC. | ATTN: MICHAEL ANVAR,16501 VENTURA BLVD. SUITE 406,ENCINO, CA 91436 |
| ARCH BAY GROUP | ATTN: ANDY ZHU,19500 JAMBOREE ROAD,IRVINE, CA 92612 |
| ARGENT | ATTN: CHRIS STEVENS,521 5TH AVE,NEW YORK, NY 10175 |
| ASSOCIATES ASSET MANAGEMENT | ATTN: MICHELLE MOSES,895 DOVE ST., 3RD FLOOR,NEWPORT BEACH, CA 92660 |
| ASSOCIATES FINANCIAL SOLUTIONS | ATTN: TOMMY TRAN,8333 RIDGE POINT DR. STE. 150,IRVING, TX 75063 |
| BANK OF AMERICA | ATTN: LENNY WELLENIUS,100 NORTH TRYON ST., 23RD FL.,CHARLOTTE, NC 28255 |
| BANK OF AMERICA | ATTN: JOHN SCARRONE,100 NORTH TRYON ST., 23RD FL.,CHARLOTTE, NC 28255 |
| BANK OF AMERICA | ATTN: RAMON GEORGE,1201 MAIN STREET,DALLAS, TX 75202 |
| BARCLAYS | ATTN: MICHAEL DRYDEN,200 PARK AVE. 7TH FL.,NEW YORK, NY 10166 |
| BAYVIEW FINANCIAL | ATTN: JIM FRATANGELO,4425 PONCE DE LEON BLVD., 5TH FL.,CORAL GABLES, FL 33146 |
| BAYVIEW FINANCIAL | ATTN: PETER LAPOINTE,4425 PONCE DE LEON BLVD., 5TH FL.,CORAL GABLES, FL 33146 |
| BB & T | ATTN: ANDREW T. BALL,2713 FOREST HILLS RD SW,WILSON, NC 27893 |
| BEAL BANK | ATTN: MOLLY CURL,6000 LEGACY DRIVE,PLANO, TX 75024 |
| BEAR STEARNS | ATTN: STEVE CORN,383 MADISON AVE.,NEW YORK, NY 10179 |
| BELTWAY CAPITAL | ATTN: JEFF DROTT,3055 LEBANON PIKE, BUILDING II,SUITE 2201,NASHVILLE, TN 37214 |
| BERKSHIRE GROUP | ATTN: MIKE TRICKEY,330 MADISON AVENUE, 10TH FLOOR,NEW YORK, NY 10017 |
| BNP PARIBAS | ATTN: KEN CAMPBELL,499 PARK AVE.,NEW YORK, NY 10022 |
| C-BASS | ATTN: LYNNE RAPPAPORT,335 MADISON AVE.,NEW YORK, NY 10017 |
| CALCAGNO AND ASSOCIATES | ATTN: PASQUALE CALCAGNO,213 SOUTH AVENUE EAST,CRANFORD, NJ 07016 |
| CARLTON ADVISORY SERVICES | ATTN: JUSTIN PIASECKI,400 VILLIAGE SQUARE CROSSING STE. 3A,PALM BEACH GARDENS, FL 33410 |
| CCGM CORP | ATTN: CARLTON LONG,6651 DELCO AVE.,CANOGA PARK, CA 91306 |
| CENTERBRIDGE | ATTN: LANCE WEST,375 PARK AVE., 12TH FL,NEW YORK, NY 10152 |
| CENTURY BANK | ATTN: WILLIAM J. ALBANESE,1680 FRUITVILLE RD.,SARASOTA, FL 34236 |
| CHEVY CHASE BANK FSB | ATTN: BRAD SEIBEL,15 ENTERPRISE STE. 520,ALISO VIEJO, CA 92656 |
| CHEVY CHASE BANK FSB | ATTN: BRAD HARVEY,15 ENTERPRISE STE. 520,ALISO VIEJO, CA 92656 |
| CHRYSALIS CAPITAL PARTNERS | ATTN: JOHN BUCK,2929 ARCH ST.,PHILADELPHIA, PA 19104 |
| CITADEL | ATTN: YANNICK MATHIEU,131 SOUTH DEARBORN ST.,CHICAGO, IL 60603 |
| CITIGROUP | ATTN: ALLYSON COOPER,390 GREENWICH ST., 4TH FL,NEW YORK, NY 10013 |
| CITIGROUP | ATTN: ANNETTE CRADER,390 GREENWICH ST., 4TH FL,NEW YORK, NY 10013 |
| CITIGROUP | ATTN: NORM FITZGERALD,390 GREENWICH ST., 4TH FL,NEW YORK, NY 10013 |
| CITIGROUP | ATTN: BRAD BRUNTS,1000 TECHNOLOGY DRIVE,O'FALLON, MO 63368 |
| CITIGROUP | ATTN: JON HODGE,1000 TECHNOLOGY DRIVE,O'FALLON, MO 63368 |
| CITIMORTGAGE | ATTN: WILLIAM BECKMAN,1000 TECHNOLOGY DR.,O'FALLON, MO 63368 |

| Claim Name | Address Information |
|---|---|
| CITIMORTGAGE | ATTN: JAY SPENCE,316 BIG CANYON DRIVE,MT. SHASTA, CA 96067 |
| CLEARVIEW CAPITAL | ATTN: GERARD BAMBRICK,1445 EAST PUTNAM AVE.,OLD GREENWICH, CT 06870 |
| COLONIAL NATIONAL MORTGAGE, | A DIVISION OF COLONIAL SAVINGS, F.A.,ATTN: CONNIE LATIMER GAY,2626 WEST FWY,FORT WORTH, TX 76102 |
| CONSTRUCTIONLENDING.COM | ATTN: JEFFREY THORNE,P.O. BOX 5641,EL DORADO HILLS, CA 95762 |
| CONSTRUCTIONLOANS.COM | ATTN: FRANK VILLELLI,2312 AQUA HILL ROAD,FALLBROOK, CA 92028 |
| CONSTRUCTIONLOANS.COM | ATTN: JACQUES MOLYNEUX,2312 AQUA HILL ROAD,FALLBROOK, CA 92028 |
| COUNTRYWIDE | ATTN: BARRY PYLE,4500 PARK GRANADA,CALABASAS, CA 91302 |
| COUNTRYWIDE | ATTN: RAMIN AMIRI,4500 PARK GRANADA,CALABASAS, CA 91302 |
| COUNTRYWIDE | ATTN: PADDY DELEPINE,4500 PARK GRANADA,CALABASAS, CA 91302 |
| COUNTRYWIDE | ATTN: SUSAN SLOAT,4500 PARK GRANADA,CALABASAS, CA 91302 |
| COUNTRYWIDE | ATTN: TAD DAHLKE,4500 PARK GRANADA,CALABASAS, CA 91302 |
| COUNTRYWIDE BANK | ATTN: JUDITH FLUSCHE,3100 MONTICELLO AVE,DALLAS, TX 75205 |
| COUNTRYWIDE BANK | ATTN: TOM HALLOCK,6303 OWNESMOUTH OM - 150,WOODLAND HILLS, CA 91367 |
| CRAIG HOVER | 575 WEST CHANDLER BLVD. STE 220,CHANDLER, AZ 85225 |
| DE SHAW | ATTN: DANIEL MICHALOW,39TH FL., TOWER 45, 120 WEST 45TH ST.,NEW YORK, NY 10036 |
| DEUTSCHE BANK | ATTN: DAVID FONTANILLA,60 WALL STREET,NEW YORK, NY 10005 |
| DEUTSCHE BANK | ATTN: JOHN NAPOLI,60 WALL ST.,NEW YORK, NY 10005 |
| DEUTSCHE BANK | ATTN: MURIEL BRUNKEN,60 WALL ST.,NEW YORK, NY 10005 |
| DOVENMUEHLE MORTGAGE, INC. | ATTN: DAVID ALLISON,1 CORPORATE DR.,LAKE ZURICH, IL 60047 |
| DURHAM ASSET MANAGEMENT | ATTN: CHAPMAN SYME,680 5TH AVE., 22ND FL,NEW YORK, NY 10019 |
| ECC CAPITAL | ATTN: ROQUE A. SANTI,2040 MAIN STREET SUITE 800,IRVINE, CA 92614 |
| EMC MORTGAGE CORPORATION | ATTN: RAVIND KARAMSINGH,383 MADISON AVENUE,NEW YORK, NY 10179 |
| EMC MORTGAGE CORPORATION | ATTN: CHRISTOPHER BERGEN,2780 LAKE VISTA DR,LEWISVILLE, TX 75067 |
| EMC MORTGAGE CORPORATION | ATTN: DEBBIE RICH,2400 LAKE VISTA DR,LEWISVILLE, TX 75067 |
| EQUIFIN | ATTN: CHRIS VALENTINE,7 TIMES SQUARE, STE. 2106,NEW YORK, NY 10036 |
| EVERBANK | ATTN: BLAKE WILSON,8200 NATIONS WAY,JACKSONVILLE, FL 32256 |
| FAY FINANCIAL | ATTN: JANNA S. LEWIS, ESQ.,2028 N CLEVELAND AVE., SUITE A,CHICAGO, IL 60614 |
| FBR | ,1001 NINETEENTH ST. NORTH,ARLINGTON, VA 22209 |
| FELIX MENDELSON | 21918 LOMITA AVENUE,CUPERTINO, CA 95014 |
| FIDELITY NATIONAL TITLE - CDS | ATTN: HARRY WESTFALL,40 N. CENTRAL AVENUE, STE 2850,PHOENIX, AZ 85004 |
| FIRST HORIZON HOME LOAN CORPORATION | ATTN: PETER J. SCIANDRA,4000 HORIZON WAY,IRVING, TX 75063 |
| FIRST UNITED MORTGAGE | ATTN: PAUL RADZWILLOWICZ,8678 W SPRING MOUNTAIN RD., STE. 130,LAS VEGAS, NV 89117 |
| FIX FUNDING | ATTN: BRYAN FRITZ,12240 INWOOD ROAD, SUITE 405,DALLAS, TX 75244 |
| FORTRESS | ATTN: STEPHEN WARK,1345 AVENUE OF THE AMERICAS, 46TH FLOOR,NEW YORK, NY 10105 |
| FORTRESS | ATTN: PETE SMITH,1345 AVENUE OF THE AMERICAS,NEW YORK, NY 10105 |
| FORTRESS CREDIT CORP / | RESTORATION CAPITAL,ATTN: LARRY SMITH,112 BARTON RD.,STOW, MA 01775 |
| FRANKLIN CREDIT | ATTN: BOB BALSAMO,101 HUDSON ST. 25TH FL.,JERSEY CITY, NJ 07302 |
| FREEDOM MORTGAGE CORPORATION | ATTN: JANE C. KING,21 CORPORATE DR.,CLIFTON PARK, NY 12065 |
| FREEWAVE INVESTMENTS | ATTN: LEWIS KESTEN,142 TARA DR.,EAST HILLS, NY 11576 |
| FREMONT BANK | ATTN: BRADFORD L. ANDERSON,39150 FREMONT BLVD,FEMONT, CA 94538 |
| GLOBAL ASSET HOLDING CORP | ATTN: TIM CRAWFORD,11130 MAYNARD PL.,HOUSTON, TX 77064 |
| GMAC | ATTN: MIKE WOLPER,100 WITMER RD.,HORSHAM, PA 19044 |
| GMAC | ATTN: DEB SEVERSON,7501 WISCONSIN AVE., STE. 900,BETHESDA, MD 20814 |
| GMAC | ATTN: DIANE WOLD,7501 WISCONSIN AVE., STE. 900,BETHESDA, MD 20814 |
| GMAC | ATTN: RYAN JOSEPH,7501 WISCONSIN AVE., STE. 900,BETHESDA, MD 20814 |
| GMAC MORTGAGE | ATTN: JAMES HAYDEN,100 WITMAR RD,HORSHAM, PA 19044 |
| GOLDEN PROPERTIES | ATTN: TIM GOLDEN,2300 MAIN ST., STE. 900,KANSAS CITY, MO 64108 |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS | ATTN: RON TARANTINO,85 BROAD STREET,NEW YORK, NY 10004 |
| GOLDMAN SACHS | ATTN: BRIAN KELLY,85 BROAD ST.,NEW YORK, NY 10004 |
| GOLDMAN SACHS | ATTN: HOWARD ALTARESCU,85 BROAD ST.,NEW YORK, NY 10004 |
| GOLDMAN SACHS | ATTN: JIM KILMAN,85 BROAD ST.,NEW YORK, NY 10004 |
| GOLDMAN SACHS | ATTN: JULIA BALDT,85 BROAD ST.,NEW YORK, NY 10004 |
| GOLDMAN SACHS | ATTN: RONNET GLEZER,85 BROAD ST.,NEW YORK, NY 10004 |
| GREATER MORTGAGE CORP | ATTN: NAGGI ANEHIN,17 SQUADRON BLVD., STE. 316,NEW CITY, NY 10956 |
| GREENBERG TRAURIG, LLP | ATTN: DAVID Y. WOLNERMAN,200 PARK AVENUE,NEW YORK, NY 10166 |
| GREG KIRASTOULIS | 9810 RESEDA BLVD. #222,NORTHRIDGE, CA 91324 |
| GRP FINC'L SVCS (SALLIE MAE) | ATTN: CLIFF KAHAN,445 HAMILTON AVENUE, 8TH FLOOR,WHITE PLAINS, NY 10601 |
| HOME SERVICING LLC | ATTN: ROSS HURT,10525 N. OAK HILLS PARKWAY,BATON ROUGE, LA 70810 |
| HOMESTREET BANK | ATTN: JEFF TODHUNTER,2000 TWO UNION SQUARE,SEATTLE, WA 98101 |
| HSBC | ATTN: DAN WILDE,452 FIFTH AVE., 25TH FL,NEW YORK, NY 10018 |
| HSBC | ATTN: ROBERT GRECO,452 FIFTH AVE., 25TH FL,NEW YORK, NY 10018 |
| HSBC BANK USA | ATTN: EDWARD J. BAKER,2929 WALDEN AVE,DEPEW, NY 14043 |
| ICAP | ATTN: MICHAEL D. FEENEY,1100 HARBOR SIDE,FINANCIAL CENTER PLAZA 5, 12TH FL,JERSEY CITY, NJ 07311 |
| IMPAC | ATTN: DIANE KEANE,19500 JAMBOREE RD.,IRVINE, CA 92612 |
| IMPAC | ATTN: TONI ADAMS,19500 JAMBOREE RD.,IRVINE, CA 92612 |
| INDYMAC | ATTN: ROGER MCMILLAN,888 EAST WALNUT ST.,PASADENA, CA 91101 |
| INDYMAC | ATTN: ADAM CHENG,888 EAST WALNUT ST.,PASADENA, CA 91101 |
| INDYMAC | ATTN: ALEXANDER THAI,888 EAST WALNUT ST.,PASADENA, CA 91101 |
| INDYMAC | ATTN: ANDREW ROSS,888 EAST WALNUT ST.,PASADENA, CA 91101 |
| INDYMAC | ATTN: CHAU NGUYEN,888 EAST WALNUT ST.,PASADENA, CA 91101 |
| INDYMAC | ATTN: LINDA BOUR,888 EAST WALNUT ST.,PASADENA, CA 91101 |
| INDYMAC | ATTN: MARTY RICHARDSON,888 EAST WALNUT ST.,PASADENA, CA 91101 |
| INDYMAC BANK | ATTN: JOSEPH V. FIERRO,1301 AVENUE OF THE AMERICAS,NEW YORK, NY 10019 |
| INDYMAC BANK | ATTN: STEVEN B. SCHNALL,1301 AVENUE OF THE AMERICAS 7TH FLOOR,NEW YORK, NY 10019 |
| INDYMAC BANK | ATTN: DAN HOPPES,888 E. WALNUT ST.,PASADENA, CA 91101 |
| INDYMAC BANK | ATTN: JIM FRASER,888 E. WALNUT ST,PASADENA, CA 91101 |
| INDYMAC BANK | ATTN: ROGER MCMILLIAN,3300 E. GUASTI ROAD,ONTARIO, CA 91761 |
| ING DIRECT BANK | ATTN: DAVE HELBERG,11175 SANTA MONICA BLVD. 9TH FLOOR,LOS ANGELES, CA 90025 |
| INSOURCE FINANCIAL SERVICES | ATTN: DIANE LADUCA,1160 E. JERICHO TURNPIKE, SUITE 217,HUNTINGTON, NY 11743 |
| JAYMES FINANCIAL, INC. | ATTN: RON DAHLKE,13069 ST. ANDREWS COURT,WOODBRIDGE, VA 22192 |
| JEC | ATTN: JIM COHEN,5389 S. KIRKMAN RD., STE. 206,ORLANDO, FL 32819 |
| JP MORGAN | ATTN: TANYA DOOLEY,270 PARK AVENUE, 10TH FLOOR,NEW YORK, NY 10017 |
| JP MORGAN | ATTN: DONALD MAYSZAK,270 PARK AVE,NEW YORK, NY 10017 |
| JP MORGAN | ATTN: TOM TOMEO,270 PARK AVE,NEW YORK, NY 10017 |
| JP MORGAN CHASE | ATTN: WILLIAM C. BUELL,270 PARK AVENUE, 10TH FLOOR,NEW YORK, NY 10017 |
| JP MORGAN CHASE | ATTN: TODD R. CASSAN,270 PARK AVENUE, 6TH FLOOR,NEW YORK, NY 10017 |
| JP MORGAN CHASE | ATTN: AMY C. MARCUSSEN,6465 S. GREENWOOD PLAZA BLVD. STE 900,CENTENNIAL, CO 80111 |
| KEYBANK REAL ESTATE CAPITAL | ATTN: KEVIN ALEXANDER,4900 TIEDMAN RD.,CLEVELAND, OH 44144 |
| LAWRENCE MARAN | ATTN: LAWRENCE MARAN,205 WEST 89TH STREET,NEW YORK, NY 10024 |
| LEHMAN | ATTN: MARK HITTNER,745 7TH AVENUE,NEW YORK, NY 10019 |
| LEHMAN | ATTN: MIKE PETRUCELLI,745 SEVENTH AVE.,NEW YORK, NY 10019 |
| LEHMAN | ATTN: TOM LUGLIO,745 SEVENTH AVE.,NEW YORK, NY 10019 |
| M AND T BANK | ATTN: TOD EDWARDS,2270 ERIN COURT,LANCASTER, PA 17601 |
| MAR GROUP | ATTN: DAVID BRECHER,2607 NOSTRAND AVE,BROOKLYN, NY 11210 |

| Claim Name | Address Information |
|---|---|
| MARATHON | ATTN: MICHAEL O'HANLON,461 FIFTH AVE., 10TH FL,NEW YORK, NY 10017 |
| MARATHON ASSET MANAGEMENT | ATTN: JORDAN M. EPSTEIN,461 FIFTH AVENUE, 14TH FLOOR,NEW YORK, NY 10017 |
| MERRILL LYNCH | ATTN: TYLER GARROW,4 WORLD FINANCIAL CENTER,NEW YORK, NY 10080 |
| MHR FUND | ATTN: MARK ROSENBERG,40 WEST 57TH STREET, THIRTY-THIRD FLOOR,NEW YORK, NY 10019 |
| MIDAS FINANCIAL GROUP | ATTN: PAUL SLAZAS,9265 GOLDEN GATE AVE.,ORANGEVAIL, CA 95662 |
| MORGAN STANLEY | ATTN: ALVIN SARABANCHONG,1585 BROADWAY,NEW YORK, NY 10036 |
| MORGAN STANLEY | ATTN: DANIELLE HYDE,1585 BROADWAY,NEW YORK, NY 10036 |
| MORGAN STANLEY CREDIT CORP. | ATTN: KIMBERLY  FINKEL,2500 LAKE COOK ROAD, BLDG 2-GL,RIVERWOODS, IL 60015 |
| MORGAN STANLEY CREDIT CORP. | ATTN: RANDY  BOYD,2500 LAKE COOK RD. BLDG 2-GL,RIVERWOODS, IL 60015 |
| MOUNTAINVIEW CAPITAL | ATTN: CHRIS ROOKER,700 17TH ST., SUITE 1000,DENVER, CO 80202 |
| NATIONAL ASSET DIRECT | ATTN: RAY SCHALK,13500 EVENING CREEK DR. NORTH, SUITE 120,SAN DIEGO, CA 92129 |
| NATIONAL ASSET DIRECT, INC | CAPITAL MARKETS,ATTN: LOUIS A. AMAYA,8429 CORTE FRAGATA,SAN DIEGO, CA 92129 |
| NATIONAL ASSOCIATION OF RESIDENTIAL | CONSTRUCTION LENDERS,ATTN: RICK  NIRK,5445 DTC PARKWAY P-4,GREENWOOD VILLAGE, CO 80111 |
| NATIONAL CITY MORTGAGE | ATTN: ANDREW MCRILL,1900 EAST NINTH ST.,CLEVELAND, OH 44114 |
| NATIONAL CITY MORTGAGE | ATTN: MARY RIGBY,1900 EAST NINTH ST.,CLEVELAND, OH 44114 |
| NATIONAL CITY MORTGAGE COMPANY | ATTN: THEODORE  TOZER,3232 NEWMARK DR.,MIAMISBURG, OH 45342 |
| NAUTILUS CAPITAL | ATTN: JEFF WARD,211 EAST BUTLER RD, STE. A-1,MAULDIN, SC 29662 |
| NELLIS CORP. | ATTN: SUZANNE BAGHERI,6001 MONTROSE RD #600,ROCKVILLE, MD 80852 |
| NEW SOUTH FEDERAL   SAVINGS BANK | ATTN: DAVID  MEWBOURNE,1900 CRESTWOOD BLVD.,BIRMINGHAM, AL 35210 |
| NOMURA GROUP | ATTN: SUSAN BECKA,2 WORLD FINANCIAL CENTER,NEW YORK, NY 10281 |
| OCWEN FINANCIAL CORPORATION | ATTN: RODNEY MOSS,1661 WORTHINGTON ROAD, SUITE 100,WEST PALM BEACH, FL 33409 |
| ORIX | ATTN: VIVIAN GU,1717 MAIN ST., STE. 900,DALLAS, TX 75201 |
| PATRIOT NATIONAL BANK | ATTN: MARCUS N. ZAVATTARO,1177 SUMMER STREET, 2ND FLOOR,STAMFORD, CT 06975 |
| PREFERRED ASSET MANAGEMENT | ATTN: BRIAN SAFIAN,572 PEACH ST. PARKWAY STE. 102,CUMMING, GA 30041 |
| PREFERRED PORTFOLIO | ATTN: BOB LEE,100 WEST ROAD STE. 300,TOWSON, MD 21204 |
| PULTE MORTGAGE, LLC | ATTN: JEFF S. MORAN,7475 S. JOLIET ST.,ENGLEWOOD, CO 80112 |
| PYLON PROPERTY GROUP | ATTN: ARCHANA SIVADASAN,7 EAST 75TH STREET, 4THŸ FLOOR,NEW YORK, NY 10021 |
| RBS GREENWICH CAPITAL | ATTN: JAY LEVINE,600 STEAMBOAT RD.,GREENWICH, CT 06830 |
| RBS GREENWICH CAPITAL | ATTN: JOHAN EVELAND,600 STEAMBOAT RD.,GREENWICH, CT 06830 |
| RBS GREENWICH CAPITAL | ATTN: JOHN ANDERSON,600 STEAMBOAT RD.,GREENWICH, CT 06830 |
| REGIONS BANK | ATTN: WENDELL  BURKES,400 EMBASSY ROW, STE 210,ATLANTA, GA 30328 |
| REPUBLIC MORTGAGE HOME LOANS | ATTN: CARLYLE  KNUDSEN,4516 S. 700 E. #300,SALT LAKE CITY, UT 84107 |
| REPUBLIC MORTGAGE HOME LOANS | ATTN: SCOTT  LEISHMAN,4516 S. 700 E. #300,SALT LAKE CITY, UT 84107 |
| RESIDENTIAL MORTGAGE SOLUTIONS | ATTN: JACK LEVI,2800 28TH ST., STE. 102,SANTA MONICA, CA 90405 |
| RESOLUTION CAPITAL ADVISORS | ATTN: JAMES CISNEROS,1749 REGAL ROW, SUITE 120,DALLAS, TX 75234 |
| RESOLUTION CAPITAL ADVISORS | ATTN: ERIC GREEN,1750 REGAL ROW, SUITE 120,DALLAS, TX 75235 |
| RLJ ENTERPRISES | ATTN: MARK STAMM,1050 CONNECTICUT AVE. NW, 4TH FL,WASHINGTON, DC 20036 |
| SANTA CLARA VALLEY BANK | ATTN: CHARLES  ELLIOTT,901 E. MAIN STREET,SANTA PAULA, CA 93060 |
| SBC GLOBAL | ATTN: JUNE YI,5364 WALDO PLACE,LOS ANGELES, CA 90041 |
| SBC GLOBAL | ATTN: MARTY RICHARDSON,5364 WALDO PLACE,LOS ANGELES, CA 90041 |
| SCOTT-LAWRENCE | ATTN: DAVID L. STEIN,THE CHRYSLER BUILDING,405 LEXINGTON AVE., 50TH FL,NEW YORK, NY 10174 |
| SECURED ASSET MANAGEMENT LLC | ATTN: LARRY CLINE,182 W. ALLENDALE AVE,ALLENDALE, NJ 7401 |
| SELENE FINANCE | ATTN: BILL BELL,9990 RICHMOND AVE STE 100,HOUSTON, TX 77042 |
| SGI CONSTRUCTION MANAGEMENT | ATTN: KARIM NASSAB,199 S. HUDSON AVE.,PASADENA, CA 91101 |
| SHERMAN | ATTN: MASON POPE,200 MEETING ST. STE. 206,CHARLSTON, SC 29401 |
| SIGNATURE BANK | ATTN: DEBRA EANNEL,565 FIFTH AVE.,NEW YORK, NY 10017 |
| SILVERSTONE INVESTMENT GROUP, INC. | ATTN: AMIR FATHI,23679 CALABASAS RD., STE. 777,CALABASAS, CA 91302 |

| Claim Name | Address Information |
|---|---|
| SIMIO & JONES LAW | ATTN: WILL JONES,13 BADGER DR.,LIVINGSTON, NJ 07039 |
| SKADDEN | ATTN: RAY NAGUIAT,300 SOUTH GRAND AVENUE, SUITE 3500,LOS ANGELES, CA 90071 |
| SN CAPITAL MARKETS | ATTN: ROD SCHUTLER,700 17TH ST., SUITE 1000,DENVER, CO 80202 |
| SN SERVICING CORP | ATTN: JIM LANAGAN,323 5TH ST.,EUREKA, CA 95501 |
| SOUTHPAW ASSET MANAGEMENT LP | ATTN: CHRISTOPHER CHAICE,4 GREENWICH OFFICE PARK,GREENWICH, CT 06831 |
| SOVERIGN BANCORP, INC. | ATTN: BRENDAN DUGAN,1500 MARKET STREET,PHILADELPHIA, PA 19102 |
| STEEL MOUNTAIN | ATTN: REED GILLIS,3910 S. WADSWORTH BLVD., STE. 150,LAKEWOOD, CO 80227 |
| STONE PIGMAN WALTHER WITTMAN LLC | ATTN: JOSEPH L. CAVERLY,546 CARONDELET STREET,NEW ORLEANS, LA 70130-3588 |
| STRATEGIC VALUE PARTNERS, LLC | ATTN: PIERRE CHUNG,80 FIELD POINT ROAD,GREENWICH, CT 06830 |
| SUMMIT INVESTMENT MANAGEMENT | ATTN: HEATHER OLSON,1700 LINCOLN STREET, SUITE 2150,DENVER, CO 80203 |
| SUNTRUST | ATTN: JEFF BAUM,303 PEACHTREE ST. NE,ATLANTA, GA 30308 |
| SUNTRUST MORTGAGE INC. | ATTN: ANTHONY TUCK REED,901 SEMMES AVENUE,RICHMOND, VA 23224 |
| SYNOVUS MORTGAGE CORP. | ATTN: MICHAEL L. PADALINO,2204 LAKESHORE DR. STE 325,BIRMINGHAM, AL 35209 |
| TAYLOR, BEAN & WHITAKER | ATTN: LEE FARKAS,101 NE 2 STREET,OCALA, FL 34470 |
| THE SEAPORT GROUP | ATTN: EVAN KESTENBERG,1560 LENOX AVE, SUITE 301,MIAMI BEACH, FL 33139 |
| TIERONE BANK | ATTN: DAVID HARTMAN,2625 140TH STREET,OMAHA, NE 68144 |
| TOWNEBANK | ATTN: WAYNE HUMPHREYS,1312 GREENBRIER PARKWAY,CHESAPEAKE, VA 23320 |
| U.S. BANK HOME MORTGAGE | ATTN: RICHARD A. ANESHANSEL,1550 AMERICAN BLVD. E STE. 880,BLOOMINGTON, MN 55425 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN: EDWIN D. JENKINS,800 NICOLLET MALL,MINNEAPOLIS, MN 55402 |
| UBS | ATTN: RICK ANTONOFF,1540 BROADWAY,NEW YORK, NY 10036 |
| UBS | ATTN: PAM WALPOLE,299 PARK AVE.,NEW YORK, NY 10171 |
| UBS | ATTN: CHRISTINE TURNER,299 PARK AVE.,NEW YORK, NY 10171 |
| UBS | ATTN: NEIL DOOLAN,299 PARK AVE.,NEW YORK, NY 10171 |
| VARDE PARTNERS | ATTN: SEAN HUNDTOFFE,8500 NORMANDALE LAKE BLVD. SUITE1570,MINNEAPOLIS, MN 55437 |
| VISIONARY FUNDING | ATTN: JEFF JOHNSON,3535 PEACHTREE RD., STE. 520 - 125,ATLANTA, GA 30326 |
| WACHOVIA | ATTN: PHILIP ROBINSON,100 NORTH MAIN ST.,WINSTON-SALEM, NC 27150 |
| WACHOVIA | ATTN: JUSTIN ZAKOCS,301 SOUTH COLLEGE STREET,CHARLOTTE, NC 28288 |
| WASHINGTON FEDERAL | ATTN: JACK JACOBS,425 PIKE STREET,SEATTLE, WA 98101 |
| WASHINGTON MUTUAL | ATTN: CARL SAXE,1301 3RD AVE,SEATTLE, WA 98101 |
| WCRSI, LLC | ATTN: BRUCE HASKINS,17011 BEACH BLVD. #300,HUNTINGTON BEACH, CA 92647 |
| WELLS FARGO | ATTN: JOSH BALES,420 MONTGOMERY ST.,SAN FRANCISCO, CA 94104 |
| WELLS FARGO | ATTN: STACEY KRIEG,420 MONTGOMERY ST.,SAN FRANCISCO, CA 94104 |
| WELLS FARGO | ATTN: STEVEN DAY,420 MONTGOMERY ST.,SAN FRANCISCO, CA 94104 |
| WELLS FARGO | ATTN: TIMOTHY ANDREW,420 MONTGOMERY ST.,SAN FRANCISCO, CA 94104 |
| WELLS FARGO HOME MORTGAGE | ATTN: MIKE CHAPELLE,2701 WELLS FARGO WAY, MAC X9901-08T,MINNEAPOLIS, MN 55467 |
| WELLS FARGO HOME MORTGAGE | ATTN: GLENN MCCABE,2701 WELLS FARGO WAY, MAC: X9901-08T,MINNEAPOLIS, MN 55647 |
| WELLS FARGO HOME MORTGAGE | ATTN: JOHN SWAY,4475 EXECUTIVE DRIVE, 2ND FLOOR,SAN DIEGO, CA 92121 |
| WEST PARTNERS, LLC | ATTN: CHAD SANDSTEDT,6005 HIDDEN VALLEY RD., STE. 290,CARLSBAD, CA 92011 |
| WINTER GROUP | ATTN: RICH WINTER,45 ROCKEFELLER PLAZA, SUITE 420,NEW YORK, NY 10111 |

**Total Creditor Count 227**

**EXHIBIT B**

aabdullah@icpcapital.com
aagarwal@starkinvestments.com
aball@bbandt.com
achoi@fivemilecapital.com
adam.cheng@indymacbank.com
adam.d.glassner@bankofamerica.com
adam.deyoung@nationstarmail.com
Adrianne.Dicker@morganstanley.com
alamalfa@bdo.com
alexander.thai@indymacbank.com
allyson.d.cooper@citigroup.com
Alvin.Sarabanchong@morganstanley.com
amber.krupacs@vmf.com
amir.fathi@ssiginc.com
amorley@sandptrs.com
amy.c.marcussen@chase.com
Andrew.McRill@NCMC.com
andrew.ross@indymacbank.com
anish@sfg.com
annette.crader@citigroup.com
anthony.reed@suntrust.com
apinkesz@aol.com
arie.dahan@sowood.com
armiller@bankahb.com
as@pylonprop.com
astuckey@firefightersusa.com
azrimsek@att.net
barry_pyle@countrywide.com
bbalsamo@franklincredit.com
bbossart@bankahb.com
bd@faralloncapital.com
bdugan@sovereignbank.com
benk@peakcapgroup.com
benk@peakcapgroup.com
bharvey@chevychasebank.net
bhaskins@wcrsi.com
bhoughto@lehman.com
Bill.Bell@selenefinance.com
bill.poulos@americas.bnpparibas.com
blake.wilson@everbank.com
bob.magee@citadelgroup.com
brad.brunts@citi.com
bradford.anderson@fremontbank.com
Brian.Kelly@gs.com
brian.tortorella@ubs.com
brooktilley@gmail.com
bruce.kaiserman@credit-suisse.com
Bryan.Fritz@fixfunding.com
bsafian@visifi.com
bseibel@chevychasebank.net
Carl.saxe@wamu.net
cbastable@dkpartners.com
cbergen@bear.com
charles@scvbank.com
chau.nguyen@indymacbank.com
chris.ullrich@wachovia.com
Christine.Turner@UBS.com
ckahan@grpfs.com
cknudsen@repmtg.com
clong@ccgmcorp.com
cojot@ellington.com
connieg@colonialsavings.com

Craig.Avallone@ubs.com
crhover@earthlink.net
crooker@sncmllc.com
csandstedt@westpartners.com
cstevens@argenttrading.com
csyme@durhamllc.com
cvalentine@equifincapital.com
dan.hoppes@indymacbank.com
Daniel.Dufresne@citadelgroup.com
daniel.michalow@deshaw.com
daniel.posner@deshaw.com
Daniel.Wilde@us.hsbc.com
Danielle.Hyde@morganstanley.com
darren.fulco@carringtoncap.com
dave.helberg@ingdirect.com
david.allison@dmicorp.com
david.booker@us.calyon.com
david.chang@sgcib.com
david.fontanilla@db.com
david.hartman@tieronebank.com
david.pawlowski@americas.bnpparibas.com
David.Williams@pnc.com
dbrecher@fmm.com
ddoyle@harboram.com
deannel@signatureny.com
debra.severson@gmacrfc.com
Diane.Keane@impaccompanies.com
dladuca@grpfs.com
DLaDuca@insourcefs.com
dmahan@affinitybank.com
dmewborne@newsouthfederal.com
donald.j.mayszak@jpmorgan.com
dpeskin@verticallend.com
drich@bear.com
dscott@islandcitypartners.com
dstanland@newalliancebank.com
DStein@scottlawrence.com
duherek@amortgageloan.net
edward.j.baker@us.hsbc.com
edwin.jenkins@usbank.com
ehammar23@hotmail.com
ekestenberg@theseaportgroup.com
Eric.Green@rtresolutions.com
fcollins@goodhillpartners.com
FelixMendelson@aol.com
freewave@optonline.net
ftv2@constructionloans.com
gabe.sunshine@brcap.com
gbambrick@clearviewcapitalgroup.com
geraldine.acuna@brcap.com
getmoremoney@msn.com
ggraham@fortress.com
gkirastoulis17@aol.com
glenn.mccabe@wellsfargo.com
globalassetholdings@gmail.com
goldenprops@yahoo.com
hakan.beygo@wellsfargo.com
harry.westfall@fnf.com
hench.lemaistre@carringtoncap.com
holson@summit-investment.com
howard.altarescu@gs.com
jack.jacobs@washingtonfederal.com

james.fraser@imb.com
james.kilman@gs.com
James.Lieblich@dkib.com
James_Cisneros@rescapadvisors.com
jamescohensr@gmail.com
Jay.Levine@gcm.com
jay.spence@citicorp.com
jay.t.wampler@bankofamerica.com
jaymesfinancial@comcast.net
jbabb@bofasecurities.com
jbuck@ccpfund.com
jcaverly@stonepigman.com
jdrott@arenow.com
jdrott@hermitagefunding.net
Jeff.Baum@suntrustrh.com
jeff.johnson@visifi.com
jeff.moran@pulte.com
jeff.t.willoughby@bankofamerica.com
jeff.todhunter@homestreet.com
jeffrey@constructionlending.com
jepstein@marathonfund.com
jgoodman@bealbank.com
jim.fraser@indymacbank.com
JimFratangelo@bftg.com
jking@fhmc.com
jkronsberg@cyruscapital.com
jlanagan@snsc.com
jlewis@fay-financial.com
JMoment@FarallonCapital.com
joel.shook@c-bass.com
Johan.Eveland@gcm.com
John.Anderson@gcm.com
john.napoli@db.com
John.Scarrone@bankofamerica.com
john.sway@wellsfargo.com
John.Wellenius@bofasecurities.com
jon.hodge@citimortgage.com
jon@accmtg.com
jonathan.reese@tdbanknorth.com
joseph.fierro@indymacbank.com
josephc@cremac.com
Josh.D.Bales@wellsfargo.com
jpiasecki@carltongroup.com
jpm@constructionloans.com
jpr@johnranic.com
jpress@marathonfund.com
jtrenkle@rmalending.com
juanita.l.deane-warner@bankofamerica.com
judith_flusche@countrywide.com
Julia.Baldt@gs.com
julianna.spencer@db.com
junie155@yahoo.com
justin.zakocs@wachovia.com
jvannostrand@furtherlane.com
jverschleiser@bear.com
jward@nautiluscapital.com
keith.silverstein@cm.natixis.com
ken.campbell@americas.bnpparibas.com
kimberly.finkel@msdwcredit.com
knassab@sgicm.com
kplee1234@aol.com
kzavverdinos@amtrust.com

LAC@securedassetmgmt.com
lamaya@nationalassetdirect.com
lance@assetmanagementllc.com
lars.holskjaer@uk.mizuho-sc.com
levi@residentialms.com
lfarkas@taylorbean.com
lgordon@fbr.com
lhernandex@affinitybank.com
linda.bour@indymac.com
Lsmith@restorationcapital.net
lwest@centerbridge.com
Lynne.Rappaport@c-bass.com
manvar@nationwidewholesale.net
marc.flamino@gs.com
Marc.Schwartz@morganstanley.com
marensteinberg@jcrcapital.com
Mark.Odonnell@rbsgc.com
mark.sorensen@carval.com
marty.richardson@indymacbank.com
martyrichardson@sbcglobal.net
mary.rigby@ncmc.com
mcmiller@lehman.com
mcurl@bealservice.com
mhittner@lehman.com
michael.dente@gs.com
Michael.Dryden@barclayscapital.com
michael.feeney@us.icap.com
Michael.Riela@lw.com
michael.wolper@gmacm.com
michael_aneiro@freddiemac.com
michaelpadalino@synovus.com
michaely@cremac.com
mike.chapelle@wellsfargo.com
mlevine@ellington.com
mmalbari@dbzco.com
Mmaster@MasterRES.com
mmoses@associatesassetmanagement.com
mohanlon@marathonfund.com
Mortgage_Investor@att.net
mpetruce@lehman.com
mpope@sfg.com
mrosenberg@mhrfund.com
mruppel@406partners.com
mstamm@urbantrustbank.com
mstein@corusbank.com
msterling@bear.com
mtrickey@bglp.com
muriel.brunken@db.com
mwold@rfc.com
mzavattaro@pnbk.com
nancy.kolod@creditmaxteam.com
neil.doolan@ubs.com
norm.fitzgerald@citigroup.com
nyh@greatermortgage.com
ochaudhry@sandptrs.com
pamela.walpole@ubs.com
parker.douglas@abnamro.com
Patricia_Delepine@countrywide.com
paula.rosen@morganstanley.com
pcalcagno@justice.com
pchung@svpglobal.com
peter.roeske@abnamro.com

PeterLaPointe@bayviewfinancial.com
philip.robinson@wachovia.com
pradz@westcoastfinances.com
psalwin@lehman.com
pschendel@goodhillpartners.com
psciandra@firsthorizon.com
psmith@fortressinv.com
raj.m.kothari@jpmorgan.com
ramin_amiri@countrywide.com
ramon.george@bankofamerica.com
randy.appleyard@citi.com
randy.boyd@msdwcredit.com
rich.winter@thewintergrp.com
richard.aneshansel@usbank.com
richard.delgado@ocwen.com
rick.antonoff@pillsburylaw.com
Rishi_Bansal@ml.com
rkaramsingh@bear.com
rkazel@annaly.com
rldmls@aol.com
rmai@varde.com
rnaguiat@skadden.com
robert.greco@us.hsbc.com
robert.imperato@gmail.com
robert.imperato@isgn.com
rodney.moss@ocwen.com
roger.mcmillan@indymacbank.com
roger.mcmillian@indymacbank.com
ron.tarantino@gs.com
ronnet.glezer@gs.com
rossh@hsllc.net
rrieder@lehman.com;
rsanti@ecccapital.com
rschalk@nationalassetdirect.com
RSchaper@FarallonCapital.com
rschluter@SNCMLLC.com
rwnirk@narcl.org
ryan.joseph@gmacrfc.com
sami.mesrour@barclaysglobal.com
sbagheri@nelliscorp.com
sbecka@us.nomura.com
SBurse@sovereignbank.com
scorn@bear.com
serkan.erikci@wachovia.com
seth.robbins@brcap.com
sgurley@marathonfund.com
shawn.fagan@citadelgroup.com
shayan_salahuddin@fanniemae.com
shundtofte@varde.com
sleishman@repmtg.com
stacey.krieg@wellsfargo.com
Steve.Thomas@AMCGLLC.com
steven.m.day@wellsfargo.com
steven.schnall@indymacbank.com
Stevens@ApolloLP.Com
Stevens@ApolloLP.Com
sthomas@affinitybank.com
susan_lonergan@ml.com
susan_sloat@countrywide.com
swark@fortress.com
tad_dahlke@countrywide.com
tahoma14@aol.com
tanya.e.dooley@jpmchase.com
tczech@suminvest.com
tedwards@mandtbank.com
theodore.tozer@ncmc.com
thomas.elliot@wamu.net
Thomas_Dinnegan@Countrywide.Com
thomas_hallock@countrywide.com
Timothy.Andrew@wellsfargo.com
tjp@securedassetmgmt.com
tluglio@lehman.com
todd.r.cassan@jpmchase.com
tohara@afg-co.com
tom.serie@carval.com
Tom.Tomeo@jpmorgan.com
Toni.Adams@impaccompanies.com
topomaran@gmail.com
trowe@steelmc.com
ttran@associatesfinancial.com
tyler_garrow@ml.com
tyler_garrow@ml.com
Van.Cushny@morganstanley.com
vgu@orix.com
victoria.kiehl@citigroup.com
walbanese@centurybankfl.com
wayne.humphreys@townebank.com
wbrown@sandptrs.com
wendell.burks@regions.com
william.beckman@citicorp.com
william.c.buell@jpmchase.com
william.erbey@ocwen.com
wjones@simiojoneslaw.com
WolnermanD@gtlaw.com
wwachtel@yorkcapital.com
yannick.mathieu@citadelgroup.com