IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------------- x
In re:                                                                      :   Chapter 11
                                                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                      :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                             :
                                                                            :   Jointly Administered
          Debtors.                                                          :
                                                                            :   Ref. No. 2848
--------------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 2848

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Motion of the Debtors for an Order Pursuant to Bankruptcy Rule 3003(c)(3) and Local Rule 2002-1(e) Establishing a Bar Date for Filing Proofs of Claim by Construction Loan and HELOC Borrowers and Approving the Form and Manner of Notice Thereof (the "Motion") has been received.  The Court's docket which was last updated February 14, 2008, reflects that no objections to the Motion have been filed.  Objections to the Motion were to be filed and served no later than February 11, 2008 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
February 14, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sean M. Beach
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession