UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------x  Chapter 11

In re:

Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,

Jointly Administered

Debtors.

Ref. Docket No. _____

--------------------------------------------------------x

## ORDER SHORTENING THE TIME FOR NOTICE OF DEBTORS' MOTION, PURSUANT TO BANKRUPTCY RULE 9019 AND SECTIONS 105(a), 363(b)(1) AND 503(c)(3) OF THE BANKRUPTCY CODE, FOR AN ORDER APPROVING AND AUTHORIZING THIRD STIPULATION BETWEEN CERTAIN DEBTORS AND ABN AMRO BANK N.V. REGARDING: (1) POST-PETITION ADVANCES; (2) SERVICING PAYMENTS; AND (3) MORTGAGE LOAN REFINANCINGS

Upon consideration of the motion (the "Motion to Shorten")[1] of the above captioned debtors and debtors-in-possession (the "Debtors") for entry of an order providing that the applicable notice period for the Debtors' Motion, Pursuant to Bankruptcy Rule 9019, and Sections 105(a), 363(b)(1) and 503(c)(3) of the Bankruptcy Code, for an Order Approving and Authorizing Third Stipulation Between Certain Debtors and ABN Amro Bank N.V. Regarding (1) Post-Petition Advances; (2) Servicing Payments; and (3) Mortgage Loan Refinancings (the "Motion") be shortened pursuant to Local Rule 9006-1(e) and section 102 of the Bankruptcy Code; and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

---

[1] Capitalized terms not defined herein shall have the meanings given to them in the Motion.

DB02:6575247.1

066585.1001

ORDERED, that the Motion shall be heard on February 28, 2008 at 11:00 a.m. (ET); and it is further

ORDERED, that objections to the relief requested in the Motion shall be filed and served no later than 4:00 p.m. (ET) on February 25, 2008; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
February 14, 2008

Christopher S. Sontchi
United States Bankruptcy Judge