IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| American Home Mortgage Holdings, Inc., *et al.* [1] | Case No. 07-11047 (CSS) <br> (Jointly Administered) |
| Debtors. | **Objections Due By: March 6, 2008 @ 4 p.m.** <br> **Hearing Date: Only in the Event of an Objection** |

**COMBINED FOURTH AND FIFTH MONTHLY FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE <u>PERIOD OF NOVEMBER 1, 2007 THROUGH DECEMBER 31, 2007</u>**

| | |
|---|---|
| *Name of Applicant*: | Blank Rome LLP |
| *Authorized to Provide Professional Services to*: | Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* |
| *Date of Retention*: | November 28, 2007, *nunc pro tunc* to August 14, 2007 |
| *Period for which Compensation and Reimbursement is Sought*: | November 1, 2007 through December 31, 2007 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary*: | $87,619.20  (80% of $109,524.00[2]) |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $5,079.82 |

This is a:      ✓ Monthly      _____ Quarterly      _____ Final Application

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

[2] The $109,524.00 reflects a voluntary adjustment and reduction by Blank Rome with respect to its fees in the aggregate amount of $6,738.00. These reductions take into consideration excess or duplicative time.

128189.01600/21662345v.3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------
In re:

American Home Mortgage Holdings, Inc., *et al.* [1]

Debtors.

----------------------------------------------------------

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Objections Due By: March 6, 2008 @ 4 p.m.**
: **Hearing Date: Only in the Event of an Objection**

**COMBINED FOURTH AND FIFTH MONTHLY FEE APPLICATION OF
BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC.,
*ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD OF NOVEMBER 1, 2007 THROUGH DECEMBER 31, 2007**

This combined fourth and fifth monthly fee application for compensation and reimbursement of expenses (the *"Fee Application"*) is filed by Blank Rome LLP (*"Blank Rome"*) requesting payment for services rendered and reimbursement of costs expended as co-counsel for the Official Committee of Unsecured Creditors (the "*Committee*") of American Home Mortgage Holdings, Inc., *et al.* (the *"Debtors"*) for the period of November 1, 2007 through December 31, 2007 (the *"Application Period"*). In support of this Fee Application, Blank Rome respectfully states as follows:

**Jurisdiction**

1.  The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of these chapter 11 cases in is district is proper under 28 U.S.C. §§ 1408 and 1409.

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

**Background**

2. On August 6, 2007 (the *"Petition Date"*), the Debtors commenced with this Court voluntary cases (the *"Chapter 11 Cases"*) under chapter 11 of title 11 of the United States Code (the *"Bankruptcy Code"*), which Chapter 11 Cases are being jointly administered pursuant to an order of this Court. The Debtors are continuing their businesses and managing their affairs as debtors and debtors in possession.

3. On August 14, 2007, the Office of the United States Trustee for the District of Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the Official Committee of Unsecured Creditors (the *"Committee"*): Wilmington Trust Company, Bank of New York Trust Company, N.A., Deutsche Bank National Trust Co., Nomura Credit & Capital, Inc., Impac Funding Corporation, Waldners Business Environments, Inc., and United Parcel Service (Docket No. 156).

4. Hahn & Hessen LLP ("*Hahn & Hessen*") and Blank Rome were selected by the Committee to serve as co-counsel to the Committee, and BDO Seidman LLP ("*BDO*") was selected by the Committee to serve as financial advisor to the Committee.

5. On September 4, 2007, the Court entered the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the *"Administrative Order"*) (Docket No. 547).

6. On September 14, 2007, the Committee filed with the Court the Application of the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for an Order Authorizing the Committee to Retain and Employ Blank Rome LLP as Its Co-Counsel Pursuant to 11 U.S.C. Sections 328 and 1103 and Fed. R. Bankr. P. 2014 *Nunc Pro Tunc* as of August 14, 2007 (the *"Blank Rome Retention Application"*) (Docket No. 759). On

November 28, 2007, the Court entered an order approving the Blank Rome Retention Application (Docket No. 2202).

7.  Blank Rome is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings, particularly with respect to the representation of debtors and creditors' committees.

8.  Presently, the attorneys at Blank Rome having the day-to-day responsibility for representation of the Committee in the Chapter 11 Cases are Bonnie Glantz Fatell and David Carickhoff.  Blank Rome has drawn and will draw upon the knowledge and skills of other firm attorneys to provide services as the need arises.

## Relief Requested

9.  Blank Rome submits this Fee Application pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*), the Administrative Order, and Del. Bankr. LR 2016-2.  By this Fee Application, Blank Rome seeks interim allowance of compensation for actual and necessary professional services rendered in the amount of $109,524.00 for the Application Period, and seeks payment of 80% of this amount, $87,619.20, and seeks the allowance and payment of 100% of its actual and necessary expenses in the amount of $5,079.82, in accordance with the terms of the Administrative Order.

10. Blank Rome has made all reasonable efforts to avoid duplication of work with its co-counsel, Hahn & Hessen.

## Summary of Fees

11. The total number of hours expended by Blank Rome professionals and paraprofessionals in performing professional services for the Committee during the Application Period was 251.1 hours at a blended billing rate of $436.18 per hour.  The value of these services

has been computed at the rates that Blank Rome customarily charges for similar services provided other clients.

12. A detailed chronological itemization of the services rendered by each attorney and paraprofessional during the Application Period, calculated by tenths of an hour and categorized in accordance with the appropriate project code, is attached hereto as **Exhibit "A"**. Every effort has been made by Blank Rome to categorize daily time entries in accordance with the correct project code. However, in some instances, services overlap between project codes. Thus, some services may appear under more than one code, although in no instance is a specific time entry recorded more than once.

13. Specifically, the services rendered by Blank Rome to the Committee during the Application Period included the following:

(Project Code 1)    Blank Rome Fee/Employment Applications:

Blank Rome prepared and filed its combined first and second monthly fee application for the period of August 14, 2007 through September 30, 2007, its third monthly fee application for the period of October 2007, and its first interim fee application that covered both monthly periods combined. Such work required coordination between and among the Accounting Department, paralegals, and attorneys, for retrieval and review of billing statements, and drafting and revising the fee applications. Blank Rome also communicated with Hahn & Hessen regarding their retention applications and other case related matters.

**Total Hours: 38.7    Total Fees: $10,665.00**

(Project Code 2)    Other Professionals' Fee/Employment Application:

In collaboration with Hahn & Hessen, Blank Rome continued to address the issue of

4

streamlining the retention and application process with regard to the Debtors' retention of a multitude of ordinary course professionals and foreclosure professionals and, more specifically, streamlining the reimbursement process for such ordinary course professionals. Blank Rome reviewed and considered the Debtors' motions to modify the compensation guidelines to address the issue, and to amend post-closing payment to foreclosure ordinary course professionals and payment of brokers. Blank Rome reviewed and discussed with the Debtors the proposed second round payments to real estate brokers. Blank Rome also reviewed fee applications filed by numerous Debtors' professionals (including Skadden, Cadwalader, and others). Blank Rome reviewed numerous invoices and affidavits of such professionals, including Hutchens Sinter, K. Shaw, Cohen Goldberg, Stern Levanthal, Pendergast Firm, Solomon & Tannenbaum, E. Lindquist, Longshore, Farr Burke, S. Kraege Higbee, Varga, Berger, Davis Brown, and others. In addition, Blank Rome, as co-counsel, reviewed and electronically filed and served Hahn & Hessen's first, second and third monthly fee applications, a supplement to its first monthly, and its first interim fee application. Blank Rome also reviewed and electronically filed and served BDO's first monthly and its first interim fee applications.

**Total Hours: 39.7   Total Fees: $16,356.00**

(Project Code 3)   <u>Executory Contracts and Unexpired Leases</u>:

Blank Rome reviewed the order approving the Debtors' fourth motion to reject and related agreed order with Metropolitan Life Insurance. Blank Rome also reviewed the order entered approving the stipulation with Liberty Property in connection with the Debtors' second motion to reject. Further, Blank Rome reviewed and distributed the Debtors' fifth motion to reject unexpired leases and/or executory contracts.

**Total Hours: 0.3   Total Fees: $67.50**

5

(Project Code 4)    <u>Claims Analysis and Objections</u>:

Blank Rome was involved in the settlement of Taylor late filed class action claim. Blank Rome reviewed and executed related stipulation.

**Total Hours: 5.1    Total Fees: $2,385.00**

(Project Code 5)    <u>Committee Business and Meetings</u>:

As co-counsel to the Committee, Blank Rome prepared for and participated in all aspects of Committee business, including, without limitation, attendance at Committee meetings (both in-person and via teleconference), procedural matters of import to the case, and in the general provision of information regarding case status. Blank Rome also participated in meetings and teleconferences with Hahn & Hessen and BDO on a host of issues, in order to coordinate and share analyses on matters affecting the estate. In preparation for such meetings, Blank Rome reviewed meeting agendas, reports prepared by BDO, and pertinent pleadings.

**Total Hours: 19.6    Total Fees: $8,935.00**

(Project Code 6)    <u>Case Administration</u>:

The time billed to this category includes services related to general administrative and case management matters, including, but not limited to, filing pleadings, calendaring hearings, reviewing orders, reviewing the docket, and circulating pertinent pleadings. This category also includes time that otherwise would not comport with an identified project code. Blank Rome devoted a considerable amount of time monitoring and reviewing the docket, reviewing official transcripts of court hearings, retrieving and transmitting recently filed pleadings, and reviewing motions, objections, responses and orders. Blank Rome also maintained and updated a case

calendar of critical events which highlighted the deadlines and hearing dates of pertinent matters, including 341 meetings of creditors. Blank Rome subsequently prepared for and attended the 341 meeting of creditors. Further, Blank Rome was responsible for monitoring changes to the 2002 service list, and e-filing pleadings on behalf of the Committee and its professionals. In addition, during this time period, Blank Rome reviewed and analyzed the information provided in certain amended schedules filed on behalf of American Home Mortgage Corporation and each of the related debtor entities. Further, Blank Rome monitored various pleadings and notices, including the claims bar date notice, and communicated with Hahn & Hessen to discuss pertinent issues.

**Total Hours: 24.7    Total Fees: $8,362.50**

(Project Code 7)    Debtor's Business Operations:

Blank Rome communicated with Hahn & Hessen regarding the Debtors' business operations and related issues. Blank Rome also reviewed and analyzed information provided by the Debtors, including a second supplement to the Debtors' initial operating report and the Debtors' operating report for the month of August 2007. Blank Rome further communicated with BDO, regarding issues related to the Debtors' cash management and business accounts.

**Total Hours: 1.0    Total Fees: $402.50**

(Project Code 8)    Employee Benefits / General Labor:

Blank Rome, in consultation with attorneys from its Tax and ERISA group, continued to work on matters relating to the Debtors' motion for an order terminating their non-qualified deferred compensation plan and Rabbi Trust. Specifically, Blank Rome reviewed BDO's report on the KERP Plan and continued negotiations with the Debtor, and provided comments to several revisions of a proposed order terminating the Debtors' non-qualified deferred

7

compensation plan. Blank Rome further corresponded with Hahn & Hessen regarding the releases provided by deferred compensation participants. In addition, Blank Rome reviewed and communicated with Hahn & Hessen regarding the Debtors' motion for authority to make incentive payments to senior management, the related motion seeking to file portions of the exhibit to the motion under seal, and the motion to modify the non-insider employee retention plan.

**Total Hours: 2.7     Total Fees: $1,521.00**

(Project Code 10)     Financing Issues:

The time billed to this matter relates to the financing of the Debtors' business operations. As such, Blank Rome reviewed and analyzed the first interim cash collateral stipulation, and the revised budget. Blank Rome also drafted and electronically filed a certificate of counsel submitting a proposed final order regarding the limited use of cash collateral. In addition, Blank Rome reviewed and edited the Committee's stipulation with Bank of America regarding an extension of time for the Committee to conduct an investigation. Blank Rome also reviewed the Debtors' motion for authorization for certain individuals to obtain limited recourse debtor-in-possession financing and related interim order. Finally, Blank Rome consulted with co-counsel Hahn & Hessen regarding the funding of construction loans and related teleconferences with the Debtors' financial advisors.

**Total Hours: 2.3     Total Fees: $892.50**

(Project Code 12)     Sale of Assets/Asset Purchase Agreement:

The time billed to this matter relates to the sale of the Debtors' assets and includes negotiations in connection with the same. Blank Rome communicated with Hahn & Hessen and

8

the Debtors, reviewed and analyzed pleadings, and, on behalf of the Committee, negotiated various changes to asset purchase agreements and settlement agreements.

During the Application Period, Blank Rome reviewed and analyzed the documents concerning the Debtors' sale of the construction loan business, including the settlement agreement between EMC and Bear Stearns, as well as the stipulation regarding the ABN AMRO accounts. Blank Rome spent a considerable amount of time reviewing and negotiating changes to the proposed sale of the Debtors' servicing business. Blank Rome also heavily communicated, by teleconference and e-mail, with the Debtors' counsel, Hahn & Hessen, and BDO regarding interested purchasers of the thrift bank, the retention of special counsel to conduct the sale, and other matters of importance to the sale. Finally, Blank Rome participated in conference calls with the Committee, to discuss and advise of the status of the proposed sales.

Further, Blank Rome spent time reviewing and monitoring additional pleadings, including the Debtors' objections to cure claims, and orders related to sale procedures for miscellaneous assets and loans owned by non-debtor subsidiaries.

**Total Hours: 14.7     Total Fees: $8,245.50**

(Project Code 13)     Stay Relief Issues:

The time billed to this matter relates to stay relief issues. Blank Rome reviewed and analyzed motions for stay relief and adequate protection motions filed by various entities, including Bank of America, CIFG, Assured Guaranty and FNC. Blank Rome further reviewed related foreclosure notices. Blank Rome also reviewed the Debtors' motion for stay relief with respect to HELOC servicing, and the related assured guaranty compensation stay relief motion. Moreover, Blank Rome prepared, electronically filed and served a joinder on behalf of the Committee with respect to UBS Real Estate Securities' motion for stay relief pending appeal.

9

Finally, Blank Rome prepared for and attending a hearing, on behalf of the Committee, on Bank of America's motion to shorten notice of its stay relief motion.

**Total Hours: 4.8        Total Fees: $1,998.50**

(Project Code 17)        <u>Hearings - Attendance / Preparation</u>:

The time billed to this matter relates to the attendance at hearings and related proceedings and includes time spent in preparation for the same. Typically, time billed to this matter involves hearings on multiple matters that cannot be segregated efficiently. Blank Rome spent a considerable amount of time preparing for and attending omnibus hearings, by reviewing the agenda and related pleadings. Specifically, Blank Rome prepared for the hearings that took place on November 14, 2007, November 21, 2007, November 28, 2007, December 12, 2007, and December 21, 2007, by reviewing the amended agendas, the pleadings related to the various matters going forward. Further, Blank Rome attended the pretrial conferences and hearings held in connection with certain of the adversary proceedings (including the Credit Suisse and Calyon New York matters).

**Total Hours: 23.3        Total Fees: $10,593.00**

(Project Code 21)        <u>Adversary Litigation</u>

The time billed to this matter relates to adversary litigation filed against and by the Debtors, and Blank Rome's review and monitoring of such proceedings, pleadings, settlement stipulations, and other issues pertinent to the Committees' interests.

Blank Rome spent a considerable amount of time on the adversary proceeding initiated by CSFB, Bear Stearns/EMC and Calyon. Blank Rome corresponded with the Debtors' counsel regarding matters related to the settlement with Bear Stearns and EMC, and reviewed the motion

10

and order to approve such settlement agreement.  Blank Rome, in coordination with Hahn & Hessen and the Debtors,' participated in unsuccessful attempts to settle various issues with CSFB and Calyon.  In preparation for the trial, Blank Rome reviewed related pleadings and documents, including motions in limine, various parties' pre-trial statements, and amicus briefs.  Blank Rome also participated in pretrial conferences and litigation regarding expert witnesses and the motions in limine.  During the trial which lasted several days, Blank Rome continued to strategize with Hahn & Hessen as it continued to represent the Committee's interests.  Blank Rome played an integral role in the resulting settlement with CSFB, including reviewing and revising the settlement term sheet and its amended versions, and related motion for approval and proposed order.  Blank Rome also reviewed and analyzed subsequently filed briefs in the Calyon recharacterization litigation.

Blank Rome further reviewed and monitored the adversary complaint filed by the Debtors against Lehman Brothers, as well as subsequent pleadings, including Lehman Brother's motion to dismiss and related briefs.

Finally, Blank Rome tracked the status of the Triad litigation, by reviewing pertinent pleadings and reports.

**Total Hours: 74.2     Total Fees: $39,100.00**

**Actual and Necessary Costs and Expenses Incurred**

14.     Reimbursement of expenses in the amount of $5,079.82 is sought herein.  A categorized summary of the actual and necessary costs and expenses incurred by Blank Rome during the Application Period, and an itemization of each expense within each category, is attached as **Exhibit "B"**.  Blank Rome reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period,

11

as such expenses may not have been captured to date in Blank Rome's billing system.

**Compliance with the Bankruptcy Code, the Bankruptcy Rules and Local Rules**

15. In accordance with Del. Bankr. LR 2016-2, a summary schedule of hours and fees for each attorney and paraprofessional, and a summary of hours and fees categorized by project code follow the cover sheet to this Fee Application. The undersigned submits that this Fee Application complies with Del. Bankr. LR 2016-2.

16. Blank Rome submits that the services rendered and expenses incurred were actual and necessary and that the compensation sought is reasonable and in accordance with the standards of section 330 of the Bankruptcy Code.

17. No agreement or understanding exists between Blank Rome and any other entity (other than members or employees of Blank Rome) for the sharing of compensation received or to be received for services rendered in or in connection with the Chapter 11 Cases.

**Notice**

18. As required by the Administrative Order, a copy of this Fee Application has been served upon: (a) the Debtors; (b) Debtors' Counsel; (c) the Office of the United States Trustee; and (d) counsel to the DIP Lender. Notice of this Fee Application was served upon all parties requesting notice pursuant to Bankruptcy Rule 2002.

128189.01600/21662345v.3

WHEREFORE, Blank Rome respectfully requests an award of compensation for professional services rendered as co-counsel to the Committee during the Application Period in the sum of $87,619.20 (80% of $109,524.00[2]), together with the reimbursement of disbursements in the amount of $5,079.82; and such other and further relief that the Court deems just and proper.

Dated: February 15, 2008

BLANK ROME LLP

*/s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:     (302) 425-6464

*Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage, Inc., et al.*

---

[2]   The $109,524.00 reflects a voluntary adjustment and reduction by Blank Rome with respect to its fees in the aggregate amount of $6,738.00. These reductions take into consideration excess or duplicative time.