AMERICAN HOME MORTGAGE COMPANY
PROFESSIONAL BACKGROUND
NOVEMBER 1 - DECEMBER 31, 2007

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Bachman, A. | Partner Since 1983, Member of PA Bar Since 1972 Area of Expertise - Employment, Benefits and Labor | $635.00 | 0.30 | $190.50 |
| Eckstein, A. | Partner Since 2001, Member of NY Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Business Restructuring and Bankruptcy | $615.00 | 17.60 | $10,824.00 |
| Fatell, B. | Partner Since 2000, Member of PA Bar Since 1981, Member of DE Bar Since 1999, Area of Expertise - Business Restructuring and Bankruptcy | $600.00 | 97.30 | $58,380.00 |
| Storero, J. | Partner Since 1999, Member of PA Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Public Companies and Capital Formation | $580.00 | 2.10 | $1,218.00 |
| Kelbon, R. | Partner Since 1995, Member of NJ Bar Since 1986, Member of PA Bar Since 1985, Area of Expertise - Business Restructuring and Bankruptcy | $550.00 | 0.20 | $110.00 |
| DeBaecke, M. | Partner Since 2001, Member of DE Since 1993, Member of PA Since 1994, Area of Expertise - Business Restructuring and Bankruptcy | $450.00 | 0.10 | $45.00 |
| Baumgarten, I. | Associate Since 2006, Member of NJ Bar Since 2003, Member of NY Bar Since 2002, Area of Expertise - Financial Services/Real Estate | $450.00 | 27.50 | $12,375.00 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $420.00 | 7.20 | $3,024.00 |
| Staib, J. | Associate Since 2002, Member of DE Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $385.00 | 2.00 | $770.00 |
| Vonngtama, M. | Associate Since 2006, Member of IL Bar Since 2003, Area of Expertise - Business Restructuring and Bankruptcy | $345.00 | 7.00 | $2,415.00 |
| Oestreich, E. | Associate Since 2007, Member of PA Bar Since 2006, Member of NJ Bar Since 2006, Member of DE Bar Since 2007, Area of Expertise - General Litigation | $245.00 | 3.20 | $784.00 |
| Taylor-Kamara, I. | Paralegal | $260.00 | 2.60 | $676.00 |
| Braithwaite, K. | Paralegal | $250.00 | 0.10 | $25.00 |
| Senese, K. | Paralegal | $225.00 | 76.30 | $17,167.50 |
| Moody, T. | Paralegal | $200.00 | 7.60 | $1,520.00 |
| Grand Total: | | | 251.10 | $109,524.00 |
| Blended Rate: | | | | 436.18 |

## AMERICAN HOME MORTGAGE COMPANY
## PROJECT CODE SUMMARY
## NOVEMBER 1 - DECEMBER 31, 2007

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 38.70 | $10,665.00 |
| 2 | Other Professionals' Fee/Employment Issues | 39.70 | $16,356.00 |
| 3 | Executory Contracts and Unexpired Leases | 0.30 | $67.50 |
| 4 | Claims Analysis and Objections | 5.10 | $2,385.00 |
| 5 | Committee Business and Meetings | 19.60 | $8,935.00 |
| 6 | Case Administration | 24.70 | $8,362.50 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 1.00 | $402.50 |
| 8 | Employee Benefits/General Labor | 2.70 | $1,521.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | | |
| 10 | Financing Issues | 2.30 | $892.50 |
| 11 | Regulatory Matters | | |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 14.70 | $8,245.50 |
| 13 | Stay Relief Issues | 4.80 | $1,998.50 |
| 14 | Secured Creditor/Equipment Lessor Issues | | |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | | |
| 17 | Hearings - Attendance/Preparation | 23.30 | $10,593.00 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | | |
| 21 | Adversary Litigation | 74.20 | $39,100.00 |
| | **TOTALS** | **251.10** | **$109,524.00** |

AMERICAN HOME MORTGAGE COMPANY
EXPENSE SUMMARY
NOVEMBER 1 - DECEMBER 31, 2007

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | In-House @ $.24/minute | $2.64 |
| Facsimile | In-House @ $.35/page | $17.60 |
| Reproduction of Documents | In-House @ $.10/copy | $999.80 |
|  | Contracted Photocopying - Parcels | $377.37 |
| Courier and Express Services | Federal Express | $445.50 |
| Hand Delivery Service | Parcels | $439.50 |
| Special Mailing Charges |  | $305.80 |
| Filing Fees |  | $25.00 |
| Transcript | Corbett & Wilcox | $1,743.90 |
| Word Processing |  | $43.75 |
| Record/Docket Searches |  | $678.96 |
| **TOTAL** |  | **$5,079.82** |