AMERICAN HOME MORTGAGE COMPANY
EXPENSE SUMMARY
NOVEMBER 1 - DECEMBER 31, 2007

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---:|
| Long Distance Telephone | In-House @ $.24/minute | $2.64 |
| Facsimile | In-House @ $.35/page | $17.60 |
| Reproduction of Documents | In-House @ $.10/copy | $999.80 |
| | Contracted Photocopying - Parcels | $377.37 |
| Courier and Express Services | Federal Express | $445.50 |
| Hand Delivery Service | Parcels | $439.50 |
| Special Mailing Charges | | $305.80 |
| Filing Fees | | $25.00 |
| Transcript | Corbett & Wilcox | $1,743.90 |
| Word Processing | | $43.75 |
| Record/Docket Searches | | $678.96 |
| **TOTAL** | | **$5,079.82** |