# SIGN-IN-SHEET

**CASE NAME:** American Home
**CASE NO.:** 07-11047 (CSS)
**COURTROOM LOCATION:** Courtroom 6
**DATE:** February 14, 2008 @ 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Joseph J. McMahon, Jr. | U.S. DOJ | U.S. Trustee |
| Rafael Zahralddin | [illegible] Elliott Greenleaf | FNC, Inc. |
| Mike Susenkal | Greenberg Traurig LLP | AH Mortgage Acquisition Co. |
| Victoria Counihan | Greenberg Traurig LLP | AH Mortgage Acquisition Co. |
| Marc [illegible] | [illegible] | Wells Fargo Funding |
| David [illegible] | [illegible] | Wells Fargo Funding |
| Eric Sutty | Bayard | Natixis |
| Amandan Winfree | Ashby + Geddes | Morgan Stanley Mortgage Capital & Structured Products Inc. |
| William [illegible] | [illegible] | [illegible] |
| Chris Samis | Richards Layton & Finger P.A. | Bank of New York |
| Francis [illegible] | Chapman and Cutler LLP | Wells Fargo Bank, N.A. as Master Servicer |
| David Carickhoff | Blank Rome | [illegible] |
| Mark Power | Hahn & Hessen | Creditors Committee |
| Kevin [illegible] | Womble Carlyle | [illegible] |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NO.:** 07-11047 (CSS)
**COURTROOM LOCATION:** Courtroom 6
**DATE:** 2/14/08 @ 11 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard Riley | Duane Morris | Bear Stearns / EMC |
| Adam G Landis | Landis Rath + Cobb LLP | JP Morgan Chase Bank, NA |
| John H Strock | Landis Rath + Cobb LLP | JP Morgan Chase Bank, NA |
| Margaret Whiteman | YCST | Debtors |
| Robert Brady | YCST | Debtors |
| Sean Beach | YCST | Debtors |
| Sharon Zieg | YCST | Debtors |
| Laurie Selber Silverstein | Potter Anderson Corroon LLP | Bank of America, N.A. |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**