# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x  Chapter 11
In re:                                                  :
                                                        :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                  :
HOLDINGS, INC., a Delaware corporation, et al.,         :  Jointly Administered
                                                        :
Debtors.                                                :  Ref. Dkt. No. 547, 643, 2389, 2899
------------------------------------------------------- x

### ORDER MODIFYING EXISTING PROCEDURES FOR THE COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CERTAIN FORECLOSURE PROFESSIONALS AND REAL ESTATE BROKERS UTILIZED IN THE ORDINARY COURSE AND GRANTING LIMITED *NUNC PRO TUNC* RELIEF

Upon consideration of the motion (the "Motion") of American Home Mortgage Holdings, Inc., a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtor and debtors in possession in the above-captioned cases (collectively, the "Debtors"),[1] for an order pursuant to §§ 105(a), 327, 328, 330, and 331 of the Bankruptcy Code[2] and Bankruptcy Rule 9024 for entry of an order (i) modifying existing procedures for compensation and reimbursement of expenses of certain Foreclosure Professionals utilized in the ordinary course to foreclose and liquidate mortgage loans, and (ii) authorizing the Debtors to pay the Minimum Broker Fee, effective *nunc pro tunc* to the Petition Date, all as set forth more fully in the Motion; and the Court being satisfied that the relief requested in the Motion is in the best interests of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Debtors, their estates, and creditors; and due and proper notice of the Motion having been given; and no other or further notice of the Motion being necessary under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is GRANTED to the extent set forth herein; and it is further

ORDERED that the provisions of the OCP Order, the Interim Compensation Order and the § 327 Foreclosure Orders are hereby MODIFIED to the extent set forth in the Motion and the Modified Procedures attached hereto as Exhibit 1 are hereby approved; and it is further

ORDERED that the OCP Order is modified to allow the Debtors to pay the Brokers the Minimum Broker Fee and such modification shall be effective *nunc pro tunc* to the Petition Date; and it is further

ORDERED that the Debtors, the Foreclosure Professionals and the Brokers shall continue to be obligated to fulfill all requirements necessary for the proper retention of Foreclosure Professionals and Brokers in these bankruptcy cases, including, *inter alia*, the requirement to properly file and notice Retention Affidavits; and it is further

ORDERED that any payments authorized to be made in accordance with this Order are subject to the reservation of rights set forth on the record at the January 14, 2008 hearing by the Debtors, the Committee, AH Mortgage Acquisition Co., Inc., and Bank of America, N.A., in its capacity as administrative agent under that certain Second Amended and Restated Credit Agreement dated as of August 10, 2006; and it is further

ORDERED that the Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation and/or enforcement of this Order.

Dated: Wilmington, Delaware  
February /*/, 2008

Christopher S. Sontchi  
United States Bankruptcy Judge

2