## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------- x

In re:                                              : Chapter 11

AMERICAN HOME MORTGAGE                   : Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                      :
a Delaware corporation, et al.,                   : Jointly Administered
                                                            :
        Debtors.                                        : **Ref. Docket No.: 2880**

-------------------------------------------------------- x

## ORDER PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 APPROVING AND AUTHORIZING THE SETTLEMENT AGREEMENT BY AND BETWEEN THE DEBTORS AND NATIXIS REAL ESTATE CAPITAL INC. F/K/A/ IXIS REAL ESTATE CAPITAL INC.

Upon consideration of the motion (the "Motion")[1] of American Home Mortgage

Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect

affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively,

"AHM" or the "Debtors"),[2] seek entry of an order pursuant to Rule 9019(a) of the Federal Rules

of Bankruptcy Procedure ("Bankruptcy Rules") and section 105(a) of Title 11 of the United

States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") approving the settlement

agreement (the "Settlement Agreement") between the Debtors and Natixis Real Estate Capital

Inc. f/k/a IXIS Real Estate Capital Inc. ("Natixis") together with the Debtors, the "Parties")

resolving the Stay Relief Motion; and due and sufficient notice of the Motion having been given;

and it appearing that the relief requested in the Motion is in the best interest of the Debtors, their

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

estates and creditors; and after due deliberation and sufficient cause appearing therefor; it is

hereby

ORDERED, that the relief requested in the Motion is hereby granted; and it is

further

ORDERED, that the Settlement Agreement is approved pursuant to section 105(a)

of the Bankruptcy Code and Bankruptcy Rule 9019; and it is further

ORDERED, that this Court shall retain jurisdiction to hear any and all disputes

arising out of the interpretation or enforcement of this Order.


Dated:    Wilmington, Delaware
        February _14_, 2008

Christopher S. Sontchi
United States Bankruptcy Judge