IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

American Home Mortgage Holdings, Inc., et al,[1]

Debtors.

Chapter 11

Case No. 07-11047 (CSS)
(Jointly Administered)

Re: Docket No. 2794

**ORDER AUTHORIZING THE RETENTION OF
TRENWITH SECURITIES LLC TO PROVIDE INVESTMENT BANKING ADVISORY
SERVICES TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The Official Committee of Unsecured Creditors (the "Committee") of American Home Mortgage Holdings, Inc., et al., the above-referenced debtors and debtors-in-possession (collectively, the "Debtors"), by application dated January 28, 2008, for entry of an order pursuant to Section 327 of the Bankruptcy Code authorizing the Committee to retain Trenwith Securities LLC ("Trenwith") to provide it with investment banking advisory services in these cases (the "Application"); and upon the affidavit of Jeffrey R. Manning, a member of the firm of Trenwith, duly sworn to on the 13 day of September, 2007, and it appearing that notice of the Application has been given to the Office of the United States Trustee, counsel to the Debtors, the Debtors' pre-petition and post-petition secured lender, other parties-in-interest and those entities filing notices of appearance pursuant to Bankruptcy Rule 2002 and that no further notice need be given; and the Court being satisfied based upon the representations made in the Application, and affidavit that (i) the employment of Trenwith is necessary and in the best interest of the Debtors' estates, (ii) Trenwith serves no interest adverse to the Debtors and their estates, and (iii)

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189/01600/21661717v1

Trenwith is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code; and after due deliberation, and sufficient cause appearing therefor; it is therefore

**ORDERED**, that the Committee is authorized to employ Trenwith to provide it with investment banking advisory services in these cases effective as of August 14, 2007; and it is further

**ORDERED**, that Trenwith shall be compensated at its customary hourly rates in effect at the time its services are rendered, in accordance with the procedures set forth in Sections 330 and 331 of the Bankruptcy Code, such Bankruptcy Rules as may then be applicable and any procedures established by orders of this Court.

Dated: February 14, 2008

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge