IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                            :   Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                :
                                                                  :   Jointly Administered
     Debtors.                                                     :
                                                                  :   Ref. Docket No. 1772
                                                                  :
---------------------------------------------------------------- x

**STIPULATED ORDER REGARDING MOTION OF FNC, INC. FOR ADEQUATE
PROTECTION AND RELIEF FROM AUTOMATIC STAY WITH RESPECT TO
COLLATERAL MANAGEMENT SYSTEM LICENSE AGREEMENT, OR IN THE
ALTERNATIVE, TO COMPEL DEBTORS TO ASSUME OR REJECT AGREEMENT
AS AN EXECUTORY CONTRACT [DOCKET NO. 1772]**

Upon consideration of the *Motion of FNC, Inc. for Adequate Protection and Relief from Automatic Stay with Respect to Collateral Management System License Agreement, or in the Alternative, to Compel Debtors to Assume or Reject Agreement as an Executory Contract* [Docket No. 1772] (the "Motion");[2] the Court having reviewed the Motion; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the parties having consented to the relief granted herein,

IT IS HEREBY ORDERED as follows:

1.   The Motion is granted to the extent set forth herein.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

2. The CMS Agreement shall be deemed rejected and terminated as of the date of the entry of this Order (the "Rejection Date"). No further amounts shall be charged to the Debtors or claimed to be owed by FNC from and after the Rejection Date, except for FNC's right, subject to paragraph 3 below, to assert a rejection damages claim.

3. The deadline (the "Rejection Bar Date") for FNC to file a rejection damages claim is hereby fixed as the date which is thirty (30) days from the Rejection Date. If FNC fails to timely file a proof of such claim on or before the Rejection Bar Date, FNC shall not be treated as a creditor for purposes of voting upon, or receiving distributions under, any chapter 11 plan or plans in these chapter 11 cases in respect of that claim and shall be banned from filing a rejection damages claim.

4. Nothing herein shall prejudice the rights of the Debtors (or any party in interest) to object to any rejection damages claim on any and all bases, nor shall anything in this Stipulation constitute a waiver of FNC's right to oppose any such objection asserted by the Debtors or any party in interest.

5. The Debtors shall pay FNC the $3,234.00 previously billed by FNC but unpaid by the Debtors after the Petition Date to date within ten (10) business days from the entry of this Order.

6. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware

February 14, 2008

_____
Hon. Christopher S. Sontchi
United States Bankruptcy Judge

AGREED:

ELLIOTT GREENLEAF

_____
Rafael X. Zahralddin-Aravena (No. 4166)
1000 West Street
Suite 1440
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 656-3714

Counsel to FNC, Inc.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James Patton (No. 2202)
Pauline Morgan (No. 3650)
Sean M. Beach (No. 4070)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street - 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to Debtors and Debtors in Possession