IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Ref. No. 2783 |

### CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 2783

The undersigned hereby certifies that, as of the date hereof, the undersigned has received no answer, objection or other responsive pleading to Second Monthly Statement of Orlans Associates as Foreclosure Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period September 1, 2007 through September 30, 2007 (the "Application"). The Court's docket which was last updated February 15, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than February 13, 2008 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($27,622.00) of requested fees and 100% of requested expenses ($46,999.33) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       February 15, 2008

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Ryan M. Bartley
> James L. Patton, Jr. (No. 2202)
> Joel A. Waite (No. 2925)
> Pauline K. Morgan (No. 3650)
> Sean M. Beach (No. 4070)
> Kenneth Enos (No. 4544)
> Margaret B. Whiteman (No. 4652)
> Ryan M. Bartley (No. 4985)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> Telephone: (302) 571-6600
> Facsimile: (302) 571-1253
>
> Counsel for Debtors and
> Debtors in Possession