IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case Nos. 07-11047 (CSS)<br><br>Jointly Administered<br><br>**Final Bid Deadline: March 11, 2008 at 4:00 p.m. (ET)**<br>**Hearing Date: March 13, 2008 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 6, 2008 at 4:00 p.m. (ET)** |

## NOTICE OF MODIFIED BID DEADLINES AND SALE-RELATED DATES

**PLEASE TAKE NOTICE** that on December 22, 2007 the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"),[1] filed the Motion of the Debtors for Orders: (a)(i) Approving Sale Procedures; (ii) Approving Payment of the Expense Reimbursement (iii) Scheduling a Hearing to Consider Sale of Certain Non-Performing Loans; (iv) Approving Form and Manner of Notice Thereof; and (v) Granting Related Relief; and (b)(i) Authorizing the Sale of Non-Performing Loans Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (ii) Authorizing and Approving Sale Agreement Thereto; (iii) Authorizing the Distribution of the Proceeds; and (iv) Granting Related Relief (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on February 1, 2008, the Bankruptcy Court entered an order (the "Order") granting the Motion and (i) approving the sale procedures (the "Sale Procedures")[2] with respect to one or more proposed sales (each, a "Sale") of certain non-performing mortgage loans (the "Non-Performing Loans"), (ii) approving payment of the Expense Reimbursement (iii) approving the form of this Notice and Sale Hearing, (iv) scheduling a hearing (the "Sale Hearing") for the Sales and setting objection and bidding deadlines with respect to the Sales; and (v) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Order, upon notice to all parties that have demonstrated an interest in bidding for all or part of the Non-Performing Loans, the Debtors are permitted to extend any deadline set forth in the Sale Procedures. After consultation with the Committee and the Administrative Agent or JPM, as applicable, the Debtors have decided to extend the deadline for Final Bids, and move the date of the Sale Hearing and Closing.

**PLEASE TAKE FURTHER NOTICE** that all Final Bids must now be submitted in writing so that they are **actually** received no later than **4:00 p.m. (ET) on March 11, 2008** (the "Final Bid Deadline"). **The Non-Performing Loans will be sold to the party or parties that submit the highest Final Bid for each pool of Non-Performing Loans, and bidders will not have the opportunity to submit bids after the Final Bid Deadline. Accordingly, bidders must submit their highest and best bid prior to the Final Bid Deadline.**

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Order, the Debtors shall notify each of the Successful Bidder and the Second Best Bidder of their selection as same and file with the Bankruptcy Court the identity of the Successful Bidder and Second Best Bidder, and the amount of the Successful Bid and the Second Best Bid, for each pool of Non-Performing Loans on or before **12:00 NOON on March 12, 2008.**

---

[1] The Debtors are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

[2] All terms not otherwise defined herein are to be given the meanings ascribed to them in the Sale Procedures.

DB02:6447534.4    066585.1001

PLEASE TAKE FURTHER NOTICE that the Sale Hearing shall take place before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801 on **March 13, 2008 at 10:00 a.m. (ET)**, or at such other time thereafter as counsel may be heard. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

PLEASE TAKE FURTHER NOTICE that the closing of the Sale for each pool with the Successful Bidder for that pool shall occur on or before **10:00 a.m. (ET) on March 14, 2008**. In the event that the Successful Bidder does not close before **2:00 p.m. (ET) on March 14, 2008**, the Debtors shall be authorized to close with the Second Best Bidder at **10:00 a.m. (ET) on March 17, 2008**.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Sale, or the relief requested in the Motion must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Bankruptcy Rules; (c) be filed with the clerk of the Bankruptcy Court for the District of Delaware, Third Floor, 824 Market Street, Wilmington, Delaware 19801, on or before **4:00 p.m. (ET) on March 6, 2008,** and (d) be served so as to be received no later than 4:00 p.m. (ET) on the same day, upon (i) the Debtors, American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: James L. Patton, Jr.); (iii) counsel to the Official Committee of Unsecured Creditors, Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn.: Mark S. Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801 (Attn.: Bonnie Glantz Fatell) (iv) counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Credit Agreement dated August 10, 2006, Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Attn.: Margot B. Schonholtz and Scott D. Talmadge) and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801 (Attn.: Laurie Selber Silverstein); (v) counsel to the DIP Lender, Jones Day, 222 East 41st Street, New York, New York 10017 (Attn.: Corinne Ball and Erica M. Ryland) and Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn.: Victoria Counihan); (vi) counsel to JPMorgan Chase Bank, N.A., Landis Rath & Cobb LLP, 919 Market Street, Suite 600, Wilmington, Delaware 19801 (Attn.: Adam G. Landis and Matthew B. McGuire); and (vii) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

PLEASE TAKE FURTHER NOTICE that this Notice of Auction is subject to all of the terms and conditions of the Motion, the Order and the Sale Procedures and the Debtors encourage parties in interest to review such documents in their entirety. Copies of the Motion, the Sale Agreement, the Sale Procedures and the Order may be obtained by written request to counsel to the Debtors, c/o Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, Attention: Debbie Laskin. In addition, copies of the aforementioned pleadings may be found on the website of the Debtors' notice and claims agent, Epiq Systems - Bankruptcy Solutions LLC, at http://www.epiqbankruptcysolutions.com, the Bankruptcy Court's website, www.deb.uscourts.gov, and are on file with the Clerk of the Bankruptcy Court, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>February 15, 2008 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ Sean M. Beach<br>James L. Patton, Jr. (No. 2202)<br>Pauline K. Morgan (No. 3650)<br>Sean M. Beach (No. 4070)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>Counsel for Debtors and Debtors in Possession |