**EXHIBIT G**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x   Chapter 11

In re:                                                          :
                                                               :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                          :
HOLDINGS, INC., a Delaware corporation, et al.,[1]             :   Jointly Administered
                                                               :
                          Debtors.                             :   Ref. Docket No. _____
                                                               :
---------------------------------------------------------------- x

**ORDER ENFORCING THE TERMS OF THE LETTER AGREEMENT AND ORDER, PURSUANT TO SECTIONS 105(a), 363 AND 365 OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN REAL PROPERTY LEASES AND THE SALE OF FURNITURE, FIXTURES AND EQUIPMENT LOCATED THEREIN; (II) APPROVING THE TERMS OF THE LETTER AGREEMENT; AND (III) GRANTING CERTAIN RELATED RELIEF**

Upon consideration of the emergency motion (the "Motion")[2] of the above-captioned

debtors and debtors in possession (the "Debtors") for an order pursuant to section 105 of chapter

11 of title 11 of the United States Code (the "Bankruptcy Code") to enforce the terms of the

Order, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, (I) Authorizing the

Assumption and Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures

and Equipment Located Therein; (II) Approving the Terms of the Letter Agreement; and (III)

Granting Related Relief [Docket No. 357] (the "Indymac Sale Order") and the terms of the Letter

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

Agreement approved thereby; and the Court being satisfied that enforcing the terms of the

Indymac Sale Order and the Letter Agreement is in the best interests of the Debtors, their estates

and creditors and is a proper exercise of the Debtors' business judgment; and due and proper

notice of the Motion having been given; and it appearing that no other or further notice need be

given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that Indymac shall fully comply with the terms of the Indymac Sale

Order and the Letter Agreement by closing the Sale, including without limitation, paying the full

purchase price set forth on the purchase price calculation attached hereto as Exhibit 1, and

assuming the liabilities under the Office Leases, by no later than 4:00 p.m. on March 3, 2008;

and it is further

ORDERED, that Indymac shall pay the Debtors' reasonable fees and expenses

arising from the filing and prosecution of this Motion; and it is further

ORDERED, that Indymac shall pay interest to the Debtors on the full purchase

price from August 24, 2007 until the date the Sale closes; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters

arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
February ___, 2008

_____
Christopher S. Sontchi
United States Bankruptcy

2

# EXHIBIT 1



**MILESTONE ADVISORS, LLC**
1775 Eye Street NW, Suite 800
Washington, DC 20006
*CONFIDENTIAL*

## Figure 1

| Preliminary AHM Closing Purchase Price Calculation | | |
|---|---|---|
| Category | Amount | Comments |
| Minimum Cash Payment ($) | $2,500,000.00 | |
| Plus Security Deposits ($) | $400,570.98 | 19% holdback to be released pending verification within 45 days after close or when all estoppels are received by IMB |
| Net Cash Payment Without Cures ($) | $2,900,570.98 | |
| Plus Reimbursement for Inadvertent Aug / Sep Rent Payment ($) **(See Figure 2)** | $24,884.02 | |
| Less Landlord Cure Amount ($) **(See Figure 3)** | ($291,352.42) | IMB will pay cure amounts directly. Amount is net of $50K IMB responsibility |
| Net Cash Payment ($) | $2,634,102.58 | |
| Final true up ($) **(See Figure 5)** | ($618,095.66) | |
| Telecom Arrearages ($) | $0.00 | |
| **Proposed Net Advance At Closing Pre-Property Tax ($)** | **$2,016,006.91** | |
| IMB Property Tax Payment ($) | $0.00 | $91k in property taxes to be paid post closing. Estimate based on 2007 property tax bills |
| **Post Closing Payments** | | |
| Security Deposits - to be paid by IMB | $92,761.12 | |
| Property Tax - to be paid by IMB | $90,886.52 | |
| Sales Tax - to be paid by AHM | ($175,002.10) | |
| **Net Closing Price ($)** | **$2,024,652.45** | |

## Figure 2

| Month Rent Check Cashed | Branches - Aug/Sept Rent Checks Cashed where Cure Amount = $0 | Rent Check Amount | Cure Amount |
|---|---|---|---|
| Aug | 3780 Kilroy Airport Way/Kilroy Airport Center Long Beach-Phase II Bldg 4/Suite 225, Long Beach, CA | $2,500.00 | $0.00 |
| | **Reimbursement from IndyMac (Aug)** | $2,500.00 | |
| Sep | 6996 Columbia Gateway Drive / Westridge Corporate Center / Building B, Columbia, MD | $1,200.00 | $0.00 |
| Sep | 1800 Sutter Street / 1800 Sutter Street / Suite 450 - 4th Floor, Concord, CA | $2,000.00 | $0.00 |
| Sep | 6415 South 3000 Est / The Old Mill Business Centre II / 2nd Floor, Salt Lake City, UT | $3,619.61 | $0.00 |
| Sep | 10220 SW Greenburg Road / Three Lincoln Center / Suite 245, Portland, OR | $6,704.41 | $0.00 |
| Sep | 9355 E. Stockton Blvd, Elk Grove, CA | $8,860.00 | $0.00 |
| | **Reimbursement from IndyMac (Sep)** | $22,384.02 | |
| | **Total Reimbursement from IndyMac** | $24,884.02 | |

## Figure 3

| Landlord Cure Amount Adjustment | |
|---|---|
| Landlord Cure Amount (per Court Order 9/17/07) | ($383,054.65) |
| IMB Responsibility | 50,000.00 |
| Net Landlord Cure Amount | ($333,054.65) |
| Adjustment for Inadvertent payment of Aug rent **(See Figure 4)** | $8,295.75 |
| Expired leases and to be Cured Directly by AHM | $33,406.48 |
| **Adjusted Net Landlord Cure Amount** | **($291,352.42)** |

 MILESTONE

Page 2

**Figure 4**

| Month Rent Check Cashed | Branches - Aug Rent Checks Cashed where Cure Amount <> $0 | Rent Check Amount | Cure Amount |
|---|---|---|---|
| Aug | 3053 Center Point Road NE / Suite A, Grand Rapids, IA | $1,500.00 | $3,475.00 |
| Aug | 5859 W Talavi Blvd, Glendale, AZ | $6,795.75 | $6,795.75 |
| | Adjustment to Net Landlord Cure Amount (Aug) | $8,295.75 | |
| | Total Adjustment to Net Landlord Cure Amount | $8,295.75 | |

**Figure 5**

| True up Calc for Aug, Sep, Oct, Nov, Dec, Jan Non-Rental Exp Category | Amount |
|---|---|
| August Non-rental payment **Received** from IndyMac[1] | $271,199.55 |
| August Actual Non-rental expenses | 159,300.59 |
| Adjustment for August | ($111,898.96) |
| September Non-rental payment **Received** from IndyMac | $231,445.47 |
| September Actual Non-rental expenses | 29,234.68 |
| Adjustment for September | ($202,210.79) |
| October Non-rental payment **Received** from IndyMac | $231,445.47 |
| October Actual Non-rental expenses | 30,367.43 |
| Adjustment for October | ($201,078.04) |
| November 1st to 21st Non-rental payment **Received** from IndyMac | $173,584.10 |
| November Actual Non-rental expenses | 14,426.23 |
| Adjustment for November | ($159,157.87) |
| November 22nd to November 30th License Agreement **NOT Received** from IndyMAC | $6,250.00 |
| Month of December License Agreement **NOT Received** from IndyMAC | $25,000.00 |
| Month of January License Agreement **NOT Received** from IndyMAC | $25,000.00 |
| **Final true up** | **($618,095.66)** |

[1] August non-rental payment included payment for operating lease expenses. All subsequent payments excluded operating lease expenses as equipment leases were not assumed by IMB.