## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,[1]

Debtors.

------------------------------------------------------------------ x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

**Hearing Date: N/A**
**Objection Deadline: N/A**

## MOTION PURSUANT TO DEL. L.R. 9006-1(e) FOR AN ORDER SHORTENING THE TIME FOR NOTICE OF DEBTORS' MOTION TO ENFORCE THE TERMS OF THE ORDER, PURSUANT TO SECTIONS 105(a), 363 AND 365 OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN REAL PROPERTY LEASES AND THE SALE OF FURNITURE, FIXTURES AND EQUIPMENT LOCATED THEREIN; (II) APPROVING THE TERMS OF THE LETTER AGREEMENT; AND (III) GRANTING CERTAIN RELATED RELIEF

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby move (the "Motion to Shorten") this Court, pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and section 102 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), for the entry of an order shortening the time for notice of the Debtors' Motion to Enforce the Terms of the Order, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment Located Therein; (II)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Approving the Terms of the Letter Agreement; and (III) Granting Related Relief (the "Motion")

so that the Motion may be heard at the omnibus hearing on February 28, 2008 at 11:00 a.m. (ET)

and before the Debtors' March 3, 2008 deadline under section 365(d)(4) of the Bankruptcy Code

to assume or reject their unexpired leases of non-residential real property.

1.      Local Rule 9006-1(c) provides for a sixteen-day notice period (if service is

by overnight delivery) for motions not otherwise governed by the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules") or the Local Rules.  Further, Local Rule 9006-1(e) provides

that such period may be shortened by Order of the Court upon written motion specifying the

exigencies supporting shortened notice.  See Del. Bankr. L.R. 9006-1(e).

2.      The Debtors submit that sufficient cause exists to justify shortening the

notice period specified in Local Rule 9006-1(c) for the Motion.  As set forth more fully in the

Motion, the relief requested therein is related to the Order, Pursuant to Sections 105(a), 363 and

365 of the Bankruptcy Code, (I) Authorizing the Assumption and Assignment of Certain Real

Property Leases and the Sale of Furniture, Fixtures and Equipment Located Therein; (II)

Approving the Terms of the Letter Agreement; and (III) Granting Related Relief [Docket No.

357] (the "Indymac Sale Order"), in which this Court (i) authorized the Debtors to assume and

assign ninety-eight (98) office leases (collectively, the "Office Leases"), and sell certain

furniture, fixtures and equipment located therein, to Indymac Bank F.S.B. (collectively, the

"Sale") and (ii) approved a related Letter Agreement, which established the terms of the Sale.

3.      Since entry of the Indymac Sale Order, the Debtors have actively tried to

close the Sale with Indymac Bank F.S.B. ("Indymac") and have endeavored to meet all

Indymac's demands.  Despite the Debtors' best efforts, Indymac has repeatedly failed to close

the Sale, and the Debtors' March 3, 2008 deadline under section 365(d)(4) of the Bankruptcy Code to assume or reject the Office Leases is less than three (3) weeks away.

4.      Indymac, a sophisticated and well counseled company, entered into the Letter Agreement fully understanding that the agreement's primary purpose was to consummate the assumption and assignment of the Office Leases by March 3, 2008 pursuant to section 365 of the Bankruptcy Code. As the Court well knows, if the Debtors do not assume or reject the Office Leases prior to the March 3, 2008 deadline, the Office Leases will be deemed rejected and the Debtors will lose the opportunity to obtain significant value for their estates and creditors. Accordingly, the Debtors submit that consideration of the Motion at the February 28, 2008 omnibus hearing is necessary and in the best interests of the Debtors, their estates and creditors such that the Debtors are in a position to enforce the Indymac Sale Order prior to their deadline under section 365(d)(4) to assume or reject their unexpired leases of non-residential real property.

5.      Because of the shortened notice period, the Debtors propose to give any party objecting to the Motion until February 25, 2008 at 12:00 p.m. (ET) to file and serve any objections upon the undersigned counsel for the Debtors.

6.      Accordingly, the Debtors request that the Motion be heard at the hearing currently scheduled for February 28, 2008 at 11:00 a.m. (ET) (the "Hearing") with objections to be filed and served by February 25, 2008 at 12:00 p.m. (ET). In light of the shortened notice period, the Debtors will serve the Motion by Federal Express overnight delivery or hand delivery, on (i) the United States Trustee for the District of Delaware; (ii) counsel to the Committee; (iii) counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006; (iv)

the landlords to the Office Leases; (v) counsel to the Debtors' postpetition lender; (vi) the United

States Securities and Exchange Commission; (vii) counsel to Indymac; and (viii) all parties that

have requested notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, the Debtors respectfully request that the Court enter an Order

granting the relief requested herein and such other and further relief as the Court deems just and

proper.

Dated:     Wilmington, Delaware
           February 15, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Kara Hammond Coyle (No. 4410)
Robert F. Poppiti, Jr. (No. 5052)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------------- x    Chapter 11
In re:                                                              :
                                                                    :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                              :
HOLDINGS, INC., a Delaware corporation, et al.,¹                    :    Jointly Administered
                                                                    :
                    Debtors.                                        :    Hearing Date: N/A
                                                                    :    Objection Deadline: N/A
                                                                    :
------------------------------------------------------------------- x
```

**ORDER SHORTENING THE TIME FOR NOTICE OF DEBTORS' MOTION
TO ENFORCE THE TERMS OF THE ORDER, PURSUANT TO SECTIONS
105(a), 363 AND 365 OF THE BANKRUPTCY CODE, (I) AUTHORIZING THE
ASSUMPTION AND ASSIGNMENT OF CERTAIN REAL PROPERTY LEASES AND
THE SALE OF FURNITURE, FIXTURES AND EQUIPMENT LOCATED THEREIN;
(II) APPROVING THE TERMS OF THE LETTER AGREEMENT; AND
(III) GRANTING CERTAIN RELATED RELIEF**

Upon consideration of the motion (the "Motion to Shorten")² of the above

captioned debtors and debtors-in-possession (the "Debtors") for entry of an order providing that

the applicable notice period for the Debtors' Motion to Enforce the Terms of the Order, Pursuant

to Sections 105(a), 363 and 365 of the Bankruptcy Code, (I) Authorizing the Assumption and

Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment

Located Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related

Relief (the "Motion") be shortened pursuant to Local Rule 9006-1(e) and section 102 of the

Bankruptcy Code; and the Court having determined that granting the relief requested in the

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

² Capitalized terms not defined herein shall have the meanings given to them in the Motion to Shorten.

Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that the Motion shall be heard on February 28, 2008 at 11:00 a.m. (ET); and it is further

ORDERED, that objections to the relief requested in the Motion shall be filed and served on counsel for the Debtors by February 25, 2008 at 12:00 p.m. (E.T.); and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
   February _____, 2008

          _____
          CHRISTOPHER S. SONTCHI
          UNITED STATES BANKRUPTCY JUDGE