**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| American Home Mortgage, <br>     et al., <br><br>     Debtors. | )    Case No. 07-11047 CSS <br> )    Chapter 11 <br> )    Jointly Administered <br> )Hearing: March 13, 2008 @ 10:00 a.m. <br> ) Response date:  March 6, 2008 |

**AURORA LOAN SERVICES LLC'S MOTION FOR RELIEF FROM**
**THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362 (d) (1)**
**AS TO 125-127 SUMTER STREET, PROVIDENCE, RI 02907**

NOW COMES Aurora Loan Services LLC, (hereinafter "Aurora") by and through its attorneys, Whittington & Aulgur, and moves the Court for an Order granting relief from the Automatic Stay of 11 U.S.C. §362 upon the following grounds:

JURISDICTION

1.  The Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, 11 U.S.C. §157 and 11 U.S.C. §362.

CLAIM FOR RELIEF

2.  Aurora is a corporation located at 601 5th Avenue, P.O. Box 1706, Scottsbluff, NE 69361.

3.  On August 6, 2007 a Chapter 11 Petition initiating this proceeding was filed by the Debtors.

4.  On March 6, 2006, non-filing borrower, Angel D. Encarnacion, (hereinafter "Borrower") executed and delivered a Mortgage (hereinafter "Mortgage 1") in the principle sum of $252,000.00 unto Mortgage Electronic Registration Systems, Inc. as nominee for the Lender, American Brokers Conduit.  Said Mortgage 1 created a lien upon the property therein mentioned, 125-127 Sumter Street, Providence, RI 02907,

(hereinafter the "Property") all of which is on record in the Recorder of Deeds Office. A copy of said Mortgage 1 is attached hereto as Exhibit 'A".

5. On June 23, 2007 MERS, assigned the Mortgage to Movant, Aurora, a copy of which Assignment is attached hereto as Exhibit "B".

6. On March 6, 2006 Borrower executed and delivered another Mortgage (hereinafter "Mortgage 2") in the principle sum of $108,000.00 unto Mortgage Electronic Registration Systems, Inc. as Nominee for the Debtor, American Broker's Conduit. Said Mortgage 2 created a lien in second position on the Property as set forth in a "Current Owner Rundown", a copy of the pertinent portions of which are attached hereto as Exhibit "C". According to the MERS website the current holder/servicer of this Mortgage is the Debtor American Home Mortgage Holdings, Inc..

7. Debtors have no ownership interest in the Property, and their lien if any is subordinate to Movant's.

8. At present, Borrower is contractually delinquent and Movant seeks to exercise its contractual rights and remedies with respect to the Mortgage 1.

9. The payoff amount on the subject Mortgage 1 through February 5, 2008 is approximately $280,849.80. The Property has an estimated value of $264,000.00 as set forth on the Broker's Price Opinion attached hereto as Exhibit "D". There is no equity in the subject property..

10. Any potential equity would not benefit the Debtors' Estate since the Debtors holds no ownership interest in the Property and the Property is not necessary for the Debtors' reorganization.

11. The continuation of the Automatic Stay of 11 U.S.C. §362 will work real and irreparable harm upon Movant and therefore cause exists to vacate the stay to permit Movant to exercise its non-bankruptcy contractual rights and remedies against Borrowers and the Property.

WHEREFORE, Aurora hereby moves for an Order pursuant to 11 U.S.C. §362 (d) (1) terminating the Automatic Stay for cause.

                          WHITTINGTON & AULGUR

/s/ Kristi J. Doughty
Robert T. Aulgur, Jr.(No.165)
Kristi J. Doughty(No. 3826)
651 N. Broad Street, Suite 206
P.O. Box 1040
Middletown, DE 19709-1040
(302) 378-1661
Attorney for Movant

Dated: 2/16/08