Doc No: 00188048
Book: 8760   Page: 346

Recording Requested By:
AURORA LOAN SERVICES

When Recorded Return To:

Susan Lindhorst
AURORA LOAN SERVICES
P.O. Box 1706
Scottsbluff, NE 69363-1706

RECEIVED:
Providence
Received for Record
Jul 09, 2007 at 11:27:40A
Document Num: 00188048
Barbara Troncy
Recorder

XC

CORPORATE ASSIGNMENT OF MORTGAGE

Providence Town, Rhode Island
SELLER'S SERVICING #:0120018221 "ENCARNACION"
OLD SERVICING #: 1001186234

MERS #: 100024200011862345  VRU #: 1-888-679-6377

Date of Assignment: June 23rd, 2007
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC AS NOMINEE FOR AMERICAN BROKERS CONDUIT at G4318 MILLER ROAD, FLINT, MI 48507
Assignee: AURORA LOAN SERVICES LLC at 601 5TH AVENUE, PO BOX 1706, SCOTTSBLUFF, NE 69361

Executed By: ANGEL D. ENCARNACION To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC AS NOMINEE FOR AMERICAN BROKERS CONDUIT
Date of Mortgage: 03/06/2006 Recorded: 03/10/2006 In Book/Reel/Liber: 7915 Page/Folio: 84 In Providence Rhode Island

Property Address: 125 -127 SUMTER STREET, PROVIDENCE, RI 02907

KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage together with the Note or other evidence of indebtedness (the "Note"), said Note having an original principal sum of $252,000.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage and Note, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage and Note.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC AS NOMINEE FOR AMERICAN BROKERS CONDUIT
On June 23rd, 2007

By: *[signature]*
MICHELE THOMPSON, Vice-President

STATE OF Nebraska
COUNTY OF Scotts Bluff

ON June 23rd, 2007, before me, JOANN REIN, a Notary Public in and for the County of Scotts Bluff County, State of Nebraska, personally appeared MICHELE THOMPSON, Vice-President, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

*[signature]*
JOANN REIN
Notary Expires: 12/27/2008

GENERAL NOTARY - State of Nebraska
JOANN REIN
My Comm. Exp. Dec. 27, 2008

(This area for notarial seal)

"GFL"SFLALSI"06/23/2007 10:35:07 AM" ALSI01ALSIA0000000000000000400566" RI_PROV" 0120018221 RISTATE_MORT_ASSIGN_ASSN "SFLALSI"