# PARTRIDGE SNOW & HAHN LLP
# CURRENT OWNER RUNDOWN

PARALEGAL: Donna Perreault

PROPERTY: 125 Sumter Street, Providence, RI 02907

MAILING ADDRESS: Same as property Location

AP: 52   LOT: 391   BLOCK:

TOTAL VALUATION: $152,100

TOTAL TAXES: $4,598.00

TITLE RAN FROM: February 25, 2002

TITLE RAN TO: May 10, 2007

PRESENT OWNER: Angel D. Encarnacion as Sole Owner by Warranty Deed dated July23, 2003, recorded July 24, 2003 at 1:27 in Book 5924 Page 199.

BY DEED FROM: Gregoris Varona

TAX SALE:

MORTGAGES: Mortgage from Angel D. Encarnacion to Mortgage Electronic Registration Systems, Inc. as nominee for American Brokers Conduit in the sum of $252,000 dated March 6, 2006, recorded March 10, 2006 at 1:55 in Book 7915 Page 84. *Assigned to Aurora Loan Services LLC dated June 23, 2007, recorded July 9, 2007 at 11:29 in Book 8760 Page 346.*

Mortgage from Angel D. Encarnacion to Mortgage Electronic Registration Systems, Inc. as nominee for American Brokers Conduit in the sum of $108,000 dated March 6, 2006, recorded March 10, 2006 at 1:55 in Book 7915 Page 110.