## SingleSource
PROPERTY SOLUTIONS

Exterior BPO Form

| | |
|---|---|
| Address: | 125 -127 SUMTER ST  PROVIDENCE RI, 02907 |
| Borrower Name: | ANGEL ENCARNACION |
| Inspection Date: | 10/28/2007 |
| Property ID/APN: | plat 52 / lot 39 |
| Loan #: | 0120018221 |
| Reference #: | |
| Reference #(2): | |
| Completed On: | 10/29/2007 |
| Delivery Date: | 10/29/2007 |
| Order ID: | 271014908 |
| Reference #(3): | |

Completed By: (company, name, address, phone, fax)

Janice Hall    P:401-475-5650 F:401-475-5934
Email:janandjoe@hrghomes.com

Agent's / Broker's distance from the subject: 6 Miles 1 Blocks

## I. General Conditions

| | |
|---|---|
| Property Type: | Triplex |
| Occupancy: | Occupied |
| Property Condition: | Average |
| Condition Comments: | |

Subject appears to be in average condition based on exterior ride by with no repairs to note, siding is in good condition, windows have not been upgraded but in average condition, roof looks 10-15 years old.

| | |
|---|---|
| Estimated Exterior Repair Cost: | $0 |
| Total Estimated Repairs: | $0 |
| Estimated Repair Time | 0 Days |
| HOA? | No |

## II. Subject Sales and Listing History

Is Subject Currently Listed? No
Current List Price:
Original List Price:
List Date:
MLS #:

Prior history (most recent transaction or expired listing first):

| Date Listed | Date Sold | List Price | Sale Price | Notes |
|---|---|---|---|---|
| | | | | |
| | | | | |

## III. Neighborhood Market Data

| | |
|---|---|
| Location: | Suburban |
| Local Economy Is: | Slow |
| Housing Supply Is: | Increasing |
| Number of Listings Is: | Increasing |
| Market For This Type of Property: | Decreased -6 % in the past 6 months. |
| Normal Marketing Days: | 90 |
| Range of Value in Subject's Area: | Low: $90.00  Average: $225,000.00  High: $295,000.00 |
| Pride Of Ownership | Average - Agent feels there will Not be a Resale Problem |
| Neighborhood Comments: | |

Subject is located in the Elmwood section of Providence, not the best section of Providence, below average pride of ownership, congested, area dominated by MFR subject conforms well.

## IV. Current Listings

| | Subject | Listing #1 | Listing #2 | Listing #3 |
|---|---|---|---|---|
| Street Address | 125 -127 SUMTER ST | 28 Moore St | 41 Pennsylvania Ave | 120 Lenox Ave |
| Zip Code | 02907 | 02907 | 02905 | 02907 |
| Miles To Subject | | .6 | .3 | .6 |

|  |  |  |  |  |
|---|---|---|---|---|
| List Price $ |  | $318,000.00 | $299,900.00 | $304,900.00 |
| Days on Market |  | 29 | 101 | 129 |
| Age (# of Years) | 96 | 142 | 87 | 97 |
| Condition | Average | Good | Good | Good |
| Style/Design | 3fup/down | 3fup/down | 3fup/down | 3fup/down |
| Living SQ. Feet | 3711 | 3907 | 3487 | 3630 |
| Bedrooms | 6 | 9 | 9 | 6 |
| Bathrooms/Half Baths | 3/0 | 3/0 | 3/0 | 3/0 |
| Basement | Yes | Yes | Yes | Yes |
| Total Room # | 15 | 20 | 18 | 16 |
| Garage | 2 Detached | 0 Attached | 3 Detached | 2 Detached |
| Lot Size | 3920 Sq Ft. | 3600 Sq Ft. | 4791 Sq Ft. | 4000 Sq Ft. |
| Other |  |  |  |  |

Comments: (Why the comparable listing is superior or inferior to the subject)

Listing # 1: Comp has higher agla, superior location,many updates per mls.Wood exterior. Superior.

Listing # 2: Comp is well maintained per mls, updated kitchen and bath per mls, 3 car garage. Similar.

Listing # 3: Comp is in very good condition per mls,remodeled throughout. Similar to subject.

## V. Recent Sales

|  | Subject | Sold #1 | Sold #2 | Sold #3 |
|---|---|---|---|---|
| Street Address | 125 -127 SUMTER ST | 45 Wendell St | 185 Early St | 258 Rhodes St |
| Zip Code | 02907 | 02909 | 02907 | 02905 |
| Miles To Subject |  | 1.3 | .3 | .9 |
| List Price $ |  | $285,000.00 | $234,900.00 | $299,900.00 |
| Sale Price $ |  | $275,000.00 | $245,000.00 | $299,900.00 |
| Type of Financing | Conv | Conv | Conv | Conv |
| Date of Sale |  | 6/21/2007 | 9/17/2007 | 2/16/2007 |
| Type of Sale | Other | Other | Other | Other |
| Days on Market |  | 95 | 28 | 79 |
| Age (# of Years) | 96 | 112 | 82 | 87 |
| Condition | Average | Good | Good | Good |
| Style/Design | 3fup/down | 3fup/down | 3fup/down | 3fup/down |
| Living SQ. Feet | 3711 | 3242 | 3402 | 4320 |
| Bedrooms | 6 | 6 | 6 | 9 |
| Bathrooms/Half Baths | 3/0 | 3/0 | 3/0 | 3/0 |
| Basement | Yes | Yes | Yes | Yes |
| Total Room # | 15 | 15 | 15 | 20 |
| Garage | 2 Detached | 4 Detached | 2 Detached | 0 Attached |
| Lot Size | 3920 Sq Ft. | 6400 Sq Ft. | 5663 Sq Ft. | 5000 Sq Ft. |
| Other |  |  |  |  |
| Adjustment[1] $+/- (See notes Below) |  | -11000 | +17000 | -21000 |
| Adjusted Value[2] |  | 264000 | 262000 | 278900 |

[1] This is the Amount that should be added to or subtracted from the comparables Sale Price (Due to difference in features location etc.) to estimate the value of the Subject. If the Comp is Inferior to the Subject then the adjustment will be positive.

[2] Estimated value of the Subject, based upon the sales price of the comparable Sold + or - adjustments.

Reasons for Adjustments (Why the comparable is superior or inferior to the subject).

Sold # 1: Comp offers slightly lower agla,superior location, 4 car garage, no mls comment as to condition,oversized lot, equal due to lot & location. Adjustment includes declining market correction

Sold # 2: Comp offers similar location,slightly lower agla,move in condition per mls,vinyl siding. Inferior. seller pd cc.

Sold # 3: Comp has new roof,newer furnacer per mls,new windows,vinyl siding. Slightly Superior. Adjustment includes declining market correction

## VI. Marketing Strategy

|  | "As-Is" Value | "Repaired" Value | "QuickSale" Value |
|---|---|---|---|
| Suggested List Price | $269,000.00 | $269,000.00 | $259,000.00 |
| Market Value | $264,000.00 | $264,000.00 | $255,000.00 |

**Comments Regarding Pricing Strategy:**
Subject will need to be priced correctly for quick sale in current market conditions. Many REO's to compete with in this area dragging prices down, but not quite REO driven yet.

**Unique Property Conditions.**
None.

Property Images



Subject: Front

Subject: side

Subject: Street

Subject: Address

Listing 1: Front

Listing 2: Front



Comparable Map

