**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                :   Jointly Administered
Debtors.                                                        :
---------------------------------------------------------------- x   Ref. Docket Nos. 2395

## NOTICE OF DEADLINE TO REQUEST MORTGAGE LOAN FILES

### TO ALL OWNERS OF LOAN FILES BEING HELD BY AMERICAN HOME MORTGAGE:

On February 14, 2008, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order (the "Order") establishing a deadline by which legal owners or Master Servicers of loans may request the return of any loan files (the "Hard Copy Loan Files") being maintained by the above-captioned debtors and debtors in possession (the "Debtors") in connection with their loan origination business.

> **Please take notice that collateral documents (i.e., original note, mortgage, title insurance (binder or commitment) related addenda to mortgage or note, and paper assignments) shall continue to be maintained by the respective custodian. Failure to adhere to the procedures described herein will not affect the Owners' or Master Servicers' rights to obtain these original documents.**

By the Order, the Court required that any and all legal owners and/or Master Servicers (each, a "Requesting Party"), must file and serve a completed declaration (the "Loan File Return Declaration") so that it is received no later than **March 14, 2008** (the "Return Request Deadline") to: (i) the Debtors, 538 Broadhollow Road, Melville, NY 11747, Attn. Chris Cavaco; and (ii) Debtors' counsel, Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801, Attn. Margaret B. Whiteman, Esq.

The Loan File Return Declaration must, at a minimum, include: (i) a list of each Hard Copy Loan File requested, identified by AHM loan number; (ii) the name and contact information of the Requesting Party and a contact person; (iii) a sworn declaration that the Requesting Party legally owns, or has a right to receive, each loan requested and that the declarant has the requisite corporate authority to make such a declaration; (iv) the Owner's preferred method to receive the Hard Copy Loan

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Files, including (a) retrieval/pick-up; (b) delivery (with location); or (c) imaged DVD; (v) an attestation that the Requesting Party shall pay all reasonable costs and expenses of associated with the preferred delivery method (as outlined more fully below) Hard Copy Loan Files; and (vi) an acknowledgment that such costs are subject to increase upon further order of the Court.

By the Order, the Court has determined that Requesting Parties shall be responsible for the Return Costs applicable to the method of delivery selected within the Loan File Return Declaration. The Return Costs are as follows:

Retrieval Costs (Owner shall pick up documents at AHM-specified location): $3.50 per folder
Shipping Costs (AHM shall deliver files at Owner-specified domestic location): $6.25 per folder
DVD Costs (AHM shall image files and deliver to Owner a DVD of imaged files): $13.00 per folder

**Failure to submit a completed Loan File Return Declaration by the Return Request Deadline may result in the Debtors seeking authority to destroy or abandon the Hard Copy Loan Files.**

Questions concerning the contents of this Notice or the return of the Hard Copy Loan Files should be directed to [insert name]. Please note that such party is not permitted to give legal advice. You should consult your own attorney for assistance regarding any other inquiries, such as questions concerning the completion or filing of the Loan File Return Declaration.

Dated: February ___, 2008
Wilmington, DE

                        YOUNG CONAWAY STARGATT & TAYLOR, LLP
                        Margaret B. Whiteman (No. 4652)
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        Wilmington, DE 19801
                        Telephone: (302) 571-6600
                        Facsimile: (302) 571-1253
                        Counsel to the Debtors and Debtors in Possession