# IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| American Home Mortgage, | ) | Case No. 07-11047 |
| et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) Hearing: February 14, 2008 @ 11:00 a.m. | |
| Debtors. | ) | |

## **CERTIFICATE OF SERVICE**

I, Kristi J. Doughty, hereby certify this 19th day of February, 2008 that service of the **Certification of Counsel** and proposed **Order** was made electronically and (via) first class mail to the following:

American Home Mortgage Holdings, Inc.
538 Broadhollow Rd.
Melville, NY  11747
*Debtor*

Pauline K. Morgan
Edward J. Kosmowski, Esq.
Young, Conaway, Stargatt & Taylor
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Kerri K. Mumford, Esq.
Landis, Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE  19801
*Attorney for Official Committee*
*of Unsecured Creditors*

Shaun Tortulis
1511 61st Street
Kenosha, Wisconsin 53143

                    WHITTINGTON & AULGUR

                <u>/s/ Kristi J. Doughty</u>
                Robert T. Aulgur, Jr.(No.165)
                Kristi J. Doughty(No. 3826)
                651 N. Broad Street, Suite 206
                P.O. Box 1040
                Middletown, DE 19709-1040
                (302) 378-1661
                Attorney for Movant

Dated:  2/19/08