IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------------ x <br> In re: <br><br> AMERICAN HOME MORTGAGE HOLDINGS, INC., <br> a Delaware corporation, et al., [1] <br><br> Debtors. <br> ------------------------------------------------------------------ x | Chapter 11 <br><br> Case No. 07-11047 (CSS) <br><br> Jointly Administered <br><br> Objection Deadline: March 10, 2008 at 4:00 p.m. <br> Hearing Date: N/A |

## NOTICE OF APPLICATION

TO:  The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the Official Committee of Unsecured Creditors

The **First Monthly Application of the Robert J. Hopp & Associates, LLC as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period October 1, 2007 through October 31, 2007** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $15,850.00 and interim expenses in the amount of $72,204.52.

Objections to the Application, if any, are required to be filed on or before **March 10, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon); (viii) The Law Offices of Alan Weinreb, PLLC, Weinrub & Associates, PLLC, 6800 Jericho Turnpike, Suite 207W, Syosset, NY 11791, (Attn: Alan Weinreb).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
February 19, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11
In re:                                                           :
                                                                 :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :
a Delaware corporation, et al.,                                  :  Jointly Administered
                                                                 :
                                                                 :  Objection Deadline:
     Debtors.                                                    :  Hearing Date: N/A
---------------------------------------------------------------- x

**FIRST MONTHLY APPLICATION OF ROBERT J. HOPP & ASSOCIATES, LLC AS FORECLOSURE SERVICE PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD OCTOBER 1, 2007 THROUGH OCTOBER 31ST, 2007**

| | |
|---|---|
| Name of Applicant: | **Robert J. Hopp & Associates, LLC** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **Effective as of August 6, 2007** |
| Period for which compensation and reimbursement is sought: | **October 1, 2007 through October 31st, 2007** |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | **$15,850.00** |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | **$72,204.52** |

This is an: __X__ interim ____ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors. This application includes no fee component in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fee | Expenses | Fees | Expenses |
| | | | | | |

*INTERIM COMPENSATION BY PROJECT CATEGORY*

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $15,850.00 |
| TOTALS | N/A | $15,850.00 |

*INTERIM EXPENSES*

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Foreclosure related expenses | N/A | $72,204.54 |

## VERIFICATION OF FEE APPLICATION

STATE OF **COLORADO**    )
                         )   SS:
COUNTY OF **DENVER**     )

**Robert J. Hopp**, after being duly sworn according to law, deposes and says:

1. I am the **Managing Partner** in the applicant firm (the "Firm") and have been admitted to the bar of the state of **Colorado** since **May 1996**.

2. I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

3. The services and expenses were performed and incurred within the month subject to the foregoing Application.

4. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

Robert J. Hopp, Colorado Bar No. 26818

SWORN TO AND SUBSCRIBED
before me this 11th day of January, 2008.

Notary Public – Denise K. Downs
My Commission Expires: 7/11/2010

| | FEES | | | |
|---|---|---|---|---|
| Action Date | Invoice No. | Loan/Acct. No. | Description of Services | Amount |
| 10/1/2007 | 3285 | 1000732329/Chaput | Bankruptcy Filing Fee | $150.00 |
| 10/2/2007 | 3128 | 1000595473/Worthington | Atty Fees -- Foreclosure-Sale | $800.00 |
| 10/3/2007 | 2892 | 1001452933/Dunlap | Atty Fees -- Foreclosure-Sale | $800.00 |
| 10/3/2007 | 3129 | 1001338360/Russell | Atty Fees -- Foreclosure Sale | $800.00 |
| 10/3/2007 | 3141 | 1000911741/DelRio | Atty Fees -- Foreclosure Sale | $800.00 |
| 10/3/2007 | 3142 | 1001025816/Miller | Atty Fees -- Foreclosure Sale | $800.00 |
| 10/3/2007 | 3145 | 1001047661/Casteneda | Atty Fees -- Foreclosure Sale | $800.00 |
| 10/3/2007 | 3130 | 1000771990/Tyson | Atty Fees -- Foreclosure Sale | $800.00 |
| 10/3/2007 | 3131 | 1001222473/McDonald | Atty Fees -- Foreclosure Sale | $800.00 |
| 10/4/2007 | 3363 | 1001290549/Walters | Atty Fees -- Foreclosure-Sale | $800.00 |
| 10/5/2007 | 3337 | 1001148333/Grono... | Atty Fees -- Title Claim | $150.00 |
| 10/9/2007 | 3131 | 1001222473/McDonald | Atty Fees -- Set Aside Sale | $250.00 |
| 10/10/2007 | 3015 | 1001005265/Palmer | Atty Fees -- Foreclosure-Closed F | $800.00 |
| 10/11/2007 | 3285 | 1000732329/Chaput | Atty Fees -- Bankruptcy-MFR | $650.00 |
| 10/12/2007 | 3048 | 1000763553/Chavez | Atty Fees -- Bankruptcy-MFR | $650.00 |
| 10/14/2007 | 3018 | 100539614/Sloren | Atty Fees -- Foreclosure-Closed F | $400.00 |
| 10/16/2007 | 3154 | 1001335593/Fehmi | Atty Fees -- Foreclosure-Sale | $800.00 |
| 10/17/2007 | 3099 | 1000872498/Lopez | Atty Fees -- Foreclosure-Closed | $800.00 |
| 10/17/2007 | 3158 | 1000660925/Zhang | Atty Fees -- Foreclosure-Sale | $800.00 |
| 10/17/2007 | 3159 | 1000899436/Pierce | Atty Fees -- Foreclosure-Sale | $800.00 |
| 10/19/2007 | 3124 | 1000658578/Guerena | Atty Fees -- Foreclosure Closed | $800.00 |
| 10/19/2007 | 3349 | 1000860275/Avila | Atty Fees -- Foreclosure Sale | $800.00 |
| 10/22/2007 | 3248 | 1001395618/DeVines | Atty Fees -- Bankruptcy-MFR | $650.00 |
| 10/29/2007 | 3248 | 1001395618/DeVines | Atty Fees -- Bankruptcy-POC | $150.00 |

**TOTAL FEES** $15,850.00

| | EXPENSES | | | |
|---|---|---|---|---|
| Action Date | Invoice No. | Loan/Acct. No. | Description of Services | Amount |
| 10/1/2007 | 3415 | 1001136424/Sparks | Title Costs | $834.00 |
| 10/1/2007 | 3323 | 1001395398/Cross | Certified Copies | $19.75 |
| 10/1/2007 | 3099 | 1000872498/Lopez | Certified Copies | $19.75 |
| 10/1/2007 | 3322 | 1001196897/Johnson | Certified Copies | $20.50 |
| 10/1/2007 | 3324 | 1001665023/Bogan | Certified Copies | $20.50 |
| 10/1/2007 | 3329 | 1001168082/McNu... | Certified Copies | $31.00 |
| 10/1/2007 | 3324 | 1001665023/Bogan | Statutory Mailing Fees | $114.50 |
| 10/1/2007 | 3323 | 1001395398/Cross | Statutory Mailing Fees | $121.50 |
| 10/1/2007 | 3322 | 1001196897/Johnson | Statutory Mailing Fees | $125.00 |
| 10/1/2007 | 3322 | 1001196897/Johnson | Court Filing Fees | $165.90 |
| 10/1/2007 | 3324 | 1001665023/Bogan | PT Fees | $404.80 |
| 10/1/2007 | 3323 | 1001395398/Cross | PT Fees | $442.20 |
| 10/1/2007 | 3322 | 1001196897/Johnson | PT Fees | $577.25 |

| Date | Ref | Loan/Name | Description | Amount |
|---|---|---|---|---|
| 10/1/2007 | 3099 | 1000872498/Lopez | Title Costs | $1,112.00 |
| 10/1/2007 | 3330 | 1001472491/Evans | Title Costs | $1,133.00 |
| 10/1/2007 | 3327 | 1001268765/Johnson | Title Costs | $1,163.00 |
| 10/1/2007 | 3329 | 1001168082/McNu... | Title Costs | $1,168.00 |
| 10/1/2007 | 3324 | 1001665023/Bogan | Title Costs | $1,471.00 |
| 10/1/2007 | 3323 | 1001395398/Cross | Title Costs | $1,623.00 |
| 10/1/2007 | 3322 | 1001196897/Johnson | Title Costs | $2,685.00 |
| 10/1/2007 | 3415 | 1001136424/Sparks | Certified Copies | $36.75 |
| 10/2/2007 | 3325 | 1000614467/Delgado | Certified Copies | $9.50 |
| 10/2/2007 | 3326 | 1001180503/Montes | Certified Copies | $20.25 |
| 10/2/2007 | 3330 | 1001472491/Evans | Certified Copies | $23.25 |
| 10/2/2007 | 3327 | 1001268765/Johnson | Certified Copies | $23.50 |
| 10/2/2007 | 3128 | 1000595473/Worthington | PT Deed Recording | $42.00 |
| 10/2/2007 | 3326 | 1001180503/Montes | Statutory Mailing Fees | $111.00 |
| 10/2/2007 | 3329 | 1001168082/McNu... | Statutory Mailing Fees | $111.00 |
| 10/2/2007 | 3325 | 1000614467/Delgado | Statutory Mailing Fees | $114.50 |
| 10/2/2007 | 3327 | 1001268765/Johnson | Statutory Mailing Fees | $139.00 |
| 10/2/2007 | 3329 | 1001168082/McNu... | Court Filing Fees | $165.90 |
| 10/2/2007 | 3327 | 1001268765/Johnson | PT Fees | $300.00 |
| 10/2/2007 | 3325 | 1000614467/Delgado | PT Fees | $352.06 |
| 10/2/2007 | 3326 | 1001180503/Montes | PT Fees | $369.44 |
| 10/2/2007 | 3329 | 1001168082/McNu... | PT Fees | $400.00 |
| 10/2/2007 | 3330 | 1001472491/Evans | PT Fees | $400.00 |
| 10/2/2007 | 3334 | 1000765203/McCh... | Title Costs | $1,490.00 |
| 10/3/2007 | 3334 | 1000765203/McCh... | Certified Copies | $5.75 |
| 10/3/2007 | 3130 | 1000771990/Tyson | PT Costs | $13.45 |
| 10/3/2007 | 3331 | 100166470/Webb | Certified Copies | $28.75 |
| 10/3/2007 | 3328 | 1000838069/Brady | Certified Copies | $33.00 |
| 10/3/2007 | 3130 | 1000771990/Tyson | PT Deed Recording | $36.00 |
| 10/3/2007 | 2892 | 1001452933/Dunlap | PT Deed Recording | $36.00 |
| 10/3/2007 | 3141 | 1000911741/DelRio | PT Deed Recording | $36.00 |
| 10/3/2007 | 3142 | 1001025816/Miller | PT Deed Recording | $36.00 |
| 10/3/2007 | 3145 | 1001047661/Casteneda | PT Deed Recording | $36.00 |
| 10/3/2007 | 3129 | 1001338360/Russell | PT Deed Recording | $42.00 |
| 10/3/2007 | 3158 | 1000660925/Zhang | Title Update | $100.00 |
| 10/3/2007 | 3159 | 1000899436/Pierce | Title Update | $100.00 |
| 10/3/2007 | 3154 | 1001335593/Fehmi | Title Update | $100.00 |
| 10/3/2007 | 3142 | 1001025816/Miller | PT Costs | $127.50 |
| 10/3/2007 | 3129 | 1001338360/Russell | PT Costs | $148.08 |
| 10/3/2007 | 3141 | 1000911741/DelRio | PT Costs | $158.50 |
| 10/3/2007 | 3323 | 1001395398/Cross | Court Filing Fees | $165.90 |
| 10/3/2007 | 3324 | 1001665023/Bogan | Court Filing Fees | $165.90 |
| 10/3/2007 | 3325 | 1000614467/Delgado | Court Filing Fees | $165.90 |
| 10/3/2007 | 3326 | 1001180503/Montes | Court Filing Fees | $165.90 |
| 10/3/2007 | 3327 | 1001268765/Johnson | Court Filing Fees | $165.90 |
| 10/3/2007 | 3330 | 1001472491/Evans | Court Filing Fees | $165.90 |
| 10/3/2007 | 3145 | 1001047661/Casteneda | PT Costs | $248.80 |
| 10/3/2007 | 3131 | 1001222473/McDonald | PT Costs | $440.47 |
| 10/3/2007 | 2892 | 1001452933/Dunlap | PT Costs | $607.00 |
| 10/3/2007 | 3331 | 100166470/Webb | Title Costs | $1,473.00 |
| 10/3/2007 | 3415 | 1001136424/Sparks | Court Filing Fees | $165.90 |
| 10/3/2007 | 3415 | 1001136424/Sparks | PT Costs | $500.00 |

| Date | | | | |
|---|---|---|---|---|
| 10/4/2007 | 3363 | 1001290549/Walters | Recording Fees | $36.00 |
| 10/4/2007 | 3099 | 1000872498/Lopez | Statutory Mailing Fees | $111.00 |
| 10/4/2007 | 3328 | 1000838069/Brady | Statutory Mailing Fees | $111.00 |
| 10/4/2007 | 3331 | 100166470/Webb | Statutory Mailing Fees | $111.00 |
| 10/4/2007 | 3334 | 1000765203/McCh... | Statutory Mailing Fees | $111.00 |
| 10/4/2007 | 3328 | 1000838069/Brady | Court Filing Fees | $165.90 |
| 10/4/2007 | 3331 | 100166470/Webb | Court Filing Fees | $165.90 |
| 10/4/2007 | 3334 | 1000765203/McCh... | Court Filing Fees | $165.90 |
| 10/4/2007 | 3099 | 1000872498/Lopez | PT Costs | $287.00 |
| 10/4/2007 | 3328 | 1000838069/Brady | PT Fees | $400.00 |
| 10/4/2007 | 3331 | 100166470/Webb | PT Fees | $400.00 |
| 10/4/2007 | 3363 | 1001290549/Walters | PT Fees | $497.56 |
| 10/5/2007 | 3018 | 100539614/Sloren | Certified Copies | $3.25 |
| 10/5/2007 | 3015 | 1001005265/Palmer | Title Update | $100.00 |
| 10/5/2007 | 3099 | 1000872498/Lopez | Court Filing Fees | $165.90 |
| 10/5/2007 | 3340 | 1000690909/Mounts | Title Costs | $918.00 |
| 10/5/2007 | 3342 | 1000574257/Wemyss | Title Costs | $1,285.00 |
| 10/5/2007 | 3018 | 100539614/Sloren | Title Costs | $1,601.00 |
| 10/9/2007 | 3342 | 1000574257/Wemyss | Certified Copies | $21.50 |
| 10/9/2007 | 3340 | 1000690909/Mounts | Certified Copies | $41.75 |
| 10/9/2007 | 3335 | 1001676212/Salgado | Title Costs | $994.00 |
| 10/10/2007 | 3335 | 1001676212/Salgado | Certified Copies | $5.75 |
| 10/10/2007 | 3015 | 1001005265/Palmer | PT Costs | $60.32 |
| 10/10/2007 | 3336 | 1001148333/Grono.. | Court Filing Fees | $165.90 |
| 10/10/2007 | 3336 | 1001148333/Grono.. | PT Fees | $421.00 |
| 10/10/2007 | 3341 | 1000918977/Contr... | Title Costs | $1,047.00 |
| 10/11/2007 | 3018 | 100539614/Sloren | Certified Copies | $3.25 |
| 10/11/2007 | 3335 | 1001676212/Salgado | Statutory Mailing Fees | $111.00 |
| 10/11/2007 | 3336 | 1001148333/Grono.. | Statutory Mailing Fees | $111.00 |
| 10/11/2007 | 3335 | 1001676212/Salgado | Court Filing Fees | $165.90 |
| 10/11/2007 | 3335 | 1001676212/Salgado | PT Fees | $387.16 |
| 10/12/2007 | 3341 | 1000918977/Contr... | Certified Copies | $21.50 |
| 10/12/2007 | 3331 | 100166470/Webb | PT Fees | $108.72 |
| 10/12/2007 | 3330 | 1001472491/Evans | Statutory Mailing Fees | $111.00 |
| 10/12/2007 | 3342 | 1000574257/Wemyss | Statutory Mailing Fees | $111.00 |
| 10/12/2007 | 3342 | 1000574257/Wemyss | Court Filing Fees | $165.90 |
| 10/12/2007 | 3332 | 1000644571/Unger | PT Fees | $350.00 |
| 10/12/2007 | 3342 | 1000574257/Wemyss | PT Fees | $402.80 |
| 10/15/2007 | 3340 | 1000690909/Mounts | Statutory Mailing Fees | $111.00 |
| 10/15/2007 | 3340 | 1000690909/Mounts | PT Fees | $510.24 |
| 10/15/2007 | 3018 | 100539614/Sloren | Title Costs | $1,601.00 |
| 10/16/2007 | 3332 | 1000644571/Unger | Certified Copies | $6.50 |
| 10/16/2007 | 3154 | 1001335593/Fehmi | PT Deed Recording | $36.00 |
| 10/16/2007 | 3341 | 1000918977/Contr... | Statutory Mailing Fees | $111.00 |
| 10/16/2007 | 3340 | 1000690909/Mounts | Court Filing Fees | $165.90 |
| 10/16/2007 | 3341 | 1000918977/Contr... | Court Filing Fees | $165.90 |
| 10/16/2007 | 3154 | 1001335593/Fehmi | PT Costs | $384.82 |
| 10/16/2007 | 3332 | 1000644571/Unger | Title Costs | $385.00 |
| 10/16/2007 | 3341 | 1000918977/Contr... | PT Fees | $500.80 |
| 10/16/2007 | 3345 | 1000763553/Chavez | Title Costs | $1,184.00 |
| 10/17/2007 | 3158 | 1000660925/Zhang | Court Filing Fees | $11.90 |
| 10/17/2007 | 3131 | 1001222473/McDonald | Court Filing Fees | $15.00 |

| Date | Ref | Account | Description | Amount |
|---|---|---|---|---|
| 10/17/2007 | 3159 | 1000899436/Pierce | PT Deed Recording | $36.00 |
| 10/17/2007 | 3158 | 1000660925/Zhang | PT Deed Recording | $36.00 |
| 10/17/2007 | 3159 | 1000899436/Pierce | PT Costs | $41.33 |
| 10/17/2007 | 3158 | 1000660925/Zhang | PT Fees | $51.13 |
| 10/17/2007 | 3344 | 1001175117/Guy | Statutory Mailing Fees | $111.00 |
| 10/17/2007 | 3332 | 1000644571/Unger | Statutory Mailing Fees | $111.00 |
| 10/17/2007 | 3344 | 1001175117/Guy | Court Filing Fees | $165.90 |
| 10/17/2007 | 3332 | 1000644571/Unger | Court Filing Fees | $165.90 |
| 10/17/2007 | 3344 | 1001175117/Guy | PT Fees | $300.00 |
| 10/18/2007 | 3345 | 1000763553/Chavez | Certified Copies | $20.75 |
| 10/19/2007 | 3124 | 1000658578/Guerena | Court Filing Fees | $11.50 |
| 10/19/2007 | 3345 | 1000763553/Chavez | Statutory Mailing Fees | $111.00 |
| 10/19/2007 | 3345 | 1000763553/Chavez | Court Filing Fees | $165.90 |
| 10/19/2007 | 3345 | 1000763553/Chavez | PT Fees | $400.00 |
| 10/22/2007 | 3248 | 1001395618/DeVines | Bankruptcy Filing Fee | $150.00 |
| 10/26/2007 | 3303 | 1000692093/Morrison | Title Costs | $1,183.00 |
| 10/26/2007 | 3385 | 1001311882/Johnson | Certified Copies | $20.50 |
| 10/26/2007 | 3390 | 10001837678/Kershner | Title Costs | $722.00 |
| 10/26/2007 | 3352 | 1000679760/Arias | Title Costs | $1,164.00 |
| 10/26/2007 | 3385 | 1001311882/Johnson | Title Costs | $1,794.00 |
| 10/26/2007 | 3348 | 100105163/Rogers | Title Costs | $2,627.00 |
| 10/29/2007 | 3352 | 1000679760/Arias | Certified Copies | $4.50 |
| 10/29/2007 | 3358 | 1001585093/Clemen | Certified Copies | $7.50 |
| 10/29/2007 | 3357 | 1000998175/Potter | Certified Copies | $21.00 |
| 10/29/2007 | 3391 | 1001707875/Eyre | Certified Copies | $22.00 |
| 10/29/2007 | 3392 | 1001268132/Schick | Certified Copies | $26.50 |
| 10/29/2007 | 3347 | 1001129564/Rau | Certified Copies | $27.25 |
| 10/29/2007 | 3390 | 10001837678/Kershner | Certified Copies | $27.50 |
| 10/29/2007 | 3356 | 1000707164/Lande... | Certified Copies | $31.25 |
| 10/29/2007 | 3361 | 1001362620/Kauf... | Certified Copies | $31.50 |
| 10/29/2007 | 3389 | 1001662966/Seibel | Certified Copies | $31.50 |
| 10/29/2007 | 3355 | 1001116036/Flores | Certified Copies | $31.75 |
| 10/29/2007 | 3353 | 1001395030/Booher | Certified Copies | $32.25 |
| 10/29/2007 | 3359 | 1001587060/Smith | Certified Copies | $33.00 |
| 10/29/2007 | 3347 | 1001129564/Rau | Statutory Mailing Fees | $111.00 |
| 10/29/2007 | 3201 | 1000703190/Johnson | Bankruptcy Filing Fee | $150.00 |
| 10/29/2007 | 3347 | 1001129564/Rau | Court Filing Fees | $165.90 |
| 10/29/2007 | 3347 | 1001129564/Rau | PT Fees | $300.00 |
| 10/29/2007 | 3347 | 1001129564/Rau | Title Costs | $1,162.00 |
| 10/29/2007 | 3393 | 1001723817/Hubbell | Title Costs | $1,336.00 |
| 10/29/2007 | 3358 | 1001585093/Clemen | Title Costs | $1,896.00 |
| 10/30/2007 | 3303 | 1000692093/Morrison | Certified Copies | $30.75 |
| 10/30/2007 | 3354 | 1001651133/Trout | Certified Copies | $30.50 |
| 10/30/2007 | 3310 | 1000564924/Fierro | Title Costs | $100.00 |
| 10/30/2007 | 3348 | 100105163/Rogers | Statutory Mailing Fees | $111.00 |
| 10/30/2007 | 3352 | 1000679760/Arias | Statutory Mailing Fees | $111.00 |
| 10/30/2007 | 3348 | 100105163/Rogers | PT Fees | $400.00 |
| 10/30/2007 | 3352 | 1000679760/Arias | PT Fees | $500.00 |
| 10/30/2007 | 3355 | 1001116036/Flores | Title Costs | $903.00 |
| 10/30/2007 | 3359 | 1001587060/Smith | Title Costs | $1,123.00 |
| 10/30/2007 | 3353 | 1001395030/Booher | Title Costs | $1,138.00 |
| 10/30/2007 | 3357 | 1000998175/Potter | Title Costs | $1,174.00 |

| Date | Ref | Account | Description | Amount |
|---|---|---|---|---|
| 10/30/2007 | 3354 | 1001651133/Trout | Title Costs | $1,178.00 |
| 10/31/2007 | 3303 | 1000692093/Morrison | Court Filing Fees | $165.90 |
| 10/31/2007 | 3303 | 1000692093/Morrison | PT Fees | $357.74 |
| 10/31/2007 | 3303 | 1000692093/Morrsion | Statutory Mailing Fees | $111.00 |
| 10/31/2007 | 3360 | 1001653768/Ragan | Certified Copies | $18.50 |
| 10/31/2007 | 3309 | 1000801891/Price | PT Deed Recording | $36.00 |
| 10/31/2007 | 3360 | 1001653768/Ragan | Statutory Mailing Fees | $111.00 |
| 10/31/2007 | 3361 | 1001362620/Kauf... | Statutory Mailing Fees | $111.00 |
| 10/31/2007 | 3354 | 1001651133/Trout | Statutory Mailing Fees | $111.00 |
| 10/31/2007 | 3356 | 1000707164/Lande... | Statutory Mailing Fees | $111.00 |
| 10/31/2007 | 3357 | 1000998175/Potter | Statutory Mailing Fees | $111.00 |
| 10/31/2007 | 3355 | 1001116036/Flores | Statutory Mailing Fees | $128.50 |
| 10/31/2007 | 3309 | 1000801891/Price | Stat. Mailing & Repub | $132.00 |
| 10/31/2007 | 3348 | 100105163/Rogers | Court Filing Fees | $165.90 |
| 10/31/2007 | 3361 | 1001362620/Kauf... | Court Filing Fees | $165.90 |
| 10/31/2007 | 3353 | 1001395030/Booher | Court Filing Fees | $165.90 |
| 10/31/2007 | 3354 | 1001651133/Trout | Court Filing Fees | $165.90 |
| 10/31/2007 | 3357 | 1000998175/Potter | Court Filing Fees | $165.90 |
| 10/31/2007 | 3355 | 1001116036/Flores | Court Filing Fees | $165.90 |
| 10/31/2007 | 3352 | 1000679760/Arias | Court Filing Fees | $165.90 |
| 10/31/2007 | 3309 | 1000801891/Price | PT Costs | $353.80 |
| 10/31/2007 | 3353 | 1001395030/Booher | PT Fees | $400.00 |
| 10/31/2007 | 3354 | 1001651133/Trout | PT Fees | $400.00 |
| 10/31/2007 | 3356 | 1000707164/Lande... | PT Fees | $400.00 |
| 10/31/2007 | 3355 | 1001116036/Flores | PT Fees | $400.00 |
| 10/31/2007 | 3357 | 1000998175/Potter | PT Fees | $452.00 |
| 10/31/2007 | 3356 | 1000707164/Lande... | Title Costs | $1,215.00 |
| 10/31/2007 | 3361 | 1001362620/Kauf... | Title Costs | $1,225.00 |
| 10/31/2007 | 3360 | 1001653768/Ragan | Title Costs | $1,509.00 |
| 10/31/2007 | 3389 | 1001662966/Seibel | Title Costs | $1,924.00 |
| 10/31/2007 | 3356 | 1000707164/Landeros | Court Filing Fees | $165.90 |

**TOTAL EXPENSES** **$72,204.52**