IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE                                             :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]                 :
                                                                   :   Jointly Administered
                  Debtors.                                         :
                                                                   :   **Doc. Ref. Nos: 192 & 643**
                                                                   :
------------------------------------------------------------------ x   Objection Deadline: March 10, 2008 at 4:00
                                                                       p.m.

## NOTICE OF FILING OF THE SUPPLEMENTAL AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL ROBERT J. HOPP & ASSOCIATES, LLC

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 643] (the "OCP Order"), the Debtors hereby file the attached supplemental ordinary course professional retention affidavit (the "Supplemental Retention Affidavit") of Robert J. Hopp of Robert J. Hopp & Associates, LLC (the "Ordinary Course Professional").

PLEASE TAKE FURTHER NOTICE that, objections to the Supplemental Retention Affidavit, if any, must be filed in accordance with the OCP Order on or before March 10, 2008 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Third Floor, Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, objections, if any, to the Supplemental Retention Affidavit must also be served upon the following entities on or before the Objection Deadline:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:6554362.2                                                                                          066585.1001

(i) the Office of the United States Trustee, (ii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel for the Committee; (iii) counsel to Bank of America N.A., as Administrative Agents under that certain and Second Amended and Restated Credit Agreement dated August 10, 2006; (iv) counsel to the Debtors' pospetition lender, (v) the Securities and Exchange Commission; (vi) all other parties entitled to notice under Del. Bankr. LR 2002-1(b; (vii) counsel for the Debtors; and (viii) and the Ordinary Course Professional.

PLEASE TAKE FURTHER NOTICE that if the objection cannot be consensually resolved, then the objection shall be scheduled for hearing before the Court at the next regularly scheduled omnibus hearing or such other date otherwise agreeable to the parties thereto.

PLEASE TAKE FURTHER NOTICE that if no objections are filed on or before the Objection Deadline, then **the Debtors shall be authorized to compensate professionals associated with the firm that submitted the Supplemental Retention Affidavit after complying with the other procedures contained in the OCP Order.**

Dated: February 19, 2008
      Wilmington, Delaware

                  YOUNG CONAWAY STARGATT & TAYLOR, LLP

                  /s/ Ryan M. Bartley
                  James L. Patton, Jr. (No. 2202)
                  Joel A. Waite (No. 2925)
                  Pauline K. Morgan (No. 3650)
                  Sean M. Beach (No. 4070)
                  Matthew B. Lunn (No. 4119)
                  Margaret B. Whiteman (No. 4652)
                  Ryan M. Bartley (No. 4985)
                  The Brandywine Building
                  1000 West Street, 17th Floor
                  Wilmington, Delaware 19801
                  Telephone: (302) 571-6600
                  Facsimile: (302) 571-1253

                  Counsel for Debtors and Debtors in Possession

EXHIBIT A

RETENTION AFFIDAVIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11
In re:                                                           :
                                                                 :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :
a Delaware corporation, et al.,                                  :  Jointly Administered
                                                                 :
    Debtors.                                                     :  Objection Deadline:
                                                                    Hearing Date: N/A
---------------------------------------------------------------- x

**SUPPLEMENTAL AFFIDAVIT OF ROBERT J. HOPP IN SUPPORT OF EMPLOYMENT OF ROBERT J. HOPP & ASSOCIATES, LLC AS A PROFESSIONAL UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

**STATE OF COLORADO**         )
                              )  ss.
**CITY AND COUNTY OF DENVER** )

ROBERT J. HOPP, being duly sworn, deposes and says:

1.  I am the Manager of Robert J. Hopp & Associates, LLC (the "Firm"), which maintains offices at 999 18th Street, Suite 805, Denver, Colorado 80202. I am also the Managing Partner of The Hopp Law Firm LLC, which maintains offices at 999 18th Street, Suite 805, Denver, Colorado 80202. This supplemental affidavit (the "Supplemental Affidavit") is submitted in support of the Application for Order Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention and Employment of Robert J. Hopp & Associates as Foreclosure Professionals for the Debtors, *Nunc Pro Tunc* to the Petition Date (the "Application").

2.  On October 4, 2007, Robert J. Hopp & Associates, LLC filed its initial Affidavit of Robert J. Hopp in Support of Application for Order Pursuant to Section 327(e) of the

Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention and Employment of Robert J. Hopp & Associates, LLC as Foreclosure Professionals for the debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 1183] (the "Initial Affidavit")

3. As set forth in the Initial Affidavit, Robert J. Hopp & Associates has conducted a series of searches in its database to determine whether they or any affiliate had any relationships with various Interested Parties (as defined in the Initial Affidavit).

4. This Supplemental Affidavit clarifies certain connections of Robert J. Hopp & Associates, LLC with The Hopp Law Firm, LLC. As set forth more fully below, Robert J. Hopp & Associates, LLC is disinterested within the meaning of 11 U.S.C. §101(14), and neither holds nor represents any interest adverse to the above-captioned debtors and debtors in possession (collectively the "Debtors") or their estates.

5. Robert J. Hopp & Associates, LLC (RJH) is a law firm which engages in the business of administering foreclosure, bankruptcy, evictions, and loss mitigation services for mortgage lenders and services. In Colorado, the foreclosure proceeding is a combination of judicial and non judicial actions requiring specific systems and personnel.

6. The Hopp Law Firm LLC (HLF) is a law firm which provides services to its clients in matters related to, among other things, lender and servicer default work, litigation and collections; including matters related to foreclosures, bankruptcies and evictions. The services routinely performed by HLF are those matters which are more complex involving contested matters, litigation and non-routine legal issues

7. When a matter being handled by RJH results in litigation or involves complex legal issues, unless otherwise instructed to by its client, the matter is handled through HLF which

is staffed and organized as a traditional law firm to handle the legal issues that arise in order to provide our clients an efficient resolution of its default-related litigation.

7. Robert J. Hopp & Associates, LLC and The Hopp Law Firm, LLC are owned by the Affiant.

8. Robert J. Hopp & Associates, LLC and The Hopp Law Firm, LLC are separate entities and do not share fees.

9. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. §328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 2008.

_____
Affiant – Robert J. Hopp, Esq.

Sworn to and subscribed before me this
17 day of January, 2008.

_____
Notary Public