# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X

In re:                                                              Chapter 11

American Home Mortgage Holdings, Inc., et al[1]                     Case No: 07-11047 (CSS)

　　　　　　　　　　　Debtors.                                       Jointly Administered

---------------------------------------------------------------- X

**FIRST MONTHLY APPLICATION OF TRENWITH SECURITIES, LLC FOR INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKING ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD AUGUST 14, 2007 THROUGH JANUARY 31, 2008**

| | |
|---|---|
| Name of Applicant: | Trenwith Securities, LLC |
| Authorized To Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | Order Entered February __, 2008, Effective August 14, 2007 |
| Period for which Compensation and Reimbursement is Sought: | August 14, 2007 – January 31, 2008 |
| Amount of Compensation Sought as actual, reasonable and necessary: | $18,070.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $474.94 |

This is a:  _X_  monthly  ___  interim  ___  final application

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

If this is not the first application filed, disclose the following for each prior application:

| # | Date Filed | Period Covered | Requested | | Paid | |
|---|---|---|---|---|---|---|
| | | | Fees | Expenses | Fees | Expense |
| | | NONE | | | | |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License To Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| Grand Total: *See Exhibits A* | | | | |
| Blended Rate: $534.62 | | | | |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| ASSET SALE/AUCTION | 15.5 | $10,075.00 |
| MEETINGS OF CREDITORS | 5.0 | 3,250.00 |
| CASE ADMINISTRATION | 1.3 | 845.00 |
| TRAVEL TIME | 12.0 | 3,900.00 |
| **TOTAL:** | **33.8** | **$18,070.00** |

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---:|
| Computer Assisted Legal Research | |
| Facsimile (with rates) | |
| Long Distance Telephone | |
| In-House Reproduction | |
| Outside Reproduction | |
| Outside Research | |
| Filing/Court Fees | |
| Technology Services | |
| Local Travel | |
| Local Meals | |
| Out-of-Town Travel | 188.00 |
| Lodging | 286.94 |
| Meals – Travel | |
| Courier & Express Carriers | |
| Postage | |
| Other | |
| **TOTAL** | **$474.94** |

TRENWITH SECURITIES, LLC
JEFFREY R. MANNING
7101 Wisconsin Avenue
Bethesda, MD 20184-4827
Telephone Number:    301-634-0233
Facsimile Number:    301-654-3567

Investment Banking Advisor to the Committee

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | | |
|---|---|---|---|
| In re | ) | Case No. | 07-11047 (CSS) |
| | ) | | |
| American Home Mortgage Holdings, Inc., et al[1] | ) | Chapter 11 | Jointly Administered |
| | ) | | |
| | ) | Date: | |
| Debtors. | ) | Time: | |
| | | Place: | |

**FIRST MONTHLY APPLICATION OF TRENWITH SECURITIES, LLC FOR APPROVAL OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKING ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD AUGUST 14, 2007 THROUGH JANUARY 31, 2008**

TO THE HONORABLE CHRISTOPHER S. SONTCHI,

UNITED STATES BANKRUPTCY JUDGE:

The investment banking firm Trenwith Securities, LLC ("Trenwith") hereby submits its First Monthly Application for Approval of Interim Compensation and Reimbursement of Expenses as Investment Banking Advisors to the Official Committee of Unsecured Creditors for the period August 14, 2007 through January 31, 2008 (the "Application"). Trenwith respectfully represents:

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

-1-

**I.**

**INTRODUCTORY STATEMENT**

1. Trenwith is a boutique investment bank comprised of seasoned professionals dedicated to providing expert merger and acquisition advisory services, corporate finance services, corporate restructuring services, and valuation services to clients in the U.S. and overseas. Trenwith has extensive experience in and knowledge of investment banking and of business reorganizations. In the event work for the Committee requires activities regulated by the Financial Industry Regulatory Authority ("FINRA", formerly known as "NASD"); Trenwith is a FIRNA member firm.

2. This Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334(b). Venue of this proceeding and this application is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. On August 6, 2007, the Debtors filed voluntary petitions for reorganization under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware.

4. On August 14, 2007, the Office of the United States Trustee, at an organizational meeting of creditors, appointed the following seven unsecured creditors to serve as members of the Official Committee of Unsecured Creditors (the "Committee"):

    a. Wilmington Trust Company;
    b. United Parcel Service, c/o The Receivable Management Services Corporation, Its Agent;
    c. The Bank of New York[2] Trust Company, N.A.;
    d. Deutsche Bank National Trust Co.; as Trustee;

---

[2] The Bank of New York Trust Company, N.A resigned from the Committee effective 11/13/07. The U.S. Trustee has appointed Law Debenture Trust Company of New York as a replacement member effective immediately.

      e.   Nomura Credit & Capital, Inc.;

      f.   Impac Funding Corporation; and

      g.   Waldners Business Environments, Inc.

5.    The Committee elected James McGinley of Wilmington Trust Company, as Trustee, and Steven Sass, Esq. of The Receivable Management Services Corporation, Agent for United Parcel Service, as Co-Chairpersons of the Committee. The Committee then selected H&H as its counsel, the law firm of Blank Rome LLP as co-counsel, and BDO Seidman, LLP ("BDO") as financial advisors.

6.    On September 27, 2007, the Committee filed a single application seeking authority to retain BDO as its financial advisors and Trenwith, an affiliate of BDO, to provide the Committee with certain investment banking advisory services (the "Joint Application") [Dkt. No. 966]. Pursuant to the Joint Application, Trenwith would be compensated at its customary hourly rates, which charge would be included as part of BDO's monthly fee application. The office of the United States Trustee raised a concern about the two firms being retained as part of a joint retention application. To address the United States Trustee's concern, the Committee agreed to file a separate retention application.

7.    Due to an administrative oversight, the filing of Trenwith's amended application was inadvertently delayed. On January 28, 2008, the Committee filed the Amended Application to Retain Trenwith Securities, LLC to Provide Investment Banking Advisory Services Pursuant to 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014 *Nunc Pro Tunc* to August 14, 2007 (Docket No. 2794, the "Retention Application"). On February 14, 2008, an order, effective as of August 14, 2007 was duly signed and entered by this Court authorizing the retention of Trenwith (Docket No. 2988, the "Retention Order").

8. This is Trenwith's First Monthly Application for Compensation for professional services rendered and for reimbursement of actual and necessary costs and expenses incurred on behalf of the Committee. Trenwith makes this Application pursuant applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules of the District of Delaware, the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered September 4, 2007 (the "Compensation Procedures Order"), and any additional orders entered by the Court.

9. Detailed statements itemizing services rendered and expenses incurred by Trenwith are annexed hereto as Exhibits "A" and "B".

## II

### SUMMARY OF SERVICES RENDERED

10. By this Application, Trenwith seeks approval and payment for (a) compensation for services rendered from August 14, 2007 through January 31, 2008 and (b) reimbursement for certain expenses incurred during the same period.

11. In rendering the services for which compensation is sought, Trenwith spent 33.8 hours from August 14, 2007 through January 31, 2008. The aggregate time charges for such services, computed at Trenwith's standard hourly rates are $18,070.00. In addition, Trenwith incurred ordinary and necessary expense in connection with the case of $474.94. The fees and expenses represent total costs incurred during this period of $18,544.94. Exhibit "A" annexed hereto contains, in full and complete detail, a description of the services rendered by Trenwith on a daily basis. A summary of expenses is annexed as Exhibit "B".

12. Trenwith customarily bills their professionals at rates commensurate with the experience of the person performing such services. The billing rates are the same for bankruptcy engagements as well as all other accounting and advisory work performed by Trenwith. A list of the hourly rates is as follows:

| | |
|---|---|
| Managing Directors | $600 - 775 |
| Directors | $300 - 600 |
| Managers | $225 - 375 |
| Vice President | $175 - 275 |
| Staff | $125 – 200 |

13. The compensation Trenwith seeks is reasonable and is for actual and necessary services rendered by Trenwith. All of the services performed by Trenwith have been beneficial to the parties to these proceedings and have enabled the case to proceed.

14. During the period from August 14, 2007 through January 31, 2008, Trenwith provided services of a general nature to the Committee, as set forth below:

| | | HOURS | AMOUNT |
|---|---|---|---|
| A. | ASSET SALE/AUCTION | 15.5 | 10,075.00 |
| | Researched potential bidders and general background, including calls to various potential market bidders regarding the sales process. Reviewed online data room, asset purchase agreements, sales procedures, sales timeline, management slides and offering memorandum. Preparation for and attendance at various meetings/conference calls regarding the sales process. | | |
| B. | MEETINGS OF CREDITORS | 5.0 | 3,250.00 |
| | Preparation for and attendance at Creditors' Committee meetings/conference calls where the status of the sales process and other matters were discussed. | | |

|   |   |   | HOURS | AMOUNT |
|---|---|---|---|---|
| C. | CASE ADMINISTRATION | | 1.3 | 845.00 |
| | Reviewed Phoenix investment banking retention application and agreement. | | | |
| | **SUBTOTAL:** | | **21.8** | **14,170.00** |
| D. | TRAVEL TIME | | 12.0 | 3,900.00 |
| | Professional time expended on travel, billed at one half the hourly rate of each professional. | | | |
| | **SUBTOTAL:** | | **12.0** | **3,900.00** |
| | **TOTAL:** | | **33.8** | **$18,070.00** |

15. The time spent by Trenwith from August 14, 2007 through January 31, 2008, in performing the procedures described in paragraph 14, along with hourly rates, is presented below:

| Title | Hours | Avg. Rate | Amount |
|---|---|---|---|
| MANAGING DIRECTOR | 33.8 | $534.62 | $18,070.00 |
| **TOTAL:** | 33.8 | $534.62 | $18,070.00 |

16. Trenwith's time records are recorded contemporaneously with the rendition of professional services. Exhibit "A" attached hereto contains a full and complete description of the services rendered by Trenwith on a daily basis for the Application period. Trenwith's time records are maintained in one-tenth of an hour (0.10) increments.

17. Each duty and task performed by Trenwith has been performed by the professional most qualified to render such services at his or her ordinary hourly charges.

18. There is no agreement or understanding between Trenwith and any other person, other than the members, associates and employees of Trenwith, for the sharing of compensation received for services rendered in connection with this case.

### III

### CONCLUSION

19. For all of the reasons set forth in this application, Trenwith respectfully submits that the services it has rendered and the disbursements it has incurred on behalf of the Committee during this case have been reasonably expended in order to adequately represent and protect the interests of the Committee in this case. Trenwith submits further that it has provided such services in an economical and efficient manner. Accordingly, Trenwith requests that the relief requested in this Application be granted in all respects.

WHEREFORE, TRENWITH PRAYS that this Court enter its order allowing Trenwith fees and expenses in the total amount of $18,544.94 (representing $18,070.00 in actual fees and $474.94 in expenses,).

DATED in New York, New York on this 19 Day of February, 2008.

>Trenwith Securities, LLC
>7101 Wisconsin Avenue
>Bethesda, MD 20184-4827
>Telephone Number:    301-634-0233
>Facsimile Number:    301-654-3567
>
>Investment Banking Advisors to the Committee
>
>_____
>JEFFREY R. MANNING

Sworn and subscribed to before
me this 19 day of February, 2008

_____
Notary Public