IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| American Home Mortgage Holdings, Inc., *et al.* [1] | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors. | **Objections Due By: March 10, 2008 @ 4 p.m.** |
| | **Hearing Date: Only in the Event of an Objection** |

### NOTICE OF FIRST MONTHLY APPLICATION OF TRENWITH SECURITIES, LLC, FOR INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKING ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD AUGUST 14, 2007 THROUGH JANUARY 31, 2008

TO:    Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On February 19, 2008, the First Monthly Application of Trenwith Securities, LLC, Investment Banking Advisors to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the Period of August 14, 2007 through January 31, 2008 (*"Fee Application"*) was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the *"Bankruptcy Court"*). By the Fee Application, Trenwith Securities, LLC (*"Trenwith"*) seeks the allowance and payment of interim compensation in the amount of $14,456.00 (80% of $18,070.00) and reimbursement of expenses in the amount of $474.94 incurred in representation as Investment Banking Advisors to the Official Committee of Unsecured Creditors (the *"Committee"*) of American Home Mortgage Holdings, Inc., *et al.* (the *"Debtors"*) during the period of August 14, 2007 through January 31, 2008 (the *"Application*

---

[1]    The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.;

*Period"*). Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **March 10, 2008 at 4:00 p.m. (EST)**. Copies of the Fee Application are available upon written request to the undersigned.

A hearing on the Fee Application shall be held only in the event timely objections are filed. Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, in the absence of any objection or responsive pleading to the Fee Application, Trenwith is authorized to file a Certificate of No Objection with the Bankruptcy Court, after which the Debtors are authorized to pay Trenwith an amount equal to 80% of the fees ($14,456.00) and 100% of the expenses ($474.94) requested in the Fee Application. If an objection to the Fee Application is timely filed and served, the Debtors shall be authorized to pay Trenwith 80% of the fees and 100% of the expenses not subject to the objection.

Dated: February 19, 2008

BLANK ROME LLP

*/s/ Bonnie Fatell*

Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:  (302) 425-6400
Facsimile:   (302) 425-6464

*Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage, Inc., et al.*

---

American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.