EXHIBIT "A"

-1-

**AMERICAN HOME MORTGAGE / TRENWITH**
Time Summary
August 14, 2007 to January 31, 2008

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| J.R. MANNING | Managing Director | 21.8 | 650.00 | $14,170.00 |
| *Travel Time: Billed at ½ Rate* | | | | |
| J.R. MANNING | Managing Director | 12.0 | 325.00 | 3,900.00 |
| | **TOTAL:** | **33.8** | | **$18,070.00** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE / TRENWITH

### RECAP OF PROFESSIONAL SERVICES
### August 14, 2007 to January 31, 2008

### A. ASSET SALE/AUCTION

| Date | Name | Description | Time |
|---|---|---|---|
| 8/17/2007 | JRM | Researched potential bidders and general background on AHM process, including outreach to Milestone investment bankers and coordination with BDO. | 2.5 |
| 8/20/2007 | JRM | Call with J. LeVine of Milestone on sales process. | 0.7 |
| 8/20/2007 | JRM | Followed-up with BDO re: Milestone sales process. | 0.2 |
| 8/20/2007 | JRM | Followed-up with other potential market bidders. | 0.2 |
| 8/22/2007 | JRM | Prepared for Committee call; reviewed online data room, conference calls with potential bidders, review of APA, Sales Procedure, sales timeline, review of management slides and offering memo. | 2.3 |
| 8/24/2007 | JRM | Discussion with Real Time Resolution and D. Berliner on the possibility of providing a review of the put-backs in the portfolio. | 1.0 |
| 8/28/2007 | JRM | Conference call with WLR & Co. & Real Services. | 1.0 |
| 8/30/2007 | JRM | Reviewed AHM proposed stalking horse Asset Purchase Agreement. | 0.8 |
| 9/12/2007 | JRM | Reviewed stalking horse draft; preparation for RTR meeting. | 1.0 |
| 9/13/2007 | JRM | Met with RTR on AHM servicing abilities related to put-back and other services. Discussion with RTR roll with WLR. | 3.0 |
| 10/1/2007 | JRM | Updated bidding and outlook for auction, report to FA. | 0.5 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE / TRENWITH

### RECAP OF PROFESSIONAL SERVICES
### August 14, 2007 to January 31, 2008

**A.   ASSET SALE/AUCTION**

| Date | Name | Description | Time |
|---|---|---|---|
| 10/4/2007 | JRM | Reviewed bid and strategic discussion in advance of the UCC conference call with D. Berliner of BDO. | 0.5 |
| 11/27/2007 | JRM | Reviewed CIM for sale of S&L; distributed to Trenwith parties. | 0.5 |
| 11/27/2007 | JRM | Telephone call to review S&L sales process with Kroll. | 0.8 |
| 11/29/2007 | JRM | Discussion and review of material with Milestone on sales process. | 0.5 |
| | | **TOTAL:** | **15.5** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| J.R. MANNING (JRM) | 15.5 | 650.00 | 10,075.00 |
| **TOTAL:** | **15.5** | | **10,075.00** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE / TRENWITH

### RECAP OF PROFESSIONAL SERVICES
### August 14, 2007 to January 31, 2008

**B.    MEETINGS OF CREDITORS**

| Date | Name | Description | Time |
|---|---|---|---|
| 8/23/2007 | JRM | UCC Conference call with BDO, including a report on the sales process and pre-call preparation of agenda. | 1.3 |
| 9/28/2007 | JRM | UCC call on sale process. | 0.7 |
| 10/4/2007 | JRM | Participated in Committee conference call. | 1.0 |
| 11/1/2007 | JRM | Participated in a Committee conference telephone call. | 1.0 |
| 11/29/2007 | JRM | Preparation and report to Creditor's Committee. | 1.0 |
| | | **TOTAL:** | **5.0** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| J.R. MANNING (JRM) | 5.0 | 650.00 | 3,250.00 |
| **TOTAL:** | **5.0** | | **3,250.00** |

EXHIBIT "A"

-5-

## AMERICAN HOME MORTGAGE / TRENWITH

### RECAP OF PROFESSIONAL SERVICES
### August 14, 2007 to January 31, 2008

**C.    CASE ADMINISTRATION**

| Date | Name | Description | Time |
|---|---|---|---|
| 9/5/2007 | JRM | Reviewed Phoenix application for employment as investment banker. | 0.5 |
| 9/10/2007 | JRM | Reviewed pending investment banker retention agreement and discussion with BDO advisors. | 0.8 |
| | | **TOTAL:** | **1.3** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| J.R. MANNING (JRM) | 1.3 | 650.00 | 845.00 |
| **TOTAL:** | **1.3** | | **845.00** |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE / TRENWITH

### RECAP OF PROFESSIONAL SERVICES
### August 14, 2007 to January 31, 2008

**D.    TRAVEL TIME**

| Date | Name | Description | Time |
|---|---|---|---|
| 9/12/2007 | JRM | Travel time to AHM meeting. | 3.0 |
| 9/13/2007 | JRM | Travel time from AHM meeting. | 3.0 |
| 10/3/2007 | JRM | Travel time to AHM auction. | 3.0 |
| 10/5/2007 | JRM | Travel time to AHM auction that did not occur. | 3.0 |
| | | **TOTAL:** | **12.0** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|---|---|---|---|
| J.R. MANNING (JRM) | 12.0 | 325.00 | 3,900.00 |
| **TOTAL:** | **12.0** | | **3,900.00** |