EXHIBIT "B"

American Home Mortgage Holdings, Inc.
Schedule of Expenses
August 14, 2007 through January 31, 2008

1. PHOTOCOPYING
   a. Internal
   b. External

2. TELECOMMUNICATIONS
   a. Toll Charges
   b. Facsimile
   c. Out-of-State toll charges

3. COURIER, FRIEGHT AND POSTAL SERVICES
   *For overnight and hand delivery to Counsel*
   *and Committee members*

4. COURT REPORTER AND TRANSCRIPTS

5. TECHNOLOGY SERVICES

6. OUT-OF-TOWN TRAVEL
   a. Transportation                                           188.00
   b. Lodging                                                  286.94
   c. Meals

7. OUTSIDE SERVICES

8. LOCAL MEALS

9. LOCAL TRANSPORTATION, TOLLS, MILEAGE
   AND PARKING – for cabs to/from meetings, car service
   *for employees working after 8:00 p.m. and local mileage*
   *using personal auto*

10. MISCELLANEOUS

    **TOTAL**                                                 **$474.94**

TRENWITH SECURITIES, LLC
JEFFREY R. MANNING
7101 Wisconsin Avenue
Bethesda, MD 20184-4827
Telephone Number:    301-634-0233
Facsimile Number:    301-654-3567

Investment Banking Advisors to the Committee

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Case No.    07-11047 (CSS) |
| | ) | |
| American Home Mortgage Holdings, Inc., <u>et al</u>[1] | ) | Chapter 11    Jointly Administered |
| | ) | |
| Debtors. | ) | |

DECLARATION OF JEFFREY R. MANNING IN SUPPORT OF
FIRST MONTHLY APPLICATION OF TRENWITH SECURITIES, LLC, FOR INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES AS INVESMENT BANKING
ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD AUGUST 14, 2007 TO JANUARY 31, 2008

STATE OF NEW YORK    }
                     }SS:
COUNTY OF NEW YORK   }

I, JEFFREY R. MANNING declare under the penalty of perjury as follows:

1. I am a Managing Director in the firm of Trenwith Securities, LLC, a limited liability company, investment bank, and Financial Industry Regulatory Authority ("FINRA", formerly known as "NASD") member firm with offices located at 7101 Wisconsin Avenue Bethesda, MD 20184-4827.

---

[1] The Debtors in these cases are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

-1-

2. I have reviewed Trenwith's "First Monthly Application for Compensation and Reimbursement of Expenses as Investment Banking Advisors to the Official Committee of Unsecured Creditors" (the "Application") for the period August 14, 2007 to January 31, 2008 (the "Application Period") and this affidavit is submitted in support of the application.

3. To the best of my knowledge, information and belief formed after reasonable inquiry, the Application complies with the Local Rule 2016-2, and the United States Trustees Guidelines issued March 22, 1995, by the U.S. Department of Justice.

4. All interested parties have received and are reviewing or have reviewed the application.

5. In providing a reimbursable service, Trenwith does not make a profit on that service.

6. In charging for a particular service, Trenwith does not include the amortization of the cost of any investment equipment or capital outlay.

7. In seeking reimbursement for third party services, Trenwith requests reimbursement only for the amount billed to Trenwith by the third-party.

8. To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines and the UST Guidelines, except as specifically noted herein and in the application and except to the extent that fees or disbursements sought are prohibited by the Guidelines or the UST Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by Trenwith and generally accepted by Trenwith's clients.

9. A summary of the fees and expenses incurred by Trenwith in this Chapter 11 case, during the Application Period as well as copies of the records maintained in the ordinary course of business by Trenwith are provided in Exhibits "A" and "B" annexed to the Application.

10. The following is a summary of the total fees and expenses incurred by Trenwith during this application period:

| | |
|---|---:|
| FEES | $18,070.00 |
| EXPENSES | 474.94 |
| TOTAL | $18,544.94 |

11. Trenwith has received from, or on behalf, of the Debtors $0.00 for reimbursement of fees and expenses in this Chapter 11 case as Investment Banking Advisors to the Committee. None of the compensation paid to Trenwith, from or on behalf of the Debtors, has been divided or shared with any other person other than the members, associates and employees of Trenwith.

12. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 19, 2008
at Bethesda, MD

_____
JEFFREY R. MANNING

Sworn and subscribed to before
me this 19 day of February, 2008

_____
Notary Public

-3-