IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
         Debtors.                                                      :
                                                                       :
---------------------------------------------------------------------- x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KATE MAILLOUX, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 30, 2008, I caused to be served true and correct copies of the

   a) Rejection Letter for the Seventh Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rule 6006, Authorizing the Debtors to Reject Certain Executory Contracts, dated January 30, 2008 (the "Rejection Letter");

   b) Sixth Order, Pursuant to Sections 105, 365 and 554 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors To Reject Certain Executory Contracts and To Abandon Certain Furniture, Fixtures and Equipment, [Docket 2805] dated January 30, 2008 (the "Sixth Order")

by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered as follows

   i) Rejection Letter by overnight mail, to those parties listed on Exhibit A annexed hereto,

      ii)      Sixth Order by overnight mail, to those parties listed on <u>Exhibit B</u> annexed hereto.

      3.      All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                             */s/ Kate Mailloux*
                                                              Kate Mailloux

Sworn to before me this
1st day of February, 2008

*/s/ Mariah Dubin*
Notary Public

MARIAH DUBIN
Notary Public, State of New York
No. 01DU6076302
Qualified in Nassau County
Commission Expires June 24, 2010

# EXHIBIT "A"

Moody's Investor Service, Inc.
99 Church Street
New York, NY 10007

Moody's Wall Street Analytics, Inc.
395 Oyster Point Boulevard, Suite 215
South San Francisco, CA 94080

Pamela A. Bosswick
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169-0079

**EXHIBIT "B"**

Ara Galstyan
Public Storage
701 Western Ave.
Glendale, CA 91201-2349

PS Texas Holding, Ltd.
(Public Storage Co.)
1474 Justin Road #407
Lewisville, TX 75077