IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x  Chapter 11
In re:                                                                :
                                                                      :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :
a Delaware corporation, et al.,[1]                                    :  Jointly Administered
                                                                      :
      Debtors.                                                        :  Objection Deadline: March 11, 2008 at 4:00
                                                                      :  p.m.
--------------------------------------------------------------------- x  Hearing Date: N/A

## NOTICE OF APPLICATION

TO:   The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the
      Official Committee of Unsecured Creditors

      The **First Monthly Application of Codilis & Associates, P.C. as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period August 6, 2007 through August 31, 2007** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $83,165.00 and interim expenses in the amount of $29,848.22.

      Objections to the Application, if any, are required to be filed on or before **March 11, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

      At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

        PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

        PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
       February 20, 2008

                            YOUNG CONAWAY STARGATT & TAYLOR, LLP

                            /s/ Ryan M. Bartley
                            James L. Patton, Jr. (No. 2202)
                            Pauline K. Morgan (No. 3650)
                            Sean M. Beach (No. 4070)
                            Matthew B. Lunn (No. 4119)
                            Margaret B. Whiteman (No. 4652)
                            Ryan M. Bartley (No. 4985)
                            The Brandywine Building
                            1000 West Street, 17th Floor
                            Wilmington, Delaware 19801
                            Telephone: (302) 571-6600
                            Facsimile: (302) 571-1253

                            Counsel for Debtors and
                            Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x   Chapter 11
In re:                                                             :
                                                                   :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :
a Delaware corporation, et al.,                                    :   Jointly Administered
                                                                   :
      Debtors.                                                     :   Objection Deadline:
                                                                   :   Hearing Date: N/A
------------------------------------------------------------------ x

**FIRST MONTHLY APPLICATION OF CODILIS & ASSOCIATES, P.C. AS FORECLOSURE SERVICE PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD AUGUST 6, 2007 THROUGH AUGUST 31, 2007**

| | |
|---|---|
| Name of Applicant: | **Codilis & Associates, P.C.** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **Effective as of August 6, 2007** |
| Period for which compensation and reimbursement is sought: | **August 6, 2007 through August 31, 2007** |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | **$83,165.00** |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | **$29,848.22** |

This is an: __X__ interim ___ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors or a breakdown of time is included if billed hourly. Hourly fees are deemed incurred when billed. This application includes no fee component in connection with the preparation of Fee Applications.

**PRIOR APPLICATIONS:** NONE

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fee | Expenses | Fees | Expenses |
| [----Please Complete As Applicable---] | | | | | |
| | | | | | |
| | | | | | |

## *INTERIM COMPENSATION BY PROJECT CATEGORY*

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $83,165.00 |
| Attorney performing hourly work--NONE | N/A | N/A |
| TOTALS | N/A | $83,165.00 |

## *INTERIM EXPENSES*

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Foreclosure Related Expenses | | $29,848.22 |

## VERIFICATION OF FEE APPLICATION

STATE OF **ILLINOIS**   )
                        )   SS:
COUNTY OF **DUPAGE**    )

**Berton J. Maley** after being duly sworn according to law, deposes and says:

1. I am a Supervising Attorney in the applicant firm (the "Firm") and have been admitted to the bar of the state of Illinois since November 5, 1992.

2. I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

3. The services and expenses were performed and incurred within the month subject to the foregoing Application.

4. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Berton J. Maley

SWORN TO AND SUBSCRIBED
before me this 19th day of February, 2008.

_____
Notary Public

```
OFFICIAL SEAL
PAMELA J FOTINO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/21/09
```

FLAT RATE CHART AND BILLING PRACTICES

The following information summarizes flat attorneys fees and costs typically charged in Illinois. If matters become contested or complicated, the additional fees will be billed at an hourly rate. The hourly rate, as disclosed in our affidavit of retention is $150.00 - $250.00 per hour depending on that the attorney performing the services. Where the firm has charged a flat rate for foreclosure related contested matters, the fee charged has been less than the firm's hourly rate for the time expended and has been agreed to by debtor in possession.

Firm practices for when fee is deemed to have been incurred our outlined at each description below.

1. **Foreclosure Lawsuit**
   non-contested, non-appearance cases         $1,100-1,250.00
   Amount may vary depending on investor.
   $825.00   Incurred when suit filed.
   Balance at entry of judgment. Simple Summary
   Judgment increases total by $100.00.

2. **Bankruptcy Motions to Lift Stay and/or**
   **Objections to Confirmation-**                $350.00-$500.00
   Including up to two court appearances
   (may vary with investor)
   Fee incurred at preparation of documents.

3. **Bankruptcy: Response to Debtor Motion**
   including up to one appearance.               $150.00
   Fee incurred at review of debtor motion.

4. **Bankruptcy: POC and Pre Confirmation**    $395.00
   Fee for review of Debtor's Chapter 13 Plan,
   Petition and Schedules, Preparation and
   filing of Proof of Claim

5. **Mortgagee Defense** – includes Appearance and   $575.00
   Answer to foreclosure law suit filed by superior lien
   holder, monitoring foreclosure, proving up, and bidding
   at sale if deemed desirable.
   Fee incurred at preparation of answer and appearance.

6. **Building Court Appearance**                $225.00
   Fee for each necessary appearance in building court.
   Fee incurred at time of appearance.

7. **Title Claim**: Preparation and filing of title claim.   $125.00
   Fee incurred at claim letter drafting.

| INVOICENO | FILE_NUMBER | LOAN_NUMBER | BILLDESC | ENTER_DATE | DOLLAR |
|---|---|---|---|---|---|
| 351586 | 14-06-0118 | 1000977360 | Miscellaneous Costs -OBTAIN RE TAX BILL | 08-Aug-07 | 21 |
| 351714 | 14-07-E165 | 1927355017 | Title Update Charge | 08-Aug-07 | 65 |
| 351717 | 14-07-6184 | 1001108737 | Selling Officer/Sheriff fee (Cancel) | 07-Aug-07 | 150 |
| 351725 | 14-07-6217 | 1001077384 | Selling Officer/Sheriff fee (Cancel) | 07-Aug-07 | 150 |
| 351726 | 14-07-4283 | 100110055 | Selling Officer/Sheriff fee (Cancel) | 07-Aug-07 | 150 |
| 352000 | 14-07-E442 | 1000834335 | Title Update Charge | 10-Aug-07 | 65 |
| 352153 | 14-07-2140 | 1001065997 | Selling Officer/Sheriff fee (Cancel) | 07-Aug-07 | 150 |
| 352168 | 14-07-B970 | 1000679671 | Recording Assignment of Mortgage | 10-Aug-07 | 36 |
| 352173 | 14-07-D931 | 1001650684 | Service of Summons | 08-Aug-07 | 80 |
| 352185 | 14-07-E443 | 1000840987 | Recorder (Lis Pendens) | 10-Aug-07 | 35 |
| 352185 | 14-07-E443 | 1000840987 | Title Update Charge | 10-Aug-07 | 65 |
| 352185 | 14-07-E443 | 1000840987 | Complaint Filing Fee | 10-Aug-07 | 236 |
| 352190 | 14-07-E136 | 1001684625 | Title Update Charge | 10-Aug-07 | 65 |
| 352190 | 14-07-E136 | 1001684625 | Complaint Filing Fee | 10-Aug-07 | 294 |
| 352214 | 14-07-E446 | 1000853495 | Recorder (Lis Pendens) | 10-Aug-07 | 40 |
| 352214 | 14-07-E446 | 1000853495 | Title Update Charge | 10-Aug-07 | 65 |
| 352214 | 14-07-E446 | 1000853495 | Complaint Filing Fee | 10-Aug-07 | 280 |
| 352260 | 14-07-A379 | 1001375626 | Recording Assignment of Mortgage | 10-Aug-07 | 36 |
| 352308 | 14-07-C376 | 1001553092 | Recording Assignment of Mortgage | 10-Aug-07 | 40 |
| 352503 | 14-07-A378 | 1001159058 | Recording Assignment of Mortgage | 13-Aug-07 | 36 |
| 352553 | 14-07-0409 | 1001081664 | Selling Officer/Sheriff fee (Cancel) | 13-Aug-07 | 150 |
| 352639 | 14-06-D901 | 1001244267 | Bankruptcy Racer/Pacer Search | 14-Aug-07 | 15 |
| 352639 | 14-06-D901 | 1001244267 | Recorder (Memorandum of Judgment) | 14-Aug-07 | 30 |
| 352639 | 14-06-D901 | 1001244267 | Record Deed | 14-Aug-07 | 40 |
| 352639 | 14-06-D901 | 1001244267 | Selling Officer/Sheriff fee (Conduct) | 14-Aug-07 | 600 |
| 352673 | 14-06-E010 | 1001327530 | State of IL-DFI Policy Fee | 14-Aug-07 | 3 |
| 352673 | 14-06-E010 | 1001327530 | Record Deed | 14-Aug-07 | 38 |
| 352673 | 14-06-E010 | 1001327530 | Final Later Date | 14-Aug-07 | 65 |
| 352673 | 14-06-E010 | 1001327530 | Selling Officer/Sheriff fee (Conduct) | 14-Aug-07 | 300 |
| 352721 | 14-07-E174 | 1001215719 | Final Title Policy Charge | 14-Aug-07 | 895 |
| 352807 | 14-07-D942 | 1001649299 | Title Update Charge | 22-Aug-07 | 65 |
| 352821 | 14-07-1938 | 1001433188 | State of IL-DFI Policy Fee | 14-Aug-07 | 3 |
| 352821 | 14-07-1938 | 1001433188 | Record Deed | 14-Aug-07 | 38 |
| 352821 | 14-07-1938 | 1001433188 | Final Later Date | 14-Aug-07 | 65 |
| 352821 | 14-07-1938 | 1001433188 | Selling Officer/Sheriff fee (Conduct) | 14-Aug-07 | 300 |

Aug Costs

| | | | | | |
|---|---|---|---|---|---|
| 352821 | 14-07-1938 | 1001433188 | Final Title Policy Charge | 14-Aug-07 | 415 |
| 353160 | 14-06-H442 | 1000706496 | Selling Officer/Sheriff fee (Cancel) | 16-Aug-07 | 150 |
| 353250 | 14-06-H532 | 1001286986 | State of IL-DFI Policy Fee | 17-Aug-07 | 3 |
| 353250 | 14-06-H532 | 1001286986 | Record Deed | 17-Aug-07 | 38 |
| 353250 | 14-06-H532 | 1001286986 | Final Later Date | 17-Aug-07 | 65 |
| 353250 | 14-06-H532 | 1001286986 | Selling Officer/Sheriff fee (Conduct) | 17-Aug-07 | 300 |
| 353250 | 14-06-H532 | 1001286986 | Final Title Policy Charge | 17-Aug-07 | 715 |
| 353496 | 14-06-A767 | 1000882673 | State of IL-DFI Policy Fee | 20-Aug-07 | 3 |
| 353496 | 14-06-A767 | 1000882673 | Record Deed | 20-Aug-07 | 38 |
| 353496 | 14-06-A767 | 1000882673 | Final Later Date | 20-Aug-07 | 65 |
| 353496 | 14-06-A767 | 1000882673 | Selling Officer/Sheriff fee (Conduct) | 20-Aug-07 | 300 |
| 353496 | 14-06-A767 | 1000882673 | Final Title Policy Charge | 20-Aug-07 | 715 |
| 353769 | 14-06-0110 | 1000713970 | Recorder (Lis Pendens) | 21-Aug-07 | 36 |
| 353769 | 14-06-0110 | 1000713970 | State of IL-DFI Policy Fee | 21-Aug-07 | 3 |
| 353769 | 14-06-0110 | 1000713970 | Record Deed | 21-Aug-07 | 38 |
| 353769 | 14-06-0110 | 1000713970 | Final Later Date | 21-Aug-07 | 65 |
| 353769 | 14-06-0110 | 1000713970 | Selling Officer/Sheriff fee (Conduct) | 21-Aug-07 | 300 |
| 353847 | 14-07-E449 | 1000732250 | Service of Summons | 14-Aug-07 | 65 |
| 353847 | 14-07-E449 | 1000732250 | Title Update Charge | 21-Aug-07 | 65 |
| 353847 | 14-07-E449 | 1000732250 | Complaint Filing Fee | 14-Aug-07 | 294 |
| 353917 | 14-07-1947 | 1001066091 | Bankruptcy Racer/Pacer Search | 21-Aug-07 | 15 |
| 353917 | 14-07-1947 | 1001066091 | Record Deed | 21-Aug-07 | 38 |
| 354234 | 14-07-E169 | 1001221311 | Selling Officer/Sheriff fee (Conduct) | 21-Aug-07 | 300 |
| 354234 | 14-07-E169 | 1001221311 | Recorder (Lis Pendens) | 20-Aug-07 | 36 |
| 354234 | 14-07-E169 | 1001221311 | Title Update Charge | 23-Aug-07 | 65 |
| 354234 | 14-07-E169 | 1001221311 | Service of Summons | 20-Aug-07 | 195 |
| 354234 | 14-07-E169 | 1001221311 | Complaint Filing Fee | 20-Aug-07 | 294 |
| 354463 | 14-07-0291 | 1000563969 | State of IL-DFI Policy Fee | 23-Aug-07 | 3 |
| 354463 | 14-07-0291 | 1000563969 | Bankruptcy Racer/Pacer Search | 23-Aug-07 | 15 |
| 354463 | 14-07-0291 | 1000563969 | Record Deed | 23-Aug-07 | 35 |
| 354463 | 14-07-0291 | 1000563969 | Title Update Charge | 23-Aug-07 | 65 |
| 354463 | 14-07-0291 | 1000563969 | Selling Officer/Sheriff fee (Conduct) | 23-Aug-07 | 375 |
| 354463 | 14-07-0291 | 1000563969 | Title Charges | 23-Aug-07 | 1315 |
| 354630 | 14-07-A373 | 2000256985 | Recording Assignment of Mortgage | 24-Aug-07 | 40 |
| 354663 | 14-07-C294 | 1000847426 | Recording Assignment of Mortgage | 24-Aug-07 | 40 |
| 354685 | 14-06-H435 | 1001116388 | Selling Officer/Sheriff fee (Cancel) | 24-Aug-07 | 100 |

| | | | | |
|---|---|---|---|---|
| 355176 | 14-06-G845 | 1001320889 | State of IL-DFI Policy Fee | 28-Aug-07 | 3 |
| 355176 | 14-06-G845 | 1001320889 | Record Deed | 28-Aug-07 | 38 |
| 355176 | 14-06-G845 | 1001320889 | Final Later Date | 28-Aug-07 | 65 |
| 355176 | 14-06-G845 | 1001320889 | Selling Officer/Sheriff fee (Conduct) | 28-Aug-07 | 300 |
| 355176 | 14-06-G845 | 1001320889 | Final Title Policy Charge | 28-Aug-07 | 1495 |
| 355267 | 14-07-1939 | 1000703548 | Sale Publication | 24-Aug-07 | 415 |
| 355388 | 14-07-2830 | 1001139785 | Selling Officer/Sheriff fee (Cancel) | 29-Aug-07 | 300 |
| 355816 | 14-07-1948 | 1001431073 | State of IL-DFI Policy Fee | 30-Aug-07 | 3 |
| 355816 | 14-07-1948 | 1001431073 | Record Deed | 30-Aug-07 | 38 |
| 355816 | 14-07-1948 | 1001431073 | Final Later Date | 30-Aug-07 | 65 |
| 355816 | 14-07-1948 | 1001431073 | Selling Officer/Sheriff fee (Conduct) | 30-Aug-07 | 300 |
| 355816 | 14-07-1948 | 1001431073 | Final Title Policy Charge | 30-Aug-07 | 415 |
| 356294 | 14-07-2066 | 1000519480 | Sale Publication | 22-Aug-07 | 415 |
| 356704 | 14-07-H087 | 1000611259 | Record Deed | 30-Aug-07 | 3 |
| 356704 | 14-07-H087 | 1000611259 | Recorder (Lis Pendens) | 31-Aug-07 | 36 |
| 356704 | 14-07-H087 | 1000611259 | Service of Summons | 31-Aug-07 | 170 |
| 356704 | 14-07-H087 | 1000611259 | Complaint Filing Fee | 31-Aug-07 | 251 |
| 356972 | 14-06-H448 | 1001197661 | Final Title Policy Charge | 14-Aug-07 | 775 |
| 356972 | 14-06-H448 | 1001197661 | Selling Officer/Sheriff fee (Conduct) | 14-Aug-07 | 300 |
| 356972 | 14-06-H448 | 1001197661 | Final Later Date | 14-Aug-07 | 65 |
| 356972 | 14-06-H448 | 1001197661 | Record Deed | 14-Aug-07 | 38 |
| 358665 | 14-07-1417 | 1001049848 | State of IL-DFI Policy Fee | 14-Aug-07 | 3 |
| 358665 | 14-07-1417 | 1001049848 | Selling Officer/Sheriff fee (Conduct) | 14-Aug-07 | 300 |
| 358637 | 14-07-1844 | 1000503141 | Sale Publication | 23-Aug-07 | 415 |
| 359155 | 14-07-1941 | 1001159466 | Sale Publication | 24-Aug-07 | 415 |
| 359214 | 14-07-3908 | 1001140409 | Sale Publication | 23-Aug-07 | 415 |
| 359655 | 14-07-4344 | 1001175025 | Sale Publication | 29-Aug-07 | 415 |
| 360544 | 14-07-D013 | 1000611259 | Title Charges | 27-Aug-07 | 410 |
| 360690 | 14-07-3744 | 1000991406 | Sale Publication | 24-Aug-07 | 415 |
| 361018 | 14-06-H433 | 1001175618 | Sale Publication | 24-Aug-07 | 415 |
| 361322 | 14-07-4283 | 1001100055 | Sale Publication | 24-Aug-07 | 415 |
| 361517 | 14-07-4038 | 1001410300 | Sale Publication | 28-Aug-07 | 415 |
| 361717 | 14-06-C296 | 1000861569 | Sale Publication | 24-Aug-07 | 415 |
| 362098 | 14-07-0287 | 1000908877 | Sale Publication | 28-Aug-07 | 415 |
| 362103 | 14-07-0175 | 1000963261 | Sale Publication | 28-Aug-07 | 415 |
| 362104 | 14-07-0174 | 1000963159 | Sale Publication | 28-Aug-07 | 415 |
| 362104 | 14-07-0174 | 1000963159 | Selling Officer/Sheriff fee (Conduct) | 14-Aug-07 | 600 |

| | | | | |
|---|---|---|---|---|
| 362393 | 14-07-3937 | 1000866451 | Sale Publication | 24-Aug-07 | 415 |
| 362415 | 14-07-3935 | 1001307394 | Sale Publication | 28-Aug-07 | 415 |
| 362416 | 14-07-3135 | 1001421854 | Sale Publication | 28-Aug-07 | 415 |
| 362843 | 14-07-3743 | 1000860042 | Sale Publication | 28-Aug-07 | 415 |
| 363240 | 14-07-G202 | 1001243114 | Title Charges | 20-Aug-07 | 410 |
| 364698 | 14-07-6188 | 1001102822 | Sale Publication | 31-Aug-07 | 415 |
| 365778 | 14-07-0289 | 1000908905 | Sale Publication | 23-Aug-07 | 415 |
| 366122 | 14-07-2140 | 1001065997 | Sale Publication | 24-Aug-07 | 415 |
| 370972 | 14-07-4282 | 1001092197 | Recording Assignment of Mortgage | 24-Aug-07 | 36 |
| 371460 | 14-07-8301 | 1001469201 | Service of Process by Mail (statutory) | 15-Aug-07 | 3.69 |
| 371460 | 14-07-8301 | 1001469201 | Sale Publication | 28-Aug-07 | 415 |
| 371510 | 14-06-H446 | 1000767829 | Service of Process by Mail (statutory) | 10-Aug-07 | 2.46 |
| 371517 | 14-06-G061 | 1000666326 | Service of Process by Mail (statutory) | 15-Aug-07 | 1.23 |
| 371517 | 14-06-G061 | 1000666326 | Sale Publication | 30-Aug-07 | 415 |
| 371527 | 14-06-G058 | 1001036838 | Service of Process by Mail (statutory) | 10-Aug-07 | 2.46 |
| 372203 | 14-07-0272 | 1000622660 | Service of Process by Mail (statutory) | 06-Aug-07 | 3.69 |
| 376190 | 14-07-A429 | 1001105547 | Service of Process by Mail (statutory) | 27-Aug-07 | 3.69 |
| 376772 | 14-07-E442 | 1000834335 | Publication for Service | 30-Aug-07 | 275 |
| 376772 | 14-07-E442 | 1000834335 | Service of Summons | 30-Aug-07 | 425 |
| 376807 | 14-07-B970 | 1000679671 | Publication for Service | 24-Aug-07 | 275 |
| 377029 | 14-07-E144 | 1001543839 | Service of Summons | 19-Aug-07 | 175 |
| 377767 | 14-07-6870 | 1001390376 | Sale Publication | 21-Aug-07 | 415 |

| INVOICE_NO | FILE_NUMBER | LOAN_NUMBER | BILLDESC | ENTER_DATE | DOLLAR | NOTES |
|---|---|---|---|---|---|---|
| 351030 | 14-07-B805 | 1001429480 | Mortgagee Defense Atty Fees | 06-Aug-07 | 575 | Janet Gibson approved fee via email on 6/26/07 |
| 351556 | 14-07-0107 | 1000652052 | Attorneys Fees - Summary Judgment | 08-Aug-07 | 100 | |
| 351556 | 14-07-0107 | 1000652052 | Foreclosure Attorney's Fees | 08-Aug-07 | 1100 | |
| 351637 | 14-07-C261 | 1001037590 | Foreclosure Attorney's Fees | 08-Aug-07 | 825 | |
| 351692 | 14-06-G056 | 1001107314 | Attorneys Fees - Summary Judgment | 08-Aug-07 | 100 | |
| 351692 | 14-06-G056 | 1001107314 | Foreclosure Attorney's Fees | 08-Aug-07 | 1100 | |
| 351710 | 14-07-3425 | 1001433731 | Attorneys Fees - Summary Judgment | 08-Aug-07 | 100 | |
| 351710 | 14-07-3425 | 1001433731 | Foreclosure Attorney's Fees | 08-Aug-07 | 1100 | |
| 351711 | 14-07-1419 | 1000738829 | Attorneys Fees - Summary Judgment | 08-Aug-07 | 100 | |
| 351711 | 14-07-1419 | 1000738829 | Foreclosure Attorney's Fees | 08-Aug-07 | 1100 | |
| 351714 | 14-07-E165 | 1927355017 | Foreclosure Attorney's Fees | 08-Aug-07 | 825 | |
| 351715 | 14-07-8510 | 1001148367 | Foreclosure Attorney's Fees | 08-Aug-07 | 1100 | |
| 351716 | 14-06-F999 | 1001243417 | Attorneys Fees - Summary Judgment | 08-Aug-07 | 100 | |
| 351716 | 14-06-F999 | 1001243417 | Foreclosure Attorney's Fees | 08-Aug-07 | 1100 | |
| 351717 | 14-07-6184 | 1001108737 | Attorneys Fees - Summary Judgment | 08-Aug-07 | 100 | |
| 351717 | 14-07-6184 | 1001108737 | Foreclosure Attorney's Fees | 08-Aug-07 | 1100 | |
| 351718 | 14-07-1942 | 1001272920 | Foreclosure Attorney's Fees | 08-Aug-07 | 375 | |
| 351719 | 14-07-8507 | 1000835076 | Foreclosure Attorney's Fees | 08-Aug-07 | 825 | |
| 351720 | 14-06-G087 | 1001126917 | Attorneys Fees - Summary Judgment | 08-Aug-07 | 100 | |
| 351721 | 14-07-8491 | 1000808417 | Foreclosure Attorney's Fees | 08-Aug-07 | 825 | |
| 351722 | 14-07-3916 | 1001236039 | Foreclosure Attorney's Fees | 08-Aug-07 | 1100 | |
| 351724 | 14-07-4030 | 1000869849 | Foreclosure Attorney's Fees | 08-Aug-07 | 1100 | |
| 351725 | 14-07-6217 | 1001077384 | Attorneys Fees - Summary Judgment | 08-Aug-07 | 100 | |
| 351725 | 14-07-6217 | 1001077384 | Foreclosure Attorney's Fees | 08-Aug-07 | 1100 | |
| 351726 | 14-07-4283 | 1001110055 | Attorneys Fees - Summary Judgment | 08-Aug-07 | 100 | |
| 351726 | 14-07-4283 | 1001110055 | Foreclosure Attorney's Fees | 08-Aug-07 | 1100 | |
| 351827 | 14-07-8517 | 1000572496 | Foreclosure Attorney's Fees | 09-Aug-07 | 825 | |
| 351891 | 14-07-C355 | 1000617845 | Foreclosure Attorney's Fees | 09-Aug-07 | 825 | |
| 352041 | 14-06-D215 | 1000807293 | Attorneys Fees - Summary Judgment | 10-Aug-07 | 100 | |
| 352041 | 14-06-D215 | 1000807293 | Foreclosure Attorney's Fees | 10-Aug-07 | 1100 | |
| 352068 | 14-07-3937 | 1000866451 | Attorneys Fees - Summary Judgment | 10-Aug-07 | 100 | |
| 352068 | 14-07-3937 | 1000866451 | Foreclosure Attorney's Fees | 10-Aug-07 | 1100 | |
| 352075 | 14-07-4028 | 1001347971 | Foreclosure Attorney's Fees | 10-Aug-07 | 1100 | |
| 352082 | 14-07-A098 | 1001539725 | Foreclosure Attorney's Fees | 10-Aug-07 | 825 | |

Aug 2007 Fees

| | | | | | |
|---|---|---|---|---|---|
| 352084 | 14-07-3935 | 1001307394 | Foreclosure Attorney's Fees | 10-Aug-07 | 1100 |
| 352098 | 14-07-3135 | 1001421854 | Attorneys Fees - Summary Judgment | 10-Aug-07 | 100 |
| 352098 | 14-07-3135 | 1001421854 | Foreclosure Attorney's Fees | 10-Aug-07 | 275 |
| 352100 | 14-07-9264 | 1001515984 | Foreclosure Attorney's Fees | 10-Aug-07 | 330 |
| 352104 | 14-07-3744 | 1000991406 | Foreclosure Attorney's Fees | 10-Aug-07 | 1100 |
| 352113 | 14-07-8498 | 1000777315 | Attorneys Fees - Summary Judgment | 10-Aug-07 | 100 |
| 352113 | 14-07-8498 | 1000777315 | Foreclosure Attorney's Fees | 10-Aug-07 | 1100 |
| 352130 | 14-07-2142 | 1000868466 | Attorneys Fees - Summary Judgment | 10-Aug-07 | 100 |
| 352130 | 14-07-2142 | 1000868466 | Foreclosure Attorney's Fees | 10-Aug-07 | 1100 |
| 352131 | 14-07-8373 | 1001554564 | Attorneys Fees - Summary Judgment | 10-Aug-07 | 100 |
| 352131 | 14-07-8373 | 1001554564 | Foreclosure Attorney's Fees | 10-Aug-07 | 1100 |
| 352140 | 14-07-3908 | 1001140409 | Foreclosure Attorney's Fees | 10-Aug-07 | 1100 |
| 352153 | 14-07-2140 | 1001065997 | Attorneys Fees - Summary Judgment | 10-Aug-07 | 100 |
| 352153 | 14-07-2140 | 1001065997 | Foreclosure Attorney's Fees | 10-Aug-07 | 1350 |
| 352159 | 14-07-C262 | 1001080736 | Foreclosure Attorney's Fees | 10-Aug-07 | 600 |
| 352160 | 14-07-8090 | 1001098183 | Foreclosure Attorney's Fees | 10-Aug-07 | 75 |
| 352161 | 14-07-5756 | 1001451873 | Foreclosure Attorney's Fees | 10-Aug-07 | 825 |
| 352165 | 14-07-E133 | 1001230358 | Foreclosure Attorney's Fees | 10-Aug-07 | 825 |
| 352169 | 14-07-E155 | 1001572075 | Foreclosure Attorney's Fees | 10-Aug-07 | 825 |
| 352170 | 14-07-6000 | 1000755699 | Attorneys Fees - Summary Judgment | 10-Aug-07 | 100 |
| 352170 | 14-07-6000 | 1000755699 | Foreclosure Attorney's Fees | 10-Aug-07 | 1100 |
| 352173 | 14-07-D931 | 1001650684 | Foreclosure Attorney's Fees | 10-Aug-07 | 825 |
| 352176 | 14-07-C272 | 1001011132 | Foreclosure Attorney's Fees | 10-Aug-07 | 825 |
| 352177 | 14-07-C331 | 1000711593 | Foreclosure Attorney's Fees | 10-Aug-07 | 770 |
| 352180 | 14-07-8370 | 1001517913 | Foreclosure Attorney's Fees | 10-Aug-07 | 825 |
| 352182 | 14-07-C364 | 1000701113 | Foreclosure Attorney's Fees | 10-Aug-07 | 825 |
| 352183 | 14-07-6870 | 1001390376 | Foreclosure Attorney's Fees | 10-Aug-07 | 1100 |
| 352185 | 14-07-E443 | 1000840987 | Foreclosure Attorney's Fees | 10-Aug-07 | 300 |
| 352187 | 14-06-F724 | 1001320875 | Foreclosure Attorney's Fees | 10-Aug-07 | 1100 |
| 352190 | 14-07-E136 | 1001684625 | Foreclosure Attorney's Fees | 10-Aug-07 | 300 |
| 352192 | 14-07-E519 | 1000609054 | Foreclosure Attorney's Fees | 10-Aug-07 | 300 |
| 352212 | 14-06-H448 | 1001197661 | Foreclosure Attorney's Fees | 10-Aug-07 | 1100 |
| 352214 | 14-07-E446 | 1000853495 | Foreclosure Attorney's Fees | 10-Aug-07 | 300 |
| 352222 | 14-06-C308 | 1001013944 | Attorneys Fees - Summary Judgment | 10-Aug-07 | 100 |
| 352222 | 14-06-C308 | 1001013944 | Foreclosure Attorney's Fees | 10-Aug-07 | 1100 |
| 352230 | 14-07-6036 | 1001407792 | Attorneys Fees - Summary Judgment | 10-Aug-07 | 100 |
| 352230 | 14-07-6036 | 1001407792 | Foreclosure Attorney's Fees | 10-Aug-07 | 1100 |

| | | | | | |
|---|---|---|---|---|---|
| 352247 | 14-06-A645 | 1001025153 | Attorneys Fees - Summary Judgment | 10-Aug-07 | 100 |
| 352247 | 14-06-A645 | 1001025153 | Foreclosure Attorney's Fees | 10-Aug-07 | 1050 |
| 352258 | 14-07-A376 | 1001554881 | Foreclosure Attorney's Fees | 10-Aug-07 | 300 |
| 352264 | 14-07-A380 | 1001350534 | Foreclosure Attorney's Fees | 10-Aug-07 | 825 |
| 352272 | 14-06-A978 | 1000797006 | Foreclosure Attorney's Fees | 10-Aug-07 | 825 |
| 352278 | 14-06-A645 | 1001025153 | Title Claim Attorney Fees | 10-Aug-07 | 125 | Janet Gibson approved fee via email on 10/12/06 |
| 352280 | 14-07-A380 | 1001350534 | Title Claim Attorney Fees | 10-Aug-07 | 125 | Janet Gibson approved fee via email on 6/22/07 |
| 352283 | 14-06-A978 | 1000797006 | Title Claim Attorney Fees | 10-Aug-07 | 125 | Traynard Jackson approved fee via email on |
| 352294 | 14-06-D953 | 1000836235 | Foreclosure Attorney's Fees | 10-Aug-07 | 825 |
| 352299 | 14-07-C300 | 1001204624 | Foreclosure Attorney's Fees | 10-Aug-07 | 825 |
| 352303 | 14-07-A582 | 1001242651 | Foreclosure Attorney's Fees | 10-Aug-07 | 825 |
| 352307 | 14-07-C281 | 1001204814 | Foreclosure Attorney's Fees | 10-Aug-07 | 825 |
| 352314 | 14-07-C267 | 3500017516 | Foreclosure Attorney's Fees | 10-Aug-07 | 900 |
| 352315 | 14-07-A583 | 1000880831 | Foreclosure Attorney's Fees | 10-Aug-07 | 825 |
| 352317 | 14-07-1841 | 1001018966 | Foreclosure Attorney's Fees | 10-Aug-07 | 1100 |
| 352318 | 14-06-H433 | 1001175618 | Attorneys Fees - Summary Judgment | 10-Aug-07 | 100 |
| 352318 | 14-06-H433 | 1001175618 | Foreclosure Attorney's Fees | 10-Aug-07 | 1100 |
| 352320 | 14-07-1939 | 1000703548 | Foreclosure Attorney's Fees | 10-Aug-07 | 1100 |
| 352324 | 14-07-1948 | 1001431073 | Foreclosure Attorney's Fees | 10-Aug-07 | 1100 |
| 352330 | 14-07-0410 | 1000637696 | Attorneys Fees - Summary Judgment | 10-Aug-07 | 100 |
| 352330 | 14-07-0410 | 1000637696 | Foreclosure Attorney's Fees | 10-Aug-07 | 1100 |
| 352331 | 14-07-C288 | 1001200627 | Foreclosure Attorney's Fees | 10-Aug-07 | 825 |
| 352347 | 14-07-C914 | 1000487199 | Title Claim Attorney Fees | 13-Aug-07 | 125 | Janet Gibson approved fee on 7/26/07 via email |
| 352499 | 14-07-4789 | 1001137436 | Building Court Atty Fees | 13-Aug-07 | 225 | Attendance at the 8/13/07 building court hearing |
| 352511 | 14-07-3925 | 1001381070 | Building Court Atty Fees | 13-Aug-07 | 225 | Attendance at the 8/13/07 building court hearing |
| 352553 | 14-07-0409 | 1001081664 | Foreclosure Attorney's Fees | 13-Aug-07 | 1100 |
| 352594 | 14-07-A462 | 1001243114 | Foreclosure Attorney's Fees | 14-Aug-07 | 825 |
| 352639 | 14-06-D901 | 1001244267 | Attorney Fee - Assignment of Mortgage | 14-Aug-07 | 50 |
| 352639 | 14-06-D901 | 1001244267 | Foreclosure Attorney's Fees | 14-Aug-07 | 1100 |
| 352673 | 14-06-E010 | 1001327530 / 1001327576 | Attorney Fee - Assignment of Mortgage | 14-Aug-07 | 50 |

| | | | | | |
|---|---|---|---|---|---|
| 352673 | 14-06-E010 | 1001327530 / 1001327576 | Foreclosure Attorney's Fees | 14-Aug-07 | 1650 | |
| 352721 | 14-07-E174 | 1001215719 | Foreclosure Attorney's Fees | 14-Aug-07 | 770 | |
| 352729 | 14-07-C527 | 1001098192 | BK Atty Fee - Motion for Relief | 14-Aug-07 | 500 | Preparation of Notice and Motion for Relief from the Automatic Stay, One Court Appearance |
| 352734 | 14-06-C228 | 1000651124 | BK Atty Fee - Objection to Conf. | 14-Aug-07 | 350 | Straight Objection to the confirmation of the Chapter 13 plan |
| 352769 | 14-07-B694 | 1001554564 | Building Court Atty Fees | 15-Aug-07 | 225 | Attendance at the 8/14/07 building court hearing |
| 352793 | 14-07-B151 | 1000473355 | Mortgagee Defense Atty Fees | 15-Aug-07 | 575 | fees via email on 6/15/07 Janet Gibson approved |
| 352821 | 14-07-1938 | 1001433188 | Foreclosure Attorney's Fees | 15-Aug-07 | 1100 | |
| 352829 | 14-07-E099 | 1000570223 | BK Atty Fee - Misc | 15-Aug-07 | 50 | Filing of Reaffirmation on Agreement and Monitoring for Discharge |
| 352881 | 14-02-B654 | 3274127 | BK Atty Fee - FNOD | 15-Aug-07 | 75 | Attorney Fees for Formal Notice of Default preparation and obtaining Ex Parte Relief from the Automatic Stay for Violation of the previously entered Court Order |
| 353160 | 14-06-H442 | 1000706496 | Foreclosure Attorney's Fees | 16-Aug-07 | 1100 | |
| 353250 | 14-06-H532 | 1001286986 | Foreclosure Attorney's Fees | 17-Aug-07 | 1100 | |
| 353418 | 14-07-1318 | 1000854199 | Building Court Atty Fees | 20-Aug-07 | 225 | Attendance a the 8/16/07 building court hearing |
| 353624 | 14-07-9904 | 1000653877 | Building Court Atty Fees | 21-Aug-07 | 225 | Attendance at the 8/16/07 building court hearing |
| 353769 | 14-07-0110 | 1000713970 | Foreclosure Attorney's Fees | 21-Aug-07 | 1100 | |
| 353917 | 14-07-1947 | 1001066091 | Foreclosure Attorney's Fees | 21-Aug-07 | 1200 | |
| 353926 | 14-07-D708 | 1000780409 | BK Atty Fee - Motion for Relief | 21-Aug-07 | 500 | Preparation of Notice and Motion for Relief from the Automatic Stay, One Court Appearance |

| | | | | |
|---|---|---|---|---|
| 354187 | 14-07-E102 | 1000803802 | Building Court Atty Fees | 23-Aug-07 | 375 | Attendance at the 8/22/07 building court hearing |
| 354427 | 14-07-D940 | 1001632956 | Title Claim Attorney Fees | 24-Aug-07 | 125 | Title claim fee approved by Janet Gibson 8/1 |
| 354463 | 14-07-0291 | 1000563969 | Foreclosure Attorney's Fees | 24-Aug-07 | 1200 | |
| 354685 | 14-06-H435 | 1001116388 | Foreclosure Attorney's Fees | 24-Aug-07 | 1100 | |
| 355142 | 14-07-C294 | 1000847426 | Foreclosure Attorney's Fees | 28-Aug-07 | 825 | |
| 355179 | 14-07-D935 | 1000719130 | Foreclosure Attorney's Fees | 28-Aug-07 | 770 | |
| 355388 | 14-07-2830 | 1001139785 | Foreclosure Attorney's Fees | 29-Aug-07 | 1100 | |
| 355449 | 14-07-D371 | 1001056634 | Building Court Atty Fees | 29-Aug-07 | 375 | Attendance at the 8/29/07 building court hearing |
| 355495 | 14-07-A960 | 1000871999 | Building Court Atty Fees | 30-Aug-07 | 225 | Attendance at the 8/28/07 building court hearing |