IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al., [1]

    Debtors.
------------------------------------------------------------------------ x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

Objection Deadline: March 11, 2008 at 4:00 p.m.
Hearing Date:  N/A

## NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the
Official Committee of Unsecured Creditors

      The **Second Monthly Application of Codilis & Associates, P.C. as Foreclosure
Service Provider for the Debtors and Debtors-in-Possession for Allowance of
Compensation and Reimbursement of Expenses Incurred for the Interim Period
September 1, 2007 through September 30, 2007** (the "Application") has been filed with the
Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $24,735.00
and interim expenses in the amount of $72,994.35.

      Objections to the Application, if any, are required to be filed on or before **March
11, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States
Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington,
Delaware 19801.

      At the same time, you must also serve a copy of the response so as to be received
by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings,
Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.:  Alan Horn, General Counsel);
(ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391,
Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii)
Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and
Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
February 20, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ----------------------------------------------------------------- x | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | |
| a Delaware corporation, et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: |
| | : | Hearing Date: N/A |
| ----------------------------------------------------------------- x | | |

**SECOND MONTHLY APPLICATION OF CODILIS & ASSOCIATES, P.C. AS
FORECLOSURE SERVICE PROVIDER FOR THE DEBTORS AND DEBTORS-IN-
POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES INCURRED FOR THE INTERIM PERIOD SEPTEMBER 1, 2007
THROUGH SEPTEMBER 30, 2007**

| | |
|---|---|
| Name of Applicant: | **Codilis & Associates, P.C.** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **Effective as of August 6, 2007** |
| Period for which compensation and reimbursement is sought: | **September 1, 2007 through September 30, 2007** |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | **$$24,735.00** |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | **$72,994.35** |
| This is an:  __X__ interim  ___ final application | |

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors or a
breakdown of time is included if billed hourly. Hourly fees are deemed incurred when billed.
This application includes no fee component in connection with the preparation of Fee
Applications.

**PRIOR APPLICATIONS:**

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fee | Expenses | Fees | Expenses |
| [----Please Complete As Applicable---] | | | | | |
| | Aug 6 –Aug 30, 2007 | $83,165.00 | $29,848.22 | Not yet determined | Not yet determined |
| | | | | | |

## *INTERIM COMPENSATION BY PROJECT CATEGORY*

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $24,735.00 |
| **Hourly Work*** | **NA** | **NA** |
| TOTALS | N/A | $24,735.00 |

## *INTERIM EXPENSES*

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Foreclosure Related Expenses | | **$72,994.35** |

*A detailed time record and verification for invoice 356704 is attached. Invoice 356704 was billed at a flat, upfront rate of $600.00 for handling an injunction action against the City of Chicago to enjoin a fast track demolition. A supporting verification is attached to support the reasonableness of that fee, since the flat fee for handling such litigation was not itemized in previously filed ordinary course affidavits.

## VERIFICATION OF FEE APPLICATION

STATE OF **ILLINOIS**    )
                              )    SS:

COUNTY OF **DUPAGE**    )

          **Berton J. Maley** after being duly sworn according to law, deposes and says:

         1.     I am a Supervising Attorney in the applicant firm (the "Firm") and have been admitted to the bar of the state of Illinois since November 5, 1992.

         2.     I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

         3.     The services and expenses were performed and incurred within the month subject to the foregoing Application.

         4.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                                          Berton J. Maley

SWORN TO AND SUBSCRIBED
before me this 19th day of February , 2008.

Notary Public

OFFICIAL SEAL
PAMELA J FOTINO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/21/09

FLAT RATE CHART AND BILLING PRACTICES

   The following information summarizes flat attorneys fees and costs typically charged in Illinois. If matters become contested or complicated, the additional fees will be billed at an hourly rate. The hourly rate, as disclosed in our affidavit of retention is $150.00 - $250.00 per hour depending on that the attorney performing the services. Where the firm has charged a flat rate for foreclosure related contested matters, the fee charged has been less than the firm's hourly rate for the time expended and has been agreed to by debtor in possession.

   Firm practices for when fee is deemed to have been incurred our outlined at each description below.

1.   **Foreclosure Lawsuit**
   non-contested, non-appearance cases     $1,100-1,250.00
   Amount may vary depending on investor.
   $825.00   Incurred when suit filed.
   Balance at entry of judgment. Simple Summary
   Judgment increases total by $100.00.

2.   **Bankruptcy Motions to Lift Stay and/or**
   **Objections to Confirmation-**     $350.00-$500.00
   Including up to two court appearances
   (may vary with investor)
   Fee incurred at preparation of documents.

3.   **Bankruptcy: Response to Debtor Motion**
   including up to one appearance.     $150.00
   Fee incurred at review of debtor motion.

4.   **Bankruptcy: POC and Pre Confirmation**     $395.00
   Fee for review of Debtor's Chapter 13 Plan,
   Petition and Schedules,  Preparation and
   filing of Proof of Claim

5.   **Mortgagee Defense** – includes Appearance and     $575.00
   Answer to foreclosure law suit filed by superior lien
   holder, monitoring foreclosure, proving up, and bidding
   at sale if deemed desirable.
   Fee incurred at preparation of answer and appearance.

6.   **Building Court Appearance**     $225.00
   Fee for each necessary appearance in building court.
   Fee incurred at time of appearance.

7.   **Title Claim**: Preparation and filing of title claim.     $125.00
   Fee incurred at claim letter drafting.

Sept 2007
Fees

| INVOICE NO | FILE NUMBER | LOAN NUMBER | BILLDESC | ENTER DATE | DOLLAR | NOTES |
|---|---|---|---|---|---|---|
| 356294 | 14-07-2066 | 1000519480 | Attorneys Fees - Summary Judgment | 04-Sep-07 | 100 | |
| 356294 | 14-07-2066 | 1000519480 | Foreclosure Attorney's Fees | 04-Sep-07 | 1100 | |
| 356330 | 14-07-C275 | 1001317578 | Foreclosure Attorney's Fees | 04-Sep-07 | 825 | |
| 356509 | 14-07-1845 | 1001428550 | Attorneys Fees - Summary Judgment | 05-Sep-07 | 100 | |
| 356509 | 14-07-1845 | 1001428550 | Foreclosure Attorney's Fees | 05-Sep-07 | 1100 | |
| 356568 | 14-06-H108 | 1001060946 | Foreclosure Attorney's Fees | 05-Sep-07 | 1100 | |
| 356704 | 14-07-H087 | 1000611259 | Building Court Atty Fees | 06-Sep-07 | 600 | Objection to fast track demolition auth by Janet Gibson |
| 357177 | 14-06-6642 | 888825 | Building Court Atty Fees | 10-Sep-07 | 225 | Attendance at the 9/5/07 building court |
| 357210 | 14-07-H406 | 1000517014 | BK Atty Fee - Proof of Claim | 10-Sep-07 | 395 | Fee for review of Debtor's Chapter 13 Plan, Petition and Schedules, Preparation and filing of Proof of Claim. Attending or monitoring Sect. 341 Creditors Meeting and Plan Confirmation Hearing, if necessary, to |
| 357272 | 14-07-C914 | 1000487199 | Foreclosure Attorney's Fees | 10-Sep-07 | 770 | |
| 357424 | 14-06-G196 | 1000390102 | Attorneys Fees - Summary Judgment | 11-Sep-07 | 100 | |
| 357424 | 14-06-G196 | 1000390102 | Foreclosure Attorney's Fees | 11-Sep-07 | 1100 | |
| 357533 | 14-07-D930 | 1001625452 | Foreclosure Attorney's Fees | 12-Sep-07 | 770 | |
| 357562 | 14-07-8127 | 1001060551 | Mortgagee Defense Atty Fees | 12-Sep-07 | 575 | Janet Gibson approved fees via email |
| 357647 | 14-06-H110 | 1001060015 | BK Atty Fee - Objection to Conf. | 12-Sep-07 | 350 | Straight Objection to the confirmation of the Chapter 13 plan |
| 357694 | 14-07-2794 | 1001308698 | Foreclosure Attorney's Fees | 13-Sep-07 | 1100 | |
| 357787 | 14-07-H386 | 1000969770 | BK Atty Fee - Misc | 13-Sep-07 | 50 | Filing of Reaffirmation on Agreement and Monitoring for Discharge |
| 357910 | 14-02-B654 | 3274127 | BK Atty Fee - FNOD | 14-Sep-07 | 75 | Attorney Fee Allowed by Court and paid back by Mortgagor for Notice of the Violation of the previously entered Court |
| 358079 | 14-07-2069 | 1392641 | Foreclosure Attorney's Fees | 14-Sep-07 | 1100 | |
| 358098 | 14-07-0411 | 1000547335 | BK Atty Fee - Objection to Conf. | 14-Sep-07 | 350 | Straight Objection to the confirmation of the Chapter 13 plan |
| 358217 | 14-07-0266 | 1001307368 | Foreclosure Attorney's Fees | 17-Sep-07 | 1100 | |
| 358637 | 14-07-1844 | 1000503141 | Foreclosure Attorney's Fees | 18-Sep-07 | 1100 | |
| 358665 | 14-07-1417 | 1001049848 | Foreclosure Attorney's Fees | 18-Sep-07 | 360 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 359070 | 14-07-1797 | 1000871999 | Mortgagee Defense Atty Fees | 20-Sep-07 | 575 | Janet Gibson approved fee via email on |
| 359114 | 14-07-1946 | 1001427381 | BK Atty Fee - Objection to Conf. | 20-Sep-07 | 350 | Straight Objection to the confirmation of the Chapter 13 plan |
| 359155 | 14-07-1941 | 1001159466 | Foreclosure Attorney's Fees | 20-Sep-07 | 1100 | |
| 359167 | 14-06-G201 | 1000712284 | Foreclosure Attorney's Fees | 20-Sep-07 | 1100 | |
| 359444 | 14-06-C309 | 2000296295 | BK Atty Fee - Objection to Conf. | 21-Sep-07 | 350 | Straight Objection to the confirmation of the Chapter 13 plan |
| 359464 | 14-07-8238 | 1001308698 | Mortgagee Defense Atty Fees | 21-Sep-07 | 575 | Janet Gibson approved fee via email on |
| 359540 | 14-07-0271 | 1000921530 | BK Atty Fee - Motion for Relief | 24-Sep-07 | 500 | Preparation of Notice and Motion for Relief from the Automatic Stay, One Court Appearance |
| 359655 | 14-07-4344 | 1001175025 | Foreclosure Attorney's Fees | 25-Sep-07 | 1100 | |
| 359895 | 14-07-8367 | 1001460588 | Foreclosure Attorney's Fees | 26-Sep-07 | 825 | |
| 359931 | 14-07-B751 | 1000748109 | Foreclosure Attorney's Fees | 26-Sep-07 | 825 | |
| 359939 | 14-07-K150 | 1001196007 | Foreclosure Attorney's Fees | 26-Sep-07 | 300 | |
| 359954 | 14-07-4030 | 1000869849 | BK Atty Fee - Motion for Relief | 26-Sep-07 | 650 | Preparation of Notice and Motion for Relief from the Automatic Stay, One Court Appearance |
| 359984 | 14-07-H944 | 1001126806 | Foreclosure Attorney's Fees | 26-Sep-07 | 770 | |
| 360035 | 14-07-K153 | 1001742630 | Foreclosure Attorney's Fees | 27-Sep-07 | 300 | |
| 360074 | 14-07-K151 | 1000781298 | Foreclosure Attorney's Fees | 27-Sep-07 | 300 | |
| 369902 | 14-07-K125 | 1001275160 | Foreclosure Attorney's Fees | 25-Sep-07 | 825 | |
| 370068 | 14-07-H944 | 1001126806 | Foreclosure Attorney's Fees | 11-Sep-07 | -155 | |

Sept 2007
Costs

| INVOICENO | FILE NUMBER | LOAN NUMBER | BILLDESC | ENTER DATE | DOLLAR |
|---|---|---|---|---|---|
| 352117 | 14-06-D898 | 100126917 | Sale Publication | 06-Sep-07 | 415 |
| 356294 | 14-07-2066 | 1000519480 | Selling Officer/Sheriff fee (Cancel) | 04-Sep-07 | 150 |
| 356609 | 14-07-1845 | 1001428550 | State of IL-DFI Policy Fee | 04-Sep-07 | 3 |
| 356609 | 14-07-1845 | 1001428550 | Record Deed | 04-Sep-07 | 38 |
| 356609 | 14-07-1845 | 1001428550 | Final Later Date | 04-Sep-07 | 65 |
| 356609 | 14-07-1845 | 1001428550 | Selling Officer/Sheriff fee (Conduct) | 04-Sep-07 | 300 |
| 356609 | 14-07-1845 | 1001428550 | Final Title Policy Charge | 04-Sep-07 | 1055 |
| 356608 | 14-06-H108 | 1001060946 | Bankruptcy Racer/Pacer Search | 04-Sep-07 | 15 |
| 356608 | 14-06-H108 | 1001060946 | Record Deed | 04-Sep-07 | 38 |
| 356568 | 14-06-H108 | 1001060946 | Selling Officer/Sheriff fee (Conduct) | 04-Sep-07 | 300 |
| 356572 | 14-07-E131 | 1001612614 | Recording Assignment of Mortgage | 05-Sep-07 | 36 |
| 356976 | 14-07-E133 | 1001230358 | Service of Summons | 07-Sep-07 | 6 |
| 356976 | 14-07-E133 | 1001230358 | Title Update Charge | 05-Sep-07 | 65 |
| 356980 | 14-07-E174 | 1001215719 | Service of Summons | 19-Sep-07 | 415 |
| 357369 | 14-07-2142 | 1000868466 | State of IL-DFI Policy Fee | 10-Sep-07 | 3 |
| 357369 | 14-07-2142 | 1000868466 | Bankruptcy Racer/Pacer Search | 10-Sep-07 | 15 |
| 357369 | 14-07-2142 | 1000868466 | Recorder (Memorandum of Judgment) | 10-Sep-07 | 27 |
| 357369 | 14-07-2142 | 1000868466 | Record Deed | 10-Sep-07 | 37 |
| 357369 | 14-07-2142 | 1000868466 | Final Title Policy Charge | 10-Sep-07 | 495 |
| 357369 | 14-07-2142 | 1000868466 | Selling Officer/Sheriff fee (Conduct) | 10-Sep-07 | 600 |
| 357424 | 14-06-G196 | 1000390102 | State of IL-DFI Policy Fee | 11-Sep-07 | 3 |
| 357424 | 14-06-G196 | 1000390102 | Bankruptcy Racer/Pacer Search | 11-Sep-07 | 15 |
| 357424 | 14-06-G196 | 1000390102 | Recorder (Memorandum of Judgment) | 11-Sep-07 | 25 |
| 357424 | 14-06-G196 | 1000390102 | Record Deed | 11-Sep-07 | 35 |
| 357424 | 14-06-G196 | 1000390102 | Final Title Policy Charge | 11-Sep-07 | 415 |
| 357424 | 14-06-G196 | 1000390102 | Selling Officer/Sheriff fee (Conduct) | 11-Sep-07 | 600 |
| 357496 | 14-07-0290 | 1000908955 | State of IL-DFI Policy Fee | 11-Sep-07 | 3 |
| 357496 | 14-07-0290 | 1000908955 | Bankruptcy Racer/Pacer Search | 11-Sep-07 | 15 |
| 357496 | 14-07-0290 | 1000908955 | Record Deed | 11-Sep-07 | 40 |
| 357496 | 14-07-0290 | 1000908955 | Final Title Policy Charge | 11-Sep-07 | 415 |
| 357496 | 14-07-0290 | 1000908955 | Selling Officer/Sheriff fee (Conduct) | 11-Sep-07 | 600 |
| 357500 | 14-07-8513 | 1001141778 | Recording Assignment of Mortgage | 11-Sep-07 | 36 |
| 357533 | 14-07-D930 | 1001625452 | Publication for Service | 06-Sep-07 | 168 |
| 357533 | 14-07-D930 | 1001625452 | Service of Summons | 06-Sep-07 | 270 |
| 357694 | 14-07-2794 | 1001306698 | State of IL-DFI Policy Fee | 11-Sep-07 | 3 |
| 357694 | 14-07-2794 | 1001306698 | Record Deed | 11-Sep-07 | 38 |

| | | | | | |
|---|---|---|---|---|---|
| 357694 | 14-07-2794 | 1001308698 | Final Later Date | 11-Sep-07 | 65 |
| 357694 | 14-07-2794 | 1001308698 | Selling Officer/Sheriff fee (Conduct) | 11-Sep-07 | 300 |
| 357694 | 14-07-2794 | 1001308698 | Final Title Policy Charge | 11-Sep-07 | 435 |
| 357797 | 14-06-6184 | 1001108737 | Recording Assignment of Mortgage | 13-Sep-07 | 36 |
| 357801 | 14-07-6007 | 1001070168 | Recording Assignment of Mortgage | 13-Sep-07 | 36 |
| 357805 | 14-07-6034 | 1001243235 | Recording Assignment of Mortgage | 13-Sep-07 | 36 |
| 357806 | 14-07-8514 | 1001311220 | Recording Assignment of Mortgage | 13-Sep-07 | 36 |
| 358024 | 14-06-D215 | 1000807293 | State of IL-DFI Policy Fee | 14-Sep-07 | 3 |
| 358024 | 14-06-D215 | 1000807293 | Record Deed | 14-Sep-07 | 38 |
| 358024 | 14-06-D215 | 1000807293 | Final Later Date | 14-Sep-07 | 65 |
| 358024 | 14-06-D215 | 1000807293 | Selling Officer/Sheriff fee (Conduct) | 14-Sep-07 | 150 |
| 358024 | 14-06-D215 | 1000807293 | Final Title Policy Charge | 14-Sep-07 | 435 |
| 358079 | 14-07-2069 | 1392641 | Selling Officer/Sheriff fee (Cancel) | 14-Sep-07 | 150 |
| 358175 | 14-07-A100 | 1000740248 | Recording Assignment of Mortgage | 14-Sep-07 | 36 |
| 358217 | 14-07-0266 | 1001307368 | Bankruptcy Racer/Pacer Search | 14-Sep-07 | 15 |
| 358217 | 14-07-0266 | 1001307368 | Selling Officer/Sheriff fee (Conduct) | 14-Sep-07 | 600 |
| 358637 | 14-07-1844 | 1000503141 | Selling Officer/Sheriff fee (Cancel) | 18-Sep-07 | 150 |
| 358665 | 14-07-1417 | 1001049848 | Bankruptcy Racer/Pacer Search | 18-Sep-07 | 15 |
| 358665 | 14-07-1417 | 1001049848 | Record Deed | 18-Sep-07 | 38 |
| 359155 | 14-07-1941 | 1001159466 | State of IL-DFI Policy Fee | 20-Sep-07 | 3 |
| 359155 | 14-07-1941 | 1001159466 | Record Deed | 20-Sep-07 | 38 |
| 359155 | 14-07-1941 | 1001159466 | Final Later Date | 20-Sep-07 | 65 |
| 359155 | 14-07-1941 | 1001159466 | Selling Officer/Sheriff fee (Conduct) | 20-Sep-07 | 300 |
| 359155 | 14-07-1941 | 1001159466 | Final Title Policy Charge | 20-Sep-07 | 415 |
| 359167 | 14-06-G201 | 1000712284 | State of IL-DFI Policy Fee | 19-Sep-07 | 3 |
| 359167 | 14-06-G201 | 1000712284 | Fee for Sheriff's Deed | 19-Sep-07 | 5 |
| 359167 | 14-06-G201 | 1000712284 | Certified Copy of Order Confirming Sale | 19-Sep-07 | 6.5 |
| 359167 | 14-06-G201 | 1000712284 | Miscellaneous Costs | 20-Sep-07 | 8.5 |
| 359167 | 14-06-G201 | 1000712284 | Bankruptcy Racer/Pacer Search | 19-Sep-07 | 15 |
| 359167 | 14-06-G201 | 1000712284 | Recorder (Memorandum of Judgment) | 19-Sep-07 | 25.75 |
| 359167 | 14-06-G201 | 1000712284 | Record Deed | 19-Sep-07 | 35.75 |
| 359167 | 14-06-G201 | 1000712284 | Final Title Policy Charge | 19-Sep-07 | 415 |
| 359214 | 14-07-3908 | 1001140409 | Bankruptcy Racer/Pacer Search | 20-Sep-07 | 15 |
| 359214 | 14-07-3908 | 1001140409 | Record Deed | 20-Sep-07 | 39 |
| 359214 | 14-07-3908 | 1001140409 | Selling Officer/Sheriff fee (Conduct) | 20-Sep-07 | 350 |
| 359540 | 14-07-0271 | 1000921530 | BK Filing Fee | 13-Sep-07 | 150 |
| 359648 | 14-07-6000 | 1000755699 | Miscellaneous Costs | 25-Sep-07 | 25 |

| | | | | | |
|---|---|---|---|---|---|
| 359655 | 14-07-4344 | 1001175025 | State of IL-DFI Policy Fee | 24-Sep-07 | 3 |
| 359655 | 14-07-4344 | 1001175025 | Record Deed | 24-Sep-07 | 38 |
| 359655 | 14-07-4344 | 1001175025 | Final Later Date | 24-Sep-07 | 65 |
| 359655 | 14-07-4344 | 1001175025 | Selling Officer/Sheriff fee (Conduct) | 24-Sep-07 | 300 |
| 359655 | 14-07-4344 | 1001175025 | Final Title Policy Charge | 24-Sep-07 | 415 |
| 359894 | 14-07-1841 | 1001018966 | Final Later Date | 26-Sep-07 | 65 |
| 359894 | 14-07-1841 | 1001018966 | Selling Officer/Sheriff fee (Conduct) | 25-Sep-07 | 300 |
| 359894 | 14-07-1841 | 1001018966 | Final Title Policy Charge | 26-Sep-07 | 735 |
| 359939 | 14-07-K150 | 1001196007 | Title Charges | 25-Sep-07 | 190 |
| 359984 | 14-07-H944 | 1001126806 | Recorder (Lis Pendens) | 25-Sep-07 | 35.75 |
| 359984 | 14-07-H944 | 1001126806 | Title Charges | 24-Sep-07 | 200 |
| 359984 | 14-07-H944 | 1001126806 | Title Charges | 25-Sep-07 | 273 |
| 360035 | 14-07-K153 | 1001742630 | Complaint Filing Fee | 25-Sep-07 | 190 |
| 360074 | 14-07-K151 | 1000781298 | Title Charges | 25-Sep-07 | 190 |
| 360074 | 14-07-K151 | 1000781298 | Title Charges | 25-Sep-07 | 36 |
| 360530 | 14-07-E448 | 1001673335 | Recorder (Lis Pendens) | 25-Sep-07 | 215 |
| 360530 | 14-07-E448 | 1001673335 | Service of Summons | 25-Sep-07 | 65 |
| 360530 | 14-07-E448 | 1001673335 | Complaint Filing Fee | 25-Sep-07 | 294 |
| 360530 | 14-07-E448 | 1001673335 | Title Update Charge | 28-Sep-07 | 36 |
| 360541 | 14-07-E509 | 1000781284 | Recorder (Lis Pendens) | 25-Sep-07 | 65 |
| 360541 | 14-07-E509 | 1000781284 | Title Update Charge | 28-Sep-07 | 195 |
| 360541 | 14-07-E509 | 1000781284 | Service of Summons | 25-Sep-07 | 294 |
| 360541 | 14-07-E509 | 1000781284 | Complaint Filing Fee | 25-Sep-07 | 36 |
| 360542 | 14-07-E441 | 1000679361 | Service of Summons | 25-Sep-07 | 294 |
| 360542 | 14-07-E441 | 1000679361 | Complaint Filing Fee | 25-Sep-07 | 65 |
| 360542 | 14-07-E441 | 1000679361 | Recorder (Lis Pendens) | 25-Sep-07 | 195 |
| 360542 | 14-07-E441 | 1000679361 | Title Update Charge | 28-Sep-07 | 36 |
| 360543 | 14-07-E535 | 1001269245 | Complaint Filing Fee | 28-Sep-07 | 65 |
| 360543 | 14-07-E535 | 1001269245 | Recorder (Lis Pendens) | 25-Sep-07 | 294 |
| 360543 | 14-07-E535 | 1001269245 | Service of Summons | 25-Sep-07 | 300 |
| 360543 | 14-07-E535 | 1001269245 | Title Update Charge | 28-Sep-07 | 36 |
| 360544 | 14-07-D013 | 1000611259 | Complaint Filing Fee | 25-Sep-07 | 65 |
| 360544 | 14-07-D013 | 1000611259 | Recorder (Lis Pendens) | 25-Sep-07 | 294 |
| 360544 | 14-07-D013 | 1000611259 | Service of Summons | 25-Sep-07 | 36 |
| 360544 | 14-07-D013 | 1000611259 | Title Update Charge | 28-Sep-07 | 195 |
| 360544 | 14-07-D013 | 1000611259 | Complaint Filing Fee | 25-Sep-07 | 294 |
| 360547 | 14-07-H306 | 1000614742 | Recorder (Lis Pendens) | 27-Sep-07 | 294 |
| 360547 | 14-07-H306 | 1000614742 | Title Update Charge | 28-Sep-07 | 36 |
| 360547 | 14-07-H306 | 1000614742 | Complaint Filing Fee | 28-Sep-07 | 65 |
| 360547 | 14-07-H306 | 1000614742 | Service of Summons | 27-Sep-07 | 280 |

| | | | | | |
|---|---|---|---|---|---|
| 360547 | 14-07-H306 | 1000614742 | Complaint Filing Fee | 27-Sep-07 | 294 |
| 360547 | 14-07-H306 | 1000614742 | Title Charges | 04-Sep-07 | 410 |
| 360625 | 14-07-E446 | 1000853495 | Service of Summons | 25-Sep-07 | 345 |
| 360645 | 14-07-E438 | 1000760071 | Recorder (Lis Pendens) | 25-Sep-07 | 35.75 |
| 360645 | 14-07-E438 | 1000760071 | Service of Summons | 25-Sep-07 | 130 |
| 360645 | 14-07-E438 | 1000760071 | Complaint Filing Fee | 25-Sep-07 | 273 |
| 360690 | 14-07-3744 | 1000991406 | Bankruptcy Racer/Pacer Search | 25-Sep-07 | 15 |
| 360715 | 14-07-E172 | 1001623680 | Recorder (Lis Pendens) | 25-Sep-07 | 36 |
| 360715 | 14-07-E172 | 1001623680 | Service of Summons | 25-Sep-07 | 130 |
| 360715 | 14-07-E172 | 1001623680 | Complaint Filing Fee | 25-Sep-07 | 294 |
| 360715 | 14-07-H309 | 1000740523 | Recorder (Lis Pendens) | 26-Sep-07 | 40 |
| 360796 | 14-07-H309 | 1000740523 | Service of Summons | 26-Sep-07 | 280 |
| 360796 | 14-07-H309 | 1000740523 | Complaint Filing Fee | 26-Sep-07 | 280 |
| 360796 | 14-07-H309 | 1000740523 | Title Charges | 04-Sep-07 | 410 |
| 360797 | 14-07-H945 | 1000657927 | Recorder (Lis Pendens) | 26-Sep-07 | 40 |
| 360797 | 14-07-H945 | 1000657927 | Complaint Filing Fee | 26-Sep-07 | 280 |
| 360797 | 14-07-H945 | 1000657927 | Service of Summons | 26-Sep-07 | 335 |
| 360797 | 14-07-H945 | 1000657927 | Title Charges | 24-Sep-07 | 410 |
| 360805 | 14-07-E443 | 1000840987 | Service of Summons | 26-Sep-07 | 215 |
| 360807 | 14-07-H948 | 1001437381 | Recorder (Lis Pendens) | 26-Sep-07 | 35 |
| 360807 | 14-07-H948 | 1001437381 | Service of Summons | 26-Sep-07 | 215 |
| 360807 | 14-07-H948 | 1001437381 | Complaint Filing Fee | 26-Sep-07 | 236 |
| 360807 | 14-07-H948 | 1001437381 | Title Charges | 25-Sep-07 | 410 |
| 360840 | 14-07-K176 | 1001035772 | Title Charges | 25-Sep-07 | 190 |
| 361018 | 14-06-H433 | 1001175618 | State of IL-DFI Policy Fee | 18-Sep-07 | 3 |
| 361018 | 14-06-H433 | 1001175618 | Record Deed | 18-Sep-07 | 38 |
| 361018 | 14-06-H433 | 1001175618 | Final Later Date | 18-Sep-07 | 65 |
| 361018 | 14-06-H433 | 1001175618 | Selling Officer/Sheriff fee (Conduct) | 18-Sep-07 | 300 |
| 361018 | 14-06-H433 | 1001175618 | Final Title Policy Charge | 18-Sep-07 | 455 |
| 361148 | 14-07-K138 | 1001252639 | Recorder (Lis Pendens) | 28-Sep-07 | 35 |
| 361148 | 14-07-K138 | 1001252639 | Complaint Filing Fee | 28-Sep-07 | 236 |
| 361148 | 14-07-K138 | 1001252639 | Service of Summons | 28-Sep-07 | 260 |
| 361148 | 14-07-K138 | 1001252639 | Title Charges | 25-Sep-07 | 410 |
| 361150 | 14-07-K156 | 1001112901 | Recorder (Lis Pendens) | 28-Sep-07 | 35 |
| 361150 | 14-07-K156 | 1001112901 | Service of Summons | 28-Sep-07 | 130 |
| 361150 | 14-07-K156 | 1001112901 | Complaint Filing Fee | 28-Sep-07 | 236 |
| 361150 | 14-07-K156 | 1001112901 | Title Charges | 25-Sep-07 | 410 |

| | | | | | |
|---|---|---|---|---|---|
| 361155 | 14-07-E445 | 100068734 | Recorder (Lis Pendens) | 25-Sep-07 | 39 |
| 361155 | 14-07-E445 | 100068734 | Service of Summons | 25-Sep-07 | 65 |
| 361155 | 14-07-E445 | 100068734 | Complaint Filing Fee | 25-Sep-07 | 246 |
| 361172 | 14-07-H929 | 1001434673 | Title Charges | 25-Sep-07 | 190 |
| 361218 | 14-07-G247 | 1000754479 | Recorder (Lis Pendens) | 26-Sep-07 | 36 |
| 361218 | 14-07-G247 | 1000754479 | Service of Summons | 26-Sep-07 | 65 |
| 361218 | 14-07-G247 | 1000754479 | Title Charges | 24-Sep-07 | 200 |
| 361218 | 14-07-G247 | 1000754479 | Complaint Filing Fee | 26-Sep-07 | 294 |
| 361220 | 14-07-E447 | 1000681041 | Recorder (Lis Pendens) | 25-Sep-07 | 36 |
| 361220 | 14-07-E447 | 1000681041 | Service of Summons | 25-Sep-07 | 195 |
| 361220 | 14-07-E447 | 1000681041 | Complaint Filing Fee | 25-Sep-07 | 294 |
| 361222 | 14-07-E620 | 3063257 | Service of Summons | 26-Sep-07 | 35 |
| 361222 | 14-07-E620 | 3063257 | Recorder (Lis Pendens) | 26-Sep-07 | 36 |
| 361222 | 14-07-E620 | 3063257 | Complaint Filing Fee | 26-Sep-07 | 294 |
| 361224 | 14-07-E518 | 1001115388 | Recorder (Lis Pendens) | 26-Sep-07 | 36 |
| 361224 | 14-07-E518 | 1001115388 | Service of Summons | 26-Sep-07 | 195 |
| 361224 | 14-07-E518 | 1001115388 | Complaint Filing Fee | 26-Sep-07 | 294 |
| 361226 | 14-07-K130 | 1000605091 | Recorder (Lis Pendens) | 27-Sep-07 | 36 |
| 361226 | 14-07-K130 | 1000605091 | Service of Summons | 27-Sep-07 | 130 |
| 361226 | 14-07-K130 | 1000605091 | Complaint Filing Fee | 27-Sep-07 | 294 |
| 361226 | 14-07-K130 | 1000605091 | Title Charges | 25-Sep-07 | 350 |
| 361229 | 14-07-K169 | 1000695718 | Recorder (Lis Pendens) | 27-Sep-07 | 36 |
| 361229 | 14-07-K169 | 1000695718 | Service of Summons | 27-Sep-07 | 195 |
| 361229 | 14-07-K169 | 1000695718 | Complaint Filing Fee | 27-Sep-07 | 294 |
| 361229 | 14-07-K169 | 1000695718 | Title Charges | 25-Sep-07 | 410 |
| 361230 | 14-07-H955 | 1001474565 | Recorder (Lis Pendens) | 27-Sep-07 | 36 |
| 361230 | 14-07-H955 | 1001474565 | Service of Summons | 27-Sep-07 | 260 |
| 361230 | 14-07-H955 | 1001474565 | Complaint Filing Fee | 27-Sep-07 | 294 |
| 361230 | 14-07-H955 | 1001474565 | Title Charges | 25-Sep-07 | 410 |
| 361231 | 14-07-G252 | 1001123418 | Recorder (Lis Pendens) | 27-Sep-07 | 36 |
| 361231 | 14-07-G252 | 1001123418 | Service of Summons | 27-Sep-07 | 260 |
| 361231 | 14-07-G252 | 1001123418 | Complaint Filing Fee | 27-Sep-07 | 294 |
| 361231 | 14-07-G252 | 1001123418 | Title Charges | 24-Sep-07 | 410 |
| 361356 | 14-07-H343 | 1000765160 | Recorder (Lis Pendens) | 26-Sep-07 | 30 |
| 361356 | 14-07-H343 | 1000765160 | Service of Summons | 26-Sep-07 | 220 |
| 361356 | 14-07-H343 | 1000765160 | Complaint Filing Fee | 26-Sep-07 | 232 |
| 361356 | 14-07-H343 | 1000765160 | Title Charges | 04-Sep-07 | 410 |

| | | | | | |
|---|---|---|---|---|---|
| 361394 | 14-07-K126 | 1001422883 | Recorder (Lis Pendens) | 27-Sep-07 | 36 |
| 361394 | 14-07-K126 | 1001422883 | Service of Summons | 27-Sep-07 | 130 |
| 361394 | 14-07-K126 | 1001422883 | Complaint Filing Fee | 27-Sep-07 | 294 |
| 361394 | 14-07-K126 | 1001422883 | Title Charges | 25-Sep-07 | 410 |
| 361396 | 14-07-K120 | 1001165905 | Recorder (Lis Pendens) | 28-Sep-07 | 36 |
| 361396 | 14-07-K120 | 1001165905 | Title Charges | 25-Sep-07 | 200 |
| 361396 | 14-07-K120 | 1001165905 | Complaint Filing Fee | 28-Sep-07 | 294 |
| 361396 | 14-07-K120 | 1001165905 | Service of Summons | 28-Sep-07 | 325 |
| 361463 | 14-07-K168 | 1001775416 | Title Charges | 25-Sep-07 | 190 |
| 361564 | 14-07-H933 | 1000784394 | Recorder (Lis Pendens) | 28-Sep-07 | 36 |
| 361564 | 14-07-H933 | 1000784394 | Service of Summons | 28-Sep-07 | 130 |
| 361564 | 14-07-H933 | 1000784394 | Complaint Filing Fee | 28-Sep-07 | 294 |
| 361564 | 14-07-H933 | 1000784394 | Title Charges | 25-Sep-07 | 410 |
| 361586 | 14-07-B880 | 1001069636 | Title Charges | 17-Sep-07 | 100 |
| 361586 | 14-07-B880 | 1001069636 | Appearance Filing Cost | 17-Sep-07 | 163 |
| 361599 | 14-07-K940 | 1001079321 | Title Charges | 25-Sep-07 | 200 |
| 361627 | 14-07-0162 | 51823946 | BK Filing Fee | 24-Sep-07 | 150 |
| 361814 | 14-07-H956 | 1001675491 | Recorder (Lis Pendens) | 28-Sep-07 | 40 |
| 361814 | 14-07-H956 | 1001675491 | Service of Summons | 28-Sep-07 | 130 |
| 361814 | 14-07-H956 | 1001675491 | Title Charges | 25-Sep-07 | 200 |
| 361814 | 14-07-H956 | 1001675491 | Complaint Filing Fee | 28-Sep-07 | 280 |
| 361821 | 14-07-H928 | 1000360637 | Recorder (Lis Pendens) | 28-Sep-07 | 39 |
| 361821 | 14-07-H928 | 1000360637 | Complaint Filing Fee | 28-Sep-07 | 133 |
| 361821 | 14-07-H928 | 1000360637 | Title Charges | 25-Sep-07 | 410 |
| 361829 | 14-07-H980 | 1001208888 | Title Charges | 25-Sep-07 | 410 |
| 361841 | 14-07-H936 | 1001039586 | Title Charges | 25-Sep-07 | 410 |
| 361842 | 14-07-K145 | 1001628328 | Recorder (Lis Pendens) | 27-Sep-07 | 39 |
| 361842 | 14-07-K145 | 1001628328 | Service of Summons | 27-Sep-07 | 130 |
| 361842 | 14-07-K145 | 1001628328 | Complaint Filing Fee | 27-Sep-07 | 246 |
| 361842 | 14-07-K145 | 1001628328 | Title Charges | 25-Sep-07 | 410 |
| 361898 | 14-07-K149 | 1001051475 | Title Charges | 25-Sep-07 | 410 |
| 361916 | 14-07-H931 | 1001576172 | Recorder (Lis Pendens) | 28-Sep-07 | 35.75 |
| 361916 | 14-07-H931 | 1001576172 | Service of Summons | 28-Sep-07 | 130 |
| 361916 | 14-07-H931 | 1001576172 | Title Charges | 25-Sep-07 | 200 |
| 361916 | 14-07-H931 | 1001576172 | Complaint Filing Fee | 28-Sep-07 | 273 |
| 361918 | 14-07-H943 | 1001121693 | Recorder (Lis Pendens) | 27-Sep-07 | 35.75 |
| 361918 | 14-07-H943 | 1001121693 | Service of Summons | 27-Sep-07 | 195 |

| | | | | | |
|---|---|---|---|---|---|
| 361918 | 14-07-H943 | 1001121693 | Complaint Filing Fee | 27-Sep-07 | 273 |
| 361918 | 14-07-H943 | 1001121693 | Title Charges | 24-Sep-07 | 410 |
| 361919 | 14-07-K122 | 1000740040 | Recorder (Lis Pendens) | 28-Sep-07 | 35.75 |
| 361919 | 14-07-K122 | 1000740040 | Service of Summons | 28-Sep-07 | 130 |
| 361919 | 14-07-K122 | 1000740040 | Title Charges | 25-Sep-07 | 200 |
| 361919 | 14-07-K122 | 1000740040 | Complaint Filing Fee | 28-Sep-07 | 273 |
| 361920 | 14-07-K154 | 1000523875 | Recorder (Lis Pendens) | 28-Sep-07 | 35.75 |
| 361920 | 14-07-K154 | 1000523875 | Service of Summons | 28-Sep-07 | 130 |
| 361920 | 14-07-K154 | 1000523875 | Complaint Filing Fee | 28-Sep-07 | 273 |
| 361920 | 14-07-K154 | 1000523875 | Title Charges | 25-Sep-07 | 410 |
| 361938 | 14-07-K125 | 1001275160 | Title Charges | 25-Sep-07 | 200 |
| 361938 | 14-07-K125 | 1001275160 | Service of Summons | 28-Sep-07 | 220 |
| 361958 | 14-07-H958 | 1000706629 | Title Charges | 25-Sep-07 | 410 |
| 361959 | 14-07-H979 | 1001557463 | Title Charges | 25-Sep-07 | 410 |
| 361962 | 14-07-K172 | 1001592166 | Title Charges | 25-Sep-07 | 410 |
| 361963 | 14-07-K155 | 1001397475 | Recorder (Lis Pendens) | 27-Sep-07 | 36 |
| 361963 | 14-07-K155 | 1001397475 | Service of Summons | 27-Sep-07 | 65 |
| 361963 | 14-07-K155 | 1001397475 | Complaint Filing Fee | 27-Sep-07 | 294 |
| 361963 | 14-07-K155 | 1001397475 | Title Charges | 25-Sep-07 | 410 |
| 361964 | 14-07-K167 | 1001421279 | Recorder (Lis Pendens) | 28-Sep-07 | 36 |
| 361964 | 14-07-K167 | 1001421279 | Service of Summons | 28-Sep-07 | 280 |
| 361964 | 14-07-K167 | 1001421279 | Complaint Filing Fee | 28-Sep-07 | 294 |
| 361964 | 14-07-K167 | 1001421279 | Title Charges | 25-Sep-07 | 410 |
| 361965 | 14-07-H951 | 1001627109 | Recorder (Lis Pendens) | 28-Sep-07 | 36 |
| 361965 | 14-07-H951 | 1001627109 | Service of Summons | 28-Sep-07 | 280 |
| 361965 | 14-07-H951 | 1001627109 | Complaint Filing Fee | 28-Sep-07 | 294 |
| 361965 | 14-07-H951 | 1001627109 | Title Charges | 25-Sep-07 | 410 |
| 361966 | 14-07-K165 | 1001589972 | Recorder (Lis Pendens) | 28-Sep-07 | 36 |
| 361966 | 14-07-K165 | 1001589972 | Service of Summons | 28-Sep-07 | 215 |
| 361966 | 14-07-K165 | 1001589972 | Complaint Filing Fee | 28-Sep-07 | 294 |
| 361966 | 14-07-K165 | 1001589972 | Title Charges | 25-Sep-07 | 410 |
| 361968 | 14-07-K163 | 1000884538 | Title Charges | 25-Sep-07 | 410 |
| 361970 | 14-07-K158 | 1001296272 | Title Charges | 25-Sep-07 | 410 |
| 361971 | 14-07-K141 | 1001324294 | Recorder (Lis Pendens) | 28-Sep-07 | 36 |
| 361971 | 14-07-K141 | 1001324294 | Service of Summons | 28-Sep-07 | 215 |
| 361971 | 14-07-K141 | 1001324294 | Complaint Filing Fee | 28-Sep-07 | 294 |
| 361971 | 14-07-K141 | 1001324294 | Title Charges | 25-Sep-07 | 410 |

| | | | | | |
|---|---|---|---|---|---|
| 361972 | 14-07-K134 | 1000710655 | Recorder (Lis Pendens) | 28-Sep-07 | 36 |
| 361972 | 14-07-K134 | 1000710655 | Service of Summons | 28-Sep-07 | 195 |
| 361972 | 14-07-K134 | 1000710655 | Complaint Filing Fee | 28-Sep-07 | 294 |
| 361972 | 14-07-K134 | 1000710655 | Title Charges | 25-Sep-07 | 410 |
| 361973 | 14-07-K132 | 1000836291 | Recorder (Lis Pendens) | 27-Sep-07 | 36 |
| 361973 | 14-07-K132 | 1000836291 | Service of Summons | 27-Sep-07 | 260 |
| 361973 | 14-07-K132 | 1000836291 | Complaint Filing Fee | 27-Sep-07 | 294 |
| 361973 | 14-07-K132 | 1000836291 | Title Charges | 25-Sep-07 | 410 |
| 361975 | 14-07-K160 | 1000508834 | Recorder (Lis Pendens) | 28-Sep-07 | 36 |
| 361975 | 14-07-K160 | 1000508834 | Service of Summons | 28-Sep-07 | 195 |
| 361975 | 14-07-K160 | 1000508834 | Complaint Filing Fee | 28-Sep-07 | 294 |
| 361975 | 14-07-K160 | 1000508834 | Title Charges | 25-Sep-07 | 410 |
| 361976 | 14-07-K415 | 1001027290 | Title Charges | 27-Sep-07 | 410 |
| 361978 | 14-07-H934 | 1001440831 | Recorder (Lis Pendens) | 27-Sep-07 | 36 |
| 361978 | 14-07-H934 | 1001440831 | Complaint Filing Fee | 27-Sep-07 | 294 |
| 361978 | 14-07-H934 | 1001440831 | Title Charges | 25-Sep-07 | 410 |
| 361978 | 14-07-H934 | 1001440831 | Service of Summons | 27-Sep-07 | 605 |
| 361979 | 14-07-K981 | 1000836323 | Title Charges | 25-Sep-07 | 410 |
| 361990 | 14-07-K925 | 1000876115 | Recorder (Lis Pendens) | 28-Sep-07 | 44 |
| 361990 | 14-07-K925 | 1000876115 | Complaint Filing Fee | 28-Sep-07 | 233 |
| 361990 | 14-07-K925 | 1000876115 | Service of Summons | 28-Sep-07 | 335 |
| 361990 | 14-07-K925 | 1000876115 | Title Charges | 25-Sep-07 | 410 |
| 362011 | 14-07-K133 | 1001154618 | Recorder (Lis Pendens) | 28-Sep-07 | 35.75 |
| 362011 | 14-07-K133 | 1001154618 | Service of Summons | 28-Sep-07 | 85 |
| 362011 | 14-07-K133 | 1001154618 | Complaint Filing Fee | 28-Sep-07 | 216 |
| 362011 | 14-07-K133 | 1001154618 | Title Charges | 25-Sep-07 | 410 |
| 362201 | 14-07-K947 | 1000533134 | Recorder (Lis Pendens) | 28-Sep-07 | 35.75 |
| 362201 | 14-07-K947 | 1000533134 | Title Update Charge | 26-Sep-07 | 65 |
| 362201 | 14-07-K947 | 1000533134 | Complaint Filing Fee | 28-Sep-07 | 246 |
| 362201 | 14-07-K947 | 1000533134 | Service of Summons | 28-Sep-07 | 340 |
| 362201 | 14-07-K947 | 1000533134 | Title Charges | 24-Sep-07 | 410 |
| 362318 | 14-07-K942 | 1000719131 | Title Charges | 25-Sep-07 | 410 |
| 362322 | 14-07-K418 | 1001000478 | Title Charges | 27-Sep-07 | 410 |
| 362393 | 14-07-3937 | 1000866451 | Selling Officer/Sheriff fee (Cancel) | 20-Sep-07 | 160 |
| 362438 | 14-07-K164 | 1001105827 | Title Charges | 20-Sep-07 | 410 |
| 362671 | 14-07-K414 | 1000557839 | Title Charges | 27-Sep-07 | 410 |
| 362706 | 14-07-K136 | 1001661549 | Title Charges | 25-Sep-07 | 410 |

| | | | | | |
|---|---|---|---|---|---|
| 362752 | 14-07-E136 | 1001684625 | Recorder (Lis Pendens) | 28-Sep-07 | 36 |
| 362752 | 14-07-E136 | 1001684625 | Service of Summons | 28-Sep-07 | 215 |
| 362753 | 14-07-H927 | 1001157053 | Title Charges | 25-Sep-07 | 410 |
| 362755 | 14-07-H923 | 1001417103 | Title Charges | 25-Sep-07 | 190 |
| 362756 | 14-07-K148 | 1000678605 | Title Charges | 25-Sep-07 | 410 |
| 362758 | 14-07-J772 | 1000500259 | Recorder (Lis Pendens) | 27-Sep-07 | 36 |
| 362758 | 14-07-J772 | 1000500259 | Service of Summons | 27-Sep-07 | 65 |
| 362758 | 14-07-J772 | 1000500259 | Complaint Filing Fee | 27-Sep-07 | 294 |
| 362758 | 14-07-J772 | 1000500259 | Title Charges | 24-Sep-07 | 410 |
| 362761 | 14-07-K159 | 1001287123 | Title Charges | 25-Sep-07 | 410 |
| 362762 | 14-07-H922 | 1001499690 | Recorder (Lis Pendens) | 27-Sep-07 | 36 |
| 362762 | 14-07-H922 | 1001499690 | Service of Summons | 27-Sep-07 | 130 |
| 362762 | 14-07-H922 | 1001499690 | Complaint Filing Fee | 27-Sep-07 | 294 |
| 362762 | 14-07-H922 | 1001499690 | Title Charges | 25-Sep-07 | 410 |
| 363080 | 14-07-K174 | 1001366504 | Title Charges | 25-Sep-07 | 410 |
| 363101 | 14-07-D015 | 1001219762 | Title Charges | 25-Sep-07 | 410 |
| 363105 | 14-07-K123 | 1000752161 | Title Charges | 25-Sep-07 | 200 |
| 363203 | 14-07-K121 | 1001105848 | Title Charges | 25-Sep-07 | 200 |
| 363574 | 14-07-1847 | 1001074175 | Service of Process by Mail (statutory) | 06-Sep-07 | 1,23 |
| 363574 | 14-07-1847 | 1001074175 | Sale Publication | 25-Sep-07 | 415 |
| 363880 | 14-07-3906 | 1000753270 | Sale Publication | 20-Sep-07 | 767.97 |
| 364429 | 14-07-1943 | 1001116007 | Sale Publication | 24-Sep-07 | 415 |
| 364705 | 14-07-5758 | 1001267708 | Sale Publication | 21-Sep-07 | 415 |
| 364892 | 14-07-3916 | 1001236039 | Sale Publication | 10-Sep-07 | 415 |
| 365178 | 14-07-K130 | 1000605091 | Service of Summons | 27-Sep-07 | 130 |
| 366107 | 14-06-G001 | 1000563342 | Sale Publication | 27-Sep-07 | 415 |
| 366697 | 14-07-4335 | 1000509371 | Sale Publication | 20-Sep-07 | 415 |
| 366927 | 14-07-D956 | 1001440859 | Service of Summons | 20-Sep-07 | 100 |
| 366927 | 14-07-D956 | 1001440859 | Publication for Service | 20-Sep-07 | 275 |
| 366954 | 14-07-H934 | 1001440831 | Service of Summons | 27-Sep-07 | 985 |
| 367599 | 14-07-6000 | 1000755699 | Sale Publication | 26-Sep-07 | 415 |
| 368094 | 14-07-1949 | 1000662583 | Service of Summons | 26-Sep-07 | 415 |
| 368240 | 14-07-E174 | 1001215719 | Service of Summons | 14-Sep-07 | 15 |
| 368865 | 14-07-C291 | 1000382908 | Certify Copy of Judgment | 07-Sep-07 | 11.5 |
| 370612 | 14-07-H995 | 1000498686 | Title Charges | 24-Sep-07 | 410 |
| 371290 | 14-07-H945 | 1000579927 | Service of Summons | 26-Sep-07 | 130 |
| 371460 | 14-07-8301 | 1001469201 | Recording Assignment of Mortgage | 26-Sep-07 | 36 |

| 372883 | 14-07-D942 | 100164929_9 | Publication for Service | 13-Sep-07 | 275 |
| 372883 | 14-07-D942 | 100164929_9 | Service of Summons | 13-Sep-07 | 380 |
| 373202 | 14-06-E581 | 100047335_5 | Sale Publication | 19-Sep-07 | 415 |
| 375781 | 14-07-8174 | 100142948_0 | Recording Assignment of Mortgage | 25-Sep-07 | 74 |
| 375998 | 14-07-8364 | 100063122_4 | Service of Process by Mail (statutory) | 07-Sep-07 | 2.46 |
| 376055 | 14-07-E142 | 100060908_0 | Service of Summons | 13-Sep-07 | 195 |
| 376439 | 14-07-1946 | 100142738_1 | BK Filing Fee | 24-Sep-07 | 150 |
| 376802 | 14-07-E155 | 100157207_5 | Title Update Charge | 05-Sep-07 | 65 |
| 376885 | 14-07-E131 | 100161261_4 | Service of Summons | 21-Sep-07 | 175 |
| 376885 | 14-07-E131 | 100161261_4 | Publication for Service | 21-Sep-07 | 275 |
| 376942 | 14-07-A392 | 386298_4 | Certify Copy of Judgment | 06-Sep-07 | 4 |
| 376949 | 14-07-C350 | 100078716_7 | Publication for Service | 14-Sep-07 | 275 |
| 377762 | 14-07-A584 | 100117096_2 | Service of Process by Mail (statutory) | 13-Sep-07 | 3.69 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x    Chapter 11
In re:                                                               :
                                                                     :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :
a Delaware corporation, et al.,                                      :    Jointly Administered
                                                                     :
        Debtors.                                                     :
------------------------------------------------------------------- x

**Time Record and Verification for Codilis & Associates, P.C.
Invoice Number 356704, Dated September 6, 2007**

1.      The undersigned, Christina Babakitis, is an attorney licensed and in good standing in Illinois
and employed with the law firm of Codilis & Associates, P.C.;

2.      I have personally performed many of the legal services rendered by the Firm as foreclosure
professionals for the Debtors in the ordinary course of their business described below and am
thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and
paraprofessionals in the Firm.

3.      That the attorneys fees for filing and presentation of complaint for injunctive relief to
prevent fast track demolition was billed at the agreed flat rate of $600.00 exclusive of court
appearances, but that the time records set forth below are true and correct to the best of my
knowledge, information and belief and support the reasonableness of that fee if billed at attorney
hourly rates of $175.00 and paraprofessional rate of $75.00.

4.      Work covered by up-front flat fee of $600.00 is on going, but work already incurred and
included in that fee already totals over $450.00 if billed hourly.. Next court date in building court
set for March 25, 2008. Related foreclosure file is not expected to complete from six to seven
months allowing full possession of property in question.

RE:     American Home Mortgage Servicing, Inc.  v.  City of Chicago, et al.
        Case No.:      07M1 450557
        Loan No.:      1000611259
        Our File No.:  14-07-H087

| 8/31/07 | ST | Referral Received and Reviewed. Estimated costs costs and proposed flat attorney fee to client. Rec property be secured. Receive approval from client, | .5 | $37.50 |
|---------|----|----|----|----|

Janet Gibson.

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| | CB | Reviewed request for compliance by city dated 8/16/07. Instructions for client re securing. | .25 | $37.50 |
| 9/1/07 | ST | Prepared draft complaint for injunctive relief, lis pendens, and summons. | 1.0 | $75.00 |
| 9/3/07 | CB | Reviewed complaint and attachments. Executed Same. | .25 | $37.50 |
| 9/6/08 | ST | Client letter re filed complaint. Docketed status date of 3/10/08. Confirmed securing order placed. | .50 | $37.50 |
| 10/10/08 | CB | Reviewed notice of motion by city to advance hearing and to file counter claim. | .25 | $37.50 |
| | ST | Docketed court date. Correspondence advise client. | .25 | $12.50 |
| 10/16/07 | ES | Attended court hearing. Motion to advance. Inspector reports property vacant and secured. City granted leave to file counter claim for demolition. Briefing schedule set. | N/A | ---- |
| 10/19/07 | CB | Received and Reviewed Counterclaim for demolition. | .25 | $37.50 |
| 11/20/07 | ST | Communication with client re building status, verify building secured. Schedule inspection to determine if garage salvageable. | .25 | $12.50 |
| 12/18/07 | ES | Attended court hearing. Authorization given city for forcible entry for inspection purposes. Ordered to keep property secure and vacant. | N/A | ---- |
| 12/21/07 | ST | Correspondence with client re status | .25 | $12.50 |
| 1/21/08 | ST | Correspondence with client re status. City request for access to property. | .25 | $12.50 |
| 2/5/08 | ST | Correspondence with client re status. City request for access to property. | .25 | $12.50 |

_Christina Babakitis_

Christina Babakitis

SWORN TO AND SUBSCRIBED
before me this 19ᵗʰ day of  February     , 2008.

_Pamela J. Fotino_

Notary Public

OFFICIAL SEAL
PAMELA J. FOTINO
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/21/09