IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x   Chapter 11
In re:                                                                       :
                                                                             :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :
a Delaware corporation, et al.,[1]                                           :   Jointly Administered
                                                                             :
    Debtors.                                                                 :   Objection Deadline: March 11, 2008 at 4:00
                                                                             :   p.m.
---------------------------------------------------------------------------- x   Hearing Date: N/A

## NOTICE OF APPLICATION

TO:   The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the Official Committee of Unsecured Creditors

     The **Fourth Monthly Application of Codilis & Associates, P.C. as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period November 1, 2007 through November 30, 2007** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $37,310.00 and interim expenses in the amount of $72,296.50.

     Objections to the Application, if any, are required to be filed on or before **March 11, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

     At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

       PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

       PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
      February 20, 2008

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                              /s/ Ryan M. Bartley
                              James L. Patton, Jr. (No. 2202)
                              Pauline K. Morgan (No. 3650)
                              Sean M. Beach (No. 4070)
                              Matthew B. Lunn (No. 4119)
                              Margaret B. Whiteman (No. 4652)
                              Ryan M. Bartley (No. 4985)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              Counsel for Debtors and
                              Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x   Chapter 11
In re:                                                           :
                                                                 :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :
a Delaware corporation, et al.,                                  :   Jointly Administered
                                                                 :
     Debtors.                                                    :   Objection Deadline:
                                                                 :   Hearing Date: N/A
---------------------------------------------------------------- x

**FOURTH MONTHLY APPLICATION OF CODILIS & ASSOCIATES, P.C. AS FORECLOSURE SERVICE PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007**

| | |
|---|---|
| Name of Applicant: | **Codilis & Associates, P.C.** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **Effective as of August 6, 2007** |
| Period for which compensation and reimbursement is sought: | **November 1, 2007 through November 30, 2007** |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | **$37,310.00** |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | **$72,296.50** |

This is an:  __X__ interim  ____ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors or a breakdown of time is included if billed hourly. Hourly fees are deemed incurred when billed. This application includes no fee component in connection with the preparation of Fee Applications.

DB02:6284742.1                                                                                              064657.1001

## PRIOR APPLICATIONS:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fee | Expenses | Fees | Expenses |
| [----Please Complete As Applicable---] | | | | | |
| | Aug 6 – Aug 31, 2007 | $83,165.00 | $29,848.22 | Not yet determined | Not yet determined |
| | Sep 1 – Sep 30, 2007 | $24,735.00 | $72,994.35 | Not yet determined | Not yet determined |
| | Oct 1 – Oct 31, 2007 | $24,887.50 | $99,512.58 | Not yet determined | Not yet determined |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $37,310.00 |
| Hourly Work | n/a | n/a |
| TOTALS | N/A | $37,310.00 |

## INTERIM EXPENSES

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Foreclosure Related Expenses |  | $72,296.50 |

# VERIFICATION OF FEE APPLICATION

STATE OF **ILLINOIS**    )
                         )  SS:
COUNTY OF **DUPAGE**     )

**Berton J. Maley** after being duly sworn according to law, deposes and says:

1. I am a Supervising Attorney in the applicant firm (the "Firm") and have been admitted to the bar of the state of Illinois since November 5, 1992.

2. I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

3. The services and expenses were performed and incurred within the month subject to the foregoing Application.

4. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Berton J. Maley

SWORN TO AND SUBSCRIBED
before me this 19th day of February, 2008.

_____
Notary Public

OFFICIAL SEAL
PAMELA J FOTINO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/21/09

DB02:6342604.1

066585.1001

FLAT RATE CHART AND BILLING PRACTICES

The following information summarizes flat attorneys fees and costs typically charged in Illinois. If matters become contested or complicated, the additional fees will be billed at an hourly rate. The hourly rate, as disclosed in our affidavit of retention is $150.00 - $250.00 per hour depending on that the attorney performing the services. Where the firm has charged a flat rate for foreclosure related contested matters, the fee charged has been less than the firm's hourly rate for the time expended and has been agreed to by debtor in possession.

Firm practices for when fee is deemed to have been incurred our outlined at each description below.

1. **Foreclosure Lawsuit**  $1,100-1,250.00
   non-contested, non-appearance cases
   Amount may vary depending on investor.
   $825.00   Incurred when suit filed.
   Balance at entry of judgment. Simple Summary
   Judgment increases total by $100.00.

2. **Bankruptcy Motions to Lift Stay and/or**
   **Objections to Confirmation-**  $350.00-$500.00
   Including up to two court appearances
   (may vary with investor)
   Fee incurred at preparation of documents.

3. **Bankruptcy: Response to Debtor Motion**
   including up to one appearance.  $150.00
   Fee incurred at review of debtor motion.

4. **Bankruptcy: POC and Pre Confirmation**  $395.00
   Fee for review of Debtor's Chapter 13 Plan,
   Petition and Schedules, Preparation and
   filing of Proof of Claim

5. **Mortgagee Defense** – includes Appearance and  $575.00
   Answer to foreclosure law suit filed by superior lien
   holder, monitoring foreclosure, proving up, and bidding
   at sale if deemed desirable.
   Fee incurred at preparation of answer and appearance.

6. **Building Court Appearance**  $225.00
   Fee for each necessary appearance in building court.
   Fee incurred at time of appearance.

7. **Title Claim:** Preparation and filing of title claim.  $125.00
   Fee incurred at claim letter drafting.

| INVOICENO | FILE_NUMBER | LOAN_NUMBER | BILLDESC | ENTER_DATE | DOLLAR | NOTES |
|---|---|---|---|---|---|---|
| 366656 | 14-07-H927 | 1001157053 | Foreclosure Attorney's Fees | 01-Nov-07 | 825 | |
| 366709 | 14-07-K122 | 1000740040 | Foreclosure Attorney's Fees | 01-Nov-07 | 825 | |
| 366712 | 14-07-3937 | 1000866451 | BK Atty Fee - Motion for Relief | 01-Nov-07 | 500 | Preparation of Notice and Motion for Relief from the Automatic Stay, One Court Appearance |
| 366755 | 14-07-M357 | 1000872738 | BK Atty Fee - Motion for Relief | 01-Nov-07 | 500 | Preparation of Notice and Motion for Relief from the Automatic Stay, One Court Appearance |
| 366815 | 14-07-H956 | 1001675491 | Foreclosure Attorney's Fees | 01-Nov-07 | 770 | |
| 366889 | 14-07-H951 | 1001627109 | Foreclosure Attorney's Fees | 02-Nov-07 | 825 | |
| 366895 | 14-07-8109 | 1001531795 | Foreclosure Attorney's Fees | 02-Nov-07 | 825 | |
| 366898 | 14-07-D938 | 1001574013 | Foreclosure Attorney's Fees | 02-Nov-07 | 825 | |
| 366901 | 14-07-C273 | 1001455876 | Foreclosure Attorney's Fees | 02-Nov-07 | 825 | |
| 366927 | 14-07-D956 | 1001440859 | Foreclosure Attorney's Fees | 02-Nov-07 | 825 | |
| 366954 | 14-07-H934 | 1001440831 | Foreclosure Attorney's Fees | 02-Nov-07 | 825 | |
| 367109 | 14-07-N490 | 1001110865 | Foreclosure Attorney's Fees | 02-Nov-07 | 770 | |
| 367320 | 14-07-C297 | 1001637603 | Title Claim Attorney Fees | 05-Nov-07 | 125 | Auth on 8/28/07 via email by Janet |
| 367342 | 14-07-C297 | 1001637603 | Foreclosure Attorney's Fees | 05-Nov-07 | 825 | |
| 367531 | 14-07-2067 | 1000546597 | Title Claim Attorney Fees | 06-Nov-07 | 125 | |
| 367542 | 14-07-4789 | 1001137436 | Building Court Atty Fees | 06-Nov-07 | 225 | Attendance at the 11/5/07 building court hearing |
| 367544 | 14-07-5470 | 1001237703 | Building Court Atty Fees | 06-Nov-07 | 225 | Attendance at the 11/5/07 building court hearing |
| 367804 | 14-07-N372 | 1001092842 | Mortgagee Defense Atty Fees | 07-Nov-07 | 200 | monitor sr. lien |
| 367824 | 14-07-5999 | 1000659315 | Foreclosure Attorney's Fees | 07-Nov-07 | 1100 | |
| 368004 | 14-07-K155 | 1001397475 | Foreclosure Attorney's Fees | 08-Nov-07 | 825 | |
| 368050 | 14-07-8514 | 1001311220 | Foreclosure Attorney's Fees | 08-Nov-07 | 1100 | |
| 368089 | 14-07-0414 | 1000659077 | Foreclosure Attorney's Fees | 08-Nov-07 | 1200 | |
| 368094 | 14-07-1949 | 1000662583 | Foreclosure Attorney's Fees | 08-Nov-07 | 1100 | |
| 368187 | 14-07-E133 | 1001230358 | BK Atty Fee - Motion for Relief | 09-Nov-07 | 500 | Preparation of Notice and Motion for Relief from the Automatic Stay, One Court Appearance |
| 368240 | 14-07-E174 | 1001215719 | Attorneys Fees - Summary Judgment | 09-Nov-07 | 100 | |
| 368240 | 14-07-E174 | 1001215719 | Foreclosure Attorney's Fees | 09-Nov-07 | 330 | |
| 368416 | 14-07-A100 | 1000740248 | Foreclosure Attorney's Fees | 12-Nov-07 | 825 | |

Nov 07 Fees

| | | | | | |
|---|---|---|---|---|---|
| 368607 | 14-07-D711 | 1001067227 | Mortgagee Defense Atty Fees | 12-Nov-07 | 200 | monitor sr. lien |
| 368611 | 14-07-G250 | 1001069617 | Mortgagee Defense Atty Fees | 12-Nov-07 | 200 | monitor sr. lien |
| 368634 | 14-05-C236 | 51833994 | Foreclosure Attorney's Fees | 13-Nov-07 | 275 | |
| 368639 | 14-07-5993 | 51843793 | Foreclosure Attorney's Fees | 13-Nov-07 | 275 | |
| 368814 | 14-07-6034 | 1001243235 | Foreclosure Attorney's Fees | 13-Nov-07 | 1100 | |
| 368865 | 14-07-C291 | 1000382908 | Foreclosure Attorney's Fees | 14-Nov-07 | 1100 | |
| 369194 | 14-06-C309 | 2000296295 | Attorney Fees - Reset Sale | 15-Nov-07 | 50 | Sale Continuation |
| 369283 | 14-07-H995 | 1000498686 | Title Claim Attorney Fees | 15-Nov-07 | 125 | Auth on 10/3/07 by Janet Gibson via |
| 369297 | 14-07-C269 | 1000925495 | Title Claim Attorney Fees | 15-Nov-07 | 125 | Auth on 9/6/07 by Janet Gibson via |
| 369333 | 14-07-1318 | 1000854199 | Building Court Atty Fees | 16-Nov-07 | 225 | Attendance at the 11/15/07 building court hearing |
| 369527 | 14-06-F808 | 1001177870 | BK Atty Fee - Motion for Relief | 05-Nov-07 | 500 | Preparation of Notice and Motion for Relief from the Automatic Stay, One Court Appearance |
| 369586 | 14-07-G242 | 1001512450 | Mortgagee Defense Atty Fees | 17-Nov-07 | 200 | monitor sr. lien |
| 369816 | 14-07-R352 | 1001119094 | BK Atty Fee - Proof of Claim | 19-Nov-07 | 395 | Fee for review of Debtor's Chapter 13 Plan, Petition and Schedules, |
| 370007 | 14-07-C380 | 1000819804 | Attorneys Fees - Summary Judgment | 19-Nov-07 | 100 | Preparation and filing of Proof of |
| 370007 | 14-07-C380 | 1000819804 | Foreclosure Attorney's Fees | 19-Nov-07 | 1100 | |
| 370309 | 14-06-A959 | 1000742809 | Attorney Fees - Reset Sale | 21-Nov-07 | 50 | |
| 370309 | 14-06-A959 | 1000742809 | Attorneys Fees - Summary Judgment | 21-Nov-07 | 100 | |
| 370422 | 14-07-C279 | 1001193207 | Foreclosure Attorney's Fees | 21-Nov-07 | 1100 | |
| 370576 | 14-07-R022 | 1000628787 | BK Atty Fee - Motion for Relief | 14-Nov-07 | 500 | Preparation of Notice and Motion for Relief from the Automatic Stay, One Court Appearance |
| 370901 | 14-07-K154 | 1000523875 | Foreclosure Attorney's Fees | 26-Nov-07 | 825 | |
| 370972 | 14-07-4282 | 1001092197 | Foreclosure Attorney's Fees | 27-Nov-07 | 1100 | |
| 371029 | 14-07-P799 | 1001632956 | Building Court Atty Fees | 19-Nov-07 | 600 | auth by Janet Gibson Objection to fast track demolition |
| 371044 | 14-07-3081 | 1001116275 | Foreclosure Attorney's Fees | 27-Nov-07 | 1100 | |
| 371068 | 14-07-S220 | 1000748465 | BK Atty Fee - Proof of Claim | 27-Nov-07 | 395 | Fee for review of Debtor's Chapter 13 Plan, Petition and Schedules, Preparation and filing of Proof of Claim. Attending or monitoring Sect. 341 Creditors Meeting and Plan Confirmation Hearing, if necessary, |

| | | | |
|---|---|---|---|
| 371233 | 14-07-H947 | 1000533134 | Foreclosure Attorney's Fees | 28-Nov-07 | 825 |
| 371290 | 14-07-H945 | 1000657927 | Foreclosure Attorney's Fees | 28-Nov-07 | 825 |
| 371305 | 14-07-S125 | 1001543031 | Foreclosure Attorney's Fees | 28-Nov-07 | 300 |
| 371456 | 14-07-N496 | 1001461702 | Foreclosure Attorney's Fees | 29-Nov-07 | 825 |
| 371460 | 14-07-8301 | 1001469201 | Foreclosure Attorney's Fees | 29-Nov-07 | 375 |
| 371461 | 14-07-A373 | 2000256985 | Foreclosure Attorney's Fees | 29-Nov-07 | 825 |
| 371510 | 14-06-H446 | 1000767829 | Attorneys Fees - Summary Judgment | 29-Nov-07 | 100 |
| 371510 | 14-06-H446 | 1000767829 | Foreclosure Attorney's Fees | 29-Nov-07 | 1100 |
| 371517 | 14-06-G061 | 1000666326 | Foreclosure Attorney's Fees | 29-Nov-07 | 1200 |
| 371527 | 14-06-G058 | 1001036838 | Attorney Fee - Assignment of Mortgage | 29-Nov-07 | 50 |
| 371527 | 14-06-G058 | 1001036838 | Attorneys Fees - Summary Judgment | 29-Nov-07 | 100 |
| 371527 | 14-06-G058 | 1001036838 | Foreclosure Attorney's Fees | 29-Nov-07 | 1100 |

| INVOICENO | FILE NUMBER | LOAN NUMBER | BILLDESC | ENTER DATE | DOLLAR |
|---|---|---|---|---|---|
| 366697 | 14-07-4335 | 1000509371 | State of IL-DFI Policy Fee | 01-Nov-07 | 3 |
| 366697 | 14-07-4335 | 1000509371 | Bankruptcy Racer/Pacer Search | 01-Nov-07 | 15 |
| 366697 | 14-07-4335 | 1000509371 | Record Deed | 01-Nov-07 | 35 |
| 366697 | 14-07-4335 | 1000509371 | Selling Officer/Sheriff fee (Conduct) | 01-Nov-07 | 375 |
| 366697 | 14-07-4335 | 1000509371 | Final Title Policy Charge | 01-Nov-07 | 535 |
| 366815 | 14-07-H956 | 1001675491 | Service of Summons | 01-Nov-07 | 65 |
| 368815 | 14-07-H956 | 1001675491 | Publication for Service | 01-Nov-07 | 168 |
| 366863 | 14-07-N447 | 1001581521 | Title Update Charge | 02-Nov-07 | 65 |
| 366905 | 14-07-N496 | 1001461702 | Title Update Charge | 02-Nov-07 | 65 |
| 366906 | 14-07-N419 | 1001129979 | Title Update Charge | 02-Nov-07 | 65 |
| 366907 | 14-07-N456 | 1001036801 | Title Update Charge | 02-Nov-07 | 65 |
| 367015 | 14-07-N326 | 1000600057 | Title Update Charge | 02-Nov-07 | 65 |
| 367020 | 14-07-N449 | 1001146110 | Title Update Charge | 02-Nov-07 | 65 |
| 367109 | 14-07-N490 | 1001110865 | Title Update Charge | 02-Nov-07 | 65 |
| 367170 | 14-07-N488 | 1000895831 | Title Update Charge | 02-Nov-07 | 65 |
| 367287 | 14-07-N467 | 1001233298 | Title Update Charge | 05-Nov-07 | 65 |
| 367294 | 14-07-N454 | 1000889622 | Title Update Charge | 05-Nov-07 | 65 |
| 367305 | 14-07-N724 | 1001410234 | Recorder (Lis Pendens) | 01-Nov-07 | 36 |
| 367305 | 14-07-N724 | 1001410234 | Title Update Charge | 05-Nov-07 | 65 |
| 367305 | 14-07-N724 | 1001410234 | Service of Summons | 01-Nov-07 | 215 |
| 367305 | 14-07-N724 | 1001410234 | Complaint Filing Fee | 01-Nov-07 | 294 |
| 367365 | 14-07-N472 | 1001015361 | Title Update Charge | 05-Nov-07 | 65 |
| 367368 | 14-07-N468 | 101024675 | Title Update Charge | 05-Nov-07 | 65 |
| 367369 | 14-07-N502 | 1001274343 | Title Update Charge | 05-Nov-07 | 65 |
| 367371 | 14-07-N487 | 1001232437 | Title Update Charge | 05-Nov-07 | 65 |
| 367373 | 14-07-N458 | 1001664788 | Title Update Charge | 05-Nov-07 | 65 |
| 367486 | 14-07-N474 | 1001168226 | Recorder (Lis Pendens) | 01-Nov-07 | 39 |
| 367486 | 14-07-N474 | 1001168226 | Title Update Charge | 06-Nov-07 | 65 |
| 367486 | 14-07-N474 | 1001168226 | Complaint Filing Fee | 01-Nov-07 | 246 |
| 367486 | 14-07-N474 | 1001168226 | Service of Summons | 01-Nov-07 | 280 |
| 367599 | 14-07-6000 | 1000755699 | State of IL-DFI Policy Fee | 06-Nov-07 | 3 |
| 367599 | 14-07-6000 | 1000755699 | Bankruptcy Racer/Pacer Search | 06-Nov-07 | 15 |
| 367599 | 14-07-6000 | 1000755699 | Record Deed | 06-Nov-07 | 40 |
| 367599 | 14-07-6000 | 1000755699 | Selling Officer/Sheriff fee (Conduct) | 06-Nov-07 | 375 |
| 367599 | 14-07-6000 | 1000755699 | Final Title Policy Charge | 06-Nov-07 | 495 |
| 367617 | 14-07-3081 | 1001116275 | Title Charges | 06-Nov-07 | 25 |

Nov 07 Costs

| | | | | |
|---|---|---|---|---|
| 367772 | 14-07-N462 | 1001053960 | Title Update Charge | 07-Nov-07 | 65 |
| 367773 | 14-07-N480 | 1001708987 | Recorder (Lis Pendens) | 01-Nov-07 | 39 |
| 367773 | 14-07-N480 | 1001708987 | Title Update Charge | 07-Nov-07 | 65 |
| 367773 | 14-07-N480 | 1001708987 | Complaint Filing Fee | 01-Nov-07 | 246 |
| 367773 | 14-07-N480 | 1001708987 | Service of Summons | 01-Nov-07 | 260 |
| 367774 | 14-07-N485 | 1000950891 | Recorder (Lis Pendens) | 01-Nov-07 | 39 |
| 367774 | 14-07-N485 | 1000950891 | Title Update Charge | 07-Nov-07 | 65 |
| 367774 | 14-07-N485 | 1000950891 | Complaint Filing Fee | 01-Nov-07 | 246 |
| 367774 | 14-07-N485 | 1000950891 | Service of Summons | 01-Nov-07 | 280 |
| 367804 | 14-07-N372 | 1001092842 | Title Charges | 07-Nov-07 | 100 |
| 367824 | 14-07-5999 | 1000659315 | State of IL-DFI Policy Fee | 06-Nov-07 | 3 |
| 367824 | 14-07-5999 | 1000659315 | Final Title Policy Charge | 06-Nov-07 | 350 |
| 367824 | 14-07-5999 | 1000659315 | Bankruptcy Racer/Pacer Search | 06-Nov-07 | 15 |
| 367824 | 14-07-5999 | 1000659315 | Record Deed | 06-Nov-07 | 595 |
| 368089 | 14-07-0414 | 1000659077 | Fee for Sheriff's Deed | 07-Nov-07 | 39 |
| 368089 | 14-07-0414 | 1000659077 | Miscellaneous Costs | 08-Nov-07 | 5 |
| 368089 | 14-07-0414 | 1000659077 | Bankruptcy Racer/Pacer Search | 07-Nov-07 | 8.5 |
| 368089 | 14-07-0414 | 1000659077 | Record Deed | 07-Nov-07 | 15 |
| 368089 | 14-07-0414 | 1000659077 | Final Title Policy Charge | 07-Nov-07 | 35.75 |
| 368089 | 14-07-0414 | 1000659077 | Selling Officer/Sheriff fee (Conduct) | 07-Nov-07 | 615 |
| 368089 | 14-07-0414 | 1000659077 | State of IL-DFI Policy Fee | 07-Nov-07 | 662.75 |
| 368094 | 14-07-1949 | 1000662583 | Bankruptcy Racer/Pacer Search | 08-Nov-07 | 3 |
| 368094 | 14-07-1949 | 1000662583 | Record Deed | 08-Nov-07 | 15 |
| 368094 | 14-07-1949 | 1000662583 | Final Title Policy Charge | 08-Nov-07 | 40 |
| 368094 | 14-07-1949 | 1000662583 | Selling Officer/Sheriff fee (Conduct) | 08-Nov-07 | 575 |
| 368240 | 14-07-E174 | 1001215719 | Certify Copy of Judgment | 07-Nov-07 | 600 |
| 368607 | 14-07-D711 | 1001067227 | Title Charges | 02-Nov-07 | 11.5 |
| 368611 | 14-07-G250 | 1001069617 | Title Charges | 12-Nov-07 | 100 |
| 368618 | 14-07-N687 | 1000417119 | Appearance Filing Cost | 13-Nov-07 | 143 |
| 368814 | 14-07-6034 | 1001243235 | State of IL-DFI Policy Fee | 13-Nov-07 | 3 |
| 368814 | 14-07-6034 | 1001243235 | Record Deed | 13-Nov-07 | 38 |
| 368814 | 14-07-6034 | 1001243235 | Final Later Date | 13-Nov-07 | 65 |
| 368814 | 14-07-6034 | 1001243235 | Selling Officer/Sheriff fee (Conduct) | 13-Nov-07 | 300 |
| 368814 | 14-07-6034 | 1001243235 | Final Title Policy Charge | 13-Nov-07 | 735 |
| 368865 | 14-07-C291 | 1000382908 | Selling Officer/Sheriff fee (Cancel) | 14-Nov-07 | 150 |

| | | | | | |
|---|---|---|---|---|---|
| 368985 | 14-07-P281 | 3877492 | Recorder (Lis Pendens) | 07-Nov-07 | 35 |
| 368985 | 14-07-P281 | 3877492 | Title Charges | 02-Nov-07 | 200 |
| 368985 | 14-07-P281 | 3877492 | Complaint Filing Fee | 07-Nov-07 | 236 |
| 368985 | 14-07-P281 | 3877492 | Service of Summons | 07-Nov-07 | 260 |
| 369071 | 14-06-E264 | 1000753273 | Eviction Attorney's Fees | 14-Nov-07 | 250 |
| 369472 | 14-07-N726 | 1000711593 | Recorder (Lis Pendens) | 07-Nov-07 | 36 |
| 369472 | 14-07-N726 | 1000711593 | Title Update Charge | 16-Nov-07 | 65 |
| 369472 | 14-07-N726 | 1000711593 | Complaint Filing Fee | 07-Nov-07 | 294 |
| 369472 | 14-07-N726 | 1000752396 | Service of Summons | 07-Nov-07 | 950 |
| 369473 | 14-07-P128 | 1000752396 | Recorder (Lis Pendens) | 06-Nov-07 | 36 |
| 369473 | 14-07-P128 | 1000752396 | Title Update Charge | 16-Nov-07 | 65 |
| 369473 | 14-07-P128 | 1000853476 | Complaint Filing Fee | 06-Nov-07 | 270 |
| 369475 | 14-07-P120 | 1000853476 | Service of Summons | 06-Nov-07 | 280 |
| 369475 | 14-07-P120 | 1000853476 | Title Update Charge | 16-Nov-07 | 65 |
| 369475 | 14-07-P120 | 1000853476 | Recorder (Lis Pendens) | 06-Nov-07 | 36 |
| 369477 | 14-07-P101 | 1000730662 | Complaint Filing Fee | 07-Nov-07 | 294 |
| 369477 | 14-07-P101 | 1000730662 | Service of Summons | 07-Nov-07 | 195 |
| 369477 | 14-07-P101 | 1000730662 | Title Update Charge | 16-Nov-07 | 65 |
| 369478 | 14-07-P199 | 1001423665 | Complaint Filing Fee | 07-Nov-07 | 294 |
| 369478 | 14-07-P199 | 1001423665 | Service of Summons | 07-Nov-07 | 130 |
| 369478 | 14-07-P199 | 1001423665 | Title Charges | 01-Nov-07 | 410 |
| 369478 | 14-07-P199 | 1001423665 | Recorder (Lis Pendens) | 08-Nov-07 | 36 |
| 369479 | 14-07-P566 | 1001661989 | Title Charges | 08-Nov-07 | 200 |
| 369479 | 14-07-P566 | 1001661989 | Service of Summons | 06-Nov-07 | 280 |
| 369479 | 14-07-P566 | 1001661989 | Complaint Filing Fee | 08-Nov-07 | 294 |
| 369480 | 14-07-P271 | 1000790104 | Recorder (Lis Pendens) | 08-Nov-07 | 36 |
| 369480 | 14-07-P271 | 1000790104 | Title Update Charge | 16-Nov-07 | 65 |
| 369480 | 14-07-P271 | 1000790104 | Service of Summons | 08-Nov-07 | 205 |
| 369480 | 14-07-P271 | 1000790104 | Complaint Filing Fee | 08-Nov-07 | 294 |
| 369480 | 14-07-P271 | 1000790104 | Title Charges | 02-Nov-07 | 410 |
| 369527 | 14-06-F808 | 1001177870 | BK Filing Fee | 05-Nov-07 | 150 |
| 369586 | 14-07-G242 | 1001512450 | Title Charges | 17-Nov-07 | 100 |

| | | | | | |
|---|---|---|---|---|---|
| 369625 | 14-07-P282 | 1000443942 | Recorder (Lis Pendens) | 07-Nov-07 | 40 |
| 369625 | 14-07-P282 | 1000443942 | Title Update Charge | 19-Nov-07 | 65 |
| 369625 | 14-07-P282 | 1000443942 | Complaint Filing Fee | 07-Nov-07 | 280 |
| 369625 | 14-07-P282 | 1000443942 | Title Charges | 02-Nov-07 | 410 |
| 369625 | 14-07-P282 | 1000443942 | Service of Summons | 07-Nov-07 | 530 |
| 369734 | 14-07-P207 | 1001321798 | Recorder (Lis Pendens) | 13-Nov-07 | 36 |
| 369734 | 14-07-P207 | 1001321798 | Title Update Charge | 19-Nov-07 | 65 |
| 369734 | 14-07-P207 | 1001321798 | Service of Summons | 13-Nov-07 | 130 |
| 369734 | 14-07-P207 | 1001321798 | Complaint Filing Fee | 13-Nov-07 | 294 |
| 369734 | 14-07-P207 | 1001321798 | Title Charges | 01-Nov-07 | 410 |
| 369851 | 14-07-P278 | 1000475305 | Recorder (Lis Pendens) | 13-Nov-07 | 39 |
| 369851 | 14-07-P278 | 1000475305 | Title Update Charge | 19-Nov-07 | 65 |
| 369851 | 14-07-P278 | 1000475305 | Service of Summons | 13-Nov-07 | 195 |
| 369851 | 14-07-P278 | 1000475305 | Complaint Filing Fee | 13-Nov-07 | 246 |
| 369851 | 14-07-P278 | 1000475305 | Title Charges | 02-Nov-07 | 410 |
| 369852 | 14-07-P286 | 1000954420 | Recorder (Lis Pendens) | 13-Nov-07 | 39 |
| 369852 | 14-07-P286 | 1000954420 | Title Update Charge | 19-Nov-07 | 65 |
| 369852 | 14-07-P286 | 1000954420 | Complaint Filing Fee | 13-Nov-07 | 246 |
| 369852 | 14-07-P286 | 1000954420 | Service of Summons | 13-Nov-07 | 345 |
| 369852 | 14-07-P286 | 1000954420 | Title Charges | 02-Nov-07 | 410 |
| 369901 | 14-07-0290 | 1000908955 | Miscellaneous Costs | 19-Nov-07 | 60 |
| 369926 | 14-07-R189 | 1001273934 | Recorder (Lis Pendens) | 15-Nov-07 | 40 |
| 369926 | 14-07-R189 | 1001273934 | Title Update Charge | 19-Nov-07 | 65 |
| 369926 | 14-07-R189 | 1001273934 | Complaint Filing Fee | 15-Nov-07 | 280 |
| 369926 | 14-07-R189 | 1001273934 | Service of Summons | 15-Nov-07 | 325 |
| 369926 | 14-07-R189 | 1001273934 | Title Charges | 13-Nov-07 | 410 |
| 370099 | 14-06-F724 | 1001320875 | State of IL-DFI Policy Fee | 13-Nov-07 | 3 |
| 370099 | 14-06-F724 | 1001320875 | Record Deed | 13-Nov-07 | 38 |
| 370099 | 14-06-F724 | 1001320875 | Final Later Date | 13-Nov-07 | 65 |
| 370099 | 14-06-F724 | 1001320875 | Selling Officer/Sheriff fee (Conduct) | 13-Nov-07 | 300 |
| 370099 | 14-06-F724 | 1001320875 | Final Title Policy Charge | 13-Nov-07 | 915 |
| 370235 | 14-07-P193 | 100075016 | Recorder (Lis Pendens) | 06-Nov-07 | 36 |
| 370235 | 14-07-P193 | 100075016 | Title Update Charge | 21-Nov-07 | 65 |
| 370235 | 14-07-P193 | 100075016 | Complaint Filing Fee | 06-Nov-07 | 236 |
| 370235 | 14-07-P193 | 100075016 | Title Charges | 01-Nov-07 | 410 |

| | | | | |
|---|---|---|---|---|
| 370235 | 14-07-P193 | 100075016 | Service of Summons | 06-Nov-07 | 540 |
| 370253 | 14-07-P300 | 100065323 9 | Recorder (Lis Pendens) | 08-Nov-07 | 36 |
| 370253 | 14-07-P300 | 100065323 9 | Title Charges | 02-Nov-07 | 200 |
| 370253 | 14-07-P300 | 100065323 9 | Complaint Filing Fee | 08-Nov-07 | 236 |
| 370253 | 14-07-P300 | 100065323 9 | Service of Summons | 08-Nov-07 | 260 |
| 370576 | 14-07-R022 | 100062878 7 | BK Filing Fee | 14-Nov-07 | 150 |
| 370612 | 14-07-H995 | 100049868 6 | Recorder (Lis Pendens) | 16-Nov-07 | 36 |
| 370612 | 14-07-H995 | 100049868 6 | Title Update Charge | 26-Nov-07 | 65 |
| 370612 | 14-07-H995 | 100049868 6 | Complaint Filing Fee | 16-Nov-07 | 294 |
| 370612 | 14-07-H995 | 100049868 6 | Service of Summons | 16-Nov-07 | 390 |
| 370613 | 14-07-P895 | 100126699 8 | Recorder (Lis Pendens) | 15-Nov-07 | 36 |
| 370613 | 14-07-P895 | 100126699 8 | Title Update Charge | 26-Nov-07 | 65 |
| 370613 | 14-07-P895 | 100126699 8 | Complaint Filing Fee | 15-Nov-07 | 294 |
| 370613 | 14-07-P895 | 100126699 8 | Title Charges | 09-Nov-07 | 410 |
| 370799 | 14-07-P981 | 100079204 7 | Service of Summons | 16-Nov-07 | 260 |
| 370799 | 14-07-P981 | 100079204 7 | Title Charges | 09-Nov-07 | 410 |
| 370799 | 14-07-P981 | 100079204 7 | Title Update Charge | 14-Nov-07 | 65 |
| 370799 | 14-07-P981 | 100079204 7 | Recorder (Lis Pendens) | 16-Nov-07 | 236 |
| 370901 | 14-07-K154 | 100052387 5 | Service of Summons | 07-Nov-07 | 215 |
| 370972 | 14-07-4282 | 100109219 7 | Selling Officer/Sheriff fee (Cancel) | 26-Nov-07 | 150 |
| 371029 | 14-07-P799 | 100163295 6 | Recorder (Lis Pendens) | 16-Nov-07 | 35 |
| 371029 | 14-07-P799 | 100163295 6 | Title Update Charge | 14-Nov-07 | 65 |
| 371029 | 14-07-P799 | 100163295 6 | Service of Summons | 19-Nov-07 | 36 |
| 371029 | 14-07-P799 | 100163295 6 | Complaint Filing Fee | 19-Nov-07 | 170 |
| 371044 | 14-07-3081 | 100111627 5 | Selling Officer/Sheriff fee (Cancel) | 27-Nov-07 | 251 |
| 371044 | 14-07-3081 | 100111627 5 | Sale Publication | 01-Nov-07 | 150 |
| 371233 | 14-07-H947 | 100053313 4 | Publication for Service | 07-Nov-07 | 415 |
| 371305 | 14-07-S125 | 100154303 1 | Title Charges | 26-Nov-07 | 275 |
| 371456 | 14-07-N496 | 100146170 2 | Service of Summons | 09-Nov-07 | 190 |
| 371460 | 14-07-8301 | 100146920 1 | State of IL-DFI Policy Fee | 26-Nov-07 | 205 |
| 371460 | 14-07-8301 | 100146920 1 | Record Deed | 26-Nov-07 | 3 |
| 371460 | 14-07-8301 | 100146920 1 | Final Later Date | 26-Nov-07 | 38 |
| 371460 | 14-07-8301 | 100146920 1 | Selling Officer/Sheriff fee (Conduct) | 26-Nov-07 | 65 |
| 371460 | 14-07-8301 | 100146920 1 | Title Charges | 26-Nov-07 | 300 |
| 371494 | 14-07-3425 | 100143373 1 | State of IL-DFI Policy Fee | 27-Nov-07 | 2025 |
| 371494 | 14-07-3425 | 100143373 1 | | 27-Nov-07 | 3 |
| 371494 | 14-07-3425 | 100143373 1 | Record Deed | 27-Nov-07 | 38 |

| Col1 | Col2 | Col3 | Description | Date | Amount |
|---|---|---|---|---|---|
| 371494 | 14-07-3425 | 1001433731 | Final Later Date | 27-Nov-07 | 65 |
| 371494 | 14-07-3425 | 1001433731 | Selling Officer/Sheriff fee (Conduct) | 27-Nov-07 | 300 |
| 371496 | 14-07-8498 | 1000777315 | Final Title Policy Charge | 27-Nov-07 | 4418.5 |
| 371496 | 14-07-8498 | 1000777315 | State of IL-DFI Policy Fee | 27-Nov-07 | 3 |
| 371496 | 14-07-8498 | 1000777315 | Record Deed | 27-Nov-07 | 38 |
| 371496 | 14-07-8498 | 1000777315 | Final Later Date | 27-Nov-07 | 65 |
| 371496 | 14-07-8498 | 1000777315 | Selling Officer/Sheriff fee (Conduct) | 27-Nov-07 | 300 |
| 371510 | 14-06-H446 | 1000767829 | Final Title Policy Charge | 27-Nov-07 | 575 |
| 371510 | 14-06-H446 | 1000767829 | State of IL-DFI Policy Fee | 27-Nov-07 | 3 |
| 371510 | 14-06-H446 | 1000767829 | Record Deed | 27-Nov-07 | 38 |
| 371510 | 14-06-H446 | 1000767829 | Final Later Date | 27-Nov-07 | 65 |
| 371510 | 14-06-H446 | 1000767829 | Selling Officer/Sheriff fee (Conduct) | 27-Nov-07 | 300 |
| 371517 | 14-06-G061 | 1000666326 | Final Title Policy Charge | 27-Nov-07 | 595 |
| 371517 | 14-06-G061 | 1000666326 | State of IL-DFI Policy Fee | 27-Nov-07 | 3 |
| 371517 | 14-06-G061 | 1000666326 | Record Deed | 27-Nov-07 | 38 |
| 371517 | 14-06-G061 | 1000666326 | Final Later Date | 27-Nov-07 | 65 |
| 371517 | 14-06-G061 | 1000666326 | Selling Officer/Sheriff fee (Conduct) | 27-Nov-07 | 300 |
| 371527 | 14-06-G058 | 1001036838 | Final Title Policy Charge | 27-Nov-07 | 575 |
| 371527 | 14-06-G058 | 1001036838 | State of IL-DFI Policy Fee | 27-Nov-07 | 3 |
| 371527 | 14-06-G058 | 1001036838 | Record Deed | 27-Nov-07 | 38 |
| 371527 | 14-06-G058 | 1001036838 | Final Later Date | 27-Nov-07 | 65 |
| 371527 | 14-06-G058 | 1001036838 | Selling Officer/Sheriff fee (Conduct) | 27-Nov-07 | 300 |
| 371987 | 14-07-0271 | 1000921530 | State of IL-DFI Policy Fee | 29-Nov-07 | 3 |
| 371987 | 14-07-0271 | 1000921530 | Bankruptcy Racer/Pacer Search | 29-Nov-07 | 15 |
| 371987 | 14-07-0271 | 1000921530 | Record Deed | 29-Nov-07 | 40 |
| 371987 | 14-07-0271 | 1000921530 | Selling Officer/Sheriff fee (Conduct) | 29-Nov-07 | 375 |
| 371987 | 14-07-0271 | 1000921530 | Final Title Policy Charge | 29-Nov-07 | 435 |
| 372016 | 14-07-K974 | 1001238195 | Recorder (Lis Pendens) | 26-Nov-07 | 36 |
| 372016 | 14-07-K974 | 1001238195 | Complaint Filing Fee | 26-Nov-07 | 294 |
| 372016 | 14-07-K974 | 1001238195 | Service of Summons | 26-Nov-07 | 345 |
| 372098 | 14-07-P566 | 1001661989 | Service of Summons | 13-Nov-07 | 410 |
| 372098 | 14-07-P566 | 1001661989 | Title Charges | 08-Nov-07 | 140 |
| 372420 | 14-07-D344 | 1000712603 | Recording Assignment of Mortgage | 19-Nov-07 | 36 |
| 372422 | 14-07-D020 | 1001427772 | Recording Assignment of Mortgage | 19-Nov-07 | 36 |
| 372714 | 14-07-6878 | 1001223539 | Sale Publication | 02-Nov-07 | 415 |
| 372880 | 14-07-5992 | 1000722038 | Sale Publication | 01-Nov-07 | 415 |

| | | | | |
|---|---|---|---|---|
| 372902 | 14-07-N458 | 1001664788 | Service of Summons | 16-Nov-07 | 175 |
| 373060 | 14-07-S289 | 1001788092 | Title Charges | 27-Nov-07 | 410 |
| 373246 | 14-07-S134 | 1001598613 | Title Charges | 26-Nov-07 | 410 |
| 373247 | 14-07-S233 | 1001500364 | Title Charges | 27-Nov-07 | 410 |
| 373577 | 14-07-8513 | 1001141778 | Sale Publication | 08-Nov-07 | 415 |
| 373883 | 14-07-K418 | 1001000478 | Publication for Service | 07-Nov-07 | 275 |
| 373918 | 14-07-3937 | 1000866451 | Sale Publication | 06-Nov-07 | 415 |
| 374071 | 14-07-1942 | 1001272920 | Sale Publication | 14-Nov-07 | 415 |
| 374225 | 14-07-E172 | 1001623680 | Service of Summons | 13-Nov-07 | 65 |
| 374225 | 14-07-E172 | 1001623680 | Publication for Service | 13-Nov-07 | 275 |
| 374359 | 14-07-S220 | 1000748465 | BK Filing Fee | 29-Nov-07 | 150 |
| 374475 | 14-07-S273 | 1001820421 | Title Charges | 27-Nov-07 | 410 |
| 374492 | 14-07-S224 | 1001119245 | Title Charges | 27-Nov-07 | 410 |
| 374985 | 14-07-S261 | 1001162089 | Title Charges | 27-Nov-07 | 410 |
| 374989 | 14-07-R929 | 1001124256 | Title Charges | 20-Nov-07 | 410 |
| 374991 | 14-07-S278 | 1001156354 | Title Charges | 27-Nov-07 | 410 |
| 374993 | 14-07-S222 | 1001240873 | Title Charges | 27-Nov-07 | 410 |
| 374996 | 14-07-S239 | 1001494999 | Title Charges | 27-Nov-07 | 410 |
| 374997 | 14-07-S272 | 1001167014 | Title Charges | 27-Nov-07 | 410 |
| 374998 | 14-07-S295 | 1001215587 | Title Charges | 27-Nov-07 | 410 |
| 375091 | 14-07-S159 | 1001546100 | Title Charges | 27-Nov-07 | 410 |
| 375452 | 14-07-S267 | 1001076505 | Title Charges | 27-Nov-07 | 410 |
| 375454 | 14-07-S117 | 1001617924 | Title Charges | 26-Nov-07 | 410 |
| 375733 | 14-07-D940 | 1001632956 | Sale Publication | 21-Nov-07 | 415 |
| 375781 | 14-07-8174 | 1001429480 | Sale Publication | 14-Nov-07 | 415 |
| 375788 | 14-07-6007 | 1001070168 | Sale Publication | 23-Nov-07 | 415 |
| 375998 | 14-07-8364 | 1000631224 | Sale Publication | 19-Nov-07 | 415 |
| 376054 | 14-07-S032 | 1001256088 | Appearance Filing Cost | 26-Nov-07 | 143 |
| 376190 | 14-07-A429 | 1001105547 | Sale Publication | 19-Nov-07 | 415 |
| 376204 | 14-07-R878 | 1298739 | Appearance Filing Cost | 28-Nov-07 | 163 |
| 376719 | 14-07-0163 | 1001166968 | Sale Publication | 29-Nov-07 | 415 |
| 376722 | 14-07-2141 | 1000790606 | Service of Summons | 14-Nov-07 | 140 |
| 376739 | 14-07-5760 | 1000654034 | Sale Publication | 15-Nov-07 | 415 |
| 376767 | 14-07-D711 | 1001067227 | Appearance Filing Cost | 14-Nov-07 | 131 |
| 376783 | 14-07-9264 | 1001515984 | Certify Copy of Judgment | 26-Nov-07 | 11.5 |
| 376814 | 14-07-D931 | 1001650684 | Service of Summons | 14-Nov-07 | 35 |

| | | | | |
|---|---|---|---|---|
| 376814 | 14-07-D931 | 1001650684 | Service of Summons | 14-Nov-07 | 192 |
| 376814 | 14-07-D931 | 1001650684 | Publication for Service | 14-Nov-07 | 275 |
| 376878 | 14-07-C288 | 1001200627 | Service of Summons | 19-Nov-07 | 270 |
| 376879 | 14-07-A378 | 1001159058 | Sale Publication | 21-Nov-07 | 415 |
| 376884 | 14-07-C294 | 1000847426 | Certify Copy of Judgment | 26-Nov-07 | 4 |
| 376892 | 14-07-E446 | 1000853495 | Certify Copy of Judgment | 30-Nov-07 | 11.5 |
| 376897 | 14-07-H309 | 1000740523 | Service of Summons | 08-Nov-07 | 65 |
| 376897 | 14-07-H309 | 1000740523 | Publication for Service | 08-Nov-07 | 275 |
| 376905 | 14-07-K156 | 1001112901 | Service of Summons | 15-Nov-07 | 35 |
| 376905 | 14-07-K156 | 1001112901 | Service of Summons | 15-Nov-07 | 130 |
| 376905 | 14-07-K156 | 1001112901 | Publication for Service | 15-Nov-07 | 290.25 |
| 376909 | 14-07-H955 | 1001474565 | Service of Summons | 23-Nov-07 | 230 |
| 376909 | 14-07-H955 | 1001474565 | Publication for Service | 23-Nov-07 | 275 |
| 376910 | 14-07-G252 | 1001123418 | Service of Summons | 16-Nov-07 | 35 |
| 376910 | 14-07-G252 | 1001123418 | Service of Summons | 16-Nov-07 | 65 |
| 376910 | 14-07-G252 | 1001123418 | Publication for Service | 16-Nov-07 | 275 |
| 376915 | 14-07-H940 | 1001079321 | Service of Summons | 09-Nov-07 | 35 |
| 376915 | 14-07-H940 | 1001079321 | Service of Summons | 09-Nov-07 | 65 |
| 376915 | 14-07-H940 | 1001079321 | Publication for Service | 09-Nov-07 | 275 |
| 376916 | 14-07-H980 | 1001208888 | Service of Summons | 08-Nov-07 | 130 |
| 376916 | 14-07-H980 | 1001208888 | Publication for Service | 08-Nov-07 | 290.25 |
| 376917 | 14-07-H936 | 1001039586 | Service of Summons | 01-Nov-07 | 35 |
| 376917 | 14-07-H936 | 1001039586 | Service of Summons | 01-Nov-07 | 140 |
| 376917 | 14-07-H936 | 1001039586 | Publication for Service | 01-Nov-07 | 275 |
| 376921 | 14-07-H931 | 1001576172 | Service of Summons | 15-Nov-07 | 220 |
| 376921 | 14-07-H931 | 1001576172 | Publication for Service | 15-Nov-07 | 232.05 |
| 376924 | 14-07-H943 | 1001121693 | Service of Summons | 15-Nov-07 | 230 |
| 376924 | 14-07-H943 | 1001121693 | Publication for Service | 15-Nov-07 | 245.7 |
| 376928 | 14-07-K165 | 1001589972 | Service of Summons | 06-Nov-07 | 195 |
| 376928 | 14-07-K165 | 1001589972 | Publication for Service | 06-Nov-07 | 275 |
| 376932 | 14-07-5991 | 1000853389 | Sale Publication | 29-Nov-07 | 415 |
| 376933 | 14-07-K160 | 1000508834 | Service of Summons | 07-Nov-07 | 130 |
| 376933 | 14-07-K160 | 1000508834 | Publication for Service | 07-Nov-07 | 275 |

| | | | | | |
|---|---|---|---|---|---|
| 376934 | 14-07-H981 | 100083632323 | Service of Summons | 05-Nov-07 | 35 |
| 376934 | 14-07-H981 | 1000836323 | Service of Summons | 05-Nov-07 | 280 |
| 376950 | 14-07-8378 | 4494768 | Bankruptcy Racer/Pacer Search | 19-Nov-07 | 15 |
| 376950 | 14-07-8378 | 4494768 | Record Deed | 19-Nov-07 | 38 |
| 376950 | 14-07-8378 | 4494768 | Selling Officer/Sheriff fee (Conduct) | 19-Nov-07 | 300 |
| 376959 | 14-07-E136 | 1001684625 | Publication for Service | 01-Nov-07 | 275 |
| 376959 | 14-07-E136 | 1001684625 | Service of Summons | 01-Nov-07 | 130 |
| 376959 | 14-07-E136 | 1001684625 | Service of Summons | 01-Nov-07 | 35 |
| 376961 | 14-07-K121 | 1001105848 | Publication for Service | 19-Nov-07 | 275 |
| 376970 | 14-07-K121 | 1001105848 | Service of Summons | 19-Nov-07 | 10 |
| 376961 | 14-07-H922 | 1001499690 | Publication for Service | 16-Nov-07 | 275 |
| 376961 | 14-07-H922 | 1001499690 | Service of Summons | 16-Nov-07 | 160 |
| 376961 | 14-07-H922 | 1001499690 | Service of Summons | 16-Nov-07 | 35 |
| 376974 | 14-07-M162 | 1000675093/ 1000677158 | Service of Summons | 20-Nov-07 | 35 |
| 376974 | 14-07-M162 | 1000677158 | Service of Summons | 20-Nov-07 | 431 |
| 376979 | 14-07-N444 | 1000646090 | Service of Summons | 05-Nov-07 | 140 |
| 376985 | 14-07-A393 | 1000652953 | Sale Publication | 27-Nov-07 | 415 |
| 376992 | 14-07-N446 | 1001035860 | Service of Summons | 09-Nov-07 | 35 |
| 376996 | 14-07-N326 | 1000600057 | Service of Summons | 08-Nov-07 | 140 |
| 376997 | 14-07-N449 | 1001146110 | Service of Summons | 09-Nov-07 | 35 |
| 376997 | 14-07-N449 | 1001146110 | Service of Summons | 09-Nov-07 | 150 |
| 377007 | 14-07-N468 | 101024675 | Service of Summons | 08-Nov-07 | 140 |
| 377010 | 14-07-N502 | 1001274343 | Service of Summons | 21-Nov-07 | 70 |
| 377010 | 14-07-N502 | 1001274343 | Publication for Service | 21-Nov-07 | 275 |
| 377012 | 14-07-A420 | 1001337405 | Sale Publication | 27-Nov-07 | 415 |
| 377013 | 14-07-N462 | 1001053960 | Service of Summons | 11-Nov-07 | 35 |
| 377013 | 14-07-N462 | 1001053960 | Service of Summons | 11-Nov-07 | 160 |
| 377015 | 14-07-N480 | 1001708987 | Service of Summons | 15-Nov-07 | 35 |

| | | | | |
|---|---|---|---|---|
| 377015 | 14-07-N480 | 1001708987 | Service of Summons | 15-Nov-07 | 315 |
| 377020 | 14-07-P282 | 1000443942 | Service of Summons | 30-Nov-07 | 100 |
| 377020 | 14-07-P282 | 1000443942 | Publication for Service | 30-Nov-07 | 275 |
| 377022 | 14-07-A584 | 1001170962 | Sale Publication | 23-Nov-07 | 415 |
| 377037 | 14-07-8510 | 1001148367 | Certify Copy of Judgment | 09-Nov-07 | 11.5 |
| 377042 | 14-07-6217 | 1001077384 | Sale Publication | 29-Nov-07 | 830 |
| 377127 | 14-07-R189 | 1001273934 | Service of Summons | 18-Nov-07 | 35 |
| 377258 | 14-07-E443 | 1000840987 | Publication for Service | 29-Nov-07 | 276.75 |
| 377381 | 14-07-E155 | 1001572075 | Recording Assignment of Mortgage | 26-Nov-07 | 36 |
| 377767 | 14-07-6870 | 1001390376 | State of IL-DFI Policy Fee | 05-Nov-07 | 3 |
| 377767 | 14-07-6870 | 1001390376 | Record Deed | 05-Nov-07 | 38 |
| 377767 | 14-07-6870 | 1001390376 | Selling Officer/Sheriff fee (Conduct) | 05-Nov-07 | 300 |
| 377767 | 14-07-6870 | 1001390376 | Final Title Policy Charge | 05-Nov-07 | 775 |