EXHIBIT "A"

# AMERICAN HOME MORTGAGE
### Time Summary
### January 1, 2008 to January 31, 2008

| Professional | Category | Hours | Rate | Amount |
|--------------|----------|------:|-----:|-------:|
| DAVID E BERLINER | PARTNER | 64.7 | 575.00 | $37,202.50 |
| MICHELE MICHAELIS | SENIOR MANAGER | 135.6 | 350.00 | 47,460.00 |
| THERESA E GALLOWAY | SENIOR | 3.1 | 185.00 | 573.50 |
| NAUSHON E VANDERHOOP | SENIOR | 3.6 | 185.00 | 666.00 |
| MATTHEW J STEWART | STAFF | 94.5 | 185.00 | 17,482.50 |
| KEVIN REINLE | STAFF | 42.6 | 175.00 | 7,455.00 |
| MIGDALIA MUFTUOGLU | PARA-PROF. | 2.6 | 150.00 | 390.00 |
| | **TOTAL:** | **346.7** | | **$111,229.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

## A.    LITIGATION CONSULTING

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|------|------|-------------|------|
| 1/11/2008 | D.B. | Prepared comments and list of additional documents for counsel re: UCC investigation. | 1.7 |
| | | **TOTAL:** | **1.7** |

**INDIVIDUAL TOTALS**

| <u>Name</u> | <u>Hour</u> | <u>Rate</u> | <u>Compensation</u> |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 1.7 | 575.00 | 977.50 |
| **TOTAL:** | **1.7** | | **977.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

**B.    ASSET SALE/AUCTION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/2/2008 | M.M. | Reviewed data on delinquent loan pools to be sold. | 0.8 |
| 1/3/2008 | D.B. | Reviewed AHM motion to approve procedures for AHM servicing entry into sub servicing agreements and to undertake certain activities to prepare for consummation of their servicing business and 4th Amendment to APA. | 0.8 |
| 1/3/2008 | D.B. | Reviewed Debtors' motion approving stipulation with B of A resolving dispute related to sale of construction loans. | 0.4 |
| 1/4/2008 | D.B. | Reviewed notice of deminimus asset sale for $10,000 for assets located in Tennessee and Citibank limited objection to AHM sub serving deal. | 0.3 |
| 1/4/2008 | M.S. | Summarized and evaluated sale of asset item. | 0.4 |
| 1/7/2008 | D.B. | Reviewed emails from Milestone re: financial information and status re: sale of thrift bank. | 0.4 |
| 1/10/2008 | M.M. | Prepared for Thrift Bank call. | 0.3 |
| 1/14/2008 | M.M. | Reviewed correspondence from Kroll re: sale of B of A loans. | 0.6 |
| 1/16/2008 | M.S. | Reviewed and analyzed schedules of alternatives for selling $583 million in mortgages. | 2.4 |
| 1/22/2008 | M.M. | Reviewed updated asset sale budget. | 0.9 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

**B.    ASSET SALE/AUCTION**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/23/2008 | M.S. | Analyzed construction loan updates as of 1-22-08. | 0.7 |
| 1/28/2008 | D.B. | Met with M. Michaelis and M. Stewart re: work to be performed re: due diligence on B of A loan pool. | 0.6 |
| 1/31/2008 | M.M. | Reviewed asset sale information and other correspondence with counsel. | 0.8 |
| | | **TOTAL:** | **9.4** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.5 | 575.00 | 1,437.50 |
| M. MICHAELIS (M.M.) | 3.4 | 350.00 | 1,190.00 |
| M. STEWART (M.S.) | 3.5 | 185.00 | 647.50 |
| **TOTAL:** | **9.4** | | **3,275.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

## C.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/2/2008 | D.B. | Met with M. Michaelis re: results of meeting with Mark Lymbery re: review of Schedule G, other financial information requested and prepared for UCC call. | 0.6 |
| 1/2/2008 | M.M. | Prepared for meeting with Kroll re: Schedule G, sub con/de-con and other open issues. | 0.8 |
| 1/2/2008 | M.M. | Met with Kroll re: schedule G and open issues. | 1.3 |
| 1/2/2008 | M.S. | Prepared for meeting with M. Lymbery regarding schedule G and open items. | 1.6 |
| 1/2/2008 | M.S. | Met with M. Lymbery from Kroll re: Schedule G and open items. | 1.7 |
| 1/3/2008 | D.B. | Made telephone call and reviewed emails with Kroll re: case status update and questions on status of sale of AHM Bank. | 0.9 |
| 1/3/2008 | M.M. | Conference call with K. Nystrom re: open issues. | 0.8 |
| 1/3/2008 | M.M. | Discussion with D. Berliner re: update call with Committee. | 0.6 |
| 1/3/2008 | M.M. | Correspondence regarding construction loans. | 0.2 |
| 1/3/2008 | M.S. | Emailed C. Bonilla regarding corporate cash flow budget problems and other open items. | 0.2 |
| 1/4/2008 | D.B. | Prepared notes from conversation with K. Nystrom re: case status update. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

**C.    MEETINGS - DEBTOR**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/4/2008 | D.B. | Emails with Kroll re: AHM organization chart, status of information requested by BDO and scheduling meeting with UCC advisors re: sale of AHM Bank. | 0.3 |
| 1/4/2008 | M.M. | Correspondences with Debtor re: cash flows, MORs and current information request and subs consolidation. | 0.4 |
| 1/4/2008 | M.S. | Updated notes from meeting with M. Lymbery regarding schedule G. | 0.5 |
| 1/4/2008 | M.S. | Emailed R. Semple regarding construction loan analysis. | 0.2 |
| 1/7/2008 | D.B. | Reviewed email from R. Semple re: update on 85 B of A construction loans. | 0.3 |
| 1/7/2008 | D.B. | Participated in telephone call with K. Nystrom re: case status and issues. | 0.4 |
| 1/7/2008 | M.S. | Reviewed MOR schedules for preparation with meeting with Debtors. | 1.3 |
| 1/8/2008 | D.B. | Reviewed email and had telephone call with Kroll re: loan sales and other case issues. | 0.2 |
| 1/9/2008 | D.B. | Reviewed email from C. Bonilla and support for Schedule G servicing schedules for period 11/16/07 - 11/30/07. | 0.5 |
| 1/9/2008 | D.B. | Participated on telephone calls with M. Michaelis re: results of meetings with Debtors and Kroll re: financial review of MORs and Schedule G. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

## C.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/9/2008 | K.R. | Met with Kroll to discuss Schedule G for 11/16/07. | 3.2 |
| 1/9/2008 | K.R. | Met with Kroll to discuss Schedule G for 11/23/07. | 3.7 |
| 1/9/2008 | M.M. | Met with Debtor re: organization chart and MORS. | 1.4 |
| 1/9/2008 | M.M. | Met with Kroll to discuss Schedule G. | 4.6 |
| 1/10/2008 | D.B. | Conference call with Debtors, Kroll, Milestone, Blank Rome and Hahn & Hessen re: status of AHM Bank sale process. | 1.7 |
| 1/10/2008 | M.M. | Call with Debtor and counsel re: Thrift Bank. | 1.4 |
| 1/11/2008 | D.B. | Emails with Kroll re: professional fee projections and information requested. | 0.2 |
| 1/11/2008 | K.R. | Met with Kroll to discuss Schedule G for 11/30/07. | 3.8 |
| 1/14/2008 | D.B. | Email to B. Bernstein at AHM re: list of questions and information needed re: review of August MOR. | 0.2 |
| 1/14/2008 | M.M. | Prepared MOR request list from Debtor. | 1.4 |
| 1/15/2008 | D.B. | Telephone calls and emails with K. Nystrom and C. Bonilla re: loans and cash flow reports. | 0.2 |
| 1/15/2008 | D.B. | Conference call with AHM, Kroll, YCST, Hahn and Hessen, and Blank Rome re: B of A warehouse collateral. | 0.2 |
| 1/15/2008 | K.R. | Created an updated request list on Schedule G notes. | 1.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

## C.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/15/2008 | M.M. | Conference call with Debtor, BDO and counsel re: sale versus hold of B of A loan pools. | 0.9 |
| 1/15/2008 | M.S. | Conference call with D. Berliner, M. Michaelis and K. Nystrom regarding mortgage loan alternatives. | 0.9 |
| 1/15/2008 | M.S. | Emailed R. Semple regarding construction loan update. | 0.1 |
| 1/15/2008 | M.S. | Emailed C. Bonilla regarding status of corporate cash flow actuals. | 0.1 |
| 1/17/2008 | D.B. | Emails to Kroll re: information required for review of B of A collateral analysis and Kroll responses re: T&E for former employees. | 0.3 |
| 1/17/2008 | K.R. | Followed up questions and conversation with Kroll. | 1.1 |
| 1/17/2008 | M.M. | Discussions with K. Nystrom re: B of A syndicate pool. | 0.7 |
| 1/18/2008 | D.B. | Telephone call with K. Nystrom re: B of A collateral and other case issues. | 0.6 |
| 1/18/2008 | M.M. | Conference call with Kroll re: B of A syndicate and other current asset recovery issues. | 0.9 |
| 1/18/2008 | M.S. | Emailed C. Bonilla regarding open items. | 0.2 |
| 1/21/2008 | M.S. | Prepared for and correspondence with C. Bonilla regarding construction loan update. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

## C.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/21/2008 | M.S. | Prepared for and correspondence with C. Bonilla regarding corporate cash budget questions. | 0.4 |
| 1/23/2008 | M.M. | Discussions with Debtor's advisors re: B of A and other open issues. | 0.8 |
| 1/23/2008 | M.S. | Reviewed answers received from Kroll regarding schedule of assets. | 0.2 |
| 1/23/2008 | M.S. | Prepared for and correspondence with C. Bonilla regarding cash flow and construction loan questions. | 1.2 |
| 1/24/2008 | M.M. | Correspondence with Debtor re: escrows. | 0.2 |
| 1/24/2008 | M.M. | Reviewed correspondence related to cash issues, Schedule G issues and construction reconciliation. | 1.2 |
| 1/25/2008 | K.R. | Followed up e-mails to and from C. Bonilla in reference to Servicing. | 0.3 |
| 1/25/2008 | M.M. | Discussion with K. Nystrom re: B of A, Waldner and KEIP. | 0.3 |
| 1/25/2008 | M.S. | Emailed M. Lymbery and C. Bonilla regarding outstanding issues. | 0.3 |
| 1/28/2008 | D.B. | Email from Kroll re: settlement of admin claims. | 0.1 |
| 1/28/2008 | D.B. | Telephone call with K. Nystrom re: case status and issues. | 0.5 |

EXHIBIT "A"

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### January 1, 2008 to January 31, 2008

### C.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/28/2008 | M.M. | Call with K. Nystrom. | 0.6 |
| 1/29/2008 | D.B. | Telephone call with K. Nystrom and B. Semple re: CBRE retention proposal. | 0.3 |
| 1/29/2008 | M.M. | Prepared listing and correspondence with Debtor re: open issues. | 0.6 |
| 1/29/2008 | M.S. | Emailed C. Bonilla, M. Lymbery and R. Semple regarding construction loans, and other open issues. | 0.1 |
| | | **TOTAL:** | **50.1** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 8.2 | 575.00 | 4,715.00 |
| M. MICHAELIS (M.M.) | 19.1 | 350.00 | 6,685.00 |
| M. STEWART (M.S.) | 9.3 | 185.00 | 1,720.50 |
| K. REINLE (K.R.) | 13.5 | 175.00 | 2,362.50 |
| **TOTAL:** | **50.1** | | **15,483.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

## D.     REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/4/2008 | M.S. | Updated corporate actual amounts and exhibit for presentation to unsecured Creditors' Committee. | 1.4 |
| 1/7/2008 | M.M. | Discussion with staff of update report for Committee. | 0.4 |
| 1/7/2008 | M.M. | Prepared update report for Committee. | 1.3 |
| 1/7/2008 | M.S. | Updated Bank of America construction loan exhibit for presentation to the unsecured Creditors' Committee. | 1.3 |
| 1/8/2008 | D.B. | Reviewed initial draft of BDO report to Creditors Committee for 1/10/08 meeting, prepared comments and inserts and had discussion with M. Michaelis. | 3.1 |
| 1/8/2008 | M.M. | Prepared report to Committee. | 4.4 |
| 1/8/2008 | M.M. | Prepared tables in report for Committee. | 1.2 |
| 1/8/2008 | M.S. | Prepared report for BDO memo to Creditors. | 3.4 |
| 1/9/2008 | M.S. | Reviewed memo prepared by BDO for presentation to Creditors' Committee. | 0.7 |
| 1/11/2008 | M.M. | Prepared organization Chart summary for report. | 1.9 |
| 1/14/2008 | M.M. | Edited organization chart support for report. | 0.9 |
| 1/14/2008 | M.M. | Prepared report for Committee. | 2.1 |
| 1/15/2008 | D.B. | Met with M. Michaelis to discuss review of August MOR and Schedule G; reviewed initial partial draft of BDO Report to UCC and prepared comments and additional work required. | 1.7 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

## D.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/15/2008 | K.R. | Created exhibit for report relating to the cumulative included and excluded total on Schedule G through 11/30/07. | 1.7 |
| 1/15/2008 | M.M. | Discussion with M. Stewart re: report sections needed for weekly meeting. | 0.9 |
| 1/15/2008 | M.M. | Discussion with D. Berliner re: report preparation for weekly meeting. | 0.4 |
| 1/15/2008 | M.M. | Edited report exhibits. | 1.6 |
| 1/15/2008 | M.M. | Edited report for Committee. | 3.4 |
| 1/15/2008 | M.S. | Updated Kroll Compensation schedule for November fees and created presentation. | 0.7 |
| 1/15/2008 | M.S. | Prepared report for weekly Committee call. | 1.4 |
| 1/16/2008 | K.R. | Updated exhibits for report. | 1.2 |
| 1/16/2008 | M.M. | Edited report for Committee. | 1.4 |
| 1/16/2008 | M.S. | Prepared report for weekly committee call. | 2.7 |
| 1/17/2008 | D.B. | Met with M. Michaelis and M. Stewart to discuss meeting with M. Indelicato and information needed for Committee call. | 0.4 |
| 1/17/2008 | D.B. | Reviewed revised draft of BDO Report to UCC for conference call. | 0.9 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

## D.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/17/2008 | M.S. | Prepared BDO memo for Committee call. | 0.8 |
| 1/18/2008 | D.B. | Reviewed and edited revised draft of BDO Report to UCC and prepared various inserts to report. | 2.7 |
| 1/18/2008 | D.B. | Met with M. Michaelis and M. Stewart re: work to be performed to finalize report. | 0.4 |
| 1/18/2008 | K.R. | Prepared report sections based on observations and conversations with Kroll. | 2.3 |
| 1/18/2008 | M.M. | Discussion with M. Stewart re: report work to be done. | 0.7 |
| 1/18/2008 | M.M. | Edited report for Committee. | 1.9 |
| 1/18/2008 | M.S. | Updated report and notes and sent latest version to M. Michaelis. | 0.9 |
| 1/21/2008 | K.R. | Updated exhibits for the report to be submitted to Creditors. | 0.7 |
| 1/21/2008 | M.S. | Analyzed and created corporate cash exhibit for 1/24 presentation to Creditors' Committee. | 0.8 |
| 1/21/2008 | M.S. | Prepared materials for report for presentation to the Committee. | 2.2 |
| 1/22/2008 | M.M. | Updated report exhibits. | 1.6 |
| 1/22/2008 | M.M. | Updated report memo. | 1.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

## D.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/22/2008 | M.M. | Discussions with staff re: exhibits in report and edits required. | 0.9 |
| 1/22/2008 | M.S. | Prepared corporate cash flow exhibits and wrote-up analysis for report to the Creditors' Committee. | 1.4 |
| 1/23/2008 | M.M. | Updated report exhibits and report. | 4.8 |
| 1/23/2008 | M.S. | Met with M. Michaelis regarding construction loans and presentation to the Creditors. | 1.2 |
| 1/23/2008 | M.S. | Created and updated construction loan exhibits and charts for BDO report to the unsecured Creditors' Committee. | 1.3 |
| 1/24/2008 | D.B. | Reviewed and edited revised draft of BDO Report and exhibits for UCC and prepared comments for M. Michaelis. | 2.5 |
| 1/24/2008 | M.M. | Finalized edits to report. | 1.2 |
| 1/24/2008 | M.S. | Updated BDO 1-24-08 report per D. Berliner's revisions. | 1.2 |
| 1/24/2008 | M.S. | Reviewed BDO report for any updates and revisions. | 0.8 |
| 1/28/2008 | D.B. | Prepared analysis of B of A loan pool for counsel; provided comments to M. Michaelis. | 3.5 |
| 1/28/2008 | M.M. | Prepared memo of assumptions for BDO B of A analysis. | 2.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

### D.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/29/2008 | M.M. | Reviewed other updated information for possible report to Committee. | 0.6 |
| 1/31/2008 | M.M. | Prepared list of information to be included in next report. | 0.6 |
| | | **TOTAL:** | **79.3** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 15.2 | 575.00 | 8,740.00 |
| M. MICHAELIS (M.M.) | 36.0 | 350.00 | 12,600.00 |
| M. STEWART (M.S.) | 22.2 | 185.00 | 4,107.00 |
| K. REINLE (K.R.) | 5.9 | 175.00 | 1,032.50 |
| **TOTAL:** | **79.3** | | **26,479.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

## E.    MEETINGS OF CREDITORS / TRUSTEE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/3/2008 | D.B. | Met with M. Michaelis re: review of MORs, Exhibit G and prepared for UCC conference call. | 0.6 |
| 1/10/2008 | D.B. | Prepared for and presented BDO report during Creditors Committee conference call. | 1.4 |
| 1/10/2008 | M.M. | Prepared for call with Committee. | 0.7 |
| 1/10/2008 | M.M. | Conference call with Committee. | 0.9 |
| 1/24/2008 | M.M. | Prepared for call with Committee. | 0.9 |
| 1/24/2008 | M.M. | Conference call with Committee. | 0.9 |
| 1/24/2008 | M.S. | Prepared for and unsecured Creditors' Committee call. | 2.4 |
| 1/31/2008 | D.B. | Prepared and participated in conference call with UCC re: case status and issues. | 1.2 |
| 1/31/2008 | M.M. | Discussions with D. Berliner re: issues for call with Committee. | 0.2 |
| 1/31/2008 | M.M. | Weekly update Conference call with Committee. | 1.1 |
| 1/31/2008 | M.S. | Assisted in preparation for Committee call. | 0.7 |
| | | **TOTAL:** | **11.0** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

## E.    MEETINGS OF CREDITORS / TRUSTEE

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 3.2 | 575.00 | 1,840.00 |
| M. MICHAELIS (M.M.) | 4.7 | 350.00 | 1,645.00 |
| M. STEWART (M.S.) | 3.1 | 185.00 | 573.50 |
| **TOTAL:** | **11.0** | | **4,058.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

F.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/2/2008 | D.B. | Reviewed Debtor motion to Auction 618 non-performing loans to prepare for UCC call. | 0.4 |
| 1/2/2008 | D.B. | Reviewed docket report for period 12/27 - 12/31/07 and miscellaneous news articles on AHM. | 0.3 |
| 1/2/2008 | D.B. | Reviewed initial monthly operating reports for August 2007 (8/6/07-8/27/07) for AHM Investment Corp., AHM Acceptance Inc., AHM Holdings, Inc., AHM Servicing Inc. AHM Ventures LLC, Great Oak Abstract Corp., Homegate settlement Services Inc. | 1.5 |
| 1/2/2008 | D.B. | Reviewed loan data for delinquent loan pools for AHM, B of A and JPM pools. | 0.6 |
| 1/2/2008 | D.B. | Reviewed Exhibit G for servicing for week ended 11/30/07 and cumulative from 11/16 - 11/30/07. | 0.4 |
| 1/2/2008 | M.M. | Met with M. Stewart re: Schedule G and MOR. | 0.6 |
| 1/2/2008 | M.M. | Reviewed MOR information complied. | 0.4 |
| 1/2/2008 | M.S. | Received and compared corporate budget reconciliation for the week ended 12/24 to budget. | 0.4 |
| 1/2/2008 | M.S. | Evaluated schedule G received from Debtor regarding included and excluded items for servicing. | 1.4 |
| 1/3/2008 | D.B. | Reviewed budget to actual cash flows for the week and 20 weeks ended 12/21/07. | 0.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

**F.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/3/2008 | D.B. | Reviewed US Trustee objection to Debtor's motion authoritzing abandonment and destruction of duplicate mortgage loan files and Debtor's motions authorizing the abandonment of HELOC servicing rights. | 0.4 |
| 1/3/2008 | D.B. | Reviewed AHM application to retain Muldon Murphy & Aguggia LLP as special counsel re: sale of AHM Bank. | 0.2 |
| 1/3/2008 | D.B. | Reviewed agenda of matters scheduled for the hearing on 1/4/08. | 0.1 |
| 1/3/2008 | M.M. | Prepared notes related to Schedule G. | 0.9 |
| 1/3/2008 | M.M. | Reviewed issues related to MOR. | 2.1 |
| 1/3/2008 | M.M. | Reviewed Corporate budget and issues related to actual versus budget. | 1.4 |
| 1/3/2008 | M.S. | Met with D. Berliner and M. Michaelis regarding corporate budget. | 0.2 |
| 1/3/2008 | M.S. | Updated and analyzed weekly corporate cash flow budget through 12/24/07. | 1.2 |
| 1/3/2008 | M.S. | Prepared corporate cash flow. | 0.4 |
| 1/3/2008 | M.S. | Prepared schedule G analysis with excluded loan pool fee. | 0.3 |
| 1/3/2008 | M.S. | Analyzed August monthly operating reports for all Debtors' Entities. | 1.7 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

**F.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/3/2008 | M.S. | Prepared and met with M. Michaelis regarding corporate cash flow and monthly operating reports. | 2.6 |
| 1/3/2008 | M.S. | Compiled all weekly corporate cash flows starting from August 2007. | 0.8 |
| 1/4/2008 | D.B. | Reviewed corporate cash flow forecast for 13 week period ending 3/7/08 and budget to actual cash flow results for week and 21 weeks ending 12/28/07. | 0.5 |
| 1/4/2008 | D.B. | Met with M. Michaelis re: work to be done and next steps. | 0.4 |
| 1/4/2008 | M.M. | Discussed the MOR analysis for August. | 0.6 |
| 1/4/2008 | M.M. | Discussed the Construction Loan update. | 0.3 |
| 1/4/2008 | M.M. | Discussion with D. Berliner re: current motions and status. | 0.3 |
| 1/4/2008 | M.M. | Reviewed MOR information and initial request list. | 2.8 |
| 1/4/2008 | M.S. | Evaluated and analyzed master list of construction loans received from Debtor. | 0.8 |
| 1/4/2008 | M.S. | Discussion with M. Michaelis regarding monthly operating reports for August. | 0.6 |
| 1/4/2008 | M.S. | Discussion with M. Michaelis regarding construction loans. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

## F.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/7/2008 | D.B. | Reviewed summary of loans from B of A Syndicate Warehouse as of 12/31/07 and supporting schedules. | 0.7 |
| 1/7/2008 | D.B. | Reviewed news articles on AHM case and issues. | 0.2 |
| 1/7/2008 | D.B. | Reviewed draft list of questions for AHM based on review of August and MORs and provided comments. | 0.7 |
| 1/7/2008 | M.M. | Discussion with D. Berliner re: status of motions, visit to company etc. | 0.3 |
| 1/7/2008 | M.M. | Coordinated review of Schedule G support. | 0.4 |
| 1/7/2008 | M.M. | Reviewed and edited MOR questions. | 1.6 |
| 1/7/2008 | M.M. | Reviewed construction loan summary and cash flow summary prepared by staff. | 1.1 |
| 1/7/2008 | M.S. | Met with M. Michaelis regarding monthly operating reports for August. | 0.2 |
| 1/7/2008 | M.S. | Reviewed American Home Docket and evaluated items found. | 0.6 |
| 1/7/2008 | M.S. | Met with M. Michaelis regarding financial statements. | 0.4 |
| 1/7/2008 | M.S. | Updated questions and concerns list regarding Debtors' financial statements. | 0.8 |
| 1/7/2008 | M.S. | Compared schedule G totals to prior comparable periods. | 0.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

### F.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/7/2008 | M.S. | Correspondence with M. Michaelis and K. Reinle regarding travel to Debtors' facility. | 0.4 |
| 1/7/2008 | M.S. | Verified documents sent over by D. Berliner. | 0.3 |
| 1/8/2008 | D.B. | Reviewed news articles on court ruling re: Calyon litigation. | 0.2 |
| 1/8/2008 | D.B. | Met with M. Michaelis and K. Reinle re: work to be performed at AHM office 1/9/08 re: review of MORs and Schedule G support. | 0.4 |
| 1/8/2008 | D.B. | Reviewed 2007 summary financial information for AHM Bank. | 0.3 |
| 1/8/2008 | K.R. | Prepared for client engagement with M. Michaelis. | 1.2 |
| 1/8/2008 | M.M. | Discussion with M. Stewart re: construction loans, cash flow and budgets. | 0.9 |
| 1/8/2008 | M.M. | Initial review of Schedule G information received. | 0.6 |
| 1/8/2008 | M.M. | Discussions re: Schedule G updates and visited company to review. | 1.1 |
| 1/8/2008 | M.S. | Analyzed schedule G servicing documents received from Kroll. | 1.2 |
| 1/8/2008 | M.S. | Analyzed changes and updated budget figures for Corporate provided by the Debtor. | 1.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

### F.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/9/2008 | K.R. | Discussed Schedule G and Servicing with M. Michaelis. | 1.4 |
| 1/9/2008 | M.M. | Reviewed MOR information and questions in preparation for meeting. | 0.8 |
| 1/9/2008 | M.M. | Discussions with K. Reinle re: Scheduled G and Servicing. | 1.4 |
| 1/9/2008 | M.S. | Updated Bank of America construction loan analysis and wrote analysis of changes. | 1.8 |
| 1/9/2008 | M.S. | Organized documents and schedules for review. | 0.7 |
| 1/10/2008 | D.B. | Reviewed Limited Objection and Joinder of UCC to Northwest Trustee Services Fee application; UCC response to Debtors 1st interim quarterly Fee requests and statement and reservation of rights by AH Mortgage acquisition to Debtor's 1st Interim Quarterly Fee Requests. | 0.3 |
| 1/10/2008 | D.B. | Reviewed court opinion in Calyon Adversary Proceeding, order approving (with Revisions) AHM Servicing's entry into Subservicing Agreements, notice of Settlement Agreement with Castle & Cooke for $250,000 and Federal Guaranty Mortgage for $60,000. | 1.1 |
| 1/10/2008 | D.B. | Reviewed materials provided by Milestone for conference call on AHM Bank. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

## F.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/10/2008 | K.R. | Reviewed Juanita's and Vo's reports received from C. Bonilla from Kroll. | 3.7 |
| 1/10/2008 | K.R. | Reviewed summary of Schedule G information and prepared questions to be presented to Debtor during walk through. | 2.4 |
| 1/10/2008 | M.M. | Reviewed summary of Schedule G information and questions to be presented to Debtor for walk through. | 1.3 |
| 1/11/2008 | D.B. | Reviewed AHM motion to abandon HELOC servicing rights and Citi Mortgage relief from stay to require AHM to return certain loan documents. | 0.3 |
| 1/11/2008 | D.B. | Met with M. Michaelis re: discussion with Kroll re: Deutche Bank and results of review of Debtor records supporting MORs. | 0.4 |
| 1/11/2008 | D.B. | Reviewed docket report for period 1/1/08-1/11/08. | 0.4 |
| 1/11/2008 | D.B. | Reviewed objection of US Trustee to AHM motion to approve sale procedures for certain non-performing loans and AHM's motion to approve settlement with American Corporate Record Center. | 0.3 |
| 1/11/2008 | K.R. | Discussion with M. Michaelis re: Schedule G. | 0.6 |
| 1/11/2008 | K.R. | Walked through specific days to monitor activity in Schedule G, Vo's report, Juanita's report and bank accounts to attest that funds were flowing properly. | 3.6 |
| 1/11/2008 | M.M. | Discussion with K. Reinle at company re: Schedule G. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

### F.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/11/2008 | M.M. | Reviewed additional Schedule G issues to be covered with Kroll. | 0.8 |
| 1/11/2008 | M.M. | Discussion with T. Galloway re: construction loan schedule update for possible recovery issues. | 0.9 |
| 1/11/2008 | M.M. | Reviewed construction loan summary. | 1.6 |
| 1/11/2008 | M.M. | Reviewed MOR's for all 8 filed Debtors and prepared updated list of questions. | 2.1 |
| 1/11/2008 | M.M. | Discussion with D. Berliner re: status of construction loans, recoveries on other assets and current motions. | 0.4 |
| 1/11/2008 | T.G. | Prepared construction loan analysis and schedule with M. Michaelis. | 3.1 |
| 1/12/2008 | M.M. | Reviewed MOR's for all 8 filed Debtors and prepared updated list of questions. | 2.1 |
| 1/14/2008 | D.B. | Reviewed email and schedules from Kroll re: B of A warehouse collateral analysis. | 1.1 |
| 1/14/2008 | D.B. | Reviewed Kroll fee application for November 2007 and discussed with M. Michaelis. | 0.4 |
| 1/14/2008 | K.R. | Created a list of follow up questions based on the observations from the Schedule G's reviewed as well as requesting further information from Kroll. | 1.9 |
| 1/14/2008 | K.R. | Created a memo of the walk through process of how Schedule G is created and monitored by Kroll. | 3.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

### F.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/14/2008 | M.M. | Review and discussion pertaining to Schedule G questions and walk through. | 0.9 |
| 1/14/2008 | M.M. | Reviewed Kroll billings for November. | 0.4 |
| 1/14/2008 | M.M. | Reviewed and edited construction loan summary and discussion with staff re: same. | 1.2 |
| 1/15/2008 | D.B. | Reviewed actual vs. budget results for week and 22 weeks ended 1/4/08. | 0.2 |
| 1/15/2008 | D.B. | Reviewed narrative of proposal B of A warehouse collateral treatment and comments from counsel. | 0.4 |
| 1/15/2008 | M.M. | Reviewed updated Schedule G request list. | 0.6 |
| 1/15/2008 | M.S. | Met with M. Michaelis regarding B of A construction loans and recovery analysis. | 0.9 |
| 1/15/2008 | M.S. | Updated and analyzed weekly corporate cash flow budget through 1/04/08. | 1.2 |
| 1/16/2008 | D.B. | Reviewed application of AHM to retain Deloitte as tax service provider and CB Richard Ellis as real estate broker. | 0.4 |
| 1/16/2008 | K.R. | Reviewed responses to questions from Kroll and analyzed new schedules received. | 1.8 |
| 1/16/2008 | M.M. | Met with M. Stewart re: construction loans, cash budget, and B of A mortgage collateral recovery options. | 1.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

## F.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/16/2008 | M.M. | Reviewed additional Schedule G questions/answers. | 0.9 |
| 1/16/2008 | M.M. | Reviewed cash information. | 0.7 |
| 1/16/2008 | M.M. | Discussions regarding status of information requests, construction loan pools and organization information. | 0.9 |
| 1/16/2008 | M.M. | Reviewed and prepared questions on alternative asset recovery for B of A loans. | 0.9 |
| 1/16/2008 | M.S. | Met with M. Michaelis regarding B of A construction loans and recovery analysis. | 1.2 |
| 1/16/2008 | M.S. | Updated corporate budget analysis and construction loan analysis. | 1.2 |
| 1/16/2008 | M.S. | Researched and collaborated professional fees documents filed on the docket. | 0.7 |
| 1/17/2008 | M.M. | Discussions with D. Berliner re: B of A syndicate pool. | 0.8 |
| 1/17/2008 | M.M. | Reviewed updated construction loan information. | 1.1 |
| 1/17/2008 | M.M. | Revised notes on asset recoveries. | 0.8 |
| 1/17/2008 | M.M. | Reviewed additional notes on B of A loan pool. | 1.1 |
| 1/17/2008 | M.M. | Discussion with M. Stewart re: construction loans and Kroll fee filings. | 0.8 |
| 1/17/2008 | M.M. | Reviewed asset recovery versus organizational chart. | 1.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

**F.    BUSINESS ANALYSIS**

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/17/2008 | M.S. | Analyzed construction loan receivable detail by day for the week ended 1/11/08. | 0.6 |
| 1/17/2008 | M.S. | Updated professional fee summary for all Debtor and Creditor representatives and organized associated documentation. | 1.8 |
| 1/17/2008 | M.S. | Created organizational chart of the Debtor and non-Debtor entities for American Home. | 1.4 |
| 1/17/2008 | M.S. | Prepared for and met with M. Michaelis regarding mortgage loans alternatives, construction loans and corporate budget. | 1.7 |
| 1/17/2008 | M.S. | Met with D. Berliner regarding outstanding issues. | 0.2 |
| 1/17/2008 | M.S. | Met with M. Michaelis regarding construction loans and Bank of America loans. | 0.8 |
| 1/17/2008 | M.S. | Created and updated construction loan breakdown schedule by issue. | 0.6 |
| 1/18/2008 | M.M. | Reviewed update budget and Schedule G. | 0.9 |
| 1/18/2008 | M.S. | Met with M. Michaelis regarding construction loans and open items. | 0.7 |
| 1/21/2008 | M.S. | Responded to M. Michaelis questions regarding Corporate budget reconciliation. | 0.2 |
| 1/21/2008 | M.S. | Reviewed and updated docket items filed. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

## F.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/21/2008 | M.S. | Analyzed updated 13 week cash flow through 4-22 versus prior versions received. | 1.4 |
| 1/22/2008 | K.R. | Analyzed each of the Schedule G reports received for the dates 12/07/07 and 12/14/07. | 3.3 |
| 1/22/2008 | M.M. | Reviewed updated corporate budget. | 0.9 |
| 1/22/2008 | M.M. | Reviewed 12/7 and 12/14 Schedule G. | 0.4 |
| 1/22/2008 | M.S. | Prepared and met with M. Michaelis regarding Committee meeting on Thursday, construction loans, B of A analysis and cash flows. | 1.6 |
| 1/22/2008 | M.S. | Researched docket for any new court filings. | 0.1 |
| 1/22/2008 | M.S. | Analyzed schedule of asset sales through June 2008. | 0.6 |
| 1/22/2008 | M.S. | Updated schedule G exhibit per K. Reinle's edits. | 0.2 |
| 1/23/2008 | M.M. | Reviewed updated construction loan information. | 1.1 |
| 1/23/2008 | M.M. | Discussions with staff re: B of A and other open issues. | 1.2 |
| 1/24/2008 | M.M. | Reviewed previous cash reconciliations re: sweeps by banks. | 0.8 |
| 1/24/2008 | M.M. | Discussion with staff re: asset recovery and B of A schedule. | 0.9 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

## F.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/24/2008 | M.S. | Prepared for and met with M. Michaelis regarding open issues. | 1.6 |
| 1/24/2008 | M.S. | Updated professional fee summary schedule. | 0.2 |
| 1/24/2008 | M.S. | Organized documents received from Kroll. | 0.3 |
| 1/25/2008 | M.M. | Discussion with M. Stewart re: September MORs, construction loan issues and open items from Debtor. | 0.9 |
| 1/25/2008 | M.M. | Discussion regarding staffing issues. | 0.4 |
| 1/25/2008 | M.M. | Reviewed MOR - September. | 2.3 |
| 1/25/2008 | M.M. | Reviewed current construction loan updates. | 1.1 |
| 1/25/2008 | M.M. | Reviewed current Schedule G and cash flow updates. | 1.1 |
| 1/25/2008 | M.S. | Updated and analyzed corporate budget and actuals. | 1.7 |
| 1/25/2008 | M.S. | Retrieved and compiled September monthly operating reports filed by Debtor. | 1.8 |
| 1/25/2008 | M.S. | Prepared schedules for meeting with M. Michaelis regarding B of A collateral loan analysis. | 0.7 |
| 1/28/2008 | D.B. | Reviewed cash flow forecasts for period 1/25/08 - 4/18/08 and compared to prior forecasts. | 0.3 |
| 1/28/2008 | D.B. | Reviewed schedule of Asset Sales and recoveries projected January-June 2008. | 0.3 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

## F.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/28/2008 | D.B. | Reviewed budget versus actual cash flow results for week ending 1/11/08 and 1/18/08. | 0.2 |
| 1/28/2008 | M.M. | Reviewed former cash reconciliation, sweeps from September. | 0.6 |
| 1/28/2008 | M.M. | Reviewed B of A syndicate schedules of recovery prepared by Kroll. | 1.1 |
| 1/28/2008 | M.M. | Discussions with M. Stewart and D. Berliner re: B of A. | 1.4 |
| 1/28/2008 | M.M. | Reviewed and edited summary of B of A recovery. | 1.8 |
| 1/28/2008 | M.S. | Reviewed updated corporate reconciliation sent by Kroll. | 0.3 |
| 1/28/2008 | M.S. | Prepared and created analysis of possible scenarios for liquidation of Bank of America warehouse collateral loan for counsel's review. | 3.7 |
| 1/28/2008 | M.S. | Prepared assumptions and met with M. Michaelis to review for possible liquidation scenarios. | 1.4 |
| 1/28/2008 | M.S. | Updated exhibits for possible negotiates of B of A deficiency claim and pay down per D. Berliner's comments. | 0.8 |
| 1/29/2008 | D.B. | Reviewed email from M. Lymbery and excel schedules supporting warehouse funds reconciliations as of 1/17/08. | 0.9 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

## F.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/29/2008 | D.B. | Reviewed MORs for September 2007 filed 1/24/08. | 1.7 |
| 1/29/2008 | D.B. | Reviewed docket report for period 1/18-1/25/08. | 0.3 |
| 1/29/2008 | M.M. | Discussions with M. Stewart and D. Berliner re: status of information, report information, B of A and loan pools. | 1.3 |
| 1/29/2008 | M.M. | Reviewed and updated B of A data and assumptions. | 1.7 |
| 1/29/2008 | M.S. | Updated B of A warehouse collateral scenarios spreadsheet. | 1.6 |
| 1/29/2008 | M.S. | Reviewed and updated construction loan information received from Kroll. | 0.9 |
| 1/29/2008 | M.S. | Met with K. Reinle regarding September MOR's. | 0.2 |
| 1/29/2008 | M.S. | Reviewed September MOR's filed by the Debtor. | 0.8 |
| 1/30/2008 | D.B. | Reviewed objections of US Trustee to Debtor's application to retain Deloitte & Touche as tax services provider and C B Richard Ellis as real estate broker. | 0.3 |
| 1/30/2008 | D.B. | Reviewed limited objections of UCC re: AHM motion to pay T & E expenses of terminated employees. | 0.1 |
| 1/30/2008 | D.B. | Reviewed REO spreadsheet provided by Kroll; discussed with M. Michaelis and questions for Kroll and Debtors. | 0.5 |
| 1/30/2008 | D.B. | Reviewed court orders to Abondon Heloc Mortgage loan servicing rights, 5th Amendment to APA with WL Ross entity and destroy duplicate hold copy loan files. | 0.1 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

### F.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/30/2008 | D.B. | Reviewed MORs for September 2007 filed 1/24/08. | 0.7 |
| 1/30/2008 | M.M. | Reviewed monthly operating reports and prepared information request. | 3.4 |
| 1/30/2008 | M.M. | Reviewed REO information received. | 0.4 |
| 1/30/2008 | M.M. | Reviewed warehouse funds reconciliation and other data from Debtor. | 0.6 |
| 1/31/2008 | D.B. | Reviewed email and package of information from Kroll re: budget past - 1/31/08 | 0.6 |
| 1/31/2008 | M.M. | Edited MOR request list. | 1.1 |
| | | **TOTAL:** | **165.1** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 19.2 | 575.00 | 11,040.00 |
| M. MICHAELIS (M.M.) | 66.5 | 350.00 | 23,275.00 |
| T. GALLOWAY (T.G.) | 3.1 | 185.00 | 573.50 |
| M. STEWART (M.S.) | 53.1 | 185.00 | 9,823.50 |
| K. REINLE (K.R.) | 23.2 | 175.00 | 4,060.00 |
| **TOTAL:** | **165.1** | | **48,772.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

## G.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/2/2008 | D.B. | Participated in telephone call with B. Fattell re: status of AHM Thrift Bank. | 0.1 |
| 1/3/2008 | D.B. | Reviewed memos from Hahn & Hessen re: six motions in case. | 0.4 |
| 1/3/2008 | D.B. | Telephone call from John McCahey, Esq. re: preparation of information request to Debtor re: UCC investigation; prepared initial list of financial information. | 0.4 |
| 1/3/2008 | D.B. | Emails with B. Fattell and M. Indelicato re: status of sale of AHM Bank and additional information needed from Debtors. | 1.1 |
| 1/4/2008 | D.B. | Emails and made telephone call to M. Indelicato re: case status and issues. | 0.3 |
| 1/7/2008 | D.B. | Telephone call and reviewed email with Hahn & Hessen and Blank Rome re: sale of the thrift bank and summary of issues discussed with Kroll. | 0.5 |
| 1/8/2008 | D.B. | Emails with Hahn & Hessen and Blank Rome re: AHM Bank November financial information. | 0.1 |
| 1/9/2008 | M.M. | Conference calls with counsel/Kroll for Debtor and Committee counsel re: auction of loans. | 0.9 |
| 1/10/2008 | D.B. | Conference call with Blank Rome and Hahn & Hessen re: follow-up on AHM Bank issues. | 0.7 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

## G.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/10/2008 | D.B. | Emails from Hahn & Hessen re: court decision re: Calyon and agenda for meeting. | 0.2 |
| 1/11/2008 | D.B. | Reviewed email from J. Lazarus, Esq. re: draft document request for UCC investigation; telephoned counsel re: timing and reviewed document. | 1.8 |
| 1/14/2008 | D.B. | Attended court hearing (telephonically) re: 1/14/08 court hearing. | 0.5 |
| 1/14/2008 | D.B. | Email to counsel re: BDO initial review of Kroll B of A warehouse loan analysis. | 0.5 |
| 1/14/2008 | D.B. | Finalized comments and list of additional documents for counsel re: UCC investigation and forwarded list to counsel. | 1.5 |
| 1/14/2008 | M.M. | Reviewed correspondence with counsel re: 2004 request. | 0.4 |
| 1/15/2008 | D.B. | Emails with John McCahey, Esq. re: comments on BDO comments to draft information request and BDO responses. | 0.7 |
| 1/16/2008 | D.B. | Met with M. Indelicato to discuss BofA warehouse loan collateral and Kroll plan to hold versus sell. | 0.5 |
| 1/17/2008 | D.B. | Emails with Hahn & Hessen re: agenda for UCC conference call and need to reschedule. | 0.2 |
| 1/18/2008 | D.B. | Prepared outline of email to counsel re:  discussion with K. Nystrom. | 0.4 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

## G.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/18/2008 | D.B. | Reviewed revised draft of information request document from J. McCahey, Esq., prepared comments and telephone call to discuss comments. | 0.8 |
| 1/18/2008 | M.M. | Prepared notes for counsel on current issues. | 1.4 |
| 1/24/2008 | M.S. | Read Summary motions made by Hahn and Hessen on January 24. | 0.4 |
| 1/25/2008 | M.M. | Correspondence with counsel re: information update based on call with Kroll. | 0.4 |
| 1/28/2008 | D.B. | Reviewed memos from Hahn & Hessen re: motions to approve settlement with American Corp. Record Center and payment of T & E to Terminated Employees, and application to retain C B Richard Ellis to sell Melville property and D&T as Tax Service Providers. | 0.3 |
| 1/28/2008 | D.B. | Reviewed emails from J. Zawadzki re: professional fee update for UCC. | 0.2 |
| 1/28/2008 | D.B. | Telephone call with M. Power and M. Indelicato re: B of A loan pool status and next steps. | 0.5 |
| 1/28/2008 | M.M. | Call with counsel. | 1.1 |
| 1/28/2008 | M.S. | Conference call and met with D. Berliner, M. Michaelis and counsel regarding Bof A warehouse collateral. | 1.2 |
| 1/29/2008 | D.B. | Emails and telephone call with M. Powers and M. Indelicato re: BDO analysis of B of A loan pool. | 1.2 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

**G.      TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Time</u> |
|------|------|-------------|------|
| 1/29/2008 | D.B. | Email to Hahn and Hessen re: summary of conversation with Kroll re: CBRE retention proposal. | 0.5 |
| 1/29/2008 | M.M. | Prepared for call with Hahn & Hessen. | 0.6 |
| 1/29/2008 | M.M. | Conference call with Hahn & Hessen re: B of A syndicate. | 1.1 |
| 1/29/2008 | M.S. | Prepared for and participated on conference call with counsel regarding B of A warehouse collateral. | 1.7 |
| 1/31/2008 | D.B. | Emails with Hahn & Hessen re: agenda and planning for UCC conference call. | 0.4 |
| | | **TOTAL:** | **23.0** |

**INDIVIDUAL TOTALS**

| <u>Name</u> | <u>Hour</u> | <u>Rate</u> | <u>Compensation</u> |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 13.8 | 575.00 | 7,935.00 |
| M. MICHAELIS (M.M.) | 5.9 | 350.00 | 2,065.00 |
| M. STEWART (M.S.) | 3.3 | 185.00 | 610.50 |
| **TOTAL:** | **23.0** | | **10,610.50** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**January 1, 2008 to January 31, 2008**

## H.    FEE APPLICATIONS / MONTHLY STATEMENTS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 1/3/2008 | M.M. | Prepared data for submission of monthly application. | 0.8 |
| 1/9/2008 | M.M. | Prepared data for submission of monthly application. | 0.7 |
| 1/10/2008 | M.M. | Prepared data for submission of monthly application. | 0.3 |
| 1/10/2008 | N.V. | Reviewed and edited BDO's time detail for December 2007; updated work codes A - H. | 0.5 |
| 1/10/2008 | N.V. | Reviewed docket and followed-up with counsel regarding status of Trenwith's retention in this case in order to prepare fee application.  Updated D. Berliner regarding findings. | 0.5 |
| 1/16/2008 | N.V. | Reviewed and edited time detail for December 2007; updated work codes I - K. | 0.7 |
| 1/17/2008 | M.M. | Reviewed and revised monthly application. | 0.8 |
| 1/23/2008 | N.V. | Prepared December 2007 monthly application; updated work performed section. | 1.9 |
| 1/24/2008 | D.B. | Reviewed and approved 3rd Application of BDO for compensation for services rendered as financial advisors to UCC for December 2007 and Berliner Declaration. | 0.9 |
| | | **TOTAL:** | **7.1** |