EXHIBIT "B"

American Home Mortgage Holdings, Inc.
Schedule of Expenses
January 1, 2008 through January 31, 2008

1. PHOTOCOPYING
   a. Internal
   b. External

2. TELECOMMUNICATIONS
   a. Toll Charges
   b. Facsimile
   c. Out-of-State toll charges

3. COURIER, FRIEGHT AND POSTAL SERVICES
   *For overnight and hand delivery to Counsel*
   *and Committee members*

4. COURT REPORTER AND TRANSCRIPTS

5. TECHNOLOGY SERVICES

6. OUT-OF-TOWN TRAVEL
   a. Transportation
   b. Lodging
   c. Meals

7. OUTSIDE SERVICES

8. LOCAL MEALS                                                                                         57.60

9. LOCAL TRANSPORTATION, TOLLS, MILEAGE                                                                28.50
   AND PARKING – for cabs to/from meetings, car service
   *for employees working after 8:00 p.m. and local mileage*
   *using personal auto*

10. MISCELLANEOUS

    **TOTAL**                                                                                          **$86.10**