IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]  :
                                                    : Jointly Administered
        Debtors.                                    :
                                                    : **Doc. Ref. Nos: 192 & 643**
                                                    :
---------------------------------------------------------------- x  Objection Deadline: March 12, 2008 at 4:00
                                                                    p.m.

## NOTICE OF FILING OF THE AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL LUNDBERG & ASSOCIATES

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 643] (the "OCP Order"), the Debtors hereby file the attached ordinary course professional retention affidavit (the "Retention Affidavit") of Kent Plott of Lundberg & Associates (the "Ordinary Course Professional").

PLEASE TAKE FURTHER NOTICE that, objections to the Retention Affidavit, if any, must be filed in accordance with the OCP Order on or before March 12, 2008 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Third Floor, Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, objections, if any, to the Retention Affidavit must also be served upon the following entities on or before the Objection Deadline: (i) the Office of the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

United States Trustee, (ii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel for the Committee; (iii) counsel to Bank of America N.A., as Administrative Agents under that certain and Second Amended and Restated Credit Agreement dated August 10, 2006; (iv) counsel to the Debtors' pospetition lender, (v) the Securities and Exchange Commission; (vi) all other parties entitled to notice under Del. Bankr. LR 2002-1(b; (vii) counsel for the Debtors; and (viii) and the Ordinary Course Professional.

PLEASE TAKE FURTHER NOTICE that if the objection cannot be consensually resolved, then the objection shall be scheduled for hearing before the Court at the next regularly scheduled omnibus hearing or such other date otherwise agreeable to the parties thereto.

PLEASE TAKE FURTHER NOTICE that if no objections are filed on or before the Objection Deadline, then **the Debtors shall be authorized to compensate professionals associated with the firm that submitted the Retention Affidavit after complying with the other procedures contained in the OCP Order.**

Dated: February 21, 2008
      Wilmington, Delaware

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          /s/ Ryan M. Bartley
          James L. Patton, Jr. (No. 2202)
          Joel A. Waite (No. 2925)
          Pauline K. Morgan (No. 3650)
          Sean M. Beach (No. 4070)
          Matthew B. Lunn (No. 4119)
          Margaret B. Whiteman (No. 4652)
          Ryan M. Bartley (No. 4985)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253

          Counsel for Debtors and Debtors in Possession

EXHIBIT A

RETENTION AFFIDAVIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DEAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et at., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | |

### AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF UTAH              )
                           :  ss:
COUNTY OF SALT LAKE  )

Lundberg & Associates, being duly sworn, deposes and says:

    1.    I am an Attorney of Lundberg & Associates (the "Firm"), which maintains offices at 3269 South Main Street, Suite 100, Salt Lake City, UT 84115.

    2.    This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about September 7, 2007, authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

    3.    Prior to the filing of the petitions which initiated the above-captioned cases, the Firm has represented and advised the Debtors as to bankruptcy and foreclosure counsel. The Debtors have requested, and the Firm has agreed to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4. The Firm's current customary rates, subject to change from time to time, are (see attached Exhibit A). In the normal course of its business, the Firm revises its billing rates to conform to industry standards (FNMA, HUD, VA, FHA, FHLMA, etc.) as appropriate.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflict checks." The Firm's database contains information regarding the Firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection which the Firm has with such entities. The Firm's search of the database identified the following connections: NONE

6. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. To the best of my knowledge, the Firm does not perform services for any such person in connection with these chapter 11 cases.

7. Neither I nor any principal, partner, director, officer, etc. of, or any professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. 504(b).

8. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estate with respect to the matter(s) upon which the Firm is to be employed.

9. Prior to the filing of the above-captioned cases, the Firm was employed by the Debtors. The Debtors owe the Firm $4,752.66 for pre-petition services. If the Firm's employment is authorized pursuant to the Ordinary Course Professionals order, the Firm will negotiate waiving pre-petition claim.

10. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and other parties in interest in these bankruptcy cases, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts hearing on the matters described herein, the Firm will supplement the information contained in the Affidavit.

11. I understand any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C 328(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2007.

Kent W. Plott
Attorney for Lundberg & Associates

Sworn to and subscribed before me
this 15 day of October 2007

Notary Public



NOTARY PUBLIC
JOAN B. GEBHARDT
3269 South Main, Suite 100
Salt Lake City, Utah 84115
My Commission Expires
September 25, 2010
STATE OF UTAH

# LUNDBERG
## and Associates

## UTAH SERVICE & FEE SCHEDULE FOR INSTITUTIONAL MORTGAGE SERVICING CLIENTS*

Non-Judicial Foreclosures
- A. Fannie Mae — $600
- B. Freddie Mac — $500
- C. FHA — $650
- D. VA — $600
- E. Other conventional — $600
- F. All — Hourly rate ($140–$175 per hour), if contested

Judicial Foreclosures
- A. VA, Fannie Mae & Freddie Mac — $550
- B. FHA — $600
- C. Other conventional — $750
- D. All — Hourly rate ($140–$175 per hour), if contested

Bankruptcy Clearance
- A. Fannie Mae — $650 (chapter 7); $750 (chapter 13)
- B. Freddie Mac — $500 (chapter 7); $450 (chapter 13 to confirm); $350 (chapter 13 post confirm)
- C. FHA — $650 (chapter 7); $1000 (chapter 13)
- D. VA — $450 (chapter 7); $650 (chapter 13)
- E. Other conventional — $750
- F. All — Hourly rate ($130–$175 per hour), if contested

Evictions
- A. FHA — $275
- B. Fannie Mae — $250
- C. Freddie Mac — $350
- D. Other conventional — $350
- E. All — Hourly rate ($140–$175 per hour), if contested

Deeds in Lieu of Foreclosure
- A. Fannie Mae — $350
- B. Freddie Mac — $225
- C. FHA — $400
- D. VA — $200
- E. Other conventional — $300

\* All fees and costs billed are within FHA, VA, Fannie Mae & Freddie Mac guidelines.