IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE                                          :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]             :
                                                                :    Jointly Administered
                        Debtors.                                :
                                                                :    **Doc. Ref. Nos: 192 & 643**
                                                                :
---------------------------------------------------------------------- x    Objection Deadline: March 12, 2008 at 4:00
                                                                                                p.m.

## NOTICE OF FILING OF THE AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL MICHAEL DAVIN

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Order

Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014

Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business

Nunc Pro Tunc to Petition Date [Docket No. 643] (the "OCP Order"), the Debtors hereby file the attached

ordinary course professional retention affidavit (the "Retention Affidavit") of Michael Davin of CataList

Homes, Inc. (the "Ordinary Course Professional").

PLEASE TAKE FURTHER NOTICE that, objections to the Retention Affidavit, if any,

must be filed in accordance with the OCP Order on or before March 12, 2008 at 4:00 p.m. (ET) (the

"Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market

Third Floor, Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, objections, if any, to the Retention Affidavit

must also be served upon the following entities on or before the Objection Deadline: (i) the Office of the

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.

United States Trustee, (ii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank

Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel for the Committee; (iii)

counsel to Bank of America N.A., as Administrative Agents under that certain and Second Amended and

Restated Credit Agreement dated August 10, 2006; (iv) counsel to the Debtors' postpetition lender, (v) the

Securities and Exchange Commission; (vi) all other parties entitled to notice under Del. Bankr. LR 2002-

1(b; (vii) counsel for the Debtors; and (viii) and the Ordinary Course Professional.

   PLEASE TAKE FURTHER NOTICE that if the objection cannot be consensually

resolved, then the objection shall be scheduled for hearing before the Court at the next regularly

scheduled omnibus hearing or such other date otherwise agreeable to the parties thereto.

   PLEASE TAKE FURTHER NOTICE that if no objections are filed on or before the

Objection Deadline, then **the Debtors shall be authorized to compensate professionals associated with**

**the firm that submitted the Retention Affidavit after complying with the other procedures**

**contained in the OCP Order.**

Dated:  February 21, 2008
   Wilmington, Delaware

      YOUNG CONAWAY STARGATT & TAYLOR, LLP

      /s/ Ryan M. Bartley
      James L. Patton, Jr. (No. 2202)
      Joel A. Waite (No. 2925)
      Pauline K. Morgan (No. 3650)
      Sean M. Beach (No. 4070)
      Matthew B. Lunn (No. 4119)
      Margaret B. Whiteman (No. 4652)
      Ryan M. Bartley (No. 4985)
      The Brandywine Building
      1000 West Street, 17th Floor
      Wilmington, Delaware 19801
      Telephone: (302) 571-6600
      Facsimile: (302) 571-1253

      Counsel for Debtors and Debtors in Possession

EXHIBIT A

RETENTION AFFIDAVIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                      :    Chapter 11
                                                            :
AMERICAN HOME MORTGAGE                                      :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]          :
                                                            :    Jointly Administered
                                    Debtors.                :
------------------------------------------------------------ x

**AFFIDAVIT IN SUPPORT OF EMPLOYMENT OF CATALIST HOMES, INC. AS A
PROFESSIONAL UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

STATE OF _California_     )
                          ) ss:
COUNTY OF _Los Angeles_   )

**Michael Davin**, being duly sworn, deposes and says:

1.      I am the president of the firm **CataList Homes, Inc.** (the "Firm" or

"CataList"), which has been employed by the debtors and debtors in possession in the above-

captioned cases (collectively the "Debtors") in the ordinary course of the Debtors' business.

2.      This Affidavit is submitted in compliance with the Order Approving the

Motion Pursuant to Sections 105(a), 327 and 330 of the Bankruptcy Code and Bankruptcy Rule

2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the

Debtors' Business (the "Ordinary Course Professionals Order").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

3.    On February 1, 2008, the Debtors filed their Sixth Supplemental List of Ordinary Course Professionals [D.I. 2861] (the "Notice"), and provided notice that the Debtors intended to retain the Firm as an Ordinary Course Professional.

4.    The Debtors desire to retain the Firm as an auctioneer to assist in the disposition and sale of REO Property, and the Firm has agreed to provide such services to the Debtors on a postpetition basis during the course of these chapter 11 cases.

5.    The Firm has entered into an alliance relationship with DoveBid, Inc. ("DoveBid"), a global auctioneer, pursuant to which DoveBid and the Firm will jointly conduct the REO Property auctions (the "Auction Services"). By order dated January 14, 2008, the Court authorized the Debtors' retention of DoveBid as Auctioneer in accordance with Section 327 of the Code to conduct auctions of certain of the Debtors' tangible personal property.

6.    Compensation for the Auction Services will not be paid by the Debtors. Instead, for any REO Property sold at auction, the buyer of the REO Property will pay a percentage of the purchase price of the REO Property (the "Buyer's Premium") which will be the sole compensation paid for the Auction Services. The Buyer's Premium will be shared between CataList and DoveBid pursuant to the agreement between CataList and DoveBid.

7.    Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Bankruptcy Rule 2014(a) from counsel to the Debtors for the purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. This Firm and certain of its directors, members, associates, and employees may have in the past represented, currently represent, and may in the future represent entities that are claimants or equity security holders of the Debtors in matters totally unrelated to the Debtors' chapter 11 cases. None of those past or current representations are related to the

2

Debtors or these chapter 11 cases. A search of the firm's database has revealed the following
connections:

- The Firm has in the past and currently provides REO brokerage and auction
  services for Countrywide Home Loans and Wilshire Credit Corporation which
  is owned by Merrill Lynch.

8.      Upon information and belief, the Firm has no other connections with the
Debtors' creditors or other parties in interest in these chapter 11 cases than set forth herein.

9.      The Firm does not represent or hold any interest adverse to the Debtors or
their estates with respect to the engagement for which we are to be retained.

10.     The Firm is conducting further inquiries regarding its retention by any
creditors of the Debtors and other parties in interest in these chapter 11 cases, and upon
conclusion of that inquiry, or at any time during the period of its employment, if the Firm should
discover any facts bearing on the matters described herein, the Firm will supplement the
information contained in this Affidavit.

11.     Prior to the filing of the above-captioned cases, the Firm was not
employed by the Debtors.

12.     Except as provided in the Ordinary Course Professionals Order, no
representations or promises have been received by the Firm nor by any employee, officer or
director thereof as to compensation in connection with these cases other than in accordance with
the provisions of the Bankruptcy Code.

DB02:6569457.2                                                                    066585.1001

WHEREFORE, affiant respectfully submits this Affidavit in Support of

Employment of **CataList Homes, Inc.** as a Professional Utilized in the Ordinary Course of

Business.

**MICHAEL DAVIN**
**President**
**CataList Homes, Inc.**
**2601 Pacific Coast Highway**
**Third Floor**
**Hermosa Beach, CA 90254**


SUBSCRIBED AND SWORN TO

before me this ___14th___ day of February, 2008.

Notary Public

DEBBIE TAYLOR
COMM. #1788965
NOTARY PUBLIC ● CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. JAN. 27, 2012