IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

Debtors.

---

x : Chapter 11
:
: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
: Objection Deadline: March 12, 2008 at 4:00 p.m.
: Hearing Date: N/A
x

## NOTICE OF APPLICATION

TO:   The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the Official Committee of Unsecured Creditors

The **First Monthly Application of Pendergast & Jones, P.C. as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period November 1, 2007 through November 30, 2007** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $24,360.00 and interim expenses in the amount of $53,185.54.

Objections to the Application, if any, are required to be filed on or before **March 12, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:6590889.1                                                                                              066585.1001

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

        PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

        PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
       February 22, 2008

                                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                      /s/ Ryan M. Bartley
                                      James L. Patton, Jr. (No. 2202)
                                      Pauline K. Morgan (No. 3650)
                                      Sean M. Beach (No. 4070)
                                      Matthew B. Lunn (No. 4119)
                                      Margaret B. Whiteman (No. 4652)
                                      Ryan M. Bartley (No. 4985)
                                      The Brandywine Building
                                      1000 West Street, 17th Floor
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 571-6600
                                      Facsimile: (302) 571-1253

                                      Counsel for Debtors and
                                      Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x   Chapter 11
In re:                                                           :
                                                                 :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :
a Delaware corporation, et al.,                                  :   Jointly Administered
                                                                 :
                                                                 :   Objection Deadline:
     Debtors.                                                    :   Hearing Date:  N/A
---------------------------------------------------------------- x

**FIRST MONTHLY APPLICATION OF PENDERGAST & JONES, P.C. AS FORECLOSURE SERVICE PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD NOVEMBER 1, 2007 THROUGH NOVEMBER 31, 2007**

| | |
|---|---|
| Name of Applicant: | **Pendergast & Jones, P.C.** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **Effective as of August 6, 2007** |
| Period for which compensation and reimbursement is sought: | November 1, 2007 through November 30, 2007 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | **$24,360.00** |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | **$53,185.54** |

This is an:  __X__ interim  ____ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors. This application includes no fee component in connection with the preparation of Fee Applications.

DB02:6284742.1

064657.1001

**PRIOR APPLICATIONS:**

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fee | Expenses | Fees | Expenses |
| [----Please Complete As Applicable---] | | | | | |
| | | | | | |
| | | | | | |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $24,360.00 |
| TOTALS | N/A | $24,360- |

## INTERIM EXPENSES

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Foreclosure Related Expenses | | $53,185.54 |

## VERIFICATION OF FEE APPLICATION

STATE OF GEORGIA )
) SS:
COUNTY OF DEKALB )

John F. Pendergast, Jr., after being duly sworn according to law, deposes and says:

1. I am a partner in the applicant firm (the "Firm") and have been admitted to the bar of the state of Georgia since 1980.

2. I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

3. The services and expenses were performed and incurred within the month subject to the foregoing Application.

4. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
JOHN F. PENDERGAST, JR.

SWORN TO AND SUBSCRIBED
before me this 21st day of February, 2008.

_____
Notary Public

DB02:6342604.1

066585.1001

# PENDERGAST & JONES, P.C.

## FLAT FEE SCHEDULE FOR FORECLOSURE AND BANKRUPTCY MATTERS IN THE STATE OF GEORGIA

### Foreclosure Matters

| | |
|---|---|
| Foreclosures (non-judicial) Variable Rate Fee: | |
| • Step 1 - Referral received, file opened, title ordered | $250.00 |
| • Step 2 - Notice of Sale letters prepared and sent to borrower | $360.00 |
| • Step 3 - Publication of sale prepared and submitted to legal organ | $540.00 |
| • Step 4 - Sale completed | $600.00 |
| Right to Cure Letter | $75.00 |
| Postpone Sale for 1 to 2 Months: | $100.00 |
| Draft and File Title Claim | $300.00 |
| Draft various documents necessary to clear title (releases, affidavits, etc) | $75.00 - $150.00 |
| Deed in Lieu of Foreclosure | $500.00 |
| Monitor 1st Mortgage Liens | $250.00 |
| Bid-In at 1st Mortgage Foreclosure Sales | $500.00 |
| Title Examination | $400.00 |
| Certified Mail Cost (per letter) | $5.38 |
| Foreclosure Advertisement | $300.00 - $500.00 |
| Auction Cry Out Costs in Remote Areas of the State | $150.00 - $200.00 |
| Recording Fees | $25.00 - $50.00 |
| Title/Bankruptcy/Tax Checkdown | $50.00 |

### Bankruptcy Matters

| | |
|---|---|
| Motion for Relief from Stay in Chapters 7, 11 or 13, including preparation of the Motion, court appearance and Order thereon: | $550.00 |
| Filing Proof of Claim, Request for Special Notice and review with analysis of Chapter 13 & 11 plans: | $150.00 |

| | |
|---|---:|
| Chapter 13 Objection to confirmation and court appearance thereon: | $550.00 |
| Preparation of Orders Granting Relief From Automatic Stay and Adequate Protection Orders: | N/C |
| Preparation and filing of amended POC's due to an Adequate Protection Order: | N/C |
| Court appearance at continued motion or objection to confirmation hearing: | $150.00 |
| Preparation of letter re: debtor's default under Adequate Protection Order: | $75.00 |
| Preparation of Motion and Affidavit of Default: | $150.00 |

## Bankruptcy Matters – Continued

| | |
|---|---:|
| Preparation of ex-parte Motion, Declaration and ex-parte Order Granting Relief from Automatic Stay for violation of Adequate Protection Order: | $150.00 |
| Preparation and filing of Reaffirmation Agreement: | $150.00 |
| Emergency Motion to Cry Foreclosure Sale, including preparation of the Motion, court appearance and Order thereon: | $550.00 |
| Motion to Validate Foreclosure Sale, including preparation of the Motion, court appearance and Order thereon: | $550.00 |
| Responses to Debtor's Motion to Extend Stay, to Reimpose Stay or Objection to Claim, including preparation of Response, court appearance and Order thereon: | $550.00 |
| Motion for Order under Section 362(j) Confirming the Termination of the Automatic Stay, including preparation of the Motion and Order thereon:     If Court appearance required with above: | $300.00 $300.00 |
| Motion for Order under Section 362(c)(4)(A)(ii) Confirming No Automatic Stay is in effect, including preparation of the Motion and Order thereon;     If Court appearance required with above | $300.00 $300.00 |
| Court Filing Fee | $150.00 |
| Costs to obtain documents from court | $75.00 to $125.00 |

The above fee schedule does not include the $150.00 filing fee for Motions or the costs associated with obtaining a debtor's bankruptcy schedules, statements, Chapter 13 Plans or Proofs of Claims.

12/18/2007

**PENDERGAST & JONES, P.C.**
115 Perimeter Center Place, Suite 1000
Atlanta, GA 30346
(770) 392-0303

## NOVEMBER FORECLOSURE FEES

| Invoice No. | Loan No. | Description of Services | Date | Amount |
|---|---|---|---|---|
| 21762 | 1001026015 | Prepare scriver's affidavit | 11/7/2007 | $75.00 |
| 21771 | 1001291797 | Prepare scriver's affidavit | 11/12/2007 | $75.00 |
| 21776 | 1001219472 | Prepare and obtain release for open prior | 11/12/2007 | $75.00 |
| 21779 | 1001357557 | Prepare and obtain release for open prior | 11/13/2007 | $75.00 |
| 21780 | 1001294154 | Prepare and obtain release for open prior | 11/9/2007 | $75.00 |
| 21781 | 1000824506 | Draft and file title claim | 11/26/2007 | $300.00 |
| 21625 | 1001704890 | Foreclosure - Step 1 | 11/27/2007 | $250.00 |
| 21628 | 1001400701 | Foreclosure - Step 3 | 11/9/2007 | $540.00 |
| 21629 | 1001834350 | Foreclosure - Step 1 | 11/20/2007 | $250.00 |
| 21633 | 1001291273 | Foreclosure - Step 1 | 11/15/2007 | $250.00 |
| 21633 | 1001291273 | Monitor Senior Lien | 11/15/2007 | $250.00 |
| 21634 | 1000626969 | Foreclosure - Step 1 | 11/15/2007 | $250.00 |
| 21638 | 1001030601 | Foreclosure - Step 2 | 11/26/2007 | $360.00 |
| 21589 | 1001101911 | Postpone sale set for 11/6/07 and reset to 1/2/08 | 11/6/2007 | $100.00 |
| 21588 | 1001187063 | Postpone sale set for 11/6/07 and reset to 1/2/08 | 11/6/2007 | $100.00 |
| 21587 | 1000984600 | Postpone sale set for 11/6/07 and reset to 1/2/08 | 11/6/2007 | $100.00 |
| 21586 | 1001027460 | Postpone sale set for 11/6/07 and reset to 1/2/08 | 11/6/2007 | $100.00 |
| 21277 | 1001551163 | Monitor Senior Lien | 11/2/2007 | $250.00 |
| 21479 | 1001271856 | Foreclosure - Step 4 | 11/6/2007 | $600.00 |
| 21480 | 1001337690 | Foreclosure - Step 4 | 11/6/2007 | $600.00 |
| 21481 | 1001653010 | Foreclosure - Step 4 | 11/6/2007 | $600.00 |
| 21482 | 1001569561 | Foreclosure - Step 4 | 11/6/2007 | $600.00 |
| 21483 | 1001569049 | Foreclosure - Step 4 | 11/6/2007 | $600.00 |
| 21485 | 1001139902 | Foreclosure - Step 4 | 11/6/2007 | $600.00 |
| 21486 | 1001727954 | Foreclosure - Step 4 | 11/6/2007 | $600.00 |
| 21282 | 1000626846 | Foreclosure - Step 3 | 11/6/2007 | $540.00 |
| 21283 | 1001183917 | Foreclosure - Step 3 | 11/5/2007 | $540.00 |
| 21487 | 1001237762 | Foreclosure - Step 4 | 11/6/2007 | $600.00 |
| 21488 | 1001685798 | Foreclosure - Step 4 | 11/6/2007 | $600.00 |
| 21489 | 1001182844 | Foreclosure - Step 4 | 11/6/2007 | $600.00 |
| 21490 | 1001085260 | Foreclosure - Step 4 | 11/6/2007 | $600.00 |
| 21491 | 1001368698 | Foreclosure - Step 4 | 11/6/2007 | $600.00 |
| 21289 | 1001020587 | Foreclosure - Step 3 | 11/6/2007 | $540.00 |
| 21290 | 1001453863 | Foreclosure - Step 1 | 11/1/2007 | $250.00 |
| 21291 | 1001737287 | Foreclosure - Step 3 | 11/6/2007 | $540.00 |
| 21492 | 1001252986 | Foreclosure - Step 4 | 11/6/2007 | $600.00 |
| 21493 | 1001020898 | Foreclosure - Step 4 | 11/6/2007 | $600.00 |
| 21494 | 1001105332 | Foreclosure - Step 4 | 11/6/2007 | $600.00 |
| 21495 | 1000773304 | Foreclosure - Step 4 | 11/6/2007 | $600.00 |
| 21496 | 1001084498 | Foreclosure - Step 4 | 11/6/2007 | $600.00 |
| 21497 | 1001121426 | Foreclosure - Step 4 | 11/6/2007 | $600.00 |
| 21299 | 1001226894 | Foreclosure - Step 4 | 11/6/2007 | $600.00 |

| Invoice No. | Loan No. | Description of Services | Date | Amount |
|---|---|---|---|---|
| 21499 | 1001221777 | Foreclosure - Step 4 | 11/6/2007 | $600.00 |
| 21500 | 1001113566 | Foreclosure - Step 4 | 11/6/2007 | $600.00 |
| 21294 | 1001089937 | Foreclosure - Step 3 | 11/1/2007 | $540.00 |
| 21295 | 1001158932 | Foreclosure - Step 3 | 11/5/2007 | $540.00 |
| 21296 | 1001665233 | Foreclosure - Step 3 | 11/6/2007 | $540.00 |
| 21311 | 1001149170 | Foreclosure - Step 3 | 11/5/2007 | $540.00 |
| 21298 | 1001462070 | Foreclosure - Step 3 | 11/6/2007 | $540.00 |
| 21582 | 1001368502 | Foreclosure - Step 1 | 11/27/2007 | $250.00 |
| 21880 | 1001229320 | Postpone sale set for 12/4/07 and reset to 1/2/08 | 11/27/2007 | $100.00 |
| 21882 | 1001566715 | Right to Cure letter to borrower | 11/15/2007 | $50.00 |
| 21897 | 1001350978 | Monitor Senior Lien | 11/20/2007 | $75.00 |
| 21898 | 1000616178 | Prepare scriver's affidavit | 11/29/2007 | $75.00 |
| 21898 | 1000616178 | Prepare release of open prior lien | 11/29/2007 | $75.00 |
| 21913 | 1000893952 | Right to Cure letter to borrower | 11/9/2007 | $50.00 |
| 21920 | 1000779136 | Prepare Limited Warranty Deed from AHM to Irwin Union Bank | 11/29/2007 | $150.00 |
| 21922 | 1001640532 | Postpone sale set for 11/6/07 and reset to 1/2/08 | 11/6/2007 | $100.00 |
| 21925 | 1001081626 | Right to Cure letter to borrower | 11/29/2007 | $50.00 |
| | | **Total Foreclosure Fees** | | **$22,160.00** |

## NOVEMBER FORECLOSURE COSTS

| Invoice No. | Loan No. | Description of Services | Date | Amount |
|---|---|---|---|---|
| 21761 | 1001027954 | Title Exam | 11/2/2007 | $400.00 |
| 21761 | 1001027954 | Certified mail | 11/2/2007 | $10.76 |
| 21761 | 1001027954 | Publication | 11/8/2007 | $320.00 |
| 21762 | 1001026015 | Title Exam | 11/2/2007 | $400.00 |
| 21762 | 1001026015 | Certified mail | 11/2/2007 | $5.38 |
| 21762 | 1001026015 | Publication | 11/8/2007 | $320.00 |
| 21763 | 1001306285 | Title Exam | 11/2/2007 | $400.00 |
| 21763 | 1001306285 | Certified mail | 11/2/2007 | $10.76 |
| 21763 | 1001306285 | Publication | 11/8/2007 | $320.00 |
| 21764 | 1001112839 | Title Exam | 11/2/2007 | $400.00 |
| 21764 | 1001112839 | Certified mail | 11/2/2007 | $5.38 |
| 21764 | 1001112839 | Publication | 11/8/2007 | $320.00 |
| 21766 | 1000789722 | Title Exam | 11/2/2007 | $400.00 |
| 21766 | 1000789722 | Certified mail | 11/2/2007 | $5.38 |
| 21766 | 1000789722 | Publication | 11/8/2007 | $320.00 |
| 21767 | 1001517087 | Title Exam | 11/2/2007 | $400.00 |
| 21767 | 1001517087 | Certified mail | 11/2/2007 | $5.38 |
| 21767 | 1001517087 | Publication | 11/8/2007 | $320.00 |
| 21768 | 1001509187 | Title Exam | 11/2/2007 | $400.00 |
| 21768 | 1001509187 | Certified mail | 11/2/2007 | $5.38 |
| 21768 | 1001509187 | Publication | 11/8/2007 | $320.00 |
| 21769 | 1000631118 | Title Exam | 11/2/2007 | $400.00 |
| 21769 | 1000631118 | Certified mail | 11/2/2007 | $10.76 |
| 21769 | 1000631118 | Publication | 11/8/2007 | $320.00 |
| 21770 | 1001658948 | Title Exam | 11/2/2007 | $400.00 |

| | | | | |
|---|---|---|---|---|
| 21770 | 1001658948 | Certified mail | 11/2/2007 | $10.76 |
| 21770 | 1001658948 | Publication | 11/8/2007 | $320.00 |
| 21771 | 1001291797 | Title Exam | 11/2/2007 | $400.00 |
| 21771 | 1001291797 | Certified mail | 11/2/2007 | $5.38 |
| 21771 | 1001291797 | Publication | 11/8/2007 | $320.00 |
| 21772 | 1001184404 | Title Exam | 11/2/2007 | $400.00 |
| 21772 | 1001184404 | Certified mail | 11/2/2007 | $10.76 |
| 21772 | 1001184404 | Publication | 11/8/2007 | $320.00 |
| 21773 | 1000838009 | Title Exam | 11/2/2007 | $400.00 |
| 21773 | 1000838009 | Certified mail | 11/2/2007 | $5.38 |
| 21773 | 1000838009 | Publication | 11/8/2007 | $320.00 |
| 21774 | 1001451755 | Title Exam | 11/2/2007 | $400.00 |
| 21774 | 1001451755 | Certified mail | 11/2/2007 | $5.38 |
| 21774 | 1001451755 | Publication | 11/8/2007 | $320.00 |
| 21775 | 1001385884 | Updated Title Report | 11/2/2007 | $200.00 |
| 21775 | 1001385884 | Certified mail | 11/2/2007 | $10.76 |
| 21775 | 1001385884 | Publication | 11/8/2007 | $320.00 |
| 21776 | 1001219472 | Title Exam | 11/2/2007 | $400.00 |
| 21776 | 1001219472 | Certified mail | 11/2/2007 | $10.76 |
| 21776 | 1001219472 | Publication | 11/8/2007 | $320.00 |
| 21777 | 1001128366 | Title Exam | 11/2/2007 | $400.00 |
| 21777 | 1001128366 | Certified mail | 11/2/2007 | $10.76 |
| 21777 | 1001128366 | Publication | 11/8/2007 | $320.00 |
| 21778 | 1000842299 | Title Exam | 11/2/2007 | $400.00 |
| 21778 | 1000842299 | Certified mail | 11/2/2007 | $5.38 |
| 21778 | 1000842299 | Publication | 11/8/2007 | $320.00 |
| 21779 | 1001357557 | Title Exam | 11/2/2007 | $400.00 |
| 21779 | 1001357557 | Certified mail | 11/2/2007 | $10.76 |
| 21779 | 1001357557 | Publication | 11/8/2007 | $320.00 |
| 21780 | 1001294154 | Title Exam | 11/2/2007 | $400.00 |
| 21780 | 1001294154 | Certified mail | 11/2/2007 | $10.76 |
| 21780 | 1001294154 | Publication | 11/8/2007 | $320.00 |
| 21781 | 1000824506 | Title Exam | 11/2/2007 | $400.00 |
| 21781 | 1000824506 | Certified mail | 11/2/2007 | $5.38 |
| 21781 | 1000824506 | Publication | 11/8/2007 | $320.00 |
| 21782 | 1001365063 | Title Exam | 11/2/2007 | $400.00 |
| 21782 | 1001365063 | Certified mail | 11/2/2007 | $5.38 |
| 21782 | 1001365063 | Publication | 11/8/2007 | $320.00 |
| 21784 | 1001349077 | Title Exam | 11/2/2007 | $400.00 |
| 21784 | 1001349077 | Certified mail | 11/2/2007 | $10.76 |
| 21784 | 1001349077 | Publication | 11/8/2007 | $320.00 |
| 21785 | 1001005268 | Title Exam | 11/2/2007 | $400.00 |
| 21785 | 1001005268 | Certified mail | 11/2/2007 | $5.38 |
| 21785 | 1001005268 | Publication | 11/8/2007 | $320.00 |
| 21625 | 1001704890 | Title Exam | 11/2/2007 | $400.00 |
| 21625 | 1001704890 | Bankruptcy Checkdown | 11/2/2007 | $50.00 |
| 21626 | 1001165865 | Title Exam | 11/2/2007 | $400.00 |
| 21626 | 1001165865 | Bankruptcy Checkdown | 11/2/2007 | $50.00 |
| 21626 | 1001165865 | Certified mail | 11/2/2007 | $5.38 |
| 21626 | 1001165865 | Publication | 11/8/2007 | $320.00 |
| 21627 | 1001237121 | Title Exam | 11/2/2007 | $400.00 |
| 21627 | 1001237121 | Bankruptcy Checkdown | 11/2/2007 | $50.00 |

| | | | | |
|---|---|---|---|---|
| 21627 | 1001237121 | Certified mail | 11/2/2007 | $5.38 |
| 21627 | 1001237121 | Publication | 11/8/2007 | $320.00 |
| 21628 | 1001400701 | Updated Title Report | 11/2/2007 | $200.00 |
| 21628 | 1001400701 | Certified mail | 11/2/2007 | $5.38 |
| 21628 | 1001400701 | Publication | 11/8/2007 | $100.00 |
| 21629 | 1001834350 | Title Exam | 11/12/2007 | $400.00 |
| 21630 | 1001144160 | Title Exam | 11/2/2007 | $400.00 |
| 21630 | 1001144160 | Bankruptcy Checkdown | 11/2/2007 | $50.00 |
| 21630 | 1001144160 | Certified mail | 11/2/2007 | $5.38 |
| 21630 | 1001144160 | Publication | 11/8/2007 | $320.00 |
| 21631 | 1000987779 | Title Exam | 11/2/2007 | $400.00 |
| 21631 | 1000987779 | Bankruptcy Checkdown | 11/2/2007 | $50.00 |
| 21631 | 1000987779 | Certified mail | 11/2/2007 | $10.76 |
| 21631 | 1000987779 | Publication | 11/8/2007 | $320.00 |
| 21632 | 1000863012 | Title Exam | 11/2/2007 | $400.00 |
| 21632 | 1000863012 | Bankruptcy Checkdown | 11/2/2007 | $50.00 |
| 21632 | 1000863012 | Certified mail | 11/2/2007 | $10.76 |
| 21632 | 1000863012 | Publication | 11/8/2007 | $320.00 |
| 21633 | 1001291273 | Title Exam | 11/12/2007 | $400.00 |
| 21633 | 1001291273 | Bankruptcy Checkdown | 11/12/2007 | $50.00 |
| 21634 | 1000626969 | Title Exam | 11/12/2007 | $400.00 |
| 21634 | 1000626969 | Bankruptcy Checkdown | 11/12/2007 | $50.00 |
| 21635 | 1001018209 | Title Exam | 11/2/2007 | $400.00 |
| 21635 | 1001018209 | Bankruptcy Checkdown | 11/2/2007 | $50.00 |
| 21635 | 1001018209 | Certified mail | 11/2/2007 | $5.38 |
| 21635 | 1001018209 | Publication | 11/8/2007 | $320.00 |
| 21635 | 1001018209 | Record Assignment | 11/8/2007 | $25.00 |
| 21636 | 1000900208 | Title Exam | 11/9/2007 | $400.00 |
| 21637 | 1001131048 | Title Exam | 11/2/2007 | $400.00 |
| 21637 | 1001131048 | Bankruptcy Checkdown | 11/2/2007 | $50.00 |
| 21637 | 1001131048 | Certified mail | 11/2/2007 | $10.76 |
| 21637 | 1001131048 | Publication | 11/8/2007 | $320.00 |
| 21638 | 1001030601 | Title Exam | 11/9/2007 | $400.00 |
| 21638 | 1001030601 | Bankruptcy Checkdown | 11/9/2007 | $50.00 |
| 21638 | 1001030601 | Certified mail | 11/9/2007 | $5.38 |
| 21639 | 1001616359 | Title Exam | 11/2/2007 | $400.00 |
| 21639 | 1001616359 | Bankruptcy Checkdown | 11/2/2007 | $50.00 |
| 21639 | 1001616359 | Certified mail | 11/2/2007 | $10.76 |
| 21639 | 1001616359 | Publication | 11/8/2007 | $320.00 |
| 21277 | 1001551163 | Title Exam | 11/2/2007 | $400.00 |
| 21479 | 1001271856 | Auction Cry Out Cost | 11/6/2007 | $165.00 |
| 21479 | 1001271856 | Bankruptcy Checkdown | 11/7/2007 | $50.00 |
| 21479 | 1001271856 | Record foreclosure deed | 11/8/2007 | $50.00 |
| 21480 | 1001337690 | Auction Cry Out Cost | 11/6/2007 | $165.00 |
| 21480 | 1001337690 | Bankruptcy Checkdown | 11/7/2007 | $50.00 |
| 21480 | 1001337690 | Record foreclosure deed | 11/8/2007 | $50.00 |
| 21481 | 1001653010 | Auction Cry Out Cost | 11/6/2007 | $165.00 |
| 21481 | 1001653010 | Bankruptcy Checkdown | 11/7/2007 | $50.00 |
| 21481 | 1001653010 | Record foreclosure deed | 11/8/2007 | $50.00 |
| 21482 | 1001569561 | Auction Cry Out Cost | 11/6/2007 | $165.00 |
| 21482 | 1001569561 | Bankruptcy Checkdown | 11/7/2007 | $50.00 |
| 21482 | 1001569561 | Record foreclosure deed | 11/8/2007 | $50.00 |

| | | | | |
|---|---|---|---|---|
| 21483 | 1001569049 | Auction Cry Out Cost | 11/6/2007 | $165.00 |
| 21483 | 1001569049 | Record foreclosure deed | 11/8/2007 | $50.00 |
| 21485 | 1001139902 | Auction Cry Out Cost | 11/6/2007 | $165.00 |
| 21485 | 1001169902 | Bankruptcy Checkdown | 11/7/2007 | $50.00 |
| 21485 | 1001139902 | Record foreclosure deed | 11/8/2007 | $50.00 |
| 21486 | 1001727954 | Auction Cry Out Cost | 11/6/2007 | $165.00 |
| 21486 | 1001727954 | Bankruptcy Checkdown | 11/7/2007 | $50.00 |
| 21486 | 1001727954 | Record foreclosure deed | 11/8/2007 | $50.00 |
| 21487 | 1001237762 | Auction Cry Out Cost | 11/6/2007 | $165.00 |
| 21487 | 1001237762 | Bankruptcy Checkdown | 11/7/2007 | $50.00 |
| 21487 | 1001237762 | Record foreclosure deed | 11/8/2007 | $50.00 |
| 21488 | 1001685798 | Auction Cry Out Cost | 11/6/2007 | $165.00 |
| 21488 | 1001685798 | Bankruptcy Checkdown | 11/7/2007 | $50.00 |
| 21488 | 1001685798 | Record foreclosure deed | 11/8/2007 | $50.00 |
| 21489 | 1001182844 | Auction Cry Out Cost | 11/6/2007 | $165.00 |
| 21489 | 1001182844 | Bankruptcy Checkdown | 11/7/2007 | $50.00 |
| 21489 | 1001182844 | Record foreclosure deed | 11/8/2007 | $50.00 |
| 21490 | 1001085260 | Auction Cry Out Cost | 11/6/2007 | $165.00 |
| 21490 | 1001085260 | Bankruptcy Checkdown | 11/7/2007 | $50.00 |
| 21490 | 1001085260 | Record foreclosure deed | 11/8/2007 | $50.00 |
| 21491 | 1001368698 | Auction Cry Out Cost | 11/6/2007 | $165.00 |
| 21491 | 1001368698 | Bankruptcy Checkdown | 11/7/2007 | $50.00 |
| 21491 | 1001368698 | Record foreclosure deed | 11/8/2007 | $50.00 |
| 21492 | 1001252986 | Auction Cry Out Cost | 11/6/2007 | $165.00 |
| 21492 | 1001252986 | Bankruptcy Checkdown | 11/7/2007 | $50.00 |
| 21492 | 1001252986 | Record foreclosure deed | 11/8/2007 | $50.00 |
| 21493 | 1001020898 | Auction Cry Out Cost | 11/6/2007 | $165.00 |
| 21493 | 1001020898 | Bankruptcy Checkdown | 11/7/2007 | $50.00 |
| 21493 | 1001020898 | Record foreclosure deed | 11/8/2007 | $50.00 |
| 21494 | 1001105332 | Auction Cry Out Cost | 11/6/2007 | $165.00 |
| 21494 | 1001105332 | Bankruptcy Checkdown | 11/7/2007 | $50.00 |
| 21494 | 1001105332 | Record foreclosure deed | 11/8/2007 | $50.00 |
| 21495 | 1000773304 | Auction Cry Out Cost | 11/6/2007 | $165.00 |
| 21495 | 1000773304 | Bankruptcy Checkdown | 11/7/2007 | $50.00 |
| 21495 | 1000773304 | Record foreclosure deed | 11/8/2007 | $50.00 |
| 21496 | 1001084498 | Auction Cry Out Cost | 11/6/2007 | $165.00 |
| 21496 | 1001084498 | Bankruptcy Checkdown | 11/7/2007 | $50.00 |
| 21496 | 1001084498 | Record foreclosure deed | 11/8/2007 | $50.00 |
| 21497 | 1001121426 | Auction Cry Out Cost | 11/6/2007 | $165.00 |
| 21497 | 1001121426 | Bankruptcy Checkdown | 11/7/2007 | $50.00 |
| 21497 | 1001121426 | Record foreclosure deed | 11/8/2007 | $50.00 |
| 21299 | 1001226894 | Auction Cry Out Cost | 11/6/2007 | $165.00 |
| 21299 | 1001226894 | Bankruptcy Checkdown | 11/7/2007 | $50.00 |
| 21299 | 1001226894 | Record foreclosure deed | 11/8/2007 | $50.00 |
| 21499 | 1001221777 | Auction Cry Out Cost | 11/6/2007 | $165.00 |
| 21499 | 1001221777 | Bankruptcy Checkdown | 11/7/2007 | $50.00 |
| 21499 | 1001221777 | Record foreclosure deed | 11/8/2007 | $50.00 |
| 21500 | 1001113566 | Auction Cry Out Cost | 11/6/2007 | $165.00 |
| 21500 | 1001113566 | Bankruptcy Checkdown | 11/7/2007 | $50.00 |
| 21500 | 1001113566 | Record foreclosure deed | 11/8/2007 | $50.00 |
| 21878 | 1000806856 | Title Exam | 11/16/2007 | $400.00 |
| 21878 | 1000806856 | Bankruptcy Checkdown | 11/16/2007 | $50.00 |

| | | | | |
|---|---|---|---|---|
| 21878 | 1000806856 | Certified mail | 11/19/2007 | $10.76 |
| 21879 | 1001485438 | Updated Title Report | 11/12/2007 | $200.00 |
| 21879 | 1001485438 | Certified mail | 11/19/2007 | $5.38 |
| 21880 | 1001229320 | Title Exam | 11/2/2007 | $400.00 |
| 21880 | 1001229320 | Bankruptcy Checkdown | 11/2/2007 | $50.00 |
| 21880 | 1001229320 | Certified mail | 11/2/2007 | $5.38 |
| 21880 | 1001229320 | Publication | 11/8/2007 | $320.00 |
| 21881 | 1000647978 | Title Exam | 11/12/2007 | $400.00 |
| 21881 | 1000647978 | Bankruptcy Checkdown | 11/12/2007 | $50.00 |
| 21881 | 1000647978 | Certified mail | 11/20/2007 | $10.76 |
| 21882 | 1001566715 | Title Exam | 11/12/2007 | $400.00 |
| 21882 | 1001566715 | Certified mail | 11/15/2007 | $10.76 |
| 21883 | 1001027460 | Certified mail | 11/21/2007 | $5.38 |
| 21884 | 1001616184 | Certified mail | 11/20/2007 | $10.76 |
| 21885 | 1001486430 | Title Exam | 11/2/2007 | $400.00 |
| 21885 | 1001486430 | Bankruptcy Checkdown | 11/2/2007 | $50.00 |
| 21885 | 1001486430 | Certified mail | 11/2/2007 | $5.38 |
| 21885 | 1001486430 | Publication | 11/8/2007 | $320.00 |
| 21886 | 1000984600 | Certified mail | 11/21/2007 | $10.76 |
| 21887 | 1001142413 | Title Exam | 11/2/2007 | $400.00 |
| 21887 | 1001142413 | Bankruptcy Checkdown | 11/2/2007 | $50.00 |
| 21887 | 1001142413 | Certified mail | 11/2/2007 | $5.38 |
| 21887 | 1001142413 | Publication | 11/8/2007 | $320.00 |
| 21888 | 1001562017 | Title Exam | 11/12/2007 | $400.00 |
| 21888 | 1001562017 | Bankruptcy Checkdown | 11/12/2007 | $50.00 |
| 21888 | 1001562017 | Certified mail | 11/21/2007 | $10.76 |
| 21889 | 1001563597 | Title Exam | 11/12/2007 | $400.00 |
| 21889 | 1001563597 | Certified mail | 11/20/2007 | $10.76 |
| 21890 | 1001563279 | Title Exam | 11/12/2007 | $400.00 |
| 21890 | 1001563279 | Certified mail | 11/21/2007 | $10.76 |
| 21891 | 1001563654 | Title Exam | 11/12/2007 | $400.00 |
| 21891 | 1001563654 | Certified mail | 11/20/2007 | $10.76 |
| 21892 | 1001618724 | Title Exam | 11/21/2007 | $400.00 |
| 21892 | 1001618724 | Bankruptcy Checkdown | 11/21/2007 | $50.00 |
| 21892 | 1001618724 | Certified mail | 11/21/2007 | $10.76 |
| 21893 | 1001187063 | Certified mail | 11/21/2007 | $5.38 |
| 21894 | 1001101911 | Certified mail | 11/21/2007 | $10.76 |
| 21895 | 1001208601 | Title Exam | 11/15/2007 | $400.00 |
| 21895 | 1001208601 | Bankruptcy Checkdown | 11/15/2007 | $50.00 |
| 21895 | 1001208601 | Certified mail | 11/20/2007 | $10.76 |
| 21896 | 1001653538 | Title Exam | 11/14/2007 | $400.00 |
| 21896 | 1001653538 | Bankruptcy Checkdown | 11/14/2007 | $50.00 |
| 21896 | 1001653538 | Certified mail | 11/20/2007 | $10.76 |
| 21897 | 1001350978 | Title Exam | 11/12/2007 | $400.00 |
| 21897 | 1001350978 | Bankruptcy Checkdown | 11/12/2007 | $50.00 |
| 21897 | 1001350978 | Certified mail | 11/12/2007 | $10.76 |
| 21898 | 1000616178 | Title Exam | 11/12/2007 | $400.00 |
| 21898 | 1000616178 | Bankruptcy Checkdown | 11/12/2007 | $50.00 |
| 21898 | 1000616178 | Certified mail | 11/12/2007 | $10.76 |
| 21899 | 1001387454 | Title Exam | 11/15/2007 | $400.00 |
| 21899 | 1001387454 | Bankruptcy Checkdown | 11/15/2007 | $50.00 |

| | | | | |
|---|---|---|---|---|
| 21899 | 1001387454 | Certified mail | 11/21/2007 | $10.76 |
| 21900 | 1000894866 | Title Exam | 11/12/2007 | $400.00 |
| 21900 | 1000894866 | Certified mail | 11/20/2007 | $10.76 |
| 21901 | 1000894755 | Title Exam | 11/12/2007 | $400.00 |
| 21901 | 1000894755 | Certified mail | 11/20/2007 | $10.76 |
| 21902 | 1000893890 | Title Exam | 11/12/2007 | $400.00 |
| 21902 | 1000893890 | Certified mail | 11/20/2007 | $10.76 |
| 21903 | 1000893860 | Title Exam | 11/12/2007 | $400.00 |
| 21903 | 1000893860 | Certified mail | 11/20/2007 | $10.76 |
| 21904 | 1000894942 | Title Exam | 11/12/2007 | $400.00 |
| 21904 | 1000894942 | Certified mail | 11/20/2007 | $10.76 |
| 21905 | 1000893923 | Title Exam | 11/12/2007 | $400.00 |
| 21905 | 1000893923 | Certified mail | 11/20/2007 | $10.76 |
| 21906 | 1000941548 | Title Exam | 11/12/2007 | $400.00 |
| 21906 | 1000941548 | Certified mail | 11/20/2007 | $10.76 |
| 21907 | 1000894150 | Title Exam | 11/12/2007 | $400.00 |
| 21907 | 1000894150 | Certified mail | 11/20/2007 | $10.76 |
| 21908 | 1000893818 | Title Exam | 11/12/2007 | $400.00 |
| 21908 | 1000893818 | Certified mail | 11/20/2007 | $10.76 |
| 21909 | 1000894916 | Title Exam | 11/12/2007 | $400.00 |
| 21909 | 1000894916 | Certified mail | 11/20/2007 | $10.76 |
| 21910 | 1000927877 | Updated Title Report | 11/12/2007 | $200.00 |
| 21910 | 1000927877 | Certified mail | 11/20/2007 | $10.76 |
| 21911 | 1000894972 | Title Exam | 11/29/2007 | $400.00 |
| 21912 | 1000893549 | Title Exam | 11/29/2007 | $400.00 |
| 21913 | 1000893952 | Title Exam | 11/2/2007 | $400.00 |
| 21913 | 1000893952 | Certified mail | 11/9/2007 | $10.76 |
| 21914 | 1000894760 | Title Exam | 11/5/2007 | $400.00 |
| 21915 | 1000894120 | Title Exam | 11/5/2007 | $400.00 |
| 21916 | 1000893785 | Title Exam | 11/9/2007 | $400.00 |
| 21916 | 1000893785 | Certified mail | 11/9/2007 | $10.76 |
| 21917 | 1000894744 | Title Exam | 11/9/2007 | $400.00 |
| 21917 | 1000894744 | Certified mail | 11/9/2007 | $10.76 |
| 21918 | 1001770440 | Title Exam | 11/15/2007 | $400.00 |
| 21918 | 1001770440 | Bankruptcy Checkdown | 11/15/2007 | $50.00 |
| 21918 | 1001770440 | Certified mail | 11/21/2007 | $10.76 |
| 21919 | 1000846525 | Title Exam | 11/2/2007 | $400.00 |
| 21919 | 1000846525 | Bankruptcy Checkdown | 11/2/2007 | $50.00 |
| 21919 | 1000846525 | Certified mail | 11/21/2007 | $10.76 |
| 21921 | 1001541353 | Title Exam | 11/15/2007 | $400.00 |
| 21921 | 1001541353 | Bankruptcy Checkdown | 11/15/2007 | $50.00 |
| 21921 | 1001541353 | Certified mail | 11/20/2007 | $10.76 |
| 21922 | 1001640532 | Title Exam | 11/2/2007 | $400.00 |
| 21922 | 1001640532 | Bankruptcy Checkdown | 11/2/2007 | $50.00 |
| 21922 | 1001640532 | Certified mail | 11/27/2007 | $5.38 |
| 21923 | 1001789647 | Title Exam | 11/15/2007 | $400.00 |
| 21923 | 1001789647 | Bankruptcy Checkdown | 11/15/2007 | $50.00 |
| 21923 | 1001789647 | Certified mail | 11/27/2007 | $5.38 |
| 21924 | 1000749183 | Title Exam | 11/2/2007 | $400.00 |
| 21924 | 1000749183 | Bankruptcy Checkdown | 11/2/2007 | $50.00 |
| 21924 | 1000749183 | Certified mail | 11/27/2007 | $5.38 |
| 21925 | 1001081626 | Title Exam | 11/29/2007 | $400.00 |

| Invoice No. | Loan No. | Description | Date | Amount |
|---|---|---|---|---|
| 21925 | 1001081626 | Certified mail | 11/29/2007 | $10.76 |
| 21926 | 1000904617 | Title Exam | 11/12/2007 | $400.00 |
| 21926 | 1000904617 | Bankruptcy Checkdown | 11/12/2007 | $50.00 |
| 21926 | 1000904617 | Certified mail | 11/20/2007 | $10.76 |
| 21927 | 1001744455 | Title Exam | 11/9/2007 | $400.00 |
| 21927 | 1001744455 | Bankruptcy Checkdown | 11/9/2007 | $50.00 |
| 21927 | 1001744455 | Certified mail | 11/20/2007 | $10.76 |
| 21928 | 1001839673 | Title Exam | 11/15/2007 | $400.00 |
| 21928 | 1001839673 | Bankruptcy Checkdown | 11/15/2007 | $50.00 |
| 21928 | 1001839673 | Certified mail | 11/15/2007 | $5.38 |
| 21929 | 1001249052 | Title Exam | 11/12/2007 | $400.00 |
| 21929 | 1001249052 | Bankruptcy Checkdown | 11/12/2007 | $50.00 |
| 21929 | 1001249052 | Certified mail | 11/12/2007 | $5.38 |
| 21930 | 1001026858 | Title Exam | 11/15/2007 | $400.00 |
| 21930 | 1001026858 | Bankruptcy Checkdown | 11/15/2007 | $50.00 |
| 21930 | 1001026858 | Certified mail | 11/29/2007 | $10.76 |

**Total Foreclosure Costs**     **$52,585.54**

## NOVEMBER BANKRUPTCY FEES

| Invoice No. | Loan No. | Description of Services | Date | Amount |
|---|---|---|---|---|
| 21670 | 1001279176 | Motion for Relief | 11/14/2007 | $550.00 |
| 21671 | 1001278596 | Motion for Relief | 11/14/2007 | $550.00 |
| 21672 | 1000993672 | Motion for Relief | 11/14/2007 | $550.00 |
| 21276 | 1001303068 | Motion for Relief | 11/2/2007 | $550.00 |

**Total Bankruptcy Fees**     **$2,200.00**

## NOVEMBER BANKRUPTCY COSTS

| Invoice No. | Loan No. | Description of Services | Date | Amount |
|---|---|---|---|---|
| 21670 | 1001279176 | Filing fee | 11/14/2007 | $150.00 |
| 21671 | 1001278596 | Filing fee | 11/14/2007 | $150.00 |
| 21672 | 1000993672 | Filing fee | 11/14/2007 | $150.00 |
| 21276 | 1001303068 | Filing fee | 11/2/2007 | $150.00 |

**Total Bankruptcy Costs**     **$600.00**

**NOVEMBER TOTAL FEES AND COSTS**     **$77,545.54**