IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x   Chapter 11
In re:                                                             :
                                                                   :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :
a Delaware corporation, et al.,                                    :   Jointly Administered
                                                                   :
     Debtors.                                                      :   Objection Deadline:
                                                                   :   Hearing Date: N/A
------------------------------------------------------------------ x

**THIRD MONTHLY APPLICATION OF T.D. SERVICE CO. AS FORECLOSURE SERVICE PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD 01-01-2008 THROUGH 01-31-2008**

| | |
|---|---|
| Name of Applicant: | **T.D. Service Co.** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **Effective as of August 6, 2007** |
| Period for which compensation and reimbursement is sought: | **01--01-2008 through 01-31-2008** |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | **$730,710.88** |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | **$633,954.24** |
| This is an: __X__ interim ___ final application | |

Fees for this application are all flat fee billings for Arizona only pursuant to contract with one of the Debtors. The fee for California and Nevada are computed by the statutory allowable based on the principal unpaid balance. This application includes no fee component in connection with the preparation of Fee Applications.

**PRIOR APPLICATIONS:**

|  |  | Requested |  | Approved |  |
| --- | --- | --- | --- | --- | --- |
| Date Filed / Docket No | through | Fees | Expenses | Fees | Expenses |
| 02-08-08 | 11-01-07 through 11-30-07 | $42,100.00 | $65,456.27 |  |  |
| 02-08-08 | 12-01-07 through 12-31-07 | $263,923.02 | $214,509.18 |  |  |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $730,710.88 |
| TOTALS | N/A | $730,710.88 |

## INTERIM EXPENSES

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Foreclosure Related Expenses | | $633,954.24 |

## VERIFICATION OF FEE APPLICATION

STATE OF CALIFORNIA   )
                     )   SS: Tax ID # 95-2305895
COUNTY OF ORANGE     )

T.D. Service Co., a California Corporation does hereby state:

1. I am a Vice President of the corporation.

2. I have personally performed many of the trustee services rendered by the corporation as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the personnel employed by the corporation

3. The services and expenses were performed and incurred within the month subject to the foregoing Application.

4. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

*Patricia A. Randall*
**[Name]**

SWORN TO AND SUBSCRIBED before me this 13 day of February, 2008.

_____
Notary Public

CHERYL L. MONDRAGON
COMM. # 1747807
NOTARY PUBLIC CALIFORNIA
ORANGE COUNTY
My comm. expires May 28, 2011