IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------ x<br>In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>                                    Debtors.<br>------------------------------------------------ x | : Chapter 11<br>:<br>: Case No. 07-11047 (CSS)<br>:<br>: Objection Deadline: March 6, 2008 at 4:00 p.m.<br>: Hearing Date: March 13, 2008 at 10:00 a.m.<br>:<br>:<br>: |

## **NOTICE OF MOTION**

Bank of America, N.A., as Administrative Agent, in the above-captioned case ("Administrative Agent") has filed the attached **MOTION OF BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, FOR RELIEF FROM AUTOMATIC STAY, PURSUANT TO 11 U.S.C. § 362(d), ALLOWING THE ADMINISTRATIVE AGENT TO EXERCISE ITS RIGHTS AS SECURED CREDITOR** (the "Motion").

HEARING ON THE MOTION WILL BE HELD ON **March 13, 2008, at 10 a.m. (ET)** before the Honorable Christopher S. Sontchi, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

You are required to file a response (and the supporting documentation required under Local Rule 4001-1(d)) to the attached motion at least five business days before the above hearing date.

At the same time, you must also serve a copy of the response upon the Administrative Agent's undersigned counsel so as to be received on or before the objection deadline.

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

   IF YOU FAIL TO RESPOND ON OR BEFORE THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: February 22, 2007

          POTTER ANDERSON & CORROON LLP

          By: /s/ Laurie Selber Silverstein
          Laurie Selber Silverstein (#2396)
          Gabriel R. MacConaill (#4734)
          Hercules Plaza, 6th Floor
          1313 North Market Street
          Wilmington, Delaware 19801
          Telephone: (302) 984-6000
          Facsimile: (302) 658-1192

            -and-

          KAYE SCHOLER LLP
          Margot B. Schonholtz
          Mark F. Liscio
          Scott D. Talmadge
          425 Park Avenue
          New York, NY 10022

          *Counsel for Bank of America, N.A. as*
          *Administrative Agent under that certain*
          *Second Amended and Restated Credit*
          *Agreement, dated as of August 10, 2006*

PA&C-850293