## CERTIFICATE OF SERVICE

I, Laurie Selber Silverstein, hereby certify that I am not less than 18 years of age and that on this 22nd day of February, 2008, I caused a true and correct copy of the within **Notice of Deposition of the Debtors Pursuant to Rule 30(b)(6)** to be served on the following parties in the manner indicated below:

**VIA HAND DELIVERY**
Pauline K. Morgan, Esquire
M. Blake Cleary, Esquire
Sean Beach, Esquire
Matthew B. Lunn, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Under penalty of perjury, I declare that the forgoing is true and correct.

_Laurie Selber Silverstein_
Laurie Selber Silverstein

Pac#850415