IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | ) ) | Case Nos. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) ) ) | |

## NOTICE OF SERVICE

I, Laurie Selber Silverstein, hereby certify that on this 22nd day of February, 2008, I caused to be served a copy of the **First Set Of Interrogatories And Requests For Production Of Documents Of Bank Of America, N.A., As Administrative Agent, Directed To The Debtors In Connection With The Motion Of Bank Of America, N.A., As Administrative Agent, For Relief From Automatic Stay, Pursuant To 11 U.S.C. § 362(D), Allowing The Administrative Agent To Exercise Its Rights As A Secured Creditor** by causing a true and correct copy thereof to be delivered to the following party in the manner indicated.

**VIA HAND DELIVERY**
Pauline K. Morgan, Esquire
M. Blake Cleary, Esquire
Sean Beach, Esquire
Matthew B. Lunn, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Dated: February 22, 2008

**POTTER ANDERSON & CORROON LLP**

By: /s/ Laurie Selber Silverstein
Laurie Selber Silverstein (No. 2396)
Gabriel R. MacConaill (No. 4734)
P. O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19899
(302) 984-6000

- and -

KAYE SCHOLER LLP
Margot B. Schonholtz
Myron Kirschbaum
Scott D. Talmadge
425 Park Avenue
New York, NY 10022

*Counsel for Bank of America, N.A. as Administrative Agent under that certain Second Amended and Restated Credit Agreement, dated as of August 10, 2006*

Pac#850417