## CERTIFICATE OF SERVICE

I, Laurie Selber Silverstein, hereby certify that I am not less than 18 years of age and that on this 22nd day of February, 2008, I caused a true and correct copy of the within **Notice of Service** to be served on the following party in the manner indicated below:

**VIA HAND DELIVERY**
James L. Patton, Jr.
Robert S. Brady, Esq.
Pauline K. Morgan, Esq.
Sean Beach, Esq.
Donald J. Bowman, Jr.
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Under penalty of perjury, I declare that the forgoing is true and correct.

_____
Laurie Selber Silverstein

Pac#836873