IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x
In re:                                                        :  Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                               :
                                                              :  Jointly Administered
     Debtors.                                                 :
                                                              :  Objection Deadline: February 27, 2008 at 12:00 p.m. (ET)
                                                              :  Hearing Date:  February 28, 2008 at 11:00 a.m. (ET)
------------------------------------------------------------- x
```

## NOTICE OF MOTION

TO:   (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE COMMITTEE; (III) COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR THE LENDERS UNDER THAT CERTAIN SECOND AMENDED AND RESTATED CREDIT AGREEMENT DATED AUGUST 10, 2006; (IV) THE DEBTORS' POSTPETITION LENDER; (VI) THE SECURITIES AND EXCHANGE COMMISSION; (VII) COUNSEL TO INDYMAC; AND (VIII) ALL PARTIES ENTITLED TO NOTICE UNDER DEL. BANKR. LR 2002-1 (b)

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") have filed the Debtors' Motion for Order (A) Modifying Letter Agreement with Indymac Bank, F.S.B.; (B) Modifying Order, Pursuant to Sections 105(a), 363, 365 and 554 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment Located Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related Relief; and (III) Authorizing the Debtors to Rejection Certain Unexpired Leases of Non-Residential Real Property and to Abandon Certain Furniture, Fixtures, and Equipment Located Therein (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections to the Application must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **12:00 p.m. (ET) on February 27, 2008**. At the same time, you must also serve a copy of the objection upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THIS MATTER WILL BE HELD ON **FEBRUARY 28, 2008 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM #6, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE

COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
February 22, 2008

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                */s/*

                James L. Patton, Jr. (No. 2202)
                Pauline K. Morgan (No. 3650)
                Matthew B. Lunn (No. 4119)
                Robert F. Poppiti, Jr. (No. 5052)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253
                Counsel for Debtors and Debtors in Possession