IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :    Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :    Jointly Administered
        Debtors.                                                       :
                                                                       :    Ref. No. 2913
---------------------------------------------------------------------- x

### CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 2913

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtors' Motion for Order, Pursuant to Sections 105 and 365 of the Bankruptcy Code, Approving the Stipulation by and Between American Home Mortgage Corp. and AHM SPV II, LLC Extending the Deadline to Assume or Reject a Certain Unexpired Property Lease or Nonresidential Real Property (the "Motion") has been received. The Court's docket which was last updated February 25, 2008, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than February 21, 2008 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
February 25, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Donald J. Bowman (No. 4383)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession