IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
Debtors.                                                                 :
                                                                         : Ref. No. 2912
------------------------------------------------------------------------ x

**CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 2912**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtors' Motion for an Order Approving the Assumption of Unexpired Lease Agreements of Nonresidential Real Property with AFP Associates, Ltd. Located at Freeport Office Centers I & II in Irving, Texas (the "Motion") has been received. The Court's docket which was last updated February 25, 2008, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than February 21, 2008 at 4:00 p.m.

DB02:6604224.1                                                                                    066585.1001

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
       February 25, 2008

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/
                James L. Patton, Jr. (No. 2202)
                Joel A. Waite (No. 2925)
                Pauline K. Morgan (No. 3650)
                Sean M. Beach (No. 4070)
                Matthew B. Lunn (No. 4119)
                Kara Hammond Coyle (No. 4410)
                Donald J. Bowman (No. 4383)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                Counsel for Debtors and
                Debtors in Possession