Christopher R. Belmonte (CB-2163)
Pamela Bosswick (PB-5307)
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, New York 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606

Attorneys for Moody's Investors Service
and Moody's Wall Street Analytics, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:                                                         :
                                                               :    Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :    Case No. 07-11047-CSS
a Delaware corporation, et al.,                                :
                                                               :    Jointly Administered
                              Debtors.                         :
---------------------------------------------------------------X

## VERIFIED STATEMENT OF SATTERLEE STEPHENS BURKE & BURKE LLP PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Christopher R. Belmonte, a member of the firm of Satterlee Stephens Burke & Burke LLP ("SSB&B"), attorneys for Moody's Investors Service ("Moody's") and Moody's Wall Street Analytics, Inc. ("MWSA"), as creditors and parties in interest (collectively, the "Claimants"), makes the following statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure:

1. As of the date of this Statement, SSB&B has been retained by the Claimants in connection with these Chapter 11 bankruptcy cases.

2. Information pertinent to these claims and interest, as required by Rule 2019 of the Federal Rules of Bankruptcy Procedure, is as follows:

716974_1

- 2 -

| Name | Address | Nature of Claim or Interest |
|---|---|---|
| Moody's | c/o Jessica Liberman, Esq.<br>Moody's Corporation<br>7 World Trade Center at<br>250 Greenwich Street<br>New York, New York  10007 | Pre-petition general unsecured claim for ratings services (approximately $170,192.00) and pre-petition (approximately $27,102.00) and post-petition administrative claim (approximately $25,798.00) in connection with Moody's Mortgage Metrics License Agreement |
| MWSA | c/o Jessica Liberman, Esq.<br>Moody's Corporation<br>7 World Trade Center at<br>250 Greenwich Street<br>New York, New York  10007 | Pre-petition general unsecured claim (approximately $48,971.18) and post-petition administrative claim (approximately $18,434.10) in connection with License Agreement. |

3. The Claimants reserve the right to supplement or amend this statement at any time in the future.

4. SSB&B does not perceive any actual or potential conflict of interest with respect to the representation of the Claimants in these proceedings.

5. SSB&B does not own, nor has it ever owned, any claim whatsoever against the Debtors in these cases, nor equity securities of the Debtors.

716974_1

Dated: New York, New York
       February 25, 2008

                                      SATTERLEE STEPHENS BURKE & BURKE LLP
                                      Attorneys for Moody's and MWSA

                                      By: _____
                                            Christopher R. Belmonte (CB-2163)
                                      230 Park Avenue
                                      New York, New York 10169
                                      (212) 818-9200