IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :  Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :  Jointly Administered
         Debtors.                                                      :
---------------------------------------------------------------------- x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 28, 2008 AT 11:00 A.M. (ET)

**ADJOURNED/RESOLVED MATTERS**

1. Motion of Vicom Computer Services for Reclamation of Goods Pursuant to 11 U.S.C. section 546(c) or, in the Alternative, for Allowance and Immediate Payment of Administrative Claim Pursuant to 11 U.S.C. section 503(b) [D.I. 1571, 10/16/07]

    Objection Deadline:  November 6, 2007 at 4:00 p.m., extended for the Debtors to February 21, 2008 at 4:00 p.m.

    Objections Filed:   None at this time.

    Status: The parties have reached a consensual resolution of the matter and are in the process of documenting the settlement. The parties will submit a consent order/stipulation to the Court under Certification of Counsel or, if necessary, the Debtors will file an appropriate motion under Fed. R. Bankr. P. 9019. The matter will not be going forward.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2.     CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2515, 12/27/07]

    Objection Deadline:    January 7, 2008 at 4:00 p.m., extended to January 9, 2008 at 12:00 p.m.

    Objections Filed:

        a)    Debtors' Objection to CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2635, 1/9/08]

    Status: This matter will be adjourned by agreement of the parties to March 13, 2008 at 10:00 a.m.

3.     Iron Mountain Information Management, Inc.'s Motion to Compel Payment of Administrative Expenses [D.I. 2465, 12/20/07]

    Objection Deadline:    December 28, 2007 at 4:00 p.m., extended to February 7, 2008 at 4:00 p.m. for the Debtors and the Committee

    Related Document:

        a)    Proposed Form of Order filed by Iron Mountain Information Management, Inc. [D.I. 2502, 12/26/07]

    Objections Filed:

        b)    Informal Response of the Debtors

    Status: This matter will be adjourned by agreement of the parties to March 13, 2008 at 10:00 a.m.

4. Motion of National City Capital Commercial Corporation for Entry of Order Granting Allowance and Payment of Post-Petition Rent as an Administrative Expense Pursuant to 11 U.S.C. § 503(b)(1)(a) [D.I. 2791, 1/25/08]

   Objection Deadline: February 21, 2008 at 4:00 p.m., extended to March 6, 2008 for the Debtors

   Objections Filed: None to date

   Status: This matter will be adjourned by agreement of the parties to March 13, 2008 at 10:00 a.m.

5. Debtors' Emergency Motion to Enforce the Terms of the Letter Agreement and Order, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment Located Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related Relief [D.I. 3006, 2/15/08]

   Objection Deadline: February 25, 2008 at 12:00 p.m.

   Related Document:

   a) Order Shortening the Time for Notice of Debtors' Emergency Motion to Enforce the Terms of the Letter Agreement and Order, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment Located Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related Relief [D.I. 3013, 2/20/08]

   b) Notice of Withdrawal [D.I. 3062, 2/23/08]

   Objections Filed: None

   Status: This matter has been withdrawn as a result of the binding agreement between the parties set forth in the documents identified under Item No. 16 of the agenda and the relief sought thereunder.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

6. Motion of LBA Melville Associates LP for an Order to Allow Certain Administrative Expenses and Compel Payment of Such Administrative Expenses Pursuant to Section 503(a) and (b)(a)(A) and 507(a)(1) of the Bankruptcy Code [D.I. 2627, 1/8/08]

   Objection Deadline:    January 25, 2008 at 4:00 p.m., extended to February 21, 2008 at 4:00 p.m. for the Debtors and the Committee

   Objections Filed:    None

   Related Document:

   a)    Certification of Counsel [D.I. 3072, 2/25/08]

   Status: A Certification of Counsel has been filed. No hearing is required.

7. Seventh Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rule 6006, Authorizing the Debtors to Reject Certain Executory Contracts [D.I. 2841, 1/31/08]

   Objection Deadline:    February 21, 2008 at 4:00 p.m.

   Objections Filed:    None

   Related Document:

   a)    Certificate of No Objection [D.I. 3071, 2/25/08]

   Status: A Certificate of No Objection has been filed. No hearing is required.

8. Debtors' Motion for Order Pursuant to Bankruptcy Rule 9019 and Sections 105 and 362 of the Bankruptcy Code, Approving the Settlement Agreement by and Between the American Home Mortgage Corp. and German and Gloria Pena Resolving Claim Number 8470 and Certain Pending Prepetition Litigation [D.I. 2874, 2/4/08]

   Objection Deadline:    February 21, 2008 at 4:00 p.m.

   Objections Filed:    None

   Related Document:

   a)    Certificate of No Objection [D.I. 3070, 2/25/08]

   Status: A Certificate of No Objection has been filed. No hearing is required.

9.  Debtors' Motion for an Order Approving the Assumption of Unexpired Lease Agreements of Nonresidential Real Property with AFP Associates, Ltd. Located at Freeport Office Centers I & II in Irving, Texas [D.I. 2912, 2/8/08]

    Objection Deadline:   February 21, 2008 at 4:00 p.m.

    Objections Filed:   None

    Related Document:

    a)  Certificate of No Objection [D.I. 3069, 2/25/08]

    Status: A Certificate of No Objection has been filed. No hearing is required.

10. Debtors' Motion for Order, Pursuant to Sections 105 and 365 of the Bankruptcy Code, Approving the Stipulation by and Between American Home Mortgage Corp. and AHM SPV II, LLC Extending the Deadline to Assume or Reject a Certain Unexpired Property Lease or Nonresidential Real Property [D.I. 2913, 2/8/08]

    Objection Deadline:   February 21, 2008 at 4:00 p.m.

    Objections Filed:   None

    Related Document:

    a)  Certificate of No Objection [D.I. 3068, 2/25/08]

    Status: A Certificate of No Objection has been filed. No hearing is required.

**UNCONTESTED MATTERS GOING FORWARD**

11. Motion of LaSalle Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2007-FF1, Mortgage Loan Asset-Backed Certificates, Series 2007-FF1 for Relief from Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4751 Alcea St., New Port Richey, FL 34652 [D.I. 2830, 1/30/08]

    Objection Deadline:   February 21, 2008 at 4:00 p.m.

    Objections/Responses Filed:

    a)  Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2965, 2/13/08]

    Status: This matter will be going forward.

12. Aurora Loan Services' Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) as to 1511 61st Street, Kenosha, WI 53143 [D.I. 2871, 2/2/08]

   Objection Deadline:   February 21, 2008 at 4:00 p.m.

   Objections/Responses Filed:

   a)   Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2965, 2/13/08]

   Status: This matter will be going forward.

13. Motion of Aurora Loan Services, L.L.C. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 9359 Fielding, Detroit, Michigan 48228 [D.I. 2914, 2/8/08]

   Objection Deadline:   February 21, 2008 at 4:00 p.m.

   Objections/Responses Filed:

   a)   Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2965, 2/13/08]

   Status: This matter will be going forward.

14. Motion of Mortgage Electronic Registration Systems, Inc., Solely as Nominee for Lender Countrywide Financial Corporation to Annul the Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 16782 Breaburn, Romulus, MI 48174 [D.I. 2915, 2/8/08]

   Objection Deadline:   February 21, 2008 at 4:00 p.m.

   Objections/Responses Filed:

   a)   Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 2965, 2/13/08]

   Status: This matter will be going forward.

15.     Debtors' Motion Pursuant to Bankruptcy Rule 9019 and Sections 105(a), 363(b)(1) and 503(c)(3) of the Bankruptcy Code and for an Order Approving and Authorizing Third Stipulation Between Certain Debtors and ABN AMRO Bank N.V. Regarding: (1) Post-Petition Advances; (2) Servicing Payments; and (3) Mortgage Loan Refinancings [D.I. 2972, 2/13/08]

    Objection Deadline:   February 25, 2008 at 4:00 p.m., extended for the U.S. Trustee to February 26, 2008 at 10:00 a.m.

    Related Documents:

    a)     Order Shortening the Time for Notice for Debtors' Motion Pursuant to Bankruptcy Rule 9019 and Sections 105(a), 363(b)(1) and 503(c)(3) of the Bankruptcy Code and for an Order Approving and Authorizing Third Stipulation Between Certain Debtors and ABN AMRO Bank N.V. Regarding: (1) Post-Petition Advances; (2) Servicing Payments; and (3) Mortgage Loan Refinancings [D.I. 2979, 2/15/08]

    b)     Declaration of Robert J. Semple in Support of The Debtors' Motion Pursuant to Bankruptcy Rule 9019 and Sections 105(a), 363(b)(1) and 503(c) of the Bankruptcy Code for an Order Approving and Authorizing Third Stipulation Between Certain Debtors and ABN AMRO Bank N.V. Regarding: (1) Post-Petition Advances; (2) Servicing Payments; and (3) Mortgage Loan Refinancings [D.I. 3074, 2/26/08]

    Objections Filed:    None

    Status: The Debtors intend to present a revised order that addresses and resolves an informal objection of the U.S. Trustee. This matter will be going forward.

16.     Debtors' Motion for Order (A) Modifying Letter Agreement with Indymac Bank, F.S.B.; (B) Modifying Order, Pursuant to Sections 105(a), 363, 365 and 554 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment Located Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related Relief; and (III) Authorizing the Debtors to Rejection Certain Unexpired Leases of Non-Residential Real Property and to Abandon Certain Furniture, Fixtures, and Equipment Located Therein [D.I. 3059, 2/22/08]

    Objection Deadline:   February 27, 2008 at 12:00 p.m.

DB02:6578489.1                                                     066585.1001

Related Documents:

a) Order Shortening the Time for Notice of Debtors' Motion for Order (A) Modifying Letter Agreement with Indymac Bank, F.S.B.; (B) Modifying Order, Pursuant to Sections 105(a), 363, 365 and 554 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment Located Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related Relief; and (III) Authorizing the Debtors to Rejection Certain Unexpired Leases of Non-Residential Real Property and to Abandon Certain Furniture, Fixtures, and Equipment Located Therein [D.I. 3063, 2/25/08]

b) Notice of Filing of Executed Asset Purchase Agreement by and Between American Home Mortgage Corp. and American Home Mortgage, Inc. and Indymac Bank, F.S.B., Dated February 23, 2008 [D.I. 3061, 2/23/08]

c) Declaration of Robert J. Semple in Support of The Debtors' Motion Pursuant to Bankruptcy Rule 9019 and Sections 105(a), 363(b)(1) and 503(c) of the Bankruptcy Code for an Order Approving and Authorizing Third Stipulation Between Certain Debtors and ABN AMRO Bank N.V. Regarding: (1) Post-Petition Advances; (2) Servicing Payments; and (3) Mortgage Loan Refinancings [D.I. 3074, 2/26/08]

Objections Filed:    None as of the filing of this Agenda.

Status: This matter will be going forward.

Dated: Wilmington, Delaware
February 26, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

DB02:6578489.1                                                                                              066585.1001