IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-11047-CSS, et seq. |

**CERTIFICATION OF COUNSEL REGARDING MOTION FOR
RELIEF FROM AUTOMATIC STAY UNDER SECTION 362
OF THE BANKRUPTCY CODE WITH RESPECT TO REAL PROPERTY
LOCATED AT 4751 ALCEA ST., NEW PORT RICHEY, FL 34652**
*(relates to Docket No. 2830)*

Maria Aprile Sawczuk, an associate with the law firm of Draper & Goldberg, PLLC, certifies to the Court as follows:

1. On January 30 2008, on behalf of LaSalle Bank National Association, as Trustee for First Franklin Mortgage Loan Trust 2007-FF1, Mortgage Loan Asset-Backed Certificates, Series 2007-FF1, Adam Hiller, an associate with this firm, filed a motion for relief from the automatic stay hereto (the "Motion").

2. American Homes Mortgage Holdings, Inc. and its affiliated debtors in the above-captioned case (the "Debtors"), filed a timely protective response to the Motion (Docket No. 2965) (the "Reservation of Rights") reserving the Debtors' rights but not objecting to the relief requested in the Motion.

3. Except as otherwise provided above, the undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Motion. The undersigned further certifies that she has reviewed the Court's docket in this case and, except as otherwise provided above, no answer, objection or other responsive pleading to the

Motion appears thereon. Pursuant to the notice filed in connection with the Motion, objections to the Motion were to be filed and served no later than February 21, 2008.

4. The undersigned respectfully requests that the order attached hereto as **Exhibit A** be entered at the convenience of the Court.

Dated: February 26, 2008          Respectfully submitted,
       Wilmington, Delaware
                                     DRAPER & GOLDBERG, PLLC

                                     **/s/ Maria Aprile Sawczuk**
                                     Adam Hiller (DE No. 4105)
                                     Maria Aprile Sawczuk (DE No. 3320)
                                     1500 North French Street, 2nd Floor
                                     Wilmington, Delaware 19801
                                     (302) 339-8776 telephone
                                     (302) 213-0043 facsimile