IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AEGIS MORTGAGE CORPORATION,<br><br>Debtor. | Chapter 11<br>Case No. 07-11119-BLS |

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on February 26, 2008, copies of the foregoing Certification of Counsel Regarding Motion of Mortgage Electronic Registration Systems, Inc., Solely as Nominee for Lender Countrywide Financial Corporation to Annul the Automatic Stay Under Section 362 of the Bankruptcy Code With Respect to Real Property Located at 16782 Breaburn, Romulus, MI 48174 were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.


Dated: February 26, 2008　　　　　　　　　　/s/ **Maria Aprile Sawczuk**
　　　　Wilmington, Delaware　　　　　　　Adam Hiller (DE No. 4105)
　　　　　　　　　　　　　　　　　　　　　Maria Aprile Sawczuk (De No. 3320)
　　　　　　　　　　　　　　　　　　　　　Draper & Goldberg, PLLC
　　　　　　　　　　　　　　　　　　　　　1500 North French Street, 2nd Floor
　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　(302) 339-8776 telephone
　　　　　　　　　　　　　　　　　　　　　(302) 213-0043 facsimile

| | |
|---|---|
| Aegis Mortgage Corporation<br>3250 Briarpark<br>Suite 400<br>Houston, TX 77042 | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899 |
| Laura Davis Jones, Esquire<br>James E. O'Neill, Esquire<br>Curtis A. Hehn, Esquire<br>Timothy P. Cairns, Esquire<br>Pachulski Stang Ziehl Young Jones<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19801 | Richard S. Cobb, Esquire<br>Kerri K. Mumford, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>PO Box 2087<br>Wilmington, DE  19899 |
| David M. Bertenthal, Esquire<br>Joshua M. Fried, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>150 California Street, 15th Floor<br>San Francisco, CA  94111-4500 | |