# EXHIBIT A

**Stipulation**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :  Jointly Administered
                    Debtors.                                     :
                                                                 :  Ref Docket Nos.: 1905 & 2168
---------------------------------------------------------------- x

### STIPULATION BY AND BETWEEN AMERICAN HOME MORTGAGE CORP. AND AHM SPV II, LLC EXTENDING THE DEADLINE TO ASSUME OR REJECT A CERTAIN UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE

American Home Mortgage Corp. ("AHM Corp."), one of the above captioned debtors and debtors-in-possession (collectively, the "Debtors"), and AHM SPV II, LLC ("AHM SPV" together with AHM Corp., the "Parties"), pursuant to section 365(d)(4) of title 11 of the United States Code (the "Bankruptcy Code") hereby stipulate (the "Stipulation") as follows:

### RECITALS

WHEREAS, on August 6, 2007 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

WHEREAS, the Debtors continue to operate their business and manage their affairs as debtors in possession pursuant to section 1107 and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:6508907.2                                                                                    066585.1001

WHEREAS, AHM SPV is a limited liability company non-debtor entity wholly owned by American Home Mortgage, Corp., one of the Debtors ("AHM Corp."). Pursuant to a certain Lease Agreement between Suffolk County Industrial Development Agency ("IDA") and AHM SPV, dated November 1, 2003, IDA leases certain real property located at 538 Broadhollow Road, Melville, New York (the "Broadhollow Property") to AHM SPV for a period ending on January 31, 2015.

WHEREAS, AHM SPV and AHM Corp., are parties to a certain Agreement of Lease Between AHM SPV and AHM Corp., dated November 24, 2003 (the "Sublease Agreement"), pursuant to which, AHM SPV subleases the Broadhollow Property to AHM Corp for a period through November 30, 2018. The Broadhollow Property serves as the headquarters of AHM Corp.

WHEREAS, on November 8, 2007, the Debtors filed the Debtor's Motion for Order Extending the Deadline Pursuant to Section 365(d)(4) to Assume or Reject Unexpired Leases of Nonresidential Real Property (the "Extension Motion") [D.I. 1905] which sought to extend the deadline to assume or reject certain leases including, but not limited to, the Sublease Agreement, to March 3, 2008 (the "Current Deadline").

WHEREAS, on November 26, 2007, the Court entered the order (the "Extension Order") [D.I. 2168] granting the relief requested in the Extension Motion and setting the Current Deadline.

WHEREAS, section 365(d)(4)(B)(ii) of the Bankruptcy Code provides that if the court grants an extension under subsection (i), the court may grant a subsequent extension only upon the prior written consent of the lessor.

NOW THEREFORE, the Parties hereby stipulate and agree, pursuant to section 365(d)(4) of the Bankruptcy Code, as follows:

1. AHM SPV, as the landlord to the Broadhollow Property, agrees and consents to the extension of the Current Deadline to assume or reject the Sublease Agreement under section 365(d)(4)(B)(ii) of the Bankruptcy Code through and including the earlier of (i) the effective date of a chapter 11 plan for AHM Corp. or (ii) forty-five (45) days after conversion of the bankruptcy case of AHM Corp. to chapter 7.

2. This Stipulation is intended by the Parties to be binding upon their successors, agents and assigns, including bankruptcy trustees and estate representatives and any parent, subsidiary and affiliated entity of each party.

3. This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute but one and the same document.

4. This Stipulation shall be governed by and construed in accordance with the internal laws of the State of Delaware without reference to its conflicts of laws rules, and the Parties hereto consent to the exclusive jurisdiction of the Bankruptcy Court for all matters concerning this Stipulation to the fullest extent that the Bankruptcy Court has jurisdiction under 28 U.S.C. §1334.

5. This Stipulation is subject to Bankruptcy Court approval.

6. The Court shall retain jurisdiction to interpret, enforce, and resolve any disputes arising under or related to this Stipulation. Any motion or application brought before the Court to resolve any dispute arising under or related to this Stipulation shall be brought on

proper notice in accordance with the relevant Federal Rules of Bankruptcy Procedure and the Local Rules of the Court.

7. This Stipulation shall constitute the entire agreement between the parties with respect to the subject matter hereof and shall supersede any previous negotiations, commitments, writings, orders or judgments with respect to such subject matter and no provision of this Stipulation may be changed except by a written instrument executed by the parties hereto.

8. The person who executes this Stipulation by or on behalf of each respective party represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation on behalf of such party

9. It is acknowledged that each party has participated in and jointly consented to the drafting of this Stipulation and that any claimed ambiguity shall not be construed for or against either party on account of such drafting.

Dated: February 5, 2008　　American Home Mortgage Corp.
Wilmington, Delaware

_____
Alan B. Horn
Executive Vice President and General Counsel
538 Broadhollow Road
Melville, New York 11747

Dated: February 5, 2008　　AHM SPV11, LLC
Wilmington, Delaware

_____
Alan B. Horn
Executive Vice President and General Counsel
538 Broadhollow Road
Melville, New York 11747

4

DB02:6508907.2　　　　　　　　　　　　　　　　　　　　　　　　　　　　　066585.1001