# EXHIBIT A

## Real Property Leases

Leases:          Office Building Lease, dated as of January 31, 2005, by and among AFP Associates, Ltd., as landlord, American Home Mortgage Servicing, Inc., as tenant, and American Home Mortgage Investment Corp., as guarantor

Commencement Date Agreement, dated as of March 7, 2005, by and between AFP Associates, Ltd., as landlord, and American Home Mortgage Servicing, Inc., as tenant

First Amendment to Lease, dated as of September 18, 2006, by and among AFP Associates, Ltd., as landlord, American Home Mortgage Servicing, Inc., as tenant, and American Home Mortgage Investment Corp., as guarantor

Leased Premises:    Freeport Office Center II, 4600 Regent Blvd, Irving, TX 75063
Freeport Office Center I, 4650 Regent Blvd, Irving, TX 75063

Landlord:        AFP Associates, Ltd. c/o West World Management, Inc.
4 Manhattanville Road
Purchase, New York 10577