## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------  x
In re:                                          :   Chapter 11
                                                :
AMERICAN HOME MORTGAGE                          :   Case No. 07-11047 (CSS)
HOLDINGS, INC.,                                 :
a Delaware corporation, et al., [1]             :   Jointly Administered
                                                :
        Debtors.                                :
                                                :   Ref. Docket No.:  2874
-------------------------------------------------------------  x
```

### ORDER, PURSUANT TO BANKRUPTCY RULE 9019 AND SECTIONS 105 AND 362 OF THE BANKRUPTCY CODE, APPROVING THE SETTLEMENT AGREEMENT BY AND BETWEEN THE DEBTOR AND GERMAN AND GLORIA PENA RESOLVING CLAIM NUMBER 8470 AND CERTAIN PENDING PREPETITION LITIGATION

Upon consideration of the motion (the "Motion")[2] of the debtors and debtors-in-

possession in the above-captioned cases (collectively, the "Debtors") for entry of an order,

pursuant to sections 105(a) and 362 of title 11 of the United States Code (the "Bankruptcy

Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),

approving the settlement agreement (the "Settlement Agreement") by and between the Debtors

and German and Gloria Pena (the "Claimants" or the "Plaintiffs") resolving claim number 8470

("Claim 8470") filed by the Claimants and certain prepetition litigation; and it appearing that the

Settlement Agreement and the relief requested in the Motion is in the best interests of the

Debtors, their creditors and their estates; and it appearing that the Court has jurisdiction to

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Complainte 200, Irving, Texas 75063.

[2]  Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

consider the Motion and the relief requested therein; and due notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED that, pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, the Motion is granted and the Settlement Agreement is approved; and it is further

ORDERED, that in accordance with the Settlement Agreement, Claim 8470 shall be deemed disallowed upon the Effective Date (as defined in the Settlement Agreement); and it is further

ORDERED that, the automatic stay pursuant to section 362 of the Bankruptcy Code shall be lifted for the sole and limited purpose of effectuating the Settlement Agreement; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Date:   Wilmington, Delaware
        February __26__, 2008

Christopher S. Sontchi
United States Bankruptcy Judge