# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]  :
                                                    : Jointly Administered
Debtors.                                            :
                                                    : Ref. Docket No. 2627
------------------------------------------------------------- x

## ORDER APPROVING STIPULATION RESOLVING LBA MELVILLE ASSOCIATES LP'S MOTION FOR AN ORDER TO ALLOW CERTAIN ADMINISTRATIVE EXPENSES AND COMPEL PAYMENT OF SUCH ADMINISTRATIVE EXPENSES PURSUANT TO SECTIONS 503(a) AND (b)(1)(A) OF THE BANKRUPTCY CODE

Upon consideration of the Stipulation Resolving LBA Melville Associates LP's Motion for an Order to Allow Certain Administrative Expenses and Compel Payment of Such Administrative Expenses Pursuant to Sections 503(a) and (b)(1)(A) of the Bankruptcy Code (the "Stipulation"), a copy of which is attached hereto as Exhibit A; and after due deliberation and sufficient cause appearing therefor; it is hereby:

ORDERED that the Stipulation is approved; and it is further

ORDERED that the above-captioned debtors and debtors-in-possession and LBA Melville Associates LP are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holdings"); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the Stipulation and the implementation or interpretation of this Order.

Dated: February 26, 2008
Wilmington, Delaware

*/s/ Christopher S. Sontchi*
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge