## EXHIBIT A

### Executory Contracts to be Rejected

| DESCRIPTION OF CONTRACT | COUNTERPARTY TO CONTRACT | EFFECTIVE DATE OF REJECTION |
|---|---|---|
| Mortgage Metrics License Agreement, dated as of June 27, 2006<br><br>(intellectual property license agreement) | Moody's Investors Service, Inc.<br>99 Church Street<br>New York, NY 10007 | January 31, 2008 |
| License Agreement, dated as of December 22, 2005<br><br>(intellectual property license agreement) | Moody's Wall Street Analytics, Inc.<br>395 Oyster Point Boulevard, Suite 215<br>South San Francisco, CA 94080 | January 31, 2008 |