IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------- x
In re:                                                      :    Chapter 11
                                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                             :
                                                            :    Jointly Administered
         Debtors.                                           :
---------------------------------------------------------- x
```

### AFFIDAVIT OF MAILING

```
STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )
```

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 1, 2007, I caused to be served true and correct copies of the "Notice of Motion" dated November 1, 2007 to which was attached the "Debtors' Motion to Extend the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rules of bankruptcy Procedure 9006 and 9027" November 1, 2007, enclosed securely in separate postage pre-paid envelopes, by first class mail to those parties listed on Exhibit A.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Angharad Bowdler

Sworn to before me this

6th day of November, 2007

Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

T:\Clients\AHM\Affidavits\Removal Actions Mtn_aff 11-1-07.doc

# EXHIBIT A

## AMERICAN HOME MORTGAGE HOLDINGS, INC
### SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 3RD FINANCIAL SERVICE CORP. | LAW OFFICES OF EDWARD GARFINKEL,110 WILLIAM STREET, NEW YORK, NY 10038 |
| AAA MORTGAGE TEAM | 27464 COMMERCE CENTER DRIVE, SUITE B,, TEMECULA, CA 92590 |
| ALLIED HOME MORTGAGE CAPITAL CORP. | 6110 PINEMONT DRIVE,, HOUSTON, TX 77092 |
| ALLSTATE HOME LOANS | 5 CORPORATE PARK, SUITE 100,, IRVINE, CA 92606 |
| AME FINANCIAL CORP. | 4036 WEATHERBURN WAY,, NORCROSS, GA 30092 |
| AMERICAN PACIFIC MORTGAGE CORP | 3000 LAVA RIDGE COURT, 200,, ROSEVILLE, CA 95661 |
| AMERICAN SECURITY INSURANCE COMPANY V. | FLORIDA INSURANCE DEPOT, INC., ET A,BROWARD COUNTY, FLORIDA,8181 WEST BROWARD BLVD, SUITE 300, PLANTATION, FL 33324 |
| AURORA MORTGAGE, LLC | LAW OFFICES OF SIDDHARTH G DUBAL,225 WEST 34TH STREET, SUITE 1303, NEW YORK, NY 10122 |
| AVILA V. DUTRA, AMERICAN HOME MORTGAGE CORP, | ET AL,9960 BIRD RD, MIAMI, FL 33165 |
| BATTAILLE VS. AHMSI | BAUER AND BOOKWALTER, CO. LPA,202 EAST CENTRAL AVENUE, MIAMISBURG, OH 45342 |
| BEACON FINANCIAL MORTGAGE BANKERS | 8726 NW 26TH STREET #24,, DORAL, FL 33172 |
| BEARD ET AL. V. AMERICAN HOME | MORTGAGE CORP. ET AL.,14406 OLD MILL ROAD, UPPER MARLBORO, NJ 20772 |
| BELLETTIERI, FONTE, & LAUDONIO, ET AL | 25 WEST RED OAK LANE,, WHITE PLAINS, NY 10604 |
| BERGIN FINANCIAL, INC. D/B/A PERFECT MORTGAGE, INC | PLAINTIFF V. DELSEAN LITTLEJOHN, , ANDREA WOLF,& AMERICAN HOME MORTGAGE CORPORATION,32000 NORTHWESTERN HWY, SUITE 240, FARMINGTON HILLS, MI 48334 |
| BERGIN FINANCIAL, INC. D/B/A PERFECT MORTGAGE, INC | 32000 NORTHWESTERN HWY, SUITE 240,, FARMINGTON HILLS, MI 48334 |
| BISHOP V. AMERICAN HOME MORTGAGE CORP. | LAW OFFICES OF CHRISTOPHER L. COOK,41040 N. RTE 85, ANTIOCH, IL 60002 |
| BOLING 2007CA-1992B | 5120 FULTON STREET NW,, WASHINGTON, DC 20016 |
| BOMBA VS. AMERICAN HOME MORTGAGE CORP. | BROOKLYN LEGAL SERVICES CORP B,105 COURT STREET, BROOKLYN, NY 11201 |
| BOOTH 06-AC-0014828 | 2253 LARBROOK DRIVE,, FLORISSANT, MO 63031 |
| BOSTIC V. AMERICAN HOME MORTGAGE SERVICING | 403 SECOND LOOP ROAD, PO BOX 13057,, FLORENCE, SC 29504 |
| BURGE 07-AC-014705 | 303 JAMBOREE DRIVE,, BALLWIN, MO 63021 |
| BUSER V. AMERICAN HOME MORTGAGE CORP. 29617-06W, | KANSAS HUMAN RIGHTS COMMISSION,LANDEN SATE OFFICE BUILDING, 5TH FLOOR,900 SW JACKSON, SUITE 5685, TOPEKA, KS 66612 |
| BYRNS VS. AMERICAN HOME MORTGAGE CORP. | DISTRICT COURT, CO, DENVER COUNTY, 07CV1974,8362 GREENWOOD DRIVE, NIWOT, CO 80503 |
| CHOI PENDING | 1492 BISHOP PLACE,, RIVERSIDE, CA 92506 |
| CHOPP VS. AMERICAN HOME MORTGAGE CORP | 10 TINDALL RD,, MIDDLETOWN, NJ 07748 |
| CONSUMER MORTGAGE SERVICES, INC. | 437 MADISON AVENUE,, NEW YORK, NY 10022 |
| COURTYARD FINANCIAL, INC. | 11 WEST 42ND STREET, SUITE 900,, NEW YORK, NY |
| COURTYARD FINANCIAL, INC. | 11 WEST 42ND STREET, SUITE 900,, NEW YORK, NY |
| COWLEY 07CVD1921 | 8 HOUSTON RIDGE ROAD,, DURHAM, NC 27713 |
| CRYSTAL A. NURSE V. AMERICAN HOME MORTGAGE 1011395 | REGIONAL DIRECTOR,STATE OF NY EXECUTIVE DIVISION OF HUMAN RIGHTS,55 HANSON PLACE, ROOM 900, BROOKLYN, NY 11217 |
| CUNNINGHAM 06-CI-05448 | 3004 CADDIS LANE,, LEXINGTON, KY 40511 |
| DICKINSON V. A.E. ELECTRIC, ET AL./84 LUMBER | V. AMERICAN HOME MORTGAGE CORP.,MASON, SCHILLING & MASON, CO, LPA,11340 MONTGOMERY ROAD, SUITE 210, CINCINATTI, OH 45249 |
| DONALD SUMPTER V. AMERICAN HOME MORTGAGE | EEOC, CHARLOTTE DISTRICT OFFICE-430,129 W. TRADE STREET, SUITE 400, CHARLOTTE, NC 28202 |
| DUFFY 64406 | 81 STEVENS OAK LANE,, BREWSTER, NY 10509 |
| EDNA BARR V. AMERICAN HOME MORTGAGE | 2600 EL CAMINO REAL, SUITE 506,, PALO ALTO, CA 94306 |
| EDWARD ABRAM, JR., NAJLA WAHEED, RICHARD ZEMEL, AN | ROSALYN CEASAR, INDIVIDUALLY, ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,ON BEHALF OF THE GENERAL PUBLIC V. AMERICAN HOME MORTGAGE INVESTMENT,NICHOLS, KASTER & ANDERSON, LLP,ONE EMBARCADERO CENTER, SUITE 720, SAN FRANCISCO, CA 94111 |
| EGAN | 410 MERION DRIVE,, NEWTOWN, PA 18940 |

## AMERICAN HOME MORTGAGE HOLDINGS, INC

### SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ELIE MAMIEH V. AMERICAN HOME MORTGAGE | NY STATE DIVISION OF HUMAN RIGHTS,NY DISTRICT OFFICE-520,33 WHITEHALL STREET, 5TH FLOOR, NEW YORK, NY 10004 |
| EQUITY MORTGAGE CORP | 33 W. ROOSEVELT ROAD,, LOMBARD, IL 60148 |
| FAWCETT 06CV05456 | 500 COURTHOUSE PLAZA SW,10 NORTH LUDLOW STREET, DAYTON, OH 45402 |
| FIRST CAPITAL MORTGAGE CORP. VS. UNION FEDERAL BAN | 208 S. LASALLE, SUITE 1200,, CHICAGO, IL 60604 |
| FITZPATRICK | 3192 AMELIA DRIVE,, MOHEGAN LAKE, NY 10547 |
| GASPARD VS. STATE FARM | 718 DUNBAR AVE,, BAY ST. LOUIS, MS 39520 |
| GEMELLI SCC-49405 | 839 MAIN STREET, #19,, TORRINGTON, CT 06790 |
| GENERAL START NATIONAL INSURANCE VS | . AMERICAN HOME MORTGAGE,ACCEPTANCE, INC.,1000 HART ROAD, BARRINGTON, IL 60010 |
| GILES V. AMERICAN HOME MORTGAGE CORP. 05-004118, | US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,CHICAGO DISTRICT OFFICE,500 W. MADISON STREET, SUITE 2800, CHICAGO, IL 60661 |
| GINNONA | WALFISH & NOONAN, LLC,528 DEKALB STREET, NORRISTOWN, PA 19401 |
| GONZALEZ | 54 PUTNAM PARK ROAD,, BETHEL, CT 06801 |
| GUERTIN VS. GARDNER, AMERICAN HOME MORTGAGE CORP., | 304 HAMPTON PARK, PO BOX 1317,, CAMDEN, SC 29020 |
| GUTIERREZ V. VELAZQUEZ, AMERICAN HOME MORTGAGE | SERVICING, INC. NO.,9500 S DADELAND BLVD, MIAMI, FL 33156 |
| GWEN DEUTSCH, PLAINTIFF V. AMERICAN HOME MORTGAGE, | INVESTMENT CORP., DEFENDANT. 2:06-CV-2234,500 BI-COUNTY BLVD., SUITE 112N, FARMINGDALE, NY 11735 |
| HAAG V. AMERICAN HOME MORTGAGE CORP. | 103 BLUEGRASS COMMONS BLVD,, HENDERSONVILLE, TN 37075 |
| HARRIS 07CV00358 | 21801 LAKESHORE BLVD,, EUCLID, OH 44123 |
| HARRIS AND AGUNLOYE V. AMERICAN HOME MORTGAGE CORP | SUPREME COURT APPELLATE DIVISION, 2ND DEPT.,, |
| HATCHETT VS. AMERICAN HOME MORTGAGE CORP.,ET AL., | LEGAL ASSISTANCE FOUNDATION OF MERTROPOLITAN CHICAGO,111 W. JACKSON STREET, SUITE 300, CHICAGO, IL 60604 |
| HEMMENDINGER | 9806 SINGLETON DRIVE,, BETHESDA, MD 20817 |
| HENSLEY VS. AMERICAN HOME MORTGAGE ACCEPTANCE, INC | LA SUPERIOR COURT, CA BC364574,1925 CENTURY PARK EAST, SUITE 2120, LOS ANGELES, CA 90067 |
| HOLLIDAY 07-SC-979 | 2315 DAKOTA RIDGE,, JOHNSBURG, IL 60050 |
| HUGHES V. AMERICAN HOME MORTGAGE CORP. | HALL, SICKLES, FREI, KATTENBURG & MIMS,12120 SUNSET HILLS ROAD, SUITE 150, RESTON, VA 20190 |
| HULME | 125 FLANDERS ROAD,, WOODBURY, CT 06798 |
| HUNT 07-627 | 6624 FISHER AVENUE,, FALLS CHURCH, VA 22046 |
| ISHOO | 15 PAULDING AVENUE,, TARRYTOWN, NY 10591 |
| JOHN DRAKOS V. AMERICAN HOME MORTGAGE HOLDINGS | ONE HUNTINGTON QUADRANGLE, SUITE 2512,, MELVILLE, NY 11747 |
| KASHAN VS. AMERICAN HOME MORTGAGE CORP | 1711 STOCKTON HILL ROAD, #180,, KINGMAN, AZ 86401 |
| KATWAROO 23307-2007 | 95-18 133RD STREET,, RICHMOND HILL, NY 11419 |
| KIRK V. AMERICAN HOME MORTGAGE CORP. 2:06-CV02603, | MORGAN KEEGAN TOWER, 50 N. FRONT STREET, SUITE 1075,, MEMPHIS, TN 38103 |
| KOLIC | 9435 REAVIS BARRACKS,, ST. LOUIS, MO 63123 |
| LAKELAND REGIONAL MORTGAGE CORP | 4310 SOUTH FLORIDA AVENUE,, LAKELAND, FL 33813 |
| LANDMARK V. AMERICAN HOME MORTGAGE CORP., | KATHY MCCRACKEN AND JANICE CHESNUT 3:06-CV-116-JTC,CHILIVIS, COCHRAN, LARKINS & BEVER, LLP,3127 MAPLE DRIVE, NE, ATLANTA, GA 30305 |
| LEONARD 8432-2007 | 460 WATER MILL TOWD ROAD,, SOUTHAMPTON, NY 11968 |
| LINDSAY 06-6089-CO | 10153 E. AVONDALE CIRCLE,, SUPERIOR TOWNSHIP, MI 48198 |
| LOANOLOGY | 488 EAST 6400 SOUTH, SUITE 125,, SALT LAKE CITY, UT 84107 |
| LOPEZ ET AL VX. AMERICAN HOME MORTGAGE CORP. | BERGKVIST, BERGKVIST AND CARTER,400 OCEANGATE, SUITE 800, LONG BEACH, CA 90802 |
| MARCHESE | 43 STRATFORD ROAD,, EAST BRUNSWICK, NJ 08816 |

## AMERICAN HOME MORTGAGE HOLDINGS, INC

### SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| MARTINEZ | SCHIADATO & CABALLERO, 12070 TELEGRAPH ROAD, SUITE 103, SANTA FE SPRINGS, CA 90670 |
| MATTHEWS | 2931 W 99TH STREET,, EVERGREEN PARK, IL 60805 |
| MCISSAC 101217-06 | 604 B TYSENS LANE,, STATEN ISLAND, NY 10306 |
| MCPHILLIPS | 3483 SOUTH RYAN DRIVE,, MIDLAND, MI 48642 |
| MET AMERICA MORTGAGE BANKERS, INC. | 405 LEXINGTON AVENUE,, NEW YORK, NY 10174 |
| MICHAEL BAUER & NOREEN BAUER V. AMERICAN HOME MORT | FEERICK, LYNCH, MACCARTHY, PLLC, 96 SOUTH BROADWAY, PO BOX 612, SOUTH NYACK, NY 10960 |
| MIZER CORP. | ONE TECHNOLOGY DRIVE, SUITE J729,, IRVINE, CA 92618 |
| MJR EQUITY CORP | 1 SCHWAB ROAD, SUITE 6,, MELVILLE, NY 11747 |
| MONAGHAN V. AMERICAN HOME MORTGAGE 511-2007-02477, | PO BOX 320901,, TAMPA, FL 33679 |
| MORACE V. AMERICAN HOME MORTGAGE | INVESTMENT CORP, 5 SPLIT ROCK DRIVE, CHERRY HILL, NJ 08003 |
| MORTGAGE PROCESS CENTER | 7921 KINGSWOOD DRIVE, SUITE A3,, CITRUS HEIGHTS, CA 95670 |
| MOSLEY VS. AMERICAN HOME MORTGAGE ACCEPTANCE, INC. | 15008 WOODLAWN AVENUE, 1ST FLOOR,, DOLTON, IL 60419 |
| MULLIGAN 07-0102 | 25 STONE BRIDGE WAY,, HOPE VALLEY, RI 02832 |
| NEALAND 07-SC-313 | 254 TOLEND ROAD,, DOVER, NH 03820 |
| NELSON | 29901 MANHATTEN STREET,, ST. CLAIR SHORES, MI 48081 |
| NEW YORK ATTORNEY GENERAL INVESTIGATION | (HOMEGATE; AMERICAN HOME MORTGAGE CORP.), 120 BROADWAY, NEW YORK, NY 10721 |
| NEWBY VS. AMERICAN HOME MORTGAGE CORP. | 80 WALL STREET, SUITE 912-914,, NEW YORK, NY 10005 |
| NEWCOM 07-01-CC0012 | 5889 SANDALWOOD DRIVE,, CARMEL, IN 46033 |
| NFM, INC | 505 PROGRESS DRIVE,, LINTHICUM, MD 21090 |
| NOONE | 17820 BUEHLER ROAD,, OLNEY, MD 20832 |
| OMEGA FINANCIAL SERVICES, INC | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP, 88 PINE STREET, 24TH FLOOR, NEW YORK, NY 10005 |
| ORRIS 0711-CV050807 | 509 CHATHAM DRIVE,, O'FALLON, MI 63366 |
| ORTIZ VS. WATERFIELD FINANCIAL CORP. | 14607 SAN PEDRO SUITE 125,, SAN ANTONIO, TX 78232 |
| OVADY | 8 CEDAR LANE,, BOW, NH 03304 |
| PACIFIC MUTUAL FUNDING, INC | 3020 SATURN STREET, 100,, BREA, CA 92821 |
| PAMELA MORGAN | 2199 NORTH MARSH DRIVE,, MT PLEASANT, SC 29466 |
| PANTOJA VS. AMERICAN HOME MORTGAGE CORP. | LAW OFFICES OF SANDRA H. CASTRO, INC., 611 NORTH EUCLID AVENUE, ONTARIO, CA 91762 |
| PATRICK MANLEY, FREYA DENITTO, SHAWN O'NEIL, | CHRISTIAN KOHL, & THOMAS MARINOVICH, 9 PARADIES LANE, NEW PATLZ, NY 12561 |
| Q LENDING | 2600 DOUGLAS ROAD, SUITE 700,, CORAL GABLES, FL 33134 |
| QUINTANILLA | 18621 SMOKE HOUSE COURT,, GERMANTOWN, MD 20874 |
| RAPP 07CV5000996S | 166B PLAINS ROAD,, WINDHAM, CT 06280 |
| RAWADY | 41 GOULD AVENUE,, FAIRFIELD, CT 06824 |
| ROBB EVANS, ASH ZAVERY, SHAWN TIZABI, | IAN CARNOCHAN, JOHN F. CADY, DANZ & GERBER, 13418 VENTURA BLVD, SHERMAN OAKS, CA 92415 |
| ROBERT SMITH 0689CV0366 | 6 MACARTHUR BLVD,, BOURNE, MA 02532 |
| ROEHRICK LAW FIRM VS. AMERICAN HOME MORTGAGE CORP. | DISTRICT COURT, POLK COUNTY, IA CL105147, 6600 WESTOWN PKWY, SUITE 260, WEST DES MOINES, IA 50266 |
| ROTH VS. WATERFIELD FINANCIAL | CORPORATION, 5600 MONROE STREET, BUILDING B, SUITE 202, SYLVANIA, OH 43560 |
| ROYAL MORTGAGE | HICKEY, CIANCIOLO, FISHMAN, & FINN, 333 WEST FORT STREET, SUITE 1800, DETROIT, MI 48226 |
| RSP REALTY 07-A-3112-1 | 15 SOUTH PUBLIC SQUARE,, CARTERSVILLE, GA 30120 |
| RUPERT 897-06 | 1901 EDNOR ROAD,, SILVER SPRING, MD 20905 |
| SADIK SHABAJ V. AMERICAN HOME MORTGAGE | EEOC - NY DISTRICT OFFICE - 520, 33 WHITEHALL STREET, 5TH FLOOR, NEW YORK, NY 10004 |

## AMERICAN HOME MORTGAGE HOLDINGS, INC

### SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SANDRA SPIKES DAVIS AND ANDRE DAVIS V. AVALON BETT | AMERICAN HOME MORTGAGE CORP.ET AL.,20 N CLARK STREET, CHICAGO, IL 60602 |
| SHIMIZU VS. AMERICAN HOME MORTGAGE CORP | 3655 TORRANCE BLVD, SUITE 240,, TORRANCE, CA 90503 |
| SHINELL VS. AMERICAN HOME MORTGAGE ACCEPTANCE, INC | HELFREY, SIMON & JONES, PC,120 S. CENTRAL AVEUE, SUITE 1500, ST. LOUIS, MO 63105 |
| SICILIO 06-CP-40-3245 | 304 MALLET HILL ROAD,, COLUMBIA, SC 29223 |
| SIMONE NICOLE - NEW V. HOMEGATE SETTLMENT | SVCS. 520-2007-03038  NY STATE DIVISION OF,HUMAN RIGHTS, NY DISTRICT OFFICE-520,33 WHITEHALL STREET, 5TH FLOOR, NEW YORK, NY 10004 |
| SIRMANS | 10316 NW 25TH PLACE,, GAINESVILLE, FL 32606 |
| SOUTHEAST MORTGAGE OF GEORGIA | 3496 CLUB DRIVE,, LAWRENECVILLE, GA 30044 |
| SYKES | 1021 E. MEYERS,, HAZEL PARK, MI 48030 |
| TERI SMITH 06-CP-40-2997 | ELLIS, LAWHORNE & SIMS, PA,PO BOX 2285, COLUMBIA, SC 29202 |
| THE NEW YORK MORTGAGE CORP | 1301 AVENUE OF THE AMERICAS, 7TH FLOOR,, NEW YORK, NY 10019 |
| TODD MORGAN | 2199 NORTH MARSH DRIVE,, MT PLEASANT, SC 29466 |
| TRAN VS. AMERICAN HOME MORTGAGE ACCEPTANCE, | LAW OFFICES OF JAN E. SLOTNICK, P.C.,7980 ANN ARBOR STREET, DEXTER, MI 48130 |
| TRUST AMERICA MORTGAGE INC | 6309 CORPORATE COURT, SUITE 100,, FORT MEYERS, FL 33919 |
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE V. ALEXS | ALEXSANDRA ARKUSZEWSKI V. U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE --,THIRD PARTY COMPLAINT: ARKUSZEWSKI VS. BAXTER AND,AMERICAN HOME MORTGAGE CORP.,5300 S. SHORE DRIVE, CHICAGO, IL 60615 |
| VOIT, ET AL; STONEX V. HAHN; STONEX V. HAHN, | AMERICAN HOME MORTGAGE,505 FIFT AVENUE, SUITE 729, DES MOINE, IA 50309 |
| WESCH VS. AMERICAN HOME MORTGAGE CORP. | 215 MORRIS AVENUE,, SPRING LAKE, NJ 07762 |
| WILCOX 07-CC-0426 | PO BOX 1343, 506 STATE STREET,, NEW ALBANY, IN 47151 |
| WOODARD V. AMERICAN HOME MORTGAGE | INVESTMENT CORP,10400 CONNECTICUT AVENUE #405, KENSINGTON, MD 20895 |
| YEO V. AMERICAN HOME MORTGAGE SERVICING, INC. | PO BOX 31443,, CHARLESTON, SC 29417 |
| ZELTNER VS. AMERICAN HOME MORTGAGE CORP., | ET AL. COURT OF COMMON PLEAS, WOOD COUNTY, OH 06CV220,LEGAL EQUALITY, RICHARD ALSTON,520 MADISON AVENUE, SUITE 740, TOLEDO, OH 46304 |
| ZINGARIELLO PENDING | 135 THAXTER ROAD,, PORTSMOUTH, NH 03801 |

**Total Creditor Count 135**