IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------------------ x | | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | |
| a Delaware corporation, et al., [1] | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: March 17, 2008 at 4:00 p.m. |
| ------------------------------------------------------------------------ x | | Hearing Date: N/A |

## NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the
Official Committee of Unsecured Creditors

    The **Second Monthly Application of the Law Offices Cohn, Goldberg &
Deutsch, LLC as Foreclosure Service Provider for the Debtors and Debtors-in-Possession
for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim
Period December 1, 2007 through December 31, 2007** (the "Application") has been filed with
the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of
$31,600 and interim expenses in the amount of $51,212.37.

        Objections to the Application, if any, are required to be filed on or before **March
17, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States
Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington,
Delaware 19801.

        At the same time, you must also serve a copy of the response so as to be received
by the following at or before the Objection Deadline: (i) American Home Mortgage Holdings,
Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel);
(ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391,
Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii)
Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and
Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon); (viii) The Law Offices of Alan Weinreb, PLLC, Weinrub & Associates, PLLC, 6800 Jericho Turnpike, Suite 207W, Syosset, NY 11791, (Attn: Alan Weinreb).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
       February 26, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Margaret B. Whiteman (No. 4652)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ---------------------------------------------------------------------- x | | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | |
| a Delaware corporation, et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: |
| | : | Hearing Date:  N/A |
| ---------------------------------------------------------------------- x | | |

**SECOND MONTHLY APPLICATION OF
COHN, GOLDBERG & DEUTSCH, LLC AS FORECLOSURE SERVICE PROVIDER
FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007**

Name of Applicant:                                            **Cohn, Goldberg & Deutsch, LLC**

Authorized to Provide Professional Services to:              **Debtors and Debtors-in-Possession**

Date of Retention:                                           **Effective as of August 6, 2007**

Period for which compensation and
reimbursement is sought:                                     **December 1, 2007 through December 31, 2007**

Amount of Interim Compensation sought as
actual, reasonable and necessary:                            **$31,600.00**

Amount of Interim Expense Reimbursement sought
as actual, reasonable and necessary:                         **$51,212.37**

This is an:  __X__ interim  ____ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors. This application includes no fee component in connection with the preparation of Fee Applications.

064657.1001

Prior applications: November 2007

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fee | Expenses | Fees | Expenses |
| 01/24/08 2785 | 11/01/07-11/30/07 | 42,750.00.00 | 72,561.86 | 34,200.00 | 72,561.86 |

064657.1001

### INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work<br><br>Bankruptcy-related work | N/A (All Flat Fee Work) | $31,300.00<br><br>$300.00 |
| TOTALS | N/A | $31,600.00 |

### INTERIM EXPENSES

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
|  |  | 51,212.37 |

064657.1001

## VERIFICATION OF FEE APPLICATION

STATE OF MARYLAND    )

                         SS:

COUNTY OF BALTIMORE )

          STEPHEN N. GOLDBERG, after being duly sworn according to law, deposes and says:

         1.     I am a MEMBER in the applicant firm (the "Firm") and have been admitted to the bar of the State of MARYLAND since JANUARY 14, 1972, and the DISTRICT OF COLUMBIA since JANUARY 25, 1979.

         2.     I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

         3.     The services and expenses were performed and incurred within the month subject to the foregoing Application.

         4.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                              STEPHEN N. GOLDBERG

SWORN TO AND SUBSCRIBED
before me this 22nd day of February, 2008.

Notary Public

DB02:6342604.1

066585.1001

**DECEMBER FEES**

| INVOICE NO. | LOAN NO. | DESCRIPTION OF SERVICES | DATE | AMOUNT |
|---|---|---|---|---|
| 140489 | 5048106 | FC ATTORNEY FEES | 12/01/07 | 800.00 |
| 140560 | 1001249727 | FC ATTORNEY FEES | 12/04/07 | 800.00 |
| 140561 | 1001108389 | FC ATTORNEY FEES | 12/04/07 | 800.00 |
| 140694 | 1001646176 | PROOF OF CLAIM | 12/05/07 | 150.00 |
| 140695 | 1001120599 | FC ATTORNEY FEES | 12/04/07 | 800.00 |
| 140696 | 1001185503 | FC ATTORNEY FEES | 12/04/07 | 800.00 |
| 140655 | 1001095786 | FC ATTORNEY FEES | 12/04/07 | 800.00 |
| 140656 | 1001372072 | FC ATTORNEY FEES | 12/06/07 | 800.00 |
| 140973 | 1000692477 | PETITION FOR SURPLUS | 12/28/07 | 200.00 |
| 140887 | 1001159393 | TITLE REFORMATION | 12/13/07 | 175.00 |
| 140737 | 1001484604 | FC ATTORNEY FEES | 12/06/07 | 200.00 |
| 140714 | 1001091301 | FC ATTORNEY FEES | 12/06/07 | 200.00 |
| 140847 | 1001106842 | FC ATTORNEY FEES | 12/11/07 | 800.00 |
| 140715 | 1001205030 | FC ATTORNEY FEES | 12/05/07 | 800.00 |
| 140717 | 1001157020 | FC ATTORNEY FEES | 12/06/07 | 200.00 |
| 140739 | 1001188149 | FC ATTORNEY FEES | 12/05/07 | 800.00 |
| 140740 | 1001688811 | FC ATTORNEY FEES | 12/07/07 | 800.00 |
| 140792 | 1001331825 | FC ATTORNEY FEES | 12/11/07 | 800.00 |
| 140794 | 1001695385 | FC ATTORNEY FEES | 12/11/07 | 800.00 |
| 140941 | 1001160816 | FC ATTORNEY FEES | 12/18/07 | 800.00 |
| 140956 | 1001602973 | FC ATTORNEY FEES | 12/18/07 | 800.00 |
| 140974 | 1001225151 | FC ATTORNEY FEES | 12/19/07 | 800.00 |
| 141002 | 842086 | FC ATTORNEY FEES | 12/19/07 | 800.00 |
| 141019 | 1000978003 | FC ATTORNEY FEES | 12/05/07 | 800.00 |
| 141020 | 1001074732 | FC ATTORNEY FEES | 12/05/07 | 800.00 |
| 141020 | 1001074732 | TITLE REFORMATION | 12/11/07 | 175.00 |
| 141021 | 1000740171 | FC ATTORNEY FEES | 12/18/07 | 800.00 |
| 141082 | 1000961065 | PROOF OF CLAIM | 12/28/07 | 150.00 |
| 140885 | 1001103113 | FC ATTORNEY FEES | 12/12/07 | 800.00 |
| 140886 | 1000853782 | FC ATTORNEY FEES | 12/13/07 | 800.00 |
| 140915 | 1000913394 | FC ATTORNEY FEES | 12/14/07 | 800.00 |
| 140915 | 1000913394 | TITLE REFORMATION | 12/07/07 | 175.00 |
| 141063 | 1000852334 | FC ATTORNEY FEES | 12/20/07 | 800.00 |
| 140821 | 1001425272 | MONITOR SENIOR LIEN | 12/26/07 | 350.00 |
| 141097 | 1001024613 | FC ATTORNEY FEES | 12/20/07 | 800.00 |
| 141098 | 1001762515 | FC ATTORNEY FEES | 12/11/07 | 800.00 |
| 141099 | 1000676869 | FC ATTORNEY FEES | 12/31/07 | 800.00 |
| 141099 | 1000676869 | TITLE REFORMATION | 12/26/07 | 175.00 |
| 141100 | 1001168703 | FC ATTORNEY FEES | 12/31/07 | 800.00 |
| 141101 | 1001331825 | FC ATTORNEY FEES | 12/28/07 | 800.00 |
| 141137 | 1001332947 | FC ATTORNEY FEES | 12/04/07 | 800.00 |
| 141138 | 1001280462 | FC ATTORNEY FEES | 12/04/07 | 800.00 |
| 141182 | 1001103113 | FC ATTORNEY FEES | 12/28/07 | 600.00 |
| 141183 | 1001184819 | FC ATTORNEY FEES | 12/18/07 | 600.00 |
| 141184 | 1001161329 | FC ATTORNEY FEES | 12/18/07 | 600.00 |
| 141184 | 1001161329 | TITLE REFORMATION | 12/06/07 | 175.00 |
| 141226 | 1001187521 | TITLE REFORMATION | 12/15/07 | 175.00 |
| 141258 | 1000876840 | DEMAND LETTER | 12/02/07 | 150.00 |

| 141485 | 1001685454 | TITLE REFORMATION | 12/11/08 | 175.00 |
| 141583 | 1001022267 | TITLE REFORMATION | 12/28/07 | 175.00 |
| 141584 | 1001244929 | BREACH LETTER | 12/02/07 | 150.00 |
| 141584 | 1001244929 | TITLE REFORMATION | 12/13/07 | 175.00 |
| 141625 | 1000766632 | TITLE REFORMATION | 12/28/07 | 175.00 |
| 141626 | 1001295221 | TITLE REFORMATION | 12/19/07 | 175.00 |
| 141985 | 1001289253 | BREACH LETTER | 12/11/07 | 150.00 |
| 142033 | 1001446908 | TITLE REFORMATION | 12/18/07 | 175.00 |
| 142032 | 1000896658 | BREACH LETTER | 12/01/07 | 150.00 |
| 142308 | 1001211777 | FC ATTORNEY FEES | 12/22/07 | 800.00 |
| 142311 | 1001445125 | BREACH LETTER | 12/02/07 | 50.00 |

31600.00

## DECEMBER COSTS

| INVOICE NO. | LOAN NO. | DESCRIPTION OF SERVICES | DATE | AMOUNT |
|---|---|---|---|---|
| 138743 | 1000877826 | AUDITOR | 12/10/07 | 400.00 |
| 140489 | 5048106 | DISMISSAL FILING COST | 12/11/07 | 15.00 |
| 140489 | 5048106 | AUCTIONEER COST | 12/11/07 | 125.00 |
| 140560 | 100124972 | AUCTIONEER COST | 12/04/07 | 125.00 |
| 140560 | 1001249727 | PRE-SALE ADVERTISING | 12/04/07 | 315.00 |
| 140561 | 1001108389 | AUCTIONEER COST | 12/04/07 | 125.00 |
| 140561 | 1001108389 | PRE-SALE ADVERTISING | 12/04/07 | 717.60 |
| 140695 | 1001120599 | AUCTIONEER COST | 12/04/07 | 140.00 |
| 140695 | 1001120599 | PRE-SALE ADVERTISING | 12/04/07 | 315.00 |
| 140696 | 1001185503 | AUCTIONEER COST | 12/04/07 | 140.00 |
| 140696 | 1001185503 | PRE-SALE ADVERTISING | 12/04/07 | 315.00 |
| 140655 | 1001095786 | DISMISSAL FILING COST | 12/04/07 | 15.00 |
| 140655 | 1001095786 | AUCTIONEER COST | 12/04/07 | 140.00 |
| 140655 | 1001095786 | PRE-SALE ADVERTISING | 12/04/07 | 315.00 |
| 140656 | 1001372072 | TAX CERTIFICATE | 12/06/07 | 15.00 |
| 140656 | 1001372072 | AUCTIONEER COST | 12/06/07 | 300.00 |
| 140656 | 1001372072 | PRE-SALE ADVERTISING | 12/06/07 | 977.20 |
| 141063 | 1000852334 | AUCTIONEER COST | 12/20/07 | 125.00 |
| 141063 | 1000852334 | PRE-SALE ADVERTISING | 12/20/07 | 945.00 |
| 141063 | 1000852334 | BOND PREMIUM | 12/06/07 | 93.75 |
| 141063 | 1000852334 | TITLE UPDATE | 12/10/07 | 50.00 |
| 141063 | 1000852334 | CERTIFIED NOTICES | 12/07/07 | 53.20 |
| 140886 | 1000853782 | AUCTIONEER COST | 12/13/07 | 140.00 |
| 140886 | 1000853782 | PRE-SALE ADVERTISING | 12/13/07 | 945.00 |
| 140885 | 1001103113 | AUCTIONEER COST | 12/12/07 | 300.00 |
| 140885 | 1001103113 | PRE-SALE ADVERTISING | 12/12/07 | 959.75 |
| 140885 | 1001103113 | TITLE UPDATE | 12/03/07 | 50.00 |
| 140885 | 1001103113 | CERTIFIED NOTICES | 12/01/07 | 43.95 |
| 141021 | 1000740171 | AUCTIONEER COST | 12/18/07 | 140.00 |
| 141021 | 1000740171 | PRE-SALE ADVERTISING | 12/18/07 | 315.00 |
| 141021 | 1000740171 | TITLE UPDATE | 12/05/07 | 62.00 |

| | | | | |
|---|---|---|---|---|
| 141020 | 1001074732 | AUCTIONEER COST | 12/05/07 | 140.00 |
| 141020 | 1001074732 | PRE-SALE ADVERTISING | 12/05/07 | 513.24 |
| 141020 | 1001074732 | NISI POST SALE ADV | 12/27/07 | 300.00 |
| 141020 | 1001074732 | TITLE UPDATE | 12/05/07 | 89.00 |
| 141019 | 1000978003 | AUCTIONEER COST | 12/05/07 | 140.00 |
| 141019 | 1000978003 | PRE-SALE ADVERTISING | 12/05/07 | 513.24 |
| 141019 | 1000978003 | TITLE UPDATE | 12/05/07 | 89.00 |
| 141002 | 842086 | DISMISSAL FILING COST | 12/19/07 | 15.00 |
| 141002 | 842086 | AUCTIONEER COST | 12/19/07 | 140.00 |
| 141002 | 842086 | PRE-SALE ADVERTISING | 12/19/07 | 876.00 |
| 141002 | 842086 | BOND PREMIUM | 12/04/07 | 93.75 |
| 141002 | 842086 | TITLE UPDATE | 12/11/07 | 35.00 |
| 141002 | 842086 | CERTIFIED NOTICES | 12/04/07 | 66.50 |
| 140974 | 1001225151 | AUCTIONEER COST | 12/19/07 | 140.00 |
| 140974 | 1001225151 | PRE-SALE ADVERTISING | 12/19/07 | 979.56 |
| 140974 | 1001225151 | BOND PREMIUM | 12/03/07 | 93.75 |
| 140974 | 1001225151 | TITLE UPDATE | 12/07/07 | 62.00 |
| 140974 | 1001225151 | CERTIFIED NOTICES | 12/04/07 | 60.15 |
| 140956 | 1001602973 | AUCTIONEER COST | 12/18/07 | 140.00 |
| 140956 | 1001602973 | PRE-SALE ADVERTISING | 12/18/07 | 315.00 |
| 140955 | 1000566841 | AUDITOR | 12/19/07 | 400.00 |
| 140941 | 1001160816 | AUCTIONEER COST | 12/18/07 | 300.00 |
| 140941 | 1001160816 | PRE-SALE ADVERTISING | 12/18/07 | 959.75 |
| 140941 | 1001160816 | TITLE UPDATE | 12/07/07 | 75.00 |
| 140941 | 1001160816 | CERTIFIED NOTICES | 12/07/07 | 60.25 |
| 140794 | 1001695385 | FILING FEE | 12/03/07 | 125.00 |
| 140794 | 1001695385 | APPOINT SUB TRUST | 12/03/07 | 46.00 |
| 140792 | 1001331825 | DISMISSAL FILING COST | 12/11/07 | 15.00 |
| 140792 | 1001331825 | AUCTIONEER COST | 12/11/07 | 140.00 |
| 140792 | 1001331825 | PRE-SALE ADVERTISING | 12/11/07 | 315.00 |
| 140740 | 1001688811 | TITLE REPORT | 12/11/07 | 300.00 |
| 140739 | 1001188149 | AUCTIONEER COST | 12/05/07 | 140.00 |
| 140739 | 1001188149 | PRE-SALE ADVERTISING | 12/05/07 | 513.24 |
| 140739 | 1001188149 | NISI POST SALE ADV | 12/19/07 | 90.00 |
| 140715 | 1001205030 | AUCTIONEER COST | 12/05/07 | 140.00 |
| 140715 | 1001205030 | PRE-SALE ADVERTISING | 12/05/07 | 513.24 |
| 140847 | 1001106842 | DISMISSAL FILING COST | 12/11/07 | 15.00 |
| 140847 | 1001106842 | AUCTIONEER COST | 12/11/07 | 125.00 |
| 140847 | 1001106842 | PRE-SALE ADVERTISING | 12/11/07 | 466.32 |
| 140714 | 1001091301 | TITLE REPORT | 12/06/07 | 300.00 |
| 141097 | 1001024613 | AUCTIONEER COST | 12/20/07 | 140.00 |
| 141097 | 1001024613 | PRE-SALE ADVERTISING | 12/20/07 | 1194.48 |
| 141097 | 1001024613 | TITLE UPDATE | 12/13/07 | 62.00 |
| 141097 | 1001024613 | CERTIFIED NOTICES | 12/06/07 | 66.50 |
| 141099 | 1000676869 | FILING COST | 12/14/07 | 125.00 |
| 141099 | 1000676869 | DISMISSAL FILING COST | 12/31/07 | 15.00 |
| 141099 | 1000676869 | APPOINT SUB TRUST | 12/14/07 | 40.00 |
| 141099 | 1000676869 | TITLE REPORT | 12/10/07 | 312.00 |
| 141099 | 1000676869 | CERTIFIED NOTICES | 12/14/07 | 13.30 |
| 141099 | 1000676869 | ABSTRACTOR FILING COSTS | 12/14/08 | 58.00 |
| 141100 | 1001168703 | TITLE REPORT | 12/31/07 | 348.00 |
| 141101 | 1001331625 | TITLE REPORT | 12/21/07 | 300.00 |

| | | | | |
|---|---|---|---|---|
| 141137 | 1001332947 | AUCTIONEER COST | 12/04/07 | 125.00 |
| 141137 | 1001332947 | PRE-SALE ADVERTISING | 12/04/07 | 315.00 |
| 141137 | 1001332947 | TITLE UPDATE | 12/05/07 | 50.00 |
| 141138 | 1001280462 | AUCTIONEER COST | 12/04/07 | 140.00 |
| 141138 | 1001280462 | PRE-SALE ADVERTISING | 12/04/07 | 315.00 |
| 141145 | 1001022481 | FILING COST | 12/07/07 | 105.00 |
| 141145 | 1001022481 | APPOINT SUB TRUST | 12/07/07 | 40.00 |
| 141145 | 1001022481 | BOND PREMIUM | 12/14/07 | 93.75 |
| 141145 | 1001022481 | TITLE UPDATE | 12/21/07 | 98.00 |
| 141145 | 1001022481 | CERTIFIED NOTICES | 12/14/07 | 73.15 |
| 141145 | 1001022481 | ABSTRACTOR FILING COSTS | 12/07/07 | 70.00 |
| 141182 | 1001103113 | AUCTIONEER COST | 12/08/07 | 125.00 |
| 141182 | 1001103113 | PRE-SALE ADVERTISING | 12/28/07 | 1047.00 |
| 141182 | 1001103113 | TITLE UPDATE | 12/03/07 | 60.00 |
| 141182 | 1001103113 | CERTIFIED NOTICES | 12/14/07 | 46.55 |
| 141183 | 1001184819 | AUCTIONEER COST | 12/18/07 | 300.00 |
| 141183 | 1001184819 | PRE-SALE ADVERTISING | 12/18/07 | 977.20 |
| 141183 | 1001184819 | TITLE UPDATE | 12/07/07 | 75.00 |
| 141183 | 1001184819 | CERTIFIED NOTICES | 12/05/07 | 79.80 |
| 141184 | 1001161329 | AUCTIONEER COST | 12/18/07 | 300.00 |
| 141184 | 1001161329 | PRE-SALE ADVERTISING | 12/18/07 | 959.75 |
| 141184 | 1001161329 | TITLE UPDATE | 12/12/07 | 85.00 |
| 141184 | 1001161329 | CERTIFIED NOTICES | 12/05/07 | 59.85 |
| 141226 | 1001187521 | FILING COST | 12/11/07 | 125.00 |
| 141226 | 1001187521 | APPOINT SUB TRUST | 12/11/07 | 40.00 |
| 141226 | 1001187521 | BOND PREMIUM | 12/14/07 | 93.75 |
| 141226 | 1001187521 | TITLE REPORT | 12/06/07 | 240.00 |
| 141226 | 1001187521 | TITLE UPDATE | 12/14/07 | 50.00 |
| 141226 | 1001187521 | CERTIFIED NOTICES | 12/17/07 | 59.85 |
| 141226 | 1001187521 | ABSTRACTOR FILING COSTS | 12/11/07 | 71.00 |
| 141227 | 1000994527 | TITLE UPDATE | 12/17/07 | 108.00 |
| 141227 | 1000994527 | CERTIFIED NOTICES | 12/14/07 | 93.10 |
| 141228 | 1001539959 | FILING COST | 12/07/07 | 125.00 |
| 141228 | 1001539959 | APPOINT SUB TRUST | 12/07/07 | 40.00 |
| 141228 | 1001539959 | BOND PREMIUM | 12/14/07 | 93.75 |
| 141228 | 1001539959 | TITLE UPDATE | 12/26/07 | 77.00 |
| 141228 | 1001539959 | CERTIFIED NOTICES | 12/17/07 | 59.85 |
| 141258 | 1000876840 | FILING COST | 12/03/07 | 105.00 |
| 141258 | 1000876840 | APPOINT SUB TRUST | 12/03/07 | 40.00 |
| 141258 | 1000876840 | CERTIFIED NOTICES | 12/12/07 | 86.45 |
| 141258 | 1000876840 | ABSTRACTOR FILING COSTS | 12/03/07 | 40.00 |
| 141259 | 1000830379 | FILING COST | 12/07/07 | 115.00 |
| 141259 | 1000830379 | APPOINT SUB TRUST | 12/07/07 | 40.00 |
| 141259 | 1000830379 | TITLE REPORT | 12/05/07 | 312.00 |
| 141259 | 1000830379 | TITLE UPDATE | 12/20/07 | 50.00 |
| 141259 | 1000830379 | CERTIFIED NOTICES | 12/14/07 | 46.55 |
| 141259 | 1000830379 | ABSTRACTOR FILING COSTS | 12/07/07 | 75.00 |
| 141260 | 1001589086 | FILING COST | 12/07/07 | 115.00 |
| 141260 | 1001589086 | APPOINT SUB TRUST | 12/07/07 | 40.00 |
| 141260 | 1001589086 | BOND PREMIUM | 12/14/07 | 93.75 |
| 141260 | 1001589086 | TITLE REPORT | 12/05/07 | 324.00 |
| 141260 | 1001589086 | TITLE UPDATE | 12/27/07 | 65.00 |

| | | | | |
|---|---|---|---|---|
| 141260 | 1001589086 | CERTIFIED NOTICES | 12/17/07 | 79.80 |
| 141294 | 1001411559 | TITLE REPORT | 12/12/07 | 300.00 |
| 141348 | 1001204371 | FILING COST | 12/03/07 | 26.50 |
| 141348 | 1001204371 | TAX CERTIFICATE | 12/03/07 | 15.00 |
| 141348 | 1001204371 | TITLE REPORT | 12/03/07 | 148.00 |
| 141348 | 1001204371 | TITLE UPDATE | 12/27/07 | 75.00 |
| 141348 | 1001204371 | CERTIFIED NOTICES | 12/21/07 | 40.30 |
| 141349 | 1001203754 | FILING COST | 12/05/07 | 115.00 |
| 141349 | 1001203754 | APPOINT SUB TRUST | 12/05/07 | 40.00 |
| 141349 | 1001203754 | BOND PREMIUM | 12/18/07 | 93.75 |
| 141349 | 1001203754 | TITLE UPDATE | 12/26/07 | 113.00 |
| 141349 | 1001203754 | CERTIFIED NOTICES | 12/19/07 | 79.80 |
| 141404 | 1001061900 | TITLE REPORT | 12/20/07 | 300.00 |
| 141405 | 1001426262 | TITLE REPORT | 12/20/07 | 300.00 |
| 141414 | 1001650852 | TITLE REPORT | 12/20/07 | 300.00 |
| 141415 | 1001480996 | TITLE REPORT | 12/20/07 | 300.00 |
| 141416 | 1001502915 | TITLE REPORT | 12/20/07 | 300.00 |
| 141417 | 1001156639 | TITLE REPORT | 12/20/07 | 300.00 |
| 141418 | 1001156710 | TITLE REPORT | 12/20/07 | 300.00 |
| 141419 | 1001623617 | TITLE REPORT | 12/20/07 | 300.00 |
| 141420 | 1001052919 | TITLE REPORT | 12/20/07 | 300.00 |
| 141441 | 1001292971 | FILING COST | 12/14/07 | 125.00 |
| 141441 | 1001292971 | APPOINT SUB TRUST | 12/14/07 | 46.00 |
| 141441 | 1001292971 | TITLE REPORT | 12/11/07 | 312.00 |
| 141441 | 1001292971 | CERTIFIED NOTICES | 12/26/07 | 46.55 |
| 141441 | 1001292971 | ABSTRACTOR FILING COSTS | 12/14/07 | 75.00 |
| 138165 | 1000930593 | AUDITOR | 12/19/07 | 900.00 |
| 138845 | 1000950750 | AUDITOR | 12/20/07 | 400.00 |
| 138917 | 1001106244 | AUDITOR | 12/18/07 | 350.00 |
| 139139 | 1001275230 | AUDITOR | 12/20/07 | 350.00 |
| 139902 | 1001138842 | NISI | 12/14/07 | 90.00 |
| 140104 | 4688202 | AUDITOR | 12/18/07 | 400.00 |
| 140105 | 1001088765 | AUDITOR | 12/18/07 | 400.00 |
| 140106 | 1001291043 | NISI | 12/14/07 | 90.00 |
| 140208 | 1001658418 | NISI | 12/14/07 | 90.00 |
| 140209 | 1001242048 | NISI | 12/31/07 | 90.00 |
| 140236 | 1000853703 | NISI | 12/14/07 | 90.00 |
| 140238 | 1001256825 | NISI | 12/14/07 | 350.00 |
| 140240 | 1000751962 | NISI | 12/31/07 | 90.00 |
| 140285 | 1001001784 | NISI | 12/14/07 | 350.00 |
| 140286 | 1001454160 | NISI | 12/14/07 | 350.00 |
| 140369 | 1001331891 | NISI | 12/31/07 | 175.00 |
| 141485 | 1001685454 | FILING COST | 12/11/07 | 125.00 |
| 141485 | 1001685454 | APPOINT SUB TRUST | 12/11/07 | 46.00 |
| 141485 | 1001685454 | TITLE REPORT | 12/01/07 | 336.00 |
| 141485 | 1001685454 | CERTIFIED NOTICES | 12/12/07 | 6.65 |
| 141486 | 1001077632 | TITLE REPORT | 12/20/07 | 300.00 |
| 141500 | 1001511877 | FILING COST | 12/11/07 | 115.00 |
| 141500 | 1001511877 | APPOINT SUB TRUST | 12/11/07 | 40.00 |
| 141500 | 1001511877 | BOND PREMIUM | 12/20/07 | 93.75 |
| 141500 | 1001511877 | TITLE REPORT | 12/06/07 | 187.00 |
| 141500 | 1001511877 | CERTIFIED NOTICES | 12/21/07 | 33.25 |

| | | | | |
|---|---|---|---|---|
| 141500 | 1001511877 | ABSTRACTOR FILING COSTS | 12/11/07 | 70.00 |
| 141518 | 1001296638 | FILING COST | 12/08/07 | 115.00 |
| 141518 | 1001296638 | APPOINT SUB TRUST | 12/08/07 | 40.00 |
| 141518 | 1001296638 | BOND PREMIUM | 12/17/07 | 93.75 |
| 141518 | 1001296638 | TITLE REPORT | 12/05/07 | 284.00 |
| 141518 | 1001296638 | TITLE UPDATE | 12/27/07 | 65.00 |
| 141518 | 1001296638 | CERTIFIED NOTICES | 12/18/07 | 39.90 |
| 141518 | 1001296638 | ABSTRACTOR FILING COSTS | 12/08/07 | 70.00 |
| 141582 | 1000940013 | FILING COST | 12/05/07 | 115.00 |
| 141582 | 1000940013 | BOND PREMIUM | 12/18/07 | 93.75 |
| 141582 | 1000940013 | TITLE REPORT | 12/01/07 | 124.00 |
| 141582 | 1000940013 | TITLE UPDATE | 12/27/07 | 65.00 |
| 141582 | 1000940013 | CERTIFIED NOTICES | 12/19/07 | 66.50 |
| 141582 | 1000940013 | ABSTRACTOR FILING COSTS | 12/05/07 | 22.00 |
| 141583 | 1001022267 | FILING COST | 12/02/07 | 115.00 |
| 141583 | 1001022267 | APPOINT SUB TRUST | 12/02/07 | 40.00 |
| 141583 | 1001022267 | BOND PREMIUM | 12/13/07 | 93.75 |
| 141583 | 1001022267 | TITLE REPORT | 12/01/07 | 348.00 |
| 141583 | 1001022267 | TITLE UPDATE | 12/13/07 | 50.00 |
| 141583 | 1001022267 | CERTIFIED NOTICES | 12/14/07 | 73.15 |
| 141583 | 1001022267 | ABSTRACTOR FILING COSTS | 12/02/07 | 75.00 |
| 141584 | 1001244929 | FILING COST | 12/05/07 | 105.00 |
| 141584 | 1001244929 | APPOINT SUB TRUST | 12/05/07 | 40.00 |
| 141584 | 1001244929 | BOND PREMIUM | 12/14/07 | 93.75 |
| 141584 | 1001244929 | TITLE REPORT | 12/01/07 | 348.00 |
| 141584 | 1001244929 | TITLE UPDATE | 12/21/07 | 50.00 |
| 141584 | 1001244929 | CERTIFIED NOTICES | 12/05/07 | 79.80 |
| 141584 | 1001244929 | ABSTRACTOR FILING COSTS | 12/05/07 | 75.00 |
| 141625 | 1000766632 | FILING COST | 12/02/07 | 115.00 |
| 141625 | 1000766632 | APPOINT SUB TRUST | 12/02/07 | 40.00 |
| 141625 | 1000766632 | BOND PREMIUM | 12/27/07 | 93.75 |
| 141625 | 1000766632 | TITLE REPORT | 12/01/07 | 324.00 |
| 141625 | 1000766632 | CERTIFIED NOTICES | 12/02/07 | 79.80 |
| 141626 | 1001295221 | FILING COST | 12/07/07 | 115.00 |
| 141626 | 1001295221 | APPOINT SUB TRUST | 12/07/07 | 40.00 |
| 141626 | 1001295221 | BOND PREMIUM | 12/17/07 | 93.75 |
| 141626 | 1001295221 | TITLE REPORT | 12/07/07 | 300.00 |
| 141626 | 1001295221 | TITLE UPDATE | 12/27/07 | 65.00 |
| 141626 | 1001295221 | CERTIFIED NOTICES | 12/18/07 | 53.20 |
| 141627 | 1001253620 | FILING COST | 12/11/07 | 115.00 |
| 141627 | 1001253620 | APPOINT SUB TRUST | 12/11/07 | 40.00 |
| 141627 | 1001253620 | BOND PREMIUM | 12/27/07 | 93.75 |
| 141627 | 1001253620 | TITLE REPORT | 12/10/07 | 296.00 |
| 141627 | 1001253620 | CERTIFIED NOTICES | 12/28/07 | 73.15 |
| 141627 | 1001253620 | ABSTRACTOR FILING COSTS | 12/11/07 | 70.00 |
| 141726 | 1001060984 | APPOINT SUB TRUST | 12/07/07 | 40.00 |
| 141726 | 1001060984 | TITLE REPORT | 12/07/07 | 123.00 |
| 141751 | 1001631564 | FILING COST | 12/11/07 | 115.00 |
| 141751 | 1001631564 | APPOINT SUB TRUST | 12/11/07 | 40.00 |
| 141751 | 1001631564 | TITLE REPORT | 12/17/07 | 348.00 |
| 141751 | 1001631564 | ABSTRACTOR FILING COSTS | 12/11/07 | 75.00 |
| 141843 | 1001133295 | TITLE REPORT | 12/28/07 | 300.00 |

| | | | | |
|---|---|---|---|---|
| 141874 | 1001003184 | FILING COST | 12/20/07 | 26.50 |
| 141874 | 1001003184 | APPOINT SUB TRUST | 12/20/07 | 33.50 |
| 141874 | 1001003184 | TITLE REPORT | 12/05/07 | 299.00 |
| 141874 | 1001003184 | TAX CERTIFICATE | 12/12/07 | 15.00 |
| 141875 | 1001253046 | FILING COST | 12/14/07 | 125.00 |
| 141875 | 1001253046 | APPOINT SUB TRUST | 12/14/07 | 46.00 |
| 141875 | 1001253046 | TITLE REPORT | 12/11/07 | 312.00 |
| 141876 | 1000800997 | FILING COST | 12/14/07 | 125.00 |
| 141876 | 1000800997 | APPOINT SUB TRUST | 12/14/07 | 40.00 |
| 141876 | 1000800997 | TITLE REPORT | 12/18/07 | 309.00 |
| 141876 | 1000800997 | ABSTRACTOR FILING COSTS | 12/14/07 | 93.00 |
| 142126 | 1000962244 | TITLE REPORT | 12/27/07 | 285.00 |
| 142205 | 1000741504 | TITLE REPORT | 12/18/07 | 75.00 |
| 142205 | 1000741504 | TAX CERTIFICATE | 12/20/07 | 15.00 |
| 142086 | 1000969387 | TITLE REPORT | 12/28/07 | 202.00 |
| 142034 | 1001650515 | TITLE REPORT | 12/27/07 | 325.00 |
| 142033 | 1001446908 | TITLE REPORT | 12/12/07 | 281.00 |
| 142033 | 1001446908 | TAX CERTIFICATE | 12/13/07 | 15.00 |
| 142032 | 1000896658 | TITLE REPORT | 12/01/07 | 50.00 |
| 142268 | 1001130291 | TITLE REPORT | 12/31/07 | 312.00 |
| 142308 | 1001211777 | FILING COST | 12/05/07 | 105.00 |
| 142308 | 1001211777 | APPOINT SUB TRUST | 12/05/07 | 40.00 |
| 142308 | 1001211777 | AUCTIONEER COST | 12/22/07 | 140.00 |
| 142308 | 1001211777 | PRE-SALE ADVERTISING | 12/22/07 | 493.50 |
| 142308 | 1001211777 | NISI | 12/14/07 | 90.00 |
| 142308 | 1001211777 | BOND PREMIUM | 12/05/07 | 93.75 |
| 142308 | 1001211777 | TITLE REPORT | 12/01/07 | 225.00 |
| 142308 | 1001211777 | TITLE UPDATE | 12/16/07 | 98.00 |
| 142308 | 1001211777 | CERTIFIED NOTICES | 12/08/07 | 53.20 |
| 142308 | 1001211777 | ABSTRACTOR FILING COSTS | 12/05/07 | 70.00 |
| 142313 | 1000931329 | TITLE REPORT | 12/28/07 | 312.00 |
| 142311 | 1001445125 | TITLE REPORT | 12/28/07 | 348.00 |
| 142310 | 1001332979 | TITLE REPORT | 12/28/07 | 87.00 |
| 142484 | 1001696874 | TITLE REPORT | 12/07/07 | 300.00 |

51212.37

## COHN, GOLDBERG AND DEUTSCH

## AMERICAN HOME MORTGAGE – FEE SCHEDULE

**FORECLOSURE:**

MD - **CONVENTIONAL: $800 + COSTS** (FEE IS EARNED AT THE TIME OF SALE OR CLOSING OF THE FILE)
**FHA: $850 + COSTS** (FEE IS EARNED AT THE TIME OF SALE OR CLOSING OF THE FILE)
**VA: $800 + COSTS** (FEE IS EARNED AT THE TIME OF SALE OR CLOSING OF THE FILE)

DC - **CONVENTIONAL: $800 + COSTS** (FEE IS EARNED AT THE TIME OF SALE OR CLOSING OF THE FILE)
**FHA: $650 + COSTS** (FEE IS EARNED AT THE TIME OF SALE OR CLOSING OF THE FILE)
**VA: $600 + COSTS** (FEE IS EARNED AT THE TIME OF SALE OR CLOSING OF THE FILE)

**CONTEST LITIGATION: $250 PER HOUR;** MATTERS SUCH AS EXCEPTIONS HEARINGS AND INJUCTIONS TO STOP FORECLOSURE (FEE IS EARNED AT THE TIME OF COMPLETION OF THE LITIGATION WORK)

**BREACH LETTER: $150** (FEE IS EARNED AT THE TIME LETTER IS SENT)

**TITLE REFORMATION: $175 - $350** (FEE IS EARNED AT THE TIME OF COMPLETION OF CLEAR TITLE)

**ASSIGNMENTS: $75** (FEE IS EARNED AT THE TIME ASSIGNMENT IS PREPARED)

**SENIOR LIEN MONITORING: $200 - $350** (FEE IS EARNED AT THE TIME OF SALE OR CLOSING OF THE FILE)

**FOREBEARANCE AGREEMENT: $350** (FEE IS EARNED AT THE TIME OF COMPLETION OF FOREBEARANCE AGREEMENT)

**LOAN MODIFICATOIN: $350** (FEE IS EARNED AT THE TIME OF COMPLETION OF LOAN MODIFICATION)

**STRIKE SALE: $350** (FEE IS EARNED AT THE TIME OF SALE BEING STRIKEN)

**DEED IN LIEU:** **$200 - $400** (FEE IS EARNED AT TIME OF TITLE REVIEW/RECORDING)

**BANKRUPTCY:**

MARYLAND AND DC

**CONVENTIONAL: $750 + COSTS   MOTION FOR RELIEF** (FEE IS EARNED AT THE TIME OF FILING)
**FHA: $750 + COSTS   MOTION FOR RELIEF** (FEE IS EARNED AT THE TIME OF FILING)
**VA: $650 (CHAPTER 13) + COSTS**   MOTION FOR RELIEF (FEE IS EARNED AT THE TIME OF FILING)
  **$450 (CHAPTER 7)  + COSTS**   MOTION FOR RELIEF (FEE IS EARNED AT THE TIME OF FILING)

**PROOF OF CLAIM $150,** REGARDLESS OF LOAN TYPE (FEE IS EARNED AT THE TIME OF FILING)

**AFFIDAVIT OF DEFAULT $50,** REGARDLESS OF LOAN TYPE (FEE IS EARNED AT THE TIME OF FILING)

**OBJECTION TO PLAN $150,** REGARDLESS OF LOAN TYPE (FEE IS EARNED AT THE TIME OF FILING)

**REVIEW OF PLAN $100,** REGARDLESS OF LOAN TYPE (FEE IS EARNED AT THE TIME OF FILING)

**OBJECTION TO AFFIDAVIT $350,** REGARDLESS OF LOAN TYPE (FEE IS EARNED AT THE TIME OF FILING)


**EVICTION:**

MARYLAND AND DC

**$350, REGARDLESS OF LOAN TYPE + COSTS** (FEE IS EARNED AT THE TIME OF COMPLETION OF OR CLOSING OF FILE)

**EVICTIONS:**

$25.00 MOTION FOR POSSESSION
$40.00 SHERIFF
$37.00 - $50.00 PROCESS SERVER
2-5 CERTIFIED/REGULAR MAIL – SHOW CAUSE ORDER

## WASHINGTON DC-SPECIFIC EXPENSES

**PL-90 AND APPOINTMENT OF SUBSTITUTE TRUSTEE:**

$60.00

**TAX CERTICATE:**

$15.00

**DEED FILING COST:**

$27.50

**DC TRANSFER AND RECORDATION:**

2.2 – 2.9% OF PURCHASE PRICE DEPENDING ON SALE PRICE

**EVICTIONS:**

$135.00 FILING FEE
$35.00/PER PERSON PRIVATE PROCESS SERVER
$2000.00 WRIT OF RESTITUTION

### COHN GOLDBERG AND DEUTSCH

### AMERICAN HOME MORTGAGE-COSTS

### GENERAL EXPENSES

**TITLE EXPENSES:**

TITLE SEARCH- ORDERED AT TIME OF REFERRAL: $200.00 - $350.00

TITLE UPDATE- ORDERED JUST BEFORE SALE TO CHECK FOR ANY CHANGES: $50 - $100.00

**MAIL/CERTIFIED MAILINGS:**

$35.00 - $135.00 DEPENDS ON NUMBER OF NOTICES SENT REGULAR AND CERTIFIED MAIL

**AUCTIONEER:**

$125.00 - $350.00 DEPENDING ON COUNTY/CITY/STATE

**PRE SALE ADVERTISING:**

$300.00 - $1300.00 DEPENDING ON COUNTY/CITY/STATE AND HOW FAR INTO ADVERTISING SALE WENT

**BANKRUPTCY:**

$150 FILING COST MOTION FOR RELIEF

**IRS LETTER:**

$20.00 OVERNIGHT MAIL, COURT ORDERED NOTICE

### MARYLAND-SPECIFIC EXPENSES

**FORECLOSURE FILING:**

$105.00 - $125.00 DEPENDING ON COUNTY/CITY

**APPOINTMENT OF SUBSTITUTE TRUSTEES:**

$40.00 - $46.00 DEPENDING ON COUNTY/CITY

**ASSIGNMENT RECORDING:**

$40.00 IF NEEDED

**DISMISSAL:**

$15.00 IF NEEDED

**NISI/POST SALE ADVERTISING:**

$90.00 - $350.00 DEPENDING ON COUNTY/CITY

**BOND PREMIUM:**

$93.75 FOR NOMINAL BOND, IF THIRD PARTY SALE, $3.75 PER THOUSAND OF PURCHASE PRICE

**AUDITOR:**

$200.00 - $900.00 DEPENDING ON COUNTY/CITY

**FILING AND RECORDING – USUALLY BY ABSTRACTOR:**

$40.00 - $100.00 DEPENDING ON COUNTY/CITY AND IF WE HAVE ABSTRACTOR GET OTHER THINGS BEYOND JUST FILING THE FORECLOSURE FOR OUR OFFICE

**DEED FILING COST:**

$40.00

**TRANSFER COSTS:**

1-2% OF PURCHASE PRICE DEPENDING ON COUNTY

**RECORDATION COSTS:**

.4 – 1.2% OF PURCHASE PRICE DEPENDING ON COUNTY

**TAXES, WATER AND SEWER:**

CAN BE ANY AMOUNT DEPENDING ON DEBTOR'S TAX PAYMENTS

## Bartley, Ryan

**From:**   paul.holovnia@buffetsinc.com
**Sent:**   Friday, February 22, 2008 5:49 PM
**To:**   Bartley, Ryan
**Subject:** FW: Partial LC draw downs

Ryan - FYI -

Paul

---

**From:** Kevin Peterson
**Sent:** Friday, February 22, 2008 4:47 PM
**To:** Paul Holovnia
**Cc:** Keith Wall; Kelly Wunderlich; Potash, Lyle
**Subject:** Partial LC draw downs

All,

I received notification from US Bank that partial LC draws were submitted to US Bank as follows:

- LC #4459 Southern California Edison to draw $305,775.95
- LC #4462 TECO Peoples Gas to draw $1,419.68

Paul, can you forward to Ryan Bartlett?

Thanks,
Kevin