IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,

Debtors.

---

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

Ref. No. 2870

x

## CERTIFICATION OF COUNSEL REGARDING FOURTH MONTHLY APPLICATION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP

On February 1, 2008, Young Conaway Stargatt & Taylor, LLP ("YCST"), counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed its *Fourth Monthly Application of Young Conaway Stargatt & Taylor, LLP for Compensation and Reimbursement of Expenses for the Interim Period November 1, 2007 through November 30, 2007* (the "Application") [*see* Docket No. 2870]. By the Application, YCST sought interim approval of $984,999.50 in fees (the "Fees") and $162,512.71 in expenses (the "Expenses") to be paid in accordance with this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to 11 U.S.C. §§ 105(a) and 331* (the "Compensation Procedures Order") [*see* Docket No. 547]. Objections to the relief requested in the Application were due to be filed by February 21, 2008 (the "Objection Deadline").

Prior to the Objection Deadline, the U.S. Trustee (the "Trustee") communicated informal objections to the relief requested in the Application. To resolve to the Trustee's informal objection, YCST has agreed to a $3999.85 reduction in the Expenses. Based on this agreement, the Trustee has consented to the allowance of the Expenses in the amount of $158,512.86 (the "Adjusted Expenses").

Therefore, in accordance with the Compensation Procedures Order, the Adjusted Expenses are approved in the amount of $158,512.86 and the Fees are approved in the amount of $984,999.50 and the Debtors are authorized to pay 80% of the Fees and 100% of the Expenses without further order of the Court.

Dated: Wilmington, Delaware
February 26, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pauline K. Morgan*

/James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Kenneth Enos (No. 4544)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession