IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                             Chapter 11

AMERICAN HOME MORTGAGE                             Case No. 07 - 11047 ( CSS )
HOLDINGS, INC., a Delaware corporation, et al.
        Debtor:

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Frederick D. Holden, Jr. to represent Indymac Bank, F.S.B. in this action.

_____
Curtis A. Hehn (DE Bar No. 4264)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, De 19899
302-652-4100

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
(Admittee's Signature)  Frederick D. Holden, Jr.
(Firm Name, Address and Telephone Number)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105
Telephone:   (415)   773-5985

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____       _____
                              United States Bankruptcy Judge

**Local Form 105**