## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

In Re:                                    Chapter 11

AMERICAN HOME MORTGAGE            Case No. 07 - 11047  ( CSS )
HOLDINGS, INC., a Delaware corporation, et al.
　　　　Debtor:                                    Related To Docket No. 3101

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Frederick D. Holden, Jr. _____ to represent Indymac Bank, F.S.B. ___ in this action.

_____

Curtis A. Hehn (DE Bar No. 4264)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, De 19899
302-652-4100

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California ___ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____

(Admittee's Signature)  Frederick D. Holden, Jr.
(Firm Name, Address and Telephone Number)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5985

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: 2/27/08

_____
United States Bankruptcy Judge

**Local Form 105**