ANNE MILGRAM
Attorney General of New Jersey
R. J. Hughes Justice Complex
25 Market Street
P. O. Box 106
25 Market Street
Trenton, New Jersey 08625
Attorney for the State of New Jersey, Division of Taxation

By:   Marikae G. Toye (MT 9551)
      Deputy Attorney General
      (609) 943-5262


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 07-11047(CSS) |
| AMERICAN HOME MORTGAGE CORP., | ) | Chapter 11 |
| Debtor. | ) | Jointly Administered |
| | ) | |

MOTION FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE that pursuant to local Rule 9010-1(c)(ii) the undersigned moves before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge for the District of Delaware, for an order to permit Deputy Attorney General, Marikae G. Toye, to appear pro hac vice in the above entitled matter only on behalf of the State of New Jersey, Division of Taxation.

PLEASE TAKE NOTICE that a certification in support of the

motion and a proposed form of Order are attached.

                              ANNE MILGRAM
                              Attorney General of New Jersey

By: _____
      Marikae G. Toye (MT 9551)
      Deputy Attorney General

Dated: 2/25/08