ANNE MILGRAM
Attorney General of New Jersey
R. J. Hughes Justice Complex
25 Market Street
P. O. Box 106
25 Market Street
Trenton, New Jersey 08625
Attorney for the State of New Jersey, Division of Taxation

By:  Marikae G. Toye(MT 9551)
     Deputy Attorney General
     (609) 943-5262

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 07-11047(CSS) |
| AMERICAN HOME MORTGAGE CORP., | ) | Chapter 11 |
| Debtor. | ) | Jointly Administered |
| | ) | |

CERTIFICATION OF MARIKAE G. TOYE

In accordance with Rule 9010-1(c)(ii) of the Local Bankruptcy Rules for the District of Delaware, the undersigned, Marikae G. Toye, Deputy Attorney General (for Anne Milgram, Attorney General of New Jersey), hereby certifies:

1. I am a Deputy Attorney General assigned to represent the State of New Jersey, Division of Taxation in the above referenced matter.

2. I submit this certification in order to appear before the United States Bankruptcy Court for the District of Delaware on behalf of the State of New Jersey, Division of Taxation.

3. I am admitted in the State of New Jersey and the United States District Court for the District of New Jersey.

4. I am a member in good standing in both jurisdictions to which I am admitted.

5. I will be bound by the Rules of the Court and submit to the jurisdiction of this Court for Disciplinary purposes.

6. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

ANNE MILGRAM
Attorney General of New Jersey

By: *[signature]*
Marikae G. Toye (MT 9551)
Deputy Attorney General

Dated: 2/25/08