ANNE MILGRAM
Attorney General of New Jersey
R. J. Hughes Justice Complex
25 Market Street
P. O. Box 106
25 Market Street
Trenton, New Jersey 08625
Attorney for the State of New Jersey, Division of Taxation

By: Marikae G. Toye (MT 9551)
    Deputy Attorney General
    (609) 943-5262

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 07-11051(CSS) |
| AMERICAN HOME MORTGAGE CORP., | ) | Chapter 11 |
| Debtor. | ) | Jointly Administered |
| | ) | |

CERTIFICATE OF SERVICE

Marikae G. Toye hereby certifies and says:

1.  I am employed as a Deputy Attorney General with the Department of Law and Public Safety, Division of Law.

2.  I hereby certify that on February 25, 2008, this Motion for Admission Pro Hac Vice, Certification of Marikae G. Toye, and Proposed Order were served via regular U.S. mail:

    Alan Horn, Esq.
    538 Broadhollow Road
    Melville, New York 11747
    General Counsel for Debtors

James L. Patton, Jr., Esq.
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391
Attorney for Debtors

Joseph McMahon, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2313
Wilmington, DE 19801

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Marikae G. Toye (MT 9551)
Deputy Attorney General

Dated: 2/25/08