

**R·M·S**

**FILED**

2008 FEB 20  PM 1:09

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**RECEIVABLE MANAGEMENT SERVICES**

307 International Circle, Suite. 270
Hunt Valley, MD 21030
Tel: 410-773-4089
Fax: 410-773-4057
Email: Phyllis.Hayes@rmsna.com
www.rmsna.com

Phyllis A. Hayes
Paralegal – Bankruptcy Services

February 15, 2008

Clerk
U.S. Bankruptcy Court
824 Market St., 5th Fl.
Wilmington, DE 19801

In re: American Home Mortgage Holdings, Inc., et al ("Debtors")
Case No. 07-11047 (CSS), Jointly Administered, Chapter 11
Creditor: Industrial Building Services

Dear Clerk:

We are acting as the agent for the creditor Industrial Business Services ("IBS") as it relates to the above referenced case.

Further, we would like to be added to the mailing list to receive all documents, etc. relating to the creditor IBS. A copy of the General Power of Attorney is attached.

If any additional information is needed, please do not hesitate to contact me.

Sincerely,
Phyllis A. Hayes
Receivable Management Services
Agent for Creditor, Industrial Building Services

Enclosure

cc:
James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
M. Blake Cleary, Esq.
Matthew B. Lunn, Esq.
Kara Hammond Coyle, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West St., 17th Fl.
Wilmington, DE 19801

*Counsel for the Debtors and Debtors in Possession*

Nathan Haynes, Esq.
Gregory M. Petrick, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281

*Debtors' Special Counsel*

Epiq Bankruptcy Solutions, LLC
Attn.: American Home Mortgage Claims Processing
757 Third Av., 3rd Fl.
New York, NY 10017

Susheel Kirpalani, Esq.
James C. Tecce, Esq.
Joseph G. Minias, Esq.
QUINN EMANUAL URQUHART OLIVER & HEDGES, LLP
51 Madison Ave
New York, NY 10010

*Debtors' Litigation Counsel*

Bonnie Glantz Fatell, Esq.
BLANK ROME LLP
1201 Market Street, Ste. 800
Wilmington, DE 19801
and
Mark S. Indelicato, Esq.
HAHN HESSEN LLP
488 Madison Av., 14th & 15th Fl
New York, NY 10022

*Counsel to the Official Committee of Unsecured Creditors*

FILED
2008 FEB 20 PM 1:09
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: AMERICAN HOME MORTGAGE  
HOLDINGS, INC., et al.  
        Debtor

Case No. 07-11047 (CSS)

Chapter 11

### General Power of Attorney

The undersigned claimant hereby authorizes *The Receivable Management Services Corporation ("RMS")*, or any one of you, as attorney in fact for the undersigned and with full power of substitution, to vote on any question that may be lawfully submitted to creditors of the debtor in the above-entitled case; to vote for a trustee of the estate of the debtor and for a committee of creditors; to receive dividends and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in this case.

INDUSTRIAL BUILDING SERVICES

_____  
Kenneth C. Fernandez  
Secretary  
2140 Lake Park Blvd.  
Richardson, TX 75080