UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 : Jointly Administered
                        Debtors.                                 :
                                                                 : Ref. Docket Nos. 3059 and 3061
---------------------------------------------------------------- x

NOTICE OF FILING OF BLACKLINED ASSET PURCHASE AGREEMENT
BY AND BETWEEN AMERICAN HOME MORTGAGE CORP. AND AMERICAN
HOME MORTGAGE HOLDINGS, INC. AND INDYMAC BANK, F.S.B,
DATED FEBRUARY 23, 2008

PLEASE TAKE NOTICE that, on February 22, 2008, the above-captioned debtors and debtors in possession filed the Debtors' Motion for Order (A) Modifying Letter Agreement with Indymac Bank, F.S.B.; (B) Modifying Order, Pursuant to Sections 105(a), 363, 365 and 554 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment Located Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related Relief; and (C) Authorizing the Debtors to Rejection Certain Unexpired Leases of Non-Residential Real Property and to Abandon Certain

---

[1]   The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580) (collectively, the "Debtors"). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Furniture, Fixtures, and Equipment Located Therein [Docket No. 3059] (the "Motion"). You have previously been served with a copy of the Motion.

**PLEASE TAKE FURTHER NOTICE** that attached as Exhibit C to the Motion was an unexecuted version of an Asset Purchase Agreement by and between American Home Mortgage Corp. and American Home Mortgage Holdings, Inc. and Indymac Bank, F.S.B (the "Unexecuted APA").

**PLEASE TAKE FURTHER NOTICE** that on February 23, 2008, the Debtors filed the Executed Asset Purchase Agreement by and between American Home Mortgage Corp. and American Home Mortgage Holdings, Inc. and Indymac Bank, F.S.B., Dated February 23, 2008 [Docket No. 3061] (the "Executed APA"). You have previously been served with a copy of the Executed APA.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit A is a blackline highlighting the differences between the Unexecuted APA and the Executed APA.

Dated: Wilmington, Delaware
       February 27, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession
