**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| American Home Mortgage Holdings, Inc., et al., Debtors, | ) Case No. 07-11047 CSS<br>) Chapter 11<br>) Jointly Administered<br>) Ref. No. |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO 1511 61st STREET, KENOSHA, WISCONSIN**

AND CONSIDERATION of the Motion for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code with respect to Real Property Located at 1511 61st Street, Kenosha, Wisconsin (the "Motion") filed by Aurora Loan Services, ("Movant"); the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§157 and 1334; (B) this is a core proceeding pursuant to 28 U.S. C. §157(b)(2); (C) venue is proper pursuant to 28 U.S.C. §1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against the real property located at 1511 61st Street, Kenosha, Wisconsin (the "Property") under applicable non-bankruptcy law; it is hereby

**ORDERED**, that the Motion be, and the same is hereby

**GRANTED.** All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion; and it is further

**ORDERED,** that pursuant to 11 U.S.C. §362(d), to the extent the automatic stay is otherwise applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is modified solely with respect to Movant's interest in the Property. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against the Property, including but not limited to foreclosure of the Mortgage, Sheriff's Sale or Trustee's sale of the Property and all other legal remedies against the Property which may be available to Aurora Loan Services, under State law; and it is further

**ORDERED** that nothing in this order (i) shall constitute a determination that the Debtors hold any interest in the Property or (ii) shall estop the Debtors from denying that they hold any interest in the Property; and it is further

**ORDERED** that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bank. P. 4001(a)(3).

_____
J.

February 28, 2008