ANNE MILGRAM
Attorney General of New Jersey
R. J. Hughes Justice Complex
25 Market Street
P. O. Box 106
25 Market Street
Trenton, New Jersey 08625
Attorney for the State of New Jersey, Division of Taxation

By:   Marikae G. Toye (MT 9551)
      Deputy Attorney General
      (609) 943-5262


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 07-11047(CSS) |
| AMERICAN HOME MORTGAGE CORP., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This matter having come before the Court upon the application of Marikae G. Toye, Deputy Attorney General, counsel for State of New Jersey, Division of Taxation for permission to appear and participate Pro Hac Vice in the above-entitled case, pursuant to Local Rule 9010-1(c)(ii) and District Court Rule 83.5(c), and it appearing that the application should be granted without further hearing, it is hereby

ORDERED that said motion for admission Pro Hac Vice is GRANTED, this 28th day of February, 2008.

HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE