**EXHIBIT A**

**EXHIBIT A**

Schedule 1.1(a) - Office Leases

| # | City, State | Address |
|---|---|---|
| 1 | Alameda, CA | 1512 Webster Street |
| 2 | Albuquerque, NM [1] | 6000 Uptown Blvd. |
| 3 | Anaheim, CA [2] | 2390 East Orangewood / Anaheim Corporate Plaza / Suite 105 |
| 4 | Angels Camp, CA | 1239 South Main Street |
| 5 | Bellingham, WA | 1758 Iowa Street |
| 6 | Big Sky, MT | 50 Meadow Village Drive |
| 7 | Bloomington, MN | 1600 West 82nd Street |
| 8 | Boise, ID | 8850 W. Emerald Street |
| 9 | Bozeman, MT | 2616 West Main Street |
| 10 | Caldwell, ID | 2805 Blaine Street |
| 11 | Campbell, CA | 51 E. Campbell Street |
| 12 | Cedar Rapids IA 2017 | 3053 Center Point Road NE |
| 13 | Cerritos, CA [2] | 17777 Center Court Drive / Cerritos Towne Center / Suite 125 |
| 14 | Chandler, AZ | 25 S. Arizona Place |
| 15 | Charleston, SC | 2000 Sam Rittenberg Blvd. |
| 16 | Chaska, MN | 1107 Hazeltine Blvd. |
| 17 | Coeur d'Alene, ID [1] | 1221 Ironwood Drive |
| 18 | Colorado Springs, CO [2] | 2630 Tenderfoot Hill St / Suite 202 |
| 19 | Columbia, MD | 6996 Columbia Gateway |
| 20 | Concord, CA | 1800 Sutter Street |
| 21 | Coral Gables, FL | 4621 Ponce De Leon Blvd. |
| 22 | Cornelius, NC | 19930 West Catawba |
| 23 | Del Rio, TX | 600 E. Gibbs Street |
| 24 | Des Moines, IA [1] | 6600 University Avenue |
| 25 | Eagle, ID | 738 South Bridgeway Place |
| 26 | Edmonds, WA | 21920 76th Avenue W |
| 27 | Elk Grove, CA | 9355 E. Stockton |
| 28 | Flower Mound, TX [2] | 3305 Long Prarie Road / Sagebrush West Office Park |
| 29 | Frisco, TX [2] | 2595 Dallas Parkway / Suite 204 |
| 30 | Gaithersburg, MD | 481 N. Frederick Avenue |
| 31 | Glendale, AZ | 5859 W. Talavi Blvd. |
| 32 | Grand Junction, CO | 2478 Patterson Road |
| 33 | Greenwood Village, CO | 8101 East Prentice Avenue |
| 34 | Gresham, OR | 320 North Main |
| 35 | Helena, MT | 825 Great Northern Blvd. |
| 36 | Henderson, NV | 2370 Corporate Circle |
| 37 | Hilton Head Island, SC | 10 Executive Park Rd. |
| 38 | Honolulu, HI | 737 Bishop Street |
| 39 | Houston, TX [2] | 730 North Post Oak Office Road / 730 North Post Oak Office Building / Suite 301 |
| 40 | Indian Wells, CA [1] | 74-890A Highway 111 |
| 41 | Irvine, CA [3] | 111 Pacifica |
| 42 | Kapaa, HI | 4-361 Kuhio Highway |
| 43 | Kapolei, HI | 1001 Kamokila |
| 44 | Kingwood, TX [2] | 20669 West Lake Houston Parkway |
| 45 | Kirkland, WA | 401 Parkplace |
| 46 | La Jolla, CA | 4275 Executive Square |
| 47 | Lafayette, LA [2] | 318B Guilbeau Road |
| 48 | Lahaina, HI | 222 Papalaua Street |
| 49 | Lakewood, WA | 5808 100th Street SW |
| 50 | Las Vegas, NV | 777 N. Rainbow Blvd. |
| 51 | Layton, UT | 920 West Heritage Park Blvd. |
| 52 | Littleton, CO [2] | 9200 West Cross Drive / Southwest Plaza Office Centre I / Suite 201 & 202 |
| 53 | Long Beach, CA | 3780 Kilroy Airport Way |

Schedule 1.1(a) - Office Leases

| # | City, State | Address |
|---|---|---|
| 54 | Maple Grove, MN | 7767 Elm Creek Blvd. |
| 55 | Miami, FL | 200 S. Biscayne Blvd. |
| 56 | Miami, FL | 12751 & 12753 South Dixie Hwy. |
| 57 | Missoula, MT | 1802 Dearborn |
| 58 | Modesto, CA | 1150 Ninth Street |
| 59 | Monroe, WA | 14961 Chain Lake Road |
| 60 | Monterey, CA | 659 Abrego Street |
| 61 | Nampa, ID | 724 12th Avenue |
| 62 | New City, NY | 200 South Main Street |
| 63 | Palm Beach Gardens, FL | 4100 RCA Blvd. |
| 64 | Plantation FL 2829 | 801 S University Drive, Bay A-139 |
| 65 | Pomona, CA | 3191 W Temple Avenue |
| 66 | Portland, OR | 10220 SW Greenburg |
| 67 | Portland, OR | 700 NE Multnomah |
| 68 | Raleigh, NC | 3717 National Drive |
| 69 | Rancho Cucomanga, CA | 9680 Haven Avenue |
| 70 | Reno, NV | 5470 Kietzke Lane |
| 71 | Riverside, CA | 5225 Canyon Crest Drive |
| 72 | Roseville, CA [1] | 1508 Eureka Road |
| 73 | Sacramento, CA | 1610 Arden Way |
| 74 | Salt Lake City, UT | 6415 South 3000 East |
| 75 | Sarasota, FL | 950 South Tamiami Trail |
| 76 | Scottsdale, AZ | 8700 East Vista Bonita |
| 77 | Scottsdale, AZ | 6991 East Camelback Rd. |
| 78 | Scottsdale, AZ | 8700 E Via De Ventura |
| 79 | Sherwood, OR | 20512 SW Roy Rogers Rd. |
| 80 | Sioux Falls, SD [1] | 3409 West 47th Street |
| 81 | Sonora, CA | 79 N. Washington |
| 82 | Spokane, WA | 818 W. Riverside |
| 83 | St. Louis, MO [2] | 4409 Meremac Bottom Rd. |
| 84 | Tampa, FL | 1511 N. Westshore Blvd. |
| 85 | Temecula, CA | 27450 Ynez Road |
| 86 | Torrance, CA | 2780 Skypark Drive |
| 87 | Wailuku, HI | 2200 Main Street, Suite 660, Suite 640 |
| 88 | Walnut Creek, CA [1] | 500 Ygnacio Valley Road |
| 89 | West Des Moines, IA [2] | 2829 Westown Parkway |
| 90 | West Linn, OR | 1800 Blankenship Road |
| 91 | Westminster, CO | 1400 W. 122nd Avenue |
| 92 | Woodbury, MN [2] | 8043 Hudson Road / Suite 100 |
| 93 | Woodlands, TX [2] | Twenty One Waterway Avenue / Twenty One Waterway Avenue / Suite 450 |
| 94 | Yakima, WA | 917 Triple Crown Way |
| 95 | Yucca Valley, CA | 56351 29 Palms Hwy. |

1 - Leases expired prior to closing of transaction and therefore cannot be assumed
2 - Excluded Leases
3 - Includes Suites 110, 200, 250, 260, 305, 310, 320, and storage space

Note:
(a) In the original list 111 Pacifica branch was listed 3 times
(b) The original list included 828 Washington Avenue, Miami Beach, FL location which AHM did not have the authority to assign to IMB because AHM did not own the lease or the sublease for the location