## **EXHIBIT B**

Schedule 1.6 - Excluded Leases

| # | Address | City | State |
|---|---|---|---|
| 1 | 2829 Westown Parkway | West Des Moines | IA |
| 2 | 9200 West Cross Drive / Southwest Plaza Office Centre I / Suite 201 & 202 | Littleton | CO |
| 3 | 2630 Tenderfoot Hill St / Suite 202 | Colorado Springs | CO |
| 4 | 2595 Dallas Parkway / Suite 204 | Frisco | TX |
| 5 | 2390 East Orangewood / Anaheim Corporate Plaza / Suite 105 | Anaheim | CA |
| 6 | 6043 Hudson Road / Suite 100 | Woodbury | MN |
| 7 | 3305 Long Prarie Road / Sagebrush West Office Park | Flower Mound | TX |
| 8 | 318B Guilbeau Road | Lafayette | LA |
| 9 | 17777 Center Court Drive / Cerritos Towne Center / Suite 125 | Cerritos | CA |
| 10 | Twenty One Waterway Avenue / Twenty One Waterway Avenue / Suite 450 | The Woodlands | TX |
| 11 | 730 North Post Oak Office Road / 730 North Post Oak Office Building / Suite 301 | Houston | TX |
| 12 | 20669 West Lake Houston Parkway | Kingwood | TX |
| 13 | 4409 Meremac Bottom Road | St Louis | MO |