IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
        Debtors.                                                 :
                                                                 :   Docket Ref. No. 2972
---------------------------------------------------------------- x

## ORDER APPROVING AND AUTHORIZING THIRD STIPULATION BETWEEN CERTAIN DEBTORS AND ABN AMRO BANK N.V. REGARDING: (1) POST-PETITION ADVANCES; (2) SERVICING PAYMENTS; AND (3) MORTGAGE LOAN REFINANCINGS

Upon consideration of the motion (the "Motion")[1] of American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, "AHM" or the "Debtors"),[2] seeking the issuance of an order, pursuant to Bankruptcy Rule 9019 and sections 105(a), 363(b)(1) and 503(c)(3) of the Bankruptcy Code, approving the Third Stipulation Between Certain Debtors and ABN AMRO Bank N.V. Regarding (1) Post-Petition Advances; (2) Servicing Payments; and (3) Mortgage Loan Refinancings (the "Third Post-Petition Advances Stipulation") by and among the certain of the Debtors and ABN AMRO Bank N.V. ("ABN"); and due and sufficient notice of the Motion having been given; and it appearing that the relief requested in the Motion is in the best interest of the Debtors, their estates and

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

creditors; and this Court having determined that the Bonus Plan payments proposed in the Stipulation are justified under the facts and circumstances of these cases; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the relief requested in the Motion is hereby granted to the extent set forth herein; and it is further

ORDERED, that the Third Post-Petition Advances Stipulation attached hereto as Exhibit 1 is approved pursuant to sections 105(a), 363(b)(1) and 503(c)(3) of the Bankruptcy Code and Bankruptcy Rule 9019, and the Debtors are authorized to take all actions required or authorized under the Third Post-Petition Advances Stipulation and this Order; and it is further

ORDERED, that, pursuant to the agreement of the Debtors and ABN, the Debtors shall transfer $450,000.00 from the control account maintained by the Debtors for the benefit of ABN (Chase Account No. XXXXX7998, which is referred to as such in this Court's Order Approving Stipulation Between Certain Debtors and ABN AMRO Bank N.V. Regarding Reconciliation of Collections, entered on November 14, 2007, Docket No. 2006, the "Control Account") to a new debtor-in-possession bank account established for the sole purpose of holding and disbursing such funds (the "Bonus Plan Account"), and shall provide ABN with the new account information (name of bank and account number). The funds in the Bonus Plan Account shall be used by the Debtors solely to make payments to the Construction Loan Employees under the Bonus Plan as provided in Paragraphs 17-23 of the Third Post-Petition Advances Stipulation. On or before July 14, 2008 (unless such date is extended by written agreement between the Debtors and ABN), the Debtors shall return all unused funds, if any, in the Bonus Plan Account to the Control Account and provide ABN with a report on the disbursements from the Bonus Plan Account; provided, however, that the return of the funds to

the Control Account shall not change ABN's obligations under the Third Post-Petition Advances Stipulation; and it is further

ORDERED, that this Court shall retain jurisdiction to hear any and all disputes arising out of the implementation of this Order.

Dated: Wilmington, Delaware
       February 28  2008

Christopher S. Sontchi
United States Bankruptcy Judge