# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgatge
**CASE NO.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** February 28, 2008 @ 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| John Nelligan (telephonic) | Milestone Capital Management | Milestone Capital Management |
| Sean Beach (telephonic) | Young Conaway Stargatt Taylor | AMH |
| ~~Fred Neufeld (telephonic)~~ Robert Moore (telephonic) | Milbank Tweed Hadley & McCloy | ABN AMRO Bank |
| Robert Semple (telephonic) | Kroll Zolfo & Cooper | AHM Holdings |
| Margot Schonholtz (telephonic) Scott ~~Talmadge~~ (telephonic) Penelope Jensen | Kaye Scholer | Bank of America |
| Victoria Counihan | Greenberg Traurig LLP | AH Mortgage Acquisition / Wilb... |
| Fred Neufeld | Milbank Tweed | ABN Amro Bank N.V. |
| [illegible] Costel | [illegible] | Milbank [illegible] |
| Matthew McGuire | Landis Rath & Cobb | JPMorgan Chase |
| Curtis Hehn | PSJT | IM3 |
| Sean Beach | YCST | Debtors |
| [illegible] Linn | YCST | Debtors |
| David Carickhoff | Blank Rome | Creditors' Committee |
| Mark Elias Silvester | Potter Anderson Corroon LLP | Bank of America, N.A. |
| Joseph McMahon | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**