UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                    :   Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                    :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                        :
                                                          :   Jointly Administered
         Debtors.                                         :
------------------------------------------------------------------------ x

## NOTICE OF BAR DATE FOR CONSTRUCTION LOAN
## BORROWERS FOR FILING OF PROOFS OF CLAIM

**YOU HAVE BEEN IDENTIFIED AS A BORROWER UNDER A CONSTRUCTION LOAN. ACCORDINGLY, PLEASE READ THE FOLLOWING NOTICE:**

On February 14, 2008, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order (the "Borrowers Bar Date Order") establishing a claims bar date in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors").[2] By the Borrowers Bar Date Order, the Court established **April 30, 2008 at 4:00 p.m. (Eastern Time)**, as the claims bar date (the "Borrowers Bar Date") for all borrowers under the Debtors' construction loans (collectively, the "Borrowers"). Except as described below, the Borrowers Bar Date Order requires all Borrowers that have or assert any Claims[3] against the Debtors to file proofs of claim with EPIQ Bankruptcy Solutions, LLC ("EPIQ"), the claims noticing and balloting agent in these cases, so that their proofs of claim are received by EPIQ **on or before 4:00 p.m., Eastern Time, on April 30, 2008**.

For your convenience, enclosed with this Notice is a proof of claim form. **A copy of the proof of claim form is also available free of charge to you on EPIQ's dedicated web page related to these cases (http://chapter11.epiqsystems.com -- click on "American Home Mortgage").**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Other names used by the Debtors in the last six years include: AHM Acceptance, Inc.; AHM Equity Credit Lines, LLC; AHM Mortgage; AHM Servicing, Inc.; American Brokers Conduit; American Home Mortgage; American Home Mortgage V; American Home Mortgage Corp. of New York; American Home Mortgage Corp. of NY; American Home Mortgage Servicing; American Home Mtg Servicing; American Home Solutions; All Pro Mortgage, LLC; CNI; CNI National; CNI National Mortgage Co.; CNI National Mortgage Company; CNI National Mortgage Corporation; Columbia National, Inc.; Columbia National Incorporated; Columbia National Mortgage; Columbia National of South Carolina, Inc.; Coastline Mortgage, Inc.; ComNet Mortgage Services; ComNet Mortgage Services, a Division of American Home Mortgage; Elite Lending Partners, LLC; First Home Mortgage; First Home Mortgage Corp.; First Home Mortgage Corp. Illinois; First Home Mortgage Corp. (Illinois); First Home Mortgage of Georgia; First Home Mortgage of Pennsylvania; Frost Mortgage Banking Group; HSS Mortgage; Marina Mortgage; MortgageOps.com; MortgageSelect; MortgageSelect, Inc.; MortgageSelect.com, Inc.; New York American Home Mortgage Corp.; Paine Webber Mortgage Finance, Inc.; Peak Experience Mortgage; Private Mortgage Group; Silcon Mortgage; TDG Equities; US Lending Company, LLC; and Western United Mortgage of Colorado.

[3] As used in this Notice, the term "Claim" shall mean, as to or against the Debtors and in accordance with 11 U.S.C. §§ 101(5): (a) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or (b) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

## WHO MUST FILE A PROOF OF CLAIM

Pursuant to the Borrowers Bar Date Order, all Borrowers holding Claims against the Debtors are required to file proofs of claim on or before **4:00 p.m., Eastern Time, on April 30, 2008.**

**Please take notice that the Borrowers Bar Date is applicable only to Borrowers under the Debtors' construction loans. Any other entity asserting claims against any of the Debtors must file a proof of claim with respect to each such Debtor in accordance with the terms of the Order Pursuant to Bankruptcy Rule 3003(c)(3) and Local Rule 2002-1(e) Establishing Bar Dates for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof [Docket No. 1708], entered by this Court on October 30, 2007.**

### *Borrowers Not Required to File Proofs of Claim by the Borrowers Bar Date*

The Borrowers Bar Date Order provides that the following Borrowers need not file proofs of claim by the Borrowers Bar Date:

(a) any Borrower that has already properly filed a Proof of Claim against one or more of the Debtors with either EPIQ or the Clerk of the Court for the United States Bankruptcy Court for the District of Delaware;

(b) any Borrower whose claim against the Debtors has been allowed by an order of the Court entered on or before the Borrowers Bar Date; or

(c) any Borrower whose claim has been paid by the Debtors.

### *Filing Proofs of Claim Against Multiple Debtors; Requirement to Identify Debtor*

Any Borrower asserting Claims against more than one Debtor must file a separate proof of claim with respect to each such Debtor on or before the Borrowers Bar Date. In addition, any Borrower filing a proof of claim must identify on its proof of claim form the particular Debtor against which its Claim is asserted.

## CONSEQUENCES OF FAILURE TO FILE PROOF OF CLAIM

Any Borrower that is required to file a proof of claim, but fails to do so by the Borrowers Bar Date described in this Notice, shall not be treated as a creditor for purposes of voting upon, or receiving distributions under, any chapter 11 plan or plans in these chapter 11 cases in respect of that claim.

## PROCEDURE FOR FILING PROOFS OF CLAIM

Original proofs of claim must be sent by mail to American Home Mortgage Claims Processing, P.O. Box 5076, FDR Station, New York, NY 10150-5076 or by overnight courier or hand delivery to EPIQ Bankruptcy Solutions, LLC, Attn: American Home Mortgage Claims Processing, 757 Third Avenue, 3rd Floor, New York, NY 10017, so as to be received **no later than 4:00 p.m., Eastern Time, on April 30, 2008.** *Any proof of claim submitted by facsimile or e-mail will not be accepted and will not be deemed filed until the proof of claim is submitted by one of the methods described in the foregoing sentence.* Proofs of claim will be deemed filed only when actually received by EPIQ. If you wish to receive acknowledgement of EPIQ's receipt of your proof of claim, you must also submit by the Borrowers Bar Date and concurrently with submitting your original proof of claim, (a) a copy of your original proof of claim and (b) a self-addressed, stamped return envelope.

Proofs of claim must include all documentation required by Bankruptcy Rules 3001(c) and 3001(d), including an original or a copy of any written document that forms the basis of the Claim or, for secured Claims, evidence that the alleged security interest has been perfected.

2

**ADDITIONAL INFORMATION**

A copy of the Borrowers Bar Date Order is available for inspection during regular business hours at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the District of Delaware, 5th Floor, 824 Market Street, Wilmington, Delaware 19801. In addition, a copy of the Borrowers Bar Date Order may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov/) by following the directions for accessing the ECF system on such website. **A copy of the Borrowers Bar Date Order is also available free of charge to you on EPIQ's dedicated web page related to these cases (http://chapter11.epiqsystems.com -- click on "American Home Mortgage").**

Questions concerning the contents of this Notice and requests for proofs of claim should be directed to EPIQ at (866) 493-7277 between the hours of 9:00 a.m. and 6:00 p.m. (Eastern Time), Monday through Friday. Please note that EPIQ's staff is not permitted to give legal advice. You should consult your own attorney for assistance regarding any other inquiries, such as questions concerning the completion or filing of a proof of claim.

| | |
|---|---|
| Dated: February 25, 2008<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Counsel to the Debtors and Debtors in Possession |