IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:                                              :    Chapter 11

                                  :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :    Case No. 07-11047 (CSS)
a Delaware corporation, <u>et al.</u>, [1]                            :

                                  :    Jointly Administered

        Debtors.                                    :

---------------------------------------------------------------- x

Objection Deadline: March 19, 2008 at 4:00 p.m.
Hearing Date: N/A

## NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel for the Official Committee of Unsecured Creditors, Counsel for the Administrative Agent, Counsel for the DIP Agent, and Milestone Advisors, LLC.

       The **Fifth Monthly Application of Allen & Overy, LLP as Special Regulatory Counsel for the Debtors for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period January 1, 2008 through January 31, 2008** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $242,791.50 and interim expenses in the amount of $25,388.41.

       Objections to the Application, if any, are required to be filed on or before **March 19, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

       At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: James L. Patton, Jr.), counsel to the Debtors; (iii) Milestone Advisors, LLC, 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn: Jeffrey M. Levine); (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the Committee; (v) Kaye

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("<u>AHM Holdings</u>") (6303); American Home Mortgage Investment Corp. ("<u>AHM Investment</u>"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("<u>AHM Acceptance</u>"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("<u>AHM Servicing</u>"), a Maryland corporation (7267); American Home Mortgage Corp. ("<u>AHM Corp.</u>"), a New York corporation (1558); American Home Mortgage Ventures LLC ("<u>AHM Ventures</u>"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("<u>Homegate</u>"), a New York corporation (7491); and Great Oak Abstract Corp. ("<u>Great Oak</u>"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Scholer LLP, 425 Park Avenue, New York, New York 10022 (Attn.: Margot B. Schonholtz and Scott D. Talmadge) and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801 (Attn.: Laurie Selber Silverstein), counsel to the Administrative Agent; (vi) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn.: Corinne Ball and Erica M. Ryland) and Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn.: Victoria Counihan), counsel to the DIP Agent; and (vii) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
February 28, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x

In re:                                                : Chapter 11
                                                      :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                       :
                                                      : Jointly Administered
      Debtors.                                        :
---------------------------------------------------------------------- x

## FIFTH MONTHLY APPLICATION OF ALLEN & OVERY, LLP AS SPECIAL REGULATORY COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008

| | |
|---|---|
| Name of Applicant: | Allen & Overy, LLP |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | Effective as of September 7, 2007 |
| Period for which compensation and reimbursement is sought: | January 1, 2008 through January 31, 2008 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $242,791.50 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $25,388.41 |

This is an: __X__ interim ___ final application

This application includes 16.10 hours ($8,755.00) incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| Nov. 30, 2007 / #2241 | Sept. 7 – Sept. 30, 2007 | $172,200.50 | $188.27 | $172,200.50 | $188.27 |
| Nov. 30, 2007 / #2242 | Oct. 1 – Oct. 31, 2007 | $311,858.00 | $131,377.49 | $311,858.00 | $131,377.49 |
| Jan. 7, 2008 / #2500 | Nov. 1- Nov. 30, 2007 | $325,630.50 | $274,672.83 | $260,504.40[2] | $274,672.83 |
| Feb 1., 2008 / #2854 | Dec. 1- Dec. 31, 2007 | $209,588.50 | $105,192.08 | Pending | Pending |

---

[2] To date, 80% of Allen & Overy LLP's November 2007 fees have been paid.  The remaining 20% is outstanding pending Court approval.

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Pamela Rogers Chepiga | Partner since 2005. Joined firm as counsel in 2003. Member of NY Bar since 1974. | $850.00 | 43.70 | $36,295.00 |
| Ken Coleman | Partner since 2001. Joined the firm as a partner in 2001. Member of NY Bar since 1982. | $825.00 | 1.40 | $1,155.00 |
| Jack Heinberg | Partner since 2000. Joined the firm as a partner in 2000. Member of NY Bar since 1990. | $850.00 | .5 | $425.00 |
| Robert Knuts | Partner since 2006. Joined the firm as a partner in 2006. Member of NY Bar since 1982. | $760.00 | 63.90 | $47,804.00 |
| Nathan Reilly | Joined firm as associate in 2002. Member of NY Bar since 2002. | $585.00 | 17.20 | $10,062.00 |
| Aimee Ferrer | Joined firm as an associate in 2005. Member of the NY Bar since 2005. | $430.00 | 74.80 | $31,411.50 |
| Eloise Kauvar | Joined firm as an associate in 2007. Not yet admitted to the NY Bar. | $350.00 | 140.60 | $49,210.00 |
| Nicholas Mitchell | Joined firm as an associate in 2007. Not yet admitted to the NY Bar. | $350.00 | 119.00 | $41,650.00 |
| Toby Mann | Managing Clerk | $195.00 | 2.00 | $390.00 |
| Christopher Redlich | Litigation Support Manager | $235.00 | 62.70 | $14,734.50 |
| Jodi Pittell | Paralegal | $245.00 | 12.00 | $2,940.00 |
| Jessica Prahl | Paralegal | $235.00 | 2.70 | $634.50 |
| Jeffrey Dubin | Paralegal | $160.00 | 19.00 | $3,040.00 |
| Devin Quinn | Paralegal | $160.00 | 19.00 | $3,040.00 |
| **Grand Total:** | | | 578.50 | $242,791.50 |
| **Blended Rate:** | | | | $419.69 |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration  (B110) | 117.40 | $24,779.00 |
| Fee/Employment Applications (B160) | 16.10 | $8,755.00 |
| Non-Working Travel (B195)) | 7.50 | $4,725.00<br>- %50<br>$2,362.50 |
| Fact Investigation / Development (L110) | 104.00 | $61,400.00 |
| Analysis / Strategy (L120) | 13.70 | $5,891.00 |
| Other Case Assessment, Development and Admin (L190) | 56.80 | $41,702.00 |
| Document Production (L320) | 263.00 | $97,902.00 |
| **TOTALS** | **578.50** | **$242,791.50** |

## INTERIM EXPENSE SUMMARY

| Expenses Category | Total Expenses ($) |
|---|---|
| Car/Bus/Subway Travel | $101.90 |
| Delivery/Courier | $57.72 |
| Electronic Discovery[3] | $24,242.20 |
| Long Distance Telephone | $14.43 |
| Postage | $98.32 |
| Reproduction Charges | $706.00 |
| Working Meals[4] | $167.84 |
| **TOTAL** | $25,388.41 |

---

[3] This category reflects some expenses incurred in November, but not finalized until January.

[4] This category reflects some expenses incurred in December which were not invoiced until January.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                         :    Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                :
                                                               :    Jointly Administered
         Debtors.                                              :
------------------------------------------------------------ x

### FIFTH MONTHLY APPLICATION OF
### ALLEN & OVERY, LLP AS SPECIAL REGULATORY COUNSEL FOR THE
### DEBTORS AND FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
### EXPENSES INCURRED FOR THE INTERIM PERIOD
### JANUARY 1, 2008 THROUGH JANUARY 31, 2008

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, the law firm of Allen & Overy, LLP (hereinafter "A&O") hereby moves this

Court for reasonable compensation for professional legal services rendered as special regulatory

counsel to American Home Mortgage Holdings, Inc., et al., the debtors in the above-captioned cases

(the "Debtors"), in the amount of $242,791.50 together with reimbursement for actual and

necessary expenses incurred in the amount of $25,388.41 for the interim period January 1, 2008

through January 31, 2008 (the "Interim Fee Period").  In support of its Application, A&O

respectfully represents as follows:

1.    A&O was employed pursuant to an engagement letter to represent the

Debtors as special regulatory counsel in connection with regulatory inquiries.  This representation

was effective as of September 7, 2007, pursuant to an Order entered by this Court on October 31,

2007.  The Order authorized A&O to be compensated on an hourly basis and to be reimbursed for

actual and necessary out-of-pocket expenses.

2.    All services for which compensation is requested by A&O were performed

for or on behalf of the Debtors.

### SUMMARY OF SERVICES RENDERED

3.    Attached hereto as Exhibit A is a detailed statement of fees incurred during the Interim Fee Period showing the amount of $242,791.50 due for fees. Exhibit B is a detailed statement of expenses paid during the Interim Fee Period showing the amount of $25,388.41 for reimbursement of expenses.

4.    The services rendered by A&O during the Interim Fee Period are grouped into the categories set forth in Exhibit A. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

### DISBURSEMENTS

5.    A&O has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $25,388.41. This disbursement sum is broken down into categories of charges, including, among other things, electronic discovery fees, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime.

6.    A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

7.    Costs incurred for overtime and computer assisted research are not included in A&O's normal hourly billing rates and, therefore, are itemized and included in A&O's disbursements. Pursuant to Local Rule 2016-2, A&O represents that the rate charged here for printing and duplication is $.10 per page, the rate charged here for outgoing telecopier transmissions is $1.00 per page (excluding related long distance transmission charges), there is no charge for

## SUMMARY OF SERVICES RENDERED

3.      Attached hereto as Exhibit A is a detailed statement of fees incurred during the Interim Fee Period showing the amount of $242,791.50 due for fees.  Exhibit B is a detailed statement of expenses paid during the Interim Fee Period showing the amount of $25,388.41 for reimbursement of expenses.

4.      The services rendered by A&O during the Interim Fee Period are grouped into the categories set forth in Exhibit A.  The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

5.      A&O has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $25,388.41.  This disbursement sum is broken down into categories of charges, including, among other things, electronic discovery fees, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime.

6.      A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

7.      Costs incurred for overtime and computer assisted research are not included in A&O's normal hourly billing rates and, therefore, are itemized and included in A&O's disbursements.  Pursuant to Local Rule 2016-2, A&O represents that the rate charged here for printing and duplication is $.10 per page, the rate charged here for outgoing telecopier transmissions is $1.00 per page (excluding related long distance transmission charges), there is no charge for

expenses incurred during that period, and further requests such other and further relief as this Court

may deem just and proper.

Dated: New York, New York
       February 27, 2008

ALLEN & OVERY, LLP

Pamela Rogers Chepiga
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

Special Regulatory Counsel for Debtors

4

<u>VERIFICATION</u>

STATE OF NEW YORK   )
                      )    SS:
NEW YORK COUNTY   )

        Pamela Rogers Chepiga, Esquire, after being duly sworn according to law, deposes and says:

        1.     I am a Partner in the applicant firm, Allen & Overy, LLP, and have been admitted to the bar of New York state since 1974.

        2.     I have personally performed many of the legal services rendered by Allen & Overy, LLP, as counsel to the Debtors and am familiar with all other work performed on behalf of the lawyers and paraprofessionals in the firm.

        3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.


                                                 _____
                                                 Pamela Rogers Chepiga

SWORN TO AND SUBSCRIBED before me this _____ day of February, 2008


                                                 _____
                                                 Notary Public
                                                 My Commission Expires:_____

VERIFICATION

STATE OF NEW YORK     )
                                 )    SS:
NEW YORK COUNTY     )

         Pamela Rogers Chepiga, Esquire, after being duly sworn according to law, deposes and says:

         1.     I am a Partner in the applicant firm, Allen & Overy, LLP, and have been admitted to the bar of New York state since 1974.

         2.     I have personally performed many of the legal services rendered by Allen & Overy, LLP, as counsel to the Debtors and am familiar with all other work performed on behalf of the lawyers and paraprofessionals in the firm.

         3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                                        _____
                                        Pamela Rogers Chepiga

SWORN TO AND SUBSCRIBED before me this 26 day of February, 2008

                            _____
                            Notary Public
                            My Commission Expires: Dec. 11, 2010

TOBY D. MANN
Notary Public, State of New York
No. 01MA6167103
Qualified in Westchester County
Certificate filed in New York County
Commission Expires Dec. 11, 2010

# EXHIBIT A

To:    American Home Mortgage Investment Corp.

Attn: Alan Horn
538 Broadhollow Road
Melville, NY 11757

MATTER :   87601-00001
CURRENCY: U.S.Dollars
INVOICE :   5714984

Billing from January 1 – January 31, 2008

Total Fees:        $242,791.50
Total Expenses:    $25,388.41

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| Case Administration | | | | |
| 01/02/08  Christopher Redlich | 1.50 | 352.50 | B110 | QC of production |
| 01/02/08  Christopher Redlich | 2.00 | 470.00 | B110 | Conducted QC on Production |
| 01/03/08  Jeffrey Dubbin | 4.00 | 640.00 | B110 | Managing attorneys' correspondence with SEC, US Attorney's Office, and Individual Counsel, |
| 01/03/08  Christopher Redlich | 1.00 | 235.00 | B110 | Production status call with vendors. |
| 01/04/08  Jeffrey Dubbin | 2.00 | 320.00 | B110 | Bindering and Filing SEC correspondence, individual counsel correspondence. |
| 01/07/08  Jeffrey Dubbin | 3.50 | 560.00 | B110 | File database indexing for AFerrer Maintaining correspondence binders. |
| 01/08/08  Christopher Redlich | 0.20 | 47.00 | B110 | Production status email. |
| 01/08/08  Christopher Redlich | 0.20 | 47.00 | B110 | Production status call. |
| 01/08/08  Christopher Redlich | 0.40 | 94.00 | B110 | Contacted vendor about project. |
| 01/08/08  Christopher Redlich | 2.50 | 587.50 | B110 | Created stub period privilege log. |
| 01/08/08  Jeffrey Dubbin | 3.00 | 480.00 | B110 | Production log maintenance and integration of Hozie materials. |
| 01/08/08  Jodi Pittell | 7.00 | 1,715.00 | B110 | Creating complete log accounting for all materials sent from Cadwalader and all materials produced in matter thus far. |
| 01/09/08  Christopher Redlich | 2.00 | 470.00 | B110 | Privilege log searches. |
| 01/10/08  Jeffrey Dubbin | 3.00 | 480.00 | B110 | Meeting with AFerrer re: corporate policy pdfs; communication with AHM IT for access to website; Accessing and transferring company |

**Detail by Activity**

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| | | | | | policy notices to A&O I:\ drive. |
| 01/11/08 | Devin Quin | 2.00 | 320.00 | B110 | Internal billing conformity and protocol review. |
| 01/11/08 | Christopher Redlich | 0.30 | 70.50 | B110 | Email production vendor. |
| 01/11/08 | Christopher Redlich | 2.00 | 470.00 | B110 | Worked on Privilege logs |
| 01/12/08 | Christopher Redlich | 3.00 | 705.00 | B110 | Merged privilege logs. |
| 01/14/08 | Devin Quin | 6.00 | 960.00 | B110 | Internal billing conformity and protocol review. |
| 01/14/08 | Christopher Redlich | 4.00 | 940.00 | B110 | Managed Privilege log. |
| 01/15/08 | Jeffrey Dubbin | 1.50 | 240.00 | B110 | Maintaining correspondence binders |
| 01/15/08 | Christopher Redlich | 5.00 | 1,175.00 | B110 | Created Privilege logs for attorney review. |
| 01/15/08 | Jessica Prahl | 0.50 | 117.50 | B110 | Organized pristine and working sets of latest production, updated production log; filed production in case room, per A. Ferrer. |
| 01/16/08 | Christopher Redlich | 2.50 | 587.50 | B110 | Privilege log creation and conversation with A. Ferrer. |
| 01/16/08 | Christopher Redlich | 4.00 | 940.00 | B110 | Privilege logs. |
| 01/16/08 | Christopher Redlich | 1.00 | 235.00 | B110 | Vendor call. |
| 01/16/08 | Christopher Redlich | 0.50 | 117.50 | B110 | Vendor call. |
| 01/16/08 | Jeffrey Dubbin | 1.00 | 160.00 | B110 | Maintaining correspondence binders. |
| 01/16/08 | Devin Quin | 7.00 | 1,120.00 | B110 | Internal billing review and protocol conformity. |
| 01/17/08 | Jeffrey Dubbin | 1.00 | 160.00 | B110 | Maintaining and distributing SEC and individual counsel correspondence binders. |
| 01/17/08 | Christopher Redlich | 2.00 | 470.00 | B110 | 3rd review production. |
| 01/17/08 | Devin Quin | 4.00 | 640.00 | B110 | Internal billing review & protocol conformity. |
| 01/18/08 | Toby Mann | 2.00 | 390.00 | B110 | Hand deliveries to the SEC and the Eastern District Attorney's Office. |
| 01/18/08 | Christopher Redlich | 0.10 | 23.50 | B110 | Email to production vendor. |
| 01/22/08 | Jodi Pittell | 3.00 | 735.00 | B110 | Reviewing documents sent in from AHM Intranet, looking for duplicates, reviewing against other materials as per attorney request. |
| 01/22/08 | Christopher Redlich | 4.50 | 1,057.50 | B110 | 3rd Review production. |
| 01/22/08 | Christopher Redlich | 1.00 | 235.00 | B110 | Meeting with vendor. |
| 01/23/08 | Jodi Pittell | 2.00 | 490.00 | B110 | Review for duplicates. Return materials to A. Ferrer |
| 01/23/08 | Christopher Redlich | 0.20 | 47.00 | B110 | Email production vendor. |
| 01/23/08 | Christopher Redlich | 0.20 | 47.00 | B110 | Email production vendor. |

**Detail by Activity**

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| 01/23/08 | Christopher Redlich | 2.00 | 470.00 | B110 | 3rd Review production. |
| 01/24/08 | Christopher Redlich | 0.20 | 47.00 | B110 | Email production vendor. |
| 01/24/08 | Christopher Redlich | 0.10 | 23.50 | B110 | Email production vendor. |
| 01/24/08 | Christopher Redlich | 4.50 | 1,057.50 | B110 | 3rd Review production. |
| 01/24/08 | Jessica Prahl | 1.00 | 235.00 | B110 | Created working sets of production documents received from E. Kauvar and N. Mitchell; labelled same for storage in case room, per E. Kauvar. |
| 01/25/08 | Christopher Redlich | 6.00 | 1,410.00 | B110 | 3rd Review prep. |
| 01/26/08 | Christopher Redlich | 0.10 | 23.50 | B110 | Email to vendor on 3rd rev production |
| 01/26/08 | Christopher Redlich | 0.20 | 47.00 | B110 | Email to vendor on 3rd review production. |
| 01/26/08 | Christopher Redlich | 1.00 | 235.00 | B110 | Email communication to vendor on 3rd review production. |
| 01/28/08 | Christopher Redlich | 7.00 | 1,645.00 | B110 | 3rd review production. |
| 01/29/08 | Christopher Redlich | 1.50 | 352.50 | B110 | Casevault redacted privilege log. |
| 01/31/08 | Jessica Prahl | 1.20 | 282.00 | B110 | Preparing production documents to be sent to vendor for copying, per E. Kauvar. Preparing same documents to be sent to other counsel, per E. Kauvar. |
| ****** | TOTAL CODE B110: | 117.40 | 24,779.00 | | |

Fee/Employment Applications

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| 01/02/08 | Nicholas Mitchell | 1.20 | 420.00 | B160 | Attention to fee application. |
| 01/03/08 | Nicholas Mitchell | 0.60 | 210.00 | B160 | Correspondence with Young Conaway attorneys re: fee application. |
| 01/10/08 | Nathan Reilly | 0.40 | 234.00 | B160 | Communicate with vendor re: invoice issues, |
| 01/11/08 | Nathan Reilly | 1.20 | 702.00 | B160 | Communication with Young Conaway; chambers of J. Sontchi and courtcall re: hearing on Jan. 14. |
| 01/14/08 | Pamela Chepiga | 0.40 | 340.00 | B160 | Telephonic attendance at Bankruptcy Court conference re: approval of fee applications. |
| 01/17/08 | Nathan Reilly | 0.70 | 409.50 | B160 | Review time entries for December fee application; revise draft application. |
| 01/18/08 | Nathan Reilly | 0.50 | 292.50 | B160 | E-mail with vendor re: invoice issue. |
| 01/22/08 | Nathan Reilly | 1.20 | 702.00 | B160 | Review materials for draft fee application; revise draft application. |
| 01/24/08 | Nathan Reilly | 0.60 | 351.00 | B160 | Revise draft fee application. |
| 01/25/08 | Nicholas Mitchell | 0.20 | 70.00 | B160 | Internal discussion re: preparation of fee application. |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 01/28/08  Nicholas Mitchell | 0.60 | 210.00 | B160 | Work on exhibit B to December fee application. |
| 01/28/08  Nathan Reilly | 2.20 | 1,287.00 | B160 | Revise draft December fee application. |
| 01/29/08  Nicholas Mitchell | 0.90 | 315.00 | B160 | Attention to Exhibit B of the December fee application. |
| 01/29/08  Nathan Reilly | 0.60 | 351.00 | B160 | Revise draft fee application. |
| 01/30/08  Nathan Reilly | 2.80 | 1,638.00 | B160 | Revise draft exhibits to fee application and draft application. |
| 01/31/08  Nathan Reilly | 1.80 | 1,053.00 | B160 | Finalize draft fee application and transmit to bankruptcy counsel. |
| 01/31/08  Pamela Chepiga | 0.20 | 170.00 | B160 | Finalization and signing of AHM bill for A&O's December services. |
| ******  TOTAL CODE B160: | 16.10 | 8,755.00 | | |

Non-Working Travel

| | | | | |
|---|---|---|---|---|
| 01/03/08  Aimee Ferrer | 1.50 | 645.00 | B195 | Travel to meeting with SEC. |
| 01/09/08  Pamela Chepiga | 2.00 | 1,700.00 | B195 | Travel to and from Melville for meetings with client. |
| 01/09/08  Aimee Ferrer | 2.00 | 860.00 | B195 | Travel to and from AHM HQ. |
| 01/09/08  Robert Knuts | 2.00 | 1,520.00 | B195 | Travel to/from company offices for meetings with company employees |
| ******  TOTAL CODE B195: | 7.50 | 4,725.00 | | |
| | | (-50%) | | |
| | | 2,362.50 | | |

Fact Investigation / Development

| | | | | |
|---|---|---|---|---|
| 01/02/08  Aimee Ferrer | 0.80 | 344.00 | L110 | Analyzing subpoena and drafting suggested timeline and search terms in anticipation of tomorrow's meeting with the SEC. |
| 01/02/08  Aimee Ferrer | 0.80 | 344.00 | L110 | Analyzing documents received from company for responsiveness to subpoena and possible privilege. |
| 01/02/08  Robert Knuts | 3.00 | 2,280.00 | L110 | Analysis existing document productions and SEC subpoenas in preparation for informal interview of T. Neer |
| 01/03/08  Robert Knuts | 3.00 | 2,280.00 | L110 | Meeting with T. Neer in preparation for informal interview by SEC |
| 01/03/08  Robert Knuts | 4.50 | 3,420.00 | L110 | Represent T. Neer at informal interview by SEC |

**Detail by Activity**

| Date – Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 01/03/08  Nicholas Mitchell | 5.00 | 1,750.00 | L110 | Review of documents in connection with SEC /DOJ investigation. |
| 01/03/08  Robert Knuts | 0.30 | 228.00 | L110 | Conference with P. Chepiga concerning questions posed at SEC interview of company employee and follow-up issues |
| 01/04/08  Nicholas Mitchell | 5.10 | 1,785.00 | L110 | Review of documents in connection with SEC/DOJ investigation. |
| 01/04/08  Robert Knuts | 0.70 | 532.00 | L110 | Telephone conferences with counsel for company employees concerning SEC document subpoena and related issues |
| 01/04/08  Robert Knuts | 2.80 | 2,128.00 | L110 | Follow up analysis of documents produced, SEC subpoenas, and related disclosures in light of T. Neer interview |
| 01/07/08  Aimee Ferrer | 4.30 | 1,849.00 | L110 | Review of documents provided by the company for responsiveness to SEC subpoena; conference with R. Knuts. |
| 01/07/08  Nicholas Mitchell | 5.60 | 1,960.00 | L110 | Review of documents in connection with SEC/DOJ investigation. |
| 01/07/08  Robert Knuts | 0.40 | 304.00 | L110 | Conference call with SEC staff attorneys concerning document productions in response to SEC subpoena; prepare for same |
| 01/07/08  Robert Knuts | 2.70 | 2,052.00 | L110 | Internal conferences with A. Ferrer concerning documents responsive to SEC subpoenas; continued analysis of those subpoenas, documents collected from company and related disclosures |
| 01/08/08  Aimee Ferrer | 1.80 | 774.00 | L110 | Reviewing and analyzing documents for responsiveness. |
| 01/08/08  Nicholas Mitchell | 3.90 | 1,365.00 | L110 | Review of privileged documents in connection with preparation of a privilege log. |
| 01/08/08  Robert Knuts | 2.50 | 1,900.00 | L110 | Prepare for meetings with company employees concerning SEC document subpoenas and certain follow up information requests |
| 01/09/08  Nicholas Mitchell | 1.00 | 350.00 | L110 | Review of documents in connection with DOJ/SEC investigation. |
| 01/09/08  Robert Knuts | 5.00 | 3,800.00 | L110 | Meetings with company employees concerning SEC subpoena and related issues; conference with P. Chepiga, A. Ferrer regarding same |
| 01/10/08  Nicholas Mitchell | 3.10 | 1,085.00 | L110 | Review of privileged documents. |
| 01/10/08  Robert Knuts | 2.20 | 1,672.00 | L110 | Analysis of documents subpoenaed by SEC, relevant company disclosures and related issues |

**Detail by Activity**

| Date – Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| 01/11/08 | Nicholas Mitchell | 2.40 | 840.00 | L110 | Review of documents in connection with preparation of a privilege log. |
| 01/11/08 | Nicholas Mitchell | 3.10 | 1,085.00 | L110 | Redaction of documents which contain privileged material. |
| 01/11/08 | Robert Knuts | 3.40 | 2,584.00 | L110 | Analysis of documents subpoenaed by SEC, relevant company disclosures and related issues |
| 01/14/08 | Nicholas Mitchell | 1.70 | 595.00 | L110 | Document review in connection with SEC/DOJ investigation. |
| 01/14/08 | Aimee Ferrer | 0.60 | 258.00 | L110 | Review of privilege documents for production; communication with E. Kauvar re: same. |
| 01/14/08 | Robert Knuts | 2.70 | 2,052.00 | L110 | Analysis of documents subpoenaed by SEC, relevant company disclosures and related issues |
| 01/15/08 | Nicholas Mitchell | 4.80 | 1,680.00 | L110 | Review of documents in connection with SEC/DOJ investigation. |
| 01/15/08 | Robert Knuts | 2.80 | 2,128.00 | L110 | Analysis of documents subpoenaed by SEC, relevant company disclosures and related issues |
| 01/16/08 | Robert Knuts | 3.20 | 2,432.00 | L110 | Analysis of documents subpoenaed by SEC, relevant company disclosures and related issues |
| 01/17/08 | Robert Knuts | 2.50 | 1,900.00 | L110 | Analysis of documents subpoenaed by SEC, relevant company disclosures and related issues |
| 01/18/08 | Robert Knuts | 3.80 | 2,888.00 | L110 | Analysis of documents subpoenaed by SEC, relevant company disclosures and related issues |
| 01/22/08 | Aimee Ferrer | 0.80 | 344.00 | L110 | Review of documents received from client for responsiveness. |
| 01/22/08 | Robert Knuts | 0.40 | 304.00 | L110 | Telephone conference with SEC staff concerning additional email production; review email received from SEC; discuss call with A. Ferrer and others |
| 01/22/08 | Robert Knuts | 2.50 | 1,900.00 | L110 | Analysis of documents subpoenaed by SEC, relevant company disclosures and related issues |
| 01/23/08 | Robert Knuts | 3.20 | 2,432.00 | L110 | Analysis of documents subpoenaed by SEC, relevant company disclosures and related issues |
| 01/29/08 | Robert Knuts | 2.50 | 1,900.00 | L110 | Analysis of documents subpoenaed by SEC, relevant company disclosures and related issues; follow up concerning new email production requests and restoration process |
| 01/30/08 | Robert Knuts | 2.90 | 2,204.00 | L110 | Analysis of documents subpoenaed by SEC, relevant company disclosures and related issues; telephone conference with company employee concerning specific issues |
| 01/31/08 | Robert Knuts | 2.20 | 1,672.00 | L110 | Analysis of documents subpoenaed by SEC, |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | relevant company disclosures and related issues |
| ******* TOTAL CODE L110: | 104.00 | 61,400.00 | | |

Analysis / Strategy

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 01/02/08  Aimee Ferrer | 0.30 | 129.00 | L120 | Communicating with AHM employee re: meeting with SEC. |
| 01/02/08  Aimee Ferrer | 0.20 | 86.00 | L120 | Communicating with AHM general counsel re: documents responsive to subpoena. |
| 01/02/08  Aimee Ferrer | 0.30 | 129.00 | L120 | Meeting with B. Knuts re: preparation for SEC meeting tomorrow and case status. |
| 01/03/08  Aimee Ferrer | 3.00 | 1,290.00 | L120 | Communications with and preparation of AHM employee for informal interview with SEC. |
| 01/07/08  Aimee Ferrer | 0.40 | 172.00 | L120 | Conference call with AHM GC re: case status and subpoena response queries. |
| 01/09/08  Aimee Ferrer | 5.00 | 2,150.00 | L120 | Speaking to AHM employees regarding information responsive to SEC subpoena. |
| 01/11/08  Aimee Ferrer | 0.40 | 172.00 | L120 | Communicating with AHM employees re: availability to meet and location of responsive documents |
| 01/15/08  Aimee Ferrer | 0.40 | 172.00 | L120 | Communication with AHM employees re: documents responsive to SEC subpoena requests. |
| 01/16/08  Aimee Ferrer | 0.50 | 215.00 | L120 | Communication with AHM employee re: responses to SEC subpoena. |
| 01/16/08  Aimee Ferrer | 0.70 | 301.00 | L120 | Communications with AHM employee re: responses to SEC subpoena |
| 01/22/08  Aimee Ferrer | 0.40 | 172.00 | L120 | Correspondence with AHM employee re: locations of responsive documents. |
| 01/23/08  Aimee Ferrer | 0.50 | 215.00 | L120 | Correspondence with AHM employee re: SEC request for further information. |
| 01/23/08  Aimee Ferrer | 0.40 | 172.00 | L120 | Correspondence with AHM employee re: locations of responsive documents. |
| 01/25/08  Aimee Ferrer | 0.70 | 301.00 | L120 | Client correspondence re: responsive documents and meeting scheduling. |
| 01/29/08  Aimee Ferrer | 0.20 | 86.00 | L120 | Communications with AHM employees re: document requests. |
| 01/30/08  Aimee Ferrer | 0.30 | 129.00 | L120 | Communication with AHM employees re: responsive documents. |
| ******* TOTAL CODE L120: | 13.70 | 5,891.00 | | |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| Other Case Assessment, Development & Admin | | | | |
| 01/02/08  Aimee Ferrer | 0.80 | 344.00 | L190 | Coordinating privilege log and responding to questions from E. Kauvar and N. Mitchell re: privilege. |
| 01/02/08  Aimee Ferrer | 0.80 | 344.00 | L190 | Organizing files. |
| 01/02/08  Pamela Chepiga | 1.00 | 850.00 | L190 | Internal A&O conferences related to status of regulatory productions. |
| 01/02/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with individual counsel for AHM senior managers re: regulatory production. |
| 01/02/08  Pamela Chepiga | 0.80 | 680.00 | L190 | Analysis/review of subpoenaed documents. |
| 01/03/08  Aimee Ferrer | 3.50 | 1,505.00 | L190 | Attending meeting with SEC and AHM employee. |
| 01/03/08  Aimee Ferrer | 0.60 | 258.00 | L190 | Managing and coordinating privilege review and log production. |
| 01/03/08  Pamela Chepiga | 0.50 | 425.00 | L190 | Internal A&O strategy conference re: developments in bankruptcy proceeding and regulatory investigations. |
| 01/03/08  Pamela Chepiga | 3.00 | 2,550.00 | L190 | Preparation of AHM employee for regulatory interview. |
| 01/03/08  Pamela Chepiga | 4.50 | 3,825.00 | L190 | Interview at SEC AHM employee. |
| 01/03/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Conference with R. Knuts re: follow-up from today's SEC interview. |
| 01/03/08  Ken Coleman | 0.60 | 495.00 | L190 | Conference with PC, PH and RK re plan confirmation issues. |
| 01/04/08  Ken Coleman | 0.60 | 495.00 | L190 | Conference call re bar date and post confirmation issues. |
| 01/04/08  Ken Coleman | 0.20 | 165.00 | L190 | Conference with PC, PH and RK re D&O claims. |
| 01/04/08  Pamela Chepiga | 1.00 | 850.00 | L190 | Review subpoenaed documents. |
| 01/04/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Internal A&O strategy conference as follow-up to Young Conaway call. |
| 01/04/08  Pamela Chepiga | 0.40 | 340.00 | L190 | Telephone conference with counsel for former employee re: regulatory matters. |
| 01/04/08  Pamela Chepiga | 0.60 | 510.00 | L190 | Telephone conference with Jim Patton (Young Conaway) re: bankruptcy and regulatory developments. |
| 01/04/08  Aimee Ferrer | 0.20 | 86.00 | L190 | Review of SEC filing. |
| 01/04/08  Aimee Ferrer | 0.50 | 215.00 | L190 | Managing technical issues in production, |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | including communications with C. Redlich, E. Kauver and N. Mitchell re: same. |
| 01/04/08  Robert Knuts | 0.70 | 532.00 | L190 | Conference with K. Coleman, P. Chepiga concerning bankruptcy issues and potential impact on regulatory investigations |
| 01/07/08  Aimee Ferrer | 0.50 | 215.00 | L190 | Conference call w/ SEC re: document production and response to subpoenas. |
| 01/07/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with M. Strauss (AHM) re: regulatory update. |
| 01/07/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Telephone conference with Alan Horn (AHM GC) re: subpoena compliance. |
| 01/07/08  Pamela Chepiga | 0.60 | 510.00 | L190 | Attention to regulatory production issues. |
| 01/07/08  Pamela Chepiga | 0.80 | 680.00 | L190 | Review of subpoenaed documents. |
| 01/08/08  Pamela Chepiga | 1.50 | 1,275.00 | L190 | Review of subpoenaed material. |
| 01/08/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with Young Conaway. |
| 01/09/08  Pamela Chepiga | 5.00 | 4,250.00 | L190 | Interviews of senior AHM management in Melville re: subpoena compliance. |
| 01/09/08  Aimee Ferrer | 0.40 | 172.00 | L190 | Managing production technical issues. |
| 01/10/08  Aimee Ferrer | 0.60 | 258.00 | L190 | Managing technical issues in AHM production, including speaking with AHM IT. |
| 01/10/08  Pamela Chepiga | 1.50 | 1,275.00 | L190 | Review of subpoenaed documents. |
| 01/10/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Telephone conference with counsel for former AHM officer re: regulatory matter. |
| 01/11/08  Aimee Ferrer | 0.40 | 172.00 | L190 | Managing technical issues in AHM production, including speaking with C. Redlich and AHM IT. |
| 01/11/08  Aimee Ferrer | 0.20 | 86.00 | L190 | Entering time and drafting narratives for billing purposes. |
| 01/11/08  Aimee Ferrer | 0.80 | 344.00 | L190 | Reviewing employee interview notes and preparing production information based on those notes. |
| 01/11/08  Pamela Chepiga | 1.20 | 1,020.00 | L190 | Review of subpoenaed documents. |
| 01/14/08  Robert Knuts | 0.40 | 304.00 | L190 | Telephone calls with client and counsel for certain officers regarding SEC request for tax services information; conference with P. Chepiga regarding same |
| 01/14/08  Pamela Chepiga | 1.30 | 1,105.00 | L190 | Attention to regulatory requests re: accountants' documents, including telephone conferences and emails with A. Horn (GC) (0.40); telephone conference and email with Skadden |

**Detail by Activity**

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| | | | | | Arps, counsel for accountants (0.30); internal A&O conferences (0.60). |
| 01/15/08 | Pamela Chepiga | 0.50 | 425.00 | L190 | Conference with J. Heinberg, A&O tax partner, and follow thereto re: compliance with regulatory requests. |
| 01/15/08 | Pamela Chepiga | 0.20 | 170.00 | L190 | Emails to counsel for AHM accountants re: regulatory requests. |
| 01/15/08 | Pamela Chepiga | 1.50 | 1,275.00 | L190 | Review of subpoenaed documents. |
| 01/15/08 | Jack Heinberg | 0.50 | 425.00 | L190 | Review requirements under Section 7216; conference with P. Chepiga and R. Knuts. |
| 01/15/08 | Aimee Ferrer | 0.40 | 172.00 | L190 | Communication with counsel for AHM employee re: location of documents responsive to SEC subpoena request. |
| 01/15/08 | Robert Knuts | 0.80 | 608.00 | L190 | Conference with P. Chepiga, J. Heinberg concerning certain tax regulation and how it applies in SEC/PCAOB investigations; review request from accountant for company consent and draft proposed alternative |
| 01/16/08 | Pamela Chepiga | 2.00 | 1,700.00 | L190 | Review of subpoenaed documents. |
| 01/16/08 | Pamela Chepiga | 0.40 | 340.00 | L190 | Telephone conferences with individual counsel for AHM senior managers re: regulatory request. |
| 01/16/08 | Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with counsel for auditors re: regulatory request. |
| 01/16/08 | Robert Knuts | 0.80 | 608.00 | L190 | Telephone conferences with counsel for former company employees concerning document collection issues and related matters |
| 01/17/08 | Pamela Chepiga | 0.30 | 255.00 | L190 | Telephone conference with counsel for AHM manager re: regulatory requests. |
| 01/17/08 | Pamela Chepiga | 0.60 | 510.00 | L190 | Attention to regulatory requests re: accountant's documents. |
| 01/17/08 | Aimee Ferrer | 0.60 | 258.00 | L190 | Communications with individual counsel regarding documents responsive to subpoena. |
| 01/18/08 | Pamela Chepiga | 0.30 | 255.00 | L190 | Telephone conference with A. Horn (GC AHM) re: accountants and regulatory request. |
| 01/18/08 | Pamela Chepiga | 0.30 | 255.00 | L190 | Email exchange with Skadden Arps, counsel for accountants, re: regulatory request. |
| 01/22/08 | Aimee Ferrer | 0.40 | 172.00 | L190 | Communication with AHM employee re: document retention query. |
| 01/22/08 | Aimee Ferrer | 0.80 | 344.00 | L190 | Communicating with individual counsel re: responsive documents. |

**Detail by Activity**

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| 01/23/08 | Pamela Chepiga | 0.20 | 170.00 | L190 | Update telephone conference with M. Strauss (AHM). |
| 01/23/08 | Aimee Ferrer | 0.20 | 86.00 | L190 | Reviewing e-mail correspondence from government regarding specific requests. |
| 01/23/08 | Aimee Ferrer | 0.60 | 258.00 | L190 | Speaking to landlord and landlord's assistance re: property removal, speaking with client and client's agent re: removal process. |
| 01/23/08 | Aimee Ferrer | 0.40 | 172.00 | L190 | Responding to document inquiry from individual counsel. |
| 01/24/08 | Pamela Chepiga | 0.40 | 340.00 | L190 | Review/edit draft stipulation for Young Conaway re: insurance policies. |
| 01/24/08 | Pamela Chepiga | 0.20 | 170.00 | L190 | Conference re: draft Young Conaway stipulation and proposed changes. |
| 01/24/08 | Aimee Ferrer | 0.20 | 86.00 | L190 | Conversation with individual counsel re: responsive documents |
| 01/24/08 | Aimee Ferrer | 0.40 | 172.00 | L190 | Coordination and communication with C. Redlich re: document production and vendor requirements. |
| 01/25/08 | Aimee Ferrer | 0.80 | 344.00 | L190 | Communications with A&O team re: data production and various production issues, timelines, etc. |
| 01/25/08 | Pamela Chepiga | 1.10 | 935.00 | L190 | Review of subpoenaed documents |
| 01/28/08 | Pamela Chepiga | 1.50 | 1,275.00 | L190 | Continued review of subpoenaed documents. |
| 01/30/08 | Aimee Ferrer | 0.20 | 86.00 | L190 | Communication with individual counsel re: responsive documents. |
| 01/30/08 | Pamela Chepiga | 1.20 | 1,020.00 | L190 | Review of subpoenaed documents. |
| 01/30/08 | Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with F. Wohl (Lankler Siffert) re: regulatory matter. |
| 01/30/08 | Pamela Chepiga | 0.30 | 255.00 | L190 | Attention to billing. |
| 01/31/08 | Pamela Chepiga | 0.40 | 340.00 | L190 | Document review. |
| 01/31/08 | Aimee Ferrer | 0.30 | 129.00 | L190 | Corresponding with individual counsel re: responsive documents. |
| 01/31/08 | Aimee Ferrer | 0.40 | 172.00 | L190 | Communications with C. Redlich, E. Kauvar and N. Mitchell re: production processes and status of document production, privilege log |
| ****** | TOTAL CODE L190: | 56.80 | 41,702.00 | | |

Document Production

| 01/02/08 | Aimee Ferrer | 1.20 | 516.00 | L320 | Reviewing and analyzing subpoena and prior productions to determine where further action |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | is needed. |
| 01/02/08  Eloise Kauvar | 1.80 | 630.00 | L320 | Preparation for and production to individual counsel. |
| 01/02/08  Eloise Kauvar | 0.20 | 70.00 | L320 | Phone call with individual counsel. |
| 01/02/08  Eloise Kauvar | 1.50 | 525.00 | L320 | Reviewed documents for privilege. |
| 01/02/08  Eloise Kauvar | 3.40 | 1,190.00 | L320 | Continue to revise privilege log. |
| 01/02/08  Eloise Kauvar | 1.30 | 455.00 | L320 | Internal discussions regarding case. |
| 01/02/08  Nicholas Mitchell | 1.80 | 630.00 | L320 | Attention to production schedule, privilege log and redactions; internal discussions with A & O team regarding same. |
| 01/02/08  Nicholas Mitchell | 3.60 | 1,260.00 | L320 | Review of materials in connection with creation of a privilege log. |
| 01/03/08  Eloise Kauvar | 4.90 | 1,715.00 | L320 | continue to revise privilege log. |
| 01/03/08  Eloise Kauvar | 1.00 | 350.00 | L320 | Internal discussions regarding case. |
| 01/04/08  Eloise Kauvar | 4.60 | 1,610.00 | L320 | Continue to revise privilege log. |
| 01/04/08  Eloise Kauvar | 0.40 | 140.00 | L320 | Internal discussions re: status of case. |
| 01/04/08  Aimee Ferrer | 0.70 | 301.00 | L320 | Review of privilege questions with E. Kauvar re: documents for production. |
| 01/04/08  Aimee Ferrer | 0.10 | 43.00 | L320 | Review privilege logs narratives. |
| 01/06/08  Eloise Kauvar | 2.70 | 945.00 | L320 | Narratives for privilege log. |
| 01/07/08  Eloise Kauvar | 0.80 | 280.00 | L320 | Internal discussions re: case. |
| 01/07/08  Eloise Kauvar | 7.50 | 2,625.00 | L320 | Narratives for privilege log. |
| 01/08/08  Eloise Kauvar | 0.10 | 35.00 | L320 | Call regarding document production. |
| 01/08/08  Eloise Kauvar | 6.10 | 2,135.00 | L320 | Narratives for privilege log. |
| 01/08/08  Eloise Kauvar | 1.10 | 385.00 | L320 | Internal discussions regarding production issues. |
| 01/08/08  Nicholas Mitchell | 0.90 | 315.00 | L320 | Internal discussions and emails re: production status and production schedule. |
| 01/09/08  Eloise Kauvar | 0.30 | 105.00 | L320 | Drafted letters for document production. |
| 01/09/08  Eloise Kauvar | 4.20 | 1,470.00 | L320 | Narratives for privilege log. |
| 01/09/08  Eloise Kauvar | 0.50 | 175.00 | L320 | Internal discussions re: case. |
| 01/09/08  Eloise Kauvar | 0.50 | 175.00 | L320 | Internal communications regarding production. |
| 01/09/08  Aimee Ferrer | 0.80 | 344.00 | L320 | Preparing documents for production in response to SEC subpoena. |
| 01/10/08  Eloise Kauvar | 4.60 | 1,610.00 | L320 | Narratives for privilege log. |
| 01/10/08  Eloise Kauvar | 0.90 | 315.00 | L320 | Prepared documents for production. |
| 01/10/08  Eloise Kauvar | 2.20 | 770.00 | L320 | Internal emails and discussions regarding case. |
| 01/10/08  Nicholas Mitchell | 0.40 | 140.00 | L320 | Internal discussions re: response to new |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | subpoena and document production. |
| 01/10/08  Aimee Ferrer | 6.40 | 2,752.00 | L320 | Preparing documents for production in response to SEC subpoena. |
| 01/10/08  Nathan Reilly | 0.80 | 468.00 | L320 | Meeting with re: production issues. |
| 01/11/08  Aimee Ferrer | 3.80 | 1,634.00 | L320 | Preparing documents for production in response to SEC subpoena. |
| 01/11/08  Nicholas Mitchell | 0.60 | 210.00 | L320 | Internal discussions re: privilege log and technical issues with data host. |
| 01/11/08  Eloise Kauvar | 3.70 | 1,295.00 | L320 | Continue to revise privilege log. |
| 01/11/08  Eloise Kauvar | 0.80 | 280.00 | L320 | Internal discussions regarding case. |
| 01/11/08  Eloise Kauvar | 0.20 | 70.00 | L320 | Internal discussions regarding production. |
| 01/14/08  Eloise Kauvar | 2.50 | 875.00 | L320 | Continue to revise privilege log. |
| 01/14/08  Eloise Kauvar | 0.10 | 35.00 | L320 | Phone call regarding production. |
| 01/14/08  Eloise Kauvar | 1.60 | 560.00 | L320 | Continue to revise privilege log. |
| 01/14/08  Eloise Kauvar | 1.00 | 350.00 | L320 | Internal discussions regarding production. |
| 01/14/08  Eloise Kauvar | 2.10 | 735.00 | L320 | Redacted documents. |
| 01/14/08  Nicholas Mitchell | 0.90 | 315.00 | L320 | Internal discussion re: privilege log status and upcoming production items. |
| 01/14/08  Aimee Ferrer | 3.40 | 1,462.00 | L320 | Reviewing and preparing documents for production, including drafting cover letter. |
| 01/15/08  Eloise Kauvar | 0.50 | 175.00 | L320 | Prepared documents for production. |
| 01/15/08  Eloise Kauvar | 4.20 | 1,470.00 | L320 | Continue to revise privilege log. |
| 01/15/08  Eloise Kauvar | 1.40 | 490.00 | L320 | Internal emails and discussions regarding production. |
| 01/15/08  Eloise Kauvar | 1.70 | 595.00 | L320 | Redacted documents. |
| 01/15/08  Nicholas Mitchell | 0.30 | 105.00 | L320 | Internal discussions re: document production. |
| 01/15/08  Aimee Ferrer | 2.00 | 860.00 | L320 | Preparing documents for production in response to SEC subpoena. |
| 01/15/08  Aimee Ferrer | 2.40 | 1,032.00 | L320 | Reviewing documents for privilege and preparing privilege log for SEC production |
| 01/16/08  Eloise Kauvar | 0.30 | 105.00 | L320 | Prepared documents for production. |
| 01/16/08  Eloise Kauvar | 11.70 | 4,095.00 | L320 | Continue to revise privilege log. |
| 01/16/08  Nicholas Mitchell | 4.90 | 1,715.00 | L320 | Review of documents in connection with production of privilege log. |
| 01/16/08  Aimee Ferrer | 0.40 | 172.00 | L320 | Conversations with C. Redlich re: production of supplemental documents. |
| 01/16/08  Aimee Ferrer | 1.40 | 602.00 | L320 | Reviewing documents for privilege and preparing privilege log for SEC production |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 01/16/08  Aimee Ferrer | 0.20 | 86.00 | L320 | Conversation with J. Pittell, paralegal assisting with production of responsive documents to SEC subpoena. |
| 01/16/08  Aimee Ferrer | 0.60 | 258.00 | L320 | Preparing responsive documents for production to SEC including drafting cover letter. |
| 01/17/08  Eloise Kauvar | 0.50 | 175.00 | L320 | Continue to revise privilege log. |
| 01/17/08  Eloise Kauvar | 0.40 | 140.00 | L320 | Continue to revise privilege log. |
| 01/17/08  Eloise Kauvar | 3.80 | 1,330.00 | L320 | Finalized privileged log for production. |
| 01/17/08  Eloise Kauvar | 0.50 | 175.00 | L320 | Prepared privileged log for production. |
| 01/17/08  Eloise Kauvar | 0.20 | 70.00 | L320 | Communications with counsel regarding production. |
| 01/17/08  Eloise Kauvar | 1.70 | 595.00 | L320 | Internal communications regarding production. |
| 01/17/08  Nicholas Mitchell | 4.80 | 1,680.00 | L320 | Review of privilege log for production to SEC. Internal discussions regarding same. |
| 01/17/08  Aimee Ferrer | 3.00 | 1,290.00 | L320 | Review and prepare privilege log and various responsive documents for production to SEC. |
| 01/17/08  Nathan Reilly | 0.60 | 351.00 | L320 | Review draft cover letters to SEC and DOJ. |
| 01/18/08  Pamela Chepiga | 1.50 | 1,275.00 | L320 | Review of documents being produced to regulators. |
| 01/18/08  Nathan Reilly | 1.80 | 1,053.00 | L320 | Finalize cover letter; prepare and send document production to regulators. |
| 01/18/08  Nathan Reilly | 0.20 | 117.00 | L320 | Discuss document production with B. Knuts. |
| 01/18/08  Nathan Reilly | 0.40 | 234.00 | L320 | E-mail to AHM IT personnel re: documents. |
| 01/18/08  Nathan Reilly | 0.30 | 175.50 | L320 | E-mail and phone call with counsel re: Bernstein document production. |
| 01/18/08  Nicholas Mitchell | 4.60 | 1,610.00 | L320 | Review of documents in connection with SEC/DOJ investigation. |
| 01/22/08  Eloise Kauvar | 5.60 | 1,960.00 | L320 | Redacted privileged portions of documents for production. |
| 01/22/08  Eloise Kauvar | 0.10 | 35.00 | L320 | Review of privilege log. |
| 01/22/08  Nicholas Mitchell | 4.90 | 1,715.00 | L320 | Review of documents in connection with SEC/DOJ investigation. |
| 01/22/08  Pamela Chepiga | 1.10 | 935.00 | L320 | Attention to issues related to production of documents to regulators. |
| 01/22/08  Aimee Ferrer | 1.80 | 774.00 | L320 | Reviewing and analyzing documents for responsiveness. |
| 01/23/08  Eloise Kauvar | 5.70 | 1,995.00 | L320 | Redacted privileged portions of documents for production. |
| 01/23/08  Eloise Kauvar | 0.10 | 35.00 | L320 | Internal discussion regarding production. |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 01/23/08  Eloise Kauvar | 0.80 | 280.00 | L320 | Internal discussions regarding status of redactions and production. |
| 01/23/08  Nicholas Mitchell | 8.20 | 2,870.00 | L320 | Review of documents in connection with SEC/DOJ investigation. |
| 01/23/08  Pamela Chepiga | 0.60 | 510.00 | L320 | Attention to requests today from regulator for additional productions and follow-up thereto. |
| 01/23/08  Pamela Chepiga | 0.70 | 595.00 | L320 | Review of documents being produced to regulators. |
| 01/23/08  Aimee Ferrer | 0.80 | 344.00 | L320 | Preparing responsive documents for production. |
| 01/24/08  Eloise Kauvar | 3.20 | 1,120.00 | L320 | Redacted privileged portions of documents for production. |
| 01/24/08  Eloise Kauvar | 0.30 | 105.00 | L320 | Internal discussions in preparation for production of documents. |
| 01/24/08  Eloise Kauvar | 1.00 | 350.00 | L320 | Internal discussions regarding redactions. |
| 01/24/08  Nicholas Mitchell | 5.20 | 1,820.00 | L320 | Redaction of privileged material from documents that will be produced to SEC. |
| 01/24/08  Aimee Ferrer | 0.80 | 344.00 | L320 | Reviewing and preparing responsive documents for production. |
| 01/25/08  Aimee Ferrer | 0.60 | 258.00 | L320 | Review of documents to be produced and preparation for production. |
| 01/25/08  Nicholas Mitchell | 0.80 | 280.00 | L320 | Internal discussions re: production schedule. |
| 01/25/08  Nicholas Mitchell | 8.00 | 2,800.00 | L320 | Redaction of privileged materials in connection with SEC production. |
| 01/25/08  Eloise Kauvar | 5.30 | 1,855.00 | L320 | Redacted privileged portions of documents for production. |
| 01/25/08  Eloise Kauvar | 0.80 | 280.00 | L320 | Internal discussions regarding redactions and redaction log. |
| 01/26/08  Eloise Kauvar | 0.10 | 35.00 | L320 | Internal email regarding production. |
| 01/26/08  Eloise Kauvar | 0.10 | 35.00 | L320 | Internal email regarding production. |
| 01/26/08  Nicholas Mitchell | 2.80 | 980.00 | L320 | Redaction of privileged material from documents to be produced to the government. |
| 01/27/08  Eloise Kauvar | 0.10 | 35.00 | L320 | Internal email regarding production. |
| 01/27/08  Eloise Kauvar | 0.10 | 35.00 | L320 | Internal email regarding production. |
| 01/27/08  Eloise Kauvar | 3.10 | 1,085.00 | L320 | Redacted privileged portions of documents for production and drafted redaction log. |
| 01/27/08  Eloise Kauvar | 0.10 | 35.00 | L320 | Internal email regarding redacted log. |
| 01/28/08  Aimee Ferrer | 0.80 | 344.00 | L320 | Prepare, review and produce responsive documents to SEC. |

**Detail by Activity**

| Date – Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| 01/28/08 | Eloise Kauvar | 4.80 | 1,680.00 | L320 | Redacted privileged portions of documents for production and drafted redaction log. |
| 01/28/08 | Eloise Kauvar | 1.60 | 560.00 | L320 | Internal discussions regarding status of production and redactions. |
| 01/28/08 | Nicholas Mitchell | 1.00 | 350.00 | L320 | Internal discussions re: changes to redaction log; scheduling for production; technical issues with production. |
| 01/28/08 | Nicholas Mitchell | 5.60 | 1,960.00 | L320 | Redaction of privileged material and preparation of redaction log. |
| 01/29/08 | Aimee Ferrer | 0.70 | 301.00 | L320 | Reviewing documents received from AHM for responsiveness |
| 01/29/08 | Nicholas Mitchell | 6.00 | 2,100.00 | L320 | Work on redaction log for production to the SEC. |
| 01/29/08 | Eloise Kauvar | 1.40 | 490.00 | L320 | Internal communications regarding redacted log. |
| 01/29/08 | Eloise Kauvar | 4.80 | 1,680.00 | L320 | Drafted narratives for redacted log in preparation for production. |
| 01/30/08 | Eloise Kauvar | 4.40 | 1,540.00 | L320 | Drafted narratives for redacted log in preparation for production. |
| 01/30/08 | Eloise Kauvar | 0.50 | 175.00 | L320 | Internal communications regarding production of redacted log. |
| 01/30/08 | Nicholas Mitchell | 5.80 | 2,030.00 | L320 | Preparation of redaction log for production to the SEC. |
| 01/31/08 | Nathan Reilly | 0.20 | 117.00 | L320 | Phone call with A. Conn. |
| 01/31/08 | Nathan Reilly | 0.20 | 117.00 | L320 | Discuss call with SEC with R. Knuts. |
| 01/31/08 | Nathan Reilly | 0.40 | 234.00 | L320 | Discuss production issues raised by SEC with C. Redlich and A. Ferrer. |
| 01/31/08 | Nathan Reilly | 0.30 | 175.50 | L320 | Draft e-mail to SEC re: document production issues. |
| 01/31/08 | Nicholas Mitchell | 8.70 | 3,045.00 | L320 | Work on redaction log for production to the SEC. |
| 01/31/08 | Aimee Ferrer | 1.60 | 688.00 | L320 | Reviewing and preparing documents for production, including drafting cover letters and reviewing production CDs. |
| 01/31/08 | Eloise Kauvar | 5.30 | 1,855.00 | L320 | Drafted narratives for redacted log in preparation for production. |
| 01/31/08 | Eloise Kauvar | 1.40 | 490.00 | L320 | Internal discussions regarding status of redacted log and production. |
| 01/31/08 | Eloise Kauvar | 0.40 | 140.00 | L320 | Prepared documents for production. |
| ******* | TOTAL CODE L320: | 263.00 | 97,902.00 | | |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|

| Summary by Activity Code | Hours | Amount |
|---|---|---|
| (B110)  Case Administration | 117.40 | 24,779.00 |
| (B160)  Fee/Employment Applications | 16.10 | 8,755.00 |
| (B195)  Non-Working Travel | 7.50 | 4,725.00 |
|  |  | (-50%) |
|  |  | 2,362.50 |
| (L110)  Fact Investigation / Development | 104.00 | 61,400.00 |
| (L120)  Analysis / Strategy | 13.70 | 5,891.00 |
| (L190)  Other Case Assessment, Development & Admin | 56.80 | 41,702.00 |
| (L320)  Document Production | 263.00 | 97,902.00 |
|  |  |  |
| GRAND TOTAL | 578.50 | 242,791.50 |

# EXHIBIT B

**Summary of Expenses Incurred**
**(January 1, 2008 – January 31, 2008)**

| Date Incurred | Expense | Amount |
|---|---|---|
| 11/15/07 | Electronic Discovery | $17,236.63 |
| 11/26/07 | Working Meal | $23.98 |
| 11/27/07 | Working Meal | $26.44 |
| 11/28/07 | Working Meal | $18.72 |
| 11/28/07 | Working Meal | $11.48 |
| 12/05/07 | Working Meal | $10.97 |
| 12/05/07 | Working Meal | $18.09 |
| 12/06/07 | Working Meal | $16.22 |
| 12/10/07 | Working Meal | $9.85 |
| 12/12/07 | Working Meal | $13.48 |
| 12/19/07 | Working Meal | $18.61 |
| 12/19/07 | Teleconference Charges | $10.27 |
| 01/02/08 | Document Reproduction | $1.50 |
| 01/02/08 | Telephone Charges | $0.14 |
| 01/02/08 | Document Reproduction | $2.50 |
| 01/02/08 | Document Reproduction | $5.00 |
| 01/02/08 | Document Reproduction | $2.90 |
| 01/02/08 | Document Reproduction | $2.50 |
| 01/02/08 | Document Reproduction | $5.20 |
| 01/02/08 | Document Reproduction | $1.50 |
| 01/03/08 | Car travel | $35.39 |
| 01/03/08 | Car travel | $31.11 |
| 01/03/08 | Document Reproduction | $0.40 |
| 01/04/08 | Telephone Charges | $0.65 |
| 01/04/08 | Document Reproduction | $1.50 |
| 01/04/08 | Document Reproduction | $1.50 |
| 01/04/08 | Document Reproduction | $2.40 |
| 01/04/08 | Document Reproduction | $19.30 |
| 01/04/08 | Document Reproduction | $14.40 |
| 01/07/08 | Document Reproduction | $2.90 |
| 01/07/08 | Document Reproduction | $1.00 |
| 01/07/08 | Document Reproduction | $2.00 |
| 01/07/08 | Document Reproduction | $2.90 |
| 01/07/08 | Document Reproduction | $1.00 |
| 01/07/08 | Document Reproduction | $2.50 |
| 01/08/08 | Telephone Charges | $0.11 |
| 01/08/08 | Document Reproduction | $2.00 |
| 01/08/08 | Document Reproduction | $2.00 |
| 01/09/08 | Electronic Discovery | $218.77 |
| 01/09/08 | Electronic Discovery | $218.77 |
| 01/09/08 | Electronic Discovery | $218.77 |
| 01/09/08 | Document Reproduction | $1.80 |
| 01/09/08 | Document Reproduction | $0.60 |
| 01/09/08 | Document Reproduction | $1.40 |
| 01/09/08 | Document Reproduction | $4.90 |
| 01/10/08 | Telephone Charges | $0.09 |
| 01/10/08 | Telephone Charges | $0.43 |
| 01/10/08 | Document Reproduction | $0.20 |

| 01/10/08 | Document Reproduction | $3.60 |
| 01/10/08 | Document Reproduction | $1.30 |
| 01/11/08 | Telephone Charges | $0.09 |
| 01/11/08 | Telephone Charges | $0.09 |
| 01/11/08 | Telephone Charges | $0.09 |
| 01/11/08 | Telephone Charges | $0.56 |
| 01/11/08 | Document Reproduction | $3.90 |
| 01/11/08 | Document Reproduction | $4.50 |
| 01/11/08 | Document Reproduction | $3.60 |
| 01/11/08 | Document Reproduction | $1.60 |
| 01/14/08 | Telephone Charges | $0.09 |
| 01/14/08 | Telephone Charges | $0.93 |
| 01/14/08 | Document Reproduction | $1.80 |
| 01/14/08 | Document Reproduction | $8.10 |
| 01/14/08 | Document Reproduction | $0.40 |
| 01/14/08 | Courier Charges | $48.22 |
| 01/15/08 | Document Reproduction | $7.00 |
| 01/15/08 | Document Reproduction | $6.90 |
| 01/15/08 | Document Reproduction | $8.70 |
| 01/15/08 | Document Reproduction | $2.30 |
| 01/15/08 | Document Reproduction | $15.20 |
| 01/15/08 | Document Reproduction | $0.60 |
| 01/15/08 | Document Reproduction | $5.60 |
| 01/15/08 | Document Reproduction | $8.70 |
| 01/15/08 | Document Reproduction | $10.50 |
| 01/15/08 | Document Reproduction | $23.40 |
| 01/15/08 | Courier Charges | $9.50 |
| 01/16/08 | Car travel | $14.00 |
| 01/16/08 | Electronic Discovery | $2146.48 |
| 01/16/08 | Document Reproduction | $3.40 |
| 01/16/08 | Document Reproduction | $3.40 |
| 01/16/08 | Document Reproduction | $45.60 |
| 01/16/08 | Document Reproduction | $1.20 |
| 01/16/08 | Document Reproduction | $4.80 |
| 01/16/08 | Document Reproduction | $6.00 |
| 01/16/08 | Document Reproduction | $28.00 |
| 01/16/08 | Document Reproduction | $43.60 |
| 01/16/08 | Document Reproduction | $1.80 |
| 01/16/08 | Document Reproduction | $8.40 |
| 01/16/08 | Document Reproduction | $43.60 |
| 01/16/08 | Document Reproduction | $20.20 |
| 01/16/08 | Document Reproduction | $1.30 |
| 01/16/08 | Document Reproduction | $10.70 |
| 01/16/08 | Document Reproduction | $2.60 |
| 01/16/08 | Document Reproduction | $11.90 |
| 01/16/08 | Document Reproduction | $4.70 |
| 01/16/08 | Document Reproduction | $20.20 |
| 01/16/08 | Document Reproduction | $31.10 |
| 01/16/08 | Document Reproduction | $3.60 |
| 01/16/08 | Document Reproduction | $1.10 |
| 01/16/08 | Document Reproduction | $1.50 |
| 01/16/08 | Document Reproduction | $4.00 |
| 01/16/08 | Document Reproduction | $3.10 |

| | | |
|---|---|---|
| 01/16/08 | Document Reproduction | $6.10 |
| 01/16/08 | Document Reproduction | $2.20 |
| 01/16/08 | Document Reproduction | $6.70 |
| 01/16/08 | Document Reproduction | $7.60 |
| 01/16/08 | Document Reproduction | $4.90 |
| 01/16/08 | Document Reproduction | $2.00 |
| 01/16/08 | Document Reproduction | $3.30 |
| 01/16/08 | Document Reproduction | $2.50 |
| 01/16/08 | Document Reproduction | $1.90 |
| 01/16/08 | Document Reproduction | $3.40 |
| 01/16/08 | Document Reproduction | $3.30 |
| 01/16/08 | Document Reproduction | $3.50 |
| 01/17/08 | January Postage Charges | $98.32 |
| 01/17/08 | Document Reproduction | $24.10 |
| 01/17/08 | Document Reproduction | $24.10 |
| 01/17/08 | Document Reproduction | $24.10 |
| 01/17/08 | Document Reproduction | $2.40 |
| 01/17/08 | Document Reproduction | $0.40 |
| 01/18/08 | Document Reproduction | $4.70 |
| 01/18/08 | Document Reproduction | $1.80 |
| 01/18/08 | Document Reproduction | $1.50 |
| 01/18/08 | Document Reproduction | $2.00 |
| 01/22/08 | Electronic Discovery | $213.93 |
| 01/22/08 | Telephone Charges | $0.09 |
| 01/22/08 | Document Reproduction | $1.80 |
| 01/22/08 | Car travel | $8.00 |
| 01/23/08 | Telephone Charges | $0.09 |
| 01/23/08 | Telephone Charges | $0.09 |
| 01/23/08 | Telephone Charges | $0.09 |
| 01/23/08 | Telephone Charges | $0.12 |
| 01/23/08 | Document Reproduction | $1.00 |
| 01/23/08 | Document Reproduction | $23.90 |
| 01/24/08 | Document Reproduction | $1.10 |
| 01/24/08 | Document Reproduction | $1.80 |
| 01/24/08 | Document Reproduction | $1.80 |
| 01/25/08 | Telephone Charges | $0.09 |
| 01/25/08 | Telephone Charges | $0.21 |
| 01/25/08 | Car travel | $8.00 |
| 01/25/08 | Document Reproduction | $1.80 |
| 01/25/08 | Document Reproduction | $1.40 |
| 01/28/08 | Telephone Charges | $0.11 |
| 01/28/08 | Electronic Discovery | $3554.16 |
| 01/28/08 | Document Reproduction | $2.70 |
| 01/28/08 | Document Reproduction | $1.60 |
| 01/28/08 | Document Reproduction | $1.40 |
| 01/28/08 | Document Reproduction | $1.60 |
| 01/28/08 | Document Reproduction | $1.60 |
| 01/28/08 | Car travel | $5.40 |
| 01/28/08 | Document Reproduction | $0.40 |
| 01/28/08 | Document Reproduction | $3.60 |
| 01/29/08 | Electronic Discovery | $434.69 |
| 01/29/08 | Document Reproduction | $2.50 |
| 01/29/08 | Document Reproduction | $1.50 |

| 01/29/08 | Document Reproduction | $1.60 |
|---|---|---|
| 01/29/08 | Document Reproduction | $2.20 |
| 01/29/08 | Document Reproduction | $1.10 |
| 01/30/08 | Document Reproduction | $1.80 |
| 01/30/08 | Document Reproduction | $1.50 |
| 01/31/08 | Document Reproduction | $1.50 |
| 01/31/08 | Document Reproduction | $1.40 |
| 01/31/08 | Document Reproduction | $0.80 |
| 01/31/08 | Document Reproduction | $0.80 |
| **GRAND TOTAL** | | **$25,388.41** |