# EXHIBIT "F"

**Foreclosure (bankruptcy support – flat fee)**

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

American Home Mortgage/Bankruptcy  
4600 Regent Blvd.  
Suite 200  
Irving, TX 75063

February 1, 2008  
Invoice: 452393  
Page 1

**OCP Invoice**

For Services Rendered Through February 1, 2008  
BANKRUPTCY PLUS HARD COST  
Matter # 213262.0119 AHM VS. ROSENBERG, STEVEN M. /LOAN# 1001614388

| | | |
|---|---|---|
| 01/31/08 | Motion for Relief from Stay | $650.00 |
| | **Total Fees for Professional Services** | **$650.00** |
| | Costs Incurred | |
| 01/31/08 | Motion for Relief Filing Fee | $150.00 |
| | **Total Costs Incurred** | **$150.00** |
| | **TOTAL AMOUNT DUE** | **$800.00** |

California   Florida   Georgia   Illinois   Massachusetts   New Jersey   New York   Texas   Washington, D.C.

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

American Home Mortgage/Bankruptcy
4600 Regent Blvd.
Suite 200
Irving, TX 75063

February 5, 2008
Invoice: 453059
Page 1

**OCP Invoice**

For Services Rendered Through February 5, 2008
BANKRUPTCY PLUS HARD COST
Matter # 213262.0116 AHM VS. ROSA, ANGEL / LOAN# 1001265007
Case#07-04060

| | | |
|---|---|---|
| 01/10/08 | Reaffirmation Agreement | $200.00 |

**Total Fees for Professional Services**    $200.00

**TOTAL AMOUNT DUE**    $200.00

California    Florida    Georgia    Illinois    Massachusetts    New Jersey    New York    Texas    Washington, D.C.

## ADORNO & YOSS
A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Bankruptcy
4600 Regent Blvd.
Suite 200
Irving, TX 75063

January 31, 2008
Invoice: 452241
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Bankruptcy plus hard costs
Matter # 213262.0071 AHMS VS. LUBONTY, GREGG - LOAN# 1000934887
Case#07-14945

| | | |
|---|---|---:|
| 01/10/08 | Motion for Relief from Stay | $650.00 |
| | **Total Fees for Professional Services** | **$650.00** |
| | Costs Incurred | |
| 01/30/08 | Motion for Relief Filing Fee | $150.00 |
| | **Total Costs Incurred** | **$150.00** |
| | **TOTAL AMOUNT DUE** | **$800.00** |

## ADORNO & YOSS
A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Bankruptcy
4600 Regent Blvd.
Suite 200
Irving, TX 75063

January 31, 2008
Invoice: 452242
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Bankruptcy plus hard costs
Matter # 213262.0074 AHMS VS. LUBONTY, GREGG - LOAN# 1000943921
Case#07-14945

| | | |
|---|---|---:|
| 01/10/08 | Motion for Relief from Stay | $650.00 |

**Total Fees for Professional Services**          **$650.00**

**TOTAL AMOUNT DUE**          **$650.00**

## ADORNO & YOSS
A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Bankruptcy
4600 Regent Blvd.
Suite 200
Irving, TX 75063

January 23, 2008
Invoice: 451607
Page 1

**OCP Invoice**

For Services Rendered Through January 23, 2008
Bankruptcy for hard costs
Matter # 213262.0073 AHMS VS. LUBONTY, GREGG - LOAN# 1000966229
Case#07-14945

| | | |
|---|---|---|
| 01/10/08 | Motion for Relief from Stay | $650.00 |
| | **Total Fees for Professional Services** | **$650.00** |
| | Costs Incurred | |
| 01/10/08 | Motion for Relief Filing Fee | $150.00 |
| | **Total Costs Incurred** | **$150.00** |
| | **TOTAL AMOUNT DUE** | **$800.00** |

## ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Bankruptcy
4600 Regent Blvd.
Suite 200
Irving, TX 75063

January 31, 2008
Invoice: 452240
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
BANKRUPTCY PLUS HARD COST
Matter # 213262.0118 CHL VS. POOLE, COREY D. /LOAN# 1001154553
Case#07-40605

| | | |
|---|---|---|
| 01/26/08 | Motion for Relief from Stay | $650.00 |
| | **Total Fees for Professional Services** | **$650.00** |
| | Costs Incurred | |
| 01/26/08 | Motion for Relief Filing Fee | $150.00 |
| | **Total Costs Incurred** | **$150.00** |
| | **TOTAL AMOUNT DUE** | **$800.00** |

**ADORNO & YOSS**
A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Bankruptcy
4600 Regent Blvd.
Suite 200
Irving, TX 75063

January 7, 2008
Invoice: 448783
Page 1

### OCP Invoice

For Services Rendered Through January 7, 2008
BANKRUPTCY PLUS HARD COST
Matter # 213262.0114 AHM VS. HALL, LONA L. / LOAN# 1001332228
Case#07-19322

| Date | Description | Amount |
|---|---|---|
| 1/10/08 | Motion for Relief from Stay | $650.00 |

**Total Fees for Professional Services**  $650.00

Costs Incurred

| 1/10/08 | Motion for Relief Filing Fee | $150.00 |

**Total Costs Incurred**  $150.00

**TOTAL AMOUNT DUE**  $800.00

## ADORNO & YOSS
A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Bankruptcy
4600 Regent Blvd.
Suite 200
Irving, TX 75063

January 7, 2008
Invoice: 448780
Page 1

**OCP Invoice**

For Services Rendered Through January 7, 2008
BANKRUPTCY PLUS HARD COST
Matter # 213262.0106 AHMS VS. LAFRAMBOISE, CHRISTOPHER M. /LOAN# 1001075908
Case#07-07966

| | | |
|---|---|---|
| 1/02/08 | Motion for Relief from Stay Granted | $650.00 |
| | **Total Fees for Professional Services** | **$650.00** |
| | Costs Incurred | |
| 1/02/08 | Motion for Relief Filing Fee | $150.00 |
| | **Total Costs Incurred** | **$150.00** |
| | **TOTAL AMOUNT DUE** | **$800.00** |

**ADORNO & YOSS**
A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Bankruptcy
4600 Regent Blvd.
Suite 200
Irving, TX 75063

January 23, 2008
Invoice: 451611
Page 1

**OCP Invoice**

For Services Rendered Through January 23, 2008
BANKRUPTCY PLUS HARD COST
Matter # 213262.0115 AHM VS. KORNBLATT, RITA M. / LOAN# 1001484552
Case#07-03495

| | | |
|---|---|---|
| 01/16/08 | Motion for Relief from Stay | $650.00 |
| | **Total Fees for Professional Services** | **$650.00** |
| | Costs Incurred | |
| 01/16/08 | Motion for Relief Filing Fee | $150.00 |
| | **Total Costs Incurred** | **$150.00** |
| | **TOTAL AMOUNT DUE** | **$800.00** |

**Foreclosure (answer/monitor – flat fee)**

## ADORNO & YOSS
A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 14, 2008
Invoice: 455401
Page 1

**OCP Invoice**

For Services Rendered Through February 14, 2008
Matter # 212971.0817 #1001569414AHM v. Ramiro D. Gomez

| | | |
|---|---|---|
| 01/31/08 | Answer Monitor | $200.00 |

Total Fees for Professional Services     $200.00

**TOTAL AMOUNT DUE**     **$200.00**