**Foreclosure (title claims  – flat fee)**

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

January 9, 2008
Invoice: 449350
Page 1

**OCP Invoice**

For Services Rendered Through January 9, 2008
Matter # 214971.0133 #1001345641AHM v. Enid Santiago

| | | |
|---|---|---|
| 01/09/08 | Title search review, review hard copies of title documents, prepare claim letters, calls to title insurance company and preparation and review of correspondence. | $300.00 |
| | Total Fees for Professional Services | $300.00 |
| | **TOTAL AMOUNT DUE** | **$300.00** |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

January 8, 2008
Invoice: 449334
Page 1

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

**OCP Invoice**

For Services Rendered Through January 8, 2008
Matter # 214971.0151 #1001636607 & 1001636642AH v. NELLY G. VAZQUEZ

| | | |
|---|---|---|
| 01/08/08 | Title search review, review hard copies of title documents, prepare claim letters, calls to title insurance company and preparation and review of correspondence. | $300.00 |

Total Fees for Professional Services $300.00

**TOTAL AMOUNT DUE** **$300.00**

# Foreclosure-related work (hourly)

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 9, 2008
Invoice: 453922
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0855 #1001128039AHM v. Thomas Tolbert

| 01/01/07 | Telephone conference with Kent Hoffman, Esq. | | |
| | GXA | 0.20 hrs. | |

| 01/14/08 | Receive and review Answer and Affirmative Defenses; receive and review Request for Production. | | |
| | DMR | 0.50 hrs. | |

| 01/24/08 | Conference with Eric Myers re: discovery. | | |
| | DMR | 0.20 hrs. | |

| 01/24/08 | Receive and review discovery requests; e-mail Traynard Jackson in connection therewith. | | |
| | EMYE | 1.00 hrs. | |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.70 | 225.00 | $157.50 |
| GXA | 0.20 | 250.00 | $50.00 |
| EMYE | 1.00 | 185.00 | $185.00 |
| Total Fees for Professional Services | | | $392.50 |

Matter # 212971.0855

February 9, 2008
Invoice: 453922
Page 2

### Matter Summary

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $392.50 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $392.50 |

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com


American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 9, 2008
Invoice: 453957
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0670 #1001474071AHM v. Robert S. Anderson

| 01/01/07 | Receive and review Answer and Affirmative Defenses. | | |
| | | DMR | 0.30 hrs. |
| 01/18/08 | Conference with Eric Myers re: Answer. | | |
| | | DMR | 0.20 hrs. |
| 01/18/08 | E-mail to Traynard Jackson in connection with Answer. | | |
| | | EMYE | 0.30 hrs. |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.50 | 225.00 | $112.50 |
| EMYE | 0.30 | 185.00 | $55.50 |
| Total Fees for Professional Services | | | $168.00 |

## **Matter Summary**

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $168.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $168.00 |

California    Florida    Georgia    Illinois    Massachusetts    New Jersey    New York    Texas    Washington, D.C.

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

February 7, 2008
Invoice: 454016
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0509 #1001455274 v. Edwards, Edwin L.

| 01/01/07 | Telephone conference with Douglas Centeno regarding service of process. |
| --- | --- |
| | EMYE          0.40 hrs. |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
| --- | --- | --- | --- |
| EMYE | 0.40 | 185.00 | $74.00 |

Total Fees for Professional Services                                      $74.00

### **Matter Summary**

| | |
| --- | --- |
| Payments Received | $2,950.00 |
| Fees for Professional Services - Current Billing Period | $74.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $74.00 |

California   Florida   Georgia   Illinois   Massachusetts   New Jersey   New York   Texas   Washington, D.C.

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 Fax: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

February 9, 2008
Invoice: 453583
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.1197 #1001004084AHM v. Henry Graterol

| | | | |
|---|---|---|---|
| 01/14/08 | Receive and review Notice of Hearing; receive and review Answer and Motion to Dismiss. | | |
| | DMR | 0.50 hrs. | |
| 01/15/08 | Review file; e-mail Lissette Duarte and Lee Gates re: contested matters. | | |
| | DMR | 0.50 hrs. | |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.00 | 225.00 | $225.00 |

Total Fees for Professional Services                                      $225.00

## **Matter Summary**

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $225.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $225.00 |

==========

CALIFORNIA   FLORIDA   GEORGIA   ILLINOIS   MASSACHUSETTS   NEW JERSEY   NEW YORK   TEXAS   WASHINGTON, D.C.

## ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

February 9, 2008
Invoice: 453916
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0932 #1000765574AHM v. Robert Kracker

| | |
|---|---|
| 01/10/08 | Receive and review Emergency Motion for Extension of Time (re: sale); receive and review Notice of Hearing; e-mails to and from Lissette Duarte re: same; conference with Eric Myers and Ed Shahady in connection with hearing. |
| | DMR      0.80 hrs. |
| 01/11/08 | Review file; conference with pro se Defendant regarding basis for emergency motion. |
| | EMS      1.00 hrs. |
| 01/14/08 | Conference with Ed Shahady re: hearing results; e-mail Lissette Duarte in connection therewith. |
| | DMR      0.40 hrs. |
| 01/11/08 | Review file in preparation for hearing. |
| | EMYE      1.00 hrs. |
| 01/14/08 | Attend hearing on Defendant's Motion to Extend Sale Date. |
| | EMS      1.50 hrs. |

Summary of Fees

|  | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.20 | 225.00 | $270.00 |
| EMYE | 1.00 | 185.00 | $185.00 |
| EMS | 2.50 | 185.00 | $462.50 |

Total Fees for Professional Services $917.50

## **Matter Summary**

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $917.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $917.50 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

February 9, 2008
Invoice: 453713
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.1137 #1001358869AHM v. Joaquin Soler

| | | | |
|---|---|---|---|
| 01/03/08 | Telephone conference from borrower's attorney on two pending cases. | | |
| | | GXA | 0.30 hrs. |
| 01/08/08 | Telephone conference with Angela Mont regarding offer to purchase note. | | |
| | | GXA | 0.30 hrs. |
| 01/14/08 | Telephone conference with attorney for condo. association; review file and loan documents;  dictate instructions. | | |
| | | GXA | 0.40 hrs. |
| 01/16/08 | Conference with Gregg Ahrens re: Stern's simultaneously pending foreclosure. | | |
| | | DMR | 0.20 hrs. |
| 01/16/08 | Review title documents and docket sheet;  e-mail and call Steve Mack;  e-mail Forrest McSurdy. | | |
| | | GXA | 0.70 hrs. |
| 01/25/08 | Receive and review Notice of Hearing and Motion to Dismiss; conference with Gregg Ahrens in connection therewith. | | |
| | | DMR | 0.60 hrs. |
| 01/25/08 | Review of file and Motion to Dismiss;  e-mail Forrest McSurdy re: dismissing action filed by his office. | | |
| | | GXA | 0.80 hrs. |

01/29/08    Receive and review Notice of Voluntary Dismissal (of prior
case filed by Stern's office);  conference with Gregg Ahrens in
connection therewith.

DMR        0.40 hrs.

Summary of Fees

|  | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.20 | 225.00 | $270.00 |
| GXA | 2.50 | 250.00 | $625.00 |
| Total Fees for Professional Services | | | $895.00 |

## Matter Summary

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $895.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $895.00 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 9, 2008
Invoice: 453929
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0767 #1001303913AHM v. Ron L. Joy

| | | | |
|---|---|---|---|
| 01/02/08 | Receive and review Defendant's First Request for Production and Amended Motion to Extend Time to File Responsive Pleading; e-mail to Traynard Jackson in connection therewith. | | |
| | | EMYE | 0.90 hrs. |
| 01/18/08 | Telephone conference with Wendell Finner re: discovery; e-mail Wendell Finner re: extending deadline to respond to Request for Production. | | |
| | | DMR | 0.40 hrs. |
| 01/23/08 | E-mail Lissette Duarte re: documents responsive to Request for Production. | | |
| | | DMR | 0.20 hrs. |
| 01/26/08 | E-mail Lissette Duarte re: documents responsive to Request for Production. | | |
| | | DMR | 0.20 hrs. |
| 01/28/08 | E-mail from Lissette Duarte re: documents responsive to Request for Production. | | |
| | | DMR | 0.20 hrs. |

Summary of Fees

|  | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.00 | 225.00 | $225.00 |
| EMYE | 0.90 | 185.00 | $166.50 |
| Total Fees for Professional Services |  |  | $391.50 |

## <u>Matter Summary</u>

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $391.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $391.50 |

### ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 9, 2008
Invoice: 453964
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0567 #1000885829AH v. KHAWAJA AHMED

| | | | |
|---|---|---|---|
| 01/10/08 | Conference with Eric Myers re: litigation strategy. | | |
| | | DMR | 0.20 hrs. |
| 01/11/08 | Conference with Ed Shahady re: litigation strategy. | | |
| | | DMR | 0.20 hrs. |
| 01/11/08 | Correspondence with opposing counsel; review file; conference call with opposing counsel. | | |
| | | EMS | 1.00 hrs. |
| 01/16/08 | Review file; conference call with opposing counsel. | | |
| | | EMS | 0.30 hrs. |
| 01/25/08 | Conference call with Cheryl Burm. | | |
| | | EMS | 0.20 hrs. |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.40 | 225.00 | $90.00 |
| EMS | 1.50 | 185.00 | $277.50 |
| Total Fees for Professional Services | | | $367.50 |

CALIFORNIA    FLORIDA    GEORGIA    ILLINOIS    MASSACHUSETTS    NEW JERSEY    NEW YORK    TEXAS    WASHINGTON, D.C.

## Matter Summary

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $367.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $367.50 |

============

**ADORNO & YOSS**

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

February 7, 2008
Invoice: 454032
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

**OCP Invoice**

For Services Rendered Through February 7, 2008
Matter # 212971.0890 #1001359755AHM v. Jerome T. Solomon

01/01/08        Receive and review Answer and Affirmative Defenses.

                        DMR        0.30 hrs.

Summary of Fees

|       | Hours | Rate/Hr. | Dollars |
|-------|-------|----------|---------|
| DMR   | 0.30  | 225.00   | $67.50  |

Total Fees for Professional Services                               $67.50

## **Matter Summary**

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $67.50 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $67.50 |

CALIFORNIA   FLORIDA   GEORGIA   ILLINOIS   MASSACHUSETTS   NEW JERSEY   NEW YORK   TEXAS   WASHINGTON, D.C.

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 7, 2008
Invoice: 454029
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0194 #1001103693AH v. DENNYS MOLINARI

| | | |
|---|---|---|
| 01/23/08 | E-mail Dorman Nelson re: code enforcement hearing. | |
| | DMR | 0.20 hrs. |
| 01/24/08 | E-mail Dorman Nelson re: code violations. | |
| | DMR | 0.20 hrs. |
| 01/25/08 | Telephone conference with Jane Spencer, Code Enforcement Clerk;  e-mail Dorman Nelson re: violations. | |
| | DMR | 0.40 hrs. |
| 01/26/08 | E-mail Dorman Nelson re: code violations. | |
| | DMR | 0.20 hrs. |
| 01/31/08 | E-mail Dorman Nelson re: contacting code enforcement inspector. | |
| | DMR | 0.20 hrs. |

## Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.20 | 225.00 | $270.00 |

Total Fees for Professional Services                    $270.00

Matter # 212971.0194

February 7, 2008
Invoice: 454029
Page 2

## Matter Summary

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $270.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $270.00 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 7, 2008
Invoice: 454028
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0223 #1001001118AH v. MIGUEL F. BORDA

| Date | Description | | |
|------|-------------|------|------|
| 01/10/08 | Review file; e-mail with client re: deed-in-lieu of foreclosure. | | |
| | EMS | 0.30 hrs. | |
| 01/11/08 | Conference with Ed Shahady re: litigation strategy. | | |
| | DMR | 0.20 hrs. | |
| 01/17/08 | Conference with Ed Shahady re: status of deed-in-lieu of foreclosure. | | |
| | DMR | 0.20 hrs. | |
| 01/25/08 | Conference with Cheryl Burm re: deed-in-lieu of foreclosure. | | |
| | EMS | 0.20 hrs. | |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|------|-------|----------|---------|
| DMR | 0.40 | 225.00 | $90.00 |
| EMS | 0.50 | 185.00 | $92.50 |
| Total Fees for Professional Services | | | $182.50 |

Matter # 212971.0223

February 7, 2008
Invoice: 454028
Page 2

## Matter Summary

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $182.50 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $182.50 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

February 7, 2008
Invoice: 454027
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0346 #1001109736AH v. BARR

| | | |
|---|---|---|
| 01/10/08 | Conference with Ed Shahady re: litigation strategy. | |
| | DMR | 0.20 hrs. |
| 01/10/08 | Review file; e-mail Lissette Duarte; telephone conference with Lissette Duarte; telephone conference with opposing counsel. | |
| | EMS | 1.00 hrs. |
| 01/11/08 | Conference with Ed Shahady re: litigation strategy. | |
| | DMR | 0.20 hrs. |
| 01/24/08 | Telephone conference with opposing counsel; review file; e-mail Lissette Duarte; prepare letter to opposing counsel. | |
| | EMS | 1.00 hrs. |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.40 | 225.00 | $90.00 |
| EMS | 2.00 | 185.00 | $370.00 |

Total Fees for Professional Services                    $460.00

Matter # 212971.0346

February 7, 2008
Invoice: 454027
Page 2

## Matter Summary

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $460.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $460.00 |

## ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

February 7, 2008
Invoice: 454019
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0504 #1001392191 v. Callahan, Rudy H.

| 01/19/08 | Receive and review Notice of Hearing;  receive and review Motion for Assignment/Escrow of Rents. |
|---|---|

DMR        0.50 hrs.

| 01/29/08 | Receive and review Re-Notice of Hearing. |
|---|---|

DMR        0.20 hrs.

### Summary of Fees

|  | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.70 | 225.00 | $157.50 |

Total Fees for Professional Services                     $157.50

## Matter Summary

| Payments Received | $157.50 |
|---|---|
| Fees for Professional Services - Current Billing Period | $157.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $157.50 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

February 7, 2008
Invoice: 453991
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0540 #1001207668 v. Rickborn, Chris

| 01/28/08 | Receive and review Rickborns' Answer and Affirmative Defenses to Amended Crossclaim. |
| | DMR | 0.30 hrs. |

| 01/31/08 | Receive and review Cross-Plaintiff's Reply to Affirmative Defenses. |
| | DMR | 0.30 hrs. |

Summary of Fees

|  | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.60 | 225.00 | $135.00 |
| Total Fees for Professional Services | | | $135.00 |

## Matter Summary

| Payments Received | $0.00 |
|---|---|
| Fees for Professional Services - Current Billing Period | $135.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $135.00 |

CALIFORNIA    FLORIDA    GEORGIA    ILLINOIS    MASSACHUSETTS    NEW JERSEY    NEW YORK    TEXAS    WASHINGTON, D.C.

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

February 7, 2008
Invoice: 453990
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0557 #1000913693 v. PRATER, Lonne

01/07/08        Review file and dictate instructions.

GXA        0.20 hrs.

### Summary of Fees

|  | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| GXA | 0.20 | 250.00 | $50.00 |

Total Fees for Professional Services — $50.00

## Matter Summary

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $50.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $50.00 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

February 7, 2008
Invoice: 453963
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0588 #1001227191AH v. NATHAN, Alan

| | | | |
|---|---|---|---|
| 01/09/08 | Conference with Gregg Ahrens re: co-counsel (title claim). | | |
| | | DMR | 0.20 hrs. |
| 01/10/08 | Conference with Cheryl Burm re: ordering copy of title policy. | | |
| | | DMR | 0.20 hrs. |
| 01/12/08 | E-mail Lissette Duarte re: need for copy of title policy. | | |
| | | DMR | 0.20 hrs. |
| 01/14/08 | Conference with Cheryl Burm re: need for title policy;  e-mail Lee Gates in connection therewith. | | |
| | | DMR | 0.40 hrs. |
| 01/26/08 | E-mail Lee Gates re: copy of title policy. | | |
| | | DMR | 0.20 hrs. |
| 01/28/08 | E-mail Lissette Duarte re: obtaining copy of title policy. | | |
| | | DMR | 0.20 hrs. |
| 01/31/08 | Receive and review Plaintiff's Motion to Strike Counterclaim and to Strike Affirmative Defenses. | | |
| | | DMR | 0.30 hrs. |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.70 | 225.00 | $382.50 |
| | | | ———— |
| Total Fees for Professional Services | | | $382.50 |

## **Matter Summary**

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $382.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $382.50 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 7, 2008
Invoice: 453962
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0592 #1001492366AH v. YENISEY C. PERDOMO LEAL

| | | | |
|---|---|---|---|
| 01/04/08 | E-mail and call opposing counsel. | | |
| | | GXA | 0.30 hrs. |
| 01/07/08 | Follow up calls to opposing counsel and send letter. | | |
| | | GXA | 0.30 hrs. |
| 01/11/08 | Conference with Eric Myers re: litigation strategy. | | |
| | | DMR | 0.20 hrs. |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.20 | 225.00 | $45.00 |
| GXA | 0.60 | 250.00 | $150.00 |
| Total Fees for Professional Services | | | $195.00 |

## **Matter Summary**

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $195.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $195.00 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 7, 2008
Invoice: 453959
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0603 1001553815 v. SANTOS, Carlos

01/03/08    Telephone calls with attorneys for Association, Master
Association and EE&G re: Motions to Dismiss filed on behalf
of these defendants.

ERL        0.60 hrs.

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| ERL | 0.60 | 185.00 | $111.00 |

Total Fees for Professional Services                    $111.00

## Matter Summary

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $111.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $111.00 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

February 7, 2008
Invoice: 453951
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0707 #1001611125AHM v. Jeremy Goldstein

| | | | |
|---|---|---|---|
| 01/10/08 | Review file in preparation for hearing. | | |
| | | EMYE | 1.00 hrs. |
| 01/11/08 | Conference with Ed Shahady re: litigation strategy. | | |
| | | DMR | 0.20 hrs. |
| 01/11/08 | Review file;  conference with opposing counsel. | | |
| | | EMS | 0.30 hrs. |
| 01/16/08 | Review file; conference with opposing counsel's office. | | |
| | | EMS | 0.30 hrs. |
| 01/17/08 | Correspondence with opposing counsel. | | |
| | | EMS | 0.40 hrs. |
| 01/24/08 | Discussion with opposing counsel's office; review responsive pleading. | | |
| | | EMS | 0.70 hrs. |
| 01/25/08 | Conference with Cheryl Burm. | | |
| | | EMS | 0.20 hrs. |

Summary of Fees

|  | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.20 | 225.00 | $45.00 |
| EMYE | 1.00 | 185.00 | $185.00 |
| EMS | 1.90 | 185.00 | $351.50 |
| Total Fees for Professional Services | | | $581.50 |

## **Matter Summary**

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $581.50 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $581.50 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 7, 2008
Invoice: 453949
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0708 1001615586AHM v. Jose Negron

| 01/11/08 | Conference with Ed Shahady re: litigation strategy. |
| | DMR     0.20 hrs. |
| 01/11/08 | Review file; conference with opposing counsel. |
| | EMS    0.50 hrs. |
| 01/14/08 | Review file;  conference with opposing counsel. |
| | EMS    0.50 hrs. |
| 01/16/08 | Review file;  conference with opposing counsel's office. |
| | EMS    0.30 hrs. |

### Summary of Fees

|      | Hours | Rate/Hr. | Dollars |
|------|-------|----------|---------|
| DMR  | 0.20  | 225.00   | $45.00  |
| EMS  | 1.30  | 185.00   | $240.50 |
| Total Fees for Professional Services | | | $285.50 |

Matter # 212971.0708

February 7, 2008
Invoice: 453949
Page 2

## Matter Summary

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $285.50 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $285.50 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 7, 2008
Invoice: 453946
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0716 #1001482137AHM v. Odette Charles

| 01/11/08 | Conference with Ed Shahady re: litigation strategy. | | |
| | | DMR | 0.20 hrs. |
| 01/17/08 | Conference with Cheryl Burm re: title issues;  conference with Ed Shahady re: litigation. | | |
| | | DMR | 0.40 hrs. |
| 01/17/08 | Review file; prepare letter to opposing counsel; conference with Cheryl Burm; conference with opposing counsel. | | |
| | | EMS | 1.00 hrs. |
| 01/22/08 | Conference with Cheryl Burm re: litigation strategy. | | |
| | | DMR | 0.20 hrs. |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.80 | 225.00 | $180.00 |
| EMS | 1.00 | 185.00 | $185.00 |
| | | | |
| Total Fees for Professional Services | | | $365.00 |

Matter # 212971.0716

February 7, 2008
Invoice: 453946
Page 2

## Matter Summary

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $365.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $365.00 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 7, 2008
Invoice: 453940
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0732 #1001077397AHM v. Matt McMillan

| | | | |
|---|---|---|---|
| 01/02/08 | Conference with Eric Myers re: litigation strategy. | | |
| | | DMR | 0.20 hrs. |
| 01/11/08 | Conference with Ed Shahady re: litigation strategy. | | |
| | | DMR | 0.20 hrs. |
| 01/11/08 | Review file; conference with opposing counsel. | | |
| | | EMS | 0.70 hrs. |
| 01/15/08 | Review file; e-mail Ed Shahady re: status of litigation. | | |
| | | DMR | 0.50 hrs. |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.90 | 225.00 | $202.50 |
| EMS | 0.70 | 185.00 | $129.50 |
| Total Fees for Professional Services | | | $332.00 |

Matter # 212971.0732

February 7, 2008
Invoice: 453940
Page 2

## Matter Summary

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $332.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $332.00 |

### ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

February 7, 2008
Invoice: 453938
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0751 #1000889215AHM v. Oscar O. Vergara

| 01/10/08 | Conference with Gregg Ahrens re: litigation strategy. | | |
| | | DMR | 0.20 hrs. |
| 01/11/08 | Review file, Answer and Affirmative Defenses and call opposing counsel. | | |
| | | GXA | 0.40 hrs. |
| 01/30/08 | Telephone conference with opposing counsel. | | |
| | | GXA | 0.20 hrs. |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.20 | 225.00 | $45.00 |
| GXA | 0.60 | 250.00 | $150.00 |
| Total Fees for Professional Services | | | $195.00 |

### Matter Summary

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $195.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $195.00 |

CALIFORNIA   FLORIDA   GEORGIA   ILLINOIS   MASSACHUSETTS   NEW JERSEY   NEW YORK   TEXAS   WASHINGTON, D.C.

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 7, 2008
Invoice: 453934
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0755 #1001330396AHM v. Ron L. Joy

| | | | |
|---|---|---|---|
| 01/18/08 | Telephone conference with Wendell Finner re: discovery; e-mail Wendell Finner re: extending deadline to respond to Request for Production;  e-mail Traynard Jackson re: items needed in order to respond to outstanding discovery and avoid deposition. | | |
| | | DMR | 0.60 hrs. |
| 01/19/08 | Receive and review Notice of Appearance;  receive and review Motion to Extend Time to File Responsive Pleading; receive and review First Request for Production. | | |
| | | DMR | 0.60 hrs. |
| 01/23/08 | E-mail Lissette Duarte re: documents responsive to Request for Production. | | |
| | | DMR | 0.20 hrs. |
| 01/26/08 | E-mail Lissette Duarte re: documents responsive to Request for Production. | | |
| | | DMR | 0.20 hrs. |
| 01/28/08 | E-mail from Lissette Duarte re: documents responsive to Request for Production. | | |
| | | DMR | 0.20 hrs. |

### Summary of Fees

|      | Hours | Rate/Hr. | Dollars |
|------|-------|----------|---------|
| DMR  | 1.80  | 225.00   | $405.00 |

Total Fees for Professional Services                                    $405.00

## **Matter Summary**

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $405.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $405.00 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM


American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 7, 2008
Invoice: 453924
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0775 #1001072175AHM v. David S. Wilson

| | | | |
|---|---|---|---|
| 01/10/08 | Review of file; conference with Denise Rosenthal re: discovery issues. | | |
| | | GXA | 0.50 hrs. |
| 01/14/08 | Review of file; e-mail Lissette Duarte and Traynard Jackson re: deposition and documents needed in order to respond to discovery requests. | | |
| | | DMR | 0.60 hrs. |
| 01/17/08 | E-mails to and from Lee Gates re: discovery and deposition. | | |
| | | DMR | 0.30 hrs. |
| 01/29/08 | Conference with Gregg Ahrens re: increased payments; e-mail Traynard Jackson re: escrow analysis. | | |
| | | DMR | 0.40 hrs. |
| 01/29/08 | Review Answer and Affirmative Defenses and partial review of file. | | |
| | | GXA | 0.50 hrs. |
| 01/30/08 | E-mails from Traynard Jackson re: escrow advances; conference with Gregg Ahrens in connection therewith. | | |
| | | DMR | 0.40 hrs. |
| 01/30/08 | Research and review pleadings; revie file and history; review document requests; e-mails to and from client. | | |
| | | GXA | 1.60 hrs. |

01/31/08    Review payment history with Gregg Ahrens;  telephone
conference with Gregg Ahrens and Traynard Jackson re:
escrow advances and PMI.

DMR     0.80 hrs.

Summary of Fees

|  | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 2.50 | 225.00 | $562.50 |
| GXA | 2.60 | 250.00 | $650.00 |

Total Fees for Professional Services                $1,212.50

## **Matter Summary**

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $1,212.50 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $1,212.50 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 7, 2008
Invoice: 453919
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0884 #1001649782AHM v. Gisele Piras

| 01/11/08 | Conference with Ed Shahady re: litigation strategy. | | |
| | | DMR | 0.20 hrs. |
| 01/17/08 | Review file; conference with opposing counsel. | | |
| | | EMS | 0.30 hrs. |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.20 | 225.00 | $45.00 |
| EMS | 0.30 | 185.00 | $55.50 |

Total Fees for Professional Services                                     $100.50

## **Matter Summary**

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $100.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $100.50 |

## ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 7, 2008
Invoice: 453917
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0901 #1001120667AHM v. Nelly Llaurado

| 01/11/08 | Conference with Ed Shahady re: litigation strategy. | | |
| | | DMR | 0.20 hrs. |
| 01/11/08 | Review file. | | |
| | | EMS | 0.20 hrs. |
| 01/24/08 | Draft discovery responses. | | |
| | | EMS | 1.00 hrs. |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.20 | 225.00 | $45.00 |
| EMS | 1.20 | 185.00 | $222.00 |
| Total Fees for Professional Services | | | $267.00 |

Matter # 212971.0901

February 7, 2008
Invoice: 453917
Page 2

## **Matter Summary**

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $267.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $267.00 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

February 7, 2008
Invoice: 453819
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0949 #1001381242AHM v. Francisco Hernandez

| Date | Description | | |
|------|-------------|---|---|
| 01/11/08 | Conference with Ed Shahady re: litigation strategy. | | |
| | | DMR | 0.20 hrs. |
| 01/11/08 | Review file; conference with opposing counsel. | | |
| | | EMS | 0.30 hrs. |
| 01/17/08 | Correspondence with opposing counsel. | | |
| | | EMS | 0.40 hrs. |
| 01/24/08 | Review responsive pleading; conference with opposing counsel's office. | | |
| | | EMS | 0.20 hrs. |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|-------|----------|---------|
| DMR | 0.20 | 225.00 | $45.00 |
| EMS | 0.90 | 185.00 | $166.50 |

| | |
|---|---|
| Total Fees for Professional Services | $211.50 |

Matter # 212971.0949

February 7, 2008
Invoice: 453819
Page 2

## Matter Summary

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $211.50 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $211.50 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 7, 2008
Invoice: 453816
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0973 #1001460149AHM v. Pablo Rodriguez

| 01/08/08 | Receive and review Motion to Dismiss. | | |
| | | DMR | 0.30 hrs. |
| 01/18/08 | Conference with Eric Myers re: Motion to Dismiss. | | |
| | | DMR | 0.20 hrs. |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.50 | 225.00 | $112.50 |

Total Fees for Professional Services                $112.50

## Matter Summary

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $112.50 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $112.50 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 7, 2008
Invoice: 453812
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.0995 #1001119968 AH v. Lilian Valencia

| 01/11/08 | Conference with Ed Shahady re: litigation strategy. |
| | DMR | 0.20 hrs. |
| 01/11/08 | Review file; conference with opposing counsel. |
| | EMS | 0.70 hrs. |
| 01/15/08 | Review file; e-mail Ed Shahady re: litigation strategy. |
| | DMR | 0.50 hrs. |

### Summary of Fees

|      | Hours | Rate/Hr. | Dollars |
|------|-------|----------|---------|
| DMR  | 0.70  | 225.00   | $157.50 |
| EMS  | 0.70  | 185.00   | $129.50 |
| Total Fees for Professional Services | | | $287.00 |

## Matter Summary

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $287.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $287.00 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 7, 2008
Invoice: 453807
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.1022 #1001101936 AH v. Maida Martinez

| | | | |
|---|---|---|---|
| 01/28/08 | Conference with Eric Myers re: Answer. | | |
| | | DMR | 0.20 hrs. |
| 01/28/08 | Preparation of Motion for Summary Judgment; receive and review Answer and Affirmative Defenses; e-mail to Traynard Jackson in connection therewith. | | |
| | | EMYE | 1.20 hrs. |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.20 | 225.00 | $45.00 |
| EMYE | 1.20 | 185.00 | $222.00 |
| Total Fees for Professional Services | | | $267.00 |

## Matter Summary

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $267.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $267.00 |

CALIFORNIA   FLORIDA   GEORGIA   ILLINOIS   MASSACHUSETTS   NEW JERSEY   NEW YORK   TEXAS   WASHINGTON, D.C.

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 7, 2008
Invoice: 453706
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.1143 #1001407249AHM v Jenifer Barr

| 01/04/08 | Receive and review Answer and Affirmative Defenses from HOA. | | |
| | | DMR | 0.30 hrs. |
| 01/11/08 | Conference with Eric Myers re: litigation strategy. | | |
| | | DMR | 0.20 hrs. |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.50 | 225.00 | $112.50 |
| Total Fees for Professional Services | | | $112.50 |

## Matter Summary

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $112.50 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $112.50 |

## ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 7, 2008
Invoice: 453716
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.1052 #1001662238 AH v. Rafael Diaz

| 01/18/08 | Conference with Eric Myers re: Motion to Dismiss. |
| | DMR        0.20 hrs. |

| 01/18/08 | E-mail to Traynard Jackson in connection with Motion to Dismiss. |
| | EMYE        0.30 hrs. |

### Summary of Fees

|      | Hours | Rate/Hr. | Dollars |
|------|-------|----------|---------|
| DMR  | 0.20  | 225.00   | $45.00  |
| EMYE | 0.30  | 185.00   | $55.50  |

Total Fees for Professional Services                     $100.50

## Matter Summary

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $100.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $100.50 |

CALIFORNIA    FLORIDA    GEORGIA    ILLINOIS    MASSACHUSETTS    NEW JERSEY    NEW YORK    TEXAS    WASHINGTON, D.C.

## ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 6, 2008
Invoice: 453612
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.1182 #1001513705AHM v. Robert Goldner

| 01/09/08 | Receive and review Answer, Affirmative Defenses, and Counterclaim; conference with Eric Myers in connection therewith. |
| | DMR        0.60 hrs. |
| 01/16/08 | E-mail Lee Gates re: short sale request. |
| | DMR        0.20 hrs. |
| 01/23/08 | Telephone conference with Debbie Delinski regarding short sale offer; e-mail to Lee Gates in connection therewith. |
| | EMYE        0.40 hrs. |

### Summary of Fees

|        | Hours | Rate/Hr. | Dollars  |
|--------|-------|----------|----------|
| DMR    | 0.80  | 225.00   | $180.00  |
| EMYE   | 0.40  | 185.00   | $74.00   |

Total Fees for Professional Services                                $254.00

Matter # 212971.1182

February 6, 2008
Invoice: 453612
Page 2

## Matter Summary

| | | |
|---|---|---|
| Payments Received | $287.00 | |
| Fees for Professional Services - Current Billing Period | $254.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $254.00 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 6, 2008
Invoice: 453608
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.1185 #1001392975AHM v. Cynthia C. Crespo

| | | | |
|---|---|---|---|
| 01/10/08 | Conference with Cheryl Burm re: Release of Mortgage; conference with Eric Myers re: Motion to Dismiss. | | |
| | | DMR | 0.40 hrs. |
| 01/11/08 | Receive and review correspondence; conference with Eric Myers re: litigation strategy. | | |
| | | DMR | 0.50 hrs. |
| 01/11/08 | Review Satisfaction of Mortgage; e-mail to Vincent Flor in connection with Motion to Dismiss. | | |
| | | EMYE | 0.50 hrs. |
| 01/16/08 | Review file in preparation for hearing. | | |
| | | EMYE | 0.60 hrs. |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.90 | 225.00 | $202.50 |
| EMYE | 1.10 | 185.00 | $203.50 |

| | |
|---|---|
| Total Fees for Professional Services | $406.00 |

Matter # 212971.1185

February 6, 2008
Invoice: 453608
Page 2

## Matter Summary

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $406.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $406.00 |

## ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 6, 2008
Invoice: 453598
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.1513 #1001157247AH v. REBECCA RERES

01/29/08        Receive and review correspondence;  receive and review
                Motion to Dismiss;  e-mail Lee Gates in connection therewith.

                DMR          0.60 hrs.


### Summary of Fees

|       | Hours | Rate/Hr. | Dollars  |
|-------|-------|----------|----------|
| DMR   | 0.60  | 225.00   | $135.00  |

Total Fees for Professional Services                              $135.00


### Matter Summary

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $135.00 |
| Costs Incurred- Current Billing Period | $0.00 |

Total Bill Amount Due                              $135.00

### ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 6, 2008
Invoice: 453597
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.1431 AHM#1001405368 vs CASIMIR, Jocelyne D.

| | | | |
|---|---|---|---|
| 01/25/08 | Receive and review Answer and Affirmative Defenses. | | |
| | | DMR | 0.30 hrs. |
| 01/26/08 | Review of file;  e-mail Lissette Duarte re: Answer and Affirmative Defenses. | | |
| | | DMR | 0.50 hrs. |
| 01/28/08 | E-mail Lissette Duarte re: contested issues. | | |
| | | DMR | 0.20 hrs. |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.00 | 225.00 | $225.00 |

Total Fees for Professional Services                                        $225.00

## **Matter Summary**

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $225.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $225.00 |

CALIFORNIA   FLORIDA   GEORGIA   ILLINOIS   MASSACHUSETTS   NEW JERSEY   NEW YORK   TEXAS   WASHINGTON, D.C.

### ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 6, 2008
Invoice: 453594
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.1299 #1000852111AHM v W G WALTHEN

| | |
|---|---|
| 01/18/08 | Receive and review request for deed in lieu; e-mail to Traynard Jackson in connection therewith. |
| | EMYE        0.50 hrs. |
| 01/18/08 | Conference with Eric Myers re: Walthen sending his own deed-in-lieu of foreclosure to American Home (unsolicited). |
| | DMR        0.20 hrs. |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.20 | 225.00 | $45.00 |
| EMYE | 0.50 | 185.00 | $92.50 |

Total Fees for Professional Services                                $137.50

## **Matter Summary**

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $137.50 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $137.50 |

## ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 6, 2008
Invoice: 453592
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.1242 #1001501616AHM v. Delon V. Hall

| 01/24/08 | Receive and review Osceola County Restoration, Inc.'s Answer and Affirmative Defenses and Counterclaim. |
|---|---|
| | DMR    0.40 hrs. |
| 01/29/08 | E-mail Lissette Duarte re: title claim;  conference with Cheryl Burm in connection therewith. |
| | DMR    0.40 hrs. |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.80 | 225.00 | $180.00 |

Total Fees for Professional Services $180.00

## Matter Summary

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $180.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $180.00 |

CALIFORNIA    FLORIDA    GEORGIA    ILLINOIS    MASSACHUSETTS    NEW JERSEY    NEW YORK    TEXAS    WASHINGTON, D.C.

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 6, 2008
Invoice: 453595
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.1404 #1001161754AHM v. Ivone Godoi

| 01/25/08 | Receive and review Notice of Appearance, Motion for Additional Time to Respond, and Demand for Written Verification of Reinstatement and Payoff Figures. | | |
| | DMR | 0.60 hrs. |

| 01/26/08 | Review of file;  e-mail Lissette Duarte re: Motion for Extension of Time and demand for verification of debt. |
| | DMR | 0.50 hrs. |

| 01/28/08 | E-mail Lissette Duarte re: reinstatment and payoff figures; receive and review same. |
| | DMR | 0.40 hrs. |

### Summary of Fees

|  | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.50 | 225.00 | $337.50 |

| Total Fees for Professional Services | | $337.50 |

## Matter Summary

| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $337.50 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $337.50 |

CALIFORNIA    FLORIDA    GEORGIA    ILLINOIS    MASSACHUSETTS    NEW JERSEY    NEW YORK    TEXAS    WASHINGTON, D.C.

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 6, 2008
Invoice: 453589
Page 1

**OCP Invoice**

For Services Rendered Through January 31, 2008
Matter # 212971.1222 #1001670001AHM v. Luz A. Arias

| 01/07/08 | Receive and review Motion to Dismiss. | | |
| | | DMR | 0.30 hrs. |
| 01/18/08 | Conference with Eric Myers re: Motion to Dismiss. | | |
| | | DMR | 0.20 hrs. |
| 01/18/08 | E-mail to Traynard Jackson in connection with Motion to Dismiss. | | |
| | | EMYE | 0.30 hrs. |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.50 | 225.00 | $112.50 |
| EMYE | 0.30 | 185.00 | $55.50 |
| Total Fees for Professional Services | | | $168.00 |

## **Matter Summary**

| | | |
|---|---|---|
| Payments Received | $280.00 | |
| Fees for Professional Services - Current Billing Period | $168.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $168.00 |

CALIFORNIA   FLORIDA   GEORGIA   ILLINOIS   MASSACHUSETTS   NEW JERSEY   NEW YORK   TEXAS   WASHINGTON, D.C.

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

February 11, 2008
Invoice: 454030
Page 1

**OCP Invoice**

For Services Rendered Through February 7, 2008
Matter # 212971.0196 #1000963157AH v. JENNIFER PETERSON

| | | |
|---|---|---|
| 01/01/08 | Review title; prepare title claim letter to The Fund, upon discovery of error in Title Report (i.e. open second mortgage). | |
| | IColleran | 1.50 hrs. |
| 01/02/08 | Prepare letter to junior mortgagee, Mr. Robinson; telephone conference with processor at Provest re: serving letter to Mr. Robinson; e-mails to and from processors at Provest re: same. | |
| | IColleran | 1.50 hrs. |
| 01/02/08 | Conference with Katia Olivos re: delayed closing; telephone conference with Jack Lewis re: same; telephone conference with Richard Hopper re: same; telephone conference with Traynard Jackson re: same; conference with Isabel Colleran and Laura Kerek re: same. | |
| | DMR | 0.80 hrs. |
| 01/02/08 | Prepare memo to Bob Hardman re: outstanding second mortgage. | |
| | DMR | 0.30 hrs. |
| 01/03/08 | Conference with Isabel Colleran re: contact with junior mortgagees; e-mail Bob Hardman re: same; meeting with Laura Kerek and Isabel Colleran re: strategy; telephone conference with Jack Lewis and Pat Jones from The Fund. | |
| | DMR | 0.40 hrs. |

| 01/04/08 | E-mails from Bob Cummings re: contact with junior mortgagee; e-mails to Jack Lewis re: strategy; conference with Gregg Ahrens re: sending check and Satisfaction of Mortgage with process server; conference with Isabel Colleran re: same. |

DMR          0.70 hrs.

| 01/07/08 | Telephone conference with Mr. Robinson re: buying property. |

IColleran          0.20 hrs.

| 01/07/08 | Conferences with Laura Kerek and Isabel Colleran re: strategy. |

DMR          0.30 hrs.

| 01/09/08 | Telephone conference with Mr. Robinson re: redeeming judgment. |

IColleran          0.20 hrs.

| 01/09/08 | Telephone conference with Jack Lewis re: junior mortgagee's demands/offer; conference with Isabel Colleran and Laura Kerek re: strategy. |

DMR          0.50 hrs.

| 01/10/08 | Conference with Isabel Colleran re: reforeclosure; conference with Jack Lewis re: amending prior Complaint; conference with Gregg Ahrens re: litigation strategy. |

DMR          0.60 hrs.

| 01/10/08 | Conference with Denise Rosenthal re: right of redemption issues. |

GXA          0.20 hrs.

| 01/11/08 | Telephone conference with Dorman Nelson re: pursuing settlement with junior mortgagee, left out of foreclosure; e-mail Dorman Nelson; conference with Isabel Colleran re: litigation strategy. |

DMR          0.60 hrs.

| 01/14/08 | Telephone conference with Attorney Rolfe's assistant re: sale of property. |

IColleran          0.20 hrs.

| 01/14/08 | Conference with Isabel Colleran re: litigation strategy. |

DMR          0.20 hrs.

| 01/16/08 | E-mail Dorman Nelson re: litigation strategy;  conference with Isabel Colleran re: status of negotiations. |
|---|---|

|  | DMR | 0.40 hrs. |
|---|---|---|

| 01/17/08 | Conference with Isabel Colleran re: status of negotiations. |
|---|---|

|  | DMR | 0.20 hrs. |
|---|---|---|

| 01/18/08 | Telephone conference with Attorney Rolfe's assistant re: deadline to respond to proposal re: sale of property. |
|---|---|

|  | IColleran | 0.20 hrs. |
|---|---|---|

| 01/18/08 | Conference with Isabel Colleran re: status of negotiations with counsel for junior mortgagee. |
|---|---|

|  | DMR | 0.20 hrs. |
|---|---|---|

| 01/24/08 | E-mail Dorman Nelson re: status of litigation. |
|---|---|

|  | DMR | 0.20 hrs. |
|---|---|---|

| 01/30/08 | E-mail Lee Gates re: litigation strategy;  conference with Erika Lemoine in connection therewith. |
|---|---|

|  | DMR | 0.40 hrs. |
|---|---|---|

### Summary of Fees

|  | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 5.80 | 225.00 | $1,305.00 |
| GXA | 0.20 | 250.00 | $50.00 |
| IColleran | 3.80 | 185.00 | $703.00 |
| Total Fees for Professional Services |  |  | $2,058.00 |

## **Matter Summary**

| Payments Received | $1,499.20 |  |
|---|---|---|
| Fees for Professional Services - Current Billing Period | $2,058.00 |  |
| Costs Incurred- Current Billing Period | $0.00 |  |
| Total Bill Amount Due |  | $2,058.00 |

## VERIFICATION OF FEE APPLICATION

STATE OF FLORIDA                           )
                                           )SS:
COUNTY OF MIAMI-DADE                       )

GREGG S. AHRENS, after being duly sworn according to law, deposes and says:

1.    I am a member in the applicant firm (the "Firm") and have been admitted to the bar of the state of Florida since November, 1982.

2.    I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

3.    The services and expenses were performed and incurred within the month subject to the foregoing Application.

4.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Gregg S. Ahrens, Esquire
Adorno & Yoss, LLP
Suite 400
2525 Ponce de Leon Boulevard
Miami, Florida 33134
Telephone: (305) 460-1000
Facsimile: (305) 460-1421
E-mail gxa@adorno.com

SWORN TO AND SUBSCRIBED
Before me this 25 day of February, 2008.

Notary Public



WILMA COLON
MY COMMISSION # DD 386849
EXPIRES: February 15, 2009
Bonded Thru Budget Notary Services

{M1674390_1}