IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------------ x | Chapter 11 | |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | |
| a Delaware corporation, et al., [1] | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: March 19, 2008 at 4:00 p.m. |
| ------------------------------------------------------------------ x | | Hearing Date: N/A |

## NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the
Official Committee of Unsecured Creditors

The **Fifth Monthly Application of the Weiner Brodsky Sidman Kider PC as
Ordinary Course Professional for the Debtors and Debtors-in-Possession for Allowance of
Compensation and Reimbursement of Expenses Incurred for the Interim Period January 1,
2008 through January 31, 2008** (the "Application") has been filed with the Bankruptcy Court.
The Application seeks allowance of interim fees in the amount of $36,194.50 and interim
expenses in the amount of $10,158.28.

Objections to the Application, if any, are required to be filed on or before **March
19, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States
Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington,
Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received
by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings,
Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel);
(ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391,
Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii)
Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and
Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon); (viii) Weiner Brodsky Sidman Kider PC, 1300 19th Street, NW, Fifth Floor, Washington, DC 20036, (Attn: David M. Souders).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
February 28, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                       :     Chapter 11

                                            :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :     Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                         :

                                            :     Jointly Administered

       Debtors.                                   :
------------------------------------------------------------------------- x

**SIXTH MONTHLY APPLICATION OF WEINER BRODSKY SIDMAN KIDER PC**
**AS COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE INTERIM PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008**

| | |
|---|---|
| Name of Applicant: | Weiner Brodsky Sidman Kider PC |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | January 1, 2008 through January 31, 2008 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $36,194.50 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $10,158.28 |

This is an: __X__ interim ___ final application

This application includes no hours incurred in connection with the preparation of Fee Applications.

                          

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 1818 | August 6, 2007 through August 31, 2007 | $88,599.50 | $1,062.60 | $88,599.50 paid | $1,062.60 paid |
| 1987 | September 1, 2007 through September 30, 2007 | $80,618.50 | $1,108.65 | $75,759.70 paid | $1,108.65 paid |
| 2110 | October 1, 2007 through October 31, 2007 | $64,370.00 | $6,707.04 | $64,370.00 paid | $6,707.04 paid |
| 2405 | November 1, 2007 through November 27, 2007 | $42,212.50 | $2,532.61 | Approved – Certification of No Objection to Weiner Brodsky Sidman Kider PC's Fourth Application for Compensation and Reimbursement of Expenses Incurred for the Period November 1, 2007 through November 27, 2007 filed on January 21, 2008 (Docket No. 2755) | Approved – Certification of No Objection to Weiner Brodsky Sidman Kider PC's Fourth Application for Compensation and Reimbursement of Expenses Incurred for the Period November 1, 2007 through November 27, 2007 filed on January 21, 2008 (Docket No. 2755) |
| 2967 | November 28, 2007 through December 31, 2007 | $41,766.00 | $3,716.57 | Pending | Pending |

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Richard J. Andreano, Jr. | Partner since June, 1995. Member of the DC Bar since December, 1983 and the Virginia Bar since June, 1984. | $425 | See Exhibit A. | See Exhibit A. |
| John D. Socknat | Partner since January, 2005. Joined firm as an associate in November, 1997. Member of the Virginia Bar since 1995 and the DC Bar since 1998. | $395 | See Exhibit A. | See Exhibit A. |
| David M. Souders | Partner since 2002. Joined firm as an of counsel in 2000. Member of Missouri Bar since October, 1985 and the DC Bar since July, 1994. | $420 | See Exhibit A. | See Exhibit A. |
| Bruce E. Alexander | Joined firm as counsel in January, 2003. Member of Maryland Bar since December, 1981. | $405 | See Exhibit A. | See Exhibit A. |
| Reid F. Herlihy | Joined firm as an associate in January, 2007. Member of Virginia Bar since 2006. | $220 | See Exhibit A. | See Exhibit A. |
| Nancy W. Hunt | Joined firm as an associate in October, 2004. Member of the California Bar since May, 2002 and the DC Bar since June, 2005. | $255 | See Exhibit A. | See Exhibit A. |
| Vanessa T. Lam | Joined firm as an associate in August, 2007. Member of the California Bar since December, 2002. | $245 | See Exhibit A. | See Exhibit A. |
| Brian P. Perryman | Joined firm as an associate in March, 2004. Member of the Virginia Bar since June, 2004, the DC Bar since February, 2005 and the Colorado Bar since April, 2006. | $235 | See Exhibit A. | See Exhibit A. |

| | | | | |
|---|---|---|---|---|
| Haydn J. Richards, Jr. | Joined firm as an associate in July, 2003.  Member of the Virginia Bar since October, 2002 and the DC Bar since September, 2002. | $245 | See Exhibit A. | See Exhibit A. |
| Kristin D. Thompson | Joined firm as an associate in August, 2006.  Member of the New Hampshire Bar since November 1997, the Massachusetts Bar since April, 2003, and the DC Bar since April, 2007. | $295 | See Exhibit A. | See Exhibit A. |
| Natasha M. Williams | Joined firm as an associate in September, 2006.  Member of the Virginia Bar since September, 2003, and DC Bar since May, 2004. | $245 | See Exhibit A. | See Exhibit A. |
| **Grand Total:** | | | 114.60 hours | $36,194.50 |
| **Blended Rate:** | | $ | | |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration  (1001) | | |
| Court Hearings (1002) | | |
| Cash Collateral/DIP Financing (1003) | | |
| Schedules & Statements, U.S. Trustee Reports (1004) | | |
| Lease/Executory Contract Issues (1005) | | |
| Use, Sale or Lease of Property (363 Issues) (1006) | | |
| Claims Analysis, Objections and Resolutions (1007) | | |
| Meetings (1008) | | |
| Stay Relief Matters (1009) | | |
| Reclamation Claims and Adversaries (1010) | | |
| Other Adversary Proceedings (1011) | | |
| Creditor Inquiries (1013) | | |
| Employee Matters (1015) | | |
| Retention of Professionals/Fee Issues (1017) | | |
| Travel (1019) | | |
| Utility Services (1020) | | |
| On Site Services (1021) | | |
| **TOTALS** | | |

## INTERIM EXPENSE SUMMARY

| Expenses Category (Examples) | Total Expenses ($) |
|---|---|
| AP Fax (Parcels, Inc.) | No charge |
| Calling Card/Conference Calls | $278.53 |
| Computerized Legal Research (Westlaw) | $3,894.20 |
| Delivery/Courier (Parcels, Inc.) | $0 |
| Deposition/Transcript (Transcripts Plus) | $1087.10 |
| Docket Retrieval (Virtual Docket.com) | No charge |
| Facsimile | No charge |
| Federal Express | $298.58 |
| Filing Fees/Court Costs/Legal Fees | $2,535.00 |
| Local Counsel Fees | $0 |
| Long Distance Telephone | $3.49 |
| Parking/Mileage Expenses | $40.00 |
| Photocopy Charges ($0.10 per page) | $190.60 |
| Postage | $5.13 |
| Scanning, Electronic Bates-Labeling and Photocopying Performed By Outside Vendors[2] | $277.84 |
| Taxi/Local Transportation | $0 |
| Travel/Hotel/Air Fare/Tips | $1,547.81 |
| **TOTAL** | $10,158.28 |

---

[2] To the extent that any fees for scanning, electronic bates-labeling and photocopying services by outside vendors were incurred by WBSK, the invoices for such fees are attached hereto as Exhibit B.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------- x
In re:                                              :    Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    :    Jointly Administered
        Debtors.                                    :
------------------------------------------------------------------- x
```

**SIXTH MONTHLY APPLICATION OF WEINER BRODSKY SIDMAN KIDER PC
AS COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, the law firm of Weiner Brodsky Sidman Kider PC (hereinafter "WBSK")

hereby moves this Court for reasonable compensation for professional legal services rendered as

counsel to American Home Mortgage Corporation and its related entities, the debtors in the

above-captioned cases (the "Debtors"), in the amount of $36,194.50 together with

reimbursement for actual and necessary expenses incurred in the amount of $10,158.28 for the

interim period January 1, 2008 through January 31, 2008 (the "Interim Fee Period"). In support

of its Application, WBSK respectfully represents as follows:

1.      On September 4, 2007, the Court entered an Order Pursuant to Sections

105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the

Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro

Tunc to Petition Date [Docket No. 207] (the "Order"). The Order authorized WBSK to be

compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket

expenses.

2.      All services for which compensation is requested by WBSK were

performed for or on behalf of the Debtor.

## PRE-PETITION COMPENSATION PREVIOUSLY PAID

3.    Prior to the filing of the above-captioned cases, WBSK was employed by the Debtors. The Debtors owe WBSK $36,115.50 for pre-petition services. WBSK agreed to waive its pre-petition claim in connection with the Court's approval of its employment pursuant to the Order.

## SUMMARY OF SERVICES RENDERED

4.    Attached hereto as Exhibit A is a detailed statement of fees incurred and expenses paid during the Interim Fee Period, showing the amount of $36,194.50 due for fees and the amount of $10,158.28 due for the reimbursement of expenses.

5.    Attached hereto as Exhibit B are the invoices for scanning, electronic bates-labeling and photocopying services performed by outside vendors, showing the amount of $277.84 due for such vendors' services incurred by WBSK.

6.    The services rendered by WBSK during the Interim Fee Period are grouped into the categories set forth in Exhibit A. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

7.    WBSK has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $10,158.28. This disbursement sum is broken down into categories of charges, including, among other things, telephone and long distance charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges,

travel expenses, computerized research, and transcription costs. A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit A and Exhibit B.

8.    Costs incurred for overtime and computer assisted research are not included in WBSK's normal hourly billing rates and, therefore, are itemized and included in WBSK's disbursements. Pursuant to Local Rule 2016-2, WBSK represents that its rate for internal duplication is $0.10 per page, there is no charge for telecopier transmissions and there is no surcharge for computerized research.

## VALUATION OF SERVICES

9.    Attorneys and paraprofessionals of WBSK have expended a total of 114.60 hours in connection with this matter during the Interim Fee Period.

10.    The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are WBSK's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by WBSK for the Interim Fee Period as counsel for the Debtors in these cases is $36,194.50.

11.    WBSK believes that the time entries and expense breakdown set forth in Exhibit A and Exhibit B attached hereto are in compliance with the requirements of Local Rule 2016-2.

12.    In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

3

13.    This Application covers the Interim Fee Period January 1, 2008 through January 31, 2008.

WHEREFORE, WBSK requests that allowance be made to it in the sum of $36,194.50 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $10,158.28 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Washington, D.C.
February 27, 2008

WEINER BRODSKY SIDMAN KIDER PC

Mitchel H. Kider
David M. Souders
1300 19th Street, NW, Fifth Floor
Washington, D.C. 20036
Telephone: (202) 628-2000
Facsimile: (202) 628-2011

Counsel for the Debtors

VERIFICATION

DISTRICT OF COLUMBIA  )
                           )     SS:
                           )

David M. Souders, after being duly sworn according to law, deposes and says:

1.     I am a Partner in the applicant firm, Weiner Brodsky Sidman Kider PC, and have been admitted to the bars of the Supreme Courts of Missouri and the District of Columbia since 1985 and 1994, respectively.

2.     I have personally performed many of the legal services rendered by Weiner Brodsky Sidman Kider PC, as counsel to the Debtors and am familiar with all other work performed on behalf of the lawyers and paraprofessionals in the firm.

3.     WBSK usually bills on discrete matters in connection with its representation of American Home.  However, with the filing of the bankruptcy petition, the Firm opened a new matter to handle the myriad matters that arose from the filing of the petition.  Specifically, matter 089 in the Firm's billing system was used by Firm attorneys for the following matters:

- responding to inquiries from state regulators arising out of the press releases issued by American Home and subsequent notifications to such regulators about the liquidity crisis the firm was experiencing just before the filing of the bankruptcy petitions;

- filing of suggestions of bankruptcy in the defensive matters being handled by the Firm;

- notifying state and federal regulators of the filing of the bankruptcy petitions and participating in conference calls with the regulators;

- handling of issues with state and federal regulators arising from the freezing of certain escrow accounts by one of the creditors;

- surrendering of licenses for the origination entities and the preservation of the licenses held by the servicing entity;

- researching surety bond requirements for the origination and servicing entities;

- completion of an ongoing HUD investigation;

- researching servicing liquidity issues and change of control requirements;

- reviewing of purchase and sale agreements in connection with the sale of the servicing entity; and

- assisting bankruptcy counsel with the preparation and filing of the motion to return funds from the customers in the pipelines of the originating entities.

Where work was performed on individual matters that were opened prior to the filing of the petition, the Firm continued to bill directly to those matters and will continue to do so on a going forward basis.

4.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

DAVID M. SOUDERS

SWORN TO AND SUBSCRIBED before me this _27th_ day of _February_ 2008.

Notary Public
My Commission Expires: _7/31/2009_

2

# EXHIBIT A

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JANUARY    2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

Page: 1
02/27/2008
Account No:    98077M

| | Fees | Expenses | Balance |
|---|---|---|---|
| 98077-046 SEC v. NJ Affordable Homes | 1,594.50 | 0.40 | $1,594.90 |
| 98077-061 Arkansas Condos | 3,857.50 | 7,519.83 | $11,377.33 |
| 98077-064 Stonex and Voit | 206.50 | 0.40 | $206.90 |
| 98077-066 Johnson v. Wheeler | 2,333.00 | 0.00 | $2,333.00 |
| 98077-068 First American Title Insurance Co. | 177.00 | 50.15 | $227.15 |
| 98077-072 Velazquez & Associates | 383.50 | 0.00 | $383.50 |
| 98077-073 Sohmer | 811.50 | 0.80 | $812.30 |

# WEINER  BRODSKY  SIDMAN  KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
02/27/2008
Account No:      98077M

| | Fees | Expenses | Balance |
|---|---|---|---|
| 98077-080 Barbosa v. American Home | 127.50 | 0.00 | $127.50 |
| 98077-089 Post Petition Representation | 13,163.50 | 2,392.48 | $15,555.98 |
| | 22,654.50 | 9,964.06 | $32,618.56 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

### INVOICE PERIOD:    JANUARY    2008

Page: 1
02/27/2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Account No:    98077-046M
Statement No:    28

Attn: Alan Horn

SEC v. NJ Affordable Homes

| | | Rate | Hours | |
|---|---|---|---|---|
| **01/02/2008** | | | | |
| DMS | review settlement agreement from RFC regarding second lien loans (0.6); | 420.00 | 0.60 | 252.00 |
| NWH | telephone call/email from GMAC counsel with respect to 2nd loans ABC holds (where GMAC bought 1st loan) and disbursement of proceeds; | 255.00 | 0.20 | 51.00 |
| **01/13/2008** | | | | |
| NWH | review proposed amendments to settlement agreement drafted by title-company-appointed counsel; | 255.00 | 0.80 | 204.00 |
| NWH | outline comments/problems with amendments to settlement agreement; | 255.00 | 0.30 | 76.50 |
| NWH | conference with D. Souders re: amendments to settlement agreement; | 255.00 | 0.30 | 76.50 |
| **01/28/2008** | | | | |
| NWH | telephone call from counsel for Residential Funding re: properties on which Residential owns first lien loans and possible settlement re: same; | 255.00 | 0.20 | 51.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
02/27/2008
Account No:   98077-046M
Statement No:        28

SEC v. NJ Affordable Homes

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| **01/29/2008** | | | | | |
| | NWH | conference with D. Souders re: GMAC request that American Home settle with them, relinquish any rights to proceed from sale of 2 properties on which American Home owns second lien only; | 255.00 | 0.20 | 51.00 |
| **01/30/2008** | | | | | |
| | NWH | telephone conference with D. Souders and GMAC's counsel re: GMAC's request that American Home provide statement to trustee and court that it makes no claim against proceeds of sale of two properties on which American Home held the second lien only; | 255.00 | 0.30 | 76.50 |
| | DMS | telephone conference with N. Hunt and counsel for GMAC (0.4); review draft settlement (0.3); send memo to client regarding settlement (0.1); review bankruptcy filings (1.0); | 420.00 | 1.80 | 756.00 |
| | | For Current Services Rendered | | 4.70 | 1,594.50 |

| | | |
|---|---|---|
| Photocopy Expenses | | 0.40 |
| Total Expenses Posted Through 01/31/2008 | | 0.40 |
| Total Current Work | | 1,594.90 |
| Balance Due | | $1,594.90 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

SEC v. NJ Affordable Homes

Page: 3
02/27/2008
Account No:     98077-046M
Statement No:            28

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JANUARY    2008

Page: 1
02/27/2008
American Home Mortgage                           Account No:   98077-061M
538 Broadhollow Road                             Statement No:           20
Melville  NY  11747

Attn: Alan Horn

Arkansas Condos

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 01/04/2008 |  |  |  |  |
| NMW | review and revise proposed settlement agreements with IMS defendants, Brown defendants and Seller defendants (0.5); | 245.00 | 0.50 | 122.50 |
| DMS | telephone conference with W. Allison regarding settlement agreement with sellers (0.2); send memo to W. Allison regarding bankruptcy court approval of settlement (0.2); | 420.00 | 0.40 | 168.00 |
| 01/06/2008 |  |  |  |  |
| DMS | draft and revise settlement agreement for Brown Appraisals (1.1); draft and revise settlement agreement for IMS and Gray (1.0); | 420.00 | 2.10 | 882.00 |
| 01/07/2008 |  |  |  |  |
| NMW | review and revise settlement agreements for Brown defendants and IMS defendants (0.3); | 245.00 | 0.30 | 73.50 |
| DMS | telephone conference with J. Kalas regarding approval of settlement (0.2); revise drafts of settlement agreements for Brown Appraisals and IMS and Gray (0.8); | 420.00 | 1.00 | 420.00 |
| BEA | analysis of settlement agreements with IMS and Brown Appraisal (.6); draft suggestions (.3); | 405.00 | 0.90 | 364.50 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Arkansas Condos

Page: 2
02/27/2008
Account No:    98077-061M
Statement No:        20

| | | Rate | Hours | |
|---|---|---|---|---|
| **01/08/2008** | | | | |
| DMS | revise draft settlement agreement for Brown Appraisal defendants (0.9); send memo to J. Kalas regarding settlement agreements (0.2); | 420.00 | 1.10 | 462.00 |
| **01/24/2008** | | | | |
| BEA | receipt of email with suggestions by Brown's attorney for settlement; | 405.00 | 0.30 | 121.50 |
| DMS | review correspondence from counsel for Brown Appraisals regarding draft settlement agreement (1.0); | 420.00 | 1.00 | 420.00 |
| **01/25/2008** | | | | |
| BEA | analysis of suggested changes by Brown's attorney to settlement agreement and notes re: questions; | 405.00 | 0.60 | 243.00 |
| **01/28/2008** | | | | |
| BEA | prepare redline document for D. Souders; | 405.00 | 0.30 | 121.50 |
| BEA | confer with D. Souders re: proposed changes to settlement; | 405.00 | 0.10 | 40.50 |
| BEA | receipt of email from expert witness; | 405.00 | 0.10 | 40.50 |
| **01/30/2008** | | | | |
| DMS | send memo to J. Kalas regarding settlement (0.2); review settlement agreement for Brown Appraisals (0.2); respond to inquiry from counsel for Brown Appraisals regarding P. Smith first lien loan (0.5); | 420.00 | 0.90 | 378.00 |
| | For Current Services Rendered | | 9.60 | 3,857.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 3
02/27/2008
Account No:    98077-061M
Statement No:    20

Arkansas Condos

| | |
|---|---:|
| Photocopy Expenses | 8.80 |
| Copy Expenses | 277.84 |
| Filing Fees/Court Costs/Legal Fees | 2,525.00 |
| Telephone and Long Distance Charges | 3.49 |
| Express Mail/Federal Express Charges | 137.49 |
| Travel/Hotel/Air Fare/Tips | 1,547.81 |
| Parking/Mileage Expenses | 40.00 |
| Postage Expenses | 0.41 |
| Court Reporter/Transcript Fees | 1,087.10 |
| Calling Card/Conference Calls | 278.53 |
| Lexis/Westlaw Research | 1,613.36 |
| Total Expenses Posted Through 01/31/2008 | 7,519.83 |
| Total Current Work | 11,377.33 |
| Balance Due | $11,377.33 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JANUARY    2008

Page: 1

American Home Mortgage                                          02/27/2008
538 Broadhollow Road                        Account No:    98077-064M
Melville  NY  11747                          Statement No:           19

Attn: Alan Horn


Stonex and Voit


|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **01/03/2008** |  |  |  |  |
| KDT | email to local counsel regarding filing dismissal (0.1); | 295.00 | 0.10 | 29.50 |
| **01/08/2008** |  |  |  |  |
| KDT | telephone call to local counsel regarding filing of dismissals of Voit/GCCI (0.1); emails with local counsel regarding same (0.1); | 295.00 | 0.20 | 59.00 |
| **01/11/2008** |  |  |  |  |
| KDT | emails with local counsel regarding status of dismissal of Voit (0.1); | 295.00 | 0.10 | 29.50 |
| **01/17/2008** |  |  |  |  |
| KDT | emails with local counsel regarding dismissal status (0.1); | 295.00 | 0.10 | 29.50 |
| **01/22/2008** |  |  |  |  |
| KDT | email from local counsel enclosing Stonex letter regarding no assent to amending dismissal (0.1); email to local counsel regarding motion for leave to file amended dismissal (0.1); | 295.00 | 0.20 | 59.00 |
|  | For Current Services Rendered |  | 0.70 | 206.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Stonex and Voit

Page: 2
02/27/2008
Account No:  98077-064M
Statement No:      19

| | |
|---|---:|
| Photocopy Expenses | 0.40 |
| Total Expenses Posted Through 01/31/2008 | 0.40 |
| Total Current Work | 206.90 |
| Balance Due | $206.90 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:     JANUARY   2008

Page: 1
02/27/2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Account No:   98077-066M
Statement No:           19

Attn: Alan Horn

Johnson v. Wheeler

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **01/11/2008** | | | | |
| KDT | email from local counsel forwarding email from court confirming non-attendance at settlement conference (0.1); | 295.00 | 0.10 | 29.50 |
| **01/15/2008** | | | | |
| KDT | receipt and review of order dismissing case without prejudice (0.1); forward order to client with commentary (0.1); emails with local counsel regarding dismissal (0.1); | 295.00 | 0.30 | 88.50 |
| **01/23/2008** | | | | |
| KDT | review joint letter from plaintiffs and Jacksons requesting re-opening of case in light of American Home Mortgage move to foreclose property (0.2); analyze implications of request (0.2); review foreclosure notice (0.1); telephone conference with foreclosure counsel regarding status of foreclosure, communications with counsel for borrower, settlement agreement, communications with American Home Mortgage (0.4); telephone call to borrower's counsel regarding settlement and options (0.1); telephone | | | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2
02/27/2008

American Home Mortgage

Account No:    98077-066M
Statement No:            19

Johnson v. Wheeler

|  |  | Rate | Hours |  |
|---|---|---|---|---|
|  | conference with plaintiff's counsel regarding contents of settlement agreement, intention to payoff American Home Mortgage lien, threatened motion for restraining order (0.8); receipt and review of settlement agreement (0.3); follow-up telephone conference with plaintiff's counsel regarding same (0.2); telephone call to claims counsel regarding options (0.1); email to claims counsel regarding same (0.1); review correspondence with client regarding status and options (0.1); |  |  |  |
| DMS | review letter to court (0.2); send memo to J. Kalas and R. Hardman regarding foreclosure sale issues (0.3); | 295.00 | 2.60 | 767.00 |
|  |  | 420.00 | 0.50 | 210.00 |

01/24/2008
KDT    email from opposing counsel querying status
of foreclosure (0.1); email to opposing
counsel regarding same (0.1); assess
implications if foreclosure goes forward (0.1);
telephone conference with claims counsel
regarding recommendation not to foreclose,
implications of foreclosure as to
representation by title insurer, informing
opposing counsel of no knowledge of
foreclosure (0.2); telephone call from
foreclosure counsel regarding direction by
client to proceed with foreclosure (0.1);
forward opposing counsel's email and
response to claims counsel (0.1); telephone
call to claims counsel regarding emailing
opposing counsel as to no knowledge of
foreclosure (0.1); email from claims counsel
to opposing counsel regarding same (0.1);

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 3
02/27/2008
Account No:   98077-066M
Statement No:   19

Johnson v. Wheeler

| | | Rate | Hours | |
|---|---|---|---|---|
| | email from/to borrower's counsel regarding status (0.1); email to client regarding plan to direct foreclosure counsel to cancel next week's sale (0.1); email to opposing counsel and claims counsel informing them of same (0.1); | 295.00 | 1.20 | 354.00 |
| DMS | telephone conference with J. Kalas, R. Hardman regarding foreclosure sale (0.3); send memo to client (0.2); review letter to court regarding foreclosure (0.2); | 420.00 | 0.70 | 294.00 |
| 01/25/2008 KDT | email from opposing counsel regarding status of foreclosure (0.1); | 295.00 | 0.10 | 29.50 |
| 01/28/2008 KDT | review court order requiring memoranda regarding effect of stay on case in general, and on motion to dismiss in particular (0.1); evaluate issues raised by court order regarding opening case (0.2); planning for conference call with opposing counsel (0.2); telephone call to Jacksons' counsel (0.1); develop plan for coordination with claims counsel (0.1); | 295.00 | 0.70 | 206.50 |
| 01/29/2008 KDT | telephone call to Borrowers' counsel to set up conference call (0.1); forward court order on re-opening case to client with commentary (0.1); telephone conference with Borrowers' counsel regarding status of property, plans for sale, perceived value of property, ability to payoff lien, ability to make payments interim | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Johnson v. Wheeler

Page: 4
02/27/2008
Account No: 98077-066M
Statement No: 19

| | Rate | Hours | |
|---|---|---|---|
| to sale, court's order, options for removing briefing obligations imposed by court (0.7); evaluate options for response to court order (0.2); email to claims counsel with suggestions for resolution (0.1); | 295.00 | 1.20 | 354.00 |
| For Current Services Rendered | | 7.40 | 2,333.00 |
| Total Current Work | | | 2,333.00 |
| Balance Due | | | $2,333.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:     JANUARY    2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
02/27/2008
Account No:    98077-068M
Statement No:    14

First American Title Insurance Co.

|  | | Rate | Hours | |
|---|---|---|---|---|
| 01/30/2008 | | | | |
| KDT | review local rules regarding pro hac vice admission (0.2); review and revise motion for admission pro hac vice (0.1); review and revise certification regarding same (0.1); | 295.00 | 0.40 | 118.00 |
| 01/31/2008 | | | | |
| KDT | review court order regarding scheduling conference (0.1); review communications with local counsel regarding case planning and scheduling (0.1); | 295.00 | 0.20 | 59.00 |
| | For Current Services Rendered | | 0.60 | 177.00 |
| | Photocopy Expenses | | | 0.20 |
| | Lexis/Westlaw Research | | | 49.95 |
| | Total Expenses Posted Through 01/31/2008 | | | 50.15 |
| | Total Current Work | | | 227.15 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
02/27/2008
Account No:    98077-068M
Statement No:           14

First American Title Insurance Co.

Balance Due                                    $227.15

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# Weiner Brodsky Sidman Kider PC

1300 19th Street, NW
Fifth Floor
Washington, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JANUARY    2008

Page: 1
02/27/2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Account No:    98077-072M
Statement No:    15

Attn: Alan Horn

Velazquez & Associates

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 01/03/2008 |  |  |  |  |
| KDT | review email from American Home Mortgage's foreclosure counsel and letter from Attorneys Title regarding prior direction to unwind Carmona transaction (0.2); research communications with opposing counsel on same (0.2); research current ownership of loans and client communications regarding same (0.2); strategy regarding potential claims (0.2); review client correspondence regarding same (0.2); | 295.00 | 1.00 | 295.00 |
| 01/28/2008 |  |  |  |  |
| KDT | attention to status of Carmona loan (0.1); planning for assertion of affirmative claims (0.2); | 295.00 | 0.30 | 88.50 |
|  | For Current Services Rendered |  | 1.30 | 383.50 |
|  | Total Current Work |  |  | 383.50 |
|  | Balance Due |  |  | $383.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Velazquez & Associates

Page: 2
02/27/2008
Account No:    98077-072M
Statement No:    15

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER  BRODSKY  SIDMAN  KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JANUARY    2008

|  |  |
|---|---|
| American Home Mortgage | Page: 1 |
| 538 Broadhollow Road | 02/27/2008 |
| Melville  NY  11747 | Account No:    98077-073M |
|  | Statement No:    13 |

Attn: Alan Horn

Sohmer

| Date | | | Rate | Hours | |
|---|---|---|---|---|---|
| 01/02/2008 | | | | | |
| | DMS | telephone conference with L. Xerras regarding settlement of loans originated by American Home (0.3); | 420.00 | 0.30 | 126.00 |
| 01/10/2008 | | | | | |
| | NWH | review email from title-company-appointed counsel re: status of matter, proposed amended settlement agreement; | 255.00 | 0.20 | 51.00 |
| 01/14/2008 | | | | | |
| | NWH | review draft motion to enlarge time; | 255.00 | 0.20 | 51.00 |
| | NWH | respond to counsel with consent to motion; | 255.00 | 0.10 | 25.50 |
| 01/18/2008 | | | | | |
| | NWH | review email from title-company-appointed counsel; | 255.00 | 0.20 | 51.00 |
| | NWH | conference with D. Souders re: proposed amended settlement agreement; | 255.00 | 0.20 | 51.00 |
| | NWH | research/email to client re: proposed amended settlement, changes, effect on ABC; | 255.00 | 0.60 | 153.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Sohmer

Page: 2
02/27/2008
Account No: 98077-073M
Statement No: 13

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **01/22/2008** | | | | |
| NWH | email/telephone call from title-company-appointed counsel re: ABC's participation in settlement agreement; | 255.00 | 0.20 | 51.00 |
| **01/23/2008** | | | | |
| DMS | telephone conferences with L. Xerras (0.4); send revisions to settlement agreement (0.2); | 420.00 | 0.60 | 252.00 |
| | For Current Services Rendered | | 2.60 | 811.50 |
| | Photocopy Expenses | | | 0.80 |
| | Total Expenses Posted Through 01/31/2008 | | | 0.80 |
| | Total Current Work | | | 812.30 |
| | Balance Due | | | $812.30 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JANUARY    2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

Page: 1
02/27/2008
Account No:    98077-080M
Statement No:    7

Barbosa v. American Home

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 01/13/2008 |  |  |  |  |
| NWH | draft status report of bankruptcy matter to court; | 255.00 | 0.30 | 76.50 |
| NWH | review court order re: status report requirements; | 255.00 | 0.10 | 25.50 |
| NWH | draft email to local counsel re: status report requirements; | 255.00 | 0.10 | 25.50 |
|  | For Current Services Rendered |  | 0.50 | 127.50 |
|  | Total Current Work |  |  | 127.50 |
|  | Balance Due |  |  | $127.50 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JANUARY    2008

Page: 1

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

02/27/2008
Account No:    98077-089M
Statement No:    9

Attn: Alan Horn

Post Petition Representation

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **01/02/2008** |  |  |  |  |
| JDS | review correspondence from CO regulator re: AHM servicing (0.3); review and revise loan data report (1.7); draft letter to CO regulator re: AHM servicing (1.7); | 395.00 | 3.70 | 1,461.50 |
| DMS | review financial statements sent by client (0.3); send memo to D.C. Department of Banking regarding license application for servicing entity (0.3); | 420.00 | 0.60 | 252.00 |
| **01/03/2008** |  |  |  |  |
| HJR | review KS license app; (0.8); draft letter to KS regulator re: same; (0.3); | 245.00 | 1.10 | 269.50 |
| JDS | review and revise letter to CO regulator re: report on AHM servicing (0.6); finalize loan data for same (1.0); telephone calls to/from J. Kalas re: same; (0.4); | 395.00 | 2.00 | 790.00 |
| RJA | respond to J. Kalas inquiry re: servicing transfer notice exemption for HELOC's; (0.1); | 425.00 | 0.10 | 42.50 |
| **01/04/2008** |  |  |  |  |
| DMS | send memo to J. Kalas regarding Connecticut settlement (0.2); | 420.00 | 0.20 | 84.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 2
02/27/2008
Account No:     98077-089M
Statement No:              9

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| **01/07/2008** | | | | | |
| | BPP | telephone call from and correspondence from L. Sassani re: surrender of branch licenses; (0.3); | 235.00 | 0.30 | 70.50 |
| | JDS | telephone call from SC regulator re: application fee (0.1); telephone call to J. Kalas re: same (0.1); | 395.00 | 0.20 | 79.00 |
| | DMS | telephone conference with M. Whiteman regarding Connecticut consent orders (0.3); revise drafts of proposed consent orders (0.5); send memo to client (0.1); | 420.00 | 0.90 | 378.00 |
| **01/08/2008** | | | | | |
| | JDS | discussion with D. Souders re: document destruction issues (0.3); | 395.00 | 0.30 | 118.50 |
| | DMS | revise drafts of Connecticut settlement agreements and consent orders and send to N. Savill at Connecticut Department of Banking (0.3); telephone conference with N. Grow at Young Conway regarding record retention issues (0.3); review documents sent by N. Grow (0.4); discussion with J. Socknat re: document destruction issues; (0.3); | 420.00 | 1.30 | 546.00 |
| **01/09/2008** | | | | | |
| | HJR | review SD regulatory responses; (0.2); revise same; (.0.2); draft email to B. Perryman re: proposed regulatory action responses; (0.1); | 245.00 | 0.50 | 122.50 |
| | JDS | telephone calls to/from N. Grow re: record retention requirements (0.4); telephone calls to/from J. Kalas re: same (0.3); legal research re: record retention requirements (1.2); correspond via email with N. Grow and J. Kalas re: same (0.5); | 395.00 | 2.40 | 948.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 3
02/27/2008
Account No:     98077-089M
Statement No:            9

| | | Rate | Hours | |
|---|---|---|---|---|
| **01/10/2008** | | | | |
| BPP | review regulatory disclosure statement for South Dakota application (0.2); telephone call from T. Cortese re: US Attorney subpoena (0.2); correspondence to J. Kalas re; same (0.1); | 235.00 | 0.50 | 117.50 |
| JDS | telephone conference with bankruptcy counsel and J. Kalas re: electronic record retention issues (0.6); legal research re: same (1.0); | 395.00 | 1.60 | 632.00 |
| RFH | research record retention requirements; (1.4); prepare summary re: same; (0.5); | 220.00 | 1.90 | 418.00 |
| HJR | draft email to J. Kalas re: SD regulatory compliance disclosure; (0.3); | 245.00 | 0.30 | 73.50 |
| **01/11/2008** | | | | |
| JDS | review and revise summary of record retention requirements; (1.8); | 395.00 | 1.80 | 711.00 |
| RFH | research record retention requirements; prepare summary re: same; (3.4); | 220.00 | 3.40 | 748.00 |
| **01/14/2008** | | | | |
| JDS | review letter from acquirer to KS regulator (0.3); telephone call from bankruptcy counsel re: record retention issues (0.2); | 395.00 | 0.50 | 197.50 |
| HJR | draft email to J. Socknat re: status of KS loan broker license app; (0.1); telephone call to KS regulator re: same; (0.1); | 245.00 | 0.20 | 49.00 |
| DMS | telephone conference with N. Savill, Connecticut Department of Banking regarding draft settlement agreement (0.3); send memo to client regarding outstanding litigation (0.4); | 420.00 | 0.70 | 294.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 4
02/27/2008
Account No:  98077-089M
Statement No:      9

Post Petition Representation

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **01/15/2008** | | | | |
| BPP | telephone call from and correspondence from L. Sassani re: surrender of Pennsylvania branch licenses; (0.2); | 235.00 | 0.20 | 47.00 |
| DMS | telephone conference with L. Sassani regarding surrender of branch licenses (0.2); send memo to J. Kalas (0.1); | 420.00 | 0.30 | 126.00 |
| **01/17/2008** | | | | |
| BPP | review proposed DC consent order; (0.2); | 235.00 | 0.20 | 47.00 |
| JDS | review responses to WI license renewal (0.2); correspond via email with J. Kalas re: same (0.1); | 395.00 | 0.30 | 118.50 |
| **01/18/2008** | | | | |
| JDS | review and revise consent agreement with D.C.; (0.5); | 395.00 | 0.50 | 197.50 |
| DMS | telephone conference with M. Whiteman (0.2); revise Connecticut draft settlement agreement (0.5); | 420.00 | 0.70 | 294.00 |
| **01/22/2008** | | | | |
| DMS | telephone conference with J. Kalas (0.1); revise D.C. consent order (0.7); send memo to J. Kalas and M. Whiteman (0.2); | 420.00 | 1.00 | 420.00 |
| **01/23/2008** | | | | |
| JDS | correspond via email with J. Kalas re: CA bond for AHM Acceptance; (0.2); | 395.00 | 0.20 | 79.00 |
| DMS | telephone conference with M. Whiteman and M. Linn regarding DC consent order (0.3); telephone conference with J. Kalas regarding modifications to DC consent order and servicing issues (0.3); revise DC proposed | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 5
02/27/2008
Account No:    98077-089M
Statement No:    9

| | | Rate | Hours | |
|---|---|---|---|---|
| | consent order (0.8); drafting of letter to DC Department of Banking (0.4); | 420.00 | 1.80 | 756.00 |
| 01/24/2008 DMS | revise draft of consent order for D.C. (0.8); telephone conference with J. Kalas regarding reporting requirements for D.C. (0.3); draft letter to D.C. Department of Banking regarding changes to draft consent order (1.2); | 420.00 | 2.30 | 966.00 |
| 01/25/2008 HJR | telephone call to KS regulator re: pending license app; (0.1); draft email to J. Kalas re: same; (0.1); | 245.00 | 0.20 | 49.00 |
| 01/28/2008 VTL | calculation of 20% holdback for WBSK's 1st, 2nd and 3rd fee applications; (0.2); | 245.00 | 0.20 | 49.00 |
| DMS | review draft of final orders for Connecticut (0.7); send memo to A. Horn (0.2); | 420.00 | 0.90 | 378.00 |
| 01/29/2008 VTL | telephone conference with D. Souders regarding calculation for payment of 20% holdback for WBSK's 1st, 2nd, and 3rd Applications; (0.1); | 245.00 | 0.10 | 24.50 |
| RJA | analysis re: privacy inquiry from J. Kalas; (0.2); | 425.00 | 0.20 | 85.00 |
| DMS | telephone conference with C. Parker regarding request for extension of time and revisions to draft consent order (0.4); send memo to M. Whiteman and J. Kalas regarding revisions to D.C. consent order (0.3); | 420.00 | 0.70 | 294.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 6
02/27/2008
Account No:    98077-089M
Statement No:    9

Post Petition Representation

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **01/30/2008** |  |  |  |  |
| VTL | preparation of WBSK's 5th Fee Application (0.2); | 245.00 | 0.20 | 49.00 |
| DMS | review and revise fifth petition for fees (0.3); | 420.00 | 0.30 | 126.00 |
| **01/31/2008** |  |  |  |  |
| BPP | legal research re: TILA objection raised by P. Rush (0.2); telephone call from and correspondence from J. Kalas re: same (0.2); telephone call from and telephone call to K. Enos re: same (0.2); | 235.00 | 0.60 | 141.00 |
| VTL | preparation of WBSK's 5th Fee Application; (2.1); | 245.00 | 2.10 | 514.50 |
|  | For Current Services Rendered |  | 37.50 | 13,163.50 |

| | |
|---|---|
| Photocopy Expenses | 180.00 |
| Filing Fees/Court Costs/Legal Fees | 10.00 |
| Express Mail/Federal Express Charges | 161.09 |
| Postage Expenses | 4.72 |
| Lexis/Westlaw Research | 2,036.67 |
| Total Expenses Posted Through 01/31/2008 | 2,392.48 |
| Total Current Work | 15,555.98 |
| Balance Due | $15,555.98 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JANUARY    2008

American Home Mortgage Servicing Inc.
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
02/25/2008
Account No:          98077M

| Previous Balance | Fees | Expenses | Payments | Balance |
|---|---|---|---|---|
| 98077-091 Jack | | | | |
| 8,301.50 | 13,540.00 | 194.22 | 0.00 | $22,035.72 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED AND EXPENSES
POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT.  WE
APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    JANUARY    2008

American Home Mortgage Servicing Inc.
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

|  | Page: 1 |
|---|---|
|  | 02/25/2008 |
| Account No: | 98077-091M |
| Statement No: | 3 |

Jack

| | |
|---|---|
| Previous Balance | $8,301.50 |

| | | | Hours |
|---|---|---|---|
| **01/01/2008** | | | |
| | BPP | draft memo in support of motion to set aside entry of default (1.8); legal research re: defenses to be asserted to plaintiff's causes of action (1.8); legal research re: applicability of TILA to loan trustee (0.4); | 4.00 |
| **01/02/2008** | | | |
| | DMS | telephone conference with J. Kalas, B. Perryman and D. Bowman regarding representation issues (0.7); legal research (0.5); review of pooling and servicing agreement (0.5); | 2.70 |
| | RJA | conference with D. Souders and B. Perryman re: assignee for TILA purposes with an MBS pool and related issues; (0.5); | 0.50 |
| | BPP | legal research in support of arguments to be asserted on motion to set aside default (5.0); review pooling and servicing agreement (0.3); review pleadings filed by parties in the litigation (0.5); correspondence from D. Bowman re: assertion of automatic stay as a defense (0.1); draft memo and motion re: setting aside entry of default (4.0); legal research re: defenses to be asserted to plaintiff's causes of action (0.9); telephone conference with J. Kalas and D. Souders re: case strategy (0.4); draft notes re: additional factual development required for defense of litigation (0.1); review correspondence between Wells Fargo, Citibank and American Home (0.3); | 11.60 |
| **01/03/2008** | | | |
| | DMS | send memo to J. Ryan regarding representation of Citi and Deutsche Bank (0.2); review pleadings filed in case (0.5); review and revise motion to set aside defaults and drafts of answers (2.1); | 2.80 |
| | BPP | legal research in support of motion to set aside entry of default (5.9); draft memo in support of motion to set aside entry of default and | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2
02/25/2008

American Home Mortgage Servicing Inc.

Account No: 98077-091M
Statement No: 3

Jack

| | | |
|---|---|---|
| | supporting affidavits; draft corporate disclosure statements (0.3); draft answer to cross-claim of Michael Goltche (0.3); draft cross-claim against Michael Goltche and Golden First (0.3); draft answer to first amended complaint (1.6); correspondence from M. McCarthy re: stipulation to set aside entry of default (0.1); draft stipulation and order (0.3); review local rules re: entry of default (0.1); draft motions for pro hac vice admissions; draft request for certificates of good standing (0.2); | 9.10 |
| **01/04/2008** | | |
| BPP | legal research re: defenses to plaintiff's TILA and HOEPA claims; (0.5); | 0.50 |
| **01/11/2008** | | |
| BPP | finalize motions for pro hac admission (0.2); correspondence to M. McCarthy re: same (0.1); draft initial disclosures (1.0); prepare for status conference (0.2); telephone conference with M. McCarthy and D. Souders re: status conference (0.5); participate in status confernce; | 2.00 |
| DMS | telephone conference with M. McCarthy and B. Perryman regarding status hearing (0.3); | 0.30 |
| **01/14/2008** | | |
| DMS | review discovery response of defendant M. Goltche (0.5); | 0.50 |
| **01/22/2008** | | |
| DMS | review draft answers (0.5); send memo to J. Kalas (0.1); | 0.60 |
| **01/23/2008** | | |
| DMS | review and revise Answers to First Amended Complaint and cross claim (0.8); send memo to J. Kalas (0.2); review corporate disclosure statements (0.2); | 1.20 |
| **01/24/2008** | | |
| BPP | finalize initial disclosures (0.1); review loan file; draft requests for production (1.0); legal research re: plaintiff's asserted claims (2.2); | 3.30 |
| **01/25/2008** | | |
| HJR | confer with B. Perryman re: NY prepayment penalty requirements; (0.2); confer with A. London re: same; (0.1); research NY law re: same; (0.5); | 0.80 |
| BPP | draft requests for production (1.0); draft interrogatories to plaintiff (1.0); legal research re: prepayment penalty's legality under New | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage Servicing Inc.

Page: 3
02/25/2008
Account No:    98077-091M
Statement No:    3

Jack

| | York law (0.8); prepare loan file for production (0.3); | 3.10 | |

01/28/2008
| BPP | legal research re: potential defenses to be asserted to claim that imposition of prepayment penalty voids loan under New York law (3.4); correspondence to J. Kalas re: same (0.1); review MERS responses to plaintiff's discovery requests (0.2); correspondence from and correspondence to J. Sinton re: question re: service procedure (0.2); telephone conference with D. Souders and J. Kalas re: legal defenses and settlement posture (0.6); telephone conference with J. Sinton and D. Souders broaching settlement options (0.5); draft notes re: loan transaction (0.3); | 5.30 | |
| DMS | telephone conference with counsel for Jack regarding settlement (0.3); telephone conference with J. Kalas regarding legal issues regarding prepayment penalty (0.4); review discovery responses by MERS (0.7); | 1.40 | |
| | For Current Services Rendered | 49.70 | 13,540.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| David M. Souders | 9.50 | $420.00 | $3,990.00 |
| Richard J. Andreano | 0.50 | 425.00 | 212.50 |
| Haydn J. Richards | 0.80 | 245.00 | 196.00 |
| Brian P. Perryman | 38.90 | 235.00 | 9,141.50 |

| | |
|---|---|
| Lexis/Westlaw Research | 194.22 |
| Total Expenses Posted Through 01/31/2008 | 194.22 |
| Total Current Work | 13,734.22 |
| Balance Due | $22,035.72 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED AND EXPENSES
POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT. WE
APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

# EXHIBIT B

2

# Invoice

CVK Reprographics, Inc.
1400 L. Street, NW
Suite C-101
Washington, DC 20005
United States

Voice:   202-546-5468
Fax:     202-408-9528

Invoice Number:
24385

Invoice Date:
Dec 27, 2007

Page:
1

Sold To:
Ms. Natasha Williams
Weiner, Brodsky et al
1300 19th St., NW   5th Fl
Washington,, DC 20036-1609

Ship to:

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| WEINER | 98077.061 | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| 1009 | Hand Deliver | 11/15/07 | 1/26/08 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | 339 pages scanned @ .11/image | | 37.29 |
| | | 339 electronic bates numbers embedded @ .035/number(AHM 003265-003604) | | 11.87 |
| | | 2373 images @ .09/image(7x) | | 213.57 |

|  |  |
|---|---|
| Subtotal | 262.73 |
| Sales Tax | 15.11 |
| Total Invoice Amount | 277.84 |
| Payment/Credit Applied | |
| **TOTAL** | 277.84 |

Check/Credit Memo No: