IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x   Chapter 11
In re:                                                             :
                                                                   :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :
a Delaware corporation, et al.,                                    :   Jointly Administered
                                                                   :
        Debtors.                                                   :   Objection Deadline:
                                                                   :   Hearing Date: N/A
------------------------------------------------------------------ x

**SIXTH MONTHLY APPLICATION OF LAW OFFICES OF DANIEL C. CONSUEGRA AS FORECLOSURE SERVICE PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD January 1, 2008 THROUGH January 31, 2008**

| | |
|---|---|
| Name of Applicant: | Law Offices of Daniel C. Consuegra |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | January 1, 2008 through January 31, 2008 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $73,210.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $55,315.50 |

This is an: __X__ interim ____ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors. This application includes no fee component in connection with the preparation of Fee Applications

PRIOR APPLICATIONS: Resubmitted February 26, 2008

|  |  | Requested |  | Approved |  |
|---|---|---|---|---|---|
| Date Filed / Docket No. | Period Covered | Fee | Expenses | Fees | Expenses |
| 12.4.07\2278 | August 6, 2007 through August 31, 2007 | $3,875.00 | $5,159.00 | $3,875.00<br>100% Approved | $5,159.00<br>100% Approved |
| Date Filed / Docket No. | Period Covered | Fee | Expenses | Fees | Expenses |
| 12.5.07\2299 | September 1, 2007 through September 30, 2007 | $71,275.00 | $73,198.50 | $71,275.00<br>100% Approved | $73,198.50<br>100% Approved |
| Date Filed / Docket No. | Period Covered | Fee | Expenses | Fees | Expenses |
| 12.13.07\2381 | October 1, 2007 through October 30, 2007 | $53,050.00 | $58,664.32 | $53,050.00<br>100% Approved | $58,664.32<br>100% Approved |
| Date Filed / Docket No. | Period Covered | Fee | Expenses | Fees | Expenses |
| 1.2.08\2562 | November 1, 2007 through November 30, 2007 | $59,555.00 | $72,316.11 | $47,644.00<br>80% Approved | $72,316.11<br>100% Approved |
| Date Filed / Docket No. | Period Covered | Fee | Expenses | Fees | Expenses |
| 1.23.08\2766 | December 1, 2007 through December 31, 2007 | $88,845.00 | $106,342.16 | $71,076.00<br>80% Approved | $106,342.16<br>100% Approved |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $67,870.00 |
| Foreclosure-related work | 35.6 Hours at $150.00 per hour performed by Peter E. Lanning, Esquire Senior Associate. | $5,340.00 |
| TOTALS | N/A | $73,210.00 |

## INTERIM EXPENSES

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Funds advanced for foreclosure costs (i.e. title searches, searches, service of process, filing fees, clerk fees and sale fees) | N/A | $55,315.50 |

# Law Offices of Daniel C. Consuegra
## Attorneys at Law

Daniel C. Consuegra
Jennifer A. Sesta

Peter E. Lanning
Amanda R. Duffy
Laura L. Walker

9204 King Palm Drive
Tampa, Florida 33619-1328
Tel: (813) 915-8660
Fax: (813) 915-0559
dan@consuegralaw.com
www.consuegralaw.com

July 12, 2007

RE: American Home Mortgage\AHM Rates

### Foreclosure Professional Flat Fees

| | | |
|---|---|---:|
| 1. | <u>Demand Letter:</u> Fee Incurred and billed when sent. | $50.00 |
| 2. | <u>Foreclosure Lawsuit:</u> From Complaint to sale. Covers one court appearance. Half fee incurred and billed when suit filed, and half when sale occurs or case closed. | $1,200.00 |
| 3. | <u>Answer Foreclosure Lawsuit:</u> From Complaint to conclusion. Fee incurred and billed at the time the answer is filed. | $200.00 |
| 4. | <u>Deed in Lieu of Foreclosure:</u> Prepare special warranty deed and supporting affidavits; Supervise execution, delivery, and recording of instruments; assist in delivery of title insurance commitment. Fee incurred and billed when deed recorded or case closed. | $350.00 |
| 5. | <u>Writ of Possession After Foreclosure.</u> Fee incurred and billed when writ filed. | $350.00 |
| 6. | <u>Bankruptcy Prepare Proof of Claim:</u> Approve Chapter 13 Plan; monitor initial payments. Fee incurred and billed when filed. | $200.00 |
| 7. | <u>Bankruptcy, Motion to Lift Stay:</u> Covers one Court appearance. Fee incurred and billed when filed. | $525.00 |
| 8. | <u>Bankruptcy, Response to Motion to Value, Motion to redeem, or Motion to avoid Lien:</u> Covers one Court appearance. Fee incurred and billed when filed. | $525.00 |

Page 2

| | | |
|---|---|---:|
| 9. | <u>Bankruptcy, Objection to Plan or Proof of Claim:</u> Covers one court appearance. Fee incurred and billed when filed. | $375.00 |
| 10. | <u>Stipulation:</u> Prepare and file stipulation, secure order ratifying. Fee incurred and billed at the time the stipulation is prepared. | $250.00 |
| 11. | <u>Reset Sale</u>: Prepare and file motion to reset sale, publish, and attend the new sale. Fee incurred and billed at the time the motion is filed. | $350.00 |
| 12. | <u>Assignment:</u> Prepare, have executed and recorded. Fee incurred and billed when prepared. | $125.00 |
| 13. | <u>Title Claim:</u> Prepare and send secure resolution. Fee incurred and billed when claim sent. | $300.00 |

## VERIFICATION OF FEE APPLICATION

STATE OF FLORIDA            )
                            )  SS: 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
COUNTY OF HILLSBOROUGH      )

Daniel C. Consuegra, after being duly sworn according to law, deposes and says:

1. I am a MANAGING PARTNER in the applicant firm (the "Firm") and have been admitted to the bar of the state of Florida since October 27, 1983.

2. I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

3. The services and expenses were performed and incurred within the month subject to the foregoing Application.

4. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Daniel C. Consuegra, Managing Partner

SWORN TO AND SUBSCRIBED
before me this 22 day of February, 2008.

_____
Notary Public

Donnel Miller
MY COMMISSION # DD480507 EXPIRES
October 11, 2009
BONDED THRU TROY FAIN INSURANCE, INC.

DB02:6342604.1                                                          066585.1001