Date 2/16/08               DANIEL C. CONSUEGRA
Time 12:00 pm              Invoice Listing                                    Page 1

| | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 1 | 111291 | 2/16/08 | $575.00 | 0 | $575.00 |
| 2 | 110450 | 2/16/08 | $275.00 | 0 | $275.00 |
| 3 | 110451 | 2/16/08 | $1,358.50 | 0 | $1,358.50 |
| 4 | 110452 | 2/16/08 | $26.50 | 0 | $26.50 |
| 5 | 110453 | 2/16/08 | $401.00 | 0 | $401.00 |
| 6 | 110454 | 2/16/08 | $133.73 | 0 | $133.73 |
| 7 | 110455 | 2/16/08 | $130.00 | 0 | $130.00 |
| 8 | 111082 | 2/16/08 | $628.00 | 0 | $628.00 |
| 9 | 110459 | 2/16/08 | $965.20 | 0 | $965.20 |
| 10 | 110460 | 2/16/08 | $753.32 | 0 | $753.32 |
| 11 | 110461 | 2/16/08 | $48.50 | 0 | $48.50 |
| 12 | 110463 | 2/16/08 | $275.00 | 0 | $275.00 |
| 13 | 110464 | 2/16/08 | $144.50 | 0 | $144.50 |
| 14 | 110465 | 2/16/08 | $144.10 | 0 | $144.10 |
| 15 | 110466 | 2/16/08 | $163.50 | 0 | $163.50 |
| 16 | 110469 | 2/16/08 | $31.50 | 0 | $31.50 |
| 17 | 110470 | 2/16/08 | $390.00 | 0 | $390.00 |
| 18 | 111305 | 2/16/08 | $1,756.00 | 0 | $1,756.00 |
| 19 | 111307 | 2/16/08 | $94.00 | 0 | $94.00 |
| 20 | 110475 | 2/16/08 | $178.00 | 0 | $178.00 |
| 21 | 110476 | 2/16/08 | $33.50 | 0 | $33.50 |
| 22 | 110842 | 2/16/08 | $472.67 | 0 | $472.67 |
| 23 | 110847 | 2/16/08 | $157.95 | 0 | $157.95 |
| 24 | 110493 | 2/16/08 | $1,045.00 | 0 | $1,045.00 |
| 25 | 111102 | 2/16/08 | $350.00 | 0 | $350.00 |
| 26 | 110498 | 2/16/08 | $25.50 | 0 | $25.50 |
| 27 | 110500 | 2/16/08 | $275.50 | 0 | $275.50 |
| 28 | 110504 | 2/16/08 | $1,625.00 | 0 | $1,625.00 |
| 29 | 110505 | 2/16/08 | $755.20 | 0 | $755.20 |
| 30 | 110507 | 2/16/08 | $782.70 | 0 | $782.70 |
| 31 | 110508 | 2/16/08 | $665.20 | 0 | $665.20 |
| 32 | 110509 | 2/16/08 | $137.50 | 0 | $137.50 |
| 33 | 110514 | 2/16/08 | $27.50 | 0 | $27.50 |
| 34 | 111290 | 2/16/08 | $1,215.00 | 0 | $1,215.00 |
| 35 | 110919 | 2/16/08 | $618.00 | 0 | $618.00 |
| 36 | 110516 | 2/16/08 | $25.50 | 0 | $25.50 |
| 37 | 110517 | 2/16/08 | $680.50 | 0 | $680.50 |
| 38 | 110518 | 2/16/08 | $144.50 | 0 | $144.50 |
| 39 | 110531 | 2/16/08 | $762.70 | 0 | $762.70 |
| 40 | 110532 | 2/16/08 | $1,075.20 | 0 | $1,075.20 |
| 41 | 110568 | 2/16/08 | $314.00 | 0 | $314.00 |
| 42 | 110570 | 2/16/08 | $178.00 | 0 | $178.00 |
| 43 | 110573 | 2/16/08 | $325.00 | 0 | $325.00 |
| 44 | 111310 | 2/16/08 | $1,260.00 | 0 | $1,260.00 |
| 45 | 111289 | 2/16/08 | $512.50 | 0 | $512.50 |
| 46 | 110576 | 2/16/08 | $665.20 | 0 | $665.20 |
| 47 | 110577 | 2/16/08 | $664.20 | 0 | $664.20 |

DANIEL C. CONSUEGRA
Invoice Listing

| | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 48 | 110579 | 2/16/08 | $5.00 | 0 | $5.00 |
| 49 | 110581 | 2/16/08 | $145.01 | 0 | $145.01 |
| 50 | 110582 | 2/16/08 | $271.46 | 0 | $271.46 |
| 51 | 110583 | 2/16/08 | $483.24 | 0 | $483.24 |
| 52 | 110584 | 2/16/08 | $213.00 | 0 | $213.00 |
| 53 | 110585 | 2/16/08 | $1,481.00 | 0 | $1,481.00 |
| 54 | 110586 | 2/16/08 | $380.50 | 0 | $380.50 |
| 55 | 110587 | 2/16/08 | $176.50 | 0 | $176.50 |
| 56 | 110588 | 2/16/08 | $173.00 | 0 | $173.00 |
| 57 | 110589 | 2/16/08 | $26.50 | 0 | $26.50 |
| 58 | 110590 | 2/16/08 | $176.00 | 0 | $176.00 |
| 59 | 110591 | 2/16/08 | $29.50 | 0 | $29.50 |
| 60 | 110592 | 2/16/08 | $470.00 | 0 | $470.00 |
| 61 | 111084 | 2/16/08 | $925.00 | 0 | $925.00 |
| 62 | 110595 | 2/16/08 | $189.00 | 0 | $189.00 |
| 63 | 110596 | 2/16/08 | $1,953.50 | 0 | $1,953.50 |
| 64 | 110597 | 2/16/08 | $210.00 | 0 | $210.00 |
| 65 | 111287 | 2/16/08 | $710.00 | 0 | $710.00 |
| 66 | 110599 | 2/16/08 | $1,139.50 | 0 | $1,139.50 |
| 67 | 110600 | 2/16/08 | $998.72 | 0 | $998.72 |
| 68 | 110722 | 2/16/08 | $1,327.00 | 0 | $1,327.00 |
| 69 | 110723 | 2/16/08 | $350.00 | 0 | $350.00 |
| 70 | 110724 | 2/16/08 | $1,510.60 | 0 | $1,510.60 |
| 71 | 110725 | 2/16/08 | $175.00 | 0 | $175.00 |
| 72 | 110726 | 2/16/08 | $421.45 | 0 | $421.45 |
| 73 | 110727 | 2/16/08 | $651.50 | 0 | $651.50 |
| 74 | 110728 | 2/16/08 | $143.50 | 0 | $143.50 |
| 75 | 110729 | 2/16/08 | $258.50 | 0 | $258.50 |
| 76 | 110730 | 2/16/08 | $22.50 | 0 | $22.50 |
| 77 | 110731 | 2/16/08 | $22.50 | 0 | $22.50 |
| 78 | 110732 | 2/16/08 | $22.50 | 0 | $22.50 |
| 79 | 111130 | 2/16/08 | $395.50 | 0 | $395.50 |
| 80 | 110734 | 2/16/08 | $38.50 | 0 | $38.50 |
| 81 | 111314 | 2/16/08 | $1,260.00 | 0 | $1,260.00 |
| 82 | 110736 | 2/16/08 | $796.65 | 0 | $796.65 |
| 83 | 110737 | 2/16/08 | $867.94 | 0 | $867.94 |
| 84 | 111283 | 2/16/08 | $180.00 | 0 | $180.00 |
| 85 | 110739 | 2/16/08 | $115.00 | 0 | $115.00 |
| 86 | 110740 | 2/16/08 | $1,716.50 | 0 | $1,716.50 |
| 87 | 110741 | 2/16/08 | $27.50 | 0 | $27.50 |
| 88 | 110742 | 2/16/08 | $1,013.00 | 0 | $1,013.00 |
| 89 | 110743 | 2/16/08 | $350.00 | 0 | $350.00 |
| 90 | 110744 | 2/16/08 | $350.00 | 0 | $350.00 |
| 91 | 110745 | 2/16/08 | $125.00 | 0 | $125.00 |
| 92 | 110747 | 2/16/08 | $673.50 | 0 | $673.50 |
| 93 | 110748 | 2/16/08 | $755.93 | 0 | $755.93 |
| 94 | 110749 | 2/16/08 | $1,004.00 | 0 | $1,004.00 |

Date 2/16/08
Time 12:00 pm

DANIEL C. CONSUEGRA
Invoice Listing

Page 3

| | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 95 | 110750 | 2/16/08 | $728.76 | 0 | $728.76 |
| 96 | 110751 | 2/16/08 | $1,264.00 | 0 | $1,264.00 |
| 97 | 111132 | 2/16/08 | $350.00 | 0 | $350.00 |
| 98 | 110753 | 2/16/08 | $1,156.00 | 0 | $1,156.00 |
| 99 | 110754 | 2/16/08 | $185.00 | 0 | $185.00 |
| 100 | 111151 | 2/16/08 | $880.60 | 0 | $880.60 |
| 101 | 110756 | 2/16/08 | $374.23 | 0 | $374.23 |
| 102 | 110757 | 2/16/08 | $635.00 | 0 | $635.00 |
| 103 | 110758 | 2/16/08 | $501.90 | 0 | $501.90 |
| 104 | 110759 | 2/16/08 | $24.50 | 0 | $24.50 |
| 105 | 110760 | 2/16/08 | $560.00 | 0 | $560.00 |
| 106 | 110761 | 2/16/08 | $171.00 | 0 | $171.00 |
| 107 | 110762 | 2/16/08 | $353.00 | 0 | $353.00 |
| 108 | 111315 | 2/16/08 | $135.00 | 0 | $135.00 |
| 109 | 110764 | 2/16/08 | $519.70 | 0 | $519.70 |
| 110 | 110765 | 2/16/08 | $180.00 | 0 | $180.00 |
| 111 | 110766 | 2/16/08 | $782.99 | 0 | $782.99 |
| 112 | 110767 | 2/16/08 | $25.50 | 0 | $25.50 |
| 113 | 110768 | 2/16/08 | $463.50 | 0 | $463.50 |
| 114 | 110769 | 2/16/08 | $106.00 | 0 | $106.00 |
| 115 | 110920 | 2/16/08 | $544.00 | 0 | $544.00 |
| 116 | 110921 | 2/16/08 | $144.50 | 0 | $144.50 |
| 117 | 110923 | 2/16/08 | $1,505.50 | 0 | $1,505.50 |
| 118 | 110924 | 2/16/08 | $512.00 | 0 | $512.00 |
| 119 | 110926 | 2/16/08 | $21.50 | 0 | $21.50 |
| 120 | 110927 | 2/16/08 | $350.00 | 0 | $350.00 |
| 121 | 111150 | 2/16/08 | $758.20 | 0 | $758.20 |
| 122 | 110928 | 2/16/08 | $1,124.00 | 0 | $1,124.00 |
| 123 | 110929 | 2/16/08 | $665.20 | 0 | $665.20 |
| 124 | 110931 | 2/16/08 | $850.22 | 0 | $850.22 |
| 125 | 111299 | 2/16/08 | $1,100.00 | 0 | $1,100.00 |
| 126 | 111079 | 2/16/08 | $144.50 | 0 | $144.50 |
| 127 | 111080 | 2/16/08 | $1,288.50 | 0 | $1,288.50 |
| 128 | 111081 | 2/16/08 | $350.00 | 0 | $350.00 |
| 129 | 110837 | 2/16/08 | $35.00 | 0 | $35.00 |
| 130 | 110836 | 2/16/08 | $143.50 | 0 | $143.50 |
| 131 | 110835 | 2/16/08 | $775.20 | 0 | $775.20 |
| 132 | 111278 | 2/16/08 | $1,032.00 | 0 | $1,032.00 |
| 133 | 110834 | 2/16/08 | $1,066.60 | 0 | $1,066.60 |
| 134 | 110832 | 2/16/08 | $143.50 | 0 | $143.50 |
| 135 | 110830 | 2/16/08 | $1,154.00 | 0 | $1,154.00 |
| 136 | 110829 | 2/16/08 | $191.50 | 0 | $191.50 |
| 137 | 110828 | 2/16/08 | $300.50 | 0 | $300.50 |
| 138 | 110827 | 2/16/08 | $786.84 | 0 | $786.84 |
| 139 | 110826 | 2/16/08 | $1,292.50 | 0 | $1,292.50 |
| 140 | 110825 | 2/16/08 | $741.18 | 0 | $741.18 |
| 141 | 110824 | 2/16/08 | $1,305.00 | 0 | $1,305.00 |

Date 2/16/08       DANIEL C. CONSUEGRA
Time 12:00 pm      Invoice Listing                                Page 4

|  | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 142 | 110823 | 2/16/08 | $665.20 | 0 | $665.20 |
| 143 | 110822 | 2/16/08 | $22.50 | 0 | $22.50 |
| 144 | 110821 | 2/16/08 | $665.20 | 0 | $665.20 |
| 145 | 110819 | 2/16/08 | $1.50 | 0 | $1.50 |
| 146 | 110818 | 2/16/08 | $189.50 | 0 | $189.50 |
| 147 | 110817 | 2/16/08 | $144.50 | 0 | $144.50 |
| 148 | 110815 | 2/16/08 | $1,151.00 | 0 | $1,151.00 |
| 149 | 111275 | 2/16/08 | $240.00 | 0 | $240.00 |
| 150 | 110812 | 2/16/08 | $1,654.00 | 0 | $1,654.00 |
| 151 | 111090 | 2/16/08 | $355.00 | 0 | $355.00 |
| 152 | 110811 | 2/16/08 | $794.50 | 0 | $794.50 |
| 153 | 110810 | 2/16/08 | $153.00 | 0 | $153.00 |
| 154 | 110809 | 2/16/08 | $965.20 | 0 | $965.20 |
| 155 | 110808 | 2/16/08 | $1,533.00 | 0 | $1,533.00 |
| 156 | 110806 | 2/16/08 | $37.50 | 0 | $37.50 |
| 157 | 110805 | 2/16/08 | $10.00 | 0 | $10.00 |
| 158 | 110804 | 2/16/08 | $250.92 | 0 | $250.92 |
| 159 | 111274 | 2/16/08 | $1,204.38 | 0 | $1,204.38 |
| 160 | 110802 | 2/16/08 | $120.99 | 0 | $120.99 |
| 161 | 110801 | 2/16/08 | $807.10 | 0 | $807.10 |
| 162 | 110797 | 2/16/08 | $347.53 | 0 | $347.53 |
| 163 | 111134 | 2/16/08 | $350.00 | 0 | $350.00 |
| 164 | 110791 | 2/16/08 | $1,385.00 | 0 | $1,385.00 |
| 165 | 111269 | 2/16/08 | $135.00 | 0 | $135.00 |
| 166 | 110789 | 2/16/08 | $188.50 | 0 | $188.50 |
| 167 | 110787 | 2/16/08 | $41.50 | 0 | $41.50 |
| 168 | 110786 | 2/16/08 | $175.00 | 0 | $175.00 |
| 169 | 110783 | 2/16/08 | $1,197.00 | 0 | $1,197.00 |
| 170 | 110779 | 2/16/08 | $24.00 | 0 | $24.00 |
| 171 | 110777 | 2/16/08 | $44.50 | 0 | $44.50 |
| 172 | 110775 | 2/16/08 | $45.00 | 0 | $45.00 |
| 173 | 111301 | 2/16/08 | $665.20 | 0 | $665.20 |
| 174 | 111137 | 2/16/08 | $420.00 | 0 | $420.00 |
| 175 | 111204 | 2/16/08 | $20.50 | 0 | $20.50 |
| 176 | 111205 | 2/16/08 | $23.50 | 0 | $23.50 |
| 177 | 111206 | 2/16/08 | $1,323.00 | 0 | $1,323.00 |
| 178 | 110702 | 2/16/08 | $1,018.50 | 0 | $1,018.50 |
| 179 | 110700 | 2/16/08 | $50.00 | 0 | $50.00 |
| 180 | 111086 | 2/16/08 | $1,166.50 | 0 | $1,166.50 |
| 181 | 110696 | 2/16/08 | $126.00 | 0 | $126.00 |
| 182 | 111270 | 2/16/08 | $214.00 | 0 | $214.00 |
| 183 | 110694 | 2/16/08 | $35.00 | 0 | $35.00 |
| 184 | 111328 | 2/16/08 | $871.00 | 0 | $871.00 |
| 185 | 111135 | 2/16/08 | $350.00 | 0 | $350.00 |
| 186 | 110691 | 2/16/08 | $22.50 | 0 | $22.50 |
| 187 | 110690 | 2/16/08 | $378.50 | 0 | $378.50 |
| 188 | 110689 | 2/16/08 | $1,215.50 | 0 | $1,215.50 |

Date  2/16/08                     DANIEL C. CONSUEGRA
Time 12:00 pm                     Invoice Listing                                    Page 5

|     | Invoice # | Date    | Billed      | Paid | Balance     |
|-----|-----------|---------|-------------|------|-------------|
| 189 | 111139    | 2/16/08 | $470.00     | 0    | $470.00     |
| 190 | 110687    | 2/16/08 | $761.40     | 0    | $761.40     |
| 191 | 110686    | 2/16/08 | $185.00     | 0    | $185.00     |
| 192 | 110684    | 2/16/08 | $33.50      | 0    | $33.50      |
| 193 | 110683    | 2/16/08 | $655.20     | 0    | $655.20     |
| 194 | 110682    | 2/16/08 | $25.50      | 0    | $25.50      |
| 195 | 111136    | 2/16/08 | $300.00     | 0    | $300.00     |
| 196 | 110681    | 2/16/08 | $143.50     | 0    | $143.50     |
| 197 | 110680    | 2/16/08 | $167.00     | 0    | $167.00     |
| 198 | 110679    | 2/16/08 | $623.50     | 0    | $623.50     |
| 199 | 111140    | 2/16/08 | $420.00     | 0    | $420.00     |
| 200 | 110673    | 2/16/08 | $668.50     | 0    | $668.50     |
| 201 | 110674    | 2/16/08 | $1,500.50   | 0    | $1,500.50   |
| 202 | 110675    | 2/16/08 | $840.88     | 0    | $840.88     |
| 203 | 110676    | 2/16/08 | $21.50      | 0    | $21.50      |
| 204 | 110677    | 2/16/08 | $30.50      | 0    | $30.50      |
| 205 | 110678    | 2/16/08 | $144.50     | 0    | $144.50     |
| 206 | 110648    | 2/16/08 | $110.00     | 0    | $110.00     |
| 207 | 111141    | 2/16/08 | $350.00     | 0    | $350.00     |
| 208 | 110644    | 2/16/08 | $38.50      | 0    | $38.50      |
| 209 | 110642    | 2/16/08 | $389.50     | 0    | $389.50     |
| 210 | 111329    | 2/16/08 | $143.50     | 0    | $143.50     |
| 211 | 110636    | 2/16/08 | $50.00      | 0    | $50.00      |
| 212 | 110632    | 2/16/08 | $35.00      | 0    | $35.00      |
| 213 | 110843    | 2/16/08 | $225.00     | 0    | $225.00     |
| 214 | 110629    | 2/16/08 | $650.20     | 0    | $650.20     |
| 215 | 110628    | 2/16/08 | $1,804.53   | 0    | $1,804.53   |
| 216 | 110627    | 2/16/08 | $764.70     | 0    | $764.70     |
| 217 | 111143    | 2/16/08 | $420.00     | 0    | $420.00     |
| 218 | 110625    | 2/16/08 | $748.18     | 0    | $748.18     |
| 219 | 110624    | 2/16/08 | $350.00     | 0    | $350.00     |
| 220 | 110623    | 2/16/08 | $202.50     | 0    | $202.50     |
| 221 | 111144    | 2/16/08 | $420.00     | 0    | $420.00     |
| 222 | 110621    | 2/16/08 | $152.00     | 0    | $152.00     |
| 223 | 110620    | 2/16/08 | $423.44     | 0    | $423.44     |
| 224 | 110619    | 2/16/08 | $268.36     | 0    | $268.36     |
| 225 | 110618    | 2/16/08 | $1,258.20   | 0    | $1,258.20   |
| 226 | 111089    | 2/16/08 | $275.00     | 0    | $275.00     |
| 227 | 110617    | 2/16/08 | $59.00      | 0    | $59.00      |
| 228 | 111208    | 2/16/08 | $1,074.50   | 0    | $1,074.50   |
| 229 | 110528    | 2/16/08 | $873.00     | 0    | $873.00     |
| 230 | 110527    | 2/16/08 | $654.20     | 0    | $654.20     |
| 231 | 110525    | 2/16/08 | $227.50     | 0    | $227.50     |
| 232 | 110524    | 2/16/08 | $143.50     | 0    | $143.50     |
| 233 | 110523    | 2/16/08 | $665.20     | 0    | $665.20     |
| 234 | 110522    | 2/16/08 | $184.48     | 0    | $184.48     |
| 235 | 110521    | 2/16/08 | $107.63     | 0    | $107.63     |

Date 2/16/08          DANIEL C. CONSUEGRA                Page 6
Time 12:00 pm             Invoice Listing

|     | Invoice # | Date    | Billed       | Paid | Balance      |
|-----|-----------|---------|--------------|------|--------------|
| 236 | 111330    | 2/16/08 | $109.00      | 0    | $109.00      |
| 237 | 110513    | 2/16/08 | $29.50       | 0    | $29.50       |
| 238 | 110511    | 2/16/08 | $45.00       | 0    | $45.00       |
| 239 | 110510    | 2/16/08 | $350.00      | 0    | $350.00      |
| 240 | 110506    | 2/16/08 | $263.95      | 0    | $263.95      |
| 241 | 110503    | 2/16/08 | $143.50      | 0    | $143.50      |
| 242 | 111145    | 2/16/08 | $420.00      | 0    | $420.00      |
| 243 | 111088    | 2/16/08 | $275.00      | 0    | $275.00      |
| 244 | 110499    | 2/16/08 | $312.50      | 0    | $312.50      |
| 245 | 111332    | 2/16/08 | $180.00      | 0    | $180.00      |
| 246 | 110495    | 2/16/08 | $623.50      | 0    | $623.50      |
| 247 | 110494    | 2/16/08 | $175.05      | 0    | $175.05      |
| 248 | 110306    | 2/16/08 | $144.50      | 0    | $144.50      |
| 249 | 111087    | 2/16/08 | $409.00      | 0    | $409.00      |
| 250 | 111335    | 2/16/08 | $1,080.00    | 0    | $1,080.00    |
| 251 | 110304    | 2/16/08 | $39.53       | 0    | $39.53       |
| 252 | 110303    | 2/16/08 | $1,039.40    | 0    | $1,039.40    |
| 253 | 110302    | 2/16/08 | $83.00       | 0    | $83.00       |
| 254 | 110301    | 2/16/08 | $1,190.00    | 0    | $1,190.00    |
| 255 | 111146    | 2/16/08 | $875.00      | 0    | $875.00      |
| 256 | 110298    | 2/16/08 | $21.50       | 0    | $21.50       |
| 257 | 111147    | 2/16/08 | $1,757.76    | 0    | $1,757.76    |
| 258 | 110295    | 2/16/08 | $60.00       | 0    | $60.00       |
| 259 | 110294    | 2/16/08 | $325.00      | 0    | $325.00      |

==========================

GRAND TOTAL             $128,525.50     0   $128,525.50

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001159884
Our File No. 13348-bk
Status - BK CH 13, 3:07-bk-04103-JAF, 09/19/2007

Invoice Number  111291

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/1/08 | Flat fee to prepare and file proof of claim in bankruptcy case. | 200.00 |
| 1/3/08 | Flat fee for bankruptcy objection to Ch. 13 Plan. | 375.00 |
| | Total Amount This Invoice | $575.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001375779
    Our File No. 14093
    Status - Foreclosure

    Invoice Number  110450

Tax ID # 59-2885854

    Professional Costs:

| | |
|---|---|
| 1/15/08- Title Search | 275.00 |
| Total Amount This Invoice | $275.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001460706
Our File No. 14090
Status - Foreclosure

Invoice Number  110451

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 1/23/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 1/15/08- | Title Search | 275.00 |
| 1/22/08- | Court Filing Fee | 259.00 |
| 1/22/08- | Recording Fee | 4.00 |
| 1/22/08- | Instrument Recording Fee | 10.50 |
| 1/22/08- | Service of Process | 150.00 |
| 1/28/08- | Court Call | 60.00 |
| | Total Amount This Invoice | $1,358.50 |
| | Total Current Charges | $1,358.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001372677
     Our File No. 11825
     Status - Foreclosure

     Invoice Number  110452

Tax ID # 59-2885854

     Professional Costs:

1/26/08- Instrument Recording Fee            26.50

     Total Amount This Invoice           $26.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001415743
    Our File No. 12854
    Status - Foreclosure

    Invoice Number  110453

Tax ID # 59-2885854

_____

        Professional Costs:

1/16/08- Publication of Notice of Action          126.00
1/24/08- Attorney Ad Litem                        275.00
                                                 _____

        Total Amount This Invoice              $401.00

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

## DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
## 9204 KING PALM DRIVE
## TAMPA FL 33619-1328
### 813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing        ✓ ⅃

Account No. 1001568162
Our File No. 11850
Status - Foreclosure

Invoice Number  110454

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---:|
| 1/2/08- | Publication of Notice of Action | 118.73 |
| 1/7/08- | Hydra Skiptrace | 15.00 |
| | Total Amount This Invoice | $133.73 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001670015
Our File No. 12211
Status - Foreclosure

Invoice Number  110455

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 1/11/08- Publication of Notice of Action | 130.00 |
| Total Amount This Invoice | $130.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001111184
Our File No. 12867
Status - Foreclosure

Invoice Number  111082

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/17/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/8/08- | Court Filing Fee | 1.00 |
| 1/8/08- | Instrument Recording Fee | 27.00 |
| | Total Amount This Invoice | $628.00 |
| | Total Current Charges | $628.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001350905
    Our File No. 10044

    Status - Fcl

    Invoice Number  110459

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 1/2/08 | Flat fee for title claim/title curative. | 300.00 |
| 1/23/08 | Flat fee for foreclosure lawsuit (second half). | 600.00 |

    Professional Costs:

| | | |
|---|---|---|
| 1/16/08- | Sale Fee | 60.00 |
| 1/22/08- | Instrument Recording Fee | 4.50 |
| 1/22/08 | Documentary Stamps | 0.70 |
| | Total Amount This Invoice | $965.20 |
| | Total Current Charges | $965.20 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001367346
Our File No. 10588

Status - Foreclosure

Invoice Number  110460

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 1/28/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 1/7/08- | Publication of Notice of Sale | 79.82 |
| 1/28/08- | Court Filing Fee | 50.00 |
| 1/28/08 - | Recording Fee | 23.50 |

| | |
|---|---|
| Total Amount This Invoice | $753.32 |
| Total Current Charges | $753.32 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001463842
Our File No. 10741
Status - Foreclosure

Invoice Number  110461

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 1/31/08- Instrument Recording Fee | | 33.50 |
| 1/31/00 - Hydra Skiptrace | | 15.00 |
| Total Amount This Invoice | | $48.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001220310
     Our File No. 13515
     Status - Foreclosure


     Invoice Number  110463

Tax ID # 59-2885854
_____

     Professional Costs:   ,


1/16/08- Title Search                              275.00
                                                  _____

     Total Amount This Invoice                     $275.00
_____


                  PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****
laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001662617
Our File No. 12877
Status - Foreclosure

Invoice Number  110464

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 1/9/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 1/8/08- | Court Filing Fee | 1.00 |
| 1/8/08 | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $144.50 |
| | Total Current Charges | $144.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001104659
    Our File No. 12858
    Status - Foreclosure

    Invoice Number  110465

Tax ID # 59-2885854

---

    Professional services:,

| | | |
|---|---|---|
| 1/3/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 1/8/08- | Instrument Recording Fee | 18.50 |
| 1/14/08- | Recording Fee | 0.60 |

    Total Amount This Invoice      $144.10

    Total Current Charges      $144.10

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001200809
Our File No. 12887
Status - Foreclosure

Invoice Number  110466

Tax ID # 59-2885854

Professional services:,

1/30/08  Flat fee to prepare assignment of mortgage.                 125.00

Professional Costs:

1/25/08- Instrument Recording Fee                                      28.50
1/25/08- Hydra Skiptrace                                               10.00

Total Amount This Invoice                                            $163.50

Total Current Charges                                               $163.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001117669
Our File No. 11658
Status - Foreclosure

Invoice Number  110469

Tax ID # 59-2885854

Professional Costs:

1/8/08- Instrument Recording Fee                       31.50

Total Amount This Invoice                $31.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001242212
     Our File No. 13509
     Status - Foreclosure

     Invoice Number  110470

Tax ID # 59-2885854

---

     Professional Costs:

| | |
|---|---|
| 1/3/08- Court Call | 60.00 |
| 1/16/08- Service of Process | 330.00 |
| Total Amount This Invoice | $390.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000589020
Our File No. 13356
Status - Foreclosure

Invoice Number  111305

Tax ID # 59-2885854

---

Professional services:

1/22/08   Flat fee for foreclosure lawsuit - first half.      600.00

---

Professional Costs:

1/21/08- Title Search                                         275.00
1/22/08- Court Filing Fee                                     266.00
1/22/08 - Recording Fee                                         6.00
1/22/08- Instrument Recording Fee                               9.00
1/22/08- Service of Process                                   600.00
                                                          ----------
Total Amount This Invoice                                 $1,756.00


Total Current Charges                                     $1,756.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001520824
Our File No. 12931
Status - Foreclosure

Invoice Number  111307

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 1/2/08- Service of Process | 94.00 |
| Total Amount This Invoice | $94.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1000827368
    Our File No. 12199
    Status - Foreclosure

    Invoice Number  110475

Tax ID # 59-2885854

    Professional services:,

| | | |
|---|---|---|
| 1/17/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

    Professional Costs:

| | | |
|---|---|---|
| 1/3/08- | Instrument Recording Fee | 21.50 |
| 1/3/08- | Instrument Recording Fee | 13.00 |
| 1/16/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $178.00 |
| | Total Current Charges | $178.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001086776
Our File No. 10049

Status - Foreclosure

Invoice Number  110476

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 1/4/08- | Instrument Recording Fee | 28.50 |
| 1/7/08- | Hydra Skiptrace | 5.00 |
| | Total Amount This Invoice | $33.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001425449
   Our File No. 11641
   Status - Foreclosure

   Invoice Number  110842

Tax ID # 59-2885854

---

     Professional services:

 1/2/08  Flat fee for title claim/title curative.            300.00

---

     Professional Costs:

 1/21/08- Publication of Notice of Sale                      112.67
 1/31/08- Sale Fee                                            60.00

     Total Amount This Invoice                              $472.67

     Total Current Charges                                  $472.67

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001332224
    Our File No. 10709

    Status – Foreclosure
    Invoice Number  110847

Tax ID # 59-2885854

    Professional Costs:  ,

| Date | Description | Amount |
|---|---|---|
| 1/9/08– | Publication of Notice of Sale | 97.95 |
| 1/28/08– | Sale Fee | 60.00 |
| | Total Amount This Invoice | $157.95 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001618271
     Our File No. 12463
     Status - Foreclosure


     Invoice Number  110493

Tax ID # 59-2885854

---

          Professional services:,

                                            Hrs/Rate

| Date | Description | Hrs/Rate | Amount |
|------|-------------|----------|--------|
| 1/2/08 | Review Motion to Dismiss (.3); Telephone communications with opposing counsel (.2); work on Motion to Dismiss issue (.3); Draft correspondence to client (.2). (PEL) | 1.00 150.00/hr | 150.00 |
| 1/11/08 | Telephone communications with Julia McKillop. (PEL) | 0.20 150.00/hr | 30.00 |
| 1/15/08 | Review Defendant's First Resquest for Production (.4); Draft correspondence to client (.4). (PEL) | 0.80 150.00/hr | 120.00 |
| 1/18/08 | Review Notice of Taking Deposition (.2); Draft Motion for Protective Order (.9). (PEL) | 1.10 150.00/hr | 165.00 |
| 1/25/08 | Prepare Fair Debt verification letters. (PEL) | 0.60 150.00/hr | 90.00 |
| 1/31/08 | Prepare materials for Motion to Dismiss hearing (.5); legal research (.8); draft correspondence to Magistrate Bailey (.4); Telephone communications with Lee Gates (.2); Work on Assignment Issue (.4). (PEL) | 2.30 150.00/hr | 345.00 |

Page    2

Professional Costs:

| | | |
|---|---|---:|
| 1/9/08- | Instrument Recording Fee | 27.50 |
| 1/9/08- | Hydra Skiptrace | 5.00 |
| 1/10/08- | Instrument Recording Fee | 107.50 |
| 1/17/08- | Hydra Skiptrace | 5.00 |

Hours

| | Hours | |
|---|---|---:|
| Total Amount This Invoice | 6.00 | $1,045.00 |
| Total Current Charges | | $1,045.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

     Account No. 1001527704
     Our File No. 15299
     Status - Answer

     Invoice Number  111102

Tax ID # 59-2885854

     Professional services:

| | |
|---|---|
| 1/25/08  Flat fee to answer foreclosure/monitor. | 200.00 |

     Professional Costs:

| | |
|---|---|
| 1/30/08- Title Search | 150.00 |
| Total Amount This Invoice | $350.00 |
| Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1000836427
     Our File No. 12828
     Status - Foreclosure

     Invoice Number  110498

Tax ID # 59-2885854

_____

          Professional Costs:    ,


1/17/08- Instrument Recording Fee                    20.50
1/17/08 - Hydra Skiptrace                             5.00
                                                   _____
          Total Amount This Invoice                 $25.50
_____

                   PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****
laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1000964707
     Our File No. 13512
     Status - Foreclosure


     Invoice Number  110500

  Tax ID # 59-2885854

         Professional services:,


  1/3/08  Flat fee to prepare assignment of mortgage.          125.00

         Professional Costs:

  1/7/08- Court Call                                            60.00
  1/8/08- Instrument Recording Fee                              18.50
  1/15/08- Service of Process                                   72.00

         Total Amount This Invoice                            $275.50


         Total Current Charges                                $275.50


                    PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****
laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000791353
Our File No. 13384
Status - Foreclosure

Invoice Number  110504

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/7/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 1/15/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/4/08- | Title Search | 275.00 |
| 1/7/08- | Court Filing Fee | 265.00 |
| 1/7/06 - | Recording Fee | 7.00 |
| 1/7/06- | Instrument Recording Fee | 18.50 |
| 1/8/08- | Service of Process | 315.00 |
| 1/22/08- | Recording Fee | 1.00 |
| 1/22/08 - | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $1,625.00 |
| | Total Current Charges | $1,625.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mort. Serv.,
     Account No. 1001045584
     Our File No. 10198

     Status-Fcl

     Invoice Number  110505

Tax ID # 59-2885854

_____

        Professional services:


1/23/08  Flat fee for foreclosure lawsuit (second half).        600.00

_____

        Professional Costs:

1/4/08-  Publication of Notice of Sale                    90.00
1/14/08- Sale Fee                                         60.00
1/21/08- Instrument Recording Fee                          4.50
1/21/08 - Documentary Stamps                               0.70
                                                        _____
        Total Amount This Invoice                       $755.20

                                                        _____
        Total Current Charges                           $755.20


_____

            PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                 *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001023627
Our File No. 10196

Status - Fcl

Invoice Number  110507

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 1/23/08 | Flat fee for foreclosure lawsuit (second half). | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 1/4/08- | Publication of Notice of Sale | 117.50 |
| 1/14/08- | Sale Fee | 60.00 |
| 1/21/08- | Instrument Recording Fee | 4.50 |
| 1/21/08 - | Documentary Stamps | 0.70 |
| | Total Amount This Invoice | $782.70 |
| | Total Current Charges | $782.70 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mort. Serv.

Account No. 1001023624
Our File No. 10060

Status-Fcl

Invoice Number  110508

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 1/10/08 | Flat fee for foreclosure lawsuit (second half). | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 1/3/08- | Sale Fee | 60.00 |
| 1/10/08- | Instrument Recording Fee | 4.50 |
| 1/10/08 - | Documentary Stamps | 0.70 |

|  |  |
|---|---|
| Total Amount This Invoice | $665.20 |
| Total Current Charges | $665.20 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001023619
    Our File No. 10195

    Status - Foreclosure

    Invoice Number  110509

Tax ID # 59-2885854

        Professional Costs:

| | |
|---|---|
| 1/18/08- Publication of Notice of Action | 137.50 |
| Total Amount This Invoice | $137.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001372838
Our File No. 11643
Status - Foreclosure

Invoice Number  110514

Tax ID # 59-2885854

Professional Costs:   ,

1/2/08- Instrument Recording Fee                              27.50

Total Amount This Invoice                         $27.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1000881934
     Our File No. 12904
     Status - Foreclosure

     Invoice Number  111290

Tax ID # 59-2885854

Professional services:

| | | Hours | |
|---|---|---|---|
| 1/8/08 | Prepare and File motion for extension of time. (PEL) | 1.70 | 255.00 |
| 1/28/08 | Review defendant's answer on affirmative defense. (PEL) | 0.60 | 90.00 |
| 1/29/08 | Draft motion to strike affirmative defenses. (PEL) | 2.50 | 375.00 |
| 1/31/08 | Draft Plaintiff's request for production of documents. (PEL) | 1.10 | 165.00 |
| 1/31/08 | Draft first request for admissions. (PEL) | 1.10 | 165.00 |
| 1/31/08 | Draft Plaintiff's first set of interrogatories to defendant. (PEL) | 1.10 | 165.00 |
| | Total Amount This Invoice | 8.10 | $1,215.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001337681
    Our File No. 13422
    Status - Foreclosure

    Invoice Number  110919

Tax ID # 59-2885854

---

Professional services:

| Date | Description | Amount |
|------|-------------|-------:|
| 1/2/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| Date | Description | Amount |
|------|-------------|-------:|
| 1/2/08- | Service of Process | 250.00 |
| 1/16/08- | Recording Fee | 2.00 |
| 1/16/08- | Instrument Recording Fee | 18.50 |
| 1/18/08- | Publication of Notice of Action | 112.50 |
| 1/24/08- | Service of Process | 65.00 |
| 1/26/08- | Hydra Skiptrace | 45.00 |

Total Amount This Invoice     $618.00

Total Current Charges     $618.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

;

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001062484
Our File No. 11769
Status - Foreclosure

Invoice Number  110516

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 1/26/08- Instrument Recording Fee | 25.50 |
| Total Amount This Invoice | $25.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1000829863
     Our File No. 13383
     Status - Foreclosure

     Invoice Number  110517

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 1/2/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 1/4/08- | Service of Process | 310.00 |
| 1/8/08- | Hydra Skiptrace | 45.00 |
| 1/16/08- | Recording Fee | 2.00 |
| 1/16/08- | Instrument Recording Fee | 18.50 |
| 1/23/08- | Service of process | 135.00 |
| 1/26/08- | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $680.50 |
| | Total Current Charges | $680.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001038583
    Our File No. 09056

    Status - Foreclosure

    Invoice Number  110518

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 1/8/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 1/8/08- | Recording Fee | 1.00 |
| 1/8/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $144.50 |
| | Total Current Charges | $144.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001115514
    Our File No. 10097

    Status - Fcl

    Invoice Number  110531

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 1/10/08 | Flat fee for foreclosure lawsuit (second half). | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 1/3/08- | Sale Fee | 60.00 |
| 1/10/08- | Instrument Recording Fee | 4.50 |
| 1/10/08 - | Documentary Stamps | 0.70 |
| 1/18/08- | Publication of Notice of Sale | 97.50 |

    Total Amount This Invoice      $762.70

---

    Total Current Charges      $762.70

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001115530
Our File No. 10056

Status-Fcl

Invoice Number  110532

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 1/23/08 | Flat fee for foreclosure lawsuit (second half). | 600.00 |
| 1/23/08 | Flat fee for title claim/title curative. | 300.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 1/16/08- | Sale Fee | 60.00 |
| 1/17/08- | Publication of Notice of Sale | 110.00 |
| 1/22/08- | Instrument Recording Fee | 4.50 |
| 1/22/08- | Documentary Stamps | 0.70 |
| | Total Amount This Invoice | $1,075.20 |
| | Total Current Charges | $1,075.20 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001094676
     Our File No. 13507
     Status - Foreclosure

     Invoice Number  110568

Tax ID # 59-2885854

     Professional Costs:

| | |
|---|---|
| 1/2/08- Service of Process | 205.00 |
| 1/3/08- Service of Process | 64.00 |
| 1/7/08- Hydra Skiptrace | 45.00 |
| Total Amount This Invoice | $314.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001063584
     Our File No. 12846
     Status - Foreclosure

     Invoice Number  110570

Tax ID # 59-2885854

---

          Professional services:,


1/8/08  Flat fee to prepare assignment of mortgage.          125.00

---

       Professional Costs:

1/8/08- Recording Fee                                           1.00
1/8/08- Instrument Recording Fee                               18.50
1/22/08- Instrument Recording Fee                              18.50
1/22/08- Hydra Skiptrace                                       15.00
                                                             --------
       Total Amount This Invoice                             $178.00


       Total Current Charges                                 $178.00
                                                             ========

---

                    PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                       *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001553326
     Our File No. 14092
     Status - Foreclosure

     Invoice Number  110573

Tax ID # 59-2885854
_____

        Professional services:,


1/3/08  Prepare and send acceleration letter.              50.00
_____

        Professional Costs:

1/15/08- Title Search                                     275.00
                                                        _____

        Total Amount This Invoice                        $325.00


        Total Current Charges                             $325.00
                                                        =========
_____

                PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                  *****THANK YOU*****

laa

## DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/

Account No. 1001356443
Our File No. 11637
Status - Foreclosure

Invoice Number  111310

Tax ID # 59-2885854

---

Professional services;

| | | Hrs/Rate | |
|---|---|---|---|
| 12/10/07 | Prepare, draft and file Motion for extension of time to respond to request to produce. (PEL) | 3.20 150.00/hr | 480.00 |
| 1/18/08 | Response to affirmative defenses. (PEL) | 2.00 150.00/hr | 300.00 |
| 1/28/08 | Receive, review, and analyze defensive pleadings (.5); prepare, draft and file discovery package including Request to Produce, Request for Admissions and Interrogatories (1.2); review and analyze ,file and documents (1); communicate with client (.5). (PEL) | 3.20 150.00/hr | 480.00 |
| | Total Amount This Invoice | 8.40 | $1,260.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

;

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

     Account No. 1001462355
     Our File No. 12938
     Status - Foreclosure

     Invoice Number  111289

Tax ID # 59-2885854

---

Professional services:

|  |  | Hrs/Rate |  |
|---|---|---|---|
| 1/2/08 | Review Motion to Dismiss (.3); Telephone communications with opposing counsel (.5); Work on Motion to Dismiss issue (.4); draft correspondence to client (.3) (PEL) | 1.50 150.00/hr | 225.00 |
| 1/21/08 | Draft Notice of Filing Assignment of Mortgage (.2); Draft Notice of Filing Cost Bond and Cost Bond (.3); Coordinate hearing on Motion to Dismiss (.2); Draft Notice (.2); Draft correspondence to client (.3) (PEL) | 1.20 150.00/hr | 180.00 |

---

Professional Costs:

| 1/10/08- | Instrument Recording Fee |  | 107.50 |
|---|---|---|---|
|  | Total Amount This Invoice | 2.70 | $512.50 |
|  | Total Current Charges |  | $512.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mort. Serv.

     Account No. 1000876265
     Our File No. 10564

     Status- Fcl

     Invoice Number  110576

Tax ID # 59-2885854

     Professional services:

1/4/08  Flat fee for foreclosure lawsuit (second half).        600.00

     Professional Costs:

1/4/08- Sale Fee                                                60.00
1/4/08- Instrument Recording Fee                                4.50
1/4/08  Documentary Stamps                                      0.70
                                                               _____
     Total Amount This Invoice                                $665.20

     Total Current Charges                                    $665.20

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mort. Serv.

    Account No. 1001286539
    Our File No. 10739

    Status-Fcl

    Invoice Number  110577

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/4/08 | Flat fee for foreclosure lawsuit (second half). | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/4/08- | Sale Fee | 60.00 |
| 1/4/08- | Instrument Recording Fee | 3.50 |
| 1/4/08- | Documentary Stamps | 0.70 |
| | Total Amount This Invoice | $664.20 |
| | Total Current Charges | $664.20 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

    Account No. 1000689306
    Our File No. 12548
    Status - Foreclosure

    Invoice Number  110579

Tax ID # 59-2885854

---

    Professional Costs:

| | |
|---|---|
| 1/3/08- Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $5.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001249296
     Our File No. 11810
     Status - Foreclosure

     Invoice Number  110581

Tax ID # 59-2885854

     Professional Costs:

| | |
|---|---|
| 1/2/08- Instrument Recording Fee | 27.50 |
| 1/8/08- Publication of Notice of Action | 117.51 |
| Total Amount This Invoice | $145.01 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001383690
Our File No. 10711
Status - Foreclosure

Invoice Number  110582

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 1/30/08- Publication of Notice of Sale | 271.46 |
| Total Amount This Invoice | $271.46 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

　　　Account No. 1001382153
　　　Our File No. 12201
　　　Status - Foreclosure

　　　Invoice Number  110583

Tax ID # 59-2885854

　　　　Professional Costs:

| | |
|---|---|
| 1/9/08- Instrument Recording Fee | 25.50 |
| 1/11/08- Publication of Notice of Action | 457.74 |
| Total Amount This Invoice | $483.24 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

Account No. 1001548446
Our File No. 12896
Status - Foreclosure

Invoice Number  110584

Tax ID # 59-2885854

Professional services:,

| | | |
|---|---|---|
| 1/8/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/2/08- | Service of Process | 30.00 |
| 1/8/08- | Instrument Recording Fee | 18.50 |
| 1/30/08- | Instrument Recording Fee | 29.50 |
| 1/30/08 - | Hydra Skiptrace | 10.00 |
| | Total Amount This Invoice | $213.00 |
| | Total Current Charges | $213.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001026435
    Our File No. 13675
    Status - Foreclosure

    Invoice Number  110585

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 1/4/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

    Professional Costs:

| | | |
|---|---|---|
| 1/2/08- | Title Search | 275.00 |
| 1/3/08- | Court Filing Fee | 259.00 |
| 1/3/08 - | Recording Fee | 3.00 |
| 1/3/08 - | Instrument Recording Fee | 9.00 |
| 1/3/08 - | Service of Process | 245.00 |
| 1/14/08- | Hydra Skiptrace | 90.00 |

    Total Amount This Invoice      $1,481.00

    Total Current Charges      $1,481.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

;

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001033441
Our File No. 13491
Status - Foreclosure

Invoice Number  110586

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/2/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/3/08- | Service of Process | 235.00 |
| 1/8/08- | Recording Fee | 2.00 |
| 1/8/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $380.50 |
| | Total Current Charges | $380.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001541550
    Our File No. 12560
    Status - Foreclosure

    Invoice Number  110587

Tax ID # 59-2885854

---

    Professional services:,

| | | |
|---|---|---|
| 1/15/08  Flat fee to prepare assignment of mortgage. | | 125.00 |

---

    Professional Costs:

| | |
|---|---|
| 1/7/08- Instrument Recording Fee | 23.50 |
| 1/25/08- Recording Fee | 1.00 |
| 1/25/08- Instrument Recording Fee | 27.00 |
| Total Amount This Invoice | $176.50 |
| Total Current Charges | $176.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/

     Account No. 1001681240
     Our File No. 11852
     Status - Foreclosure

     Invoice Number  110588

Tax ID # 59-2885854

---

Professional services:,

1/15/08  Flat fee to prepare assignment of mortgage.          125.00

---

Professional Costs:

1/8/08-  Instrument Recording Fee                              28.50
1/25/08- Recording Fee                                          1.00
1/25/08- Instrument Recording Fee                              18.50

         Total Amount This Invoice                           $173.00

         Total Current Charges                               $173.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001182420
Our File No. 11171
Status - Foreclosure

Invoice Number  110589

Tax ID # 59-2885854

Professional Costs:   ,

1/22/08- Instrument Recording Fee                    26.50

Total Amount This Invoice                    $26.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001438703
Our File No. 12926
Status - Foreclosure

Invoice Number  110590

Tax ID # 59-2885854

Professional services:,

| | | |
|---|---|---|
| 1/8/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/8/08- | Instrument Recording Fee | 18.50 |
| 1/22/08- | Instrument Recording Fee | 29.50 |
| 1/31/08- | Instrument Recording Fee | 3.00 |
| | Total Amount This Invoice | $176.00 |
| | Total Current Charges | $176.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

    Account No. 1001438480
    Our File No. 12922
    Status - Foreclosure

    Invoice Number  110591

Tax ID # 59-2885854

      Professional Costs:   ,

| | |
|---|---|
| 1/22/08- Instrument Recording Fee | 29.50 |
| Total Amount This Invoice | $29.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   AMERICAN HOME MORTGAGE
      Account No. 1001185857
      Our File No. 13179


      Status - Eviction


      Invoice Number  110592

Tax ID # 59-2885854

---

          Professional services:


| | | |
|---|---|---|
| 1/28/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

---

          Professional Costs:

| | | |
|---|---|---|
| 1/2/08- | Court Filing Fee | 50.00 |
| 1/14/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $470.00 |
| | Total Current Charges | $470.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001134918
     Our File No. 11011

     Status - Fcl

     Invoice Number  111084

Tax ID # 59-2885854

     Professional services:

| Date | Description | Amount |
|------|-------------|-------:|
| 1/2/08 | Prepare and send acceleration letter. | 50.00 |
| 1/17/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

     Professional Costs:

| Date | Description | Amount |
|------|-------------|-------:|
| 1/2/08- | Title Search | 275.00 |
| | Total Amount This Invoice | $925.00 |
| | Total Current Charges | $925.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
9204 KING PALM DRIVE
**TAMPA FL 33619-1328**
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001539302
     Our File No. 12929
     Status - Foreclosure


     Invoice Number  110595

Tax ID # 59-2885854

Professional services:,


1/8/08  Flat fee to prepare assignment of mortgage.          125.00


Professional Costs:

1/3/08- Death Certificate                                      34.50
1/3/08- Recording Fee                                          10.00
1/8/08- Court Filing Fee                                        1.00
1/8/08- Instrument Recording Fee                              18.50

Total Amount This Invoice                                   $189.00

Total Current Charges                                       $189.00


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001406756
Our File No. 13359
Status - Foreclosure

Invoice Number  110596

Tax ID # 59-2885854

---

Professional services:,

| | | |
|---|---|---:|
| 1/3/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 1/10/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---:|
| 1/2/08- | Title Search | 275.00 |
| 1/3/08- | Court Filing Fee | 282.00 |
| - | Recording Fee | 15.00 |
| 1/8/08- | Service of Process | 315.00 |
| 1/9/08- | Service of Process | 52.00 |
| 1/15/08- | Service of Process | 130.00 |
| 1/16/08- | Hydra Skiptrace | 45.00 |
| 1/16/08- | Hydra Skiptrace | 45.00 |
| 1/16/08- | Recording Fee | 1.00 |
| 1/16/08- | Instrument Recording Fee | 18.50 |
| 1/24/08- | Service of Process | 50.00 |

Total Amount This Invoice        $1,953.50

Total Current Charges            $1,953.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001596257
Our File No. 13321
Status - Foreclosure

Invoice Number  110597

Tax ID # 59-2885854

Professional Costs:    ,

1/3/08- Service of Process                      210.00

Total Amount This Invoice           $210.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

  Account No. 1001128846
  Our File No. 09040
  Status - Foreclosure

  Invoice Number  111287

Tax ID # 59-2885854

  Professional services:

| Date | Description | Amount |
|------|-------------|--------|
| 1/4/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

  Professional Costs:

| Date | Description | Amount |
|------|-------------|--------|
| 1/3/08- | Sale Fee | 60.00 |
| 1/4/08- | Court Filing Fee | 50.00 |
|  | Total Amount This Invoice | $710.00 |
|  | Total Current Charges | $710.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
9204 KING PALM DRIVE
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001378970
    Our File No. 14088
    Status - Foreclosure

    Invoice Number  110599

Tax ID # 59-2885854

---

    Professional services:,

| Date | Description | Amount |
|------|-------------|--------|
| 1/23/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 1/25/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| Date | Description | Amount |
|------|-------------|--------|
| 1/23/08- | Court Filing Fee | 261.00 |
| 1/23/08- | Recording Fee | 4.00 |
| 1/23/08- | Instrument Recording Fee | 11.00 |
| 1/25/08- | Instrument Recording Fee | 18.50 |
| 1/30/08- | Service of Process | 120.00 |

    Total Amount This Invoice    $1,139.50

    Total Current Charges    $1,139.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001268054
Our File No. 12819
Status - Foreclosure

Invoice Number  110600

Tax ID # 59-2885854

---

Professional services:,

| | |
|---|---|
| 1/7/08  Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | |
|---|---|
| 1/3/08- Publication of Notice of Action | 148.72 |
| 1/4/08- Service of Process | 250.00 |
| Total Amount This Invoice | $998.72 |
| Total Current Charges | $998.72 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001060708
     Our File No. 14089
     Status - Foreclosure


     Invoice Number  110722

Tax ID # 59-2885854
_____

     Professional services:,


1/22/08  Flat fee for foreclosure lawsuit - first half.        600.00
_____

     Professional Costs:

1/21/08- Title Search                                          275.00
1/22/08- Clerk's Filing Fee                                    257.00
1/22/08- Service of Process                                    150.00
1/30/08- Hydra                                                  45.00
                                                              _____

     Total Amount This Invoice                              $1,327.00


     Total Current Charges                                  $1,327.00
                                                            =========
_____

                PAYMENT DUE UPON RECEIPT
   PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                   *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001415778
Our File No. 13905
Status - Deed-In-Lieu

Invoice Number  110723

Tax ID # 59-2885854

---

Professional services:,

| | | |
|---|---|---|
| 1/4/08  Flat fee to prepare deed in lieu of foreclosure. | | 350.00 |
| | | |
| Total Amount This Invoice | | $350.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000705337
Our File No. 13382
Status - Foreclosure

Invoice Number  110724

Tax ID # 59-2885854

Professional services:,

| | | |
|---|---|---|
| 1/23/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/5/08- | Title Search | 275.00 |
| 1/23/08- | Court Filing Fee | 262.00 |
| 1/23/08- | Recording Fee | 7.00 |
| 1/23/08 - | Instrument Recording Fee | 9.60 |
| 1/29/08- | Service of Process | 245.00 |
| 1/30/08- | Service of Process | 112.00 |
| | Total Amount This Invoice | $1,510.60 |
| | Total Current Charges | $1,510.60 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

;

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001090613
   Our File No. 13510
   Status - Foreclosure

   Invoice Number  110725

Tax ID # 59-2885854

   Professional Costs:

1/4/08- Service of Process                              175.00

   Total Amount This Invoice                      $175.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1000751149
     Our File No. 12212
     Status - Foreclosure


     Invoice Number  110726

Tax ID # 59-2885854

---

     Professional services:,


| | | |
|---|---|---|
| 1/24/08 | Flat fee for response to defendant's motion for extension of time. | 250.00 |

---

     Professional Costs:

| | | |
|---|---|---|
| 1/3/08- | Instrument Recording Fee | 27.50 |
| 1/3/08- | Hydra Skiptrace | 10.00 |
| 1/10/08- | Publication of Notice of Action | 133.95 |
| | Total Amount This Invoice | $421.45 |
| | Total Current Charges | $421.45 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001695868
Our File No. 12467
Status - Foreclosure

Invoice Number  110727

Tax ID # 59-2885854

Professional Costs:    ,

| | |
|---|---|
| 1/17/08- Court Filing Fee | 2.00 |
| 1/17/08- Instrument Recording Fee | 15.00 |
| 1/17/08- Service of Process | 60.00 |
| 1/18/08- Publication of Notice of Action | 485.00 |
| 1/24/08- Service of Process | 60.00 |
| 1/25/08- Instrument Recording Fee | 29.50 |
| Total Amount This Invoice | $651.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

;

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001656788
    Our File No. 12918
    Status - Foreclosure

    Invoice Number  110728

Tax ID # 59-2885854

---

    Professional services:,

| Date | Description | Amount |
|------|-------------|--------|
| 1/8/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| Date | Description | Amount |
|------|-------------|--------|
| 1/8/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $143.50 |
| | Total Current Charges | $143.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/

    Account No. 1001535194
    Our File No. 13496
    Status - Foreclosure

    Invoice Number  110729

Tax ID # 59-2885854

    Professional services:,


| Date | Description | Amount |
|------|-------------|--------|
| 1/3/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

    Professional Costs:

| Date | Description | Amount |
|------|-------------|--------|
| 1/8/08- | Instrument Recording Fee | 18.50 |
| 1/14/08- | Hydra Skiptrace | 45.00 |
| 1/26/08- | Service of Process | 70.00 |

Total Amount This Invoice    $258.50

Total Current Charges    $258.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

;

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001263113
     Our File No. 11772
     Status - Foreclosure

     Invoice Number  110730

Tax ID # 59-2885854

---

     Professional Costs:   ,

| | |
|---|---|
| 1/24/08- Instrument Recording Fee | 22.50 |
| Total Amount This Invoice | $22.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001263785
    Our File No. 11773
    Status - Foreclosure

    Invoice Number  110731

Tax ID # 59-2885854

    Professional Costs:   ,


| | |
|---|---|
| 1/26/08- Instrument Recording Fee | 22.50 |
| Total Amount This Invoice | $22.50 |


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

## DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001263607
Our File No. 11775
Status - Foreclosure

Invoice Number  110732

Tax ID # 59-2885854

Professional Costs:    ,


| | |
|---|---|
| 1/26/08- Instrument Recording Fee | 22.50 |
| Total Amount This Invoice | $22.50 |


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001217585
    Our File No. 12464
    Status - Foreclosure

    Invoice Number  111130

Tax ID # 59-2885854

---

Professional services:

| Date | Description | Hrs/Rate | |
|------|-------------|----------|---|
| 1/31/08 | Flat fee for research, drafting, and filing a reply to affirmative defenses. (PEL) | 2.40 150.00/hr | 360.00 |

---

Professional Costs:

| | | | |
|---|---|---|---|
| 1/4/08- | Instrument Recording Fee | | 22.50 |
| 1/4/08- | Recording Fee | | 13.00 |
| | Total Amount This Invoice | 2.40 | $395.50 |
| | Total Current Charges | | $395.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001107271
Our File No. 11642
Status - Foreclosure

Invoice Number  110734

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 1/3/08- | Instrument Recording Fee | 33.50 |
| 1/5/08- | Hydra Skiptrace | 5.00 |
| | Total Amount This Invoice | $38.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001357071
Our File No. 11661
Status - Foreclosure

Invoice Number  111314

Tax ID # 59-2885854

---

Professional services:

| | | Hrs/Rate | |
|---|---|---|---|
| 1/4/08 | Motion for extension of time to request to produce. (PEL) | 3.20 150.00/hr | 480.00 |
| 1/11/08 | Receive, review, and analyze defensive pleadings (.5); prepare, draft and file discovery package including Request to Produce, Request for Admissions and Interrogatories (1.5); review and analyze file and documents (1); communicate with client (.5). (PEL) | 3.20 150.00/hr | 480.00 |
| 1/18/08 | Respond to affirmative defenses. (PEL) | 2.00 150.00/hr | 300.00 |
| | Total Amount This Invoice | 8.40 | $1,260.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mort. Serv.
     Account No. 1001098248
     Our File No. 10109

     Status-Fcl

     Invoice Number  110736

Tax ID # 59-2885854

---

Professional services:,

| | | |
|---|---|---|
| 1/3/08 | Flat fee for foreclosure lawsuit (second half). | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 1/2/08- | Sale Fee | 60.00 |
| 1/2/08- | Documentary Stamps | 0.70 |
| 1/3/08- | Recording Fee | 4.50 |
| 1/3/08 - | Publication of Notice of Sale | 131.45 |
| | Total Amount This Invoice | $796.65 |

| | |
|---|---|
| Total Current Charges | $796.65 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mort. Serv.
     Account No. 1001019622
     Our File No. 10101

     Status-Fcl

     Invoice Number  110737

Tax ID # 59-2885854

---

Professional services:,

| | | |
|---|---|---|
| 1/18/08 | Flat fee for foreclosure lawsuit (second half). | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 1/10/08- | Publication of Notice of Sale | 201.74 |
| 1/14/08- | Sale Fee | 60.00 |
| 1/17/08- | Instrument Recording Fee | 3.50 |
| 1/17/08- | Documentary Stamps | 0.70 |
| 1/31/08- | Instrument Recording Fee | 2.00 |
| | Total Amount This Invoice | $867.94 |
| | Total Current Charges | $867.94 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mort. Serv.
      Account No. 1001338099
      Our File No. 14824
      Status- DIL

      Invoice Number  111283

Tax ID # 59-2885854

---

                 Professional services:

                                                  Hrs/Rate

1/21/08  Study and review search to determine if      1.20        180.00
         deed in lieu possible (.8); prepare      150.00/hr
         opinion letter (.4). (PEL)

                                                  _____     _____
         Total Amount This Invoice                    1.20      $180.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

　　　Account No. 1001339280
　　　Our File No. 13367
　　　Status - Foreclosure

　　　Invoice Number  110739

Tax ID # 59-2885854

_____

　　　Professional Costs:　　,


| | |
|---|---|
| 1/14/08- Hydra Skiptrace | 45.00 |
| 1/31/08- Service of Process | 70.00 |
| Total Amount This Invoice | $115.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001430699
     Our File No. 14640
     Status - Foreclosure

     Invoice Number  110740

Tax ID # 59-2885854

---

Professional services:,

| 1/25/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
|---|---|---|

---

Professional Costs:

| 1/23/08- | Title Search | 395.00 |
| 1/25/08- | Court Filing Fee | 259.00 |
| 1/25/08- | Recording Fee | 4.00 |
| 1/25/08- | Instrument Recording Fee | 10.50 |
| 1/31/08- | Service of Process | 448.00 |
| | Total Amount This Invoice | $1,716.50 |
| | Total Current Charges | $1,716.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing.
      Account No. 1001506474
      Our File No. 11808
      Status - Forclosure


      Invoice Number  110741

  Tax ID # 59-2885854

           Professional Costs:   ,


1/31/08- Instrument Recording Fee                    17.50
1/31/08 - Hydra Skiptrace                            10.00
                                                  ──────────

       Total Amount This Invoice              $27.50


                PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001590991
     Our File No. 14637
     Status - Foreclosure


     Invoice Number  110742

  Tax ID # 59-2885854
_____

        Professional services:,


1/25/08  Flat fee for foreclosure lawsuit - first half.          600.00
_____

        Professional Costs:

1/25/08- Court Filing Fee                                        258.00
1/25/08- Recording Fee                                             5.00
1/31/08- Service of Process                                      150.00

        Total Amount This Invoice                            $1,013.00


        Total Current Charges                                $1,013.00
_____


                    PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001050355
    Our File No. 15290
    Status - Answer

    Invoice Number  110743

Tax ID # 59-2885854

---

    Professional services:,

| | |
|---|---:|
| 1/30/08  Flat fee to answer foreclosure/monitor. | 200.00 |

---

    Professional Costs:

| | |
|---|---:|
| 1/28/08- Title Search | 150.00 |
| Total Amount This Invoice | $350.00 |
| Total Current Charges | $350.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001483515
     Our File No. 15293
     Status - Answer


     Invoice Number  110744

Tax ID # 59-2885854
_____

     Professional services:

1/25/08  Flat fee to answer foreclosure/monitor.              200.00
_____

     Professional Costs:

1/23/08- Title Search                                         150.00
                                                            _____

     Total Amount This Invoice                              $350.00

     Total Current Charges                                  $350.00
                                                            _____
_____

              PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                  *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  AMERICAN HOME MORTGAGE,
     ACCOUNT NO. 1001075755
     OUR FILE NO. 15140
     STATUS- Eviction

     Invoice Number  110745

Tax ID # 59-2885854

_____

          Professional services:


1/14/08  Flat fee for Writ of Possession after the          125.00
         foreclosure.

                                                            _____
         Total Amount This Invoice                           $125.00
_____

              PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                  *****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001163866
     Our File No. 10059

     Status - Foreclosure

     Invoice Number  110747

Tax ID # 59-2885854

          Professional services:

1/11/08  Flat fee for foreclosure lawsuit - second half          600.00

          Professional Costs:

1/11/08- Recording Fee                                            23.50
1/11/08 - Court Filing Fee                                        50.00

          Total Amount This Invoice                             $673.50

          Total Current Charges                                 $673.50


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.
     Account No. 1001507633
     Our File No. 10548

     Status - Foreclosure

     Invoice Number  110748

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/31/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/9/08- | Publication of Notice of Sale | 91.73 |
| 1/22/08- | Sale Fee | 60.00 |
| 1/30/08- | Instrument Recording Fee | 3.50 |
| 1/20/08 | Documentary Stamps | 0.70 |
| | Total Amount This Invoice | $755.93 |
| | Total Current Charges | $755.93 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1000809048
     Our File No. 14635
     Status - Foreclosure

     Invoice Number  110749

Tax ID # 59-2885854

---

        Professional services:,


1/25/08  Flat fee for foreclosure lawsuit - first half.        600.00

---

        Professional Costs:

1/25/08- Court Filing Fee                                       257.00
1/25/08- Recording Fee                                            2.00
1/25/08- Recording Fee                                           17.00
1/31/08- Service of Process                                     128.00
                                                               --------
        Total Amount This Invoice                            $1,004.00


        Total Current Charges                                 $1,004.00
                                                              =========

---

               PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                   *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mort. Serv.

     Account No. 1001240685
     Our File No. 10555

     Status-Fcl

     Invoice Number  110750

Tax ID # 59-2885854

          Professional services:

1/15/08  Flat fee for foreclosure lawsuit (second half).        600.00

          Professional Costs:

  1/7/08- Sale Fee                                                60.00
  1/14/08- Instrument Recording Fee                               4.50
  1/14/06- Documentary Stamps                                     0.70
  1/15/08- Publication of Notice of Sale                         63.56

          Total Amount This Invoice                            $728.76

          Total Current Charges                                $728.76


                    PAYMENT DUE UPON RECEIPT
       PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                        *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000725186
Our File No. 13504
Status - Foreclosure

Invoice Number  110751

Tax ID # 59-2885854

Professional services:,

| | | |
|---|---|---|
| 1/3/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/2/08- | Title Search | 275.00 |
| 1/3/08- | Court Filing Fee | 258.00 |
| 1/3/08- | Recording Fee | 2.00 |
| 1/3/08- | Instrument Recording Fee | 9.00 |
| 1/31/08- | Service of Process | 120.00 |
| | Total Amount This Invoice | $1,264.00 |
| | Total Current Charges | $1,264.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001053555
     Our File No. 15292
     Status - Answer

     Invoice Number  111132

Tax ID # 59-2885854

     Professional services:

| | | |
|---|---|---|
| 1/31/08 | Flat fee to answer foreclosure/monitor. | 200.00 |

     Professional Costs:

| | | |
|---|---|---|
| 1/31/08- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001281328
Our File No. 14588
Status - Foreclosure

Invoice Number  110753

Tax ID # 59-2885854

Professional services:,

1/25/08  Flat fee for foreclosure lawsuit - first half.          600.00

Professional Costs:

| | | |
|---|---|---|
| 1/25/08- Court Filing Fee | | 269.00 |
| 1/25/08- Recording Fee | | 7.00 |
| 1/30/08- Service of Process | | 245.00 |
| 1/31/08- Service of Process | | 35.00 |
| Total Amount This Invoice | | $1,156.00 |
| Total Current Charges | | $1,156.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1000903379
     Our File No. 13358
     Status - Foreclosure

     Invoice Number  110754

Tax ID # 59-2885854

_____

     Professional Costs:   ,


1/17/08- Hydra Skiptrace                              45.00
1/26/08- Service of Process                          140.00
                                                _____
          Total Amount This Invoice              $185.00
_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000800283
Our File No. 09339

Status – Foreclosure

Invoice Number  111151

Tax ID # 59-2885854

Professional services;

| 1/31/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |
|---|---|---|

Professional Costs:

| 1/2/08– | Service of Process | 100.00 |
|---|---|---|
| 1/2/08– | Instrument Recording Fee | 15.00 |
| 1/17/08– | Publication of Notice of Sale | 101.40 |
| 1/28/08– | Sale Fee | 60.00 |
| 1/31/08– | Instrument Recording Fee | 3.50 |
| – | Documentary Stamp Tax | 0.70 |

Total Amount This Invoice                    $880.60

Total Current Charges                        $880.60

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001148079
Our File No. 11845
Status - Foreclosure

Invoice Number  110756

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/22/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/4/08- | Service of Process | 35.00 |
| 1/18/08- | Publication of Notice of Action | 166.23 |
| 1/22/08- | Recording Fee | 29.50 |
| 1/26/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $374.23 |
| | Total Current Charges | $374.23 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001514156
Our File No. 12932
Status - Foreclosure

Invoice Number  110757

Tax ID # 59-2885854

---

Professional Costs:

| | | |
|---|---|---:|
| 1/2/08- | Service of Process | 300.00 |
| 1/8/08- | Service of Process | 200.00 |
| 1/16/08- | Publication of Notice of Action | 135.00 |
| | Total Amount This Invoice | $635.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001195832
Our File No. 12885
Status - Foreclosure

Invoice Number  110758

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---:|
| 1/16/08- | Instrument Recording Fee | 17.50 |
| 1/17/08- | Service of Process | 55.00 |
| 1/18/08- | Publication of Notice of Action | 379.40 |
| 1/22/08- | Attorney Ad Litem Fee | 50.00 |
| | Total Amount This Invoice | $501.90 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000825414
Our File No. 12205
Status - Foreclosure

Invoice Number  110759

Tax ID # 59-2885854

---

Professional Costs:    ,


1/9/08- Instrument Recording Fee                    19.50
1/9/08 - Hydra Skiptrace                             5.00
                                              _____
         Total Amount This Invoice            $24.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing                    :

      Account No. 1001357382
      Our File No. 11646
      Status - Foreclosure

      Invoice Number  110760

 Tax ID # 59-2885854

---

        Professional Costs:    ,


1/25/08- Attorney Ad Litem                                    560.00

        Total Amount This Invoice                          $560.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001185804
     Our File No. 12847
     Status - Foreclosure

     Invoice Number  110761

Tax ID # 59-2885854

---

       Professional services:,

1/8/08  Flat fee to prepare assignment of mortgage.          125.00

---

       Professional Costs:

| | | |
|---|---|---|
| 1/8/08- Court Filing Fee | | 1.00 |
| 1/8/08 - Instrument Recording Fee | | 18.50 |
| 1/9/08- Recording Fee | | 21.50 |
| 1/9/08 - Hydra Skiptrace | | 5.00 |
| Total Amount This Invoice | | $171.00 |
| Total Current Charges | | $171.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

;

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1000785597
Our File No. 13591
Status - Foreclosure

Invoice Number  110762

Tax ID # 59-2885854

Professional services:,

| | | |
|---|---|---|
| 1/2/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | |
|---|---|
| 1/9/08- Service of Process | 200.00 |
| 1/16/08- Court Filing Fee | 1.00 |
| 1/16/08- Instrument Recording Fee | 27.00 |
| Total Amount This Invoice | $353.00 |
| Total Current Charges | $353.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1000752511
      Our File No. 13500
      Status - Foreclosure

      Invoice Number  111315

Tax ID # 59-2885854

---

        Professional Costs:  ,


| | |
|---|---:|
| 1/2/08- Service of Process | 125.00 |
| 1/24/08- Service of Process | 10.00 |
| Total Amount This Invoice | $135.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000752492
Our File No. 12206
Status - Foreclosure

Invoice Number  110764

Tax ID # 59-2885854

Professional Costs:    ,

| | | |
|---|---|---:|
| 1/10/08- | Instrument Recording Fee | 26.50 |
| | - Hydra Skiptrace | 10.00 |
| 1/16/08- | Service of Process | 10.00 |
| 1/17/08- | Hydra Skiptrace | 5.00 |
| | - Publication of Notice of Action | 468.20 |
| | Total Amount This Invoice | $519.70 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1000752542
Our File No. 12449
Status - Foreclosure

Invoice Number  110765

Tax ID # 59-2885854

Professional services:,

| | | |
|---|---|---|
| 1/15/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/10/08- | Instrument Recording Fee | 26.50 |
| 1/10/08- | Hydra Skiptrace | 10.00 |
| 1/31/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $180.00 |
| | Total Current Charges | $180.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001403345
Our File No. 11166

Status - Foreclosure

Invoice Number  110766

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 1/29/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 1/23/08- | Court Filing Fee | 50.00 |
| 1/29/08- | Publication of Notice of Sale | 132.99 |
| | Total Amount This Invoice | $782.99 |
| | Total Current Charges | $782.99 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001257601
      Our File No. 10759

      Status - Foreclosure


      Invoice Number  110767

Tax ID # 59-2885854

---

      Professional Costs:


1/30/08- Instrument Recording Fee                        25.50
                                                    _____
         Total Amount This Invoice                       $25.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa