**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

       Account No. 1000824982
       Our File No. 13380
       Status - Foreclosure

       Invoice Number  110768

Tax ID # 59-2885854

       Professional services:,


1/16/08  Flat fee to prepare assignment of mortgage.              125.00


       Professional Costs:

   1/4/08- Service of Process                                     195.00
   1/4/08 - Hydra Skiptrace                                        45.00
   1/14/08- Service of Process                                     80.00
   1/25/08- Instrument Recording Fee                               18.50

       Total Amount This Invoice                                 $463.50


       Total Current Charges                                     $463.50


                    PAYMENT DUE UPON RECEIPT
       PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                        *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

    Account No. 1001314612
    Our File No. 12882
    Status - Foreclosure

    Invoice Number  110769

Tax ID # 59-2885854

    Professional Costs:

| | |
|---|---|
| 1/28/08- Publication of Notice of Action | 106.00 |
| Total Amount This Invoice | $106.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001201552
Our File No. 10211

Status - Foreclosure

Invoice Number  110920

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 1/2/08- | Publication of Notice of Action | 282.00 |
| 1/15/08- | Service of Process | 145.00 |
| 1/25/08- | Publication of Notice of Sale | 117.00 |
| | Total Amount This Invoice | $544.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1000891202
     Our File No. 12907
     Status - Foreclosure

     Invoice Number  110921

  Tax ID # 59-2885854
_____

          Professional services:


  1/8/08  Flat fee to prepare assignment of mortgage.          125.00
_____

          Professional Costs:

  1/8/08- Court Filing Fee                                       1.00
  1/8/08- Instrument Recording Fee                              18.50

          Total Amount This Invoice                          $144.50


          Total Current Charges                              $144.50
_____


                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                       *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

Account No. 1000602921
Our File No. 13368
Status - Foreclosure

Invoice Number  110923

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/8/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 1/10/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/5/08- | Title Search | 275.00 |
| 1/7/08- | Court Filing Fee | 259.00 |
| 1/7/08 - | Recording Fee | 7.00 |
| 1/7/08 - | Instrument Recording Fee | 9.00 |
| 1/7/08 - | Service of Process | 210.00 |
| 1/22/08- | Instrument Recording Fee | 18.50 |
| 1/31/08- | Service of Process | 2.00 |

| | |
|---|---|
| Total Amount This Invoice | $1,505.50 |
| Total Current Charges | $1,505.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1000602924
      Our File No. 13357
      Status - Foreclosure


      Invoice Number  110924

Tax ID # 59-2885854
_____

      Professional Costs:


  1/8/08- Service of Process                          265.00
  1/26/08- Service of Process                         247.00
                                                    _____
      Total Amount This Invoice                      $512.00
_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001117359
Our File No. 11662
Status - Foreclosure

Invoice Number  110926

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 1/10/08- Instrument Recording Fee | 21.50 |
| Total Amount This Invoice | $21.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,
     Account No. 1001070810
     Our File No. 15289
     Status - Foreclosure

     Invoice Number  110927

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 1/23/08 | Flat fee to answer foreclosure/monitor. | 200.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 1/28/08- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,
     Account No. 1001385672
     Our File No. 10544

     Status – Foreclosure

     Invoice Number  111150

Tax ID # 59-2885854

---

            Professional services:


| | | |
|---|---|---|
| 1/31/08 | Flat fee for foreclosure lawsuit – second half | 600.00 |

---

            Professional Costs:

| | | |
|---|---|---|
| 1/9/08– | Publication of Notice of Sale | 93.00 |
| 1/24/08– | Sale Fee | 60.00 |
| 1/31/08– | Instrument Recording Fee | 5.20 |

            Total Amount This Invoice          $758.20


            Total Current Charges             $758.20

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000917540
Our File No. 12029
Status - Foreclosure

Invoice Number  110928

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 1/9/08- | Service of Process | 214.00 |
| 1/9/08- | Attorney Ad Litem | 750.00 |
| 1/21/08- | Publication of Notice of Action | 160.00 |
| | Total Amount This Invoice | $1,124.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mort. Serv.
     Account No. 1001562103
     Our File No. 10102

     Status-Foreclosure

     Invoice Number  110929

Tax ID # 59-2885854

_____

       Professional services:


1/18/08  Flat fee for foreclosure lawsuit (second half).      600.00

_____

       Professional Costs:

 1/9/08- Sale Fee                                              60.00
1/16/08- Instrument Recording Fee                              4.50
1/16/08- Documentary Stamps                                   0.70
                                                            _____

       Total Amount This Invoice                            $665.20


       Total Current Charges                                $665.20
                                                            ========

_____


                 PAYMENT DUE UPON RECEIPT
   PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                 *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mort. Serv.
     Account No. 1000945135
     Our File No. 10186


     Status - Fcl

     Invoice Number  110931

Tax ID # 59-2885854
_____

     Professional services:


1/25/08  Flat fee for foreclosure lawsuit (second half).        600.00

_____

     Professional Costs:

1/10/08- Publication of Notice of Sale                          186.02
1/17/08- Sale Fee                                                60.00
1/24/08- Instrument Recording Fee                                3.50
1/24/08 - Documentary Stamps                                     0.70
                                                                _____
     Total Amount This Invoice                                 $850.22


     Total Current Charges                                     $850.22
_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001476147
Our File No. 12872
Status - Foreclosure

Invoice Number  111299

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 1/3/08 | Flat fee to prepare assignment of mortgage. | 125.00 |
| 1/18/08 | Receive, review, and analyze defensive pleadings (.5); prepare, draft and file discovery package including Request to Produce, Request for Admissions and Interrogatories (1.3); review and analyze file and documents (.5); communicate with client (.9). (PEL) | 480.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 1/8/08- | Court Filing Fee | 3.00 |
| 1/8/08- | Instrument Recording Fee | 27.00 |
| 1/18/08- | Publication of Notice of Action | 465.00 |

Total Amount This Invoice                    $1,100.00

Total Current Charges                        $1,100.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001314085
      Our File No. 12881
      Status - Foreclosure


      Invoice Number  111079

Tax ID # 59-2885854

      Professional services:


| | | |
|---|---|---|
| 1/8/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

      Professional Costs:

| | | |
|---|---|---|
| 1/8/08- | Court Filing Fee | 1.00 |
| 1/8/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $144.50 |
| | Total Current Charges | $144.50 |


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

   Account No. 1001668679
   Our File No. 14650
   Status - Foreclosure

   Invoice Number  111080

Tax ID # 59-2885854

   Professional services:

| | | |
|---|---|---|
| 1/31/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

   Professional Costs:

| | | |
|---|---|---|
| 1/3/08- | Death Certificate | 34.50 |
| 1/10/08- | Instrument Recording Fee | 10.00 |
| 1/24/08- | Title Search | 275.00 |
| 1/31/08- | Court Filing Fee | 257.00 |
| 1/31/08 - | Recording Fee | 3.00 |
| 1/31/08 - | Instrument Recording Fee | 9.00 |
| 1/31/08 - | Service of Process | 100.00 |
| | Total Amount This Invoice | $1,288.50 |
| | Total Current Charges | $1,288.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001116261
Our File No. 14235
Status - Answer

Invoice Number  111081

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/3/08 | Flat fee to answer foreclosure/monitor. | 200.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/2/08- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001097410
Our File No. 13419
Status - Foreclosure

Invoice Number  110837

Tax ID # 59-2885854

---

Professional Costs:

1/15/08- Service of Process                                    35.00

Total Amount This Invoice                            $35.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001722180
Our File No. 12871
Status - Foreclosure
Invoice Number  110836

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/25/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/25/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $143.50 |
| | Total Current Charges | $143.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mort. Serv.
     Account No. 1001109550
     Our File No. 09147
     Status - Foreclosure

     Invoice Number  110835

Tax ID # 59-2885854

---

        Professional services:


1/18/08  Flat fee for foreclosure lawsuit (second half).         600.00

---

        Professional Costs:

  1/4/08- Publication of Notice of Sale                           110.00
1/10/08- Sale Fee                                                  60.00
1/17/08- Instrument Recording Fee                                  5.20
                                                                 -------
        Total Amount This Invoice                                $775.20


        Total Current Charges                                    $775.20

---

                PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001167749
Our File No. 09153
Status - Foreclosure

Invoice Number  111278

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/2/08 | Flat fee for title claim/title curative. | 300.00 |
| 1/29/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/22/08- | Sale Fee | 60.00 |
| 1/30/08- | Cost of Certified Court Documents | 4.50 |
| 1/30/08- | Documentary Stamps | 0.70 |
| 1/30/08- | Publication of NOS 01/12,19/08 | 66.80 |
| | Total Amount This Invoice | $1,032.00 |
| | Total Current Charges | $1,032.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mort. Serv.
     Account No. 1000856474
     Our File No. 10713

     Status- Foreclosure

     Invoice Number  110834

Tax ID # 59-2885854

         Professional services:

| Date | Description | Amount |
|---|---|---|
| 1/2/08 | Flat fee for title claim/title curative. | 300.00 |
| 1/18/08 | Flat fee for foreclosure lawsuit (second half). | 600.00 |

         Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 1/9/08- | Publication of Notice of Sale | 101.40 |
| 1/10/08- | Sale Fee | 60.00 |
| 1/17/08- | Instrument Recording Fee | 5.20 |

| | |
|---|---|
| Total Amount This Invoice | $1,066.60 |
| Total Current Charges | $1,066.60 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001393267
     Our File No. 12842
     Status - Foreclosure

     Invoice Number 110832

Tax ID # 59-2885854

---

        Professional services:

| | | |
|---|---|---|
| 1/8/08  Flat fee to prepare assignment of mortgage. | | 125.00 |

---

        Professional Costs:

| | | |
|---|---|---|
| 1/8/08- Instrument Recording Fee | | 18.50 |
| Total Amount This Invoice | | $143.50 |
| Total Current Charges | | $143.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001365401
    Our File No. 14561

    Invoice Number  110830

Tax ID # 59-2885854
_____

    Professional services:

| | | |
|---|---|---|
| 1/28/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

_____

    Professional Costs:

| | | |
|---|---|---|
| 1/25/08- | Title Search | 275.00 |
| 1/28/08- | Clerk's Filing Fee | 259.00 |
| 1/28/08- | Instrument Recording Fee | 20.00 |
| | Total Amount This Invoice | $1,154.00 |
| | Total Current Charges | $1,154.00 |

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001364051
Our File No. 13598
Status - Foreclosure

Invoice Number  110829

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 1/8/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 1/8/08- | Court Filing Fee | 3.00 |
| 1/8/08 - | Instrument Recording Fee | 18.50 |
| 1/14/08- | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $191.50 |
| | Total Current Charges | $191.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1000790707
Our File No. 13315
Status - Foreclosure

Invoice Number 110828

Tax ID # 59-2885854

Professional services:

| | |
|---|---|
| 1/8/08   Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | |
|---|---|
| | 2.00 |
| 1/8/08- Court Filing Fee | 18.50 |
| 1/8/08 - Instrument Recording Fee | 155.00 |
| 1/14/08- Service of Process | |
| Total Amount This Invoice | $300.50 |
| Total Current Charges | $300.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001683389
Our File No. 10047

Status – Foreclosure

Invoice Number  110827

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/31/08 | Flat fee for foreclosure lawsuit – first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/24/08- | Sale Fee | 60.00 |
| 1/31/08- | Publication of Notice of Sale | 76.84 |
| 1/31/08 - | Clerk's Filing Fee | 50.00 |
| | Total Amount This Invoice | $786.84 |
| | Total Current Charges | $786.84 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001159522
     Our File No. 14326
     Status - Foreclosure

     Invoice Number  110826

Tax ID # 59-2885854

     Professional services:

| | | |
|---|---|---:|
| 1/22/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

     Professional Costs:

| | | |
|---|---|---:|
| 1/21/08- | Title Search | 275.00 |
| 1/22/08- | Clerk's Filing Fee | 255.00 |
| 1/22/08) - | Instrument Recording Fee | 12.50 |
| 1/28/08- | Service of Process | 150.00 |
| | Total Amount This Invoice | $1,292.50 |
| | Total Current Charges | $1,292.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
****THANK YOU****

sls

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001340294
    Our File No. 10699

    Status - Foreclosure
    Invoice Number 110825

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---:|
| 1/15/08 | Flat fee for foreclosure lawsuit (second half). | 600.00 |

Professional Costs:

| | | |
|---|---|---:|
| 1/7/08- | Sale Fee | 60.00 |
| 1/14/08- | Instrument Recording Fee | 5.20 |
| 1/16/08- | Publication of Notice of Sale | 75.98 |
| | Total Amount This Invoice | $741.18 |
| | Total Current Charges | $741.18 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001136608
     Our File No. 13676
     Status - Foreclosure

     Invoice Number  110824

Tax ID # 59-2885854

---

         Professional services:

1/3/08  Flat fee for foreclosure lawsuit - first half.        600.00

---

         Professional Costs:
                                                              275.00
1/2/08- Title Search                                          255.00
1/3/08- Clerk's Filing Fee                                     10.00
1/3/08 - Instrument Recording Fee                             165.00
1/8/08- Service of Process                                  ----------
                                                           $1,305.00
         Total Amount This Invoice

         Total Current Charges                              $1,305.00

---

              PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001554693
Our File No. 09141
Status-Fcl

Invoice Number  110823

Tax ID # 59-2885854

---

Professional services:

| Date | Description | Amount |
|---|---|---|
| 1/4/08 | Flat fee for foreclosure lawsuit (second half). | 600.00 |

---

Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 1/3/08- | Sale Fee | 60.00 |
| 1/3/08 - | Instrument Recording Fee | 5.20 |

Total Amount This Invoice       $665.20

Total Current Charges       $665.20

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA, FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001555159
Our File No. 09131
Status - Foreclosure

Invoice Number  110822

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 1/3/08- Instrument Recording Fee | 22.50 |
| Total Amount This Invoice | $22.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
1600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mort Serv
     Account No. 1001554554
     Our File No. 09142

     Status-Foreclosure

     Invoice Number  110821

Tax ID # 59-2885854

_____

          Professional services:


  1/4/08  Flat fee for foreclosure lawsuit (second half).      600.00

_____

          Professional Costs:

                                                                60.00
  1/3/08- Sale Fee                                               5.20
  1/3/08 - Instrument Recording Fee
                                                              _____
          Total Amount This Invoice                           $665.20


          Total Current Charges                               $665.20
                                                              =========

_____


                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1000854200
   Our File No. 10374

   Status - Foreclosure

   Invoice Number  110819

Tax ID # 59-2885854

_____

      Professional Costs:


1/3/08- Instrument Recording Fee                          1.50
                                                         _____
      Total Amount This Invoice                           $1.50
_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

       Account No. 1001640316
       Our File No. 12924
       Status - Foreclosure

       Invoice Number  110818

Tax ID # 59-2885854

          Professional services:

 1/8/08   Flat fee to prepare assignment of mortgage.          125.00

          Professional Costs:

                                                                 1.00
 1/8/08-  Court Filing Fee                                      18.50
 1/8/08 - Instrument Recording Fee                             45.00
 1/31/08- Hydra Skiptrace                                     _____

          Total Amount This Invoice                          $189.50

          Total Current Charges                              $189.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/

Account No. 1001604065
Our File No. 12937
Status - Foreclosure

Invoice Number  110817

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/16/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/16/08- | Clerk's Filing Fee | 1.00 |
| 1/16/08 - | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $144.50 |
| | Total Current Charges | $144.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001409790
Our File No. 14761
Status - Foreclosure
Invoice Number  110815

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/25/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/24/08- | Title Search | 275.00 |
| 1/25/08- | Clerk's Filing Fee | 257.00 |
| 1/25/08 - | Record Lis Pendens | 19.00 |
| | Total Amount This Invoice | $1,151.00 |
| | Total Current Charges | $1,151.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001053032
    Our File No. 10115

    Status - Foreclosure

    Invoice Number  111275

Tax ID # 59-2885854

| | Professional services: | | Hrs/Rate | |
|---|---|---|---|---|
| 1/31/08 | Prepare for and attend hearing on Motion to Amend Final Judgement (1.0); correspondence with client (.3). (PEL) | | 1.30 150.00/hr | 195.00 |

| | Professional Costs: | | | |
|---|---|---|---|---|
| 1/30/08- | Hydra Skiptrace | | | 45.00 |
| | Total Amount This Invoice | | 1.30 | $240.00 |
| | Total Current Charges | | | $240.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001661011
Our File No. 13494
Status – Foreclosure

Invoice Number 110812

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 1/7/08 | Flat fee for foreclosure lawsuit – first half. | 600.00 |

---

Professional Costs:

| | |
|---|---|
| 1/4/08– Title Search | 395.00 |
| 1/7/08– Clerk's Filing Fee | 257.00 |
| 1/7/08 – Instrument Recording Fee | 12.00 |
| 1/11/08– Service of Process | 200.00 |
| 1/16/08– Service of Process | 25.00 |
| 1/29/08– Hydra Skiptrace | 45.00 |
| 1/30/08– Service of Process | 120.00 |

Total Amount This Invoice          $1,654.00

Total Current Charges          $1,654.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

　　　Account No. 1001604369
　　　Our File No. 14094
　　　Status - Foreclosure

　　　Invoice Number  111090

Tax ID # 59-2885854

　　　　Professional services:

| | | |
|---|---|---|
| 1/25/08 | Prepare and send acceleration letter. | 50.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/15/08- | Title Search | 305.00 |
| | Total Amount This Invoice | $355.00 |
| | Total Current Charges | $355.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1000799287
    Our File No. 10022

    Status - Foreclosure

    Invoice Number  110811

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---:|
| 1/31/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---:|
| | | 60.00 |
| 1/24/08- | Sale Fee | 84.50 |
| 1/31/08- | Publication of Notice of Sale | 50.00 |
| 1/31/08 - | Clerk's Filing Fee | |
| | Total Amount This Invoice | $794.50 |
| | Total Current Charges | $794.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001310454
Our File No. 13506
Status - Foreclosure

Invoice Number  110810

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 1/16/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 1/16/08- | Clerk's Filing Fee | 1.00 |
| 1/16/08 - | Instrument Recording Fee | 27.00 |
| | Total Amount This Invoice | $153.00 |
| | Total Current Charges | $153.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001422878
Our File No. 10058

Invoice Number  110809

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/2/08 | Flat fee for title claim/title curative. | 300.00 |
| 1/24/08 | Flat fee for foreclosure lawsuit (second half). | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/15/08- | Sale Fee | 60.00 |
| 1/21/08- | Instrument Recording Fee | 0.70 |
| 1/24/08- | Instrument Recording Fee | 4.50 |
| | Total Amount This Invoice | $965.20 |
| | Total Current Charges | $965.20 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

　　　Account No. 1000909680
　　　Our File No. 13592
　　　Status - Foreclsoure

　　　Invoice Number  110808

Tax ID # 59-2885854

　　　Professional services:

| | | |
|---|---|---|
| 1/4/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

| | | |
|---|---|---|
| | Professional Costs: | |
| 1/3/08- | Title Search | 340.00 |
| 1/4/08- | Clerk's Filing Fee | 261.00 |
| 1/9/08- | Service of Process | 332.00 |
| | Total Amount This Invoice | $1,533.00 |
| | Total Current Charges | $1,533.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001240936
Our File No. 11676
Status - Foreclosure

Invoice Number 110806

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---:|
| 1/8/08- Instrument Recording Fee | 32.50 |
| 1/8/08 - Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $37.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

      Account No. 1001023934
      Our File No. 10215

      Status - Foreclosure

      Invoice Number  110805

Tax ID # 59-2885854

      Professional Costs:

| | |
|---|---|
| 1/8/08- Hydra Skiptrace | 10.00 |
| Total Amount This Invoice | $10.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

Account No. 1001406882
Our File No. 09130
Status - Foreclosure

Invoice Number 110804

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 1/31/08- Publication of Notice of Sale | 250.92 |
| Total Amount This Invoice | $250.92 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

    Account No. 1001175221
    Our File No. 11781
    Status - Foreclosure

    Invoice Number  111274

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---:|
| 1/1/08 | Flat fee for title claim/title curative. | 300.00 |
| 1/28/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

    Professional Costs:

| | | |
|---|---|---:|
| 1/22/08- | Sale Fee | 60.00 |
| 1/30/08- | Instrument Recording Fee | 5.20 |
| 1/31/08- | Publication of Notice of Sale | 239.18 |
| | Total Amount This Invoice | $1,204.38 |
| | Total Current Charges | $1,204.38 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008    .

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001308967
     Our File No. 11842
     Status - Foreclosure
     Invoice Number  110802

Tax ID # 59-2885854

     Professional Costs:

| | |
|---|---|
| 1/18/08- Publication of Notice of Action | 120.99 |
| Total Amount This Invoice | $120.99 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001241739
Our File No. 09816

Status - Foreclosure
Invoice Number 110801

Tax ID # 59-2885854

Professional services:

| | |
|---|---|
| 1/15/08  Flat fee for foreclosure lawsuit (second half). | 600.00 |

Professional Costs:

| | |
|---|---|
| | 60.00 |
| 1/4/08- Sale Fee | 141.90 |
| 1/15/08- Publication of Notice of Sale | 5.20 |
| 1/17/08- Instrument Recording Fee | |
| Total Amount This Invoice | $807.10 |
| Total Current Charges | $807.10 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001087386
Our File No. 11008

Status - Foreclosure
Invoice Number  110797

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 1/3/08- Publication of Notice of Action | 347.53 |
| Total Amount This Invoice | $347.53 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001152617
Our File No. 15294
Status - Foreclosure

Invoice Number  111134

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/9/08 | Flat fee to answer foreclosure/monitor. | 200.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/9/08- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/

Account No. 1001751630
Our File No. 13511
Status - Foreclosure

Invoice Number  110791

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/18/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | |
|---|---|
| 1/17/08- Title Search | 275.00 |
| 1/18/08- Clerk's Filing Fee | 260.00 |
| 1/24/08- Service of Process | 205.00 |
| 1/29/08- Hydra Skiptrace | 45.00 |
| Total Amount This Invoice | $1,385.00 |
| Total Current Charges | $1,385.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001517500
Our File No. 11760
Status - Foreclosure

Invoice Number  111269

Tax ID # 59-2885854

---

Professional services:

| | | Hrs/Rate | |
|---|---|---|---|
| 1/3/08 | Review Motion to Dismiss filed by Walter Moore (.2); Telephone communications with Lawrence Lempert, Esquire (.5); Work on Motion to Dismiss hearing issue (.2). (PEL) | 0.90<br>150.00/hr | 135.00 |
| | Total Amount This Invoice | 0.90 | $135.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001343985
    Our File No. 13362
    Status – Foreclosure
    Invoice Number  110789

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 1/8/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 1/8/08– | Instrument Recording Fee | 18.50 |
| 1/15/08– | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $188.50 |
| | Total Current Charges | $188.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1000950573
     Our File No. 12033
     Status - Foreclosure

     Invoice Number  110787

Tax ID # 59-2885854

     Professional Costs:

| | |
|---|---|
| 1/30/08- Instrument Recording Fee | 41.50 |
| Total Amount This Invoice | $41.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001586388
Our File No. 09129
Status - Foreclosure

Invoice Number  110786

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/25/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/7/08- | Instrument Recording Fee | 31.50 |
| 1/25/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $175.00 |
| | Total Current Charges | $175.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001009991
     Our File No. 14325
     Status - Foreclosure

     Invoice Number 110783

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/23/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/22/08- | Title Search | 340.00 |
| 1/23/08- | Clerk's Filing Fee | 256.00 |
| 1/23/08 - | Instrument Recording Fee | 1.00 |
| | Total Amount This Invoice | $1,197.00 |
| | Total Current Charges | $1,197.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1000884698
   Our File No. 13361
   Status - Foreclosure

   Invoice Number  110779

Tax ID # 59-2885854
_____

       Professional Costs:


| | |
|---|---|
| 1/16/08- Service of Process | 12.00 |
| 1/16/08- Service of Process | 12.00 |
| Total Amount This Invoice | $24.00 |


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

       Account No. 1001134249
       Our File No. 12862
       Status - Foreclosure

       Invoice Number  110777

Tax ID # 59-2885854
_____

       Professional Costs:

| | |
|---|---:|
| 1/14/08- Service of Process | 12.00 |
| 1/16/08- Instrument Recording Fee | 22.50 |
| 1/16/08 - Hydra Skiptrace | 10.00 |
| Total Amount This Invoice | $44.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

## DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

     Account No. 1000531704
     Our File No. 13418
     Status - Foreclosure
     Invoice Number  110775

Tax ID # 59-2885854

      Professional Costs:

| | |
|---|---|
| 1/26/08- Hydra Skiptrace | 45.00 |
| Total Amount This Invoice | $45.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mort. Serv.
      Account No. 1001132816
      Our File No. 10562

      Status - Foreclosure

      Invoice Number  111301

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 1/10/08 | Flat fee for foreclosure lawsuit (second half). | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 1/3/08- | Sale Fee | 60.00 |
| 1/10/08- | Instrument Recording Fee | 5.20 |
| | Total Amount This Invoice | $665.20 |
| | Total Current Charges | $665.20 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage
      Account No. 1001095448
      Our File No. 13457-EVC

      Status - Eviction

      Invoice Number  111137

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/9/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/9/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  AMERICAN HOME MORTGAGE
     ACCOUNT NO. 1000683117
     OUR FILE NO. 10110

     STATUS- FCL

     Invoice Number  111204

Tax ID # 59-2885854

         Professional Costs:


1/26/08- Instrument Recording Fee                    20.50

         Total Amount This Invoice              $20.50


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001111446
Our File No. 11648
Status - Foreclosure

Invoice Number  111205

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---:|
| 1/11/08- Recording Fee | 23.50 |
| Total Amount This Invoice | $23.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001087345
     Our File No. 14557
     Status - Foreclosure

     Invoice Number  111206

Tax ID # 59-2885854

          Professional services:

1/28/08  Flat fee for foreclosure lawsuit - first half.          600.00

          Professional Costs:

                                                                 275.00
1/25/08- Title Search                                            259.00
1/28/08- Clerk's Filing Fee                                        4.00
1/28/08- Instrument Recording Fee                                185.00
1/30/08- Service of Process

         Total Amount This Invoice                           $1,323.00

         Total Current Charges                               $1,323.00

                    PAYMENT DUE UPON RECEIPT
         PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                       *****THANK YOU*****

lsp

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001508570
     Our File No. 09090
     Status - Foreclosure
     Invoice Number 110702

Tax ID # 59-2885854

     Professional services:

| | | |
|---|---|---|
| 1/2/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

     Professional Costs:

| | | |
|---|---|---|
| 1/2/08- | Instrument Recording Fee | 23.50 |
| 1/2/08- | Hydra Skiptrace | 45.00 |
| 1/2/08- | Attorney Ad Litem Fee | 350.00 |
| | Total Amount This Invoice | $1,018.50 |
| | Total Current Charges | $1,018.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

   Account No. 1001127286
   Our File No. 11395
   Status - Foreclosure

   Invoice Number  110700

Tax ID # 59-2885854

   Professional Costs:

| | |
|---|---|
| 1/2/08- Service of Process | 50.00 |
| Total Amount This Invoice | $50.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
****THANK YOU****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000892797
Our File No. 10376

Status - Foreclosure

Invoice Number  111086

Tax ID # 59-2885854

Professional services:

| Date | Description | Amount |
|---|---|---|
| 1/2/08 | Flat fee for title claim / title curative. | 300.00 |
| 1/17/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 1/2/08- | Publication of Notice of Action | 210.50 |
| 1/3/08- | Hydra Skiptrace | 5.00 |
| 1/3/08- | Instrument Recording Fee | 27.50 |
| 1/17/08- | Instrument Recording Fee | 23.50 |
| | Total Amount This Invoice | $1,166.50 |
| | Total Current Charges | $1,166.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

    Account No. 1001007123
    Our File No. 10494

    Status - Foreclosure
    Invoice Number 110696

Tax ID # 59-2885854

    Professional Costs:

| | |
|---|---|
| 1/16/08- Publication of Notice of Action | 126.00 |
| Total Amount This Invoice | $126.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001277930
Our File No. 12814
Status - Foreclosure

Invoice Number  111270

Tax ID # 59-2885854

Professional services:

|  |  | Hrs/Rate |  |
|---|---|---|---|
| 1/3/08 | Review Answer and Affirmative Defenses (.2); Review Defendants Request to Produce (.2); work on Pleading and Discovery Deadline issues (.2); Draft correspondence to client (.2). (PEL) | 0.80 150.00/hr | 120.00 |
| 1/21/08 | Correspondence with client (.2); work on document production issue (.2). (PEL) | 0.40 150.00/hr | 60.00 |
| 1/30/08 | Communications with client. (PEL) | 0.20 150.00/hr | 30.00 |

Professional Costs:

| 1/4/08- | Court Filing Fee |  | 4.00 |
|---|---|---|---|
|  | Total Amount This Invoice | 1.40 | $214.00 |
|  | Total Current Charges |  | $214.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001627764
Our File No. 12202
Status - Foreclosure

Invoice Number 110694

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 1/8/08- Service of Process | 35.00 |
| Total Amount This Invoice | $35.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
        Account No. 1001344285
        Our File No. 14563
        Status - Foreclosure

        Invoice Number  111328

Tax ID # 59-2885854

              Professional services:

1/25/08  Flat fee for foreclosure lawsuit - first half.        600.00

              Professional Costs:

1/25/08- Clerk's Filing Fee                                      259.00
      - Instrument Recording Fee                                  12.00

              Total Amount This Invoice                         $871.00

              Total Current Charges                             $871.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001485120
    Our File No. 15684
    Status - Answer / Monitor

    Invoice Number  111135

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 1/31/08 | Flat fee to answer foreclosure/monitor. | 200.00 |

    Professional Costs:

| | | |
|---|---|---|
| 1/31/08- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001386158
Our File No. 12869
Status - Foreclosure

Invoice Number  110691

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 1/8/08- Instrument Recording Fee | 22.50 |
| Total Amount This Invoice | $22.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001688848
     Our File No. 11767
     Status - Foreclosure
     Invoice Number 110690

Tax ID # 59-2885854

     Professional Costs:

| | |
|---|---:|
| 1/25/08- Attorney Ad Litem | 350.00 |
| 1/26/08- Instrument Recording Fee | 28.50 |
| Total Amount This Invoice | $378.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001151175
    Our File No. 11172

    Status-Fcl
    Invoice Number  110689

Tax ID # 59-2885854

_____

        Professional services:


  1/2/08   Flat fee for title claim/title curative.              300.00

  1/15/08  Flat fee for foreclosure lawsuit (second half).       600.00

_____

        Professional Costs:

  1/7/08- Sale Fee                                                 60.00
  1/7/08 - Publication of Notice of Sale                          255.50

        Total Amount This Invoice                             $1,215.50


        Total Current Charges                                 $1,215.50

_____


                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****
sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   AMERICAN HOME MORTGAGE
      Account No. 1001460461
      Our File No. 11487

      Status - Eviction

      Invoice Number   111139

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/14/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/14/08 - | Writ of Possession | 70.00 |
| 1/14/08 - | Clerk's Filing Fee | 50.00 |
| | Total Amount This Invoice | $470.00 |
| | Total Current Charges | $470.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing, ......  . - ..    .

    Account No. 1001538846
    Our File No. 13322
    Status - Foreclosure

    Invoice Number 110686

Tax ID # 59-2885854

---

    Professional Costs:

| | |
|---|---|
| 1/11/08- Service of Process | 140.00 |
| 1/17/08- Hydra Skiptrace | 45.00 |
| Total Amount This Invoice | $185.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001089559
Our File No. 10561

Invoice Number  110687

Tax ID # 59-2885854

Professional services:

| | |
|---|---|
| 1/25/08  Flat fee for foreclosure lawsuit (second half). | 600.00 |

Professional Costs:

| | |
|---|---|
| 1/9/08- Publication of NOS | 101.40 |
| 1/18/08- Sale Fee | 60.00 |
| Total Amount This Invoice | $761.40 |
| Total Current Charges | $761.40 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001375493
     Our File No. 11663
     Status - Foreclosure

     Invoice Number  110684

Tax ID # 59-2885854

_____

       Professional Costs:


1/26/08- Instrument Recording Fee                         28.50
       - Hydra Skiptrace                                   5.00
                                                         _____
       Total Amount This Invoice                         $33.50
_____

                   PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****

sls

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
#### 9204 KING PALM DRIVE
#### TAMPA FL 33619-1328
#### 813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mort. Serv.
     Account No. 1001395406
     Our File No. 10304

     Status-Fcl,

     Invoice Number  110683

Tax ID # 59-2885854

---

        Professional services:

| | |
|---|---|
| 1/8/08   Flat fee for foreclosure lawsuit (second half). | 600.00 |

---

        Professional Costs:

| | |
|---|---|
| 1/4/08- Clerk's Filing Fee | 50.00 |
| 1/8/08- Instrument Recording Fee | 5.20 |
| Total Amount This Invoice | $655.20 |
| Total Current Charges | $655.20 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

        Account No. 1001615696
        Our File No. 11784
        Status – Foreclosure

        Invoice Number  110682

Tax ID # 59-2885854

_____

          Professional Costs:

| | |
|---|---|
| 1/29/08- Instrument Recording Fee | 25.50 |
| Total Amount This Invoice | $25.50 |

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
****THANK YOU****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

Account No. 1001685417
Our File No. 10707

Status - Foreclosure

Invoice Number   111136

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/2/08  Flat fee for title claim / title curative. | | 300.00 |
| Total Amount This Invoice | | $300.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001479438
Our File No. 12956
Status - Foreclosure

Invoice Number 110681

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/8/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/8/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $143.50 |
| | Total Current Charges | $143.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001474875
Our File No. 12955
Status - Foreclosure

Invoice Number  110680

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/8/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/8/08- | Instrument Recording Fee | 18.50 |
| 1/26/08- | Instrument Recording Fee | 23.50 |
| | Total Amount This Invoice | $167.00 |
| | Total Current Charges | $167.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001263440
Our File No. 10768

Status - Foreclosure
Invoice Number 110679

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/24/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/24/08- | Instrument Recording Fee | 23.50 |
| | Total Amount This Invoice | $623.50 |
| | Total Current Charges | $623.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  AMERICAN HOME MORTGAGE,
     Account No. 1000966668
     Our File No. 13449


     Status - Eviction

     Invoice Number  111140

Tax ID # 59-2885854

          Professional services:


| | |
|---|---|
| 1/21/08  Flat fee for Writ of Possession after the foreclosure. | 350.00 |

          Professional Costs:

| | |
|---|---|
| 1/21/08- Writ of Possession | 70.00 |
| Total Amount This Invoice | $420.00 |
| Total Current Charges | $420.00 |


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1000938767
    Our File No. 11639
    Status - Foreclosure

    Invoice Number  110673

Tax ID # 59-2885854

       Professional services:

| | |
|---|---:|
| 1/24/08  Flat fee for foreclosure lawsuit - second half | 600.00 |

      Professional Costs:

| | |
|---|---:|
| 1/1/08- Instrument Recording Fee | 18.50 |
| 1/24/08- Clerk's Filing Fee | 50.00 |
| Total Amount This Invoice | $668.50 |
| Total Current Charges | $668.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

Account No. 1000770262
Our File No. 13499
Status - Answer

Invoice Number 110674

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/10/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 1/25/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/9/08- | Title Search | 275.00 |
| 1/10/08- | Clerk's Filing Fee | 257.00 |
| 1/15/08- | Service of Process | 225.00 |
| 1/25/08- | Instrument Recording Fee | 18.50 |

Total Amount This Invoice    $1,500.50

Total Current Charges    $1,500.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000631979
Our File No. 09818

Invoice Number  110675

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/24/08 | Flat fee for foreclosure lawsuit (second half). | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/10/08- | Publication of Notice of Sale | 175.68 |
| 1/14/08- | Sale Fee | 60.00 |
| 1/21/08- | Instrument Recording Fee | 5.20 |
| | Total Amount This Invoice | $840.88 |
| | Total Current Charges | $840.88 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

Account No. 1001120371
Our File No. 10567

Status - Foreclosure
Invoice Number 110676

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 1/8/08- Instrument Recording Fee | 21.50 |
| Total Amount This Invoice | $21.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001019765
Our File No. 10213

Status - Foreclosure
Invoice Number  110677

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 1/9/08- Instrument Recording Fee | 30.50 |
| Total Amount This Invoice | $30.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001773727
     Our File No. 12916
     Status - Foreclosure

     Invoice Number  110678

Tax ID # 59-2885854

---

         Professional services:


| | | |
|---|---|---|
| 1/2/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

         Professional Costs:

| | | |
|---|---|---|
| 1/16/08- | Clerk's Filing Fee | 1.00 |
| 1/16/08 - | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $144.50 |
| | Total Current Charges | $144.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
****THANK YOU****

sls

DAÑIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:    American Home Mortgage Servicing

Account No. 1000881078
Our File No. 13421
Status - Foreclosure

Invoice Number 110648

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---:|
| 1/4/08- Service of Process | 40.00 |
| 1/14/08- Service of Process | 25.00 |
| 1/26/08- Hydra Skiptrace | 45.00 |
| Total Amount This Invoice | $110.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:    American Home Mortgage
       Account No. 1000499060
       Our File No. 14684


       Status - Eviction

       Invoice Number  111141

Tax ID # 59-2885854
_____

         Professional services:


| | | |
|---|---|---|
| 1/18/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |
| | Total Amount This Invoice | $350.00 |

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

       Account No. 1001572272
       Our File No. 10554

       Status - Foreclosure
       Invoice Number 110644

Tax ID # 59-2885854

Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 1/7/08- | Instrument Recording Fee | 28.50 |
| 1/7/08- | Hydra Skiptrace | 10.00 |
| | Total Amount This Invoice | $38.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001670002
     Our File No. 13514
     Status - Foreclosure

     Invoice Number 110642

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 1/8/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 1/3/08- | Service of Process | 245.00 |
| 1/8/08- | Instrument Recording Fee | 19.50 |
| | Total Amount This Invoice | $389.50 |
| | Total Current Charges | $389.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001308868
      Our File No. 12468
      Status - Foreclosure

      Invoice Number  111329

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 1/2/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 1/2/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $143.50 |
| | Total Current Charges | $143.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001592732
     Our File No. 11847
     Status - Foreclosure

     Invoice Number  110636

Tax ID # 59-2885854

       Professional Costs:

| | |
|---|---|
| 1/7/08- Service of Process | 50.00 |
| Total Amount This Invoice | $50.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001311294
     Our File No. 12886
     Status - Foreclosure

     Invoice Number  110632

Tax ID # 59-2885854

     Professional Costs:

| | |
|---|---|
| 1/2/08- Service of Process | 35.00 |
| Total Amount This Invoice | $35.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/

     Account No. 1001481742
     Our File No. 10057

     Status – Foreclosure
     Invoice Number 110843

Tax ID # 59-2885854

     Professional Costs:

| | | |
|---|---|---|
| 1/18/08- | Publication of Notice of Sale | 165.00 |
| 1/31/08- | Sale Fee | 60.00 |
| | Total Amount This Invoice | $225.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
****THANK YOU****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mort. Serv.
      Account No. 1001028166
      Our File No. 10054

      Status-Fcl

      Invoice Number  110629

Tax ID # 59-2885854

          Professional services:


  1/7/08   Flat fee for foreclosure lawsuit (second half).        600.00


          Professional Costs:

  1/4/08-  Hydra Skiptrace                                          45.00
  1/7/08-  Instrument Recording Fee                                 5.20

          Total Amount This Invoice                              $650.20


          Total Current Charges                                  $650.20


                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                       *****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001269921
Our File No. 10293

Invoice Number  110628

Tax ID # 59-2885854

---

Professional services:

| | |
|---|---|
| 1/31/08  Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | |
|---|---|
| | 60.00 |
| 1/22/08- Sale Fee | 987.71 |
| 1/30/08- Instrument Recording Fee | 4.50 |
| 1/31/08- Instrument Recording Fee | 152.32 |
| 1/31/08- Publication of Notice of Sale | |
| Total Amount This Invoice | $1,804.53 |
| Total Current Charges | $1,804.53 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
#### 9204 KING PALM DRIVE
#### TAMPA FL 33619-1328
#### 813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mort. Serv.
     Account No. 1001026109
     Our File No. 10053

     Status-Fcl

     Invoice Number  110627

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 1/7/08 | Flat fee for foreclosure lawsuit (second half). | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 1/7/08- | Publication of Notice of Sale | 159.50 |
| 1/7/08- | Instrument Recording Fee | 5.20 |
| | Total Amount This Invoice | $764.70 |
| | Total Current Charges | $764.70 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   AMERICAN HOME MORTGAGE
      Account No. 1001036469
      Our File No. 14685

      Status - Eviction

      Invoice Number  111143

Tax ID # 59-2885854

      Professional services:

| | | |
|---|---|---|
| 1/31/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

      Professional Costs:

| | | |
|---|---|---|
| 1/17/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
#### 9204 KING PALM DRIVE
#### TAMPA FL 33619-1328
#### 813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001429455
    Our File No. 10302

    Status – Foreclosure
    Invoice Number 110625

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---:|
| 1/10/08 | Flat fee for foreclosure lawsuit – second half | 600.00 |

Professional Costs:

| | | |
|---|---|---:|
| 1/7/08– | Publication of Notice of Sale | 74.68 |
| 1/10/08– | Instrument Recording Fee | 23.50 |
| 1/10/08 – | Clerk's Filing Fee | 50.00 |
| | Total Amount This Invoice | $748.18 |
| | Total Current Charges | $748.18 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001429455
Our File No. 10302-ANS
Status - Answer
Invoice Number 110624

Tax ID # 59-2885854

Professional services:

| | |
|---|---|
| 1/21/08  Flat fee to answer foreclosure/monitor. | 200.00 |

Professional Costs:

| | |
|---|---|
| 1/21/08- Title Search | 150.00 |
| Total Amount This Invoice | $350.00 |
| Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000884280
Our File No. 12861
Status - Foreclosure

Invoice Number 110623

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---:|
| 1/18/08- Publication of Notice of Action | 202.50 |
| Total Amount This Invoice | $202.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   AMERICAN HOME MORTGAGE
      Account No. 1001162628
      Our File No. 13183

      Status - Eviction

      Invoice Number  111144

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/14/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/14/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001654736
    Our File No. 13324
    Status - Foreclosure

    Invoice Number  110621

Tax ID # 59-2885854

      Professional services:

| | | |
|---|---|---|
| 1/8/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

      Professional Costs:

| | | |
|---|---|---|
| 1/8/08- | Instrument Recording Fee | 27.00 |
| | Total Amount This Invoice | $152.00 |
| | Total Current Charges | $152.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001646369
Our File No. 12465
Status — Foreclosure

Invoice Number  110620

Tax ID # 59-2885854
_____

Professional Costs:

| | |
|---|---:|
| | 320.00 |
| 1/2/08- Service of Process | 9.50 |
| 1/9/08- Instrument Recording Fee | 5.00 |
| 1/2/08 - Hydra Skiptrace | 88.94 |
| 1/28/08- Publication of Notice of Action | |
| Total Amount This Invoice | $423.44 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001636500
     Our File No. 12215
     Status - Foreclosure
     Invoice Number 110619

Tax ID # 59-2885854

     Professional services:

| | | |
|---|---|---|
| 1/16/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

     Professional Costs:

| | | |
|---|---|---|
| 1/7/08- | Instrument Recording Fee | 22.50 |
| 1/7/08- | Hydra Skiptrace | 5.00 |
| 1/11/08- | Publication of Notice of Action | 87.86 |
| 1/16/08- | Clerk's Filing Fee | 1.00 |
| 1/16/08 - | Instrument Recording Fee | 27.00 |
| | Total Amount This Invoice | $268.36 |
| | Total Current Charges | $268.36 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1000830214
Our File No. 09346


Status — Fcl

Invoice Number 110618

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/2/08 | Flat fee for title claim/title curative. | 300.00 |
| 1/15/08 | Flat fee for foreclosure lawsuit (second half). | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/7/08- | Publication of Notice of Sale | 293.00 |
| 1/9/08- | Sale Fee | 60.00 |
| 1/14/08- | Instrument Recording Fee | 5.20 |
| | Total Amount This Invoice | $1,258.20 |
| | Total Current Charges | $1,258.20 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

mjt

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001454364
Our File No. 14760
Status - Foreclosure

Invoice Number  111089

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 1/31/08- Title Search | 275.00 |
| Total Amount This Invoice | $275.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

　　Account No. 1001312428
　　Our File No. 12207
　　Status - Foreclosure
　　Invoice Number 110617

Tax ID # 59-2885854

　　　Professional Costs:

| | | |
|---|---|---|
| 1/30/08- | Instrument Recording Fee | 44.00 |
| 1/30/08- | Hydra Skiptrace | 15.00 |
| | Total Amount This Invoice | $59.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001035008
    Our File No. 13498
    Status - Foreclosure

    Invoice Number  111208

Tax ID # 59-2885854

    Professional services:

| Date | Description | Amount |
|---|---|---|
| 1/31/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

    Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 1/2/08- | Publication of Notice of Action | 301.00 |
| 1/7/08- | Service of Process | 150.00 |
| 1/11/08- | Instrument Recording Fee | 18.50 |
| 1/11/08- | Hydra Skiptrace | 5.00 |

    Total Amount This Invoice         $1,074.50

    Total Current Charges         $1,074.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001080966
Our File No. 09085

Status - Foreclosure
Invoice Number 110528

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/31/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/4/08- | Publication of Notice of Sale | 223.00 |
| 1/30/08- | Clerk's Filing Fee | 50.00 |
| | Total Amount This Invoice | $873.00 |
| | Total Current Charges | $873.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mort. Serv.
     Account No. 1001150193
     Our File No. 09087

     Status-Fcl

     Invoice Number  110527

Tax ID # 59-2885854

_____

     Professional services:


| | |
|---|---|
| 1/18/08  Flat fee for foreclosure lawsuit - second half | 600.00 |

_____

     Professional Costs:

| | |
|---|---|
| 1/7/08- Instrument Recording Fee | 3.50 |
| 1/7/08- Instrument Recording Fee | 0.70 |
| 1/24/08- Clerk's Filing Fee | 50.00 |
| Total Amount This Invoice | $654.20 |
| Total Current Charges | $654.20 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001545226
Our File No. 12911
Status – Foreclosure
Invoice Number  110525

Tax ID # 59-2885854

Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 1/8/08– | Instrument Recording Fee | 29.50 |
| 1/8/08 – | Instrument Recording Fee | 13.00 |
| 1/10/08– | Hydra Skiptrace | 5.00 |
| 1/18/08– | Publication of Notice of Action | 180.00 |
| | Total Amount This Invoice | $227.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001023650
Our File No. 12879
Status - Foreclosure
Invoice Number  110524

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/25/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/25/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $143.50 |
| | Total Current Charges | $143.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mort. Serv.
     Account No. 1001160662
     Our File No. 10566

     Status-Fcl

     Invoice Number  110523

Tax ID # 59-2885854

_____

          Professional services:

1/15/08  Flat fee for foreclosure lawsuit (second half).        600.00

_____

          Professional Costs:
                                                                 60.00
1/7/08-  Sale Fee                                                 4.50
1/14/08- Instrument Recording Fee                                 0.70
1/14/08- Instrument Recording Fee
                                                               _____
          Total Amount This Invoice                             $665.20


          Total Current Charges                                 $665.20
                                                               ==========

_____

            PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                *****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

        Account No. 1001265760
        Our File No. 11813
        Status - Foreclosure

        Invoice Number  110522

Tax ID # 59-2885854

_____

        Professional Costs:


1/18/08- Publication of Notice of Action              124.48
1/31/08- Sale Fee                                      60.00
                                                     _____
        Total Amount This Invoice                    $184.48
_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001081709
      Our File No. 11766
      Status – Foreclosure

      Invoice Number  110521

Tax ID # 59-2885854

          Professional Costs:


1/10/08– Publication of Notice of Action          107.63

          Total Amount This Invoice          $107.63


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000949279
Our File No. 13602
Status - Foreclosure

Invoice Number  111330

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 1/8/08- Hydra Skiptrace | 45.00 |
| 1/24/08- Service of Process | 64.00 |
| Total Amount This Invoice | $109.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001059806
     Our File No. 11848
     Status - Foreclosure

     Invoice Number  110513

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 1/8/08- Instrument Recording Fee | 29.50 |
| Total Amount This Invoice | $29.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

    Account No. 1001435615
    Our File No. 13303
    Status - Foreclosure

    Invoice Number  110511

Tax ID # 59-2885854

        Professional Costs:


  1/2/08- Hydra Skiptrace                                45.00

        Total Amount This Invoice                       $45.00


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001331311
Our File No. 10300

Status - Answer / Monitor
Invoice Number  110510

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/14/08 | Flat fee to answer foreclosure/monitor. | 200.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/14/08- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
#### 9204 KING PALM DRIVE
#### TAMPA FL 33619-1328
#### 813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001645777
Our File No. 12936
Status – Foreclosure

Invoice Number 110506

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 1/18/08- Publication of Notice of Action | 168.95 |
| 1/30/08- Service of Process | 95.00 |
| Total Amount This Invoice | $263.95 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001683583
Our File No. 12876
Status — Foreclosure

Invoice Number  110503

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/8/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/8/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $143.50 |
| | Total Current Charges | $143.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   AMERICAN HOME MORTGAGE,
      Account No. 1001038708
      Our File No. 13182

      Status - Eviction

      Invoice Number  111145

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/14/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/14/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

February 16, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000561508
Our File No. 13427
Status - Foreclosure

Invoice Number  111088

Tax ID # 59-2885854

Professional Costs:

1/5/08- Title Search                                          275.00

Total Amount This Invoice                             $275.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001087515
     Our File No. 12855
     Status - Foreclosure

     Invoice Number  110499

Tax ID # 59-2885854

_____

     Professional services:

| Date | Description | Amount |
|------|-------------|-------:|
| 1/16/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

_____

     Professional Costs:

| Date | Description | Amount |
|------|-------------|-------:|
| 1/2/08- | Service of Process | 10.00 |
| 1/14/08- | Service of Process | 158.00 |
| 1/16/08- | Instrument Recording Fee | 19.50 |
| | Total Amount This Invoice | $312.50 |
| | Total Current Charges | $312.50 |

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mort. Serv.
     Account No. 1001134224
     Our File No. 12367-BK
     Status - BK CH 7, 07-18251-JKO, 10/02/2007

     Invoice Number  111332

Tax ID # 59-2885854

---

Professional services:

|  |  | Hrs/Rate |  |
|---|---|---|---|
| 1/11/08 | Receive Ch. 7 referral, open file (.2); Prepare and file Notice of Appearance (.6); advise client, monitor and close (.4). (PEL) | 1.20<br>150.00/hr | 180.00 |
|  | Total Amount This Invoice | 1.20 | $180.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000771900
Our File No. 12833
Status - Foreclosure

Invoice Number  110495

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/25/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/25/08- | Instrument Recording Fee | 23.50 |
| | Total Amount This Invoice | $623.50 |
| | Total Current Charges | $623.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001225810
Our File No. 09157
Status - Foreclosure

Invoice Number  110494

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 1/18/08- Publication of Notice of Sale | 175.05 |
| Total Amount This Invoice | $175.05 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1000741349
Our File No. 13416
Status - Foreclosure
Invoice Number  110306

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/22/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/22/08- | Clerk's Filing Fee | 19.50 |
| | Total Amount This Invoice | $144.50 |
| | Total Current Charges | $144.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001431160
Our File No. 12920
Status - Foreclosure

Invoice Number  111087

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/7/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/7/08- | Court Filing Fee | 2.00 |
| 1/7/08 - | Instrument Recording Fee | 27.00 |
| 1/18/08- | Publication of Notice of Action | 255.00 |
| | Total Amount This Invoice | $409.00 |
| | Total Current Charges | $409.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001189052
    Our File No. 12850
    Status - Foreclosure

    Invoice Number  111335

Tax ID # 59-2885854

    Professional services:

| | | Hrs/Rate | |
|---|---|---|---|
| 1/18/08 | Respond to defendant's motion for enlargement of time. (PEL) | 1.70 150.00/hr | 255.00 |
| 1/21/08 | Respond to defendant's demand for disclosures required by the real estate settlement procedures act. (PEL) | 4.00 150.00/hr | 600.00 |
| 1/22/08 | Respond to defendant's demand for written verification of reinstatement and payoff figures for consumer debt. (PEL) | 1.50 150.00/hr | 225.00 |
| | Total Amount This Invoice | 7.20 | $1,080.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001307750
Our File No. 12214
Status - Foreclosure

Invoice Number  110304

Tax ID # 59-2885854

___

Professional Costs:

| | |
|---|---|
| 1/17/08- Publication of Notice of Action | 39.53 |
| Total Amount This Invoice | $39.53 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1000803524
    Our File No. 12200
    Status – Foreclosure

    Invoice Number  110303

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---:|
| 1/25/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---:|
| 1/3/08– | Publication of Notice of Action | 319.40 |
| 1/8/08– | Hydra Skiptrace | 20.00 |
| 1/9/08– | Instrument Recording Fee | 26.50 |
| 1/25/08– | Instrument Recording Fee | 18.50 |
| 1/26/08– | Service of Process | 80.00 |
| 1/30/08– | Attorney Ad Litem | 450.00 |

    Total Amount This Invoice        $1,039.40

    Total Current Charges        $1,039.40

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing.

Account No. 1001568277
Our File No. 10051

Status - Foreclosure

Invoice Number  110302

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 1/22/08- Clerk's Filing Fee | | 8.00 |
| 1/22/08 - Instrument Recording Fee | | 15.00 |
| 1/22/08 Service of Process | | 60.00 |
| Total Amount This Invoice | | $83.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001313775
Our File No. 12857

Invoice Number  110301

Tax ID # 59-2885854

---

Professional services:

| Date | Description | Amount |
|------|-------------|--------|
| 1/2/08 | Prepare and send acceleration letter. | 50.00 |
| 1/25/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| Date | Description | Amount |
|------|-------------|--------|
| 1/24/08- | Title Search | 275.00 |
| 1/25/08- | Clerk's Filing Fee | 255.00 |
| 1/25/08 - | Instrument Recording Fee | 10.00 |
| | Total Amount This Invoice | $1,190.00 |
| | Total Current Charges | $1,190.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

lsp

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000783801
Our File No. 14560
Status - FCL

Invoice Number  111146

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 1/24/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 1/3/08- | Title Search | 275.00 |
| | Total Amount This Invoice | $875.00 |
| | Total Current Charges | $875.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001098612
Our File No. 12868
Status - Foreclosure

Invoice Number 110298

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---:|
| 1/31/08- Certified Court Docs | 21.50 |
| Total Amount This Invoice | $21.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001368691
Our File No. 10587

Status - Fcl

Invoice Number  111147

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 1/25/08 | Flat fee for foreclosure lawsuit (second half). | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 1/8/08- | Publication of Notice of Sale | 176.26 |
| 1/17/08- | Sale Fee | 60.00 |
| 1/24/08- | Instrument Recording Fee | 4.50 |
| 1/24/08 - | Documentary Stamps | 917.00 |
| | Total Amount This Invoice | $1,757.76 |
| | Total Current Charges | $1,757.76 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing.

      Account No. 1001593919
      Our File No. 09817

      Status - Foreclosure
      Invoice Number  110295

Tax ID # 59-2885854

---

      Professional Costs:

| | |
|---|---:|
| 1/29/08- Sale Fee | 60.00 |
| Total Amount This Invoice | $60.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

February 16, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

     Account No. 1001468831 & 1001468989
     Our File No. 13595
     Status - Foreclosure
     Invoice Number  110294

Tax ID # 59-2885854

---

     Professional services:

| | | |
|---|---|---|
| 1/2/08 | Prepare and send acceleration letter. | 50.00 |

---

     Professional Costs:

| | | |
|---|---|---|
| 1/21/08- | Title Search | 275.00 |
| | Total Amount This Invoice | $325.00 |
| | Total Current Charges | $325.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls