UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | CHAPTER 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation, et al., | CASE NO.:   07-11047 CSS |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND PLEADINGS

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. 1109(b) and Rule 901(b) of the Federal Rules of Bankruptcy Procedure, New York State Attorney General Andrew M. Cuomo hereby files this Notice of Appearance and Request For Service on behalf of the New York State Department of Taxation and Finance, a creditor of the Debtor(s), and does hereby request that all notices required to be given under Bankruptcy Rule 2002, including notices under Bankruptcy Rule 2002(i) that, but for this request would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, and all papers served or required to be served, in this case or any related adversary proceeding be given to, and served upon:

> Norman P. Fivel
> Assistant Attorney General
> Office of the New York State Attorney General
> Civil Recoveries Bureau
> The Capitol
> Albany, New York 12224

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002 but also includes, without limitation, notices of any applications, motions, orders, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, disclosure statements, plans of

reorganization, or any other document brought before this Court with respect to this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telex or otherwise.  The Clerk of the Court is requested to place the names and addresses of counsel as set forth in this Notice on any Master Service List in this case.

Dated:  February 29, 2008
        Albany, New York

                                Respectfully submitted,
                                Andrew M. Cuomo
                                Attorney General of the State of New York


                              By:/s/ Norman P. Fivel
                                Norman P. Fivel
                                Assistant Attorney General
                                Civil Recoveries Bureau
                                The Capitol
                                Albany, New York   12224
                                Telephone: (518) 474-6842
                                Facsimile: (518) 408-2057
                                Email: Norman.Fivel@oag.state.ny.us