# EXHIBIT C

Requested and Prepared by:
FIRST AMERICAN TITLE/LENDERS ADV
125-11-810-028

When Recorded Mail To:
Five Star Service Corporation
1000 Technology Drive
MS-314
O'Fallon, MO 63368-2240
3507140

12286898
ASSN

20071109-0002859

Fee: $15.00
N/C Fee: $0.00

11/09/2007        14:29:11
T20070198523
Requestor:
TITLE COURT SERVICE INC

Debbie Conway        SOL
Clark County Recorder    Pgs: 2

Loan No.: 0012286898  Investor No.
TS No: 07-72710-N

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned corporation hereby grants, assigns, and transfers to:
**CITIMORTGAGE, INC.**
all beneficial interest under that certain Deed of Trust dated: **01/09/2006** executed by
**MIKHAEL YAZBEK, RENEE YAZBEK**, as Trustor(s), to **EQUITY TITLE OF NEVADA**,
as Trustee, and recorded as Instrument No. **0004925**, on **01/12/2006**, in Book **20060112**, Page
of Official Records, in the office of the County Recorder of **Clark** County, **Nevada**, describing
land therein as: More fully described on said Deed of Trust

together with the Promissory Note secured by said Deed of Trust and also all rights accrued or to
accrue under said Deed of Trust.

Loan No.: **0012286898** Investor No.
TS No: **07-72710-N**

Date: **11/07/2007**

                           MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

                           _____
                           ROBIN KRAMER, VICE PRESIDENT

State of MISSOURI } ss.
County of ST CHARLES }

On 11/7/2007 before me, JAMES D. AGEE, JR. Notary Public, personally appeared ROBIN KRAMER personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature _____ (Seal)
         JAMES D. AGEE, JR.

*[Notary Seal: JAMES D. AGEE, JR. — NOTARY PUBLIC — STATE OF MISSOURI — SEAL]*

JAMES D. AGEE, JR.
Notary Public - State of Missouri
St. Charles County
My Commission Expires July 18, 2008