# EXHIBIT D

# EAGLE TSG FORECLOSURE TITLE POLICY
# AND
# COMMITMENT FOR TITLE INSURANCE

## FORECLOSURE TITLE POLICY

UPON PAYMENT OF THE PREMIUM AND SUBJECT TO THE EXCLUSIONS FROM COVERAGE, THE SCHEDULE OF EXCEPTIONS, CONDITIONS AND STIPULATIONS AND OTHER PROVISIONS OF THIS POLICY

### *First American Title Insurance Company*

A FIRST AMERICAN CORPORATION, HEREIN CALLED THE COMPANY, INSURES, AS OF DATE OF POLICY, AGAINST ACTUAL MONETARY LOSS OR DAMAGE, NOT EXCEEDING THE LIABILITY AMOUNT SHOWN IN SCHEDULE A, SUSTAINED OR INCURRED BY THE INSURED BY REASON OF THE FOLLOWING COVERED RISKS:

**COVERED RISKS**

1. THE TITLE TO THE ESTATE OR INTEREST IN THE LAND DESCRIBED HEREIN BEING VESTED OTHER THAN AS SHOWN IN SCHEDULE A;

2. DEFECTS, LIENS AND ENCUMBRANCES AFFECTING THE TITLE;

3. INVALIDITY OF THE FORECLOSURE BASED UPON A PETITION FOR RELIEF FILED BY OR AGAINST THE VESTEE SHOWN IN SCHEDULE A, UNDER TITLE 11 UNITED STATES CODE (BANKRUPTCY) WITH THE CLERK OF ANY COURT OF COMPETENT JURISDICTION MORE THAN FIFTEEN (15) CALENDAR DAYS PRIOR TO DATE OF POLICY.

4. THE MORTGAGE SHOWN IN PARAGRAPH 9 OF SCHEDULE A NOT HAVING SUFFICIENT PRIORITY, AS A MATTER OF LAW, TO EXTINGUISH THE INTEREST OF THE VESTEE SHOWN IN PARAGRAPH 7 OF SCHEDULE A AND THE LIENS AND ENCUMBRANCES SHOWN AS EXCEPTION(S) IN PART III OF THE SCHEDULE OF EXCEPTIONS UPON COMPLETION OF A LAWFULLY CONDUCTED FORECLOSURE;

5. THE LAND IS NOT LOCATED IN THE AREA DESCRIBED IN PARAGRAPH 2 OF SCHEDULE B, PART III;

6. THE NAMES AND ADDRESSES OF PARTIES ENTITLED TO NOTICE OF FORECLOSURE PURSUANT TO APPLICABLE LAW BEING OTHER THAN AS SHOWN IN SCHEDULE B, PART I;

7. THE NAMES AND ADDRESSES OF FEDERAL, AND STATE AUTHORITIES ENTITLED TO NOTICE OF FORECLOSURE PURSUANT TO APPLICABLE LAW BEING OTHER THAN AS SHOWN IN SCHEDULE B, PART II; AND,

8. ANY OF THE NEWSPAPERS, IF LISTED, IN PARAGRAPH 1 OF SCHEDULE B, PART III FAILING TO QUALIFY AS A PUBLICATION FOR NOTICE OF THE FORECLOSURE PURSUANT TO APPLICABLE LAW.

THE COMPANY WILL ALSO PAY THE COSTS, ATTORNEYS' FEES AND EXPENSES INCURRED IN DEFENSE OF THE TITLE, AS INSURED, BUT ONLY TO THE EXTENT PROVIDED IN THE CONDITIONS AND STIPULATIONS.

By: TODD BRACHTENBACH
Assistant Secretary
PH: (925) 688-3288
FX: (877) 514-2930

*First American Title Insurance Company*

BY _____ PRESIDENT

ATTEST _____ SECRETARY

PAGE 1

## SCHEDULE A

PREMIUM:    $ 785.00                    POLICY AND COMMITMENT NO.:    3507140
                                                      YOUR REF. NO.:    07-72710-N

1. FORECLOSURE TITLE POLICY
   DATE OF POLICY:    NOVEMBER 9, 2007          LIABILITY AMOUNT:    $ 493,000.00

2. FORECLOSURE TITLE POLICY
   INSURED:    FIVE STAR SERVICE CORPORATION, AS TRUSTEE

3. COMMITMENT
   PROPOSED INSURED:    CITIMORTGAGE, INC., AS BENEFICIARY

4. COMMITMENT DATE    NOVEMBER 9, 2007    COMMITMENT AMOUNT:    $493,000.00

5. THE POLICY THE COMPANY IS COMMITTING TO ISSUE TO THE PROPOSED INSURED IS AN ALTA EAGLEEDGE™ HOMEOWNERS POLICY.

6. THE ESTATE OR INTEREST IN THE LAND WHICH IS COVERED BY THIS POLICY AND COMMITMENT IS:

   A FEE AS TO PARCEL I, AN EASEMENT AS TO PARCEL II

7. TITLE TO THE ESTATE OR INTEREST IN THE LAND IS VESTED IN:

   MIKHAEL YAZBEK AND RENEE YAZBEK, HUSBAND AND WIFE AS JOINT TENANTS

8. THE LAND REFERRED TO IN THIS POLICY AND COMMITMENT, IS SITUATED IN CITY OF LAS VEGAS, COUNTY OF CLARK STATE OF NEVADA, AND DESCRIBED IN EXHIBIT A.

9. MORTGAGE SUBJECT OF THE FORECLOSURE:

   A DEED OF TRUST TO SECURE AN ORIGINAL INDEBTEDNESS OF $500,000.00, AND ANY OTHER AMOUNTS OR OBLIGATIONS SECURED THEREBY, RECORDED JANUARY 12, 2006 IN BOOK 20060112 AS INSTRUMENT NO. 0004925 OF OFFICIAL RECORDS.
   DATED:              JANUARY 9, 2006.
   TRUSTOR:            MIKHAEL YAZBEK, RENEE YAZBEK.
   TRUSTEE:            EQUITY TITLE OF NEVADA.
   BENEFICIARY:        MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS NOMINEE FOR
   LENDER:             AMERICAN HOME MORTGAGE, A CORPORATION.

   NOTE 1: SUBJECT TO THAT CERTAIN BANKRUPTCY AGAINST AMERICAN HOME MORTGAGE AS DEBTORS AND DEBTORS-IN-POSSESSION, FILED ON AUGUST 6, 2007 IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE, UNDER CHAPTER 11, CASE NUMBER 07-11047.

   NOTE: PRIOR TO PROCEEDING WITH THIS FORECLOSURE, RELIEF FROM THE AUTOMATIC STAY SHOULD BE OBTAINED OR INFORMATION FROM THE BANKRUPT ENTITY THAT THE ABOVE MENTIONED LOAN IS NO LONGER PART OF THE BANKRUPTCY ESTATE SHOULD BE PROVIDED.

   NOTE 2: AN INSTRUMENT ENTITLED "ASSIGNMENT OF DEED OF TRUST", RELATING TO THE ABOVE MENTIONED DEED OF TRUST, WAS RECORDED NOVEMBER 9, 2007 IN BOOK 20071109 AS INSTRUMENT NO. 0002859 OF OFFICIAL RECORDS, EXECUTED BY MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. TO CITIMORTGAGE, INC.

   NOTE 3: A DOCUMENT RECORDED NOVEMBER 9, 2007 IN BOOK 20071109 AS INSTRUMENT NO. 0002860 OF OFFICIAL RECORDS PROVIDES THAT FIVE STAR SERVICE CORPORATION, A CALIFORNIA CORPORATION WAS SUBSTITUTED AS TRUSTEE UNDER THE DEED OF TRUST.

   NOTE 4: NOTICE OF DEFAULT RECORDED NOVEMBER 9, 2007 IN BOOK 20071109 AS INSTRUMENT NO. 0002861 OF OFFICIAL RECORDS.

## INFORMATION FOR TRUSTEE

**SCHEDULE B – PART I : 10-DAY MAILINGS**
1. THE NAMES AND ADDRESSES OF THE TRUSTORS AND CURRENT OWNERS WHO ARE ENTITLED TO RECEIVE A COPY OF THE NOTICE OF DEFAULT AND NOTICE OF SALE, AS PROVIDED BY SECTION 107.080, SUBSECTION 3 OF THE NEVADA REVISED STATUTES; AND, THE NAMES AND ADDRESSES OF PERSONS WHO HAVE RECORDED REQUESTS, OR ARE ENTITLED TO RECEIVE A COPY OF THE NOTICE OF DEFAULT AND NOTICE OF SALE, AS PROVIDED BY SECTION 107.090, OF THE NEVADA REVISED STATUTES ARE:

    MIKHAEL YAZBEK
    6310 TEMPTING CHOICE AVENUE
    LAS VEGAS NV 89131
    (TRUSTOR UNDER FCL DEED OF TRUST)

    RENEE YAZBEK
    6310 TEMPTING CHOICE AVENUE
    LAS VEGAS NV 89131
    (TRUSTOR UNDER FCL DEED OF TRUST)

    AMERICAN HOME MORTGAGE ACCEPTANCE, INC.
    538 BROADHOLLOW ROAD
    MELVILLE NY 11747
    (REGARDING ITEM #3)

    AMERICAN HOME MORTGAGE ACCEPTANCE, INC.
    520 BROADHOLLOW ROAD
    MELVILLE NY 11747
    (REGARDING ITEM #3)

    AMERICAN HOME MORTGAGE C/O YOUNG, CONAWAY, STARGATT & TAYLOR
    THE BRANDYWINE BUILDING
    1000 WEST STREET, 17TH FLOOR PO BOX 391
    WILMINGTON DE 19899-0391
    (REGARDING ITEM #3)

    QUARTERHORSE ESTATES - UNIT 2 HOMEOWNERS ASSOCIATION
    1515 E TROPICANA AVE STE 350A
    LAS VEGAS NV 89119
    (HOMEOWNERS ASSOCIATION)

    MIKHAEL YAZBEK
    7200 EAGLE CREST STREET
    LAS VEGAS NV 89131
    (VESTEE)

    RENEE YAZBEK
    7200 EAGLE CREST STREET
    LAS VEGAS NV 89131
    (VESTEE)

**IMPORTANT NOTICE REGARDING MILITARY STATUS:** ATTENTION IS CALLED TO THE SERVICEMEMBERS CIVIL RELIEF ACT WHICH CONTAINS INHIBITIONS AGAINST THE SALE OF THE LAND UNDER A MORTGAGE IF THE VESTEE IS ENTITLED TO THE BENEFITS OF THE ACT.

**SCHEDULE B – PART II : FEDERAL MAILINGS**

2. ATTENTION IS CALLED TO THE FEDERAL TAX LIEN ACT OF 1966 (PUBLIC LAW 89-719) WHICH, AMONG OTHER THINGS, PROVIDES FOR THE GIVING OF WRITTEN NOTICE OF SALE IN A SPECIFIED MANNER TO THE SECRETARY OF TREASURY OR HIS DELEGATE AS A REQUIREMENT FOR THE DISCHARGE OR DIVESTMENT OF A FEDERAL TAX LIEN IN A NON-JUDICIAL SALE, AND ESTABLISHES WITH RESPECT TO SUCH LIEN A RIGHT IN THE UNITED STATES TO REDEEM THE PROPERTY WITHIN A PERIOD OF 120 DAYS FROM THE DATE OF ANY SUCH SALE:

    NONE

**SCHEDULE B – PART III : NEWSPAPER, APN, ADDRESS**

3. NEWSPAPERS QUALIFYING AS A PUBLICATION FOR NOTICE OF THE FORECLOSURE PURSUANT TO APPLICABLE LAW:

    NEVADA LEGAL NEWS
    516 SO. 4TH STREET
    LAS VEGAS, NV 89101
    (702) 382-2747
    PUBLISHED: DAILY

    LAS VEGAS SUN
    800 SO. VALLEY VIEW BLVD.
    LAS VEGAS, NV 89107
    (702) 385-3111
    PUBLISHED: DAILY

    LAS VEGAS REVIEW JOURNAL
    111 WEST BONANZA ROAD
    LAS VEGAS, NV 89101
    (702) 383-0211
    PUBLISHED: DAILY

    HENDERSON HOME NEWS
    2 COMMERCE CENTER DRIVE
    HENDERSON, NV 89014
    (702) 564-1881
    PUBLISHED: TUESDAY AND THURSDAY

    CLARK COUNTY LEGAL NEWS
    3301 S MALIBOU AVE
    PAHRUMP, NV 89048
    (775) 751-0190
    (775) 751-0191
    PUBLISHED: MONDAY

4. THE LAND REFERRED TO IN THIS POLICY IS LOCATED IN:    CITY OF LAS VEGAS

    IF NOT IN A CITY, JUDICIAL DISTRICT IN WHICH SAID LAND IS LOCATED:  EIGHTH

    WITH AN ADDRESS OF:    6310 TEMPTING CHOICE AVENUE, LAS VEGAS, NV 89131

    ASSESSORS PARCEL OR TAX IDENTIFICATION NO.:    125-11-810-028

PAGE 5

# EXHIBIT A

THE LAND IS SITUATED IN **CITY OF LAS VEGAS**, COUNTY OF **CLARK** STATE OF **NEVADA**, AND DESCRIBED AS FOLLOWS:

PARCEL I:

LOT TWENTY-EIGHT (28) OF GRAND TETON / TORREY PINES, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 121 OF PLATS, PAGE 84 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL II:

A NON-EXCLUSIVE EASEMENT, APPURTENANT RESPECTIVELY THERETO, OF INGRESS AND EGRESS OVER AND ACROSS THE MAIN ENTRY AREA AND PRIVATE STREETS THEREIN AND A NON-EXCLUSIVE EASEMENT OF USE AND ENJOYMENT OF THE OTHER COMMON ELEMENTS THEREOF AND AS FURTHER SET FORTH IN THE DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR QUARTERHORSE ESTATES - UNIT 2 RECORDED MARCH 09, 2005 IN BOOK 20050309 AS DOCUMENT NO. 04256, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

## SCHEDULE OF EXCEPTIONS

THIS FORECLOSURE TITLE POLICY DOES NOT AND THE POLICY THE COMPANY IS COMMITTING TO ISSUE IN SCHEDULE A WILL NOT INSURE AGAINST LOSS OR DAMAGE, AND THE COMPANY WILL NOT PAY COSTS, ATTORNEYS' FEES AND EXPENSES, WHICH ARISE BY REASON OF:

## PART I

1. ANY DISCREPANCIES OR CONFLICTS IN BOUNDARY LINES, ANY SHORTAGES IN AREA, OR ANY ENCROACHMENT OR OVERLAPPING OF IMPROVEMENTS.

2. ANY FACTS, RIGHTS, INTEREST OR CLAIMS WHICH ARE NOT SHOWN BY THE PUBLIC RECORDS BUT WHICH COULD BE ASCERTAINED BY AN ACCURATE SURVEY OF THE LAND OR BY MAKING INQUIRY OF PERSONS IN POSSESSION THEREOF.

3. EASEMENTS, LIENS OR ENCUMBRANCES OR CLAIMS THEREOF, WHICH ARE NOT SHOWN BY THE PUBLIC RECORDS.

4. ANY LIEN, OR RIGHT TO LIEN FOR SERVICES, LABOR OR MATERIAL IMPOSED BY LAW AND NOT SHOWN BY THE PUBLIC RECORDS.

5. COVENANTS, CONDITIONS AND RESTRICTIONS, IF ANY, SHOWN BY THE PUBLIC RECORDS.

6. EASEMENTS OR SERVITUDES, IF ANY, APPEARING IN THE PUBLIC RECORDS.

7. ANY LEASE, GRANT, EXCEPTION OR RESERVATION OF MINERAL RIGHTS APPEARING IN THE PUBLIC RECORDS.

8. ALL ASSESSMENTS AND TAXES NOT YET DUE AND PAYABLE AT DATE OF POLICY AND DATE OF COMMITMENT.

9. THE MORTGAGE DESCRIBED OR REFERRED TO IN PARAGRAPH 9 OF SCHEDULE A.

## PART II -ADDITIONAL EXCEPTIONS (SENIOR)

THE FOLLOWING ARE ALSO EXCEPTIONS TO COVERAGE IN THIS FORECLOSURE TITLE POLICY THAT HAVE PRIORITY OVER THE MORTGAGE AND WILL BE SHOWN IN THE SCHEDULE OF EXCEPTIONS IN THE POLICY THE COMPANY IS COMMITTING TO ISSUE IN PARAGRAPH 5 OF SCHEDULE A UPON COMPLETION OF A LAWFULLY CONDUCTED FORECLOSURE AND HAVING MET THE COMMITMENT REQUIREMENTS:

1. THOSE TAXES FOR THE FISCAL YEAR **JULY 1, 2007**, THROUGH **JUNE 30, 2008**, INCLUDING ANY SECURED PERSONAL PROPERTY TAXES COLLECTED BY THE COUNTY TREASURER.

| | |
|---|---|
| TAX DISTRICT: | 125. |
| PARCEL NO.: | 125-11-810-028. |
| 1ST INSTALLMENT DUE AUGUST 20, 2007: | $1,253.47, PAID. |
| 2ND INSTALLMENT DUE OCTOBER 1, 2007: | $1,253.48, PAID. |
| 3RD INSTALLMENT DUE JANUARY 7, 2008: | $1,253.48, OPEN. |
| 4TH INSTALLMENT DUE MARCH 3, 2008: | $1,253.48, OPEN. |

EACH INSTALLMENT WILL BECOME DELINQUENT TEN (10) DAYS AFTER THE DUE DATE.

2. PROVISIONS OF THE ARTICLES OF INCORPORATION AND BY-LAWS OF THE **QUARTERHORSE ESTATES - UNIT 2 HOMEOWNERS ASSOCIATION**, AND ANY TAX, FEE, ASSESSMENTS OR CHARGES AS MAY BE LEVIED BY SAID ASSOCIATION.

## PART III -AFFECTED EXCEPTIONS (JUNIOR)

THE FOLLOWING ARE ALSO EXCEPTIONS TO COVERAGE IN THIS FORECLOSURE TITLE POLICY BUT WILL NOT BE SHOWN IN THE SCHEDULE OF EXCEPTIONS IN THE POLICY THE COMPANY IS COMMITTING TO ISSUE IN PARAGRAPH 5 OF SCHEDULE A UPON COMPLETION OF A LAWFULLY CONDUCTED FORECLOSURE AND HAVING MET THE COMMITMENT REQUIREMENTS:

3. A DEED OF TRUST TO SECURE AN ORIGINAL INDEBTEDNESS OF $148,000.00, AND ANY AMOUNTS OR OBLIGATIONS SECURED THEREBY, RECORDED JANUARY 12, 2006 IN BOOK 20060112 AS INSTRUMENT NO. 0004926 OF OFFICIAL RECORDS.

DATED: JANUARY 9, 2006.
TRUSTOR: MIKHAEL YAZBEK, RENEE YAZBEK.
TRUSTEE: EQUITY TITLE OF NEVADA.
BENEFICIARY: AMERICAN HOME MORTGAGE ACCEPTANCE, INC.

NOTE 1: THE ABOVE DEED OF TRUST SECURES A NOTE OR LOAN AGREEMENT WHICH PROVIDES, AMONG OTHER THINGS, FOR FUTURE ADVANCES UNDER A REVOLVING LINE OF CREDIT.

NOTE 2: SUBJECT TO THAT CERTAIN BANKRUPTCY AGAINST AMERICAN HOME MORTGAGE AS DEBTORS AND DEBTORS-IN-POSSESSION, FILED ON AUGUST 6, 2007 IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE, UNDER CHAPTER 11, CASE NUMBER 07-11047.

**NOTE: PRIOR TO PROCEEDING WITH THIS FORECLOSURE, RELIEF FROM THE AUTOMATIC STAY SHOULD BE OBTAINED OR INFORMATION FROM THE BANKRUPT ENTITY THAT THE ABOVE MENTIONED LOAN IS NO LONGER PART OF THE BANKRUPTCY ESTATE SHOULD BE PROVIDED.**