# EXHIBIT E

ORDERED FOR: BulkEA BulkEA
Case 07-11047-CSS    Doc 3126-8    Filed 02/29/08    Page 2 of 7
Equity Analysis
FARVV REPORT: 11/7/2007
2602220
SERVICE PERFORMED: Exterior

# CitiFinancial Mortgage Company, Inc. BPO

| CUST NAME | ACCT NUM | AGENT NAME | | DIST FROM SUBJECT |
|---|---|---|---|---|
| MIKHAEL YAZBEK | 0012286898 | | | 6.25 Miles |
| ADDRESS | | CITY | STATE | ZIP |
| 6310 TEMPTING CHOICE AVE | | LAS VEGAS | NV | 89131 |
| DISCLOSURE | | | | |

QUALITY REVIEW REMARKS: **See Addendum**

## VALUE INFO

| | VALUE (90-120 DAY) | RECOMMENDED LIST PRICE (90-120 DAY) | TYPICAL MARKETING TIME |
|---|---|---|---|
| AS-IS | $ 554,000 | $ 556,000 | 90-120 Days |
| AS-REPAIRED | $ 554,000 | $ 556,000 | 90-120 Days |

PREVIOUS BPO INFORMATION (If Applicable)

## LISTING (If Listed)

| LISTING BROKERAGE | | LISTING AGENT | LISTING AGENT PHONE |
|---|---|---|---|
| | | MIKHAEL YAZBEK | 702-248-8899 |
| ORIGINAL LIST PRICE | CURRENT LIST PRICE | LISTED FROM  TO | LISTING FINANCE TERMS |
| $ | $ 679,000 | 04/19/2007  unk | CASH/CONV |

LISTING COMMENTS: UPGRADED, INGROUND POOL, TWO TONE PAINT.

## SUBJECT INFO
(All fields are required for both interior and exterior inspections)

| TYPE | STYLE | AGE | OVERALL CONDITION | SLIDE AREA? | No |
|---|---|---|---|---|---|
| SFD | 2-St Conv | 1 | Average | FLOOD PLAIN? | No |
| SQ FEET ABOVE GROUND | ROOMS/BEDS/BATHS | BASEMENT | | EARTHQUAKE ZONE? | No |
| MAIN 1804  UP 1959 | 8  4  3.5 | 0 SQ FT  0% FINISHED | | OBSERVED ENVIRONMENTAL ISSUES? | No |
| LOT SIZE (ACRES) | GARAGE | ROOF CONDITION | | | |
| 0.41 | 3 CAR  Gar Alt | Average | | | |
| POOL | FIREPLACE | WATER | SEWER/SEPTIC | TYPE HEAT | |
| In-Ground | | Public | Sewer | | OBSERVED CASUALTY LOSS (FIRE)? No |
| EXTERIOR IMPROVEMENTS | | MOBILE HOME MAKE/MODEL/VIN (If Applicable) | | | |
| FENCE, PATIO | | | | | |

EXTERIOR COMMENTS: FRAME AND STUCCO CONSTRUCTION. TILE ROOFING. NEWER CONSTRUCTION. INGROUND POOL AND SPA. DESERT LANDSCAPING. NEXT TO VACANT LOT. GATED COMMUNITY.

INTERIOR COMMENTS (Interior Orders):

## COND OF SUBJECT AND REPAIR ESTIMATES
(Describe required repairs and note approx costs. Do not detail interior repairs if you do not have interior access.)

### EXTERIOR

| DEBRIS REMOVAL | None | $ | SIDING/PAINT | None | $ |
|---|---|---|---|---|---|
| STRUCTURAL | None | $ | ROOF | None | $ |
| WINDOWS | None | $ | LANDSCAPING | None | $ |
| OUTBUILDINGS | None | $ | OTHER | None | $ |

EXTERIOR REPAIR COMMENTS: NO EVIDENT DAMAGES

### INTERIOR

| CLEANING | $ | STRUCTURE | $ |
|---|---|---|---|
| PAINT | $ | CARPETS/FLOORING | $ |
| KITCHEN/APPLIANCES | $ | BATHROOMS | $ |
| UTILITIES | $ | OTHER | $ |

INTERIOR REPAIR COMMENTS:

**REPAIR TOTAL $ 0**

## EVIDENCE OF

| SETTLEMENT | DRY ROT | SOIL EROSION | WATER SEEPAGE | FOUNDATION/SLAB | LEAKING ROOF | FLOOR BUCKLING | STRUCTURAL DAMAGE |
|---|---|---|---|---|---|---|---|
| No | No | | | Yes | | | No |

MOLD/MILDEW:   MOLD/MILDEW COMMENTS:

ENCROACHMENTS (If Yes, See Subject Description and Condition Comments): No
EASEMENTS (If Yes, See Subject Description and Condition Comments): No

## FURTHER INSPECTION OR REPORTS TO BE ORDERED

| TERMITE | No | WELL/SEPTIC | No | HEATING | No |
|---|---|---|---|---|---|
| ENGINEER | No | STRUCTURAL | No | ROOF | No |
| OTHER | | | | | |

## ASSESSMENTS

| ANNUAL TAXES $ | PAID (YEAR) | DUE (YEAR) |
|---|---|---|
| 5,014 | | |

MONTHLY ESTIMATE OF UTILITY COST $
OTHER MONTHLY MAINTENANCE COSTS (SNOW REMOVAL, LAWN CARE, ETC)

### HOA INFO (if applicable)

| DUES $ | WHEN DUE AND PAYABLE | ARE THEY CURRENT? | AMENITIES |
|---|---|---|---|
| 54 | 1ST | | COMMON AREAS |
| CONTACT: CAMCO | | | PHONE: 702-531-3382 |
| ADDRESS: | | | |

## MARKETABILITY OF SUBJECT

**NEIGHBORHOOD COMMENTS** (Describe any locational factors, access to amenities or functional obsolescence that add or detract from the subject's marketability)
CLOSE TO SCHOOLS, SHOPPING AND FREEWAY ACCESS. NO KNOWN FUNCTIONAL OBSOLESCENSE.

| WILL THE PROPERTY BECOME A PROBLEM FOR RESALE? | WHY? | |
|---|---|---|
| No | | |
| FINANCING REQUIRED TO SELL SUBJECT | SPECIAL FINANCING PROGRAMS AVAILABLE | |
| Yes | CONVENTIONAL | |
| INDICATE FINANCING SUBJECT WILL QUALIFY FOR | FHA/VA No | CONV Yes |

## MARKET CONDITIONS AND COMPETING LISTINGS
(Three listings are required – use most comparable available)

| NEIGHBORHOOD TREND IS: | IS THERE A SEASONAL MARKET? | EXPLAIN | | |
|---|---|---|---|---|
| Declining | No | | | |
| | PRESENT NUMBER OF MARKET AREA LISTINGS | | PRICE RANGE | |
| | 25 | | FROM $ 420,000 | TO $ |
| | PRESENT NUMBER OF COMPARABLE LISTINGS | | PRICE RANGE | |
| | 18 | | FROM $ 539,000 | TO $ 1,140,000 |

| AVG MKT TIME UNSOLD LISTINGS | TYPICAL RESALE INCENTIVES (CL COSTS, PTS, OWC, ETC) |
|---|---|
| 120 | CLOSING COSTS |
| AVG MKT TIME SOLD LISTINGS | |
| 30 | |
| IS THERE NEW HOME CONSTRUCTION? | PRICE RANGE AND DESCRIPTION OF SIMILAR MODELS |
| Yes | 460000-1140000 |

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 8604 MELISSA MEADOWS ST | 0.98 | $ 426,900 | 62 | UP 1834 MAIN 1924 BSMT 0 GLA 3,758 | TOT RMS 7 BDRMS 4 BATHS 2.5 | Average | 2 | 0.19 |

INFERIOR- SMALLER LOT SIZE. NO POOL. CARPET AND VINYL THROUGHOUT. CLEAN INTERIOR. UPGRADED.

| 2 | 8420 CHAPMAN RAVINE ST | 0.88 | $ 429,000 | 20 | UP 1819 MAIN 1935 BSMT 0 GLA 3,754 | TOT RMS 8 BDRMS 4 BATHS 2.75 | Average | 3 | 0.20 |

INFERIOR- SMALLER LOT SIZE. NO POOL. TILE FLOORING. UPGRADED. CLEAN INTERIOR.

| 3 | 5908 KIT COVE CT | 0.99 | $ 448,900 | 170 | UP 1834 MAIN 1924 BSMT 0 GLA 3,758 | TOT RMS 8 BDRMS 4 BATHS 2.5 | Average | 2 | 0.18 |

INFERIOR- SMALLER LOT SIZE. INGROUND POOL. TILE FLOORING. CLEAN INTERIOR. GRANITE ACCENTS. UPGRADED.

## SOLD COMPS SUPPORTING YOUR VALUE
(Three are required – use most comparable available)

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 8723 MELISSA MEADOWS ST SALE DATE 09/28/2007 | 0.99 | LIST $ 469,900 SALE $ 469,000 | 41 | UP 1834 MAIN 1924 BSMT 0 GLA 3,758 | TOT RMS 7 BDRMS 4 BATHS 2.5 | Average | 1 | 0.16 DATA SOURCE MLS |

INFERIOR- SMALLER LOT SIZE. NO POOL. TILE FLOORING. GRANITE ACCENTS. UPGRADED.

| 2 | 8712 MELISSA MEADOWS ST SALE DATE 05/23/2007 | 0.98 | LIST $ 495,000 SALE $ 495,000 | 159 | UP 1801 MAIN 1891 BSMT 0 GLA 3,692 | TOT RMS 7 BDRMS 4 BATHS 3 | Average | 2 | 0.16 DATA SOURCE MLS |

INFERIOR- SMALLER LOT SIZE. NO POOL. TILE AND HARDWOOD FLOORING. GRANITE ACCENTS. UPGRADED.

| 3 | 8224 SEDONA FLATS ST SALE DATE 06/01/2007 | 0.54 | LIST $ 625,000 SALE $ 580,000 | 1 | UP 1674 MAIN 1902 BSMT 0 GLA 3,576 | TOT RMS 7 BDRMS 4 BATHS 2.5 | Average | 3 | 0.46 DATA SOURCE MLS |

EQUAL- INGROUND POOL AND SPA. TILE FLOORING. LARGE LOT. UPGRADED. LANDSCAPED.

## BPO ADDENDUM

| PROPERTY TYPE | STYLE | OCCUPANT'S NAME (IF KNOWN) | OCCUPANCY STATUS |
|---|---|---|---|
| SFD | 2-St Conv | | Occupied By Unknown |

1. WHAT MORTGAGE PROGRAMS WILL AID IN THE SALE OF THE SUBJECT? PLEASE BE SPECIFIC AS TO RATES, TERMS, CONDITIONS, AND COSTS INVOLVED.

2. WHAT MARKET CONDITIONS, TRENDS AND/OR COMPETITION WILL AFFECT THE SALE OF THE SUBJECT?

| CURR MKT CONDITIONS | EMPLOYMENT CONDITIONS | PROPERTY VALUES | PREDOMINANT OCCUPANCY | VACANCY RATE | RED/BOARDED | VANDALISM RISK |
|---|---|---|---|---|---|---|
| Stable | Stable | Declining | Owner | 0 to 5% | 0 to 5% | Minimal |

3. OUTLINE THE MARKETING STRATEGIES NEEDED TO SELL THE SUBJECT (INCL SUGGESTED LIST PRICE, TYPES OF REPAIRS AND COSTS, IF ANY, AND FINANCING INCENTIVES NEEDED):

| AS-IS: | AS-REPAIRED: |
|---|---|
| NONE | NONE |

4. PLEASE PROJECT THE CLOSING COSTS AND SALES PRICE PER YOUR RECOMMENDED STRATEGY:

| COMMISSION PERCENT | COMMISSION AMOUNT | TITLE INSURANCE | LEGAL/ESCROW | RECORDING/TRANSFER | PROPERTY TAXES | ASSESSMENTS |
|---|---|---|---|---|---|---|
| 6% | $ 33,480 | $ 1,721 | $ 375 | $ 2,750 | $ 5,014 | $ 0 |

**Addendum**  2602220

THERE IS A VARIANCE IN VALUES IN THIS AREA DUE TO SHORT SALES, BANK OWNED FORECLOSURES AND OWNER OCCUPIED SALES. RECOMMEND NEW BPO IN 6 MONTHS. LISTING VALUES ARE LOWER THAN SALES VALUES. BPO VALUE IS BASED ON FAIR MARKET VALUE. POSITIVE ADJUSTMENTS WERE MADE TO VALUE FOR LOT SIZE AND POOL. QC: Subject information matches with realquest. Subject information matches with the Mls sheet attached to the subject. The FA has used the best comps available. The comps provided support the subject value based on their condition and sq.ft. The price variation is due to sqft and other amenities hence the subject is valued accordingly.

**First American**
*Residential Value View*

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0012286898 | 110625JB | 2602220 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| MIKHAEL YAZBEK | 6310 TEMPTING CHOICE AVE | LAS VEGAS, NV 89131 |
| PHOTOS COMMENT | | |

Subject Front



Subject House Number



Street View



First American
Residential Value View

# Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0012286898 | 110625JB | 2602220 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| MIKHAEL YAZBEK | 6310 TEMPTING CHOICE AVE | LAS VEGAS, NV  89131 |
| PHOTOS COMMENT | | |

Sold 1 (8723 MELISSA MEADOWS ST)



Sold 2 (8712 MELISSA MEADOWS ST)



Sold 3 (8224 SEDONA FLATS ST)



# Source One Services Corporation

NATIONWIDE PROPERTY VALUATION SERVICES

Map

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0012286898 | 110625JB | 2602220 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| MIKHAEL YAZBEK | 6310 TEMPTING CHOICE AVE | LAS VEGAS, NV 89131 |



Map Scale: 1 Inch = 0.21 Miles

**Subject Property**
6310 TEMPTING CHOICE AVE
LAS VEGAS, NV 89131

**❶ Comp. Listing 1**
8604 MELISSA MEADOWS ST
LAS VEGAS, NV 89131
Dist From Subject: 0.98 Miles

**❷ Comp. Listing 2**
8420 CHAPMAN RAVINE ST
LAS VEGAS, NV 89131
Dist From Subject: 0.88 Miles

**❸ Comp. Listing 3**
5908 KIT COVE CT
LAS VEGAS, NV 89131
Dist From Subject: 0.99 Miles

**❶ Closed Sale 1**
8723 MELISSA MEADOWS ST
LAS VEGAS, NV 89131
Dist From Subject: 1.12 Miles

**❷ Closed Sale 2**
8712 MELISSA MEADOWS ST
LAS VEGAS, NV 89131
Dist From Subject: 1.08 Miles

**❸ Closed Sale 3**
8224 SEDONA FLATS ST
NV 89131
Dist From Subject: 0.54 Miles