IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re: :  Chapter 11
 :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :  Case No. 07-11047 (CSS)
a Delaware corporation, et al., :
 :  Jointly Administered
 :
        Debtors. :  **Docket No. 3095**
---------------------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF DOCKET NO. 3095

PLEASE TAKE NOTICE THAT the undersigned hereby withdraws the Certificate of No Objection to Application Docket No. 2868 [Docket No. 3095].

Dated: Wilmington, Delaware
       February 29, 2008

                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                    /s/ Ryan M. Bartley
                    James L. Patton, Jr. (No. 2202)
                    Pauline K. Morgan (No. 3650)
                    Sean M. Beach (No. 4070)
                    Matthew B. Lunn (No. 4119)
                    Margaret B. Whiteman (No. 4652)
                    Ryan M. Bartley (No. 4985)
                    The Brandywine Building
                    1000 West Street, 17th Floor
                    Wilmington, Delaware 19801
                    Telephone: (302) 571-6600
                    Facsimile: (302) 571-1253

                    Counsel for Debtors and
                    Debtors in Possession