IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :  Jointly Administered
          Debtors.                                               :
                                                                 :  Ref. No. 2868
---------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 2868

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Fifth Monthly Application of Adorno & Yoss LLP as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period December 1, 2007 through December 31, 2007 (the "Application") has been received.  The Court's docket which was last updated February 29, 2008, reflects that no objections to the Application have been filed.  Objections to the Application were to be filed and served no later than February 21, 2008 at 4:00 p.m.

DB02:6435112.5                                                                                    066585.1001

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($84,049.20) of requested fees and 100% of requested expenses ($125,461.65) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       February 29, 2008

                                 YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                 James L. Patton, Jr. (No. 2202)
                                 Joel A. Waite (No. 2925)
                                 Pauline K. Morgan (No. 3650)
                                 Sean M. Beach (No. 4070)
                                 Matthew B. Lunn (No. 4119)
                                 Margaret B. Whiteman (No. 4652)
                                 Ryan M. Bartley (No. 4985)
                                 The Brandywine Building
                                 1000 West Street, 17th Floor
                                 Wilmington, Delaware 19801
                                 Telephone: (302) 571-6600
                                 Facsimile: (302) 571-1253

                                 Counsel for Debtors and
                                 Debtors in Possession