# EXHIBIT D

Country Wide Valuations

AUG 1 3 2007

RECEIVED By_____

| Freddie Mac | **BROKER'S PRICE OPINION** | |
|---|---|---|

Loan #:770832058

Exterior/Curb Side  ☒
Inspection Date: 8/5/2007
Interior  ☐
Interior Access Denied ☐    Reason: REFERRAL DEPT

| BPO Firm Name: Duflock & Associates | Agent: Lari Mostrong | Phone: 760-352-7762 |
|---|---|---|
| Property Address: 2661 Oasis | | Unit #: |
| City: Imperial | County: Imperial | State: CA | Zip: 92251 |
| Is property currently listed with a real estate firm? ☒ Yes ☐ No | Name of Listing Agent/Firm: | Agent Phone |

Property Type ☐ Townhouse  ☒ SFD  ☐ 2 Fam  ☐ 3 Fam  ☐ 4 Fam  ☐ Condo   Condo Assn Fee/month: $

Occupant: ☐ Owner  ☐ Tenant  ☒ Vacant   Home Owner's Name: AVILA

Estimate of repairs needed to obtain current FMV for subject property

| Interior: | | | Exterior: | |
|---|---|---|---|---|
| Painting | $drive by only | | Painting | $0 |
| Structural | $none | | Structural | $0 |
| Appliances | $drive by only | | Landscaping | $250.00 |
| Utilities | $n/a | | Roof | $0 |
| Carpet/Floors | $drive by only | | Windows | $0 |
| Others | $n/a | | Others | $none |

Cleaning/Trash Removal $ 0        Do you recommend repairs?   ☒ Yes  ☐ No
Repair Totals: $ 250.00

Overall Property Condition:  ☐ Excellent  ☒ Good  ☐ Fair  ☐ Poor  ☐ Inferior
Are there any items that require IMMEDIATE attention/action? ☐ Yes  ☒ No
Title/Legal issues? ☐ Yes ☒ No . Do any environmental issues affect the value of the property? ☐ Yes  ☒ No
If Yes to any of the above, please explain:




Property Values: ☐ Increasing  ☐ Stable  ☒ Declining   Predominant Occupancy:   ☒ Owner  ☐ Tenant
Marketing Time: ☐ Under 3 M  ☐ 3-6 M  ☒ Over 6 M   Vacancy Rate: ☐ 0-5%  ☒ 5-10%  ☐ 10-20%  ☐ 20+%
No. of Active Listings in Neighborhood: ____  Price Range of Listings in Neighborhood From $275000 To $ 410000

**COMMENTS:**
Drive by inspection only. Sub is competing with new construction, builder close out. This floor plan is being offered by builder starting at $341,600 in addition to $25,000 incentives and broker co-op of 6%. Builder will also install rear landscaping.
Subject appears to be in average to good cond, landscaping is not being maintained. You can tell subject is definitely vacant.

**VALUE ESTIMATATION**

| Probable Sale Prices | 90-Day Marketing time | 120-Day Marketing Time | 180-Day Marketing Time |
|---|---|---|---|
| As-Is | 339000 | 335000 | 335000 |
| As Repaired | 342000 | 339000 | 339000 |

Property Should Be Listed:  ☐ As-Is  ☒ As Repaired
Anticipated Seller-Paid Financing Costs:  $10000

**COMMENTS:**
Based upon current re-sale and re-sale comps are limited at this point until builder is completely sold out. It is difficult to put an accurate value on subject. However based on re-sale comps value is slightly higher than builder.
I want to mention this subdivison has a CFD tax, this tax maintains the near by parks and bike paths. The tax is 1.5 % vs. 1.24% on exisiting construction 3 years and older. This tax may have a bearing on re-sale. It is to soon to know at this point.

ATTACH INTERIOR AND EXTERIOR PHOTOGRAPHS OF SUBJECT PROPERTY WITH EMAIL OF THIS FORM.

PREPARED BY:  Lari Mostrong _____   Date:8/7/2007_____
              Signature

Freddie Mac Form 1092                                              Page 1 of 2

Country Wide Valuations

**Freddie Mac**  BROKER'S PRICE OPINION

### COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 2661 Oasis | 660 Emerald | | 2660 Oasis | | 690 jewel | |
| Proximity to Subject | SUBJECT | 3 blks | | same street | | 2 blks | |
| Current List Price | 349900 | 327750 | | 345000 | | 347500 | |
| Current List Date | 6/5/2007 | 7/17/2007 | | 6/12/2007 | | 7/17/2007 | |
| Original List Price | 349900 | 357750 | | 345000 | | 374750 | |
| Original List Date | 6/5/2007 | 5/17/2007 | | 6/12/2007 | | 5/17/07 | |

VALUE ADJUSTMENTS (Use the following codes for adjustments:   S = Superior  E = Equal   I = Inferior  U = Unknown)

| DESCRIPTION | DESCRIPTION | | DESCRIPTION | | ADJ | DESCRIPTION | | ADJ | DESCRIPTION | | ADJ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Above Grade | Total # Rms | 9 | Total # Rms | 9 | E | Total # Rms | 8 | I | Total # Rms | 9 | E |
| Room Count | Bdrms | 5 | Bdrms | 5 | E | Bdrms | 4 | I | Bedrms | 5 | E |
| | Baths | 3 | Baths | 3 | E | Baths | 3 | E | Baths | 3 | E |
| Gross Living Area | 3028 | Sq Ft | 3028 | Sq Ft | E | 2820 | Sq Ft | I | 3028 | Sq Ft | E |
| Location | suburban | | suburban | | E | suburban | | E | suburban | | E |
| Site/Lot Size | street / 7500 sq. ft. | | street / 6100 sq. ft. | | I | street / 5000 sq. ft. | | I | street / 8820 sq. ft. | | S |
| Design & Appeal | 2 story / conv. | | similar | | E | similar | | E | similar | | E |
| Age (Number of Yrs) | 1 | | 1 | | E | 1 | | E | 1 | | E |
| Overall Condition | average | | good | | S | average | | E | good | | S |
| Garage/Carport | 3 GA | | 3 GA | | E | 3 GA | | E | 3 GA | | E |
| Porch, Patio, Deck, Pool, Fence | none | | none | | E | patio slab | | S | none | | E |
| Overall Rating/Est $ Value of Adjustments | | | | | S | | | I | | | S |

Indicate property most comparable to subject. Check 1.  ☐    ☒    ☐

COMMENTS: #1.   Similar in construction, location room count. Home has never been lived in.  Good condition.
#2,   Inferior in sq. footatge, however similar in location condition.
#3, Superior in condition.  Never lived in.

### CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 2661 Oasis | 2359 Blazing Star Trail | | 555 Mesquite | | 688 Jewel | |
| Proximity to Subject | SUBJECT | .5 mi | | .5 mi | | 2 blks. | |
| Original List Price | 349900 | 368900 | | 389000 | | 393250 | |
| List Price When Sold | N/A | 357900 | | 370000 | | 393250 | |
| Sale Price | N/A | 354000 | | 359000 | | 393250 | |
| Sale Date | N/A | 6/1/2007 | | 4/3/2007 | | 6/22/2007 | |
| Days on Market | 63 | 58 | | 194 | | 6 | |

VALUE ADJUSTMENTS (Use the following codes for adjustments:  S = Superior  E = Equal  I = Inferior  U = Unknown)

| DESCRIPTION | DESCRIPTION | | DESCRIPTION | | ADJ | DESCRIPTION | | ADJ | DESCRIPTION | | ADJ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Above Grade | Total # Rms | 9 | Total # Rms | 9 | E | Total # Rms | 9 | E | Total # Rms | 9 | E |
| Room Count | Bdrms | 5 | Bdrms | 4 | I | Bdrms | 5 | E | Bedrms | 5 | E |
| | Baths | 3 | Baths | 3 | E | Baths | 3 | E | Baths | 3.5 | S |
| Gross Living Area | 3028 | Sq Ft | 2380 | Sq Ft | I | 2278 | Sq Ft | I | 3408 | Sq Ft | S |
| Sales or Financing Concessions | none offered | | conventional $6500 BCC | | E | conventional $8000 BCC | | E | conventional $15000 BCC | | E |
| Location | suburban | | suburban | | E | suburban | | E | suburban | | E |
| Site/Lot Size | street / 7200 sq. ft. | | street / 9750 sq. ft. | | S | street / 12600 sq. ft. | | S | street / 6100 sq. ft. | | I |
| Landscaping | fair | | similar | | E | good | | S | good | | S |
| Design & Appeal | 2 story / conventional | | similar | | E | similar | | E | similar | | E |
| Age (Number of Yrs) | 1 | | 7 | | E | 4 | | E | 1 | | E |
| Overall Condition | average | | similar | | E | good | | S | good | | S |
| Garage/Carport | 3 GA | | 3 GA | | E | 3 GA | | E | 3 GA | | E |
| Porch, Patio, Deck, Pool, Fence | none | | covered patio, Fpl | | S | pat. slab, Frpl | | S | none | | E |
| Overall Rating/Est $ Value of Adjustments | | | $19,000 | | S | 24,000 | | S | $58,250 | | S |

Indicate property most comparable to subject. Check 1.  ☐    ☐    ☒

COMMENTS:
#1,   Seller pd. $6500 in BCC  Inferior sq. footage, superior lot size, ammenities.
#2,   Sellerpd. $8000 in BCC .  Inferior sq. footage, superior lot size, ammenities.
#3,   Seller paid. $15000 BCC superior sq. footage, bathroom count, similar location

Freddie Mac Form 1092                                                                                            Page 2 of 2

