# SIGN-IN-SHEET

**CASE NAME:** Advanced Marketing
**CASE NO.:** 06-11480 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** February 28, 2008 @ 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert Riiska (telephonic) | Focus Management Group | Advanced Marketing Services |
| Chad Shandler (telephonic) | Traxi | Traxi |
| Suzzane S. Uhland (telephonic) | O'Melveny & Myers | O'Melveny & Myers |
| Mark Rohman (telephonic) | Capstone Advisory | Capstone Advisory |
| Curtis Smith (telephonic) | Advanced Marketing Service | Advanced Marketing Service |
| Bruce Buechler | Lowenstein Sandler | Creditors Committee |
| Paul Hafz | Richards Layton & Finger | Debtors |
| Chan Jun | Richards Layton & Finger | Debtors |
| Tom Driscoll | Morris Nichols Arsht & Tunnell LLP | Creditors Committee |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**