# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgatge  
**CASE NO.:** 07-11047 (CSS)  
**COURTROOM LOCATION:** Courtroom 6  
**DATE:** February 28, 2008 @ 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| John Nelligan (telephonic) | Milestone Capital Management | Milestone Capital Management |
| Sean Beach (telephonic) | Young Conaway Stargatt Taylor | AMH |
| ~~Fred Neufeld (telephonic)~~ Robert Moore (telephonic) | Milbank Tweed Hadley & McCloy | ABN AMRO Bank |
| Robert Semple (telephonic) | Kroll Zolfo & Cooper | AHM Holdings |
| Margot Schonholtz (telephonic) Scott Talmadge (telephonic) *Penelope Jensen* | Kaye Scholer | Bank of America |
| Victoria Counihan | Greenberg Traurig LLP | AH Mortgage Acquisition / WLR |
| Fred Neufeld | Milbank Tweed | ABN Amro Bank N.V. |
| Frederick Holden | Orrick Herrington Sutcliffe | In Villa Bank of NY Esb |
| Matthew McGuire | Landis Rath & Cobb | JPMorgan Chase |
| Curtis HL | PSZT | IM3 |
| Kathryn Cunn | YCST | Debtors |
| Sean Beach | YCST | Debtors |
| David Carickhoff | Blank Rome | Creditors Committee |
| Laurie Silver Silverstein | Potter Anderson Corroon LLP | Bank of America, N.A. |
| Joseph McMahon | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**