**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

American Home Mortgage Holdings,      ) Case No. 07-11047 CSS
      Inc., et al.,                         ) Chapter 11
                   Debtors,       ) Jointly Administered
                                     ) Ref. No.

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO AS 4227 Berkley Ct., King George, VA

AND CONSIDERATION of the Motion for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code with respect to Real Property Located at 4227 Berkley Ct., King George, VA (the "Motion") filed by Citifinancial, Inc. ("Movant"); the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§157 and 1334; (B) this is a core proceeding pursuant to 28 U.S. C. §157(b)(2); (C) venue is proper pursuant to 28 U.S.C. §1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against the real property located at 4227 Berkley Ct., King George, Va (the "Property") under applicable non-bankruptcy law; it is hereby

     **ORDERED,** that the Motion be, and the same is hereby **GRANTED.** All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion; and it is further

     **ORDERED,** that pursuant to 11 U.S.C. §362(d), to the extent the automatic stay is otherwise applicable, Movant is hereby granted relief from the automatic stay, and the

automatic stay is modified solely with respect to Movant's interest in the Property.  Movant

is hereby permitted to exercise its rights under applicable non-bankruptcy law against the

Property, including but not limited to foreclosure of the Mortgage, Sheriff's Sale or

Trustee's sale of the Property and all other legal remedies against the Property which may

be available to Citifinancial, Inc., under State law; and it is further

**ORDERED** that nothing in this order (i) shall constitute a determination that the

Debtors hold any interest in the Property or (ii) shall estop the Debtors from denying that

they hold any interest in the Property; and it is further

**ORDERED** that this Order is immediately effective and is not stayed by operation

of law, notwithstanding the stay provisions of Fed. R. Bank. P. 4001(a)(3).

_____

J.