# EXHIBIT C

Warren County
Patricia J. Kolb
Acting County Clerk

Book: 635   Page: 42

Document Number: 2007-00309409
Recorded Date: 11/08/2007
Document Type: Assignment of Mortgage

Parties: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS IN
CITIMORTGAGE INC
Comment: 3950-285
Recorded By: HILL WALLACK LLP

Pages Charged: 1
Pages Scanned: 2

** Examined and Charged as Follows **

| | |
|---|---|
| Assignment of Mortgage | 25.00 |
| Coversheet | 0.00 |
| Preservation | 10.00 |
| Recording Fees Difference | 5.00 |
| Recording Fee: | 40.00 |

** DO NOT REMOVE **
** This Page is Part of the Document **

I hereby certify that the within and foregoing was recorded in the Clerk's Office for:

File Information
Document Number: 2007-00309409
Recorded Date: 11/08/2007 10:09 A
Receipt Number: 144576

Mail Back
HILL WALLACK LLP
202 CARNEGIE CENTER
ATTN: MICHAEL KAHME ESQ
PRINCETON NJ 08543-

** DO NOT REMOVE **
**This Page is Part of the Document**

RAD 635-42      Rcd   11-8-07

Prepared By:
Michael Kahme, Esq.

Doc #: 00309409
Bk: 635 Pg: 43

## ASSIGNMENT OF MORTGAGE OR BENEFICIAL INTEREST IN DEED OF TRUST

FOR VALUE RECEIVED, Mortgage Electronic Registration Systems Inc., a Delaware Corporation ("Assignor") does hereby grant, bargain, sell, assign, transfer and convey to CitiMortgage Inc., ("Assignee"), whose address is 1000 Technology Dr O'Fallon, MO 63368-2240 all of its right, title and interest in and to that certain Mortgage dated MARCH 24, 2005, Grantor thereunder, to secure the sum of 186,000.00 for the benefit of CORINNE A. ALESI & PETER B. ALESI and Mortgage Electronic Registration Systems, Inc., as nominee for FLAGSTAR BANK, FSB and recorded on 03/28/05 in Mortgage BK: 3950, PG: 285 &c of the real property records of WARREN County, New Jersey, which Mortgage or Deed of Trust encumbers the property more particularly described therein, together with all indebtedness currently due and to become due under the terms of any promissory note or evidence of indebtedness secured thereby.

This Assignment is made without recourse to Assignor and without representation or warranty by Assignor, express or implied.

Signed, sealed and
delivered in the presence of:

Shannon Greiner

By: Aaron Menne, Assistant Vice President

STATE/COMMONWEALTH OF Missouri:
COUNTY OF ST CHARLES:         : ss.

The undersigned, a notary public in and for the above-said County and State/Commonwealth does hereby acknowledge that Aaron Menne, Assistant Vice President, of Mortgage Electronic Registration Systems Inc., a Delaware Corporation, personally appeared before me this day and being by me duly sworn, says that he/she, being informed of the contents voluntarily executed the foregoing and annexed instrument for and on behalf of such entity.

WITNESS my hand and official seal, October 12, 2007.

SEAL


LIZ GEISS
My Commission Expires
May 22, 2011
Lincoln County
Commission #07052218

Notary Public for the State/
Commonwealth of Missouri
Residing at _____
My commission expires: _____

Record and return to:
HILL WALLACE
202 Carnegie Center
Princeton, NJ 08543-5226
Attn.: Michael Kahme, Esq.
Loan Number: 400504859

Recorded

Nov 08, 2007 10:09:45A

PATRICIA J. KOLB
ACTING WARREN COUNTY CLERK
BELVIDERE, NJ