# EXHIBIT E

Country Wide Valuations

RECEIVED OCT 0 1 2007 By____

| Freddie Mac | **BROKER'S PRICE OPINION** |
|---|---|

Loan #: 12294702

Exterior/Curb Side ☒
Interior ☐
Interior Access Denied ☐    Reason: REFERRAL DEPT

Inspection Date: 9/26/07

| BPO Firm Name: Coldwell Banker Elite | Agent: Kevin Breen | Phone: 5402883924 |
|---|---|---|
| Property Address: 4227 Berkley Court | | Unit #: |
| City: King George | County: King George | State: VA | Zip: 22485 |
| Is property currently listed with a real estate firm? ☐ Yes ☒ No | Name of Listing Agent/Firm: | Agent Phone |

Property Type ☐ Townhouse  ☒ SFD  ☐ 2 Fam  ☐ 3 Fam  ☐ 4 Fam  ☐ Condo   Condo Assn Fee/month: $

Occupant: ☒ Owner  ☐ Tenant  ☐ Vacant   Home Owner's Name: RAMIREZ

Estimate of repairs needed to obtain current FMV for subject property

Interior:
- Painting       $ UNKNOWN
- Structural     $
- Appliances     $
- Utilities      $
- Carpet/Floors  $
- Others         $

Exterior:
- Painting       $
- Structural     $
- Landscaping    $
- Roof           $
- Windows        $
- Others         $

Cleaning/Trash Removal $ _____    Do you recommend repairs? ☐ Yes ☒ No
Repair Totals: $

Overall Property Condition: ☐ Excellent ☒ Good ☐ Fair ☐ Poor ☐ Inferior
Are there any items that require IMMEDIATE attention/action? ☐ Yes ☒ No
Title/Legal issues? ☐ Yes ☒ No . Do any environmental issues affect the value of the property? ☐ Yes ☒ No
If Yes to any of the above, please explain:

This was for an exterior inspection and could change significantly once interior inspection is complete.

Property Values: ☐ Increasing ☐ Stable ☒ Declining   Predominant Occupancy: ☒ Owner ☐ Tenant
Marketing Time: ☐ Under 3 M ☐ 3-6 M ☒ Over 6 M   Vacancy Rate: ☐ 0-5% ☐ 5-10% ☒ 10-20% ☐ 20+%
No. of Active Listings in Neighborhood: _____ Price Range of Listings in Neighborhood From $350000 To $450000
***** I COULD NOT PUT NUMBER ABOVE – 77 LISTINGS IN THIS PRICE RANGE.

COMMENTS:
There are currently 317 listings in the zip code 22485, range is 140k thru 1.5 mil.

### VALUE ESTIMATATION

| Probable Sale Prices | 90-Day Marketing time | 120-Day Marketing Time | 180-Day Marketing Time |
|---|---|---|---|
| As-Is | 390,000 | 405,000 | 410,000 |
| As Repaired | 390,000 | 405,000 | 410,000 |

Property Should Be Listed: ☒ As-Is ☐ As Repaired
Anticipated Seller-Paid Financing Costs: it is typical in this area for the seller to pay 3% up to 6% closing costs

COMMENTS:
We are in a declining market with a huge amount of competing inventory. Any seller will need to price competitively. This BPO is not an appraisal, it is what I believe, based on data pulled a buyer would be willing to pay for this property. This area has huge potential for growth but currently the large number of inventories and lack of adjusting to today's market is producing high absorbsion rates. If you feel I have not provided enough information to justify the above price please let me know and I can pull more detailed stats. Currently 1 property sells for every 2.3 that are listed.

ATTACH INTERIOR AND EXTERIOR PHOTOGRAPHS OF SUBJECT PROPERTY WITH EMAIL OF THIS FORM.

PREPARED BY: Jennifer Chambers _____   Date: 9/27/07
                        Signature

Freddie Mac                                    BROKER'S PRICE OPINION

| COMPETITIVE LISTINGS | | | | | | | |
|---|---|---|---|---|---|---|---|
| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
| Address | 4227 Berkley Ct | 16758 Fairfax Dr | | 4066 Chatham Drive | | 4257 Berkley Ct | |
| Proximity to Subject | SUBJECT | Same Development | | Same Development | | Same Development | |
| Current List Price | N/A | 456,000 | | 465,000 | | 469,000 | |
| Current List Date | N/A | 9/27/07 | | 9/27/07 | | 9/27/07 | |
| Original List Price | N/A | 475,000 | | 489,900 | | 529,000 | |
| Original List Date | N/A | 4/11/07 | | 6/9/07 | | 7/24/07 | |
| VALUE ADJUSTMENTS (Use the following codes for adjustments: S = Superior  E = Equal  I = Inferior  U = Unknown) | | | | | | | |
| DESCRIPTION | DESCRIPTION | DESCRIPTION | ADJ | DESCRIPTION | ADJ | DESCRIPTION | ADJ |
| Above Grade Room Count | Total # Rms 8 | Total # Rms 11 | S | Total # Rms 11 | S | Total # Rms 11 | S |
| | Bdrms 4 | Bdrms 5 | S | Bdrms 4 | E | Bedrms 4 | E |
| | Baths 35 | Baths 4.5 | S | Baths 4 | S | Baths 25 | I |
| Gross Living Area | 2772 Sq Ft | 3778 Sq Ft | S | 4136 Sq Ft | S | 4000 Sq Ft | S |
| Location | suburban | suburban | E | suburban | E | suburban | E |
| Site/Lot Size | .62 | .46 | I | .37 | I | .37 | I |
| Design & Appeal | Colonial/Good | Colonial/Good | E | Colonial/Good | E | Colonial/Good | E |
| Age (Number of Yrs) | 11 | 1 | E | 2 | E | 2 | E |
| Overall Condition | good | good | E | good | E | good | E |
| Garage/Carport | 2 attached | 2 attached | E | 2 attached | E | 2 attached | E |
| Porch, Patio, Deck, Pool, Fence | porch | porch | E | deck | E | deck | E |
| Overall Rating/Est $ Value of Adjustments | | | S | | S | | S |
| Indicate property most comparable to subject. Check 1. ☒ | | | | ☐ | | ☐ | |

COMMENTS: #1,
#2,
#3,

| CLOSED SALES | | | | | | | |
|---|---|---|---|---|---|---|---|
| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
| Address | 4227 Berkley Ct | 6917 North Stuart Rd | | 2170 River Dr | | 13270 Ormond Way | |
| Proximity to Subject | SUBJECT | 3.48 Miles | | 5.17 Miles | | 4.89 Miles | |
| Original List Price | N/A | 464,000 | | 479,000 | | 429,900 | |
| List Price When Sold | N/A | 445,000 | | 400,000 | | 415,000 | |
| Sale Price | N/A | 449,000 | | 409,900 | | 429,900 | |
| Sale Date | N/A | 5/17/07 | | 7/11/07 | | 5/31/2007 | |
| Days on Market | N/A | 221 | | 312 | | 13 | |
| VALUE ADJUSTMENTS (Use the following codes for adjustments: S = Superior  E = Equal  I = Inferior  U = Unknown) | | | | | | | |
| DESCRIPTION | DESCRIPTION | DESCRIPTION | ADJ | DESCRIPTION | ADJ | DESCRIPTION | ADJ |
| Above Grade Room Count | Total # Rms 8 | Total # Rms 11 | S | Total # Rms 10 | S | Total # Rms 11 | S |
| | Bdrms 4 | Bdrms 4 | E | Bdrms 4 | E | Bedrms 4 | E |
| | Baths 35 | Baths 3.5 | E | Baths 3 | I | Baths 35 | E |
| Gross Living Area | 2772 Sq Ft | 2663 Sq Ft | I | 2600 Sq Ft | I | 2760 Sq Ft | E |
| Sales or Financing Concessions | 0 | 2,000 | S | 0 | E | 0 | E |
| Location | suburban | suburban | E | suburban | E | suburban | E |
| Site/Lot Size | .62 | 2.50 | S | 2.57 | S | 3.51 | S |
| Landscaping | average | average | E | average | E | average | E |
| Design & Appeal | Colonial/Good | Colonial/Good | E | Colonial/Good | E | Colonial/Good | E |
| Age (Number of Yrs) | 11 | 6 | E | 16 | E | 3 | E |
| Overall Condition | good | good | E | good | E | good | E |
| Garage/Carport | 2 attached | 2 attached | E | 2 attached | E | 2 attached | E |
| Porch, Patio, Deck, Pool, Fence | porch | prch, deck, fnced | S | 2 decks, porch, | S | deck & patio | S |
| Overall Rating/Est $ Value of Adjustments | | $39,000 | S | $100 | I | $19,900 | S |
| Indicate property most comparable to subject. Check 1. ☐ | | | | ☒ | | ☐ | |

COMMENTS:
#1,
#2,
#3,

Freddie Mac Form 1092                                                                                         Page 2 of 2

