# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------- x
                                                       :        Chapter 11
In re:                                                 :
                                                       :        Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                  :
HOLDINGS, INC., et al.,                                :
                                                       :
                            Debtors.                   :
                                                       :        Related to Docket No. _____
----------------------------------------------------- x
```

## ORDER GRANTING MOTION OF BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT UNDER FEDERAL RULES OF BANKRUPTCY PROCEDURE TO SHORTEN DEBTORS' TIME TO RESPOND TO THE FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS OF BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, DIRECTED TO THE DEBTORS IN CONNECTION WITH THE MOTION OF BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d), ALLOWING THE ADMINISTRATIVE AGENT TO EXERCISE ITS RIGHTS AS A SECURED CREDITOR

Upon consideration of the motion (the "Motion") of Bank of America, N.A., as

administrative agent for itself and certain other banking and financial institutions as pre-petition

secured lenders under that certain Second Amended and Restated Credit Agreement, dated as of

August 10, 2006, for the entry of an order under Federal Rules of Bankruptcy Procedure 7033

and 7034 shortening Debtors' time to respond to the first set of interrogatories and requests for

production of documents of Bank of America, N.A., as administrative agent, directed to the

Debtors in connection with the motion of Bank of America, N.A., as administrative agent, for

relief from automatic stay pursuant to 11 U.S.C. § 362(d), allowing the administrative agent to

exercise its rights as a secured creditor; and the Court having determined that granting the relief

requested by the Motion is in the best interest of all parties in interest; and after due deliberation

and sufficient cause appearing therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1.      The Motion is GRANTED.

2.      The Debtors shall answer the interrogatories and produce the documents

responsive to *The First Set of Interrogatories and Requests for Production of Documents of Bank*

*of America, N.A., as Administrative Agent, Directed to the Debtors in Connection with the*

*Motion of Bank of America, N.A., Pursuant to 11 U.S.C. § 362(d), Allowing the Administrative*

*Agent to Exercise its Rights as a Secured Creditor* [noticed at D.I. 3058] so as to received on or

before March 14, 2008.


_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE


Dated: _____ _____, 2008


Pac#850951

2