IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                          : Chapter 11
                                                :
AMERICAN HOME MORTGAGE                          : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.  :
                                                : Jointly Administered
        Debtors.                                :
                                                :
---------------------------------------------------------------- x

**SUPPLEMENTAL AFFIDAVIT OF JAMES SKLAR PURSUANT TO BANKRUPTCY RULES 2014 AND 2016 IN SUPPORT OF (I) THE DEBTORS' EMPLOYMENT AND RETENTION OF DOVEBID, INC. AS AUCTIONEER; (II) THE TERMS OF COMPENSATION TO DOVEBID; AND (III) A LIMITED WAIVER OF LOCAL RULE 2016-2(d)**

STATE OF MICHIGAN   )
                    ) ss:
COUNTY OF OAKLAND   )

JAMES SKLAR, being duly sworn, deposes and says:

1. I am the Vice President, General Counsel and Secretary of DoveBid, Inc. ("DoveBid"), the Auctioneer retained to conduct public auction sales of certain of the Debtors' surplus tangible assets pursuant to this Court's Order Authorizing and Approving (I) the Debtors' Employment and Retention of DoveBid, Inc. as Auctioneer; (II) the Terms of Compensation to DoveBid; (III) a Waiver of Local Rule 2016-2(d); and (IV) Procedures for DoveBid's Sale of Assets Pursuant to the DoveBid Agreement and the Auction dated January 14, 2008 (the "Retention Order").

2. This Supplemental Affidavit is submitted to supplement the Affidavit of John Carroll Pursuant to Bankruptcy Rule 2014 and 2016 in Support of (I) the Debtors'

Employment and Retention of DoveBid, Inc. as Auctioneer; (II) the Terms of Compensation to DoveBid; and (III) a Limited Waiver of Local Rule 2016-2(D) (the "Carroll Affidavit"), filed in conjunction with the motion seeing entry of the Retention Order, pursuant to Rules 2014(a) and 2106(a) of the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.

3. Subsequent to the filing of the Carroll Affidavit, CataList Homes, Inc. ("CataList"), a licensed real estate broker, was engaged by the Debtors pursuant to the Order Approving the Motion Pursuant to Sections 105(a), 327 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business (the "Ordinary Course Professionals Order") to assist the Debtors in the disposition of certain of the Debtors' REO Properties.

4. As disclosed in the Affidavit in Support of Employment of Catalist Homes, Inc. as a Professional Utilized in the Ordinary Course of Business filed in support of the engagement of CataList, DoveBid and CataList maintain a strategic alliance relationship pursuant to which CataList and DoveBid jointly conduct the auctions of the REO Properties and CataList shares its compensation earned with respect thereto. The compensation earned by CataList, a portion of which is then paid to DoveBid, is paid by the purchasers of the REO Property and not the Debtors. The REO Properties being sold by CataList, in conjunction with DoveBid, have no relationship whatsoever to any of the surplus personal property to be sold by DoveBid pursuant to the Retention Order other than common ownership by the Debtors.

5. Notwithstanding the foregoing disclosure, which is made out of an abundance of caution in the interest of full disclosure, I believe that DoveBid is still a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
JAMES SKLAR

Sworn to before me this
27th day of February, 2008

_____
Notary Public

KRIS ANN ELL___
NOTARY PUBLIC, ST___  MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Aug 26, 2012
ACTING IN THE COUNTY OF Oakland