Andrea Sheehan
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 North Central Expressway
Dallas, Texas 75205
(214) 521-8000
(214) 521-1738 FAX

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **AMERICAN HOME MORTGAGE** | § | |
| **HOLDINGS, INC.** | § | Case No. 07-11047-CSS-11 |
| | § | |
| | § | |
| **Debtor.** | § | **CHAPTER 11** |

**NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

COMES NOW Andrea Sheehan and the LAW OFFICES OF ROBERT E. LUNA, P.C., 4411 N. Central Expressway, Dallas, Texas 75205, who previously filed a Notice of Appearance and Request for Notices on behalf of GARLAND INDEPENDENT SCHOOL DISTRICT, a secured creditor, and hereby withdraws the Notice of Appearance and Request for Service of Papers as it pertains to Garland Independent School District.

Respectfully submitted,

/s/ Andrea Sheehan
Andrea Sheehan
State Bar No. 24002935
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 North Central Expressway
Dallas, Texas 75205
(214) 521-8000
(214) 521-1738 FAX

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Withdrawal of Notice of Appearance and Request for Service of Papers was served upon the parties listed below and all parties requesting service via the Court's CM/ECF system by electronic delivery and/or U.S. first class mail this 3rd day of March, 2008.

/s/ Andrea Sheehan
ANDREA SHEEHAN

**Donald J. Bowman, Jr.**
Young, Conaway, Stargatt & Taylor
1000 West Street
17th Floor
Wilmington, DE 19801

**Bonnie Glantz Fatell**
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035