IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x   Chapter 11
In re:                                                                :
                                                                      :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :
a Delaware corporation, et al.,¹                                      :   Jointly Administered
                                                                      :
    Debtors.                                                          :   Objection Deadline: March 24, 2008 at 4:00
                                                                      :   p.m.
---------------------------------------------------------------------- x   Hearing Date: N/A

## NOTICE OF APPLICATION

TO:   The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the
      Official Committee of Unsecured Creditors

      The **First Monthly Application of Zeichner Ellman & Krause LLP as Ordinary Course Professional for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period December 1, 2007 through December 31, 2007** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $77,554.00 and interim expenses in the amount of $0.00.

      Objections to the Application, if any, are required to be filed on or before **March 24, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

      At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon); (viii).

       PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

       PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
      March 3, 2008

                                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                /s/ Ryan M. Bartley
                                James L. Patton, Jr. (No. 2202)
                                Pauline K. Morgan (No. 3650)
                                Sean M. Beach (No. 4070)
                                Matthew B. Lunn (No. 4119)
                                Margaret B. Whiteman (No. 4652)
                                Ryan M. Bartley (No. 4985)
                                The Brandywine Building
                                1000 West Street, 17th Floor
                                Wilmington, Delaware 19801
                                Telephone: (302) 571-6600
                                Facsimile: (302) 571-1253

                                Counsel for Debtors and
                                Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x   Chapter 11
In re:                                                                :
                                                                      :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :
a Delaware corporation, et al.,                                       :   Jointly Administered
                                                                      :
              Debtors.                                                :   Objection Deadline:
                                                                      :   Hearing Date: N/A
---------------------------------------------------------------------- x

**FIRST MONTHLY APPLICATION OF ZEICHNER ELLMAN & KRAUSE LLP AS ORDINARY COURSE PROFESSIONAL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007**

| | |
|---|---|
| Name of Applicant: | **Zeichner Ellman & Krause LLP** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **Effective as of August 6, 2007** |
| Period for which compensation and reimbursement is sought: | **December 1, 2007 through December 31, 2007** |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | **$77,554.00** |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | **$0.00** |

This is an:  __X__ interim  ___ final application

Fees for this application are all contingency fee billings pursuant to contract with one of the Debtors. This application includes no fee component in connection with the preparation of Fee Applications.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x   Chapter 11
In re:                                                            :
                                                                  :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :
a Delaware corporation, et al.,                                   :   Jointly Administered
                                                                  :
        Debtors.                                                  :   Objection Deadline:
                                                                  :   Hearing Date: N/A
---------------------------------------------------------------- x

**SUPPLEMENT TO THE FIRST MONTHLY APPLICATION OF ZEICHNER ELLMAN & KRAUSE LLP AS ORDINARY COURSE PROFESSIONAL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of Zeichner Ellman & Krause LLP ("ZEK") hereby moves this Court for compensation for professional services rendered as ordinary course professionals to American Home Mortgage Holdings, Inc., et al., the debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), in the amount of $77,554 for the interim period of December 1, 2007 through December 31, 2007 (the "Interim Fee Period"). In support of its Application, ZEK respectfully represents as follows:

**RELIEF REQUESTED**

1.      Prior to the filing of Debtors' petition in bankruptcy, ZEK was employed to represent the Debtors as attorneys in connection with, inter alia, various pre-petition civil actions that debtor American Home Mortgage Corp. filed against correspondent lenders (the "Correspondent Lender Actions").

2. On September 7, 2007, the Court entered an Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date (the "OCP Order") [Docket No. 643].

3. On September 24, 2007, pursuant to the procedures set forth in the OCP Order, Debtors filed the ordinary course professional retention affidavit (the "Original Retention Affidavit") of Mark Zeichner of ZEK [Docket No. 919], pursuant to which Debtors agreed to compensate ZEK on an hourly fee basis for legal work in connection with the Correspondent Lender Actions. There was no objection to the Original Retention Affidavit.

4. Thereafter, ZEK was prepared to proceed on the Correspondent Lender Actions pursuant to the OCP Order. However the Debtors concluded that the potential estate recoveries, if any, to be gained from the Correspondent Lender Actions would not justify the hourly fees expected to be spent on them.

5. ZEK proposed, therefore, to proceed with some of the Correspondent Lender Actions, including those that are the subject of this application, on a contingency fee basis. The Debtors concluded that this proposal would benefit the estate with virtually no downside risk, and agreed to proceed on a 50% contingency fee basis. Indeed, I understand that the Debtors have adopted ZEK's contingency fee arrangement with other ordinary course professionals, thereby providing additional benefit to the estate from ZEK's proposal.

6. On October 25, 2007, pursuant to the procedures set forth in the OCP Order, Debtors filed the supplemental affidavit of ordinary course professional [Docket No. 1667] of Mark Zeichner of ZEK (the "Supplemental Retention Affidavit"), pursuant to which Debtors agreed to compensate ZEK on a 50% contingency fee basis on recoveries in certain of the Correspondent Lender Actions. Pursuant to the OCP Order, the deadline by which to object to the Supplemental Retention Affidavit was November 14, 2007. There was no objection to the Supplemental Retention Affidavit.

7. The OCP Order authorized the Debtors to make monthly payments for post-petition compensation and reimbursement of expenses to each of the Ordinary Course Professionals up to $75,000. in fees and expenses per month per firm (but no more than $185,000. during any three month period) for those professionals identified on Exhibit B to the Motion.[1]

8. The OCP Order provided that Ordinary Course Professionals were to be compensated for amounts in excess of their respective caps only upon entry of a Court order approving a fee application for such amounts.

9. The fees detailed on Exhibit A do not exceed the $185,000. three-month cap. In fact, the contingency fees detailed on Exhibit A reflect work performed over a period of almost five (5) months (the petition date, August 6, 2007, to December 21, 2007). However, such contingency fees became payable only upon the closings of the settlements approved in December 2007. Therefore, exercising an abundance of caution and in the interest of full disclosure, ZEK submits this fee application seeking approval for its fees to

the extent that they might be viewed to exceed the $75,000. monthly cap under the arguable view that all of the fees detailed on Exhibit A were "earned" in December, 2007, when the settlements were approved.

10. For the Interim Fee Period, ZEK seeks allowance of compensation for professional services rendered to Debtors in the aggregate amount of $77,554. which represents the amount by which said compensation might arguably be viewed to exceed the $75,000. monthly cap.

## TIME RECORDS

11. Because ZEK is being compensated on a contingency fee basis in connection with the recoveries obtained in the Correspondent Lender Actions that are the subject of this application, it is not submitting time records as part of this interim fee application.

## SUMMARY OF SERVICES RENDERED

12. Attached as Exhibit A is a chart (i) identifying the Correspondent Lender Actions that are the subject of this interim fee application, (ii) detailing the recoveries obtained in the identified Correspondent Lender Actions, and (iii) itemizing the portion of the recoveries that ZEK is entitled to receive as contingency compensation.

13. The settlements of the Correspondent Lender Actions that are the subject of this application were deemed approved by this Court pursuant to the Certificate of No Objection Regarding Docket No. 2244, filed on December 21, 2007 [Docket No. 2468].

---

[1] ZEK is identified on Exhibit B to the OCP Motion [Docket No. 192].

WHEREFORE, ZEK requests that the Court approve its compensation in the amount of $77,554. compensation pursuant to the OCP Order for the Interim Fee Period, and further requests such other and further relief as this Court may deem just and proper.

Dated: New York, New York
      February 29, 2008

                                        Zeichner Ellman & Krause LLP

By: _____
                                        Mark Zeichner
                                        575 Lexington Avenue
                                        New York, New York 10022
                                        Telephone: (212) 223-0400
                                        Facsimile: (212) 753-0396

                                        Ordinary Course Professional for
                                        Debtors and Debtors in Possession

519817.v1/10331-005/BG

**EXHIBIT A**

**AMERICAN HOME MORTGAGE CORP. SETTLEMENT CHART**

| CASE NAME/DESCRIPTION | SETTLEMENT APPROVED | SETTLEMENT AMOUNT | AMOUNT REMITTED TO ESTATE (DATE PAID) | AMOUNT REMITTED TO ZEK (DATE PAID)[2] |
|---|---|---|---|---|
| American Home Mortgage Corp. v. USA Funding Corp., Case No. 06 CV 5956 (E.D.N.Y.) | December 21, 2007 | $55,000 | $27,500 (January 3, 2008) | $27,500 (January 3, 2008) |
| American Home Mortgage Corp. v. Allied Home Mortgage Capital Corp., Index No. 108113/07 (N.Y. Sup. Ct.) | December 21, 2007 | $5,000 | $2,500 (January 3, 2008) | $2,500 (January 3, 2008) |
| American Home Mortgage Corp v. NBGI, Inc., Case No. 07 CV 2776 (E.D.N.Y.) | December 21, 2007 | $27,500 | $13,750 (January 3, 2008) | $13,750 (January 3, 2008) |
| American Home Mortgage Corp. v. JLM Direct Funding Ltd., et al., Case No. 07 CV 1116 (E.D.N.Y.) | December 21, 2007 | $25,000 | $12,500 (January 3, 2008) | $12,500 (January 3, 2008) |
| American Home Mortgage Corp v. United General Mortgage Corp. Case Nos. 01 CV 1174, 07 CV 2404 (E.D.N.Y.); 07 CV 6218 (S.D.N.Y.) | December 21, 2007 | $190,000 (installment settlement; final $10,000.00 installment now in escrow) | $95,000 ($85,000. remitted on January 3, 2008; $5,000. remitted on January 14, 2008; $5,000. remains to be remitted) | $17,446 (ZEK fee is $95,000. $17,446. was remitted on January 3, 2008; $77,554. remains in escrow; approval sought by this Motion) |

---

[2] The payments remitted to ZEK were made upon the written authorization of John J. Kalas, Esq., SVP, Deputy General Counsel and Chief Compliance Officer, for American Home, in accordance with the provisions of the OCP Order.

| | |
|---|---|
| Aggregate of amounts billed for services performed on an hourly basis on other (non-contingency fee) litigation from December 1, 2007 through December 31, 2007 (Not yet paid to ZEK) | $1,304.00 |
| **GRAND TOTAL** | $152,554.00 |

519817.v1/10331-005/BG

## VERIFICATION OF FEE APPLICATION

STATE OF NEW YORK    )
                     )    SS:
COUNTY OF NEW YORK   )

MARK ZEICHNER, after being duly sworn according to law, deposes and says:

1. I am a Partner in the applicant firm (the "Firm") and have been admitted to the bar of the State of New York since March 1975.

2. I have personally performed many of the legal services rendered by the Firm as attorneys representing the Debtors in the actions identified herein, in the ordinary course of their business, and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

3. Subject to the explanation offered in paragraph 9 of the Supplement to the First Monthly Application of Zeichner Ellman & Krause LLP as Ordinary Course Professionals for Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period December 1, 2007 through December 31, 2007, the fees requested herein were earned within the month subject to the foregoing Application.

4. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Mark Zeichner

SWORN TO AND SUBSCRIBED
before me this 29 day of February, 2008.

_____
Notary Public

MICHAEL W. ANTONIVICH
Notary Public, State of New York
No. 01AN4762190
Qualified in Nassau County
Commission Expires June 30, 2010

518155.v1/10331-005/BG