IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :   Jointly Administered
         Debtors.                                                        :
                                                                         :   Ref. No. 2738
------------------------------------------------------------------------ x

**CORRECTED CERTIFICATE OF NO OBJECTION TO APPLICATION
RE: DOCKET NO. 2738**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Fifth Monthly Statement of Law Offices of Alan Weinreb, PLLC as Foreclosure Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period December 1, 2007 through December 31, 2007 (the "Application"). The Court's docket which was last updated March 3, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than February 4, 2008 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($24,023.60) of requested fees and 100% of requested expenses ($50,675.81) on an interim basis without further Court order.

Dated: Wilmington, Delaware
March 3, 2008

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          /s/ Ryan M. Bartley
          James L. Patton, Jr. (No. 2202)
          Joel A. Waite (No. 2925)
          Pauline K. Morgan (No. 3650)
          Sean M. Beach (No. 4070)
          Kenneth Enos (No. 4544)
          Margaret B. Whiteman (No. 4652)
          Ryan M. Bartley (No. 4985)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253

          Counsel for Debtors and
          Debtors in Possession