IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case Nos. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Ref. Docket Nos.: 2477, 2727, 2959 & 3137 |
| | ) | |

**ORDER APPROVING STIPULATION BY AND BETWEEN THE DEBTORS
AND MARICOPA COUNTY TREASURER RESOLVING THE INFORMAL
OBJECTION TO DEBTORS' NOTICE OF PLAN OF SALE**

Upon consideration of the Stipulation By and Between the Debtors and Maricopa County Treasurer Resolving the Informal Objection to the Debtors' Notice of Plan of Sale (the "Stipulation"); and due and sufficient notice of the Stipulation having been given; and it appearing that the Stipulation is in the best interest of the Debtors, their estates and creditors; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the Stipulation attached hereto as Exhibit A is hereby approved; and it is further

ORDERED, that this Court shall retain jurisdiction to hear any and all disputes arising out of the implementation of this Order.

Dated: Wilmington, Delaware
       March 3, 2008

_____
Christopher S. Sontchi
United States Bankruptcy Judge