IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :   Jointly Administered
                                                                 :
                    Debtors.                                     :
                                                                 :
---------------------------------------------------------------- x

## NOTICE OF SERVICE OF DISCOVERY MATERIAL

PLEASE TAKE NOTICE that on March 4, 2008, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through their undersigned counsel, caused a copy of the following to be served upon the attached list in the manner indicated:

- **DEBTORS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT IN CONNECTION WITH ITS MOTION FOR RELIEF FROM AUTOMATIC STAY, PURSUANT TO 11 U.S.C. § 362(d), ALLOWING THE ADMINISTRATIVE AGENT TO EXERCISE ITS RIGHTS AS A SECURED CREDITOR**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Dated: Wilmington, Delaware  
March 4, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ John T. Dorsey_
John T. Dorsey (No. 2988)  
Sharon M. Zieg (No. 4196)  
Erin Edwards (No. 4392)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

Counsel for Debtors

## SERVICE LIST
### 3/4/2008

Margot B. Schonholtz, Esq.
Myron Kirschbaum, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596
(Bank of America)
*First Class Mail and E-mail*

Laurie S. Silverstein, Esq.
Gabriel R. MacConaill, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(Bank of America)
*Hand Delivery and E-mail*

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing **Notice of Service** were served this 4th day of March, 2008, upon the following parties as indicated:

| | |
|---|---|
| Margot B. Schonholtz, Esq.<br>Myron Kirschbaum, Esq.<br>Scott D. Talmadge, Esq.<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022-3596<br>(Bank of America)<br>***First Class Mail and E-mail*** | Laurie S. Silverstein, Esq.<br>Gabriel R. MacConaill, Esq.<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899<br>(Bank of America)<br>***Hand Delivery and E-mail*** |

Dated: Wilmington, Delaware
March 4, 2008

Erin Edwards (No. 4392)

DB02:6625053.2                                                                             066585.1001