IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case Nos. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | ) | |
| | ) | Related Docket Nos. 554, 2002, 2284, |
| Debtors, | ) | 2855 and 3142 |
| | ) | |
| | ) | |

CERTIFICATION OF COUNSEL REGARDING
FOURTH STIPULATION AND ORDER REGARDING THE FINAL ORDER
(I) AUTHORIZING DEBTORS' LIMITED USE OF CASH COLLATERAL
AND (II) GRANTING REPLACEMENT LIENS AND ADEQUATE
PROTECTION TO CERTAIN PRE-PETITION SECURED PARTIES

The undersigned hereby certifies as follows:

1.  On September 4, 2007, this Court entered its Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties [D.I. 554] (as subsequently amended by the First Final Stipulation and Order Extending Limited Use of Cash Collateral Pursuant to the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties [D.I. 2002], the Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties [D.I. 2284], the Second Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties [D.I. 2855], and the Third Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties

[D.I. 3142], the "Cash Collateral Order"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Cash Collateral Order.

2. Pursuant to the Cash Collateral Order, the Committee has until March 5, 2008 (the "Committee Deadline") to properly file an adversary proceeding or contested matter solely for purposes of seeking a determination of the Remaining Issues, which are set forth in Paragraph 1 of the Second Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties [D.I. 2855].

3. The Committee has requested and the Administrative Agent has agreed to an extension of the Committee Deadline to March 12, 2008 at 12:00 p.m. Eastern Standard Time. In connection with this extension, the Committee and Administrative Agent have entered into the Fourth Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Used of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Prepetition Secured Parties (the "Fourth Stipulation and Order"), a copy of which is attached hereto as Exhibit 1.

4. Accordingly, the Committee respectfully requests that the Court enter the attached Fourth Stipulation and Order at its earliest convenience.

Dated: March 5, 2008

**BLANK ROME LLP**

/s/ *David W. Carickhoff*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400

-and-

**HAHN & HESSEN LLP**
Mark S. Indelicato
Mark T. Power
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Official
Committee of Unsecured Creditors*