IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :    Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :    Jointly Administered
     Debtors.                                                          :
                                                                       :    Ref. No. 2939
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 2939

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to First Monthly Application of Samuel I. White, P.C. as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period August 6, 2007 through August 31, 2007 (the "Application") has been received. The Court's docket which was last updated March 5, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than March 3, 2008 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($21,832.00) of requested fees and 100% of requested expenses ($21,596.79) on an interim basis without further Court order.

Dated: Wilmington, Delaware
    March 5, 2008

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Ryan M. Bartley
> James L. Patton, Jr. (No. 2202)
> Joel A. Waite (No. 2925)
> Pauline K. Morgan (No. 3650)
> Sean M. Beach (No. 4070)
> Matthew B. Lunn (No. 4119)
> Margaret B. Whiteman (No. 4652)
> Ryan M. Bartley (No. 4985)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> Telephone: (302) 571-6600
> Facsimile: (302) 571-1253
>
> Counsel for Debtors and
> Debtors in Possession