IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------------- x
In re:                                                                      :   Chapter 11
                                                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                      :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                             :
                                                                            :   Jointly Administered
        Debtors.                                                            :
                                                                            :   Ref. No. 2941
--------------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 2941

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Third Monthly Application of Samuel I. White, P.C. as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period October 1, 2007 through October 31, 2007 (the "Application") has been received. The Court's docket which was last updated March 5, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than March 3, 2008 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($1,880.00) of requested fees and 100% of requested expenses ($2,225.84) on an interim basis without further Court order.

Dated: Wilmington, Delaware
      March 5, 2008

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ Ryan M. Bartley
    James L. Patton, Jr. (No. 2202)
    Joel A. Waite (No. 2925)
    Pauline K. Morgan (No. 3650)
    Sean M. Beach (No. 4070)
    Matthew B. Lunn (No. 4119)
    Margaret B. Whiteman (No. 4652)
    Ryan M. Bartley (No. 4985)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801
    Telephone: (302) 571-6600
    Facsimile: (302) 571-1253

    Counsel for Debtors and
    Debtors in Possession