IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                              :
                                                                             :   Jointly Administered
    Debtors.                                                                 :
                                                                             :   Ref. No. 2938
---------------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 2938

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Second Monthly Application of T.D. Service Co. as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period December 1, 2007 through December 31, 2007 (the "Application") has been received. The Court's docket which was last updated March 5, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than March 3, 2008 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($211,058.42) of requested fees and 100% of requested expenses ($214,509.18) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       March 5, 2008

                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                        /s/ Ryan M. Bartley
                        James L. Patton, Jr. (No. 2202)
                        Joel A. Waite (No. 2925)
                        Pauline K. Morgan (No. 3650)
                        Sean M. Beach (No. 4070)
                        Matthew B. Lunn (No. 4119)
                        Margaret B. Whiteman (No. 4652)
                        Ryan M. Bartley (No. 4985)
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        Wilmington, Delaware 19801
                        Telephone: (302) 571-6600
                        Facsimile: (302) 571-1253

                        Counsel for Debtors and
                        Debtors in Possession