## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | : : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors. | : : | |
| | : | **Related to Docket No. 2879** |

**CERTIFICATION OF COUNSEL WITH RESPECT TO THE INCREMENTAL AMOUNTS REQUESTED IN THE FIFTH INTERIM MONTHLY APPLICATION OF NORTHWEST TRUSTEE SERVICES, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FORECLOSURE PROFESSIONALS TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD FROM DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007**

I, the undersigned counsel for Northwest Trustee Services, Inc. ("NWTS"), hereby certify that:

1. On February 4, 2008, NWTS filed its *Fifth Interim Monthly Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession from December 1, 2007 through December 31, 2007* [Docket No. 2879] ("Fee Application"). In the Fee Application, NWTS sought immediate payment in the amount of $215,553.45 ("Incremental Amount"), which consists of 80% of the fees earned by NWTS during the Application Period[1] (i.e., $66,500.00), and 100% of the Foreclosure Costs incurred by NWTS on the Debtors' behalf during the Application Period, but only to the extent such Foreclosure Costs appear on the invoices attached as Exhibit C to the Fee Application with a date on or after the Petition Date (i.e., $149,053.45).[2]

2. The deadline for objections to the Incremental Amount was February 25, 2008. No objections were filed.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Fee Application.

[2] The Fee Application recognizes and acknowledges that the continuing objections of the Debtors and the Committee to certain Foreclosure Costs included in the Fee Application, and expressly provides that such objections will continue without need for the filing of an additional objection to the Fee Application In the interest of judicial economy and based upon the agreement of the Debtors and NWTS with respect to NWTS' prior fee applications, the Fee Application provides that NWTS seeks immediate payment of only the Incremental Amount, and will adjourn the dispute regarding the allowance and payment of the remaining amounts until the next regularly scheduled quarterly fee hearing.

3.     Accordingly, the fees and costs included in the Incremental Amount are approved, and the Debtors are authorized to pay the Incremental Amount to NWTS without further order of this Court.[3] *See Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code* [Docket No. 547], as modified by the *Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals and Real Estate Brokers Utilized in the Ordinary Course and Granting Limited Nunc Pro Tunc Relief* [Docket No. 2985].

Dated: March 5, 2008

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
*Attorneys for Northwest Trustee Services, Inc.*

#596407

---

[3] The payment of the Incremental Amount is subject to the reservation of rights made by the Debtors, the Creditors' Committee and AH Mortgage Acquisition Co., Inc. on the record at the January 14, 2008 hearing.