**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | **Objection Deadline: March 26, 2008 at 4:00 p.m.** |
| | : | **Hearing Date: To Be Determined** |

**SIXTH INTERIM MONTHLY APPLICATION OF NORTHWEST TRUSTEE SERVICES, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FORECLOSURE PROFESSIONALS TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD FROM JANUARY 1, 2008 THROUGH JANUARY 31, 2008**

| | |
|---|---|
| Name of Applicant: | Northwest Trustee Services, Inc. |
| Authorized to Provide Professional Services to: | American Home Mortgage Corporation, a Delaware corporation, *et al.* |
| Date of Retention: | *nunc pro tunc* August 6, 2007 |
| Period for which compensation and reimbursement is sought: | January 1, 2008 through January 31, 2008 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $177,641.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $458,011.24 |

This is an: X interim ___ final application

This is Northwest Trustee Services, Inc.'s sixth interim monthly application.

**Previous Applications:**

| Monthly Fee Request | Period Covered | Total Fees Requested | Total Costs Requested | Total Fees Allowed | Total Costs Allowed | Pending Costs |
|---|---|---|---|---|---|---|
| First | 8/6/07 to 8/31/07 | $26,775.00 | $50,166.02 | $26,775.00 | $11,145.06 | $39,020.96 |
| Second | 9/1/07 to 9/30/07 | $27,025.00 | $41,425.36 | $27,025.00 | $17,408.91 | $24,016.45 |
| Third | 10/1/07 to 10/31/07 | $64,217.50 | $131,663.45 | $64,217.50 | $69,299.47 | $62,363.98 |
| Fourth | 11/1/07 to 11/30/07 | $119,250.00 | $289,949.17 | $95,400.00** | $166,304.59 | $123,644.58 |
| Fifth* | 12/1/07 to 12/31/07 | $83,125.00 | $210,678.53 | $66,500.00** | $149,053.45 | $61,625.08 |

* A Certification of Counsel was filed on March 5, 2008 [Docket No. 3168] with respect to the total amount of fees and costs that are allowed and the amount of costs that are still pending.

**Amount represents 80% of the total fees requested for the applicable monthly compensation period.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | **Objection Deadline: March 26, 2008 at 4:00 p.m.** |
| | : | **Hearing Date: To Be Determined** |

**SIXTH INTERIM MONTHLY APPLICATION OF NORTHWEST TRUSTEE SERVICES, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FORECLOSURE PROFESSIONALS TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD FROM JANUARY 1, 2008 THROUGH JANUARY 31, 2008**

Northwest Trustee Services, Inc. ("NWTS"), a "foreclosure professional" retained in the above-captioned cases by the above-captioned debtors ("Debtors"), hereby submits this sixth interim monthly application ("Application") for allowance of its fees and reimbursement of its expenses pursuant to sections 330 and 331 of title 11 of the United States Code ("Bankruptcy Code") for foreclosure services performed and expenses incurred on behalf of the Debtors during the period commencing January 1, 2008, through and including January 31, 2008 ("Application Period"). In support of its Application, NWTS respectfully represents as follows:

**Jurisdiction**

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. The statutory predicates for the relief sought herein are sections 328(a) and 330 of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

**Background**

2. On August 6, 2007 ("Petition Date"), the Debtors each filed a voluntary petition under chapter 11 of the Bankruptcy Code.

3. NWTS has extensive experience in handling and prosecuting nonjudicial deed of trust foreclosures and monitoring senior lien foreclosures for mortgage servicing

companies ("Foreclosure Services"). Prior to the Petition Date, NWTS provided Foreclosure Services to the Debtors, primarily in connection with the Debtors' mortgaging services business in California, Nevada, Washington, Oregon and Idaho. The Foreclosure Services were and are provided to the Debtors on a flat fee (plus expenses) basis that is not earned until the successful conclusion of a foreclosure matter.[1] The flat fee charged by NWTS to the Debtors varies by the services performed:

a. Nonjudicial Foreclosure: NWTS charges a flat fee of $600 to $800 for handling the Debtors' foreclosures, depending upon the state, the loan type and circumstances, plus costs. The flat fee may increase if, after authorization from the Debtors for additional fees, additional issues not contemplated in the referral arise and must be addressed; and

b. Senior Lien Monitor Fee: NWTS charges a flat fee of $200 to $500.

Additionally, nonjudicial foreclosure costs and expenses ("Foreclosure Costs") actually incurred by NWTS were and are reimbursed by the Debtors upon the conclusion of a foreclosure matter. NWTS advances monies to pay for services that, under applicable state law, must be performed to insure that the foreclosure will be deemed valid. The bulk of these costs relate to the following:

a. Foreclosure Title Report: The cost of the foreclosure title report varies by county and state, but is usually between $700 and $3,000. This cost is based upon the outstanding principal balance of the loan being foreclosed upon. This report, together with the cost of publishing foreclosure notices, is a substantial cost in the foreclosure process.

b. Mailing Costs: Mailing costs range from $100 and $300 per foreclosure, assuming, there are no more than ten interested parties to whom mailing is required and a complete, untruncated foreclosure.

[1] A foreclosure matter concludes when, for example, there has been a sale of the property, reinstatement of the loan or other resolution. A foreclosure matter can also, but not always, be deemed concluded if the borrower and lender have entered into a workout or the borrower has filed bankruptcy. If the foreclosure is "not successful," only expenses actually incurred are charged, but no expenses are discounted or refunded.

c. Recording Costs: The cost of recording documents such as successor trustee appointments, deed of trust assignments, foreclosure notices and trustee deeds varies by state or county and by the number of pages to be recorded.

d. Posting of Notices/Process Service: The frequency and cost of this service varies by state, but is usually between $70 and $140 per posting.

e. Publication of Foreclosure Notices: The cost of this service is usually between $350 and $1,800 per file. This requires publication of foreclosure notices in legally qualified newspapers. The costs of publication vary by newspaper, frequency of publication and length of notice.

Each of the foregoing Foreclosure Costs is charged to the Debtors by NWTS upon completion of the foreclosure matter. Further, with the exception of mailing costs,[2] all Foreclosure Costs are due from NWTS to the applicable third party vendor upon completion of the foreclosure matter.

4. All of the fees and Foreclosure Costs billed by NTWTS to Debtors are included among the foreclosure costs recaptured by the Debtors at the conclusion of each foreclosure. Accordingly, the Debtors are directly reimbursed from the proceeds of a successful foreclosure matter for NWTS' fees and expenses.

**Compensation and Payment Requested**

5. On September 12, 2007, this Court approved the Debtors' retention of NWTS, effective as of the Petition Date, as a foreclosure professional for the purposes of providing the Foreclosure Services to the Debtors. A copy of the order authorizing the Debtors' retention of NWTS as a foreclosure professional to the Debtors is attached hereto as Exhibit A.

6. During the Application Period, NWTS earned fees in the amount of $177,641.00 with respect to Foreclosure Services performed for the Debtors and advanced Foreclosure Costs on behalf of the Debtors in the amount of $458,011.24 pursuant to sections 330 and 331 of the Bankruptcy Code. A summary of the fees and

[2] NWTS is required to pay mailing costs within thirty days of monthly invoice by the third party mailing vendor.

Foreclosure Costs charged by NWTS to the Debtors during the Application Period is attached hereto as Exhibit B. Copies of NWTS' invoices to the Debtors for such fees and Foreclosure Costs are attached hereto as Exhibit C.

7. In accordance with the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections331 and 105(a) of the Bankruptcy Code* [Docket No. 547], as modified by the *Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals and Real Estate Brokers Utilized in the Ordinary Course and Granting Limited Nunc Pro Tunc Relief* [Docket No. 2985], NWTS seeks payment from the Debtors in the total amount of **$635,652.24** for Foreclosure Services rendered to the Debtors during the Application Period, which amount consists of 100% of the fees earned by NWTS during the Application Period (i.e., $177,641.00) and 100% of Foreclosure Costs incurred by NWTS on the Debtors' behalf during the Application Period (i.e., $458,011.24).

8. All of the fees and Foreclosure Costs for which compensation and reimbursement are requested by NWTS in this Application were incurred for and on behalf of the Debtors at the request of the Debtors. All fees and Foreclosure Costs were both reasonable and necessary under the circumstances. Pursuant to the standards set forth in sections 330 and 331 of the Bankruptcy Code, NWTS submits that the compensation requested herein is for actual and necessary services and Foreclosure Costs, and is reasonable, based upon the nature, extent, and value of such services, the time spent thereon, and the costs of comparable services other than in a case under the Bankruptcy Code. None of the fees and Foreclosure Costs relate to the $92,847.67 of prepetition services and fees waived by NWTS as set forth in the *Supplemental Affidavit of Todd Hendricks in Support of Application for Order Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention and Employment of Northwest Trustee Services, Inc. as Foreclosure Professionals for the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 671].

**Interim Resolution with Debtors and Creditors' Committee**

9. Notwithstanding the foregoing, NWTS seeks immediate payment in the amount of $546,694.85 ("Incremental Amount"), which consists of 100% of the fees earned by NWTS during the Application Period, and 100% of the Foreclosure Costs incurred by NWTS on the Debtors' behalf during the Application Period, but only to the extent such Foreclosure Costs appear on the invoices attached hereto as Exhibit C with a date on or after the Petition Date (i.e., $369,053.85).

10. The Debtors and the Creditors' Committee have filed objections to the payment of certain foreclosures costs included in within the prior fee applications filed by the Debtors.[3] NWTS recognizes and acknowledges that the objections of the Debtors and the Committee continue and will also apply to this Application without need for the filing of an additional objection. Accordingly, in the interest of judicial economy and based upon the agreement of the Debtors and NWTS with respect to NWTS' prior fee applications, NWTS seeks immediate payment of only the Incremental Amount in connection with this Application, and will adjourn the dispute regarding the allowance and payment of the remaining amounts until the next regularly scheduled quarterly fee hearing. If no other objections to payment of the Incremental Amount are filed, NWTS will submit a Certificate of No Objection and/or Certification of Counsel with respect to only the Incremental Amount.[4]

**Certification**

11. NWTS' certification with respect to this Application is attached hereto as Exhibit D.

---

[3] The Creditors' Committee has also raised objections regarding the source of the funds that will be used by the Debtors to pay NWTS. NWTS acknowledges this objection continues and will also apply to this Application.

[4] Any certificate filed by NWTS with respect to payment of the Incremental Amount will provide that payment of such amount is subject to the reservation of rights made by the Debtors, the Creditors' Committee and AH Mortgage Acquisition Co., Inc. on the record at the January 14, 2008 hearing.

WHEREFORE, NWTS requests payment from the Debtors in the amount of $635,652.24 for Foreclosure Services rendered to the Debtors during the Application Period, which amount consists of 100% of the fees earned by NWTS during the Application Period (i.e., $177,641.00) and 100% of Foreclosure Costs incurred by NWTS on the Debtors' behalf during the Application Period (i.e., $458,011.24).

Dated: March 5, 2008

CONNOLLY BOVE LODGE & HUTZ LLP

______________________________

Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
*Attorneys for Northwest Trustee Services, Inc.*

#596373