# EXHIBIT B

Northwest Trustee Services, Inc.
Period from January 1, 2008 through January 31, 2008

| Client # | Loan # | Completion Date | Fees | Cost | Billed |
|---|---|---|---|---|---|
| 7983.20170 | 1001162283 | 1/2/2008 | 600.00 | 1,541.05 | 2,141.05 |
| 7983.20202 | 1000881451 | 1/2/2008 | 300.00 | 652.90 | 952.90 |
| 7983.20322 | 1001122878 | 1/2/2008 | 300.00 | 813.87 | 1,113.87 |
| 7983.20563 | 1001152576 | 1/2/2008 | 600.00 | 1,764.16 | 2,364.16 |
| 7983.20585 | 1001529197 | 1/2/2008 | 621.00 | 1,474.00 | 2,095.00 |
| 7983.20595 | 1001450198 | 1/2/2008 | 600.00 | 989.64 | 1,589.64 |
| 7983.20600 | 1001497566 | 1/2/2008 | 600.00 | 1,277.34 | 1,877.34 |
| 7983.20606 | 1001057657 | 1/2/2008 | 600.00 | 1,361.94 | 1,961.94 |
| 7983.20626 | 1001217018 | 1/2/2008 | 600.00 | 837.32 | 1,437.32 |
| 7983.20638 | 1000994485 | 1/2/2008 | 600.00 | 1,161.32 | 1,761.32 |
| 7983.20642 | 1001499116 | 1/2/2008 | 600.00 | 1,820.81 | 2,420.81 |
| 7983.20643 | 1000598702 | 1/2/2008 | 600.00 | 1,475.32 | 2,075.32 |
| 7983.20653 | 1000866708 | 1/2/2008 | 600.00 | 1,000.82 | 1,600.82 |
| 7983.20780 | 1001378834 | 1/2/2008 | 600.00 | 1,446.99 | 2,046.99 |
| 7983.20787 | 1001353520 | 1/2/2008 | 320.00 | 628.40 | 948.40 |
| 7983.20862 | 1001198412 | 1/2/2008 | 600.00 | 2,646.20 | 3,246.20 |
| 7983.20979 | 1001283786 | 1/2/2008 | 600.00 | 915.18 | 1,515.18 |
| 7983.21036 | 1001215910 | 1/2/2008 | 600.00 | 2,105.20 | 2,705.20 |
| 7983.21127 | 1000959226 | 1/2/2008 | 600.00 | 1,115.82 | 1,715.82 |
| 7983.21181 | 1001530840 | 1/2/2008 | 600.00 | 899.54 | 1,499.54 |
| 7983.21433 | 1001575026 | 1/2/2008 | 600.00 | 54.54 | 654.54 |
| 7983.21518 | 1001527887 | 1/2/2008 | 600.00 | 1,386.27 | 1,986.27 |
| 7983.21607 | 1000995229 | 1/2/2008 | 600.00 | 2,527.72 | 3,127.72 |
| 7983.21615 | 1001400546 | 1/2/2008 | 600.00 | 851.09 | 1,451.09 |
| 7983.22019 | 1001426016 | 1/2/2008 | 600.00 | 604.18 | 1,204.18 |
| 7983.22071 | 1001510454 | 1/2/2008 | 600.00 | 861.18 | 1,461.18 |
| 7983.22073 | 1001327365 | 1/2/2008 | 600.00 | 921.36 | 1,521.36 |
| 7983.22117 | 1001493408 | 1/2/2008 | 600.00 | 892.45 | 1,492.45 |
| 7983.22119 | 1000801141 | 1/2/2008 | N/A | 23.18 | 23.18 |
| 7983.20212 | 1000744951 | 1/2/2008 | 600.00 | 905.21 | 1,505.21 |
| 7983.20250 | 1001055621 | 1/2/2008 | 600.00 | 1,050.65 | 1,650.65 |
| 7983.20257 | 1001380043 | 1/2/2008 | N/A | 414.44 | 414.44 |
| 7983.20288 | 1000651798 | 1/2/2008 | 600.00 | 1,697.98 | 2,297.98 |
| 7983.20419 | 1000889239 | 1/2/2008 | 600.00 | 1,302.91 | 1,902.91 |
| 7983.20441 | 1000953445 | 1/2/2008 | 600.00 | 1,686.60 | 2,286.60 |
| 7983.20480 | 1001469361 | 1/2/2008 | 600.00 | 1,243.84 | 1,843.84 |
| 7983.20534 | 1001078405 | 1/2/2008 | 600.00 | 1,128.46 | 1,728.46 |
| 7983.20553 | 1001033778 | 1/2/2008 | 600.00 | 492.50 | 1,092.50 |
| 7983.20566 | 1001037795 | 1/2/2008 | 600.00 | 785.85 | 1,385.85 |
| 7983.20690 | 1001519751 | 1/2/2008 | 600.00 | 1,073.36 | 1,673.36 |
| 7983.20772 | 1001244024 | 1/2/2008 | 600.00 | 309.09 | 909.09 |
| 7983.20419 | 1000889239 | 1/3/2008 | N/A | 9.00 | 9.00 |
| 7983.20784 | 1000746327 | 1/3/2008 | 675.00 | 797.00 | 1,472.00 |
| 7983.21287 | 1000892336 | 1/3/2008 | 600.00 | 668.36 | 1,268.36 |

| Client # | Loan # | Completion Date | Fees | Cost | Billed |
|---|---|---|---|---|---|
| 7983.20680 | 1001081427 | 1/4/2008 | 100.00 | 1,572.90 | 1,672.90 |
| 7983.20718 | 1001406199 | 1/4/2008 | 1,175.00 | 2,783.25 | 3,958.25 |
| 7983.21883 | 1001350694 | 1/7/2008 | 600.00 | 793.45 | 1,393.45 |
| 7983.21034 | 1001384981 | 1/8/2008 | 600.00 | 1,692.32 | 2,292.32 |
| 7983.21115 | 1001451194 | 1/8/2008 | 600.00 | 1,461.81 | 2,061.81 |
| 7983.21118 | 1001366910 | 1/8/2008 | 600.00 | 1,469.51 | 2,069.51 |
| 7983.21124 | 1001497782 | 1/8/2008 | 600.00 | 1,312.50 | 1,912.50 |
| 7983.21131 | 1000870295 | 1/8/2008 | 600.00 | 1,101.09 | 1,701.09 |
| 7983.21161 | 1001019977 | 1/8/2008 | 600.00 | 1,156.77 | 1,756.77 |
| 7983.21528 | 1001242346 | 1/8/2008 | 725.00 | 1,843.70 | 2,568.70 |
| 7983.22095 | 1001291455 | 1/8/2008 | 600.00 | 780.54 | 1,380.54 |
| 7983.21172 | 1001628019 | 1/9/2008 | 600.00 | 1,448.99 | 2,048.99 |
| 7983.20528 | 1001356123 | 1/9/2008 | 300.00 | 2,073.38 | 2,373.38 |
| 7983.20897 | 1000766966 | 1/9/2008 | N/A | 1,403.38 | 1,403.38 |
| 7983.21026 | 1000832116 | 1/9/2008 | 600.00 | 1,449.16 | 2,049.16 |
| 7983.21031 | 1001629338 | 1/9/2008 | 600.00 | 1,552.91 | 2,152.91 |
| 7983.21044 | 1001505574 | 1/9/2008 | 600.00 | 2,552.32 | 3,152.32 |
| 7983.21117 | 1001492690 | 1/9/2008 | 600.00 | 1,317.76 | 1,917.76 |
| 7983.21122 | 1000896212 | 1/9/2008 | 600.00 | 1,242.41 | 1,842.41 |
| 7983.21123 | 1001417331 | 1/9/2008 | 600.00 | 1,237.23 | 1,837.23 |
| 7983.21203 | 1001018120 | 1/9/2008 | N/A | 717.74 | 717.74 |
| 7983.21969 | 1001212183 | 1/9/2008 | 600.00 | 948.27 | 1,548.27 |
| 7983.21523 | 1001151513 | 1/10/2008 | N/A | 150.00 | 150.00 |
| 7983.20300 | 1001124128 | 1/10/2008 | 100.00 | 1,481.95 | 1,581.95 |
| 7983.20520 | 1000902382 | 1/10/2008 | 100.00 | 1,839.23 | 1,939.23 |
| 7983.20834 | 1001340987 | 1/10/2008 | 300.00 | 689.64 | 989.64 |
| 7983.20930 | 1001377009 | 1/10/2008 | 725.00 | 1,984.70 | 2,709.70 |
| 7983.21080 | 1001526766 | 1/10/2008 | 600.00 | 1,566.94 | 2,166.94 |
| 7983.21135 | 1000802811 | 1/10/2008 | 500.00 | 990.68 | 1,490.68 |
| 7983.21306 | 1001220882 | 1/10/2008 | 300.00 | 1,222.50 | 1,522.50 |
| 7983.21365 | 1000969615 | 1/10/2008 | 600.00 | 682.45 | 1,282.45 |
| 7983.21419 | 1001221552 | 1/10/2008 | 300.00 | 920.81 | 1,220.81 |
| 7983.21590 | 1000653767 | 1/10/2008 | 300.00 | 697.45 | 997.45 |
| 7983.22194 | 1001552259 | 1/10/2008 | 300.00 | 1,068.31 | 1,368.31 |
| 7983.21033 | 1001618808 | 1/11/2008 | 600.00 | 2,368.50 | 2,968.50 |
| 7983.21038 | 1001501079 | 1/11/2008 | 600.00 | 1,894.91 | 2,494.91 |
| 7983.21072 | 1001321819 | 1/11/2008 | 600.00 | 2,398.45 | 2,998.45 |
| 7983.21125 | 1001355607 | 1/11/2008 | 600.00 | 1,236.32 | 1,836.32 |
| 7983.21154 | 1000682657 | 1/11/2008 | 500.00 | 1,358.00 | 1,858.00 |
| 7983.21235 | 1001215309 | 1/11/2008 | 600.00 | 4,363.91 | 4,963.91 |
| 7983.21653 | 1001521683 | 1/11/2008 | 300.00 | 824.36 | 1,124.36 |
| 7983.21659 | 1001503803 | 1/11/2008 | 300.00 | 676.18 | 976.18 |
| 7983.21675 | 1001628884 | 1/11/2008 | 300.00 | 632.78 | 932.78 |
| 7983.21860 | 1000689241 | 1/11/2008 | 600.00 | 258.27 | 858.27 |
| 7983.20789 | 1001054756 | 1/14/2008 | 500.00 | 1,369.68 | 1,869.68 |
| 7983.21299 | 1000738021 | 1/14/2008 | 600.00 | 1,048.49 | 1,648.49 |
| 7983.21388 | 1001655090 | 1/14/2008 | 600.00 | 546.45 | 1,146.45 |
| 7983.21529 | 1001160978 | 1/14/2008 | 725.00 | 1,298.57 | 2,023.57 |
| 7983.21594 | 1000590058 | 1/14/2008 | 600.00 | 1,325.25 | 1,925.25 |
| 7983.21798 | 1000789820 | 1/14/2008 | 600.00 | 597.27 | 1,197.27 |

| Client # | Loan # | Completion Date | Fees | Cost | Billed |
|---|---|---|---|---|---|
| 7983.20694 | 1001541237 | 1/15/2008 | N/A | 866.61 | 866.61 |
| 7983.21039 | 1001426201 | 1/15/2008 | 600.00 | 4,090.82 | 4,690.82 |
| 7983.21069 | 1000843203 | 1/15/2008 | 600.00 | 2,850.55 | 3,450.55 |
| 7983.21070 | 1000644280 | 1/15/2008 | 600.00 | 2,567.55 | 3,167.55 |
| 7983.21101 | 1001330872 | 1/15/2008 | 600.00 | 5,869.51 | 6,469.51 |
| 7983.21121 | 1000904808 | 1/15/2008 | 600.00 | 1,302.91 | 1,902.91 |
| 7983.21893 | 1001130931 | 1/15/2008 | 600.00 | 1,176.63 | 1,776.63 |
| 7983.21278 | 1001661425 | 1/15/2008 | 600.00 | 645.00 | 1,245.00 |
| 7983.20351 | 1000855166 | 1/16/2008 | 600.00 | 2,051.11 | 2,651.11 |
| 7983.20475 | 1001109798 | 1/16/2008 | N/A | 650.00 | 650.00 |
| 7983.20496 | 1001351125 | 1/16/2008 | 100.00 | 40.00 | 140.00 |
| 7983.20518 | 1000709866 | 1/16/2008 | 600.00 | 1,466.66 | 2,066.66 |
| 7983.20541 | 1000954257 | 1/16/2008 | 600.00 | 1,096.85 | 1,696.85 |
| 7983.20648 | 1001462860 | 1/16/2008 | 600.00 | 983.50 | 1,583.50 |
| 7983.20761 | 1000868737 | 1/16/2008 | 600.00 | 1,806.41 | 2,406.41 |
| 7983.20778 | 1001104139 | 1/16/2008 | 600.00 | 1,005.54 | 1,605.54 |
| 7983.20855 | 1001523869 | 1/16/2008 | 600.00 | 2,014.00 | 2,614.00 |
| 7983.20880 | 1001325907 | 1/16/2008 | 600.00 | 1,477.37 | 2,077.37 |
| 7983.20903 | 1000839764 | 1/16/2008 | 600.00 | 1,722.00 | 2,322.00 |
| 7983.20936 | 1000967446 | 1/16/2008 | 600.00 | 995.63 | 1,595.63 |
| 7983.21028 | 1000884218 | 1/16/2008 | 600.00 | 1,546.07 | 2,146.07 |
| 7983.21035 | 1000715117 | 1/16/2008 | 600.00 | 1,825.73 | 2,425.73 |
| 7983.21042 | 100690583 | 1/16/2008 | 600.00 | 1,708.99 | 2,308.99 |
| 7983.21077 | 1000799477 | 1/16/2008 | 600.00 | 1,348.59 | 1,948.59 |
| 7983.21113 | 1001641916 | 1/16/2008 | 600.00 | 4,768.36 | 5,368.36 |
| 7983.21155 | 1001138173 | 1/16/2008 | 600.00 | 1,234.77 | 1,834.77 |
| 7983.21186 | 1001116370 | 1/16/2008 | 600.00 | 567.72 | 1,167.72 |
| 7983.21224 | 1001334758 | 1/16/2008 | 600.00 | 2,616.50 | 3,216.50 |
| 7983.21225 | 1001146656 | 1/16/2008 | 600.00 | 2,345.40 | 2,945.40 |
| 7983.21228 | 1000914538 | 1/16/2008 | 600.00 | 4,456.00 | 5,056.00 |
| 7983.21230 | 1001199109 | 1/16/2008 | 600.00 | 2,362.00 | 2,962.00 |
| 7983.21233 | 1001607073 | 1/16/2008 | 600.00 | 2,394.80 | 2,994.80 |
| 7983.21234 | 1001575195 | 1/16/2008 | 600.00 | 1,994.65 | 2,594.65 |
| 7983.21236 | 1000827448 | 1/16/2008 | 600.00 | 2,971.86 | 3,571.86 |
| 7983.21263 | 1001272921 | 1/16/2008 | 600.00 | 1,440.17 | 2,040.17 |
| 7983.21280 | 1001128605 | 1/16/2008 | 600.00 | 1,442.83 | 2,042.83 |
| 7983.21353 | 1000881562 | 1/16/2008 | 600.00 | 639.90 | 1,239.90 |
| 7983.21805 | 1001117972 | 1/16/2008 | 600.00 | 577.27 | 1,177.27 |
| 7983.20635 | 1001526747 | 1/17/2008 | 600.00 | 1,018.41 | 1,618.41 |
| 7983.20647 | 1001292459 | 1/17/2008 | 600.00 | 2,542.74 | 3,142.74 |
| 7983.20667 | 1000669889 | 1/17/2008 | 600.00 | 3,191.46 | 3,791.46 |
| 7983.20700 | 1001262034 | 1/17/2008 | 600.00 | 3,266.61 | 3,866.61 |
| 7983.20751 | 1000701763 | 1/17/2008 | 600.00 | 1,612.00 | 2,212.00 |
| 7983.20819 | 1001399466 | 1/17/2008 | 600.00 | 8,402.31 | 9,002.31 |
| 7983.20831 | 1001489948 | 1/17/2008 | 600.00 | 1,623.43 | 2,223.43 |
| 7983.20859 | 1000726938 | 1/17/2008 | 600.00 | 1,529.91 | 2,129.91 |
| 7983.20904 | 1000851382 | 1/17/2008 | 600.00 | 2,811.40 | 3,411.40 |
| 7983.20912 | 1000571405 | 1/17/2008 | 600.00 | 3,066.47 | 3,666.47 |
| 7983.20919 | 1000972007 | 1/17/2008 | 600.00 | 1,572.59 | 2,172.59 |
| 7983.20928 | 1000600113 | 1/17/2008 | 600.00 | 3,140.30 | 3,740.30 |

| Client # | Loan # | Completion Date | Fees | Cost | Billed |
|---|---|---|---|---|---|
| 7983.21045 | 1001038883 | 1/17/2008 | 600.00 | 1,189.53 | 1,789.53 |
| 7983.21062 | 1001459341 | 1/17/2008 | 600.00 | 1,988.01 | 2,588.01 |
| 7983.21206 | 1001079135 | 1/17/2008 | 600.00 | 1,270.78 | 1,870.78 |
| 7983.21226 | 1001123017 | 1/17/2008 | 600.00 | 2,405.43 | 3,005.43 |
| 7983.21232 | 1000873503 | 1/17/2008 | 600.00 | 2,252.50 | 2,852.50 |
| 7983.21243 | 1001561353 | 1/17/2008 | 600.00 | 8,577.10 | 9,177.10 |
| 7983.21261 | 1001271809 | 1/17/2008 | 600.00 | 1,173.81 | 1,773.81 |
| 7983.21278 | 1001661425 | 1/17/2008 | 600.00 | 1,360.50 | 1,960.50 |
| 7983.21281 | 1001157055 | 1/17/2008 | 600.00 | 1,149.50 | 1,749.50 |
| 7983.21283 | 1000738934 | 1/17/2008 | 600.00 | 2,542.49 | 3,142.49 |
| 7983.21305 | 1001134796 | 1/17/2008 | 600.00 | 575.72 | 1,175.72 |
| 7983.21330 | 1001632106 | 1/17/2008 | 600.00 | 777.54 | 1,377.54 |
| 7983.21331 | 1001011111 | 1/17/2008 | 600.00 | 743.72 | 1,343.72 |
| 7983.21334 | 1001200459 | 1/17/2008 | 600.00 | 323.18 | 923.18 |
| 7983.21369 | 1001622640 | 1/17/2008 | 600.00 | 531.63 | 1,131.63 |
| 7983.21395 | 1001644062 | 1/17/2008 | 500.00 | 681.63 | 1,181.63 |
| 7983.21406 | 1001717650 | 1/17/2008 | 600.00 | 747.45 | 1,347.45 |
| 7983.21448 | 1001544131 | 1/17/2008 | 600.00 | 784.09 | 1,384.09 |
| 7983.21460 | 1001371664 | 1/17/2008 | 600.00 | 731.27 | 1,331.27 |
| 7983.21604 | 1001038904 | 1/17/2008 | 600.00 | 596.35 | 1,196.35 |
| 7983.21860 | 1000689241 | 1/17/2008 | N/A | 9.00 | 9.00 |
| 7983.22044 | 1001500123 | 1/17/2008 | 600.00 | 960.44 | 1,560.44 |
| 7983.22054 | 1001403922 | 1/17/2008 | 600.00 | 901.36 | 1,501.36 |
| 7983.20375 | 1000678096 | 1/17/2008 | 600.00 | 873.65 | 1,473.65 |
| 7983.20393 | 1000886458 | 1/17/2008 | 600.00 | 578.13 | 1,178.13 |
| 7983.20456 | 1001292669 | 1/17/2008 | 600.00 | 719.50 | 1,319.50 |
| 7983.20675 | 1001092403 | 1/17/2008 | 600.00 | 585.22 | 1,185.22 |
| 7983.20704 | 1001427177 | 1/17/2008 | 600.00 | 842.72 | 1,442.72 |
| 7983.21023 | 1001509277 | 1/17/2008 | 600.00 | 727.54 | 1,327.54 |
| 7983.20589 | 1001508105 | 1/18/2008 | 600.00 | 2,498.28 | 3,098.28 |
| 7983.20602 | 1000748001 | 1/18/2008 | 600.00 | 3,161.41 | 3,761.41 |
| 7983.20612 | 1001297234 | 1/18/2008 | 600.00 | 2,710.10 | 3,310.10 |
| 7983.20651 | 1000809731 | 1/18/2008 | 600.00 | 2,367.37 | 2,967.37 |
| 7983.20894 | 1001309817 | 1/18/2008 | 600.00 | 2,537.37 | 3,137.37 |
| 7983.21003 | 1000732359 | 1/18/2008 | 600.00 | 613.76 | 1,213.76 |
| 7983.21055 | 1001187311 | 1/18/2008 | 600.00 | 4,489.96 | 5,089.96 |
| 7983.21068 | 1000821647 | 1/18/2008 | 600.00 | 2,418.49 | 3,018.49 |
| 7983.21244 | 1001199056 | 1/18/2008 | 600.00 | 3,075.49 | 3,675.49 |
| 7983.21276 | 1001662516 | 1/18/2008 | 500.00 | 1,341.00 | 1,841.00 |
| 7983.21322 | 1001500639 | 1/18/2008 | 600.00 | 393.27 | 993.27 |
| 7983.21431 | 1001086726 | 1/18/2008 | 600.00 | 795.63 | 1,395.63 |
| 7983.21451 | 1001434431 | 1/18/2008 | 600.00 | 794.90 | 1,394.90 |
| 7983.21849 | 1001664082 | 1/18/2008 | 600.00 | 699.21 | 1,299.21 |
| 7983.21965 | 1000864766 | 1/18/2008 | 600.00 | 624.81 | 1,224.81 |
| 7983.22011 | 1001457991 | 1/18/2008 | 600.00 | 914.54 | 1,514.54 |
| 7983.22048 | 1001635203 | 1/18/2008 | 600.00 | 580.63 | 1,180.63 |
| 7983.20896 | 100765495 | 1/21/2008 | 725.00 | 2,920.49 | 3,645.49 |
| 7983.20810 | 1001161499 | 1/22/2008 | 100.00 | 683.23 | 783.23 |
| 7983.21040 | 1001704251 | 1/22/2008 | 600.00 | 1,908.99 | 2,508.99 |
| 7983.21041 | 1001457299 | 1/22/2008 | 600.00 | 2,103.49 | 2,703.49 |

| Client # | Loan # | Completion Date | Fees | Cost | Billed |
|---|---|---|---|---|---|
| 7983.21053 | 1000787967 | 1/22/2008 | 600.00 | 2,739.90 | 3,339.90 |
| 7983.21195 | 1001225465 | 1/22/2008 | 600.00 | 1,415.50 | 2,015.50 |
| 7983.21204 | 1001012379 | 1/22/2008 | 600.00 | 1,598.40 | 2,198.40 |
| 7983.21207 | 1001031469 | 1/22/2008 | 600.00 | 1,259.59 | 1,859.59 |
| 7983.21227 | 1001021645 | 1/22/2008 | 600.00 | 3,244.16 | 3,844.16 |
| 7983.21262 | 1001271817 | 1/22/2008 | 600.00 | 1,364.00 | 1,964.00 |
| 7983.21282 | 1000740025 | 1/22/2008 | 300.00 | 768.36 | 1,068.36 |
| 7983.21284 | 1000740005 | 1/22/2008 | 300.00 | 764.63 | 1,064.63 |
| 7983.21396 | 1001659777 | 1/22/2008 | 500.00 | 1,047.08 | 1,547.08 |
| 7983.22101 | 1001303199 | 1/22/2008 | 300.00 | 700.72 | 1,000.72 |
| 7983.20407 | 1000790523 | 1/23/2008 | 600.00 | 270.33 | 870.33 |
| 7983.20950 | 1001433707 | 1/23/2008 | 500.00 | 1,251.50 | 1,751.50 |
| 7983.21090 | 1001339535 | 1/23/2008 | 725.00 | 5,582.49 | 6,307.49 |
| 7983.21241 | 1001594849 | 1/23/2008 | 600.00 | 1,322.50 | 1,922.50 |
| 7983.21364 | 1001194195 | 1/23/2008 | 600.00 | 2,191.17 | 2,791.17 |
| 7983.20588 | 1001351878 | 1/24/2008 | 600.00 | 2,032.75 | 2,632.75 |
| 7983.21098 | 1000651798 | 1/24/2008 | 600.00 | 1,620.56 | 2,220.56 |
| 7983.21190 | 1000865766 | 1/24/2008 | 600.00 | 1,297.78 | 1,897.78 |
| 7983.21625 | 1001314764 | 1/24/2008 | 600.00 | 47.45 | 647.45 |
| 7983.20220 | 1001129477 | 1/25/2008 | 600.00 | 596.63 | 1,196.63 |
| 7983.20266 | 1001034601 | 1/25/2008 | 600.00 | 1,747.83 | 2,347.83 |
| 7983.20388 | 1000907602 | 1/25/2008 | 600.00 | 1,836.58 | 2,436.58 |
| 7983.20558 | 1001234613 | 1/25/2008 | 600.00 | 1,025.73 | 1,625.73 |
| 7983.20559 | 1000760159 | 1/25/2008 | 600.00 | 1,233.16 | 1,833.16 |
| 7983.20560 | 1001163907 | 1/25/2008 | 600.00 | 1,462.92 | 2,062.92 |
| 7983.20567 | 1001054817 | 1/25/2008 | 600.00 | 1,625.09 | 2,225.09 |
| 7983.20571 | 1001319876 | 1/25/2008 | 600.00 | 1,429.91 | 2,029.91 |
| 7983.20573 | 1000691490 | 1/25/2008 | 600.00 | 949.23 | 1,549.23 |
| 7983.20574 | 1001265600 | 1/25/2008 | 600.00 | 1,517.68 | 2,117.68 |
| 7983.20578 | 1001265600 | 1/25/2008 | 300.00 | 613.14 | 913.14 |
| 7983.20590 | 1000679793 | 1/25/2008 | 600.00 | 1,275.74 | 1,875.74 |
| 7983.20592 | 1000953830 | 1/25/2008 | 600.00 | 1,362.52 | 1,962.52 |
| 7983.20603 | 1000887235 | 1/25/2008 | 600.00 | 1,217.32 | 1,817.32 |
| 7983.20625 | 1001244485 | 1/25/2008 | 600.00 | 1,124.53 | 1,724.53 |
| 7983.20630 | 1001345136 | 1/25/2008 | 600.00 | 1,953.82 | 2,553.82 |
| 7983.20632 | 1000705976 | 1/25/2008 | 600.00 | 1,232.62 | 1,832.62 |
| 7983.20637 | 1001304387 | 1/25/2008 | 600.00 | 1,277.82 | 1,877.82 |
| 7983.20660 | 1001204938 | 1/25/2008 | 600.00 | 1,776.24 | 2,376.24 |
| 7983.20857 | 1000833704 | 1/25/2008 | 600.00 | 1,557.41 | 2,157.41 |
| 7983.20985 | 1001380483 | 1/25/2008 | 600.00 | 1,771.23 | 2,371.23 |
| 7983.21059 | 1001101332 | 1/25/2008 | 600.00 | 3,242.68 | 3,842.68 |
| 7983.21087 | 1001028688 | 1/25/2008 | N/A | 754.95 | 754.95 |
| 7983.21136 | 1001608836 | 1/25/2008 | 600.00 | 1,600.00 | 2,200.00 |
| 7983.21138 | 1001334646 | 1/25/2008 | 600.00 | 1,568.87 | 2,168.87 |
| 7983.21141 | 1001455867 | 1/25/2008 | 600.00 | 1,298.35 | 1,898.35 |
| 7983.21158 | 1001286330 | 1/25/2008 | 600.00 | 1,527.60 | 2,127.60 |
| 7983.21159 | 1001287118 | 1/25/2008 | 600.00 | 1,344.21 | 1,944.21 |
| 7983.21191 | 1001294472 | 1/25/2008 | 600.00 | 1,273.17 | 1,873.17 |
| 7983.21196 | 1001552776 | 1/25/2008 | 600.00 | 1,243.20 | 1,843.20 |
| 7983.21205 | 1001685586 | 1/25/2008 | 600.00 | 1,368.20 | 1,968.20 |

| Client # | Loan # | Completion Date | Fees | Cost | Billed |
|---|---|---|---|---|---|
| 7983.21210 | 1001714378 | 1/25/2008 | 600.00 | 1,379.29 | 1,979.29 |
| 7983.21213 | 1001532040 | 1/25/2008 | 600.00 | 1,414.50 | 2,014.50 |
| 7983.21240 | 1001570387 | 1/25/2008 | 600.00 | 1,396.50 | 1,996.50 |
| 7983.21248 | 1000838829 | 1/25/2008 | 600.00 | 1,131.10 | 1,731.10 |
| 7983.21272 | 1001597835 | 1/25/2008 | 600.00 | 1,308.50 | 1,908.50 |
| 7983.21274 | 1001667331 | 1/25/2008 | 600.00 | 1,464.99 | 2,064.99 |
| 7983.21514 | 1001253770 | 1/25/2008 | 600.00 | 553.36 | 1,153.36 |
| 7983.21536 | 1001038253 | 1/25/2008 | 600.00 | 914.99 | 1,514.99 |
| 7983.20722 | 1001208021 | 1/28/2008 | 450.00 | 965.49 | 1,415.49 |
| 7983.20870 | 1000499494 | 1/28/2008 | N/A | 40.00 | 40.00 |
| 7983.21192 | 1001228314 | 1/28/2008 | 600.00 | 1,643.75 | 2,243.75 |
| 7983.21253 | 1001488536 | 1/28/2008 | 725.00 | 1,683.80 | 2,408.80 |
| 7983.21254 | 1000550456 | 1/28/2008 | 675.00 | 1,680.80 | 2,355.80 |
| 7983.21270 | 1001480718 | 1/28/2008 | 725.00 | 1,801.61 | 2,526.61 |
| 7983.21293 | 1000837052 | 1/28/2008 | 500.00 | 306.65 | 806.65 |
| 7983.21598 | 1001659822 | 1/28/2008 | 500.00 | 1,143.09 | 1,643.09 |
| 7983.21193 | 1001225465 | 1/29/2008 | 600.00 | 1,696.46 | 2,296.46 |
| 7983.21217 | 1001566449 | 1/29/2008 | 600.00 | 1,430.80 | 2,030.80 |
| 7983.21242 | 1001531353 | 1/29/2008 | 600.00 | 4,697.55 | 5,297.55 |
| 7983.21291 | 1000829730 | 1/29/2008 | 500.00 | 1,335.98 | 1,835.98 |
| 7983.21323 | 1001463610 | 1/29/2008 | 600.00 | 816.43 | 1,416.43 |
| 7983.21338 | 1001316553 | 1/29/2008 | 500.00 | 1,266.50 | 1,766.50 |
| 7983.21378 | 1001165066 | 1/29/2008 | 500.00 | 1,384.75 | 1,884.75 |
| 7983.21499 | 1000833828 | 1/29/2008 | 600.00 | 623.27 | 1,223.27 |
| 7983.21758 | 1001088037 | 1/29/2008 | 600.00 | 815.18 | 1,415.18 |
| 7983.22169 | 1001634512 | 1/29/2008 | 725.00 | 1,273.90 | 1,998.90 |
| 7983.22187 | 1001339717 | 1/29/2008 | 475.00 | 712.80 | 1,187.80 |
| 7983.22196 | 1001125979 | 1/29/2008 | 500.00 | 637.00 | 1,137.00 |
| 7983.20654 | 1000735903 | 1/30/2008 | 250.00 | N/A | 250.00 |
| 7983.20671 | 1001262586 | 1/30/2008 | 600.00 | 1,557.14 | 2,157.14 |
| 7983.20934 | 1000766408 | 1/30/2008 | 600.00 | 1,286.89 | 1,886.89 |
| 7983.20971 | 1001089190 | 1/30/2008 | 600.00 | 1,023.72 | 1,623.72 |
| 7983.21132 | 1000777371 | 1/30/2008 | 600.00 | 2,865.52 | 3,465.52 |
| 7983.21133 | 1000736436 | 1/30/2008 | 600.00 | 1,359.43 | 1,959.43 |
| 7983.21140 | 1001461929 | 1/30/2008 | 600.00 | 1,357.95 | 1,957.95 |
| 7983.21145 | 1000934363 | 1/30/2008 | 600.00 | 1,521.50 | 2,121.50 |
| 7983.21152 | 1000872911 | 1/30/2008 | 600.00 | 1,305.80 | 1,905.80 |
| 7983.21160 | 1001278259 | 1/30/2008 | 600.00 | 1,395.00 | 1,995.00 |
| 7983.21162 | 1001163625 | 1/30/2008 | 600.00 | 1,506.00 | 2,106.00 |
| 7983.21164 | 1001203618 | 1/30/2008 | 600.00 | 1,362.00 | 1,962.00 |
| 7983.21194 | 1001619601 | 1/30/2008 | 600.00 | 1,444.50 | 2,044.50 |
| 7983.21197 | 1001517148 | 1/30/2008 | 600.00 | 1,192.00 | 1,792.00 |
| 7983.21200 | 1001571348 | 1/30/2008 | 600.00 | 1,348.00 | 1,948.00 |
| 7983.21208 | 1001046900 | 1/30/2008 | 600.00 | 1,484.40 | 2,084.40 |
| 7983.21212 | 1001549386 | 1/30/2008 | 600.00 | 1,669.64 | 2,269.64 |
| 7983.21216 | 1001528662 | 1/30/2008 | 600.00 | 2,354.77 | 2,954.77 |
| 7983.21218 | 1000994202 | 1/30/2008 | 600.00 | 1,546.41 | 2,146.41 |
| 7983.21220 | 1000980963 | 1/30/2008 | 600.00 | 1,401.84 | 2,001.84 |
| 7983.21221 | 1000974194 | 1/30/2008 | 600.00 | 1,410.16 | 2,010.16 |
| 7983.21237 | 1001421599 | 1/30/2008 | 600.00 | 2,317.78 | 2,917.78 |

| Client # | Loan # | Completion Date | Fees | Cost | Billed |
|---|---|---|---|---|---|
| 7983.21238 | 1001348665 | 1/30/2008 | 600.00 | 2,745.94 | 3,345.94 |
| 7983.21239 | 1001593766 | 1/30/2008 | 600.00 | 1,574.09 | 2,174.09 |
| 7983.21249 | 1000729680 | 1/30/2008 | 600.00 | 1,584.68 | 2,184.68 |
| 7983.21275 | 1001009483 | 1/30/2008 | 600.00 | 1,500.68 | 2,100.68 |
| 7983.21294 | 1000824370 | 1/30/2008 | 600.00 | 1,486.68 | 2,086.68 |
| 7983.21303 | 1001190337 | 1/30/2008 | 600.00 | 1,165.00 | 1,765.00 |
| 7983.21595 | 1000676220 | 1/30/2008 | 600.00 | 2,239.58 | 2,839.58 |
| 7983.21783 | 1001054773 | 1/30/2008 | 600.00 | 642.90 | 1,242.90 |
| 7983.20577 | 1001362692 | 1/31/2008 | N/A | 695.06 | 695.06 |
| 7983.20698 | 1000765423 | 1/31/2008 | N/A | 65.00 | 65.00 |
| 7983.21120 | 1001405218 | 1/31/2008 | 100.00 | 664.23 | 764.23 |
| 7983.21134 | 1000752037 | 1/31/2008 | 500.00 | 1,671.58 | 2,171.58 |
| 7983.21462 | 1000657029 | 1/31/2008 | N/A | 65.00 | 65.00 |
| 7983.21549 | 1000890967 | 1/31/2008 | 600.00 | 694.17 | 1,294.17 |
| 7983.21695 | 1001091407 | 1/31/2008 | 600.00 | 617.09 | 1,217.09 |
| 7983.21735 | 1001273898 | 1/31/2008 | 600.00 | 900.09 | 1,500.09 |
| 7983.21764 | 1001066139 | 1/31/2008 | 600.00 | 537.81 | 1,137.81 |
| 7983.21774 | 1001060509 | 1/31/2008 | 600.00 | 800.99 | 1,400.99 |
| 7983.21791 | 1001298150 | 1/31/2008 | 300.00 | 615.81 | 915.81 |
| 7983.22023 | 1001422538 | 1/31/2008 | 300.00 | 545.45 | 845.45 |
| 7983.22063 | 1001524505 | 1/31/2008 | 300.00 | 694.09 | 994.09 |
| 7983.80186 | 1001643328 | 1/2/2008 | 200.00 | N/A | 200.00 |
| 7983.80198 | 1001493211 | 1/2/2008 | 200.00 | N/A | 200.00 |
| 7983.80241 | 1001533455 | 1/2/2008 | 200.00 | N/A | 200.00 |
| 7983.80252 | 1001325997 | 1/2/2008 | 200.00 | N/A | 200.00 |
| 7983.80235 | 1001050278 | 1/3/2008 | 200.00 | N/A | 200.00 |
| 7983.80243 | 1001083306 | 1/3/2008 | 200.00 | N/A | 200.00 |
| 7983.80055 | 1000954257 | 1/4/2008 | 200.00 | N/A | 200.00 |
| 7983.80089 | 1001153481 | 1/4/2008 | 200.00 | N/A | 200.00 |
| 7983.80110 | 1001081428 | 1/4/2008 | 200.00 | N/A | 200.00 |
| 7983.80245 | 1001657015 | 1/10/2008 | 200.00 | N/A | 200.00 |
| 7983.80228 | 1001079140 | 1/10/2008 | 200.00 | N/A | 200.00 |
| 7983.80096 | 1001547354 | 1/14/2008 | 200.00 | N/A | 200.00 |
| 7983.80343 | 1001066959 | 1/14/2008 | 200.00 | N/A | 200.00 |
| 7983.80135 | 1001109173 | 1/14/2008 | 200.00 | N/A | 200.00 |
| 7983.80208 | 1001543865 | 1/14/2008 | 200.00 | N/A | 200.00 |
| 7983.80247 | 1001553224 | 1/14/2008 | 200.00 | N/A | 200.00 |
| 7983.80161 | 1001048776 | 1/15/2008 | 200.00 | N/A | 200.00 |
| 7983.80331 | 1001319505 | 1/16/2008 | 200.00 | N/A | 200.00 |
| 7983.80111 | 1001583443 | 1/17/2008 | 200.00 | N/A | 200.00 |
| 7983.80236 | 1001131566 | 1/17/2008 | 200.00 | N/A | 200.00 |
| 7983.80315 | 1001108390 | 1/17/2008 | 200.00 | N/A | 200.00 |
| 7983.80267 | 1001601999 | 1/18/2008 | 200.00 | N/A | 200.00 |
| 7983.80157 | 1001611736 | 1/23/2008 | 200.00 | N/A | 200.00 |
| 7983.80345 | 1000986400 | 1/23/2008 | 200.00 | N/A | 200.00 |
| 7983.80256 | 1001070925 | 1/24/2008 | 200.00 | N/A | 200.00 |
| 7983.80136 | 1001041881 | 1/25/2008 | 200.00 | N/A | 200.00 |
| 7983.80050 | 1000952636 | 1/29/2008 | 200.00 | N/A | 200.00 |
| 7983.80195 | 1000766496 | 1/29/2008 | 200.00 | N/A | 200.00 |
| 7983.80278 | 1001613463 | 1/29/2008 | 200.00 | N/A | 200.00 |

| Client # | Loan # | Completion Date | Fees | Cost | Billed |
|---|---|---|---|---|---|
| 7983.80152 | 1001124440 | 1/31/2008 | 200.00 | N/A | 200.00 |
| | | Totals: | 177,641.00 | 458,011.24 | 635,652.24 |