# EXHIBIT C

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX  75063

Invoice No:  FTS0080455

Invoice Date:  1/02/08

Attention:

7983.20170

Loan No: 1001162283

Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 12/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/27/2006 | Date Notice of Default Recorded | | $11.00 |
| 11/1/2006 | 10 Day Mailings Sent | | $14.00 |
| 11/7/2006 | Date Trustee Sale Guarantee Received | | $462.00 |
| 11/27/2006 | 1 Month Mailings Sent | | $49.56 |
| 1/29/2007 | Date Notice of Sale Mailed | | $56.24 |
| 1/30/2007 | Title Cost Endorsement | | $50.00 |
| 2/1/2007 | Date Notice of Sale Posted | | $120.00 |
| 2/3/2007 | Date Publication Commenced (1st Pub) | | $591.25 |
| 2/5/2007 | SOT/Appointment Recorded | | $11.00 |
| 2/5/2007 | Date Notice of Sale Recorded | | $11.00 |
| 2/26/2007 | Title Cost Endorsement | | $25.00 |
| 3/26/2007 | Title Cost Endorsement | | $25.00 |
| 10/18/2007 | Title Cost Endorsement | | $25.00 |
| 12/10/2007 | Title Cost Endorsement | | $25.00 |
| 12/13/2007 | Publication Endorsement Received | | $50.00 |
| 12/20/2007 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,541.05 |

PLEASE PAY AMOUNT DUE:     $2,141.05

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0080473
Invoice Date:  1/2/08

Attention:                                        7983.20202

Loan No: 1000881451                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ▉▉▉▉▉▉▉

| Date | Item Description | Amount |
|------|------------------|--------|
| 12/31/2007 | Trustee Fee | $300.00 |
| | TOTAL FEES: | $300.00 |
| | | |
| 6/26/2007 | Publication Endorsement Received | $50.00 |
| 7/26/2007 | Title Cost Endorsement | $25.00 |
| 7/26/2007 | Date Notice of Sale Posted | $120.00 |
| 7/27/2007 | Date Notice of Sale Mailed | $141.90 |
| 7/28/2007 | Date Publication Commenced (1st Pub) | $240.00 |
| 7/31/2007 | Date Notice of Sale Recorded | $9.00 |
| 8/17/2007 | Assignment Recorded | $15.00 |
| 8/17/2007 | Cost - Record Trustee's Deed | $15.00 |
| 8/17/2007 | SOT/Appointment Recorded | $12.00 |
| 8/17/2007 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $652.90 |

PLEASE PAY AMOUNT DUE:        $952.90

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0080472
Invoice Date:   1/2/08

Attention:                                                                                    7983.20322

Loan No: 1001122878                              Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 12/31/2007 | Trustee Fee | | $300.00 |
| | | TOTAL FEES: | $300.00 |
| 10/3/2007 | Title Cost Endorsement | | $50.00 |
| 10/11/2007 | Date Notice of Sale Posted | | $120.00 |
| 10/11/2007 | Date Publication Commenced (1st Pub) | | $538.89 |
| 10/12/2007 | Date Notice of Sale Mailed | | $43.98 |
| 10/17/2007 | SOT/Appointment Recorded | | $12.00 |
| 10/17/2007 | Date Notice of Sale Recorded | | $9.00 |
| 10/31/2007 | Title Cost Endorsement | | $25.00 |
| 11/1/2007 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $813.87 |

PLEASE PAY AMOUNT DUE:   $1,113.87

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No: FTS0080468
Invoice Date:   1/2/08

Attention:                                                              7983.20563

Loan No: 1001152576                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 12/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/2/2007 | Date Notice of Default Recorded | | $12.00 |
| 5/4/2007 | 10 Day Mailings Sent | | $39.00 |
| 5/21/2007 | Date Trustee Sale Guarantee Received | | $615.60 |
| 5/22/2007 | 1 Month Mailings Sent | | $63.81 |
| 8/2/2007 | Title Cost Endorsement | | $50.00 |
| 8/3/2007 | Date Notice of Sale Posted | | $120.00 |
| 8/3/2007 | Date Publication Commenced (1st Pub) | | $713.24 |
| 8/3/2007 | Date Notice of Sale Mailed | | $81.51 |
| 8/8/2007 | SOT/Appointment Recorded | | $10.00 |
| 8/8/2007 | Assignment Recorded | | $9.00 |
| 8/8/2007 | Date Notice of Sale Recorded | | $7.00 |
| 8/23/2007 | Title Cost Endorsement | | $25.00 |
| 8/23/2007 | Cost - Record Trustee's Deed | | $18.00 |
| | | TOTAL EXPENSES: | $1,764.16 |

PLEASE PAY AMOUNT DUE:     $2,364.16

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0080382
Invoice Date:    1/2/08

Attention:                                                                  7983.20585

Loan No: 1001529197                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 8/9/2007 | Assignment Preparation | | $21.00 |
| 12/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $621.00 |
| 5/3/2007 | Date Notice of Default Recorded | | $12.00 |
| 5/7/2007 | 10 Day Mailings Sent | | $13.00 |
| 5/22/2007 | Date Trustee Sale Guarantee Received | | $480.00 |
| 8/2/2007 | Title Cost Endorsement | | $50.00 |
| 8/3/2007 | Date Notice of Sale Mailed | | $21.11 |
| 8/3/2007 | 1 Month Mailings Sent | | $7.09 |
| 8/4/2007 | Date Notice of Sale Posted | | $120.00 |
| 8/4/2007 | Date Publication Commenced (1st Pub) | | $701.80 |
| 8/9/2007 | SOT/Appointment Recorded | | $10.00 |
| 8/9/2007 | Date Notice of Sale Recorded | | $16.00 |
| 8/24/2007 | Cost - Record Trustee's Deed | | $18.00 |
| 8/24/2007 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $1,474.00 |

PLEASE PAY AMOUNT DUE:    $2,095.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:  FTS0080319

Invoice Date:   1/2/08

Attention:                                                                    7983.20595

Loan No: 1001450198                          Type:  Non-Jud Foreclosure/ CONV

Borrower: ████████████

| Date | Item Description | | Amount |
|---|---|---|---|
| 12/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/3/2007 | Date Notice of Default Recorded | | $12.00 |
| 5/7/2007 | 10 Day Mailings Sent | | $26.00 |
| 5/24/2007 | Date Trustee Sale Guarantee Received | | $360.00 |
| 8/7/2007 | Title Cost Endorsement | | $50.00 |
| 8/8/2007 | Date Notice of Sale Posted | | $120.00 |
| 8/8/2007 | Date Publication Commenced (1st Pub) | | $328.00 |
| 8/8/2007 | Date Notice of Sale Mailed | | $29.64 |
| 8/13/2007 | Assignment Recorded | | $15.00 |
| 8/13/2007 | SOT/Appointment Recorded | | $12.00 |
| 8/13/2007 | Date Notice of Sale Recorded | | $12.00 |
| 8/28/2007 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $989.64 |

PLEASE PAY AMOUNT DUE:    $1,589.64

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0080397
Invoice Date:    1/2/08

Attention:                                                                      7983.20600

Loan No: 1001497566                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 12/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/3/2007 | Date Notice of Default Recorded | | $13.00 |
| 5/7/2007 | 10 Day Mailings Sent | | $6.50 |
| 5/23/2007 | Date Trustee Sale Guarantee Received | | $540.00 |
| 5/24/2007 | 1 Month Mailings Sent | | $7.09 |
| 8/3/2007 | Title Cost Endorsement | | $50.00 |
| 8/4/2007 | Date Notice of Sale Mailed | | $14.82 |
| 8/6/2007 | Date Publication Commenced (1st Pub) | | $449.93 |
| 8/7/2007 | Date Notice of Sale Posted | | $120.00 |
| 8/10/2007 | Assignment Recorded | | $12.00 |
| 8/10/2007 | Date Notice of Sale Recorded | | $9.00 |
| 8/10/2007 | SOT/Appointment Recorded | | $12.00 |
| 8/27/2007 | Title Cost Endorsement | | $25.00 |
| 8/27/2007 | Cost - Record Trustee's Deed | | $18.00 |
| | | TOTAL EXPENSES: | $1,277.34 |

PLEASE PAY AMOUNT DUE:     $1,877.34

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
v  Irving, TX   75063

Invoice No:   FTS0080320
Invoice Date:   1/2/03

Attention:                                                          7983.20606

Loan No: 1001057657                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 12/31/2007 | Trustee Fee | | $600.00 |
| | | **TOTAL FEES:** | $600.00 |
| 5/4/2007 | Date Notice of Default Recorded | | $11.00 |
| 5/8/2007 | 10 Day Mailings Sent | | $13.00 |
| 5/23/2007 | Date Trustee Sale Guarantee Received | | $480.00 |
| 5/24/2007 | 1 Month Mailings Sent | | $28.36 |
| 7/12/2007 | Title Cost Endorsement | | $50.00 |
| 8/4/2007 | Date Notice of Sale Mailed | | $44.46 |
| 8/5/2007 | Date Notice of Sale Posted | | $120.00 |
| 8/6/2007 | Date Publication Commenced (1st Pub) | | $536.12 |
| 8/10/2007 | SOT/Appointment Recorded | | $12.00 |
| 8/10/2007 | Date Notice of Sale Recorded | | $9.00 |
| 8/10/2007 | Assignment Recorded | | $15.00 |
| 8/27/2007 | Title Cost Endorsement | | $25.00 |
| 8/27/2007 | Cost - Record Trustee's Deed | | $18.00 |
| | | **TOTAL EXPENSES:** | $1,361.94 |

PLEASE PAY AMOUNT DUE:     $1,961.94

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0080457
Invoice Date:      1/2/08

Attention:                                                                    7983.20626

Loan No: 1001217018                              Type:  Non-Jud Foreclosure/ CONV
Borrower: ▓▓▓▓▓▓▓▓▓▓

| Date | Item Description | | Amount |
|------|------------------|--|--------|
| 12/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/4/2007 | Date Notice of Default Recorded | | $12.00 |
| 5/8/2007 | 10 Day Mailings Sent | | $19.50 |
| 5/24/2007 | Date Trustee Sale Guarantee Received | | $225.00 |
| 5/25/2007 | 1 Month Mailings Sent | | $42.54 |
| 8/4/2007 | Date Notice of Sale Mailed | | $59.28 |
| 8/6/2007 | Title Cost Endorsement | | $50.00 |
| 8/7/2007 | Date Publication Commenced (1st Pub) | | $240.00 |
| 8/7/2007 | Date Notice of Sale Posted | | $120.00 |
| 8/8/2007 | Assignment Recorded | | $9.00 |
| 8/8/2007 | Date Notice of Sale Recorded | | $7.00 |
| 8/8/2007 | SOT/Appointment Recorded | | $10.00 |
| 8/27/2007 | Cost - Record Trustee's Deed | | $18.00 |
| 8/27/2007 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $837.32 |

PLEASE PAY AMOUNT DUE:      $1,437.32

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0080321
Invoice Date:  1/02/2008

Attention:

7983.20638

Loan No: 1000994485

Type:  Non-Jud Foreclosure/CONV

Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 12/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/4/2007 | Date Notice of Default Recorded | | $12.00 |
| 5/8/2007 | 10 Day Mailings Sent | | $39.00 |
| 5/24/2007 | Date Trustee Sale Guarantee Received | | $570.00 |
| 5/25/2007 | 1 Month Mailings Sent | | $21.27 |
| 8/3/2007 | Title Cost Endorsement | | $50.00 |
| 8/4/2007 | Date Notice of Sale Mailed | | $37.05 |
| 8/5/2007 | Date Notice of Sale Posted | | $120.00 |
| 8/7/2007 | Date Publication Commenced (1st Pub) | | $240.00 |
| 8/9/2007 | Assignment Recorded | | $12.00 |
| 8/9/2007 | Date Notice of Sale Recorded | | $7.00 |
| 8/9/2007 | SOT/Appointment Recorded | | $10.00 |
| 8/27/2007 | Title Cost Endorsement | | $25.00 |
| 8/27/2007 | Cost - Record Trustee's Deed | | $18.00 |
| | | TOTAL EXPENSES: | $1,161.32 |

PLEASE PAY AMOUNT DUE:    $1,761.32

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0080464
Invoice Date:    1/2/08

Attention:                                                                    7983.20642

Loan No: 1001499116                        Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 12/31/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 5/4/2007 | Date Notice of Default Recorded | $12.00 |
| 5/8/2007 | 10 Day Mailings Sent | $6.50 |
| 5/24/2007 | Date Trustee Sale Guarantee Received | $805.00 |
| 5/25/2007 | 1 Month Mailings Sent | $14.18 |
| 8/6/2007 | Date Publication Commenced (1st Pub) | $201.67 |
| 8/6/2007 | Date Notice of Sale Posted | $120.00 |
| 8/10/2007 | Title Cost Endorsement | $50.00 |
| 11/15/2007 | Date Notice of Sale Posted | $120.00 |
| 11/16/2007 | Date Publication Commenced (1st Pub) | $355.00 |
| 12/5/2007 | Date Notice of Sale Mailed | $44.46 |
| 12/6/2007 | Date Notice of Sale Recorded | $15.00 |
| 12/6/2007 | SOT/Appointment Recorded | $12.00 |
| 12/6/2007 | Title Cost Endorsement | $25.00 |
| 12/21/2007 | Cost - Record Trustee's Deed | $15.00 |
| 12/21/2007 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,820.81 |

PLEASE PAY AMOUNT DUE:      $2,420.81

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0080398
Invoice Date:     1/2/08

Attention:                                                          7983.20643

Loan No: 1000598702                  Type:  Non-Jud Foreclosure/CONV
Borrower: ▓▓▓▓▓▓▓▓▓▓▓▓
         ▓▓▓▓▓▓▓▓▓▓▓▓▓
         ▓▓▓▓▓▓▓▓▓▓▓▓▓

| Date | Item Description | | Amount |
|---|---|---|---|
| 12/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/4/2007 | Date Notice of Default Recorded | | $12.00 |
| 5/8/2007 | 10 Day Mailings Sent | | $19.50 |
| 5/22/2007 | Date Trustee Sale Guarantee Received | | $889.00 |
| 5/22/2007 | 1 Month Mailings Sent | | $28.36 |
| 8/3/2007 | Title Cost Endorsement | | $50.00 |
| 8/4/2007 | Date Notice of Sale Mailed | | $44.46 |
| 8/7/2007 | Date Publication Commenced (1st Pub) | | $240.00 |
| 8/7/2007 | Date Notice of Sale Posted | | $120.00 |
| 8/8/2007 | Assignment Recorded | | $9.00 |
| 8/8/2007 | Date Notice of Sale Recorded | | $7.00 |
| 8/8/2007 | SOT/Appointment Recorded | | $10.00 |
| 8/27/2007 | Title Cost Endorsement | | $25.00 |
| 8/27/2007 | Cost - Record Trustee's Deed | | $21.00 |
| | | TOTAL EXPENSES: | $1,475.32 |

PLEASE PAY AMOUNT DUE:     $2,075.32

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX  75063

Invoice No:  FTS0080322

Invoice Date:     1/2/08

Attention:                                                                                       7983.20653

Loan No: 1000866708                          Type:  Non-Jud Foreclosure/ CONV

Borrower: ▉▉▉▉▉▉▉

| Date | Item Description | Amount |
|---|---|---|
| 12/31/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 5/4/2007 | Date Notice of Default Recorded | $12.00 |
| 5/8/2007 | 10 Day Mailings Sent | $13.00 |
| 5/23/2007 | Date Trustee Sale Guarantee Received | $395.00 |
| 5/25/2007 | 1 Month Mailings Sent | $42.54 |
| 8/3/2007 | Title Cost Endorsement | $50.00 |
| 8/4/2007 | Date Notice of Sale Mailed | $59.28 |
| 8/7/2007 | Date Publication Commenced (1st Pub) | $240.00 |
| 8/7/2007 | Date Notice of Sale Posted | $120.00 |
| 8/8/2007 | Assignment Recorded | $9.00 |
| 8/8/2007 | Date Notice of Sale Recorded | $7.00 |
| 8/8/2007 | SOT/Appointment Recorded | $10.00 |
| 8/27/2007 | Cost - Record Trustee's Deed | $18.00 |
| 8/27/2007 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,000.82 |

PLEASE PAY AMOUNT DUE:     $1,600.82

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0080459
Invoice Date:    1/2/08

Attention:                                                          7983.20780

Loan No: 1001378834                     Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|-------|
| 12/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 6/11/2007 | Date Notice of Default Recorded | | $12.00 |
| 6/21/2007 | Date Trustee Sale Guarantee Received | | $1,336.00 |
| 6/22/2007 | 1 Month Mailings Sent | | $14.18 |
| 9/7/2007 | Recission Recording | | $9.00 |
| 9/19/2007 | Date Notice of Default Recorded | | $12.00 |
| 10/9/2007 | 10 Day Mailings Sent | | $63.81 |
| | | TOTAL EXPENSES: | $1,446.99 |

PLEASE PAY AMOUNT DUE:     $2,046.99

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0080391
Invoice Date:      1/2/08

Attention:                                                           7983.20787

Loan No: 1001353520                      Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 7/9/2007 | Assignment Prepared | $50.00 |
| 12/31/2007 | Trustee Fee - Reset | $270.00 |
| | TOTAL FEES: | $320.00 |
| | | |
| 7/18/2007 | Appointment Recorded | $12.00 |
| 7/18/2007 | Assignment Recorded | $12.00 |
| 9/24/2007 | Notice of Trustee Sale Posted | $57.50 |
| 9/25/2007 | Notice of Trustee Sale Mailed (statutory) | $36.00 |
| 9/25/2007 | Notice of Trustee Sale Recorded | $43.00 |
| 11/5/2007 | Courtesy Mailing / NOD | $6.00 |
| 11/28/2007 | Publication Commenced | $298.90 |
| 12/28/2007 | Sale Completed/Read | $110.00 |
| 12/28/2007 | Cost - Record Trustee's Deed | $53.00 |
| | TOTAL EXPENSES: | $628.40 |

PLEASE PAY AMOUNT DUE:        $948.40

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0080639
Invoice Date:   1/2/03

Attention: 7983.20862

Loan No: 1001198412                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 1/2/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 7/3/2007 | Date Notice of Default Recorded | $15.00 |
| 7/6/2007 | 10 Day Mailings Sent | $14.18 |
| 7/9/2007 | Date Trustee Sale Guarantee Received | $625.00 |
| 7/25/2007 | SOT/Appointment Recorded | $15.00 |
| 10/20/2007 | Publication Endorsement Received | $50.00 |
| 10/22/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 10/23/2007 | Date Notice of Sale Mailed | $14.82 |
| 10/24/2007 | Date Notice of Sale Posted | $120.00 |
| 10/24/2007 | Date Notice of Sale Recorded | $15.00 |
| 11/7/2007 | Title Cost Endorsement | $25.00 |
| 12/11/2007 | Sale Endorsement Received | $25.00 |
| 12/11/2007 | Date Transfer Tax Advanxced | $1,377.20 |
| 12/11/2007 | Cost - Record Trustee's Deed | $15.00 |
| 12/11/2007 | Assignment Recording | $15.00 |
| | **TOTAL EXPENSES:** | $2,646.20 |

PLEASE PAY AMOUNT DUE:        $3,246.20

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0080460
Invoice Date:     1/2/08

Attention:                                                           7983.20979

Loan No: 1001283786                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 12/31/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 7/25/2007 | Date Notice of Default Recorded | $10.00 |
| 7/29/2007 | 10 Day Mailings Sent | $7.09 |
| 8/10/2007 | Date Trustee Sale Guarantee Received | $884.00 |
| 8/11/2007 | 1 Month Mailings Sent | $7.09 |
| 9/26/2007 | Recission Recording | $7.00 |
| | **TOTAL EXPENSES:** | $915.18 |

PLEASE PAY AMOUNT DUE:     $1,515.18

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0080470
Invoice Date:   1/2/08

Attention:                                                    7983.21036

Loan No: 1001215910                      Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 12/31/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 1/7/2007 | Date Notice of Sale Recorded | $15.00 |
| 7/26/2007 | Date Notice of Default Recorded | $13.00 |
| 7/29/2007 | 10 Day Mailings Sent | $7.09 |
| 8/2/2007 | Date Trustee Sale Guarantee Received | $1,403.00 |
| 8/3/2007 | 1 Month Mailings Sent | $35.45 |
| 11/8/2007 | Publication Endorsement Received | $50.00 |
| 12/5/2007 | Date Notice of Sale Mailed | $44.46 |
| 12/7/2007 | SOT/Appointment Recorded | $15.00 |
| 12/7/2007 | Date Publication Commenced (1st Pub) | $402.20 |
| 12/7/2007 | Date Notice of Sale Posted | $120.00 |
| | TOTAL EXPENSES: | $2,105.20 |

PLEASE PAY AMOUNT DUE:     $2,705.20

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0080323
Invoice Date:    1/2/03

Attention:                                                        7983.21127

Loan No: 1000959226                        Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 12/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 8/20/2007 | Date Notice of Default Recorded | | $12.00 |
| 8/27/2007 | Date Trustee Sale Guarantee Received | | $510.00 |
| 8/28/2007 | 1 Month Mailings Sent | | $21.27 |
| 8/28/2007 | 10 Day Mailings Sent | | $7.09 |
| 11/30/2007 | Publication Endorsement Received | | $50.00 |
| 12/3/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/4/2007 | Date Publication Commenced (1st Pub) | | $260.00 |
| 12/5/2007 | Date Notice of Sale Mailed | | $44.46 |
| 12/6/2007 | Date Notice of Sale Recorded | | $15.00 |
| 12/6/2007 | Assignment Recorded | | $15.00 |
| 12/6/2007 | SOT/Appointment Recorded | | $15.00 |
| 12/27/2007 | Title Cost Endorsement | | $25.00 |
| 12/27/2007 | Cost - Record Trustee's Deed | | $21.00 |
| | | TOTAL EXPENSES: | $1,115.82 |

PLEASE PAY AMOUNT DUE:    $1,715.82

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0080461
Invoice Date:   1/2/08

Attention:

7983.21181

Loan No: 1001530840
Borrower: █████████████████

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|--|--------|
| 12/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent | | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $845.00 |
| 10/10/2007 | 1 Month Mailings Sent | | $35.45 |
| | | TOTAL EXPENSES: | $899.54 |

PLEASE PAY AMOUNT DUE:      $1,499.54

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0080400
Invoice Date:      1/2/08

Attention:                                          7983.21433

Loan No: 1001575026
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 12/31/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/18/2007 | Date Notice of Default Recorded | $12.00 |
| 9/22/2007 | 10 Day Mailings Sent | $42.54 |
| | TOTAL EXPENSES: | $54.54 |
| | PLEASE PAY AMOUNT DUE: | $654.54 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:  FTS0080466
4600 Regent Blvd., Suite 200                        Invoice Date:   1/2/08
Irving, TX  75063

Attention:                                          7983.21518

Loan No: 1001527887                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓▓▓

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 12/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/26/2007 | Date Notice of Default Recorded | | $9.00 |
| 9/27/2007 | 10 Day Mailings Sent | | $14.18 |
| 10/9/2007 | Date Trustee Sale Guarantee Received | | $1,331.00 |
| 10/19/2007 | 1 Month Mailings Sent | | $7.09 |
| 12/27/2007 | Date Publication Commenced (1st Pub) | | $25.00 |
| | | TOTAL EXPENSES: | $1,386.27 |

PLEASE PAY AMOUNT DUE:      $1,986.27

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0080471

4600 Regent Blvd., Suite 200

Invoice Date:   1/2/08

Irving, TX   75063

Attention:                                                               7983.21607

Loan No: 1000995229                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ███████████
          ████████████████
          █████████████████

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 12/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 10/16/2007 | Date Notice of Default Recorded | | $20.00 |
| 10/22/2007 | Date Trustee Sale Guarantee Received | | $2,451.00 |
| 10/23/2007 | 10 Day Mailings Sent | | $14.18 |
| 11/6/2007 | 1 Month Mailings Sent | | $42.54 |
| | | TOTAL EXPENSES: | $2,527.72 |
| | | | |
| | | PLEASE PAY AMOUNT DUE: | $3,127.72 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0080462

Invoice Date:    1/2/08

Attention:                                                                          7983.21615

Loan No: 1001400546

Borrower: ▮▮▮▮▮▮

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|--|--------|
| 12/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/15/2007 | Date Notice of Default Recorded | | $12.00 |
| 10/18/2007 | 10 Day Mailings Sent | | $7.09 |
| 11/7/2007 | Date Trustee Sale Guarantee Received | | $832.00 |
| | | TOTAL EXPENSES: | $851.09 |
| | | PLEASE PAY AMOUNT DUE: | $1,451.09 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0080465
Invoice Date:   1/2/08

Attention:

7983.22019

Loan No: 1001426016

Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 12/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 11/20/2007 | Date Notice of Default Recorded | | $12.00 |
| 11/27/2007 | 10 Day Mailings Sent | | $14.18 |
| 12/17/2007 | Date Trustee Sale Guarantee Received | | $578.00 |
| | | TOTAL EXPENSES: | $604.18 |

PLEASE PAY AMOUNT DUE:    $1,204.18

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0080640

4600 Regent Blvd., Suite 200

Invoice Date:  1/2/2008

Irving,  TX    75063

Attention:                                                                          7983.22071

Loan No: 1001510454                               Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/2/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 11/20/2007 | Date Notice of Default Recorded | | $13.00 |
| 11/27/2007 | 10 Day Mailings Sent | | $14.18 |
| 12/19/2007 | Date Trustee Sale Guarantee Received | | $825.00 |
| 1/2/2008 | Recission Recording | | $9.00 |
| | | TOTAL EXPENSES: | $861.18 |
| | | PLEASE PAY AMOUNT DUE: | $1,461.18 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:  FTS0080324
4600 Regent Blvd., Suite 200                        Invoice Date:        1/2/08
Irving,  TX   75063

Attention:                                                        7983.22073

Loan No: 1001327365                        Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 12/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 11/21/2007 | Date Notice of Default Recorded | | $12.00 |
| 11/28/2007 | 10 Day Mailings Sent | | $28.36 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | | $881.00 |
| | | TOTAL EXPENSES: | $921.36 |

PLEASE PAY AMOUNT DUE:     $1,521.36

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing          Invoice No:  FTS0080463
4600 Regent Blvd., Suite 200              Invoice Date:  1/2/08
Irving,  TX   75063

Attention:                                            7983.22117

Loan No: 1001493408                       Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 12/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 11/29/2007 | Date Notice of Default Recorded | | $12.00 |
| 12/1/2007 | 10 Day Mailings Sent | | $14.18 |
| 12/27/2007 | Date Trustee Sale Guarantee Received | | $845.00 |
| 12/28/2007 | 1 Month Mailings Sent | | $21.27 |
| | | TOTAL EXPENSES: | $892.45 |
| | | PLEASE PAY AMOUNT DUE: | $1,492.45 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0080467
Invoice Date:   1/02/08

Attention:                                                                7983.22119

Loan No: 1000801141                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮

| Date | Item Description | Amount |
|------|-----------------|--------|
| 12/27/2007 | 1 Month Mailings Sent | $14.18 |
| 12/28/2007 | Recission Recording | $9.00 |
| | TOTAL EXPENSES: | $23.18 |

PLEASE PAY AMOUNT DUE:          $23.18

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0080314
Invoice Date:  )   1/02/2008

Attention:                                                    7983.20212

Loan No: 1000744951                     Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 12/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 12/5/2006 | Date Notice of Default Recorded | | $12.00 |
| 12/12/2006 | 10 Day Mailings Sent | | $7.03 |
| 12/14/2006 | Date Trustee Sale Guarantee Received | | $225.00 |
| 12/19/2006 | 1 Month Mailings Sent | | $21.00 |
| 3/9/2007 | Title Cost Endorsement | | $50.00 |
| 3/9/2007 | Date Notice of Sale Mailed | | $42.18 |
| 3/9/2007 | Date Notice of Sale Posted | | $120.00 |
| 3/9/2007 | Date Publication Commenced (1st Pub) | | $355.00 |
| 3/13/2007 | SOT/Appointment Recorded | | $12.00 |
| 3/13/2007 | Date Notice of Sale Recorded | | $12.00 |
| 3/13/2007 | Assignment Recorded | | $9.00 |
| 3/29/2007 | Cost - Record Trustee's Deed | | $15.00 |
| 3/29/2007 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $905.21 |

PLEASE PAY AMOUNT DUE:    $1,505.21

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0080394
Invoice Date:   1/02/2008

Attention:                                                    7983.20250

Loan No: 1001055621                     Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 12/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 1/2/2007 | Date Notice of Default Recorded | | $13.00 |
| 1/5/2007 | Date Trustee Sale Guarantee Received | | $225.00 |
| 1/5/2007 | 10 Day Mailings Sent | | $24.00 |
| 4/27/2007 | Date Notice of Sale Posted | | $120.00 |
| 5/1/2007 | Title Cost Endorsement | | $50.00 |
| 5/1/2007 | Date Publication Commenced (1st Pub) | | $465.53 |
| 5/1/2007 | Date Notice of Sale Mailed | | $28.12 |
| 5/4/2007 | Date Notice of Sale Recorded | | $11.00 |
| 5/4/2007 | SOT/Appointment Recorded | | $11.00 |
| 5/4/2007 | Assignment Recorded | | $10.00 |
| 5/21/2007 | Title Cost Endorsement | | $25.00 |
| 5/23/2007 | Title Cost Endorsement | | $25.00 |
| 6/15/2007 | Title Cost Endorsement | | $25.00 |
| 6/21/2007 | Cost - Record Trustee's Deed | | $18.00 |
| | | TOTAL EXPENSES: | $1,050.65 |

PLEASE PAY AMOUNT DUE:   $1,650.65

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0080395
Invoice Date/ 0 2 / 2 0 0 8

Attention:                                                                  7983.20257

Loan No: 1001380043                           Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 6/27/2007 | Title Cost Endorsement | $50.00 |
| 6/28/2007 | Date Notice of Sale Mailed | $21.11 |
| 6/29/2007 | Date Notice of Sale Posted | $120.00 |
| 6/29/2007 | Date Publication Commenced (1st Pub) | $223.33 |
| | TOTAL EXPENSES: | $414.44 |

PLEASE PAY AMOUNT DUE:        $414.44

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0080396
Invoice Date:    1/02/2008

Attention:                                                            7983.20288

Loan No: 1000651798
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 12/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 1/26/2007 | Date Notice of Default Recorded | | $13.00 |
| 2/1/2007 | 10 Day Mailings Sent | | $7.33 |
| 2/6/2007 | Date Trustee Sale Guarantee Received | | $957.00 |
| 2/6/2007 | 1 Month Mailings Sent | | $36.65 |
| 4/27/2007 | Date Publication Commenced (1st Pub) | | $418.76 |
| 4/27/2007 | Title Cost Endorsement | | $50.00 |
| 4/27/2007 | Date Notice of Sale Mailed | | $56.24 |
| 4/27/2007 | Date Notice of Sale Posted | | $120.00 |
| 5/2/2007 | Date Notice of Sale Recorded | | $15.00 |
| 5/2/2007 | SOT/Appointment Recorded | | $15.00 |
| 5/8/2007 | Recission Recording | | $9.00 |
| | | TOTAL EXPENSES: | $1,697.98 |

PLEASE PAY AMOUNT DUE:    $2,297.98

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No: FTS0080315
Invoice Date:    1/02/2008

Attention:                                                                7983.20419

Loan No: 1000889239                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 12/31/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 2/27/2007 | Date Notice of Default Recorded | $12.00 |
| 3/1/2007 | 10 Day Mailings Sent | $14.66 |
| 3/14/2007 | Date Trustee Sale Guarantee Received | $617.00 |
| 5/26/2007 | Date Notice of Sale Mailed | $14.82 |
| 5/29/2007 | Title Cost Endorsement | $50.00 |
| 5/30/2007 | SOT/Appointment Recorded | $10.00 |
| 5/30/2007 | Assignment Recorded | $9.00 |
| 5/30/2007 | Date Notice of Sale Recorded | $7.00 |
| 6/1/2007 | Date Publication Commenced (1st Pub) | $423.43 |
| 6/1/2007 | Date Notice of Sale Posted | $120.00 |
| 6/21/2007 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,302.91 |

PLEASE PAY AMOUNT DUE:    $1,902.91

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0080469
Invoice Date: 02 / 2008

Attention:                                                       7983.20441

Loan No: 1000953445                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 12/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 3/6/2007 | Date Notice of Default Recorded | | $12.00 |
| 3/8/2007 | 10 Day Mailings Sent | | $6.50 |
| 3/14/2007 | Date Trustee Sale Guarantee Received | | $1,061.00 |
| 3/19/2007 | 1 Month Mailings Sent | | $19.50 |
| 6/19/2007 | Date Notice of Sale Recorded | | $15.00 |
| 6/19/2007 | SOT/Appointment Recorded | | $15.00 |
| 6/20/2007 | Date Notice of Sale Mailed | | $29.64 |
| 6/21/2007 | Title Cost Endorsement | | $25.00 |
| 6/21/2007 | Title Cost Endorsement | | $50.00 |
| 6/22/2007 | Date Publication Commenced (1st Pub) | | $323.96 |
| 6/22/2007 | Date Notice of Sale Posted | | $120.00 |
| 7/27/2007 | Recission Recording | | $9.00 |
| | | TOTAL EXPENSES: | $1,686.60 |

PLEASE PAY AMOUNT DUE:     $2,286.60

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0080316
Invoice Date: 1/02/2008

Attention:                                                              7983.20480

Loan No: 1001469361                         Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 12/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 3/30/2007 | Date Notice of Default Recorded | | $12.00 |
| 4/3/2007 | 10 Day Mailings Sent | | $6.50 |
| 4/24/2007 | Date Trustee Sale Guarantee Received | | $694.20 |
| 4/25/2007 | 1 Month Mailings Sent | | $19.50 |
| 6/29/2007 | Title Cost Endorsement | | $50.00 |
| 6/30/2007 | Date Notice of Sale Mailed | | $29.64 |
| 7/3/2007 | Assignment Recorded | | $12.00 |
| 7/3/2007 | Date Publication Commenced (1st Pub) | | $240.00 |
| 7/3/2007 | SOT/Appointment Recorded | | $13.00 |
| 7/3/2007 | Date Notice of Sale Recorded | | $7.00 |
| 7/3/2007 | Date Notice of Sale Posted | | $120.00 |
| 7/23/2007 | Title Cost Endorsement | | $25.00 |
| 7/23/2007 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,243.84 |

PLEASE PAY AMOUNT DUE:     $1,843.84

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0080456
Invoice Date 02 / 2008

Attention:                                                                  7983.20534

Loan No: 1001078405                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 12/31/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 4/11/2007 | Date Notice of Default Recorded | $12.00 |
| 4/17/2007 | 10 Day Mailings Sent | $26.00 |
| 4/30/2007 | Date Trustee Sale Guarantee Received | $478.00 |
| 5/1/2007 | 1 Month Mailings Sent | $13.00 |
| 7/12/2007 | Title Cost Endorsement | $50.00 |
| 7/12/2007 | Date Publication Commenced (1st Pub) | $355.00 |
| 7/12/2007 | Date Notice of Sale Posted | $120.00 |
| 7/12/2007 | Date Notice of Sale Mailed | $44.46 |
| 7/16/2007 | Assignment Recorded | $9.00 |
| 7/16/2007 | SOT/Appointment Recorded | $12.00 |
| 7/16/2007 | Date Notice of Sale Recorded | $9.00 |
| | TOTAL EXPENSES: | $1,128.46 |

PLEASE PAY AMOUNT DUE:     $1,728.46

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0080317
Invoice Date:    1/02/2008

Attention:                                                                      7983.20553

Loan No: 1001033778                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 12/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 4/18/2007 | Date Notice of Default Recorded | | $11.00 |
| 4/20/2007 | 10 Day Mailings Sent | | $6.50 |
| 5/7/2007 | Date Trustee Sale Guarantee Received | | $462.00 |
| 5/8/2007 | 1 Month Mailings Sent | | $13.00 |
| | | TOTAL EXPENSES: | $492.50 |
| | | PLEASE PAY AMOUNT DUE: | $1,092.50 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0080318
Invoice Date: 02/02/2008

Attention:                                                                    7983.20566

Loan No: 1001037795                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 12/31/2007 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 5/2/2007 | Date Notice of Default Recorded | $12.00 |
| 5/7/2007 | 10 Day Mailings Sent | $13.00 |
| 5/21/2007 | Date Trustee Sale Guarantee Received | $725.40 |
| 5/24/2007 | 1 Month Mailings Sent | $35.45 |
| | **TOTAL EXPENSES:** | $785.85 |

PLEASE PAY AMOUNT DUE:      $1,385.85

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0080399
Invoice Date: / 0 2 / 2 0 0 8

Attention:

7983.20690

Loan No: 1001519751
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|---|---|---|---|
| 12/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/8/2007 | Date Notice of Default Recorded | | $12.00 |
| 5/11/2007 | 10 Day Mailings Sent | | $26.00 |
| 5/30/2007 | Date Trustee Sale Guarantee Received | | $1,007.00 |
| 6/1/2007 | 1 Month Mailings Sent | | $28.36 |
| | | TOTAL EXPENSES: | $1,073.36 |

PLEASE PAY AMOUNT DUE:     $1,673.36

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:  FTS0080458

Invoice Date/ 02 / 2008

Attention:

7983.20772

Loan No: 1001244024

Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 12/31/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 6/8/2007 | Date Notice of Default Recorded | | $12.00 |
| 6/14/2007 | 10 Day Mailings Sent | | $7.09 |
| 6/21/2007 | Date Trustee Sale Guarantee Received | | $290.00 |
| | | TOTAL EXPENSES: | $309.09 |
| | | PLEASE PAY AMOUNT DUE: | $909.09 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0080718
Invoice Date:  1/3/2008

Attention:

7983.20419

Loan No:  1000889239
Borrower: ███████████

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/3/2008 | Recission Recording | $9.00 |
| | TOTAL EXPENSES: | $9.00 |
| | PLEASE PAY AMOUNT DUE: | $9.00 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0080719
Invoice Date:  1/3/2008

Attention:

7983.20784

Loan No: 1000746327
Borrower: ███████████

Type:  Non-Jud Foreclosure/CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/3/2008 | Trustee Fee - Reset | $675.00 |
| | TOTAL FEES: | $675.00 |
| | | |
| 2/14/2007 | Notice of Sale Mailed (statutory) | $66.00 |
| 12/11/2007 | Notice of Default Recorded | $26.00 |
| 12/12/2007 | Trustee Sale Guarantee Received | $555.00 |
| 12/15/2007 | Notice of Sale Served | $150.00 |
| | TOTAL EXPENSES: | $797.00 |
| | | |
| | PLEASE PAY AMOUNT DUE: | $1,472.00 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0080735
Invoice Date:  1/3/2008

Attention:                                                                7983.21287

Loan No: 1000892336
Borrower: ███████████

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/3/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 9/17/2007 | Date Notice of Default Recorded | $15.00 |
| 9/21/2007 | 10 Day Mailings Sent | $28.36 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $625.00 |
| | **TOTAL EXPENSES:** | $668.36 |
| | **PLEASE PAY AMOUNT DUE:** | $1,268.36 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0080762
Invoice Date:  1/4/2008

Attention:                                                                                7983.20680

Loan No: 1001081427                          Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/4/2008 | Trustee Fee | | $100.00 |
| | | TOTAL FEES: | $100.00 |
| 1/3/2008 | Date Transfer Tax Advanxced | | $1,526.90 |
| 1/3/2008 | Cost - Record Trustee's Deed | | $21.00 |
| 1/3/2008 | Sale Endorsement Received | | $25.00 |
| | | TOTAL EXPENSES: | $1,572.90 |
| | | PLEASE PAY AMOUNT DUE: | $1,672.90 |