**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:   FTS0080753

Invoice Date:   1/3/2008

Attention:                                                                          7983.20718

Loan No: 1001406199                          Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 6/4/2007 | Assignment Prepared | $50.00 |
| 1/3/2008 | Trustee Fee - Reset | $1,125.00 |
| | **TOTAL FEES:** | $1,175.00 |
| 6/5/2007 | Trustee Sale Guarantee Received | $940.00 |
| 7/6/2007 | Notice of Default Recorded | $36.00 |
| 7/6/2007 | Appointment Recorded | $31.00 |
| 7/6/2007 | Assignment Recorded | $31.00 |
| 7/10/2007 | Notice of Sale Served | $150.00 |
| 7/10/2007 | Notice of Sale Mailed (statutory) | $30.00 |
| 7/26/2007 | Courtesy Mailing / NTS | $12.00 |
| 8/9/2007 | Publication Commenced | $216.85 |
| 10/31/2007 | Affidavits Package Recorded | $91.00 |
| 11/8/2007 | Amended NOTS Mailed | $42.00 |
| 11/8/2007 | Postponement of Sale Read | $50.00 |
| 11/14/2007 | Publication Commenced | $936.40 |
| 12/18/2007 | Title Cost - Endorsement | $25.00 |
| 12/18/2007 | Affidavits Package Recorded | $51.00 |
| 12/31/2007 | Sale Completed/Read | $100.00 |
| 1/3/2008 | Cost - Record Trustee's Deed | $41.00 |
| | **TOTAL EXPENSES:** | $2,783.25 |
| | **PLEASE PAY AMOUNT DUE:** | $3,958.25 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:   FTS0081005

4600 Regent Blvd., Suite 200

Invoice Date:  1/7/2008

Irving,  TX    75063

Attention:                                                                                7983.21883

Loan No: 1001350694                         Type:  Non-Jud Foreclosure/ CONV
Borrower: ███████████████

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/7/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 11/5/2007 | Date Notice of Default Recorded | $13.00 |
| 11/7/2007 | 10 Day Mailings Sent | $21.27 |
| 12/3/2007 | Date Trustee Sale Guarantee Received | $745.00 |
| 12/4/2007 | 1 Month Mailings Sent | $14.18 |
| | **TOTAL EXPENSES:** | $793.45 |

PLEASE PAY AMOUNT DUE:      $1,393.45

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081085
Invoice Date:  1/8/2008

Attention:                                                         7983.21034

Loan No: 1001384981                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/8/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 7/26/2007 | Date Notice of Default Recorded | | $12.00 |
| 8/2/2007 | 10 Day Mailings Sent | | $28.36 |
| 8/16/2007 | Date Trustee Sale Guarantee Received | | $1,057.00 |
| 8/18/2007 | 1 Month Mailings Sent | | $35.45 |
| 12/3/2007 | Date Publication Commenced (1st Pub) | | $275.00 |
| 12/4/2007 | Title Cost Endorsement | | $25.00 |
| 12/4/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/5/2007 | Date Notice of Sale Mailed | | $81.51 |
| 12/6/2007 | SOT/Appointment Recorded | | $12.00 |
| 12/6/2007 | Date Notice of Sale Recorded | | $9.00 |
| 1/4/2008 | Assignment Recorded | | $12.00 |
| 1/4/2008 | Sale Endorsement Received | | $25.00 |
| | | TOTAL EXPENSES: | $1,692.32 |

PLEASE PAY AMOUNT DUE:   $2,292.32

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081077
Invoice Date:  1/8/2008

Attention:                                                                 7983.21115

Loan No: 1001451194                         Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|---:|---|---|---:|
| 1/8/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 8/20/2007 | Date Notice of Default Recorded | | $12.00 |
| 8/28/2007 | 10 Day Mailings Sent | | $7.09 |
| 8/30/2007 | Date Trustee Sale Guarantee Received | | $725.00 |
| 8/31/2007 | 1 Month Mailings Sent | | $21.27 |
| 11/30/2007 | Publication Endorsement Received | | $50.00 |
| 12/5/2007 | Date Notice of Sale Mailed | | $44.46 |
| 12/7/2007 | Date Publication Commenced (1st Pub) | | $416.99 |
| 12/7/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/11/2007 | Date Notice of Sale Recorded | | $12.00 |
| 12/11/2007 | SOT/Appointment Recorded | | $13.00 |
| 1/4/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 1/4/2008 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $1,461.81 |
| | | PLEASE PAY AMOUNT DUE: | $2,061.81 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:  FTS0081078

Invoice Date:  1/8/2008

Attention:                                                                     7983.21118

Loan No: 1001366910                    Type:  Non-Jud Foreclosure/ CONV

Borrower: ██████████████████

██████████████████

██████████████

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 1/8/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 8/20/2007 | Date Notice of Default Recorded | | $12.00 |
| 8/27/2007 | Date Trustee Sale Guarantee Received | | $745.00 |
| 8/28/2007 | 10 Day Mailings Sent | | $14.18 |
| 12/4/2007 | Publication Endorsement Received | | $50.00 |
| 12/7/2007 | Date Publication Commenced (1st Pub) | | $428.69 |
| 12/7/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/7/2007 | Date Notice of Sale Mailed | | $29.64 |
| 12/12/2007 | SOT/Appointment Recorded | | $12.00 |
| 12/12/2007 | Date Notice of Sale Recorded | | $12.00 |
| 1/4/2008 | Cost - Record Trustee's Deed | | $21.00 |
| 1/4/2008 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $1,469.51 |
| | | PLEASE PAY AMOUNT DUE: | $2,069.51 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                  Invoice No:  FTS0081079
4600 Regent Blvd., Suite 200                      Invoice Date:  1/8/2008
Irving,  TX    75063

Attention:                                                    7983.21124

Loan No: 1001497782                     Type:  Non-Jud Foreclosure/CONV
Borrower: █████████████

| Date | Item Description | Amount |
|---|---|---|
| 1/8/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 8/20/2007 | Date Notice of Default Recorded | $12.00 |
| 8/28/2007 | 10 Day Mailings Sent | $14.18 |
| 8/29/2007 | Date Trustee Sale Guarantee Received | $600.00 |
| 8/30/2007 | 1 Month Mailings Sent | $7.09 |
| 12/5/2007 | Date Notice of Sale Mailed | $22.23 |
| 12/7/2007 | Date Publication Commenced (1st Pub) | $411.00 |
| 12/7/2007 | Date Notice of Sale Posted | $120.00 |
| 12/11/2007 | Assignment Recorded | $12.00 |
| 12/11/2007 | SOT/Appointment Recorded | $12.00 |
| 12/11/2007 | Date Notice of Sale Recorded | $12.00 |
| 1/4/2008 | Title Cost Endorsement | $75.00 |
| 1/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,312.50 |

PLEASE PAY AMOUNT DUE:    $1,912.50

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081080
Invoice Date:  1/8/2008

Attention:                                                                 7983.21131

Loan No: 1000870295                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/8/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/13/2007 | Date Notice of Default Recorded | $12.00 |
| 9/18/2007 | 10 Day Mailings Sent | $21.27 |
| 9/21/2007 | Date Trustee Sale Guarantee Received | $825.00 |
| 9/22/2007 | 1 Month Mailings Sent | $28.36 |
| 12/14/2007 | Publication Endorsement Received | $50.00 |
| 12/31/2007 | Date Notice of Sale Mailed | $44.46 |
| 1/3/2008 | Date Notice of Sale Posted | $120.00 |
| | TOTAL EXPENSES: | $1,101.09 |

PLEASE PAY AMOUNT DUE:     $1,701.09

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0081081

4600 Regent Blvd., Suite 200

Invoice Date:  1/8/2008

Irving,  TX   75063

Attention:                                                                                    7983.21161

Loan No: 1001019977                          Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/8/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/13/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/18/2007 | 10 Day Mailings Sent | | $21.27 |
| 9/25/2007 | Date Trustee Sale Guarantee Received | | $765.00 |
| 9/26/2007 | 1 Month Mailings Sent | | $92.17 |
| 12/14/2007 | Publication Endorsement Received | | $50.00 |
| 1/2/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/3/2008 | Date Notice of Sale Mailed | | $96.33 |
| | | TOTAL EXPENSES: | $1,156.77 |

PLEASE PAY AMOUNT DUE:     $1,756.77

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0081086
Invoice Date:   1/8/2008

Attention:                                                                      7983.21528

Loan No: 1001242346                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/3/2007 | Assignment Prepared | $50.00 |
| 1/8/2008 | Trustee Fee | $675.00 |
| | TOTAL FEES: | $725.00 |
| | | |
| 10/2/2007 | Trustee Sale Guarantee Received | $760.00 |
| 10/29/2007 | Notice of Default Recorded | $36.00 |
| 10/29/2007 | Appointment Recorded | $31.00 |
| 10/29/2007 | Assignment Recorded | $31.00 |
| 10/31/2007 | Notice of Sale Mailed (statutory) | $42.00 |
| 11/3/2007 | Notice of Sale Served | $77.50 |
| 12/6/2007 | Publication Commenced | $866.20 |
| | TOTAL EXPENSES: | $1,843.70 |

PLEASE PAY AMOUNT DUE:      $2,568.70

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0081089
Invoice Date:  1/8/2008

Attention:                                                                    7983.22095

Loan No: 1001291455                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/8/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 11/20/2007 | Date Notice of Default Recorded | $10.00 |
| 11/29/2007 | 10 Day Mailings Sent | $42.54 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | $728.00 |
| | **TOTAL EXPENSES:** | $780.54 |

PLEASE PAY AMOUNT DUE:        $1,380.54

**Northwest Trustee Services, Inc.**

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0113224-IN |
| DATE : | Jan 09, 2008 |
| TRUSTEE NO : | 0079832    1172 |

CONTACT:                                                                                   Page 1 of 1

Loan No: 1001628019                                   Type:
Borrower:
Property Address:

| Date | Description | | Amount |
|---|---|---|---|
| 01/02/2008 | Trustee fee CA/CONV | | 600.00 |
| | **TOTAL FEES:** | | **$600.00** |
| 09/13/2007 | Record  - Notice of default | | 9.00 |
| 09/18/2007 | 10 Day Mailing | | 14.18 |
| 09/21/2007 | Trustee sale guarantee | | 765.00 |
| 09/22/2007 | 1 Month Mailing | | 28.36 |
| 12/14/2007 | Title Cost-Endorsement | | 50.00 |
| 12/27/2007 | Record - Appoint trustee | | 15.00 |
| 12/27/2007 | Record - Assignment | | 15.00 |
| 12/27/2007 | Record - Notice of sale | | 15.00 |
| 12/28/2007 | Date Notice of Sale | | 44.46 |
| 01/02/2008 | Statutory posting | | 120.00 |
| 01/03/2008 | Publication - Notice of sale | | 372.99 |
| | **TOTAL EXPENSES:** | | **$1,448.99** |

**PLEASE PAY AMOUNT DUE**.................................        **$2,048.99**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 333,254.85 | $ 276,832.99 | $ 305,561.27 | $ 119,636.93 | $ 174,849.69 | $ 1,210,135.73 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                Invoice No:  FTS0081151
4600 Regent Blvd., Suite 200                    Invoice Date:  1/9/2008
Irving,  TX   75063

Attention:                                                   7983.20528

Loan No: 1001356123                     Type:  Non-Jud Foreclosure/ CONV
Borrower: ███████████

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 1/9/2008 | Trustee Fee | | $300.00 |
| | | TOTAL FEES: | $300.00 |
| | | | |
| 12/6/2007 | Publication Endorsement Received | | $50.00 |
| 12/8/2007 | Date Notice of Sale Mailed | | $37.05 |
| 12/9/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/10/2007 | Date Publication Commenced (1st Pub) | | $320.00 |
| 12/11/2007 | Date Notice of Sale Recorded | | $12.00 |
| 12/28/2007 | Title Cost Endorsement | | $25.00 |
| 1/4/2008 | Date Transfer Tax Advanxced | | $1,463.33 |
| 1/4/2008 | Cost - Record Trustee's Deed | | $21.00 |
| 1/4/2008 | Sale Endorsement Received | | $25.00 |
| | | TOTAL EXPENSES: | $2,073.38 |

PLEASE PAY AMOUNT DUE:    $2,373.38

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0081147
Invoice Date:  1/9/2008

Attention:                                                                        7983.20897

Loan No: 1000766966                      Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|---|---|---|
| 10/4/2007 | Publication Endorsement Received | $50.00 |
| 12/13/2007 | Title Cost Endorsement | $25.00 |
| 12/14/2007 | Date Notice of Sale Posted | $120.00 |
| 12/14/2007 | Date Publication Commenced (1st Pub) | $220.40 |
| 12/19/2007 | Date Notice of Sale Recorded | $12.00 |
| 12/19/2007 | SOT/Appointment Recorded | $12.00 |
| 12/19/2007 | Date Notice of Sale Mailed | $51.87 |
| 1/4/2008 | Sale Endorsement Received | $25.00 |
| 1/4/2008 | Cost - Record Trustee's Deed | $15.00 |
| 1/4/2008 | Date Transfer Tax Advanxced | $872.11 |
| | TOTAL EXPENSES: | $1,403.38 |

PLEASE PAY AMOUNT DUE:     $1,403.38

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:   FTS0081152

Invoice Date:  1/9/2008

Attention:                                                                              7983.21026

Loan No: 1000832116                            Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 7/26/2007 | Date Notice of Default Recorded | $12.00 |
| 7/29/2007 | 10 Day Mailings Sent | $14.18 |
| 8/1/2007 | Date Trustee Sale Guarantee Received | $650.00 |
| 8/2/2007 | 1 Month Mailings Sent | $21.27 |
| 11/8/2007 | Publication Endorsement Received | $50.00 |
| 11/29/2007 | Title Cost Endorsement | $25.00 |
| 11/30/2007 | Date Notice of Sale Mailed | $51.87 |
| 12/4/2007 | Date Publication Commenced (1st Pub) | $422.84 |
| 12/4/2007 | Date Notice of Sale Posted | $120.00 |
| 12/11/2007 | Assignment Recorded | $12.00 |
| 12/11/2007 | Date Notice of Sale Recorded | $12.00 |
| 12/11/2007 | SOT/Appointment Recorded | $12.00 |
| 1/4/2008 | Cost - Record Trustee's Deed | $21.00 |
| 1/7/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,449.16 |

PLEASE PAY AMOUNT DUE:    $2,049.16

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0081148
Invoice Date:  1/9/2008

Attention:                                                7983.21031

Loan No: 1001629338                    Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 7/30/2007 | Date Notice of Default Recorded | $12.00 |
| 8/2/2007 | Date Trustee Sale Guarantee Received | $863.00 |
| 8/2/2007 | 10 Day Mailings Sent | $14.18 |
| 8/3/2007 | 1 Month Mailings Sent | $35.45 |
| 11/7/2007 | Publication Endorsement Received | $50.00 |
| 12/13/2007 | Date Notice of Sale Mailed | $59.28 |
| 12/15/2007 | Date Publication Commenced (1st Pub) | $350.00 |
| 12/15/2007 | Date Notice of Sale Posted | $120.00 |
| 12/18/2007 | Date Notice of Sale Recorded | $12.00 |
| 12/18/2007 | SOT/Appointment Recorded | $12.00 |
| 1/4/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,552.91 |

PLEASE PAY AMOUNT DUE:    $2,152.91

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0081212
Invoice Date:  1/9/2008

Attention:                                                                    7983.21044

Loan No: 1001505574                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/9/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 7/27/2007 | Date Notice of Default Recorded | | $10.00 |
| 8/3/2007 | 10 Day Mailings Sent | | $14.18 |
| 8/17/2007 | Date Trustee Sale Guarantee Received | | $1,794.00 |
| 8/18/2007 | 1 Month Mailings Sent | | $14.18 |
| 11/9/2007 | Publication Endorsement Received | | $50.00 |
| 11/30/2007 | Date Notice of Sale Mailed | | $29.64 |
| 12/5/2007 | Date Notice of Sale Recorded | | $12.00 |
| 12/5/2007 | SOT/Appointment Recorded | | $12.00 |
| 12/7/2007 | Date Publication Commenced (1st Pub) | | $456.32 |
| 12/7/2007 | Date Notice of Sale Posted | | $120.00 |
| 1/4/2008 | Sale Endorsement Received | | $25.00 |
| 1/4/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $2,552.32 |

PLEASE PAY AMOUNT DUE:    $3,152.32

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0081213
Invoice Date:  1/9/2008

Attention:                                                                 7983.21117

Loan No: 1001492690                          Type:  Non-Jud Foreclosure/ CONV
Borrower: █████████

| Date | Item Description | Amount |
|---|---|---|
| 1/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 8/20/2007 | Date Notice of Default Recorded | $12.00 |
| 8/24/2007 | Date Trustee Sale Guarantee Received | $725.00 |
| 8/28/2007 | 10 Day Mailings Sent | $14.18 |
| 11/30/2007 | Publication Endorsement Received | $50.00 |
| 12/4/2007 | Date Notice of Sale Posted | $120.00 |
| 12/4/2007 | Date Notice of Sale Mailed | $14.82 |
| 12/5/2007 | Date Publication Commenced (1st Pub) | $320.76 |
| 12/10/2007 | Date Notice of Sale Recorded | $9.00 |
| 12/10/2007 | SOT/Appointment Recorded | $12.00 |
| 1/4/2008 | Title Cost Endorsement | $25.00 |
| 1/4/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,317.76 |

PLEASE PAY AMOUNT DUE:      $1,917.76

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing          Invoice No:  FTS0081153
4600 Regent Blvd., Suite 200              Invoice Date:  1/9/2008
Irving,  TX   75063

Attention:                                                7983.21122

Loan No: 1000896212                       Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/9/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 8/20/2007 | Date Notice of Default Recorded | | $12.00 |
| 8/27/2007 | Date Trustee Sale Guarantee Received | | $570.00 |
| 8/28/2007 | 1 Month Mailings Sent | | $14.18 |
| 8/28/2007 | 10 Day Mailings Sent | | $14.18 |
| 11/30/2007 | Publication Endorsement Received | | $50.00 |
| 12/5/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/6/2007 | Date Publication Commenced (1st Pub) | | $355.00 |
| 12/6/2007 | Date Notice of Sale Mailed | | $37.05 |
| 12/11/2007 | SOT/Appointment Recorded | | $12.00 |
| 12/11/2007 | Date Notice of Sale Recorded | | $12.00 |
| 1/4/2008 | Title Cost Endorsement | | $25.00 |
| 1/4/2008 | Cost - Record Trustee's Deed | | $21.00 |
| | | TOTAL EXPENSES: | $1,242.41 |

PLEASE PAY AMOUNT DUE:     $1,842.41

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0081149

Invoice Date:  1/9/2008

Attention:

7983.21123

Loan No: 1001417331

Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/9/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 8/20/2007 | Date Notice of Default Recorded | | $12.00 |
| 8/27/2007 | Date Trustee Sale Guarantee Received | | $570.00 |
| 8/28/2007 | 1 Month Mailings Sent | | $7.09 |
| 8/28/2007 | 10 Day Mailings Sent | | $7.09 |
| 12/7/2007 | Publication Endorsement Received | | $50.00 |
| 12/13/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/14/2007 | Date Publication Commenced (1st Pub) | | $355.00 |
| 12/15/2007 | Date Notice of Sale Mailed | | $37.05 |
| 12/18/2007 | Date Notice of Sale Recorded | | $9.00 |
| 12/18/2007 | SOT/Appointment Recorded | | $12.00 |
| 1/4/2008 | Title Cost Endorsement | | $25.00 |
| 1/4/2008 | Assignment Recorded | | $12.00 |
| 1/4/2008 | Cost - Record Trustee's Deed | | $21.00 |
| | | TOTAL EXPENSES: | $1,237.23 |

PLEASE PAY AMOUNT DUE:    $1,837.23

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081154
Invoice Date:  1/9/2008

Attention:                                                                          7983.21203

Loan No: 1001018120                              Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | Amount |
|---|---|---|
| 12/12/2007 | Publication Endorsement Received | $50.00 |
| 12/13/2007 | Date Notice of Sale Posted | $120.00 |
| 12/14/2007 | Date Publication Commenced (1st Pub) | $428.69 |
| 12/14/2007 | Date Notice of Sale Mailed | $37.05 |
| 12/20/2007 | Assignment Recorded | $12.00 |
| 12/20/2007 | Date Notice of Sale Recorded | $12.00 |
| 12/20/2007 | SOT/Appointment Recorded | $12.00 |
| 1/4/2008 | Cost - Record Trustee's Deed | $21.00 |
| 1/4/2008 | Sale Endorsement Received | $25.00 |

TOTAL EXPENSES:     $717.74

PLEASE PAY AMOUNT DUE:     $717.74

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0081150

4600 Regent Blvd., Suite 200

Invoice Date:  1/9/2008

Irving,  TX   75063

Attention:                                                                                7983.21969

Loan No: 1001212183

Type:  Non-Jud Foreclosure/ CONV

Borrower: ▉▉▉▉▉▉▉▉▉▉▉▉▉

| Date | Item Description | Amount |
|---|---|---|
| 1/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/15/2007 | Date Notice of Default Recorded | $10.00 |
| 11/17/2007 | 10 Day Mailings Sent | $21.27 |
| 12/12/2007 | Date Trustee Sale Guarantee Received | $917.00 |
| | TOTAL EXPENSES: | $948.27 |

PLEASE PAY AMOUNT DUE:    $1,548.27

## Northwest Trustee Services, Inc.
**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0113290-IN |
| DATE : | Jan 10, 2008 |
| TRUSTEE NO : | 0079832      1523 |

CONTACT:                                                                                Page 1 of 1

Loan No: 1001151513                                    Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 01/10/2008 | Notice of Intent to Foreclosure | 150.00 |
| | **TOTAL EXPENSES:** | **$150.00** |

**PLEASE PAY AMOUNT DUE.................................** **$150.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 345,466.40 | $ 283,766.00 | $ 302,803.47 | $ 122,244.73 | $ 174,999.69 | $ 1,229,280.29 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX    75063

Invoice No:  FTS0081247
Invoice Date:  1/10/2008

Attention:                                                    7983.20300

Loan No: 1001124128                     Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|---|---|---|
| 1/10/2008 | Trustee Fee | $100.00 |
| | TOTAL FEES: | $100.00 |
| | | |
| 12/12/2007 | Title Cost Endorsement | $25.00 |
| 12/13/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 12/13/2007 | Date Notice of Sale Posted | $120.00 |
| 12/14/2007 | Date Notice of Sale Mailed | $44.46 |
| 12/19/2007 | Assignment Recording | $15.00 |
| 12/19/2007 | Date Notice of Sale Recorded | $15.00 |
| 1/4/2008 | Date Transfer Tax Advanxced | $917.49 |
| 1/4/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,481.95 |

PLEASE PAY AMOUNT DUE:    $1,581.95

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:  FTS0081248

Invoice Date:  1/10/2008

Attention:

7983.20520

Loan No: 1000902382

Borrower: ███████████

████████████

████████████

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 1/10/2008 | Trustee Fee | | $100.00 |
| | | TOTAL FEES: | $100.00 |
| | | | |
| 12/5/2007 | Publication Endorsement Received | | $50.00 |
| 12/6/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/6/2007 | Date Publication Commenced (1st Pub) | | $320.00 |
| 12/7/2007 | Date Notice of Sale Mailed | | $22.23 |
| 12/11/2007 | Date Notice of Sale Recorded | | $12.00 |
| 1/4/2008 | Date Transfer Tax Advanxced | | $1,275.00 |
| 1/4/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 1/4/2008 | Sale Endorsement Received | | $25.00 |
| | | TOTAL EXPENSES: | $1,839.23 |
| | | | |
| | | PLEASE PAY AMOUNT DUE: | $1,939.23 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing          Invoice No:  FTS0081244
4600 Regent Blvd., Suite 200               Invoice Date:  1/10/2008
Irving,  TX   75063

Attention:                                                  7983.20834

Loan No: 1001340987                Type:  Non-Jud Foreclosure/ CONV
Borrower: ████████████

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 1/10/2008 | Trustee Fee | | $300.00 |
| | | TOTAL FEES: | $300.00 |
| | | | |
| 10/30/2007 | Date Notice of Sale Posted | | $120.00 |
| 10/31/2007 | Publication Endorsement Received | | $50.00 |
| 11/1/2007 | Date Notice of Sale Mailed | | $29.64 |
| 11/2/2007 | Date Publication Commenced (1st Pub) | | $420.00 |
| 11/6/2007 | Date Notice of Sale Recorded | | $12.00 |
| 11/6/2007 | SOT/Appointment Recorded | | $12.00 |
| 12/28/2007 | Title Cost Endorsement | | $25.00 |
| 12/28/2007 | Cost - Record Trustee's Deed | | $21.00 |
| | | TOTAL EXPENSES: | $689.64 |

PLEASE PAY AMOUNT DUE:          $989.64

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0081262
Invoice Date:  1/10/2008

Attention:                                                                 7983.20930

Loan No: 1001377009                           Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 7/23/2007 | Assignment Prepared | $50.00 |
| 1/10/2008 | Trustee Fee | $675.00 |
| | TOTAL FEES: | $725.00 |
| | | |
| 7/13/2007 | Trustee Sale Guarantee Received | $748.00 |
| 8/3/2007 | Notice of Default Recorded | $36.00 |
| 8/3/2007 | Appointment Recorded | $31.00 |
| 8/3/2007 | Assignment Recorded | $31.00 |
| 8/8/2007 | Notice of Sale Mailed (statutory) | $18.00 |
| 8/10/2007 | Notice of Sale Served | $77.50 |
| 9/19/2007 | Publication Commenced | $866.20 |
| 11/15/2007 | Affidavits Package Recorded | $86.00 |
| 12/7/2007 | Postponement of Sale Read | $50.00 |
| 1/10/2008 | Record Recission of NODES | $41.00 |
| | TOTAL EXPENSES: | $1,984.70 |

PLEASE PAY AMOUNT DUE:     $2,709.70

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:  FTS0081310

Invoice Date:  1/10/2008

Attention:                                                               7983.21080

Loan No: 1001526766

Borrower: 

Type:  Non-Jud Foreclosure/CONV

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/10/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 8/1/2007 | Date Notice of Default Recorded | $12.00 |
| 8/7/2007 | Date Trustee Sale Guarantee Received | $700.00 |
| 8/7/2007 | 10 Day Mailings Sent | $14.18 |
| 8/8/2007 | 1 Month Mailings Sent | $14.18 |
| 11/8/2007 | Publication Endorsement Received | $50.00 |
| 12/8/2007 | Date Notice of Sale Mailed | $56.08 |
| 12/11/2007 | Title Cost Endorsement | $25.00 |
| 12/11/2007 | Date Publication Commenced (1st Pub) | $492.50 |
| 12/13/2007 | Date Notice of Sale Posted | $120.00 |
| 12/13/2007 | Date Notice of Sale Recorded | $12.00 |
| 12/13/2007 | SOT/Appointment Recorded | $13.00 |
| 1/4/2008 | Title Cost Endorsement | $25.00 |
| 1/8/2008 | Assignment Recorded | $12.00 |
| 1/8/2008 | Cost - Record Trustee's Deed | $21.00 |
| | TOTAL EXPENSES: | $1,566.94 |

PLEASE PAY AMOUNT DUE:     $2,166.94

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081315
Invoice Date:  1/10/2008

Attention:                                                                    7983.21135

Loan No: 1000802811                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ███████████

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/10/2008 | Trustee Fee | | $500.00 |
| | | TOTAL FEES: | $500.00 |
| 9/13/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/18/2007 | 10 Day Mailings Sent | | $21.27 |
| 9/25/2007 | Date Trustee Sale Guarantee Received | | $360.00 |
| 9/26/2007 | 1 Month Mailings Sent | | $14.18 |
| 12/17/2007 | Publication Endorsement Received | | $50.00 |
| 12/28/2007 | Date Notice of Sale Mailed | | $22.23 |
| 12/31/2007 | Date Notice of Sale Posted | | $120.00 |
| 1/2/2008 | Date Publication Commenced (1st Pub) | | $355.00 |
| 1/4/2008 | SOT/Appointment Recorded | | $14.00 |
| 1/4/2008 | Assignment Recorded | | $11.00 |
| 1/4/2008 | Date Notice of Sale Recorded | | $11.00 |
| | | TOTAL EXPENSES: | $990.68 |
| | | PLEASE PAY AMOUNT DUE: | $1,490.68 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0081249

Invoice Date:  1/10/2008

Attention:

7983.21306

Loan No: 1001220882

Borrower: ████████████████

████████████████████████

████████████████████

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/10/2008 | Trustee Fee | | $300.00 |
| | | TOTAL FEES: | $300.00 |
| 9/14/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/20/2007 | 10 Day Mailings Sent | | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $1,043.00 |
| 10/7/2007 | 1 Month Mailings Sent | | $28.36 |
| 1/9/2008 | Assignment Recorded | | $15.00 |
| 1/9/2008 | Publication Endorsement Received | | $50.00 |
| 1/9/2008 | Date Notice of Sale Recorded | | $15.00 |
| 1/9/2008 | SOT/Appointment Recorded | | $15.00 |
| 1/9/2008 | Date Notice of Sale Mailed | | $37.05 |
| | | TOTAL EXPENSES: | $1,222.50 |

PLEASE PAY AMOUNT DUE:     $1,522.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX    75063

Invoice No:   FTS0081250
Invoice Date:   1/10/2008

Attention:                                                                7983.21365

Loan No: 1000969615                            Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/10/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/17/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/20/2007 | 10 Day Mailings Sent | | $21.27 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | | $540.00 |
| 10/7/2007 | 1 Month Mailings Sent | | $14.18 |
| 1/9/2008 | Assignment Recorded | | $15.00 |
| 1/9/2008 | Date Notice of Sale Recorded | | $15.00 |
| 1/9/2008 | SOT/Appointment Recorded | | $15.00 |
| 1/10/2008 | Publication Endorsement Received | | $50.00 |
| | | TOTAL EXPENSES: | $682.45 |

PLEASE PAY AMOUNT DUE:      $1,282.45

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081251
Invoice Date:  1/10/2008

Attention:                                                                    7983.21419

Loan No: 1001221552                        Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/10/2008 | Trustee Fee | | $300.00 |
| | | TOTAL FEES: | $300.00 |
| 9/18/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent | | $42.54 |
| 10/8/2007 | Date Trustee Sale Guarantee Received | | $845.00 |
| 10/13/2007 | 1 Month Mailings Sent | | $21.27 |
| | | TOTAL EXPENSES: | $920.81 |
| | | PLEASE PAY AMOUNT DUE: | $1,220.81 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX    75063

Invoice No:  FTS0081252
Invoice Date:  1/10/2008

Attention:                                                              7983.21590

Loan No: 1000653767                        Type:  Non-Jud Foreclosure/ CONV
Borrower: ████████████████

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/10/2008 | Trustee Fee | $300.00 |
| | **TOTAL FEES:** | $300.00 |
| 10/10/2007 | Date Notice of Default Recorded | $12.00 |
| 10/12/2007 | 10 Day Mailings Sent | $14.18 |
| 11/2/2007 | Date Trustee Sale Guarantee Received | $650.00 |
| 11/3/2007 | 1 Month Mailings Sent | $21.27 |
| | **TOTAL EXPENSES:** | $697.45 |
| | **PLEASE PAY AMOUNT DUE:** | $997.45 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0081258

Invoice Date:  1/10/2008

Attention:                                                                7983.22194

Loan No: 1001552259                     Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/10/2008 | Trustee Fee | $300.00 |
|  | **TOTAL FEES:** | $300.00 |
| 1/8/2008 | Title Cost - Endorsement | $1,068.31 |
|  | **TOTAL EXPENSES:** | $1,068.31 |
|  | **PLEASE PAY AMOUNT DUE:** | $1,368.31 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081371
Invoice Date:  1/11/2008

Attention:                                                               7983.21033

Loan No: 1001618808                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/11/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 7/26/2007 | Date Notice of Default Recorded | | $12.00 |
| 7/31/2007 | 10 Day Mailings Sent | | $7.09 |
| 8/17/2007 | Date Trustee Sale Guarantee Received | | $1,420.00 |
| 8/18/2007 | 1 Month Mailings Sent | | $7.09 |
| 11/8/2007 | Title Cost Endorsement | | $50.00 |
| 11/29/2007 | Title Cost Endorsement | | $25.00 |
| 11/30/2007 | Date Notice of Sale Mailed | | $14.82 |
| 12/3/2007 | SOT/Appointment Recorded | | $12.00 |
| 12/3/2007 | Date Notice of Sale Recorded | | $9.00 |
| 12/3/2007 | Assignment Recorded | | $12.00 |
| 12/10/2007 | Date Publication Commenced (1st Pub) | | $639.50 |
| 12/11/2007 | Date Notice of Sale Posted | | $120.00 |
| 1/4/2008 | Sale Endorsement Received | | $25.00 |
| 1/7/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $2,368.50 |

PLEASE PAY AMOUNT DUE:      $2,968.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081372
Invoice Date:  1/11/2008

Attention:                                                                7983.21038

Loan No: 1001501079
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|-----------------|--|-------:|
| 1/11/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 7/26/2007 | Date Notice of Default Recorded | | $12.00 |
| 7/29/2007 | 10 Day Mailings Sent | | $7.09 |
| 8/16/2007 | Date Trustee Sale Guarantee Received | | $1,326.00 |
| 8/18/2007 | 1 Month Mailings Sent | | $14.18 |
| 11/8/2007 | Title Cost Endorsement | | $50.00 |
| 12/13/2007 | Date Publication Commenced (1st Pub) | | $270.00 |
| 12/15/2007 | Date Notice of Sale Mailed | | $29.64 |
| 12/19/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/19/2007 | SOT/Appointment Recorded | | $10.00 |
| 12/19/2007 | Date Notice of Sale Recorded | | $7.00 |
| 12/21/2007 | Assignment Recorded | | $9.00 |
| 1/8/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 1/8/2008 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $1,894.91 |

PLEASE PAY AMOUNT DUE:      $2,494.91

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0081436
Invoice Date: 1/11/2008

Attention: .                                7983.21072

Loan No: 1001321819                   Type: Non-Jud Foreclosure/ CONV
Borrower: ████████████

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/11/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 8/1/2007 | Date Notice of Default Recorded | | $16.00 |
| 8/6/2007 | Date Trustee Sale Guarantee Received | | $570.00 |
| 8/7/2007 | 10 Day Mailings Sent | | $21.27 |
| 11/9/2007 | Publication Endorsement Received | | $50.00 |
| 11/20/2007 | Date Notice of Sale Mailed | | $22.23 |
| 11/21/2007 | Date Notice of Sale Posted | | $120.00 |
| 11/21/2007 | Date Publication Commenced (1st Pub) | | $320.00 |
| 12/7/2007 | Assignment Recording | | $14.00 |
| 12/7/2007 | Date Notice of Sale Recorded | | $15.00 |
| 12/7/2007 | SOT/Appointment Recorded | | $14.00 |
| 12/21/2007 | Date Transfer Tax Advanxced | | $1,195.95 |
| 12/21/2007 | Cost - Record Trustee's Deed | | $15.00 |
| 12/21/2007 | Sale Endorsement Received | | $25.00 |
| | | TOTAL EXPENSES: | $2,398.45 |

PLEASE PAY AMOUNT DUE:   $2,998.45

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No: FTS0081361
4600 Regent Blvd., Suite 200                        Invoice Date: 1/11/2008
Irving, TX  75063

Attention:                                                   7983.21125

Loan No: 1001355607                      Type: Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/11/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 8/20/2007 | Date Notice of Default Recorded | $12.00 |
| 8/24/2007 | Date Trustee Sale Guarantee Received | $600.00 |
| 8/28/2007 | 10 Day Mailings Sent | $7.09 |
| 12/7/2007 | Title Cost Endorsement | $50.00 |
| 12/15/2007 | Date Notice of Sale Posted | $120.00 |
| 12/15/2007 | Date Notice of Sale Mailed | $22.23 |
| 12/17/2007 | Date Publication Commenced (1st Pub) | $355.00 |
| 12/20/2007 | Date Notice of Sale Recorded | $9.00 |
| 12/20/2007 | SOT/Appointment Recorded | $12.00 |
| 12/20/2007 | Assignment Recorded | $9.00 |
| 1/7/2008 | Cost - Record Trustee's Deed | $15.00 |
| 1/7/2008 | Title Cost Endorsement | $25.00 |
| | **TOTAL EXPENSES:** | $1,236.32 |

PLEASE PAY AMOUNT DUE:    $1,836.32

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081414
Invoice Date:  1/11/2008

Attention:                                                                7983.21154

Loan No: 1000682657                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ██████████

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/11/2008 | Trustee Fee | | $500.00 |
| | | TOTAL FEES: | $500.00 |
| 9/17/2007 | Date Notice of Default Recorded | | $15.00 |
| 9/22/2007 | 10 Day Mailings Sent | | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $745.00 |
| 12/14/2007 | Title Cost Endorsement | | $25.00 |
| 12/14/2007 | Publication Endorsement Received | | $50.00 |
| 12/19/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/19/2007 | Date Publication Commenced (1st Pub) | | $320.00 |
| 12/19/2007 | Date Notice of Sale Mailed | | $14.82 |
| 12/24/2007 | Assignment Recording | | $14.00 |
| 12/24/2007 | Date Notice of Sale Recorded | | $15.00 |
| 1/8/2008 | Sale Endorsement Received | | $25.00 |
| | | TOTAL EXPENSES: | $1,358.00 |
| | | PLEASE PAY AMOUNT DUE: | $1,858.00 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0081362
Invoice Date:  1/11/2008

Attention:                                                              7983.21235

Loan No: 1001215309                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/11/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/17/2007 | Date Notice of Default Recorded | | $40.00 |
| 9/21/2007 | 10 Day Mailings Sent | | $56.72 |
| 9/26/2007 | Date Trustee Sale Guarantee Received | | $899.00 |
| 12/19/2007 | Publication Endorsement Received | | $50.00 |
| 12/20/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/20/2007 | Date Publication Commenced (1st Pub) | | $320.00 |
| 12/20/2007 | Date Notice of Sale Mailed | | $66.69 |
| 12/24/2007 | Assignment Recording | | $14.00 |
| 12/24/2007 | Date Notice of Sale Recorded | | $15.00 |
| 12/24/2007 | SOT/Appointment Recorded | | $14.00 |
| 1/9/2008 | Sale Endorsement Received | | $25.00 |
| 1/9/2008 | Date Transfer Tax Advanxced | | $2,728.50 |
| 1/9/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $4,363.91 |

PLEASE PAY AMOUNT DUE:        $4,963.91

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0081411
Invoice Date:  1/11/2008

Attention:                                                            7983.21653

Loan No: 1001521683
Borrower: ███████████████

Type:  Non-Jud Foreclosure/CONV

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/11/2008 | Trustee Fee | $300.00 |
| | TOTAL FEES: | $300.00 |
| | | |
| 10/16/2007 | Date Notice of Default Recorded | $11.00 |
| 10/17/2007 | 10 Day Mailings Sent | $28.36 |
| 11/8/2007 | Date Trustee Sale Guarantee Received | $785.00 |
| | TOTAL EXPENSES: | $824.36 |

PLEASE PAY AMOUNT DUE:      $1,124.36

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0081415

4600 Regent Blvd., Suite 200

Invoice Date:  1/11/2008

Irving, TX  75063

Attention:                                                                    7983.21659

Loan No: 1001503803                        Type:  Non-Jud Foreclosure/ CONV
Borrower: ▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/11/2008 | Trustee Fee | $300.00 |
| | TOTAL FEES: | $300.00 |
| 10/16/2007 | Date Notice of Default Recorded | $12.00 |
| 10/17/2007 | 10 Day Mailings Sent | $14.18 |
| 10/29/2007 | Date Trustee Sale Guarantee Received | $650.00 |
| | TOTAL EXPENSES: | $676.18 |
| | PLEASE PAY AMOUNT DUE: | $976.18 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0081416
Invoice Date:  1/11/2008

Attention:

7983.21675

Loan No: 1001628884
Borrower: ███████████

Type:  Non-Jud Foreclosure/CONV

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/11/2008 | Trustee Fee | $300.00 |
| | TOTAL FEES: | $300.00 |
| | | |
| 10/16/2007 | Date Notice of Default Recorded | $12.00 |
| 10/23/2007 | 10 Day Mailings Sent | $14.18 |
| 11/13/2007 | Date Trustee Sale Guarantee Received | $606.60 |
| | TOTAL EXPENSES: | $632.78 |
| | PLEASE PAY AMOUNT DUE: | $932.78 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081417
Invoice Date:  1/11/2008

Attention:                                                    7983.21860

Loan No: 1000689241                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/11/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 11/2/2007 | Date Notice of Default Recorded | | $12.00 |
| 11/7/2007 | 10 Day Mailings Sent | | $7.09 |
| 11/29/2007 | Date Trustee Sale Guarantee Received | | $225.00 |
| 11/30/2007 | 1 Month Mailings Sent | | $14.18 |
| | | TOTAL EXPENSES: | $258.27 |
| | | PLEASE PAY AMOUNT DUE: | $858.27 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No: FTS0081560
Invoice Date: 1/14/2008

Attention:                                                    7983.20789

Loan No: 1001054756                      Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/14/2008 | Trustee Fee | $500.00 |
| | TOTAL FEES: | $500.00 |
| | | |
| 6/22/2007 | Date Notice of Default Recorded | $12.00 |
| 6/29/2007 | 10 Day Mailings Sent | $28.36 |
| 7/14/2007 | Date Trustee Sale Guarantee Received | $664.00 |
| 7/14/2007 | 1 Month Mailings Sent | $35.45 |
| 9/21/2007 | Publication Endorsement Received | $50.00 |
| 10/4/2007 | Date Notice of Sale Mailed | $51.87 |
| 10/5/2007 | Date Publication Commenced (1st Pub) | $328.00 |
| 10/5/2007 | Date Notice of Sale Posted | $120.00 |
| 10/9/2007 | Assignment Recorded | $9.00 |
| 10/9/2007 | Date Notice of Sale Recorded | $9.00 |
| 10/9/2007 | SOT/Appointment Recorded | $12.00 |
| 10/25/2007 | Title Cost Endorsement | $25.00 |
| 11/26/2007 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,369.68 |

PLEASE PAY AMOUNT DUE:     $1,869.68

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081561
Invoice Date:  1/14/2008

Attention:                                                          7983.21299

Loan No: 1000738021                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ████████████████
           ████████████████
           ████████████

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 1/14/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/17/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/20/2007 | 10 Day Mailings Sent | | $28.36 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | | $625.00 |
| 10/7/2007 | 1 Month Mailings Sent | | $42.54 |
| 1/10/2008 | Publication Endorsement Received | | $50.00 |
| 1/11/2008 | Date Notice of Sale Mailed | | $88.92 |
| 1/14/2008 | Date Publication Commenced (1st Pub) | | $201.67 |
| | | TOTAL EXPENSES: | $1,048.49 |

PLEASE PAY AMOUNT DUE:     $1,648.49