**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0081515
Invoice Date:  1/14/2008

Attention:                                                    7983.21388

Loan No: 1001655090                    Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/14/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/18/2007 | Date Notice of Default Recorded | $11.00 |
| 9/25/2007 | 10 Day Mailings Sent | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $450.00 |
| 10/7/2007 | 1 Month Mailings Sent | $28.36 |
| 1/11/2008 | Publication Endorsement Received | $50.00 |
| | TOTAL EXPENSES: | $546.45 |
| | PLEASE PAY AMOUNT DUE: | $1,146.45 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081539
Invoice Date:  1/14/2008

Attention:                                                         7983.21529

Loan No: 1001160978                       Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 9/28/2007 | Assignment Prepared | $50.00 |
| 1/14/2008 | Trustee Fee | $675.00 |
| | TOTAL FEES: | $725.00 |
| | | |
| 9/27/2007 | Notice of Default Mailed (statutory) | $12.00 |
| 9/28/2007 | Notice of Default Posted | $57.50 |
| 10/3/2007 | Trustee Sale Guarantee Received | $911.49 |
| 10/29/2007 | Assignment Recorded | $12.00 |
| 10/29/2007 | Appointment Recorded | $12.00 |
| 11/2/2007 | Notice of Trustee Sale Recorded | $43.00 |
| 11/2/2007 | Notice of Trustee Sale Posted | $57.50 |
| 11/2/2007 | Notice of Trustee Sale Mailed (statutory) | $36.00 |
| 1/2/2008 | Publication Commenced | $157.08 |
| | TOTAL EXPENSES: | $1,298.57 |

PLEASE PAY AMOUNT DUE:      $2,023.57

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX    75063

Invoice No:  FTS0081671
Invoice Date:  1/14/2008

Attention:

7983.21594

Loan No: 1000590058
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|---|---|---|
| 1/14/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 10/5/2007 | Date Notice of Default Recorded | $12.00 |
| 10/10/2007 | Date Trustee Sale Guarantee Received | $725.00 |
| 10/12/2007 | 10 Day Mailings Sent | $42.54 |
| 12/27/2007 | Publication Endorsement Received | $50.00 |
| 1/5/2008 | Date Notice of Sale Mailed | $44.46 |
| 1/7/2008 | Date Publication Commenced (1st Pub) | $271.25 |
| 1/7/2008 | Date Notice of Sale Posted | $120.00 |
| 1/10/2008 | Date Notice of Sale Recorded | $15.00 |
| 1/10/2008 | Assignment Recording | $15.00 |
| 1/10/2008 | SOT/Appointment Recorded | $15.00 |
| 1/14/2008 | Rescission Recorded | $15.00 |
| | **TOTAL EXPENSES:** | $1,325.25 |
| | **PLEASE PAY AMOUNT DUE:** | $1,925.25 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0081668

Invoice Date:  1/14/2008

Attention:                                                            7983.21798

Loan No: 1000789820                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/14/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 10/29/2007 | Date Notice of Default Recorded | | $16.00 |
| 11/1/2007 | Date Trustee Sale Guarantee Received | | $510.00 |
| 11/1/2007 | 10 Day Mailings Sent | | $21.27 |
| 1/7/2008 | Publication Endorsement Received | | $50.00 |
| | | TOTAL EXPENSES: | $597.27 |

PLEASE PAY AMOUNT DUE:     $1,197.27

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX    75063

Invoice No:  FTS0081702

Invoice Date:  1/15/2008

Attention:

7983.20694

Loan No: 1001541237

Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 11/28/2007 | SOT/Appointment Recorded | $12.00 |
| 11/28/2007 | Date Notice of Sale Recorded | $9.00 |
| 11/29/2007 | Date Notice of Sale Mailed | $115.92 |
| 11/30/2007 | Date Publication Commenced (1st Pub) | $504.69 |
| 11/30/2007 | Publication Endorsement Received | $50.00 |
| 11/30/2007 | Date Notice of Sale Posted | $120.00 |
| 12/20/2007 | Assignment Recorded | $15.00 |
| 12/20/2007 | Sale Endorsement Received | $25.00 |
| 1/14/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $866.61 |

PLEASE PAY AMOUNT DUE:    $866.61

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0081703

Invoice Date:  1/15/2008

Attention:                                                          7983.21039

Loan No: 1001426201                     Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/15/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 7/26/2007 | Date Notice of Default Recorded | | $12.00 |
| 7/29/2007 | 10 Day Mailings Sent | | $7.09 |
| 8/17/2007 | Date Trustee Sale Guarantee Received | | $3,440.00 |
| 8/18/2007 | 1 Month Mailings Sent | | $35.45 |
| 11/8/2007 | Title Cost Endorsement | | $50.00 |
| 11/27/2007 | Title Cost Endorsement | | $25.00 |
| 11/28/2007 | Date Notice of Sale Mailed | | $59.28 |
| 11/29/2007 | Date Notice of Sale Recorded | | $7.00 |
| 11/29/2007 | SOT/Appointment Recorded | | $10.00 |
| 11/30/2007 | Date Publication Commenced (1st Pub) | | $270.00 |
| 11/30/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/20/2007 | Title Cost Endorsement | | $25.00 |
| 1/14/2008 | Assignment Recorded | | $15.00 |
| 1/14/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $4,090.82 |

PLEASE PAY AMOUNT DUE:      $4,690.82

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081705
Invoice Date:  1/15/2008

Attention:                                                                                     7983.21069

Loan No: 1000843203                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|---:|---|---:|
| 1/15/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 8/1/2007 | Date Notice of Default Recorded | $15.00 |
| 8/6/2007 | Date Trustee Sale Guarantee Received | $625.00 |
| 8/7/2007 | 10 Day Mailings Sent | $14.18 |
| 11/8/2007 | Publication Endorsement Received | $50.00 |
| 11/20/2007 | Date Notice of Sale Mailed | $14.82 |
| 11/21/2007 | Date Notice of Sale Posted | $120.00 |
| 11/21/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 12/6/2007 | Date Notice of Sale Recorded | $15.00 |
| 12/6/2007 | Assignment Recording | $14.00 |
| 12/6/2007 | SOT/Appointment Recorded | $39.00 |
| 12/20/2007 | Sale Endorsement Received | $25.00 |
| 1/14/2008 | Date Transfer Tax Advanxced | $1,583.55 |
| 1/14/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $2,850.55 |

PLEASE PAY AMOUNT DUE:        $3,450.55

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081704
Invoice Date:  1/15/2008

Attention:                                                        7983.21070

Loan No: 1000644280
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/15/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 8/1/2007 | Date Notice of Default Recorded | | $16.00 |
| 8/6/2007 | Date Trustee Sale Guarantee Received | | $600.00 |
| 8/7/2007 | 10 Day Mailings Sent | | $56.72 |
| 11/9/2007 | Publication Endorsement Received | | $50.00 |
| 11/20/2007 | Date Notice of Sale Mailed | | $59.28 |
| 11/21/2007 | Date Notice of Sale Posted | | $120.00 |
| 11/21/2007 | Date Publication Commenced (1st Pub) | | $320.00 |
| 12/6/2007 | Assignment Recording | | $14.00 |
| 12/6/2007 | Date Notice of Sale Recorded | | $15.00 |
| 12/6/2007 | SOT/Appointment Recorded | | $25.00 |
| 12/11/2007 | Sale Endorsement Received | | $25.00 |
| 12/20/2007 | Title Cost Endorsement | | $25.00 |
| 1/14/2008 | Date Transfer Tax Advanxced | | $1,226.55 |
| 1/14/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $2,567.55 |

PLEASE PAY AMOUNT DUE:    $3,167.55

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0081796
Invoice Date:  1/15/2008

Attention:                                                          7983.21101

Loan No: 1001330872                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ███████████████

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/15/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 8/3/2007 | Date Notice of Default Recorded | $17.00 |
| 8/7/2007 | Date Trustee Sale Guarantee Received | $989.00 |
| 8/7/2007 | 10 Day Mailings Sent | $42.54 |
| 11/7/2007 | Publication Endorsement Received | $50.00 |
| 11/16/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 11/16/2007 | Date Notice of Sale Posted | $120.00 |
| 11/17/2007 | Date Notice of Sale Mailed | $88.92 |
| 12/7/2007 | Assignment Recording | $14.00 |
| 12/7/2007 | SOT/Appointment Recorded | $14.00 |
| 12/7/2007 | Date Notice of Sale Recorded | $15.00 |
| 12/21/2007 | Sale Endorsement Received | $25.00 |
| 1/15/2008 | Date Transfer Tax Advanxced | $4,159.05 |
| 1/15/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $5,869.51 |

PLEASE PAY AMOUNT DUE:   $6,469.51

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0081792
Invoice Date:  1/15/2008

Attention:                                                                    7983.21121

Loan No: 1000904808                    Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 1/15/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 8/20/2007 | Date Notice of Default Recorded | $12.00 |
| 8/28/2007 | 10 Day Mailings Sent | $21.27 |
| 8/29/2007 | Date Trustee Sale Guarantee Received | $625.00 |
| 8/30/2007 | 1 Month Mailings Sent | $70.90 |
| 11/30/2007 | Title Cost Endorsement | $50.00 |
| 12/6/2007 | Date Notice of Sale Mailed | $103.74 |
| 12/7/2007 | Date Publication Commenced (1st Pub) | $240.00 |
| 12/7/2007 | Date Notice of Sale Posted | $120.00 |
| 12/10/2007 | Date Notice of Sale Recorded | $7.00 |
| 12/10/2007 | SOT/Appointment Recorded | $13.00 |
| 12/27/2007 | Cost - Record Trustee's Deed | $15.00 |
| 12/27/2007 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,302.91 |

PLEASE PAY AMOUNT DUE:    $1,902.91

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:   FTS0081791
4600 Regent Blvd., Suite 200                        Invoice Date:  1/15/2008
Irving,  TX   75063

Attention:                                          7983.21893

Loan No: 1001130931                Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/15/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 11/9/2007 | Date Notice of Default Recorded | | $12.00 |
| 11/10/2007 | 10 Day Mailings Sent | | $14.18 |
| 11/15/2007 | Date Trustee Sale Guarantee Received | | $1,115.00 |
| 12/4/2007 | 1 Month Mailings Sent | | $35.45 |
| | | TOTAL EXPENSES: | $1,176.63 |
| | | PLEASE PAY AMOUNT DUE: | $1,776.63 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                Invoice No:  FTS0081952
4600 Regent Blvd., Suite 200                    Invoice Date:  1/17/2008
Irving,  TX   75063

Attention:                                                    7983.21278

Loan No: 1001661425                     Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/17/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/14/2007 | Date Notice of Default Recorded | | $9.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $7.09 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | | $700.00 |
| 10/13/2007 | 1 Month Mailings Sent | | $42.54 |
| 12/14/2007 | Publication Endorsement Received | | $50.00 |
| 1/1/2008 | Date Notice of Sale Mailed | | $51.87 |
| 1/3/2008 | Date Publication Commenced (1st Pub) | | $380.00 |
| 1/3/2008 | Date Notice of Sale Posted | | $120.00 |
| | | TOTAL EXPENSES: | $1,360.50 |

PLEASE PAY AMOUNT DUE:     $1,960.50

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081820
Invoice Date:  1/16/2008

Attention:                                                        7983.20351

Loan No: 1000855166                   Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 1/16/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 6/19/2007 | Date Notice of Default Recorded | $10.00 |
| 6/22/2007 | 10 Day Mailings Sent | $14.18 |
| 7/6/2007 | Date Trustee Sale Guarantee Received | $1,128.00 |
| 7/7/2007 | 1 Month Mailings Sent | $63.81 |
| 12/4/2007 | Title Cost Endorsement | $50.00 |
| 12/5/2007 | Date Notice of Sale Posted | $120.00 |
| 12/5/2007 | Date Notice of Sale Mailed | $118.56 |
| 12/8/2007 | Date Publication Commenced (1st Pub) | $471.56 |
| 12/10/2007 | Date Notice of Sale Recorded | $10.00 |
| 12/10/2007 | SOT/Appointment Recorded | $10.00 |
| 12/28/2007 | Title Cost Endorsement | $25.00 |
| 1/15/2008 | Cost - Record Trustee's Deed | $15.00 |
| 1/16/2008 | Assignment Recorded | $15.00 |
| | TOTAL EXPENSES: | $2,051.11 |

PLEASE PAY AMOUNT DUE:    $2,651.11

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0081937
Invoice Date:  1/16/2008

Attention:                                                                                          7983.20475

Loan No: 1001109798                              Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 6/29/2007 | Publication Endorsement Received | $50.00 |
| 11/30/2007 | Publication Endorsement Received | $25.00 |
| 12/1/2007 | Date Notice of Sale Mailed | $78.00 |
| 12/4/2007 | Date Notice of Sale Recorded | $12.00 |
| 12/4/2007 | Assignment Recorded | $12.00 |
| 12/5/2007 | Date Notice of Sale Posted | $120.00 |
| 12/5/2007 | Date Publication Commenced (1st Pub) | $328.00 |
| 1/4/2008 | Sale Endorsement Received | $25.00 |
| | TOTAL EXPENSES: | $650.00 |

PLEASE PAY AMOUNT DUE:       $650.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0081861

4600 Regent Blvd., Suite 200

Invoice Date:  1/16/2008

Irving,  TX   75063

Attention:                                                                      7983.20496

Loan No: 1001351125

Type:  Non-Jud Foreclosure/CONV

Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/16/2008 | Trustee Fee | | $100.00 |
| | | TOTAL FEES: | $100.00 |
| 1/7/2008 | Title Cost Endorsement | | $25.00 |
| 1/15/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $40.00 |
| | | PLEASE PAY AMOUNT DUE: | $140.00 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0081847

4600 Regent Blvd., Suite 200

Invoice Date:  1/16/2008

Irving,  TX   75063

Attention:                                                                      7983.20518

Loan No: 1000709866

Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/16/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 11/2/2007 | Publication Endorsement Received | | $50.00 |
| 11/6/2007 | Date Publication Commenced (1st Pub) | | $320.00 |
| 11/6/2007 | Date Notice of Sale Posted | | $120.00 |
| 11/6/2007 | Date Notice of Sale Mailed | | $44.46 |
| 11/7/2007 | Date Notice of Sale Recorded | | $15.00 |
| 12/31/2007 | Sale Endorsement Received | | $25.00 |
| 1/15/2008 | Date Transfer Tax Advanxced | | $877.20 |
| 1/15/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,466.66 |

PLEASE PAY AMOUNT DUE:      $2,066.66

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081931
Invoice Date:  1/16/2008

Attention:                                                          7983.20541

Loan No: 1000954257                    Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|--|--------|
| 1/16/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 4/12/2007 | Date Notice of Default Recorded | | $15.00 |
| 4/19/2007 | Date Trustee Sale Guarantee Received | | $473.00 |
| 4/19/2007 | 10 Day Mailings Sent | | $6.50 |
| 4/26/2007 | SOT/Appointment Recorded | | $40.00 |
| 7/23/2007 | Title Cost Endorsement | | $50.00 |
| 7/25/2007 | Date Notice of Sale Posted | | $120.00 |
| 7/25/2007 | Date Publication Commenced (1st Pub) | | $320.00 |
| 7/25/2007 | Date Notice of Sale Mailed | | $7.35 |
| 7/31/2007 | Date Notice of Sale Recorded | | $15.00 |
| 8/27/2007 | Title Cost Endorsement | | $25.00 |
| 9/10/2007 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $1,096.85 |

PLEASE PAY AMOUNT DUE:    $1,696.85

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081896
Invoice Date:  1/16/2008

Attention:                                                                              7983.20648

Loan No: 1001462860                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 1/16/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 5/4/2007 | Date Notice of Default Recorded | $16.00 |
| 5/11/2007 | 10 Day Mailings Sent | $65.00 |
| 5/15/2007 | Date Trustee Sale Guarantee Received | $420.00 |
| 5/25/2007 | SOT/Appointment Recorded | $15.00 |
| 8/2/2007 | Publication Endorsement Received | $50.00 |
| 8/6/2007 | Date Notice of Sale Posted | $120.00 |
| 12/11/2007 | Title Cost Endorsement | $50.00 |
| 12/19/2007 | Date Publication Commenced (1st Pub) | $247.50 |
| | TOTAL EXPENSES: | $983.50 |

PLEASE PAY AMOUNT DUE:      $1,583.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0081876
Invoice Date:  1/16/2008

Attention:                                                              7983.20761

Loan No: 1000868737                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/16/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 6/8/2007 | Date Notice of Default Recorded | | $12.00 |
| 6/14/2007 | 10 Day Mailings Sent | | $35.45 |
| 6/15/2007 | Date Trustee Sale Guarantee Received | | $570.00 |
| 6/15/2007 | 1 Month Mailings Sent | | $35.45 |
| 9/21/2007 | Publication Endorsement Received | | $50.00 |
| 10/12/2007 | Date Notice of Sale Recorded | | $17.00 |
| 10/12/2007 | SOT/Appointment Recorded | | $10.00 |
| 10/12/2007 | Assignment Recorded | | $15.00 |
| 11/20/2007 | Title Cost Endorsement | | $25.00 |
| 12/17/2007 | Publication Endorsement Received | | $50.00 |
| 12/18/2007 | Date Notice of Sale Mailed | | $81.51 |
| 12/20/2007 | Date Publication Commenced (1st Pub) | | $625.00 |
| 12/20/2007 | Date Notice of Sale Posted | | $240.00 |
| 1/8/2008 | Title Cost Endorsement | | $25.00 |
| 1/15/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,806.41 |
| | | PLEASE PAY AMOUNT DUE: | $2,406.41 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0081803
Invoice Date:  1/16/2008

Attention:                                                                            7983.20778

Loan No: 1001104139                          Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | Amount |
|---|---|---|
| 1/16/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 6/11/2007 | Date Notice of Default Recorded | $10.00 |
| 6/16/2007 | 10 Day Mailings Sent | $28.36 |
| 6/25/2007 | Date Trustee Sale Guarantee Received | $290.00 |
| 9/21/2007 | Title Cost Endorsement | $50.00 |
| 10/5/2007 | Date Notice of Sale Mailed | $29.64 |
| 10/9/2007 | Date Notice of Sale Recorded | $7.00 |
| 10/9/2007 | Assignment Recorded | $7.00 |
| 10/9/2007 | SOT/Appointment Recorded | $10.00 |
| 10/9/2007 | Date Publication Commenced (1st Pub) | $363.54 |
| 10/9/2007 | Date Notice of Sale Posted | $120.00 |
| 10/29/2007 | Title Cost Endorsement | $25.00 |
| 11/26/2007 | Title Cost Endorsement | $25.00 |
| 12/31/2007 | Title Cost Endorsement | $25.00 |
| 1/15/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,005.54 |

PLEASE PAY AMOUNT DUE:     $1,605.54

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0081897

4600 Regent Blvd., Suite 200

Invoice Date:  1/16/2008

Irving, TX   75063

Attention:                                                                                                   7983.20855

Loan No: 1001523869                                   Type:  Non-Jud Foreclosure/CONV
Borrower: ████████████████
           ████████████████████
           ██████████████████████

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/16/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 7/3/2007 | Date Notice of Default Recorded | | $15.00 |
| 7/9/2007 | Date Trustee Sale Guarantee Received | | $1,518.00 |
| 7/10/2007 | 10 Day Mailings Sent | | $21.27 |
| 7/16/2007 | SOT/Appointment Recorded | | $15.00 |
| 10/22/2007 | Date Publication Commenced (1st Pub) | | $222.50 |
| 10/23/2007 | Publication Endorsement Received | | $50.00 |
| 10/23/2007 | Date Notice of Sale Mailed | | $22.23 |
| 10/29/2007 | Date Notice of Sale Posted | | $120.00 |
| 10/30/2007 | Date Notice of Sale Recorded | | $15.00 |
| 11/7/2007 | Rescission Recorded | | $15.00 |
| | | TOTAL EXPENSES: | $2,014.00 |

PLEASE PAY AMOUNT DUE:   $2,614.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0081898
Invoice Date:  1/16/2008

Attention:                                                                  7983.20880

Loan No: 1001325907
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|---|---|---|
| 1/16/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 7/3/2007 | Date Notice of Default Recorded | $15.00 |
| 7/10/2007 | Date Trustee Sale Guarantee Received | $785.00 |
| 7/11/2007 | 10 Day Mailings Sent | $21.27 |
| 7/16/2007 | SOT/Appointment Recorded | $15.00 |
| 10/7/2007 | Publication Endorsement Received | $50.00 |
| 10/24/2007 | Date Notice of Sale Posted | $120.00 |
| 10/24/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 10/24/2007 | Date Notice of Sale Mailed | $74.10 |
| 10/30/2007 | Date Notice of Sale Recorded | $15.00 |
| 11/7/2007 | Title Cost Endorsement | $25.00 |
| 11/27/2007 | Title Cost Endorsement | $25.00 |
| 12/3/2007 | Assignment Recording | $12.00 |
| | TOTAL EXPENSES: | $1,477.37 |

PLEASE PAY AMOUNT DUE:   $2,077.37

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0081877
Invoice Date:  1/16/2008

Attention:                                                           7983.20903

Loan No: 1000839764
Borrower: ███████████

Type:  Non-Jud Foreclosure/CONV

| Date | Item Description | Amount |
|---|---|---|
| 1/16/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 7/5/2007 | Date Notice of Default Recorded | $15.00 |
| 7/11/2007 | Date Trustee Sale Guarantee Received | $1,080.50 |
| 7/12/2007 | 10 Day Mailings Sent | $35.45 |
| 7/16/2007 | SOT/Appointment Recorded | $15.00 |
| 10/11/2007 | Assignment Recording | $12.00 |
| 10/11/2007 | Date Notice of Sale Recorded | $12.00 |
| 10/19/2007 | Date Notice of Sale Posted | $120.00 |
| 10/22/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 10/23/2007 | Publication Endorsement Received | $50.00 |
| 10/23/2007 | Date Notice of Sale Mailed | $37.05 |
| 11/9/2007 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,722.00 |

PLEASE PAY AMOUNT DUE:      $2,322.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0081932

4600 Regent Blvd., Suite 200

Invoice Date:  1/16/2008

Irving,  TX   75063

Attention:                                                    7983.20936

Loan No: 1000967446          Type:  Non-Jud Foreclosure/CONV
Borrower: ████████████
████████████████
███████████████

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/16/2008 | Trustee Fee | $600.00 |
|  | TOTAL FEES: | $600.00 |
| 8/20/2007 | Date Notice of Default Recorded | $15.00 |
| 8/22/2007 | Date Trustee Sale Guarantee Received | $881.00 |
| 8/23/2007 | 10 Day Mailings Sent | $49.63 |
| 12/13/2007 | Publication Endorsement Received | $50.00 |
|  | TOTAL EXPENSES: | $995.63 |

PLEASE PAY AMOUNT DUE:     $1,595.63

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:   FTS0081938

Invoice Date:  1/16/2008

Attention:                                                                                  7983.21028

Loan No: 1000884218                          Type:  Non-Jud Foreclosure/ CONV

Borrower: ███████████████

███████████████

███████████████

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/16/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 7/27/2007 | Date Notice of Default Recorded | $12.00 |
| 8/2/2007 | 10 Day Mailings Sent | $7.09 |
| 8/3/2007 | Date Trustee Sale Guarantee Received | $745.00 |
| 8/4/2007 | 1 Month Mailings Sent | $21.27 |
| 11/7/2007 | Publication Endorsement Received | $50.00 |
| 12/15/2007 | Date Notice of Sale Mailed | $44.46 |
| 12/19/2007 | Date Publication Commenced (1st Pub) | $529.25 |
| 12/19/2007 | Date Notice of Sale Posted | $120.00 |
| 12/21/2007 | Date Notice of Sale Recorded | $7.00 |
| 12/21/2007 | SOT/Appointment Recorded | $10.00 |
| | TOTAL EXPENSES: | $1,546.07 |

PLEASE PAY AMOUNT DUE:    $2,146.07

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081862
Invoice Date:  1/16/2008

Attention:

7983.21035

Loan No: 1000715117
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/16/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 7/27/2007 | Date Notice of Default Recorded | | $12.00 |
| 7/31/2007 | 10 Day Mailings Sent | | $14.18 |
| 8/21/2007 | Date Trustee Sale Guarantee Received | | $1,118.00 |
| 8/22/2007 | 1 Month Mailings Sent | | $21.27 |
| 11/8/2007 | Publication Endorsement Received | | $50.00 |
| 12/15/2007 | Date Notice of Sale Mailed | | $59.28 |
| 12/17/2007 | Date Publication Commenced (1st Pub) | | $355.00 |
| 12/17/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/19/2007 | Date Notice of Sale Recorded | | $9.00 |
| 12/19/2007 | SOT/Appointment Recorded | | $12.00 |
| 1/7/2008 | Assignment Recorded | | $15.00 |
| 1/7/2008 | Title Cost Endorsement | | $25.00 |
| 1/15/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,825.73 |

PLEASE PAY AMOUNT DUE:    $2,425.73

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081863
Invoice Date:  1/16/2008

Attention:                                                     7983.21042

Loan No: 1000690583                    Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/16/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 7/26/2007 | Date Notice of Default Recorded | | $12.00 |
| 7/29/2007 | 10 Day Mailings Sent | | $14.18 |
| 8/2/2007 | Date Trustee Sale Guarantee Received | | $917.00 |
| 8/3/2007 | 1 Month Mailings Sent | | $21.27 |
| 11/8/2007 | Title Cost Endorsement | | $50.00 |
| 12/15/2007 | Date Notice of Sale Mailed | | $44.46 |
| 12/18/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/19/2007 | Date Publication Commenced (1st Pub) | | $454.08 |
| 12/20/2007 | Date Notice of Sale Recorded | | $9.00 |
| 12/20/2007 | SOT/Appointment Recorded | | $12.00 |
| 1/8/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 1/8/2008 | Title Cost Endorsement | | $25.00 |
| 1/15/2008 | Assignment Recorded | | $15.00 |
| | | TOTAL EXPENSES: | $1,708.99 |

PLEASE PAY AMOUNT DUE:    $2,308.99

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081864
Invoice Date:  1/16/2008

Attention:                                                                        7983.21077

Loan No: 1000799477                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/16/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 8/1/2007 | Date Notice of Default Recorded | | $12.00 |
| 8/7/2007 | 10 Day Mailings Sent | | $35.45 |
| 8/15/2007 | Date Trustee Sale Guarantee Received | | $450.00 |
| 8/16/2007 | 1 Month Mailings Sent | | $42.54 |
| 11/8/2007 | Title Cost Endorsement | | $50.00 |
| 12/13/2007 | Date Notice of Sale Mailed | | $74.10 |
| 12/17/2007 | Assignment Recorded | | $15.00 |
| 12/17/2007 | Date Notice of Sale Recorded | | $7.00 |
| 12/17/2007 | SOT/Appointment Recorded | | $10.00 |
| 12/17/2007 | Date Publication Commenced (1st Pub) | | $492.50 |
| 12/18/2007 | Date Notice of Sale Posted | | $120.00 |
| 1/7/2008 | Title Cost Endorsement | | $25.00 |
| 1/15/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,348.59 |

PLEASE PAY AMOUNT DUE:     $1,948.59

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081865
Invoice Date:  1/16/2008

Attention:

7983.21113

Loan No: 1001641916

Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/16/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 8/16/2007 | Date Notice of Default Recorded | | $41.00 |
| 8/24/2007 | Date Trustee Sale Guarantee Received | | $899.00 |
| 8/24/2007 | 10 Day Mailings Sent | | $85.08 |
| 12/13/2007 | Publication Endorsement Received | | $50.00 |
| 12/19/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/19/2007 | Date Publication Commenced (1st Pub) | | $320.00 |
| 12/20/2007 | Date Notice of Sale Mailed | | $59.28 |
| 12/24/2007 | Assignment Recording | | $14.00 |
| 12/24/2007 | SOT/Appointment Recorded | | $14.00 |
| 12/24/2007 | Date Notice of Sale Recorded | | $15.00 |
| 1/8/2008 | Sale Endorsement Received | | $25.00 |
| 1/15/2008 | Date Transfer Tax Advanxced | | $3,111.00 |
| 1/15/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $4,768.36 |

PLEASE PAY AMOUNT DUE:    $5,368.36

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081939
Invoice Date:  1/16/2008

Attention:                                                                    7983.21155

Loan No: 1001138173                          Type:  Non-Jud Foreclosure/ CONV
Borrower:  

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/16/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/13/2007 | Date Notice of Default Recorded | $12.00 |
| 9/18/2007 | 10 Day Mailings Sent | $28.36 |
| 9/21/2007 | Date Trustee Sale Guarantee Received | $600.00 |
| 9/22/2007 | 1 Month Mailings Sent | $49.63 |
| 1/2/2008 | Date Notice of Sale Recorded | $15.00 |
| 1/2/2008 | Assignment Recorded | $15.00 |
| 1/2/2008 | SOT/Appointment Recorded | $15.00 |
| 1/3/2008 | Date Notice of Sale Posted | $120.00 |
| 1/3/2008 | Date Notice of Sale Mailed | $81.51 |
| 1/4/2008 | Date Publication Commenced (1st Pub) | $298.27 |
| | TOTAL EXPENSES: | $1,234.77 |

PLEASE PAY AMOUNT DUE:     $1,834.77

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0081940

Invoice Date:  1/16/2008

Attention:                                                                 7983.21186

Loan No: 1001116370                    Type:  Non-Jud Foreclosure/ CONV

Borrower: ▇▇▇▇▇▇▇▇▇▇

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/16/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/18/2007 | Date Notice of Default Recorded | $11.00 |
| 9/22/2007 | 10 Day Mailings Sent | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $450.00 |
| 10/10/2007 | 1 Month Mailings Sent | $42.54 |
| 1/11/2008 | Publication Endorsement Received | $50.00 |
| | TOTAL EXPENSES: | $567.72 |

PLEASE PAY AMOUNT DUE:      $1,167.72

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:  FTS0081866

Invoice Date:  1/16/2008

Attention:                                                                    7983.21224

Loan No: 1001334758

Borrower: ▓▓▓▓▓▓▓▓▓▓▓

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/16/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/14/2007 | Date Notice of Default Recorded | | $16.00 |
| 9/21/2007 | 10 Day Mailings Sent | | $49.63 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $600.00 |
| 12/15/2007 | Publication Endorsement Received | | $50.00 |
| 12/19/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/19/2007 | Date Publication Commenced (1st Pub) | | $320.00 |
| 12/19/2007 | Date Notice of Sale Mailed | | $51.87 |
| 12/24/2007 | Assignment Recording | | $14.00 |
| 12/24/2007 | SOT/Appointment Recorded | | $14.00 |
| 12/24/2007 | Date Notice of Sale Recorded | | $15.00 |
| 1/8/2008 | Sale Endorsement Received | | $25.00 |
| 1/15/2008 | Date Transfer Tax Advanxced | | $1,326.00 |
| 1/15/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $2,616.50 |

PLEASE PAY AMOUNT DUE:    $3,216.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0081867
Invoice Date:  1/16/2008

Attention:                                                          7983.21225

Loan No: 1001146656                     Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/16/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/17/2007 | Date Notice of Default Recorded | | $15.00 |
| 9/21/2007 | 10 Day Mailings Sent | | $63.81 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $510.00 |
| 12/14/2007 | Publication Endorsement Received | | $50.00 |
| 12/19/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/19/2007 | Date Publication Commenced (1st Pub) | | $320.00 |
| 12/19/2007 | Date Notice of Sale Mailed | | $66.69 |
| 12/24/2007 | Assignment Recording | | $14.00 |
| 12/24/2007 | Date Notice of Sale Recorded | | $15.00 |
| 12/24/2007 | SOT/Appointment Recorded | | $14.00 |
| 1/8/2008 | Sale Endorsement Received | | $25.00 |
| 1/15/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 1/15/2008 | Date Transfer Tax Advanxced | | $1,116.90 |
| | | TOTAL EXPENSES: | $2,345.40 |

PLEASE PAY AMOUNT DUE:   $2,945.40

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0081878
Invoice Date:  1/16/2008

Attention:

7983.21228

Loan No: 1000914538
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/16/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 9/17/2007 | Date Notice of Default Recorded | $15.00 |
| 9/21/2007 | 10 Day Mailings Sent | $35.45 |
| 10/1/2007 | Date Trustee Sale Guarantee Received | $863.00 |
| 12/12/2007 | Publication Endorsement Received | $50.00 |
| 12/20/2007 | Date Notice of Sale Posted | $120.00 |
| 12/20/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 12/20/2007 | Date Notice of Sale Mailed | $37.05 |
| 12/24/2007 | SOT/Appointment Recorded | $14.00 |
| 12/24/2007 | Assignment Recording | $14.00 |
| 12/24/2007 | Date Notice of Sale Recorded | $15.00 |
| 1/9/2008 | Sale Endorsement Received | $25.00 |
| 1/15/2008 | Date Transfer Tax Advanxced | $2,932.50 |
| 1/15/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $4,456.00 |

PLEASE PAY AMOUNT DUE:     $5,056.00

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0081879
Invoice Date:  1/16/2008

Attention:                                                                7983.21230

Loan No: 1001199109
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/16/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/17/2007 | Date Notice of Default Recorded | | $15.00 |
| 9/21/2007 | 10 Day Mailings Sent | | $28.36 |
| 10/1/2007 | Date Trustee Sale Guarantee Received | | $745.00 |
| 12/19/2007 | Publication Endorsement Received | | $50.00 |
| 12/20/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/20/2007 | Date Publication Commenced (1st Pub) | | $320.00 |
| 12/20/2007 | Date Notice of Sale Mailed | | $29.64 |
| 12/24/2007 | SOT/Appointment Recorded | | $15.00 |
| 12/24/2007 | Assignment Recording | | $15.00 |
| 12/24/2007 | Date Notice of Sale Recorded | | $15.00 |
| 1/9/2008 | Sale Endorsement Received | | $25.00 |
| 1/15/2008 | Date Transfer Tax Advanxced | | $969.00 |
| 1/15/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $2,362.00 |

PLEASE PAY AMOUNT DUE:      $2,962.00

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0081880
Invoice Date:  1/16/2008

Attention:

7983.21233

Loan No: 1001607073
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/16/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/17/2007 | Date Notice of Default Recorded | | $40.00 |
| 9/21/2007 | 10 Day Mailings Sent | | $28.36 |
| 10/1/2007 | Date Trustee Sale Guarantee Received | | $510.00 |
| 12/13/2007 | Publication Endorsement Received | | $50.00 |
| 12/20/2007 | Date Publication Commenced (1st Pub) | | $320.00 |
| 12/20/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/20/2007 | Date Notice of Sale Mailed | | $29.64 |
| 12/24/2007 | SOT/Appointment Recorded | | $14.00 |
| 12/24/2007 | Assignment Recording | | $14.00 |
| 12/24/2007 | Date Notice of Sale Recorded | | $15.00 |
| 1/9/2008 | Sale Endorsement Received | | $25.00 |
| 1/15/2008 | Date Transfer Tax Advanxced | | $1,213.80 |
| 1/15/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $2,394.80 |

PLEASE PAY AMOUNT DUE:      $2,994.80

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0081800

Invoice Date:  1/16/2008

Attention:                                                                                          7983.21234

Loan No: 1001575195                          Type:  Non-Jud Foreclosure/ CONV

Borrower: ▓▓▓▓▓▓▓▓▓▓▓▓

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/16/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/17/2007 | Date Notice of Default Recorded | | $40.00 |
| 9/21/2007 | 10 Day Mailings Sent | | $49.63 |
| 10/1/2007 | Date Trustee Sale Guarantee Received | | $480.00 |
| 12/19/2007 | Publication Endorsement Received | | $50.00 |
| 12/20/2007 | Date Publication Commenced (1st Pub) | | $320.00 |
| 12/20/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/20/2007 | Date Notice of Sale Mailed | | $51.87 |
| 12/24/2007 | Assignment Recording | | $15.00 |
| 12/24/2007 | SOT/Appointment Recorded | | $15.00 |
| 12/24/2007 | Date Notice of Sale Recorded | | $15.00 |
| 1/9/2008 | Sale Endorsement Received | | $25.00 |
| 1/15/2008 | Date Transfer Tax Advanxced | | $798.15 |
| 1/15/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,994.65 |

PLEASE PAY AMOUNT DUE:     $2,594.65

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0081881
Invoice Date:  1/16/2008

Attention:                                              7983.21236

Loan No: 1000827448                    Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | Amount |
|---|---|---|
| 1/16/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | $40.00 |
| 9/22/2007 | 10 Day Mailings Sent | $35.45 |
| 10/1/2007 | Date Trustee Sale Guarantee Received | $675.00 |
| 12/13/2007 | Publication Endorsement Received | $50.00 |
| 12/20/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 12/20/2007 | Date Notice of Sale Posted | $120.00 |
| 12/20/2007 | Date Notice of Sale Mailed | $44.46 |
| 12/24/2007 | SOT/Appointment Recorded | $14.00 |
| 12/24/2007 | Assignment Recording | $14.00 |
| 12/24/2007 | Date Notice of Sale Recorded | $15.00 |
| 1/9/2008 | Sale Endorsement Received | $25.00 |
| 1/15/2008 | Date Transfer Tax Advanxced | $1,603.95 |
| 1/15/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $2,971.86 |

PLEASE PAY AMOUNT DUE:     $3,571.86

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081882
Invoice Date:  1/16/2008

Attention:                                                                 7983.21263

Loan No: 1001272921
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|---|---|---|
| 1/16/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 9/14/2007 | Date Notice of Default Recorded | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | $14.18 |
| 9/25/2007 | Date Trustee Sale Guarantee Received | $745.00 |
| 9/26/2007 | 1 Month Mailings Sent | $28.36 |
| 12/14/2007 | Title Cost Endorsement | $50.00 |
| 12/14/2007 | Date Notice of Sale Mailed | $29.64 |
| 12/20/2007 | Date Publication Commenced (1st Pub) | $368.99 |
| 12/20/2007 | Date Notice of Sale Posted | $120.00 |
| 12/21/2007 | Date Notice of Sale Recorded | $7.00 |
| 12/21/2007 | SOT/Appointment Recorded | $10.00 |
| 1/9/2008 | Cost - Record Trustee's Deed | $15.00 |
| 1/9/2008 | Title Cost Endorsement | $25.00 |
| 1/15/2008 | Assignment Recorded | $15.00 |
| | **TOTAL EXPENSES:** | $1,440.17 |

**PLEASE PAY AMOUNT DUE:**   $2,040.17

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0081941
Invoice Date:  1/16/2008

Attention:                                                                           7983.21280

Loan No: 1001128605
Borrower: ▓▓▓▓▓▓▓▓▓▓

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/16/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/14/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/20/2007 | 10 Day Mailings Sent | | $14.18 |
| 10/2/2007 | Date Trustee Sale Guarantee Received | | $881.00 |
| 10/3/2007 | 1 Month Mailings Sent | | $35.45 |
| 12/14/2007 | Publication Endorsement Received | | $50.00 |
| 1/4/2008 | Assignment Recorded | | $15.00 |
| 1/4/2008 | Title Cost Endorsement | | $25.00 |
| 1/4/2008 | Date Notice of Sale Recorded | | $15.00 |
| 1/4/2008 | SOT/Appointment Recorded | | $15.00 |
| 1/5/2008 | Date Notice of Sale Mailed | | $51.87 |
| 1/7/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/8/2008 | Date Publication Commenced (1st Pub) | | $208.33 |
| | | TOTAL EXPENSES: | $1,442.83 |

PLEASE PAY AMOUNT DUE:    $2,042.83

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:   FTS0081933

Invoice Date:  1/16/2008

Attention:                                                              7983.21353

Loan No: 1000881562

Borrower: ▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|--|--------|
| 1/16/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/14/2007 | Date Notice of Default Recorded | | $9.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $21.27 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $510.00 |
| 10/11/2007 | 1 Month Mailings Sent | | $49.63 |
| 1/9/2008 | Date Publication Commenced (1st Pub) | | $50.00 |
| | | TOTAL EXPENSES: | $639.90 |

PLEASE PAY AMOUNT DUE:     $1,239.90

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081899
Invoice Date:  1/16/2008

Attention: _____   7983.21805

Loan No: 1001117972                           Type:  Non-Jud Foreclosure/ CONV
Borrower: ████████████████
          ████████████████
          ████████████████

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/16/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 10/29/2007 | Date Notice of Default Recorded | $16.00 |
| 10/31/2007 | 10 Day Mailings Sent | $21.27 |
| 11/9/2007 | Date Trustee Sale Guarantee Received | $540.00 |
| | TOTAL EXPENSES: | $577.27 |

PLEASE PAY AMOUNT DUE:    $1,177.27

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:  FTS0081953

Invoice Date:  1/17/2008

Attention:                                                           7983.20635

Loan No: 1001526747                         Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/17/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 5/4/2007 | Date Notice of Default Recorded | $12.00 |
| 5/8/2007 | 10 Day Mailings Sent | $6.50 |
| 5/24/2007 | Date Trustee Sale Guarantee Received | $480.00 |
| 5/25/2007 | 1 Month Mailings Sent | $21.27 |
| 8/3/2007 | Title Cost Endorsement | $50.00 |
| 8/4/2007 | Date Notice of Sale Mailed | $29.64 |
| 8/7/2007 | Date Publication Commenced (1st Pub) | $240.00 |
| 8/7/2007 | Date Notice of Sale Posted | $120.00 |
| 8/10/2007 | Assignment Recorded | $15.00 |
| 8/10/2007 | Date Notice of Sale Recorded | $7.00 |
| 8/10/2007 | SOT/Appointment Recorded | $12.00 |
| 8/27/2007 | Title Cost Endorsement | $25.00 |
| | **TOTAL EXPENSES:** | $1,018.41 |

PLEASE PAY AMOUNT DUE:    $1,618.41

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0082012
Invoice Date:  1/17/2008

Attention:                                                              7983.20647

Loan No: 1001292459                         Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|---|---|---|
| 1/17/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 5/7/2007 | Date Notice of Default Recorded | $15.00 |
| 5/15/2007 | Date Trustee Sale Guarantee Received | $480.00 |
| 5/24/2007 | SOT/Appointment Recorded | $15.00 |
| 8/8/2007 | Date Notice of Sale Posted | $120.00 |
| 8/8/2007 | Date Publication Commenced (1st Pub) | $222.50 |
| 8/9/2007 | 10 Day Mailings Sent | $27.18 |
| 11/7/2007 | Publication Endorsement Received | $50.00 |
| 11/8/2007 | Date Notice of Sale Posted | $120.00 |
| 11/8/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 11/8/2007 | Date Notice of Sale Mailed | $44.46 |
| 11/14/2007 | Date Notice of Sale Recorded | $12.00 |
| 12/14/2007 | Date Transfer Tax Advanxced | $1,101.60 |
| 12/14/2007 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $2,542.74 |

PLEASE PAY AMOUNT DUE:     $3,142.74

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0082001
Invoice Date:  1/17/2008

Attention:                                                      7983.20667

Loan No: 1000669889
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/17/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 5/7/2007 | Date Notice of Default Recorded | | $15.00 |
| 5/10/2007 | 10 Day Mailings Sent | | $39.00 |
| 5/13/2007 | Date Trustee Sale Guarantee Received | | $1,218.00 |
| 5/29/2007 | SOT/Appointment Recorded | | $15.00 |
| 10/18/2007 | Publication Endorsement Received | | $50.00 |
| 10/23/2007 | Date Notice of Sale Posted | | $120.00 |
| 10/23/2007 | Date Publication Commenced (1st Pub) | | $320.00 |
| 11/16/2007 | Date Notice of Sale Mailed | | $44.46 |
| 11/30/2007 | Assignment Recording | | $15.00 |
| 11/30/2007 | Date Notice of Sale Recorded | | $15.00 |
| 12/11/2007 | Sale Endorsement Received | | $25.00 |
| 12/14/2007 | Title Cost Endorsement | | $25.00 |
| 1/16/2008 | Date Transfer Tax Advanxced | | $1,275.00 |
| 1/16/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $3,191.46 |

PLEASE PAY AMOUNT DUE:      $3,791.46