**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No: FTS0082000

Invoice Date:  1/17/2008

Attention:                                                                    7983.20700

Loan No: 1001262034                          Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/17/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 5/18/2007 | Date Notice of Default Recorded | $15.00 |
| 5/22/2007 | 10 Day Mailings Sent | $21.27 |
| 5/25/2007 | Date Trustee Sale Guarantee Received | $825.00 |
| 6/6/2007 | SOT/Appointment Recorded | $14.00 |
| 12/18/2007 | Publication Endorsement Received | $50.00 |
| 12/18/2007 | Date Notice of Sale Mailed | $29.64 |
| 12/20/2007 | Date Publication Commenced (1st Pub) | $219.50 |
| 12/20/2007 | Date Notice of Sale Posted | $120.00 |
| 12/21/2007 | Date Notice of Sale Recorded | $15.00 |
| 12/21/2007 | Assignment Recording | $14.00 |
| 1/9/2008 | Sale Endorsement Received | $25.00 |
| 1/16/2008 | Cost - Record Trustee's Deed | $15.00 |
| 1/16/2008 | Date Transfer Tax Advanxced | $1,903.20 |
| | **TOTAL EXPENSES:** | $3,266.61 |

PLEASE PAY AMOUNT DUE:     $3,866.61

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081948
Invoice Date:  1/17/2008

Attention:                                                    7983.20751

Loan No: 1000701763                        Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/17/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 6/8/2007 | Date Notice of Default Recorded | | $12.00 |
| 6/14/2007 | 10 Day Mailings Sent | | $14.18 |
| 6/25/2007 | Date Trustee Sale Guarantee Received | | $700.00 |
| 6/26/2007 | 1 Month Mailings Sent | | $113.44 |
| 9/20/2007 | Publication Endorsement Received | | $50.00 |
| 10/2/2007 | Date Notice of Sale Mailed | | $133.38 |
| 10/4/2007 | Date Publication Commenced (1st Pub) | | $411.00 |
| 10/4/2007 | Date Notice of Sale Posted | | $120.00 |
| 10/8/2007 | Assignment Recorded | | $12.00 |
| 10/8/2007 | Date Notice of Sale Recorded | | $9.00 |
| 10/8/2007 | SOT/Appointment Recorded | | $12.00 |
| 11/21/2007 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $1,612.00 |

PLEASE PAY AMOUNT DUE:     $2,212.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0082013
Invoice Date:  1/17/2008

Attention:                                                                    7983.20819

Loan No: 1001399466                          Type:  Non-Jud Foreclosure/CONV
Borrower: ▓▓▓▓▓▓▓▓▓

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/17/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 6/26/2007 | Date Notice of Default Recorded | $15.00 |
| 7/2/2007 | Date Trustee Sale Guarantee Received | $2,640.00 |
| 7/3/2007 | 10 Day Mailings Sent | $35.45 |
| 7/9/2007 | SOT/Appointment Recorded | $15.00 |
| 10/10/2007 | Publication Endorsement Received | $50.00 |
| 11/20/2007 | Date Notice of Sale Mailed | $51.87 |
| 11/21/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 11/21/2007 | Date Notice of Sale Posted | $120.00 |
| 11/27/2007 | Date Notice of Sale Recorded | $15.00 |
| 12/11/2007 | Sale Endorsement Received | $25.00 |
| 1/16/2008 | Cost - Record Trustee's Deed | $15.00 |
| 1/16/2008 | Date Transfer Tax Advanxced | $5,099.99 |
| | TOTAL EXPENSES: | $8,402.31 |

PLEASE PAY AMOUNT DUE:     $9,002.31

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0081949
Invoice Date:  1/17/2008

Attention:

7983.20831

Loan No: 1001489948 
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 1/17/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 6/27/2007 | Date Notice of Default Recorded | | $12.00 |
| 6/30/2007 | 10 Day Mailings Sent | | $14.18 |
| 7/2/2007 | Date Trustee Sale Guarantee Received | | $863.00 |
| 7/3/2007 | 1 Month Mailings Sent | | $28.36 |
| 10/1/2007 | Title Cost Endorsement | | $50.00 |
| 10/13/2007 | Date Notice of Sale Mailed | | $37.05 |
| 10/17/2007 | Date Publication Commenced (1st Pub) | | $422.84 |
| 10/17/2007 | Date Notice of Sale Posted | | $120.00 |
| 10/19/2007 | Date Notice of Sale Recorded | | $7.00 |
| 10/19/2007 | SOT/Appointment Recorded | | $10.00 |
| 10/19/2007 | Assignment Recorded | | $9.00 |
| 11/6/2007 | Title Cost Endorsement | | $25.00 |
| 1/4/2008 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $1,623.43 |

PLEASE PAY AMOUNT DUE:    $2,223.43

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0081950

4600 Regent Blvd., Suite 200

Invoice Date:  1/17/2008

Irving,  TX   75063

Attention:                                                           7983.20859

Loan No: 1000726938                      Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/17/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 7/3/2007 | Date Notice of Default Recorded | $12.00 |
| 7/6/2007 | 10 Day Mailings Sent | $7.09 |
| 7/19/2007 | Date Trustee Sale Guarantee Received | $908.00 |
| 7/20/2007 | 1 Month Mailings Sent | $56.72 |
| 10/1/2007 | Title Cost Endorsement | $50.00 |
| 10/16/2007 | Date Notice of Sale Mailed | $74.10 |
| 10/17/2007 | Date Publication Commenced (1st Pub) | $270.00 |
| 10/17/2007 | Date Notice of Sale Posted | $120.00 |
| 10/18/2007 | Assignment Recorded | $12.00 |
| 10/18/2007 | Date Notice of Sale Recorded | $7.00 |
| 10/18/2007 | SOT/Appointment Recorded | $13.00 |
| | TOTAL EXPENSES: | $1,529.91 |

PLEASE PAY AMOUNT DUE:    $2,129.91

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0082011

Invoice Date:  1/17/2008

Attention:                                                                           7983.20904

Loan No: 1000851382                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ███████████

███████████████

███████████████

| Date | Item Description | | Amount |
|---:|---|---|---:|
| 1/17/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 7/5/2007 | Date Notice of Default Recorded | | $15.00 |
| 7/11/2007 | Date Trustee Sale Guarantee Received | | $1,009.00 |
| 7/12/2007 | 10 Day Mailings Sent | | $42.54 |
| 7/17/2007 | SOT/Appointment Recorded | | $40.00 |
| 10/17/2007 | Publication Endorsement Received | | $50.00 |
| 10/22/2007 | Date Publication Commenced (1st Pub) | | $320.00 |
| 10/24/2007 | Date Notice of Sale Recorded | | $15.00 |
| 10/24/2007 | Date Notice of Sale Posted | | $120.00 |
| 10/24/2007 | Date Notice of Sale Mailed | | $81.51 |
| 11/13/2007 | Sale Endorsement Received | | $25.00 |
| 11/27/2007 | Date Transfer Tax Advanxced | | $1,063.35 |
| 11/27/2007 | Cost - Record Trustee's Deed | | $15.00 |
| 1/16/2008 | Assignment Recording | | $15.00 |
| | | TOTAL EXPENSES: | $2,811.40 |

PLEASE PAY AMOUNT DUE:        $3,411.40

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0082006

Invoice Date:  1/17/2008

Attention:

7983.20912

Loan No: 1000571405

Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/17/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 7/5/2007 | Date Notice of Default Recorded | | $15.00 |
| 7/10/2007 | Date Trustee Sale Guarantee Received | | $1,053.00 |
| 7/11/2007 | 10 Day Mailings Sent | | $56.72 |
| 11/8/2007 | Publication Endorsement Received | | $50.00 |
| 11/16/2007 | Date Notice of Sale Posted | | $120.00 |
| 11/16/2007 | Date Publication Commenced (1st Pub) | | $320.00 |
| 11/17/2007 | Date Notice of Sale Mailed | | $74.10 |
| 12/6/2007 | Date Notice of Sale Recorded | | $15.00 |
| 12/14/2007 | Title Cost Endorsement | | $25.00 |
| 12/14/2007 | Sale Endorsement Received | | $25.00 |
| 1/15/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 1/15/2008 | Assignment Recording | | $15.00 |
| 1/15/2008 | Date Transfer Tax Advanxced | | $1,282.65 |
| | | TOTAL EXPENSES: | $3,066.47 |

PLEASE PAY AMOUNT DUE:   $3,666.47

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081997
Invoice Date:  1/17/2008

Attention: 7983.20919

Loan No: 1000972007
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|---:|---|---:|
| 1/17/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 7/6/2007 | Date Notice of Default Recorded | $12.00 |
| 7/10/2007 | 10 Day Mailings Sent | $21.27 |
| 7/25/2007 | Date Trustee Sale Guarantee Received | $1,020.00 |
| 7/26/2007 | 1 Month Mailings Sent | $21.27 |
| 10/1/2007 | Publication Endorsement Received | $50.00 |
| 10/16/2007 | Date Notice of Sale Mailed | $37.05 |
| 10/18/2007 | Date Notice of Sale Recorded | $7.00 |
| 10/18/2007 | Assignment Recorded | $9.00 |
| 10/18/2007 | SOT/Appointment Recorded | $10.00 |
| 10/18/2007 | Date Publication Commenced (1st Pub) | $240.00 |
| 10/18/2007 | Date Notice of Sale Posted | $120.00 |
| 12/5/2007 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,572.59 |

PLEASE PAY AMOUNT DUE:    $2,172.59

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0082003
Invoice Date:  1/17/2008

Attention:                                                                     7983.20928

Loan No: 1000600113                          Type:  Non-Jud Foreclosure/ CONV

Borrower: 

| Date | Item Description | Amount |
|------|------------------|-------:|
| 1/17/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 7/10/2007 | Date Notice of Default Recorded | $15.00 |
| 7/13/2007 | Date Trustee Sale Guarantee Received | $1,130.00 |
| 7/13/2007 | 10 Day Mailings Sent | $63.81 |
| 11/8/2007 | Publication Endorsement Received | $50.00 |
| 11/21/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 11/21/2007 | Date Notice of Sale Posted | $120.00 |
| 11/21/2007 | Date Notice of Sale Mailed | $66.69 |
| 11/30/2007 | SOT/Appointment Recorded | $15.00 |
| 11/30/2007 | Date Notice of Sale Recorded | $15.00 |
| 12/11/2007 | Title Cost Endorsement | $25.00 |
| 12/14/2007 | Sale Endorsement Received | $25.00 |
| 1/16/2008 | Assignment Recording | $15.00 |
| 1/16/2008 | Date Transfer Tax Advanxced | $1,264.80 |
| 1/16/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $3,140.30 |

PLEASE PAY AMOUNT DUE:        $3,740.30

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX    75063

Invoice No:  FTS0081976
Invoice Date:  1/17/2008

Attention:                                                                 7983.21045

Loan No: 1001038883                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/17/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 7/27/2007 | Date Notice of Default Recorded | $12.00 |
| 7/31/2007 | 10 Day Mailings Sent | $21.27 |
| 8/13/2007 | Date Trustee Sale Guarantee Received | $1,007.00 |
| 8/14/2007 | 1 Month Mailings Sent | $99.26 |
| 12/13/2007 | Publication Endorsement Received | $50.00 |
| | **TOTAL EXPENSES:** | $1,189.53 |
| | | |
| | **PLEASE PAY AMOUNT DUE:** | $1,789.53 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0082015

4600 Regent Blvd., Suite 200

Invoice Date:  1/17/2008

Irving,  TX   75063

Attention:                                                                    7983.21062

Loan No: 1001459341                      Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|---|---|---|
| 1/17/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 7/30/2007 | Date Notice of Default Recorded | $15.00 |
| 8/1/2007 | Date Trustee Sale Guarantee Received | $701.00 |
| 8/2/2007 | 10 Day Mailings Sent | $35.45 |
| 11/8/2007 | Publication Endorsement Received | $50.00 |
| 11/21/2007 | Date Notice of Sale Posted | $120.00 |
| 11/21/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 11/21/2007 | Date Notice of Sale Mailed | $44.46 |
| 11/27/2007 | SOT/Appointment Recorded | $15.00 |
| 11/27/2007 | Date Notice of Sale Recorded | $15.00 |
| 12/11/2007 | Cost - Record Trustee's Deed | $15.00 |
| 12/11/2007 | Sale Endorsement Received | $25.00 |
| 12/12/2007 | Assignment Recording | $15.00 |
| 12/19/2007 | Date Transfer Tax Advanxced | $617.10 |
| | TOTAL EXPENSES: | $1,988.01 |

PLEASE PAY AMOUNT DUE:      $2,588.01

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081994
Invoice Date:  1/17/2008

Attention:                                                                 7983.21206

Loan No: 1001079135                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|---:|:---|---:|
| 1/17/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/13/2007 | Date Notice of Default Recorded | $12.00 |
| 9/18/2007 | 10 Day Mailings Sent | $35.45 |
| 9/21/2007 | Date Trustee Sale Guarantee Received | $700.00 |
| 9/22/2007 | 1 Month Mailings Sent | $70.90 |
| 12/14/2007 | Publication Endorsement Received | $50.00 |
| 1/5/2008 | Date Notice of Sale Mailed | $74.10 |
| 1/7/2008 | Date Notice of Sale Posted | $120.00 |
| 1/8/2008 | Date Publication Commenced (1st Pub) | $208.33 |
| | TOTAL EXPENSES: | $1,270.78 |

PLEASE PAY AMOUNT DUE:      $1,870.78

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081998
Invoice Date:  1/17/2008

Attention:

7983.21226

Loan No: 1001123017
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/17/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/17/2007 | Date Notice of Default Recorded | | $15.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $14.18 |
| 10/1/2007 | Date Trustee Sale Guarantee Received | | $540.00 |
| 12/19/2007 | Publication Endorsement Received | | $50.00 |
| 12/20/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/20/2007 | Date Publication Commenced (1st Pub) | | $663.80 |
| 12/21/2007 | Date Notice of Sale Mailed | | $29.64 |
| 12/28/2007 | Assignment Recording | | $19.00 |
| 12/28/2007 | SOT/Appointment Recorded | | $19.00 |
| 12/28/2007 | Date Notice of Sale Recorded | | $20.00 |
| 1/9/2008 | Sale Endorsement Received | | $25.00 |
| 1/11/2008 | Title Cost Endorsement | | $25.00 |
| 1/16/2008 | Date Transfer Tax Advanxced | | $849.81 |
| 1/16/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $2,405.43 |

PLEASE PAY AMOUNT DUE:     $3,005.43

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0082005
Invoice Date:  1/17/2008

Attention:                                                                     7983.21232

Loan No: 1000873503                        Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|---:|---|---|---:|
| 1/17/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | | $15.00 |
| 9/21/2007 | 10 Day Mailings Sent | | $35.45 |
| 9/26/2007 | Date Trustee Sale Guarantee Received | | $570.00 |
| 12/19/2007 | Publication Endorsement Received | | $50.00 |
| 12/20/2007 | Date Notice of Sale Recorded | | $15.00 |
| 12/20/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/20/2007 | Date Publication Commenced (1st Pub) | | $320.00 |
| 12/20/2007 | SOT/Appointment Recorded | | $15.00 |
| 12/20/2007 | Date Notice of Sale Mailed | | $37.05 |
| 1/9/2008 | Sale Endorsement Received | | $25.00 |
| 1/16/2008 | Assignment Recording | | $15.00 |
| 1/16/2008 | Date Transfer Tax Advanxced | | $1,020.00 |
| 1/16/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $2,252.50 |

PLEASE PAY AMOUNT DUE:    $2,852.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0082009
Invoice Date:  1/17/2008

Attention:                                                           7983.21243

Loan No: 1001561353                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/17/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | $15.00 |
| 9/19/2007 | 10 Day Mailings Sent | $35.45 |
| 10/1/2007 | Date Trustee Sale Guarantee Received | $1,853.00 |
| 12/19/2007 | Publication Endorsement Received | $50.00 |
| 12/20/2007 | Date Notice of Sale Posted | $120.00 |
| 12/20/2007 | Date Notice of Sale Mailed | $37.05 |
| 12/21/2007 | Date Publication Commenced (1st Pub) | $218.60 |
| 12/27/2007 | Assignment Recording | $19.00 |
| 12/27/2007 | Date Notice of Sale Recorded | $20.00 |
| 12/27/2007 | SOT/Appointment Recorded | $19.00 |
| 1/10/2008 | Sale Endorsement Received | $25.00 |
| 1/16/2008 | Cost - Record Trustee's Deed | $15.00 |
| 1/16/2008 | Date Transfer Tax Advanxced | $6,150.00 |
| | TOTAL EXPENSES: | $8,577.10 |

PLEASE PAY AMOUNT DUE:    $9,177.10

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0081977

4600 Regent Blvd., Suite 200

Invoice Date:  1/17/2008

Irving,  TX   75063

Attention:                                                                 7983.21261

Loan No: 1001271809                     Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 1/17/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/14/2007 | Date Notice of Default Recorded | | $13.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $21.27 |
| 9/25/2007 | Date Trustee Sale Guarantee Received | | $1,097.00 |
| 9/26/2007 | 1 Month Mailings Sent | | $42.54 |
| | | TOTAL EXPENSES: | $1,173.81 |
| | | | |
| | | PLEASE PAY AMOUNT DUE: | $1,773.81 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0081952
Invoice Date:  1/17/2008

Attention:                                                                                                7983.21278

Loan No: 1001661425                              Type:  Non-Jud Foreclosure/CONV
Borrower:  

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/17/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/14/2007 | Date Notice of Default Recorded | | $9.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $7.09 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | | $700.00 |
| 10/13/2007 | 1 Month Mailings Sent | | $42.54 |
| 12/14/2007 | Publication Endorsement Received | | $50.00 |
| 1/1/2008 | Date Notice of Sale Mailed | | $51.87 |
| 1/3/2008 | Date Publication Commenced (1st Pub) | | $380.00 |
| 1/3/2008 | Date Notice of Sale Posted | | $120.00 |
| | | TOTAL EXPENSES: | $1,360.50 |

PLEASE PAY AMOUNT DUE:        $1,960.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0081992
Invoice Date:   1/17/2008

Attention:                                                                 7983.21281

Loan No: 1001157055                              Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/17/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 1/2/2007 | Date Notice of Sale Posted | $120.00 |
| 9/14/2007 | Date Notice of Default Recorded | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | $7.09 |
| 10/8/2007 | Date Trustee Sale Guarantee Received | $600.00 |
| 10/13/2007 | 1 Month Mailings Sent | $14.18 |
| 12/27/2007 | Publication Endorsement Received | $50.00 |
| 12/28/2007 | Date Notice of Sale Mailed | $22.23 |
| 12/29/2007 | Date Publication Commenced (1st Pub) | $295.00 |
| 1/3/2008 | Assignment Recorded | $12.00 |
| 1/3/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/3/2008 | SOT/Appointment Recorded | $10.00 |
| | **TOTAL EXPENSES:** | $1,149.50 |

**PLEASE PAY AMOUNT DUE:**     $1,749.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0082018
Invoice Date:  1/17/2008

Attention:                                                                    7983.21283

Loan No: 1000738934                         Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|---|---|---|
| 1/17/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | $15.00 |
| 9/22/2007 | 10 Day Mailings Sent | $28.36 |
| 10/1/2007 | Date Trustee Sale Guarantee Received | $650.00 |
| 12/20/2007 | Publication Endorsement Received | $50.00 |
| 12/21/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 12/21/2007 | Date Notice of Sale Posted | $120.00 |
| 12/21/2007 | Date Notice of Sale Mailed | $29.64 |
| 12/26/2007 | Assignment Recording | $39.00 |
| 12/26/2007 | SOT/Appointment Recorded | $39.00 |
| 12/26/2007 | Date Notice of Sale Recorded | $39.00 |
| 1/10/2008 | Sale Endorsement Received | $25.00 |
| 1/16/2008 | Date Transfer Tax Advanxced | $1,172.49 |
| 1/16/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $2,542.49 |

PLEASE PAY AMOUNT DUE:      $3,142.49

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX    75063

Invoice No:  FTS0082143

Invoice Date:  1/17/2008

Attention:

7983.21305

Loan No: 1001134796

Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/17/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/17/2007 | Date Notice of Default Recorded | $9.00 |
| 9/20/2007 | 10 Day Mailings Sent | $14.18 |
| 10/2/2007 | Date Trustee Sale Guarantee Received | $510.00 |
| 10/3/2007 | 1 Month Mailings Sent | $42.54 |
| | TOTAL EXPENSES: | $575.72 |
| | PLEASE PAY AMOUNT DUE: | $1,175.72 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0081978
Invoice Date:  1/17/2008

Attention:                                                                7983.21330

Loan No: 1001632106                      Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/17/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/17/2007 | Date Notice of Default Recorded | | $10.00 |
| 9/20/2007 | 10 Day Mailings Sent | | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $725.00 |
| 10/7/2007 | 1 Month Mailings Sent | | $28.36 |
| | | TOTAL EXPENSES: | $777.54 |
| | | PLEASE PAY AMOUNT DUE: | $1,377.54 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0082144
Invoice Date:  1/17/2008

Attention:                                                          7983.21331

Loan No: 1001011111                      Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 1/17/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/14/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $28.36 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | | $675.00 |
| 10/11/2007 | 1 Month Mailings Sent | | $28.36 |
| | | TOTAL EXPENSES: | $743.72 |
| | | | |
| | | PLEASE PAY AMOUNT DUE: | $1,343.72 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0081951

4600 Regent Blvd., Suite 200

Invoice Date:  1/17/2008

Irving,  TX   75063

Attention:                                                          7983.21334

Loan No: 1001200459                      Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/17/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | $9.00 |
| 9/19/2007 | 10 Day Mailings Sent | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $300.00 |
| | TOTAL EXPENSES: | $323.18 |
| | PLEASE PAY AMOUNT DUE: | $923.18 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:  FTS0081979

Invoice Date:  1/17/2008

Attention:                                                                  7983.21369

Loan No: 1001622640                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/17/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/17/2007 | Date Notice of Default Recorded | $12.00 |
| 9/20/2007 | 10 Day Mailings Sent | $14.18 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | $420.00 |
| 10/7/2007 | 1 Month Mailings Sent | $35.45 |
| 1/10/2008 | Publication Endorsement Received | $50.00 |
| | TOTAL EXPENSES: | $531.63 |
| | PLEASE PAY AMOUNT DUE: | $1,131.63 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0082024
Invoice Date:  1/17/2008

Attention:                                                                                7983.21395

Loan No: 1001644062                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/17/2008 | Trustee Fee | $500.00 |
| | TOTAL FEES: | $500.00 |
| | | |
| 9/18/2007 | Date Notice of Default Recorded | $12.00 |
| 9/25/2007 | 10 Day Mailings Sent | $21.27 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $570.00 |
| 10/3/2007 | 1 Month Mailings Sent | $28.36 |
| 1/11/2008 | Publication Endorsement Received | $50.00 |
| | TOTAL EXPENSES: | $681.63 |
| | PLEASE PAY AMOUNT DUE: | $1,181.63 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No: FTS0082017
Invoice Date:  1/17/2008

Attention:                                                                      7983.21406

Loan No: 1001717650                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 1/17/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/18/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/25/2007 | 10 Day Mailings Sent | | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $650.00 |
| 10/7/2007 | 1 Month Mailings Sent | | $21.27 |
| 1/11/2008 | Publication Endorsement Received | | $50.00 |
| | | TOTAL EXPENSES: | $747.45 |

PLEASE PAY AMOUNT DUE:        $1,347.45

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing          Invoice No:  FTS0081980
4600 Regent Blvd., Suite 200              Invoice Date:  1/17/2008
Irving,  TX    75063

Attention:                                                7983.21448

Loan No: 1001544131                    Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/17/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 9/18/2007 | Date Notice of Default Recorded | $12.00 |
| 9/25/2007 | 10 Day Mailings Sent | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $765.00 |
| | **TOTAL EXPENSES:** | $784.09 |
| | | |
| | **PLEASE PAY AMOUNT DUE:** | $1,384.09 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0082010
Invoice Date:  1/17/2008

Attention:                                            7983.21460

Loan No: 1001371664                  Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/17/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/19/2007 | Date Notice of Default Recorded | $10.00 |
| 9/22/2007 | 10 Day Mailings Sent | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $650.00 |
| 10/10/2007 | 1 Month Mailings Sent | $7.09 |
| 1/11/2008 | Publication Endorsement Received | $50.00 |
| | TOTAL EXPENSES: | $731.27 |

PLEASE PAY AMOUNT DUE:    $1,331.27

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0081981

Invoice Date:  1/17/2008

Attention:

7983.21604

Loan No: 1001038904

Borrower: ███████████

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/17/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/11/2007 | Date Notice of Default Recorded | | $12.00 |
| 10/17/2007 | 10 Day Mailings Sent | | $28.36 |
| 11/2/2007 | Date Trustee Sale Guarantee Received | | $478.00 |
| 11/3/2007 | 1 Month Mailings Sent | | $77.99 |
| | | TOTAL EXPENSES: | $596.35 |
| | | PLEASE PAY AMOUNT DUE: | $1,196.35 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX    75063

Invoice No:   FTS0082020

Invoice Date:   1/17/2008

Attention:                                                          7983.21860

Loan No:  1000689241                     Type:   Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/16/2008 | Recission Recording | $9.00 |
| | TOTAL EXPENSES: | $9.00 |
| | PLEASE PAY AMOUNT DUE: | $9.00 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX    75063

Invoice No:   FTS0082112

Invoice Date:   1/17/2008

Attention:                                                                     7983.22044

Loan No: 1001500123                                Type:  Non-Jud Foreclosure/ CONV

Borrower: 

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/17/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/27/2007 | 10 Day Mailings Sent | $7.09 |
| 12/19/2007 | Date Trustee Sale Guarantee Received | $835.00 |
| 12/19/2007 | 1 Month Mailings Sent | $106.35 |
| | TOTAL EXPENSES: | $960.44 |
| | PLEASE PAY AMOUNT DUE: | $1,560.44 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0081982
Invoice Date:  1/17/2008

Attention:                                                          7983.22054

Loan No: 1001403922                          Type:  Non-Jud Foreclosure/CONV
Borrower:  

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/17/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/20/2007 | Date Notice of Default Recorded | $10.00 |
| 11/27/2007 | 10 Day Mailings Sent | $7.09 |
| 12/19/2007 | Date Trustee Sale Guarantee Received | $863.00 |
| 12/20/2007 | 1 Month Mailings Sent | $21.27 |
| | TOTAL EXPENSES: | $901.36 |

PLEASE PAY AMOUNT DUE:     $1,501.36

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:  FTS0082098

Invoice Date:  1/17/2008

Attention:                                                                  7983.20375

Loan No: 1000678096                    Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/17/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 2/26/2007 | Date Notice of Default Recorded | | $12.00 |
| 3/1/2007 | 10 Day Mailings Sent | | $14.66 |
| 3/6/2007 | Date Trustee Sale Guarantee Received | | $825.00 |
| 3/7/2007 | 1 Month Mailings Sent | | $21.99 |
| | | TOTAL EXPENSES: | $873.65 |
| | | PLEASE PAY AMOUNT DUE: | $1,473.65 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0082141

Invoice Date:  1/17/2008

Attention:                                                          7983.20456

Loan No: 1001292669                          Type:  Non-Jud Foreclosure/ CONV

Borrower: ▓▓▓▓

| Date | Item Description | Amount |
|---|---|---|
| 1/17/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 3/7/2007 | Date Notice of Default Recorded | $12.00 |
| 3/9/2007 | 10 Day Mailings Sent | $13.00 |
| 3/14/2007 | Date Trustee Sale Guarantee Received | $675.00 |
| 3/19/2007 | 1 Month Mailings Sent | $19.50 |
| | TOTAL EXPENSES: | $719.50 |
| | PLEASE PAY AMOUNT DUE: | $1,319.50 |

Page I

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0081991
Invoice Date:  1/17/2008

Attention:                                                              7983.20675

Loan No: 1001092403                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/17/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 5/7/2007 | Date Notice of Default Recorded | $12.00 |
| 5/9/2007 | 10 Day Mailings Sent | $6.50 |
| 5/23/2007 | Date Trustee Sale Guarantee Received | $510.00 |
| 5/24/2007 | 1 Month Mailings Sent | $56.72 |
| | TOTAL EXPENSES: | $585.22 |

PLEASE PAY AMOUNT DUE:        $1,185.22

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0082142
Invoice Date:  1/17/2008

Attention:                                                    7983.20704

Loan No: 1001427177                        Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/17/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 5/16/2007 | Date Notice of Default Recorded | $12.00 |
| 5/18/2007 | 10 Day Mailings Sent | $14.18 |
| 5/22/2007 | Date Trustee Sale Guarantee Received | $765.00 |
| 5/23/2007 | 1 Month Mailings Sent | $42.54 |
| 7/18/2007 | Recission Recording | $9.00 |
| | TOTAL EXPENSES: | $842.72 |

PLEASE PAY AMOUNT DUE:     $1,442.72

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0082002
Invoice Date:  1/17/2008

Attention:                                                                    7983.21023

Loan No: 1001509277                        Type:  Non-Jud Foreclosure/ CONV
Borrower: ███████████

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 1/17/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 7/25/2007 | Date Notice of Default Recorded | | $10.00 |
| 7/27/2007 | 10 Day Mailings Sent | | $28.36 |
| 8/2/2007 | Date Trustee Sale Guarantee Received | | $675.00 |
| 8/3/2007 | 1 Month Mailings Sent | | $14.18 |
| | | TOTAL EXPENSES: | $727.54 |
| | | PLEASE PAY AMOUNT DUE: | $1,327.54 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0082267
Invoice Date:  1/18/2008

Attention:                                                                 7983.20589

Loan No: 1001508105                    Type:  Non-Jud Foreclosure/ CONV
Borrower:  

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/18/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/3/2007 | Date Notice of Default Recorded | | $15.00 |
| 5/9/2007 | 10 Day Mailings Sent | | $13.00 |
| 5/13/2007 | Date Trustee Sale Guarantee Received | | $1,185.00 |
| 5/29/2007 | SOT/Appointment Recorded | | $15.00 |
| 8/4/2007 | Title Cost Endorsement | | $50.00 |
| 8/6/2007 | Date Publication Commenced (1st Pub) | | $320.00 |
| 8/6/2007 | Date Notice of Sale Posted | | $120.00 |
| 8/7/2007 | Date Notice of Sale Mailed | | $59.28 |
| 8/13/2007 | Date Notice of Sale Recorded | | $15.00 |
| 8/27/2007 | Title Cost Endorsement | | $25.00 |
| 8/27/2007 | Date Transfer Tax Advanxced | | $663.00 |
| 8/27/2007 | Cost - Record Trustee's Deed | | $18.00 |
| | | TOTAL EXPENSES: | $2,498.28 |

PLEASE PAY AMOUNT DUE:    $3,098.28

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0082268
Invoice Date:  1/18/2008

Attention:                                                                7983.20602

Loan No: 1000748001
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/18/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 5/4/2007 | Date Notice of Default Recorded | $15.00 |
| 5/9/2007 | 10 Day Mailings Sent | $13.00 |
| 5/10/2007 | Date Trustee Sale Guarantee Received | $650.00 |
| 5/25/2007 | SOT/Appointment Recorded | $15.00 |
| 8/4/2007 | Title Cost Endorsement | $50.00 |
| 8/6/2007 | Date Notice of Sale Posted | $120.00 |
| 8/6/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 8/7/2007 | Date Notice of Sale Mailed | $37.05 |
| 8/9/2007 | Assignment Recording | $39.00 |
| 8/9/2007 | Date Notice of Sale Recorded | $40.00 |
| 8/27/2007 | Title Cost Endorsement | $25.00 |
| 8/27/2007 | Cost - Record Trustee's Deed | $18.00 |
| 1/17/2008 | Date Transfer Tax Advanxced | $1,819.36 |
| | TOTAL EXPENSES: | $3,161.41 |

PLEASE PAY AMOUNT DUE:      $3,761.41

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0082269

Invoice Date:  1/18/2008

Attention:                                                                    7983.20612

Loan No: 1001297234                         Type:  Non-Jud Foreclosure/ CONV

Borrower:  

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/18/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/4/2007 | Date Notice of Default Recorded | | $15.00 |
| 5/13/2007 | Date Trustee Sale Guarantee Received | | $953.00 |
| 5/17/2007 | SOT/Appointment Recorded | | $15.00 |
| 8/1/2007 | Title Cost Endorsement | | $50.00 |
| 8/4/2007 | Date Notice of Sale Mailed | | $103.74 |
| 8/6/2007 | Date Publication Commenced (1st Pub) | | $320.00 |
| 8/6/2007 | Date Notice of Sale Posted | | $120.00 |
| 8/7/2007 | Date Notice of Sale Recorded | | $15.00 |
| 8/7/2007 | 10 Day Mailings Sent | | $106.36 |
| 8/27/2007 | Date Transfer Tax Advanxced | | $969.00 |
| 8/27/2007 | Title Cost Endorsement | | $25.00 |
| 8/27/2007 | Cost - Record Trustee's Deed | | $18.00 |
| | | TOTAL EXPENSES: | $2,710.10 |
| | | PLEASE PAY AMOUNT DUE: | $3,310.10 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0082270
Invoice Date:  1/18/2008

Attention:                                                                     7983.20651

Loan No: 1000809731                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ██████

| Date | Item Description | Amount |
|---|---|---|
| 1/18/2008 | Trustee Fee | $600.00 |
| | | |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 5/4/2007 | Date Notice of Default Recorded | $15.00 |
| 5/10/2007 | 10 Day Mailings Sent | $71.50 |
| 5/14/2007 | Date Trustee Sale Guarantee Received | $510.00 |
| 5/25/2007 | SOT/Appointment Recorded | $15.00 |
| 8/4/2007 | Title Cost Endorsement | $50.00 |
| 8/6/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 8/6/2007 | Date Notice of Sale Posted | $120.00 |
| 8/7/2007 | Date Notice of Sale Mailed | $88.92 |
| 8/9/2007 | Date Notice of Sale Recorded | $40.00 |
| 8/27/2007 | Cost - Record Trustee's Deed | $18.00 |
| 8/27/2007 | Title Cost Endorsement | $25.00 |
| 8/27/2007 | Date Transfer Tax Advanxced | $1,093.95 |
| | **TOTAL EXPENSES:** | $2,367.37 |

**PLEASE PAY AMOUNT DUE:**       $2,967.37

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0082271
Invoice Date:  1/18/2008

Attention:                                                                    7983.20894

Loan No: 1001309817                         Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/18/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 7/3/2007 | Date Notice of Default Recorded | | $15.00 |
| 7/6/2007 | 10 Day Mailings Sent | | $49.63 |
| 7/18/2007 | SOT/Appointment Recorded | | $15.00 |
| 8/29/2007 | Date Trustee Sale Guarantee Received | | $570.00 |
| 11/8/2007 | Publication Endorsement Received | | $50.00 |
| 11/16/2007 | Date Notice of Sale Recorded | | $15.00 |
| 11/16/2007 | Date Notice of Sale Posted | | $120.00 |
| 11/16/2007 | Date Publication Commenced (1st Pub) | | $320.00 |
| 11/17/2007 | Date Notice of Sale Mailed | | $103.74 |
| 12/6/2007 | Sale Endorsement Received | | $25.00 |
| 12/18/2007 | Date Transfer Tax Advanxced | | $1,224.00 |
| 12/18/2007 | Cost - Record Trustee's Deed | | $15.00 |
| 1/18/2008 | Assignment Recording | | $15.00 |
| | | TOTAL EXPENSES: | $2,537.37 |

PLEASE PAY AMOUNT DUE:     $3,137.37

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0074920
Invoice Date:  10/25/2007

Attention:                                                    7983.21003

Loan No: 1000732359
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 10/25/2007 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 7/25/2007 | Date Notice of Default Recorded | | $12.00 |
| 7/28/2007 | 10 Day Mailings Sent | | $14.18 |
| 8/16/2007 | Date Trustee Sale Guarantee Received | | $942.00 |
| 8/18/2007 | 1 Month Mailings Sent | | $77.99 |
| | | TOTAL EXPENSES: | $1,046.17 |

PLEASE PAY AMOUNT DUE:      $1,646.17

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0082272
Invoice Date:  1/18/2008

Attention:                                                                7983.21055

Loan No: 1001187311                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/18/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 7/27/2007 | Date Notice of Default Recorded | $15.00 |
| 7/31/2007 | Date Trustee Sale Guarantee Received | $1,982.00 |
| 8/1/2007 | 10 Day Mailings Sent | $35.45 |
| 11/2/2007 | Publication Endorsement Received | $50.00 |
| 11/19/2007 | Date Notice of Sale Posted | $120.00 |
| 11/19/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 11/20/2007 | Date Notice of Sale Mailed | $44.46 |
| 11/27/2007 | Date Notice of Sale Recorded | $15.00 |
| 11/27/2007 | SOT/Appointment Recorded | $40.00 |
| 12/10/2007 | Sale Endorsement Received | $25.00 |
| 12/19/2007 | Date Transfer Tax Advanxced | $1,813.05 |
| 12/19/2007 | Cost - Record Trustee's Deed | $15.00 |
| 1/18/2008 | Assignment Recording | $15.00 |
| | TOTAL EXPENSES: | $4,489.96 |

PLEASE PAY AMOUNT DUE:    $5,089.96

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0082273
Invoice Date:  1/18/2008

Attention:                                                        7983.21068

Loan No: 1000821647                     Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | Amount |
|---|---|---|
| 1/18/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 8/1/2007 | Date Notice of Default Recorded | $16.00 |
| 8/6/2007 | Date Trustee Sale Guarantee Received | $570.00 |
| 8/7/2007 | 10 Day Mailings Sent | $42.54 |
| 11/8/2007 | Publication Endorsement Received | $50.00 |
| 11/21/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 11/21/2007 | Date Notice of Sale Posted | $120.00 |
| 11/27/2007 | Date Notice of Sale Mailed | $44.46 |
| 11/28/2007 | SOT/Appointment Recorded | $39.00 |
| 11/28/2007 | Date Notice of Sale Recorded | $15.00 |
| 12/11/2007 | Sale Endorsement Received | $25.00 |
| 12/17/2007 | Title Cost Endorsement | $25.00 |
| 1/18/2008 | Assignment Recording | $15.00 |
| 1/18/2008 | Date Transfer Tax Advanxced | $1,121.49 |
| 1/18/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $2,418.49 |

PLEASE PAY AMOUNT DUE:     $3,018.49