**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0082274
Invoice Date:  1/18/2008

Attention:                                                                           7983.21244

Loan No: 1001199056                      Type:  Non-Jud Foreclosure/ CONV
Borrower: ███████████████

| Date | Item Description | | Amount |
|------|------------------|--|-------:|
| 1/18/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | | $40.00 |
| 9/22/2007 | 10 Day Mailings Sent | | $28.36 |
| 10/1/2007 | Date Trustee Sale Guarantee Received | | $825.00 |
| 12/20/2007 | Publication Endorsement Received | | $50.00 |
| 12/21/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/21/2007 | Date Publication Commenced (1st Pub) | | $320.00 |
| 12/21/2007 | Date Notice of Sale Mailed | | $29.64 |
| 12/26/2007 | SOT/Appointment Recorded | | $39.00 |
| 12/26/2007 | Assignment Recording | | $39.00 |
| 12/26/2007 | Date Notice of Sale Recorded | | $15.00 |
| 1/10/2008 | Sale Endorsement Received | | $25.00 |
| 1/17/2008 | Date Transfer Tax Advanxced | | $1,529.49 |
| 1/18/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $3,075.49 |

PLEASE PAY AMOUNT DUE:     $3,675.49

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing          Invoice No:  FTS0082265
4600 Regent Blvd., Suite 200              Invoice Date:  1/18/2008
Irving,  TX   75063

Attention:                                                7983.21276

Loan No: 1001662516                   Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/18/2008 | Trustee Fee | $500.00 |
| | TOTAL FEES: | $500.00 |
| | | |
| 9/14/2007 | Date Notice of Default Recorded | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | $7.09 |
| 10/2/2007 | Date Trustee Sale Guarantee Received | $765.00 |
| 10/3/2007 | 1 Month Mailings Sent | $35.45 |
| 12/14/2007 | Title Cost Endorsement | $50.00 |
| 12/27/2007 | Publication Endorsement Received | $50.00 |
| 12/28/2007 | Date Notice of Sale Mailed | $44.46 |
| 12/29/2007 | Date Publication Commenced (1st Pub) | $240.00 |
| 12/29/2007 | Date Notice of Sale Posted | $120.00 |
| 1/3/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/3/2008 | SOT/Appointment Recorded | $10.00 |
| | TOTAL EXPENSES: | $1,341.00 |

PLEASE PAY AMOUNT DUE:          $1,841.00

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:   FTS0082164

Invoice Date:  1/17/2008

Attention:                                                            7983.21322

Loan No: 1001500639                        Type:  Non-Jud Foreclosure/CONV

Borrower 

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/17/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $360.00 |
| 10/11/2007 | 1 Month Mailings Sent | $7.09 |
| | **TOTAL EXPENSES:** | $393.27 |
| | **PLEASE PAY AMOUNT DUE:** | $993.27 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0082215

4600 Regent Blvd., Suite 200

Invoice Date:  1/18/2008

Irving,  TX   75063

Attention:                                                                          7983.21431

Loan No: 1001086726                         Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/18/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 9/20/2007 | Date Notice of Default Recorded | $12.00 |
| 9/25/2007 | 10 Day Mailings Sent | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $675.00 |
| 10/10/2007 | 1 Month Mailings Sent | $35.45 |
| 1/11/2008 | Publication Endorsement Received | $50.00 |
| 1/17/2008 | Recission Recording | $9.00 |
| | **TOTAL EXPENSES:** | $795.63 |

PLEASE PAY AMOUNT DUE:      $1,395.63

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0082266
Invoice Date:  1/18/2008

Attention:

7983.21451

Loan No: 1001434431                     Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/18/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/18/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/25/2007 | 10 Day Mailings Sent | | $14.18 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | | $480.00 |
| 1/11/2008 | Publication Endorsement Received | | $50.00 |
| 1/17/2008 | Date Notice of Sale Mailed | | $37.05 |
| 1/18/2008 | Date Publication Commenced (1st Pub) | | $201.67 |
| | | TOTAL EXPENSES: | $794.90 |

PLEASE PAY AMOUNT DUE:     $1,394.90

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0082281

4600 Regent Blvd., Suite 200

Invoice Date:  1/18/2008

Irving,  TX    75063

Attention:                                                                7983.21849

Loan No: 1001664082                    Type:  Non-Jud Foreclosure/ CONV

Borrower: 

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/18/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/2/2007 | Date Notice of Default Recorded | $12.00 |
| 11/6/2007 | 10 Day Mailings Sent | $14.18 |
| 11/30/2007 | Date Trustee Sale Guarantee Received | $623.40 |
| 11/30/2007 | 1 Month Mailings Sent | $49.63 |
| | TOTAL EXPENSES: | $699.21 |
| | PLEASE PAY AMOUNT DUE: | $1,299.21 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0082216

Invoice Date:  1/18/2008

Attention:                                                                 7983.21965

Loan No: 1000864766                          Type:  Non-Jud Foreclosure/ CONV

Borrower: 

| Date | Item Description | Amount |
|---|---|---|
| 1/18/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/14/2007 | Date Notice of Default Recorded | $12.00 |
| 11/16/2007 | 10 Day Mailings Sent | $7.09 |
| 12/12/2007 | Date Trustee Sale Guarantee Received | $540.00 |
| 12/13/2007 | 1 Month Mailings Sent | $56.72 |
| 1/17/2008 | Recission Recording | $9.00 |
| | TOTAL EXPENSES: | $624.81 |

PLEASE PAY AMOUNT DUE:      $1,224.81

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0082217

Invoice Date:  1/18/2008

Attention:

7983.22011

Loan No: 1001457991

Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|--|--------|
| 1/18/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 11/20/2007 | Date Notice of Default Recorded | | $10.00 |
| 11/29/2007 | 10 Day Mailings Sent | | $7.09 |
| 12/19/2007 | Date Trustee Sale Guarantee Received | | $862.00 |
| 12/26/2007 | 1 Month Mailings Sent | | $35.45 |
| | | TOTAL EXPENSES: | $914.54 |
| | | PLEASE PAY AMOUNT DUE: | $1,514.54 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX    75063

Invoice No:  FTS0082218

Invoice Date:  1/18/2008

Attention:                                                                7983.22048

Loan No: 1001635203                     Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/18/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/22/2007 | 10 Day Mailings Sent | $7.09 |
| 12/19/2007 | Date Trustee Sale Guarantee Received | $519.00 |
| 12/20/2007 | 1 Month Mailings Sent | $42.54 |
| | TOTAL EXPENSES: | $580.63 |
| | PLEASE PAY AMOUNT DUE: | $1,180.63 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0082392

Invoice Date:  1/21/2008

Attention:                                                                            7983.20896

Loan No: 1000765495                          Type:  Non-Jud Foreclosure/ CONV

Borrower

| Date | Item Description | Amount |
|------|-----------------|--------|
| 7/6/2007 | Assignment Prepared | $50.00 |
| 1/21/2008 | Trustee Fee - Reset | $675.00 |
| | **TOTAL FEES:** | $725.00 |
| 7/6/2007 | Trustee Sale Guarantee Received | $1,902.00 |
| 9/14/2007 | Assignment Recorded | $31.00 |
| 9/14/2007 | Appointment Recorded | $31.00 |
| 9/14/2007 | Notice of Default Recorded | $36.00 |
| 9/15/2007 | Notice of Sale Served | $77.50 |
| 9/19/2007 | Notice of Sale Mailed (statutory) | $36.00 |
| 10/25/2007 | Publication Commenced | $599.99 |
| 12/7/2007 | Affidavits Package Recorded | $71.00 |
| 1/18/2008 | Sale Completed/Read | $100.00 |
| 1/18/2008 | Cost - Record Trustee's Deed | $36.00 |
| | **TOTAL EXPENSES:** | $2,920.49 |

PLEASE PAY AMOUNT DUE:      $3,645.49

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0082522
Invoice Date:  1/22/2008

Attention:                                                                        7983.20810

Loan No: 1001161499
Borrower

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/22/2008 | Trustee Fee | $100.00 |
| | **TOTAL FEES:** | $100.00 |
| 9/21/2007 | Title Cost Endorsement | $25.00 |
| 12/19/2007 | Publication Endorsement Received | $50.00 |
| 12/20/2007 | Date Notice of Sale Mailed | $22.23 |
| 12/21/2007 | Date Notice of Sale Posted | $120.00 |
| 12/21/2007 | Date Publication Commenced (1st Pub) | $400.00 |
| 12/26/2007 | Date Notice of Sale Recorded | $7.00 |
| 12/26/2007 | SOT/Appointment Recorded | $10.00 |
| 12/26/2007 | Assignment Recorded | $9.00 |
| 1/10/2008 | Sale Endorsement Received | $25.00 |
| 1/18/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $683.23 |

PLEASE PAY AMOUNT DUE:        $783.23

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0082523
Invoice Date:  1/22/2008

Attention:

7983.21040

Loan No: 1001704251
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/22/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 7/26/2007 | Date Notice of Default Recorded | | $9.00 |
| 8/2/2007 | 10 Day Mailings Sent | | $7.09 |
| 8/17/2007 | Date Trustee Sale Guarantee Received | | $1,230.00 |
| 8/18/2007 | 1 Month Mailings Sent | | $7.09 |
| 11/8/2007 | Publication Endorsement Received | | $50.00 |
| 12/15/2007 | Title Cost Endorsement | | $25.00 |
| 12/15/2007 | Date Notice of Sale Mailed | | $14.82 |
| 12/18/2007 | SOT/Appointment Recorded | | $9.00 |
| 12/18/2007 | Date Notice of Sale Recorded | | $9.00 |
| 12/21/2007 | Date Publication Commenced (1st Pub) | | $372.99 |
| 12/21/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/26/2007 | Assignment Recorded | | $15.00 |
| 1/10/2008 | Title Cost Endorsement | | $25.00 |
| 1/21/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,908.99 |

PLEASE PAY AMOUNT DUE:     $2,508.99

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0082524
Invoice Date: 1/22/2008

Attention:                                                                    7983.21041

Loan No: 1001457299                          Type: Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|---|---|---|
| 1/22/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 7/26/2007 | Date Notice of Default Recorded | $9.00 |
| 8/2/2007 | 10 Day Mailings Sent | $14.18 |
| 8/16/2007 | Date Trustee Sale Guarantee Received | $1,438.00 |
| 8/18/2007 | 1 Month Mailings Sent | $7.09 |
| 11/8/2007 | Title Cost Endorsement | $50.00 |
| 12/20/2007 | Date Notice of Sale Mailed | $22.23 |
| 12/21/2007 | Date Notice of Sale Recorded | $6.00 |
| 12/21/2007 | SOT/Appointment Recorded | $9.00 |
| 12/21/2007 | Date Publication Commenced (1st Pub) | $372.99 |
| 12/21/2007 | Date Notice of Sale Posted | $120.00 |
| 1/10/2008 | Title Cost Endorsement | $25.00 |
| 1/10/2008 | Cost - Record Trustee's Deed | $15.00 |
| 1/21/2008 | Assignment Recorded | $15.00 |
| | TOTAL EXPENSES: | $2,103.49 |

PLEASE PAY AMOUNT DUE:    $2,703.49

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0082525
Invoice Date: 1/22/2008

Attention:                                                    7983.21053

Loan No: 1000787967                      Type: Non-Jud Foreclosure/ CONV
Borrower: ███████████

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/22/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 7/31/2007 | Date Notice of Default Recorded | $15.00 |
| 8/1/2007 | Date Trustee Sale Guarantee Received | $1,003.50 |
| 8/2/2007 | 10 Day Mailings Sent | $21.27 |
| 11/8/2007 | Publication Endorsement Received | $50.00 |
| 11/19/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 11/19/2007 | Date Notice of Sale Posted | $120.00 |
| 11/20/2007 | Date Notice of Sale Mailed | $29.64 |
| 11/28/2007 | Date Notice of Sale Recorded | $15.00 |
| 11/28/2007 | SOT/Appointment Recorded | $15.00 |
| 12/10/2007 | Sale Endorsement Received | $25.00 |
| 12/12/2007 | Title Cost Endorsement | $25.00 |
| 1/18/2008 | Assignment Recording | $15.00 |
| 1/21/2008 | Date Transfer Tax Advanxced | $1,070.49 |
| 1/21/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $2,739.90 |

PLEASE PAY AMOUNT DUE:        $3,339.90

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0082526
Invoice Date:  1/22/2008

Attention:                                                                    7983.21195

Loan No: 1001221387
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/22/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 9/13/2007 | Date Notice of Default Recorded | $12.00 |
| 9/18/2007 | 10 Day Mailings Sent | $14.18 |
| 9/21/2007 | Date Trustee Sale Guarantee Received | $700.00 |
| 9/22/2007 | 1 Month Mailings Sent | $21.27 |
| 12/14/2007 | Title Cost Endorsement | $50.00 |
| 12/22/2007 | Date Notice of Sale Mailed | $37.05 |
| 12/27/2007 | Date Publication Commenced (1st Pub) | $398.00 |
| 12/27/2007 | Date Notice of Sale Posted | $120.00 |
| 1/2/2008 | Assignment Recorded | $8.00 |
| 1/2/2008 | Date Notice of Sale Recorded | $6.00 |
| 1/2/2008 | SOT/Appointment Recorded | $9.00 |
| 1/16/2008 | Title Cost Endorsement | $25.00 |
| 1/21/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,415.50 |

PLEASE PAY AMOUNT DUE:    $2,015.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0082527
Invoice Date:  1/22/2008

Attention:                                                                7983.21204

Loan No: 1001012379                     Type:  Non-Jud Foreclosure/ CONV
Borrower:



| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/22/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/13/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/18/2007 | 10 Day Mailings Sent | | $21.27 |
| 9/21/2007 | Date Trustee Sale Guarantee Received | | $881.00 |
| 9/22/2007 | 1 Month Mailings Sent | | $21.27 |
| 12/14/2007 | Title Cost Endorsement | | $50.00 |
| 12/22/2007 | Date Notice of Sale Mailed | | $37.05 |
| 12/27/2007 | Date Publication Commenced (1st Pub) | | $392.81 |
| 12/27/2007 | Date Notice of Sale Posted | | $120.00 |
| 1/2/2008 | Assignment Recorded | | $8.00 |
| 1/2/2008 | Date Notice of Sale Recorded | | $6.00 |
| 1/2/2008 | SOT/Appointment Recorded | | $9.00 |
| 1/16/2008 | Title Cost Endorsement | | $25.00 |
| 1/21/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,598.40 |

PLEASE PAY AMOUNT DUE:     $2,198.40

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                  Invoice No:  FTS0082528
4600 Regent Blvd., Suite 200                      Invoice Date:  1/22/2008
Irving,  TX   75063

Attention:                                                    7983.21207

Loan No: 1001031469                        Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/22/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/13/2007 | Date Notice of Default Recorded | | $13.00 |
| 9/18/2007 | 10 Day Mailings Sent | | $21.27 |
| 9/21/2007 | Date Trustee Sale Guarantee Received | | $480.00 |
| 9/22/2007 | 1 Month Mailings Sent | | $35.45 |
| 12/14/2007 | Title Cost Endorsement | | $50.00 |
| 12/22/2007 | Date Notice of Sale Mailed | | $51.87 |
| 12/26/2007 | Date Publication Commenced (1st Pub) | | $420.00 |
| 12/26/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/31/2007 | Assignment Recorded | | $9.00 |
| 12/31/2007 | Date Notice of Sale Recorded | | $9.00 |
| 12/31/2007 | SOT/Appointment Recorded | | $10.00 |
| 1/15/2008 | Title Cost Endorsement | | $25.00 |
| 1/21/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,259.59 |

PLEASE PAY AMOUNT DUE:     $1,859.59

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0082529
Invoice Date:  1/22/2008

Attention:                                                                                7983.21227

Loan No: 1001021645                       Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/22/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | | $15.00 |
| 9/21/2007 | 10 Day Mailings Sent | | $56.72 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $650.00 |
| 12/19/2007 | Publication Endorsement Received | | $50.00 |
| 12/20/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/20/2007 | Date Publication Commenced (1st Pub) | | $320.00 |
| 12/20/2007 | Date Notice of Sale Mailed | | $66.69 |
| 12/28/2007 | SOT/Appointment Recorded | | $39.00 |
| 12/28/2007 | Date Notice of Sale Recorded | | $15.00 |
| 12/28/2007 | Assignment Recording | | $14.00 |
| 1/9/2008 | Sale Endorsement Received | | $25.00 |
| 1/11/2008 | Title Cost Endorsement | | $25.00 |
| 1/18/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 1/18/2008 | Date Transfer Tax Advanxced | | $1,817.75 |
| 1/20/2008 | Assignment Recording | | $15.00 |
| | | TOTAL EXPENSES: | $3,244.16 |

PLEASE PAY AMOUNT DUE:        $3,844.16

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing          Invoice No:  FTS0082530
4600 Regent Blvd., Suite 200              Invoice Date:  1/22/2008
Irving,  TX   75063

Attention:                                            7983.21262

Loan No: 1001271817              Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|--|--------|
| 1/22/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/14/2007 | Date Notice of Default Recorded | | $13.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $14.18 |
| 9/25/2007 | Date Trustee Sale Guarantee Received | | $625.00 |
| 9/26/2007 | 1 Month Mailings Sent | | $14.18 |
| 12/14/2007 | Title Cost Endorsement | | $50.00 |
| 12/22/2007 | Date Notice of Sale Mailed | | $29.64 |
| 12/26/2007 | Date Publication Commenced (1st Pub) | | $420.00 |
| 12/26/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/31/2007 | Assignment Recorded | | $9.00 |
| 12/31/2007 | Date Notice of Sale Recorded | | $9.00 |
| 12/31/2007 | SOT/Appointment Recorded | | $10.00 |
| 1/15/2008 | Title Cost Endorsement | | $25.00 |
| 1/21/2008 | Cost - Record Trustee's Deed | | $25.00 |
| | | TOTAL EXPENSES: | $1,364.00 |

PLEASE PAY AMOUNT DUE:   $1,964.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0082493
Invoice Date:  1/22/2008

Attention:                                                          7983.21282

Loan No: 1000740025                          Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/22/2008 | Trustee Fee | | $300.00 |
| | | TOTAL FEES: | $300.00 |
| | | | |
| 9/17/2007 | Date Notice of Default Recorded | | $40.00 |
| 9/22/2007 | 10 Day Mailings Sent | | $28.36 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $700.00 |
| | | TOTAL EXPENSES: | $768.36 |

PLEASE PAY AMOUNT DUE:        $1,068.36

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0082494
Invoice Date:  1/22/2008

Attention:

7983.21284

Loan No: 1000740005
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/22/2008 | Trustee Fee | | $300.00 |
| | | TOTAL FEES: | $300.00 |
| 9/17/2007 | Date Notice of Default Recorded | | $15.00 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $700.00 |
| 9/29/2007 | 10 Day Mailings Sent | | $49.63 |
| | | TOTAL EXPENSES: | $764.63 |
| | | PLEASE PAY AMOUNT DUE: | $1,064.63 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0082495
Invoice Date:  1/22/2008

Attention: 7983.21396

Loan No: 1001659777 
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/22/2008 | Trustee Fee | $500.00 |
| | TOTAL FEES: | $500.00 |
| 9/18/2007 | Date Notice of Default Recorded | $13.00 |
| 9/25/2007 | 10 Day Mailings Sent | $14.18 |
| 10/10/2007 | Date Trustee Sale Guarantee Received | $899.00 |
| 10/13/2007 | 1 Month Mailings Sent | $70.90 |
| 1/11/2008 | Publication Endorsement Received | $50.00 |
| | TOTAL EXPENSES: | $1,047.08 |
| | PLEASE PAY AMOUNT DUE: | $1,547.08 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0082496
Invoice Date:  1/22/2008

Attention:                                                           7983.22101

Loan No: 1001303199                     Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/22/2008 | Trustee Fee | | $300.00 |
| | | TOTAL FEES: | $300.00 |
| | | | |
| 12/26/2007 | Date Trustee Sale Guarantee Received | | $625.00 |
| 12/26/2007 | 1 Month Mailings Sent | | $7.09 |
| 12/27/2007 | Recission Recording | | $7.00 |
| 12/27/2007 | Date Notice of Default Recorded | | $12.00 |
| 1/4/2008 | 10 Day Mailings Sent | | $49.63 |
| | | TOTAL EXPENSES: | $700.72 |
| | | PLEASE PAY AMOUNT DUE: | $1,000.72 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX    75063

Invoice No:   FTS0082608

Invoice Date:   1/23/2008

Attention:                                                                 7983.20407

Loan No: 1000790523                        Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/23/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 2/27/2007 | Date Notice of Default Recorded | $12.00 |
| 3/2/2007 | 10 Day Mailings Sent | $7.33 |
| 3/14/2007 | Date Trustee Sale Guarantee Received | $225.00 |
| 3/19/2007 | 1 Month Mailings Sent | $26.00 |
| | TOTAL EXPENSES: | $270.33 |
| | PLEASE PAY AMOUNT DUE: | $870.33 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0082675
Invoice Date:  1/23/2008

Attention:                                                    7983.20950

Loan No: 1001433707                          Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | Amount |
|---|---|---|
| 1/23/2008 | Trustee Fee | $500.00 |
| | TOTAL FEES: | $500.00 |
| | | |
| 9/13/2007 | Date Notice of Default Recorded | $12.00 |
| 9/21/2007 | Date Trustee Sale Guarantee Received | $675.00 |
| 9/21/2007 | 10 Day Mailings Sent | $7.09 |
| 12/17/2007 | Publication Endorsement Received | $50.00 |
| 12/28/2007 | Date Notice of Sale Mailed | $7.41 |
| 12/31/2007 | Date Notice of Sale Posted | $120.00 |
| 1/2/2008 | Date Publication Commenced (1st Pub) | $355.00 |
| 1/4/2008 | Date Notice of Sale Recorded | $11.00 |
| 1/4/2008 | SOT/Appointment Recorded | $14.00 |
| | TOTAL EXPENSES: | $1,251.50 |

PLEASE PAY AMOUNT DUE:     $1,751.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX    75063

Invoice No:   FTS0082601

Invoice Date:  1/22/2008

Attention:                                                                          7983.21090

Loan No: 1001339535                          Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 8/6/2007 | Assignment Prepared | $50.00 |
| 1/22/2008 | Trustee Fee - Reset | $675.00 |
|  | **TOTAL FEES:** | $725.00 |
|  |  |  |
| 8/3/2007 | Trustee Sale Guarantee Received | $4,500.00 |
| 9/19/2007 | Notice of Default Recorded | $36.00 |
| 9/19/2007 | Assignment Recorded | $51.00 |
| 9/19/2007 | Appointment Recorded | $31.00 |
| 9/21/2007 | Notice of Sale Mailed (statutory) | $30.00 |
| 9/26/2007 | Notice of Sale Served | $77.50 |
| 10/25/2007 | Publication Commenced | $599.99 |
| 12/17/2007 | Affidavits Package Recorded | $71.00 |
| 1/22/2008 | Sale Completed/Read | $100.00 |
| 1/22/2008 | Postponement of Sale Read | $50.00 |
| 1/22/2008 | Cost - Record Trustee's Deed | $36.00 |
|  | **TOTAL EXPENSES:** | $5,582.49 |

PLEASE PAY AMOUNT DUE:      $6,307.49

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0082602

Invoice Date:  1/23/2008

Attention:                                                                        7983.21241

Loan No: 1001594849                         Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/23/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $785.00 |
| 10/7/2007 | 1 Month Mailings Sent | | $14.18 |
| 12/14/2007 | Title Cost Endorsement | | $50.00 |
| 12/28/2007 | Date Notice of Sale Mailed | | $22.23 |
| 12/29/2007 | Date Publication Commenced (1st Pub) | | $240.00 |
| 12/29/2007 | Date Notice of Sale Posted | | $120.00 |
| 1/3/2008 | Assignment Recorded | | $15.00 |
| 1/3/2008 | Date Notice of Sale Recorded | | $7.00 |
| 1/3/2008 | SOT/Appointment Recorded | | $10.00 |
| 1/18/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 1/18/2008 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $1,322.50 |
| | | PLEASE PAY AMOUNT DUE: | $1,922.50 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0082623

Invoice Date:  1/23/2008

Attention:

7983.21364

Loan No: 1001194195

Borrower:

Type:  Non-Jud Foreclosure/CONV

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/23/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent | | $14.18 |
| 10/10/2007 | Date Trustee Sale Guarantee Received | | $1,691.00 |
| 10/12/2007 | 1 Month Mailings Sent | | $35.45 |
| 1/15/2008 | Publication Endorsement Received | | $50.00 |
| 1/15/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/15/2008 | Date Notice of Sale Recorded | | $15.00 |
| 1/15/2008 | Date Publication Commenced (1st Pub) | | $201.67 |
| 1/15/2008 | Date Notice of Sale Mailed | | $51.87 |
| | | TOTAL EXPENSES: | $2,191.17 |

PLEASE PAY AMOUNT DUE:     $2,791.17

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:   FTS0082738

Invoice Date:  1/24/2008

Attention:

7983.20588

Loan No: 1001351878

Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/24/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/3/2007 | Date Notice of Default Recorded | | $12.00 |
| 5/8/2007 | 10 Day Mailings Sent | | $13.00 |
| 5/24/2007 | Date Trustee Sale Guarantee Received | | $1,172.00 |
| 6/1/2007 | 1 Month Mailings Sent | | $7.09 |
| 8/9/2007 | Date Publication Commenced (1st Pub) | | $588.66 |
| 8/19/2007 | Date Notice of Sale Posted | | $240.00 |
| | | TOTAL EXPENSES: | $2,032.75 |

PLEASE PAY AMOUNT DUE:    $2,632.75

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing          Invoice No:   FTS0082739
4600 Regent Blvd., Suite 200              Invoice Date:  1/24/2008
Irving,  TX   75063

Attention:                                                7983.21098

Loan No: 1000651798                  Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 1/24/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 8/3/2007 | Date Notice of Default Recorded | | $13.00 |
| 8/8/2007 | 10 Day Mailings Sent | | $7.09 |
| 8/24/2007 | Date Trustee Sale Guarantee Received | | $971.00 |
| 8/25/2007 | 1 Month Mailings Sent | | $35.45 |
| 11/16/2007 | Date Notice of Sale Mailed | | $44.46 |
| 11/17/2007 | Date Publication Commenced (1st Pub) | | $399.56 |
| 11/19/2007 | Date Notice of Sale Posted | | $120.00 |
| 11/21/2007 | SOT/Appointment Recorded | | $15.00 |
| 11/21/2007 | Date Notice of Sale Recorded | | $15.00 |
| | | TOTAL EXPENSES: | $1,620.56 |
| | | PLEASE PAY AMOUNT DUE: | $2,220.56 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0082800
Invoice Date:  1/24/2008

Attention:                                                                 7983.21190

Loan No: 1000865766                          Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/24/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | $12.00 |
| 9/20/2007 | 10 Day Mailings Sent | $35.45 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | $675.00 |
| 10/7/2007 | 1 Month Mailings Sent | $28.00 |
| 1/10/2008 | Publication Endorsement Received | $50.00 |
| 1/11/2008 | Date Notice of Sale Posted | $120.00 |
| 1/11/2008 | Date Notice of Sale Mailed | $96.33 |
| 1/16/2008 | Date Publication Commenced (1st Pub) | $256.00 |
| 1/24/2008 | SOT/Appointment Recorded | $14.00 |
| 1/24/2008 | Date Notice of Sale Recorded | $11.00 |
| | TOTAL EXPENSES: | $1,297.78 |

PLEASE PAY AMOUNT DUE:        $1,897.78

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0082733
Invoice Date:  1/24/2008

Attention:                                                                7983.21625

Loan No: 1001314764                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/24/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 10/15/2007 | Date Notice of Default Recorded | | $12.00 |
| 10/17/2007 | 10 Day Mailings Sent | | $35.45 |
| | | TOTAL EXPENSES: | $47.45 |
| | | | |
| | | PLEASE PAY AMOUNT DUE: | $647.45 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0082966
Invoice Date:  1/25/2008

Attention:                                                    7983.20220

Loan No: 1001129477                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|---|---|---|
| 1/25/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 6/11/2007 | Title Cost Endorsement | $50.00 |
| 6/12/2007 | Date Notice of Sale Mailed | $80.63 |
| 6/12/2007 | Date Notice of Sale Posted | $120.00 |
| 6/12/2007 | Date Publication Commenced (1st Pub) | $265.00 |
| 6/14/2007 | Date Notice of Sale Recorded | $16.00 |
| 7/2/2007 | Title Cost Endorsement | $25.00 |
| 10/16/2007 | Title Cost Endorsement | $25.00 |
| 10/25/2007 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $596.63 |

PLEASE PAY AMOUNT DUE:    $1,196.63

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0082858

4600 Regent Blvd., Suite 200

Invoice Date: 1/25/2008

Irving,  TX   75063

Attention:                                                                 7983.20266

Loan No: 1001034601                      Type:  Non-Jud Foreclosure/ CONV

Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/25/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 4/18/2007 | Date Notice of Default Recorded | | $12.00 |
| 4/23/2007 | Recission Recording | | $7.00 |
| 5/2/2007 | 10 Day Mailings Sent | | $29.32 |
| 5/3/2007 | Date Trustee Sale Guarantee Received | | $992.00 |
| 5/3/2007 | 1 Month Mailings Sent | | $19.50 |
| 7/17/2007 | Publication Endorsement Received | | $50.00 |
| 7/18/2007 | Date Notice of Sale Mailed | | $37.05 |
| 7/19/2007 | Date Publication Commenced (1st Pub) | | $411.96 |
| 7/19/2007 | Date Notice of Sale Posted | | $120.00 |
| 7/20/2007 | SOT/Appointment Recorded | | $10.00 |
| 7/20/2007 | Date Notice of Sale Recorded | | $7.00 |
| 7/20/2007 | Assignment Recorded | | $9.00 |
| 8/22/2007 | Cost - Record Trustee's Deed | | $18.00 |
| 8/22/2007 | Sale Endorsement Received | | $25.00 |
| | | TOTAL EXPENSES: | $1,747.83 |

PLEASE PAY AMOUNT DUE:      $2,347.83

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0082859
Invoice Date:  1/25/2008

Attention:                                                                 7983.20388

Loan No: 1000907602                    Type:  Non-Jud Foreclosure/ CONV
Borrower 

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/25/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 2/26/2007 | Date Notice of Default Recorded | | $12.00 |
| 2/28/2007 | 10 Day Mailings Sent | | $14.66 |
| 3/14/2007 | Date Trustee Sale Guarantee Received | | $732.60 |
| 3/19/2007 | Date Notice of Default Recorded | | $12.00 |
| 3/21/2007 | 10 Day Mailings Sent | | $65.00 |
| 4/11/2007 | 1 Month Mailings Sent | | $45.50 |
| 6/28/2007 | Title Cost Endorsement | | $50.00 |
| 6/29/2007 | Date Notice of Sale Posted | | $120.00 |
| 6/29/2007 | Date Publication Commenced (1st Pub) | | $648.13 |
| 6/29/2007 | Date Notice of Sale Mailed | | $66.69 |
| 7/3/2007 | Assignment Recorded | | $9.00 |
| 7/3/2007 | SOT/Appointment Recorded | | $12.00 |
| 7/10/2007 | Date Notice of Sale Recorded | | $9.00 |
| 10/16/2007 | Title Cost Endorsement | | $25.00 |
| 10/16/2007 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,836.58 |

PLEASE PAY AMOUNT DUE:        $2,436.58

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing          Invoice No:  FTS0082974
4600 Regent Blvd., Suite 200              Invoice Date:  1/25/2008
Irving,  TX   75063

Attention:                                                7983.20558

Loan No: 1001234613                 Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|---|---|---|
| 1/25/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 4/26/2007 | Date Notice of Default Recorded | $12.00 |
| 4/28/2007 | 10 Day Mailings Sent | $19.50 |
| 5/15/2007 | Date Trustee Sale Guarantee Received | $335.00 |
| 5/16/2007 | 1 Month Mailings Sent | $14.18 |
| 7/11/2007 | Publication Endorsement Received | $50.00 |
| 7/27/2007 | Date Notice of Sale Posted | $120.00 |
| 7/27/2007 | Date Publication Commenced (1st Pub) | $365.00 |
| 7/27/2007 | Date Notice of Sale Mailed | $37.05 |
| 7/31/2007 | Date Notice of Sale Recorded | $9.00 |
| 7/31/2007 | Assignment Recorded | $9.00 |
| 7/31/2007 | SOT/Appointment Recorded | $12.00 |
| 8/23/2007 | Title Cost Endorsement | $25.00 |
| 8/23/2007 | Cost - Record Trustee's Deed | $18.00 |
| | TOTAL EXPENSES: | $1,025.73 |

PLEASE PAY AMOUNT DUE:     $1,625.73

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0082844
Invoice Date:  1/25/2008

Attention:                                                                      7983.20559

Loan No: 1000760159                          Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | Amount |
|---|---|---|
| 1/25/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 4/26/2007 | Date Notice of Default Recorded | $12.00 |
| 5/1/2007 | 10 Day Mailings Sent | $13.00 |
| 5/15/2007 | Date Trustee Sale Guarantee Received | $462.00 |
| 5/22/2007 | 1 Month Mailings Sent | $35.45 |
| 7/11/2007 | Publication Endorsement Received | $50.00 |
| 7/27/2007 | Date Publication Commenced (1st Pub) | $390.20 |
| 7/27/2007 | Date Notice of Sale Posted | $120.00 |
| 7/27/2007 | Date Notice of Sale Mailed | $81.51 |
| 7/31/2007 | Assignment Recorded | $9.00 |
| 7/31/2007 | Date Notice of Sale Recorded | $7.00 |
| 7/31/2007 | SOT/Appointment Recorded | $10.00 |
| 8/23/2007 | Cost - Record Trustee's Deed | $18.00 |
| 8/23/2007 | Sale Endorsement Received | $25.00 |
| | TOTAL EXPENSES: | $1,233.16 |

PLEASE PAY AMOUNT DUE:     $1,833.16

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0082860
Invoice Date:  1/25/2008

Attention:

7983.20560

Loan No: 1001163907
Borrower:

Type:  Non-Jud Foreclosure/CONV

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/25/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 4/30/2007 | Date Notice of Default Recorded | | $9.00 |
| 5/1/2007 | 10 Day Mailings Sent | | $6.50 |
| 5/16/2007 | Date Trustee Sale Guarantee Received | | $759.60 |
| 5/17/2007 | 1 Month Mailings Sent | | $28.36 |
| 7/28/2007 | Title Cost Endorsement | | $50.00 |
| 7/31/2007 | Date Notice of Sale Mailed | | $44.46 |
| 8/3/2007 | Date Publication Commenced (1st Pub) | | $375.00 |
| 8/3/2007 | Date Notice of Sale Posted | | $120.00 |
| 8/13/2007 | Assignment Recorded | | $15.00 |
| 8/13/2007 | Date Notice of Sale Recorded | | $6.00 |
| 8/13/2007 | SOT/Appointment Recorded | | $9.00 |
| 8/27/2007 | Title Cost Endorsement | | $25.00 |
| 8/27/2007 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,462.92 |
| | | PLEASE PAY AMOUNT DUE: | $2,062.92 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0082861
Invoice Date:  1/25/2008

Attention:                                                           7983.20567

Loan No: 1001054817                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ███████████████

████████████████

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/25/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 5/2/2007 | Date Notice of Default Recorded | $12.00 |
| 5/7/2007 | 10 Day Mailings Sent | $13.00 |
| 5/22/2007 | Date Trustee Sale Guarantee Received | $754.00 |
| 8/2/2007 | Publication Endorsement Received | $50.00 |
| 8/3/2007 | Date Publication Commenced (1st Pub) | $592.27 |
| 8/3/2007 | Date Notice of Sale Posted | $120.00 |
| 8/3/2007 | Date Notice of Sale Mailed | $14.82 |
| 8/7/2007 | Assignment Recorded | $9.00 |
| 8/7/2007 | SOT/Appointment Recorded | $10.00 |
| 8/7/2007 | Date Notice of Sale Recorded | $7.00 |
| 8/23/2007 | Cost - Record Trustee's Deed | $18.00 |
| 8/23/2007 | Title Cost Endorsement | $25.00 |
| | **TOTAL EXPENSES:** | $1,625.09 |

PLEASE PAY AMOUNT DUE:     $2,225.09

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0082845

4600 Regent Blvd., Suite 200

Invoice Date:  1/25/2008

Irving,  TX    75063

Attention:

7983.20571

Loan No: 1001319876

Type:  Non-Jud Foreclosure/CONV

Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/25/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/2/2007 | Date Notice of Default Recorded | | $12.00 |
| 5/4/2007 | 10 Day Mailings Sent | | $6.50 |
| 5/23/2007 | Date Trustee Sale Guarantee Received | | $745.00 |
| 5/24/2007 | 1 Month Mailings Sent | | $28.36 |
| 8/2/2007 | Title Cost Endorsement | | $50.00 |
| 8/3/2007 | Date Publication Commenced (1st Pub) | | $355.00 |
| 8/3/2007 | Date Notice of Sale Posted | | $120.00 |
| 8/4/2007 | Date Notice of Sale Mailed | | $37.05 |
| 8/8/2007 | Assignment Recorded | | $9.00 |
| 8/8/2007 | SOT/Appointment Recorded | | $12.00 |
| 8/8/2007 | Date Notice of Sale Recorded | | $9.00 |
| 8/24/2007 | Title Cost Endorsement | | $25.00 |
| 8/24/2007 | Cost - Record Trustee's Deed | | $21.00 |
| | | TOTAL EXPENSES: | $1,429.91 |

PLEASE PAY AMOUNT DUE:    $2,029.91

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:  FTS0082862
4600 Regent Blvd., Suite 200                         Invoice Date:  1/25/2008
Irving,  TX  75063

Attention:                                                          7983.20573

Loan No: 1000691490                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/25/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/2/2007 | Date Notice of Default Recorded | | $12.00 |
| 5/7/2007 | 10 Day Mailings Sent | | $13.00 |
| 5/22/2007 | Date Trustee Sale Guarantee Received | | $225.00 |
| 5/23/2007 | 1 Month Mailings Sent | | $28.36 |
| 8/1/2007 | Title Cost Endorsement | | $50.00 |
| 8/3/2007 | Date Publication Commenced (1st Pub) | | $380.00 |
| 8/3/2007 | Date Notice of Sale Posted | | $120.00 |
| 8/3/2007 | Date Notice of Sale Mailed | | $51.87 |
| 8/8/2007 | Assignment Recorded | | $9.00 |
| 8/8/2007 | SOT/Appointment Recorded | | $10.00 |
| 8/8/2007 | Date Notice of Sale Recorded | | $7.00 |
| 8/23/2007 | Title Cost Endorsement | | $25.00 |
| 8/24/2007 | Cost - Record Trustee's Deed | | $18.00 |
| | | TOTAL EXPENSES: | $949.23 |

PLEASE PAY AMOUNT DUE:    $1,549.23

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0082863
Invoice Date:  1/25/2008

Attention:                                                                    7983.20574

Loan No: 1001286690                         Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/25/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 5/2/2007 | Date Notice of Default Recorded | $12.00 |
| 5/4/2007 | 10 Day Mailings Sent | $6.50 |
| 5/23/2007 | Date Trustee Sale Guarantee Received | $745.00 |
| 5/24/2007 | 1 Month Mailings Sent | $35.45 |
| 8/2/2007 | Publication Endorsement Received | $50.00 |
| 8/3/2007 | Date Publication Commenced (1st Pub) | $425.75 |
| 8/3/2007 | Date Notice of Sale Mailed | $43.98 |
| 8/3/2007 | Date Notice of Sale Posted | $120.00 |
| 8/9/2007 | Assignment Recorded | $15.00 |
| 8/9/2007 | Date Notice of Sale Recorded | $9.00 |
| 8/9/2007 | SOT/Appointment Recorded | $12.00 |
| 8/23/2007 | Title Cost Endorsement | $25.00 |
| 8/23/2007 | Cost - Record Trustee's Deed | $18.00 |
| | TOTAL EXPENSES: | $1,517.68 |

PLEASE PAY AMOUNT DUE:     $2,117.68

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX    75063

Invoice No:    FTS0082846
Invoice Date:    1/25/2008

Attention:                                                    7983.20578

Loan No: 1001265600                          Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/25/2008 | Trustee Fee | $300.00 |
| | **TOTAL FEES:** | $300.00 |
| 5/23/2007 | 1 Month Mailings Sent | $49.63 |
| 8/2/2007 | Title Cost Endorsement | $50.00 |
| 8/4/2007 | Date Notice of Sale Posted | $120.00 |
| 8/4/2007 | Date Publication Commenced (1st Pub) | $240.00 |
| 8/4/2007 | Date Notice of Sale Mailed | $81.51 |
| 8/10/2007 | Assignment Recorded | $15.00 |
| 8/10/2007 | SOT/Appointment Recorded | $10.00 |
| 8/10/2007 | Date Notice of Sale Recorded | $7.00 |
| 8/24/2007 | Title Cost Endorsement | $25.00 |
| 8/24/2007 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $613.14 |
| | **PLEASE PAY AMOUNT DUE:** | $913.14 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0082864
Invoice Date:  1/25/2008

Attention:

7983.20590

Loan No: 1000679793
Borrower:

Type:  Non-Jud Foreclosure/CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/25/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 5/3/2007 | Date Notice of Default Recorded | $12.00 |
| 5/7/2007 | Date Trustee Sale Guarantee Received | $420.00 |
| 5/7/2007 | 10 Day Mailings Sent | $13.00 |
| 5/8/2007 | 1 Month Mailings Sent | $26.00 |
| 8/7/2007 | Title Cost Endorsement | $50.00 |
| 8/8/2007 | Date Notice of Sale Mailed | $44.46 |
| 8/9/2007 | Date Notice of Sale Posted | $120.00 |
| 8/10/2007 | Date Publication Commenced (1st Pub) | $511.28 |
| 8/14/2007 | Assignment Recorded | $15.00 |
| 8/14/2007 | SOT/Appointment Recorded | $12.00 |
| 8/14/2007 | Date Notice of Sale Recorded | $12.00 |
| 8/30/2007 | Title Cost Endorsement | $25.00 |
| 8/30/2007 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,275.74 |

PLEASE PAY AMOUNT DUE:   $1,875.74

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:   FTS0082847

Invoice Date:  1/25/2008

Attention:                                                                        7983.20592

Loan No: 1000953830                            Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/25/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 5/3/2007 | Date Notice of Default Recorded | $12.00 |
| 5/7/2007 | 10 Day Mailings Sent | $13.00 |
| 5/22/2007 | Date Trustee Sale Guarantee Received | $631.20 |
| 5/23/2007 | 1 Month Mailings Sent | $35.45 |
| 8/2/2007 | Title Cost Endorsement | $50.00 |
| 8/3/2007 | Date Notice of Sale Mailed | $51.87 |
| 8/4/2007 | Date Publication Commenced (1st Pub) | $380.00 |
| 8/4/2007 | Date Notice of Sale Posted | $120.00 |
| 8/7/2007 | Assignment Recorded | $9.00 |
| 8/7/2007 | Date Notice of Sale Recorded | $7.00 |
| 8/7/2007 | SOT/Appointment Recorded | $10.00 |
| 8/24/2007 | Title Cost Endorsement | $25.00 |
| 8/24/2007 | Cost - Record Trustee's Deed | $18.00 |
| | **TOTAL EXPENSES:** | $1,362.52 |

PLEASE PAY AMOUNT DUE:      $1,962.52

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0082865
Invoice Date:  1/25/2008

Attention:                                                              7983.20603

Loan No: 1000887235                          Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/25/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 5/3/2007 | Date Notice of Default Recorded | $11.00 |
| 5/7/2007 | 10 Day Mailings Sent | $13.00 |
| 5/21/2007 | Date Trustee Sale Guarantee Received | $645.00 |
| 5/22/2007 | 1 Month Mailings Sent | $7.09 |
| 8/8/2007 | Title Cost Endorsement | $50.00 |
| 8/8/2007 | Date Notice of Sale Posted | $120.00 |
| 8/8/2007 | Date Notice of Sale Mailed | $22.23 |
| 8/9/2007 | Date Publication Commenced (1st Pub) | $264.00 |
| 8/10/2007 | Assignment Recorded | $10.00 |
| 8/10/2007 | SOT/Appointment Recorded | $13.00 |
| 8/10/2007 | Date Notice of Sale Recorded | $10.00 |
| 8/10/2007 | Assignment Recorded | $12.00 |
| 8/29/2007 | Title Cost Endorsement | $25.00 |
| 8/29/2007 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,217.32 |

PLEASE PAY AMOUNT DUE:     $1,817.32

Page 1