**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:   FTS0082848

Invoice Date:  1/25/2008

Attention:                                                                          7983.20625

Loan No: 1001244485                          Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/25/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/8/2007 | Date Notice of Default Recorded | | $11.00 |
| 5/11/2007 | 10 Day Mailings Sent | | $13.00 |
| 5/25/2007 | Date Trustee Sale Guarantee Received | | $415.00 |
| 5/26/2007 | 1 Month Mailings Sent | | $35.45 |
| 8/7/2007 | Title Cost Endorsement | | $50.00 |
| 8/9/2007 | Date Notice of Sale Posted | | $120.00 |
| 8/9/2007 | Date Publication Commenced (1st Pub) | | $351.80 |
| 8/9/2007 | Date Notice of Sale Mailed | | $59.28 |
| 8/13/2007 | SOT/Appointment Recorded | | $12.00 |
| 8/13/2007 | Assignment Recorded | | $9.00 |
| 8/13/2007 | Date Notice of Sale Recorded | | $8.00 |
| 8/29/2007 | Title Cost Endorsement | | $25.00 |
| 8/29/2007 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,124.53 |

PLEASE PAY AMOUNT DUE:      $1,724.53

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX    75063

Invoice No:   FTS0082849

Invoice Date:  1/25/2008

Attention:

7983.20630

Loan No: 1001345136

Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|---|---|---|
| 1/25/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 5/4/2007 | Date Notice of Default Recorded | $12.00 |
| 5/8/2007 | 10 Day Mailings Sent | $19.50 |
| 5/24/2007 | Date Trustee Sale Guarantee Received | $1,061.00 |
| 5/25/2007 | 1 Month Mailings Sent | $35.45 |
| 8/3/2007 | Title Cost Endorsement | $50.00 |
| 8/4/2007 | Date Notice of Sale Mailed | $51.87 |
| 8/9/2007 | Date Notice of Sale Posted | $120.00 |
| 8/9/2007 | Date Publication Commenced (1st Pub) | $475.00 |
| 8/13/2007 | SOT/Appointment Recorded | $15.00 |
| 8/13/2007 | Date Notice of Sale Recorded | $9.00 |
| 8/13/2007 | Assignment Recorded | $15.00 |
| 8/28/2007 | Title Cost Endorsement | $25.00 |
| 8/31/2007 | Title Cost Endorsement | $25.00 |
| 9/13/2007 | Title Cost Endorsement | $25.00 |
| 1/25/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,953.82 |

PLEASE PAY AMOUNT DUE:        $2,553.82

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0082866

Invoice Date:  1/25/2008

Attention:                                                              7983.20632

Loan No: 1000705976                      Type:  Non-Jud Foreclosure/ CONV

Borrower: 

| Date | Item Description | Amount |
|---|---|---|
| 1/25/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 5/4/2007 | Date Notice of Default Recorded | $12.00 |
| 5/8/2007 | 10 Day Mailings Sent | $19.50 |
| 5/29/2007 | Date Trustee Sale Guarantee Received | $547.80 |
| 5/30/2007 | 1 Month Mailings Sent | $77.99 |
| 8/3/2007 | Publication Endorsement Received | $50.00 |
| 8/4/2007 | Date Notice of Sale Mailed | $96.33 |
| 8/7/2007 | Date Publication Commenced (1st Pub) | $240.00 |
| 8/7/2007 | Date Notice of Sale Posted | $120.00 |
| 8/8/2007 | Assignment Recorded | $9.00 |
| 8/8/2007 | SOT/Appointment Recorded | $10.00 |
| 8/8/2007 | Date Notice of Sale Recorded | $7.00 |
| 8/27/2007 | Title Cost Endorsement | $25.00 |
| 8/27/2007 | Cost - Record Trustee's Deed | $18.00 |
| | TOTAL EXPENSES: | $1,232.62 |

PLEASE PAY AMOUNT DUE:      $1,832.62

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0082867
Invoice Date:   1/25/2008

Attention:

7983.20637

Loan No: 1001304387
Borrower:

Type:   Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/25/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 5/4/2007 | Date Notice of Default Recorded | $12.00 |
| 5/8/2007 | 10 Day Mailings Sent | $6.50 |
| 5/24/2007 | Date Trustee Sale Guarantee Received | $600.00 |
| 5/25/2007 | 1 Month Mailings Sent | $21.27 |
| 8/3/2007 | Title Cost Endorsement | $50.00 |
| 8/4/2007 | Date Notice of Sale Mailed | $37.05 |
| 8/6/2007 | Assignment Recorded | $15.00 |
| 8/6/2007 | Date Publication Commenced (1st Pub) | $355.00 |
| 8/6/2007 | Date Notice of Sale Posted | $120.00 |
| 8/9/2007 | SOT/Appointment Recorded | $12.00 |
| 8/9/2007 | Date Notice of Sale Recorded | $9.00 |
| 8/27/2007 | Title Cost Endorsement | $25.00 |
| 1/25/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,277.82 |

PLEASE PAY AMOUNT DUE:   $1,877.82

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0082850
Invoice Date:  1/25/2008

Attention:                                                          7983.20660

Loan No: 1001204938                    Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/25/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 5/4/2007 | Date Notice of Default Recorded | | $10.00 |
| 5/8/2007 | 10 Day Mailings Sent | | $6.50 |
| 5/25/2007 | Date Trustee Sale Guarantee Received | | $745.00 |
| 5/26/2007 | 1 Month Mailings Sent | | $14.18 |
| 8/29/2007 | Publication Endorsement Received | | $50.00 |
| 11/30/2007 | Title Cost Endorsement | | $25.00 |
| 12/4/2007 | Date Notice of Sale Mailed | | $22.23 |
| 12/5/2007 | Date Notice of Sale Posted | | $240.00 |
| 12/5/2007 | Date Publication Commenced (1st Pub) | | $587.33 |
| 12/10/2007 | Date Notice of Sale Recorded | | $12.00 |
| 12/10/2007 | SOT/Appointment Recorded | | $12.00 |
| 1/4/2008 | Title Cost Endorsement | | $25.00 |
| 1/8/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 1/20/2008 | Assignment Recorded | | $12.00 |
| | | TOTAL EXPENSES: | $1,776.24 |

PLEASE PAY AMOUNT DUE:          $2,376.24

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0082967
Invoice Date:  1/25/2008

Attention:

7983.20857

Loan No: 1000833704
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|---|---|---|
| 1/25/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 7/3/2007 | Date Notice of Default Recorded | $12.00 |
| 7/6/2007 | Date Trustee Sale Guarantee Received | $917.00 |
| 7/6/2007 | 10 Day Mailings Sent | $14.18 |
| 7/7/2007 | 1 Month Mailings Sent | $28.36 |
| 9/29/2007 | Title Cost Endorsement | $50.00 |
| 10/16/2007 | Date Notice of Sale Mailed | $51.87 |
| 10/17/2007 | Date Publication Commenced (1st Pub) | $270.00 |
| 10/17/2007 | Date Notice of Sale Posted | $120.00 |
| 10/18/2007 | Assignment Recorded | $12.00 |
| 10/18/2007 | Date Notice of Sale Recorded | $7.00 |
| 10/18/2007 | SOT/Appointment Recorded | $10.00 |
| 11/6/2007 | Title Cost Endorsement | $25.00 |
| 1/4/2008 | Cost - Record Trustee's Deed | $15.00 |
| 1/4/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,557.41 |

PLEASE PAY AMOUNT DUE:     $2,157.41

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0082851
Invoice Date:  1/25/2008

Attention:

7983.20985

Loan No: 1001380483
Borrower:

Type:  Non-Jud Foreclosure/CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/25/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 7/25/2007 | Date Notice of Default Recorded | $12.00 |
| 7/29/2007 | 10 Day Mailings Sent | $14.18 |
| 8/14/2007 | Date Trustee Sale Guarantee Received | $1,067.00 |
| 8/15/2007 | 1 Month Mailings Sent | $14.18 |
| 11/7/2007 | Title Cost Endorsement | $50.00 |
| 11/15/2007 | Date Notice of Sale Posted | $120.00 |
| 11/15/2007 | Date Notice of Sale Mailed | $51.87 |
| 11/16/2007 | Date Notice of Sale Recorded | $7.00 |
| 11/16/2007 | Assignment Recorded | $9.00 |
| 11/16/2007 | Date Publication Commenced (1st Pub) | $326.00 |
| 11/16/2007 | SOT/Appointment Recorded | $10.00 |
| 12/11/2007 | Title Cost Endorsement | $25.00 |
| 12/21/2007 | Title Cost Endorsement | $25.00 |
| 1/4/2008 | Title Cost Endorsement | $25.00 |
| 1/4/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,771.23 |

PLEASE PAY AMOUNT DUE:      $2,371.23

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                Invoice No: FTS0082852
4600 Regent Blvd., Suite 200                    Invoice Date: 1/25/2008
Irving, TX 75063

Attention:                                              7983.21059

Loan No: 1001101332                  Type: Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/25/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 7/27/2007 | Date Notice of Default Recorded | $15.00 |
| 7/31/2007 | Date Trustee Sale Guarantee Received | $1,163.00 |
| 8/1/2007 | 10 Day Mailings Sent | $35.45 |
| 11/8/2007 | Publication Endorsement Received | $50.00 |
| 11/20/2007 | Date Notice of Sale Mailed | $103.74 |
| 11/21/2007 | Date Notice of Sale Posted | $120.00 |
| 11/21/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 11/27/2007 | Date Notice of Sale Recorded | $40.00 |
| 11/27/2007 | SOT/Appointment Recorded | $15.00 |
| 12/11/2007 | Sale Endorsement Received | $25.00 |
| 1/25/2008 | Assignment Recording | $15.00 |
| 1/25/2008 | Date Transfer Tax Advanxced | $1,325.49 |
| 1/25/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $3,242.68 |

PLEASE PAY AMOUNT DUE:        $3,842.68

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0082868

Invoice Date:  1/25/2008

Attention:

7983.21087

Loan No: 1001028688 

Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 11/7/2007 | Publication Endorsement Received | $50.00 |
| 12/12/2007 | Date Notice of Sale Mailed | $51.87 |
| 12/13/2007 | Date Publication Commenced (1st Pub) | $463.08 |
| 12/13/2007 | Date Notice of Sale Posted | $120.00 |
| 12/17/2007 | Date Notice of Sale Recorded | $12.00 |
| 12/17/2007 | SOT/Appointment Recorded | $12.00 |
| 1/4/2008 | Title Cost Endorsement | $25.00 |
| 1/4/2008 | Cost - Record Trustee's Deed | $21.00 |
| | TOTAL EXPENSES: | $754.95 |

PLEASE PAY AMOUNT DUE:    $754.95

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0082995

4600 Regent Blvd., Suite 200

Invoice Date:  1/25/2008

Irving, TX   75063

Attention:                                                              7983.21136

Loan No: 1001608836

Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/25/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/14/2007 | Date Notice of Default Recorded | $11.00 |
| 9/19/2007 | 10 Day Mailings Sent | $7.09 |
| 10/1/2007 | Date Trustee Sale Guarantee Received | $845.00 |
| 10/2/2007 | 1 Month Mailings Sent | $7.09 |
| 12/14/2007 | Publication Endorsement Received | $50.00 |
| 12/28/2007 | Date Notice of Sale Mailed | $14.82 |
| 1/2/2008 | Date Publication Commenced (1st Pub) | $475.00 |
| 1/2/2008 | Date Notice of Sale Posted | $120.00 |
| 1/7/2008 | Assignment Recorded | $9.00 |
| 1/7/2008 | Date Notice of Sale Recorded | $9.00 |
| 1/7/2008 | SOT/Appointment Recorded | $12.00 |
| 1/22/2008 | Sale Endorsement Received | $25.00 |
| 1/22/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,600.00 |

PLEASE PAY AMOUNT DUE:      $2,200.00

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                          Invoice No:  FTS0082996
4600 Regent Blvd., Suite 200                              Invoice Date:  1/25/2008
Irving,  TX   75063

Attention:                                                         7983.21138

Loan No: 1001334646                           Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/25/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | $14.18 |
| 10/5/2007 | Date Trustee Sale Guarantee Received | $700.00 |
| 10/14/2007 | 1 Month Mailings Sent | $49.00 |
| 12/31/2007 | Publication Endorsement Received | $50.00 |
| 12/31/2007 | Date Notice of Sale Mailed | $66.69 |
| 1/4/2008 | Date Publication Commenced (1st Pub) | $500.00 |
| 1/4/2008 | Date Notice of Sale Posted | $120.00 |
| 1/9/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/9/2008 | SOT/Appointment Recorded | $10.00 |
| 1/24/2008 | Title Cost Endorsement | $25.00 |
| 1/24/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,568.87 |

PLEASE PAY AMOUNT DUE:    $2,168.87

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0082997
Invoice Date:  1/25/2008

Attention:                                                           7983.21141

Loan No: 1001455867                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------:|------------------|--|-------:|
| 1/25/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | | $10.00 |
| 9/17/2007 | Publication Endorsement Received | | $50.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $21.27 |
| 10/1/2007 | Date Trustee Sale Guarantee Received | | $675.00 |
| 12/28/2007 | Date Notice of Sale Mailed | | $14.82 |
| 12/31/2007 | Date Publication Commenced (1st Pub) | | $343.26 |
| 1/2/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/7/2008 | Date Notice of Sale Recorded | | $7.00 |
| 1/7/2008 | Assignment Recorded | | $7.00 |
| 1/7/2008 | SOT/Appointment Recorded | | $10.00 |
| 1/22/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 1/22/2008 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $1,298.35 |

PLEASE PAY AMOUNT DUE:     $1,898.35

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing          Invoice No:  FTS0082998
4600 Regent Blvd., Suite 200               Invoice Date:  1/25/2008
Irving,  TX   75063

Attention:                                                    7983.21158

Loan No: 1001286330                 Type:  Non-Jud Foreclosure/ CONV
Borrower

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/25/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/14/2007 | Date Notice of Default Recorded | $10.00 |
| 9/19/2007 | 10 Day Mailings Sent | $14.18 |
| 10/1/2007 | 1 Month Mailings Sent | $7.08 |
| 10/1/2007 | Date Trustee Sale Guarantee Received | $765.00 |
| 12/27/2007 | Publication Endorsement Received | $50.00 |
| 12/28/2007 | Date Notice of Sale Mailed | $14.82 |
| 1/2/2008 | Date Publication Commenced (1st Pub) | $482.52 |
| 1/2/2008 | Date Notice of Sale Posted | $120.00 |
| 1/7/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/7/2008 | Assignment Recorded | $7.00 |
| 1/7/2008 | SOT/Appointment Recorded | $10.00 |
| 1/22/2008 | Title Cost Endorsement | $25.00 |
| 1/22/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,527.60 |

PLEASE PAY AMOUNT DUE:    $2,127.60

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing    Invoice No:  FTS0082999
4600 Regent Blvd., Suite 200      Invoice Date:  1/25/2008
Irving,  TX   75063

Attention:               7983.21159

Loan No:  1001287118     Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/25/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/14/2007 | Date Notice of Default Recorded | | $10.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $28.36 |
| 10/1/2007 | Date Trustee Sale Guarantee Received | | $675.00 |
| 12/13/2007 | Publication Endorsement Received | | $50.00 |
| 12/28/2007 | Date Notice of Sale Mailed | | $29.64 |
| 1/2/2008 | Date Publication Commenced (1st Pub) | | $367.21 |
| 1/2/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/7/2008 | Assignment Recorded | | $7.00 |
| 1/7/2008 | Date Notice of Sale Recorded | | $7.00 |
| 1/7/2008 | SOT/Appointment Recorded | | $10.00 |
| 1/22/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 1/22/2008 | Sale Endorsement Received | | $25.00 |
| | | TOTAL EXPENSES: | $1,344.21 |

PLEASE PAY AMOUNT DUE:  $1,944.21

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0083000
Invoice Date:  1/25/2008

Attention:

7983.21191

Loan No: 1001294472
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/25/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 9/13/2007 | Date Notice of Default Recorded | $12.00 |
| 9/18/2007 | 10 Day Mailings Sent | $7.09 |
| 9/21/2007 | Date Trustee Sale Guarantee Received | $650.00 |
| 12/14/2007 | Publication Endorsement Received | $50.00 |
| 12/31/2007 | Date Notice of Sale Mailed | $14.08 |
| 1/2/2008 | Date Publication Commenced (1st Pub) | $355.00 |
| 1/2/2008 | Date Notice of Sale Posted | $120.00 |
| 1/4/2008 | Date Notice of Sale Recorded | $11.00 |
| 1/4/2008 | SOT/Appointment Recorded | $14.00 |
| 1/22/2008 | Title Cost Endorsement | $25.00 |
| 1/22/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,273.17 |

PLEASE PAY AMOUNT DUE:     $1,873.17

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0083001
Invoice Date:  1/25/2008

Attention:                                                                 7983.21196

Loan No: 1001552776                        Type:  Non-Jud Foreclosure/ CONV
Borrower: ████████████████

| Date | Item Description | Amount |
|---|---|---|
| 1/25/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/14/2007 | Date Notice of Default Recorded | $12.00 |
| 9/20/2007 | 10 Day Mailings Sent | $7.09 |
| 10/2/2007 | Date Trustee Sale Guarantee Received | $600.00 |
| 12/28/2007 | Publication Endorsement Received | $50.00 |
| 12/31/2007 | Date Notice of Sale Mailed | $7.35 |
| 1/2/2008 | Date Notice of Sale Posted | $120.00 |
| 1/2/2008 | Date Publication Commenced (1st Pub) | $380.76 |
| 1/4/2008 | Assignment Recorded | $9.00 |
| 1/4/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/4/2008 | SOT/Appointment Recorded | $10.00 |
| 1/23/2008 | Cost - Record Trustee's Deed | $15.00 |
| 1/23/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,243.20 |

PLEASE PAY AMOUNT DUE:     $1,843.20

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0083002

Invoice Date:  1/25/2008

Attention:                                                             7983.21205

Loan No: 1001685586

Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/25/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/14/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/20/2007 | 10 Day Mailings Sent | | $7.09 |
| 10/1/2007 | Date Trustee Sale Guarantee Received | | $725.00 |
| 12/28/2007 | Publication Endorsement Received | | $50.00 |
| 12/31/2007 | Date Notice of Sale Mailed | | $7.35 |
| 1/2/2008 | Date Publication Commenced (1st Pub) | | $380.76 |
| 1/2/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/4/2008 | Assignment Recorded | | $9.00 |
| 1/4/2008 | Date Notice of Sale Recorded | | $7.00 |
| 1/4/2008 | SOT/Appointment Recorded | | $10.00 |
| 1/22/2008 | Title Cost Endorsement | | $25.00 |
| 1/23/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,368.20 |

PLEASE PAY AMOUNT DUE:     $1,968.20

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                     Invoice No:  FTS0083003
4600 Regent Blvd., Suite 200                         Invoice Date:  1/25/2008
Irving,  TX   75063

Attention:                                                    7983.21210

Loan No: 1001714378                   Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/25/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/14/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $14.18 |
| 9/25/2007 | Date Trustee Sale Guarantee Received | | $675.00 |
| 12/14/2007 | Publication Endorsement Received | | $50.00 |
| 12/31/2007 | Date Notice of Sale Mailed | | $21.11 |
| 1/2/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/2/2008 | Date Publication Commenced (1st Pub) | | $411.00 |
| 1/7/2008 | Assignment Recorded | | $11.00 |
| 1/7/2008 | Date Notice of Sale Recorded | | $11.00 |
| 1/7/2008 | SOT/Appointment Recorded | | $14.00 |
| 1/22/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 1/22/2008 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $1,379.29 |

PLEASE PAY AMOUNT DUE:      $1,979.29

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0083004

Invoice Date:  1/25/2008

Attention:                                                          7983.21213

Loan No: 1001532040                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 1/25/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | $12.00 |
| 9/20/2007 | 10 Day Mailings Sent | $14.18 |
| 10/2/2007 | Date Trustee Sale Guarantee Received | $745.00 |
| 10/3/2007 | 1 Month Mailings Sent | $14.18 |
| 12/28/2007 | Publication Endorsement Received | $50.00 |
| 12/31/2007 | Date Notice of Sale Mailed | $28.14 |
| 12/31/2007 | Date Notice of Sale Posted | $120.00 |
| 1/2/2008 | Date Publication Commenced (1st Pub) | $355.00 |
| 1/4/2008 | Date Notice of Sale Recorded | $11.00 |
| 1/4/2008 | SOT/Appointment Recorded | $14.00 |
| 1/4/2008 | Assignment Recorded | $11.00 |
| 1/22/2008 | Cost - Record Trustee's Deed | $15.00 |
| 1/22/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,414.50 |

PLEASE PAY AMOUNT DUE:    $2,014.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:   FTS0082891

Invoice Date:  1/25/2008

Attention:

7983.21240

Loan No: 1001570387

Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/25/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/14/2007 | Date Notice of Default Recorded | | $13.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $7.09 |
| 10/2/2007 | Date Trustee Sale Guarantee Received | | $600.00 |
| 12/14/2007 | Title Cost Endorsement | | $50.00 |
| 1/4/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/4/2008 | Date Publication Commenced (1st Pub) | | $520.00 |
| 1/4/2008 | Date Notice of Sale Mailed | | $7.41 |
| 1/10/2008 | Assignment Recorded | | $13.00 |
| 1/10/2008 | Date Notice of Sale Recorded | | $10.00 |
| 1/10/2008 | SOT/Appointment Recorded | | $16.00 |
| 1/24/2008 | Title Cost Endorsement | | $25.00 |
| 1/24/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,396.50 |

PLEASE PAY AMOUNT DUE:    $1,996.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0083005
Invoice Date:  1/25/2008

Attention:

7983.21248

Loan No: 1000838829
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/25/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | $12.00 |
| 9/18/2007 | 10 Day Mailings Sent | $28.36 |
| 9/21/2007 | Date Trustee Sale Guarantee Received | $390.00 |
| 9/22/2007 | 1 Month Mailings Sent | $7.09 |
| 12/13/2007 | Publication Endorsement Received | $50.00 |
| 12/31/2007 | Date Notice of Sale Mailed | $36.65 |
| 1/2/2008 | Date Publication Commenced (1st Pub) | $411.00 |
| 1/2/2008 | Date Notice of Sale Posted | $120.00 |
| 1/7/2008 | Date Notice of Sale Recorded | $11.00 |
| 1/7/2008 | Assignment Recorded | $11.00 |
| 1/7/2008 | SOT/Appointment Recorded | $14.00 |
| 1/22/2008 | Cost - Record Trustee's Deed | $15.00 |
| 1/22/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,131.10 |

PLEASE PAY AMOUNT DUE:     $1,731.10

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0083006
Invoice Date:  1/25/2008

Attention:                                                         7983.21272

Loan No: 1001597835                    Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/25/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/14/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/18/2007 | 10 Day Mailings Sent | | $7.09 |
| 9/21/2007 | Date Trustee Sale Guarantee Received | | $765.00 |
| 12/17/2007 | Publication Endorsement Received | | $50.00 |
| 12/28/2007 | Date Notice of Sale Mailed | | $7.41 |
| 1/3/2008 | Date Publication Commenced (1st Pub) | | $277.00 |
| 1/3/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/8/2008 | Assignment Recorded | | $9.00 |
| 1/8/2008 | Date Notice of Sale Recorded | | $9.00 |
| 1/8/2008 | SOT/Appointment Recorded | | $12.00 |
| 1/23/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 1/23/2008 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $1,308.50 |

PLEASE PAY AMOUNT DUE:     $1,908.50

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0083007

Invoice Date:  1/25/2008

Attention:                                                                                7983.21274

Loan No: 1001667331

Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|--|--------|
| 1/25/2008 | Trustee Fee | | $600.00 |
| | | **TOTAL FEES:** | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | | $9.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $785.00 |
| 10/7/2007 | 1 Month Mailings Sent | | $21.27 |
| 12/14/2007 | Title Cost Endorsement | | $50.00 |
| 12/28/2007 | Date Notice of Sale Mailed | | $29.64 |
| 1/3/2008 | SOT/Appointment Recorded | | $9.00 |
| 1/3/2008 | Date Publication Commenced (1st Pub) | | $372.99 |
| 1/3/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/3/2008 | Date Notice of Sale Recorded | | $6.00 |
| 1/23/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 1/23/2008 | Title Cost Endorsement | | $25.00 |
| 1/23/2008 | Assignment Recorded | | $15.00 |
| | | **TOTAL EXPENSES:** | $1,464.99 |

PLEASE PAY AMOUNT DUE:    $2,064.99

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0082975
Invoice Date:  1/25/2008

Attention:                                                         7983.21514

Loan No: 1001253770                    Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/25/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/24/2007 | Date Notice of Default Recorded | $15.00 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $510.00 |
| 9/28/2007 | 10 Day Mailings Sent | $28.36 |
| | TOTAL EXPENSES: | $553.36 |
| | | |
| | PLEASE PAY AMOUNT DUE: | $1,153.36 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:   FTS0082831
4600 Regent Blvd., Suite 200                        Invoice Date:  1/25/2008
Irving,  TX   75063

Attention:                                          7983.21536

Loan No: 1001038253                      Type:  Non-Jud Foreclosure/ CONV
Borrower

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 1/25/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/28/2007 | Date Notice of Default Recorded | | $12.00 |
| 10/2/2007 | 10 Day Mailings Sent | | $28.36 |
| 10/21/2007 | 1 Month Mailings Sent | | $49.63 |
| 10/22/2007 | Date Trustee Sale Guarantee Received | | $825.00 |
| | | TOTAL EXPENSES: | $914.99 |
| | | PLEASE PAY AMOUNT DUE: | $1,514.99 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0083154
Invoice Date:   1/28/2008

Attention:

7983.20722

Loan No: 1001208021
Borrower: 

Type:   Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/28/2008 | Trustee Fee - Reset | | $450.00 |
| | | TOTAL FEES: | $450.00 |
| | | | |
| 9/21/2007 | Notice of Default Recorded | | $31.00 |
| 9/26/2007 | Notice of Sale Served | | $77.50 |
| 9/26/2007 | Notice of Sale Mailed (statutory) | | $42.00 |
| 10/17/2007 | Courtesy Mailing / NTS | | $6.00 |
| 11/1/2007 | Publication Commenced | | $599.99 |
| 11/5/2007 | Courtesy Mailing / NTS | | $6.00 |
| 12/13/2007 | Affidavits Package Recorded | | $71.00 |
| 1/25/2008 | Cost - Record Trustee's Deed | | $32.00 |
| 1/25/2008 | Sale Completed/Read | | $100.00 |
| | | TOTAL EXPENSES: | $965.49 |

PLEASE PAY AMOUNT DUE:      $1,415.49

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0083035

Invoice Date:  1/28/2008

Attention:                                                                    7983.20870

Loan No: 1000499494                        Type:  Non-Jud Foreclosure/CONV

Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/17/2008 | Title Cost Endorsement | $25.00 |
| 1/25/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $40.00 |
| | PLEASE PAY AMOUNT DUE: | $40.00 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:   FTS0083036

Invoice Date:  1/28/2008

Attention:                                                                7983.21192

Loan No: 1001228314

Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|--|--------|
| 1/28/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/13/2007 | Date Notice of Default Recorded | | $13.00 |
| 9/18/2007 | 10 Day Mailings Sent | | $7.09 |
| 9/25/2007 | Date Trustee Sale Guarantee Received | | $845.00 |
| 9/26/2007 | 1 Month Mailings Sent | | $7.09 |
| 12/14/2007 | Publication Endorsement Received | | $50.00 |
| 12/22/2007 | Date Notice of Sale Mailed | | $14.82 |
| 12/28/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/28/2007 | Date Publication Commenced (1st Pub) | | $518.75 |
| 1/2/2008 | Date Notice of Sale Recorded | | $9.00 |
| 1/2/2008 | SOT/Appointment Recorded | | $10.00 |
| 1/2/2008 | Assignment Recorded | | $9.00 |
| 1/17/2008 | Title Cost Endorsement | | $25.00 |
| 1/25/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,643.75 |

PLEASE PAY AMOUNT DUE:       $2,243.75

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                     Invoice No:  FTS0083155
4600 Regent Blvd., Suite 200                         Invoice Date: 1/28/2008
Irving,  TX   75063

Attention:                                                  7983.21253

Loan No: 1001488536                     Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 9/14/2007 | Assignment Prepared | $50.00 |
| 1/28/2008 | Trustee Fee | $675.00 |
| | TOTAL FEES: | $725.00 |
| | | |
| 9/14/2007 | Notice of Default Mailed (statutory) | $12.00 |
| 9/15/2007 | Notice of Default Posted | $57.50 |
| 9/19/2007 | Trustee Sale Guarantee Received | $989.90 |
| 9/21/2007 | Appointment Recorded | $12.00 |
| 9/21/2007 | Assignment Recorded | $12.00 |
| 10/26/2007 | Notice of Trustee Sale Posted | $57.50 |
| 10/26/2007 | Notice of Trustee Sale Mailed (statutory) | $42.00 |
| 10/26/2007 | Notice of Trustee Sale Recorded | $43.00 |
| 11/5/2007 | Courtesy Mailing / NTS | $6.00 |
| 12/26/2007 | Publication Commenced | $298.90 |
| 1/25/2008 | Cost - Record Trustee's Deed | $53.00 |
| 1/25/2008 | Sale Completed/Read | $100.00 |
| | TOTAL EXPENSES: | $1,683.80 |

PLEASE PAY AMOUNT DUE:   $2,408.80

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0083156
Invoice Date:   1/28/2008

Attention:                                                          7983.21254

Loan No: 1000550456                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/28/2008 | Trustee Fee | $675.00 |
| | **TOTAL FEES:** | $675.00 |
| | | |
| 9/14/2007 | Notice of Default Posted | $57.50 |
| 9/14/2007 | Notice of Default Mailed (statutory) | $24.00 |
| 9/21/2007 | Trustee Sale Guarantee Received | $793.80 |
| 10/16/2007 | Appointment Recorded | $13.00 |
| 10/19/2007 | Notice of Trustee Sale Mailed (statutory) | $78.00 |
| 10/22/2007 | Notice of Trustee Sale Recorded | $44.00 |
| 10/23/2007 | Notice of Trustee Sale Posted | $57.50 |
| 12/19/2007 | Publication Commenced | $453.00 |
| 1/18/2008 | Postponement of Sale Read | $50.00 |
| 1/25/2008 | Pacer charges | $10.00 |
| 1/25/2008 | Sale Completed/Read | $100.00 |
| | **TOTAL EXPENSES:** | $1,680.80 |

PLEASE PAY AMOUNT DUE:       $2,355.80

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:   FTS0083160

4600 Regent Blvd., Suite 200

Invoice Date:  1/28/2008

Irving,  TX   75063

Attention:                                                    7983.21270

Loan No: 1001480718                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 9/14/2007 | Assignment Prepared | $50.00 |
| 1/28/2008 | Trustee Fee | $675.00 |
| | **TOTAL FEES:** | $725.00 |
| 9/19/2007 | Trustee Sale Guarantee Received | $795.00 |
| 9/21/2007 | Notice of Default Recorded | $36.00 |
| 9/21/2007 | Appointment Recorded | $31.00 |
| 9/21/2007 | Assignment Recorded | $31.00 |
| 9/26/2007 | Notice of Sale Mailed (statutory) | $48.00 |
| 9/29/2007 | Notice of Sale Served | $77.50 |
| 11/1/2007 | Publication Commenced | $565.11 |
| 11/5/2007 | Courtesy Mailing / NTS | $6.00 |
| 12/13/2007 | Affidavits Package Recorded | $76.00 |
| 1/25/2008 | Cost - Record Trustee's Deed | $36.00 |
| 1/25/2008 | Sale Completed/Read | $100.00 |
| | **TOTAL EXPENSES:** | $1,801.61 |

PLEASE PAY AMOUNT DUE:    $2,526.61

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing          Invoice No:  FTS0083047
4600 Regent Blvd., Suite 200              Invoice Date:  1/28/2008
Irving, TX   75063

Attention:                                              7983.21293

Loan No: 1000837052          Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/28/2008 | Trustee Fee | | $100.00 |
| | | TOTAL FEES: | $100.00 |
| | | | |
| 12/13/2007 | Publication Endorsement Received | | $50.00 |
| 1/7/2008 | Date Publication Commenced (1st Pub) | | $470.00 |
| 1/8/2008 | Date Notice of Sale Mailed | | $36.65 |
| 1/25/2008 | Date Notice of Sale Recorded | | $15.00 |
| 1/28/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/28/2008 | SOT/Appointment Recorded | | $15.00 |
| | | TOTAL EXPENSES: | $706.65 |

PLEASE PAY AMOUNT DUE:          $806.65

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0083048
Invoice Date:  1/28/2008

Attention:                                                      7983.21598

Loan No: 1001659822                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/28/2008 | Trustee Fee | $500.00 |
| | TOTAL FEES: | $500.00 |
| | | |
| 10/5/2007 | Date Notice of Default Recorded | $15.00 |
| 10/10/2007 | Date Trustee Sale Guarantee Received | $480.00 |
| 10/12/2007 | 10 Day Mailings Sent | $35.45 |
| 1/5/2008 | Date Notice of Sale Mailed | $29.64 |
| 1/7/2008 | Date Notice of Sale Posted | $120.00 |
| 1/7/2008 | Publication Endorsement Received | $50.00 |
| 1/7/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 1/10/2008 | Date Notice of Sale Recorded | $15.00 |
| 1/10/2008 | SOT/Appointment Recorded | $39.00 |
| 1/10/2008 | Assignment Recording | $39.00 |
| | TOTAL EXPENSES: | $1,143.09 |

PLEASE PAY AMOUNT DUE:    $1,643.09

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0083220

4600 Regent Blvd., Suite 200

Invoice Date:  1/29/2008

Irving, TX   75063

Attention:                                                                        7983.21193

Loan No: 1001225465                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 1/29/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/13/2007 | Date Notice of Default Recorded | | $13.00 |
| 9/18/2007 | 10 Day Mailings Sent | | $14.18 |
| 9/21/2007 | Date Trustee Sale Guarantee Received | | $785.00 |
| 9/22/2007 | 1 Month Mailings Sent | | $28.36 |
| 12/14/2007 | Title Cost Endorsement | | $50.00 |
| 12/26/2007 | Date Notice of Sale Mailed | | $66.69 |
| 12/28/2007 | Date Publication Commenced (1st Pub) | | $525.23 |
| 12/28/2007 | Date Notice of Sale Posted | | $120.00 |
| 1/4/2008 | SOT/Appointment Recorded | | $11.00 |
| 1/4/2008 | Date Notice of Sale Recorded | | $8.00 |
| 1/4/2008 | Assignment Recorded | | $10.00 |
| 1/17/2008 | Title Cost Endorsement | | $25.00 |
| 1/18/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 1/18/2008 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $1,696.46 |

PLEASE PAY AMOUNT DUE:     $2,296.46

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0083332
Invoice Date:   1/29/2008

Attention:                                                                      7983.21217

Loan No: 1001566449                          Type:   Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/29/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/28/2007 | 10 Day Mailings Sent | | $14.44 |
| 10/1/2007 | Date Trustee Sale Guarantee Received | | $650.00 |
| 12/14/2007 | Publication Endorsement Received | | $50.00 |
| 1/5/2008 | Date Notice of Sale Mailed | | $7.41 |
| 1/8/2008 | Date Publication Commenced (1st Pub) | | $510.95 |
| 1/8/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/9/2008 | Assignment Recorded | | $9.00 |
| 1/9/2008 | Date Notice of Sale Recorded | | $7.00 |
| 1/9/2008 | SOT/Appointment Recorded | | $10.00 |
| 1/28/2008 | Title Cost Endorsement | | $25.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,430.80 |

PLEASE PAY AMOUNT DUE:     $2,030.80

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0083333
Invoice Date:  1/29/2008

Attention:

7983.21242

Loan No: 1001531353
Borrower

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/29/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/17/2007 | Date Notice of Default Recorded | $15.00 |
| 9/21/2007 | 10 Day Mailings Sent | $42.54 |
| 10/11/2007 | Date Trustee Sale Guarantee Received | $1,061.00 |
| 12/14/2007 | Publication Endorsement Received | $50.00 |
| 12/27/2007 | Date Notice of Sale Posted | $120.00 |
| 12/28/2007 | Date Publication Commenced (1st Pub) | $217.70 |
| 12/29/2007 | Date Notice of Sale Mailed | $44.46 |
| 1/3/2008 | SOT/Appointment Recorded | $20.00 |
| 1/3/2008 | Assignment Recording | $19.00 |
| 1/3/2008 | Date Notice of Sale Recorded | $20.00 |
| 1/17/2008 | Sale Endorsement Received | $25.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | $15.00 |
| 1/29/2008 | Date Transfer Tax Advanxced | $3,047.85 |
| | TOTAL EXPENSES: | $4,697.55 |

PLEASE PAY AMOUNT DUE:   $5,297.55

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0083301

4600 Regent Blvd., Suite 200

Invoice Date:  1/29/2008

Irving,  TX  75063

Attention:                                                                7983.21291

Loan No: 1000829730                Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/29/2008 | Trustee Fee | $500.00 |
| | TOTAL FEES: | $500.00 |
| | | |
| 9/14/2007 | Date Notice of Default Recorded | $12.00 |
| 9/20/2007 | 10 Day Mailings Sent | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $600.00 |
| 10/7/2007 | 1 Month Mailings Sent | $42.54 |
| 12/13/2007 | Publication Endorsement Received | $50.00 |
| 12/31/2007 | Date Notice of Sale Mailed | $56.26 |
| 12/31/2007 | Date Notice of Sale Posted | $120.00 |
| 1/2/2008 | Date Publication Commenced (1st Pub) | $355.00 |
| 1/4/2008 | Date Notice of Sale Recorded | $11.00 |
| 1/4/2008 | SOT/Appointment Recorded | $14.00 |
| 1/4/2008 | Assignment Recorded | $11.00 |
| 1/22/2008 | Title Cost Endorsement | $25.00 |
| 1/29/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,335.98 |

PLEASE PAY AMOUNT DUE:    $1,835.98

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0083198
Invoice Date:  1/29/2008

Attention:                                                      7983.21323

Loan No: 1001463610                    Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/29/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/14/2007 | Date Notice of Default Recorded | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $450.00 |
| 9/29/2007 | 1 Month Mailings Sent | $7.09 |
| 1/10/2008 | Date Publication Commenced (1st Pub) | $265.25 |
| 1/25/2008 | Publication Endorsement Received | $50.00 |
| 1/28/2008 | Date Publication Commenced (1st Pub) | $25.00 |
| | TOTAL EXPENSES: | $816.43 |

PLEASE PAY AMOUNT DUE:     $1,416.43

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0083334
Invoice Date:  1/29/2008

Attention:                                                                    7983.21338

Loan No: 1001316553                              Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 1/29/2008 | Trustee Fee | $500.00 |
| | **TOTAL FEES:** | $500.00 |
| 9/14/2007 | Date Notice of Default Recorded | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | $7.09 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | $650.00 |
| 10/13/2007 | 1 Month Mailings Sent | $14.18 |
| 1/9/2008 | Publication Endorsement Received | $50.00 |
| 1/9/2008 | Date Notice of Sale Posted | $120.00 |
| 1/9/2008 | Date Notice of Sale Mailed | $22.23 |
| 1/10/2008 | Date Publication Commenced (1st Pub) | $355.00 |
| 1/14/2008 | Date Notice of Sale Recorded | $11.00 |
| 1/14/2008 | Assignment Recorded | $11.00 |
| 1/14/2008 | SOT/Appointment Recorded | $14.00 |
| | **TOTAL EXPENSES:** | $1,266.50 |

PLEASE PAY AMOUNT DUE:        $1,766.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0083335
Invoice Date:  1/29/2008

Attention:                                                      7983.21378

Loan No: 1001165066                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/29/2008 | Trustee Fee | $500.00 |
| | **TOTAL FEES:** | $500.00 |
| 9/17/2007 | Date Notice of Default Recorded | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent | $7.09 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | $725.00 |
| 10/7/2007 | 1 Month Mailings Sent | $7.09 |
| 1/9/2008 | Publication Endorsement Received | $50.00 |
| 1/10/2008 | Date Notice of Sale Mailed | $14.82 |
| 1/12/2008 | Date Notice of Sale Posted | $120.00 |
| 1/14/2008 | Date Publication Commenced (1st Pub) | $425.75 |
| 1/17/2008 | Assignment Recorded | $8.00 |
| 1/17/2008 | Date Notice of Sale Recorded | $6.00 |
| 1/17/2008 | SOT/Appointment Recorded | $9.00 |
| | **TOTAL EXPENSES:** | $1,384.75 |

PLEASE PAY AMOUNT DUE:        $1,884.75

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:   FTS0083199

Invoice Date:  1/29/2008

Attention:                                                                    7983.21499

Loan No: 1000833828                     Type:  Non-Jud Foreclosure/ CONV

Borrower

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/29/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/21/2007 | Date Notice of Default Recorded | $12.00 |
| 9/26/2007 | 10 Day Mailings Sent | $21.27 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $540.00 |
| 1/24/2008 | Publication Endorsement Received | $50.00 |
| | TOTAL EXPENSES: | $623.27 |
| | PLEASE PAY AMOUNT DUE: | $1,223.27 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0083194

Invoice Date:  1/29/2008

Attention:

7983.21758

Loan No: 1001088037

Borrower 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/29/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/23/2007 | Date Notice of Default Recorded | | $10.00 |
| 10/26/2007 | 10 Day Mailings Sent | | $14.18 |
| 11/16/2007 | Date Trustee Sale Guarantee Received | | $791.00 |
| | | TOTAL EXPENSES: | $815.18 |
| | | PLEASE PAY AMOUNT DUE: | $1,415.18 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0083278
Invoice Date:  1/29/2008

Attention:                                                                 7983.22169

Loan No: 1001634512.                            Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 12/19/2007 | Assignment Prepared | $50.00 |
| 1/29/2008 | Trustee Fee | $675.00 |
| | **TOTAL FEES:** | $725.00 |
| 12/4/2007 | Notice of Default Mailed (statutory) | $12.00 |
| 12/5/2007 | Notice of Default Posted | $57.50 |
| 12/31/2007 | Trustee Sale Guarantee Received | $989.90 |
| 12/31/2007 | Assignment Recorded | $13.00 |
| 12/31/2007 | Appointment Recorded | $13.00 |
| 1/15/2008 | Notice of Trustee Sale Posted | $57.50 |
| 1/15/2008 | Notice of Trustee Sale Mailed (statutory) | $42.00 |
| 1/15/2008 | Notice of Trustee Sale Recorded | $46.00 |
| 1/29/2008 | Notice of Discontinuance Recorded | $43.00 |
| | **TOTAL EXPENSES:** | $1,273.90 |

PLEASE PAY AMOUNT DUE:        $1,998.90

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:   FTS0083276

Invoice Date:   1/29/2008

Attention: 7983.22187

Loan No: 1001339717                                   Type:  Non-Jud Foreclosure/CONV

Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/29/2008 | Trustee Fee | $475.00 |
| | TOTAL FEES: | $475.00 |
| 1/7/2008 | Notice of Default Mailed (statutory) | $12.00 |
| 1/8/2008 | Notice of Default Posted | $57.50 |
| 1/8/2008 | Trustee Sale Guarantee Received | $643.30 |
| | TOTAL EXPENSES: | $712.80 |
| | PLEASE PAY AMOUNT DUE: | $1,187.80 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0083200
Invoice Date:  1/29/2008

Attention:                                                                              7983.22196

Loan No: 1001125979                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/29/2008 | Trustee Fee | $500.00 |
| | TOTAL FEES: | $500.00 |
| | | |
| 1/15/2008 | Trustee Sale Guarantee Received | $628.00 |
| 1/22/2008 | Assignment Recorded | $3.00 |
| 1/22/2008 | Notice of Default Recorded | $3.00 |
| 1/22/2008 | Appointment Recorded | $3.00 |
| | TOTAL EXPENSES: | $637.00 |

PLEASE PAY AMOUNT DUE:        $1,137.00

Page 1