**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0083386
Invoice Date:  1/30/2008

Attention:                                                                    7983.20654

Loan No: 1000735903                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|---:|---|---|---:|
| 1/30/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 6/4/2007 | Date Notice of Default Recorded | | $12.00 |
| 6/6/2007 | 10 Day Mailings Sent | | $21.27 |
| 6/21/2007 | Date Trustee Sale Guarantee Received | | $225.00 |
| 6/22/2007 | 1 Month Mailings Sent | | $63.81 |
| 9/21/2007 | Publication Endorsement Received | | $50.00 |
| 10/11/2007 | Date Notice of Sale Mailed | | $88.92 |
| 10/12/2007 | Date Publication Commenced (1st Pub) | | $600.88 |
| 10/12/2007 | Date Notice of Sale Posted | | $120.00 |
| 10/15/2007 | SOT/Appointment Recorded | | $10.00 |
| 10/15/2007 | Date Notice of Sale Recorded | | $7.00 |
| 10/22/2007 | Assignment Recorded | | $12.00 |
| 12/5/2007 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $1,235.88 |
| | | PLEASE PAY AMOUNT DUE: | $1,835.88 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0083435
Invoice Date:  1/30/2008

Attention:                                                                   7983.20671

Loan No: 1001262586                           Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 1/30/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 5/9/2007 | Date Notice of Default Recorded | $12.00 |
| 5/12/2007 | 10 Day Mailings Sent | $28.36 |
| 5/25/2007 | Date Trustee Sale Guarantee Received | $625.00 |
| 5/26/2007 | 1 Month Mailings Sent | $7.09 |
| 12/7/2007 | Title Cost Endorsement | $25.00 |
| 12/8/2007 | Title Cost Endorsement | $50.00 |
| 1/5/2008 | Date Notice of Sale Mailed | $37.05 |
| 1/7/2008 | Date Notice of Sale Posted | $120.00 |
| 1/7/2008 | Date Publication Commenced (1st Pub) | $561.64 |
| 1/10/2008 | SOT/Appointment Recorded | $10.00 |
| 1/10/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/10/2008 | Assignment Recorded | $9.00 |
| 1/25/2008 | Title Cost Endorsement | $25.00 |
| 1/28/2008 | Title Cost Endorsement | $25.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,557.14 |

PLEASE PAY AMOUNT DUE:        $2,157.14

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                  Invoice No:  FTS0083424
4600 Regent Blvd., Suite 200                      Invoice Date:  1/30/2008
Irving,  TX   75063

Attention:                                        7983.20934

Loan No: 1000766408                               Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/30/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | $9.00 |
| 9/19/2007 | 10 Day Mailings Sent | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $390.00 |
| 10/10/2007 | 1 Month Mailings Sent | $35.45 |
| 12/27/2007 | Publication Endorsement Received | $50.00 |
| 12/28/2007 | Date Notice of Sale Mailed | $59.28 |
| 12/31/2007 | Date Publication Commenced (1st Pub) | $538.98 |
| 1/2/2008 | Date Notice of Sale Posted | $120.00 |
| 1/4/2008 | SOT/Appointment Recorded | $9.00 |
| 1/4/2008 | Date Notice of Sale Recorded | $6.00 |
| 1/22/2008 | Assignment Recorded | $15.00 |
| 1/22/2008 | Title Cost Endorsement | $25.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,286.89 |

PLEASE PAY AMOUNT DUE:     $1,886.89

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0083379
Invoice Date:   1/30/2008

Attention:

7983.20971

Loan No: 1001089190
Borrower:

Type:   Non-Jud Foreclosure/CONV

| Date | Item Description | Amount |
|---|---|---|
| 1/30/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 7/25/2007 | Date Notice of Default Recorded | $12.00 |
| 7/28/2007 | 10 Day Mailings Sent | $14.18 |
| 8/16/2007 | Date Trustee Sale Guarantee Received | $955.00 |
| 8/17/2007 | 1 Month Mailings Sent | $42.54 |
| | TOTAL EXPENSES: | $1,023.72 |

PLEASE PAY AMOUNT DUE:   $1,623.72

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX    75063

Invoice No:  FTS0083447
Invoice Date: 1/30/2008

Attention:                                                7983.21132

Loan No: 1000777371                    Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/30/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 9/13/2007 | Date Notice of Default Recorded | $12.00 |
| 9/18/2007 | 10 Day Mailings Sent | $14.18 |
| 9/21/2007 | Date Trustee Sale Guarantee Received | $863.00 |
| 9/22/2007 | 1 Month Mailings Sent | $28.36 |
| 12/14/2007 | Publication Endorsement Received | $50.00 |
| 12/31/2007 | Date Notice of Sale Mailed | $88.92 |
| 1/3/2008 | Date Notice of Sale Posted | $120.00 |
| 1/8/2008 | SOT/Appointment Recorded | $14.00 |
| 1/8/2008 | Date Notice of Sale Recorded | $11.00 |
| 1/8/2008 | Assignment Recorded | $11.00 |
| 1/8/2008 | Date Notice of Sale Mailed | $88.92 |
| 1/9/2008 | Date Publication Commenced (1st Pub) | $1,393.14 |
| 1/9/2008 | Date Notice of Sale Posted | $120.00 |
| 1/14/2008 | Date Notice of Sale Recorded | $11.00 |
| 1/29/2008 | Title Cost Endorsement | $25.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $2,865.52 |

PLEASE PAY AMOUNT DUE:      $3,465.52

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0083425
Invoice Date:  1/30/2008

Attention:

7983.21133

Loan No: 1000736436
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/30/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/13/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/18/2007 | 10 Day Mailings Sent | | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $675.00 |
| 9/29/2007 | 1 Month Mailings Sent | | $21.27 |
| 1/4/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/4/2008 | Date Publication Commenced (1st Pub) | | $423.43 |
| 1/4/2008 | Date Notice of Sale Mailed | | $29.64 |
| 1/9/2008 | Assignment Recorded | | $11.00 |
| 1/9/2008 | SOT/Appointment Recorded | | $11.00 |
| 1/9/2008 | Date Notice of Sale Recorded | | $9.00 |
| 1/24/2008 | Title Cost Endorsement | | $25.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,359.43 |

PLEASE PAY AMOUNT DUE:     $1,959.43

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:   FTS0083436

Invoice Date:   1/30/2008

Attention: 7983.21140

Loan No: 1001461929                          Type:  Non-Jud Foreclosure/ CONV

Borrower: ███████████████████

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/30/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | $14.18 |
| 9/25/2007 | Date Trustee Sale Guarantee Received | $570.00 |
| 1/3/2008 | Publication Endorsement Received | $50.00 |
| 1/5/2008 | Date Notice of Sale Mailed | $14.82 |
| 1/8/2008 | Date Publication Commenced (1st Pub) | $510.95 |
| 1/8/2008 | Date Notice of Sale Posted | $120.00 |
| 1/9/2008 | Assignment Recorded | $9.00 |
| 1/9/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/9/2008 | SOT/Appointment Recorded | $10.00 |
| 1/28/2008 | Title Cost Endorsement | $25.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,357.95 |

PLEASE PAY AMOUNT DUE:     $1,957.95

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:    FTS0083426
4600 Regent Blvd., Suite 200                        Invoice Date:  1/30/2008
Irving,  TX   75063

Attention:                                                         7983.21145

Loan No: 1000934363                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/30/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | | $13.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $7.09 |
| 9/24/2007 | Date Trustee Sale Guarantee Received | | $600.00 |
| 9/25/2007 | 1 Month Mailings Sent | | $28.36 |
| 12/31/2007 | Publication Endorsement Received | | $50.00 |
| 1/1/2008 | Date Notice of Sale Mailed | | $37.05 |
| 1/3/2008 | Date Publication Commenced (1st Pub) | | $593.00 |
| 1/3/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/8/2008 | Assignment Recorded | | $10.00 |
| 1/8/2008 | Date Notice of Sale Recorded | | $10.00 |
| 1/8/2008 | SOT/Appointment Recorded | | $13.00 |
| 1/23/2008 | Title Cost Endorsement | | $25.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,521.50 |

PLEASE PAY AMOUNT DUE:    $2,121.50

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0083448
Invoice Date:  1/30/2008

Attention:                                                          7983.21152

Loan No: 1000872911                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/30/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | | $10.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $35.45 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $625.00 |
| 10/11/2007 | 1 Month Mailings Sent | | $28.36 |
| 1/4/2008 | Publication Endorsement Received | | $50.00 |
| 1/5/2008 | Date Notice of Sale Mailed | | $66.69 |
| 1/7/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/9/2008 | Date Publication Commenced (1st Pub) | | $306.30 |
| 1/10/2008 | Date Notice of Sale Recorded | | $7.00 |
| 1/10/2008 | Assignment Recorded | | $7.00 |
| 1/10/2008 | SOT/Appointment Recorded | | $10.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 1/29/2008 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $1,305.80 |

PLEASE PAY AMOUNT DUE:      $1,905.80

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0083449
Invoice Date:  1/30/2008

Attention:

7983.21160

Loan No: 1001278259
Borrower

Type:  Non-Jud Foreclosure/CONV

| Date | Item Description | Amount |
|---|---|---|
| 1/30/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | $14.18 |
| 9/25/2007 | Date Trustee Sale Guarantee Received | $600.00 |
| 12/14/2007 | Publication Endorsement Received | $50.00 |
| 1/7/2008 | Date Notice of Sale Mailed | $14.82 |
| 1/9/2008 | Date Publication Commenced (1st Pub) | $515.00 |
| 1/9/2008 | Date Notice of Sale Posted | $120.00 |
| 1/10/2008 | Assignment Recorded | $10.00 |
| 1/10/2008 | Date Notice of Sale Recorded | $8.00 |
| 1/10/2008 | SOT/Appointment Recorded | $11.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | $15.00 |
| 1/29/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,395.00 |

PLEASE PAY AMOUNT DUE:     $1,995.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0083427
Invoice Date:  1/30/2008

Attention:                                                                              7983.21162

Loan No: 1001163625                        Type:  Non-Jud Foreclosure/CONV
Borrower

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/30/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $700.00 |
| 10/11/2007 | 1 Month Mailings Sent | $14.18 |
| 12/31/2007 | Publication Endorsement Received | $50.00 |
| 1/1/2008 | Date Notice of Sale Mailed | $29.64 |
| 1/4/2008 | Date Publication Commenced (1st Pub) | $500.00 |
| 1/4/2008 | Date Notice of Sale Posted | $120.00 |
| 1/9/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/9/2008 | Assignment Recorded | $9.00 |
| 1/9/2008 | SOT/Appointment Recorded | $10.00 |
| 1/24/2008 | Title Cost Endorsement | $25.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,506.00 |

PLEASE PAY AMOUNT DUE:     $2,106.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0083437
Invoice Date:   1/30/2008

Attention:

7983.21164

Loan No: 1001203618

Type:  Non-Jud Foreclosure/ CONV

Borrower

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/30/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 9/17/2007 | Date Notice of Default Recorded | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $600.00 |
| 12/14/2007 | Title Cost Endorsement | $50.00 |
| 1/4/2008 | Date Notice of Sale Posted | $120.00 |
| 1/7/2008 | Date Publication Commenced (1st Pub) | $485.00 |
| 1/7/2008 | Date Notice of Sale Mailed | $14.82 |
| 1/10/2008 | Assignment Recorded | $9.00 |
| 1/10/2008 | SOT/Appointment Recorded | $10.00 |
| 1/10/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/28/2008 | Title Cost Endorsement | $25.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,362.00 |

PLEASE PAY AMOUNT DUE:    $1,962.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0083450
Invoice Date:  1/30/2008

Attention:                                                                    7983.21194

Loan No: 1001619601                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ██████████████

| Date | Item Description | | Amount |
|------|------------------|--|--------|
| 1/30/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/14/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $14.18 |
| 9/26/2007 | Date Trustee Sale Guarantee Received | | $881.00 |
| 9/27/2007 | 1 Month Mailings Sent | | $7.09 |
| 1/7/2008 | Publication Endorsement Received | | $50.00 |
| 1/7/2008 | Date Notice of Sale Mailed | | $22.23 |
| 1/9/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/9/2008 | Date Publication Commenced (1st Pub) | | $272.00 |
| 1/10/2008 | Assignment Recorded | | $9.00 |
| 1/10/2008 | Date Notice of Sale Recorded | | $7.00 |
| 1/10/2008 | SOT/Appointment Recorded | | $10.00 |
| 1/29/2008 | Title Cost Endorsement | | $25.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,444.50 |

PLEASE PAY AMOUNT DUE:     $2,044.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0083428
Invoice Date:  1/30/2008

Attention:                                                                        7983.21197

Loan No: 1001517148                                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/30/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | | $10.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $28.36 |
| 10/2/2007 | Date Trustee Sale Guarantee Received | | $450.00 |
| 12/14/2007 | Title Cost Endorsement | | $50.00 |
| 12/26/2007 | Date Notice of Sale Mailed | | $29.64 |
| 1/1/2008 | Date Publication Commenced (1st Pub) | | $440.00 |
| 1/2/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/7/2008 | Assignment Recorded | | $7.00 |
| 1/7/2008 | SOT/Appointment Recorded | | $10.00 |
| 1/7/2008 | Date Notice of Sale Recorded | | $7.00 |
| 1/22/2008 | Title Cost Endorsement | | $25.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,192.00 |

PLEASE PAY AMOUNT DUE:      $1,792.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing          Invoice No:  FTS0083429
4600 Regent Blvd., Suite 200              Invoice Date: 1/30/2008
Irving,  TX   75063

Attention:                                                7983.21200

Loan No: 1001571348            Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/30/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/13/2007 | Date Notice of Default Recorded | | $9.00 |
| 9/18/2007 | 10 Day Mailings Sent | | $14.18 |
| 9/21/2007 | Date Trustee Sale Guarantee Received | | $675.00 |
| 9/22/2007 | 1 Month Mailings Sent | | $14.18 |
| 12/27/2007 | Publication Endorsement Received | | $50.00 |
| 12/28/2007 | Date Notice of Sale Mailed | | $29.64 |
| 1/2/2008 | Date Publication Commenced (1st Pub) | | $375.00 |
| 1/2/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/3/2008 | Assignment Recorded | | $6.00 |
| 1/3/2008 | Date Notice of Sale Recorded | | $6.00 |
| 1/3/2008 | SOT/Appointment Recorded | | $9.00 |
| 1/22/2008 | Title Cost Endorsement | | $25.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,348.00 |

PLEASE PAY AMOUNT DUE:      $1,948.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0083438
Invoice Date:  1/30/2008

Attention:                                                                          7983.21208

Loan No: 1001046900
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/30/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/14/2007 | Date Notice of Default Recorded | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | $7.09 |
| 10/1/2007 | Date Trustee Sale Guarantee Received | $650.00 |
| 10/2/2007 | 1 Month Mailings Sent | $14.18 |
| 12/17/2007 | Publication Endorsement Received | $50.00 |
| 1/5/2008 | Date Notice of Sale Mailed | $22.23 |
| 1/8/2008 | Date Publication Commenced (1st Pub) | $542.90 |
| 1/8/2008 | Date Notice of Sale Posted | $120.00 |
| 1/9/2008 | Assignment Recorded | $9.00 |
| 1/9/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/9/2008 | SOT/Appointment Recorded | $10.00 |
| 1/28/2008 | Title Cost Endorsement | $25.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,484.40 |

PLEASE PAY AMOUNT DUE:    $2,084.40

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0083439
Invoice Date:  1/30/2008

Attention:

7983.21212

Loan No: 1001549386
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|--|--------|
| 1/30/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/14/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $21.27 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $725.00 |
| 10/10/2007 | 1 Month Mailings Sent | | $14.18 |
| 1/4/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/7/2008 | Date Publication Commenced (1st Pub) | | $631.55 |
| 1/7/2008 | Date Notice of Sale Mailed | | $29.64 |
| 1/8/2008 | Title Cost Endorsement | | $50.00 |
| 1/10/2008 | SOT/Appointment Recorded | | $10.00 |
| 1/10/2008 | Date Notice of Sale Recorded | | $7.00 |
| 1/10/2008 | Assignment Recorded | | $9.00 |
| 1/28/2008 | Title Cost Endorsement | | $25.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,669.64 |

PLEASE PAY AMOUNT DUE:    $2,269.64

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0083451
Invoice Date:  1/30/2008

Attention:

7983.21216

Loan No: 1001528662

Type:  Non-Jud Foreclosure/ CONV

Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/30/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/14/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/20/2007 | 10 Day Mailings Sent | | $35.45 |
| 10/9/2007 | Date Trustee Sale Guarantee Received | | $1,097.00 |
| 10/22/2007 | 1 Month Mailings Sent | | $28.36 |
| 1/4/2008 | Publication Endorsement Received | | $50.00 |
| 1/5/2008 | Date Notice of Sale Mailed | | $44.46 |
| 1/9/2008 | SOT/Appointment Recorded | | $10.00 |
| 1/9/2008 | Date Publication Commenced (1st Pub) | | $897.50 |
| 1/9/2008 | Assignment Recorded | | $11.00 |
| 1/9/2008 | Date Notice of Sale Recorded | | $9.00 |
| 1/9/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 1/29/2008 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $2,354.77 |

PLEASE PAY AMOUNT DUE:    $2,954.77

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:  FTS0083452
4600 Regent Blvd., Suite 200                        Invoice Date:  1/30/2008
Irving,  TX   75063

Attention:                                                      7983.21218

Loan No: 1000994202                    Type:  Non-Jud Foreclosure/ CONV
Borrower 

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 1/30/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | | $10.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $14.18 |
| 9/25/2007 | Date Trustee Sale Guarantee Received | | $825.00 |
| 9/26/2007 | 1 Month Mailings Sent | | $28.36 |
| 1/7/2008 | Publication Endorsement Received | | $50.00 |
| 1/7/2008 | Date Notice of Sale Mailed | | $51.87 |
| 1/9/2008 | SOT/Appointment Recorded | | $11.00 |
| 1/9/2008 | Date Publication Commenced (1st Pub) | | $380.00 |
| 1/9/2008 | Assignment Recorded | | $8.00 |
| 1/9/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/9/2008 | Date Notice of Sale Recorded | | $8.00 |
| 1/29/2008 | Title Cost Endorsement | | $25.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,546.41 |

PLEASE PAY AMOUNT DUE:    $2,146.41

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0083453
Invoice Date:  1/30/2008

Attention:                                                          7983.21220

Loan No: 1000980963                        Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|--|--------|
| 1/30/2008 | Trustee Fee | | $600.00 |
| | | **TOTAL FEES:** | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $14.18 |
| 10/1/2007 | Date Trustee Sale Guarantee Received | | $650.00 |
| 10/2/2007 | 1 Month Mailings Sent | | $28.36 |
| 12/14/2007 | Title Cost Endorsement | | $50.00 |
| 1/5/2008 | Date Notice of Sale Mailed | | $37.05 |
| 1/8/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/9/2008 | Date Publication Commenced (1st Pub) | | $424.25 |
| 1/9/2008 | Assignment Recorded | | $9.00 |
| 1/9/2008 | Date Notice of Sale Recorded | | $7.00 |
| 1/9/2008 | SOT/Appointment Recorded | | $10.00 |
| 1/29/2008 | Title Cost Endorsement | | $25.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | **TOTAL EXPENSES:** | $1,401.84 |

PLEASE PAY AMOUNT DUE:   $2,001.84

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0083430

4600 Regent Blvd., Suite 200

Invoice Date:  1/30/2008

Irving,  TX   75063

Attention:                                                                        7983.21221

Loan No: 1000974194                    Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 1/30/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | $13.00 |
| 9/18/2007 | 10 Day Mailings Sent | $28.36 |
| 9/24/2007 | Date Trustee Sale Guarantee Received | $600.00 |
| 9/25/2007 | 1 Month Mailings Sent | $28.36 |
| 12/14/2007 | Title Cost Endorsement | $50.00 |
| 1/3/2008 | Date Notice of Sale Posted | $120.00 |
| 1/3/2008 | Date Publication Commenced (1st Pub) | $459.13 |
| 1/9/2008 | Date Notice of Sale Recorded | $10.00 |
| 1/9/2008 | SOT/Appointment Recorded | $10.00 |
| 1/23/2008 | Date Notice of Sale Mailed | $51.31 |
| 1/24/2008 | Title Cost Endorsement | $25.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,410.16 |

PLEASE PAY AMOUNT DUE:      $2,010.16

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0083440
Invoice Date:  1/30/2008

Attention:                                                                    7983.21237

Loan No: 1001421599                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 1/30/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/25/2007 | Date Notice of Default Recorded | | $16.00 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $540.00 |
| 9/29/2007 | 10 Day Mailings Sent | | $35.45 |
| 1/2/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/2/2008 | Date Publication Commenced (1st Pub) | | $320.00 |
| 1/3/2008 | Date Notice of Sale Mailed | | $37.05 |
| 1/4/2008 | Assignment Recording | | $14.00 |
| 1/4/2008 | SOT/Appointment Recorded | | $39.00 |
| 1/4/2008 | Date Notice of Sale Recorded | | $15.00 |
| 1/18/2008 | Publication Endorsement Received | | $50.00 |
| 1/22/2008 | Sale Endorsement Received | | $25.00 |
| 1/29/2008 | Date Transfer Tax Advanxced | | $1,091.28 |
| 1/29/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $2,317.78 |

PLEASE PAY AMOUNT DUE:      $2,917.78

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0083431
Invoice Date:  1/30/2008

Attention:                                                                        7983.21238

Loan No: 1001348665                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/30/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/25/2007 | Date Notice of Default Recorded | | $16.00 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $625.00 |
| 10/2/2007 | 10 Day Mailings Sent | | $49.63 |
| 12/28/2007 | Publication Endorsement Received | | $50.00 |
| 1/3/2008 | Date Publication Commenced (1st Pub) | | $320.00 |
| 1/3/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/3/2008 | Date Notice of Sale Mailed | | $59.28 |
| 1/10/2008 | Assignment Recording | | $39.00 |
| 1/10/2008 | Date Notice of Sale Recorded | | $15.00 |
| 1/10/2008 | SOT/Appointment Recorded | | $14.00 |
| 1/24/2008 | Sale Endorsement Received | | $25.00 |
| 1/29/2008 | Date Transfer Tax Advanxced | | $1,398.03 |
| 1/29/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $2,745.94 |

PLEASE PAY AMOUNT DUE:      $3,345.94

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0083441
Invoice Date:  1/30/2008

Attention:                                            7983.21239

Loan No: 1001593766                 Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|-------:|
| 1/30/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/14/2007 | Date Notice of Default Recorded | $12.00 |
| 9/18/2007 | 10 Day Mailings Sent | $14.18 |
| 9/26/2007 | Date Trustee Sale Guarantee Received | $805.00 |
| 9/27/2007 | 1 Month Mailings Sent | $7.09 |
| 1/4/2008 | Date Notice of Sale Posted | $120.00 |
| 1/4/2008 | Title Cost Endorsement | $50.00 |
| 1/7/2008 | Date Publication Commenced (1st Pub) | $485.00 |
| 1/7/2008 | Date Notice of Sale Mailed | $14.82 |
| 1/10/2008 | Assignment Recorded | $9.00 |
| 1/10/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/10/2008 | SOT/Appointment Recorded | $10.00 |
| 1/28/2008 | Title Cost Endorsement | $25.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,574.09 |

PLEASE PAY AMOUNT DUE:     $2,174.09

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0083442

Invoice Date:  1/30/2008

Attention:                                           7983.21249

Loan No: 1000729680

Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|---|---|---|
| 1/30/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 9/14/2007 | Date Notice of Default Recorded | $10.00 |
| 9/18/2007 | 10 Day Mailings Sent | $21.27 |
| 9/25/2007 | Date Trustee Sale Guarantee Received | $825.00 |
| 9/26/2007 | 1 Month Mailings Sent | $42.54 |
| 12/14/2007 | Title Cost Endorsement | $50.00 |
| 1/7/2008 | Date Notice of Sale Mailed | $51.87 |
| 1/8/2008 | Date Publication Commenced (1st Pub) | $400.00 |
| 1/8/2008 | Date Notice of Sale Posted | $120.00 |
| 1/9/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/9/2008 | Assignment Recorded | $7.00 |
| 1/9/2008 | SOT/Appointment Recorded | $10.00 |
| 1/28/2008 | Title Cost Endorsement | $25.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,584.68 |

**PLEASE PAY AMOUNT DUE:**    $2,184.68

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0083432
Invoice Date:  1/30/2008

Attention: 7983.21275

Loan No: 1001009483
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/30/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $510.00 |
| 10/7/2007 | 1 Month Mailings Sent | | $35.45 |
| 12/14/2007 | Title Cost Endorsement | | $50.00 |
| 12/14/2007 | Title Cost Endorsement | | $50.00 |
| 1/3/2008 | Date Notice of Sale Mailed | | $51.87 |
| 1/4/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/4/2008 | SOT/Appointment Recorded | | $12.00 |
| 1/4/2008 | Date Publication Commenced (1st Pub) | | $592.27 |
| 1/4/2008 | Assignment Recorded | | $11.00 |
| 1/4/2008 | Date Notice of Sale Recorded | | $9.00 |
| 1/24/2008 | Title Cost Endorsement | | $25.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,500.68 |

PLEASE PAY AMOUNT DUE:      $2,100.68

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0083443
Invoice Date:  1/30/2008

Attention:                                                                                        7983.21294

Loan No: 1000824370                              Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/30/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/14/2007 | Date Notice of Default Recorded | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $600.00 |
| 10/7/2007 | 1 Month Mailings Sent | $14.18 |
| 12/27/2007 | Publication Endorsement Received | $50.00 |
| 12/28/2007 | Date Notice of Sale Mailed | $29.64 |
| 1/2/2008 | Date Publication Commenced (1st Pub) | $587.77 |
| 1/2/2008 | Date Notice of Sale Posted | $120.00 |
| 1/4/2008 | Assignment Recorded | $9.00 |
| 1/4/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/4/2008 | SOT/Appointment Recorded | $10.00 |
| 1/22/2008 | Title Cost Endorsement | $25.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,486.68 |

PLEASE PAY AMOUNT DUE:      $2,086.68

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0083443
Invoice Date:  1/30/2008

Attention:                                                           7983.21294

Loan No: 1000824370                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 1/30/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $600.00 |
| 10/7/2007 | 1 Month Mailings Sent | $14.18 |
| 12/27/2007 | Publication Endorsement Received | $50.00 |
| 12/28/2007 | Date Notice of Sale Mailed | $29.64 |
| 1/2/2008 | Date Publication Commenced (1st Pub) | $587.77 |
| 1/2/2008 | Date Notice of Sale Posted | $120.00 |
| 1/4/2008 | Assignment Recorded | $9.00 |
| 1/4/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/4/2008 | SOT/Appointment Recorded | $10.00 |
| 1/22/2008 | Title Cost Endorsement | $25.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,486.68 |

PLEASE PAY AMOUNT DUE:     $2,086.68

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0083454
Invoice Date:  1/30/2008

Attention:                                          7983.21303

Loan No: 1001190337                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/30/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/14/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $7.09 |
| 10/4/2007 | Date Trustee Sale Guarantee Received | | $390.00 |
| 10/19/2007 | 1 Month Mailings Sent | | $7.09 |
| 1/8/2008 | Title Cost Endorsement | | $50.00 |
| 1/8/2008 | Date Notice of Sale Mailed | | $14.82 |
| 1/9/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/9/2008 | Date Publication Commenced (1st Pub) | | $500.00 |
| 1/10/2008 | Assignment Recorded | | $7.00 |
| 1/10/2008 | Date Notice of Sale Recorded | | $7.00 |
| 1/10/2008 | SOT/Appointment Recorded | | $10.00 |
| 1/29/2008 | Title Cost Endorsement | | $25.00 |
| 1/29/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,165.00 |

PLEASE PAY AMOUNT DUE:    $1,765.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0083455
Invoice Date:  1/30/2008

Attention:                                                                    7983.21595

Loan No: 1000676220                           Type:  Non-Jud Foreclosure/ CONV
Borrower

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/30/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 10/5/2007 | Date Notice of Default Recorded | $15.00 |
| 10/10/2007 | Date Trustee Sale Guarantee Received | $480.00 |
| 10/11/2007 | 10 Day Mailings Sent | $70.90 |
| 12/28/2007 | Publication Endorsement Received | $50.00 |
| 1/5/2008 | Date Notice of Sale Mailed | $74.10 |
| 1/7/2008 | Date Notice of Sale Posted | $120.00 |
| 1/7/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 1/10/2008 | Date Notice of Sale Recorded | $15.00 |
| 1/10/2008 | SOT/Appointment Recorded | $39.00 |
| 1/10/2008 | Assignment Recording | $14.00 |
| 1/28/2008 | Title Cost Endorsement | $25.00 |
| 1/29/2008 | Date Transfer Tax Advanxced | $1,001.58 |
| 1/29/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $2,239.58 |

PLEASE PAY AMOUNT DUE:        $2,839.58

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0083380
Invoice Date:  1/30/2008

Attention:                                                                    7983.21783

Loan No: 1001054773                          Type:  Non-Jud Foreclosure/ CONV
Borrower

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/30/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 10/23/2007 | Date Notice of Default Recorded | $12.00 |
| 10/25/2007 | 10 Day Mailings Sent | $14.18 |
| 11/19/2007 | Date Trustee Sale Guarantee Received | $510.00 |
| 11/20/2007 | 1 Month Mailings Sent | $56.72 |
| 1/29/2008 | Publication Endorsement Received | $50.00 |
| | **TOTAL EXPENSES:** | $642.90 |
| | **PLEASE PAY AMOUNT DUE:** | $1,242.90 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0083628
Invoice Date:  1/31/2008

Attention:                                                               7983.20577

Loan No: 1001362692                   Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/8/2008 | Title Cost Endorsement | $50.00 |
| 1/8/2008 | Date Notice of Sale Mailed | $22.23 |
| 1/11/2008 | Date Publication Commenced (1st Pub) | $502.83 |
| 1/11/2008 | Date Notice of Sale Posted | $120.00 |
| | TOTAL EXPENSES: | $695.06 |

PLEASE PAY AMOUNT DUE:        $695.06

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0083725
Invoice Date:  1/31/2008

Attention:                                                                    7983.20698

Loan No: 1000765423                          Type:  Non-Jud Foreclosure/CONV
Borrower: █████████████████████

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/24/2008 | Publication Endorsement Received | $50.00 |
| 1/31/2008 | Recission Recording | $15.00 |
| | TOTAL EXPENSES: | $65.00 |
| | PLEASE PAY AMOUNT DUE: | $65.00 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0083622
Invoice Date:  1/31/2008

Attention:                                              7983.21120

Loan No: 1001405218
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|---|---|---|
| 1/31/2008 | Trustee Fee | $100.00 |
| | TOTAL FEES: | $100.00 |
| | | |
| 1/8/2008 | Title Cost Endorsement | $50.00 |
| 1/8/2008 | Date Notice of Sale Mailed | $22.23 |
| 1/10/2008 | Date Publication Commenced (1st Pub) | $411.00 |
| 1/10/2008 | Date Notice of Sale Posted | $120.00 |
| 1/11/2008 | Date Notice of Sale Recorded | $11.00 |
| 1/11/2008 | Assignment Recorded | $11.00 |
| 1/11/2008 | SOT/Appointment Recorded | $14.00 |
| 1/30/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $664.23 |

PLEASE PAY AMOUNT DUE:        $764.23

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0083624
Invoice Date:  1/31/2008

Attention:                                                              7983.21134

Loan No: 1000752037                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ████████████

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/31/2008 | Trustee Fee | | $500.00 |
| | | TOTAL FEES: | $500.00 |
| 9/13/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/18/2007 | 10 Day Mailings Sent | | $14.18 |
| 9/21/2007 | Date Trustee Sale Guarantee Received | | $650.00 |
| 9/22/2007 | 1 Month Mailings Sent | | $63.81 |
| 12/14/2007 | Title Cost Endorsement | | $50.00 |
| 1/3/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/9/2008 | Date Notice of Sale Mailed | | $81.51 |
| 1/10/2008 | Assignment Recorded | | $11.00 |
| 1/10/2008 | SOT/Appointment Recorded | | $12.00 |
| 1/10/2008 | Date Publication Commenced (1st Pub) | | $620.08 |
| 1/10/2008 | Date Notice of Sale Recorded | | $12.00 |
| 1/30/2008 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $1,671.58 |

PLEASE PAY AMOUNT DUE:      $2,171.58

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:   FTS0083722

Invoice Date:   1/31/2008

Attention:                                                                     7983.21462

Loan No: 1000657029                         Type:  Non-Jud Foreclosure/CONV

Borrower 

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/24/2008 | Publication Endorsement Received | $50.00 |
| 1/31/2008 | Recission Recording | $15.00 |
| | TOTAL EXPENSES: | $65.00 |
| | PLEASE PAY AMOUNT DUE: | $65.00 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0083623
Invoice Date:  1/31/2008

Attention:

7983.21549

Loan No: 1000890967
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/31/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 10/1/2007 | Date Notice of Default Recorded | | $12.00 |
| 10/3/2007 | 10 Day Mailings Sent | | $28.36 |
| 10/4/2007 | Date Trustee Sale Guarantee Received | | $540.00 |
| 10/19/2007 | 1 Month Mailings Sent | | $63.81 |
| 1/24/2008 | Publication Endorsement Received | | $50.00 |
| | | TOTAL EXPENSES: | $694.17 |

PLEASE PAY AMOUNT DUE:        $1,294.17

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0083625
Invoice Date:  1/31/2008

Attention:                                                        7983.21695

Loan No: 1001091407                    Type:  Non-Jud Foreclosure/ CONV
Borrower

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/31/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 10/19/2007 | Date Notice of Default Recorded | | $10.00 |
| 10/24/2007 | 10 Day Mailings Sent | | $7.09 |
| 11/13/2007 | Date Trustee Sale Guarantee Received | | $600.00 |
| | | TOTAL EXPENSES: | $617.09 |

PLEASE PAY AMOUNT DUE:    $1,217.09

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0083658
Invoice Date:  1/31/2008

Attention:                                                          7983.21735

Loan No: 1001273898
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|---|---|---|---|
| 1/31/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/19/2007 | Date Notice of Default Recorded | | $12.00 |
| 10/24/2007 | 10 Day Mailings Sent | | $7.09 |
| 11/5/2007 | Date Trustee Sale Guarantee Received | | $881.00 |
| | | TOTAL EXPENSES: | $900.09 |
| | | PLEASE PAY AMOUNT DUE: | $1,500.09 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0083626
Invoice Date:  1/31/2008

Attention:                                                              7983.21764

Loan No: 1001066139                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/31/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 10/23/2007 | Date Notice of Default Recorded | $12.00 |
| 10/25/2007 | 10 Day Mailings Sent | $14.18 |
| 11/14/2007 | Date Trustee Sale Guarantee Received | $462.00 |
| 11/17/2007 | 1 Month Mailings Sent | $49.63 |
| | TOTAL EXPENSES: | $537.81 |

PLEASE PAY AMOUNT DUE:      $1,137.81

Page 1