**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0083627
Invoice Date:  1/31/2008

Attention:                                                                  7983.21774

Loan No: 1001060509                     Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/31/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 10/22/2007 | Date Notice of Default Recorded | $12.00 |
| 10/24/2007 | 10 Day Mailings Sent | $14.18 |
| 11/14/2007 | Date Trustee Sale Guarantee Received | $711.00 |
| 11/20/2007 | 1 Month Mailings Sent | $63.81 |
| | TOTAL EXPENSES: | $800.99 |

PLEASE PAY AMOUNT DUE:        $1,400.99

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0083645
Invoice Date:  1/31/2008

Attention:                                                                 7983.21791

Loan No: 1001298150                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/31/2008 | Trustee Fee | $300.00 |
| | TOTAL FEES: | $300.00 |
| | | |
| 10/23/2007 | Date Notice of Default Recorded | $12.00 |
| 10/25/2007 | 10 Day Mailings Sent | $56.72 |
| 10/30/2007 | Date Trustee Sale Guarantee Received | $540.00 |
| 11/20/2007 | 1 Month Mailings Sent | $7.09 |
| | TOTAL EXPENSES: | $615.81 |
| | | |
| | PLEASE PAY AMOUNT DUE: | $915.81 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX    75063

Invoice No:  FTS0083646

Invoice Date:  1/31/2008

Attention:                                                                          7983.22023

Loan No: 1001422538                           Type:  Non-Jud Foreclosure/ CONV

Borrower

| Date | Item Description | | Amount |
|------|-----------------|--|--------|
| 1/31/2008 | Trustee Fee | | $300.00 |
| | | TOTAL FEES: | $300.00 |
| | | | |
| 11/20/2007 | Date Notice of Default Recorded | | $10.00 |
| 11/27/2007 | 10 Day Mailings Sent | | $21.27 |
| 12/18/2007 | Date Trustee Sale Guarantee Received | | $500.00 |
| 12/19/2007 | 1 Month Mailings Sent | | $14.18 |
| | | TOTAL EXPENSES: | $545.45 |
| | | | |
| | | PLEASE PAY AMOUNT DUE: | $845.45 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0083647

4600 Regent Blvd., Suite 200

Invoice Date:  1/31/2008

Irving,  TX   75063

Attention:                                                                  7983.22063

Loan No: 1001524505                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ███████████████████

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/31/2008 | Trustee Fee | $300.00 |
| | TOTAL FEES: | $300.00 |
| | | |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/22/2007 | 10 Day Mailings Sent | $7.09 |
| 12/19/2007 | Date Trustee Sale Guarantee Received | $675.00 |
| | TOTAL EXPENSES: | $694.09 |
| | | |
| | PLEASE PAY AMOUNT DUE: | $994.09 |

**Northwest Trustee Services, Inc.**
**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

\*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0112876-IN |
| DATE : | Jan 02, 2008 |
| TRUSTEE NO : | 0079838    0186 |

CONTACT:                                                                                    Page 1 of 1

Loan No: 1001643328                              Type:
Borrower:
Property Address:

| 01/02/2008 | Trustee - Monitor Fee/NV | 200.00 |
|---|---|---|
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**................................. **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,650.00 | $ 7,000.00 | $ 3,400.00 | $ 2,500.00 | $ 6,200.00 | $ 22,750.00 |

**This is the total outstanding invoices for your client number at this date.**

### Northwest Trustee Services, Inc.
**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0112877-IN |
| DATE : | Jan 02, 2008 |
| TRUSTEE NO : | 0079838    0198 |

CONTACT:                                                                                    Page 1 of 1

Loan No: 1001493211                                    Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 12/31/2007 | Trustee - Monitor Fee/CA | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE.................................. $200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,650.00 | $ 7,000.00 | $ 3,400.00 | $ 2,500.00 | $ 6,200.00 | $ 22,750.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049



American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0112878-IN |
| DATE : | Jan 02, 2008 |
| TRUSTEE NO : | 0079838      0241 |

CONTACT:                                                                                    Page 1 of 1

Loan No: 1001533455                           Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 12/31/2007  Trustee - Monitor Fee/CA | | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**.................................  **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,650.00 | $ 7,000.00 | $ 3,400.00 | $ 2,500.00 | $ 6,200.00 | $ 22,750.00 |

**This is the total outstanding invoices for your client number at this date.**

## Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX  75063

| | |
|---|---|
| INVOICE NO : | 0112879-IN |
| DATE : | Jan 02, 2008 |
| TRUSTEE NO : | 0079838     0252 |

CONTACT:                                                                    Page 1 of 1

Loan No: 1001325997                          Type:
Borrower: ██████████████
Property Address: ██████████████

███████████

| | | |
|---|---|---|
| 01/02/2008  Trustee - Monitor Fee/CA | | 200.00 |
| | **TOTAL FEES:** | **$200.00** |
| | **PLEASE PAY AMOUNT DUE**................................. | **$200.00** |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,650.00 | $ 7,000.00 | $ 3,400.00 | $ 2,500.00 | $ 6,200.00 | $ 22,750.00 |

**This is the total outstanding invoices for your client number at this date.**

## Northwest Trustee Services, Inc.
### 3535 Factoria Blvd SE, #220
### Bellevue, WA  98006
### (425) 586-1900

**\*EIN 20-0885049**

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0112939-IN |
| DATE : | Jan 03, 2008 |
| TRUSTEE NO : | 0079838    0235 |

CONTACT:                                                                    Page 1 of 1

Loan No: 1001050278                            Type:
Borrower: ███████████
Property Address: █████████████

███████████

| | | | |
|---|---|---|---|
| 01/03/2008 | Trustee - Monitor Fee/CA | | 200.00 |
| | | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**...................................  **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,050.00 | $ 7,000.00 | $ 3,400.00 | $ 2,400.00 | $ 6,300.00 | $ 23,150.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**
**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0112940-IN |
| DATE : | Jan 03, 2008 |
| TRUSTEE NO : | 0079838    0243 |

CONTACT:                                                                Page 1 of 1

Loan No: 1001083306                          Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 01/03/2008   Trustee - Monitor Fee/CA | | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**.................................  **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,050.00 | $ 7,000.00 | $ 3,400.00 | $ 2,400.00 | $ 6,300.00 | $ 23,150.00 |

**This is the total outstanding invoices for your client number at this date.**

### Northwest Trustee Services, Inc.
**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX  75063

| | |
|---|---|
| INVOICE NO : | 0113006-IN |
| DATE : | Jan 04, 2008 |
| TRUSTEE NO : | 0079838     0055 |

CONTACT:                                                                                   Page 1 of 1

Loan No: 1000954257                                    Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 01/04/2008 | Trustee - Monitor Fee/NV | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE.................................**          **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,650.00 | $ 6,800.00 | $ 3,600.00 | $ 2,400.00 | $ 6,300.00 | $ 23,750.00 |

**This is the total outstanding invoices for your client number at this date.**

## Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX  75063

| | | |
|---|---|---|
| INVOICE NO : | 0113007-IN | |
| DATE : | Jan 04, 2008 | |
| TRUSTEE NO : | 0079838 | 0089 |

CONTACT:                                                                                          Page 1 of 1

Loan No:  1001153481                                    Type:
Borrower:
Property Address:

| | | | |
|---|---|---|---|
| 01/04/2008 | Trustee - Monitor Fee/WA | | 200.00 |
| | | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE...................................**    **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,650.00 | $ 6,800.00 | $ 3,600.00 | $ 2,400.00 | $ 6,300.00 | $ 23,750.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX    75063

Invoice No:   FTS0080762

Invoice Date:   1/4/2008

Attention:                                                                 7983.20680

Loan No: 1001081427                          Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 1/4/2008 | Trustee Fee | | $100.00 |
| | | TOTAL FEES: | $100.00 |
| | | | |
| 1/3/2008 | Date Transfer Tax Advanxced | | $1,526.90 |
| 1/3/2008 | Cost - Record Trustee's Deed | | $21.00 |
| 1/3/2008 | Sale Endorsement Received | | $25.00 |
| | | TOTAL EXPENSES: | $1,572.90 |
| | | | |
| | | PLEASE PAY AMOUNT DUE: | $1,672.90 |

### Northwest Trustee Services, Inc.
**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0113294-IN |
| DATE : | Jan 10, 2008 |
| TRUSTEE NO : | 0079838    0245 |

CONTACT:                                                                 Page 1 of 1

Loan No: 1001657015                                Type:
Borrower
Property Address:

| | | |
|---|---|---|
| 01/10/2008   Trustee - Monitor Fee/OR | | 200.00 |
| | **TOTAL FEES:** | **$200.00** |
| | **PLEASE PAY AMOUNT DUE.................................** | **$200.00** |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,650.00 | $ 6,800.00 | $ 3,600.00 | $ 3,400.00 | $ 6,500.00 | $ 23,950.00 |

**This is the total outstanding invoices for your client number at this date.**

### Northwest Trustee Services, Inc.
**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0113296-IN |
| DATE : | Jan 10, 2008 |
| TRUSTEE NO : | 0079838      0228 |

CONTACT:                                                                                      Page 1 of 1

Loan No: 1001079140                                           Type:
Borrower: ████████████
Property Address: ████████████
                  ████████████

| | | |
|---|---|---|
| 01/08/2008  Trustee - Monitor Fee/CA | | 200.00 |
| | **TOTAL FEES:** | **$200.00** |
| | **PLEASE PAY AMOUNT DUE**............................... | **$200.00** |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,850.00 | $ 6,800.00 | $ 3,600.00 | $ 3,400.00 | $ 6,500.00 | $ 24,150.00 |

**This is the total outstanding invoices for your client number at this date.**

## Northwest Trustee Services, Inc.
### 3535 Factoria Blvd SE, #220
### Bellevue, WA  98006
### (425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| INVOICE NO : | 0113539-IN |
| DATE : | Jan 14, 2008 |
| TRUSTEE NO : | 0079838     0096 |

CONTACT:                                                                                          Page 1 of 1

Loan No: 1001547354                          Type:
Borrower:
Property Address:

| 01/11/2008 | Trustee - Monitor Fee/CA | 200.00 |
|---|---|---|
| | TOTAL FEES: | $200.00 |

**PLEASE PAY AMOUNT DUE...................................  $200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,650.00 | $ 5,200.00 | $ 5,400.00 | $ 3,400.00 | $ 6,700.00 | $ 24,350.00 |

**This is the total outstanding invoices for your client number at this date.**

### Northwest Trustee Services, Inc.
**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0113540-IN |
| DATE : | Jan 14, 2008 |
| TRUSTEE NO : | 0079838      0343 |

CONTACT:

Page 1 of 1

Loan No: 1001066959

Type:

Borrower:
Property Address:

| | | | |
|---|---|---|---|
| 01/11/2008 | Trustee - Monitor Fee/NV | | 200.00 |
| | | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**.................................    **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,850.00 | $ 5,200.00 | $ 5,400.00 | $ 3,400.00 | $ 6,700.00 | $ 24,550.00 |

**This is the total outstanding invoices for your client number at this date.**

## Northwest Trustee Services, Inc.
**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0113541-IN |
| DATE : | Jan 14, 2008 |
| TRUSTEE NO : | 0079838      0135 |

CONTACT:                                                                           Page 1 of 1

Loan No: 1001109173                                    Type:
Borrower:
Property Address:

| | | | |
|---|---|---|---|
| 01/11/2008 | Trustee - Monitor Fee/CA | | 200.00 |
| | | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE.................................** **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,050.00 | $ 5,200.00 | $ 5,400.00 | $ 3,400.00 | $ 6,700.00 | $ 24,750.00 |

**This is the total outstanding invoices for your client number at this date.**

## Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | | |
|---|---|---|
| INVOICE NO : | 0113542-IN | |
| DATE : | Jan 14, 2008 | |
| TRUSTEE NO : | 0079838 | 0208 |

CONTACT:                                                                    Page 1 of 1

Loan No: 1001543865                              Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 01/11/2008   Trustee - Monitor Fee/CA | | 200.00 |
| | **TOTAL FEES:** | **$200.00** |
| | **PLEASE PAY AMOUNT DUE**................................. | **$200.00** |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,250.00 | $ 5,200.00 | $ 5,400.00 | $ 3,400.00 | $ 6,700.00 | $ 24,950.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

**\*EIN 20-0885049**

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | | |
|---|---|---|
| INVOICE NO : | 0113548-IN | |
| DATE : | Jan 14, 2008 | |
| TRUSTEE NO : | 0079838 | 0247 |

CONTACT:                                                                                      Page 1 of 1

Loan No: 1001553224                                        Type:
Borrower
Property Address:

| | | | |
|---|---|---|---|
| 01/14/2008 | Trustee - Monitor Fee/CA | | 200.00 |
| | | **TOTAL FEES:** | **$200.00** |
| | | **PLEASE PAY AMOUNT DUE**................................. | **$200.00** |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,450.00 | $ 5,200.00 | $ 5,400.00 | $ 3,400.00 | $ 6,700.00 | $ 25,150.00 |

**This is the total outstanding invoices for your client number at this date.**

### Northwest Trustee Services, Inc.
**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0113737-IN |
| DATE : | Jan 15, 2008 |
| TRUSTEE NO : | 0079838    0161 |

CONTACT:

Page 1 of 1

Loan No: 1001048776

Borrower

Property Address:

Type:

| 01/15/2008 | Trustee - Monitor Fee/NV | 200.00 |
|---|---|---|
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE...................................** **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,650.00 | $ 5,200.00 | $ 5,400.00 | $ 3,400.00 | $ 6,700.00 | $ 25,350.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0113747-IN |
| DATE : | Jan 16, 2008 |
| TRUSTEE NO : | 0079838      0331 |

CONTACT:                                                                                 Page 1 of 1

Loan No: 1001319505                              Type:
Borrower
Property Address:

| | | |
|---|---|---|
| 01/16/2008 | Trustee - Monitor Fee/WA | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE..................................    $200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,650.00 | $ 5,400.00 | $ 5,400.00 | $ 3,200.00 | $ 6,900.00 | $ 25,550.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**
3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0114015-IN |
| DATE : | Jan 17, 2008 |
| TRUSTEE NO : | 0079838    0111 |

CONTACT:                                                                                    Page 1 of 1

Loan No: 1001583443                                    Type:
Borrower:
Property Address:

| | | | |
|---|---|---|---|
| 01/17/2008 | Trustee - Monitor Fee/CA | | 200.00 |
| | | **TOTAL FEES:** | **$200.00** |
| | | **PLEASE PAY AMOUNT DUE**............................... | **$200.00** |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 5,250.00 | $ 5,400.00 | $ 5,400.00 | $ 3,000.00 | $ 7,100.00 | $ 26,150.00 |

**This is the total outstanding invoices for your client number at this date.**

## Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | | |
|---|---|---|
| INVOICE NO : | 0114016-IN | |
| DATE : | Jan 17, 2008 | |
| TRUSTEE NO : | 0079838 | 0236 |

CONTACT:                                                                                    Page 1 of 1

Loan No: 1001131566                                              Type:
Borrower:
Property Address:

| | | | |
|---|---|---|---|
| 01/17/2008 | Trustee - Monitor Fee/CA | | 200.00 |
| | | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**................................. **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 5,250.00 | $ 5,400.00 | $ 5,400.00 | $ 3,000.00 | $ 7,100.00 | $ 26,150.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**
**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | | |
|---|---|---|
| INVOICE NO : | 0114017-IN | |
| DATE : | Jan 17, 2008 | |
| TRUSTEE NO : | 0079838 | 0315 |

CONTACT:                                                                                      Page 1 of 1

Loan No: 1001108390                              Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 01/17/2008   Trustee - Monitor Fee/CA | | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE..................................**          **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 5,250.00 | $ 5,400.00 | $ 5,400.00 | $ 3,000.00 | $ 7,100.00 | $ 26,150.00 |

**This is the total outstanding invoices for your client number at this date.**

### Northwest Trustee Services, Inc.
**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0114022-IN |
| DATE : | Jan 18, 2008 |
| TRUSTEE NO : | 0079838      0267 |

CONTACT:                                                                 Page 1 of 1

Loan No: 1001601999                              Type:
Borrower: ███████████████
Property Address: ████████████████

                          ███████████

| 01/18/2008 | Trustee - Monitor Fee/CA | | 200.00 |
|---|---|---|---|
| | | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**................................. **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 5,450.00 | $ 5,400.00 | $ 5,400.00 | $ 3,000.00 | $ 7,100.00 | $ 26,350.00 |

**This is the total outstanding invoices for your client number at this date.**

### Northwest Trustee Services, Inc.
**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0114365-IN |
| DATE : | Jan 23, 2008 |
| TRUSTEE NO : | 0079838    0157 |

CONTACT:                                                                    Page 1 of 1

Loan No: 1001611736                          Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 01/23/2008   Trustee - Monitor Fee/NV | | 200.00 |
| | **TOTAL FEES:** | **$200.00** |
| | **PLEASE PAY AMOUNT DUE**................................. | **$200.00** |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 5,450.00 | $ 4,200.00 | $ 5,800.00 | $ 3,600.00 | $ 7,500.00 | $ 26,550.00 |

**This is the total outstanding invoices for your client number at this date.**

## Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0114367-IN |
| DATE : | Jan 23, 2008 |
| TRUSTEE NO : | 0079838     0345 |

CONTACT:                                                                          Page 1 of 1

Loan No: 1000986400                                Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 01/23/2008   Trustee - Monitor Fee/OR | | 200.00 |
| | **TOTAL FEES:** | **$200.00** |
| | **PLEASE PAY AMOUNT DUE**................................. | **$200.00** |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 5,650.00 | $ 4,200.00 | $ 5,800.00 | $ 3,600.00 | $ 7,500.00 | $ 26,750.00 |

**This is the total outstanding invoices for your client number at this date.**

## Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0114454-IN |
| DATE : | Jan 24, 2008 |
| TRUSTEE NO : | 0079838      0256 |

CONTACT:                                                                 Page 1 of 1

Loan No: 1001070925                               Type:
Borrower: ████████████████████
Property Address: ████████████████
████████████

| | | | |
|---|---|---|---|
| 01/24/2008 | Trustee - Monitor Fee/CA | | 200.00 |
| | | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**.................................. **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 5,850.00 | $ 4,200.00 | $ 5,800.00 | $ 3,000.00 | $ 8,100.00 | $ 26,950.00 |

**This is the total outstanding invoices for your client number at this date.**

### Northwest Trustee Services, Inc.
**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX  75063

| | |
|---|---|
| INVOICE NO : | 0114529-IN |
| DATE : | Jan 25, 2008 |
| TRUSTEE NO : | 0079838    0136 |

CONTACT:                                                                 Page 1 of 1

Loan No: 1001041881                                    Type:
Borrower: ███████████████
Property Address: ███████████████
              ███████████

| | | |
|---|---|---|
| 01/25/2008 | Trustee - Monitor Fee/WA | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**.................................. **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 5,850.00 | $ 4,200.00 | $ 6,000.00 | $ 2,800.00 | $ 8,300.00 | $ 27,150.00 |

**This is the total outstanding invoices for your client number at this date.**

## Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0114875-IN |
| DATE : | Jan 29, 2008 |
| TRUSTEE NO : | 0079838    0050 |

CONTACT:                                                                                       Page 1 of 1

Loan No: 1000952636                                          Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 01/29/2008   Trustee - Monitor Fee/NV | | 200.00 |
| | **TOTAL FEES:** | **$200.00** |
| | **PLEASE PAY AMOUNT DUE**................................. | **$200.00** |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 6,200.00 | $ 2,650.00 | $ 7,200.00 | $ 3,200.00 | $ 8,500.00 | $ 27,750.00 |

**This is the total outstanding invoices for your client number at this date.**

## Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX  75063

| | |
|---|---|
| INVOICE NO : | 0114876-IN |
| DATE : | Jan 29, 2008 |
| TRUSTEE NO : | 0079838    0195 |

CONTACT:                                                                       Page 1 of 1

Loan No: 1000766496                                    Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 01/29/2008 | Trustee - Monitor Fee/CA | 200.00 |
| | **TOTAL FEES:** | **$200.00** |
| | **PLEASE PAY AMOUNT DUE**................................. | **$200.00** |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 6,200.00 | $ 2,650.00 | $ 7,200.00 | $ 3,200.00 | $ 8,500.00 | $ 27,750.00 |

**This is the total outstanding invoices for your client number at this date.**

# Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

\*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0114877-IN |
| DATE : | Jan 29, 2008 |
| TRUSTEE NO : | 0079838    0278 |

CONTACT:                                                                 Page 1 of 1

Loan No: 1001613463                                        Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 01/29/2008 | Trustee - Monitor Fee/CA | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE.................................** **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 6,200.00 | $ 2,650.00 | $ 7,200.00 | $ 3,200.00 | $ 8,500.00 | $ 27,750.00 |

**This is the total outstanding invoices for your client number at this date.**

# Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX  75063

| INVOICE NO : | 0115011-IN |
| DATE : | Jan 31, 2008 |
| TRUSTEE NO : | 0079838   0152 |

CONTACT:                                                                              Page 1 of 1

Loan No: 1001124440                            Type:
Borrower: ████████████
Property Address: ████████████████

████████████████

| | | |
|---|---|---|
| 01/31/2008   Trustee - Monitor Fee/NV | | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**................................. **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 6,000.00 | $ 3,050.00 | $ 6,800.00 | $ 3,400.00 | $ 8,700.00 | $ 27,950.00 |

**This is the total outstanding invoices for your client number at this date.**