# EXHIBIT B

## Northwest Trustee Services, Inc.
## Period from February 1, 2008 through February 29, 2008

| Client # | Loan # | Completion Date | Fees | Cost | Billed |
|---|---|---|---|---|---|
| 7983.21991 | 1001556210 | 2/1/2008 | 600.00 | 867.90 | 1,467.90 |
| 7983.21257 | 1001359281 | 2/4/2008 | 600.00 | 1,847.94 | 2,447.94 |
| 7983.21532 | 1001517868 | 2/4/2008 | 725.00 | 2,481.34 | 3,206.34 |
| 7983.21583 | 1000660153 | 2/4/2008 | 600.00 | 517.63 | 1,117.63 |
| 7983.21671 | 1001534704 | 2/4/2008 | 600.00 | 839.54 | 1,439.54 |
| 7983.21704 | 1001021643 | 2/4/2008 | 600.00 | 1,073.09 | 1,673.09 |
| 7983.22051 | 1001411127 | 2/4/2008 | 500.00 | 700.27 | 1,200.27 |
| 7983.22133 | 1001423423 | 2/4/2008 | 600.00 | 904.09 | 1,504.09 |
| 7983.20697 | 1000851935 | 2/5/2008 | 280.00 | 75.00 | 355.00 |
| 7983.20707 | 1001303982 | 2/5/2008 | N/A | 595.91 | 595.91 |
| 7983.21315 | 1001090952 | 2/5/2008 | 500.00 | 1,342.43 | 1,842.43 |
| 7983.21360 | 1001360167 | 2/5/2008 | 600.00 | 1,318.76 | 1,918.76 |
| 7983.21363 | 1001088354 | 2/5/2008 | 600.00 | 969.36 | 1,569.36 |
| 7983.21376 | 1000949343 | 2/5/2008 | 500.00 | 1,509.21 | 2,009.21 |
| 7983.21414 | 1001714016 | 2/5/2008 | 600.00 | 744.09 | 1,344.09 |
| 7983.21611 | 1001779384 | 2/5/2008 | 600.00 | 944.27 | 1,544.27 |
| 7983.21713 | 1001771515 | 2/5/2008 | 600.00 | 1,125.70 | 1,725.70 |
| 7983.21827 | 1001750740 | 2/5/2008 | 600.00 | 2,301.45 | 2,901.45 |
| 7983.22098 | 1001807252 | 2/5/2008 | 600.00 | 730.18 | 1,330.18 |
| 7983.22203 | 1000672708 | 2/5/2008 | 525.00 | 798.45 | 1,323.45 |
| 7983.20465 | 1001160911 | 2/6/2008 | N/A | 656.32 | 656.32 |
| 7983.20780 | 1001378834 | 2/7/2008 | N/A | 59.00 | 59.00 |
| 7983.21169 | 1001155619 | 2/7/2008 | 600.00 | 1,587.98 | 2,187.98 |
| 7983.21182 | 1001252456 | 2/7/2008 | 600.00 | 1,600.89 | 2,200.89 |
| 7983.21265 | 1001276712 | 2/7/2008 | 725.00 | 2,161.70 | 2,886.70 |
| 7983.21302 | 1001163488 | 2/7/2008 | 725.00 | 2,279.70 | 3,004.70 |
| 7983.21327 | 1001036103 | 2/7/2008 | 600.00 | 1,413.96 | 2,013.96 |
| 7983.21329 | 1001102968 | 2/7/2008 | 600.00 | 1,064.91 | 1,664.91 |
| 7983.21348 | 1000720349 | 2/7/2008 | 600.00 | 1,505.73 | 2,105.73 |
| 7983.21366 | 1001238748 | 2/7/2008 | 600.00 | 1,127.50 | 1,727.50 |
| 7983.21368 | 1001269638 | 2/7/2008 | 600.00 | 1,180.50 | 1,780.50 |
| 7983.21402 | 1001706116 | 2/7/2008 | 500.00 | 1,397.95 | 1,897.95 |
| 7983.21657 | 1001331461 | 2/7/2008 | N/A | 59.00 | 59.00 |
| 7983.21662 | 1001009071 | 2/7/2008 | 600.00 | 1,209.36 | 1,809.36 |
| 7983.21754 | 1001729815 | 2/7/2008 | 600.00 | 969.09 | 1,569.09 |
| 7983.20516 | 1000992699 | 2/8/2008 | 450.00 | 937.49 | 1,387.49 |
| 7983.20892 | 1001038931 | 2/11/2008 | N/A | 68.00 | 68.00 |
| 7983.20616 | 1001041138 | 2/11/2008 | 600.00 | 1,041.32 | 1,641.32 |
| 7983.20748 | 1001600681 | 2/11/2008 | 600.00 | 1,977.97 | 2,577.97 |
| 7983.21009 | 1001109926 | 2/11/2008 | 600.00 | 1,605.50 | 2,205.50 |
| 7983.21116 | 1001451996 | 2/11/2008 | 600.00 | 725.09 | 1,325.09 |
| 7983.21128 | 1001311188 | 2/11/2008 | 600.00 | 770.50 | 1,370.50 |
| 7983.21379 | 1001577631 | 2/11/2008 | 600.00 | 1,424.31 | 2,024.31 |
| 7983.21998 | 1001523932 | 2/11/2008 | 600.00 | 915.18 | 1,515.18 |
| 7983.20824 | 1001302571 | 2/12/2008 | 600.00 | 2,051.07 | 2,651.07 |
| 7983.21157 | 1001135520 | 2/12/2008 | 600.00 | 1,408.09 | 2,008.09 |

| | | | | | |
|---|---|---|---|---|---|
| 7983.21165 | 1001196800 | 2/12/2008 | 600.00 | 1,264.13 | 1,864.13 |
| 7983.21167 | 1001268112 | 2/12/2008 | 600.00 | 1,432.52 | 2,032.52 |
| 7983.21279 | 1001102985 | 2/12/2008 | 600.00 | 1,223.24 | 1,823.24 |
| 7983.21288 | 1000729878 | 2/12/2008 | 600.00 | 2,400.75 | 3,000.75 |
| 7983.21295 | 1000800177 | 2/12/2008 | 600.00 | 1,424.41 | 2,024.41 |
| 7983.21296 | 1000770569 | 2/12/2008 | 600.00 | 1,338.84 | 1,938.84 |
| 7983.21297 | 1000664779 | 2/12/2008 | 600.00 | 1,633.09 | 2,233.09 |
| 7983.21310 | 1001653755 | 2/12/2008 | 600.00 | 1,530.50 | 2,130.50 |
| 7983.21313 | 1001222854 | 2/12/2008 | 600.00 | 1,709.05 | 2,309.05 |
| 7983.21344 | 1000790428 | 2/12/2008 | 600.00 | 1,100.24 | 1,700.24 |
| 7983.21345 | 1000842647 | 2/12/2008 | 600.00 | 1,303.59 | 1,903.59 |
| 7983.21347 | 1000913058 | 2/12/2008 | 600.00 | 1,830.54 | 2,430.54 |
| 7983.21352 | 1000892638 | 2/12/2008 | 600.00 | 1,561.10 | 2,161.10 |
| 7983.21355 | 1000870203 | 2/12/2008 | 600.00 | 1,552.93 | 2,152.93 |
| 7983.21359 | 1001198199 | 2/12/2008 | 600.00 | 1,744.05 | 2,344.05 |
| 7983.21362 | 1001245964 | 2/12/2008 | 600.00 | 1,651.89 | 2,251.89 |
| 7983.21372 | 1001220451 | 2/12/2008 | 600.00 | 2,121.50 | 2,721.50 |
| 7983.21387 | 1000918052 | 2/12/2008 | 600.00 | 1,228.14 | 1,828.14 |
| 7983.21424 | 1001633737 | 2/12/2008 | 600.00 | 1,335.50 | 1,935.50 |
| 7983.21443 | 1001411924 | 2/12/2008 | 500.00 | 1,689.65 | 2,189.65 |
| 7983.21452 | 1001457321 | 2/12/2008 | 600.00 | 1,518.60 | 2,118.60 |
| 7983.21717 | 1001102626 | 2/12/2008 | 600.00 | 700.90 | 1,300.90 |
| 7983.20570 | 1001160423 | 2/13/2008 | 600.00 | 1,235.73 | 1,835.73 |
| 7983.20751 | 1000701763 | 2/13/2008 | N/A | 40.00 | 40.00 |
| 7983.20779 | 1001175752 | 2/13/2008 | 300.00 | 690.66 | 990.66 |
| 7983.20983 | 1001621564 | 2/13/2008 | 600.00 | 1,621.30 | 2,221.30 |
| 7983.21092 | 1001335232 | 2/13/2008 | 725.00 | 2,660.87 | 3,385.87 |
| 7983.21109 | 1001286896 | 2/13/2008 | 600.00 | 1,375.50 | 1,975.50 |
| 7983.21168 | 1001256824 | 2/13/2008 | 600.00 | 1,352.50 | 1,952.50 |
| 7983.21177 | 1001120548 | 2/13/2008 | 600.00 | 1,431.93 | 2,031.93 |
| 7983.21187 | 1000868538 | 2/13/2008 | 600.00 | 1,890.26 | 2,490.26 |
| 7983.21318 | 1001522266 | 2/13/2008 | 600.00 | 1,408.50 | 2,008.50 |
| 7983.21325 | 1001410340 | 2/13/2008 | 600.00 | 1,098.60 | 1,698.60 |
| 7983.21336 | 1001044519 | 2/13/2008 | 600.00 | 1,225.50 | 1,825.50 |
| 7983.21341 | 1001685832 | 2/13/2008 | 600.00 | 1,856.00 | 2,456.00 |
| 7983.21358 | 1000906045 | 2/13/2008 | 600.00 | 1,730.91 | 2,330.91 |
| 7983.21374 | 1001189040 | 2/13/2008 | 600.00 | 1,381.77 | 1,981.77 |
| 7983.21381 | 1001270899 | 2/13/2008 | 600.00 | 1,341.50 | 1,941.50 |
| 7983.21382 | 1001003940 | 2/13/2008 | 600.00 | 1,635.33 | 2,235.33 |
| 7983.21384 | 1000935927 | 2/13/2008 | N/A | 718.14 | 718.14 |
| 7983.21405 | 1000988910 | 2/13/2008 | 600.00 | 1,260.50 | 1,860.50 |
| 7983.21416 | 1001555146 | 2/13/2008 | 600.00 | 1,509.93 | 2,109.93 |
| 7983.21420 | 1001180124 | 2/13/2008 | 600.00 | 1,354.41 | 1,954.41 |
| 79833.21421 | 1001143847 | 2/13/2008 | 600.00 | 1,103.60 | 1,703.60 |
| 7983.21426 | 1001360334 | 2/13/2008 | 600.00 | 1,466.60 | 2,066.60 |
| 7983.21427 | 1001113667 | 2/13/2008 | 600.00 | 1,671.46 | 2,271.46 |
| 7983.21434 | 1001141049 | 2/13/2008 | 600.00 | 1,047.50 | 1,647.50 |
| 7983.21436 | 1000985961 | 2/13/2008 | 600.00 | 1,301.41 | 1,901.41 |
| 7983.21449 | 1001455650 | 2/13/2008 | 600.00 | 1,196.50 | 1,796.50 |
| 7983.21450 | 1001444984 | 2/13/2008 | 600.00 | 1,327.50 | 1,927.50 |
| 7983.21453 | 1001479844 | 2/13/2008 | 600.00 | 1,388.91 | 1,988.91 |
| 7983.21531 | 1001321890 | 2/13/2008 | 725.00 | 1,685.36 | 2,410.36 |

| | | | | | |
|---|---|---|---|---|---|
| 7983.21603 | 1000790535 | 2/13/2008 | 600.00 | 879.00 | 1,479.00 |
| 7983.22142 | 1001286450 | 2/13/2008 | 300.00 | 996.54 | 1,296.54 |
| 7983.21392 | 1001655255 | 2/14/2008 | 600.00 | 1,514.41 | 2,114.41 |
| 7983.21415 | 1001099573 | 2/14/2008 | 600.00 | 1,412.41 | 2,012.41 |
| 7983.21418 | 1001090063 | 2/14/2008 | 600.00 | 1,613.41 | 2,213.41 |
| 7983.21484 | 1000714530 | 2/14/2008 | 500.00 | 1,186.00 | 1,686.00 |
| 7983.22210 | 1001151151 | 2/14/2008 | N/A | 50.00 | 50.00 |
| 7983.20699 | 1001287384 | 2/17/2008 | N/A | 200.00 | 200.00 |
| 7983.21032 | 1001546545 | 2/17/2008 | 600.00 | 2,369.00 | 2,969.00 |
| 7983.21126 | 1001494274 | 2/17/2008 | 600.00 | 1,668.68 | 2,268.68 |
| 7983.21185 | 1001111596 | 2/17/2008 | 600.00 | 1,419.66 | 2,019.66 |
| 7983.21328 | 1001248956 | 2/17/2008 | 600.00 | 1,329.43 | 1,929.43 |
| 7983.21356 | 1001020129 | 2/17/2008 | 600.00 | 1,427.38 | 2,027.38 |
| 7983.21428 | 1001185051 | 2/17/2008 | 600.00 | 1,708.15 | 2,308.15 |
| 7983.21444 | 1001486333 | 2/17/2008 | 600.00 | 1,218.37 | 1,818.37 |
| 7983.21456 | 1001433297 | 2/17/2008 | 600.00 | 1,348.96 | 1,948.96 |
| 7983.21465 | 1001300977 | 2/17/2008 | 600.00 | 1,476.00 | 2,076.00 |
| 7983.21500 | 1001098704 | 2/17/2008 | 500.00 | 1,223.91 | 1,723.91 |
| 7983.21729 | 1001272394 | 2/17/2008 | 600.00 | 681.63 | 1,281.63 |
| 7983.21985 | 1001258913 | 2/17/2008 | 600.00 | 699.18 | 1,299.18 |
| 7983.21887 | 1001650255 | 2/19/2008 | 600.00 | 693.72 | 1,293.72 |
| 7983.21896 | 1001021403 | 2/19/2008 | 600.00 | 1,270.81 | 1,870.81 |
| 7983.21920 | 1001087151 | 2/19/2008 | 600.00 | 683.27 | 1,283.27 |
| 7983.21921 | 1001087127 | 2/19/2008 | 600.00 | 669.72 | 1,269.72 |
| 7983.20925 | 1000797058 | 2/20/2008 | N/A | 626.51 | 626.51 |
| 7983.20949 | 1001326155 | 2/20/2008 | 600.00 | 1,179.04 | 1,779.04 |
| 7983.21091 | 1001247807 | 2/20/2008 | 725.00 | 2,972.70 | 3,697.70 |
| 7983.21175 | 1001117101 | 2/20/2008 | 600.00 | 1,672.81 | 2,272.81 |
| 7983.21301 | 1001174402 | 2/20/2008 | 725.00 | 1,326.50 | 2,051.50 |
| 7983.21401 | 1001760571 | 2/20/2008 | 600.00 | 1,658.86 | 2,258.86 |
| 7983.21403 | 1001549501 | 2/20/2008 | 600.00 | 1,506.30 | 2,106.30 |
| 7983.21525 | 1001747942 | 2/20/2008 | 725.00 | 2,377.70 | 3,102.70 |
| 7983.21779 | 1001299664 | 2/20/2008 | 600.00 | 616.18 | 1,216.18 |
| 7983.21954 | 1001152985 | 2/20/2008 | 600.00 | 886.63 | 1,486.63 |
| 7983.21408 | 1000572476 | 2/21/2008 | 600.00 | 1,373.35 | 1,973.35 |
| 7983.21485 | 1001303082 | 2/21/2008 | 600.00 | 1,611.38 | 2,211.38 |
| 7983.21501 | 1001245208 | 2/21/2008 | 500.00 | 1,321.91 | 1,821.91 |
| 7983.21502 | 1001250801 | 2/21/2008 | 500.00 | 1,592.84 | 2,092.84 |
| 7983.21758 | 1001742197 | 2/21/2008 | 600.00 | 1,107.00 | 1,707.00 |
| 7983.21480 | 1001327507 | 2/22/2008 | 600.00 | 1,437.95 | 2,037.95 |
| 7983.21619 | 1001220592 | 2/22/2008 | 600.00 | 1,378.00 | 1,978.00 |
| 7983.21743 | 1001259860 | 2/22/2008 | 600.00 | 1,301.50 | 1,901.50 |
| 7983.21809 | 1001361680 | 2/22/2008 | 600.00 | 5,395.94 | 5,995.94 |
| 7983.22198 | 1001311585 | 2/22/2008 | 600.00 | 1,330.29 | 1,930.29 |
| 7983.21498 | 1000901423 | 2/25/2008 | 600.00 | 1,312.00 | 1,912.00 |
| 7983.21680 | 1001452559 | 2/25/2008 | 600.00 | 1,628.50 | 2,228.50 |
| 7983.21857 | 1000896269 | 2/25/2008 | 600.00 | 762.85 | 1,362.85 |
| 7983.21412 | 1000688262 | 2/26/2008 | 600.00 | 1,247.40 | 1,847.40 |
| 7983.21466 | 1000130256 | 2/26/2008 | 600.00 | 1,523.39 | 2,123.39 |
| 7983.21794 | 1000750879 | 2/26/2008 | 600.00 | 965.21 | 1,565.21 |
| 7983.21824 | 1001805352 | 2/26/2008 | 500.00 | 1,899.02 | 2,399.02 |
| 7983.21995 | 1000744169 | 2/26/2008 | 600.00 | 993.81 | 1,593.81 |

| | | | | | |
|---|---|---|---|---|---|
| 7983.22190 | 1000443582 | 2/26/2008 | 50.00 | N/A | 50.00 |
| 7983.21533 | 1001241714 | 2/27/2008 | 500.00 | 1,659.59 | 2,159.59 |
| 7983.21643 | 1000433801 | 2/27/2008 | 500.00 | 1,085.18 | 1,585.18 |
| 7983.21829 | 1000849836 | 2/27/2008 | 600.00 | 3,460.50 | 4,060.50 |
| 7983.21911 | 1001525391 | 2/27/2008 | 600.00 | 1,368.36 | 1,968.36 |
| 7983.21111 | 1001226854 | 2/27/2008 | 600.00 | 543.27 | 1,143.27 |
| 7983.20672 | 1001287739 | 2/29/2008 | 600.00 | 1,719.49 | 2,319.49 |
| 7983.20772 | 1001244024 | 2/29/2008 | N/A | 771.19 | 771.19 |
| 7983.20865 | 1001261508 | 2/29/2008 | N/A | 1,438.18 | 1,438.18 |
| 7983.21130 | 1000713712 | 2/29/2008 | 600.00 | 1,613.55 | 2,213.55 |
| 7983.21131 | 1000870295 | 2/29/2008 | N/A | 1,954.52 | 1,954.52 |
| 7983.21139 | 1001308063 | 2/29/2008 | 600.00 | 2,307.14 | 2,907.14 |
| 7983.21161 | 1001019977 | 2/29/2008 | N/A | 1,608.15 | 1,608.15 |
| 7983.21171 | 1001629154 | 2/29/2008 | 600.00 | 1,518.45 | 2,118.45 |
| 7983.21178 | 1001133698 | 2/29/2008 | 600.00 | 1,466.50 | 2,066.50 |
| 7983.21189 | 1000815336 | 2/29/2008 | 600.00 | 1,194.67 | 1,794.67 |
| 7983.21222 | 1000676967 | 2/29/2008 | 600.00 | 1,115.08 | 1,715.08 |
| 7983.21251 | 1001268050 | 2/29/2008 | 600.00 | 1,478.00 | 2,078.00 |
| 7983.21280 | 1001128605 | 2/29/2008 | N/A | 594.00 | 594.00 |
| 7983.21334 | 1001200459 | 2/29/2008 | N/A | 823.55 | 823.55 |
| 7983.21357 | 1000876221 | 2/29/2008 | 100.00 | 602.68 | 702.68 |
| 7983.21375 | 1000986991 | 2/29/2008 | 600.00 | 1,741.91 | 2,341.91 |
| 7983.21398 | 1001558442 | 2/29/2008 | 600.00 | 1,691.50 | 2,291.50 |
| 7983.21407 | 1000862908 | 2/29/2008 | 600.00 | 1,503.91 | 2,103.91 |
| 7983.21425 | 1001104178 | 2/29/2008 | 600.00 | 1,314.09 | 1,914.09 |
| 7983.21439 | 1001424366 | 2/29/2008 | 600.00 | 1,210.47 | 1,810.47 |
| 7983.21440 | 1001513072 | 2/29/2008 | 600.00 | 1,575.00 | 2,175.00 |
| 7983.21441 | 1001519574 | 2/29/2008 | 600.00 | 1,254.93 | 1,854.93 |
| 7983.21459 | 1001405260 | 2/29/2008 | 600.00 | 1,455.73 | 2,055.73 |
| 7983.21464 | 1001489564 | 2/29/2008 | 600.00 | 1,461.50 | 2,061.50 |
| 7983.21467 | 1001505301 | 2/29/2008 | 600.00 | 1,106.50 | 1,706.50 |
| 7983.21468 | 1001334309 | 2/29/2008 | 600.00 | 1,589.50 | 2,189.50 |
| 7983.21469 | 1001346032 | 2/29/2008 | 600.00 | 1,347.41 | 1,947.41 |
| 7983.21470 | 1001337763 | 2/29/2008 | 600.00 | 1,514.64 | 2,114.64 |
| 7983.21471 | 1001247274 | 2/29/2008 | 600.00 | 1,760.50 | 2,360.50 |
| 7983.21472 | 1001326171 | 2/29/2008 | 600.00 | 2,106.02 | 2,706.02 |
| 7983.21475 | 1000837122 | 2/29/2008 | 600.00 | 1,640.93 | 2,240.93 |
| 7983.21478 | 1001283600 | 2/29/2008 | 600.00 | 1,623.82 | 2,223.82 |
| 7983.21479 | 1001286943 | 2/29/2008 | 600.00 | 1,273.95 | 1,873.95 |
| 7983.21487 | 1001348659 | 2/29/2008 | 600.00 | 2,329.49 | 2,929.49 |
| 7983.21497 | 1000962118 | 2/29/2008 | 600.00 | 1,513.50 | 2,113.50 |
| 7983.21510 | 1000751071 | 2/29/2008 | 600.00 | 2,285.74 | 2,885.74 |
| 7983.21558 | 1001141094 | 2/29/2008 | 600.00 | 2,036.64 | 2,636.64 |
| 7983.21588 | 1000819209 | 2/29/2008 | 600.00 | 1,464.22 | 2,064.22 |
| 7983.21615 | 1001400546 | 2/29/2008 | N/A | 419.00 | 419.00 |
| 7983.21633 | 1000870620 | 2/29/2008 | 600.00 | 2,196.50 | 2,796.50 |
| 7983.21709 | 1001238383 | 2/29/2008 | 600.00 | 1,273.00 | 1,873.00 |
| 7983.21722 | 1001700428 | 2/29/2008 | 600.00 | 1,486.29 | 2,086.29 |
| 7983.21725 | 1001713375 | 2/29/2008 | N/A | 390.66 | 390.66 |
| 7983.21800 | 1000822648 | 2/29/2008 | 600.00 | 2,869.28 | 3,469.28 |
| 7983.21801 | 1000730517 | 2/29/2008 | 600.00 | 2,817.75 | 3,417.75 |
| 7983.21802 | 1001472251 | 2/29/2008 | 600.00 | 3,000.74 | 3,600.74 |

| | | | | | |
|---|---|---|---|---|---|
| 7983.21806 | 1001375251 | 2/29/2008 | 600.00 | 3,421.68 | 4,021.68 |
| 7983.21808 | 1001235625 | 2/29/2008 | 600.00 | 2,873.99 | 3,473.99 |
| 7983.21810 | 1001266487 | 2/29/2008 | 600.00 | 3,753.17 | 4,353.17 |
| 7983.21811 | 1001267893 | 2/29/2008 | 600.00 | 2,674.48 | 3,274.48 |
| 7983.21813 | 1001181899 | 2/29/2008 | 600.00 | 4,960.52 | 5,560.52 |
| 7983.21814 | 1000147967 | 2/29/2008 | 600.00 | 6,673.23 | 7,273.23 |
| 7983.21828 | 1001599732 | 2/29/2008 | 600.00 | 2,707.39 | 3,307.39 |
| 7983.21852 | 1000793754 | 2/29/2008 | 600.00 | 698.00 | 1,298.00 |
| 7983.22024 | 1001557474 | 2/29/2008 | 600.00 | 587.77 | 1,187.77 |
| 7983.22057 | 1001656845 | 2/29/2008 | 600.00 | 871.72 | 1,471.72 |
| 7983.22142 | 1001286450 | 2/29/2008 | N/A | 12.00 | 12.00 |
| 7983.22151 | 1001070535 | 2/29/2008 | 600.00 | 662.27 | 1,262.27 |
| 7983.80273 | | 2/1/2008 | 200.00 | N/A | 200.00 |
| 7983.80115 | 1001187113 | 2/4/2008 | 200.00 | N/A | 200.00 |
| 7983.80317 | 1001071729 | 2/5/2008 | 200.00 | N/A | 200.00 |
| 7983.80258 | 1001400868 | 2/7/2008 | 250.00 | N/A | 250.00 |
| 7983.80239 | 1001129322 | 2/12/2008 | 200.00 | N/A | 200.00 |
| 7983.80326 | 1001584533 | 2/12/2008 | 200.00 | N/A | 200.00 |
| 7983.80332 | 1001095383 | 2/12/2008 | 250.00 | N/A | 250.00 |
| 7983.80261 | 1001278396 | 2/14/2008 | 200.00 | N/A | 200.00 |
| 7983.80269 | 1001371790 | 2/14/2008 | 200.00 | N/A | 200.00 |
| 7983.80104 | 1001170616 | 2/20/2008 | 200.00 | N/A | 200.00 |
| 7983.80215 | 1001042715 | 2/22/2008 | 200.00 | N/A | 200.00 |
| 7983.80222 | 1001570867 | 2/27/2008 | 200.00 | N/A | 200.00 |
| 7983.8029 | 1001085076 | 2/28/2008 | 200.00 | N/A | 200.00 |
| 7983.80354 | 1001101048 | 2/28/2008 | 250.00 | N/A | 250.00 |
| 7983.80108 | 1001077681 | 2/29/2008 | 200.00 | N/A | 200.00 |
| 7983.80232 | 1001117648 | 2/29/2008 | 200.00 | N/A | 200.00 |
| | | Totals: | 117,955.00 | 307,407.16 | 425,362.16 |