# EXHIBIT C

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:   FTS0083753

Invoice Date:  2/1/2008

Attention:                                                                7983.21991

Loan No: 1001556210                          Type:  Non-Jud Foreclosure/ CONV

Borrower: ████████████

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/1/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/19/2007 | Date Notice of Default Recorded | $12.00 |
| 11/20/2007 | 10 Day Mailings Sent | $21.27 |
| 12/13/2007 | Date Trustee Sale Guarantee Received | $785.00 |
| 12/14/2007 | 1 Month Mailings Sent | $49.63 |
| | TOTAL EXPENSES: | $867.90 |
| | PLEASE PAY AMOUNT DUE: | $1,467.90 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0084118
Invoice Date:  2/4/2008

Attention:

7983.21257

Loan No: 1001359281

Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 2/4/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/18/2007 | Trustee Sale Guarantee Received | $1,326.50 |
| 9/28/2007 | Assignment Recorded | $3.00 |
| 9/28/2007 | Notice of Default Recorded | $3.00 |
| 9/28/2007 | Appointment Recorded | $3.00 |
| 10/5/2007 | Notice of Sale Mailed (statutory) | $96.00 |
| 10/15/2007 | Publication Commenced | $186.44 |
| 10/28/2007 | Service/Posting of Notices | $100.00 |
| 11/30/2007 | Affidavit of PUB Recorded | $6.00 |
| 11/30/2007 | Affidavit of Post/Service Recorded | $6.00 |
| 11/30/2007 | Affidavit of Mailing Recorded | $12.00 |
| 2/4/2008 | Sale Completed/Read | $100.00 |
| 2/4/2008 | Cost - Record Trustee Deed | $6.00 |
| | TOTAL EXPENSES: | $1,847.94 |

PLEASE PAY AMOUNT DUE:     $2,447.94

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0084149
Invoice Date:  2/4/2008

Attention:                                                                 7983.21532

Loan No: 1001517868                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/4/2007 | Assignment Prepared | $50.00 |
| 2/4/2008 | Trustee Fee | $675.00 |
| | TOTAL FEES: | $725.00 |
| | | |
| 9/28/2007 | Notice of Default Mailed (statutory) | $24.00 |
| 9/29/2007 | Notice of Default Posted | $57.50 |
| 10/3/2007 | Trustee Sale Guarantee Received | $1,754.38 |
| 10/29/2007 | Assignment Recorded | $12.00 |
| 10/29/2007 | Appointment Recorded | $12.00 |
| 11/2/2007 | Notice of Trustee Sale Posted | $57.50 |
| 11/2/2007 | Notice of Trustee Sale Mailed (statutory) | $66.00 |
| 11/2/2007 | Notice of Trustee Sale Recorded | $43.00 |
| 1/2/2008 | Publication Commenced | $301.96 |
| 2/1/2008 | Cost - Record Trustee's Deed | $53.00 |
| 2/1/2008 | Sale Completed/Read | $100.00 |
| | TOTAL EXPENSES: | $2,481.34 |

PLEASE PAY AMOUNT DUE:    $3,206.34

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0084128
Invoice Date:  2/4/2008

Attention:

7983.21583

Loan No: 1000660153
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/4/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 10/5/2007 | Date Notice of Default Recorded | | $9.00 |
| 10/10/2007 | 10 Day Mailings Sent | | $14.18 |
| 10/30/2007 | Date Trustee Sale Guarantee Received | | $450.00 |
| 10/31/2007 | 1 Month Mailings Sent | | $35.45 |
| 2/4/2008 | Recission Recording | | $9.00 |
| | | TOTAL EXPENSES: | $517.63 |
| | | PLEASE PAY AMOUNT DUE: | $1,117.63 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:   FTS0084124
4600 Regent Blvd., Suite 200                        Invoice Date:  2/4/2008
Irving, TX   75063

Attention:                                          7983.21671

Loan No: 1001534704                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/4/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 10/16/2007 | Date Notice of Default Recorded | $12.00 |
| 10/18/2007 | 10 Day Mailings Sent | $14.18 |
| 11/13/2007 | Date Trustee Sale Guarantee Received | $785.00 |
| 11/14/2007 | 1 Month Mailings Sent | $28.36 |
| | TOTAL EXPENSES: | $839.54 |
| | PLEASE PAY AMOUNT DUE: | $1,439.54 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0084129

4600 Regent Blvd., Suite 200

Invoice Date:  2/4/2008

Irving,  TX   75063

Attention:                                                              7983.21704

Loan No: 1001021643                        Type:  Non-Jud Foreclosure/ CONV
Borrower: ▇▇▇▇▇▇▇▇▇▇▇
          ▇▇▇▇▇▇▇▇▇▇
          ▇▇▇▇▇▇▇▇▇▇

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/4/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 10/18/2007 | Date Notice of Default Recorded | | $13.00 |
| 10/23/2007 | 10 Day Mailings Sent | | $7.09 |
| 11/14/2007 | Date Trustee Sale Guarantee Received | | $1,043.00 |
| 2/4/2008 | Recission Recording | | $10.00 |
| | | TOTAL EXPENSES: | $1,073.09 |

PLEASE PAY AMOUNT DUE:    $1,673.09

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0084125
Invoice Date:  2/4/2008

Attention:

7983.22051

Loan No: 1001411127
Borrower: ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|---|---|---|
| 2/4/2008 | Trustee Fee | $500.00 |
| | TOTAL FEES: | $500.00 |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/29/2007 | 10 Day Mailings Sent | $21.27 |
| 12/19/2007 | Date Trustee Sale Guarantee Received | $667.00 |
| | TOTAL EXPENSES: | $700.27 |
| | PLEASE PAY AMOUNT DUE: | $1,200.27 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing          Invoice No:  FTS0084126
4600 Regent Blvd., Suite 200              Invoice Date:  2/4/2008
Irving, TX   75063

Attention:                                          7983.22133

Loan No: 1001423423                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ▮▮▮▮▮▮▮▮▮▮▮

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/4/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 12/5/2007 | Date Notice of Default Recorded | | $16.00 |
| 12/6/2007 | 10 Day Mailings Sent | | $7.09 |
| 12/7/2007 | Date Trustee Sale Guarantee Received | | $881.00 |
| | | TOTAL EXPENSES: | $904.09 |
| | | | |
| | | PLEASE PAY AMOUNT DUE: | $1,504.09 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0084211
Invoice Date:  2/5/2008

Attention:                                                                          7983.20697

Loan No: 1000851935                           Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/5/2008 | Trustee Fee | $280.00 |
| | TOTAL FEES: | $280.00 |
| 10/1/2007 | Publication Endorsement Received | $50.00 |
| 12/10/2007 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $75.00 |
| | PLEASE PAY AMOUNT DUE: | $355.00 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0084266
Invoice Date:  2/5/2008

Attention:

7983.20707

Loan No: 1001303982

Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 1/15/2008 | Publication Endorsement Received | $50.00 |
| 1/16/2008 | Date Notice of Sale Posted | $120.00 |
| 1/16/2008 | Date Publication Commenced (1st Pub) | $316.25 |
| 1/16/2008 | Date Notice of Sale Mailed | $39.66 |
| 1/23/2008 | Date Notice of Sale Recorded | $15.00 |
| 1/23/2008 | SOT/Appointment Recorded | $15.00 |
| 1/23/2008 | Assignment Recorded | $15.00 |
| 2/5/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $595.91 |

PLEASE PAY AMOUNT DUE:      $595.91

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing          Invoice No:  FTS0084267
4600 Regent Blvd., Suite 200              Invoice Date:  2/5/2008
Irving,  TX   75063

Attention:                                                    7983.21315

Loan No: 1001090952                       Type:  Non-Jud Foreclosure/ CONV
Borrower: ██████████████

██████████████████

██████████████████

| Date | Item Description | | Amount |
|------|------------------|--|--------|
| 2/5/2008 | Trustee Fee | | $500.00 |
| | | TOTAL FEES: | $500.00 |
| | | | |
| 9/17/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $14.18 |
| 10/2/2007 | Date Trustee Sale Guarantee Received | | $300.00 |
| 11/6/2007 | 1 Month Mailings Sent | | $28.36 |
| 1/10/2008 | Publication Endorsement Received | | $50.00 |
| 1/11/2008 | Date Notice of Sale Mailed | | $29.64 |
| 1/16/2008 | Date Publication Commenced (1st Pub) | | $724.25 |
| 1/16/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/22/2008 | Assignment Recorded | | $9.00 |
| 1/22/2008 | Date Notice of Sale Recorded | | $15.00 |
| 1/22/2008 | SOT/Appointment Recorded | | $15.00 |
| 2/5/2008 | Sale Endorsement Received | | $25.00 |
| | | TOTAL EXPENSES: | $1,342.43 |

PLEASE PAY AMOUNT DUE:     $1,842.43

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0084194
Invoice Date:  2/5/2008

Attention:                                                                                          7983.21360

Loan No: 1001360167                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/5/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | $13.00 |
| 9/21/2007 | 10 Day Mailings Sent | $7.35 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $540.00 |
| 1/10/2008 | Publication Endorsement Received | $50.00 |
| 1/11/2008 | Date Notice of Sale Mailed | $7.41 |
| 1/12/2008 | Date Publication Commenced (1st Pub) | $505.00 |
| 1/12/2008 | Date Notice of Sale Posted | $120.00 |
| 1/16/2008 | Assignment Recorded | $10.00 |
| 1/16/2008 | SOT/Appointment Recorded | $13.00 |
| 1/16/2008 | Date Notice of Sale Recorded | $13.00 |
| 2/1/2008 | Title Cost Endorsement | $25.00 |
| 2/1/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,318.76 |

PLEASE PAY AMOUNT DUE:    $1,918.76

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0084212
Invoice Date:  2/5/2008

Attention:

7983.21363

Loan No: 1001088354
Borrower: ███████████████

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/5/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | | $10.00 |
| 9/21/2007 | 10 Day Mailings Sent | | $7.09 |
| 10/10/2007 | Date Trustee Sale Guarantee Received | | $881.00 |
| 10/12/2007 | 1 Month Mailings Sent | | $21.27 |
| 2/4/2008 | Publication Endorsement Received | | $50.00 |
| | | TOTAL EXPENSES: | $969.36 |
| | | PLEASE PAY AMOUNT DUE: | $1,569.36 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0084268
Invoice Date:  2/5/2008

Attention:                                                                    7983.21376

Loan No: 1000949343                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ████████████

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/5/2008 | Trustee Fee | $500.00 |
| | TOTAL FEES: | $500.00 |
| | | |
| 9/17/2007 | Date Notice of Default Recorded | $12.00 |
| 9/27/2007 | 10 Day Mailings Sent | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $625.00 |
| 10/11/2007 | 1 Month Mailings Sent | $49.63 |
| 1/10/2008 | Publication Endorsement Received | $50.00 |
| 1/11/2008 | Date Notice of Sale Posted | $120.00 |
| 1/11/2008 | Date Notice of Sale Mailed | $59.28 |
| 1/16/2008 | Date Publication Commenced (1st Pub) | $518.12 |
| 1/22/2008 | Assignment Recorded | $11.00 |
| 1/22/2008 | Date Notice of Sale Recorded | $11.00 |
| 1/22/2008 | SOT/Appointment Recorded | $14.00 |
| 2/5/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,509.21 |

PLEASE PAY AMOUNT DUE:     $2,009.21

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX    75063

Invoice No:   FTS0084213

Invoice Date:   2/5/2008

Attention:                                                                 7983.21414

Loan No: 1001714016                          Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/5/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/18/2007 | Date Notice of Default Recorded | $12.00 |
| 9/19/2007 | Date Trustee Sale Guarantee Received | $725.00 |
| 9/21/2007 | 10 Day Mailings Sent | $7.09 |
| | TOTAL EXPENSES: | $744.09 |
| | PLEASE PAY AMOUNT DUE: | $1,344.09 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0084214
Invoice Date:  2/5/2008

Attention:                                                              7983.21611

Loan No: 1001779384                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ▮▮▮▮▮▮▮▮

| Date | Item Description | Amount |
|---|---|---|
| 2/5/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 10/15/2007 | Date Notice of Default Recorded | $24.00 |
| 10/17/2007 | 10 Day Mailings Sent | $14.18 |
| 11/5/2007 | Date Trustee Sale Guarantee Received | $899.00 |
| 11/6/2007 | 1 Month Mailings Sent | $7.09 |
| | TOTAL EXPENSES: | $944.27 |
| | | |
| | PLEASE PAY AMOUNT DUE: | $1,544.27 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0084215
Invoice Date:  2/5/2008

Attention:                                                    7983.21713

Loan No: 1001771515                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/5/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 10/18/2007 | Date Notice of Default Recorded | $12.00 |
| 10/23/2007 | 10 Day Mailings Sent | $7.09 |
| 11/14/2007 | Date Trustee Sale Guarantee Received | $1,042.80 |
| 11/15/2007 | 1 Month Mailings Sent | $63.81 |
| | TOTAL EXPENSES: | $1,125.70 |
| | | |
| | PLEASE PAY AMOUNT DUE: | $1,725.70 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0084217
Invoice Date:  2/5/2008

Attention:                                                            7983.21827

Loan No: 1001750740                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/5/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 10/30/2007 | Date Notice of Default Recorded | $15.00 |
| 11/7/2007 | Date Trustee Sale Guarantee Received | $2,251.00 |
| 11/8/2007 | 10 Day Mailings Sent | $35.45 |
| | **TOTAL EXPENSES:** | $2,301.45 |
| | | |
| | **PLEASE PAY AMOUNT DUE:** | $2,901.45 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX    75063

Invoice No:  FTS0084218

Invoice Date:  2/5/2008

Attention:                                                                                  7983.22098

Loan No: 1001807252                         Type:  Non-Jud Foreclosure/ CONV

Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/5/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/20/2007 | Date Notice of Default Recorded | $10.00 |
| 11/29/2007 | 10 Day Mailings Sent | $14.18 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | $706.00 |
| | TOTAL EXPENSES: | $730.18 |

PLEASE PAY AMOUNT DUE:      $1,330.18

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:   FTS0084220

Invoice Date:  2/5/2008

Attention:

7983.22203

Loan No: 1000672708

Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/5/2008 | Trustee Fee | $475.00 |
| 2/5/2008 | Assignment Prepared | $50.00 |
| | TOTAL FEES: | $525.00 |
| 2/2/2008 | Notice of Default Posted | $57.50 |
| 2/4/2008 | Notice of Default Mailed (statutory) | $24.00 |
| 2/5/2008 | Trustee Sale Guarantee Received | $716.95 |
| | TOTAL EXPENSES: | $798.45 |

PLEASE PAY AMOUNT DUE:     $1,323.45

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0084339
Invoice Date:  2/6/2008

Attention:                                                                7983.20465

Loan No: 1001160911                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ███████████

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/3/2008 | Publication Endorsement Received | $50.00 |
| 1/4/2008 | Date Notice of Sale Mailed | $70.32 |
| 1/7/2008 | Date Notice of Sale Posted | $120.00 |
| 1/7/2008 | Date Publication Commenced (1st Pub) | $355.00 |
| 1/8/2008 | SOT/Appointment Recorded | $14.00 |
| 1/8/2008 | Date Notice of Sale Recorded | $11.00 |
| 1/9/2008 | Assignment Recorded | $11.00 |
| 1/28/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $656.32 |

PLEASE PAY AMOUNT DUE:       $656.32

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing          Invoice No:  FTS0084532
4600 Regent Blvd., Suite 200               Invoice Date: 2/7/2008
Irving,  TX    75063

Attention:                                              7983.20780

Loan No: 1001378834                    Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/11/2008 | Publication Endorsement Received | $50.00 |
| 2/7/2008 | Recission Recording | $9.00 |
| | TOTAL EXPENSES: | $59.00 |
| | PLEASE PAY AMOUNT DUE: | $59.00 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0084547
Invoice Date:  2/7/2008

Attention:                                                                 7983.21169

Loan No: 1001155619                        Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 2/7/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | | $9.00 |
| 9/21/2007 | 10 Day Mailings Sent | | $28.36 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | | $675.00 |
| 10/7/2007 | 1 Month Mailings Sent | | $14.18 |
| 1/10/2008 | Publication Endorsement Received | | $50.00 |
| 1/12/2008 | Date Notice of Sale Mailed | | $44.46 |
| 1/14/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/15/2008 | Date Publication Commenced (1st Pub) | | $585.98 |
| 1/16/2008 | Assignment Recorded | | $6.00 |
| 1/16/2008 | Date Notice of Sale Recorded | | $6.00 |
| 1/16/2008 | SOT/Appointment Recorded | | $9.00 |
| 2/4/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 2/4/2008 | Sale Endorsement Received | | $25.00 |
| | | TOTAL EXPENSES: | $1,587.98 |
| | | PLEASE PAY AMOUNT DUE: | $2,187.98 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0084543
Invoice Date:  2/7/2008

Attention:

7983.21182

Loan No: 1001252456

Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/7/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 9/17/2007 | Date Notice of Default Recorded | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent | $7.09 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | $917.00 |
| 10/7/2007 | 1 Month Mailings Sent | $14.18 |
| 1/9/2008 | Publication Endorsement Received | $50.00 |
| 1/10/2008 | Date Notice of Sale Mailed | $22.23 |
| 1/14/2008 | Date Publication Commenced (1st Pub) | $395.39 |
| 1/15/2008 | Date Notice of Sale Posted | $120.00 |
| 1/17/2008 | Date Notice of Sale Recorded | $6.00 |
| 1/17/2008 | Assignment Recorded | $8.00 |
| 1/17/2008 | SOT/Appointment Recorded | $9.00 |
| 2/4/2008 | Title Cost Endorsement | $25.00 |
| 2/4/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,600.89 |

**PLEASE PAY AMOUNT DUE:**   $2,200.89

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0084422
Invoice Date:  2/7/2008

Attention:                                                                7983.21265

Loan No: 1001276712                      Type:  Non-Jud Foreclosure/ CONV
Borrower: ██████████
          ██████████████
          █████████████

| Date | Item Description | Amount |
|------|------------------|--------|
| 9/17/2007 | Assignment Prepared | $50.00 |
| 2/7/2008 | Trustee Fee | $675.00 |
| | TOTAL FEES: | $725.00 |
| | | |
| 9/20/2007 | Trustee Sale Guarantee Received | $788.00 |
| 10/1/2007 | Notice of Default Recorded | $36.00 |
| 10/1/2007 | Appointment Recorded | $31.00 |
| 10/1/2007 | Assignment Recorded | $31.00 |
| 10/5/2007 | Notice of Sale Mailed (statutory) | $54.00 |
| 10/7/2007 | Notice of Sale Served | $77.50 |
| 11/5/2007 | Courtesy Mailing / NTS | $6.00 |
| 11/7/2007 | Publication Commenced | $866.20 |
| 1/4/2008 | Affidavits Package Recorded | $81.00 |
| 2/4/2008 | Postponement of Sale Read | $50.00 |
| 2/5/2008 | Sale Completed/Read | $100.00 |
| 2/6/2008 | Cost - Record Trustee's Deed | $41.00 |
| | TOTAL EXPENSES: | $2,161.70 |

PLEASE PAY AMOUNT DUE:      $2,886.70

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0084423
Invoice Date:  2/7/2008

Attention:                                                    7983.21302

Loan No: 1001163488
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|---|---|---|---|
| 9/17/2007 | Assignment Prepared | | $50.00 |
| 2/7/2008 | Trustee Fee | | $675.00 |
| | | TOTAL FEES: | $725.00 |
| | | | |
| 9/20/2007 | Trustee Sale Guarantee Received | | $915.00 |
| 10/1/2007 | Notice of Default Recorded | | $36.00 |
| 10/1/2007 | Assignment Recorded | | $31.00 |
| 10/5/2007 | Notice of Sale Mailed (statutory) | | $66.00 |
| 10/7/2007 | Notice of Sale Served | | $77.50 |
| 11/5/2007 | Courtesy Mailing / NTS | | $6.00 |
| 11/7/2007 | Publication Commenced | | $866.20 |
| 12/12/2007 | Affidavits Package Recorded | | $91.00 |
| 2/4/2008 | Postponement of Sale Read | | $50.00 |
| 2/6/2008 | Sale Completed/Read | | $100.00 |
| 2/6/2008 | Cost - Record Trustee's Deed | | $41.00 |
| | | TOTAL EXPENSES: | $2,279.70 |

PLEASE PAY AMOUNT DUE:     $3,004.70

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0084538
Invoice Date:  2/7/2008

Attention:                                                                                  7983.21327

Loan No: 1001036103                           Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/7/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 9/17/2007 | Date Notice of Default Recorded | $11.00 |
| 9/29/2007 | 10 Day Mailings Sent | $7.09 |
| 10/2/2007 | Date Trustee Sale Guarantee Received | $450.00 |
| 10/3/2007 | 1 Month Mailings Sent | $21.27 |
| 12/7/2007 | Publication Endorsement Received | $50.00 |
| 12/14/2007 | Title Cost Endorsement | $50.00 |
| 12/18/2007 | Date Notice of Sale Posted | $120.00 |
| 12/18/2007 | Date Publication Commenced (1st Pub) | $583.28 |
| 12/19/2007 | Date Notice of Sale Mailed | $29.32 |
| 12/25/2007 | SOT/Appointment Recorded | $11.00 |
| 12/26/2007 | Date Notice of Sale Recorded | $8.00 |
| 12/26/2007 | Assignment Recorded | $8.00 |
| 1/7/2008 | Title Cost Endorsement | $25.00 |
| 2/4/2008 | Title Cost Endorsement | $25.00 |
| 2/4/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,413.96 |

PLEASE PAY AMOUNT DUE:     $2,013.96

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0084530
Invoice Date:  2/7/2008

Attention:                                                        7983.21329

Loan No: 1001102968                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/7/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/14/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $360.00 |
| 9/29/2007 | 1 Month Mailings Sent | | $28.36 |
| 1/10/2008 | Publication Endorsement Received | | $50.00 |
| 1/15/2008 | Date Notice of Sale Mailed | | $51.87 |
| 1/17/2008 | Date Publication Commenced (1st Pub) | | $387.59 |
| 1/17/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/23/2008 | Assignment Recorded | | $8.00 |
| 1/23/2008 | Date Notice of Sale Recorded | | $6.00 |
| 1/23/2008 | SOT/Appointment Recorded | | $9.00 |
| 2/6/2008 | Sale Endorsement Received | | $25.00 |
| | | TOTAL EXPENSES: | $1,064.91 |

PLEASE PAY AMOUNT DUE:    $1,664.91

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing          Invoice No:  FTS0084550
4600 Regent Blvd., Suite 200               Invoice Date:  2/7/2008
Irving,  TX   75063

Attention:                                              7983.21348

Loan No: 1000720349                   Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/7/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/14/2007 | Date Notice of Default Recorded | | $10.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $600.00 |
| 9/29/2007 | 1 Month Mailings Sent | | $28.36 |
| 1/10/2008 | Publication Endorsement Received | | $50.00 |
| 1/10/2008 | Date Notice of Sale Mailed | | $44.46 |
| 1/14/2008 | Date Publication Commenced (1st Pub) | | $574.73 |
| 1/14/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/16/2008 | Assignment Recorded | | $7.00 |
| 1/16/2008 | SOT/Appointment Recorded | | $10.00 |
| 1/16/2008 | Date Notice of Sale Recorded | | $7.00 |
| 2/4/2008 | Title Cost Endorsement | | $25.00 |
| 2/4/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,505.73 |

PLEASE PAY AMOUNT DUE:    $2,105.73

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0084551
Invoice Date:  2/7/2008

Attention:

7983.21366

Loan No: 1001238748
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/7/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/17/2007 | Date Notice of Default Recorded | $12.00 |
| 9/22/2007 | 10 Day Mailings Sent | $7.09 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | $625.00 |
| 1/10/2008 | Publication Endorsement Received | $50.00 |
| 1/11/2008 | Date Notice of Sale Mailed | $7.41 |
| 1/14/2008 | Date Notice of Sale Posted | $120.00 |
| 1/15/2008 | Date Publication Commenced (1st Pub) | $240.00 |
| 1/18/2008 | Assignment Recorded | $9.00 |
| 1/18/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/18/2008 | SOT/Appointment Recorded | $10.00 |
| 2/4/2008 | Title Cost Endorsement | $25.00 |
| 2/4/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,127.50 |

PLEASE PAY AMOUNT DUE:     $1,727.50

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0084546
Invoice Date:  2/7/2008

Attention:                                                                        7983.21368

Loan No: 1001269638                        Type:  Non-Jud Foreclosure/ CONV
Borrower: ██████████████

| Date | Item Description | Amount |
|------|------------------|-------:|
| 2/7/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | **$600.00** |
| 9/17/2007 | Date Notice of Default Recorded | $12.00 |
| 9/22/2007 | 10 Day Mailings Sent | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $675.00 |
| 1/10/2008 | Publication Endorsement Received | $50.00 |
| 1/11/2008 | Date Notice of Sale Mailed | $7.41 |
| 1/14/2008 | Date Notice of Sale Posted | $120.00 |
| 1/15/2008 | Date Publication Commenced (1st Pub) | $240.00 |
| 1/18/2008 | Date Notice of Sale Recorded | $10.00 |
| 1/18/2008 | SOT/Appointment Recorded | $10.00 |
| 1/18/2008 | Assignment Recorded | $9.00 |
| 2/4/2008 | Sale Endorsement Received | $25.00 |
| 2/4/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | **$1,180.50** |

PLEASE PAY AMOUNT DUE:    $1,780.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0084528
Invoice Date:  2/7/2008

Attention:                                                          7983.21402

Loan No: 1001706116                    Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/7/2008 | Trustee Fee | $500.00 |
| | TOTAL FEES: | $500.00 |
| 9/18/2007 | Date Notice of Default Recorded | $12.00 |
| 9/25/2007 | 10 Day Mailings Sent | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $650.00 |
| 1/11/2008 | Title Cost Endorsement | $50.00 |
| 1/18/2008 | Date Notice of Sale Mailed | $14.82 |
| 1/22/2008 | Date Publication Commenced (1st Pub) | $510.95 |
| 1/25/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/25/2008 | SOT/Appointment Recorded | $10.00 |
| 1/25/2008 | Assignment Recorded | $9.00 |
| 1/27/2008 | Date Notice of Sale Posted | $120.00 |
| | TOTAL EXPENSES: | $1,397.95 |

PLEASE PAY AMOUNT DUE:    $1,897.95

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX    75063

Invoice No:  FTS0084534

Invoice Date:  2/7/2008

Attention:

7983.21657

Loan No: 1001331461

Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/7/2008 | Recission Recording | $9.00 |
| 2/7/2008 | Publication Endorsement Received | $50.00 |
| | TOTAL EXPENSES: | $59.00 |

PLEASE PAY AMOUNT DUE:          $59.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0084552
Invoice Date:  2/7/2008

Attention:                                                                    7983.21662

Loan No: 1001009071                        Type:  Non-Jud Foreclosure/ CONV
Borrower: ███████████████

███████████████████

███████████████

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/7/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 10/17/2007 | Date Notice of Default Recorded | $12.00 |
| 10/18/2007 | 10 Day Mailings Sent | $28.36 |
| 10/25/2007 | Date Trustee Sale Guarantee Received | $1,169.00 |
| | TOTAL EXPENSES: | $1,209.36 |
| | | |
| | PLEASE PAY AMOUNT DUE: | $1,809.36 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0084531
Invoice Date:  2/7/2008

Attention:                                                             7983.21754

Loan No: 1001729815                      Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/7/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 10/19/2007 | Date Notice of Default Recorded | | $13.00 |
| 10/24/2007 | 10 Day Mailings Sent | | $7.09 |
| 11/9/2007 | Date Trustee Sale Guarantee Received | | $899.00 |
| 2/6/2008 | Publication Endorsement Received | | $50.00 |
| | | TOTAL EXPENSES: | $969.09 |
| | | | |
| | | PLEASE PAY AMOUNT DUE: | $1,569.09 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0084557
Invoice Date:  2/7/2008

Attention:                                                                    7983.20516

Loan No: 1000992699                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ███████████

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/7/2008 | Trustee Fee - Reset | | $450.00 |
| | | TOTAL FEES: | $450.00 |
| 10/3/2007 | Notice of Default Recorded | | $26.00 |
| 10/4/2007 | Notice of Sale Served | | $77.50 |
| 10/9/2007 | Notice of Sale Mailed (statutory) | | $42.00 |
| 11/8/2007 | Publication Commenced | | $599.99 |
| 12/18/2007 | Affidavits Package Recorded | | $66.00 |
| 2/7/2008 | Cost - Record Trustee's Deed | | $26.00 |
| 2/7/2008 | Sale Completed/Read | | $100.00 |
| | | TOTAL EXPENSES: | $937.49 |

PLEASE PAY AMOUNT DUE:     $1,387.49

## Northwest Trustee Services, Inc.
**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0115658-IN |
| DATE : | Feb 11, 2008 |
| TRUSTEE NO : | 0079832      0892 |

CONTACT:                                                                                   Page 1 of 1

Loan No: 1001038931                                          Type:
Borrower: ██████████████████
Property Address: ██████████████
███████████

| Date | Description | Amount |
|---|---|---|
| 02/11/2008 | Misc. Document Preparation-Gra | 50.00 |
| 02/11/2008 | Recordings of Grant Deed | 18.00 |
| | **TOTAL EXPENSES:** | **$68.00** |

**PLEASE PAY AMOUNT DUE.................................** **$68.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 535,574.16 | $ 367,703.73 | $ 260,643.39 | $ 319,903.75 | $ 297,244.42 | $ 1,781,069.45 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0084707
Invoice Date:   2/8/2008

Attention:

7983.20616

Loan No: 1001041138
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|---:|---|---:|---:|
| 2/8/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 5/7/2007 | Date Notice of Default Recorded | | $12.00 |
| 5/9/2007 | 10 Day Mailings Sent | | $13.00 |
| 5/24/2007 | Date Trustee Sale Guarantee Received | | $360.00 |
| 6/1/2007 | 1 Month Mailings Sent | | $14.18 |
| 8/8/2007 | Date Publication Commenced (1st Pub) | | $492.50 |
| 8/8/2007 | Date Notice of Sale Mailed | | $29.64 |
| 8/23/2007 | Date Notice of Sale Posted | | $120.00 |
| | | TOTAL EXPENSES: | $1,041.32 |

PLEASE PAY AMOUNT DUE:     $1,641.32

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0084708
Invoice Date:   2/8/2008

Attention:                                                         7983.20748

Loan No: 1001600681
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|---:|---|---:|---:|
| 2/8/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 6/8/2007 | Date Notice of Default Recorded | | $12.00 |
| 6/13/2007 | Date Trustee Sale Guarantee Received | | $1,061.00 |
| 6/13/2007 | 10 Day Mailings Sent | | $14.18 |
| 6/14/2007 | 1 Month Mailings Sent | | $14.18 |
| 9/22/2007 | Date Notice of Sale Mailed | | $22.23 |
| 9/26/2007 | Date Publication Commenced (1st Pub) | | $645.38 |
| 9/27/2007 | Date Notice of Sale Recorded | | $15.00 |
| 9/27/2007 | SOT/Appointment Recorded | | $15.00 |
| 12/28/2007 | Publication Endorsement Received | | $50.00 |
| 12/28/2007 | Recission Recording | | $9.00 |
| 12/29/2007 | Date Notice of Sale Posted | | $120.00 |
| | | TOTAL EXPENSES: | $1,977.97 |

PLEASE PAY AMOUNT DUE:    $2,577.97

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0084709

Invoice Date:  2/8/2008

Attention:                                                                    7983.21009

Loan No: 1001109926                          Type:  Non-Jud Foreclosure/ CONV

Borrower: ███████████████

███████████████

| Date | Item Description | Amount |
|---|---|---|
| 2/8/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 7/25/2007 | Date Notice of Default Recorded | $9.00 |
| 7/27/2007 | 10 Day Mailings Sent | $7.09 |
| 8/2/2007 | Date Trustee Sale Guarantee Received | $1,079.00 |
| 8/3/2007 | 1 Month Mailings Sent | $14.18 |
| 11/15/2007 | Date Notice of Sale Posted | $120.00 |
| 11/21/2007 | Date Notice of Sale Mailed | $22.23 |
| 11/23/2007 | Date Publication Commenced (1st Pub) | $320.00 |
| 11/28/2007 | Date Notice of Sale Recorded | $9.00 |
| 12/14/2007 | Title Cost Endorsement | $25.00 |
| | **TOTAL EXPENSES:** | $1,605.50 |

PLEASE PAY AMOUNT DUE:        $2,205.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0084710

Invoice Date:  2/8/2008

Attention:                                                                    7983.21116

Loan No: 1001451996                         Type:  Non-Jud Foreclosure/ CONV
Borrower:  

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/8/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 8/21/2007 | Date Notice of Default Recorded | | $10.00 |
| 8/27/2007 | Date Trustee Sale Guarantee Received | | $625.00 |
| 8/28/2007 | 10 Day Mailings Sent | | $7.09 |
| 12/6/2007 | Recission Recording | | $9.00 |
| 12/6/2007 | Publication Endorsement Received | | $50.00 |
| 12/11/2007 | Date Notice of Sale Recorded | | $12.00 |
| 12/11/2007 | SOT/Appointment Recorded | | $12.00 |
| | | TOTAL EXPENSES: | $725.09 |

PLEASE PAY AMOUNT DUE:     $1,325.09

Page 1