**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX    75063

Invoice No:    FTS0084711

Invoice Date:  2/8/2008

Attention:                                                                              7983.21128

Loan No: 1001311188                       Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/8/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 8/20/2007 | Date Notice of Default Recorded | $12.00 |
| 8/27/2007 | Date Trustee Sale Guarantee Received | $725.00 |
| 8/28/2007 | 10 Day Mailings Sent | $7.09 |
| 12/7/2007 | Date Notice of Sale Mailed | $7.41 |
| 12/10/2007 | Date Notice of Sale Recorded | $7.00 |
| 12/10/2007 | SOT/Appointment Recorded | $12.00 |
| | TOTAL EXPENSES: | $770.50 |
| | PLEASE PAY AMOUNT DUE: | $1,370.50 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0084809

Invoice Date:  2/11/2008

Attention:                                                                         7983.21379

Loan No: 1001577631                           Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/11/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent | $7.09 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | $765.00 |
| 1/9/2008 | Publication Endorsement Received | $50.00 |
| 1/10/2008 | Date Notice of Sale Mailed | $7.41 |
| 1/14/2008 | Date Publication Commenced (1st Pub) | $392.81 |
| 1/15/2008 | Date Notice of Sale Posted | $120.00 |
| 1/17/2008 | Date Notice of Sale Recorded | $6.00 |
| 1/17/2008 | SOT/Appointment Recorded | $9.00 |
| 1/17/2008 | Assignment Recorded | $15.00 |
| 2/4/2008 | Title Cost Endorsement | $25.00 |
| 2/4/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,424.31 |

PLEASE PAY AMOUNT DUE:   $2,024.31

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0084724

Invoice Date:  2/11/2008

Attention:

7983.21998

Loan No: 1001523932

Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/11/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 11/19/2007 | Date Notice of Default Recorded | $10.00 |
| 11/22/2007 | 10 Day Mailings Sent | $7.09 |
| 12/15/2007 | Date Trustee Sale Guarantee Received | $891.00 |
| 12/15/2007 | 1 Month Mailings Sent | $7.09 |
| | **TOTAL EXPENSES:** | $915.18 |
| | **PLEASE PAY AMOUNT DUE:** | $1,515.18 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0084856
Invoice Date:  2/12/2008

Attention:                                                                  7983.20824

Loan No: 1001302571                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/12/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 6/27/2007 | Date Notice of Default Recorded | | $12.00 |
| 6/30/2007 | 10 Day Mailings Sent | | $14.18 |
| 7/13/2007 | Date Trustee Sale Guarantee Received | | $1,167.00 |
| 9/27/2007 | Publication/MERS Datedown Ordered | | $50.00 |
| 10/11/2007 | Title Cost Endorsement | | $50.00 |
| 10/12/2007 | Date Notice of Sale Mailed | | $29.64 |
| 10/15/2007 | Assignment Recorded | | $15.00 |
| 10/15/2007 | Date Notice of Sale Recorded | | $15.00 |
| 10/15/2007 | SOT/Appointment Recorded | | $15.00 |
| 10/18/2007 | Date Publication Commenced (1st Pub) | | $523.25 |
| 10/18/2007 | Date Notice of Sale Posted | | $120.00 |
| 12/5/2007 | Title Cost Endorsement | | $25.00 |
| 2/11/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $2,051.07 |

PLEASE PAY AMOUNT DUE:    $2,651.07

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0084997
Invoice Date:  2/12/2008

Attention:

7983.21157

Loan No: 1001135520
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/12/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 9/14/2007 | Date Notice of Default Recorded | $13.00 |
| 9/18/2007 | 10 Day Mailings Sent | $21.27 |
| 10/1/2007 | Date Trustee Sale Guarantee Received | $480.00 |
| 10/2/2007 | 1 Month Mailings Sent | $56.72 |
| 12/31/2007 | Publication Endorsement Received | $50.00 |
| 12/31/2007 | Date Notice of Sale Mailed | $74.10 |
| 1/3/2008 | Date Publication Commenced (1st Pub) | $520.00 |
| 1/3/2008 | Date Notice of Sale Posted | $120.00 |
| 1/8/2008 | Date Notice of Sale Recorded | $10.00 |
| 1/8/2008 | Assignment Recorded | $10.00 |
| 1/8/2008 | SOT/Appointment Recorded | $13.00 |
| 1/30/2008 | Title Cost Endorsement | $25.00 |
| 2/11/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,408.09 |

PLEASE PAY AMOUNT DUE:    $2,008.09

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0085021
Invoice Date:  2/12/2008

Attention:                                                         7983.21165

Loan No: 1001196800                       Type:  Non-Jud Foreclosure/ CONV
Borrower:  

| Date | Item Description | Amount |
|---|---|---|
| 2/12/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent | $28.36 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $625.00 |
| 10/10/2007 | 1 Month Mailings Sent | $70.90 |
| 1/10/2008 | Publication Endorsement Received | $50.00 |
| 1/11/2008 | Date Notice of Sale Mailed | $51.87 |
| 1/15/2008 | Date Publication Commenced (1st Pub) | $240.00 |
| 1/15/2008 | Date Notice of Sale Posted | $120.00 |
| 1/18/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/18/2008 | SOT/Appointment Recorded | $10.00 |
| 1/18/2008 | Assignment Recorded | $9.00 |
| 2/4/2008 | Title Cost Endorsement | $25.00 |
| 2/11/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,264.13 |

PLEASE PAY AMOUNT DUE:      $1,864.13

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0084812
Invoice Date:  2/11/2008

Attention:                                                                7983.21167

Loan No: 1001268112                        Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/11/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/17/2007 | Date Notice of Default Recorded | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent | $7.09 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | $785.00 |
| 1/9/2008 | Publication Endorsement Received | $50.00 |
| 1/10/2008 | Date Notice of Sale Mailed | $22.23 |
| 1/14/2008 | Date Publication Commenced (1st Pub) | $390.20 |
| 1/15/2008 | Date Notice of Sale Posted | $120.00 |
| 1/17/2008 | Date Notice of Sale Recorded | $6.00 |
| 2/4/2008 | Title Cost Endorsement | $25.00 |
| 2/4/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,432.52 |

PLEASE PAY AMOUNT DUE:     $2,032.52

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing          Invoice No:  FTS0084998
4600 Regent Blvd., Suite 200              Invoice Date:  2/12/2008
Irving,  TX    75063

Attention:                                              7983.21279

Loan No: 1001102985                       Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/12/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | $10.00 |
| 9/19/2007 | 10 Day Mailings Sent | $14.18 |
| 10/1/2007 | Date Trustee Sale Guarantee Received | $480.00 |
| 10/2/2007 | 1 Month Mailings Sent | $28.36 |
| 12/27/2007 | Publication Endorsement Received | $50.00 |
| 12/28/2007 | Date Publication Commenced (1st Pub) | $359.78 |
| 12/28/2007 | Date Notice of Sale Posted | $120.00 |
| 1/15/2008 | Date Notice of Sale Mailed | $88.92 |
| 1/17/2008 | SOT/Appointment Recorded | $10.00 |
| 1/17/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/31/2008 | Title Cost Endorsement | $25.00 |
| 2/11/2008 | Cost - Record Trustee's Deed | $15.00 |
| 2/11/2008 | Assignment Recorded | $15.00 |
| | **TOTAL EXPENSES:** | $1,223.24 |

PLEASE PAY AMOUNT DUE:     $1,823.24

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0085022
Invoice Date:   2/12/2008

Attention:                                                                 7983.21288

Loan No: 1000729878                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/12/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | $15.00 |
| 9/21/2007 | 10 Day Mailings Sent | $85.08 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $480.00 |
| 1/11/2008 | Publication Endorsement Received | $50.00 |
| 1/15/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 1/15/2008 | Date Notice of Sale Posted | $120.00 |
| 1/15/2008 | Publication Endorsement Received | $50.00 |
| 1/15/2008 | Date Notice of Sale Mailed | $88.92 |
| 1/17/2008 | Assignment Recording | $14.00 |
| 1/17/2008 | SOT/Appointment Recorded | $14.00 |
| 1/17/2008 | Date Notice of Sale Recorded | $40.00 |
| 2/4/2008 | Title Cost Endorsement | $25.00 |
| 2/11/2008 | Cost - Record Trustee's Deed | $15.00 |
| 2/11/2008 | Date Transfer Tax Advanxced | $1,083.75 |
| | **TOTAL EXPENSES:** | $2,400.75 |

PLEASE PAY AMOUNT DUE:     $3,000.75

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0084999
Invoice Date:  2/12/2008

Attention:                                                                7983.21295

Loan No: 1000800177                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/12/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | $13.00 |
| 9/19/2007 | 10 Day Mailings Sent | $21.27 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $510.00 |
| 10/7/2007 | 1 Month Mailings Sent | $49.63 |
| 1/9/2008 | Publication Endorsement Received | $50.00 |
| 1/10/2008 | Date Notice of Sale Posted | $120.00 |
| 1/10/2008 | Date Publication Commenced (1st Pub) | $503.00 |
| 1/10/2008 | Date Notice of Sale Mailed | $81.51 |
| 1/16/2008 | Assignment Recorded | $10.00 |
| 1/16/2008 | SOT/Appointment Recorded | $13.00 |
| 1/16/2008 | Date Notice of Sale Recorded | $13.00 |
| 1/30/2008 | Title Cost Endorsement | $25.00 |
| 2/11/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,424.41 |

PLEASE PAY AMOUNT DUE:     $2,024.41

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0085000
Invoice Date:  2/12/2008

Attention:                                                                    7983.21296

Loan No: 1000770569                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|---|---|---|
| 2/12/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 9/14/2007 | Date Notice of Default Recorded | $10.00 |
| 9/20/2007 | 10 Day Mailings Sent | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $650.00 |
| 10/7/2007 | 1 Month Mailings Sent | $21.27 |
| 1/9/2008 | Publication Endorsement Received | $50.00 |
| 1/10/2008 | Date Publication Commenced (1st Pub) | $347.11 |
| 1/10/2008 | Date Notice of Sale Posted | $120.00 |
| 1/10/2008 | Date Notice of Sale Mailed | $59.28 |
| 1/15/2008 | SOT/Appointment Recorded | $10.00 |
| 1/15/2008 | Assignment Recorded | $7.00 |
| 1/15/2008 | Date Notice of Sale Recorded | $10.00 |
| 1/30/2008 | Title Cost Endorsement | $25.00 |
| 2/11/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,338.84 |

PLEASE PAY AMOUNT DUE:        $1,938.84

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0085023
Invoice Date:  2/12/2008

Attention:

7983.21297

Loan No: 1000664779
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/12/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/14/2007 | Date Notice of Default Recorded | $10.00 |
| 9/19/2007 | 10 Day Mailings Sent | $21.27 |
| 10/2/2007 | Date Trustee Sale Guarantee Received | $650.00 |
| 10/3/2007 | 1 Month Mailings Sent | $14.18 |
| 1/8/2008 | Publication Endorsement Received | $50.00 |
| 1/10/2008 | Date Notice of Sale Mailed | $37.05 |
| 1/15/2008 | Date Notice of Sale Posted | $120.00 |
| 1/15/2008 | Date Publication Commenced (1st Pub) | $663.59 |
| 1/17/2008 | Assignment Recorded | $8.00 |
| 1/17/2008 | Date Notice of Sale Recorded | $8.00 |
| 1/17/2008 | SOT/Appointment Recorded | $11.00 |
| 2/4/2008 | Title Cost Endorsement | $25.00 |
| 2/11/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,633.09 |

PLEASE PAY AMOUNT DUE:    $2,233.09

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0084811

Invoice Date:  2/11/2008

Attention:

7983.21310

Loan No: 1001653755

Type:  Non-Jud Foreclosure/ CONV

Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/11/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | $10.00 |
| 9/20/2007 | 10 Day Mailings Sent | $14.18 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | $785.00 |
| 10/7/2007 | 1 Month Mailings Sent | $35.45 |
| 1/9/2008 | Publication Endorsement Received | $50.00 |
| 1/10/2008 | Date Notice of Sale Mailed | $51.87 |
| 1/15/2008 | Date Publication Commenced (1st Pub) | $400.00 |
| 1/15/2008 | Date Notice of Sale Posted | $120.00 |
| 1/16/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/16/2008 | Assignment Recorded | $7.00 |
| 1/16/2008 | SOT/Appointment Recorded | $10.00 |
| 2/4/2008 | Cost - Record Trustee's Deed | $15.00 |
| 2/4/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,530.50 |

PLEASE PAY AMOUNT DUE:      $2,130.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0085001
Invoice Date:  2/12/2008

Attention:                                                          7983.21313

Loan No: 1001222854                     Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/12/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/20/2007 | 10 Day Mailings Sent | | $14.18 |
| 10/2/2007 | Date Trustee Sale Guarantee Received | | $917.00 |
| 10/3/2007 | 1 Month Mailings Sent | | $28.36 |
| 1/9/2008 | Publication Endorsement Received | | $50.00 |
| 1/10/2008 | Date Publication Commenced (1st Pub) | | $421.64 |
| 1/10/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/10/2008 | Date Notice of Sale Mailed | | $51.87 |
| 1/14/2008 | SOT/Appointment Recorded | | $10.00 |
| 1/14/2008 | Assignment Recorded | | $9.00 |
| 1/14/2008 | Date Notice of Sale Recorded | | $10.00 |
| 1/30/2008 | Title Cost Endorsement | | $25.00 |
| 1/31/2008 | Title Cost Endorsement | | $25.00 |
| 2/11/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,709.05 |

PLEASE PAY AMOUNT DUE:     $2,309.05

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:  FTS0084929
4600 Regent Blvd., Suite 200                        Invoice Date:  2/12/2008
Irving,  TX   75063

Attention:                                                         7983.21344

Loan No: 1000790428                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/12/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $510.00 |
| 11/6/2007 | 1 Month Mailings Sent | $28.36 |
| 1/9/2008 | Date Notice of Sale Mailed | $44.46 |
| 1/10/2008 | Publication Endorsement Received | $50.00 |
| 1/11/2008 | Date Notice of Sale Posted | $120.00 |
| 1/11/2008 | Date Publication Commenced (1st Pub) | $278.33 |
| 1/14/2008 | Date Notice of Sale Recorded | $10.00 |
| 1/31/2008 | Title Cost Endorsement | $25.00 |
| 2/11/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,100.24 |

PLEASE PAY AMOUNT DUE:    $1,700.24

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX    75063

Invoice No:  FTS0084931
Invoice Date:  2/12/2008

Attention:                                                              7983.21345

Loan No: 1000842647                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/12/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $14.18 |
| 9/26/2007 | Date Trustee Sale Guarantee Received | | $675.00 |
| 9/27/2007 | 1 Month Mailings Sent | | $56.72 |
| 1/9/2008 | Publication Endorsement Received | | $50.00 |
| 1/9/2008 | Date Notice of Sale Mailed | | $66.69 |
| 1/11/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/11/2008 | Date Publication Commenced (1st Pub) | | $240.00 |
| 1/14/2008 | Assignment Recorded | | $9.00 |
| 1/14/2008 | Date Notice of Sale Recorded | | $10.00 |
| 1/14/2008 | SOT/Appointment Recorded | | $10.00 |
| 1/31/2008 | Title Cost Endorsement | | $25.00 |
| 2/11/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,303.59 |

PLEASE PAY AMOUNT DUE:      $1,903.59

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No: FTS0084930
Invoice Date:  2/12/2008

Attention:                                                                    7983.21347

Loan No: 1000913058
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/12/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 9/13/2007 | Date Notice of Default Recorded | $12.00 |
| 9/18/2007 | 10 Day Mailings Sent | $28.36 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $785.00 |
| 9/29/2007 | 1 Month Mailings Sent | $85.08 |
| 1/8/2008 | Date Notice of Sale Mailed | $96.33 |
| 1/9/2008 | Title Cost Endorsement | $50.00 |
| 1/10/2008 | SOT/Appointment Recorded | $10.00 |
| 1/10/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/10/2008 | Assignment Recorded | $9.00 |
| 1/11/2008 | Date Notice of Sale Posted | $120.00 |
| 1/11/2008 | Date Publication Commenced (1st Pub) | $587.77 |
| 1/31/2008 | Title Cost Endorsement | $25.00 |
| 2/11/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,830.54 |

PLEASE PAY AMOUNT DUE:      $2,430.54

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0085002

Invoice Date:  2/12/2008

Attention:                                          7983.21352

Loan No: 1000892638                    Type:  Non-Jud Foreclosure/ CONV

Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/12/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/14/2007 | Date Notice of Default Recorded | $12.00 |
| 9/20/2007 | 10 Day Mailings Sent | $21.27 |
| 9/26/2007 | Date Trustee Sale Guarantee Received | $700.00 |
| 9/26/2007 | 1 Month Mailings Sent | $42.54 |
| 1/9/2008 | Publication Endorsement Received | $50.00 |
| 1/10/2008 | Date Notice of Sale Mailed | $140.79 |
| 1/11/2008 | Date Publication Commenced (1st Pub) | $408.50 |
| 1/11/2008 | Date Notice of Sale Posted | $120.00 |
| 1/14/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/14/2008 | Assignment Recorded | $9.00 |
| 1/14/2008 | SOT/Appointment Recorded | $10.00 |
| 1/31/2008 | Title Cost Endorsement | $25.00 |
| 2/11/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,561.10 |

PLEASE PAY AMOUNT DUE:    $2,161.10

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0084813

4600 Regent Blvd., Suite 200

Invoice Date:  2/11/2008

Irving,  TX   75063

Attention:                                                               7983.21355

Loan No: 1000870203                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/11/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/17/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $21.27 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $805.00 |
| 1/12/2008 | Date Notice of Sale Mailed | | $22.23 |
| 1/14/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/15/2008 | Publication Endorsement Received | | $50.00 |
| 1/16/2008 | Date Publication Commenced (1st Pub) | | $448.43 |
| 1/17/2008 | Date Notice of Sale Recorded | | $8.00 |
| 1/17/2008 | SOT/Appointment Recorded | | $11.00 |
| 1/17/2008 | Assignment Recorded | | $15.00 |
| 2/5/2008 | Title Cost Endorsement | | $25.00 |
| 2/5/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,552.93 |

PLEASE PAY AMOUNT DUE:     $2,152.93

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0084815
Invoice Date:  2/11/2008

Attention:                                                                 7983.21359

Loan No: 1001198199                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 2/11/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/17/2007 | Date Notice of Default Recorded | $13.00 |
| 9/21/2007 | 10 Day Mailings Sent | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $805.00 |
| 9/29/2007 | 1 Month Mailings Sent | $21.27 |
| 1/14/2008 | Publication Endorsement Received | $50.00 |
| 1/14/2008 | Date Notice of Sale Mailed | $74.10 |
| 1/18/2008 | Date Publication Commenced (1st Pub) | $570.50 |
| 1/18/2008 | Date Notice of Sale Posted | $120.00 |
| 1/23/2008 | Assignment Recorded | $10.00 |
| 1/23/2008 | Date Notice of Sale Recorded | $13.00 |
| 1/23/2008 | SOT/Appointment Recorded | $13.00 |
| 2/7/2008 | Title Cost Endorsement | $25.00 |
| 2/11/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,744.05 |

PLEASE PAY AMOUNT DUE:        $2,344.05

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0085024
Invoice Date:  2/12/2008

Attention:                                                          7983.21362

Loan No: 1001245964                     Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 2/12/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | $9.00 |
| 9/21/2007 | 10 Day Mailings Sent | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $650.00 |
| 10/10/2007 | 1 Month Mailings Sent | $49.63 |
| 1/12/2008 | Date Notice of Sale Mailed | $74.10 |
| 1/14/2008 | Date Notice of Sale Posted | $120.00 |
| 1/15/2008 | Publication Endorsement Received | $50.00 |
| 1/15/2008 | Date Publication Commenced (1st Pub) | $598.98 |
| 1/16/2008 | Date Notice of Sale Recorded | $6.00 |
| 1/16/2008 | SOT/Appointment Recorded | $9.00 |
| 1/16/2008 | Assignment Recorded | $6.00 |
| 2/4/2008 | Title Cost Endorsement | $25.00 |
| 2/4/2008 | Sale Endorsement Received | $25.00 |
| 2/11/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,651.89 |

PLEASE PAY AMOUNT DUE:        $2,251.89

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0084814
Invoice Date:  2/11/2008

Attention:                                                                      7983.21372

Loan No: 1001220451                     Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/11/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/17/2007 | Date Notice of Default Recorded | $12.00 |
| 9/20/2007 | 10 Day Mailings Sent | $7.09 |
| 10/10/2007 | Date Trustee Sale Guarantee Received | $1,187.00 |
| 10/12/2007 | 1 Month Mailings Sent | $56.72 |
| 1/12/2008 | Date Notice of Sale Mailed | $66.69 |
| 1/14/2008 | Publication Endorsement Received | $50.00 |
| 1/16/2008 | Date Publication Commenced (1st Pub) | $550.00 |
| 1/16/2008 | Date Notice of Sale Posted | $120.00 |
| 1/18/2008 | Assignment Recorded | $11.00 |
| 1/18/2008 | Date Notice of Sale Recorded | $9.00 |
| 1/18/2008 | SOT/Appointment Recorded | $12.00 |
| 2/5/2008 | Sale Endorsement Received | $25.00 |
| 2/5/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $2,121.50 |

PLEASE PAY AMOUNT DUE:        $2,721.50

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0084932
Invoice Date:  2/12/2008

Attention:                                                7983.21387

Loan No: 1000918052                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|---:|---|---:|
| 2/12/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 2/4/2007 | Sale Endorsement Received | $25.00 |
| 9/17/2007 | Date Notice of Default Recorded | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent | $14.18 |
| 10/2/2007 | Date Trustee Sale Guarantee Received | $570.00 |
| 10/13/2007 | 1 Month Mailings Sent | $35.45 |
| 1/14/2008 | Publication Endorsement Received | $50.00 |
| 1/15/2008 | Date Publication Commenced (1st Pub) | $270.00 |
| 1/15/2008 | Date Notice of Sale Posted | $120.00 |
| 1/15/2008 | Date Notice of Sale Mailed | $81.51 |
| 1/17/2008 | Assignment Recorded | $11.00 |
| 1/17/2008 | SOT/Appointment Recorded | $12.00 |
| 1/17/2008 | Date Notice of Sale Recorded | $12.00 |
| 2/11/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,228.14 |
| | PLEASE PAY AMOUNT DUE: | $1,828.14 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No: FTS0084817
Invoice Date:  2/11/2008

Attention:                                                                      7983.21424

Loan No: 1001633737                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 2/11/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/18/2007 | Date Notice of Default Recorded | | $11.00 |
| 9/21/2007 | 10 Day Mailings Sent | | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $700.00 |
| 10/10/2007 | 1 Month Mailings Sent | | $7.09 |
| 1/14/2008 | Publication Endorsement Received | | $50.00 |
| 1/16/2008 | Date Notice of Sale Mailed | | $13.22 |
| 1/18/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/23/2008 | SOT/Appointment Recorded | | $11.00 |
| 1/23/2008 | Assignment Recorded | | $10.00 |
| 1/23/2008 | Date Notice of Sale Recorded | | $8.00 |
| 1/25/2008 | Date Publication Commenced (1st Pub) | | $358.10 |
| 2/7/2008 | Title Cost Endorsement | | $25.00 |
| 2/11/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,335.50 |

PLEASE PAY AMOUNT DUE:      $1,935.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0084878

Invoice Date:  2/12/2008

Attention:

7983.21443

Loan No: 1001411924

Type:  Non-Jud Foreclosure/ CONV

Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/12/2008 | Trustee Fee | | $500.00 |
| | | TOTAL FEES: | $500.00 |
| | | | |
| 9/18/2007 | Date Notice of Default Recorded | | $13.00 |
| 9/22/2007 | 10 Day Mailings Sent | | $14.18 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | | $845.00 |
| 10/12/2007 | 1 Month Mailings Sent | | $14.18 |
| 1/17/2008 | Publication Endorsement Received | | $50.00 |
| 1/17/2008 | Date Notice of Sale Mailed | | $29.64 |
| 1/21/2008 | Date Publication Commenced (1st Pub) | | $537.65 |
| 1/22/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/24/2008 | Assignment Recorded | | $15.00 |
| 1/24/2008 | Date Notice of Sale Recorded | | $13.00 |
| 1/24/2008 | SOT/Appointment Recorded | | $13.00 |
| 2/11/2008 | Sale Endorsement Received | | $25.00 |
| | | TOTAL EXPENSES: | $1,689.65 |

PLEASE PAY AMOUNT DUE:   $2,189.65

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX    75063

Invoice No:  FTS0084816

Invoice Date:  2/11/2008

Attention:

7983.21452

Loan No: 1001457321

Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/11/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/18/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/25/2007 | 10 Day Mailings Sent | | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $765.00 |
| 10/10/2007 | 1 Month Mailings Sent | | $21.27 |
| 1/11/2008 | Title Cost Endorsement | | $50.00 |
| 1/15/2008 | Date Notice of Sale Mailed | | $44.46 |
| 1/17/2008 | Date Publication Commenced (1st Pub) | | $428.69 |
| 1/17/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/24/2008 | Assignment Recorded | | $8.00 |
| 1/24/2008 | Date Notice of Sale Recorded | | $6.00 |
| 1/24/2008 | SOT/Appointment Recorded | | $9.00 |
| 2/6/2008 | Title Cost Endorsement | | $25.00 |
| 2/11/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,518.60 |

PLEASE PAY AMOUNT DUE:    $2,118.60

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing          Invoice No:  FTS0084879
4600 Regent Blvd., Suite 200              Invoice Date:  2/12/2008
Irving,  TX   75063

Attention:                                                7983.21717

Loan No: 1001102626                  Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/12/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 10/19/2007 | Date Notice of Default Recorded | $10.00 |
| 10/24/2007 | 10 Day Mailings Sent | $21.27 |
| 11/5/2007 | Date Trustee Sale Guarantee Received | $570.00 |
| 11/7/2007 | 1 Month Mailings Sent | $49.63 |
| 2/11/2008 | Publication Endorsement Received | $50.00 |
| | TOTAL EXPENSES: | $700.90 |
| | PLEASE PAY AMOUNT DUE: | $1,300.90 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0085033
Invoice Date:   2/12/2008

Attention:                                                                7983.20570

Loan No: 1001160423                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/12/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 5/2/2007 | Date Notice of Default Recorded | $12.00 |
| 5/7/2007 | 10 Day Mailings Sent | $13.00 |
| 5/21/2007 | Date Trustee Sale Guarantee Received | $521.00 |
| 5/22/2007 | 1 Month Mailings Sent | $35.45 |
| 12/11/2007 | Publication Endorsement Received | $50.00 |
| 12/13/2007 | Date Publication Commenced (1st Pub) | $355.00 |
| 12/13/2007 | Date Notice of Sale Mailed | $59.28 |
| 12/14/2007 | Assignment Recorded | $9.00 |
| 12/14/2007 | SOT/Appointment Recorded | $12.00 |
| 12/14/2007 | Date Notice of Sale Recorded | $9.00 |
| 12/14/2007 | Date Notice of Sale Posted | $120.00 |
| 2/5/2008 | Title Cost Endorsement | $25.00 |
| 2/11/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,235.73 |
| | PLEASE PAY AMOUNT DUE: | $1,835.73 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX    75063

Invoice No:  FTS0085034
Invoice Date:  2/12/2008

Attention:                                                         7983.20751

Loan No: 1000701763                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ▓▓▓▓▓▓▓▓

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/5/2008 | Title Cost Endorsement | $25.00 |
| 2/11/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $40.00 |

PLEASE PAY AMOUNT DUE:        $40.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0085084
Invoice Date:  2/13/2008

Attention:                                                                7983.20779

Loan No: 1001175752                        Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/13/2008 | Trustee Fee | | $300.00 |
| | | TOTAL FEES: | $300.00 |
| 1/13/2008 | Publication Endorsement Received | | $50.00 |
| 1/14/2008 | Sale Endorsement Received | | $25.00 |
| 1/16/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/16/2008 | Date Publication Commenced (1st Pub) | | $355.00 |
| 1/16/2008 | Date Notice of Sale Mailed | | $39.66 |
| 1/22/2008 | Assignment Recorded | | $11.00 |
| 1/22/2008 | Date Notice of Sale Recorded | | $11.00 |
| 1/22/2008 | SOT/Appointment Recorded | | $14.00 |
| 2/5/2008 | Title Cost Endorsement | | $25.00 |
| 2/7/2008 | Title Cost Endorsement | | $25.00 |
| 2/12/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $690.66 |
| | | PLEASE PAY AMOUNT DUE: | $990.66 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0085085
Invoice Date:  2/13/2008

Attention:                                                    7983.20983

Loan No: 1001621564                    Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/13/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 7/25/2007 | Date Notice of Default Recorded | $12.00 |
| 9/17/2007 | Date Notice of Default Recorded | $12.00 |
| 9/27/2007 | 10 Day Mailings Sent | $28.36 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | $675.00 |
| 10/7/2007 | 1 Month Mailings Sent | $56.72 |
| 1/15/2008 | Publication Endorsement Received | $50.00 |
| 1/15/2008 | Date Notice of Sale Posted | $120.00 |
| 1/16/2008 | Date Publication Commenced (1st Pub) | $510.95 |
| 1/16/2008 | Date Notice of Sale Mailed | $46.27 |
| 1/22/2008 | Date Notice of Sale Recorded | $15.00 |
| 1/22/2008 | SOT/Appointment Recorded | $15.00 |
| 2/5/2008 | Sale Endorsement Received | $25.00 |
| 2/7/2008 | Title Cost Endorsement | $25.00 |
| 2/12/2008 | Cost - Record Trustee's Deed | $15.00 |
| 2/12/2008 | Assignment Recorded | $15.00 |
| | TOTAL EXPENSES: | $1,621.30 |

PLEASE PAY AMOUNT DUE:     $2,221.30

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0085222
Invoice Date: 2/13/2008

Attention:                                                                          7983.21092

Loan No: 1001335232                          Type: Non-Jud Foreclosure/ CONV
Borrower: ▬▬▬▬▬▬
▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬

| Date | Item Description | Amount |
|------|------------------|--------|
| 9/18/2007 | Assignment Prepared | $50.00 |
| 2/13/2008 | Trustee Fee | $675.00 |
| | TOTAL FEES: | $725.00 |
| | | |
| 10/8/2007 | Trustee Sale Guarantee Received | $1,212.00 |
| 10/9/2007 | Notice of Default Recorded | $31.00 |
| 10/9/2007 | Appointment Recorded | $26.00 |
| 10/9/2007 | Assignment Recorded | $26.00 |
| 10/12/2007 | Notice of Sale Mailed (statutory) | $48.00 |
| 10/14/2007 | Notice of Sale Served | $77.50 |
| 11/15/2007 | Publication Commenced | $1,008.37 |
| 1/15/2008 | Affidavits Package Recorded | $51.00 |
| 2/11/2008 | Postponement of Sale Read | $50.00 |
| 2/12/2008 | Sale Completed/Read | $100.00 |
| 2/12/2008 | Cost - Record Trustee's Deed | $31.00 |
| | TOTAL EXPENSES: | $2,660.87 |

PLEASE PAY AMOUNT DUE:    $3,385.87

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0085058
Invoice Date:  2/13/2008

Attention:                                                        7983.21109

Loan No: 1001286896                           Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 2/13/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/18/2007 | Date Notice of Default Recorded | $9.00 |
| 9/21/2007 | 10 Day Mailings Sent | $7.09 |
| 10/11/2007 | Date Trustee Sale Guarantee Received | $650.00 |
| 10/13/2007 | 1 Month Mailings Sent | $35.45 |
| 1/14/2008 | Date Notice of Sale Mailed | $44.46 |
| 1/16/2008 | Publication Endorsement Received | $50.00 |
| 1/17/2008 | Date Notice of Sale Posted | $120.00 |
| 1/22/2008 | SOT/Appointment Recorded | $9.00 |
| 1/22/2008 | Date Notice of Sale Recorded | $6.00 |
| 1/24/2008 | Date Publication Commenced (1st Pub) | $392.50 |
| 2/6/2008 | Title Cost Endorsement | $25.00 |
| 2/12/2008 | Assignment Recorded | $12.00 |
| 2/12/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,375.50 |

PLEASE PAY AMOUNT DUE:        $1,975.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0085092

Invoice Date:  2/13/2008

Attention:                                                                       7983.21168

Loan No: 1001256824                           Type:  Non-Jud Foreclosure/CONV

Borrower: ▆▆▆▆▆▆▆▆▆

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/13/2008 | Trustee Fee | $600.00 |
|  | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $725.00 |
| 1/10/2008 | Publication Endorsement Received | $50.00 |
| 1/12/2008 | Date Notice of Sale Mailed | $7.41 |
| 1/14/2008 | Date Notice of Sale Posted | $120.00 |
| 1/15/2008 | Date Publication Commenced (1st Pub) | $355.00 |
| 1/16/2008 | Assignment Recorded | $11.00 |
| 1/16/2008 | Date Notice of Sale Recorded | $11.00 |
| 1/16/2008 | SOT/Appointment Recorded | $14.00 |
| 2/4/2008 | Sale Endorsement Received | $25.00 |
| 2/11/2008 | Cost - Record Trustee's Deed | $15.00 |
|  | TOTAL EXPENSES: | $1,352.50 |

PLEASE PAY AMOUNT DUE:        $1,952.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0085086
Invoice Date:  2/13/2008

Attention:                                                            7983.21177

Loan No: 1001120548                      Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/13/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/17/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent | | $14.18 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | | $650.00 |
| 10/7/2007 | 1 Month Mailings Sent | | $35.45 |
| 1/12/2008 | Publication Endorsement Received | | $50.00 |
| 1/17/2008 | Date Notice of Sale Mailed | | $51.87 |
| 1/18/2008 | Date Publication Commenced (1st Pub) | | $423.43 |
| 1/18/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/22/2008 | Assignment Recorded | | $11.00 |
| 1/22/2008 | Date Notice of Sale Recorded | | $12.00 |
| 1/22/2008 | SOT/Appointment Recorded | | $12.00 |
| 2/7/2008 | Sale Endorsement Received | | $25.00 |
| 2/12/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,431.93 |

PLEASE PAY AMOUNT DUE:      $2,031.93

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0085087
Invoice Date:  2/13/2008

Attention:                                                          7983.21187

Loan No: 1000868538                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|---:|---|---:|
| 2/13/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | $12.00 |
| 9/20/2007 | 10 Day Mailings Sent | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $1,115.00 |
| 10/10/2007 | 1 Month Mailings Sent | $21.27 |
| 1/11/2008 | Publication Endorsement Received | $50.00 |
| 1/17/2008 | Date Notice of Sale Mailed | $59.28 |
| 1/18/2008 | Date Publication Commenced (1st Pub) | $423.53 |
| 1/18/2008 | Date Notice of Sale Posted | $120.00 |
| 1/22/2008 | Assignment Recorded | $11.00 |
| 1/22/2008 | Date Notice of Sale Recorded | $12.00 |
| 1/22/2008 | SOT/Appointment Recorded | $12.00 |
| 2/7/2008 | Title Cost Endorsement | $25.00 |
| 2/12/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,890.26 |

PLEASE PAY AMOUNT DUE:        $2,490.26

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0085100
Invoice Date:  2/13/2008

Attention:                                                                7983.21318

Loan No: 1001522266                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/13/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | | $13.00 |
| 9/20/2007 | 10 Day Mailings Sent | | $7.09 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | | $625.00 |
| 1/10/2008 | Title Cost Endorsement | | $50.00 |
| 1/15/2008 | Date Notice of Sale Mailed | | $7.41 |
| 1/18/2008 | Date Publication Commenced (1st Pub) | | $520.00 |
| 1/18/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/23/2008 | Date Notice of Sale Recorded | | $13.00 |
| 1/23/2008 | SOT/Appointment Recorded | | $13.00 |
| 2/7/2008 | Title Cost Endorsement | | $25.00 |
| 2/12/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,408.50 |

PLEASE PAY AMOUNT DUE:     $2,008.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0085059
Invoice Date:  2/13/2008

Attention:                                                                7983.21325

Loan No: 1001410340                            Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/13/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/14/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $450.00 |
| 9/29/2007 | 1 Month Mailings Sent | | $7.09 |
| 1/10/2008 | Date Publication Commenced (1st Pub) | | $374.60 |
| 1/14/2008 | Publication Endorsement Received | | $50.00 |
| 1/17/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/17/2008 | Date Notice of Sale Mailed | | $14.82 |
| 1/23/2008 | Assignment Recorded | | $8.00 |
| 1/23/2008 | SOT/Appointment Recorded | | $9.00 |
| 1/23/2008 | Date Notice of Sale Recorded | | $6.00 |
| 2/6/2008 | Sale Endorsement Received | | $25.00 |
| 2/12/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,098.60 |

PLEASE PAY AMOUNT DUE:      $1,698.60

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0085054
Invoice Date:  2/13/2008

Attention:                                                                 7983.21336

Loan No: 1001044519                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/13/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | $13.00 |
| 9/20/2007 | 10 Day Mailings Sent | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $345.00 |
| 10/10/2007 | 1 Month Mailings Sent | $35.45 |
| 1/7/2008 | Date Notice of Sale Posted | $120.00 |
| 1/10/2008 | Title Cost Endorsement | $50.00 |
| 1/15/2008 | Date Notice of Sale Mailed | $51.87 |
| 1/17/2008 | Date Publication Commenced (1st Pub) | $520.00 |
| 1/22/2008 | Assignment Recorded | $10.00 |
| 1/22/2008 | Date Notice of Sale Recorded | $13.00 |
| 1/22/2008 | SOT/Appointment Recorded | $13.00 |
| 2/6/2008 | Title Cost Endorsement | $25.00 |
| 2/12/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,225.50 |

PLEASE PAY AMOUNT DUE:     $1,825.50

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No: FTS0085088
Invoice Date: 2/13/2008

Attention:                                                           7983.21341

Loan No: 1001685832                      Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/13/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | $12.00 |
| 9/20/2007 | 10 Day Mailings Sent | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $825.00 |
| 10/7/2007 | 1 Month Mailings Sent | $7.09 |
| 1/15/2008 | Publication Endorsement Received | $50.00 |
| 1/15/2008 | Date Notice of Sale Mailed | $14.82 |
| 1/16/2008 | Date Publication Commenced (1st Pub) | $725.00 |
| 1/16/2008 | Date Notice of Sale Posted | $120.00 |
| 1/18/2008 | Assignment Recorded | $9.00 |
| 1/18/2008 | Date Notice of Sale Recorded | $9.00 |
| 1/18/2008 | SOT/Appointment Recorded | $12.00 |
| 2/5/2008 | Title Cost Endorsement | $25.00 |
| 2/7/2008 | Title Cost Endorsement | $25.00 |
| 2/12/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,856.00 |

PLEASE PAY AMOUNT DUE:        $2,456.00