**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0085035

Invoice Date:  2/12/2008

Attention:

7983.21358

Loan No: 1000906045

Borrower: █████████

████████.

█████████

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/12/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent | | $21.27 |
| 10/1/2007 | Date Trustee Sale Guarantee Received | | $899.00 |
| 10/2/2007 | 1 Month Mailings Sent | | $42.54 |
| 1/15/2008 | Title Cost Endorsement | | $50.00 |
| 1/15/2008 | Date Notice of Sale Mailed | | $74.10 |
| 1/16/2008 | Date Publication Commenced (1st Pub) | | $440.00 |
| 1/16/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/18/2008 | Date Notice of Sale Recorded | | $7.00 |
| 1/18/2008 | SOT/Appointment Recorded | | $10.00 |
| 2/5/2008 | Title Cost Endorsement | | $25.00 |
| 2/12/2008 | Assignment Recorded | | $15.00 |
| 2/12/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,730.91 |

PLEASE PAY AMOUNT DUE:      $2,330.91

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0085060
Invoice Date:   2/13/2008

Attention:

7983.21374

Loan No: 1001189040

Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/13/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/17/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent | | $7.09 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | | $700.00 |
| 10/7/2007 | 1 Month Mailings Sent | | $21.27 |
| 1/9/2008 | Publication Endorsement Received | | $50.00 |
| 1/11/2008 | Date Notice of Sale Mailed | | $29.64 |
| 1/14/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/17/2008 | Assignment Recorded | | $8.00 |
| 1/17/2008 | Date Notice of Sale Recorded | | $6.00 |
| 1/17/2008 | SOT/Appointment Recorded | | $9.00 |
| 1/17/2008 | Date Publication Commenced (1st Pub) | | $378.77 |
| 2/6/2008 | Title Cost Endorsement | | $25.00 |
| 2/12/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,381.77 |

PLEASE PAY AMOUNT DUE:   $1,981.77

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0085036
Invoice Date:  2/12/2008

Attention:

7983.21381

Loan No: 1001270899
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/12/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/20/2007 | 10 Day Mailings Sent | | $7.09 |
| 10/10/2007 | Date Trustee Sale Guarantee Received | | $625.00 |
| 10/12/2007 | 1 Month Mailings Sent | | $56.72 |
| 1/10/2008 | Title Cost Endorsement | | $50.00 |
| 1/15/2008 | Date Notice of Sale Mailed | | $66.69 |
| 1/16/2008 | Date Publication Commenced (1st Pub) | | $328.00 |
| 1/16/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/18/2008 | Assignment Recorded | | $11.00 |
| 1/18/2008 | Date Notice of Sale Recorded | | $11.00 |
| 1/18/2008 | SOT/Appointment Recorded | | $14.00 |
| 2/5/2008 | Title Cost Endorsement | | $25.00 |
| 2/11/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,341.50 |

PLEASE PAY AMOUNT DUE:    $1,941.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0085093

Invoice Date:  2/13/2008

Attention:

7983.21382

Loan No: 1001003940

Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/13/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/17/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent | | $127.62 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $650.00 |
| 10/10/2007 | 1 Month Mailings Sent | | $28.36 |
| 1/10/2008 | Publication Endorsement Received | | $50.00 |
| 1/10/2008 | Date Notice of Sale Mailed | | $81.51 |
| 1/11/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/14/2008 | Date Publication Commenced (1st Pub) | | $422.84 |
| 1/17/2008 | Assignment Recorded | | $8.00 |
| 1/17/2008 | Date Notice of Sale Recorded | | $6.00 |
| 1/17/2008 | SOT/Appointment Recorded | | $89.00 |
| 2/4/2008 | 1 Month Mailings Sent | | $25.00 |
| 2/11/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,635.33 |

PLEASE PAY AMOUNT DUE:    $2,235.33

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX    75063

Invoice No:  FTS0085089
Invoice Date:  2/13/2008

Attention:

7983.21384

Loan No: 1000935927          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/19/2007 | 1 Month Mailings Sent | $21.27 |
| 1/11/2008 | Publication Endorsement Received | $50.00 |
| 1/14/2008 | Date Notice of Sale Mailed | $51.87 |
| 1/18/2008 | Date Publication Commenced (1st Pub) | $400.00 |
| 1/18/2008 | Date Notice of Sale Posted | $120.00 |
| 1/23/2008 | Date Notice of Sale Recorded | $12.00 |
| 1/23/2008 | Assignment Recorded | $11.00 |
| 1/23/2008 | SOT/Appointment Recorded | $12.00 |
| 2/7/2008 | Title Cost Endorsement | $25.00 |
| 2/7/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $718.14 |

PLEASE PAY AMOUNT DUE:          $718.14

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0085101
Invoice Date:  2/13/2008

Attention:                                                                    7983.21405

Loan No: 1000988910                        Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/13/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/18/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/25/2007 | 10 Day Mailings Sent | | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $700.00 |
| 10/10/2007 | 1 Month Mailings Sent | | $21.27 |
| 1/14/2008 | Publication Endorsement Received | | $50.00 |
| 1/14/2008 | Date Notice of Sale Mailed | | $37.05 |
| 1/18/2008 | Date Publication Commenced (1st Pub) | | $240.00 |
| 1/18/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/23/2008 | Assignment Recorded | | $9.00 |
| 1/23/2008 | Date Notice of Sale Recorded | | $7.00 |
| 1/23/2008 | SOT/Appointment Recorded | | $10.00 |
| 2/7/2008 | Title Cost Endorsement | | $25.00 |
| 2/12/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,260.50 |

PLEASE PAY AMOUNT DUE:    $1,860.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0085102
Invoice Date:   2/13/2008

Attention:                                                                 7983.21416

Loan No: 1001555146                          Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/13/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/18/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/25/2007 | 10 Day Mailings Sent | | $7.09 |
| 10/2/2007 | Date Trustee Sale Guarantee Received | | $805.00 |
| 1/14/2008 | Publication Endorsement Received | | $50.00 |
| 1/17/2008 | Date Notice of Sale Mailed | | $7.41 |
| 1/18/2008 | Date Publication Commenced (1st Pub) | | $423.43 |
| 1/18/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/22/2008 | Assignment Recorded | | $15.00 |
| 1/22/2008 | Date Notice of Sale Recorded | | $15.00 |
| 1/22/2008 | SOT/Appointment Recorded | | $15.00 |
| 2/7/2008 | Title Cost Endorsement | | $25.00 |
| 2/12/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,509.93 |

PLEASE PAY AMOUNT DUE:   $2,109.93

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0085103
Invoice Date:  2/13/2008

Attention:

7983.21420

Loan No: 1001180124

Type:  Non-Jud Foreclosure/ CONV

Borrower: ███████████

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/13/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/18/2007 | Date Notice of Default Recorded | $13.00 |
| 9/21/2007 | 10 Day Mailings Sent | $7.09 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | $510.00 |
| 10/7/2007 | 1 Month Mailings Sent | $21.27 |
| 1/11/2008 | Title Cost Endorsement | $50.00 |
| 1/15/2008 | Date Notice of Sale Mailed | $37.05 |
| 1/18/2008 | Date Publication Commenced (1st Pub) | $520.00 |
| 1/18/2008 | Date Notice of Sale Posted | $120.00 |
| 1/23/2008 | Assignment Recorded | $10.00 |
| 1/23/2008 | Date Notice of Sale Recorded | $13.00 |
| 1/23/2008 | SOT/Appointment Recorded | $13.00 |
| 2/7/2008 | Title Cost Endorsement | $25.00 |
| 2/12/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,354.41 |

PLEASE PAY AMOUNT DUE:    $1,954.41

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0085104
Invoice Date:  2/13/2008

Attention:

7983.21421

Loan No: 1001143847
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/13/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/18/2007 | Date Notice of Default Recorded | | $11.00 |
| 9/21/2007 | 10 Day Mailings Sent | | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $480.00 |
| 1/11/2008 | Publication Endorsement Received | | $50.00 |
| 1/14/2008 | Date Notice of Sale Mailed | | $7.41 |
| 1/18/2008 | Date Publication Commenced (1st Pub) | | $358.10 |
| 1/18/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/24/2008 | Date Notice of Sale Recorded | | $8.00 |
| 1/24/2008 | Assignment Recorded | | $10.00 |
| 1/24/2008 | SOT/Appointment Recorded | | $12.00 |
| 2/7/2008 | Title Cost Endorsement | | $25.00 |
| 2/12/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,103.60 |

PLEASE PAY AMOUNT DUE:     $1,703.60

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0085055
Invoice Date:   2/13/2008

Attention:                                                                  7983.21426

Loan No: 1001360334                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/13/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/18/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent | | $14.18 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | | $805.00 |
| 1/11/2008 | Title Cost Endorsement | | $50.00 |
| 1/15/2008 | Date Notice of Sale Mailed | | $14.82 |
| 1/17/2008 | Date Publication Commenced (1st Pub) | | $384.60 |
| 1/17/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/22/2008 | Assignment Recorded | | $9.00 |
| 1/22/2008 | Date Notice of Sale Recorded | | $7.00 |
| 1/22/2008 | SOT/Appointment Recorded | | $10.00 |
| 2/6/2008 | Title Cost Endorsement | | $25.00 |
| 2/12/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,466.60 |

PLEASE PAY AMOUNT DUE:      $2,066.60

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0085056
Invoice Date:  2/13/2008

Attention:

7983.21427

Loan No: 1001113667

Type:  Non-Jud Foreclosure/ CONV

Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/13/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/20/2007 | 10 Day Mailings Sent | | $14.18 |
| 10/8/2007 | Date Trustee Sale Guarantee Received | | $600.00 |
| 10/13/2007 | 1 Month Mailings Sent | | $28.36 |
| 1/14/2008 | Publication Endorsement Received | | $50.00 |
| 1/15/2008 | Date Notice of Sale Mailed | | $44.46 |
| 1/16/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/17/2008 | Date Publication Commenced (1st Pub) | | $736.46 |
| 1/22/2008 | Assignment Recorded | | $9.00 |
| 1/22/2008 | Date Notice of Sale Recorded | | $7.00 |
| 1/22/2008 | SOT/Appointment Recorded | | $10.00 |
| 2/6/2008 | Sale Endorsement Received | | $25.00 |
| 2/12/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,671.46 |

PLEASE PAY AMOUNT DUE:   $2,271.46

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0085090
Invoice Date:  2/13/2008

Attention:

7983.21434

Loan No: 1001141049
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/13/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/18/2007 | Date Notice of Default Recorded | $10.00 |
| 9/21/2007 | 10 Day Mailings Sent | $18.36 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $390.00 |
| 1/14/2008 | Title Cost Endorsement | $50.00 |
| 1/15/2008 | Date Notice of Sale Mailed | $29.64 |
| 1/16/2008 | Date Notice of Sale Posted | $120.00 |
| 1/17/2008 | Date Publication Commenced (1st Pub) | $365.50 |
| 1/23/2008 | Assignment Recorded | $7.00 |
| 1/23/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/23/2008 | SOT/Appointment Recorded | $10.00 |
| 2/6/2008 | Title Cost Endorsement | $25.00 |
| 2/12/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,047.50 |

PLEASE PAY AMOUNT DUE:    $1,647.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX    75063

Invoice No:  FTS0085091
Invoice Date:  2/13/2008

Attention:

7983.21436

Loan No: 1000985961

Type:  Non-Jud Foreclosure/ CONV

Borrower: ██████████████

██████████████

██████████████

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/13/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/18/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/22/2007 | 10 Day Mailings Sent | | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $570.00 |
| 10/10/2007 | 1 Month Mailings Sent | | $28.36 |
| 1/11/2008 | Title Cost Endorsement | | $50.00 |
| 1/15/2008 | Date Notice of Sale Mailed | | $51.87 |
| 1/18/2008 | Date Publication Commenced (1st Pub) | | $385.00 |
| 1/18/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/23/2008 | Assignment Recorded | | $12.00 |
| 1/23/2008 | Date Notice of Sale Recorded | | $9.00 |
| 1/23/2008 | SOT/Appointment Recorded | | $12.00 |
| 2/7/2008 | Title Cost Endorsement | | $25.00 |
| 2/12/2008 | Cost - Record Trustee's Deed | | $12.00 |
| | | TOTAL EXPENSES: | $1,301.41 |

PLEASE PAY AMOUNT DUE:    $1,901.41

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0085105
Invoice Date:  2/13/2008

Attention:                                                                7983.21449

Loan No: 1001455650                    Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/13/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/18/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/25/2007 | 10 Day Mailings Sent | | $14.18 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | | $540.00 |
| 10/7/2007 | 1 Month Mailings Sent | | $7.09 |
| 1/11/2008 | Title Cost Endorsement | | $50.00 |
| 1/17/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/18/2008 | Date Publication Commenced (1st Pub) | | $355.00 |
| 1/18/2008 | Date Notice of Sale Mailed | | $22.23 |
| 1/22/2008 | Assignment Recorded | | $11.00 |
| 1/22/2008 | SOT/Appointment Recorded | | $14.00 |
| 1/22/2008 | Date Notice of Sale Recorded | | $11.00 |
| 2/7/2008 | Title Cost Endorsement | | $25.00 |
| 2/12/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,196.50 |
| | | PLEASE PAY AMOUNT DUE: | $1,796.50 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0085106
Invoice Date:  2/13/2008

Attention:

7983.21450

Loan No: 1001444984
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/13/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 9/18/2007 | Date Notice of Default Recorded | $12.00 |
| 9/25/2007 | 10 Day Mailings Sent | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $700.00 |
| 1/14/2008 | Publication Endorsement Received | $50.00 |
| 1/17/2008 | Date Notice of Sale Posted | $120.00 |
| 1/18/2008 | Date Publication Commenced (1st Pub) | $355.00 |
| 1/18/2008 | Date Notice of Sale Mailed | $7.41 |
| 1/22/2008 | Assignment Recorded | $11.00 |
| 1/22/2008 | SOT/Appointment Recorded | $14.00 |
| 1/22/2008 | Date Notice of Sale Recorded | $11.00 |
| 2/7/2008 | Title Cost Endorsement | $25.00 |
| 2/12/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,327.50 |

PLEASE PAY AMOUNT DUE:      $1,927.50

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0085107
Invoice Date:  2/13/2008

Attention:                                                          7983.21453

Loan No: 1001479844                        Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|-------:|
| 2/13/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/18/2007 | Date Notice of Default Recorded | $12.00 |
| 9/25/2007 | 10 Day Mailings Sent | $7.09 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | $725.00 |
| 10/13/2007 | 1 Month Mailings Sent | $14.18 |
| 1/11/2008 | Title Cost Endorsement | $50.00 |
| 1/17/2008 | Date Notice of Sale Posted | $120.00 |
| 1/18/2008 | Date Publication Commenced (1st Pub) | $355.00 |
| 1/18/2008 | Date Notice of Sale Mailed | $29.64 |
| 1/22/2008 | Assignment Recorded | $11.00 |
| 1/22/2008 | SOT/Appointment Recorded | $14.00 |
| 1/22/2008 | Date Notice of Sale Recorded | $11.00 |
| 2/7/2008 | Title Cost Endorsement | $25.00 |
| 2/12/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,388.91 |

PLEASE PAY AMOUNT DUE:      $1,988.91

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0085205
Invoice Date:  2/13/2008

Attention:                                                                  7983.21531

Loan No: 1001321890                    Type:  Non-Jud Foreclosure/CONV
Borrower: ▉▉▉▉▉

| Date | Item Description | Amount |
|------|------------------|--------|
| 10/4/2007 | Assignment Prepared | $50.00 |
| 2/13/2008 | Trustee Fee | $675.00 |
| | TOTAL FEES: | $725.00 |
| | | |
| 9/29/2007 | Trustee Sale Guarantee Received | $790.24 |
| 10/2/2007 | Notice of Default Mailed (statutory) | $12.00 |
| 10/2/2007 | Notice of Default Posted | $57.50 |
| 10/31/2007 | Assignment Recorded | $12.00 |
| 10/31/2007 | Appointment Recorded | $12.00 |
| 11/14/2007 | Notice of Trustee Sale Posted | $57.50 |
| 11/14/2007 | Notice of Trustee Sale Mailed (statutory) | $36.00 |
| 11/14/2007 | Notice of Trustee Sale Recorded | $43.00 |
| 1/16/2008 | Publication Commenced | $615.12 |
| 2/13/2008 | Postponement of Sale Read | $50.00 |
| | TOTAL EXPENSES: | $1,685.36 |

PLEASE PAY AMOUNT DUE:    $2,410.36

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0085061
Invoice Date:  2/13/2008

Attention:                                                                              7983.21603

Loan No: 1000790535                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ███████████████

| Date | Item Description | Amount |
|---|---|---|
| 2/13/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 10/12/2007 | Date Notice of Default Recorded | $12.00 |
| 10/13/2007 | 10 Day Mailings Sent | $14.18 |
| 11/9/2007 | Date Trustee Sale Guarantee Received | $350.00 |
| 1/16/2008 | Publication Endorsement Received | $50.00 |
| 1/17/2008 | Date Publication Commenced (1st Pub) | $240.00 |
| 1/17/2008 | Date Notice of Sale Posted | $120.00 |
| 1/17/2008 | Date Notice of Sale Mailed | $14.82 |
| 1/23/2008 | SOT/Appointment Recorded | $13.00 |
| 1/23/2008 | Date Notice of Sale Recorded | $10.00 |
| 2/6/2008 | Title Cost Endorsement | $25.00 |
| 2/6/2008 | Assignment Recorded | $15.00 |
| 2/12/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $879.00 |
| | **PLEASE PAY AMOUNT DUE:** | $1,479.00 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0085057
Invoice Date:  2/13/2008

Attention:

7983.22142

Loan No: 1001286450
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/13/2008 | Trustee Fee | $300.00 |
| | TOTAL FEES: | $300.00 |
| | | |
| 12/4/2007 | Date Notice of Default Recorded | $15.00 |
| 12/10/2007 | Date Trustee Sale Guarantee Received | $939.00 |
| 12/11/2007 | 10 Day Mailings Sent | $42.54 |
| | TOTAL EXPENSES: | $996.54 |
| | PLEASE PAY AMOUNT DUE: | $1,296.54 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX    75063

Invoice No:   FTS0085253
Invoice Date:  2/14/2008

Attention:                                                        7983.21392

Loan No: 1001655255                    Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/14/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/18/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/25/2007 | 10 Day Mailings Sent | | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $845.00 |
| 1/11/2008 | Title Cost Endorsement | | $50.00 |
| 1/19/2008 | Date Notice of Sale Mailed | | $22.23 |
| 1/22/2008 | Date Publication Commenced (1st Pub) | | $375.00 |
| 1/22/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/28/2008 | Date Notice of Sale Recorded | | $9.00 |
| 1/28/2008 | SOT/Appointment Recorded | | $12.00 |
| 2/11/2008 | Assignment Recorded | | $15.00 |
| 2/11/2008 | Title Cost Endorsement | | $25.00 |
| 2/11/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,514.41 |

PLEASE PAY AMOUNT DUE:    $2,114.41

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0085254
Invoice Date:  2/14/2008

Attention:                                                          7983.21415

Loan No: 1001099573                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ██████████

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/14/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/18/2007 | Date Notice of Default Recorded | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent | $21.27 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | $765.00 |
| 1/15/2008 | Publication Endorsement Received | $50.00 |
| 1/18/2008 | Date Notice of Sale Mailed | $29.64 |
| 1/22/2008 | Date Publication Commenced (1st Pub) | $345.50 |
| 1/22/2008 | Date Notice of Sale Posted | $120.00 |
| 1/25/2008 | Assignment Recorded | $10.00 |
| 1/25/2008 | Date Notice of Sale Recorded | $8.00 |
| 1/25/2008 | SOT/Appointment Recorded | $11.00 |
| 2/11/2008 | Cost - Record Trustee's Deed | $15.00 |
| 2/11/2008 | Sale Endorsement Received | $25.00 |
| | TOTAL EXPENSES: | $1,412.41 |

PLEASE PAY AMOUNT DUE:     $2,012.41

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0085255
Invoice Date:  2/14/2008

Attention:                                                        7983.21418

Loan No: 1001090063                    Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 2/14/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/18/2007 | Date Notice of Default Recorded | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $700.00 |
| 1/14/2008 | Publication Endorsement Received | $50.00 |
| 1/18/2008 | Date Notice of Sale Mailed | $14.82 |
| 1/22/2008 | Date Notice of Sale Posted | $120.00 |
| 1/22/2008 | Date Publication Commenced (1st Pub) | $636.41 |
| 1/25/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/25/2008 | SOT/Appointment Recorded | $10.00 |
| 1/25/2008 | Assignment Recorded | $9.00 |
| 2/11/2008 | Title Cost Endorsement | $25.00 |
| 2/11/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,613.41 |

PLEASE PAY AMOUNT DUE:   $2,213.41

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

Invoice No:  FTS0085230

4600 Regent Blvd., Suite 200

Invoice Date: 2/14/2008

Irving, TX   75063

Attention:

7983.21484

Loan No: 1000714530

Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/14/2008 | Trustee Fee | $500.00 |
| | **TOTAL FEES:** | $500.00 |
| | | |
| 9/21/2007 | Date Notice of Default Recorded | $40.00 |
| 9/27/2007 | 10 Day Mailings Sent | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $480.00 |
| 10/10/2007 | 1 Month Mailings Sent | $14.18 |
| 12/28/2007 | Publication Endorsement Received | $50.00 |
| 1/2/2008 | Date Notice of Sale Posted | $120.00 |
| 1/2/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 1/3/2008 | Date Notice of Sale Mailed | $29.64 |
| 1/4/2008 | SOT/Appointment Recorded | $39.00 |
| 1/4/2008 | Date Notice of Sale Recorded | $15.00 |
| 1/4/2008 | Assignment Recording | $39.00 |
| 1/23/2008 | Title Cost Endorsement | $25.00 |
| | **TOTAL EXPENSES:** | $1,186.00 |
| | **PLEASE PAY AMOUNT DUE:** | $1,686.00 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:   FTS0085373

Invoice Date:   2/14/2008

Attention:                                                                         7983.22210

Loan No: 1001151151                          Type:  Non-Jud Foreclosure/CONV
Borrower: ██████████
          ████████████
          ████████████████

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/4/2008 | Assignment Prepared | $50.00 |
| | TOTAL FEES: | $50.00 |
| | PLEASE PAY AMOUNT DUE: | $50.00 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:  FTS0085396
4600 Regent Blvd., Suite 200                              Invoice Date:  2/15/2008
Irving,  TX   75063

Attention:                                                              7983.20699

Loan No: 1001287384                          Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 11/2/2007 | Postponement of Trustee's Sale | $50.00 |
| 11/30/2007 | Postponement of Trustee's Sale | $50.00 |
| 12/28/2007 | Postponement of Trustee's Sale | $50.00 |
| 1/25/2008 | Postponement of Trustee's Sale | $50.00 |
| | TOTAL EXPENSES: | $200.00 |
| | PLEASE PAY AMOUNT DUE: | $200.00 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0085397
Invoice Date:  2/15/2008

Attention:                                                              7983.21032

Loan No: 1001546545                     Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/15/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 7/27/2007 | Date Notice of Default Recorded | $12.00 |
| 7/31/2007 | 10 Day Mailings Sent | $7.09 |
| 8/17/2007 | Date Trustee Sale Guarantee Received | $1,632.00 |
| 8/18/2007 | 1 Month Mailings Sent | $7.09 |
| 11/8/2007 | Publication Endorsement Received | $50.00 |
| 11/29/2007 | Title Cost Endorsement | $25.00 |
| 11/30/2007 | Date Notice of Sale Mailed | $14.82 |
| 12/3/2007 | SOT/Appointment Recorded | $15.00 |
| 12/3/2007 | Date Notice of Sale Recorded | $12.00 |
| 12/4/2007 | Assignment Recorded | $15.00 |
| 12/6/2007 | Date Publication Commenced (1st Pub) | $425.00 |
| 12/11/2007 | Date Notice of Sale Posted | $120.00 |
| 2/4/2008 | Title Cost Endorsement | $25.00 |
| 2/14/2008 | Recission Recording | $9.00 |
| | TOTAL EXPENSES: | $2,369.00 |

PLEASE PAY AMOUNT DUE:      $2,969.00

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0085469
Invoice Date:  2/15/2008

Attention:

7983.21126

Loan No: 1001494274
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|-------:|
| 2/15/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 8/20/2007 | Date Notice of Default Recorded | $13.00 |
| 8/27/2007 | Date Trustee Sale Guarantee Received | $863.00 |
| 8/28/2007 | 1 Month Mailings Sent | $7.09 |
| 8/28/2007 | 10 Day Mailings Sent | $7.09 |
| 11/30/2007 | Publication Endorsement Received | $50.00 |
| 12/5/2007 | Date Notice of Sale Posted | $120.00 |
| 12/5/2007 | Date Notice of Sale Mailed | $22.23 |
| 12/11/2007 | Date Publication Commenced (1st Pub) | $512.27 |
| 12/12/2007 | SOT/Appointment Recorded | $10.00 |
| 12/12/2007 | Date Notice of Sale Recorded | $9.00 |
| 1/23/2008 | Title Cost Endorsement | $25.00 |
| 2/15/2008 | Assignment Recorded | $15.00 |
| 2/15/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,668.68 |

PLEASE PAY AMOUNT DUE:   $2,268.68

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0085398
Invoice Date:  2/15/2008

Attention:                                                                          7983.21185

Loan No: 1001111596                        Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/15/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent | | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $570.00 |
| 10/10/2007 | 1 Month Mailings Sent | | $56.72 |
| 1/14/2008 | Publication Endorsement Received | | $50.00 |
| 1/16/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/16/2008 | Date Notice of Sale Mailed | | $66.10 |
| 1/17/2008 | Date Publication Commenced (1st Pub) | | $461.75 |
| 1/25/2008 | Assignment Recorded | | $11.00 |
| 1/25/2008 | Date Notice of Sale Recorded | | $11.00 |
| 1/25/2008 | SOT/Appointment Recorded | | $14.00 |
| 2/6/2008 | Title Cost Endorsement | | $25.00 |
| 2/14/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,419.66 |
| | | PLEASE PAY AMOUNT DUE: | $2,019.66 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0085399
Invoice Date: 2/15/2008

Attention:

7983.21328

Loan No: 1001248956
Borrower: 

Type: Non-Jud Foreclosure/CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/15/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/14/2007 | Date Notice of Default Recorded | | $10.00 |
| 9/20/2007 | 10 Day Mailings Sent | | $28.36 |
| 10/1/2007 | Date Trustee Sale Guarantee Received | | $725.00 |
| 10/2/2007 | 1 Month Mailings Sent | | $28.36 |
| 1/9/2008 | Publication Endorsement Received | | $50.00 |
| 1/11/2008 | Date Notice of Sale Mailed | | $44.46 |
| 1/16/2008 | SOT/Appointment Recorded | | $11.00 |
| 1/16/2008 | Date Notice of Sale Recorded | | $8.00 |
| 1/16/2008 | Assignment Recorded | | $8.00 |
| 1/16/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/16/2008 | Date Publication Commenced (1st Pub) | | $256.25 |
| 2/8/2008 | Title Cost Endorsement | | $25.00 |
| 2/14/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,329.43 |

PLEASE PAY AMOUNT DUE:   $1,929.43

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0085400
Invoice Date:  2/15/2008

Attention:                                                    7983.21356

Loan No: 1001020129                     Type:  Non-Jud Foreclosure/ CONV
Borrower: ████████████

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/15/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 9/17/2007 | Date Notice of Default Recorded | $11.00 |
| 9/20/2007 | 10 Day Mailings Sent | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $540.00 |
| 10/7/2007 | 1 Month Mailings Sent | $28.36 |
| 1/8/2008 | Publication Endorsement Received | $50.00 |
| 1/15/2008 | Date Notice of Sale Posted | $120.00 |
| 1/15/2008 | Date Publication Commenced (1st Pub) | $525.38 |
| 1/22/2008 | Date Notice of Sale Mailed | $44.46 |
| 1/25/2008 | Assignment Recorded | $10.00 |
| 1/25/2008 | SOT/Appointment Recorded | $11.00 |
| 1/25/2008 | Date Notice of Sale Recorded | $8.00 |
| 2/4/2008 | Title Cost Endorsement | $25.00 |
| 2/8/2008 | Title Cost Endorsement | $25.00 |
| 2/14/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,427.38 |

**PLEASE PAY AMOUNT DUE:**       $2,027.38

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0085402
Invoice Date:  2/15/2008

Attention:                                                              7983.21428

Loan No: 1001185051                          Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/15/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/18/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent | | $7.09 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | | $725.00 |
| 1/15/2008 | Publication Endorsement Received | | $50.00 |
| 1/18/2008 | Date Notice of Sale Mailed | | $14.82 |
| 1/23/2008 | Date Publication Commenced (1st Pub) | | $713.24 |
| 1/24/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/29/2008 | Assignment Recorded | | $9.00 |
| 1/29/2008 | Date Notice of Sale Recorded | | $7.00 |
| 1/29/2008 | SOT/Appointment Recorded | | $10.00 |
| 2/12/2008 | Sale Endorsement Received | | $25.00 |
| 2/13/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,708.15 |

PLEASE PAY AMOUNT DUE:    $2,308.15

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0085403
Invoice Date:  2/15/2008

Attention:                                                                  7983.21444

Loan No: 1001486333                     Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/15/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/19/2007 | Date Notice of Default Recorded | $10.00 |
| 9/22/2007 | 10 Day Mailings Sent | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $600.00 |
| 1/11/2008 | Title Cost Endorsement | $50.00 |
| 1/19/2008 | Date Notice of Sale Mailed | $7.41 |
| 1/23/2008 | Date Publication Commenced (1st Pub) | $359.87 |
| 1/24/2008 | Date Notice of Sale Posted | $120.00 |
| 1/28/2008 | Assignment Recorded | $7.00 |
| 1/28/2008 | SOT/Appointment Recorded | $10.00 |
| 1/28/2008 | Date Notice of Sale Recorded | $7.00 |
| 2/12/2008 | Sale Endorsement Received | $25.00 |
| 2/13/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,218.37 |

PLEASE PAY AMOUNT DUE:    $1,818.37

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0085404
Invoice Date:  2/15/2008

Attention:                                                                    7983.21456

Loan No: 1001433297                       Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/15/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/19/2007 | Date Notice of Default Recorded | $12.00 |
| 9/22/2007 | 10 Day Mailings Sent | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $805.00 |
| 1/11/2008 | Title Cost Endorsement | $50.00 |
| 1/18/2008 | Date Notice of Sale Mailed | $29.64 |
| 1/23/2008 | Date Notice of Sale Posted | $120.00 |
| 1/24/2008 | Date Publication Commenced (1st Pub) | $252.14 |
| 1/29/2008 | Assignment Recorded | $9.00 |
| 1/29/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/29/2008 | SOT/Appointment Recorded | $10.00 |
| 2/12/2008 | Title Cost Endorsement | $25.00 |
| 2/13/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,348.96 |

PLEASE PAY AMOUNT DUE:    $1,948.96

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0085405
Invoice Date:  2/15/2008

Attention:                                                                 7983.21465

Loan No: 1001300977                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/15/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/19/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/22/2007 | 10 Day Mailings Sent | | $28.36 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $805.00 |
| 1/11/2008 | Title Cost Endorsement | | $50.00 |
| 1/19/2008 | Date Notice of Sale Mailed | | $29.64 |
| 1/22/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/23/2008 | Date Publication Commenced (1st Pub) | | $355.00 |
| 1/24/2008 | Assignment Recorded | | $11.00 |
| 1/24/2008 | SOT/Appointment Recorded | | $14.00 |
| 1/24/2008 | Date Notice of Sale Recorded | | $11.00 |
| 2/13/2008 | Title Cost Endorsement | | $25.00 |
| 2/13/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,476.00 |

PLEASE PAY AMOUNT DUE:    $2,076.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0085419
Invoice Date:  2/15/2008

Attention:                                                                    7983.21500

Loan No: 1001098704
Borrower:

Type:  Non-Jud Foreclosure/CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/15/2008 | Trustee Fee | $500.00 |
| | TOTAL FEES: | $500.00 |
| | | |
| 9/21/2007 | Date Notice of Default Recorded | $13.00 |
| 9/26/2007 | 10 Day Mailings Sent | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $570.00 |
| 1/23/2008 | Title Cost Endorsement | $50.00 |
| 1/31/2008 | Date Notice of Sale Mailed | $14.82 |
| 2/1/2008 | Date Publication Commenced (1st Pub) | $420.00 |
| 2/1/2008 | Date Notice of Sale Posted | $120.00 |
| 2/5/2008 | Date Notice of Sale Recorded | $8.00 |
| 2/5/2008 | SOT/Appointment Recorded | $11.00 |
| 2/5/2008 | Assignment Recorded | $10.00 |
| | TOTAL EXPENSES: | $1,223.91 |

PLEASE PAY AMOUNT DUE:      $1,723.91

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0085401
Invoice Date:  2/15/2008

Attention:

7983.21729

Loan No: 1001272394
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/15/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 10/19/2007 | Date Notice of Default Recorded | $12.00 |
| 10/24/2007 | 10 Day Mailings Sent | $14.18 |
| 11/15/2007 | Date Trustee Sale Guarantee Received | $570.00 |
| 11/16/2007 | 1 Month Mailings Sent | $35.45 |
| 2/4/2008 | Publication Endorsement Received | $50.00 |
| | TOTAL EXPENSES: | $681.63 |

PLEASE PAY AMOUNT DUE:     $1,281.63

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX    75063

Invoice No:  FTS0085420

Invoice Date:  2/15/2008

Attention:                                                                7983.21985

Loan No: 1001258913                       Type:  Non-Jud Foreclosure/ CONV
Borrower: ███████████████

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/15/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/15/2007 | Date Notice of Default Recorded | $12.00 |
| 11/27/2007 | 10 Day Mailings Sent | $7.09 |
| 12/21/2007 | Date Trustee Sale Guarantee Received | $673.00 |
| 12/22/2007 | 1 Month Mailings Sent | $7.09 |
| | TOTAL EXPENSES: | $699.18 |

PLEASE PAY AMOUNT DUE:        $1,299.18

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing          Invoice No:   FTS0085725
4600 Regent Blvd., Suite 200               Invoice Date:  2/19/2008
Irving, TX    75063

Attention:                                          7983.21887

Loan No: 1001650255                      Type:   Non-Jud Foreclosure/ CONV
Borrower: ███████████████

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/19/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/6/2007 | Date Notice of Default Recorded | $12.00 |
| 11/8/2007 | 10 Day Mailings Sent | $14.18 |
| 11/30/2007 | Date Trustee Sale Guarantee Received | $625.00 |
| 12/1/2007 | 1 Month Mailings Sent | $42.54 |
| | TOTAL EXPENSES: | $693.72 |
| | PLEASE PAY AMOUNT DUE: | $1,293.72 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX    75063

Invoice No:  FTS0085685
Invoice Date:  2/19/2008

Attention:                                                                          7983.21896

Loan No: 1001021403
Borrower:

Type:  Non-Jud Foreclosure/CONV

| Date | Item Description | | Amount |
|---:|---|---:|---:|
| 2/19/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 11/8/2007 | Date Notice of Default Recorded | | $12.00 |
| 11/13/2007 | 10 Day Mailings Sent | | $21.27 |
| 11/30/2007 | Date Trustee Sale Guarantee Received | | $1,195.00 |
| 12/4/2007 | 1 Month Mailings Sent | | $42.54 |
| | | TOTAL EXPENSES: | $1,270.81 |
| | | PLEASE PAY AMOUNT DUE: | $1,870.81 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0085686

Invoice Date:  2/19/2008

Attention:                                                                                  7983.21920

Loan No: 1001087151                          Type:  Non-Jud Foreclosure/ CONV

Borrower:  

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/19/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 11/15/2007 | Date Notice of Default Recorded | | $12.00 |
| 11/21/2007 | 10 Day Mailings Sent | | $21.27 |
| 12/10/2007 | Date Trustee Sale Guarantee Received | | $650.00 |
| | | TOTAL EXPENSES: | $683.27 |

PLEASE PAY AMOUNT DUE:      $1,283.27

Page 1