**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0085687
Invoice Date:   2/19/2008

| Attention: | 7983.21921 |
|---|---|

| Loan No: 1001087127 | Type:  Non-Jud Foreclosure/ CONV |
|---|---|
| Borrower: | |

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/19/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 11/14/2007 | Date Notice of Default Recorded | | $12.00 |
| 11/20/2007 | 10 Day Mailings Sent | | $21.27 |
| 12/8/2007 | Date Trustee Sale Guarantee Received | | $623.00 |
| 12/8/2007 | 1 Month Mailings Sent | | $13.45 |
| | | TOTAL EXPENSES: | $669.72 |

PLEASE PAY AMOUNT DUE:     $1,269.72

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0085794
Invoice Date:  2/20/2008

Attention:                                                                              7983.20925

Loan No: 1000797058                         Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/15/2008 | Date Notice of Sale Posted | $120.00 |
| 1/15/2008 | Date Publication Commenced (1st Pub) | $355.00 |
| 1/15/2008 | Date Notice of Sale Mailed (Required by Statute) | $81.51 |
| 1/18/2008 | Date Notice of Sale Recorded | $15.00 |
| 1/18/2008 | Assignment Recorded | $15.00 |
| 1/18/2008 | SOT/Appointment Recorded | $15.00 |
| 2/20/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $626.51 |

PLEASE PAY AMOUNT DUE:        $626.51

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0085768
Invoice Date:  2/20/2008

Attention:

7983.20949

Loan No: 1001326155

Type:  Non-Jud Foreclosure/ CONV

Borrower: ▓▓▓▓▓▓▓▓

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/20/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/18/2007 | Date Notice of Default Recorded | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent (Required by Statute) | $21.27 |
| 10/8/2007 | Date Trustee Sale Guarantee Received | $462.00 |
| 10/13/2007 | 1 Month Mailings Sent (Required by Statute) | $14.18 |
| 1/15/2008 | Title Cost Endorsement | $50.00 |
| 1/19/2008 | Date Notice of Sale Mailed (Required by Statute) | $37.05 |
| 1/22/2008 | Date Notice of Sale Posted | $120.00 |
| 1/23/2008 | SOT/Appointment Recorded | $15.00 |
| 1/23/2008 | Date Notice of Sale Recorded | $15.00 |
| 1/23/2008 | Assignment Recorded | $15.00 |
| 1/23/2008 | Date Publication Commenced (1st Pub) | $377.54 |
| 2/13/2008 | Cost - Record Trustee's Deed | $15.00 |
| 2/13/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,179.04 |

PLEASE PAY AMOUNT DUE:      $1,779.04

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX  75063

Invoice No:  FTS0085805

Invoice Date:  2/20/2008

Attention:                                                                          7983.21091

Loan No: 1001247807                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 8/3/2007 | Assignment Prepared | $50.00 |
| 2/19/2008 | Trustee Fee - Reset | $675.00 |
| | **TOTAL FEES:** | **$725.00** |
| | | |
| 8/3/2007 | Trustee Sale Guarantee Received | $1,575.00 |
| 10/2/2007 | Assignment Recorded | $31.00 |
| 10/2/2007 | Appointment Recorded | $31.00 |
| 10/2/2007 | Notice of Default Recorded | $36.00 |
| 10/8/2007 | Notice of Sale Mailed (Required by Statute) | $54.00 |
| 10/21/2007 | Notice of Sale Served | $77.50 |
| 11/8/2007 | Publication Commenced | $866.20 |
| 12/12/2007 | Affidavits Package Recorded | $86.00 |
| 1/14/2008 | Title Cost - Endorsement | $25.00 |
| 2/6/2008 | Postponement of Sale Read | $50.00 |
| 2/19/2008 | Sale Completed/Read | $100.00 |
| 2/19/2008 | Cost - Record Trustee's Deed | $41.00 |
| | **TOTAL EXPENSES:** | **$2,972.70** |

PLEASE PAY AMOUNT DUE:        $3,697.70

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0085769
Invoice Date:  2/20/2008

Attention:                                                                   7983.21175

Loan No: 1001117101                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/20/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/18/2007 | Date Notice of Default Recorded | $12.00 |
| 9/22/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 10/4/2007 | Date Trustee Sale Guarantee Received | $953.00 |
| 10/19/2007 | 1 Month Mailings Sent (Required by Statute) | $14.18 |
| 1/15/2008 | Publication Endorsement Received | $50.00 |
| 1/18/2008 | Date Notice of Sale Mailed (Required by Statute) | $22.23 |
| 1/22/2008 | Date Notice of Sale Posted | $120.00 |
| 1/23/2008 | Date Publication Commenced (1st Pub) | $420.31 |
| 1/29/2008 | Date Notice of Sale Recorded | $8.00 |
| 1/29/2008 | SOT/Appointment Recorded | $11.00 |
| 2/12/2008 | Sale Endorsement Received | $25.00 |
| 2/13/2008 | Assignment Recorded | $15.00 |
| 2/13/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,672.81 |

PLEASE PAY AMOUNT DUE:     $2,272.81

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0085804
Invoice Date:  2/20/2008

Attention:                                                                                7983.21301

Loan No: 1001174402
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|---|---|---|
| 10/1/2007 | Assignment Prepared | $50.00 |
| 2/19/2008 | Trustee Fee | $675.00 |
| | TOTAL FEES: | $725.00 |
| | | |
| 9/19/2007 | Trustee Sale Guarantee Received | $630.00 |
| 10/16/2007 | Notice of Default Recorded | $31.00 |
| 10/16/2007 | Appointment Recorded | $26.00 |
| 10/16/2007 | Assignment Recorded | $26.00 |
| 10/17/2007 | Notice of Sale Served | $77.50 |
| 10/18/2007 | Notice of Sale Mailed (Required by Statute) | $24.00 |
| 11/22/2007 | Publication Commenced | $330.00 |
| 1/14/2008 | Affidavits Package Recorded | $51.00 |
| 2/19/2008 | Cost - Record Trustee's Deed | $31.00 |
| 2/19/2008 | Sale Completed/Read | $100.00 |
| | TOTAL EXPENSES: | $1,326.50 |

PLEASE PAY AMOUNT DUE:    $2,051.50

Page I

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0085770
Invoice Date:  2/20/2008

Attention:

7983.21401

Loan No: 1001760571
Borrower: ▄▄▄▄▄▄▄▄
▄▄▄▄▄▄▄▄▄▄▄▄
▄▄▄▄▄▄▄▄▄

Type:  Non-Jud Foreclosure/CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/20/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 9/19/2007 | Date Notice of Default Recorded | $12.00 |
| 9/26/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $745.00 |
| 1/11/2008 | Title Cost Endorsement | $50.00 |
| 1/19/2008 | Date Notice of Sale Mailed (Required by Statute) | $7.41 |
| 1/22/2008 | Date Notice of Sale Posted | $120.00 |
| 1/23/2008 | Date Publication Commenced (1st Pub) | $641.27 |
| 1/29/2008 | Assignment Recorded | $10.00 |
| 1/29/2008 | Date Notice of Sale Recorded | $8.00 |
| 1/29/2008 | SOT/Appointment Recorded | $11.00 |
| 2/12/2008 | Sale Endorsement Received | $25.00 |
| 2/13/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,658.86 |

PLEASE PAY AMOUNT DUE:    $2,258.86

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0085771
Invoice Date:  2/20/2008

Attention:                                                                 7983.21403

Loan No: 1001549501                     Type:  Non-Jud Foreclosure/ CONV
Borrower: ▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓▓▓
          ▓▓▓▓▓▓▓▓▓

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 2/20/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/19/2007 | Date Notice of Default Recorded | | $10.00 |
| 9/25/2007 | 10 Day Mailings Sent (Required by Statute) | | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $745.00 |
| 1/11/2008 | Title Cost Endorsement | | $50.00 |
| 1/18/2008 | Date Notice of Sale Mailed (Required by Statute) | | $7.41 |
| 1/22/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/23/2008 | Date Publication Commenced (1st Pub) | | $496.80 |
| 1/26/2008 | Assignment Recorded | | $9.00 |
| 1/29/2008 | Date Notice of Sale Recorded | | $9.00 |
| 1/29/2008 | SOT/Appointment Recorded | | $12.00 |
| 2/13/2008 | Title Cost Endorsement | | $25.00 |
| 2/13/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,506.30 |

PLEASE PAY AMOUNT DUE:     $2,106.30

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0085806
Invoice Date:  2/20/2008

Attention:                                                              7983.21525

Loan No: 1001747942                    Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 10/3/2007 | Assignment Prepared | | $50.00 |
| 2/19/2008 | Trustee Fee | | $675.00 |
| | | TOTAL FEES: | $725.00 |
| | | | |
| 10/4/2007 | Trustee Sale Guarantee Received | | $1,070.00 |
| 10/16/2007 | Notice of Default Recorded | | $36.00 |
| 10/16/2007 | Appointment Recorded | | $31.00 |
| 10/16/2007 | Assignment Recorded | | $31.00 |
| 10/18/2007 | Notice of Sale Mailed (Required by Statute) | | $30.00 |
| 10/20/2007 | Notice of Sale Served | | $77.50 |
| 11/22/2007 | Publication Commenced | | $866.20 |
| 1/14/2008 | Title Cost - Endorsement | | $25.00 |
| 1/14/2008 | Affidavits Package Recorded | | $86.00 |
| 1/29/2008 | Title Cost - Endorsement | | $25.00 |
| 2/19/2008 | Sale Completed/Read | | $100.00 |
| | | TOTAL EXPENSES: | $2,377.70 |

PLEASE PAY AMOUNT DUE:    $3,102.70

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0085772
Invoice Date: 2/20/2008

Attention:                                                        7983.21779

Loan No: 1001299664                          Type: Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/20/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/23/2007 | Date Notice of Default Recorded | | $12.00 |
| 10/25/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 11/19/2007 | Date Trustee Sale Guarantee Received | | $540.00 |
| 2/6/2008 | Publication Endorsement Received | | $50.00 |
| | | TOTAL EXPENSES: | $616.18 |
| | | PLEASE PAY AMOUNT DUE: | $1,216.18 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0085773
Invoice Date:  2/20/2008

Attention:

7983.21954

Loan No: 1001152985
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 2/20/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 11/15/2007 | Date Notice of Default Recorded | | $12.00 |
| 11/17/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 12/12/2007 | Date Trustee Sale Guarantee Received | | $825.00 |
| 12/13/2007 | 1 Month Mailings Sent (Required by Statute) | | $35.45 |
| | | TOTAL EXPENSES: | $886.63 |
| | | | |
| | | PLEASE PAY AMOUNT DUE: | $1,486.63 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0085999
Invoice Date:  2/21/2008

Attention:                                                                                7983.21408

Loan No: 1000572476                        Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/21/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 9/19/2007 | Date Notice of Default Recorded | $10.00 |
| 9/25/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 10/8/2007 | Date Trustee Sale Guarantee Received | $450.00 |
| 10/13/2007 | 1 Month Mailings Sent (Required by Statute) | $49.63 |
| 1/11/2008 | Publication Endorsement Received | $50.00 |
| 1/18/2008 | Date Notice of Sale Mailed (Required by Statute) | $66.69 |
| 1/23/2008 | Date Publication Commenced (1st Pub) | $560.85 |
| 1/23/2008 | Date Notice of Sale Posted | $120.00 |
| 1/29/2008 | Assignment Recorded | $8.00 |
| 1/29/2008 | Date Notice of Sale Recorded | $8.00 |
| 1/29/2008 | SOT/Appointment Recorded | $11.00 |
| 2/13/2008 | Sale Endorsement Received | $25.00 |
| | **TOTAL EXPENSES:** | $1,373.35 |

PLEASE PAY AMOUNT DUE:      $1,973.35

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086010
Invoice Date:  2/21/2008

Attention:                                                                7983.21485

Loan No: 1001303082                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/21/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/21/2007 | Date Notice of Default Recorded | $12.00 |
| 9/27/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 10/9/2007 | Date Trustee Sale Guarantee Received | $700.00 |
| 10/22/2007 | 1 Month Mailings Sent (Required by Statute) | $7.09 |
| 1/24/2008 | Title Cost Endorsement | $50.00 |
| 1/29/2008 | Date Notice of Sale Mailed (Required by Statute) | $14.82 |
| 2/1/2008 | Date Publication Commenced (1st Pub) | $645.38 |
| 2/1/2008 | Date Notice of Sale Posted | $120.00 |
| 2/5/2008 | Date Notice of Sale Recorded | $15.00 |
| 2/5/2008 | SOT/Appointment Recorded | $15.00 |
| 2/21/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,611.38 |

PLEASE PAY AMOUNT DUE:    $2,211.38

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086011
Invoice Date:  2/21/2008

Attention:                                                                7983.21501

Loan No: 1001245208
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|-------|
| 2/21/2008 | Trustee Fee | | $500.00 |
| | | TOTAL FEES: | $500.00 |
| 9/21/2007 | Date Notice of Default Recorded | | $13.00 |
| 9/26/2007 | 10 Day Mailings Sent (Required by Statute) | | $21.27 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $540.00 |
| 10/11/2007 | 1 Month Mailings Sent (Required by Statute) | | $28.36 |
| 1/24/2008 | Publication Endorsement Received | | $50.00 |
| 1/31/2008 | Date Notice of Sale Mailed (Required by Statute) | | $59.28 |
| 2/1/2008 | Date Publication Commenced (1st Pub) | | $420.00 |
| 2/1/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/5/2008 | Assignment Recorded | | $15.00 |
| 2/5/2008 | Date Notice of Sale Recorded | | $15.00 |
| 2/5/2008 | SOT/Appointment Recorded | | $15.00 |
| 2/21/2008 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $1,321.91 |

PLEASE PAY AMOUNT DUE:      $1,821.91

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0085934
Invoice Date:   2/21/2008

Attention:                                                          7983.21502

Loan No: 1001250801                     Type:   Non-Jud Foreclosure/ CONV
Borrower: ▮▮▮▮▮▮▮▮▮▮

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 2/21/2008 | Trustee Fee | | $500.00 |
| | | TOTAL FEES: | $500.00 |
| | | | |
| 9/24/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/27/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $600.00 |
| 10/10/2007 | 1 Month Mailings Sent (Required by Statute) | | $56.72 |
| 1/24/2008 | Title Cost Endorsement | | $50.00 |
| 1/29/2008 | Date Notice of Sale Mailed (Required by Statute) | | $59.28 |
| 1/31/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/1/2008 | Date Publication Commenced (1st Pub) | | $626.66 |
| 2/6/2008 | Assignment Recorded | | $10.00 |
| 2/6/2008 | Date Notice of Sale Recorded | | $8.00 |
| 2/6/2008 | SOT/Appointment Recorded | | $11.00 |
| 2/21/2008 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $1,592.84 |

PLEASE PAY AMOUNT DUE:      $2,092.84

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086009
Invoice Date:  2/21/2008

Attention:                                                                      7983.21753

Loan No: 1001742197                    Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|-------:|
| 2/21/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 10/19/2007 | Date Notice of Default Recorded | $12.00 |
| 10/24/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 11/14/2007 | Date Trustee Sale Guarantee Received | $571.00 |
| 11/16/2007 | 1 Month Mailings Sent (Required by Statute) | $21.27 |
| 2/11/2008 | Publication Endorsement Received | $50.00 |
| 2/13/2008 | Date Publication Commenced (1st Pub) | $275.00 |
| 2/13/2008 | Date Notice of Sale Mailed (Required by Statute) | $29.64 |
| 2/21/2008 | Date Notice of Sale Recorded | $9.00 |
| 2/21/2008 | SOT/Appointment Recorded | $12.00 |
| 2/21/2008 | Date Notice of Sale Posted | $120.00 |
| | TOTAL EXPENSES: | $1,107.00 |

PLEASE PAY AMOUNT DUE:    $1,707.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086092
Invoice Date: 2/22/2008

Attention:                                                                              7983.21480

Loan No: 1001327507                             Type:  Non-Jud Foreclosure/ CONV
Borrower: ████████████

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/22/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/21/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/25/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 10/9/2007 | Date Trustee Sale Guarantee Received | | $650.00 |
| 1/24/2008 | Title Cost Endorsement | | $50.00 |
| 1/29/2008 | Date Notice of Sale Mailed (Required by Statute) | | $14.82 |
| 1/31/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/1/2008 | Date Publication Commenced (1st Pub) | | $510.95 |
| 2/6/2008 | Date Notice of Sale Recorded | | $7.00 |
| 2/6/2008 | SOT/Appointment Recorded | | $10.00 |
| 2/6/2008 | Assignment Recorded | | $9.00 |
| 2/21/2008 | Title Cost Endorsement | | $25.00 |
| 2/21/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,437.95 |

PLEASE PAY AMOUNT DUE:      $2,037.95

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing        Invoice No:  FTS0086072
4600 Regent Blvd., Suite 200        Invoice Date:  2/22/2008
Irving,  TX   75063

Attention:                              7983.21619

Loan No: 1001220592        Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/22/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 10/15/2007 | Date Notice of Default Recorded | | $12.00 |
| 10/18/2007 | 10 Day Mailings Sent (Required by Statute) | | $7.09 |
| 11/7/2007 | Date Trustee Sale Guarantee Received | | $831.00 |
| 11/8/2007 | 1 Month Mailings Sent (Required by Statute) | | $49.63 |
| 2/6/2008 | Date Publication Commenced (1st Pub) | | $240.00 |
| 2/21/2008 | Publication Endorsement Received | | $50.00 |
| 2/21/2008 | Recission Recording | | $9.00 |
| 2/21/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/21/2008 | Date Notice of Sale Mailed (Required by Statute) | | $59.28 |
| | | TOTAL EXPENSES: | $1,378.00 |

PLEASE PAY AMOUNT DUE:     $1,978.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0086094
Invoice Date:  2/22/2008

Attention:                                                                 7983.21743

Loan No: 1001259860
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/22/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/19/2007 | Date Notice of Default Recorded | | $12.00 |
| 10/24/2007 | 10 Day Mailings Sent (Required by Statute) | | $7.09 |
| 10/25/2007 | Date Trustee Sale Guarantee Received | | $725.00 |
| 2/13/2008 | Publication Endorsement Received | | $50.00 |
| 2/14/2008 | Date Notice of Sale Mailed (Required by Statute) | | $7.41 |
| 2/15/2008 | SOT/Appointment Recorded | | $14.00 |
| 2/15/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/15/2008 | Date Notice of Sale Recorded | | $11.00 |
| 2/18/2008 | Date Publication Commenced (1st Pub) | | $355.00 |
| | | TOTAL EXPENSES: | $1,301.50 |

PLEASE PAY AMOUNT DUE:      $1,901.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086090
Invoice Date:  2/22/2008

Attention:

7983.21809

Loan No: 1001361680
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/22/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 10/29/2007 | Date Notice of Default Recorded | $15.00 |
| 11/7/2007 | Date Trustee Sale Guarantee Received | $2,337.00 |
| 11/9/2007 | 10 Day Mailings Sent (Required by Statute) | $42.54 |
| 1/15/2008 | Title Cost Endorsement | $50.00 |
| 2/1/2008 | Date Notice of Sale Posted | $120.00 |
| 2/1/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 2/1/2008 | Date Notice of Sale Mailed (Required by Statute) | $59.28 |
| 2/6/2008 | Assignment Recording | $15.00 |
| 2/6/2008 | Date Notice of Sale Recorded | $15.00 |
| 2/6/2008 | SOT/Appointment Recorded | $15.00 |
| 2/21/2008 | Cost - Record Trustee's Deed | $15.00 |
| 2/21/2008 | Title Cost Endorsement | $25.00 |
| 2/21/2008 | Date Transfer Tax Advanxced | $2,367.12 |
| | TOTAL EXPENSES: | $5,395.94 |

PLEASE PAY AMOUNT DUE:    $5,995.94

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX    75063

Invoice No:  FTS0086163

Invoice Date:  2/22/2008

| Attention: | 7983.22198 |
|---|---|

| Loan No: 1001311585 | Type:  Non-Jud Foreclosure/CONV |
|---|---|
| Borrower: | |

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/22/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 1/18/2008 | Trustee Sale Guarantee Received | | $1,022.00 |
| 1/23/2008 | Appointment Recorded | | $3.00 |
| 1/23/2008 | Assignment Recorded | | $6.00 |
| 1/23/2008 | Notice of Default Recorded | | $6.00 |
| 1/29/2008 | Notice of Sale Mailed (Required by Statute) | | $30.00 |
| 2/11/2008 | Publication Commenced | | $157.29 |
| 2/16/2008 | Service/Posting of Notices | | $100.00 |
| 2/21/2008 | Record Rescission | | $6.00 |
| | | TOTAL EXPENSES: | $1,330.29 |
| | | PLEASE PAY AMOUNT DUE: | $1,930.29 |

Page I

  
**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing          Invoice No:  FTS0086195
4600 Regent Blvd., Suite 200              Invoice Date:  2/25/2008
Irving,  TX   75063

Attention:                                                7983.21498

Loan No: 1000901423                  Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/25/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/24/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/27/2007 | 10 Day Mailings Sent (Required by Statute) | | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $625.00 |
| 10/11/2007 | 1 Month Mailings Sent (Required by Statute) | | $21.27 |
| 1/24/2008 | Title Cost Endorsement | | $50.00 |
| 1/29/2008 | Date Notice of Sale Mailed (Required by Statute) | | $29.64 |
| 1/30/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/31/2008 | Date Publication Commenced (1st Pub) | | $355.00 |
| 2/5/2008 | Assignment Recorded | | $11.00 |
| 2/5/2008 | Date Notice of Sale Recorded | | $17.00 |
| 2/5/2008 | SOT/Appointment Recorded | | $14.00 |
| 2/20/2008 | Title Cost Endorsement | | $25.00 |
| 2/21/2008 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $1,312.00 |

PLEASE PAY AMOUNT DUE:    $1,912.00

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:  FTS0086196
4600 Regent Blvd., Suite 200                        Invoice Date: 2/25/2008
Irving,  TX    75063

Attention:                                                        7983.21680

Loan No: 1001452559                        Type:  Non-Jud Foreclosure/ CONV
Borrower: ███████████

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 2/25/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 10/17/2007 | Date Notice of Default Recorded | | $15.00 |
| 10/19/2007 | 10 Day Mailings Sent (Required by Statute) | | $7.09 |
| 11/6/2007 | Date Trustee Sale Guarantee Received | | $1,114.00 |
| 2/5/2008 | Assignment Recorded | | $15.00 |
| 2/5/2008 | Date Notice of Sale Recorded | | $15.00 |
| 2/5/2008 | SOT/Appointment Recorded | | $15.00 |
| 2/5/2008 | Date Notice of Sale Mailed (Required by Statute) | | $7.41 |
| 2/6/2008 | Date Publication Commenced (1st Pub) | | $270.00 |
| 2/6/2008 | Publication Endorsement Received | | $50.00 |
| 2/10/2008 | Date Notice of Sale Posted | | $120.00 |
| | | TOTAL EXPENSES: | $1,628.50 |

PLEASE PAY AMOUNT DUE:    $2,228.50

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0086197
Invoice Date:   2/25/2008

Attention:                                                                7983.21857

Loan No: 1000896269                        Type:  Non-Jud Foreclosure/CONV
Borrower: ██████████

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/25/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 11/2/2007 | Date Notice of Default Recorded | | $12.00 |
| 11/7/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 11/28/2007 | Date Trustee Sale Guarantee Received | | $420.00 |
| 2/19/2008 | Date Publication Commenced (1st Pub) | | $196.67 |
| 2/22/2008 | Date Notice of Sale Posted | | $120.00 |
| | | TOTAL EXPENSES: | $762.85 |
| | | PLEASE PAY AMOUNT DUE: | $1,362.85 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086351
Invoice Date:  2/26/2008

Attention:

7983.21412

Loan No: 1000688262
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/26/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 9/18/2007 | Date Notice of Default Recorded | $9.00 |
| 9/21/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | $540.00 |
| 10/7/2007 | 1 Month Mailings Sent (Required by Statute) | $28.36 |
| 1/12/2008 | Publication Endorsement Received | $50.00 |
| 1/14/2008 | Date Notice of Sale Mailed (Required by Statute) | $51.87 |
| 1/22/2008 | Date Publication Commenced (1st Pub) | $372.99 |
| 1/22/2008 | Date Notice of Sale Posted | $120.00 |
| 1/23/2008 | Assignment Recorded | $6.00 |
| 1/23/2008 | Date Notice of Sale Recorded | $6.00 |
| 1/23/2008 | SOT/Appointment Recorded | $9.00 |
| 2/11/2008 | Title Cost Endorsement | $25.00 |
| 2/25/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,247.40 |

PLEASE PAY AMOUNT DUE:    $1,847.40

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0086352
Invoice Date:  2/26/2008

Attention:                                                                    7983.21466

Loan No: 1001306256                     Type:  Non-Jud Foreclosure/ CONV
Borrower:  

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/26/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/19/2007 | Date Notice of Default Recorded | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | $825.00 |
| 10/7/2007 | 1 Month Mailings Sent (Required by Statute) | $14.18 |
| 1/11/2008 | Title Cost Endorsement | $50.00 |
| 1/18/2008 | Date Notice of Sale Mailed (Required by Statute) | $29.64 |
| 1/22/2008 | Date Publication Commenced (1st Pub) | $395.39 |
| 1/22/2008 | Date Notice of Sale Posted | $120.00 |
| 1/25/2008 | Assignment Recorded | $8.00 |
| 1/25/2008 | Date Notice of Sale Recorded | $6.00 |
| 1/25/2008 | SOT/Appointment Recorded | $9.00 |
| 2/11/2008 | Title Cost Endorsement | $25.00 |
| 2/25/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,523.39 |

PLEASE PAY AMOUNT DUE:   $2,123.39

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086408
Invoice Date:  2/26/2008

Attention:                                                               7983.21794

Loan No: 1000750879                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|---|---|---|
| 2/26/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 10/29/2007 | Trustee Sale Guarantee Received | $580.50 |
| 11/1/2007 | Assignment Recorded | $3.00 |
| 11/1/2007 | Notice of Default Recorded | $3.00 |
| 11/1/2007 | Appointment Recorded | $3.00 |
| 11/6/2007 | Notice of Sale Mailed (Required by Statute) | $42.00 |
| 11/19/2007 | Publication Commenced | $209.71 |
| 11/26/2007 | Service/Posting of Notices | $100.00 |
| 1/3/2008 | Affidavit of PUB Recorded | $3.00 |
| 1/3/2008 | Affidavit of Mailing Recorded | $12.00 |
| 1/3/2008 | Affidavit of Post/Service Recorded | $6.00 |
| 2/26/2008 | Record Rescission | $3.00 |
| | **TOTAL EXPENSES:** | $965.21 |

PLEASE PAY AMOUNT DUE:     $1,565.21

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0086353
Invoice Date:   2/26/2008

Attention:                                                                7983.21824

Loan No: 1001805352                      Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|-------:|
| 2/26/2008 | Trustee Fee | $500.00 |
| | **TOTAL FEES:** | $500.00 |
| | | |
| 10/30/2007 | Date Notice of Default Recorded | $15.00 |
| 11/7/2007 | Date Trustee Sale Guarantee Received | $1,110.00 |
| 11/8/2007 | 10 Day Mailings Sent (Required by Statute) | $56.72 |
| 2/4/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 2/4/2008 | Date Notice of Sale Posted | $120.00 |
| 2/6/2008 | Date Notice of Sale Recorded | $15.00 |
| 2/6/2008 | SOT/Appointment Recorded | $15.00 |
| 2/25/2008 | Sale Endorsement Received | $25.00 |
| 2/25/2008 | Date Notice of Sale Mailed (Required by Statute) | $222.30 |
| | **TOTAL EXPENSES:** | $1,899.02 |

PLEASE PAY AMOUNT DUE:        $2,399.02

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086354
Invoice Date:  2/26/2008

Attention:                                                              7983.21955

Loan No: 1000744169                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/26/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/15/2007 | Date Notice of Default Recorded | $13.00 |
| 11/21/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/13/2007 | Date Trustee Sale Guarantee Received | $917.00 |
| 12/14/2007 | 1 Month Mailings Sent (Required by Statute) | $56.72 |
| | TOTAL EXPENSES: | $993.81 |

PLEASE PAY AMOUNT DUE:    $1,593.81

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX    75063

Invoice No:  FTS0086487

Invoice Date:  2/26/2008

Attention:                                                                        7983.22190

Loan No: 1000443582

Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/29/2008 | Assignment Prepared | $50.00 |
| | TOTAL FEES: | $50.00 |

PLEASE PAY AMOUNT DUE:          $50.00

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0086524
Invoice Date:  2/27/2008

Attention:                                                                  7983.21533

Loan No: 1001241714                    Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/27/2008 | Trustee Fee | | $500.00 |
| | | TOTAL FEES: | $500.00 |
| | | | |
| 9/28/2007 | Date Notice of Default Recorded | | $12.00 |
| 10/2/2007 | 10 Day Mailings Sent (Required by Statute) | | $21.27 |
| 10/4/2007 | Date Trustee Sale Guarantee Received | | $1,439.00 |
| 10/19/2007 | 1 Month Mailings Sent (Required by Statute) | | $35.45 |
| 1/30/2008 | Publication Endorsement Received | | $50.00 |
| 2/1/2008 | Date Notice of Sale Mailed (Required by Statute) | | $51.87 |
| 2/6/2008 | Date Publication Commenced (1st Pub) | | $25.00 |
| 2/26/2008 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $1,659.59 |

PLEASE PAY AMOUNT DUE:    $2,159.59

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086525
Invoice Date:  2/27/2008

Attention:                                                          7983.21643

Loan No: 1000433801                       Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/27/2008 | Trustee Fee | | $500.00 |
| | | TOTAL FEES: | $500.00 |
| 10/16/2007 | Date Notice of Default Recorded | | $12.00 |
| 10/18/2007 | 10 Day Mailings Sent (Required by Statute) | | $21.27 |
| 11/13/2007 | Date Trustee Sale Guarantee Received | | $462.00 |
| 11/13/2007 | 1 Month Mailings Sent (Required by Statute) | | $35.45 |
| 2/4/2008 | Assignment Recorded | | $15.00 |
| 2/5/2008 | Date Notice of Sale Mailed (Required by Statute) | | $44.46 |
| 2/6/2008 | Date Publication Commenced (1st Pub) | | $270.00 |
| 2/6/2008 | Publication Endorsement Received | | $50.00 |
| 2/6/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/6/2008 | Date Notice of Sale Recorded | | $15.00 |
| 2/7/2008 | SOT/Appointment Recorded | | $15.00 |
| 2/26/2008 | Sale Endorsement Received | | $25.00 |
| | | TOTAL EXPENSES: | $1,085.18 |

PLEASE PAY AMOUNT DUE:     $1,585.18

Page I

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0086526

Invoice Date:  2/27/2008

Attention:

7983.21829

Loan No: 1000849836

Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/27/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 10/31/2007 | Date Notice of Default Recorded | $15.00 |
| 11/8/2007 | Date Trustee Sale Guarantee Received | $2,784.00 |
| 11/9/2007 | 10 Day Mailings Sent (Required by Statute) | $49.63 |
| 1/11/2008 | Publication Endorsement Received | $50.00 |
| 2/1/2008 | Date Notice of Sale Mailed (Required by Statute) | $51.87 |
| 2/4/2008 | Date Notice of Sale Posted | $120.00 |
| 2/4/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 2/6/2008 | Date Notice of Sale Recorded | $15.00 |
| 2/6/2008 | SOT/Appointment Recorded | $15.00 |
| 2/6/2008 | Assignment Recording | $15.00 |
| 2/22/2008 | Sale Endorsement Received | $25.00 |
| | **TOTAL EXPENSES:** | $3,460.50 |

PLEASE PAY AMOUNT DUE:    $4,060.50

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0086527
Invoice Date:  2/27/2008

Attention:                                                                7983.21911

Loan No: 1001525391                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/27/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/9/2007 | Date Notice of Default Recorded | $16.00 |
| 11/12/2007 | Date Trustee Sale Guarantee Received | $1,259.00 |
| 11/13/2007 | 10 Day Mailings Sent (Required by Statute) | $28.36 |
| 2/26/2008 | Rescission Recorded | $15.00 |
| 2/26/2008 | Publication Endorsement Received | $50.00 |
| | TOTAL EXPENSES: | $1,368.36 |

PLEASE PAY AMOUNT DUE:        $1,968.36

**Northwest Trustee Services,**
3535 Factoria Blvd.  SE,
Bellevue, Washington   98006
(425) 586-1900
EIN:  20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0078084
Invoice Date:  12/4/2007

Attention:

7983.21111

Loan No: 1001226854
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 12/4/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 8/16/2007 | Date Notice of Default Recorded | $12.00 |
| 8/22/2007 | Date Trustee Sale Guarantee Received | $510.00 |
| 8/23/2007 | 1 Month Mailings Sent | $7.09 |
| 8/24/2007 | 10 Day Mailings Sent | $14.18 |
| | TOTAL EXPENSES: | $543.27 |

PLEASE PAY AMOUNT DUE:     $1,143.27

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0086872
Invoice Date:  2/29/2008

Attention:                                                                7983.20672

Loan No: 1001287739                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|---|---|---|
| 2/29/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | **$600.00** |
| 5/7/2007 | Date Notice of Default Recorded | $10.00 |
| 5/10/2007 | 10 Day Mailings Sent (Required by Statute) | $13.00 |
| 5/25/2007 | Date Trustee Sale Guarantee Received | $730.00 |
| 5/26/2007 | 1 Month Mailings Sent (Required by Statute) | $14.18 |
| 8/8/2007 | Date Publication Commenced (1st Pub) | $250.44 |
| 8/8/2007 | Date Notice of Sale Posted | $120.00 |
| 1/17/2008 | Publication Endorsement Received | $50.00 |
| 1/18/2008 | Date Notice of Sale Posted | $120.00 |
| 1/18/2008 | Date Notice of Sale Mailed (Required by Statute) | $51.87 |
| 1/23/2008 | Date Notice of Sale Recorded | $15.00 |
| 1/23/2008 | Assignment Recorded | $15.00 |
| 1/23/2008 | SOT/Appointment Recorded | $15.00 |
| 1/31/2008 | Date Publication Commenced (1st Pub) | $275.00 |
| 2/20/2008 | Sale Endorsement Received | $25.00 |
| 2/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | **$1,719.49** |

**PLEASE PAY AMOUNT DUE:**          **$2,319.49**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:  FTS0086648

Invoice Date:  2/28/2008

Attention:                                                                    7983.20772

Loan No: 1001244024                    Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/29/2008 | Publication Endorsement Received | $50.00 |
| 2/1/2008 | Date Notice of Sale Mailed (Required by Statute) | $22.23 |
| 2/4/2008 | Date Notice of Sale Posted | $120.00 |
| 2/6/2008 | SOT/Appointment Recorded | $10.00 |
| 2/6/2008 | Assignment Recorded | $9.00 |
| 2/6/2008 | Date Notice of Sale Recorded | $7.00 |
| 2/7/2008 | Date Publication Commenced (1st Pub) | $527.96 |
| 2/27/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $771.19 |

PLEASE PAY AMOUNT DUE:        $771.19

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086873
Invoice Date:  2/29/2008

Attention:                                                                 7983.20865

Loan No: 1001261508
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|---|---|---|
| 9/27/2007 | Date Notice of Default Recorded | $12.00 |
| 9/28/2007 | 10 Day Mailings Sent (Required by Statute) | $42.54 |
| 10/2/2007 | Recission Recording | $9.00 |
| 10/12/2007 | Date Trustee Sale Guarantee Received | $863.00 |
| 1/29/2008 | Date Notice of Sale Mailed (Required by Statute) | $29.64 |
| 1/31/2008 | Date Publication Commenced (1st Pub) | $240.00 |
| 1/31/2008 | Date Notice of Sale Posted | $120.00 |
| 2/5/2008 | Date Notice of Sale Recorded | $15.00 |
| 2/5/2008 | SOT/Appointment Recorded | $10.00 |
| 2/20/2008 | Title Cost Endorsement | $25.00 |
| 2/21/2008 | Cost - Record Trustee's Deed | $15.00 |
| 2/21/2008 | Assignment Recorded | $7.00 |
| 2/21/2008 | Publication Endorsement Received | $50.00 |
| | TOTAL EXPENSES: | $1,438.18 |

PLEASE PAY AMOUNT DUE:     $1,438.18

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086658
Invoice Date:  2/28/2008

Attention:                                                    7983.21130

Loan No: 1000713712                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ██████████████

| Date | Item Description | Amount |
|---|---|---|
| 2/28/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/13/2007 | Date Notice of Default Recorded | $12.00 |
| 9/18/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 9/25/2007 | Date Trustee Sale Guarantee Received | $625.00 |
| 9/26/2007 | 1 Month Mailings Sent (Required by Statute) | $21.27 |
| 12/17/2007 | Title Cost Endorsement | $50.00 |
| 12/29/2007 | Date Publication Commenced (1st Pub) | $240.00 |
| 1/2/2008 | Date Notice of Sale Posted | $120.00 |
| 1/3/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/3/2008 | SOT/Appointment Recorded | $10.00 |
| 1/3/2008 | Assignment Recorded | $15.00 |
| 1/18/2008 | Title Cost Endorsement | $25.00 |
| 1/19/2008 | Date Notice of Sale Mailed (Required by Statute) | $74.10 |
| 1/24/2008 | Date Publication Commenced (1st Pub) | $240.00 |
| 1/27/2008 | Date Notice of Sale Posted | $120.00 |
| 2/19/2008 | Title Cost Endorsement | $25.00 |
| 2/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,613.55 |

PLEASE PAY AMOUNT DUE:    $2,213.55

Page 1