**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0086874
Invoice Date:  2/29/2008

Attention:                                                              7983.21131

Loan No: 1000870295                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|---|---|---|
| 1/3/2008 | Date Publication Commenced (1st Pub) | $1,342.52 |
| 1/8/2008 | Date Notice of Sale Recorded | $11.00 |
| 1/8/2008 | SOT/Appointment Recorded | $14.00 |
| 1/8/2008 | Assignment Recorded | $11.00 |
| 1/24/2008 | Title Cost Endorsement | $50.00 |
| 1/30/2008 | Date Publication Commenced (1st Pub) | $355.00 |
| 1/30/2008 | Date Notice of Sale Posted | $120.00 |
| 2/1/2008 | Date Notice of Sale Recorded | $11.00 |
| 2/20/2008 | Title Cost Endorsement | $25.00 |
| 2/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,954.52 |

PLEASE PAY AMOUNT DUE:     $1,954.52

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0086667
Invoice Date:  2/28/2008

Attention:                                                                7983.21139

Loan No: 1001308063                              Type:  Non-Jud Foreclosure/ CONV
Borrower: ▓▓▓▓▓▓▓▓
         ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
         ▓▓▓▓▓▓▓▓

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/28/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/18/2007 | Date Notice of Default Recorded | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | $1,673.00 |
| 1/11/2008 | Title Cost Endorsement | $50.00 |
| 1/19/2008 | Date Notice of Sale Mailed (Required by Statute) | $44.46 |
| 1/24/2008 | Date Publication Commenced (1st Pub) | $327.50 |
| 1/24/2008 | Date Notice of Sale Posted | $120.00 |
| 1/25/2008 | Assignment Recorded | $9.00 |
| 1/25/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/25/2008 | SOT/Appointment Recorded | $10.00 |
| 2/13/2008 | Title Cost Endorsement | $25.00 |
| 2/13/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $2,307.14 |

PLEASE PAY AMOUNT DUE:   $2,907.14

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086875
Invoice Date:  2/29/2008

Attention:                                                          7983.21161

Loan No: 1001019977                     Type:  Non-Jud Foreclosure/ CONV
Borrower: VO, SI

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/3/2008 | Date Publication Commenced (1st Pub) | $1,046.15 |
| 1/8/2008 | SOT/Appointment Recorded | $14.00 |
| 1/8/2008 | Assignment Recorded | $11.00 |
| 1/8/2008 | Date Notice of Sale Recorded | $11.00 |
| 1/30/2008 | Date Notice of Sale Posted | $120.00 |
| 1/30/2008 | Date Publication Commenced (1st Pub) | $355.00 |
| 2/5/2008 | Date Notice of Sale Recorded | $11.00 |
| 2/20/2008 | Title Cost Endorsement | $25.00 |
| 2/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,608.15 |

PLEASE PAY AMOUNT DUE:    $1,608.15

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086668
Invoice Date:  2/28/2008

Attention:                                                                7983.21171

Loan No: 1001629154                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ███████████
              ███████████
              ███████████

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/28/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/18/2007 | Date Notice of Default Recorded | $12.00 |
| 9/22/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $745.00 |
| 1/15/2008 | Title Cost Endorsement | $50.00 |
| 1/22/2008 | Date Publication Commenced (1st Pub) | $510.95 |
| 1/24/2008 | Date Notice of Sale Posted | $120.00 |
| 1/24/2008 | Date Notice of Sale Mailed (Required by Statute) | $7.41 |
| 1/30/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/30/2008 | Assignment Recorded | $9.00 |
| 1/30/2008 | SOT/Appointment Recorded | $10.00 |
| 2/12/2008 | Title Cost Endorsement | $25.00 |
| 2/13/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,518.45 |

PLEASE PAY AMOUNT DUE:      $2,118.45

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0086669
Invoice Date:  2/28/2008

Attention:                                                                7983.21178

Loan No: 1001133698
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/28/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/18/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/22/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $845.00 |
| 10/10/2007 | 1 Month Mailings Sent (Required by Statute) | | $35.45 |
| 1/11/2008 | Title Cost Endorsement | | $50.00 |
| 1/18/2008 | Date Notice of Sale Mailed (Required by Statute) | | $51.87 |
| 1/23/2008 | Date Publication Commenced (1st Pub) | | $272.00 |
| 1/23/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/29/2008 | Assignment Recorded | | $9.00 |
| 1/29/2008 | Date Notice of Sale Recorded | | $7.00 |
| 1/29/2008 | SOT/Appointment Recorded | | $10.00 |
| 2/12/2008 | Title Cost Endorsement | | $25.00 |
| 2/13/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,466.50 |

PLEASE PAY AMOUNT DUE:        $2,066.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No: FTS0086659
Invoice Date: 2/28/2008

Attention:

7983.21189

Loan No: 1000815336
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 2/28/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | | $510.00 |
| 10/18/2007 | 10 Day Mailings Sent (Required by Statute) | | $56.72 |
| 10/27/2007 | 1 Month Mailings Sent (Required by Statute) | | $70.90 |
| 1/22/2008 | Publication Endorsement Received | | $50.00 |
| 1/22/2008 | Date Publication Commenced (1st Pub) | | $240.00 |
| 1/23/2008 | Date Notice of Sale Mailed (Required by Statute) | | $51.87 |
| 1/25/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/29/2008 | Assignment Recorded | | $9.00 |
| 1/29/2008 | SOT/Appointment Recorded | | $10.00 |
| 1/29/2008 | Date Notice of Sale Recorded | | $10.00 |
| 2/14/2008 | Title Cost Endorsement | | $25.00 |
| 2/27/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,194.67 |
| | | PLEASE PAY AMOUNT DUE: | $1,794.67 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0086670

Invoice Date:  2/28/2008

Attention:

7983.21222

Loan No: 1000676967

Borrower: ███████████████

███████████████

███████████████

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 2/28/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/19/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | | $600.00 |
| 10/11/2007 | 1 Month Mailings Sent (Required by Statute) | | $7.08 |
| 1/11/2008 | Title Cost Endorsement | | $50.00 |
| 1/19/2008 | Date Notice of Sale Mailed (Required by Statute) | | $14.82 |
| 1/24/2008 | Date Publication Commenced (1st Pub) | | $240.00 |
| 1/27/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/29/2008 | Date Notice of Sale Recorded | | $7.00 |
| 1/29/2008 | SOT/Appointment Recorded | | $10.00 |
| 2/13/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 2/13/2008 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $1,115.08 |

PLEASE PAY AMOUNT DUE:    $1,715.08

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086671
Invoice Date:  2/28/2008

Attention:

7983.21251

Loan No: 1001268050
Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/28/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/19/2007 | Date Notice of Default Recorded | | $18.00 |
| 9/21/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | | $825.00 |
| 1/21/2008 | Publication Endorsement Received | | $50.00 |
| 1/21/2008 | Date Publication Commenced (1st Pub) | | $375.00 |
| 1/22/2008 | Date Notice of Sale Mailed (Required by Statute) | | $14.82 |
| 1/24/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/25/2008 | Assignment Recorded | | $6.00 |
| 1/25/2008 | SOT/Appointment Recorded | | $9.00 |
| 1/25/2008 | Date Notice of Sale Recorded | | $6.00 |
| 2/13/2008 | Title Cost Endorsement | | $25.00 |
| 2/13/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,478.00 |

PLEASE PAY AMOUNT DUE:   $2,078.00

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0086855

Invoice Date:  2/29/2008

Attention:                                                                      7983.21280

Loan No: 1001128605                          Type:  Non-Jud Foreclosure/ CONV

Borrower: ███████████

██████████████████████

█████████████████

| Date | Item Description | Amount |
|------|-----------------|--------|
| 1/31/2008 | Title Cost Endorsement | $50.00 |
| 2/1/2008 | Date Notice of Sale Posted | $120.00 |
| 2/1/2008 | Date Publication Commenced (1st Pub) | $375.00 |
| 2/5/2008 | Date Notice of Sale Recorded | $9.00 |
| 2/21/2008 | Title Cost Endorsement | $25.00 |
| 2/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $594.00 |

PLEASE PAY AMOUNT DUE:        $594.00

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0086876
Invoice Date:  2/29/2008

Attention:

7983.21334

Loan No: 1001200459
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/9/2008 | Title Cost Endorsement | $50.00 |
| 1/26/2008 | Date Notice of Sale Mailed (Required by Statute) | $14.82 |
| 1/31/2008 | Date Publication Commenced (1st Pub) | $574.73 |
| 1/31/2008 | Date Notice of Sale Posted | $120.00 |
| 2/1/2008 | Assignment Recorded | $6.00 |
| 2/1/2008 | Date Notice of Sale Recorded | $9.00 |
| 2/1/2008 | SOT/Appointment Recorded | $9.00 |
| 2/20/2008 | Title Cost Endorsement | $25.00 |
| 2/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $823.55 |

PLEASE PAY AMOUNT DUE:    $823.55

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086856
Invoice Date:  2/29/2008

Attention:                                                    7983.21354

Loan No: 1000876221                     Type:  Non-Jud Foreclosure/ CONV
Borrower: ███████████████
          ███████████████
          ███████████████

| Date | Item Description | Amount |
|---|---|---|
| 2/29/2008 | Trustee Fee | $100.00 |
| | TOTAL FEES: | $100.00 |
| | | |
| 1/24/2008 | Title Cost Endorsement | $50.00 |
| 1/26/2008 | Date Notice of Sale Mailed (Required by Statute) | $59.28 |
| 2/1/2008 | Date Publication Commenced (1st Pub) | $310.40 |
| 2/1/2008 | Date Notice of Sale Posted | $120.00 |
| 2/4/2008 | Assignment Recorded | $8.00 |
| 2/4/2008 | Date Notice of Sale Recorded | $6.00 |
| 2/4/2008 | SOT/Appointment Recorded | $9.00 |
| 2/21/2008 | Title Cost Endorsement | $25.00 |
| 2/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $602.68 |

PLEASE PAY AMOUNT DUE:        $702.68

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0086649
Invoice Date:  2/28/2008

Attention:                                                                              7983.21375

Loan No: 1000986991                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/28/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/20/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/22/2007 | 10 Day Mailings Sent (Required by Statute) | | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $863.00 |
| 10/10/2007 | 1 Month Mailings Sent (Required by Statute) | | $70.90 |
| 1/19/2008 | Date Notice of Sale Mailed (Required by Statute) | | $88.92 |
| 1/24/2008 | Date Publication Commenced (1st Pub) | | $500.00 |
| 1/24/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/28/2008 | Assignment Recorded | | $9.00 |
| 1/28/2008 | Date Notice of Sale Recorded | | $9.00 |
| 1/28/2008 | SOT/Appointment Recorded | | $12.00 |
| 2/12/2008 | Title Cost Endorsement | | $25.00 |
| 2/27/2008 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $1,741.91 |

PLEASE PAY AMOUNT DUE:    $2,341.91

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0086672

Invoice Date:  2/28/2008

Attention:                                                                                    7983.21398

Loan No: 1001558442                              Type:  Non-Jud Foreclosure/ CONV

Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/28/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/20/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/22/2007 | 10 Day Mailings Sent (Required by Statute) | | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $700.00 |
| 1/11/2008 | Title Cost Endorsement | | $50.00 |
| 1/19/2008 | Date Notice of Sale Mailed (Required by Statute) | | $7.41 |
| 1/22/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/23/2008 | Date Publication Commenced (1st Pub) | | $725.00 |
| 1/29/2008 | Assignment Recorded | | $9.00 |
| 1/29/2008 | Date Notice of Sale Recorded | | $9.00 |
| 1/29/2008 | SOT/Appointment Recorded | | $12.00 |
| 2/13/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 2/13/2008 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $1,691.50 |

PLEASE PAY AMOUNT DUE:    $2,291.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No: FTS0086673
Invoice Date:  2/28/2008

Attention:                                                              7983.21407

Loan No: 1000862908                        Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|-------:|
| 2/28/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/19/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/22/2007 | 10 Day Mailings Sent (Required by Statute) | | $35.45 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $510.00 |
| 10/10/2007 | 1 Month Mailings Sent (Required by Statute) | | $14.18 |
| 1/11/2008 | Title Cost Endorsement | | $50.00 |
| 1/19/2008 | Date Notice of Sale Mailed (Required by Statute) | | $51.87 |
| 1/22/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/23/2008 | Date Publication Commenced (1st Pub) | | $636.41 |
| 1/30/2008 | Date Notice of Sale Recorded | | $8.00 |
| 1/30/2008 | SOT/Appointment Recorded | | $11.00 |
| 2/13/2008 | Assignment Recorded | | $15.00 |
| 2/13/2008 | Title Cost Endorsement | | $25.00 |
| 2/13/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,503.91 |

PLEASE PAY AMOUNT DUE:        $2,103.91

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No: FTS0086674
Invoice Date: 2/28/2008

Attention:

7983.21425

Loan No: 1001104178
Borrower: 

Type:  Non-Jud Foreclosure/CONV

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/28/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/18/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/22/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $700.00 |
| 10/10/2007 | 1 Month Mailings Sent (Required by Statute) | | $35.45 |
| 1/11/2008 | Title Cost Endorsement | | $50.00 |
| 1/18/2008 | Date Notice of Sale Mailed (Required by Statute) | | $44.46 |
| 1/23/2008 | Date Publication Commenced (1st Pub) | | $272.00 |
| 1/23/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/29/2008 | Assignment Recorded | | $9.00 |
| 1/29/2008 | Date Notice of Sale Recorded | | $7.00 |
| 1/29/2008 | SOT/Appointment Recorded | | $10.00 |
| 2/12/2008 | Sale Endorsement Received | | $25.00 |
| 2/13/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,314.09 |

PLEASE PAY AMOUNT DUE:     $1,914.09

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No: FTS0086660
Invoice Date:  2/28/2008

Attention:                                                                    7983.21439

Loan No: 1001424366                      Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/28/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/19/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/25/2007 | 10 Day Mailings Sent (Required by Statute) | | $7.09 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | | $650.00 |
| 1/22/2008 | Publication Endorsement Received | | $50.00 |
| 1/22/2008 | Date Notice of Sale Mailed (Required by Statute) | | $7.41 |
| 1/24/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/25/2008 | Date Publication Commenced (1st Pub) | | $299.97 |
| 1/28/2008 | Assignment Recorded | | $7.00 |
| 1/28/2008 | Date Notice of Sale Recorded | | $7.00 |
| 1/28/2008 | SOT/Appointment Recorded | | $10.00 |
| 2/14/2008 | Title Cost Endorsement | | $25.00 |
| 2/27/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,210.47 |

PLEASE PAY AMOUNT DUE:      $1,810.47

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0086661
Invoice Date:  2/28/2008

Attention:                                                                  7983.21440

Loan No: 1001513072                      Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/28/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/19/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/25/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $805.00 |
| 1/15/2008 | Publication Endorsement Received | | $50.00 |
| 1/22/2008 | Date Notice of Sale Mailed (Required by Statute) | | $14.82 |
| 1/23/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/25/2008 | Date Publication Commenced (1st Pub) | | $485.00 |
| 1/29/2008 | Date Notice of Sale Recorded | | $8.00 |
| 1/29/2008 | SOT/Appointment Recorded | | $11.00 |
| 2/14/2008 | Sale Endorsement Received | | $25.00 |
| 2/27/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 2/27/2008 | Assignment Recorded | | $15.00 |
| | | TOTAL EXPENSES: | $1,575.00 |

PLEASE PAY AMOUNT DUE:     $2,175.00

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086662
Invoice Date:  2/28/2008

Attention:                                                          7983.21441

Loan No: 1001519574                    Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/28/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/19/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/25/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | | $510.00 |
| 10/13/2007 | 1 Month Mailings Sent (Required by Statute) | | $7.09 |
| 1/21/2008 | Publication Endorsement Received | | $50.00 |
| 1/22/2008 | Date Publication Commenced (1st Pub) | | $416.38 |
| 1/22/2008 | Date Notice of Sale Mailed (Required by Statute) | | $59.28 |
| 1/23/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/25/2008 | Assignment Recorded | | $9.00 |
| 1/25/2008 | SOT/Appointment Recorded | | $10.00 |
| 1/25/2008 | Date Notice of Sale Recorded | | $7.00 |
| 2/14/2008 | Title Cost Endorsement | | $25.00 |
| 2/27/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,254.93 |

PLEASE PAY AMOUNT DUE:      $1,854.93

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086675
Invoice Date:  2/28/2008

Attention:                                                                              7983.21459

Loan No: 1001405260                              Type:  Non-Jud Foreclosure/ CONV
Borrower: ▮▮▮▮▮▮▮▮

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/28/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 9/21/2007 | Date Notice of Default Recorded | $12.00 |
| 9/25/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $805.00 |
| 10/11/2007 | 1 Month Mailings Sent (Required by Statute) | $42.54 |
| 1/21/2008 | Publication Endorsement Received | $50.00 |
| 1/22/2008 | Date Notice of Sale Mailed (Required by Statute) | $74.10 |
| 1/23/2008 | Date Publication Commenced (1st Pub) | $275.00 |
| 1/24/2008 | Date Notice of Sale Posted | $120.00 |
| 1/28/2008 | Assignment Recorded | $9.00 |
| 1/28/2008 | Date Notice of Sale Recorded | $9.00 |
| 1/28/2008 | SOT/Appointment Recorded | $12.00 |
| 2/12/2008 | Sale Endorsement Received | $25.00 |
| 2/13/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,455.73 |

PLEASE PAY AMOUNT DUE:    $2,055.73

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086676
Invoice Date:  2/28/2008

Attention:                                                     7983.21464

Loan No: 1001489564                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/28/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/19/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/22/2007 | 10 Day Mailings Sent (Required by Statute) | | $21.27 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | | $805.00 |
| 1/11/2008 | Title Cost Endorsement | | $50.00 |
| 1/19/2008 | Date Notice of Sale Mailed (Required by Statute) | | $22.23 |
| 1/22/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/23/2008 | Date Publication Commenced (1st Pub) | | $355.00 |
| 1/24/2008 | Assignment Recorded | | $11.00 |
| 1/24/2008 | Date Notice of Sale Recorded | | $11.00 |
| 1/24/2008 | SOT/Appointment Recorded | | $14.00 |
| 2/13/2008 | Title Cost Endorsement | | $25.00 |
| 2/26/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,461.50 |

PLEASE PAY AMOUNT DUE:     $2,061.50

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0086677
Invoice Date:  2/28/2008

Attention:

7983.21467

Loan No: 1001505301
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/28/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/19/2007 | Date Notice of Default Recorded | $12.00 |
| 9/22/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $450.00 |
| 10/10/2007 | 1 Month Mailings Sent (Required by Statute) | $14.18 |
| 1/11/2008 | Title Cost Endorsement | $50.00 |
| 1/19/2008 | Date Notice of Sale Mailed (Required by Statute) | $22.23 |
| 1/22/2008 | Date Notice of Sale Posted | $120.00 |
| 1/23/2008 | Date Publication Commenced (1st Pub) | $355.00 |
| 1/24/2008 | Assignment Recorded | $11.00 |
| 1/24/2008 | Date Notice of Sale Recorded | $11.00 |
| 1/24/2008 | SOT/Appointment Recorded | $14.00 |
| 2/13/2008 | Title Cost Endorsement | $25.00 |
| 2/26/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,106.50 |

PLEASE PAY AMOUNT DUE:  $1,706.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0086857

Invoice Date:  2/29/2008

Attention:                                                                7983.21468

Loan No: 1001334309                    Type:  Non-Jud Foreclosure/CONV

Borrower:

| Date | Item Description | | Amount |
|---:|---|---|---:|
| 2/29/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/25/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/27/2007 | 10 Day Mailings Sent (Required by Statute) | | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $917.00 |
| 10/11/2007 | 1 Month Mailings Sent (Required by Statute) | | $14.18 |
| 1/24/2008 | Title Cost Endorsement | | $50.00 |
| 1/31/2008 | Date Notice of Sale Mailed (Required by Statute) | | $22.23 |
| 2/1/2008 | Date Publication Commenced (1st Pub) | | $375.00 |
| 2/1/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/6/2008 | Assignment Recorded | | $11.00 |
| 2/6/2008 | Date Notice of Sale Recorded | | $9.00 |
| 2/6/2008 | SOT/Appointment Recorded | | $12.00 |
| 2/21/2008 | Title Cost Endorsement | | $25.00 |
| 2/27/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,589.50 |

PLEASE PAY AMOUNT DUE:     $2,189.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX    75063

Invoice No:  FTS0086877

Invoice Date:  2/29/2008

Attention: 7983.21469

Loan No: 1001346032                    Type:  Non-Jud Foreclosure/CONV

Borrower: ███████████

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/29/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/20/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/22/2007 | 10 Day Mailings Sent (Required by Statute) | | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $745.00 |
| 10/10/2007 | 1 Month Mailings Sent (Required by Statute) | | $21.27 |
| 1/24/2008 | Title Cost Endorsement | | $50.00 |
| 1/29/2008 | Date Notice of Sale Mailed (Required by Statute) | | $37.05 |
| 1/30/2008 | Date Publication Commenced (1st Pub) | | $270.00 |
| 1/30/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/4/2008 | Assignment Recorded | | $15.00 |
| 2/4/2008 | Date Notice of Sale Recorded | | $15.00 |
| 2/4/2008 | SOT/Appointment Recorded | | $15.00 |
| 2/21/2008 | Title Cost Endorsement | | $25.00 |
| 2/27/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,347.41 |

PLEASE PAY AMOUNT DUE:    $1,947.41

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086663
Invoice Date:  2/28/2008

Attention:                                                                          7983.21470

Loan No: 1001337763                         Type:  Non-Jud Foreclosure/ CONV
Borrower: ███████████████

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/28/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 9/20/2007 | Date Notice of Default Recorded | $12.00 |
| 9/25/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $650.00 |
| 10/7/2007 | 1 Month Mailings Sent (Required by Statute) | $28.36 |
| 1/21/2008 | Publication Endorsement Received | $50.00 |
| 1/22/2008 | Date Publication Commenced (1st Pub) | $500.00 |
| 1/22/2008 | Date Notice of Sale Mailed (Required by Statute) | $74.10 |
| 1/23/2008 | Date Notice of Sale Posted | $120.00 |
| 1/25/2008 | Assignment Recorded | $9.00 |
| 1/25/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/25/2008 | SOT/Appointment Recorded | $10.00 |
| 2/18/2008 | Title Cost Endorsement | $25.00 |
| 2/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,514.64 |

PLEASE PAY AMOUNT DUE:       $2,114.64

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0086664
Invoice Date: 2/28/2008

Attention:                                                               7983.21471

Loan No: 1001247274                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 2/28/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/19/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/25/2007 | 10 Day Mailings Sent (Required by Statute) | | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $881.00 |
| 1/21/2008 | Publication Endorsement Received | | $50.00 |
| 1/22/2008 | Date Publication Commenced (1st Pub) | | $608.00 |
| 1/23/2008 | Date Notice of Sale Mailed (Required by Statute) | | $7.41 |
| 1/25/2008 | Assignment Recorded | | $11.00 |
| 1/25/2008 | SOT/Appointment Recorded | | $12.00 |
| 1/25/2008 | Date Notice of Sale Recorded | | $12.00 |
| 1/27/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/12/2008 | Sale Endorsement Received | | $25.00 |
| 2/26/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,760.50 |

PLEASE PAY AMOUNT DUE:     $2,360.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0086665

Invoice Date:  2/28/2008

Attention:                                                                          7983.21472

Loan No: 1001326171                              Type:  Non-Jud Foreclosure/ CONV
Borrower: ███████████████
          ███████████████
          ███████████████

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 2/28/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/20/2007 | Date Notice of Default Recorded | | $11.00 |
| 9/25/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $863.00 |
| 1/21/2008 | Publication Endorsement Received | | $50.00 |
| 1/22/2008 | Date Publication Commenced (1st Pub) | | $933.38 |
| 1/22/2008 | Date Notice of Sale Mailed (Required by Statute) | | $44.46 |
| 1/24/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/29/2008 | Assignment Recorded | | $9.00 |
| 1/29/2008 | SOT/Appointment Recorded | | $12.00 |
| 1/29/2008 | Date Notice of Sale Recorded | | $9.00 |
| 2/14/2008 | Title Cost Endorsement | | $25.00 |
| 2/27/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $2,106.02 |

PLEASE PAY AMOUNT DUE:      $2,706.02

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086878
Invoice Date:  2/29/2008

Attention:                                                                        7983.21475

Loan No: 1000837122                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/29/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/21/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/26/2007 | 10 Day Mailings Sent (Required by Statute) | | $28.36 |
| 10/9/2007 | Date Trustee Sale Guarantee Received | | $765.00 |
| 10/22/2007 | 1 Month Mailings Sent (Required by Statute) | | $21.27 |
| 1/11/2008 | Title Cost Endorsement | | $50.00 |
| 1/22/2008 | Date Publication Commenced (1st Pub) | | $482.43 |
| 1/22/2008 | Date Notice of Sale Mailed (Required by Statute) | | $51.87 |
| 1/25/2008 | SOT/Appointment Recorded | | $15.00 |
| 1/25/2008 | Assignment Recorded | | $15.00 |
| 1/25/2008 | Date Notice of Sale Recorded | | $15.00 |
| 1/30/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/19/2008 | Title Cost Endorsement | | $25.00 |
| 2/21/2008 | Publication Endorsement Received | | $25.00 |
| 2/27/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,640.93 |

PLEASE PAY AMOUNT DUE:      $2,240.93

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086666
Invoice Date:  2/28/2008

Attention:

7983.21478

Loan No: 1001283600                              Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/28/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/21/2007 | Date Notice of Default Recorded | $13.00 |
| 9/25/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $765.00 |
| 1/22/2008 | Date Publication Commenced (1st Pub) | $570.50 |
| 1/22/2008 | Publication Endorsement Received | $50.00 |
| 1/22/2008 | Date Notice of Sale Mailed (Required by Statute) | $22.23 |
| 1/25/2008 | Date Notice of Sale Posted | $120.00 |
| 1/29/2008 | Assignment Recorded | $10.00 |
| 1/29/2008 | Date Notice of Sale Recorded | $13.00 |
| 1/29/2008 | SOT/Appointment Recorded | $13.00 |
| 2/14/2008 | Title Cost Endorsement | $25.00 |
| 2/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,623.82 |

PLEASE PAY AMOUNT DUE:      $2,223.82

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086858
Invoice Date:  2/29/2008

Attention:                                                                                    7983.21479

Loan No: 1001286943                              Type:  Non-Jud Foreclosure/ CONV
Borrower: ██████████████

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/29/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 9/21/2007 | Date Notice of Default Recorded | $12.00 |
| 9/25/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $480.00 |
| 1/25/2008 | Title Cost Endorsement | $50.00 |
| 1/29/2008 | Date Notice of Sale Mailed (Required by Statute) | $14.82 |
| 2/1/2008 | Date Publication Commenced (1st Pub) | $510.95 |
| 2/1/2008 | Date Notice of Sale Posted | $120.00 |
| 2/6/2008 | Title Cost Endorsement | $25.00 |
| 2/6/2008 | Assignment Recorded | $15.00 |
| 2/6/2008 | Date Notice of Sale Recorded | $7.00 |
| 2/6/2008 | SOT/Appointment Recorded | $10.00 |
| 2/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,273.95 |

PLEASE PAY AMOUNT DUE:    $1,873.95

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086879
Invoice Date:  2/29/2008

Attention:                                                                7983.21487

Loan No: 1001348659
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/29/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/21/2007 | Date Notice of Default Recorded | | $40.00 |
| 9/25/2007 | 10 Day Mailings Sent (Required by Statute) | | $42.54 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | | $625.00 |
| 1/29/2008 | Publication Endorsement Received | | $50.00 |
| 1/30/2008 | Date Publication Commenced (1st Pub) | | $320.00 |
| 1/30/2008 | Date Notice of Sale Posted | | $55.00 |
| 1/30/2008 | Date Notice of Sale Mailed (Required by Statute) | | $44.46 |
| 2/5/2008 | SOT/Appointment Recorded | | $39.00 |
| 2/5/2008 | Assignment Recording | | $39.00 |
| 2/5/2008 | Date Notice of Sale Recorded | | $15.00 |
| 2/18/2008 | Sale Endorsement Received | | $25.00 |
| 2/27/2008 | Date Transfer Tax Advanxced | | $1,019.49 |
| 2/27/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $2,329.49 |

PLEASE PAY AMOUNT DUE:     $2,929.49

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0086859

Invoice Date:  2/29/2008

Attention:                                                                                          7983.21497

Loan No: 1000962118

Borrower: ███████████████

███████████████████████████

███████████████████

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|--|--------|
| 2/29/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/21/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/26/2007 | 10 Day Mailings Sent (Required by Statute) | | $42.54 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $725.00 |
| 10/10/2007 | 1 Month Mailings Sent (Required by Statute) | | $35.45 |
| 1/24/2008 | Title Cost Endorsement | | $50.00 |
| 1/31/2008 | Date Notice of Sale Mailed (Required by Statute) | | $81.51 |
| 2/1/2008 | Date Publication Commenced (1st Pub) | | $375.00 |
| 2/1/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/5/2008 | Assignment Recorded | | $11.00 |
| 2/5/2008 | Date Notice of Sale Recorded | | $9.00 |
| 2/5/2008 | SOT/Appointment Recorded | | $12.00 |
| 2/21/2008 | Title Cost Endorsement | | $25.00 |
| 2/27/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,513.50 |

PLEASE PAY AMOUNT DUE:      $2,113.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0086880
Invoice Date: 2/29/2008

Attention:                                                                              7983.21510

Loan No: 1000751071                          Type: Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/29/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/24/2007 | Date Notice of Default Recorded | | $15.00 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $510.00 |
| 9/28/2007 | 10 Day Mailings Sent (Required by Statute) | | $35.45 |
| 1/26/2008 | Title Cost Endorsement | | $50.00 |
| 1/26/2008 | Date Notice of Sale Mailed (Required by Statute) | | $51.87 |
| 1/28/2008 | Date Publication Commenced (1st Pub) | | $320.00 |
| 1/28/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/1/2008 | Assignment Recording | | $14.00 |
| 2/1/2008 | Date Notice of Sale Recorded | | $15.00 |
| 2/1/2008 | SOT/Appointment Recorded | | $14.00 |
| 2/18/2008 | Sale Endorsement Received | | $25.00 |
| 2/27/2008 | Date Transfer Tax Advanxced | | $1,100.42 |
| 2/27/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $2,285.74 |

PLEASE PAY AMOUNT DUE:     $2,885.74

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0086881
Invoice Date:  2/29/2008

Attention:                                                                7983.21558

Loan No: 1001141094                          Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|---|---|---|
| 2/29/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 10/1/2007 | Date Notice of Default Recorded | $12.00 |
| 10/3/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 10/24/2007 | Date Trustee Sale Guarantee Received | $1,295.00 |
| 10/25/2007 | 1 Month Mailings Sent (Required by Statute) | $56.72 |
| 1/12/2008 | Title Cost Endorsement | $50.00 |
| 1/31/2008 | Date Notice of Sale Posted | $120.00 |
| 1/31/2008 | Date Publication Commenced (1st Pub) | $275.00 |
| 1/31/2008 | Date Notice of Sale Mailed (Required by Statute) | $103.74 |
| 2/4/2008 | Date Notice of Sale Recorded | $15.00 |
| 2/4/2008 | SOT/Appointment Recorded | $15.00 |
| 2/4/2008 | Assignment Recorded | $15.00 |
| 2/20/2008 | Title Cost Endorsement | $25.00 |
| 2/21/2008 | Cost - Record Trustee's Deed | $15.00 |
| 2/21/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $2,036.64 |

PLEASE PAY AMOUNT DUE:        $2,636.64

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086650
Invoice Date:  2/28/2008

Attention:                                                                    7983.21588

Loan No: 1000819209                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ███████████████████

██████████████████████
██████████████████████

| Date | Item Description | Amount |
|---|---|---|
| 2/28/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 10/4/2007 | Date Notice of Default Recorded | $9.00 |
| 10/6/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 10/10/2007 | Date Trustee Sale Guarantee Received | $765.00 |
| 10/20/2007 | 1 Month Mailings Sent (Required by Statute) | $28.36 |
| 1/31/2008 | Publication Endorsement Received | $50.00 |
| 2/2/2008 | Date Notice of Sale Mailed (Required by Statute) | $46.27 |
| 2/5/2008 | SOT/Appointment Recorded | $9.00 |
| 2/5/2008 | Assignment Recorded | $6.00 |
| 2/5/2008 | Date Notice of Sale Recorded | $6.00 |
| 2/6/2008 | Date Notice of Sale Posted | $120.00 |
| 2/6/2008 | Date Publication Commenced (1st Pub) | $392.50 |
| 2/26/2008 | Title Cost Endorsement | $25.00 |
| | **TOTAL EXPENSES:** | $1,464.22 |
| | **PLEASE PAY AMOUNT DUE:** | $2,064.22 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086860
Invoice Date:  2/29/2008

Attention:                                                                    7983.21615

Loan No: 1001400546                              Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/8/2008 | Publication Endorsement Received | $50.00 |
| 2/12/2008 | Date Notice of Sale Posted | $120.00 |
| 2/12/2008 | Date Publication Commenced (1st Pub) | $240.00 |
| 2/28/2008 | Recission Recording | $9.00 |
| | TOTAL EXPENSES: | $419.00 |

PLEASE PAY AMOUNT DUE:          $419.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No: FTS0086996
Invoice Date: 2/29/2008

Attention:                                                                          7983.21633

Loan No: 1000870620
Borrower: ████████████████████
           ████████████████
           ████████████████████

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|-----------------|-------:|
| 2/29/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 10/16/2007 | Date Notice of Default Recorded | $12.00 |
| 10/18/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 11/15/2007 | Date Trustee Sale Guarantee Received | $825.00 |
| 11/16/2007 | 1 Month Mailings Sent (Required by Statute) | $120.53 |
| 2/11/2008 | Date Publication Commenced (1st Pub) | $905.00 |
| 2/11/2008 | Publication Endorsement Received | $50.00 |
| 2/27/2008 | Date Notice of Sale Mailed (Required by Statute) | $140.79 |
| 2/29/2008 | Recission Recording | $9.00 |
| 2/29/2008 | Date Notice of Sale Posted | $120.00 |
| | **TOTAL EXPENSES:** | $2,196.50 |

PLEASE PAY AMOUNT DUE:        $2,796.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086861
Invoice Date:  2/29/2008

Attention:                                                    7983.21709

Loan No: 1001238383                      Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/29/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/18/2007 | Date Notice of Default Recorded | | $12.00 |
| 10/23/2007 | 10 Day Mailings Sent (Required by Statute) | | $28.36 |
| 11/14/2007 | Date Trustee Sale Guarantee Received | | $684.00 |
| 11/15/2007 | 1 Month Mailings Sent (Required by Statute) | | $14.18 |
| 2/14/2008 | Publication Endorsement Received | | $50.00 |
| 2/14/2008 | Date Notice of Sale Mailed (Required by Statute) | | $44.46 |
| 2/19/2008 | Date Publication Commenced (1st Pub) | | $270.00 |
| 2/26/2008 | Assignment Recorded | | $14.00 |
| 2/26/2008 | Date Notice of Sale Recorded | | $12.00 |
| 2/26/2008 | SOT/Appointment Recorded | | $15.00 |
| 2/28/2008 | Recission Recording | | $9.00 |
| 2/28/2008 | Date Notice of Sale Posted | | $120.00 |
| | | TOTAL EXPENSES: | $1,273.00 |

PLEASE PAY AMOUNT DUE:    $1,873.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086651
Invoice Date:  2/28/2008

Attention:                                                                                      7983.21722

Loan No: 1001700428                              Type:  Non-Jud Foreclosure/CONV
Borrower: 

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/28/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/19/2007 | Date Notice of Default Recorded | | $10.00 |
| 10/24/2007 | 10 Day Mailings Sent (Required by Statute) | | $85.08 |
| 11/14/2007 | Date Trustee Sale Guarantee Received | | $688.00 |
| 11/16/2007 | 1 Month Mailings Sent (Required by Statute) | | $14.18 |
| 2/2/2008 | Publication Endorsement Received | | $50.00 |
| 2/8/2008 | Date Notice of Sale Mailed (Required by Statute) | | $103.74 |
| 2/13/2008 | Date Publication Commenced (1st Pub) | | $370.29 |
| 2/13/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/19/2008 | Assignment Recorded | | $15.00 |
| 2/19/2008 | Date Notice of Sale Recorded | | $15.00 |
| 2/19/2008 | SOT/Appointment Recorded | | $15.00 |
| | | TOTAL EXPENSES: | $1,486.29 |

PLEASE PAY AMOUNT DUE:      $2,086.29

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0086652

Invoice Date:  2/28/2008

Attention:

7983.21725

Loan No: 1001713375

Borrower: 

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/7/2008 | Publication Endorsement Received | $50.00 |
| 2/17/2008 | Date Notice of Sale Mailed (Required by Statute) | $7.41 |
| 2/20/2008 | Date Publication Commenced (1st Pub) | $175.25 |
| 2/25/2008 | Assignment Recorded | $10.00 |
| 2/26/2008 | SOT/Appointment Recorded | $8.00 |
| 2/26/2008 | Date Notice of Sale Posted | $120.00 |
| 2/27/2008 | Date Notice of Sale Recorded | $11.00 |
| 2/27/2008 | Recission Recording | $9.00 |
| | TOTAL EXPENSES: | $390.66 |

PLEASE PAY AMOUNT DUE:        $390.66

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086882
Invoice Date:  2/29/2008

Attention:                                                                      7983.21800

Loan No: 1000822648                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/29/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/30/2007 | Date Notice of Default Recorded | | $15.00 |
| 11/7/2007 | Date Trustee Sale Guarantee Received | | $1,171.00 |
| 11/8/2007 | 10 Day Mailings Sent (Required by Statute) | | $35.45 |
| 1/11/2008 | Publication Endorsement Received | | $50.00 |
| 1/31/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/31/2008 | Date Publication Commenced (1st Pub) | | $320.00 |
| 1/31/2008 | Date Notice of Sale Mailed (Required by Statute) | | $37.05 |
| 2/5/2008 | Assignment Recording | | $15.00 |
| 2/5/2008 | Date Notice of Sale Recorded | | $15.00 |
| 2/5/2008 | SOT/Appointment Recorded | | $15.00 |
| 2/20/2008 | Sale Endorsement Received | | $25.00 |
| 2/27/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 2/27/2008 | Date Transfer Tax Advanxced | | $1,035.78 |
| | | TOTAL EXPENSES: | $2,869.28 |

PLEASE PAY AMOUNT DUE:        $3,469.28