**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:  FTS0086883
4600 Regent Blvd., Suite 200                        Invoice Date:  2/29/2008
Irving, TX  75063

Attention:                                          7983.21801

Loan No: 1000730517                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ██████████████

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/29/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 10/29/2007 | Date Notice of Default Recorded | $15.00 |
| 11/7/2007 | Date Trustee Sale Guarantee Received | $1,130.00 |
| 11/9/2007 | 10 Day Mailings Sent (Required by Statute) | $42.54 |
| 1/11/2008 | Publication Endorsement Received | $50.00 |
| 1/31/2008 | Date Notice of Sale Posted | $120.00 |
| 1/31/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 1/31/2008 | Date Notice of Sale Mailed (Required by Statute) | $44.46 |
| 2/5/2008 | Assignment Recording | $15.00 |
| 2/5/2008 | SOT/Appointment Recorded | $15.00 |
| 2/5/2008 | Date Notice of Sale Recorded | $15.00 |
| 2/20/2008 | Sale Endorsement Received | $25.00 |
| 2/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| 2/27/2008 | Date Transfer Tax Advanxced | $1,010.75 |
| | TOTAL EXPENSES: | $2,817.75 |

PLEASE PAY AMOUNT DUE:        $3,417.75

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX  75063

Invoice No:  FTS0086884

Invoice Date:  2/29/2008

Attention:                                                    7983.21802

Loan No: 1001472251                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/29/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/30/2007 | Date Notice of Default Recorded | | $12.00 |
| 11/7/2007 | Date Trustee Sale Guarantee Received | | $1,344.00 |
| 11/8/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 1/11/2008 | Publication Endorsement Received | | $50.00 |
| 1/31/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/31/2008 | Date Publication Commenced (1st Pub) | | $320.00 |
| 1/31/2008 | Date Notice of Sale Mailed (Required by Statute) | | $14.82 |
| 2/5/2008 | Assignment Recording | | $15.00 |
| 2/5/2008 | SOT/Appointment Recorded | | $15.00 |
| 2/5/2008 | Date Notice of Sale Recorded | | $15.00 |
| 2/20/2008 | Sale Endorsement Received | | $25.00 |
| 2/27/2008 | Date Transfer Tax Advanxced | | $1,040.74 |
| 2/27/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $3,000.74 |
| | | PLEASE PAY AMOUNT DUE: | $3,600.74 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0086885
Invoice Date:  2/29/2008

Attention:                                                        7983.21806

Loan No: 1001375251                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 2/29/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/29/2007 | Date Notice of Default Recorded | | $16.00 |
| 10/31/2007 | Date Trustee Sale Guarantee Received | | $765.00 |
| 10/31/2007 | 10 Day Mailings Sent (Required by Statute) | | $21.27 |
| 1/11/2008 | Publication Endorsement Received | | $50.00 |
| 1/30/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/30/2008 | Date Publication Commenced (1st Pub) | | $320.00 |
| 1/31/2008 | Date Notice of Sale Mailed (Required by Statute) | | $29.64 |
| 2/1/2008 | SOT/Appointment Recorded | | $40.00 |
| 2/1/2008 | Date Notice of Sale Recorded | | $14.00 |
| 2/18/2008 | Sale Endorsement Received | | $25.00 |
| 2/19/2008 | Assignment Recording | | $15.00 |
| 2/27/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 2/27/2008 | Date Transfer Tax Advanxced | | $1,990.77 |
| | | TOTAL EXPENSES: | $3,421.68 |

PLEASE PAY AMOUNT DUE:     $4,021.68

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX    75063

Invoice No:  FTS0086862
Invoice Date:  2/29/2008

Attention:                                                                          7983.21808

Loan No: 1001235625                      Type:  Non-Jud Foreclosure/ CONV
Borrower:  

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/29/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/29/2007 | Date Notice of Default Recorded | | $15.00 |
| 11/7/2007 | Date Trustee Sale Guarantee Received | | $1,171.00 |
| 11/8/2007 | 10 Day Mailings Sent (Required by Statute) | | $120.53 |
| 1/11/2008 | Publication Endorsement Received | | $50.00 |
| 2/1/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/1/2008 | Date Publication Commenced (1st Pub) | | $320.00 |
| 2/1/2008 | Date Notice of Sale Mailed (Required by Statute) | | $125.97 |
| 2/6/2008 | Assignment Recording | | $15.00 |
| 2/6/2008 | SOT/Appointment Recorded | | $15.00 |
| 2/6/2008 | Date Notice of Sale Recorded | | $15.00 |
| 2/21/2008 | Title Cost Endorsement | | $25.00 |
| 2/28/2008 | Date Transfer Tax Advanxced | | $866.49 |
| 2/28/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $2,873.99 |

PLEASE PAY AMOUNT DUE:      $3,473.99

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0086863
Invoice Date:  2/29/2008

Attention:                                                                         7983.21810

Loan No: 1001266487                              Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|-------:|
| 2/29/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 10/29/2007 | Date Notice of Default Recorded | $15.00 |
| 11/7/2007 | Date Trustee Sale Guarantee Received | $1,646.00 |
| 11/9/2007 | 10 Day Mailings Sent (Required by Statute) | $42.54 |
| 1/11/2008 | Publication Endorsement Received | $50.00 |
| 2/1/2008 | Date Notice of Sale Posted | $120.00 |
| 2/1/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 2/2/2008 | Date Notice of Sale Mailed (Required by Statute) | $98.14 |
| 2/6/2008 | SOT/Appointment Recorded | $15.00 |
| 2/6/2008 | Date Notice of Sale Recorded | $15.00 |
| 2/21/2008 | Sale Endorsement Received | $25.00 |
| 2/28/2008 | Date Transfer Tax Advanxced | $1,376.49 |
| 2/28/2008 | Cost - Record Trustee's Deed | $15.00 |
| 2/28/2008 | Assignment Recording | $15.00 |
| | TOTAL EXPENSES: | $3,753.17 |

PLEASE PAY AMOUNT DUE:        $4,353.17

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0086864
Invoice Date:  2/29/2008

Attention:                                                                 7983.21811

Loan No: 1001267893                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/29/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 10/29/2007 | Date Notice of Default Recorded | $15.00 |
| 11/7/2007 | Date Trustee Sale Guarantee Received | $1,068.00 |
| 11/9/2007 | 10 Day Mailings Sent (Required by Statute) | $35.45 |
| 1/11/2008 | Publication Endorsement Received | $50.00 |
| 2/1/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 2/1/2008 | Date Notice of Sale Posted | $120.00 |
| 2/2/2008 | Date Notice of Sale Mailed (Required by Statute) | $70.10 |
| 2/6/2008 | SOT/Appointment Recorded | $15.00 |
| 2/6/2008 | Date Notice of Sale Recorded | $15.00 |
| 2/21/2008 | Sale Endorsement Received | $25.00 |
| 2/28/2008 | Date Transfer Tax Advanxced | $925.93 |
| 2/28/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $2,674.48 |

PLEASE PAY AMOUNT DUE:        $3,274.48

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX    75063

Invoice No:  FTS0086886
Invoice Date:  2/29/2008

Attention:                                                                      7983.21813

Loan No: 1001181899                      Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/29/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/29/2007 | Date Notice of Default Recorded | | $15.00 |
| 11/8/2007 | Date Trustee Sale Guarantee Received | | $1,968.00 |
| 11/9/2007 | 10 Day Mailings Sent (Required by Statute) | | $42.54 |
| 1/11/2008 | Title Cost Endorsement | | $50.00 |
| 1/30/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/30/2008 | Date Publication Commenced (1st Pub) | | $320.00 |
| 1/30/2008 | Date Notice of Sale Mailed (Required by Statute) | | $44.46 |
| 2/1/2008 | Assignment Recording | | $15.00 |
| 2/1/2008 | SOT/Appointment Recorded | | $15.00 |
| 2/1/2008 | Date Notice of Sale Recorded | | $15.00 |
| 2/18/2008 | Sale Endorsement Received | | $25.00 |
| 2/19/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 2/27/2008 | Date Transfer Tax Advanxced | | $2,315.52 |
| | | TOTAL EXPENSES: | $4,960.52 |

PLEASE PAY AMOUNT DUE:      $5,560.52

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0086887
Invoice Date:  2/29/2008

Attention:                                                                          7983.21814

Loan No: 1001457967                          Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/29/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/29/2007 | Date Notice of Default Recorded | | $15.00 |
| 11/7/2007 | Date Trustee Sale Guarantee Received | | $2,822.00 |
| 11/9/2007 | 10 Day Mailings Sent (Required by Statute) | | $56.72 |
| 1/11/2008 | Publication Endorsement Received | | $50.00 |
| 1/31/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/31/2008 | Date Publication Commenced (1st Pub) | | $320.00 |
| 1/31/2008 | Date Notice of Sale Mailed (Required by Statute) | | $74.10 |
| 2/5/2008 | SOT/Appointment Recorded | | $15.00 |
| 2/5/2008 | Date Notice of Sale Recorded | | $15.00 |
| 2/20/2008 | Sale Endorsement Received | | $25.00 |
| 2/27/2008 | Date Transfer Tax Advanxced | | $3,145.41 |
| 2/27/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $6,673.23 |

PLEASE PAY AMOUNT DUE:      $7,273.23

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving,  TX   75063

Invoice No:  FTS0086865

Invoice Date: 2/29/2008

Attention:                                                                7983.21828

Loan No: 1001599732

Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 2/29/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/31/2007 | Date Notice of Default Recorded | | $15.00 |
| 11/3/2007 | 10 Day Mailings Sent (Required by Statute) | | $60.45 |
| 11/9/2007 | Date Trustee Sale Guarantee Received | | $570.00 |
| 1/11/2008 | Publication Endorsement Received | | $50.00 |
| 1/31/2008 | Date Notice of Sale Mailed (Required by Statute) | | $37.05 |
| 2/1/2008 | Date Publication Commenced (1st Pub) | | $675.50 |
| 2/1/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/4/2008 | Assignment Recording | | $15.00 |
| 2/4/2008 | Date Notice of Sale Recorded | | $15.00 |
| 2/4/2008 | SOT/Appointment Recorded | | $15.00 |
| 2/21/2008 | Sale Endorsement Received | | $25.00 |
| 2/28/2008 | Date Transfer Tax Advanxced | | $1,094.39 |
| 2/28/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $2,707.39 |

PLEASE PAY AMOUNT DUE:      $3,307.39

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086843
Invoice Date:  2/29/2008

Attention:                                                                        7983.21852

Loan No: 1000793754                        Type:  Non-Jud Foreclosure/ CONV
Borrower: 

| Date | Item Description | Amount |
|------|------------------|--------|
| 2/29/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 11/2/2007 | Date Notice of Default Recorded | $12.00 |
| 11/6/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 11/9/2007 | Date Trustee Sale Guarantee Received | $540.00 |
| 11/28/2007 | 1 Month Mailings Sent (Required by Statute) | $35.45 |
| 2/7/2008 | Publication Endorsement Received | $50.00 |
| 2/17/2008 | Date Notice of Sale Mailed (Required by Statute) | $44.46 |
| 2/19/2008 | Recission Recording | $9.00 |
| | **TOTAL EXPENSES:** | $698.00 |

PLEASE PAY AMOUNT DUE:     $1,298.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing

4600 Regent Blvd., Suite 200

Irving, TX   75063

Invoice No:  FTS0086653

Invoice Date:  2/28/2008

Attention:

7983.22024

Loan No: 1001557474

Borrower: ▮▮▮▮▮▮▮▮▮

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|---|---|---|
| 2/28/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/27/2007 | 10 Day Mailings Sent (Required by Statute) | $35.45 |
| 12/17/2007 | Date Trustee Sale Guarantee Received | $462.00 |
| 12/20/2007 | 1 Month Mailings Sent (Required by Statute) | $28.32 |
| 2/26/2008 | Publication Endorsement Received | $50.00 |
| | **TOTAL EXPENSES:** | $587.77 |
| | **PLEASE PAY AMOUNT DUE:** | $1,187.77 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0086654
Invoice Date:  2/28/2008

Attention:                                                                           7983.22057

Loan No: 1001656845                        Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | | Amount |
|---|---|---|---|
| 2/28/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 11/21/2007 | Date Notice of Default Recorded | | $9.00 |
| 11/29/2007 | 10 Day Mailings Sent (Required by Statute) | | $7.09 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | | $756.00 |
| 12/21/2007 | 1 Month Mailings Sent (Required by Statute) | | $49.63 |
| 2/27/2008 | Publication Endorsement Received | | $50.00 |
| | | TOTAL EXPENSES: | $871.72 |
| | | PLEASE PAY AMOUNT DUE: | $1,471.72 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE,  #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX    75063

Invoice No:   FTS0086655
Invoice Date:   2/28/2008

Attention:                                                          7983.22142

Loan No:  1001286450                    Type:   Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/27/2008 | Rescission Recorded | $12.00 |
| | TOTAL EXPENSES: | $12.00 |
| | PLEASE PAY AMOUNT DUE: | $12.00 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0086656
Invoice Date:  2/28/2008

Attention:                                                                    7983.22151

Loan No: 1001070535                         Type:  Non-Jud Foreclosure/CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/28/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 12/4/2007 | Date Notice of Default Recorded | $41.00 |
| 12/7/2007 | 10 Day Mailings Sent (Required by Statute) | $21.27 |
| 2/22/2008 | Date Trustee Sale Guarantee Received | $600.00 |
| | TOTAL EXPENSES: | $662.27 |
| | PLEASE PAY AMOUNT DUE: | $1,262.27 |

**Northwest Trustee Services, Inc.**
3535 Factoria Blvd SE, #220
Bellevue, WA 98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX 75063

| | | |
|---|---|---|
| INVOICE NO : | 0115112-IN | |
| DATE : | Feb 01, 2008 | |
| TRUSTEE NO : | 0079838 | 0273 |

CONTACT:                                                                          Page 1 of 1

Loan No:                                         Type:
Borrower: ▓▓▓▓▓▓▓
Property Address: ▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓

| | | |
|---|---|---|
| 02/01/2008  Trustee - Monitor Fee/CA | | 200.00 |
| | **TOTAL FEES:** | **$200.00** |
| | **PLEASE PAY AMOUNT DUE**.................................. | **$200.00** |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 5,400.00 | $ 3,650.00 | $ 7,000.00 | $ 3,400.00 | $ 8,700.00 | $ 28,150.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0115255-IN |
| DATE : | Feb 04, 2008 |
| TRUSTEE NO : | 0079838    0115 |

CONTACT:                                                                             Page 1 of 1

Loan No: 1001187113                              Type:
Borrower: ▓▓▓▓▓▓▓▓▓▓
Property Address: ▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓

| | | |
|---|---|---|
| 02/04/2008   Trustee - Monitor Fee/CA | | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE...................................**     **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,600.00 | $ 4,650.00 | $ 6,800.00 | $ 3,600.00 | $ 8,700.00 | $ 28,350.00 |

**This is the total outstanding invoices for your client number at this date.**

## Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0115356-IN |
| DATE : | Feb 05, 2008 |
| TRUSTEE NO : | 0079838    0317 |

CONTACT:

Page 1 of 1

Loan No: 1001071729                Type:
Borrower: ▮▮▮▮▮▮▮▮▮▮▮
Property Address: ▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

| | | |
|---|---|---|
| 02/05/2008   Trustee - Monitor Fee/CA | | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**................................. **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,800.00 | $ 3,850.00 | $ 7,000.00 | $ 4,000.00 | $ 8,900.00 | $ 28,550.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**
**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0115586-IN |
| DATE : | Feb 07, 2008 |
| TRUSTEE NO : | 0079838     0258 |

CONTACT:                                                                      Page 1 of 1

Loan No: 1001400868                          Type:
Borrower: ▓▓▓▓▓▓▓
Property Address: ▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓

| | | |
|---|---|---:|
| 02/07/2008 | Trustee - Monitor Fee/CA | 250.00 |
| | **TOTAL FEES:** | **$250.00** |

**PLEASE PAY AMOUNT DUE**.................................. **$250.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 5,050.00 | $ 3,850.00 | $ 6,400.00 | $ 4,200.00 | $ 9,300.00 | $ 28,800.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**
3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0115913-IN |
| DATE : | Feb 12, 2008 |
| TRUSTEE NO : | 0079838      0239 |

CONTACT:                                                                                Page 1 of 1

Loan No: 1001129322                               Type:
Borrower: ▆▆▆▆▆▆▆▆
Property Address: ▆▆▆▆▆▆▆▆▆

02/12/2008   Trustee - Monitor Fee/NV                                          200.00

                                          **TOTAL FEES:**            **$200.00**

                  **PLEASE PAY AMOUNT DUE................................**    **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 5,300.00 | $ 3,450.00 | $ 6,200.00 | $ 4,400.00 | $ 10,100.00 | $ 29,450.00 |

**This is the total outstanding invoices for your client number at this date.**

## Northwest Trustee Services, Inc.
**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0115914-IN |
| DATE : | Feb 12, 2008 |
| TRUSTEE NO : | 0079838      0326 |

CONTACT:                                                                                    Page 1 of 1

Loan No: 1001584533                              Type:
Borrower: ▮▮▮▮▮▮
Property Address: ▮▮▮▮▮▮

02/12/2008   Trustee - Monitor Fee/CA                                              200.00

**TOTAL FEES:**                    **$200.00**

**PLEASE PAY AMOUNT DUE.................................**        **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 5,300.00 | $ 3,450.00 | $ 6,200.00 | $ 4,400.00 | $ 10,100.00 | $ 29,450.00 |

**This is the total outstanding invoices for your client number at this date.**

# Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0115915-IN |
| DATE : | Feb 12, 2008 |
| TRUSTEE NO : | 0079838      0332 |

CONTACT:                                                                                    Page 1 of 1

Loan No: 1001095383                              Type:
Borrower: ▮▮▮▮▮▮▮▮
Property Address: ▮▮▮▮▮▮▮▮

| | | |
|---|---|---:|
| 02/12/2008 | Trustee - Monitor Fee/CA | 250.00 |
| | **TOTAL FEES:** | **$250.00** |
| | **PLEASE PAY AMOUNT DUE................................** | **$250.00** |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 5,300.00 | $ 3,450.00 | $ 6,200.00 | $ 4,400.00 | $ 10,100.00 | $ 29,450.00 |

**This is the total outstanding invoices for your client number at this date.**

### Northwest Trustee Services, Inc.
**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0116165-IN |
| DATE : | Feb 14, 2008 |
| TRUSTEE NO : | 0079838    0261 |

CONTACT:                                                    Page 1 of 1

Loan No: 1001278396                          Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 02/14/2008   Trustee - Monitor Fee/CA | | 200.00 |
| | **TOTAL FEES:** | **$200.00** |
| | **PLEASE PAY AMOUNT DUE.................................** | **$200.00** |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,500.00 | $ 4,650.00 | $ 5,200.00 | $ 5,400.00 | $ 10,100.00 | $ 29,850.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**
3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX  75063

| | |
|---|---|
| INVOICE NO : | 0116166-IN |
| DATE : | Feb 14, 2008 |
| TRUSTEE NO : | 0079838    0269 |

CONTACT:                                              Page 1 of 1

Loan No: 1001371790                         Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 02/14/2008 | Trustee - Monitor Fee/NV | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE...................................**     **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,500.00 | $ 4,650.00 | $ 5,200.00 | $ 5,400.00 | $ 10,100.00 | $ 29,850.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**
**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

| | |
|---|---|
| American Home Mortgage Servici | INVOICE NO :  0116473-IN |
| 4600 Regent Blvd., Suite 200 | DATE :  Feb 20, 2008 |
| Irving, TX   75063 | TRUSTEE NO :   0079838    0104 |

CONTACT:                                                                                    Page 1 of 1

Loan No: 1001170616                              Type:
Borrower: ▩▩▩▩▩▩
Property Address: ▩▩▩▩▩▩▩▩

▩▩▩▩▩▩

| | | |
|---|---|---|
| 02/20/2008   Trustee - Monitor Fee/WA | | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**................................ **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,700.00 | $ 5,250.00 | $ 4,200.00 | $ 5,800.00 | $ 11,100.00 | $ 30,050.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

**\*EIN 20-0885049**

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX  75063

| | | |
|---|---|---|
| INVOICE NO : | 0116661-IN | |
| DATE : | Feb 22, 2008 | |
| TRUSTEE NO : | 0079838 | 0215 |

CONTACT:                                                                               Page 1 of 1

Loan No: 1001042715                                        Type:
Borrower:
Property Address: 4

| | | |
|---|---|---|
| 02/22/2008   Trustee - Monitor Fee/CA | | 200.00 |
| | **TOTAL FEES:** | **$200.00** |
| | **PLEASE PAY AMOUNT DUE**................................. | **$200.00** |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,500.00 | $ 5,650.00 | $ 4,200.00 | $ 5,800.00 | $ 11,100.00 | $ 30,250.00 |

**This is the total outstanding invoices for your client number at this date.**

## Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0117076-IN |
| DATE : | Feb 27, 2008 |
| TRUSTEE NO : | 0079838    0222 |

CONTACT:                                                                              Page 1 of 1

Loan No: 1001570867                                    Type:
Borrower: ███████
Property Address: ███████

███████

02/27/2008   Trustee - Monitor Fee/CA                                          200.00

**TOTAL FEES:**                          **$200.00**

**PLEASE PAY AMOUNT DUE**.................................    **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,300.00 | $ 5,600.00 | $ 3,050.00 | $ 6,800.00 | $ 11,700.00 | $ 30,450.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**
**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0117163-IN |
| DATE : | Feb 28, 2008 |
| TRUSTEE NO : | 0079838    0290 |

CONTACT:                                                                                   Page 1 of 1

Loan No: 1001085076                                  Type:
Borrower: █████████████
Property Address: █████████████

█████████████

| | | | |
|---|---|---|---|
| 02/28/2008 | Trustee - Monitor Fee/CA | | 200.00 |
| | | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**.................................  **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,150.00 | $ 6,200.00 | $ 2,650.00 | $ 7,200.00 | $ 11,700.00 | $ 30,900.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**
3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0117164-IN |
| DATE : | Feb 28, 2008 |
| TRUSTEE NO : | 0079838      0354 |

CONTACT:                                                                              Page 1 of 1

Loan No: 1001101048                                      Type:
Borrower: ██████████
Property Address: ██████████

██████████

| | | | |
|---|---|---|---|
| 02/28/2008 | Trustee - Monitor Fee/CA | | 250.00 |
| | | **TOTAL FEES:** | **$250.00** |

**PLEASE PAY AMOUNT DUE**................................. **$250.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,150.00 | $ 6,200.00 | $ 2,650.00 | $ 7,200.00 | $ 11,700.00 | $ 30,900.00 |

**This is the total outstanding invoices for your client number at this date.**

## Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

\*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX  75063

| | |
|---|---|
| INVOICE NO : | 0117172-IN |
| DATE : | Feb 29, 2008 |
| TRUSTEE NO : | 0079838    0108 |

CONTACT:                                                                                       Page 1 of 1

Loan No: 1001077681                                Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 02/29/2008   Trustee - Monitor Fee/CA | | 200.00 |
| | **TOTAL FEES:** | **$200.00** |
| | **PLEASE PAY AMOUNT DUE**................................. | **$200.00** |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,550.00 | $ 5,800.00 | $ 3,050.00 | $ 6,800.00 | $ 4,900.00 | $ 24,100.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**
**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

**\*EIN 20-0885049**

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0117173-IN |
| DATE : | Feb 29, 2008 |
| TRUSTEE NO : | 0079838     0232 |

CONTACT:                                                                                               Page 1 of 1

Loan No: 1001117648                                   Type:
Borrower: █████████████
Property Address: █████████████████

█████████████

| | | |
|---|---|---|
| 02/29/2008   Trustee - Monitor Fee/CA | | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE.................................**     **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,550.00 | $ 5,800.00 | $ 3,050.00 | $ 6,800.00 | $ 4,900.00 | $ 24,100.00 |

**This is the total outstanding invoices for your client number at this date.**