IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | |
| | Re: Docket No. 3143 |

## ORDER DENYING MOTION TO SHORTEN TIME

This matter having come before the Court on the motion (the "Motion to Shorten") of Bank of America, N.A. ("BofA") for entry of an order shortening the debtors' time to respond to discovery in connection with the Motion of Bank of America, N.A., as Administrative Agent, for Relief from the Automatic Stay, Pursuant to 11 U.S.C. § 362(d), Allowing the Administrative Agent to Exercise its Rights as a Secured Creditor (the "Stay Relief Motion"); the Court having considered the Motion to Shorten and the debtors' response thereto; the Court finding that (a) the Court has jurisdiction over the Motion to Shorten under 28 U.S.C. § 1334; and (b) the Motion to Shorten is a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having determined that BofA has not established sufficient cause to justify the relief requested in the Motion to Shorten,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is DENIED without prejudice.

2. The relief requested in the Motion to Shorten shall be considered by the Court at the preliminary hearing on the Stay Relief Motion, which is currently scheduled for March 13, 2008 at 10:00 a.m.

Dated: March 6, 2008

Christopher S. Sontchi
United States Bankruptcy Judge