# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| American Home Mortgage, ) | Case No. 07-11047 |
| et al., ) | Chapter 11 |
| ) | Jointly Administered |
| )Hearing: | March 20, 2008 @ 11:00 a.m. |
| Debtors. ) | |

## CERTIFICATE OF SERVICE

I, Kristi J. Doughty, hereby certify this 6th day of March, 2008 that service of the

**Notice of Motion, Motion, Exhibits** and proposed **Order** was made electronically and

(via) first class mail to the following:

American Home Mortgage Holdings, Inc.
538 Broadhollow Rd.
Melville, NY  11747
*Debtor*

Pauline K. Morgan
Edward J. Kosmowski, Esq.
Young, Conaway, Stargatt & Taylor
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Kerri K. Mumford, Esq.
Landis, Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE  19801
*Attorney for Official Committee*
*of Unsecured Creditors*

Cynthia Carrillo
3524 Kagan Court
Las Vegas, NV 89081
*Borrower*

                        WHITTINGTON & AULGUR

                        /s/ Kristi J. Doughty
                        Robert T. Aulgur, Jr.(No.165)
                        Kristi J. Doughty (No. 3826)
                        651 N. Broad Street, Suite 206
                        P.O. Box 1040
                        Middletown, DE 19709-1040
                        (302) 378-1661
                        Attorney for Movant

Dated: 3/5/08