# EXHIBIT C

**Receipt/Conformed Copy**

Requestor:
TITLE COURT SERVICE INC
08/09/2007 14:13:31    T20070144239
Book/Instr: 20070809-0003502
Assignment    Page Count: 1
Fees: $14.00    N/C Fee: $25.00

Debbie Conway
Clark County Recorder

Requested and Prepared by:
FIRST AMERICAN TITLE/LENDERS ADV

When Recorded Mail To:
Five Star Service Corporation    53
1000 Technology Drive
MS-314
O'Fallon, MO 63368-2240

3418543

Loan No.: 0012312327    Investor No.
TS No: 07-72079-N    APN: 123-31-213-014

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned corporation hereby grants, assigns, and transfers to:
**CITIMORTGAGE, INC.**
all beneficial interest under that certain Deed of Trust dated: **05/11/2006** executed by **CYNTHIA CARRILLO, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY**, as Trustor(s), to **FIRST AMERICAN TITLE COMPANY OF NEVADA**, as Trustee, and recorded as Instrument No. 20060522-0003895, on 05/22/2006, in Book , Page of Official Records, in the office of the County Recorder of **Clark** County, **Nevada**, describing land therein as: More fully described on said Deed of Trust

together with the Promissory Note secured by said Deed of Trust and also all rights accrued or to accrue under said Deed of Trust.

Date: **08/08/07**

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

CINDY CONSTANTINO, VICE PRESIDENT

State of MISSOURI } ss.
County of ST CHARLES }

On 8/8/2007 before me, JAMES D. AGEE, JR. Notary Public, personally appeared CINDY CONSTANTINO, VICE PRESIDENT personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature _____ (Seal)
JAMES D. AGEE, JR.

NOTARY PUBLIC
JAMES D.
AGEE, JR.
STATE OF MISSOURI SEAL

JAMES D. AGEE, JR.
Notary Public - State of Missouri
St. Charles County