**EXHIBIT E**

| ORDERED FOR | DEPT | DATE | AGENT REF NO |
|---|---|---|---|
| Barb Rice | CL-Foreclosure | 2/22/2008 | 2919695 |
| | | | SERVICE PERFORMED: Exterior |

## CitiFinancial Mortgage Company, Inc. BPO

| CUST NAME | ACCT NUM | AGENT NAME | DIST FROM SUBJECT |
|---|---|---|---|
| Carrillo | 0012112327 | | 10 Mi |
| ADDRESS | | CITY | STATE | ZIP |
| 3524 KAGAN CT | | NORTH LAS VEGAS | NV | 89081 |
| DISCLOSURE | | | | |

QUALITY REVIEW REMARKS: "See Addendum"

### VALUE INFO

| AS IS | VALUE (90-120 DAY) $295,480 | RECOMMENDED LIST PRICE (90-120 DAY) $295,480 | TYPICAL MARKETING TIME 90-120 Days |
|---|---|---|---|
| AS-REPAIRED | VALUE (90-120 DAY) $295,480 | RECOMMENDED LIST PRICE (90-120 DAY) $295,480 | TYPICAL MARKETING TIME 90-120 Days |

REO VIEWPOINT INFORMATION (If Applicable)

### LISTING (If Listed)

| LISTING BROKERAGE | | LISTING AGENT | LISTING AGENT PHONE |
|---|---|---|---|
| ORIGINAL LIST PRICE $ | CURRENT LIST PRICE $ | LISTED FROM    TO ...unk | LISTING FINANCE TERMS |

LISTING COMMENTS

### SUBJECT INFO
(All fields are required for both interior and exterior inspections)

| TYPE SFD | STYLE 2-St Mod | AGE 2 | OVERALL CONDITION Good | SLIDE AREA? No |
|---|---|---|---|---|
| SQ FEET ABOVE GROUND MAIN 1608    UP 1822 | ROOMS/BDRS/BATHS 10   5   3.5 | BASEMENT 0 SQ FT   100% FINISHED | FLOOD PLAIN? No | EARTHQUAKE ZONE? No |
| LOT SIZE (ACRES) .14 | GARAGE 3 Car Gar Att | ROOF CONDITION Good | OBSERVED ENVIRONMENTAL ISSUES? No | |
| POOL None | FIREPLACE 1 | WATER Public | SEWER/SEPTIC Sewer | OBSERVED CASUALTY LOSS (FIRE)? No |

EXTERIOR IMPROVEMENTS: none

EXTERIOR COMMENTS: Exterior looks good, a few dents in the garage door, but no other issues noted. Since property was built in 2005, it should still be under the Builders warranty.

INTERIOR COMMENTS (Interior Orders)

### COND OF SUBJECT AND REPAIR ESTIMATES
(Describe required repairs and note approx costs. Do not detail interior repairs if you do not have interior access.)

EXTERIOR:

| DEBRIS REMOVAL | None | $ | SIDING/PAINT | None | $ |
|---|---|---|---|---|---|
| STRUCTURAL | None | $ | ROOF | None | $ |
| WINDOWS | None | $ | LANDSCAPING | bbng | $ |
| OUTBUILDINGS | None | $ | OTHER | None | $ |

EXTERIOR REPAIR COMMENTS: No exterior repairs noted

INTERIOR:

| CLEANING | | $ | STRUCTURE | | $ |
|---|---|---|---|---|---|
| PAINT | | $ | CARPETS/FLOORING | | $ |
| KITCHEN/APPLIANCES | | $ | BATHROOMS | | $ |
| UTILITIES | | $ | OTHER | | $ |

INTERIOR REPAIR COMMENTS

REPAIR TOTAL $   0

### EVIDENCE OF

| SETTLING No | DRY ROT No | SOIL EROSION | WATER SEEPAGE | FOUNDATION/SLAB Yes | LEAKING ROOF | FLOOR BUCKLING | STRUCTURAL DAMAGE No |
|---|---|---|---|---|---|---|---|
| MOLD/MILDEW | | MOLD/MILDEW COMMENTS | | | | | |

ENCROACHMENTS (If Yes, See Subject Description and Condition Comments): No

EASEMENTS (If Yes, See Subject Description and Condition Comments): No

### FURTHER INSPECTION OR REPORTS TO BE ORDERED

| TERMITE No | WELL/SEPTIC No | HEATING No |
|---|---|---|
| ENGINEER No | STRUCTURAL Yes | ROOF No |
| OTHER | | |

### ASSESSMENTS

| ANNUAL TAXES $ 4,007 | PAID (YEAR) 2007 | DUE (YEAR) 2008 |
|---|---|---|
| MONTHLY ESTIMATE OF UTILITY COST $ | | OTHER MONTHLY MAINTENANCE COSTS (SNOW REMOVAL, LAWN CARE, ETC) |
| HOA INFO (If applicable) | DUES $ 88   CONTACT Terra West   ADDRESS | WHEN DUE AND PAYABLE monthly | ARE THEY CURRENT? Yes | AMENITIES CCRS   PHONE |

PAGE 1 OF 2   FARVV 2003
2919695

| REP NAME/SIGNATURE TONYA ALDINGER | (702) 510-6361 | DATE 2/22/2008 |

| | | | |
|---|---|---|---|
| REQUESTOR: Barb Rice | DEPT: CL-Foreclosure | DATE: 2/22/2008 | LAHVV REF NO: 2919695 |

## MARKETABILITY OF SUBJECT

NEIGHBORHOOD COMMENTS (Describe any functional items, errors in warranties or functional obsolescence that is different from the subject's marketability)
Good area, close to shopping and schools; newer homes, consistent neighborhood

WILL THE PROPERTY BECOME A PROBLEM FOR RESALE? No    WHY?
FINANCING REQUIRED TO SELL SUBJECT: Yes
SPECIAL FINANCING PROGRAMS AVAILABLE: Conv, FHA, VA
HOW WILL FINANCING SUBJECT WILL QUALIFY FOR: FHA/VA Yes   CONV Yes

## MARKET CONDITIONS AND COMPETING LISTINGS

NEIGHBORHOOD TREND IS: Declining
IS THERE A SEASONAL MARKET? No
PRESENT NUMBER OF MARKET AREA LISTINGS: 1
PRESENT NUMBER OF COMPARABLE LISTINGS: 1
PRICE RANGE FROM $ 440,000 TO $
PRICE RANGE FROM $ 440,000 TO $ 440,000

AVG MKT TIME LISTED LISTINGS: 279
AVG MKT TIME SOLD LISTINGS: 26
TYPICAL RESALE INCENTIVES (CL COSTS, PTS, OWC, ETC): Closing costs paid, repair incentives
IS THERE NEW HOME CONSTRUCTION? No
PRICE RANGE AND DESCRIPTION OF SIMILAR MODELS:

| ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|
| 1  3520 KAGAN CT | 0.01 | $ 440,000 | 32 | UP 1622 / MAIN 1687 / BSMT 0 / GLA 3,309 | TOT RMS 8 / BDRMS 5 / BATHS 2.5 | Good | 2 | .14 |
| equal to subject in sq ft, lot size and model. | | | | | | | | |
| 2  3958 RECKTENWALL AVE | 1.37 | $ 369,900 | 12 | UP 1490 / MAIN 1805 / BSMT 0 / GLA 3,395 | TOT RMS 8 / BDRMS 5 / BATHS 4 | Good | 2 | .16 |
| Larger than subject in sq ft and different model. | | | | | | | | |
| 3  6110 FANTASTIC TACHI ST | 1.37 | $ 360,000 | 27 | UP 1805 / MAIN 1480 / BSMT 0 / GLA 3,305 | TOT RMS 8 / BDRMS 5 / BATHS 4 | Good | 1 | .15 |
| Larger than subject in sq ft and model | | | | | | | | |

## SOLD COMPS SUPPORTING YOUR VALUE

| ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|
| 1  3529 KAGAN CT  SALE DATE 07/23/2007 | 0.01 | LIST $ 350,000  SALE $ 360,000 | 140 | UP 1622 / MAIN 1098 / BSMT 0 / GLA 3,320 | TOT RMS 8 / BDRMS 5 / BATHS 3.5 | Good | 2 | .16  DATA SOURCE MLS |
| Equal to subject in sq ft and model and lot size | | | | | | | | |
| 2  2816 WHITE PEAKS AVE  SALE DATE 01/28/2008 | 0.87 | LIST $ 344,900  SALE $ 330,000 | 246 | UP 1412 / MAIN 2299 / BSMT 0 / GLA 3,711 | TOT RMS 8 / BDRMS 5 / BATHS 3.5 | Good | 0 | .16  DATA SOURCE MLS |
| Larger than subject. | | | | | | | | |
| 3  6215 WILDCAT BROOK CT  SALE DATE 02/08/2008 | 1.44 | LIST $ 354,900  SALE $ 267,750 | 451 | UP 1529 / MAIN 1991 / BSMT 0 / GLA 3,520 | TOT RMS 8 / BDRMS 5 / BATHS 3.5 | Good | 3 | .15  DATA SOURCE MLS |
| Larger than subject. | | | | | | | | |

## BPO ADDENDUM

PROPERTY TYPE: SFD    STYLE: 2-St Mod    OCCUPANT'S NAME (IF KNOWN):    OCCUPANCY STATUS: Owner Occupied

1. WHAT MORTGAGE PROGRAMS WILL AID IN THE SALE OF THE SUBJECT? PLEASE BE SPECIFIC AS TO RATES, TERMS, CONDITIONS, AND PTS. IS INVOLVED.

2. WHAT MARKET CONDITIONS, TRENDS AND/OR COMPETITION WILL AFFECT THE SALE OF THE SUBJECT?
MARKET CONDITIONS: Slow    EMPLOYMENT CONDITIONS: Stable    PROPERTY VALUES: Declining    PREDOMINANT OCCUPANCY: Owner    VACANCY RATE: 20-4%    REO/BOARDED: 10%+    VANDALISM RISK: Minimal

3. OUTLINE THE MARKETING STRATEGIES NEEDED TO SELL THE SUBJECT (INCL. SUGGESTED LIST PRICE, TYPES OF REPAIRS AND COSTS, IF ANY, AND FINANCING INCENTIVES NEEDED):
AS IS: As is prompts a lower list price and quicker sale as long as repairs are minimal.
AS REPAIRED: As repaired prompts a higher list price but could remain on market longer requiring price reductions.

4. PLEASE PROJECT THE CLOSING COSTS AND SALES PRICE PER YOUR RECOMMENDED STRATEGY

| COMMISSION PERCENT | COMMISSION AMOUNT | TITLE INSURANCE | LEGAL/ESCROW | RECORDING/TRANSFER | PROPERTY TAXES | ASSESSMENTS |
|---|---|---|---|---|---|---|
| 6% | $ 17,728 | $ | $ | $ | $ | $ |

## Addendum

2919695

Market is still declining, inventory is increasing, market is overwhelmed with foreclosures and only 4% of listings are selling per month. In the month of January, more foreclosures sold than anything else. Comps used were most recent, available comps in the area. Suggested pricing is reflective of current market, average list time and alleviating price reductions.

*First American*
*Residential Value View*

# Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARV ORDER NO |
|---|---|---|
| 0012312327 | | 2919695 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| Carrillo | 3524 KAGAN CT | NORTH LAS VEGAS, NV 89081 |
| PHOTOS COMMENT | | |

Subject Front



Subject House Number



Street View



Account #: 0012312327    Tracking #:

*First American*
*Residential Value View*

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARV ORDER NO |
|---|---|---|
| 0012312327 | | 2919G85 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| Currillo | 3524 KAGAN CT | NORTH LAS VEGAS, NV 89081 |
| PHOTOS COMMENT | | |

Listing 1 (3520 KAGAN CT)



Listing 2 (3956 RECKTENWALL AVE)



Listing 3 (6116 FANTASTIC YACHI ST)



Account #: 0012312327   Tracking #:



*First American*
*Residential Value View*                                                   **Photos**

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO |
|---|---|---|
| 0012312327 | | 2819695 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| Carrillo | 3524 KAGAN CT | NORTH LAS VEGAS, NV 89081 |
| PHOTOG COMMENT | | |

Sold 1 (3529 KAGAN CT)



Sold 2 (2816 WHITE PEAKS AVE)



Sold 3 (6215 WILDCAT BROOK CT)



Account #: 0012312327    Tracking #