IN THE UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:                                                          Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,   Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,[1]                Jointly Administered

                    Debtors.                         Re: Docket Nos. 2969 & 3177
---------------------------------------------------------------X

### JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' OBJECTION TO GLORIA T. KIRK'S MOTION TO LIFT STAY

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by their undersigned co-counsel, hereby joins the Debtors' opposition (the "Opposition ") [Docket No. 3177] to the motion (the "Kirk Motion") of Gloria T. Kirk ("Kirk") seeking relief from the automatic stay in order to permit the continuation of a pre-petition lawsuit (the "Lawsuit") she commenced seeking damages on account of the allegedly wrongful termination of her employment and in support thereof represents as follows:

### JOINDER

1. The Committee hereby adopts and incorporates the arguments and assertions set forth in the Opposition and reserves all rights to be heard before this Court with regard to the Kirk Motion.

2. As set forth in the Opposition, the Kirk Motion should be denied because (a) Kirk has filed a proof of claim against the Debtors based on the same allegations and damages asserted in the Lawsuit and thus any damages should be determined through the claims

---

[1] The Debtors in these cases are: AHM Holdings; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

128189.01600/40173764v.1

reconciliation process, not the lifting of the stay, and (b) Kirk has failed to satisfy the standard for obtaining relief from the stay, *inter alia*, (i) there is no cause to lift the stay, (ii) lifting the stay will prejudice the Debtors and their estates, (iii) the harm to Kirk does not outweigh the harm that would be caused to the Debtors, (iv) Kirk will not succeed on the merits, and (v) the Debtors' estates would suffer irreparable harm if relief from the stay pending were granted and the Debtors were forced to defend the suit at this stage of the Debtors' cases.

3. For these reasons, and for the reasons set forth in the Opposition, the Committee objects to the relief sought in the Kirk Motion.

**WHEREFORE**, the Committee respectfully requests that the Court deny the Kirk Motion and grant such other and further relief as the Court may deem just and proper.

Dated: March 6, 2008

BLANK ROME LLP

/s/ *David W. Carickhoff*
Bonnie Glantz Fatell (No.3809)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400 - Telephone
(302) 425-6464 - Facsimile

- and -

HAHN & HESSEN LLP
Mark S. Indelicato
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
(212) 478-7200 - Telephone
(212) 478-7400 - Facsimile

Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al*.