# CERTIFICATE OF SERVICE

I, *David W. Carickhoff*, hereby certify that on March 6, 2008, I caused a copy of the following document to be served as indicated upon the individuals listed on the service list attached.

**JOINDER OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS TO THE DEBTORS' OBJECTION
TO GLORIA T. KIRK'S MOTION TO LIFT STAY**

*/s/David W. Carickhoff*
David W. Carickhoff (No. 3715)

128189.01600/21672556v.1

## SERVICE LIST

VIA FACSIMILE
James L. Patton, Jr., Esquire
Pauline K. Morgan, Esquire
M. Blake Cleary, Esquire
Sean M. Beach, Esquire
Matthew B. Lunn
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
*Facsimile: 302-571-1253*
*Counsel for the Debtors*

VIA FACSIMILE
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
*Facsimile: (302) 573-6497*

VIA FACSIMILE
The Bailey Law Firm
James F. Bailey, Jr., Esquire
Three Mill Road, Suite 306A
Wilmington, DE 19806
*Facsimile: (302) 658-8051*
*Counsel for Gloria T. Kirk*