**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re )<br>)<br>AMERICAN HOME MORTGAGE )<br>HOLDINGS, INC., a Delaware )<br>Corporation, et al, )<br>Debtors ) <br>) | Chapter 11<br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>Hearing Date: March 27, 2008 at 11:00 a.m.<br>Objections Deadline: March 20, 2008 at 4:00 p.m. |

**NOTICE OF MOTION OF SANDRA KRAEGE HIGBY TO COMPEL DEBTORS'
PAYMENT OF OCP FEES AND ADMINISTRATIVE EXPENSES AND FOR AN
ORDER AUTHORIZING AND DIRECTING THE DEBTORS TO ADVANCE THE
COSTS OF PROSECUTING FORECLOSURE MATTERS, OR IN THE
ALTERNATIVE, PAYING ON A CONTEMPORANEOUS BASIS THE COSTS AND
<u>EXPENSES OF PROSECUTING FORECLOSURE MATTERS</u>**

TO: All Parties on the Attached Service List

  PLEASE TAKE NOTICE that counsel to Sandra Kraege Higby (the "Higby") has filed its **Motion of Sandra Kraege Higby to Compel Debtors' Payment of OCP Fees and Administrative Expenses and for an order Authorizing and Directing the Debtors to Advance the Costs of Prosecuting Foreclosure Matters, or in the Alternative, Paying on a Contemporaneous Basis the Costs and Expenses of Prosecuting Foreclosure Matters** (the "Motion").

  You are required to file a response to the Motion on or before **<u>March 20, 2008 at 4:00 p.m. (Prevailing Eastern Time)</u>.**

  At the same time, you must also serve a copy of the response upon counsel to Higby.

| | |
|---|---|
| David M. Fournier, Esq.<br>Evelyn J. Meltzer, Esq.<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 North Market Street<br>Wilmington, Delaware 19801 | Richard A. Sheils, Jr., Esq.<br>Bowditch & Dewey, LLP<br>311 Main Street, P.O. Box 15156<br>Worcester, Massachussetts 01615-0156 |

  A HEARING ON THE MOTION WILL BE SCHEDULED on **<u>March 27, 2008 at 11:00 a.m. (Prevailing Eastern Time)</u>** before the Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

#9425312 v1    1

2

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: March 7, 2008<br>Wilmington, Delaware | PEPPER HAMILTON LLP<br><br>/s/ Evelyn J. Meltzer<br>David M. Fournier (DE No. 2812)<br>Evelyn J. Meltzer (DE N0. 4581)<br>Hercules Plaza, Suite 5100<br>1313 North Market Street<br>Post Office Box 1709<br>Wilmington, Delaware 19899-1709<br>Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br><br>-and-<br><br>Richard A. Sheils, Jr., (BBO #457290)<br>Bowditch & Dewey, LLP<br>311 Main Street, P.O. Box 15156<br>Worcester, MA 01616-0156<br>Telephone: (508) 791-3511<br>Facsimile: (508) 929-3047<br><br>Counsel for Sandra Kraege Higby |