# **EXHIBIT B**

# SANDRA KRAEGE HIGBY
Attorney at Law

482 Southbridge Street, Suite#353
Auburn, MA 01501

Telephone
(508) 885-4875

Facsimile
(508) 885-3677

### Chart in Lieu of Submitting all Invoices
### (this chart reflects Revised OCP invoices previously submitted)

### August 2007 FEES

| Invoice # | Loan # | Description of Services | Date | Amount |
|---|---|---|---|---|
| 16380 | 1001261918 | Foreclosure fee (complaint filed) | 8/24/07 | $500.00 |
| | | TOTAL FEES | | $500.00 |

### August 2007 EXPENSES

| Invoice # | Loan # | Description of Services | Date | Amount |
|---|---|---|---|---|
| 16381 | 1001261918 | Title exam | 8/18/07 | $234.00 |
| 16381 | 1001261918 | Town research | 8/18/07 | $81.00 |
| 16381 | 1001261918 | Certified mail | 8/24/07 | $10.42 |
| 16381 | 1001261918 | Mun. Lien Certificate | 8/24/07 | $25.00 |
| 16381 | 1001261918 | Court fees | 8/24/07 | $255.00 |
| | | TOTAL EXPENSES | | $605.42 |

# SANDRA KRAEGE HIGBY
Attorney at Law

482 Southbridge Street, Suite #353
Auburn, MA 01501

| Telephone | Facsimile |
|---|---|
| (508) 885-4875 | (508) 885-3677 |

### Chart in Lieu of Submitting all Invoices
### (this chart reflects Revised OCP invoices previously submitted)

### October 2007 FEES

| Invoice # | Loan # | Description of Services | Date | Amount |
|---|---|---|---|---|
| 16511 | 1001222205 | Bankruptcy fee (Motion for Relief filed) | 10/1/07 | $650.00 |
| 16512 | 1001222108 | Bankruptcy fee (Motion for Relief filed) | 10/1/07 | $650.00 |
| 16513 | 1000522613 | Bankruptcy fee (Motion for Relief filed) | 10/1/07 | $650.00 |
| 16550 | 1001073500 | Bankruptcy fee (Motion for Relief filed) | 10/2/07 | $650.00 |
| 16556 | 1000684997 | Bankruptcy fee (Motion for Relief filed) | 10/5/07 | $650.00 |
| 16471 | 1001216304 | Foreclosure Fees (Orders received) | 10/1/07 | $350.00 |
| 16471 | 1001216304 | Title Resolution Fees (Claim filed) | 10/1/07 | $150.00 |
| 16483 | 1000922381 | Foreclosure Fees (Orders received) | 10/1/07 | $350.00 |
| 16501 | 1000838282 | Foreclosure Fees (Complaint filed) | 10/1/07 | $500.00 |
| 16520 | 1001480637 | Foreclosure Fees (Orders received) | 10/1/07 | $350.00 |
| 16522 | 1001508364 | Foreclosure Fees (Orders received) | 10/1/07 | $350.00 |
| 16524 | 1001238450 | Foreclosure Fees (Orders received) | 10/1/07 | $350.00 |
| 16526 | 1001573159 | Foreclosure Fees (Orders received) | 10/1/07 | $350.00 |
| 16528 | 1001645339 | Foreclosure Fees (Orders received) | 10/2/07 | $350.00 |
| 16534 | 1000625246 | Foreclosure Fees (Orders received) | 10/2/07 | $350.00 |
| 16538 | 1001631777 | Foreclosure Fees (Orders received) | 10/2/07 | $350.00 |
| 16540 | 1000679581 | Foreclosure Fees (Orders received) | 10/2/07 | $350.00 |
| 16542 | 1001638095 | Foreclosure Fees (Orders received) | 10/2/07 | $350.00 |
| 16544 | 1001024496 | Foreclosure Fees (Orders received) | 10/2/07 | $350.00 |
| 16546 | 1001441680 | Foreclosure Fees (Orders received) | 10/2/07 | $350.00 |
| 16451 | 1000837979 | Foreclosure Fees (Orders received) | 10/1/07 | $350.00 |
| 16453 | 1001272568 | Foreclosure Fees (Orders received) | 10/1/07 | $350.00 |
| 16455 | 1001128395 | Foreclosure Fees (Orders received) | 10/1/07 | $350.00 |
| 16457 | 1001373766 | Foreclosure Fees (Orders received) | 10/1/07 | $350.00 |
| 16459 | 1000694386 | Foreclosure Fees (Orders received) | 10/1/07 | $350.00 |
| 16461 | 1001250682 | Foreclosure Fees (Orders received) | 10/1/07 | $350.00 |
| 16463 | 1001649605 | Foreclosure Fees (Orders received) | 10/1/07 | $350.00 |
| 16463 | 1001649605 | Title resolution Fees (Claim filed) | 10/1/07 | $150.00 |
| 16467 | 1001356729 | Foreclosure Fees (Orders received) | 10/1/07 | $350.00 |
| 16469 | 1000598557 | Foreclosure Fees (Orders received) | 10/1/07 | $350.00 |

| Invoice # | Loan # | Description of Services | Date | Amount |
|---|---|---|---|---|
| 16473 | 1001193336 | Foreclosure Fees (Orders received) | 10/1/07 | $350.00 |
| 16475 | 1001154532 | Foreclosure Fees (Orders received) | 10/1/07 | $350.00 |
| 16475 | 1001154532 | Title resolution Fees (Claim filed) | 10/1/07 | $250.00 |
| 16477 | 1001404312 | Foreclosure Fees (Orders received) | 10/1/07 | $350.00 |
| 16479 | 1000861966 | Foreclosure Fees (Orders received) | 10/1/07 | $350.00 |
| 16479 | 1000861966 | Title resolution Fees (Claim filed) | 10/1/07 | $250.00 |
| 16481 | 1001592340 | Foreclosure Fees (Orders received) | 10/1/07 | $350.00 |

TOTAL FEES    $14,000.00

## October 2007 EXPENSES

| Invoice # | Loan # | Description of Services | Date | Amount |
|---|---|---|---|---|
| 16511 | 1001222205 | Court fees | 10/1/07 | $150.00 |
| 16512 | 1001222108 | Court fees | 10/1/07 | $150.00 |
| 16513 | 1000522613 | Court fees | 10/1/07 | $150.00 |
| 16550 | 1001073500 | Court fees | 10/2/07 | $150.00 |
| 16556 | 1000684997 | Court fees | 10/5/07 | $150.00 |
| 16556 | 1000684997 | Title Exam | 10/1/07 | $175.00 |
| 16472 | 1001216304 | Legal advertising | 10/1/07 | $126.00 |
| 16472 | 1001216304 | Title update | 10/1/07 | $110.00 |
| 16472 | 1001216304 | Recording fees | 10/1/07 | $75.00 |
| 16472 | 1001216304 | Sheriff fees | 10/1/07 | $65.00 |
| 16484 | 1000922381 | Sheriff fees | 10/1/07 | $98.00 |
| 16484 | 1000922381 | Legal advertising | 10/1/07 | $258.00 |
| 16484 | 1000922381 | Title updates (2 registries) | 10/1/07 | $220.00 |
| 16484 | 1000922381 | Recording fees | 10/1/07 | $308.00 |
| 16502 | 1000838282 | Title exam | 10/1/07 | $200.00 |
| 16502 | 1000838282 | Town Research | 10/1/07 | $81.00 |
| 16502 | 1000838282 | Mun. Lien Certificate | 10/1/07 | $50.00 |
| 16502 | 1000838282 | Certified Mail | 10/2/07 | $10.42 |
| 16502 | 1000838282 | Court fees | 10/3/07 | $255.00 |
| 16521 | 1001480637 | Sheriff fees | 10/8/07 | $78.00 |

| Invoice | Loan # | Description | Date | Amount |
|---|---|---|---|---|
| 16521 | 1001480637 | Legal advertising | 10/8/07 | $268.00 |
| 16521 | 1001480637 | Title update | 10/8/07 | $110.00 |
| 16521 | 1001480637 | Recording fees | 10/8/07 | $150.00 |
| 16523 | 1001508364 | Sheriff fees | 10/8/07 | $78.00 |
| 16523 | 1001508364 | Legal advertising | 10/8/07 | $298.00 |
| 16523 | 1001508364 | Title update | 10/8/07 | $100.00 |
| 16523 | 1001508364 | Recording fees | 10/8/07 | $150.00 |
| 16525 | 1001238450 | Sheriff Fees | 10/5/07 | $78.00 |
| 16525 | 1001238450 | Legal Advertising | 10/5/07 | $248.00 |
| 16525 | 1001238450 | Title update | 10/8/07 | $100.00 |
| 16525 | 1001238450 | Recording Fees | 10/8/07 | $154.00 |
| 16527 | 1001573159 | Sheriff Fees | 10/5/07 | $58.00 |
| 16527 | 1001573159 | Legal advertising | 10/5/07 | $148.00 |
| 16527 | 1001573159 | Title update | 10/8/07 | $105.00 |
| 16527 | 1001573159 | Recording Fees | 10/8/07 | $150.00 |
| 16529 | 1001645339 | Sheriff Fees | 10/5/07 | $78.00 |
| 16529 | 1001645339 | Legal advertising | 10/8/07 | $198.00 |
| 16529 | 1001645339 | Title update | 10/5/07 | $110.00 |
| 16529 | 1001645339 | Recording Fees | 10/5/07 | $150.00 |
| 16535 | 1000625246 | Sheriff Fees | 10/8/07 | $96.00 |
| 16535 | 1000625246 | Legal advertising | 10/8/07 | $126.00 |
| 16535 | 1000625246 | Title update | 10/5/07 | $110.00 |
| 16535 | 1000625246 | Recording Fees | 10/5/07 | $154.00 |
| 16539 | 1001631777 | Sheriff Fees | 10/8/07 | $88.00 |
| 16539 | 1001631777 | Legal Advertising | 10/8/07 | $148.00 |
| 16539 | 1001631777 | Title updates | 10/8/07 | $222.00 |
| 16539 | 1001631777 | Recording Fees | 10/8/07 | $150.00 |
| 16541 | 1000679581 | Sheriff Fees | 10/5/07 | $110.00 |
| 16541 | 1000679581 | Legal Advertising | 10/8/07 | $178.00 |
| 16541 | 1000679581 | Title update | 10/8/07 | $105.00 |
| 16541 | 1000679581 | Recording Fees | 10/8/07 | $150.00 |
| 16543 | 1001638095 | Sheriff Fees | 10/5/07 | $68.00 |
| 16543 | 1001638095 | Legal advertising | 10/5/07 | $178.00 |
| 16543 | 1001638095 | Title update | 10/8/07 | $105.00 |
| 16543 | 1001638095 | Recording Fees | 10/8/07 | $150.00 |
| 16545 | 1001024496 | Sheriff Fees | 10/5/07 | $116.00 |
| 16545 | 1001024496 | Legal advertising | 10/8/07 | $198.00 |
| 16545 | 1001024496 | Title update | 10/8/07 | $105.00 |
| 16545 | 1001024496 | Recording Fees | 10/8/07 | $150.00 |
| 16547 | 1001441680 | Sheriff Fees | 10/5/07 | $58.00 |

| Invoice | Loan # | Description | Date | Amount |
|---|---|---|---|---|
| 16547 | 1001441680 | Legal advertising | 10/8/07 | $137.00 |
| 16547 | 1001441680 | Title update | 10/5/07 | $100.00 |
| 16547 | 1001441680 | Recording Fees | 10/5/07 | $150.00 |
| 16549 | 1001257017 | Legal advertising | 10/10/07 | $1,628.00 |
| 16549 | 1001257017 | Auctioneer | 10/10/07 | $1,839.00 |
| 16549 | 1001257017 | Title updates | 10/10/07 | $210.00 |
| 16549 | 1001257017 | Mun. Lien Certificate | 10/10/07 | $25.00 |
| 16549 | 1001257017 | Certified Mail | 10/10/07 | $10.42 |
| 16452 | 1000837979 | Sheriff fees | 10/1/07 | $65.50 |
| 16452 | 1000837979 | Legal Advertising | 10/1/07 | $298.50 |
| 16452 | 1000837979 | Title update | 10/1/07 | $105.00 |
| 16452 | 1000837979 | Recording fees | 10/1/07 | $152.00 |
| 16454 | 1001272568 | Sheriff fees | 10/1/07 | $146.00 |
| 16454 | 1001272568 | Legal advertising | 10/1/07 | $249.00 |
| 16454 | 1001272568 | Title update | 10/1/07 | $110.00 |
| 16454 | 1001272568 | Recording fees | 10/1/07 | $150.00 |
| 16456 | 1001128395 | Sheriff fees | 10/1/07 | $65.00 |
| 16456 | 1001128395 | Legal advertising | 10/1/07 | $249.00 |
| 16456 | 1001128395 | Title update | 10/1/07 | $110.00 |
| 16456 | 1001128395 | Recording fees | 10/1/07 | $150.00 |
| 16458 | 1001373766 | Sheriff Fees | 10/1/07 | $65.00 |
| 16458 | 1001373766 | Legal advertising | 10/1/07 | $149.00 |
| 16458 | 1001373766 | Title update | 10/1/07 | $110.00 |
| 16458 | 1001373766 | Recording Fees | 10/1/07 | $154.00 |
| 16460 | 1000694386 | Sheriff Fees | 10/1/07 | $65.00 |
| 16460 | 1000694386 | Legal advertising | 10/1/07 | $225.00 |
| 16460 | 1000694386 | Title update | 10/1/07 | $100.00 |
| 16460 | 1000694386 | Recording Fees | 10/1/07 | $154.00 |
| 16462 | 1001250682 | Sheriff Fees | 10/1/07 | $65.00 |
| 16462 | 1001250682 | Legal advertising | 10/1/07 | $259.00 |
| 16462 | 1001250682 | Title update | 10/1/07 | $125.00 |
| 16462 | 1001250682 | Recording Fees | 10/1/07 | $150.00 |
| 16464 | 1001649605 | Sheriff Fees | 10/1/07 | $65.00 |
| 16464 | 1001649605 | Legal advertising | 10/1/07 | $198.00 |
| 16464 | 1001649605 | Title update | 10/1/07 | $110.00 |
| 16464 | 1001649605 | Recording Fees | 10/1/07 | $150.00 |
| 16468 | 1001356729 | Sheriff Fees | 10/1/07 | $65.00 |
| 16468 | 1001356729 | Legal advertising | 10/1/07 | $179.00 |
| 16468 | 1001356729 | Title update | 10/1/07 | $110.00 |
| 16468 | 1001356729 | Recording Fees | 10/1/07 | $150.00 |
| 16470 | 1000598557 | Sheriff Fees | 10/1/07 | $89.00 |

Page 5 of 5
October 2007 invoices

| | | | | |
|---|---|---|---|---|
| 16470 | 1000598557 | Legal advertising | 10/1/07 | $151.00 |
| 16470 | 1000598557 | Title update | 10/1/07 | $115.00 |
| 16470 | 1000598557 | Recording Fees | 10/1/07 | $154.00 |
| 16474 | 1001193336 | Sheriff Fees | 10/1/07 | $65.00 |
| 16474 | 1001193336 | Legal advertising | 10/1/07 | $176.00 |
| 16474 | 1001193336 | Title update | 10/1/07 | $110.00 |
| 16474 | 1001193336 | Recording Fees | 10/1/07 | $154.00 |
| 16476 | 1001154532 | Sheriff Fees | 10/1/07 | $65.00 |
| 16476 | 1001154532 | Legal advertising | 10/1/07 | $176.00 |
| 16476 | 1001154532 | Title update | 10/1/07 | $110.00 |
| 16476 | 1001154532 | Recording Fees | 10/1/07 | $154.00 |
| 16478 | 1001404312 | Sheriff Fees | 10/1/07 | $87.00 |
| 16478 | 1001404312 | Legal advertising | 10/1/07 | $151.00 |
| 16478 | 1001404312 | Title update | 10/1/07 | $105.00 |
| 16478 | 1001404312 | Recording Fees | 10/1/07 | $150.00 |
| 16480 | 1000861966 | Sheriff Fees | 10/1/07 | $65.00 |
| 16480 | 1000861966 | Legal advertising | 10/1/07 | $198.00 |
| 16480 | 1000861966 | Title update | 10/1/07 | $110.00 |
| 16480 | 1000861966 | Recording Fees | 10/1/07 | $150.00 |
| 16482 | 1001592340 | Sheriff Fees | 10/1/07 | $65.00 |
| 16482 | 1001592340 | Legal advertising | 10/1/07 | $268.00 |
| 16482 | 1001592340 | Title update | 10/1/07 | $110.00 |
| 16482 | 1001592340 | Recording Fees | 10/1/07 | $150.00 |

TOTAL EXPENSES  $20,080.84

# SANDRA KRAEGE HIGBY
Attorney at Law

482 Southbridge Street, Suite#353
Auburn, MA 01501

Telephone
(508) 890-8700
(508) 885-4875

Facsimile
(508) 890-8701
(508) 885-3677

## Chart in Lieu of Submitting all Invoices
### (this chart reflects Revised OCP invoices previously submitted)

### November 2007 FEES

| Invoice # | Loan # | Description of Services | Date | Amount |
|---|---|---|---|---|
| 16558 | 3980225 | Foreclosure Fee (Reset auction) | 11/5/07 | $600.00 |
| 16562 | 1001416214 | Foreclosure Fee (Monitor Senior Lien) | 11/5/07 | $200.00 |
| 16560 | 1001747899 | Foreclosure Fee (Monitor Senior Lien) | 11/5/07 | $200.00 |
| 16561 | 1001084782 | Foreclosure Fee (Monitor Senior Lien) | 11/5/07 | $200.00 |
| 16579 | 1001491961 | Foreclosure Fee (Monitor Senior Lien) | 11/6/07 | $200.00 |
| 16580 | 1001533254 | Foreclosure Fee (Monitor Senior Lien) | 11/6/07 | $200.00 |
| 16563 | 1001033301 | Foreclosure Fee (Complaint filed) | 11/6/07 | $500.00 |
| 16565 | 1000880083 | Foreclosure Fee (Complaint filed) | 11/6/07 | $500.00 |
| 16567 | 1001625194 | Foreclosure Fee (Complaint filed) | 11/6/07 | $500.00 |
| 16569 | 1001289400 | Foreclosure Fee (Complaint filed) | 11/6/07 | $500.00 |
| 16571 | 1001135854 | Foreclosure Fee (Complaint filed) | 11/6/07 | $500.00 |
| 16573 | 1001252397 | Foreclosure Fee (Complaint filed) | 11/6/07 | $500.00 |
| 16575 | 1001289937 | Foreclosure Fee (Complaint filed) | 11/6/07 | $500.00 |
| 16577 | 1000866785 | Foreclosure Fee (Complaint filed) | 11/6/07 | $500.00 |
| 16581 | 1001617551 | Foreclosure Fee (Complaint filed) | 11/6/07 | $500.00 |
| 16584 | 1001638144 | Title resolution (fraud case, complicated) | 11/14/07 | $600.00 |
| 16585 | 1001575127 | Title resolution (claim filed) | 11/14/07 | $150.00 |
| 16585 | 1001575127 | Foreclosure fees (orders received) | 11/14/07 | $350.00 |
| 16587 | 1001096031 | Foreclosure Fee (Complaint filed) | 11/15/07 | $500.00 |
| 16593 | 1001219353 | Foreclosure Fee (Monitor Senior Lien) | 11/19/07 | $200.00 |
| 16594 | 1001297389 | Foreclosure Fee (Monitor Senior Lien) | 11/19/07 | $200.00 |
| 16595 | 1001237552 | Foreclosure Fee (Monitor Senior Lien) | 11/19/07 | $200.00 |
| 16596 | 1001428247 | Foreclosure Fee (Monitor Senior Lien) | 11/19/07 | $200.00 |
| 16589 | 1001559183 | Foreclosure Fee (Complaint filed) | 11/19/07 | $500.00 |
| 16591 | 1000684997 | Foreclosure Fee (Complaint filed) | 11/19/07 | $500.00 |
| 16597 | 1001732962 | Foreclosure Fee (Complaint filed) | 11/19/07 | $500.00 |
| 16601 | 1001120016 | Foreclosure Fee (Complaint filed) | 11/19/07 | $500.00 |
| 16603 | 1001690784 | Foreclosure Fee (Complaint filed) | 11/19/07 | $500.00 |
| 16605 | 1000708250 | Foreclosure Fee (Complaint filed) | 11/19/07 | $500.00 |
| 16607 | 1000887787 | Foreclosure Fee (Complaint filed) | 11/19/07 | $500.00 |

Page 2 of 6
Revised OCP Invoice Chart November 2007

| | | | | |
|---|---|---|---|---|
| 16609 | 1001716708 | Foreclosure Fee (Complaint filed) | 11/19/07 | $500.00 |
| 16611 | 1001658988 | Foreclosure Fee (Complaint filed) | 11/19/07 | $500.00 |
| 16613 | 1001636802 | Foreclosure Fee (Complaint filed) | 11/19/07 | $500.00 |
| 16615 | 1001500696 | Foreclosure Fee (Complaint filed) | 11/19/07 | $500.00 |
| 16617 | 1001347986 | Foreclosure Fee (Complaint filed) | 11/19/07 | $500.00 |
| 16619 | 1001167986 | Foreclosure Fee (Complaint filed) | 11/19/07 | $500.00 |
| (16621) | 1001382703 | Foreclosure Fee (Complaint filed) | 11/19/07 | $500.00 |
| 16623 | 1001104172 | Foreclosure Fee (Complaint filed) | 11/19/07 | $500.00 |
| 16625 | 1001040193 | Foreclosure Fee (Complaint filed) | 11/19/07 | $500.00 |
| 16627 | 1001675012 | Foreclosure Fee (Complaint filed) | 11/19/07 | $500.00 |

TOTAL FEES   $17,000.00

### November 2007 EXPENSES

| Invoice # | Loan # | Description of Services | Date | Amount |
|---|---|---|---|---|
| 16559 | 3980225 | Certified Mail | 11/5/07 | $46.18 |
| 16559 | 3980225 | Auctioneer | 11/5/07 | $1,133.88 |
| 16559 | 3980225 | Title updates | 11/5/07 | $220.00 |
| 16564 | 1001033301 | Title exam | 11/1/07 | $214.00 |
| 16564 | 1001033301 | Town research | 11/1/07 | $81.00 |
| 16564 | 1001033301 | Mun. Lien Certificate | 11/1/07 | $25.00 |
| 16564 | 1001033301 | Certified mail | 11/6/07 | $20.84 |
| 16564 | 1001033301 | Court fees | 11/6/07 | $255.00 |
| 16566 | 1000880083 | Title exam | 11/1/07 | $224.00 |
| 16566 | 1000880083 | Town Research | 11/1/07 | $81.00 |
| 16566 | 1000880083 | Mun. Lien Certificate | 11/1/07 | $25.00 |
| 16566 | 1000880083 | Certified Mail | 11/6/07 | $10.42 |
| 16566 | 1000880083 | Court fees | 11/6/07 | $255.00 |
| 16568 | 1001625194 | Title exam | 11/1/07 | $238.00 |

Page 5 of 6
Revised OCP Invoice Chart November 2007

| | | | | |
|---|---|---|---|---|
| 16610 | 1001716708 | Title exam | 11/13/07 | $200.00 |
| 16610 | 1001716708 | Town research | 11/13/07 | $81.00 |
| 16610 | 1001716708 | Mun. Lien certificate | 11/13/07 | $25.00 |
| 16610 | 1001716708 | Certified Mail | 11/19/07 | $10.42 |
| 16610 | 1001716708 | Court fees | 11/19/07 | $255.00 |
| 16612 | 1001658988 | Title exam | 11/13/07 | $200.00 |
| 16612 | 1001658988 | Town research | 11/13/07 | $81.00 |
| 16612 | 1001658988 | Mun. Lien certificate | 11/13/07 | $25.00 |
| 16612 | 1001658988 | Certified Mail | 11/19/07 | $10.42 |
| 16612 | 1001658988 | Court fees | 11/19/07 | $255.00 |
| 16614 | 1001636802 | Title exam | 11/14/07 | $225.00 |
| 16614 | 1001636802 | Town research | 11/14/07 | $81.00 |
| 16614 | 1001636802 | Mun. Lien certificate | 11/14/07 | $25.00 |
| 16614 | 1001636802 | Certified Mail | 11/19/07 | $10.42 |
| 16614 | 1001636802 | Court fees | 11/19/07 | $255.00 |
| 16616 | 1001500696 | Title exam | 11/14/07 | $225.00 |
| 16616 | 1001500696 | Town research | 11/14/07 | $85.00 |
| 16616 | 1001500696 | Mun. lien certificate | 11/14/07 | $25.00 |
| 16616 | 1001500696 | Certified Mail | 11/19/07 | $10.42 |
| 16616 | 1001500696 | Court fees | 11/19/07 | $255.00 |
| 16618 | 1001347986 | Title exam | 11/14/07 | $225.00 |
| 16618 | 1001347986 | Town research | 11/14/07 | $81.00 |
| 16618 | 1001347986 | Mun. Lien certificate | 11/14/07 | $25.00 |
| 16618 | 1001347986 | Certified Mail | 11/19/07 | $10.42 |
| 16618 | 1001347986 | Court fees | 11/19/07 | $255.00 |
| 16620 | 1001167986 | Title exam | 11/14/07 | $235.00 |
| 16620 | 1001167986 | Town research | 11/14/07 | $81.00 |
| 16620 | 1001167986 | Mun. Lien certificate | 11/14/07 | $25.00 |
| 16620 | 1001167986 | Certified mail | 11/19/07 | $10.42 |
| 16620 | 1001167986 | Court fees | 11/19/07 | $255.00 |
| 16622 | 1001382703 | Title exam | 11/14/07 | $235.00 |
| 16622 | 1001382703 | Town research | 11/14/07 | $85.00 |
| 16622 | 1001382703 | Mun. Lien certificate | 11/14/07 | $25.00 |
| 16622 | 1001382703 | Certified Mail | 11/19/07 | $10.42 |
| 16622 | 1001382703 | court fees | 11/19/07 | $255.00 |
| 16624 | 1001104172 | Title exam | 11/14/07 | $235.00 |
| 16624 | 1001104172 | Town research | 11/14/07 | $85.00 |
| 16624 | 1001104172 | Mun. Lien certificate | 11/14/07 | $25.00 |
| 16624 | 1001104172 | Certified Mail | 11/19/07 | $10.42 |