## **EXHIBIT C**

**From:** Isabel Rodriquez [Isabel.Rodriquez@americanhm.com]
**Sent:** Monday, February 11, 2008 9:11 AM
**To:** SKHLaw@aol.com
**Subject:** RE: ck 332149 tracking info

**Sandy,**

There were three invoices with a service release. I have forward the invoices to whomever they were released to for payment.

**Inv. 16631 Amt. $800.00**- 1001649605 Barry Devanna, service released to Regions Mortgage.

**Inv. 16634 Amt. $500.00**- 1001424067 Elizabeth R. Simone & Emily J. Lardier, service released to Portfolio Services.

**Inv. 16635 Amt. $638.42**- 1001424067 Elizabeth R. Simone & Emily J. Lardier service, released to Portfolio Services.


*Thank you,*

*Isabel Rodriquez*
*Accounts Payable*
*American Home Mortgage Servicing DIP*
*4600 Regent Blvd., Suite 200*
*Irving, Texas 75063*
*Phone:    214-260-7077*
*Isabel.Rodriquez@americanhm.com*