**EXHIBIT D**

**March 5, 2008**

**Summary of 183 foreclosure files held by American Home Mortgage**

**At Law Office of Sandra Kraege Higby**

| # files in Phase | Estimated Fees | Estimated Expenses | Principal |
|---|---|---|---|
| 51 files – Phase I | $22,500 | $30,600 | $16,008,274 |
| 95 files – Phase II | $33,250 | $47,500 | $27,313,836 |
| 37 files – Phase III | $14,800 | $185,206 | $12,931,180 |
| TOTALS:    183 Files | $70,550 | $263,306 | $56,253,290 |

NOTE: the estimated total fees and expenses are only for the Phase cited; as foreclosure proceedings continue and files move to next Phase in process, the fees and expenses continue to accrue.

Phase I:  Initiate work on new file; obtain title; send demand letters to borrowers; file complaint with land court.

Phase II:  Receive orders from land court; publish, serve, and record Orders; file return of service with land court.

Phase III:  Receive judgment; schedule auction with auctioneer; serve notices, publish legal ads, auctioneer advertising, title updates.

March 5, 2008  Phase I
51 foreclosure files in Phase I with American Home Mortgage
Fees for Phase I are $500/per file.
Estimated Expenses for Phase I are $600/per file.
Total Estimated Fees for Phase I only:  $25,500
Total Estimated Expenses for Phase I only: $30,600

| Borrower Name | Loan Number | Principal |
| --- | --- | --- |
| Aguirre | 1001653602 | $376,000 |
| Almeida | 1000662559 | $231,000 |
| Alves | 1000758325 | $150,000 |
| Audry | 1001160219 | $323,400 |
| Barbosa | 1001160106 | $380,000 |
| Calautti | 1001040193 | $600,000 |
| Camarao | 1001419034 | $283,900 |
| Capobianco | 1000722694 | $349,000 |
| Castro | 1001335686 | $315,000 |
| Colesano | 1000948531 | $483,000 |
| Connolly | 1001246037 | $416,000 |
| Cumberbatch | 1001852634 | $329,925 |
| D'Arpino | 1001222946 | $231,000 |
| DePaula | 1000837681 | $252,000 |
| Dick | 1000827992 | $244,000 |
| Druzbicki | 1001420010 | $253,800 |
| Fernald | 1001187739 | $360,000* |

(*NOTE: fatal title defect-deed restrictions violated
And you can only recover @50% of loan)

Page Two of Three
March 5, 2008
51 foreclosure files in Phase I with American Home Mortgage

| Borrower Name | Loan Number | Principal |
|---|---|---|
| Furtado/Batista | 1000551244 | $303,964 |
| Galdamez | 1001108163 | $326,000 |
| Girard | 1001412592 | $472,500 |
| Gomes | 1001235090 | $315,120 |
| Hammond | 1001033301 | $235,705* |

(*NOTE: fatal defect – mortgage discharged.
Requires litigation to resolve)

| | | |
|---|---|---|
| Henry (need referral file) | 1001372369 | unknown |
| Horne | 1001183045 | $211,000 |
| Johnson | 1001616624 | $438,750 |
| Johnson | 1001559361 | $200,000 |
| Kimani | 1001646034 | $164,000 |
| Komolafe | 1001460875 | $260,000 |
| Leanos | 1001357131 | $161,200 |
| Lemberg | 1001289400 | $295,500 |
| Lima | 1001251176 | $168,800 |
| Mendez | 1001028370 | $300,000 |
| Meyko | 1000509980 | $492,000 |
| Nickson | 1001282446 | $417,000 |

Page Three of Three
March 5, 2008
51 foreclosure files in Phase I with American Home Mortgage

| **Borrower Name** | **Loan Number** | **Principal** |
|---|---|---|
| Nunez | 1001104462 | $161,000 |
| Ortiz | 1001094748 | $292,000 |
| Patterson | 1000773761 | $159,600 |
| Persons | 1000856350 | $279,200 |
| Persons | 1001166365 | $312,900 |
| Prioli | 1000988145 | $445,000 |
| Quirindongo/DeJesus | 1001513608 | $308,000 |
| Salinas | 1001138733 | $236,250 |
| Sandri | 1001624416 | $460,000 |
| Sawyer | 1001579833 | $938,400 |
| Schlossberg | 1001140927 | $244,930 |
| Serrano | 1001107713 | $380,000 |
| Souza | 1000851251 | $356,000 |
| Tyree | 1000799947 | $93,100 |
| Vargas | 1001226789 | $332,330 |
| Wholey | 1001488685 | $465,000 |
| Woznicki | 1001443328 | $205,000 |
| TOTALS (51 Phase I files): | | $16,008,274 |

March 5, 2008  Phase II
95 foreclosure files Phase II with American Home Mortgage
Fees for Phase II are $350/per file.
Estimated Expenses for Phase II are $500/per file.
Total Estimated Fees for Phase II only: $33,250
Total Estimated Expenses for Phase II only: $47,500

| Borrower Name | Loan Number | Principal |
| --- | --- | --- |
| Alfau | 1000824562 | $369,900 |
| Alzate | 1001658988 | $272,000 |
| Andrews | 1000999732 | $160,000 |
| Araujo | 1001559183 | $80,000 |
| Ashton | 1001636802 | $414,000 |
| Badia | 1000811180 | $248,500 |
| Barlow | 1000675383 | $300,000 |
| Bertelli | 1001645518 | $277,600 |
| Bodreau | 1001552544 | $180,000 |
| Brennan | 1001213239 | $296,000 |
| Brindisi | 3700691 | $85,000 |
| Butler | 1001333799 | $207,000 |
| Cameau | 1000838282 | $272,000 |
| Carrasquillo | 1000887787 | $176,400 |
| Codio | 1001104172 | $393,400 |
| Connelly | 1001289937 | $324,000 |
| Cotnoir | 1001655887 | $294,320 |
| DaSilva | 1000668273 | $278,400 |

Page Two of Six
March 5, 2008
95 foreclosure files Phase II with American Home Mortgage

| Borrower Name | Loan Number | Principal |
|---|---|---|
| Delisca | 1001208529 | $276,500 |
| Dever | 1001194160 | $241,500 |
| Dilone | 1001426073 | $333,750 |
| Dilone | 1001426123 | $346,500 |
| Diogo-Carreau | 1001093972 | $262,000 |
| Dixon | 1001642430 | $448,000 |
| Emerson | 1001593537 | $382,500 |
| Finnigan | 1001042541 | $113,700 |
| Frechette | 1000917733 | $233,700 |
| Gakuru | 1001681227 | $167,200 |
| Galford | 1001289138 | $261,000 |
| Garcia | 1000880083 | $448,000 |
| Garcia | 1001625194 | $595,000 |
| Gayle | 1001127268 | $140,000 |
| Giraldo | 1001272352 | $236,000 |
| Glass | 1001167986 | $280,000 |
| Hayes | 1001304490 | $360,000 |
| Hernandez | 1000873254 | $316,800 |
| Hooper | 1000866785 | $243,939 |

Page Three of Six
March 5, 2008
95 foreclosure files Phase II with American Home Mortgage

| **Borrower Name** | **Loan Number** | **Principal** |
| --- | --- | --- |
| Hug | 1001234247 | $270,200 |
| Hurd | 1001257017 | $213,850 |
| Lang | 1000781173 | $268,000 |
| Larin/Martinez | 1001008358 | $278,400 |
| Leon | 1001097208 | $195,000 |
| Lok | 1001253334 | $301,000 |
| Maalouf | 1001835828 | $357,000 |
| Marangoly | 1000863673 | $358,800 |
| Martinez | 1001615101 | $143,600 |
| McDonald | 1001153751 | $256,000 |
| McHardie | 1000708250 | $280,000 |
| Mecagni | 1001660876 | $268,000 |
| Mendoza | 1001124315 | $304,000 |
| Michel | 1000494139 | $216,000 |
| Montoya | 1001652944 | $324,000 |
| Munoz | 1001325260 | $399,000 |
| Neov | 1001617551 | $430,500 |
| Nguyen | 1001657859 | $211,200 |
| O'Fihelly | 1001288643 | $328,800 |

Page Four of Six
March 5, 2008
95 foreclosure files Phase II with American Home Mortgage

| **Borrower Name** | **Loan Number** | **Principal** |
| --- | --- | --- |
| O'Neill | 1001252397 | $50,000 |
| Pena/Objio | 1001043876 | $440,000 |
| Perlera | 1000779280 | $387,100 |
| Pina | 1001675012 | $420,000 |
| Pluviose | 1000856410 | $208,800 |
| Pons | 1001599223 | $860,000 |
| Powell | 1000781312 | $288,400 |
| Ramos/Regalado | 1001500696 | $472,500 |
| Reilly | 1001202544 | $900,000 |
| Rivas | 1000786151 | $370,300 |
| Rocha | 1001096763 | $288,687 |
| Rodrigues | 1001690784 | $143,600 |
| Rolland | 1001441680 | $169,500 |
| Roopenian | 1001300199 | $472,500 |
| Rorn | 1001115570 | $275,000 |
| Roth | 1001441067 | $180,000 |
| Sanchez | 1001233274 | $332,500 |
| Scuderi | 1001448155 | $284,000 |
| Senna | 1001673789 | $177,600 |

Page Five of Six
March 5, 2008
95 foreclosure files Phase II with American Home Mortgage

| **Borrower Name** | **Loan Number** | **Principal** |
| --- | --- | --- |
| Shea | 1001135854 | $223,920 |
| Sosa | 1001640394 | $295,920 |
| Stilley | 1000684997 | $162,350 |
| Stinson | 1000850177 | $340,000 |
| Tirabassi | 1001716708 | $468,000 |
| Torres | 1001096031 | $230,000 |
| Torres | 1001111066 | $150,500 |
| Tun | 1001070661 | $300,000 |
| Valle | 1000929093 | $245,000 |
| Villanueva | 1001646411 | $392,000 |
| Viloria | 1000740701 | $308,000 |
| Warren | 1001347986 | $475,000 |
| Watts | 1001140053 | $185,500 |
| Wright | 1000968320 | $260,000 |
| Zuo | 1001309991 | $140,800 |
| Zuo | 1001145042 | $176,800 |
| Zuo | 1001014123 | $125,600 |
| Zuo | 1001014102 | $124,000 |
| Zuo | 1000998718 | $124,000 |

Page Six of Six
March 5, 2008
95 foreclosure files Phase II with American Home Mortgage

| Borrower Name | Loan Number | Principal |
|---|---|---|
| Zuo | 1000998732 | $148,000 |

TOTALS (95 Phase II files): $27,313,836

March 5, 2008  Phase III
37 foreclosure files in Phase III with American Home Mortgage
Need funds to pre-pay vendors (title examiner, newspapers, auctioneer)
In order to schedule auctions:
(NOTE: estimated expenses do not include any expenses incurred
If AHM buys the property back)
Fees for Phase III are $400/per file.
Estimated expenses for Phase III files average $5,000 (range $4000 to $8000)
Total Estimated Fees for these 37 files: $14,800
Total Estimated Expenses for these 37 files to day before auction: $185,206
(NOTE: estimated expenses do not include any expenses incurred
If AHM buys the property back)

| Borrower Name | Loan Number | Estimated Expenses | Principal |
| --- | --- | --- | --- |
| Agudelo | 1001631777 | $5,300 | $360,000 |
| Auch | 1001576021 | $4,500 | $369,000 |
| Barral | 1001480637 | $5,300 | $381,500 |
| Cedeno | 1001467089 | $4,100 | $42,000 |
| Cedeno | 1001467046 | $4,100 | $168,000 |
| Charette | 1001163555 | $5,600 | $196,000 |
| Chavez | 1001406764 | $4,700 | $176,400 |
| Clark | 1001508364 | $5,600 | $387,000 |
| DeMarco(Slaimen) | 1000832469 | $4,300 | $196,350 |
| DeOliveira | 1000694386 | $4,400 | $282,800 |
| Detweiler | 1001024496 | $5,300 | $282,750 |
| Difo | 1001645339 | $5,500 | $258,400 |
| Fontaine | 1001345442 | $3,600 | $415,480 |
| Fontaine | 1001079014 | $3,700 | $97,500 |

Page Two of Three
March 5, 2008
37 foreclosure files in Phase III with American Home Mortgage

| **Borrower Name** | **Loan Number** | **Estimated Expenses** | **Principal** |
|---|---|---|---|
| Fontaine | 1001094520 | $3,700 | $600,000 |
| Fry | 1000748407 | $5,600 | $204,400 |
| Fry | 1000791600 | $5,600 | $196,000 |
| Furtado | 1001238450 | $5,600 | $360,000 |
| Granados | 1001279814 | $3,784 | $439,600 |
| Johnson | 1001287902 | $4,400 | $280,000 |
| Junior | 1001193336 | $7,200 | $862,500 |
| Junior | 1001154532 | $7,200 | $900,000 |
| Krauss | 1001404312 | $4,300 | $228,000 |
| Kupstas | 1001008792 | $7,418 | $572,000 |
| Maressa | 1000600707 | $3,800 | $285,000 |
| Martelli | 1000625246 | $3,800 | $205,600 |
| Martin | 1001104599 | $4,600 | $568,000 |
| Michonski | 1000598557 | $3,600 | $250,000 |
| Mora | 1001128395 | $5,900 | $350,000 |
| Ngugi | 1001356729 | $6,200 | $220,500 |
| Nuth | 1000861966 | $6,200 | $294,000 |
| Perez & Gerena | 1000824435 | $3,954 | $110,600 |

Page Three of Three
March 5, 2008
37 foreclosure files in Phase III with American Home Mortgage

| Borrower Name | Loan Number | Estimated Expenses | Principal |
|---|---|---|---|
| Pontes | 1001373766 | $3,850 | $219,800 |
| Reynolds | 1001539001 | $4,400 | $280,000 |
| Rodriguez | 1001575127 | $5,300 | $200,000 |
| Saati | 1001250682 | $7,500 | $1,388,000 |
| Smith | 1000836880 | $5,300 | $304,000 |
| TOTALS (37 Phase III files) | | $185,206 | $12,931,180 |