**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., a Delaware corporation, <u>et al</u>., ) | Jointly Administered |
| ) | |
| Debtors ) | |

**ORDER ON MOTION OF SANDRA KRAEGE HIGBY TO COMPEL DEBTORS' PAYMENT OF OCP FEES AND ADMINISTRATIVE EXPENSES AND FOR AN ORDER AUTHORIZING AND DIRECTING THE DEBTORS TO ADVANCE THE COSTS OF PROSECUTING FORECLOSURE MATTERS, OR IN THE ALTERNATIVE, PAYING ON A CONTEMPORANEOUS BASIS THE COST AND EXPENSES OF PROSECUTING FORECLOSURE MATTERS**

The Court, having considered the Motion of Sandra Kraege Higby to Compel Debtors' Payment of OCP Fees and Administrative Expenses and for an Order Authorizing and Directing the Debtors to Advance the Costs of Prosecuting Foreclosure Matters, or in the Alternative, Paying on a Contemporaneous Basis the Cost and Expenses of Prosecuting Foreclosure Matters ("Motion"), and due notice under the circumstances having been given, and having considered any objections of parties in interest, hereby overrules all such objections and FINDS and ORDERS as follows:

1.   The Motion is ALLOWED;

2.   The Debtors are ordered to pay immediately to Attorney Sandra Kraege Higby $8,248.84 for approved but unpaid fees and expenses relating to Massachusetts foreclosure matters for the months of August, October and November 2007 and $1,938.42 for approved but unpaid fees and expenses for December 2007;

3.   The Debtors are hereby authorized and directed to establish and fund immediately and maintain a retainer account for use by Attorney Higby for payment of expenses of prosecuting foreclosure matters ("Expense Retainer Account") for which she has been retained

#9425352 v1

2

by the Debtors.  The Expense Retainer Account shall be funded by the Debtor in an initial amount not less than $263,306.00.  Attorney Higby shall report weekly to the Debtors, the Office of the United States Trustee, and counsel to the Official Committee of Unsecured Creditors all activity with respect to the Expense Retainer Account;

    4.  The Debtors are hereby authorized and directed to establish and fund immediately and maintain a fee retainer account for Attorney Higby's prosecution of the Massachusetts foreclosure matters for which the Debtor retains her ("Fee Retainer Account").  The Debtors shall fund the Fee Retainer Account in an initial amount of not less than $70,550.00.  Attorney Higby shall report weekly to the Debtors, the Office of the United States Trustee and counsel to the Official Committee of Unsecured Creditors all activity with respect to the Fee Retainer Account; and

    5.  From and after the date hereof, the Debtors shall immediately notify Attorney Higby of any sale, transfer or release of servicing rights with respect to any and all Massachusetts foreclosure matters for which she has been retained, and shall escrow from each such sale, transfer, or release of servicing rights not less than $5,000 per Massachusetts foreclosure matter for which she has been retained, said escrow to be maintained until Attorney Higby has been paid all approved fees and reimbursed all approved expenses relating to said matter.

Date: _____, 2008            _____
                       Honorable Christopher S. Sontchi,
                       United States Bankruptcy Judge

#9425352 v1