IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                              :
                                                             :   Jointly Administered
    Debtors.                                                 :
------------------------------------------------------------ x

### ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

    April 14, 2008 at 10:00 a.m.- Interim Fee Requests
    April 28, 2008 at 2:00 p.m.
    May 12, 2008 at 10:00 a.m.
    May 28, 2008 at 11:00 a.m.
    June 11, 2008 at 10:00 a.m.
    June 25, 2008 at 10:00 a.m.

Dated: March 10, 2008
       Wilmington, Delaware

                                       CHRISTOPHER S. SONTCHI
                                       UNITED STATES BANKRUPTCY JUDGE