

**Wolverine Real Estate Services, Inc.**
26711 Woodward Ave. Suite 305
Huntington Woods, MI 48070
(248) 586-9779  Fax (248) 586-9794

**Property Value Analysis Report**

Account Number: **175954F01**    Lender: **142**    Project Number: **2724**

## Borrower/Subject Property Information

Borrower: 

Property Address: **15674 LAPPIN ST**    Check one: ☒ SF ☐ PUD ☐ Condo ☐ 2-4 Units

City: **DETROIT**    County: **WAYNE**    State: **MI**    Zip Code:

| No. of Rooms | No. of Bedrooms | No. of Baths | Family room or den | Gross Living Area | Garage/Carport | Porches, Patio or Pool | Central Air |
|---|---|---|---|---|---|---|---|
| 5 | 3 | 1 | ☐ YES ☒ NO | 737 Sq. Ft. | None | ☐ YES ☒ YES ☐ YES / ☒ NO ☐ NO ☒ NO | ☐ YES ☒ NO |

### Field Report

**NEIGHBORHOOD**

| | | | | | Good | Avg. | Fair | Poor |
|---|---|---|---|---|---|---|---|---|
| Location | ☒ Urban | ☐ Suburban | ☐ Rural | Property Compatibility | ☐ | ☒ | ☐ | ☐ |
| Built Up | ☒ Over 75% | ☐ 25% to 75% | ☐ Under 25% | General appearance of property | ☐ | ☒ | ☐ | ☐ |
| Growth Rate | ☐ Fully Dev. ☐ Rapid | ☐ Steady | ☒ Slow | Appeal to Market | ☐ | ☒ | ☐ | ☐ |
| Property Values | ☐ Increasing | ☐ Stable | ☒ Declining | | | | | |
| Demand / Supply | ☐ Shortage | ☐ In Balance | ☒ Over Supply | | | | | |
| Market Time | ☐ Under 3 Mos. | ☐ 4 - 6 Mos. | ☒ Over 6 Mos. | | | | | |

Present Land Use: ☒ 1 Family ☐ 2 - 4 Family ☐ Apts. ☐ Condo ☐ Commercial ☐ Industrial ☐ Vacant

Change in Present Land Use: ☒ Not Likely ☐ Likely ☐ Taking Place From

Predominant Occupancy: ☒ Owner ☐ Tenant    % Vacant _____

Price Range $ **40,000** to $ **108,000**    $ **75,000** Predominant Value

Age **50** Yrs. to **100** Yrs. Predominate age. **65** yrs.

Note: Wolverine does not consider race or the racial composition of the neighborhood to be reliable factors in this analysis. Comments including those factors, favorable or unfavorable, affecting marketability (e.g. public parks, schools, view, noise):

**SUBJECT PROPERTY**

Approximate Year Built: **1942**    No. Units: **1**    No. Stories: **1.5**

Type (detached, duplex, semi/det. etc.): **DETACHED**

Design (rambler, split level, ect.): **BUNGALOW**

Exterior Wall Material: **FRAME**    Roof Material: **SHINGLE**

**PROPERTY RATING**

| | Good | Avg. | Fair | Poor |
|---|---|---|---|---|
| Condition of Exterior | ☐ | ☒ | ☐ | ☐ |
| Compatibility to Neighborhood | ☐ | ☒ | ☐ | ☐ |
| Appeal and Marketability | ☐ | ☒ | ☐ | ☐ |

Comments (favorable or unfavorable, including any deferred maintenance):
21 021669 LAST SALE 09/2005 $47,600.

This report is solely an estimate and is not to be construed as an appraisal report.

Estimated Market Value $ **73,000**    as of **February 21, 2008**

Completed By: **Wolverine Real Estate Services, Inc.**

Signature: _____    Date: **February 21, 2008**

ATTACH CURRENT DESCRIPTIVE PHOTOGRAPHS OF SUBJECT PROPERTY AND STREET SCENE

BPO020rr.frx 08-98



**Wolverine Real Estate Services, Inc.**
26711 Woodward Ave. Suite 305
Huntington Woods, MI 48070
(248) 586-9779   Fax (248) 586-9794

**Property Value Analysis Report**

Account Number: 175954F01        Lender: 142        Project Number: 2724

# COMPARABLES

## Comparable Properties

| | |
|---|---|
| 15851 LAPPIN<br>DETROIT, MI<br><br>*05/2007* | 3 Bedroom / 1 Bath<br>726 Square Feet<br>$78,000 |
| 15818 CORAM<br>DETROIT, MI<br><br>*07/2007* | 3 Bedroom / 1 Bath<br>739 Square Feet<br>$75,000 |

## Subject Property


