# **CERTIFICATE OF SERVICE**

I hereby certify that I am over 18 years of age and not a party to this case, and on March 10, 2008, I caused to be served by facsimile and/or email as noted on the attached service list, a copy of the following document:

**LIMITED OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECUREDCREDITORS TO MOTION OF THE DEBTORS FOR ORDERS: (A)(I) APPROVING SALE PROCEDURES; (II) APPROVING PAYMENT OF EXPENSE REIMBURSEMENT; (III) SCHEDULING A HEARING TO CONSIDER SALE OF CERTAIN NON-PERFORMING LOANS; (IV) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (V) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF NON-PERFORMING LOANS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING SALE AGREEMENT THERETO; (III) AUTHORIZING THE DISTRIBUTIONOF THE PROCEEDS; AND (IV) GRANTING RELATED RELIEF**

    /s/ Joseph J. Bodnar
Joseph J. Bodnar