## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | **Objections Due: March 20, 2008 at 4:00 p.m.** |
| | : | **Hearing Date: March 27, 2008 at 11:00 a.m.** |

### MOTION OF NORTHWEST TRUSTEE SERVICES, INC. FOR ORDER DIRECTING THE DEBTORS TO IMMEDIATELY COMPLY WITH ORDER ALLOWING AND APPROVING UNDISPUTED FEES AND COSTS CONTAINED IN APPLICATIONS OF NORTHWEST TRUSTEE SERVICES, INC. FOR ALLOWANCE AND APPROVAL OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FORECLOSURE PROFESSIONALS TO THE DEBTORS-IN-POSSESSION

Northwest Trustee Services, Inc. ("NWTS"), by and through its undersigned counsel, hereby moves this Court for the entry of an order that directs the above-captioned debtors and debtors-in-possession ("Debtors") to immediately comply with this Court's February 1, 2008, *Order Allowing and Approving Undisputed Fees and Costs Contained in Applications of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-In-Possession* [Docket No. 2857] ("Fee Order"). In support of the relief requested herein, NWTS respectfully states as follows:

1. On February 1, 2008, more than five weeks ago, this Court entered the Fee Order directing the Debtors to, *inter alia*, promptly remit payment to NWTS in the amount of $477,575.53.

2. On or about February 22, 2008, the Debtors remitted payment to NWTS in the amount of $193,821.36. Notwithstanding NWTS' inquiries and requests, as of the

date of this Motion, the Debtors have failed to pay the $283,754.17 balance to NWTS as required by the Fee Order.

3. NWTS respectfully requests that this Court direct the Debtors to immediately and fully comply with the terms of the Fee Order by remitting payment of $283,754.17 to NWTS no later than March 31, 2008. Additionally, NWTS requests that this Court grant NWTS its reasonable attorneys' fees and costs incurred having its counsel request, and ultimately move to compel, Debtors' compliance with the Fee Order.

WHEREFORE, NWTS respectfully requests that this Court enter an order that: (a) directs the Debtors' to immediately remit payment of $283,754.17 to NWTS no later than March 31, 2008, (b) awards NWTS its reasonable attorneys' fees and costs incurred in connection with this Motion, and (c) grants such further and additional relief to NWTS as the Court may deem just and proper.

DATED: March 10, 2008

CONNOLLY BOVE LODGE & HUTZ LLP

Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
*Attorneys for Northwest Trustee Services, Inc.*

#597417