IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE HOLDINGS, | : Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, | : |
| | : Jointly Administered |
| Debtors. | : Objections Due: March 20, 2008 at 4:00 p.m. |
| | : Hearing Date: March 27, 2008 at 11:00 a.m. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, on March 10, 2008, Northwest Trustee Services, Inc. ("NWTS"), by and through its undersigned counsel, filed and served its *Motion for Order Directing the Debtors to Immediately Comply with Order Allowing and Approving Undisputed Fees and Costs Contained in Applications of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-In-Possession* ("Motion").

Responses to the Motion, if any, must be filed no later than **4:00 p.m. on March 20, 2008**. At the same time, you must also serve a copy of the response upon the undersigned counsel.

A HEARING ON THE MOTION WILL BE HELD ON **March 27, 2008 at 11:00 a.m.**

IF NO RESPONSES ARE FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

DATED: March 10, 2008

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141

#597424