IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, | : | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | **Related to Docket No. ___** |
| | : | |

**ORDER DIRECTING THE DEBTORS TO IMMEDIATELY COMPLY WITH
ORDER ALLOWING AND APPROVING UNDISPUTED FEES AND COSTS
CONTAINED IN APPLICATIONS OF NORTHWEST TRUSTEE SERVICES, INC.
FOR ALLOWANCE AND APPROVAL OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS FORECLOSURE
PROFESSIONALS TO THE DEBTORS-IN-POSSESSION**

Upon consideration of the *Motion of Northwest Trustee Services, Inc. for Order Directing the Debtors to Immediately Comply with Order Allowing and Approving Undisputed Fees and Costs Contained in Applications of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-In-Possession* ("Motion") and the responses and objections, if any, filed with respect to the Motion; and it further appearing that notice of the Motion was adequate and proper; and after due deliberation and sufficient good cause appearing therefor, it is hereby

ORDERED, that the above-captioned debtors and debtors-in-possession ("Debtors") shall immediately pay the sum of $283,754.17 to NWTS on or before March 31, 2008.

ORDERED, that the Debtors shall reimburse NWTS for its attorneys' fees and costs incurred attempting to secure Debtors' compliance with the Fee Order.

IT IS SO ORDERED this ___ day of March, 2008.

_____
HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE