IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------------  x
In re:                                                                     :   Chapter 11
                                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                     :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                            :
                                                                          :   Jointly Administered
        Debtors.                                                          :
-------------------------------------------------------------------------  x   Ref. No. 3044
```

## CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 3044

The undersigned hereby certifies that, as of the date hereof, no answer, objection

or other responsive pleading to Debtors' Motion for Order, Pursuant to Bankruptcy Rule 9019

and Sections 105 and 362 of the Bankruptcy Code, Approving the Settlement Agreement by and

Between the American Home Mortgage Corp. and Carla Martin Resolving Certain Pending

Prepetition Litigation (the "Motion") has been received. The Court's docket which was last

updated March 11, 2008, reflects that no objections to the Motion have been filed. Objections to

the Motion were to be filed and served no later than March 6, 2008 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
March 11, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Donald J. Bowman (No. 4383)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession