# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>                  Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>JOINTLY ADMINISTERED<br><br>Docket Ref. No. 2969 |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR TERMINATION OF CM/ECF NOTICES

    NOW COMES the undersigned attorney, James M. Liston, of Bartlett Hackett Feinberg P.C., requesting withdrawal of his appearance in this case and termination of the delivery of CM/ECF Notices to this office with respect to the above-captioned case.

Dated: March 11, 2008          /s/ James M. Liston
                                       James M. Liston, Esq.
                                       jml@bostonbusinesslaw.com
                                       Bartlett Hackett Feinberg P.C.
                                       155 Federal Street, 9th Floor
                                       Boston, MA 02110
                                       Tel. (617) 422-0200