**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | JOINTLY ADMINISTERED |
| Debtors. | Docket Ref. No. 2969 |

**CERTIFICATE OF SERVICE**

I, James M. Liston, hereby certify that on March 11, 2008, NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR TERMINATION OF CM/ECF NOTICES was electronically filed. I further certify that true and correct copies have been served on March 11, 2008 by first class mail, postage prepaid, to any of the parties listed on the resulting Notice of Electronic Filing not noted as having received electronic service.


Dated: March 11, 2008         /s/ James M. Liston
                              James M. Liston, Esq.
                              jml@bostonbusinesslaw.com
                              Bartlett Hackett Feinberg P.C.
                              155 Federal Street, 9th Floor
                              Boston, MA  02110
                              Tel. (617) 422-0200