UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al ) | (Jointly Administered) |
| Debtors. ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF RICHARD A. SHEILS, JR.**

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission pro hac vice of Richard A. Sheils, Jr, Esq., to represent Sandra Kraege Higby in the above-captioned matter.

Dated: March 11, 2008
Wilmington, Delaware

Respectfully submitted,
Pepper Hamilton LLP

/s/ David M. Fournier
David M. Fournier (ID No. 2812)
Hercules Plaza, Suite 5100
1313 Market Street,
P.O. Box 1709
Wilmington, DE 19899-1709
Tel: (302) 777-6500
Fax: (302) 421-8390

**CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Supreme Judicial Court of The Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the First Circuit Court of Appeals, and, pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

By: /s/ Richard A. Sheils
Richard A. Sheils, Jr., Esq. (BBO # 457290)
Bowditch & Dewey, LLP
311 Main Street
Worcester, MA 01608
Tel: (508) 791-3511
Fax: (508) 929-3047
rsheils@bowditch.com

#9427627 v1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
Christopher S. Sontchi
United States Bankruptcy Judge

#9427627 v1