## CERTIFICATE OF SERVICE

I, David M. Fournier hereby certify that, on this the 11th day of March, 2008, I caused to be served the **Motion and Order for Admission Pro Hac Vice of Richard A. Sheils, Jr.**, by first-class mail, postage prepaid, on the following parties.

James L. Patton, Esq.
Robert S. Brady, Esq.
Pauline K. Morgan, Esq.
Sean M. Beach, Esq.
Matthew B. Lunn, Esq.
Kara Hammond Coyle, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street
17th Floor
Wilmington, DE 19801
*Counsel for the Debtors*

Joseph McMahon, Jr.
Office of the United States Trustee
844 King Street
Room 2207
Wilmington, DE 19801

Bonnie G. Fatell, Esq.
David W. Carickhoff, Jr., Esq.
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
*Counsel to the Official Committee of Unsecured Creditors*

    /s/ David M. Fournier
    David M. Fournier

#9427627 v1