## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Objection Deadline: March 31, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: April 14, 2008 @ 10:00 a.m. (ET) |

### NOTICE OF MOTION OF COUNTRYWIDE FOR ENTRY OF ORDER ALLOWING LATE FILING OF PROOFS OF CLAIM

**PLEASE TAKE NOTICE** that on March 11, 2008, Countrywide Home Loans, Inc., Countrywide Bank, F.S.B., ReconTrust Bank, N.A. and Landsafe (collectively, **"Countrywide"**) filed the attached Motion of Countrywide for Entry of Order Allowing Late Filing of Proofs of Claim (the **"Motion"**).

**PLEASE TAKE FURTHER NOTICE** that a hearing (the **"Hearing"**) to consider the Motion will be held on April 14, 2008 at 10:00 a.m. before The Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that Objections to the Motion, if any, must be filed on or before March 31, 2008 at 4:00 p.m. (the **"Objection Deadline"**) with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the Objection upon undersigned counsel to Countrywide, so that the response is received on or before the Objection Deadline.

WLM 512871.1

- 2 -

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
       March 11, 2008

    Respectfully submitted,

    EDWARDS ANGELL PALMER & DODGE LLP

    _____
    William E. Chipman, Jr. (No. 3818)
    919 North Market Street
    15th Floor
    Wilmington, Delaware 19801
    (302) 777-7770

    *Counsel to Countrywide Bank, F.S.B., Countrywide Home Loans, Inc.; ReconTrustBank, N.A. and Landsafe*