# **EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,<br><br>Debtors. | Case No. 07-11047 (CSS)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**Related to Docket No. _____** |

**ORDER DEEMING PROOFS OF CLAIM OF
COUNTRYWIDE TO BE TIMELY FILED**

Upon consideration of the Motion of Countrywide for Entry of Order Allowing Late Filing of Proofs of Claim (the **"Motion"**) and any response thereto; and due and adequate notice of the Motion having been giving; and no other or further notice is necessary or required; and this Court finding that good and sufficient cause exists to grant the relief requested in the Motion, it is hereby ORDERED:

1. The Motion is GRANTED.

2. The: (a) four (4) Claims asserted by Countrywide Home Loans, Inc. against AHM (Claim Nos. 9326, 9327, 9328 and 9329); (b) one (1) Claim asserted by Countrywide Bank, F.S.B. against AHM (Claim No. 9440); (c) one (1) Claim asserted by ReconTust Bank, N.A. against AHM (Claim No. 9441); and (d) four (4) Claims asserted by Landsafe against AHM (Claim Nos. 9442, 9443, 9444 and 9445) are deemed to be filed timely for the reasons set forth in the Motion.

3. The Court reserves jurisdiction to enforce the terms of this Order.

Dated: _____, 2008
       Wilmington, Delaware

                                            THE HONORABLE CHRISTOPHER S. SONTCHI
                                            UNITED STATES BANKRUPTCY JUDGE