**EDWARDS ANGELL PALMER & DODGE LLP**
William E. Chipman, Jr., DE State Bar No. 3818
919 North Market Street
15th Floor
Wilmington, Delaware 19801
Telephone:    (302) 777-7770

Counsel to
Countrywide Bank, FSB and
Countrywide Home Loans, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,<br><br>               Debtors. | Case No. 07-11047 (CSS)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>Related to Docket No. 3224<br><br>**DECLARATION OF JUNE SMITH IN SUPPORT OF MOTION OF COUNTRYWIDE FOR ENTRY OF ORDER ALLOWING LATE FILING OF PROOFS OF CLAIM** |

## DECLARATION OF JUNE SMITH

I, June Smith, being first duly sworn, depose and state as follows:

1.      I am of sound mind and am competent to make this Declaration.  I have personal

knowledge of the facts stated herein, all of which are true and correct.

2.      I make this Declaration in my official capacity as a legal secretary with Bryan

Cave LLP, in Santa Monica, California.  I have personal knowledge of the matters set forth in

this declaration, and if called upon as a witness, could and would competently testify to such matters.

3.    On Tuesday, January 15, 2008, I contacted the tracking department at Federal Express to determine why four (4) packages containing proofs of claim ("Claims") of Countrywide Home Loans, Inc. and its affiliates ("Countrywide") against American Home Mortgage Holdings, Inc., et al. Debtors (collectively, "AHM") were delivered late. I spoke with Erica in Federal Express' customer service department, who confirmed that the Federal Express packages containing Countrywide's Claims against AHM were properly addressed and had the proper box checked for early morning delivery. These shipments left our office at Bryan Cave LLP in Santa Monica, California on Thursday, January 10, 2008 and should have been delivered to the AHM claims noticing agent in New York on Friday, January 11, 2008 by 8:00 a.m. I explained these facts to Erica and advised her that the Claims were not delivered until Monday, January 14, 2008. Erica checked the tracking information for each of the four (4) Federal Express packages containing the Countrywide Claims, and advised me that there was no reason for the late deliveries, that there were no weather or service-related delays and could not explain why the packages were delivered late. She was very apologetic for Federal Express' error and advised me that I should contact Federal Express' Revenue Services to open a refund claim.

4.    On January 16, 2008, I contacted Federal Express' Revenue Services at 1-800-622-1147 and left a message for which I never received a return call.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of March 2008, at Santa Monica, California.

_June Smith_
June Smith

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

1 _____

2 _____

3 _____

4 _____

5 _____

6 _____

Signature of Document Signer No. 1                    Signature of Document Signer No. 2 (if any)

State of California

County of *Los Angeles*

Subscribed and sworn to (or affirmed) before me on this

11th day of *March*, 20 08 by
  Date          Month              Year

(1) *June Smith*
                    Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

(2)_____ (and
                    Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____
                    Signature of Notary Public

KAMEELAH HAKEEM
Commission # 1559185
Notary Public - California
Los Angeles County
My Comm. Expires Mar 14, 2009

Place Notary Seal Above

———————— *OPTIONAL* ————————

*Though the information below is not required by law, it may prove
valuable to persons relying on the document and could prevent
fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document:_____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5910    Reorder: Call Toll-Free 1-800-876-6827