**EDWARDS ANGELL PALMER & DODGE LLP**
William E. Chipman, Jr., DE State Bar No. 3818
919 North Market Street
15th Floor
Wilmington, Delaware 19801
Telephone:    (302) 777-7770

Counsel to
Countrywide Bank, FSB and
Countrywide Home Loans, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,<br><br>            Debtors. | Case No. 07-11047 (CSS)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>Related to Docket No. 3224<br><br>**DECLARATION OF PAMELA DAVIS IN SUPPORT OF MOTION OF COUNTRYWIDE FOR ENTRY OF ORDER ALLOWING LATE FILING OF PROOFS OF CLAIM** |

## DECLARATION OF PAMELA DAVIS

I, Pamela Davis, being first duly sworn, depose and state as follows:

1.     I am of sound mind and am competent to make this Declaration. I have personal knowledge of the facts stated herein, all of which are true and correct. I am a legal secretary in the Santa Monica office of the Law Firm of Bryan Cave, LLP, assigned to assist Katherine M. Windler ("Ms. Windler"), bankruptcy attorney.

2.     On or about January 9, 2008, pursuant to Ms. Windler's instructions, I began printing certain exhibits for use in the filing of Countrywide's proofs of claim (individually, the

"Claim;" collectively, the "Claims") in the American Home Mortgage Holdings, Inc., et al. ("AHM") bankruptcy cases. The bar date for filing claims with AHM's claims noticing agent was January 11, 2008.

3.  On Thursday, January 10, 2008, Ms. Windler had printed out and assembled copies of (1) various pre-petition contracts executed by and between Countrywide and AHM, (2) Word documents with descriptions of the nature, factual basis and scope of the Claims, and (3) signature executed copies of proof of claim facesheets from Countrywide. On that same day, I worked directly alongside Ms. Windler, and we assembled the Claims, together with all accompanying exhibits.

4.  In total, I, together with Ms. Windler, assembled ten (10) Claims in final form, which I placed in four (4) separate Federal Express delivery packages, which Claims were to be filed for Countrywide with AHM's Claims noticing agent in New York, to wit:

    (a) Four (4) Claims asserted by Countrywide Home Loans, Inc. against AHM;

    (b) One (1) Claim asserted by Countrywide Bank, F.S.B. against AHM;

    (c) One (1) Claim asserted by ReconTust Bank, N.A. against AHM; and

    (d) Four (4) Claims asserted by Landsafe against AHM.

5.  Alongside Ms. Windler, I personally checked each Claim form, each signature and all attachments and exhibits to the Claims before taking them to general services department for copying. By no later than 3:00 p.m on Thursday, January 10, 2008, all the supporting materials and requisite backup for the Claims had been assembled, and I then supervised the duplication of them in general services. I personally assured that the Claims were copied and ready before the regular Federal Express pick up arrived at our Bryan Cave LLP, Santa Monica, California office at 5:00 p.m. PST. Each step relating to the copying, assemblage and

preparation of Federal Express order forms was completed correctly. We did not delay the Federal Express pick up, as all the packages were completed before Federal Express arrived..

6. Ms. Windler instructed me to use Federal Express to deliver the Claims to the AHM Claims noticing agent in New York for delivery on January 11, 2008. I personally prepared each of the four (4) Federal Express Airbill forms and marked each one "FedEx Overnight" (*earliest next business morning*) delivery. (A copy of each of the four (4) Federal Express Airbill forms is attached to Ms. Windler's Declaration as "Composite Exhibit B."

7. With respect to each Claim, Ms. Windler instructed me to include a conforming copy of the Claims and a return, pre-paid Federal Express envelope, addressed to her, so that a stamped, conformed copy of each Claim could be returned to her directly. She further instructed me to retain complete sets of the Claims in our office. I followed her instructions and placed all the Claims into the Federal Express envelopes and retained conforming copies of the Claims for our file. I also prepared the return address envelopes to Ms. Windler at Bryan Cave LLP, Santa Monica, California address, and placed the Claims in the outgoing envelopes.

8. On the morning of Friday, January 11, 2008, Ms. Windler instructed me to check the Federal Express tracking system to verify that each of the four (4) Federal Express packages containing the Claims were, in fact, delivered in New York. I used my password to access the Federal Express system directly online at www.federalexpress.com, and told Ms. Windler that delivery of the Claims in New York was confirmed. Ms. Windler asked me to print the Federal Express confirmation pages showing that each of the four (4) Federal Express packages containing the Claims were on the New York flight and had actually arrived in New York. I printed the Federal Express confirmations, which documents are attached to Ms. Windler's Declaration as "Composite Exhibit C."

9. Later in the day on Friday, January 11, 2008, at approximately 5:30 p.m. P.S.T., I left the office for a pre-scheduled vacation. Before I left, I made certain that all the envelopes had been picked up by Federal Express.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this *11th* day of March 2008, at Santa Monica, California.

*Pamela Davis*
Pamela Davis

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☑ See Attached Document (Notary to cross out lines 1-6 below)
☐ See Statement Below (Lines 1-5 to be completed only by document signer[s], *not* Notary)

1. ~~_____~~
2. ~~_____~~
3. ~~_____~~
4. ~~_____~~
5. ~~_____~~
6. ~~_____~~

_____          _____
Signature of Document Signer No. 1    Signature of Document Signer No. 2 (if any)

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 11th day of March, 2008, by

(1) Pamela Davis
    Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(2) N/A
    Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature _____
           Signature of Notary Public

[Notary Seal: KAMEELAH HAKEEM, Commission # 1559185, Notary Public - California, Los Angeles County, My Comm. Expires Mar 14, 2009]

Place Notary Seal Above

——————————— **OPTIONAL** ———————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5910    Reorder: Call Toll-Free 1-800-876-6827