UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re:* | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | Case No. 07-11047 (CSS) |
|  | (Jointly Administered) |
| Debtors. | **Related to Docket Nos. 3225, 3226, 3227** |

## CERTIFICATE OF SERVICE

William E. Chipman, Jr., do hereby certify that on the 11th day of March, 2008, I caused copies of the following documents:

1. Declaration of June Smith in Support of Motion of Countrywide for Entry of Order Allowing Late Filing of Proofs of Claim [Docket No. 3225];

2. Declaration of Pamela Davis in Support of Motion of Countrywide for Entry of Order Allowing Late Filing of Proofs of Claim [Docket No. 3226]; and

3. Declaration of Katherine M. Windler in Support of Motion of Countrywide for Entry of Order Allowing Late Filing of Proofs of Claim [Docket No. 3227];

to be served upon the counsel listed below in the manner indicated:

| **First Class Mail** | **First Class Mail** | **First Class Mail** |
|---|---|---|
| Jeffrey M. Levine Milestone Advisors, LLC 1775 Eye Street, NW Suite 800 Washington, D.C. 20006 | Allen Horn, General Counsel American Home Mortgage Holdings, Inc. 538 Broadhollow Road Melville, NY 11747 | Margot B. Schonholtz, Esq. Kaye Scholer LLP 425 Park Avenue New York, NY 10022-3596 |

- 2 -

| **Hand Delivery** | **Hand Delivery** | **First Class Mail** | **Hand Delivery** |
|---|---|---|---|
| Laurie S. Silverstein<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19899 | Robert S. Brady<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>Wilmington, DE 19899 | Mark S. Indelicato<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>New York, NY  10022 | Joseph M. McMahon,<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207 - Lockbox #35<br>Wilmington, DE 19801 |

**Hand Delivery**
Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street,
Suite 800
Wilmington, DE 19801

Due to the voluminious nature of these documents copies were only served upon the above listed parties.  If you would like copies of the documents, please feel free to contact us.

                 _____/s/ William E. Chipman, Jr._____
                 William E. Chipman, Jr. (#3818)