**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case Nos. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | ) | |
| | ) | Related Docket Nos. 554, 2002, 2284, |
| Debtors, | ) | 2855, 3142 and 3172 |
| | ) | |
| | ) | |

**CERTIFICATION OF COUNSEL REGARDING
FIFTH STIPULATION AND ORDER REGARDING THE FINAL ORDER
(I) AUTHORIZING DEBTORS' LIMITED USE OF CASH COLLATERAL
AND (II) GRANTING REPLACEMENT LIENS AND ADEQUATE
PROTECTION TO CERTAIN PRE-PETITION SECURED PARTIES**

The undersigned hereby certifies as follows:

1.     On September 4, 2007, this Court entered its Final Order (I) Authorizing Debtors'

Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to

Certain Pre-Petition Secured Parties [D.I. 554] (as subsequently amended by the First Final

Stipulation and Order Extending Limited Use of Cash Collateral Pursuant to the Final Order

(I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens

and Adequate Protection to Certain Pre-Petition Secured Parties [D.I. 2002], the Stipulation and

Order Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and

(II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties

[D.I. 2284], the Second Stipulation and Order Regarding the Final Order (I) Authorizing

Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate

Protection to Certain Pre-Petition Secured Parties [D.I. 2855], the Third Stipulation and Order

Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and

(II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties

[D.I. 3142], and the Fourth Stipulation and Order Regarding the Final Order (I) Authorizing

Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate

Protection to Certain Pre-Petition Secured Parties [D.I. 3172], the "Cash Collateral Order").

Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such

terms in the Cash Collateral Order.

2.      Pursuant to the Cash Collateral Order, the Committee has until March 12, 2008 at

**12:00 p.m.** (the "Committee Deadline") to properly file an adversary proceeding or contested

matter solely for purposes of seeking a determination of the Remaining Issues, which are set

forth in Paragraph 1 of the Second Stipulation and Order Regarding the Final Order

(I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens

and Adequate Protection to Certain Pre-Petition Secured Parties [D.I. 2855].

3.      The Committee has requested and the Administrative Agent has agreed to an

extension of the Committee Deadline to March 12, 2008 at **5:00 p.m.** Eastern Daylight Time.  In

connection with this extension, the Committee and Administrative Agent have entered into the

Fifth Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Used of

Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain

Prepetition Secured Parties (the "Fifth Stipulation and Order")[1], a copy of which is attached

hereto as Exhibit 1.

---

[1]   The Fifth Stipulation and Order also provides that in the event the Committee and the Administrative Agent execute a Final Stipulation by 5:00 p.m. Eastern Daylight Time on March 12, 2008, the Committee Deadline shall automatically be extended to the earlier of (i) the eleventh day after this Court enters an Order approving the Final Stipulation and (ii) March 31, 2008.

4.    Accordingly, the Committee respectfully requests that the Court enter the attached

Fifth Stipulation and Order at its earliest convenience.

Dated:  March 12, 2008

**BLANK ROME LLP**

/s/ *David W. Carickhoff*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400

-and-

**HAHN & HESSEN LLP**
Mark S. Indelicato
Mark T. Power
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Official*
*Committee of Unsecured Creditors*

128189.01600/21673706v.2