# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware ) | |
| Corporation, et al.,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | **Hearing Date: March 13, 2008, at 10:00 AM (ET)** |
| ) | **Objection Deadline: March 10, 2008, at 4:00 PM (ET)** |
| ) | |

**PARTIAL WITHDRAWAL OF LIMITED OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECUREDCREDITORS TO MOTION OF THE DEBTORS FOR ORDERS: (A)(I) APPROVING SALE PROCEDURES; (II) APPROVING PAYMENT OF EXPENSE REIMBURSEMENT; (III) SCHEDULING A HEARING TO CONSIDER SALE OF CERTAIN NON-PERFORMING LOANS; (IV) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (V) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF NON-PERFORMING LOANS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS; (II) AUTHORIZING AND APPROVING SALE AGREEMENT THERETO; (III) AUTHORIZING THE DISTRIBUTIONOF THE PROCEEDS; AND (IV) GRANTING RELATED RELIEF**

1.  On March 10, 2008, the Official Committee of Unsecured Creditors (the "Committee") of American Home Mortgage Holdings, Inc., *et al*., (collectively, the "Debtors") filed its "Limited Objection Of The Official Committee Of Unsecured Creditors To Motion Of The Debtors For Orders: (A)(I) Approving Sale Procedures; (II) Approving Payment Of Expense Reimbursement; (III) Scheduling A Hearing To Consider Sale Of Certain Non-Performing Loans; (IV) Approving Form And Manner Of Notice Thereof; And (V) Granting Related Relief; And (B)(I) Authorizing The Sale Of Non-Performing Loans Free And Clear Of Liens, Claims, Encumbrances And Other Interests; (II) Authorizing And Approving Sale Agreement Thereto; (III) Authorizing The Distribution of The Proceeds; And (IV) Granting Related Relief" (the

---

[1]  The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

665015.03

"Limited Objection"). Following the filing of the Limited Objection, the Committee learned that all three of the REO Assets (as defined in the Limited Objection) in which the Bank of America ("BofA") claimed an interest became REO Assets following the filing of these chapter 11 cases. Because the "Final Order (I) Authorizing Debtors' Limited Use Of Cash Collateral And (II) Granting Replacement Liens And Adequate Protection To Certain Pre-Petition Secured Parties" dated September 4, 2007, deemed BofA to be perfected in proceeds of its collateral arising following the filing of these chapter 11 cases without compliance with otherwise applicable law, the Committee hereby withdraws the Limited Objection solely as it pertains to the REO Assets in which BofA claims an interest

| | |
|---|---|
| Dated: Wilmington, Delaware<br>March 12, 2008 | LAW OFFICES OF JOSEPH J. BODNAR<br><br>/s/ Joseph J. Bodnar<br>_____<br>Joseph J. Bodnar (#2512)<br>2101 North Harrison Street, Suite 101<br>Wilmington, Delaware 19802<br>(302) 652-5506<br><br>        -and-<br><br>HENNIGAN, BENNETT & DORMAN LLP<br>Bruce Bennett<br>Jeanne Irving<br>Michael A. Morris<br>Joshua D.<br>865 S. Figueroa Street, Suite 2900<br>Los Angeles, California 90017<br>(213) 694-1200<br><br>*Proposed Special Conflicts Counsel for*<br>*Official Committee of Unsecured Creditors* |