SERVICE LIST

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, New York 11747
(Attn.: Alan Horn, General Counsel)
Served by email: alan.horn@americanhm.com


Debtors counsel,

Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor, Wilmington, Delaware 19899-0391
(Attn.: James L. Patton, Jr.)
Facsimile: 302-571-1253

Counsel to the Official Committee of Unsecured Creditors,

Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
(Attn.: Mark S. Indelicato)
Facsimile: (212) 478-7400
and
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Attn.: Bonnie Glantz Fatell)
Facsimile: (302) 425-6464

Counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Credit Agreement dated August 10, 2006

Kaye Scholer LLP
425 Park Avenue,
New York, New York 10022
(Attn.: Margot B. Schonholtz and Scott D. Talmadge)
Facsimile: (212) 836-8689
and
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19801
(Attn.: Laurie Seiber Silverstein)
Facsimile: (302) 658-1192

Counsel to the DIP Lender,

Jones Day
222 East 41st Street
New York, New York 10017
(Attn.: Codllne Ball and Erica M. Ryland)
Facsimile: (212) 755-7306
and
Greenberg Traurig LLP,
1007 North Orange Street, Suite 1200,
Wilmington, Delaware 19801
(Attn.: Victoria Counihan)
Facsimile: (302) 661-7360

Counsel to JPMorgan Chase Bank, N.A.,

Landis Rath & Cobb LLP,
919 Market Street, Suite 600
Wilmington, Delaware 19801
(Attn.: Adam G. Landis and Matthew B. McGuire)
Facsimile: (302) 467-4450

Office of the United States Trustee
844 King Street, Room 2313
Wilmington, Delaware 19801
(Attn.: Joseph McMahon)
Facsimile: (302) 573-6497