## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | ) | |
| Corporation, et al.,[i] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

### <u>MOTION AND ORDER FOR ADMISSION PRO HAC VICE</u>

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Michael A. Morris as special conflicts counsel to The Official Committee of

Unsecured Creditors in these chapter 11 cases.

Dated: March 12, 2008

LAW OFFICES OF JOSEPH J. BODNAR

/S/ JOSEPH J. BODNAR

_____

Joseph J. Bodnar (#2512)
2101 North Harrison Street. Suite 101
Wilmington, Delaware 19802
(302) 652-5506

---

[i]    The Debtors are the following entities:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: March 10, 2008                Signed:_____/s/ Michael A. Morris_____
    Ocala, Florida                         Michael A. Morris

                                       HENNIGAN, BENNETT & DORMAN LLP
                                       Michael A. Morris
                                       865 South Figueroa Street, Suite 2900
                                       Los Angeles, California 90017
                                       Telephone:  (213) 694-1200
                                       Facsimile:  (213) 694-1234
                                       mamorris@hbdlawyers.com

                                       Proposed Special Conflicts Counsel to The
                                       Official Committee of Unsecured Creditors


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


Date: _____                    _____
                                       Honorable Christopher S. Sontchi
                                       United States Bankruptcy Judge

604055\v1