**CERTIFICATE OF SERVICE**

I hereby certify that I am over 18 years of age and not a party to this case, and on March 12, 2008, I caused to be served by email a copy of a motion and order for admission pro hac vice on the parties listed below.

    /s/ Joseph J. Bodnar
Joseph J. Bodnar

Pauline K. Morgan, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street
17th Floor
Wilmington, DE 19801
*Counsel for the Debtors*

Bonnie G. Fatell, Esq.
David W. Carickhoff, Jr., Esq.
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
*Counsel to the Official Committee of Unsecured Creditors*

Joseph McMahon, Jr.
Office of the United States Trustee
844 King Street
Room 2207
Wilmington, DE 19801