# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware Corporation, | ) | |
| et al.,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Joshua D. Morse as special conflicts counsel to The Official Committee of Unsecured Creditors in these chapter 11 cases.

Dated: Wilmington, Delaware
March 12, 2008

LAW OFFICES OF JOSEPH J. BODNAR

/s/ JOSEPH J. BODNAR

_____

Joseph J. Bodnar (#2512)
2101 North Harrison Street, Suite
Wilmington, Delaware 19802
(302) 652-5506

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

-1-

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: March 7, 2008   Signed:   /s/ Joshua D. Morse
      Hillsborough, California   Joshua D. Morse

      HENNIGAN, BENNETT & DORMAN LLP
      Joshua D. Morse
      865 South Figueroa Street, Suite 2900
      Los Angeles, California 90017
      Telephone: (213) 694-1200
      Facsimile: (213) 694-1234
      morsej@hbdlawyers.com

      Proposed Special Conflicts Counsel to The
      Official Committee of Unsecured Creditors

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

      Honorable Christopher S. Sontchi
      United States Bankruptcy Judge

604055\v1