UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :   Jointly Administered
                    Debtors.                                     :
                                                                 :   Ref. Docket No. 2858
---------------------------------------------------------------- x

## NOTICE OF SUCCESSFUL BIDDERS REGARDING SALE OF
## BOFA NON-PERFORMING LOANS AND JPM NON-PERFORMING LOANS

PLEASE TAKE NOTICE that, in accordance with the sale procedures approved by Order of the United States Bankruptcy Court for the District of Delaware, dated February 1, 2008 (the "Sale Procedures Order") for the sale of certain Non-Performing Loans,[1] the Debtors received Qualified Bids with respect to the (i) BofA Non-Performing Loans and (ii) JPMorgan Non-Performing Loans.

PLEASE TAKE FURTHER NOTICE that the bids set forth on Exhibit A hereto were determined by the Debtors to be the Successful Bidders with respect to the BofA Non-Performing Loans and the JPMorgan Non-Performing Loans. The Debtors have determined not to name Second Best Bidders at this time.

PLEASE TAKE FURTHER NOTICE that the Debtors intend to seek Court approval to seal the purchase price of each bid pursuant to section 107 of the Bankruptcy Code until the earlier of approval of the sale of the Unencumbered Non-Performing Loans or March 31, 2008. At or prior to the hearing, the Debtors shall file a motion seeking approval of such relief and provide the purchase price information to the Court, the Committee, the Trustee, and JPMorgan and BofA, as applicable. The Debtors shall also contact each bidder to communicate the status of the bid submitted by such bidder.

Dated: Wilmington, Delaware
       March 12, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650))
Sean M. Beach (No. 4070)
Donald J. Bowman, Jr. (No. 4383))
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Sale Procedures.

## EXHIBIT A

| Non-Performing Loans | Successful Bidder | |
|---|---|---|
| BofA Non-Performing Loans | Beltway Capital, LLC | |
| JPMorgan Non-Performing Loans | Lehman Capital | |