**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| American Home Mortgage Holdings, Inc., *et al.*, [1] | : Case No. 07-11047 (CSS) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : |
| | : **Related Dkt. No. 3019** |

**CERTIFICATE OF NO OBJECTION
REGARDING FIRST MONTHLY APPLICATION OF TRENWITH SECURITIES, LLC,
FOR INTERIM COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKING ADVISORS TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF
AUGUST 14, 2007 THROUGH JANUARY 31, 2008 [NO ORDER REQUIRED]**

I, *David W. Carickhoff*, hereby certify as follows:

1. The *First Monthly Application of Trenwith Securities, LLC, for Interim Compensation for Services Rendered and Reimbursement of Expenses as Investment Banking Advisors to the Official Committee of Unsecured Creditors for the Period of August 14, 2007 through January 31, 2008* (the *"Application"*) was filed on February 19, 2008 and docketed at Docket Number 3019.

2. The undersigned further certifies that he has reviewed the Court's docket in these jointly administered cases and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served by 4:00 p.m. on March 10, 2008.

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21673550v.1

- 2 -

3. Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated February 28, 2007, the Debtors are authorized to pay Trenwith Securities, LLC, $14,456.00, which represents 80% of the fees requested ($18,070.00) and $474.94 which represents 100% of the expenses requested in the Application for the period of August 14, 2007 through January 31, 2008 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:  March 12, 2008

BLANK ROME LLP

*/s/ David W. Carickhoff*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Mark T. Power
488 Madison Avenue
New York, New York 10022
Telephone:    (212) 478-7200
Facsimile:    (212) 478-7400

Counsel for the Official Committee
of Unsecured Creditors