IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
         Debtors.                                                        :
------------------------------------------------------------------------ x
```

## NOTICE OF WITHDRAWAL OF DOCKET NOS. 3249 and 3250

PLEASE TAKE NOTICE THAT the undersigned hereby withdraws the Certificates of No Objection to Applications Re: Docket Nos. 3012 and 3018 [Docket Nos. 3249 and 3250].

Dated: Wilmington, Delaware
       March 12, 2008

                                                  YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                                  /s/ Ryan M. Bartley
                                                  James L. Patton, Jr. (No. 2202)
                                                  Pauline K. Morgan (No. 3650)
                                                  Sean M. Beach (No. 4070)
                                                  Matthew B. Lunn (No. 4119)
                                                  Margaret B. Whiteman (No. 4652)
                                                  Ryan M. Bartley (No. 4985)
                                                  The Brandywine Building
                                                  1000 West Street, 17th Floor
                                                  Wilmington, Delaware 19801
                                                  Telephone: (302) 571-6600
                                                  Facsimile: (302) 571-1253

                                                  Counsel for Debtors and
                                                  Debtors in Possession