IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
      Debtors.                                                         :
                                                                       :   Ref. No. 3012
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 3012

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to First Monthly Application of Robert J. Hopp & Associates, LLC as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period October 1, 2007 through October 31, 2007 (the "Application") has been received. The Court's docket, which was last updated March 12, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than March 10, 2008 at 4:00 p.m.

DB02:6653923.1

Pursuant to the Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals and Rela Estate Brokers Utilized in the Ordinary Course and Granting Limited Nunc Pro Tunc Relief [Docket No. 2985] the Debtors are now authorized to pay 100% ($15,850.00) of requested fees and 100% of requested expenses ($72,204.52) on an interim basis without further Court order.

Dated: Wilmington, Delaware
      March 12, 2008

            YOUNG CONAWAY STARGATT & TAYLOR, LLP

            /s/ Ryan M. Bartley
            James L. Patton, Jr. (No. 2202)
            Joel A. Waite (No. 2925)
            Pauline K. Morgan (No. 3650)
            Sean M. Beach (No. 4070)
            Matthew B. Lunn (No. 4119)
            Margaret B. Whiteman (No. 4652)
            Ryan M. Bartley (No. 4985)
            The Brandywine Building
            1000 West Street, 17th Floor
            Wilmington, Delaware 19801
            Telephone: (302) 571-6600
            Facsimile: (302) 571-1253

            Counsel for Debtors and
            Debtors in Possession