IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :  Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :  Jointly Administered
         Debtors.                                                      :
---------------------------------------------------------------------- x

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 13, 2008 AT 10:00 A.M. (ET)

### ADJOURNED/RESOLVED MATTERS

1. CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2515, 12/27/07]

   Objection Deadline: January 7, 2008 at 4:00 p.m., extended to January 9, 2008 at 12:00 p.m.

   Objections Filed:

   a) Debtors' Objection to CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2635, 1/9/08]

   Status: This matter will be adjourned by agreement of the parties to March 27, 2008 at 11:00 a.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] **Amendments appear in bold.**

2. Iron Mountain Information Management, Inc.'s Motion to Compel Payment of Administrative Expenses [D.I. 2465, 12/20/07]

   Objection Deadline: December 28, 2007 at 4:00 p.m., extended to February 7, 2008 at 4:00 p.m. for the Debtors and the Committee

   Related Document:

   a) Proposed Form of Order filed by Iron Mountain Information Management, Inc. [D.I. 2502, 12/26/07]

   Objections Filed:

   b) Informal Response of the Debtors

   Status: This matter will be adjourned by agreement of the parties to March 27, 2008 at 11:00 a.m.

3. Motion of National City Capital Commercial Corporation for Entry of Order Granting Allowance and Payment of Post-Petition Rent as an Administrative Expense Pursuant to 11 U.S.C. § 503(b)(1)(a) [D.I. 2791, 1/25/08]

   Objection Deadline: February 21, 2008 at 4:00 p.m., extended to **April 7**, 2008 for the Debtors and Committee

   Objections Filed: None to date

   Status: This matter will be adjourned by agreement of the parties to April 14, 2008 at 10:00 a.m.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION**

4. Motion of Aurora Loan Services, LLC for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362 (d)(1) as to 125-127 Sumter Street, Providence, RI 02907 [D.I. 3008, 2/16/08]

   Objection Deadline: March 6, 2008 at 4:00 p.m.

   Objections Filed:

   a) Reservation of Rights [D.I. 3166, 3/5/08]

   Related Documents:

   b) Certification of Counsel [D.I. 3199, 3/8/08]

      c)    **Order Granting Motion For Relief From the Automatic Stay With Respect to Real Property Located at 125-127 Sumter Street, Providence, RI [D.I. 3220, 3/11/08]**

    Status: **An Order has been entered.** No hearing is necessary.

5.    Debtors' Motion for Order, Pursuant to Bankruptcy Rule 9019 and Sections 105 and 362 of the Bankruptcy Code, Approving the Settlement Agreement by and Between the American Home Mortgage Corp. and Carla Martin Resolving Certain Pending Prepetition Litigation [D.I. 3044, 2/21/08]

    Objection Deadline:    March 6, 2008 at 4:00 p.m.

    Objections Filed:    None

    Related Documents:

      a)    Certificate of No Objection [D.I. 3215, 3/11/08]

      b)    **Order Approving the Settlement Agreement by and Between the American Home Mortgage Corp. and Carla Martin Resolving Certain Pending Prepetiton Litigation [D.I. 3221, 3/11/08]**

    Status: **An Order has been entered.** No hearing is necessary.

6.    Debtors' Motion to Further Extend the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. §1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027 [D.I. 3049, 2/22/08]

    Objection Deadline:    March 6, 2008 at 4:00 p.m.

    Objections Filed:    None

    Related Document:

      a)    Certificate of No Objection [D.I. 3214, 3/11/08]

      b)    **Order Further Extending the Period Within Which the Debtors May Remove Actions [D.I. 3222, 3/11/08]**

    Status: **An Order has been entered.** No hearing is necessary.

7. Debtors' Application Pursuant to Section 327(a) and 328(a) of the Bankruptcy Code for Order Authorizing the Retention and Employment of CB Richard Ellis, Inc. as a Real Estate Broker, Nunc Pro Tunc to February 22, 2008 [D.I. 3053, 2/22/08]

   Objection Deadline:   March 6, 2008 at 4:00 p.m.

   Objections Filed:   None

   Related Document:

   a) Certification of Counsel [D.I. 3213, 3/10/08]

   b) **Order Authorizing the Retention and Employment of CB Richard Ellis, Inc. as a Real Estate Broker, Nunc Pro Tunc to February 22, 2008 [D.I. 3223, 3/11/08]**

   Status: **An Order has been entered.** No hearing is necessary.

## CONTESTED MATTERS GOING FORWARD

8. Hearing to Consider Sale of Certain Non-Performing Loans

   Objection Deadline:   March 6, 2008 at 4:00 p.m., extended for the Committee to March 11, 2008 at 10:00 a.m. and for Bank of America to March 10, 2008 at 4:00 p.m.

   Related Documents:

   a) Motion of the Debtors for Orders: (A)(1) Approving Sale Procedures; (II) Approving Payment of Expense Reimbursement; (III) Scheduling a Hearing to Consider Sale of Certain Non-Performing Loans; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of Non-Performing Loans Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Sale Agreement Thereto; (III) Authorizing the Distribution of the Proceeds; and (IV) Granting Related Relief [D.I. 2490, 12/22/07]

   b) Notice of Filing of Modified Sale Procedures and Form Asset Purchase Agreement [D.I. 2754, 1/18/08]

   c) Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (I) Approving Sale Procedures; (II) Approving Expense Reimbursement; (III) Scheduling a Hearing to Consider Sale of Certain Non-Performing Loans; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief [D.I. 2858, 2/4/08]

d)  Notice of Modified Bid Deadlines and Sale-Related Dates [D.I. 2997, 2/15/08]

e)  Notice of Modified Bid Deadlines and Sale Related Dates Solely with Respect to the Unencumbered Non-Performing Loans [D.I. 3180, 3/7/08]

f)  Notice of Revised Proposed Forms of Order Approving the Sale of Certain Non-Performing Loans [D.I. 3217, 3/11/08]

h)  **Notice of Successful Bidders Regarding Sale of BofA Non-Performing Loans and JPM Non-Performing Loans [D.I. 3253, 3/12/08]**

i)  **Debtors' Motion Pursuant to Section 107(b) of the Bankruptcy Code for an Order Authorizing the Debtors to File, Under Seal, the Purchase Prices with Respect to the Notice of the Successful Bids [D.I. 3258, 3/12/08]**

Objections Filed:

g)  Limited Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Orders: (A)(1) Approving Sale Procedures; (II) Approving Payment of Expense Reimbursement; (III) Scheduling a Hearing to Consider Sale of Certain Non-Performing Loans; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of Non-Performing Loans Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Sale Agreement Thereto; (III) Authorizing the Distribution of the Proceeds; and (IV) Granting Related Relief [D.I. 3211, 3/10/08]

Status: This matter will be going forward with respect to the BofA Non-Performing Loans and JPM Non-Performing Loans (as such terms are defined in the Sale Procedures [D.I. 2858]. **The Debtors intend to seek Court approval to seal the purchase price for each bid until the earlier of approval of the Sale of the Unencumbered Non-Performing Loans on April 14, 2008. The Committee and the United States Trustee have consented to the limited sealing of the purchase prices.** The remainder of this matter, solely with respect to the Unencumbered Non-Performing Loans, is adjourned to March 27, 2008 at 11:00 a.m. as set forth in the Notice of Modified Bid Deadlines [D.I. 3180].

9. Gloria T. Kirk's Motion to Lift Stay [D.I. 2969, 2/13/08]

   Objection Deadline:   March 6, 2008 at 4:00 p.m.

   Objections Filed:

   a) Debtors' Objection to Gloria T. Kirk's Motion to Lift Stay [D.I. 3177, 3/6/08]

   b) Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to Gloria T. Kirk's Motion to Lift Stay [D.I. 3178, 3/6/08]

   Status: **At the request of the movant, this matter is adjourned to March 27, 2008 at 11:00 a.m.**

10. Motion of Bank of America, N.A., as Administrative Agent, for Relief from Automatic Stay, Pursuant to 11 U.S.C. §362(d), Allowing the Administrative Agent to Exercise its Rights as Secured Creditor [D.I. 3054, 2/22/08]

    Objection Deadline:   March 6, 2008 at 4:00 p.m.

    Related Documents:

    a) Declaration of Laurie Selber Silverstein in Support of Motion of Bank of America, N.A., as Administrative Agent, for Relief from Automatic Stay, Pursuant to 11 U.S.C. §362(d), Allowing the Administrative Agent to Exercise its Rights as Secured Creditor [D.I. 3056, 2/22/08]

    b) Motion of Bank of America, N.A., as Administrative Agent, Under Federal Rules of Bankruptcy Procedure 7033 and 7034, to Shorten Debtors' Time to Respond to Discovery in Connection with the Motion of the Bank of America, N.A., as Administrative Agent, for Relief from Automatic Stay [D.I. 3143, 3/3/08]

    c) Order Denying Motion to Shorten Time [D.I. 3171, 3/6/08]

    Objections Filed:

    d) Debtors' Preliminary Objection to the Motion of Bank of America, N.A., as Administrative Agent, for Relief from Automatic Stay, Pursuant to 11 U.S.C. §362(d), Allowing the Administrative Agent to Exercise its Rights as Secured Creditor [D.I. 3175, 2/6/08]

    Status: This matter will be going forward as a preliminary hearing. The Motion to Shorten [D.I. 3143] will be considered by the Court at the preliminary hearing on the Stay Relief Motion.

**ADVERSARY MATTER**

11. Lehman Brothers Inc.'s and Lehman Commercial Paper Inc.'s Motion to Partially Dismiss with Prejudice Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Federal Rule of Bankruptcy Procedure 7012(b) [D.I. 5, 10/24/07]

   Related Documents:

   a) Lehman Brothers Inc.'s and Lehman Commercial Paper Inc.'s Opening Brief in Support of Their Motion to Partially Dismiss with Prejudice Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Federal Rule of Bankruptcy Procedure 7012(b) [D.I. 6, 11/26/07]

   b) Affidavit of Robert J. Rosenberg in Support of Lehman Brothers Inc.'s and Lehman Commercial Paper Inc.'s Motion to Partially Dismiss with Prejudice Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Federal Rule of Bankruptcy Procedure 7012(b) [D.I. 7, 11/26/07]

   c) Answering Brief of Plaintiff American Home Mortgage Investment Corp. in Opposition to Motion of Lehman Brothers Inc.'s and Lehman Commercial Paper Inc.'s to Partially Dismiss with Prejudice Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Federal Rule of Bankruptcy Procedure 7012(b) [D.I. 16, 12/10/07]

   d) Defendants' Response in Support of Their Motion to Partially Dismiss with Prejudice Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Federal Rule of Bankruptcy Procedure 7012(b) [D.I. 18, 12/17/07]

e) Affidavit of Robert J. Rosenberg in Support of Defendants' Response in Support of Their Motion to Partially Dismiss with Prejudice Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Federal Rule of Bankruptcy Procedure 7012(b) [D.I. 20, 12/19/07]

Status: This matter is going forward as an oral argument.

Dated: Wilmington, Delaware
March 12, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sean M. Beach
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession