# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | : Case No. 07-11047 (CSS) |
| | : |
| | : Jointly Administered |
| Debtors. | : **Related to Docket No. 3212** |
| | : |

## MOTION FOR AN ORDER LIMITING NOTICE OF MOTION OF NORTHWEST TRUSTEE SERVICES, INC. FOR AN ORDER DIRECTING THE DEBTORS TO IMMEDIATELY COMPLY WITH PRIOR ORDER

Northwest Trustee Services, Inc. ("NWTS"), by and through its undersigned counsel, respectfully request, pursuant to 11 U.S.C. § 105, Rule 2002 of the Federal Rules of Bankruptcy Procedure, and Bankr. D. Del. 9006-1(e), that this Court limit, to the extent necessary, the notice required for the *Motion of Northwest Trustee Services, Inc. for an Order Directing the Debtors to Immediately Comply with Order Allowing and Approving Undisputed Fees and Costs Contained in Applications of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-In-Possession* ("Motion"), a copy of which is attached.

1. On March 10, 2008, NWTS filed the Motion requesting that the Debtors immediately comply this Court's February 1, 2008, *Order Allowing and Approving Undisputed Fees and Costs Contained in Applications of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-In-Possession* ("Order"). The Motion was duly noticed for hearing on March 27, 2008.

2. The Motion was served on all counsel, including the Debtors' general counsel and the United States Trustee, that are required to receive notice of NWTS' fee applications ("Notice Parties"), as demonstrated by the applicable Certificate of Service.

*See Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code* [Docket No. 547] ("Compensation Order"). Additionally, other parties received notice of the Motion though the Court's electronic notification system.

    3.    Debtors' counsel has expressed concerns to NWTS regarding the notice and service of the Motion, including NWTS' failure to serve the Motion on the Debtors' 2002 list. NWTS believes that notice and service of the Motion were proper and adequate. Notwithstanding the foregoing (and in light of the concerns raised by the Debtors), NWTS requests that the Court (a) limit notice of the Motion to only the Notice Parties and (b) consider the Motion at the next regularly scheduled omnibus hearing in this matter on March 27, 2008 at 11:00 a.m., as noticed.

    4.    NWTS submits that limiting notice requirements with respect to the Motion will not prejudice any party in this case. NWTS is a foreclosure professional retained by the Debtors in these cases under 11 U.S.C. § 327(a). NWTS is required to (a) file its requests for payment of compensation and reimbursement of expenses and (b) to serve such requests on the Notice Parties. The Motion arises directly from NWTS's requests for compensation and reimbursement and this Court's order thereon. NWTS is not required to serve the Motion on the 2002 list, and the expense of such service would be an undue hardship to NWTS. More significantly, NWTS is not seeking new relief from the Court, but rather is seeking to enforce relief previously granted by this Court. Therefore, NWTS does not believe that any parties in interest will be prejudiced by limiting service of the Motion to only the Notice Parties.

WHEREFORE, NWTS respectfully requests that this Court limit notice of the Motion to only the Notice Parties, and consider the Motion at 11:00 a.m. on March 27, 2008, and that this Court grant such other and additional relief as may be just and proper.

DATED:   March 12, 2008

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
*Attorneys for Northwest Trustee Services, Inc.*

#598074