# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, | : | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | **Objections Due: March 20, 2008 at 4:00 p.m.** |
| | : | **Hearing Date: March 27, 2008 at 11:00 a.m.** |

### NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, on March 10, 2008, Northwest Trustee Services, Inc. ("NWTS"), by and through its undersigned counsel, filed and served its *Motion for Order Directing the Debtors to Immediately Comply with Order Allowing and Approving Undisputed Fees and Costs Contained in Applications of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-In-Possession* ("Motion").

Responses to the Motion, if any, must be filed no later than **4:00 p.m. on March 20, 2008**. At the same time, you must also serve a copy of the response upon the undersigned counsel.

A HEARING ON THE MOTION WILL BE HELD ON **March 27, 2008 at 11:00 a.m.**

IF NO RESPONSES ARE FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

DATED:  March 10, 2008       CONNOLLY BOVE LODGE & HUTZ LLP

                              _____
                                Jeffrey C. Wisler (No. 2795)
                                Christina M. Thompson (No. 3976)
                                The Nemours Building
                                1007 N. Orange Street
                                P.O. Box 2207
                                Wilmington, Delaware 19899
                                (302) 658-9141

#597424

#3212
3/10/08

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, | : | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | **Objections Due: March 20, 2008 at 4:00 p.m.** |
| | : | **Hearing Date: March 27, 2008 at 11:00 a.m.** |

### MOTION OF NORTHWEST TRUSTEE SERVICES, INC. FOR ORDER DIRECTING THE DEBTORS TO IMMEDIATELY COMPLY WITH ORDER ALLOWING AND APPROVING UNDISPUTED FEES AND COSTS CONTAINED IN APPLICATIONS OF NORTHWEST TRUSTEE SERVICES, INC. FOR ALLOWANCE AND APPROVAL OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FORECLOSURE PROFESSIONALS TO THE DEBTORS-IN-POSSESSION

Northwest Trustee Services, Inc. ("NWTS"), by and through its undersigned counsel, hereby moves this Court for the entry of an order that directs the above-captioned debtors and debtors-in-possession ("Debtors") to immediately comply with this Court's February 1, 2008, *Order Allowing and Approving Undisputed Fees and Costs Contained in Applications of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-In-Possession* [Docket No. 2857] ("Fee Order"). In support of the relief requested herein, NWTS respectfully states as follows:

1.    On February 1, 2008, more than five weeks ago, this Court entered the Fee Order directing the Debtors to, *inter alia*, promptly remit payment to NWTS in the amount of $477,575.53.

2.    On or about February 22, 2008, the Debtors remitted payment to NWTS in the amount of $193,821.36.  Notwithstanding NWTS' inquiries and requests, as of the

date of this Motion, the Debtors have failed to pay the $283,754.17 balance to NWTS as required by the Fee Order.

3.    NWTS respectfully requests that this Court direct the Debtors to immediately and fully comply with the terms of the Fee Order by remitting payment of $283,754.17 to NWTS no later than March 31, 2008.  Additionally, NWTS requests that this Court grant NWTS its reasonable attorneys' fees and costs incurred having its counsel request, and ultimately move to compel, Debtors' compliance with the Fee Order.

WHEREFORE, NWTS respectfully requests that this Court enter an order that: (a) directs the Debtors' to immediately remit payment of $283,754.17 to NWTS no later than March 31, 2008, (b) awards NWTS its reasonable attorneys' fees and costs incurred in connection with this Motion, and (c) grants such further and additional relief to NWTS as the Court may deem just and proper.

DATED:  March 10, 2008          CONNOLLY BOVE LODGE & HUTZ LLP

Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
*Attorneys for Northwest Trustee Services, Inc.*

#597417

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, | : | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | **Related to Docket No. ___** |
| | : | |

**ORDER DIRECTING THE DEBTORS TO IMMEDIATELY COMPLY WITH
ORDER ALLOWING AND APPROVING UNDISPUTED FEES AND COSTS
CONTAINED IN APPLICATIONS OF NORTHWEST TRUSTEE SERVICES, INC.
FOR ALLOWANCE AND APPROVAL OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS FORECLOSURE
PROFESSIONALS TO THE DEBTORS-IN-POSSESSION**

Upon consideration of the *Motion of Northwest Trustee Services, Inc. for Order Directing the Debtors to Immediately Comply with Order Allowing and Approving Undisputed Fees and Costs Contained in Applications of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-In-Possession* ("Motion") and the responses and objections, if any, filed with respect to the Motion; and it further appearing that notice of the Motion was adequate and proper; and after due deliberation and sufficient good cause appearing therefor, it is hereby

ORDERED, that the above-captioned debtors and debtors-in-possession ("Debtors") shall immediately pay the sum of $283,754.17 to NWTS on or before March 31, 2008.

ORDERED, that the Debtors shall reimburse NWTS for its attorneys' fees and costs incurred attempting to secure Debtors' compliance with the Fee Order.

IT IS SO ORDERED this ___ day of March, 2008.

 

 

 
HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 10th day of March, 2008, I caused a copy of the *Motion of Northwest Trustee Services, Inc. for Order Directing the Debtors to Immediately Comply with Order Allowing and Approving Undisputed Fees and Costs Contained in Applications of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-In-Possession* to be served in the manner indicated on the following parties.

### BY HAND DELIVERY

James L. Patton, Jr., Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Victoria Counihan, Esq.
Greenberg Traurig LLP
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Jr., Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE 19801

Joseph McMahon, Esq.
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801

### BY FIRST CLASS MAIL

Jeffrey M. Levine, Esq.
Milestone Advisors, LLC
1775 Eye Street, NW, Suite 800
Washington, DC 20006

Mark S. Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Margot B. Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Corinne Ball, Esq.
Erica M. Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Alan Horn, Esq.
General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747



Jeffrey C. Wisler

#597434