## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | : : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | **Related to Docket No. \_\_\_\_** |
| | : | |

### ORDER GRANTING MOTION OF NORTHWEST TRUSTEE SERVICES, INC. FOR AN ORDER LIMITING NOTICE OF MOTION

Upon consideration of the *Motion for an Order Limiting Notice of Motion of Northwest Trustee Services, Inc. for Order Directing the Debtors to Immediately Comply with Prior Order* ("Motion"); and after due deliberation and sufficient good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Notice of the Motion is limited to the Notice Parties (as such term is defined in the Motion).

3. The Motion shall be heard by the Court at the next regularly scheduled omnibus hearing on March 27, 2008 at 11:00 a.m.

SO ORDERED this \_\_\_\_\_ day of March, 2008.

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY COURT JUDGE