IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
         Debtors.                                                        :
                                                                         : Ref. No. 2854
------------------------------------------------------------------------ x

## CERTIFICATE OF NO OBJECTION TO APPLICATION
## RE: DOCKET NO. 2854

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Fourth Monthly Application of Allen & Overy, LLP, Special Regulatory Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period December 1, 2007 through December 31, 2007 (the "Application"). The Court's docket which was last updated March 12, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than February 1, 2008 at 4:00 p.m.

DB02:6449440.3                                                                              066585.1001

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($167,670.80) of requested fees ($209,588.50) and 100% of requested expenses ($105,192.08) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       March 12, 2008

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Kenneth J. Enos
        James L. Patton, Jr. (No. 2202)
        Joel A. Waite (No. 2925)
        Pauline K. Morgan (No. 3650)
        Sean M. Beach (No. 4070)
        Kenneth J. Enos (No. 4544)
        Patrick A. Jackson (No. 4976)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and
        Debtors in Possession