UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

**VERIFIED STATEMENT OF COUNSEL**
**PURSUANT TO BANKRUPTCY RULE 2019(a)**

In compliance with Fed. R. Bankr. P. 2019(a), attorneys for the Institutional Investor Group (defined below), a group of investors who have filed a motion seeking their appointment as Lead Plaintiffs in the securities class actions pending in the United States District Court for the Eastern District of New York (the "District Court"), the lowest numbered of which is *Elliot Greenberg v. American Home Mortgage Investment Corp., et al.*, Civil Action No. 2:07-cv-03152-TCP-ETB (the "Securities Litigation"), filed on behalf of all persons (collectively, the "Class"), who purchased or otherwise acquired publicly traded securities of American Home Mortgage Investment Corp. ("American Home" or the "Debtor") between April 19, 2005 and July 30, 2007, inclusive (the "Class Period"),[1] and who were damaged thereby, state the following:

1. Approximately eighteen (18) securities class action complaints, including the *Greenberg* complaint, were filed in the District Court alleging violations by the Debtor and certain current and/or former officers and directors of the Debtor (the "Individual Non-Debtor Defendants") of certain federal securities laws, including Sections 10(b) and 20(a) of the

---

[1] The Institutional Investor Group reserves the right to amend the Class Period.

21214/2
03/13/08 4485232.1

Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder (the "Securities Laws"), which caused damages (the "Claim") to the Institutional Investor Group and the putative Class. The amount of the Claim is not yet determined.

2. The members of the Institutional Investor Group are New England Teamsters & Trucking Industry Pension Fund, Iron Workers Local No. 25 Pension Fund, Alaska Laborers Employers Retirement Fund, Iron Workers Tennessee Valley Pension Fund and the City of Philadelphia Board of Pensions and Retirement.

3. On or about October 1, 2007, the Institutional Investor Group filed a motion for (i) consolidation of the eighteen pending cases, (ii) its appointment as Lead Plaintiff and (iii) approval of Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") and Schiffrin Barroway Topaz & Kessler, LLP ("Schiffrin Barroway") to serve as Lead Counsel.

4. The District Court has not yet ruled on the competing motions for Lead Plaintiff, but it is anticipated that any Lead Plaintiff will file an amended consolidated complaint after being appointed by the District Court.

5. Although the Debtor was named as defendant in several of the (pre-petition) class action complaints, any amended consolidated complaint, to the extent it names the Debtor, will be stayed as against the Debtor pursuant to the dictates of 11 U.S.C. § 362(a), but will proceed against the Non-Debtor Defendants.

6. Coughlin Stoia maintains offices at 58 South Service Road, Suite 200, Melville, NY 11747, and Schiffrin Barroway maintains offices at 280 King of Prussia Road, Radnor, PA 19087.

7. As proposed lead counsel, Coughlin Stoia and Schiffrin Barroway will prosecute, on behalf of the Institutional Investor Group and the putative Class, any and all claims against the Debtors and the Non-Debtor Defendants for violations of the Securities Laws, and will

pursue all avenues in these bankruptcy proceedings to protect the rights of the Institutional Investor Group and the putative Class. In furtherance of their duties as counsel to the Institutional Investor Group and as proposed Lead Counsel, Coughlin Stoia and Schiffrin Barroway retained the law firm of Lowenstein Sandler PC, with offices at 65 Livingston Avenue, Roseland, New Jersey 07068, as bankruptcy counsel to represent the Institutional Investor Group and the putative Class herein. Cross & Simon LLC, with offices at 913 N. Market Street, 11th Floor, Wilmington, Delaware, has been retained as local Delaware counsel to the Institutional Investor Group and the putative Class.

8.  All claims against the Debtors asserted or to be asserted herein by the Institutional Investor Group and the putative Class were incurred on or before the date on which the Debtors filed their petitions for relief under Chapter 11 of the United States Bankruptcy Code and arose from violations of the Securities Laws. To the best of the undersigned's knowledge, no person associated with any law firm involved herein has any interest in or claim against the Debtor.

9.  The above-named counsel are authorized to represent the Institutional Investor Group herein

10. Counsel expressly reserves the right to supplement and/or amend this Statement in any respect. Submission of this Statement does not constitute the consent of the Institutional Investor Group or the putative Class to the jurisdiction of this Court for any purpose other than with respect to this Statement.

Dated: March 13, 2008

**CROSS & SIMON LLC**

By: *CPS*
Christopher P. Simon (Bar Code 3967)
913 North Market Street, 11th Floor
Wilmington, DE 19899-1380
(302) 777-4200 (Telephone)
(302) 777-4224 (Facsimile)

- and -

**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq. (ME-0570)
Ira M. Levee, Esq. (IL-9958)
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel to the Institutional Investor Group and the Putative Class*

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
Samuel H. Rudman, Esq.
David Rosenfeld, Esq.
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100 (Telephone)
(631) 367-1173 (Facsimile)

- and -

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Stuart L. Berman, Esq.
Sean M. Handler, Esq.
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706 (Telephone)
(610) 667-7056 (Facsimile)

*Proposed Co-Lead Counsel to the Institutional Investor Group and the Putative Class*

I verify under penalty of perjury that the foregoing is true and correct.

Dated: March 13, 2008        /s/ Ira M. Levee
                             Ira M. Levee