UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF MICHAEL S. ETKIN

Christopher P. Simon, Esquire is a member of the bar of this Court, pursuant to District Court Local Rule 83.5 and the attached certification, moves the admission *pro hac vice* of Michael S. Etkin, Esquire of the law firm of Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, New Jersey 07068 in this action on behalf of New England Teamsters & Trucking Industry Pension Fund, Iron Workers Local No. 25 Pension Fund, Alaska Laborers Employers Retirement Fund, Iron Workers Tennessee Valley Pension Fund and the City of Philadelphia Board of Pensions and Retirement (collectively, the "Institutional Investor Group").

CROSS & SIMON, LLC

*/s/ CPS*
---
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
302-777-4200
302-777-4224 (facsimile)
csimon@crosslaw.com

Dated: March 12, 2008

The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing as a member of the Bars of the States of New Jersey and New York, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

LOWENSTEIN SANDLER PC

_____
Michael S. Etkin
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2312
(973) 597-2313 (facsimile)
metkin@lowenstein.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

BY THE COURT:

Date: _____    _____
Christopher S. Sontchi
United States Bankruptcy Judge

2