IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | Re: Docket No. 3010 |
| Debtors. | ) | |

### NOTICE OF SERVICE OF LOAN FILE RETURN DECLARATION

PLEASE TAKE NOTICE that on March 13, 2008, a copy of the **Loan File Return Declaration of the Creditor Community Development Administration, A Division of the Maryland Department of Housing and Community Development,** and this Notice of Service, were served upon the following persons in the manners indicated:

**VIA HAND DELIVERY**
Margaret B. Whiteman, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**VIA FEDERAL EXPRESS (Overnight)**
American Home Mortgage Holdings, Inc., *et al.*
**Attn: Chris Cavaco**
538 Broadhollow Road
Melville, NY 11747

Dated: March 13, 2008

**MORRIS JAMES LLP**

_/s/ Brett D. Fallon_
Brett D. Fallon (DE Bar No. 2480)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6888
Facsimile: (302) 571-1750
Email: bfallon@morrisjames.com

-and-

1715812

                                                  Alan M. Grochal, Esquire
                                                  William S. Heyman, Esquire
                                                  TYDINGS & ROSENBERG LLP
100 East Pratt Street, 26th FLoor
Baltimore, MD 21202
Telephone: (410) 752-9715
Facsimile: (410) 727-5460
Email: agrochal@tydingslaw.com
          wheyman@tydingslaw.com

2

1715812