IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------X    Chapter 11
In re:                                                        :
                                                              :   Case No.: 07-11047 (CCS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :
a Delaware corporation, et al.                                :   Jointly Administered
                                                              :
        Debtors                                               :
-------------------------------------------------------------X
```

**LOAN FILE RETURN DECLARATION OF THE CREDITOR COMMUNITY
DEVELOPMENT ADMINISTRATION, A DIVISION OF THE MARYLAND
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**

I, Frank B. Coakley, being over the age of eighteen and competent to testify, hereby declare:

1. I am the Director of the Community Development Administration, a Division of the Maryland Department of Housing and Community Development ("CDA"), which is the legal owner of the loans set forth in this Declaration. I have the authority to make this Declaration.

2. All contact with respect to this Declaration should be made with the CDA's counsel in this matter, Alan M. Grochal and William S. Heyman, Tydings & Rosenberg LLP, 100 E. Pratt Street, Baltimore, MD 21202, ph. (410) 752-9700 (agrochal@tydingslaw.com; wheyman@tydingslaw.com), and Brett D. Fallon, Morris James LLP, 500 Delaware Avenue, Suite 1500, Wilmington, DE 19081, ph. (302) 888-6800 (BFallon@morrisjames.com).

3. The CDA is the owner of two loans that were originated by the Debtor, American Home Mortgage Corp. ("AHM"), which loans were purchased by the CDA from AHM pursuant to a Mortgage Purchase Agreement between the CDA and AHM. The loans are identified below:

#810618v.1

    a.    **AHM Loan #0001579356**
$225,000.00 loan made to Shawn Chandler and Elizabeth Chandler
Evidenced by a Note dated May 14, 2007, executed by Shawn Chandler and Elizabeth Chandler

    b.    **AHM Loan #1616788**
$$176,366.00 loan made to Lisa Estes
Evidenced by a Note dated July 17, 2007, executed by Lisa Estes

4.    The CDA prefers to receive a hard copy of the above AHM loan files, with delivery being made to William S. Heyman, Tydings & Rosenberg LLP, 100 East Pratt Street, Baltimore, MD 21202.

5.    The CDA attests that it will pay all reasonable costs and expenses of having the hard copy loan files delivered to Tydings & Rosenberg LLP, and acknowledges that such costs are subject to increase in connection with increased costs charged by the American Corporate Record Center, Inc. ("ACRC").

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Date: 3-12-08

_____
Frank B. Coakley, Director
Community Development Administration, a
Division of the Maryland Department of Housing
and Community Development