# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. |
| **Case Number:** | 07-11047-CSS        **Chapter:**  11 |
| **Date / Time / Room:** | THURSDAY, MARCH 13, 2008 10:00 AM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | NICKITA BARKSDALE |

### Matters:

1) Omnibus
   **R / M #:**   0 / 0

2) **ADV: 1-07-51739**
   **American Home Mortgage Investment Corp. vs Lehman Brothers Inc.**
   Oral Argument
   **R / M #:**   0 / 0

### Appearances:

See attached sign-in sheet

### Proceedings:

Hearing Matters

   Hearing held.

      Judge approves sale order.
      Counsel to submit orders under certification of counsel.