**S I G N - I N - S H E E T**

**CASE NAME: American Home Mortgage**
**CASE NO.: 07-11047 (CSS)**

**COURTROOM LOCATION: Courtroom 6**
**DATE: March 13, 2008 @ 10:00 a.m.**

Adv. No: 07-81739

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert J. Moore (telephonic)<br>Fred Neufeld (telephonic)<br>Scott Talmadge (telephonic)<br>Margot Schonholtz (telephonic) | Millbank Tweed Hadley & McCloy | ABN AMRO Bank |
| Byron Kirschbaum | Kaye Scholer | Bank of America |
| Robert Rosenberg | Latham + Watkins LLP | Lehman |
| Michael Riela | Latham + Watkins | Lehman |
| Jesse Sanjone | Latham & Withers | Lehman |
| Scott Talmadge | Millbank | |
| Margot Schonholtz | | |
| Sandra Selzer | Greenberg Traurig | WLR Recovery Fund III |
| Lance Selzer Silverstein | Potter Anderson Corroon LLP | Brick of America |
| Robert Brady | Young Conaway | Debtors |
| John Bursen | '' | '' |
| Bill Bowden | Ashby & Geddes | Lehman |
| James Teco | Quinn Emmanuel | American Home |
| Michael Mirris | Hennigan Bennett Dorman | Creditors Comm 1/2 |

# SIGN-IN-SHEET

**CASE NAME:**

**CASE NO.:** (CSS)

**COURTROOM LOCATION: Courtroom 6**

**DATE:** @

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Mak Power | Hahn + Henes | Committee |
| Bonnie Fatell | Blenk Rome | |
| Joe McMahon | U.S. DoJ | U.S. Trustee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**