# File a Motion:

[07-11047-CSS American Home Mortgage Holdings, Inc.](#)

Type: bk                         Chapter: 11 v                         Office: 1 (Delaware)
Judge: CSS                       Assets: y
Case Flag: CLMSAGNT, PlnDue, DsclsDue, MEGA, LEAD, APPEAL, Sealed Doc(s)

## U.S. Bankruptcy Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from Fournier, David M. entered on 3/11/2008 at 3:18 PM EDT and filed on 3/11/2008
**Case Name:**         American Home Mortgage Holdings, Inc.
**Case Number:**       07-11047-CSS
**Document Number:** 3219

**Docket Text:**
Motion to Appear pro hac vice *of Richard A. Sheils, Jr.*. Receipt Number 151143, Filed by Sandra Kraege Higby. (Attachments: # (1) Certificate of Service) (Fournier, David)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Temp\American Home Mortgage\Richard Shiels Pro Hac\Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/11/2008] [FileNumber=6175275-0]
[81284f7a773b9d4ee3203244e718ba48002a55525313ee860d29e921208c7d56c490
15dc9076f3c984e8cba267e4445c33e7c275e58fc59e214422bfa15b997d]]
**Document description:** Certificate of Service
**Original filename:** C:\Temp\American Home Mortgage\Richard Shiels Pro Hac\COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=3/11/2008] [FileNumber=6175275-1]
[72ff9dee82e9cda74a0ba43fa8b905d4c0586e8f491788e0708de9a066260e9625f7
3314f180482b825a3f6a6fbb952d2cc7f0319aa53e10be734adf19fa2f13]]

**07-11047-CSS Notice will be electronically mailed to:**

Geoffrey S. Aaronson    gaaronson@aaronsonpa.com

David G. Aelvoet    davida@publicans.com

Elihu Ezekiel Allinson, III    ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com

John R. Ashmead    ashmead@sewkis.com

Mary E. Augustine     bankserve@bayardlaw.com,
maugustine@bayardlaw.com;tmatthews@bayardlaw.com;jvanhorn@mcquirewoods.com

James F. Bailey     jbailey@jfbailey.com, jtravers@jfbailey.com

Elizabeth Banda     kwilliams@pbfcm.com

Daniel I. Barness     dbarness@smhbhlaw.com

Michael Jason Barrie     mbarrie@schnader.com

Leonora K. Baughman     lbaughman@kaalaw.com, ecf@kaalaw.com

Christopher R. Belmonte     cbelmonte@ssbb.com, pbosswick@ssbb.com

Don A. Beskrone     dbeskrone@ashby-geddes.com

Karen C Bifferato     kbifferato@cblh.com

Peter Douglas Bilowz     pbilowz@goulstonstorrs.com

Joseph J. Bodnar     jbodnar@BodnarLaw.net, goldbergb@dicksteinshapiro.com;jbodnar7@juno.com

Hilary B Bonial     notice@bkcylaw.com

William Pierce Bowden     wbowden@ashby-geddes.com

Donald J. Bowman     bankruptcy@ycst.com

Amy D. Brown     abrown@werbsullivan.com

Charles J. Brown     cbrown@archerlaw.com

Jacob A. Brown     jacob.brown@akerman.com, jennifer.meehan@akerman.com

Mark Browning     bk-mbrowning.oagpo4.ocs@oag.state.tx.us

William J. Burnett     william.burnett@flastergreenberg.com

Michael G. Busenkell     mbusenkell@eckertseamans.com

John W. Butler     info@butler-butler.com, jbutler@butler-butler.com

Mary Caloway     mcaloway@klettrooney.com

David W. Carickhoff     carickhoff@blankrome.com, senese@blankrome.com

John T. Carroll     jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com

Marc Stephen Casarino     casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com

William E. Chipman     wchipman@eapdlaw.com

Shawn M. Christianson     schristianson@buchalter.com, cmcintire@buchalter.com

Jeffrey S Cianciulli     jcianciulli@weirpartners.com

M. Blake Cleary     bankruptcy@ycst.com

Ronald L. Cohen     cohen@sewkis.com

Mark D. Collins     collins@RLF.com, rbgroup@rlf.com

Nancy A. Connery     ngoodman@schoeman.com, gcarrion@schoeman.com

Victoria Watson Counihan     bankruptcydel@gtlaw.com, thomase@gtlaw.com

Donna L. Culver     dculver@mnat.com

Julius O. Curling     curlingj@michigan.gov

Teresa K.D. Currier     currier@klettrooney.com, tercurrier@aol.com

Charlene D. Davis     bankserve@bayardlaw.com, cdavis@bayardlaw.com

Eric M. Davis     debank@skadden.com;cheaney@skadden.com;vskinner@skadden.com;lamorton@skadden.com

Eric M. Davis     debank@skadden.com;cheaney@skadden.com;vskinner@skadden.com;lamorton@skadden.com

Martin J. Davis     martin.davis@ots.treas.gov

Mary A. DeFalaise     mary.defalaise@usdoj.gov

John P. Dillman     houston_bankruptcy@publicans.com

John T. Dorsey     bankruptcy@ycst.com

Kristi J. Doughty     bk.service@aulgur.com

Peter James Duhig     duhig@klettrooney.com

Erin Edwards     bankruptcy@ycst.com

Margaret Fleming England     mengland@eckertseamans.com

Kenneth J. Enos     bankruptcy@ycst.com

Justin Cory Falgowski     jfalgowski@reedsmith.com, jfalgowski@reedsmith.com

Brett Fallon        bfallon@morrisjames.com, wweller@morrisjames.com

Sherry Ruggiero Fallon      sfallon@trplaw.com

Bonnie Glantz Fatell      fatell@blankrome.com, senese@blankrome.com

David L. Finger       dfinger@delawgroup.com

Norman P. Fivel       norman.fivel@oag.state.ny.us

David M. Fournier       fournierd@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com

Joseph D. Frank       jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com

Susan R. Fuertes       bnkatty@aldine.k12.tx.us

Samuel B. Garber       ggpbk@generalgrowth.com, ggpbk@generalgrowth.com

Ronald S. Gellert       delawarebankruptcy@escm.com

Gerald A. Gordon       ggordon@pryorcashman.com

Thomas H. Grace       hobankecf@lockeliddell.com

Robert E. Greenberg       rgreenberg@dclawfirm.com

Kara Hammond Coyle       bankruptcy@ycst.com

Jason W. Harbour       jharbour@hunton.com, phardwicke@hunton.com

Lee Harrington       lharrington@nixonpeabody.com

Donna L. Harris       dharris@php-law.com

Edwin J. Harron       bankruptcy@ycst.com

A. Michelle Hart       bkmail@mrdefault.com, bkmail@mrdefault.com

Curtis A. Hehn       chehn@pszyj.com

Adam Hiller     adamh@drapgold.com

Adam Hiller       AdamH@drapgold.com,
RobinR@drapgold.com;DominetteC@drapgold.com;PatriciaS@drapgold.com;MichelleH@drapgold.com

Adam Hiller       adamh@drapgold.com,
RobinR@drapgold.com;DominetteC@drapgold.com;PatriciaS@drapgold.com;MichelleH@drapgold.com

Daniel K. Hogan       dkhogan@dkhogan.com, keharvey@dkhogan.com

Nancy Hotchkiss       nhotchkiss@trainorfairbrook.com

James E. Huggett     jhuggett@margolisedelstein.com

Mark T Hurford     cl@camlev.com

Regina A. Iorii     riorii@werbsullivan.com

Tyler B. Jones     notice@bkcylaw.com

Benjamin W. Keenan     bkeenan@ashby-geddes.com, bkeenan@ashby-geddes.com

Brya M. Keilson     delawarebankruptcy@escm.com

Shelley A. Kinsella     skinsella@coochtaylor.com

Adam T Klein     atk@outtengolden.com

Steven K. Kortanek     skortanek@wcsr.com, pgroff@wcsr.com

Jordan A. Kroop     jkroop@ssd.com

David R. Kuney     nroberge@sidley.com

Adam G. Landis     landis@lrclaw.com, girello@lrclaw.com;adams@lrclaw.com

Michael R. Lastowski     mlastowski@duanemorris.com

Kimberly Ellen Connolly Lawson     klawson@reedsmith.com

Steven R. Lefkofsky     tszewczul@lgpclaw.com

Raymond Howard Lemisch     rlemisch@bfca.com, svandyk@bfca.com;bsandler@bfca.com;jhoover@bfca.com;docket@aol.com

Ira M. Levee     ilevee@lowenstein.com, krosen@lowenstein.com

Scott K. Levine     slevine@platzerlaw.com, esalan@platzerlaw.com;;tsadutto@platzerlaw.com

R. Fredrick Linfesty     bankruptcy@ironmountain.com

James M Liston     jml@bostonbusinesslaw.com

Nancy F. Loftus     Nancy.Loftus@fairfaxcounty.gov

Gaston Plantiff Loomis     gloomis@reedsmith.com

Sherry D. Lowe     sdlowe@lammrubenstone.com, mdenton@lammrubenstone.com

Margaret C. Lumsden     mclumsden@ulslaw.com

Matthew Barry Lunn     bankruptcy@ycst.com

Gabriel R. MacConaill    bankruptcy@potteranderson.com

Jason M. Madron    madron@rlf.com, rbgroup@rlf.com

Sean D. Malloy    smalloy@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

Kevin J Mangan    kmangan@wcsr.com, hsasso@wcsr.com

Julie A. Manning    bankruptcy@goodwin.com

Laura L. McCloud    ICDelaware@state.tn.us

Garvan F. McDaniel    gmcdaniel@bglawde.com

Lorraine S. McGowen    lmcgowen@orrick.com, aenglund@orrick.com

Evelyn J. Meltzer    meltzere@pepperlaw.com, lanoc@pepperlaw.com;wlbank@pepperlaw.com

Rachel B. Mersky    rmersky@monlaw.com

Michael E. Meyers    bdept@mrrlaw.net

Kristin T. Mihelic    kmihelic@lawsgr.com

Maribeth L Minella    bankruptcy@ycst.com

Mark Minuti    mminuti@saul.com, rwarren@saul.com

Joseph T. Moldovan    bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com

Carol E. Momjian    cmomjian@attorneygeneral.gov

Francis A. Monaco Jr.    fmonaco@wcsr.com, kdalton@wcsr.com;hsasso@wcsr.com

Norman M. Monhait    nmonhait@rmgglaw.com

Martin A. Mooney    lmanke@deilylawfirm.com, twright@deilylawfirm.com

Sheryl L. Moreau    deecf@dor.mo.gov

Pauline K. Morgan    bankruptcy@ycst.com

Zachary Mosner    washbcu@atg.wa.gov

Guy B. Moss    gmoss@riemerlaw.com

Tina Niehold Moss    tmoss@pryorcashman.com

Mark Daniel Olivere    molivere@eapdlaw.com

Ricardo Palacio     rpalacio@ashby-geddes.com

Mona A. Parikh     mparikh@crosslaw.com

Tally F. Parker     shanimo1965@yahoo.com

James K. Pendergrass, Jr.     tpoole@pendergrasslawfirm.com, jpendergrass@pendergrasslawfirm.com

Marc J. Phillips     mphillips@cblh.com

Dana S. Plon     dplon@sirlinlaw.com

Stephen B. Porterfield     sporterfield@sirote.com

Jack A. Raisner     jar@outtengolden.com

Eric T. Ray     eray@balch.com

Michael Reed     danielle.goff@mvbalaw.com

Patrick Joseph Reilley     preilley@saul.com, rwarren@saul.com

Richard W. Riley     rwriley@duanemorris.com

Fred B. Ringel     fbr@robinsonbrog.com

Christine A. Roberts     bankruptcy@rocgd.com

Terri A. Roberts     pcaocvbk.civil.camail@pcao.pima.gov

Martha E. Romero     romero@dslextreme.com

Frederick Brian Rosner     fbrosner@duanemorris.com

Frederick Brian Rosner     fbrosner@duanemorris.com, fbrosner@duanemorris.com

Rene S. Roupinian     rroupinian@outtengolden.com

Christopher M. Samis     samis@rlf.com, rbgroup@rlf.com

Christopher M. Samis     samis@rlf.com, rbgroup@rlf.com

Bradford J. Sandler     bsandler@bfca.com, svandyk@bfca.com;rlemisch@bfca.com;jhoover@bfca.com;docket@aol.com;docket@bfca.com

Maria Aprile Sawczuk     marias@drapgold.com

Todd Charles Schiltz     tschiltz@wolfblock.com

Eric Lopez Schnabel     schnabel.eric@dorsey.com

Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com

Richard A. Sheils, Jr.    rsheils@bowditch.com, rsheils@bowditch.com;slapointe@bowditch.com

Joseph Emil Shickich    jshickich@riddellwilliams.com

Russell C. Silberglied    silberglied@rlf.com, rbgroup@rlf.com

Laurie Selber Silverstein    bankruptcy@potteranderson.com

Christopher Page Simon    csimon@crosslaw.com

Elliot M. Smith    esmith@ssd.com, slerner@ssd.com

Karen J. Stapleton    Karen.Stapleton@loudoun.gov, bankrupt@loudoun.gov;Belkys.Escobar@loudoun.gov

Catherine Steege    csteege@jenner.com, docketing@jenner.com

John H. Strock    strock@lrclaw.com

Eric Michael Sutty    bankserve@bayardlaw.com, esutty@bayardlaw.com;lsuprum@bayardlaw.com

Justin M. Swartz    jms@outtengolden.com

Gregory Alan Taylor    gtaylor@ashby-geddes.com

William F. Taylor    bankdel@comcast.net, bankruptcydel@mccarter.com

James C. Tecce    jamestecce@quinnemanuel.com, susheelkirpalani@quinnemanuel.com

Prince Altee Thomas    pthomas@foxrothschild.com

Christina Maycen Thompson    cthompson@cblhlaw.com

Travis N. Turner    bankruptcy@ycst.com

United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV

Annie Verdries    verdries@ldbb.com

Joel A. Waite    bankruptcy@ycst.com

Madeleine Carmel Wanslee    mwanslee@gustlaw.com, rms@gustlaw.com

Christopher A. Ward    cward@klehr.com

John R. Weaver    jrweaverlaw@verizon.net

Helen Elizabeth Weller    dallas.bankruptcy@publicans.com

Margaret B. Whiteman    bankruptcy@ycst.com

Michael Gregory Wilson    mwilson@hunton.com, shislop@hunton.com

Amanda Marie Winfree    awinfree@ashby-geddes.com

Jeffrey C. Wisler    jwisler@cblh.com

Karon Y. Wright    karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us

Kelly W. Wright    kwright@slco.org

William G. Wright    wgw_efn@farrlawnet.com, jl_efn@farrlawnet.com

James S. Yoder    yoderj@whiteandwilliams.com, debankruptcy@whiteandwilliams.com

German Yusufov    pcaocvbk@pcao.pima.gov

Rafael Xavier Zahralddin-Aravena    rxza@elliottgreenleaf.com

Craig J. Ziady    legal@cummings.com

Sharon M Zieg    bankruptcy@ycst.com

**07-11047-CSS Notice will not be electronically mailed to:**

Ada County Treasurer
,

Adorno & Yoss LLP
,

Allen & Overy, LLP
,

American Corporate Record Center, Inc.
,

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

American Express Travel Related Svcs Co Inc Corp Card
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701
,

Assured Guaranty
,

Atlantic Detroit Diesel Allison LLC
P.O. Box 2030
19C Chapin Road
Pine Brook, NJ 07058

BDO Seidman, LLP
,

Douglas Badazewski
,

Barbara Ford-Coates, Sarasota County Tax Collector
,

Barclays Capital Inc.
,

Laura Beall
,

Rebecca L. Booth
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

Robert S. Brady
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg.
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391
bankruptcy@ycst.com

Caldwell Commercial, LLC
,

Capax Management and Insurance Services
,

John H. Capitano
Kennedy Covington Lobdell & Hickman
,

John T. Carroll
Cozen O'Connor
1201 North Market Street
Suite 1400
Wilmington, DE 19801

City of Fort Worth

,

Peyton C. Cochrane

,

Codilis & Associates, P.C.

,

Cohn, Goldberg & Deutsch, LLC

,

Creditors Bankruptcy Service

,

Crislip, Philip & Associates

,

Donna L. Culver
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
dculver@mnat.com, aconway@mnat.com

DLA Piper US LLP

,

Robert J. Dehney
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
skirpalani@milbank.com;rfusco@mnat.com;aconway@mnat.com

Deputy Clerk, United States Bankruptcy Court

,

Mona Dobben

,

Douglas County Treasurer

,

Quinn Emanuel

,

Quinn Emanuel
Quinn Emanuel Urquhart Oliver & Hedges

,

Epiq Bankrputcy Solutions, LLC

,

Frank C. Estes Estes

,

Donald D. Farlow

,

Finestone & Morris

,

David Gebhardt

,

George E. Hart

,

Bernadette Gordy

,

Griffith, McCague & Wallace, P.C.

,

Robin & Timothy Guertin

,

Hahn & Hesssen LLP
Attn: Mark S. Indelicato, Esquire
488 Madison Avenue
New York, NY 10022

Robert J. Hopp

,

Richard W. Horvath

,

IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

IKON OFFICE SOLUTIONS

,

Idaho State Tax Commission

,

Imperial County Treasurer-Tax Collector
Attn: Karen Vogel-Treasurer
940 West Main Street

Suite 106
El Centro, CA 92243

Patrick A. Jackson
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg 17th Fl,1000 West St
Wilmington, DE 19801

Mark R. James
,

Katten Muchin Rosenman LLP
,

Edward J. Kosmowski
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899
bankruptcy@ycst.com

Kroll Zolfo Cooper
,

Law Office of Daniel C. Consuegra
,

Law Offices of Alan Weinreb, PLLC
,

Lee County Tax Collector
,

Mark R. Lembright
,

Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue
14th Floor
Los Angeles, CA 90024-3503

Christopher J. Marcus
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

H. William Marrero
,

Lisa Cresci McLaughlin
Phillips, Goldman & Spence

1200 N. Broom Street
Wilmington, DE 19806
lcm@pgslaw.com, mmo@pgslaw.com

Merced County Tax Collector
,

Merrill Lynch Mortgage Lending, Inc.
,

Merrill Lynch Pierce Fenner & Smith, Inc. and Merrill Lynch Bank USA
,

Milestone Advisors LLC
,

Lee J. Mondshein
,

Moss Codilis, L.L.P.
,

Multnomah County Oregon Dept. of Business & Community Services
,

Jeffrey J. Newton
,

Anca M. Nicolaescu
,

William Novotny
Mariscal, Weeks, McIntyre & Friedlander
2901 North Centrala Ave., #200
Phoenix, AZ 85012-2705

ORIX Capital Markets, LLC
,

Orlans Associates
,

PPTS FX Corp.
c/o Plymouth Park Tax Services LLC
35 Airport Road, Ste.150
Morristown, NJ 07960

Palm Beach County
,

Palm Beach County Tax Collector

,

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Phillip Carnes & Associates, Inc.
4939 Lower Roswell Rd.
Suite 103
Marietta, GA 30068

Pillsbury Winthrop Shaw Pittman LLP
,

Pite Duncan, LLP
,

Plymouth Park Tax Services LLC
35 Airport Road, Ste.150
Morristown, NJ 07960

Polis & Associates
,

Post & Schell, P.C.
,

Susan D. Profant
,

Pryor & Mandelup, LLP
,

R O Jacobs & Assoc., Inc. dba Jacobs OK Real Estate
,

RAM International I, L.L.C.
,

Receivable Management Service
,

Rees Broome, PC
,

Rice & Gotzmer
,

Robert J. Hopp & Associates, LLC
,

Aarpn Rubinstein
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Paula Rush
,

SLO LLC
,

Samuel I. White, P.C.
,

Santoro, Driggs, Walch, Kearney, Holley & Thompson
,

Satterlee Stephens Burke & Burke LLP
,

Patricia L. Shepherd
,

Silver & DeBoskey, A Professional Corporation
,

Silver & DeBoskey, A Professional Corporation
,

Snell & Wilmer L.L.P.
,

Softlanding Software
,

Special Conflicts Counsel to the Committee
,

Spector Gadon & Rosen, P.C.
,

Peter Spindel
,

Sun Trust Bank
,

T.D. Service Co.
,

Tax Collector for Polk County, Florida

,

Gail Thakarar
2 Fenbrook Drive
Larchmont, NY 10538

Time Warner Telecom Inc.
,

Marikae G. Toye
,

Travelers Casualty and Surety Company of America
,

Tuscaloosa County Tax Collector
,

Jeffrey M. Tzerman
,

Vintage Park, LLC
,

Waterson & Zappolo, P.A.
,

Weiner Brodsky Sidman Kider PC
,

Weltman, Weinberg & Reis Co. LPA
,

Williams, Kastner & Gibbs PLLC
,