**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case Nos. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) | Jointly Administered |
| | ) | |
| Debtors, | ) | |
| | ) | |
| | ) | |

**JOINT MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
AND BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, FOR AN
EXPEDITED HEARING ON AND TO SHORTEN NOTICE PERIOD OF THE JOINT
MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND
BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, FOR ENTRY OF FINAL
STIPULATION AND ORDER RESOLVING ALL REMAINING ISSUES WITH
RESPECT TO THE FINAL ORDER (I) AUTHORIZING DEBTORS' LIMITED USE OF
CASH COLLATERAL AND (II) GRANTING REPLACEMENT LIENS AND
ADEQUATE PROTECTION TO CERTAIN PRE-PETITION SECURED PARTIES**

The Official Committee of Unsecured Creditors (the "Committee") and Bank of America, N.A., as administrative agent under that certain Second Amended and Restated Credit Agreement dated as of August 10, 2006 (the "Administrative Agent" and together with the Committee, the "Movants"), hereby move this Court for an order pursuant to Del.Bankr.LR 9006-1(e), substantially in the form of the proposed order attached hereto, (1) shortening the notice of the *Joint Motion of the Official Committee of Unsecured Creditors and Bank of America, N.A., as Administrative Agent, For Entry of Final Stipulation and Order Resolving All Remaining Issues With Respect To The Final Order (I) Authorizing Debtors' Limited Use Of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection To Certain Pre-Petition Secured Parties* (the "Approval Motion")[1], such that an expedited hearing with respect to the Approval Motion may be held on the omnibus hearing date scheduled for March 27, 2008

---

[1] The Committee and the Administrative Agent are in the process of finalizing the Approval Motion, which they expect to file on March 14, 2008.

at 11:00 a.m.; and (2) establishing an objection deadline for the Approval Motion of March 24, 2008 at 4:00 p.m.  In support of this motion (the "Motion"), the Movants respectfully state as follows:

### Background

1.       On September 4, 2007, this Court entered its *Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [D.I. 554] (as subsequently amended by the *First Final Stipulation and Order Extending Limited Use of Cash Collateral Pursuant to the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [D.I. 2002], the *Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [D.I. 2284], the *Second Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [D.I. 2855], the *Third Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [D.I. 3142], the *Fourth Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [D.I. 3172], and the *Fifth Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured*

*Parties* [D.I. 3264], the "Cash Collateral Order"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Cash Collateral Order.

2. Pursuant to the Cash Collateral Order, the Committee had until 5:00 p.m. Eastern Standard Time on March 12, 2008 (the "Committee Deadline") to (i) properly file an adversary proceeding or contested matter solely for purposes of seeking a determination of the Remaining Issues, which are set forth in Paragraph 1 of the *Second Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [D.I. 2855] or (ii) execute a stipulation with the Administrative Agent that, among other things, resolves all of the Remaining Issues in their entirety, resolves the Committee's potential objection to the *Motion of Bank of America, N.A., as Administrative Agent, for Relief from Automatic Stay, Pursuant to 11 U.S.C. § 362(d), Allowing the Administrative Agent to Exercise Its Rights as a Secured Creditor* [D.I. 3054] (the "Stay Relief Motion") and obtains the Committee's support thereof (a "Final Stipulation").

3. Prior to the expiration of the Committee Deadline, the Committee and the Administrative Agent entered into a Final Stipulation. Pursuant to the Cash Collateral Order, the execution of a Final Stipulation prior to the Committee Deadline automatically extends the Committee Deadline to the earlier of (i) the eleventh day after this Court enters an Order approving the Final Stipulation and (ii) March 31, 2008.

## **Relief Requested**

4. Through this Motion, the Movants seek an order of this Court shortening the notice period of the Approval Motion (i) to permit an expedited hearing on the Approval Motion to go forward at the omnibus hearing scheduled for March 27, 2008 at 11:00 a.m. (the

"Expedited Hearing"), and (ii) to establish an objection deadline of March 24, 2008 at 4:00 p.m. for the Approval Motion.

5. Fed. R. Bankr. P. 2002(a)(3) requires at least twenty days' notice by mail of the hearing on approval of a compromise or settlement. Del.Bankr.LR 9006-1(e) provides in pertinent part that "No motion will be scheduled on less notice than required by these Local Rules or the Fed. R. Bankr. P. except by order of the Court, on written motion . . . specifying the exigencies justifying shortened notice." The circumstances of these cases justify the relief requested herein.

6. The Approval Motion needs to be heard prior to the Stay Relief Motion, which is scheduled for hearing on April 16, 2008, so that the Committee is informed as to how to proceed with respect to the Stay Relief Motion. If the relief sought in the Approval Motion is granted, the Committee is obligated to support the Stay Relief Motion.

7. Further, the Committee Deadline to file an adversary proceeding or contested matter with respect to the Remaining Issues is the earlier of (i) the eleventh day after this Court enters an Order approving the Final Stipulation and (ii) March 31, 2008. As such, a ruling on the Approval Motion in advance of March 31, 2008 will inform the Committee as to the necessity of filing an adversary proceeding or contested matter with respect to the Remaining Issues on or before March 31, 2008.

**Proposed Notice of the Approval Motion**

8. The Movants intend to serve the Approval Motion as follows: (i) to Debtors' counsel and the Office of the U.S. Trustee via hand delivery; (ii) to all local counsel that have requested such notice pursuant to Fed. R. Bankr. P. 2002 via hand delivery; and (iii) to all other

4

parties that have requested such notice pursuant to Fed. R. Bankr. P. 2002 via First Class U.S. Mail.

WHEREFORE, the Movants respectfully request that the Court enter an order in substantially the form attached hereto that (i) schedules the Expedited Hearing for March 27, 2008 at 11:00 a.m., (ii) establishes an objection deadline for the Approval Motion of March 24, 2008 at 4:00 p.m., and (iii) grants the Movants such other and further relief as may be just and proper.

Dated: March 13, 2008

| | |
|---|---|
| */s/ David W. Carickhoff* | /s/ *Laurie Selber Silverstein* |
| BLANK ROME LLP | POTTER ANDERSON & CORROON LLP |
| Bonnie Glantz Fatell (No. 3809) | Laurie Selber Silverstein (No. 2396) |
| David W. Carickhoff (No. 3715) | Gabriel R. MacConaill (No. 4734) |
| 1201 Market Street Suite 800 | P.O. Box 951 |
| Wilmington, Delaware 19801 | 1313 N. Market Street, 6th Floor |
| Telephone: (302) 425-6423 | Wilmington, Delaware 19899 |
| | Telephone: (302) 984-6000 |
| -and- | -and- |
| HAHN & HESSEN LLP | KAYE SCHOLER LLP |
| Mark S. Indelicato | Margot B. Schonholtz |
| Mark T. Power | Mark F. Liscio |
| 488 Madison Avenue | Scott D. Talmadge |
| New York, NY 10022 | 425 Park Avenue |
| Telephone: (212) 478-7200 | New York, NY 10022 |
| Facsimile: (212) 478-7400 | Telephone: (212) 836-8000 |
| | Facsimile: (212) 836-8689 |
| *Counsel for the Official Committee of Unsecured Creditors* | *Counsel for Bank of America, N.A. as Administrative Agent under that certain Second Amended and Restated Credit Agreement, dated as of August 10, 2006* |