**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case Nos. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) | Jointly Administered |
| | ) | |
| Debtors, | ) | Re: Docket No. |
| | ) | |
| | ) | |

**ORDER GRANTING JOINT MOTION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS AND BANK OF AMERICA, N.A., AS ADMINISTRATIVE
AGENT, FOR AN EXPEDITED HEARING ON AND TO SHORTEN NOTICE PERIOD
OF THE JOINT MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS AND BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, FOR
ENTRY OF FINAL STIPULATION AND ORDER RESOLVING ALL REMAINING
ISSUES WITH RESPECT TO THE FINAL ORDER (I) AUTHORIZING DEBTORS'
LIMITED USE OF CASH COLLATERAL AND (II) GRANTING
REPLACEMENT LIENS AND ADEQUATE PROTECTION
TO CERTAIN PRE-PETITION SECURED PARTIES**

Upon the joint motion (the "Motion") of the Official Committee of Unsecured Creditors (the "Committee") and Bank of America, N.A., as administrative agent under that certain Second Amended and Restated Credit Agreement dated as of August 10, 2006 (the "Administrative Agent" and together with the Committee, the "Movants"), for an expedited hearing on and to shorten the notice period of *Joint Motion of the Official Committee of Unsecured Creditors and Bank of America, N.A., as Administrative Agent, For Entry of Final Stipulation and Order Resolving All Remaining Issues With Respect To The Final Order (I) Authorizing Debtors' Limited Use Of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection*

128189.01600/40173881v.1

*To Certain Pre-Petition Secured Parties* (the "<u>Approval Motion</u>")[1], and due and proper notice of the Motion having been given under the circumstances; and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. Provided the Approval Motion is filed on or before March 14, 2008, a hearing on the Approval Motion shall go forward on **March 27, 2008 at 11:00 a.m.** (the "Expedited Hearing") before the Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Fifth Floor, Wilmington, DE 19801.

2. Provided the Approval Motion is filed on or before March 14, 2008, any objections or responses to the Approval Motion shall be filed and served upon counsel for the Movants no later than **March 24, 2008 at 4:00 p.m.**

Dated: March ___, 2008

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

---

[1] The Committee and the Administrative Agent are in the process of finalizing the Approval Motion, which they expect to file on March 14, 2008.