IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **AMERICAN HOME MORTGAGE HOLDINGS, INC., et. al.,** | ) ) | Case No. 07-11047 (CSS) (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related Docket No. 3275** |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
COUNTY OF NEW CASTLE )

Cathie J. Boyer, being duly sworn according to law, deposes and says that she is employed by the law firm of Ashby & Geddes, P.A., co-counsel to Aurora Loan Services LLC in the above captioned bankruptcy case, and that on March 13, 2008 she caused a true and correct copy of the following document to be served upon the persons listed below in the manner indicated.

- **Loan File Return Declaration of Aurora Loan Services LLC [Docket No. 3275]**

**HAND DELIVERY**
Margaret B. Whiteman, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**U.S. MAIL**
American Home Mortgage Holdings, Inc.
Attn: Chris Cavaco
538 Broadhollow Road
Melville, NY 11747

_____
Cathie J. Boyer

SWORN TO AND SUBSCRIBED before me this 14th day of March 2008.

_____
Notary Public

{00202126;v1}