IN THE UNITED STATES BANKRUTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2008 MAR 13 AM 10: 2
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:
AMERICAN HOME MORTGAGE HOLDINGS, INC.,

a Delaware corporation, et. al., Debtors

Chapter 11
Case No. 07-11047 (CSS)
Jointly Administered
Ref. Docket Nos. 2395 and 2888

### Declaration of Colorado Housing and Finance Authority

I, Laurie J. O'Brien, hereby swear or affirm that the Colorado Housing and Finance Authority legally owns the loan requested and described below. I have the requisite corporate authority to make this declaration. I hereby attest that the Colorado Housing and Finance Authority shall pay all reasonable costs and expenses associated with the delivery of the file to the Colorado Housing and Finance Authority. I acknowledge that such costs may be subject to increase upon further order of the Court.

The preferred method to receive the Hard Copy Loan File is for delivery to:

Colorado Housing and Finance Authority
1981 Blake Street
Denver, CO 80202
Attn: Mariam J. Masid, Senior Attorney

AHM loan# 1804417
[CHFA loan# 30047887; Borrower William A Gibson Jr. 7440 S. Blackhawk Street   Englewood, CO 80112]

Requesting party: Colorado Housing and Finance Authority, 1981 Blake Street, Denver, CO 80202
Contact person: Mariam J. Masid, Senior Attorney, 303-297-7416 phone    303-291-5712 fax

Further affiant sayeth not.

_____
Laurie J. O'Brien
Director of Loan Servicing

State of Colorado        )
                         ) ss
City and County of Denver )

Signed and sworn to or attested before me this 12th day of March, 2008, by Laurie J. O'Brien as Director of Loan Servicing of the Colorado Housing and Finance Authority.

Witness my signature and seal:

_____
Karen Gutjahr
Notary Public
My commission expires: June 24, 2010

My Commission expires June 24, 2010