# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re

American Home Mortgage Holdings, Inc., a Delaware Corporation, et al.,[1]

Debtors.

: Chapter 11
: Case No. 07-11047 (CSS)
: Jointly Administered
:
: **Related to Docket No. 2395, 2888, 3010**

## LOAN FILE RETURN DECLARATION OF WELLS FARGO FUNDING, INC.

    I, Susan Wallace, am an agent of Wells Fargo Funding, Inc. ("Wells Fargo"), and in such capacity, I am authorized to, and hereby do, request the return of the mortgage loan files listed on Exhibit A (the "Loan Files") and declare under penalty of perjury that Wells Fargo is the legal owner of the Loan Files.[2]

    Wells Fargo shall pick up the Loan Files from the Debtors at a cost of $3.50 per loan file (the "Return Costs") on the terms and conditions set forth in the Second Order Pursuant to 11 U.S.C. §§ 105, 363, and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses, dated February 19, 2008, [Docket No. 3010] (the "Loan Files Return Order"),[3] provided, however, that payment of such Return Costs is without prejudice to Wells Fargo's rights to file proofs of claim, administrative or otherwise, or motions for administrative expenses against the debtors, seeking recovery of the Return Costs. Wells Fargo recognizes that such Return Costs may be subject to increase only upon further order of the Bankruptcy Court for the District of Delaware, after proper notice and a hearing.

---

[1] The Debtors are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp. (3914); American Home Mortgage Acceptance, Inc. (1979); American Home Mortgage Servicing, Inc. (7267); American Home Mortgage Corp. (1558); American Home Mortgage Ventures LLC (1407); Homegate Settlement Services, Inc. (7491); and Great Oak Abstract Corp. (8580). The address for Debtors is 538 Broadhollow Road, Melville, New York 11747, except for American Home Mortgage Servicing, Inc., whose address if 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] A list of the Loan Files has been provided to the Debtors; however, due to its voluminous nature, the list of Loan Files has not been attached hereto as an exhibit. Parties in interest may obtain the list of Loan Files by contacting Amy Thoreson-Long by e-mail at amy.thoresonlong@wellsfargo.com or by telephone at (612) 312-4692.

[3] Pursuant to the Loan Files Return Order, Wells Fargo has included the loan numbers that were assigned by the Debtors (the "AHM Loan Numbers") for a substantial number of the mortgage loans listed on Exhibit A. However, because the Debtors have not provided Wells Fargo with the AHM Loan Numbers for some of the mortgage loans that appear on Exhibit A, Wells Fargo is unable to provide such loan numbers.

CH1 4167342v.6

Dated: March 13, 2008

[signature]

SUSAN WALLACE
Senior Vice President
Wells Fargo Funding, Inc.
MAC x2803-03D
4800 Wabash Avenue, 3rd Floor
Springfield, IL 62711-7073
Telephone: 217-547-8504
Facsimile: 217-547-8659

Exhibit A contains extremely sensitive client information and therefore is not being filed. Exhibit A has been produced to the Debtors and Debtors' counsel and will be made available to the Court upon request.

## CERTIFICATE OF SERVICE

I, Marc J. Phillips, hereby certify that a true and correct copy of the foregoing **Loan File Return Declaration of Wells Fargo Funding, Inc.** was served upon the person or entity indicated below in the manner and on the date indicated below.

Marc J. Phillips (No. 4445)

**VIA ELECTRONIC MAIL
ON MARCH 13, 2008**

Margaret B. Whiteman, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**VIA ELECTRONIC MAIL AND
FIRST CLASS U.S. MAIL
ON MARCH 14, 2008**

American Home Mortgage Holdings Co.
Attn: Chris Cavaco
538 Broadhollow Road
Melville, NY 11747

#598442v1