## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **AMERICAN HOME MORTGAGE** | : | **Case No. 07-11047 (CSS)** |
| **HOLDINGS, INC.,** | : | |
| a Delaware corporation, <u>et al.</u>,[1] | : | **Jointly Administered** |
| | : | |
| | : | **Return Request Deadline:** |
| | : | **March 14, 2008** |
| Debtors. | : | |

### NOTICE OF LOAN FILE RETURN DECLARATION

Goldman Sachs Mortgage Company ("<u>GSMC</u>"), by and through its undersigned counsel,

hereby submits this notice of the filing of the Declaration of William Shuey (the "<u>Declaration</u>")

attached as Exhibit A, requesting the return of Hard Copy Loan Files in accordance with the

*Second Order Pursuant to 11 U.S.C. §§105, 363 and 554 Authorizing the (I) Abandonment and*

*Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to*

*the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses* (D.I. 3010) (the

"<u>Document Destruction Order</u>"). In furtherance of its request, GSMC respectfully represents as

follows:

      1.     GSMC seeks the return of the Hard Copy Loan Files[2] for the mortgage

loans listed in Schedule 1 to the Declaration.

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc., a Delaware corporation;
American Home Mortgage Investment Corp., a Maryland corporation; American Home Mortgage Acceptance, Inc.,
a Maryland corporation; American Home Mortgage Servicing, Inc., a Maryland corporation; American Home
Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a Delaware limited liability
company; Homegate Settlement Services, Inc., a New York corporation; and Great Oak Abstract Corp., a New York
corporation (collectively, the "<u>Debtors</u>").

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Document
Destruction Order.

2.      GSMC, or its representative, will pick-up the Hard Copy Loan Files directly from AHM's offices.

3.      GSMC shall pay all reasonable costs and expenses associated with picking-up the Hard Copy Loan Files, and acknowledges that such costs are subject to increase upon further order of the Court.  The Document Destruction Order sets the current Retrieval Costs at $3.50 per folder, provided that any original Collateral Documents discovered by the Debtors during their review of the Hard Copy Loan Files shall be forwarded to the custodian at the Debtors' cost.

4.      Any questions AHM has regarding this request can be directed to Lisa Schweitzer, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York, 10006, counsel for GSMC.

Dated: Wilmington, Delaware
      March 14, 2008

KLEHR, HARRISON, HARVEY, BRANZBURG &
ELLERS LLP

_____

Christopher A. Ward (Del. Bar No. 3877)
Mellon Bank Center
919 Market Street, Suite 1000
Wilmington, Delaware 19801
(302) 426-1189

– and –

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Lisa M. Schweitzer (pro hac vice pending)
One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for Goldman Sachs Mortgage Company

EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., | : | |
| a Delaware corporation, et al.,[1] | : | Jointly Administered |
| | : | |
| | : | Return Request Deadline: |
| | : | March 14, 2008 |
| Debtors. | : | |

### DECLARATION OF WILLIAM SHUEY

I, WILLIAM SHUEY, declare as follows:

1.      I am an authorized signatory of Goldman Sachs Real Estate Funding Corp., the general partner of Goldman Sachs Mortgage Company ("GSMC"), a New York limited partnership, which maintains an office at 85 Broad Street, New York, NY 10004. I am duly authorized and empowered to make this declaration on behalf of GSMC. This declaration is made based on my knowledge, information and belief, based on a reasonable review of GSMC's books and records.

2.      GSMC requests the return of the Hard Copy Loan Files[2] for the mortgage loans listed on Schedule 1 attached hereto.

3.      GSMC owns each of the mortgage loans identified on Schedule 1 attached hereto.

---

[1]  The Debtors are the following entities: American Home Mortgage Holdings, Inc., a Delaware corporation; American Home Mortgage Investment Corp., a Maryland corporation; American Home Mortgage Acceptance, Inc., a Maryland corporation; American Home Mortgage Servicing, Inc., a Maryland corporation; American Home Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a Delaware limited liability company, Homegate Settlement Services, Inc., a New York corporation, and Great Oak Abstract Corp., a New York corporation (collectively, the "Debtors").

[2]  Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the *Second Order Pursuant to 11 U.S.C. §§105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses.*

4.      GSMC, or its representative, will pick up the Hard Copy Loan Files directly from AHM's offices.

5       GSMC shall pay all reasonable costs and expenses associated with picking-up the Hard Copy Loan Files, and acknowledges that such costs are subject to increase upon further order of the Court. The Document Destruction Order sets the current Retrieval Costs at $3 50 per folder, provided that any original Collateral Documents discovered by the Debtors during their review of the Hard Copy Loan Files shall be forwarded to the custodian at the Debtors' cost.

I declare under penalty of perjury that the foregoing is true and correct

DATED:  St. Petersburg, Florida
        March 14, 2008

WILLIAM SHULEY

## SCHEDULE 1

Schedule 1 to the Declaration of William Shuey

**AHM Loan Number**

867128
993746
1006635
1081563
1130533
1148983
1158229
1159608
1163445
1171676
1176656
1179991
1181065
1183755
1185971
1187108
1194804
1198647
1203719
1207523
1211506
1219125
1220100
1221059
1221208
1226007
1228409
1240834
1242645
1259321
1263477
1267702
1000955853
1000997718