IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
        Debtors.                                                       :
                                                                       :   Ref. No. 3023
---------------------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION TO APPLICATION
RE: DOCKET NO. 3023**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Fourth Monthly Statement of Weltman, Weinberg & Reis Co. LPA as Foreclosure Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period November 1, 2007 through November 30, 2007 (the "Application"). The Court's docket, which was last updated March 14, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than March 11, 2008 at 4:00 p.m.

Pursuant to the Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals and Rela Estate Brokers Utilized in the Ordinary Course and Granting Limited Nunc Pro Tunc Relief [Docket No. 2985] the Debtors are now authorized to pay 100% ($65,840.25) of requested fees and 100% of requested expenses ($98,411.09) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       March 14, 2008

                         YOUNG CONAWAY STARGATT & TAYLOR, LLP

                         /s/ Ryan M. Bartley
                         James L. Patton, Jr. (No. 2202)
                         Joel A. Waite (No. 2925)
                         Pauline K. Morgan (No. 3650)
                         Sean M. Beach (No. 4070)
                         Kenneth Enos (No. 4544)
                         Margaret B. Whiteman (No. 4652)
                         Ryan M. Bartley (No. 4985)
                         The Brandywine Building
                         1000 West Street, 17th Floor
                         Wilmington, Delaware 19801
                         Telephone: (302) 571-6600
                         Facsimile: (302) 571-1253

                         Counsel for Debtors and
                         Debtors in Possession