## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *etal.*, | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## LOAN FILE RETURN DECLARATION OF DEBORA BROWN ON BEHALF OF COUNTRYWIDE HOME LOANS, INC., SEEKING THE RETURN OF HARD COPY LOAN FILES FROM DEBTORS

I, Debora Brown, hereby declare as follows:

1.  I am over eighteen years of age and I am the Executive Vice President, Director of Transaction Management of Countrywide Home Loans, Inc. (**"Countrywide"**).

2.  I submit this Declaration in support of Countrywide's request for return of Hard Copy Loan Files[1] pursuant to the Second Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 3010] (the **"Order"**). All facts set forth in this Declaration are based on my personal knowledge, upon information supplied by people who report to me or on my personal review of relevant documents. If called upon to testify, I could and would, based on the foregoing, competently testify to the facts set forth herein. I am authorized to submit this Declaration on behalf of Countrywide.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2395] (the "Motion").

WLM 512763.1

## BACKGROUND

3.  On August 6, 2007 (the "Petition Date"), American Home Mortgage Corp. ("AHM Corp."), and certain affiliates (collectively, the "Debtors"), commenced these cases by filing voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (the "Cases").

4.  Prior to the Petition Date, Countrywide and AHM Corp. were parties to that certain Mortgage Loan Purchase and Interim Servicing Agreement dated November 26, 2003, including all amendments (as supplemented by the related Trade Confirmations and Purchase Confirmations, the "Countrywide Agreement").

5.  Under the Countrywide Agreements, the Debtors may be holding Hard Copy Loan files, original Mortgage Files and Mortgage Loan Documents (each as defined in the Countrywide Agreements) in trust for Countrywide that the Debtors are obligated to return to Countrywide. With the Debtors assistance, Countrywide is in the process of determining whether the Debtors are in possession of original Mortgage Files and Mortgage Loan Documents related to the Countrywide Agreements.

## LOAN FILES TO BE RETURNED

6.  A true and complete list of each Hard Copy Loan file, identified by AHM loan number, due to be returned to Countrywide pursuant to the Countrywide Agreements is attached hereto as Exhibit A and incorporated herein by reference (the **"Loan** Files").

7.  The Countrywide contact person to coordinate the return of the Loan Files is:

> Name: Adam Gadsby
> Address: **4500 Park Granada**
> Calabasas, CA **91302**
> Phone: **(818) 225-6541**
> Facsimile: **(866) 360-5015**
> **Email** Address: Adam_Gadsby@Countrywide.com

8.   I hereby certify that Countrywide legally owns each loan for which Loan Files are being requested hereunder.

**9.**   Countrywide's preferred method to receive the Loan Files is to retrieve or pick-up the Loan Files at the Debtors warehouse location.

10.   Countrywide agrees to pay all reasonable costs and expenses associated with the return of the Loan Files and further understands that such costs and expenses are subject to increase upon further order of the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Westlake Village, California.

Dated: March /3, 2008

*[signature]*
**Debora Brown**

## EXHIBIT A

**The Loan Files**

(Attached)

| AHM Seller | LoanNumCHL | AssetId |
|---|---|---|
| 1694858 | 169486861 | 33575896 |