IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :    Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :    Jointly Administered
           Debtors.                                                    :
                                                                       :    Ref. No. 3027
---------------------------------------------------------------------- x

### CERTIFICATE OF NO OBJECTION TO APPLICATION
### RE: DOCKET NO. 3027

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Second Monthly Statement of Codilis & Associates, P.C. as Foreclosure Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period September 1, 2007 through September 30, 2007 (the "Application"). The Court's docket, which was last updated March 13, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than March 11, 2008 at 4:00 p.m.

Pursuant to the Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals and Rela Estate Brokers Utilized in the Ordinary Course and Granting Limited Nunc Pro Tunc Relief [Docket No. 2985] the Debtors are now authorized to pay 100% ($24,735.00) of requested fees and 100% of requested expenses ($72,994.35) on an interim basis without further Court order.

Dated: Wilmington, Delaware
    March 13, 2008

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Ryan M. Bartley
        James L. Patton, Jr. (No. 2202)
        Joel A. Waite (No. 2925)
        Pauline K. Morgan (No. 3650)
        Sean M. Beach (No. 4070)
        Kenneth Enos (No. 4544)
        Margaret B. Whiteman (No. 4652)
        Ryan M. Bartley (No. 4985)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and
        Debtors in Possession