UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**LOAN FILE RETURN DECLARATION OF DEBORA BROWN ON BEHALF OF
COUNTRYWIDE HOME LOANS, INC., SEEKING THE RETURN
OF HARD COPY LOAN FILES FROM DEBTORS**

I, Debora Brown, hereby declare as follows:

1. I am over eighteen years of age and I am the Executive Vice President, Director of Transaction Management of Countrywide Home Loans, Inc. (**"Countrywide"**).

2. I submit this Declaration in support of Countrywide's request for return of Hard Copy Loan Files[1] pursuant to the Second Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 3010] (the **"Order"**). All facts set forth in this Declaration are based on my personal knowledge, upon information supplied by people who report to me or on my personal review of relevant documents. If called upon to testify, I could and would, based on the foregoing, competently testify to the facts set forth herein. I am authorized to submit this Declaration on behalf of Countrywide.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2395] (the **"Motion"**).

WLM 512763.1

## BACKGROUND

3. On August 6, 2007 (the "Petition Date"), American Home Mortgage Corp. ("AHM Corp."), and certain affiliates (collectively, the "Debtors"), commenced these cases by filing voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (the **"Cases"**).

4. Prior to the Petition Date, Countrywide and AHM Corp. were parties to that certain Mortgage Loan Purchase and Interim Servicing Agreement dated August 14, 2003, including all amendments (as supplemented by the related Trade Confirmations and Purchase Confirmations, the "August **2003** Agreement")

5. Countrywide and AHM Corp. were also parties to that certain Mortgage Loan Purchase and Interim Servicing Agreement dated November 26, 2003, including all amendments (as supplemented by the related Trade Confirmations and Purchase Confirmations, the "November **2003** Agreement").

6. Countrywide and AHM Corp. were also parties to that certain Mortgage Loan Purchase and Interim Servicing Agreement dated January 29, 2004, including all amendments (as supplemented by the related Trade Confirmations and Purchase Confirmations, the "January **2004** Agreement").

7. Countrywide and AHM Corp. were also parties to that certain Mortgage Loan Purchase and Interim Servicing Agreement dated April 29, 2004, including all amendments (as supplemented by the related Trade Confirmations and Purchase Confirmations, the "April **2004** Agreement").

8. Countrywide and AHM Corp. were also parties to that certain Mortgage Loan Purchase and Interim Servicing Agreement dated May 17, 2004, including all amendments (as

supplemented by the related Trade Confirmations and Purchase Confirmations, the **"May 2004 Agreement"**).

9. Countrywide and AHM Corp. were also parties to that certain Mortgage Loan Purchase and Interim Servicing Agreement dated August 30, 2004, including all amendments (as supplemented by the related Trade Confirmations and Purchase Confirmations, the **"August 2004 Agreement"**).

10. Countrywide and AHM Corp. were also parties to that certain Mortgage Loan Purchase and Interim Servicing Agreement dated April 28, 2005, including all amendments (as supplemented by the related Trade Confirmations and Purchase Confirmations, the **"April 2005 Agreement"**).

11. Countrywide and AHM Corp. were also parties to that certain Mortgage Loan Purchase and Interim Servicing Agreement dated June 24, 2005, including all amendments (as supplemented by the related Trade Confirmations and Purchase Confirmations, the **"June 2005 Agreement"**).

12. Countrywide and AHM Corp. were also parties to that certain Mortgage Loan Purchase and Interim Servicing Agreement dated September 26, 2005, including all amendments (as supplemented by the related Trade Confirmations and Purchase Confirmations, the **"September 2005 Agreement"**).

13. Countrywide and AHM Corp. were also parties to the HELOC Loan Purchase Agreement dated April 30, 2007, including all amendments (as supplemented by the related Trade Confirmations and Purchase Confirmations the **"2007 Agreement"** and collectively, with the August 2003 Agreement, the November 2003 Agreement, the January 2004 Agreement, the April 2004 Agreement, the May 2004 Agreement, the August 2004 Agreement, the April 2005

Agreement, the June 2005 Agreement, the September 2005 Agreement, the **"Countrywide Agreements").**

14. Under the Countrywide Agreements, the Debtors may be holding Hard Copy Loan files, original Mortgage Files and Mortgage Loan Documents (each as defined in the Countrywide Agreements) in trust for Countrywide that the Debtors are obligated to return to Countrywide. With the Debtors assistance, Countrywide is in the process of determining whether the Debtors are in possession of original Mortgage Files and Mortgage Loan Documents related to the Countrywide Agreements.

## LOAN FILES TO BE RETURNED

15. A true and complete list of each Hard Copy Loan file, identified by AHM loan number, due to be returned to Countrywide pursuant to the Countrywide Agreements is attached hereto as Exhibit A and incorporated herein by reference (the **"Loan Files").**

16. The Countrywide contact person to coordinate the return of the Loan Files is:

> **Name: Adam Gadsby**
> **Address: 4500 Park Granada**
> **Calabasas, CA 91302**
> **Phone: (818) 225-6541**
> **Facsimile: (866) 360-5015**
> **Email Address: Adam_Gadsby@Countrywide.com**

17. I hereby certify that Countrywide legally owns the servicing rights to each loan for which Loan Files are being requested hereunder.

18. Countrywide's preferred method to receive the Loan Files is to retrieve or pick-up the Loan Files at the Debtors warehouse location.

19. Countrywide agrees to pay all reasonable costs and expenses associated with the return of the Loan Files and further understands that such costs and expenses are subject to increase upon further order of the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Westlake Village, California.

Dated: March 13, 2008

*/s/ Debora Brown*
**Debora Brown**

## EXHIBIT A

**The Loan Files**

(Attached)

| AHM Seller | LoanNumCHL | AssetId |
|---|---|---|
| 302135 | 37967072 | 11283089 |
| 2252042 | 51284981 | 17186269 |
| 3182716 | 51284997 | 17186271 |
| 3242459 | 51285013 | 17186273 |
| 3394626 | 51285037 | 17186276 |
| 3413236 | 51285045 | 17186277 |
| 3994731 | 51285133 | 17186288 |
| 4262957 | 51285189 | 17186295 |
| 4427781 | 51285221 | 17186299 |
| 4431259 | 51285237 | 17186301 |
| 4583604 | 51285293 | 17186308 |
| 4596790 | 51285309 | 17186310 |
| 993004986 | 51285389 | 17186320 |
| 2011187 | 51285421 | 17186203 |
| 3131315 | 51285461 | 17186208 |
| 3278137 | 51285493 | 17186212 |
| 4256687 | 51285685 | 17186236 |
| 4425155 | 51285725 | 17186241 |
| 4490683 | 51285757 | 17186245 |
| 4518075 | 51285765 | 17186246 |
| 2067309 | 63146480 | 19095433 |
| 2081012 | 63146488 | 19095434 |
| 3446730 | 63146576 | 19095445 |
| 3792997 | 63146656 | 19095455 |
| 3854381 | 63146688 | 19095459 |
| 3860740 | 63146704 | 19095461 |
| 3959131 | 63146720 | 19095463 |
| 4096221 | 63146752 | 19095467 |
| 4126670 | 63146768 | 19095469 |
| 4279027 | 63146808 | 19095474 |
| 4339619 | 63146816 | 19095475 |
| 4354471 | 63146832 | 19095477 |
| 4401268 | 63146856 | 19095480 |
| 4526262 | 63146920 | 19095488 |
| 4474982 | 64395791 | 19376530 |
| 2355820 | 81889403 | 20179699 |
| 3045324 | 81889419 | 20179701 |
| 3316088 | 100843722 | 22806812 |
| 3357337 | 100843730 | 22806813 |
| 3161217 | 108670074 | 23518546 |
| 4054540 | 114808145 | 24846144 |
| 2295929 | 114808249 | 24846157 |
| 1272600 | 138984673 | 28587689 |
| 1266405 | 138985521 | 28587887 |
| 1294846 | 140327966 | 28872241 |
| 1293949 | 140337126 | 28872160 |
| 1306359 | 140337182 | 28872193 |
| 1305950 | 140337198 | 28872197 |
| 1302658 | 140337246 | 28872243 |
| 1298968 | 140337254 | 28872248 |
| 1377056 | 145144344 | 29899679 |

| | | |
|---|---|---|
| 1291188 | 154411311 | 28977336 |
| 1291212 | 154411319 | 28977337 |
| 1326054 | 154411711 | 31112708 |