IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS INC., a Delaware corporation, et al. : | Case No. 07-11047(CSS) |
| : | Jointly Administered |
| : | Related to Docket No. 3212 & 3260 |
| Debtors. : | |

**ORDER DENYING MOTION OF NORTHWEST TRUSTEE SERVICES, INC. FOR AN ORDER LIMITING NOTICE OF MOTION**

Upon consideration of the *Motion for an Order Limiting Notice of Motion of Northwest Trustee Services, Inc. For Order Directing the Debtors to Immediately Comply with Prior Order* ("Motion to Limit Notice"); and after due deliberation and insufficient good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion to Limit Notice is DENIED in its entirety.

2. The Motion of Northwest Trustee Services, Inc. For Order Directing the Debtors to Immediately Comply with Order Allowing and Approving Undisputed Fees and Costs Contained in Applications of Northwest Trustee Services, Inc. For Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-In-Possession shall be heard by the Court at the hearing on April 14, 2008 at 10:00 a.m.

SO ORDERED this 14th day of March, 2008.

_____
Christopher S. Sontchi
United States Bankruptcy Court Judge