## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### LOAN FILE RETURN DECLARATION OF KATHLEEN CONTE ON BEHALF OF COUNTRYWIDE BANK, F.S.B., SEEKING THE RETURN OF HARD COPY LOAN FILES FROM DEBTORS

I, Kathleen Conte, hereby declare as follows:

1.      I am over eighteen years of age and I am the Executive Vice President, Trading Operations of Countrywide Bank, F.S.B. (**"Countrywide"**).

2.      I submit this Declaration in support of Countrywide's request for return of Hard Copy Loan Files[1] pursuant to the Second Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 3010] (the **"Order"**). All facts set forth in this Declaration are based on my personal knowledge, upon information supplied by people who report to me or on my personal review of relevant documents. If called upon to testify, I could and would, based on the foregoing, competently testify to the facts set forth herein. I am authorized to submit this Declaration on behalf of Countrywide.

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2395] (the **"Motion"**).

WLM 512763.1

## BACKGROUND

3.      On August 6, 2007 (the **"Petition Date"**), American Home Mortgage Corp.
("**AHM Corp.**"), and certain affiliates (collectively, the **"Debtors"**), commenced these cases by
filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the **"Cases"**).

4.      On December 20, 2007, this Court entered the Order (I) Resolving Objections of
Countrywide Bank, N.A. to Debtors' Motion Authorizing the Sale of the Debtors' Servicing
Business; (II) Authorizing the Private Sale of Certain Servicing Rights to Countrywide Bank,
N.A. Free and Clear of Liens, Claims and Interests; (III) Approving the Terms of the Purchase
and Interests; and (IV) Granting Related Relief [D.I. 2462] (the **"Sale Order"**).

5.      Pursuant to the Sale Order, the Court approved the Purchase Agreement (as
defined therein, and attached thereto as Exhibit "A"), allowing Countrywide to acquire the
servicing rights under the Purchase Agreement.

6.      "Mortgage File" is defined in the Purchase Agreement as:

> the file containing copies in the form set forth in Section 2.07, and original
> documents to the extent required by the Applicable Requirements, of the
> Mortgage Loan Documents with respect to a Mortgage Loan, as well as
> the related credit and closing packages, disclosures, custodial documents,
> and all other files, books, records and documents necessary, as applicable,
> to (i) establish the eligibility of the Mortgage Loan for insurance by an
> Insurer, (ii) service the Mortgage Loan in accordance with Applicable
> Requirements, and (iii) comply with Applicable Requirements regarding
> the Mortgage Loan documentation to be maintained by the servicer of the
> Mortgage Loan or document custodian with respect to such Mortgage
> Loan.

Purchase Agreement at Article I.

7.      Pursuant to the Section 2.05 of Purchase Agreement:

> "[AHM Corp.] shall, in accordance with the Servicing Transfer
> Instructions, package and ship to Purchaser or Purchaser's sub-servicer or
> Purchaser's other designee for inside delivery, to be received by Purchaser
> or Purchaser's sub-servicer or Purchaser's other designee no later than five

> (5) Business Days after the Transfer Date, all Mortgage Files pertaining to
> the Mortgage Loans and the related servicing records in [AHM Corp.'s]
> possession. [AHM Corp.] shall provide Purchaser with prior written
> notice of the carrier, shipping arrangements, and insurance arrangements
> with respect to the delivery of the Mortgage Files.

8.      Pursuant to the Section 2.07 of Purchase Agreement, "[AHM Corp.] shall be
responsible for ensuring all documents comprising the Mortgage File held by or on behalf of
[AHM Corp.], related to the Mortgage Loans and that are not already held by the Custodian, are
transferred to [Countrywide] in a timely manner including, but not limited to, Mortgage Notes,
riders, loan modification documents and servicing files."

9.      Pursuant to the Section 2.10 of Purchase Agreement, *"[AHM Corp.] shall be
responsible for all transfer and recording fees, costs and expenses with respect to the transfer
of Servicing Rights, the delivery of Mortgage Loan Files and related documents*..." [*emphasis
added*]. Countrywide has not yet received all of the Mortgage Loan Files from AHM Corp.
relating to the Purchase Agreement.

10.     Pursuant to the Purchase Agreement, certain documents that were held in trust
under the Countrywide Agreement are required to be returned to Countrywide at the Debtors'
expense.

11.     At the hearing to consider approval of the Order on February 14, 2008 (the
**"Hearing"**), the Debtors represented to the Court that they agreed to return all Hard Copy Loan
files at their cost belonging to Countrywide under the Purchase Agreement and that no
declaration need be submitted to reclaim Hard Copy Loan files due thereunder. Countrywide has
been working with counsel for the Debtors to confirm that all Hard Copy Loan files and original
Mortgage Files and Mortgage Loan Documents (each as defined in the Purchase Agreement) will
be returned to Countrywide.

WLM 512763.1

12.     Based upon the Debtors' representations to the Court, this Declaration does not apply to Hard Copy Loan files and original Mortgage Files and Mortgage Loan Documents due to be returned under the Purchase Agreement.

13.     Additionally, Countrywide and AHM Corp. are parties to the following agreements: (i) that certain Mortgage Loan Purchase and Servicing Agreement, dated March 14, 2006, including all amendments (as supplemented by the related Trade Confirmations and Purchase Confirmations, the **"2006 Agreement"**), (ii) that certain Mortgage Loan Purchase and Interim Servicing Agreement dated April 27, 2007, including all amendments (the **"2007 Agreement"** and collectively, with the 2006 Agreement, the **"Additional Agreements"**), pursuant to which, AHM Corp. sold certain mortgage loans to Countrywide.

14.     Under the Additional Agreements, the Debtors may be holding Hard Copy Loan files, original Mortgage Files and Mortgage Loan Documents (each as defined in the Additional Agreements) in trust for Countrywide that the Debtors are obligated to return to Countrywide. With the Debtors assistance, Countrywide is in the process of determining whether the Debtors are in possession of original Mortgage Files and Mortgage Loan Documents related to the Additional Agreements.

## LOAN FILES TO BE RETURNED

15.     A true and complete list of each Hard Copy Loan file, identified by AHM loan number, due to be returned to Countrywide pursuant to the Additional Agreements is attached hereto as Exhibit A and incorporated herein by reference (the **"Loan Files"**).

16.     The Countrywide contact person to coordinate the return of the Loan Files is:

> **Name: Adam Gadsby**
> **Address: 4500 Park Granada**
> **Calabasas, CA 91302**
> **Phone: (818) 225-6541**

WLM 512763.1

**Facsimile: (866) 360-5015**
**Email Address: Adam_Gadsby@Countrywide.com**

17.    I hereby certify that Countrywide legally owns each loan for which Loan Files are being requested hereunder.

18.    Countrywide's preferred method to receive the Loan Files is to retrieve or pick-up the Loan Files at the Debtors warehouse location.

19.    Countrywide agrees to pay all reasonable costs and expenses associated with the return of the Loan Files that are subject to the Additional Agreements and further understands that such costs and expenses are subject to increase upon further order of the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Calabasas, California.

Dated: March 13, 2008

Kathleen Conte

WLM 512763.1

## EXHIBIT A

### The Loan Files

(Attached)

WLM 512763.1

| AHM Seller | LoanNumCHL | AssetId |
|---|---|---|
| 1641980 | 166158001 | 33135788 |
| 1690603 | 167658666 | 33469120 |