## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Related Docket No. 3010 |
| | ) |

### LOAN FILE RETURN DECLARATION OF BRUCE W. GOOD

Bruce W. Good, being duly sworn, deposes and says:

1.      I am a Principal of Banc of America Securities LLC, N.A. ("BofA"), which purchased certain loans from the Debtors pursuant to the following agreements: (1) the Master Bulk Sale and Interim Servicing Agreement, dated as of May 1, 2006, between BofA and AHM Corp.; (2) the Master Bulk Sale and Interim Servicing Agreement, dated as of August 1, 2006, among BofA, AHM Corp., and AHM Servicing; and (3) the Master Bulk Sale and Servicing Agreement, dated as of June 1, 2007, among BofA, AHM Corp. and AHM Servicing (collectively, the "MLPSAs").

2.      I am over the age of eighteen and understand the obligations of an oath. I have personal knowledge of the facts set forth herein and I have the requisite corporate authority to make this Loan File Return Declaration.[1] I submit this Loan File Return Declaration pursuant to the Second Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Loan File Return Order.

Expenses dated February 19, 2008 (the "Loan File Return Order"), a copy of which is annexed hereto.

3. I hereby attest that BofA purchased and presently owns the following eleven (11) mortgage loans (identified by loan number) from the Debtors pursuant to the MLPSAs: (1) 1717650; (2) 1727954; (3) 1708987; (4) 1727569; (5) 1600721; (6) 1644700; (7) 1669849; (8) 1687668; (9) 1747999; (10) 1684797; and (11) 1713429. Pursuant to the Loan File Return Order, BofA hereby requests that all of the Hard Copy Loan Files for the mortgage loans identified in this paragraph be delivered to Banc of America Securities LLC, NC1-027-21-04, 214 North Tryon Street, Charlotte, NC 28255, ATTN: Mr. Salvatore Russo.

4. I hereby further attest that BofA will pay all reasonable costs and expenses associated with the delivery of the requested Hard Copy Loan Files as set forth herein. I acknowledge that such costs are subject to increase upon further order of the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of March 2008 in Charlotte, North Carolina.

_____
Bruce W. Good

Subscribed and sworn to before
me this 13th day of March 2008

_____
Notary Public
E. Blair Autrey
October 4, 2010