## CERTIFICATE OF SERVICE

I, Laurie Selber Silverstein, hereby certify that I am not less than 18 years of age and that on this 14th day of March, 2008, I caused a true and correct copy of the within **Loan File Return Declaration of Bruce W. Good** to be served on the following parties in the manner indicated below:

**VIA HAND DELIVERY**
Margaret B. Whiteman, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

**EMAIL/AND FIRST CLASS MAIL**
Chris Cavaco
538 Broadhollow Road
Melville, NY 11747

Under penalty of perjury, I declare that the forgoing is true and correct.

_____
Laurie Selber Silverstein

Pac#855069