## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| AMERICAN HOME MORTGAGE HOLDINGS, | ) | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, et al., | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

## LOAN FILE RETURN DECLARATION OF
## DEUTSCHE BANK NATIONAL TRUST COMPANY, SOLELY IN ITS CAPACITY AS
## TRUSTEE, AND ON BEHALF OF CERTAIN SECURITIZATION TRUSTS

     1.     This Declaration is made by Deutsche Bank National Trust Company ("Deutsche Bank") solely in its capacity as trustee ("Trustee") for the securitization trusts listed on Schedule 1 attached hereto (together with any other trusts of which it is trustee and which hold mortgage loans originated or sold by any Debtor, the "Trusts") pursuant to this Court's *Second Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses* (the "Order").

     2.     The Trustee or other document custodian has furnished Debtors, on an ongoing basis, document exception reports with respect to missing loan file documents, and the Trustee is informed and believes that Debtors are in possession of additional document exception reports from other document custodians (the "Document Exception Reports"). The Trustee, on behalf of the Trusts, is requesting the Hard Copy Loan Files for all outstanding loans with missing loan file documents as listed on the most recently available Document Exception Reports, copies of which have been provided to the Debtors under separate cover (the "Requested Hard Copy Loan

Files"). The Document Exception Reports include, among other things, the loan numbers and the name of each mortgagor.

3.    All contact with respect to this Declaration and the matters contained herein should be made to:

> Ronaldo R Reyes
> Deutsche Bank National Trust Company
> Global Transaction Banking Trust & Securities Services
> Structured Finance Services
> 1761 East St. Andrew Place
> Santa Ana, CA  92705-4934
> Tel: (714) 247-6320
> Fax: (714) 247-6478
> ronaldo.r.reyes@db.com

4.    To the best of the Trustee's knowledge, the Trusts are the legal owners of the mortgage loans relating to the Requested Hard Copy Loan Files and the Trustee, acting on behalf of the Trusts, has the requisite corporate authority to make this Declaration.

5.    The Trustee requests that it receive the Hard Copy Loan Files via pick up from the Debtors (unless a different delivery method is subsequently agreed upon by Debtors and the Trustee). The Trustee is only requesting hard copies of such files and is not requesting files to be imaged on DVD.

6.    To the extent any other party, including any servicer, master servicer, or other party who has a legal right to receive the Requested Hard Copy Loan Files (the "Other Requesting Party"), makes a similar or identical request for any of the Requested Hard Copy Loan Files on behalf of a Trust, the Trustee hereby withdraws its request for such Requested Hard Copy Loan Files and shall not be liable or responsible for any costs or expenses related to the request for such files by the Other Requesting Party.

7.    The Trusts shall pay the required costs associated with this delivery method (the "File Return Costs") but only to the extent that (i) sufficient funds are made available from the respective Trusts to pay for such File Return Costs, and (ii) the Trusts actually receive delivery of the Requested Hard Copy Loan Files. The Trustee, on behalf of the Trusts, acknowledges that such File Return Costs are subject to increase upon further order of the Court.

8.    Deutsche Bank makes this Declaration solely in its capacity as Trustee on behalf of the Trusts and not in its individual capacity, and in no case whatsoever shall Deutsche Bank be liable for the statements or agreements of the Trusts hereunder. All persons asserting any claim against Deutsche Bank, the Trustee or the Trusts by reason of this Declaration shall look solely to the property of Trusts for payment or satisfaction thereof.

9.    Nothing contained herein constitutes a waiver of, or a bar to, any rights or remedies that may be available to the Deutsche Bank, the Trustee or the Trusts. Deutsche Bank, the Trustee and the Trusts hereby reserve any and all rights and remedies available under any applicable trust agreement or any other related agreements, at law or in equity, all without prejudice.

Deutsch Bank National Trust Company, solely in its capacity as Trustee and not individually

By:_____

Ronaldo Reyes, Vice President

3

# SCHEDULE 1
**Deutsche Bank National Trust Company**
**Loan File Return Declaration**

| Issue ID | Deal Name |
| --- | --- |
| AH0501 | American Home Mortgage Inv Trust, 2005-1 |
| AH0502 | American Home Mortgage Inv Trust, 2005-2 |
| AH0503 | American Home Mortgage Inv Trust, 2005-3 |
| AH05A1 | American Home Mortgage Assets Trust, 2005-1 |
| AH05A2 | American Home Mortgage Assets Trust, 2005-2 |
| AH05S1 | American Home Mortgage Inv Trust, 2005-SD1 |
| AH0601 | American Home Mortgage Inv Trust, 2006-1 |
| AH0602 | American Home Mortgage Inv Trust, 2006-2 |
| AH0603 | American Home Mortgage Inv Trust, 2006-3 |
| AH06A1 | American Home Mortgage Assets Trust, 2006-1 |
| AH06A2 | American Home Mortgage Assets Trust, 2006-2 |
| AH06A5 | American Home Mortgage Assets Trust, 2006-5 |
| AH06A6 | American Home Mortgage Assets Trust, 2006-6 |
| AH0701 | American Home Mortgage Inv Trust, 2007-1 |
| AH0702 | American Home Mortgage Inv Trust, 2007-2 |
| AH07A1 | American Home Mortgage Assets Trust, 2007-1 |
| AH07A2 | American Home Mortgage Assets Trust, 2007-2 |
| AH07A3 | American Home Mortgage Assets Trust, 2007-3 |
| AH07A4 | American Home Mortgage Assets Trust, 2007-4 |
| AH07A5 | American Home Mortgage Assets Trust, 2007-5 |
| AH07AS/ AH07S1 | American Home Mortgage Inv Trust, 2007-A/2007-SD1 |
| AH07S2 | American Home Mortgage Inv Trust, 2007-SD2 |
| GC06H6 | Harborview 2006-6 |
| GC0614 | Harborview 2006-14 |
| GC06H7 | Harborview 2006-7 |
| GC07H2 | Harborview 2007-2 |
| GC07H5 | Harborview 2007-5 |
| GS0610 | GSAA 2006-10 |
| GS0611 | GSAA 2006-11 |
| GS064S | GSAMP 2006-S4 |
| GS06O1 | GSR 2006-OA1 |

## SCHEDULE 1
### Deutsche Bank National Trust Company
### Loan File Return Declaration

| Issue ID | Deal Name |
|---|---|
| HB07A1 | HSI Asset Loan Obligation Trust 2007-1 |
| HB07L1 | HSI Asset Loan Obligation Trust 2007-AR1 |
| HB07L2 | HSI Asset Loan Obligation Trust 2007-AR2 |
| GS066S | GSAMP 2006-S6 |
| MS0406 | Morgan Stanley 2004-AR6  (MSML) |
| MS0409 | Morgan Stanley 2004-9     (MSML) |
| MS0501 | Morgan Stanley 2005-1     (MSML) |
| MS0403 | Morgan Stanley 2004-3     (MSML) |
| MS0404 | Morgan Stanley 2004-4     (MSML) |