# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re:* | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | Case No. 07-11047 (CSS) |
|  | (Jointly Administered) |
| Debtors. |  |
|  | **Related to Docket Nos. 3294, 3297, 3300 & 3302** |

## CERTIFICATE OF SERVICE

William E. Chipman, Jr., do hereby certify that on the 14th day of March, 2008, I caused copies of the following documents:

1. Loan File Return Declaration of Marilyn Richardson on behalf of Countrywide Home Loans, Inc. Seeking the Return of Hard Copy Loan Files from Debtors [Docket No. 3294];

2. Loan File Return Declaration of Debora Brown on behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from Debtors [Docket No. 3297];

3. Loan File Return Declaration of Debora Brown on behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from Debtors [Docket No. 3300]; and

4. Loan File Return Declaration of Kathleen Conte on behalf of Countrywide Bank, F.S.B., Seeking the Return of Hard Copy Loan Files from Debtors [Docket No. 3302];

to be served upon the counsel listed below in the manner indicated:

| **Federal Express** | **Hand Delivery** |
|---|---|
| American Home Mortgage Holdings, Inc. | Robert S. Brady |
| Attn: Chris Cavaco | Margarte B. Whiteman |
| 538 Broadhollow Road | Young Conaway Stargatt & Taylor LLP |
| Melville, NY 11747 | The Brandywine Bldg., 17th Floor |
| | 1000 West Street |
| | Wilmington, DE 19899 |

_____/s/ William E. Chipman, Jr. _____
William E. Chipman, Jr. (#3818)