# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Holdings, Inc., a | ) | |
| Delaware corporation, *et al.*, | ) | Case No. 07-11047(CSS) |
| | ) | |
| | ) | Related to D.I. 2395 and 2888 |
| | ) | |
| | ) | |
| | ) | Jointly Administered |

**OBJECTION AND RESERVATION OF RIGHTS OF WELLS FARGO BANK, N.A. TO THE BAR DATE ESTABLISHED PURSUANT TO THE SECOND ORDER PURSUANT TO 11 U.S.C. §§ 105, 363 AND 554 AUTHORIZING THE (I) ABANDONMENT AND DESTRUCTION OF CERTAIN DUPLICATE MORTGAGE LOAN FILES OR (II) RETURN OF MORTGAGE LOAN FILES TO THE OWNER OF SUCH LOANS UPON PAYMENT OF REASONABLE COSTS AND EXPENSES (D.I. 2395 AND 2888)**

Wells Fargo Bank, National Association (*"Wells Fargo"*), as Master Servicer and/or Indenture Trustee for approximately 70 securitization transactions for which American Home Mortgage Servicing, Inc. ("*AHM Servicing*"), or one of the other Debtors, previously served as servicer, hereby files its Objection (the *"Objection"*) and Reservation of Rights to the Bar Date Established Pursuant to the Second Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses (the "*Second Order*"). In support of its Objection, Wells Fargo states as follows:

## OBJECTION

1.     As the purchaser of the Debtors' servicing rights, AH Mortgage Acquisition Co., Inc., as the successive servicer (the "*Servicer*") is the responsible and appropriate party to determine which loan files held by the Debtors, if any, should be requested and obtained from

the Debtors to fulfill its obligations as servicer under all of the servicing agreements and/or other related agreements.  Wells Fargo understands that the Servicer has advised the Debtors of its interest in the Debtors' loan files and will be consulting with the Debtors as to which loan files will be requested.  As the Master Servicer or Indenture Trustee, Wells Fargo defers to the Servicer's judgment with respect to any request of such loan files.   In the event the Servicer fails to fulfill its obligations under the terms of the servicing agreements to request all necessary loan files, Wells Fargo may determine, in its sole discretion, that it is necessary to independently request certain loan files from the Debtors.  However, it is premature for Wells Fargo to make any such determination until the Servicer has made a final decision as to which loan files are to be requested from the Debtors.  Wells Fargo therefore objects to the Bar Date set forth in the Second Order to the extent it requires Wells Fargo, as Master Servicer and/or Trustee to request any of the Debtors' loan files before the Servicer has made its own decision as to which loan files the Servicer should request from the Debtors.

**RESERVATION OF RIGHTS**

2.     Wells Fargo understands that the Debtors' loan files that are the subject of the servicing agreements and/or other related agreements that were assigned to, and/or otherwise acquired by, the Servicer will be retained and maintained by the Debtors until the Servicer has reached a final decision as to which loan files will be requested from the Debtors.  Wells Fargo therefore reserves its right to seek, to the extent Wells Fargo deems it appropriate and after consultation with the Servicer, any and all loan files Wells Fargo believes are necessary to the servicing of the loans that are subject to the servicing agreements and/or other related agreements that were assigned to, and/or otherwise acquired by, the Servicer that are not ultimately requested from the Debtors by the Servicer.

3.      In addition, Wells Fargo hereby submits a precautionary request for each of the Hard Copy Loan Files listed on the attached *Exhibit A*, which is subject to (a) the Servicer's right to such loan files as set forth in the Servicer's asset purchase agreement with the Debtors, (b) the Servicer's additional right to request any and all such loan files from the Debtors, and (c) this Objection, including, among other things, Wells Fargo's reservation of rights regarding such loan files that is set forth above.  In accordance with the terms of the Second Order, Wells Fargo states as follows:

| | |
|---|---|
| **Files Requested:** | Those loan files attached as Exhibit A to this Objection. |
| **Requesting Party:** | Wells Fargo Bank, N.A.  Attention:  William Fay, Default & Restructuring Account Manager, Wells Fargo Bank, N.A., Corporate Trust Services, Asset Securitization Group, 9062 Old Annapolis Road, MAC N2702-011, Columbia, MD 21045, Phone: 410.884.2286 |
| **Legal Entitlement:** | Wells Fargo Bank, N.A. is the Master Servicer and/or Indenture Trustee for the securitization trusts which own all of the loans that relate to the loan files presently in the possession of the Debtors. |
| **Delivery Instructions:** | Deliver the loan files by courier to the address set forth above. |
| **Payment of Fees:** | Wells Fargo agrees to pay the reasonable costs and expenses with respect to the Hard Loan Files requested on the attached Exhibit A only to the extent such costs and expenses are reimbursable to Wells Fargo, as Master Servicer and/or Indenture Trustee, out of the securitization trusts, and understands that these fees and expenses may be subject to increase upon further order of the Court. |

Notwithstanding the precautionary request for the loan files set forth above, Wells Fargo, as Master Servicer and/or Indenture Trustee, further reserves the right to revise and/or modify the above request and list of loan files, which may include, among other things, the addition of certain loan files to, or the deletion of certain loan files from, the above request.

Respectfully Submitted,

/S/ Todd C. Schiltz
**WOLF, BLOCK, SCHORR AND SOLIS-COHEN, LLP**
Todd C. Schiltz (#3253)
1100 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 777-0313
tschiltz@wolfblock.com


and


**CHAPMAN AND CUTLER LLP**
FRANKLIN H. TOP, III
111 WEST MONROE STREET
CHICAGO, IL 60603
TELEPHONE:  (312) 845-3824
top@chapman.com

*Attorneys for Wells Fargo Bank, National Association,
as Master Servicer and/or Indenture Trustee*