EXHIBIT A

| | | | |
|---|---|---|---|
| 288753 | 545905 | 572175 | 37359750 |
| 313452 | 546141 | 572353 | 37424754 |
| 388508 | 549490 | 572554 | 37483485 |
| 403724 | 550429 | 573138 | 37493526 |
| 409839 | 550541 | 573413 | 39331438 |
| 414728 | 553107 | 573420 | 42126050 |
| 428203 | 553399 | 574446 | 42153718 |
| 439842 | 553702 | 574560 | 42316483 |
| 446701 | 553739 | 576138 | 45966921 |
| 447247 | 554001 | 578078 | |
| 450915 | 554101 | 578875 | |
| 453456 | 554583 | 579011 | |
| 457039 | 555074 | 581112 | |
| 467941 | 555160 | 581332 | |
| 469771 | 557104 | 582472 | |
| 470710 | 558698 | 584233 | |
| 472642 | 559216 | 584579 | |
| 478399 | 559260 | 588217 | |
| 492843 | 560334 | 588282 | |
| 502054 | 560440 | 588819 | |
| 511579 | 560567 | 590649 | |
| 516873 | 561519 | 4934217 | |
| 521081 | 562783 | 4988284 | |
| 527316 | 563148 | 5050769 | |
| 527402 | 563335 | 5191161 | |
| 528195 | 563824 | 5210442 | |
| 528407 | 564998 | 31835486 | |
| 528849 | 565153 | 35082773 | |
| 533358 | 565260 | 35088443 | |
| 534284 | 567646 | 35089038 | |
| 534477 | 567832 | 35099572 | |
| 536189 | 568126 | 35793928 | |
| 537468 | 568472 | 36661188 | |
| 538352 | 569139 | 36818840 | |
| 539367 | 569847 | 37068477 | |
| 539614 | 570064 | 37138182 | |
| 540663 | 570620 | 37189990 | |
| 540679 | 570848 | 37218101 | |
| 541130 | 570854 | 37342567 | |

- 2 -

| | |
|---|---|
| 1094919 | 1222451 |
| 1105896 | 1228091 |
| 1188122 | 1229921 |
| 1192498 | 1234224 |
| 1199702 | 1235431 |
| 1201305 | 1240467 |
| 1203511 | 1240729 |
| 1205361 | 1243446 |
| 1206280 | 1244112 |
| 1206718 | 1244523 |
| 1213282 | 1244793 |
| 1213811 | 1249251 |
| 1218086 | 1249486 |
| 1220012 | |
| | |
| 1559274 | 1604898 |

| | | |
|---|---|---|
| 807182 | 997996 | 1006788 |
| 893652 | 998090 | 1007010 |
| 952461 | 998116 | 1007025 |
| 964285 | 998195 | 1007051 |
| 970976 | 998205 | 1007739 |
| 976840 | 998400 | 1008869 |
| 977835 | 998404 | 1011065 |
| 981213 | 998460 | 1011371 |
| 984477 | 999404 | 1013822 |
| 984498 | 999724 | 1014118 |
| 985933 | 1000111 | 1015309 |
| 987082 | 1000450 | 1017469 |
| 987293 | 1001022 | 1017737 |
| 987966 | 1001824 | 1020292 |
| 990527 | 1002008 | 1022240 |
| 990789 | 1002021 | 1022983 |
| 991778 | 1002419 | 1025269 |
| 992632 | 1002604 | 1026076 |
| 994913 | 1002655 | 1030397 |
| 995208 | 1003078 | 1031152 |
| 995998 | 1003616 | 1035620 |
| 996389 | 1004161 | 1039937 |
| 996439 | 1004239 | 1000996271 |
| 996580 | 1005712 | |
| 997156 | 1005832 | |