**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| American Home Mortgage Holdings, Inc., a ) | |
| Delaware corporation, *et al.*, ) | |
| ) | Case No. 07-11047(CSS) |
| ) | |
| ) | Related to D.I. 2395 and 2888 |
| ) | |
| ) | |
| ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

The undersigned hereby states that a true and correct copy of Objection and Reservation of Rights of Wells Fargo Bank, N.A. to the Bar Date Established Pursuant to the Second Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses (D.I. 2395 and 2888) were served on March 14, 2008, upon all persons at the following addresses:

**VIA HAND DELIVERY**
Margaret B. Whiteman, Esquire
Young Conoway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

**VIA FIRST CLASS REGULAR MAIL**
Chris Cavaco
538 Broadhollow Road
Melville, NY  11747

WOLF, BLOCK, SCHORR and SOLIS-COHEN, LLP

/s/ Todd C. Schiltz
Todd C. Schiltz (#3253)
1100 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0312

Attorneys for Defendants Aloha Automotive, LLC d/b/a as Aloha Automotive