UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF D.I. NO. 3266 AND D.I. NO. 3267

PLEASE TAKE NOTICE that the following docket entry numbers were entered in error:

Docket No. 3266, Motion and Order for Admission *Pro Hac Vice* of Ira M. Levee.

Docket No. 3267, Motion and Order for Admission *Pro Hac Vice* of Ira M. Levee.

PLEASE TAKE FURTHER NOTICE that the documents have been filed correctly as Docket No. 3280 and Docket No. 3281.

Dated: March 14, 2008
Wilmington, Delaware

**CROSS & SIMON, LLC**

*/s/ CPS*
_____
Christopher P. Simon (No. 3697)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200
(302) 777-4224 (Facsimile)
csimon@crosslaw.com
*Attorney for New England Teamsters & Trucking Industry Pension Fund, Iron Workers Local No. 25 Pension Fund, Alaska Laborers Employers Retirement Fund, Iron Workers Tennessee Valley Pension Fund, and the City of Philadelphia Board of Pensions and Retirement*