ANNE MILGRAM  
Attorney General of New Jersey  
R.J. Hughes Justice Complex  
25 Market Street  
P.O. Box 106  
Trenton, New Jersey 08625-0106  
Attorney for Creditor, State of New Jersey, Division of Taxation  

By:  Marikae G. Toye (MT 9551)  
     Deputy Attorney General  
     (609) 943-5262  

```
                UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF DELAWARE
```

In re:                              )    Chapter 11  

AMERICAN HOME MORTGAGE CORP.        )    Case No. 07-11047 (CSS)  

                                    )    Jointly Administered  
        Debtor.  
                                    )  

NOTICE OF APPEARANCE AND REQUEST  
<u>FOR SERVICE OF NOTICE AND PLEADINGS</u>  

TO:  David D. Bird, Clerk  
     United States Bankruptcy Court  
     District of Delaware  
     824 N. Market Street, 3rd Floor  
     Wilmington, DE 19801  

   The State of New Jersey, Division of Taxation hereby gives notice of its appearance in this case by and through the undersigned counsel:

                Marikae G. Toye  
                Deputy Attorney General  
                New Jersey Attorney General's Office  
                Division of Law  
                R.J. Hughes Justice Complex  
                P.O. Box 106  
                Trenton, New Jersey 08625  
                Phone: (609) 943-5262

Pursuant to Bankruptcy Rule 9010, The State of New Jersey, Division of Taxation through its counsel respectfully requests that it be served with copies of all notices issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, Trustee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017 and 9013 and other Bankruptcy Rules or local rules governing notice.

The State of New Jersey, Division of Taxation has filed proofs of claim in this case. This notice is not an informal proof of claim; rather, it is an appearance for the limited purpose of obtaining notice of pleadings in this case.

Respectfully submitted,

ANNE MILGRAM
Attorney General of New Jersey

By: /s/ Marikae G. Toye
Marikae G. Toye
Deputy Attorney General

Date: 3-14-2008