ANNE MILGRAM
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 106
Trenton, New Jersey 08625-0106
Attorney for State of New Jersey, Division of Taxation

By:  Marikae G. Toye(MT 9551)
     Deputy Attorney General
     (609) 943-5262


                 UNITED STATES BANKRUPTCY COURT
                  FOR THE DISTRICT OF DELAWARE

In re:                     )    Chapter 11

AMERICAN HOME MORTGAGE CORP, )    Case No. 07-11047(CSS)
                                 (Jointly Administered)
            Debtor.        )

                           CERTIFICATION OF SERVICE

        Marikae G. Toye hereby certifies and says:

        1.   I am employed as a Deputy Attorney General with the
Department of Law and Public Safety, Division of Law.

        2.   I hereby certify that on March 14, 2008 a Notice of
Appearance was filed electronically and if the following are not
registered participants for electronic notice, on the same date, I
caused a true copy of this notice to be served via U.S. Mail to the
following:

            Donald J. Bowman, Jr, Esq.
            Robert S. Brady, Esq.
            Kenneth J. Enos, Esq.
            Kara Hammond Coyle, Esq.
            Edwin J. Harron, Esq.
            Edward J. Kosmowski, Esq.
            Matthew Barry Lunn, Esq.
            Pauline K. Morgan, Esq.
            Travis N. Turner, Esq.
            Joel A. Waite, Esq.

Margaret B. Whiteman, Esq.
Sharon M. Zieg, Esq.
Attorneys for Debtor
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

Geoffrey A. Aaronson, Esq.
Attorney for Creditor
Bank of America Tower
100 SE 2nd Street, 27th Floor
Miami, FL 33131

David D. Aelvoet, Esq.
Attorney for Creditor
Linebarger Goggan Blair and Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205

Elihu Ezekiel Allinson, III, Esq.
Attorney for Creditor
Sullivan Hazeltine Allison, LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

John R. Ashmead, Esq.
Ronald L. Cohen, Esq.
Attorneys for Creditor and Interested Party
Seward & Kissel, LLP
One Battery Park Plaza
New York, NY 10004

Mary E. Augustine, Esq.
Charlene D. Davis, Esq.
Eric Michael Sutty, Esq.
Attorneys for Interested Parties
Bayard, PA
222 Delaware Avenue, Suite 900
PO Box 25130
Wilmington, DE 19899-5130

James F. Bailey, Esq.
Attorney for Interested Party
James F. Bailey and Associates, PA
3 Mill Road, Suite 306A
Wilmington, DE 19806

2

Elizabeth Banda, Esq.
Attorney for Creditors
Perdue Brandon Fielder Collins and Mott
PO Box 13430
Arlington, TX 76094-0430

Daniel I. Barness, Esq.
Attorney for Interested Party
Siro Moss Barness and Harrison, LLP
11377 West Olympic Blvd
5th Floor
Los Angeles, CA 90064

Michael Jason Barrie, Esq.
Attorney for Creditor
Schnader Harrison Segal and Lewis, LLP
824 Market Street, Suite 1001
Wilmington, DE 19801

Leonora K. Baughman, Esq.
Attorney for Creditors
Kilpatrick and Associates, PC
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326

Christopher R. Belmonte, Esq.
Attorney for Interested Party
Satterlee Stephens Burke and Burke, LLP
230 Park Avenue
New York, NY 10169

Don A. Beskrone, Esq.
William Pierce Bowden, Esq.
Benjamin W. Keenan, Esq.
Gregory Alan Taylor, Esq.
Amanda Marie Winfree, Esq.
Attorneys for Creditors
Ashby and Geddes
222 Delaware Avenue, 17th Floor
PO Box 1150
Wilmington, DE 19899

Karen C. Bifferato, Esq.
Marc J. Phillips, Esq.
Christina Mayeen Thompson, Esq.
Jeffrey C. Wisler, Esq.
Attorneys for Creditors
Connolly Bove Lodge and Hutz

The Nemours Building
1007 North Orange Street
PO Box 2207
Wilmington, DE 19899

Peter Douglas Bilowz, Esq.
Attorney for Creditor
Goulston and Storrs, PC
400 Atlantic Avenue
Boston, MA 02110

Joseph J. Bodnar, Esq.
Attorney for Interested Parties
2101 North Harrison Street, Suite 101
Wilmington, DE 19802

Hilary B. Bonial, Esq.
Attorney for Creditors
Brice Vander Linden and Pernick PC
9441 LBJ Freeway, Suite 350
Dallas, TX 75243

Rebecca L. Booth, Esq.
Attorney for Creditor
Morgan Lewis and Bockius
1701 Market Street
Philadelphia, PA 19103

Amy D. Brown, Esq.
Attorney for Creditor
Werb and Sullivan
300 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Charles J. Brown, Esq.
Attorney for Creditors
Archer Greiner, PC
300 Delaware Ave, Suite 1370
Wilmington, DE 19801

Jacob A. Brown, Esq.
Attorney for Creditor
Akerman Senterfitt
500 North Laura Street, Suite 2500
Jacksonville, FL 32202

Mark Browning, Esq.
Attorney for Creditor

4

Office of the Attorney General
300 West 15th Street, 8th Floor
Austin, TX 78701

William J. Burnett, Esq.
Attorney for Interested Parties
Flaster Greenberg
8 Penn Center
1628 JFK Blvd, 15th Floor
Philadelphia, PA 19103

Michael G. Busenkell, Esq.
Ronald S. Gellert, Esq.
Bryan M. Keilson, Esq.
Attorneys for Creditors
Eckert Seamans Cherin and Mellot, LLC
300 Delaware Ave, Suite 1210
Wilmington, DE 19801

John W. Butler, Esq.
Attorney for Creditor
Butler Butler and Rowse-Oberle, LLC
24525 Harper Ave, Suite 2
St. Claire Shores, MI 48080

Mary Caloway, Esq.
Peter James Duhig, Esq.
Attorneys for Creditors
Buchanan Ingersoll and Rooney PC
100 West Street, Suite 1410
Wilmington, DE 19801

David W. Carickhoff, Jr. Esq.
Bonnie Glantz Fatell, Esq.
Attorneys for Creditor Committee
Blank Rome, LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

John T. Carroll, Esq.
Attorney for Interested Party
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801

Marc Stephen Casarino, Esq.
James S. Yoder, Esq.

5

Attorneys for Creditor
White and Williams, LLP
824 Market Street, Suite 902
Wilmington, De 19899

William E. Chipman, Jr. Esq.
Mark Daniel Olivere, Esq.
Attorneys for Interested Party
Edwards Angell Palmer and Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

Shawn M. Christianson, Esq.
Attorney for Creditor
Buchalter Nemer, PC
333 Market Street, 25th Floor
San Francisco, CA 94105-2130


Jeffrey S. Cianciulli, Esq.
Attorney for Creditors
Weir and Partners, LLP
824 Market Street
Wilmington, DE 19801

Mark D. Collins, Esq.
Jason M. Madron, Esq.
Christopher M. Samis, Esq.
Russell C. Silberglied, Esq.
Attorneys for Creditors and Interested Parties
Richards Layton and Finger
One Rodney Square
920 N. King Street
PO Box 551
Wilmington, DE 19899

Nancy A. Connery, Esq.
Attorney for Interested Party
Schoeman Updike and Kaufman, LLP
60 East 42 Street, Suite 3906
New York, NY 10165

Victoria Watson Counihan, Esq.
Attorney for Intersted Parties
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

6

Donna L. Culver, Esq.
Attorney for Interested Party
Morris Nichols Arsht and Tunnell
1201 N. Market Street
PO Box 1347
Wilmington, DE 19899

Julius O. Curling, Esq.
Attorney for Interested Party
Office of Attorney General, State of Michigan
3030 W. Grand Blvd, Suite 10-200
Detroit, MI 48202

Teresa K.D. Currier, Esq.
Attorney for Creditor
Buchanan Ingersoll and Rooney, PC
1000 West Street, Suite 1410
Wilmington, DE 19801

Eric M. Davis, Esq.
Attorney for Interested Parties
Skadden Arps Slate Meagher and Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899

Martin J. Davis, Esq.
Attorney for Interested Party
Office of Thrift Supervision
Harborside Financial Center Plaza Five, Suite 1600
Jersey City, NJ 07311

Mary A. DeFalaise, Esq.
Attorney for Creditor
United States Department of Justice
PO Box 875
Ben Franklin Station
Washington DC, 20044

John P. Dillman, Esq.
Attorney for Creditors
Linebarger Goggan Blair and Sampson, LLP
PO Box 3064
Houston, TX 77253-3064

Kristi J. Doughty, Esq.
Attorney for Creditors and Interested Party
Whittington and Aulgur

7

651 N. Broad Street, Suite 206
PO Box 1040
Middletown, DE 19709-1040

Justin Cory Falgowski, Esq.
Kimberly Ellen Connolly Lawson, Esq.
Gaston Plantiff Loomis, II, Esq.
Attorneys for Creditors
Reed Smith, LLP
1202 North Market Street, Suite 1500
Wilmington, DE 19801

Brett Fallon, Esq.
Attorney for Creditors
Morris James, LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19899-2306

Sherry Ruggiero Fallon, Esq.
Attorney for Interested Party
Tybout Redfearn and Pell
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801

David L. Finger, Esq.
Attorney for Creditor
Finger and Slanina, PA
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155

Norman P. Fivel, Esq.
Attorney for Creditor
NYS Department of Law
The Capitol
Albany, NY 12224

David M. Fournier, Esq.
Evelyn J. Meltzer, Esq.
Attorney for Interested Parties and Creditor
Pepper Hamilton, LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

Joseph D. Frank, Esq.
Attorney for Creditor

8

Frank Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60610

Susan R. Fuentes, Esq.
Attorney for Creditor
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032

Samuel B. Garber, Esq.
Attorney for Creditor
General Growth Properties, Inc.
110 N. Wacker Drive
Chicago, IL 60606

Gerald A. Gordon, Esq.
Attorney for Interested Party
Pryor Cashman Sherman and Flynn, LLP
410 Park Avenue
New York, NY 10022

Thomas H. Grace, Esq.
Attorney for Creditor
Locke Liddell and Sapp, LLP
600 Travis Street, Suite 3500
Houston, TX 77002-3095

Robert E. Greenberg, Esq.
Attorney for Interested Party
Friedlander Misler
1101 Seventeenth Street, NW, Suite 700
Washington, DC 20036

Jason W. Harbour, Esq.
Attorney for Interested Attorney
Hunton and Williams
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219

Lee Harrington, Esq.
Attorney for Interested Party and Creditor
Nixon Peabody, LLP
100 Summer Street
Boston, MA 02110

Donna L. Harris, Esq.

Attorney for Creditor
Pinckney Harris and Poppiti, LLC
1000 N. West Street, Suite 1200
Wilmington, DE 19801

A. Michelle Hart, Esq.
Attorney for Creditors
McCalla Raymer LLC
1544 Old Alabama Rd.
Roswell, GA 30076

Curtis A. Hehn, Esq.
Attorney for Interested Party
Pachulski Stang Ziehl Young Jones and Wein
919 N. Market Street, 16th Floor
Wilmington, DE 19801

Adam Hiller, Esq.
Maria Aprile Sawczuk, Esq.
Attorneys for Creditors and Interested Parties
Draper and Goldberg, PLLC
1500 North French Street, 2nd Floor
Wilmington, DE 19801

Daniel K. Hogan, Esq.
Attorney for Creditor and Interested Party
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

Nancy Hotchkiss, Esq.
Attorney for Creditor
Trainor Fairbrook
980 Fulton Avenue
Sacramento, CA 95825

James E. Huggett, Esq.
Attorney for Creditor
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801

Mark T. Hurford, Esq.
Attorney for Creditors
Campbell and Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

Regina A. Iorii, Esq.
Attorney for Creditor
Werb and Sullivan
300 Delaware Avenue, Suite 1300
Wilmington, DE 19801

Tyler B. Jones, Esq.
Attorney for Creditors
Brice Vander Linden and Wernick
9441 LBJ Freeway, Suite 250
Dallas, TX 75243

Shelley A. Kinsella, Esq.
Attorney for Creditor
Cooch and Taylor, PA
824 Market Street, Suite 1000
Wilmington, DE 19801

Steven K. Kortanek, Esq.
Kevin J. Mangan, Esq.
Francis A. Monaco, Jr., Esq.
Attorneys for Creditors
Womble Carlyle Sandridge and Rice, PLLC
222 Delaware Ave, Suite 1501
Wilmington, DE 19801

Jordan A. Kroop, Esq.
Attorney for Interested Party
Squire Sanders and Dempsey, LLP
40 North Central Avenue, Suite 2700
Phoeniz, AZ 85004

David R. Kuney, Esq.
Attorney for Interested Party
Sidley Austin, LLP
1501 K Street, NW
Washington, DC 20005

Adam G. Landis, Esq.
Attorney for Creditor
Landis Rath and Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Michael R. Lastowski, Esq.
Richard W. Riley, Esq.
Frederick Brian Rosner, Esq.
Attorneys for Creditors and Interested Parties

11

Duane Morris, LLP
1110 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Steven R. Lefkofsky, Esq.
Attorney for Creditor
Lefkofsky and Gorosh, PC
31500 Northwestern Highway, Suite 105
Farmington Hills, MI 48334

Raymond Howard Lemisch, Esq.
Bradford J. Sandler, Esq.
Attorneys for Interested Parties
Benesch Friedlander Coplan and Aronoff
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

Ira M. Levee, Esq.
Attorney for Interested Party
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068

Scott K. Levine, Esq.
Attorney for Interested Party
Platzer Swergold Karlin Levine and Goldberg
1065 Avenue of the Americas, 18th Floor
New York, NY 10018

R. Frederick Linfesty, Esq.
Attorney for Creditor
Iron Mountain Information Management, Inc.
745 Atlantic Avenue, 10th Floor
Boston, MA 02111

James M. Liston, Esq.
Attorney for Creditor
Bartlett Hackett Feinberg, PC
10 High Street, Suite 920
Boston, MA 02110

Nancy F. Loftus, Esq.
Attorney for Creditor
Office of the County Attorney
Fairfax County
12000 Government Center Parkway, Suite 549
Fairfax, VA 22035

Sherry D. Lowe, Esq.
Attorney for Creditor
Lamm Rubenstone Lesavoy Butz and David, LLC
3600 Horizon Blvd, Suite 200
Trevose, PA 19053

Margaret C. Lumsden, Esq.
Attorney for Creditors
Unti and Lumsden
302 Jefferson Street, Suite 200
Raleigh, NC 27607

Gabriel R. MacConaill, Esq.
Attorney for Interested Parties
Potter Anderson and Corroon, LLP
1313 North Market Street
Wilmington, DE 19801

Sean D. Malloy, Esq.
Attorney for Interested Party
McDonald Hopkins, LLC
600 Superior Avenue, E, Suite 2100
Cleveland, OH 44114

Julie A. Manning, Esq.
Attorney for Creditor
Shipman and Goodwin
One American Row
Hartford, CT 06103

Laura L. McCloud, Esq.
Attorney for Creditor
Tennessee Attorney General's Office
PO Box 20207
Nashville, TN 37202

Garvan F. McDaniel, Esq.
Attorney for Interested Party
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

Lorraine S. McGowan, Esq.
Attorney for Interested Parties and Creditor
Orrick Herrington and Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

Lisa Cresci McLaughlin, Esq.
Attorney for Creditor
Phillips Goldman and Spence
1200 N. Broom Street
Wilmington, DE 19806

Joseph McMahon, Esq.
Office of the U.S. Trustee
844 King Street
Suite 2313
Wilmington, DE 19801

Rachel B. Mersky, Esq.
Attorney for Interested Party
Monzazk and Monaco, PA
1201 Orange Street, Suite 400
Wilmington, DE 19801

Michael E. Meyers, Esq.
Attorney for Creditors
Meyers Rodbell and Rosenbaum, PA
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD 20737-1385

Kristin T. Mihelic, Esq.
Attorney for Creditor
Spector Gadon and Rosen, PC
7 Penn Center
1635 Market Street, 7th Floor
Philadelphia, PA 19103

Mark Minuti, Esq.
Patrick Joseph Reilley, Esq.
Attorneys for Creditor
Saul Ewing, LLP
222 Delaware Avenue, Suite 1200
PO Box 1266
Wilmington, DE 19899

Joseph T. Moldovan, Esq.
Attorney for Creditor
Morrison Cohen, LLP
909 Third Avenue
New York, NY 10022

Carol E. Momjian, Esq.
Attorney for Creditor
PA Office of Attorney General

21 South 12 Street, 3rd Floor
Philadelphia, PA 19107

Norman M. Monhait, Esq.
Attorney for Creditor
Rosenthal Monhait and Goddess, PA
919 Market Street, Suite 1401
Citizens Bank Center
Wilmington, DE 19801

Sheryl L. Moreau, Esq.
Attorney for Creditor
Missouri Department of Revenue
PO Box 475
301 W. High Street, room 670
Jefferson City, MO 65105

Zachary Mosner, Esq.
Attorney for Creditor
Office of the Attorney General
Bankruptcy and Collections Unit
900 Fourth Avenue, Suite 2000
Seattle, WA 98164-1012

Guy B. Moss, Esq.
Attorney for Creditor
Riemer and Braunstein, LLP
Three Center Plaza
Boston, MA02108

Tina Niehold Moss, Esq.
Attorney for Interested Party
Pryor Cashman, LLP
410 Park Avenue
New York, NY 10022

William Novotny, Esq.
Attorney for Creditor
Nariscal weeks McIntyre and Friedlander
2901 North Centralia Avenue, #200
Phoenix, AZ 85012-2705

Ricardo Palacio, Esq.
Attorney for Creditor
Ashby and Geddes, PA
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Tally F. Parker, Jr., Esq.
Attorney for Creditor
Parker and Marks, PC
1333 Corporate Drive, #209
Irving, TX 75038

James K. Pendergrass, Esq.
Attorney for Creditor
1511 Sunday Drive, Suite 220
Raleigh, NC 27607

Dana S. Plon, Esq.
Attorney for Creditor
Sirlin Gallogly and Lesser, PC
1529 Walnut Street, Suite 600
Philadelphia, PA 19102

Stephen B. Porterfield, Esq.
Attorney for Creditor
Sirote and Permutt, PC
2311 Highland Avenue, South
Birmingham, AL 35205

Eric T. Ray, Esq.
Attorney for Creditor
Balch and Bingham, LLP
1901 Sixth Avenue North, Suite 2600
Birmingham, AL 35203

Michael Reed, Esq.
Attorney for Creditor
McCreary Veselka Bragg and Allen, PC
PO Box 1269
Round Rock, TX 78680

Fred B. Ringel, Esq.
Attorney for Creditor
Robinson Brog Leinward
1345 Avenue of the Americas, 31st Floor
New York, NY 10105

Christine A. Roberts, Esq.
Attorney for Interested Party
Rawlings Olson Cannon Gormley and Desrui
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Terri A. Roberts, Esq.

16

Attorney for Creditor
Pima County Attorney
32 North Stone, Suite 2100
Tucson, AZ 85701

Martha E. Romero, Esq.
Attorney for Creditor
7743 South Painter Avenue, Suite E
Whittier, CA 90602

Todd Charles Schiltz, Esq.
Attorney for Creditor and Interested Party
Wolf Block Schorr Solis Cohen
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801

Eric Lopez Schnabel, Esq.
Attorney for Creditors
Dorsey and Whitney, LLP
1105 N. Market Street, 16th Floor
Wilmington, DE 19801

Andrea Sheehan, Esq.
Attorney for Creditors
Law Offices of Robert E. Luna, PC
4411 North Central Expressway
Dallas, TX 75205

Richard A. Sheils, Jr., Esq.
Attorney for Interested Party
Bowditch and Dewey, LLP
311 Main Street
PO Box 15156
Worchester, MA 01615-0156

Joseph Emil Shickich, Jr., Esq.
Attorney for Creditor
Riddell Williams, P.S.
1001 4th Avenue, Suite 4500
Seattle, WA 98154-1192

Laurie Selber Silverstein, Esq.
Attorney for Interested Party
Potter Anderson and Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801

17

Christopher Page Simon, Esq.
Attorney for Interested Parties and Creditor
Cross and Simon, LLC
913 North Marker Street, 11th Floor
Wilmington, DE 19899

Elliot M. Smith, Esq.
Attorney for Interested Party
Squire Sanders and Dempsey, LLP
221 E. Fourth Street, Suite 2900
Cincinnati, OH 45202

Karen J. Stapleton, Esq.
Attorney for Creditor
County of Loundoun, Office of Attorney
One Harrison Street, S.E., 5th Floor
PO Box 7000 (MSC #06)
Leesburg, VA 20177-7000

Catherine Steege, Esq.
Attorney for Creditor
Jenner and Block
330 North Wabash Avenue
Chicago, IL 60611

John H. Strock, Esq.
Attorney for Creditor
Landis Rath and Cobb, LLP
PO Box 2087
919 N. Market St.
Wilmington, DE 19899

William F. Taylor, Esq.
Attorney for Creditor
McCarter English, LLP
919 N. Market Street, Suite 1800
PO Box 111
Wilmington, DE 19899

James C. Teece, Esq.
Attorney for Special Counsel
Milbank Tweed Hadley and McCloy, LLP
1 Chase Manhattan Plaza
New York, NY

Prince Altee Thomas, Esq.
Attorney for Creditor
Fox Rothschild, LLP

2000 Market Street, 10th Floor
Philadelphia, PA 19103

Annie Verdies, Esq.
Attorney for Creditor
Lewis D'Amato Brisbois and Brisgard
650 Town Center Drive, Suite 1400
Costa Messa, CA 92626

Madeline Carmel Wanslee, Esq.
Attorney for Creditor
Gust Rosenfeld, PLC
201 East Washington Street, Suite 800
Phoeniz, AZ 85004

Christopher A. Ward, Esq.
Attorney for Interested Party
Klehr Harrison Harvey Branzburg and Ellers
919 N. Market Street, Suite 1000
Wilmington, DE 19801

John R. Weaver, Jr., Esq.
Attorney for Creditor and Interested Party
831 North Tatnall Street, Suite 200
Wilmington, DE 19801

Helen Elizabeth Weller, Esq.
Attorney for Creditor
Linebarger Goggan Blair and Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Michael Gregory Wilson, Esq.
Attorney for Creditors
Hunton and Williams
951 E. Byrd Street
Richmond, VA 23219

Karon Y. Wright, Esq.
Attorney for Creditor
Travis County Attorney's Office
314 W. 11th Street
PO Box 1748
Austin, TX 78767

Kelly W. Wright, Esq.
Attorney for Creditor
Salt Lake District Attorney's Office

2001 South State Street, S-3600
Salt Lake City, UT 84190-1210

William G. Wright, Esq.
Attorney for Creditor
Farr Burke Gambacorata and Wright, PC
1000 Atrium Way, Suite 401
PO Box 669
Mt. Laurel, NJ 08054

German Yusufov, Esq.
Attorney for Creditor
Pima County Attorney's Office, Civil Division
32 N. Stone Avenue, Suite 2100
Tucson, AZ 85701

Rafael Xavier Zahralddin-Aravena, Esq.
Attorney for Creditor
Elliott Greenleaf and Siedzikowski, PC
1000 West Street, Suite 1440
Wilmington, DE 19801

Craig J. Ziady, Esq.
Attorney for Creditor
Cummings Properties, LLC
200 West Cummings Park
Woburn, MA 01801-6396

3.  I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY


By:   /s/ Marikae G. Toye
      Marikae G. Toye (MT 9551)
      Deputy Attorney General

DATED: 3-14-2008

20