IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                                        :   Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :   Case No. 07-11047 (CSS)
a Delaware corporation, et al., [1]                           :
                                                              :   Jointly Administered
        Debtors.                                              :
------------------------------------------------------------------------- x   Objection Deadline:  April 3, 2008 at 4:00 p.m.
                                                                  Hearing Date: N/A

## NOTICE OF APPLICATION

TO:     The Debtors, the United States Trustee, Counsel for the Official Committee of Unsecured
        Creditors, Counsel for the Administrative Agent, Counsel for the DIP Agent, and
        Milestone Advisors, LLC.

        The **Fourth Monthly Application of Milestone Advisors LLC as Financial
Advisor and Investment Banker for the Debtors, for Allowance of Compensation for
Services Rendered and for Reimbursement of Expenses During the Period From November
1, 2007 through November 30, 2007** (the "Application") has been filed with the Bankruptcy
Court.  The Application seeks allowance of interim fees in the amount of $800,000.00 and
interim expenses in the amount of $20,228.88.

        Objections to the Application, if any, are required to be filed on or before **April 3,
2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States
Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington,
Delaware 19801.

        At the same time, you must also serve a copy of the response so as to be received by the
following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538
Broadhollow Road, Melville, New York 11747 (Attn.:  Alan Horn, General Counsel); (ii) Young
Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington,
Delaware 19899-0391 (Attn.:  James L. Patton, Jr.), counsel to the Debtors; (iii) Milestone

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.

Advisors, LLC, 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn: Jeffrey M. Levine); (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the Committee; (v) Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Attn.: Margot B. Schonholtz and Scott D. Talmadge) and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801 (Attn.: Laurie Selber Silverstein), counsel to the Administrative Agent; (vi) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn.: Corinne Ball and Erica M. Ryland) and Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn.: Victoria Counihan), counsel to the DIP Agent; (vii), and the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

      PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

      PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
     March 14, 2008

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                James L. Patton, Jr. (No. 2202)
                Pauline K. Morgan (No. 3650)
                Sean M. Beach (No. 4070)
                Matthew B. Lunn (No. 4119)
                Margaret B. Whiteman (No. 4652)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                Counsel for Debtors and
                Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------ x
In re:                                                 :   Chapter 11
                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                  :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                        :
                                                       :   Jointly Administered
         Debtors.                                      :
------------------------------------------------------ x
```

## FOURTH MONTHLY APPLICATION OF
## MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER
## FOR THE
## DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
## OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
## FOR THE INTERIM PERIOD NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007
## AND THE CORE ASSET SALE FEE

| | |
|---|---|
| Name of Applicant: | Milestone Advisors LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | November 1, 2007 through November 30, 2007 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $800,000.00 ($200,000.00 per monthly retainer and $600,000.00 for Core Asset Sale of Servicing Platform) |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $20,228.88 |

This is an: __X__ interim ____ final application

This application includes no hours incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 12/7/07 - #2316 | 8/6/2007- 8/31/07 | $167,741.94 | $67,661.78 | $167,741.94 | $67,661.78 |
| 12/13/07- #2378 | 9/1/2007- 9/30/07 | $200,000.00 | $47,954.43 | $200,000.00 | $47,954.43 |
| 1/2/08- #2563 | 10/1/2007-10/31/07 | $200,000.00 | $25,943.49 | $160,000.00 | $25,943.49 |

**AMERICAN HOME MORTGAGE**

**MILESTONE ADVISORS LLC**
**SUMMARY OF HOURS WORKED BY PROFESSIONAL**
**FOR THE PERIOD NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007**

| PROFESSIONAL | POSITION | HOURS |
|---|---|---|
| Jeffrey Levine | Managing Director | 11.0 |
| John Nelligan | Managing Director | 18.0 |
| Eugene Weil | Managing Director | 65.5 |
| Alain Toto | Senior Vice President | 28.0 |
| Richard Young | Associate | 19.5 |
| Emmelene Lee | Associate | 37.0 |
| Andrew Bernstein | Analyst | 78.0 |
| Darryl Conway | Analyst | 25.0 |
| Thomas (TJ) Humes | Analyst | 31.0 |
| Saad Irfani | Analyst | 35.0 |
| **Total** | | **348.0** |

## AMERICAN HOME MORTGAGE

### MILESTONE ADVISORS LLC
### SUMMARY OF HOURS WORKED BY PROJECY CODE
### FOR THE PERIOD NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

| Project Code | Description of Activity | Hours |
|---|---|---|
| 102 | Negotiation, documentation, court approval process and closing of sale of servicing operation | 136.0 |
| 103 | Preparation of offering materials and due diligence set up for sale of bank | 1.0 |
| 104 | Contact prospective acquirers, execute confidentiality agreements, respond to due diligence requests, and participate in due diligence discussions with prospective acquirers of bank | 72.0 |
| 106 | Coordination of, and provide support to AHM personnel for, sale of various assets (other than servicing related assets and AHM Bank); internal AHM meetings and calls | 84.5 |
| 107 | Discussions with, and preparation of analytics for, the unsecured creditors committee and of Bank of America, as administering agent and their advisors | 23.5 |
| 110 | Non working travel time | 31.0 |
| | | **348.0** |

**AMERICAN HOME MORTGAGE**

**MILESTONE ADVISORS LLC**
**INTERIM EXPENSE SUMMARY**
**FOR THE PERIOD NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007**

| Expense Category | Amount |
|---|---|
| Airfare | $8,650.48 |
| Lodging | 6,663.03 |
| Trainfare | 1,023.25 |
| Meals | 891.99 |
| Car Rental / Taxis | 2,140.64 |
| Telephone / Teleconference | 604.70 |
| Express courier | 37.79 |
| Parking / Tolls / Other | 217.00 |
| Total | $20,228.88 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------- x
In re:                                                    :    Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                    :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                           :
                                                          :    Jointly Administered
            Debtors.                                      :
------------------------------------------------------------------- x
```

### FOURTH MONTHLY APPLICATION OF
### MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER
### FOR THE
### DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
### OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
### FOR THE INTERIM PERIOD NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007
### AND THE CORE ASSET SALE FEE

Pursuant to 11 U.S.C. §§ 328, 330 and 331 and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, the financial advisory and investment banking firm of Milestone Advisors

LLC (hereinafter "Milestone") hereby moves this Court for reasonable compensation for

professional services rendered as financial advisor and investment banker to American Home

Mortgage Holdings, Inc., et al., the debtors and debtors-in-possession in the above-captioned cases

(the "Debtors"), in the amount of $800,000.00 together with reimbursement for actual and

necessary expenses incurred in the amount of $20,228.88 for the interim period November 1, 2007

through November 30, 2007 (the "Interim Fee Period"). In support of its Application, Milestone

respectfully represents as follows:

### RELIEF REQUESTED

1. Milestone was employed under an engagement letter to represent the Debtors as

financial advisor and investment banker in connection with this chapter 11 case effective as of

August 6, 2007, pursuant to an Order entered by this Court on October 17, 2007. Pursuant to

Milestone's engagement letter with the Debtors, as approved and amended by the Retention Order,

Milestone is authorized to receive a monthly financial advisory fee of $200,000.00 (a "Monthly

Fee") for each month for the term of the engagement and to be reimbursed for its reasonable

expenses incurred in connection with the engagement.

2. Section 2(b)(i) of the August 8, 2007 engagement letter with the Debtors, as

approved and amended by the Retention Order provided the compensation to be paid in the event of

a Core Asset Sale of the Debtor. A Core Asset Sale is defined in the engagement letter as:

> "the sale of one or more of the Company's following asset or divisions: (i) Mortgage
> Servicing Rights, (ii) Servicing Platform, and (iii) American Home Bank."

In the event of a Core Asset Sale, the compensation to be paid to Milestone is as follows:

> "In the event of a Core Asset Sale of the Company's Mortgage Servicing Rights
> (whether alone or if combined with sale of Company's Servicing Platform), the
> Company shall pay Milestone and Phoenix Capital an aggregate success fee equal to:
> (i) $1,000,000, plus (a) $1,000,000, prorated for any proceeds received by the
> Company in excess of $446 million and up to $460 million, plus (b) 6.25% of any
> proceeds in excess of $460 million. In the event of a Core Asset Sale of the
> Company's Servicing Platform in a transaction that is separate and distinct from the
> sale of the Company's Mortgage Servicing Rights, the Company shall pay Milestone
> and Phoenix Capital an aggregate success fee equal to: (i) $500,000 plus (ii) 5.0% of
> any proceeds received by the Company in excess of $10 million. Milestone and
> Phoenix Capital have agreed to split any fees payable by the Company for a sale of
> the Servicing Platform and/or a sale of the Mortgage Servicing Rights, 60% to
> Milestone and 40% to Phoenix Capital."

3. By Order dated October 30, 2007, (the "Sale Order") [Docket No. 1711], the

Court approved and authorized the sale of the Debtors' Mortgage Loan servicing business (the

"Servicing Sale") to AH Mortgage Acquisition Co., Inc., an affiliate of W.L. Ross & Co., LLC.

(such affiliate, the "Purchaser") pursuant to the terms of that certain Asset Purchase Agreement

dated as of September 25, 2007 (as amended and together with all exhibits and schedules thereto,

the "APA").[1] Pursuant to the APA, the Servicing Sale will close in two steps. At the "economic"

close, which occurred on November 16, 2007 (the "Initial Closing"), the Purchaser paid the

Purchase Price in the manner and to the parties as provided in the APA and related agreements

---

[1]   All capitalized terms used in this section with respect to the APA, but not defined herein, shall
have the meanings set forth in the APA. The description of the APA in this section is by way of
summary only. To the extent there is any discrepancy between such description and the actual
terms of the APA, the latter are controlling.

referenced therein. The "legal" close or the "Final Closing" has not yet occurred, but is required to occur no later than September 30, 2008.

4. Milestone is thereby authorized to receive $600,000.00 as an aggregate success fee for the Servicing Sale with a reservation of future rights to seek additional compensation related to the Servicing Sale due to the question of the inclusion of the advances in the calculation of the total purchase price. For the Interim Fee Period, Milestone seeks (i) allowance of compensation for professional services rendered to the Debtors in the aggregate amount of $800,000.00 representing $200,000.00 for the Monthly Fee and $600,000.00 for the Core Asset Sale and (ii) reimbursement of Milestone's actual, reasonable and necessary expenses incurred and recorded in connection with the rendition of services during such Interim Fee Period in the amount of $20,228.88. The total compensation and expense reimbursement sought in this fee application is $820,228.88.

5. All services for which compensation is requested by Milestone were performed for or on behalf of the Debtors. Milestone respectfully submits that the requested compensation is appropriate and should be approved and Milestone further submits that the services that Milestone has rendered to the Debtors have been necessary and in the best interests of the Debtors and have furthered the goals of all parties in interest.

## TIME RECORDS

6. Milestone does not maintain, in the normal course of providing financial advisory and investment banking services to its clients, detailed written time records, and does not bill its clients based on the number of hours expended by its professionals. However, Milestone has agreed to and will maintain records of the time expended by its professionals in the rendition of professional services to the Debtors for the duration of these chapter 11 cases. The Court approved the Retention Order which expressly permits Milestone to maintain time records by day, by person, for this Interim Fee Period, and in half hour increments for all time expended thereafter.

## SUMMARY OF SERVICES RENDERED

7. During this Interim Fee Period, on behalf of the Debtors, in addition to providing customary financial advisory and investment banking services to the Debtor, Milestone working in conjunction with Phoenix successfully completed the sale of the Mortgage Servicing Rights ("MSR") and Servicing Platform, a Core Asset Sale, as defined. A detailed description of services rendered by Milestone by professional during the Interim Fee Period, summarized by Project code, and the number of hours expended in performing such services are set forth in Exhibit A.

8. The Initial Closing of the Servicing Sale occurred during this Interim Fee Period but was due to the time and efforts of Milestone and Phoenix professionals during both this and prior Interim Fee Periods.

9. Five professionals from Milestone were actively working on this engagement with the Debtor and have rendered a combined total of 1,215.5 hours of service in this and prior interim fee periods to successfully complete the sale of the MSR and Servicing Platform.

10. Milestone and Phoenix reviewed and analyzed financial and legal matters to determine a range of values for the assets to be sold. They contacted a total of forty-three strategic and financial bidders during the sale process to assess buyer interest in the acquisition opportunity. A Confidential Offering Memorandum was prepared and distributed to twenty nine parties describing the operational and financial attributes of the business along with financial models and analysis of the Debtors proforma financial statements. Milestone hosted dialogue with potential bidders relating to discreet mortgage servicing rights portfolio acquisition. The Milestone team alongside Phoenix Capital established estimated values for the proposed MSR portfolio sale transactions. Milestone and Phoenix arranged and coordinated a series of on-site management meetings with interested parties and engaged in numerous follow up telephone conferences, management of the Debtors and various interested parties.

11. Milestone uploaded and maintained data files within the IntraLinks data site;

scheduled conference calls between the potential acquirers and management of the Debtors; and responded to all requests for additional information.

12.    Milestone assisted with the creation and negotiation of the Stalking Horse Asset Purchase Agreement ("APA"), inclusive of the disclosure schedules that supported the APA. During negotiations with the Purchaser, Milestone produced and maintained a net proceeds summary for the Debtors to estimate the final proceeds less all legal, servicing, and professional fees associated with the sale to be collected by the Administrative Agent for the estate. Milestone was an integral part to all phases of the negotiation of the Servicing Sale. Milestone recorded and tracked the Unpaid Principal Balance ("UPB") serviced by the Debtors by investor code. Milestone referenced and summarized primary and secondary servicing agreements to their corresponding investor codes to summarize the legal documents for potential acquirers.

13.    Milestone worked with the Data Analytics team of the Debtors to evaluate post-transaction proforma expenses and advance funding requirements. On a daily basis prior to the announcement of the Servicing Sale, Milestone prepared a Net Proceeds Analysis to calculate the forecasted net proceeds that would be due and cross-referencing the potential proceeds from the sale of the servicing business against the APA to determine that the sales satisfied all requirements and contingencies established in the APA. Since the Initial Closing Milestone has tracked on a daily basis the funding payable owed to the Purchasers by the Debtors for all new advance funding requirements net of recoveries for the advances purchased on the Excluded Portfolio.

## DISBURSEMENTS

14.    Milestone has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $20,228.88. This disbursement sum is broken down into categories of charges, including, among other things, travel related items such as airfare, train fare, lodging, "working" meals, and requisite local transportation. Other administrative expenses incurred were

for telephone and teleconference, mail and express couriers. A complete review of expenses incurred by category for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

## VALUATION OF SERVICES

15.      Investment bankers and analysts of Milestone have expended a total of 349.0 hours in connection with this matter during the Interim Fee Period. The amount of hours spent by each of these persons providing services to the Debtors for the Interim Fee Period is fully set forth in the detail attached hereto as Exhibit A.

16.      Milestone believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

17.      In accordance with the factors enumerated in 11 U.S.C. §328 and §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

18.      This Application covers the Interim Fee Period November 1, 2007 through November 30, 2007 and the compensation payable for the Core Asset Sale Fee.

WHEREFORE, Milestone requests that allowance be made to it in the sum of $800,000.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $20,228.88 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated: Wilmington, Delaware
       March 14, 2008

MILESTONE ADVISORS LLC

Eugene S. Weil
1775 Eye Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 367-3000
Facsimile: (202) 367-3001

Financial Advisor and Investment Banker for Debtors and
Debtors in Possession

## VERIFICATION

STATE OF DELAWARE   )
                            )   SS:
NEW CASTLE COUNTY   )

Eugene S. Weil, after being duly sworn according to law, deposes and says:

1.     I am a Managing Director and President in the applicant firm, Milestone Advisors LLC and have been employed by the applicant firm since 2001.

2.     I have personally performed many of the professional services rendered by Milestone Advisors LLC, as financial advisor and investment banker to the Debtors and am familiar with all other work performed on behalf of the professionals in the firm.

3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
EUGENE S. WEIL

SWORN TO AND SUBSCRIBED before me this 14 day of March 2008.

_____
Notary Public
My Commission Expires:_____

PERI S. DONNER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 14, 2012

# EXHIBIT A

## AMERICAN HOME MORTGAGE
## MILESTONE ADVISORS, LLC
## DETAIL OF SERVICES RENDERED BY PROJECT CODE
## FOR THE PERIOD NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Levine, Jeff | 11/1/2007 | 106 | 1.0 | Management and liquidity committee calls |
| Levine, Jeff | 11/2/2007 | 106 | 1.0 | Management and liquidity committee calls |
| Levine, Jeff | 11/5/2007 | 106 | 2.0 | Management and liquidity committee calls |
| Levine, Jeff | 11/5/2007 | 102 | 1.0 | Dealt with GNMA Sale follow-up issues |
| Levine, Jeff | 11/6/2007 | 106 | 3.0 | Management and liquidity committee calls |
| Levine, Jeff | 11/6/2007 | 102 | 2.0 | Dealt with GNMA Sale follow-up issues |
| Levine, Jeff | 11/7/2007 | 106 | 1.0 | Call with Kroll re: Loan Sale Strategy |
| Nelligan, John | 11/5/2007 | 106 | 2.0 | Management and liquidity committee calls |
| Nelligan, John | 11/6/2007 | 106 | 1.0 | Various update calls with AH Bank Management Team |
| Nelligan, John | 11/28/2007 | 104 | 2.0 | Conference call with prospective buyer of AH Bank |
| Nelligan, John | 11/14/2007 | 104 | 3.5 | Meetings with two prospective buyers of AH Bank |
| Nelligan, John | 11/9/2007 | 106 | 1.0 | Call with Young Conway re: IndyMac Branch Sale |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 11/16/2007 | 106 | 0.5 | Call with AH Bank Management Team |
| Nelligan, John | 11/21/2007 | 104 | 1.0 | Conference call with prospective buyer of AH Bank |
| Nelligan, John | 11/26/2007 | 104 | 1.0 | Call with IndyMac re: Branch Sale |
| Nelligan, John | 11/6/2007 | 106 | 3.0 | Management and liquidity committee calls |
| Nelligan, John | 11/2/2007 | 106 | 1.0 | Management and liquidity committee calls |
| Nelligan, John | 11/1/2007 | 106 | 1.0 | Management and liquidity committee calls |
| Nelligan, John | 11/7/2007 | 106 | 1.0 | Call with Kroll re: Loan Sale Strategy |
| Weil, Gene | 11/12/2007 | 102 | 2.5 | AHM servicing calls |
| Weil, Gene | 11/21/2007 | 107 | 2.0 | AHM Int/liquidity Call |
| Weil, Gene | 11/7/2007 | 107 | 3.0 | Call re: AHM servicing, AHM Bank, servicing sales |
| Weil, Gene | 11/9/2007 | 107 | 6.0 | Call re: AHM servicing, AHM Bank, Diligence, insurance entities |
| Weil, Gene | 11/13/2007 | 104 | 2.5 | AHM bank calls |
| Weil, Gene | 11/13/2007 | 102 | 2.0 | AHM servicing calls |
| Weil, Gene | 11/14/2007 | 104 | 9.0 | Meetings with WLR, Apollo, Fortress, Blackstone, re: AHM Bank, travel to Dallas |
| Weil, Gene | 11/15/2007 | 102 | 15.5 | Meeting with Bank of America; prepare for WLR closing |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Weil, Gene | 11/16/2007 | 102 | 3.0 | Close WLR purchase; internal updates; Wampler |
| Weil, Gene | 11/19/2007 | 107 | 3.0 | AHM Int/liquidity Call |
| Weil, Gene | 11/20/2007 | 107 | 3.0 | AHM Int/liquidity Call |
| Weil, Gene | 11/27/2007 | 102 | 2.5 | Call with Dunham, WLR, VCC, Thrift Lawyers |
| Weil, Gene | 11/29/2007 | 107 | 4.0 | NYC planning meeting @ Zolfo cooper re: bankruptcy |
| Weil, Gene | 11/30/2007 | 104 | 3.5 | NYC meeting with fortress, Blackstone re: AHM Bank |
| Weil, Gene | 11/17/2007 | 102 | 1.5 | Review servicing closing follow up |
| Weil, Gene | 11/26/2007 | 107 | 2.5 | AHM Int/liquidity Call, call with Wampler and Taylor |
| Toto, Alain | 11/18/2007 | 102 | 20 | Final schedules, net proceeds analysis, and flow of funds schedules |
| Toto, Alain | 11/13/2007 | 102 | 2.0 | Update closing schedules |
| Toto, Alain | 11/12/2007 | 102 | 4.0 | Working on Exhibit G schedule for delivery to WLR |
| Toto, Alain | 11/1/2007 | 102 | 2.0 | Conference call on closing punch list |
| Bernstein, Andrew | 11/14/2007 | 102 | 10 | Preparation of Net Proceeds Analysis - Prior to Transaction |
| Bernstein, Andrew | 11/5/2007 | 102 | 5.0 | GNMA/Midfirst Proceeds Calculation for Net Proceeds Analysis |
| Bernstein, Andrew | 11/7/2007 | 102 | 3.0 | Tracking of Cash Inflows from Consumated Servicing Sale Transactions |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Bernstein, Andrew | 11/4/2007 | 102 | 5.0 | Preparation of Net Proceeds Analysis |
| Bernstein, Andrew | 11/6/2007 | 102 | 4.0 | Preparation of Net Proceeds Analysis |
| Bernstein, Andrew | 11/7/2007 | 102 | 2.0 | Preparation of Net Proceeds Analysis |
| Bernstein, Andrew | 11/5/2007 | 102 | 4.0 | Preparation of Net Proceeds Analysis |
| Bernstein, Andrew | 11/6/2007 | 102 | 5.0 | Preparation of Net Proceeds Analysis |
| Bernstein, Andrew | 11/26/2007 | 102 | 3.0 | 12 MonthForecast of the Advance Funding for the Excluded Portfolio |
| Bernstein, Andrew | 11/13/2007 | 102 | 7.0 | Preparation of Net Proceeds Analysis |
| Bernstein, Andrew | 11/16/2007 | 102 | 4.0 | Preparation of Net Proceeds Analysis |
| Bernstein, Andrew | 11/15/2007 | 102 | 4.0 | Preparation of Net Proceeds Analysis |
| Bernstein, Andrew | 11/22/2007 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Bernstein, Andrew | 11/12/2007 | 102 | 4.0 | Preparation of Net Proceeds Analysis |
| Bernstein, Andrew | 11/28/2007 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Bernstein, Andrew | 11/27/2007 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Bernstein, Andrew | 11/21/2007 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Bernstein, Andrew | 11/26/2007 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Bernstein, Andrew | 11/20/2007 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Bernstein, Andrew | 11/23/2007 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Bernstein, Andrew | 11/19/2007 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Bernstein, Andrew | 11/8/2007 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Bernstein, Andrew | 11/7/2007 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Bernstein, Andrew | 11/9/2007 | 102 | 3.0 | Preparation of Net Proceeds Analysis |
| Bernstein, Andrew | 11/27/2007 | 102 | 5.0 | 12 MonthForecast of the Advance Funding for the Excluded Portfolio |
| Conway, Darryl | 11/16/2007 | 110 | 1.5 | travel from Melville to NYC |
| Conway, Darryl | 11/16/2007 | 106 | 2.5 | Follow up on Indymac lease transfer |
| Conway, Darryl | 11/16/2007 | 110 | 4.0 | Travel from NYC to DC |
| Conway, Darryl | 11/15/2007 | 110 | 1.5 | travel from NYC to Melville |
| Conway, Darryl | 11/15/2007 | 110 | 4.0 | Travel from DC to NYC |
| Conway, Darryl | 11/8/2007 | 110 | 4.0 | Travel to DC from Melville |
| Conway, Darryl | 11/7/2007 | 106 | 3.5 | Follow up on Indymac lease transfer |
| Conway, Darryl | 11/7/2007 | 110 | 4.0 | Travel to Melville |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Humes, TJ | 11/2/2007 | 104 | 1.0 | NDA and OM distribution |
| Humes, TJ | 11/5/2007 | 104 | 3.0 | NDA and OM distribution |
| Humes, TJ | 11/6/2007 | 104 | 2.0 | NDA and OM distribution |
| Humes, TJ | 11/13/2007 | 104 | 1.0 | NDA and OM distribution |
| Humes, TJ | 11/8/2007 | 104 | 3.0 | NDA and OM distribution, summary email |
| Humes, TJ | 11/9/2007 | 104 | 2.0 | NDA and OM distribution |
| Humes, TJ | 11/12/2007 | 104 | 4.0 | NDA and OM distribution |
| Humes, TJ | 11/1/2007 | 104 | 2.0 | NDA and OM distribution |
| Humes, TJ | 11/15/2007 | 104 | 1.5 | NDA and OM distribution |
| Humes, TJ | 11/19/2007 | 104 | 2.0 | NDA and OM distribution |
| Humes, TJ | 11/20/2007 | 104 | 2.0 | NDA and OM distribution |
| Humes, TJ | 11/26/2007 | 104 | 1.0 | NDA and OM distribution |
| Humes, TJ | 11/14/2007 | 104 | 2.0 | NDA and OM distribution |
| Humes, TJ | 11/28/2007 | 104 | 1.5 | NDA and OM distribution and Call |
| Humes, TJ | 11/7/2007 | 104 | 1.5 | NDA and OM distribution |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Humes, TJ | 11/27/2007 | 104 | 0.5 | NDA and OM distribution |
| Humes, TJ | 11/29/2007 | 104 | 0.5 | Follow-up data |
| Humes, TJ | 11/30/2007 | 104 | 0.5 | Call organization |
| Irfani, Saad | 11/16/2007 | 106 | 4.0 | Travel to DC |
| Irfani, Saad | 11/1/2007 | 106 | 2.0 | Assisting IndyMac lease transfers |
| Irfani, Saad | 11/7/2007 | 110 | 4.0 | Travel to Melville |
| Irfani, Saad | 11/8/2007 | 110 | 4.0 | Travel to DC |
| Irfani, Saad | 11/7/2007 | 106 | 3.0 | Assisting IndyMac lease transfers |
| Irfani, Saad | 11/15/2007 | 110 | 4.0 | Travel to Melville |
| Irfani, Saad | 11/22/2007 | 106 | 2.0 | Discussion with Milliman on Reinsurance subs |
| Irfani, Saad | 11/2/2007 | 106 | 2.0 | Assisting IndyMac lease transfers |
| Irfani, Saad | 11/27/2007 | 106 | 2.0 | Assisting IndyMac lease transfers |
| Irfani, Saad | 11/28/2007 | 106 | 2.0 | Assisting IndyMac lease transfers |
| Irfani, Saad | 11/15/2007 | 106 | 3.0 | Assisting IndyMac lease transfers |
| Irfani, Saad | 11/9/2007 | 106 | 3.0 | Assisting IndyMac lease transfers |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
| --- | --- | --- | --- | --- |
| Lee, Emmelene | 11/19/2007 | 106 | 1.5 | Collection of Security Deposits and Trailing Rejections |
| Lee, Emmelene | 11/8/2007 | 106 | 2.5 | Collection of Security Deposits |
| Lee, Emmelene | 11/5/2007 | 106 | 2.5 | Collection of Security Deposits |
| Lee, Emmelene | 11/21/2007 | 106 | 0.4 | Collection of Security Deposits and Trailing Rejections |
| Lee, Emmelene | 11/7/2007 | 106 | 3.5 | Collection of Security Deposits |
| Lee, Emmelene | 11/6/2007 | 106 | 5.5 | Collection of Security Deposits |
| Lee, Emmelene | 11/2/2007 | 106 | 3.5 | Collection of Security Deposits |
| Lee, Emmelene | 11/1/2007 | 106 | 1.5 | Collection of Security Deposits |
| Lee, Emmelene | 11/16/2007 | 106 | 2.0 | Collection of Security Deposits and Trailing Rejections |
| Lee, Emmelene | 11/15/2007 | 106 | 2.0 | Collection of Security Deposits and Trailing Rejections |
| Lee, Emmelene | 11/14/2007 | 106 | 4.0 | Collection of Security Deposits |
| Lee, Emmelene | 11/13/2007 | 106 | 1.5 | Collection of Security Deposits |
| Lee, Emmelene | 11/12/2007 | 106 | 4.5 | Collection of Security Deposits |
| Lee, Emmelene | 11/9/2007 | 106 | 1.5 | Collection of Security Deposits |
| Lee, Emmelene | 11/29/2007 | 106 | 0.6 | Collection of Security Deposits and Trailing Rejections |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Young, Richard | 11/3/2007 | 103 | 1.0 | Billing Log Preparation and Entry |
| Young, Richard | 11/2/2007 | 104 | 0.5 | Manage Sales Process |
| Young, Richard | 11/5/2007 | 104 | 0.5 | Manage Sales Process |
| Young, Richard | 11/1/2007 | 104 | 0.5 | Manage Sales Process |
| Young, Richard | 11/26/2007 | 104 | 0.5 | Manage Sales Process |
| Young, Richard | 11/21/2007 | 104 | 1.0 | Management Call with WL Ross & Co. |
| Young, Richard | 11/16/2007 | 104 | 0.5 | Manage Sales Process |
| Young, Richard | 11/14/2007 | 104 | 0.5 | Manage Sales Process |
| Young, Richard | 11/6/2007 | 104 | 11 | Management Meeting w/ Blackstone |
| Young, Richard | 11/7/2007 | 104 | 0.5 | Manage Sales Process |
| Young, Richard | 11/8/2007 | 104 | 0.5 | Manage Sales Process |
| Young, Richard | 11/9/2007 | 104 | 1.0 | Manage Sales Process |
| Young, Richard | 11/13/2007 | 104 | 0.5 | Manage Sales Process |
| Young, Richard | 11/12/2007 | 104 | 0.5 | Manage Sales Process |
| Young, Richard | 11/15/2007 | 104 | 0.5 | Manage Sales Process |

| Total Hours: | | | 348.0 | |

# EXHIBIT B

**Milestone Advisors LLC**
**Detail Expense by Professional**
**November 1, 2007 - November 30, 2007**

| Date | Expense Category | Professional Name | Amount | Description |
|------|------------------|-------------------|--------|-------------|
| 11/01/07 | Meals | Weil, Eugene | 42.01 | Lunch - Lilly's Meal |
| 11/01/07 | Agency Fees | Weil, Eugene | 48.00 | Premiere travel |
| 11/01/07 | Meals | Weil, Eugene | 133.79 | Gigino - Weil, Levine, Irfani |
| 11/01/07 | Air Fare | Weil, Eugene | 221.00 | Delta - DCA - LGA 11/1 |
| 11/01/07 | Lodging | Weil, Eugene | 766.07 | Loews Hotel - Weil 10/30 - 10/31 |
| 11/02/07 | Agency Fees | Irfani, Saad | 45.00 | Fee for airline booking 11/1/07 |
| 11/02/07 | Air Fare | Irfani, Saad | 235.08 | US Airways flight to DC 11/2/07 |
| 11/02/07 | Agency Fees | Weil, Eugene | 48.00 | Premiere travel |
| 11/03/07 | Car Rental / Cabs | Lee, Emmelene | 11.00 | Taxi from 1775 I St NW to 1111 25th ST NW |
| 11/04/07 | Parking and Tolls | Levine, Jeffrey | 45.00 | Miami International |
| 11/05/07 | Car Rental / Cabs | Irfani, Saad | 10.00 | Cab from 1775 Eye Street, DC to home |
| 11/05/07 | Agency Fees | Nelligan, John | 48.00 | Premiere Travel |
| 11/06/07 | Agency Fees | Conway, Darryl | 45.00 | Fees for DC to NYC |
| 11/06/07 | Air Fare | Conway, Darryl | 235.00 | DCA to LGA (US Airways) |
| 11/06/07 | Lodging | Conway, Darryl | 364.36 | Melville Marriott |
| 11/06/07 | Agency Fees | Nelligan, John | 48.00 | Premiere Travel |
| 11/06/07 | Meals | Young, Richard | 7.00 | Lunch |
| 11/06/07 | Car Rental / Cabs | Young, Richard | 121.00 | Cabs to and from AHM Bank meeting |
| 11/06/07 | Air Fare | Young, Richard | 511.80 | United Airlines |
| 11/07/07 | Meals | Conway, Darryl | 12.82 | Breakfast - Ranch 1 (DCA airport) |
| 11/07/07 | Meals | Conway, Darryl | 19.29 | Lunch - Suburban Eats Melville |
| 11/07/07 | Meals | Conway, Darryl | 21.00 | Dinner - Legal Seafood |
| 11/07/07 | Agency Fees | Conway, Darryl | 45.00 | Travel Fees to NY |
| 11/07/07 | Car Rental / Cabs | Conway, Darryl | 375.45 | Avis Rental Car (LGA to Melville, Melville to LGA) |
| 11/07/07 | Meals | Humes, Thomas | 26.93 | Dinner - Humes and Young |
| 11/07/07 | Car Rental / Cabs | Red Top Cab / Sedan | 21.74 | Redtop - Irfani - 2701 Conn - DCA |
| 11/07/07 | Car Rental / Cabs | Red Top Cab / Sedan | 22.61 | Redtop - Conway - 3700 Mass - DCA |
| 11/08/07 | Meals | Conway, Darryl | 5.00 | Breakfast - Newstand Melville |
| 11/08/07 | Meals | Conway, Darryl | 15.43 | Lunch - Suburban Eats Melville |

# EXHIBIT B

**Milestone Advisors LLC**
**Detail Expense by Professional**
**November 1, 2007 - November 30, 2007**

| Date | Expense Category | Professional Name | Amount | Description |
|------|------------------|-------------------|--------|-------------|
| 11/08/07 | Car Rental / Cabs | Conway, Darryl | 22.00 | Taxi from DCA to 3700 Massachusetts Ave |
| 11/08/07 | Meals | Conway, Darryl | 30.46 | Dinner - CIBO LGA airport |
| 11/08/07 | Agency Fees | Conway, Darryl | 45.00 | Travel from NY to DC |
| 11/08/07 | Air Fare | Conway, Darryl | 235.08 | US Airways LGA - DCA |
| 11/08/07 | Lodging | Conway, Darryl | 306.20 | Melville Marriott |
| 11/08/07 | Agency Fees | Irfani, Saad | 45.00 | Fee for airline booking 11/8/07 |
| 11/08/07 | Air Fare | Irfani, Saad | 235.08 | US Airways flight to Melville 11/9/07 |
| 11/09/07 | Car Rental / Cabs | Irfani, Saad | 10.00 | Cab from 538 Broadhollow to Hotel |
| 11/09/07 | Lodging | Irfani, Saad | 306.20 | 1 night stay in Melville on 11/9/07 |
| 11/10/07 | Car Rental / Cabs | Irfani, Saad | 10.00 | Cab from Hotel to 538 Broadhollow |
| 11/12/07 | Air Fare | Bernstein, Andrew | 465.40 | American DCA to DFW 11/12 |
| 11/12/07 | Agency Fees | Irfani, Saad | 45.00 | Fee for airline booking 11/12/07 |
| 11/12/07 | Air Fare | Irfani, Saad | 235.08 | US Airways flight to DC 11/12/07 |
| 11/13/07 | Postage - Courier | Fedex | 37.79 | Fedex - Jason Kenoyer - IndyMac |
| 11/13/07 | Meals | Irfani, Saad | 4.73 | Lunch at News Stand Deli, Melville 11/9/07 |
| 11/13/07 | Meals | Irfani, Saad | 12.76 | Lunch at News Stand Deli, Melville 11/10/07 |
| 11/13/07 | Agency Fees | Nelligan, John | 45.00 | Premiere Travel |
| 11/13/07 | Air Fare | Nelligan, John | 334.41 | Delta Airways - DCA - LGA |
| 11/13/07 | Agency Fees | Weil, Eugene | 45.00 | Premiere travel |
| 11/13/07 | Air Fare | Weil, Eugene | 334.41 | Delta - DCA - LGA 11/14 |
| 11/14/07 | Telephone - Mobile | Levine, Jeffrey | 150.00 | Cell phone usage |
| 11/14/07 | Parking and Tolls | Nelligan, John | 36.00 | Washington National parking |
| 11/14/07 | Lodging | Nelligan, John | 36.35 | Regency Hotel |
| 11/14/07 | Agency Fees | Nelligan, John | 45.00 | Premiere Travel |
| 11/14/07 | Air Fare | Nelligan, John | 235.08 | US Air - LGA - DCA |
| 11/14/07 | Car Rental / Cabs | Red Top Cab / Sedan | 46.39 | Redtop - Weil - Chevy Chase - DCA |
| 11/14/07 | Meals | Toto, Alain | 40.00 | Lunch - Westin DFW |
| 11/14/07 | Agency Fees | Weil, Eugene | 40.00 | Premiere travel |
| 11/14/07 | Agency Fees | Weil, Eugene | 48.00 | Premiere travel |

# EXHIBIT B

**Milestone Advisors LLC**
**Detail Expense by Professional**
**November 1, 2007 - November 30, 2007**

| Date | Expense Category | Professional Name | Amount | Description |
|------|-----------------|-------------------|--------|-------------|
| 11/14/07 | Car Rental / Cabs | Weil, Eugene | 72.00 | Feit Car Service - Weil - LGA to NYC |
| 11/14/07 | Car Rental / Cabs | Weil, Eugene | 72.00 | Feit Car Service - NYC - LGA - Weil |
| 11/14/07 | Air Fare | Weil, Eugene | 1,578.80 | American - LGA - DFW 11/14 |
| 11/15/07 | Meals | Conway, Darryl | 4.00 | Water/ Coffee on Amtrak train |
| 11/15/07 | Meals | Conway, Darryl | 13.85 | Lunch - Suburban Eats |
| 11/15/07 | Car Rental / Cabs | Conway, Darryl | 18.00 | Cab from 3700 Mass Ave, NW to Union Station |
| 11/15/07 | Car Rental / Cabs | Conway, Darryl | 12.00 | Cab from Farmingdale Train Station to AHM offices |
| 11/15/07 | Agency Fees | Conway, Darryl | 45.00 | Travel from DC to NYC |
| 11/15/07 | Train Fare | Conway, Darryl | 218.25 | Amtrak - DC to NYC |
| 11/15/07 | Telephone - Mobile | Irfani, Saad | 125.00 | Calls from mobile phone |
| 11/15/07 | Agency Fees | Nelligan, John | 48.00 | Premiere Travel |
| 11/15/07 | Meals | Toto, Alain | 35.59 | Dinner Buffalo Wild Wings - Toto, Bernstein, Fernandez, Weil |
| 11/15/07 | Lodging | Weil, Eugene | 309.86 | Adolphus Hotel - Weil - 11/14 - 11/15 |
| 11/16/07 | Air Fare | Bernstein, Andrew | 465.40 | American DFW to DCA 11/16 |
| 11/16/07 | Meals | Conway, Darryl | 10.99 | Breakfest - Newstand Deli |
| 11/16/07 | Meals | Conway, Darryl | 9.55 | Lunch - Newstand Deli |
| 11/16/07 | Car Rental / Cabs | Conway, Darryl | 12.00 | Taxi from AHM offices to Farmingdale Train Station |
| 11/16/07 | Train Fare | Conway, Darryl | 18.50 | LIRR - Farmingdale into Penn Station (Irfani and Conway) |
| 11/16/07 | Meals | Conway, Darryl | 22.00 | Dinner |
| 11/16/07 | Meals | Toto, Alain | 10.79 | Lunch - Au Bon Pain |
| 11/16/07 | Agency Fees | Weil, Eugene | 48.00 | Premiere travel |
| 11/16/07 | Agency Fees | Weil, Eugene | 48.00 | Premiere travel |
| 11/16/07 | Car Rental / Cabs | Weil, Eugene | 392.60 | Hertz Car Rental - 11/14 - 11/16 - Weil |
| 11/17/07 | Lodging | Irfani, Saad | 353.98 | Marriott - Melville on 11/17/07 |
| 11/17/07 | Meals | Toto, Alain | 11.31 | Breakfast - Marriott DFW |
| 11/17/07 | Meals | Toto, Alain | 57.00 | Dinner Buffalo Wil Wings - Toto, Bernstein, Fernandez |
| 11/17/07 | Telephone - Mobile | Toto, Alain | 159.52 | Cell phone usage |
| 11/17/07 | Lodging | Toto, Alain | 1,036.45 | Marriott DFW 11/13 - 11/16 |
| 11/17/07 | Air Fare | Toto, Alain | 1,535.70 | American DCA to Dallas |

## EXHIBIT B

**Milestone Advisors LLC**
**Detail Expense by Professional**
**November 1, 2007 - November 30, 2007**

| Date | Expense Category | Professional Name | Amount | Description |
|------|-----------------|-------------------|--------|-------------|
| 11/17/07 | Lodging | Weil, Eugene | 292.67 | Marriott - Weil - 11/16 |
| 11/18/07 | Car Rental / Cabs | Conway, Darryl | 18.00 | Taxi Union Station to 3700 Mass Ave, NW |
| 11/18/07 | Train Fare | Conway, Darryl | 167.00 | Amtrak - NYC to DC |
| 11/19/07 | Car Rental / Cabs | Bernstein, Andrew | 12.00 | Taxi to DCA |
| 11/19/07 | Car Rental / Cabs | Bernstein, Andrew | 13.49 | Gas for Rental Car |
| 11/19/07 | Meals | Bernstein, Andrew | 14.88 | Lunch - PEI WEI Dallas |
| 11/19/07 | Meals | Bernstein, Andrew | 15.52 | Kroger Lunch - Dallas |
| 11/19/07 | Meals | Bernstein, Andrew | 54.85 | Dinner - AHMS |
| 11/19/07 | Meals | Bernstein, Andrew | 83.65 | Dinner - KAZ Sushi Bistro - Andrew Bernstein and Emmelene Lee |
| 11/19/07 | Telephone - Mobile | Bernstein, Andrew | 115.00 | Mobile phone usage - Conference Calls AHMS |
| 11/19/07 | Car Rental / Cabs | Bernstein, Andrew | 743.36 | Hertz DFW 11/12-11/16 |
| 11/19/07 | Lodging | Bernstein, Andrew | 1,192.25 | Westin DFW - 11/12 to 11/16 |
| 11/19/07 | Lodging | Conway, Darryl | 356.21 | Marriott Melville |
| 11/19/07 | Train Fare | Irfani, Saad | 397.00 | Train from New York to DC 11/19/07 |
| 11/19/07 | Agency Fees | Weil, Eugene | 45.00 | Premiere travel |
| 11/19/07 | Agency Fees | Weil, Eugene | 45.00 | Premiere travel |
| 11/19/07 | Agency Fees | Weil, Eugene | 48.00 | Premiere travel |
| 11/19/07 | Air Fare | Weil, Eugene | 221.00 | Delta - LGA - DCA 11/20 |
| 11/19/07 | Air Fare | Weil, Eugene | 235.08 | US Airways DCA - LGA 11/20 |
| 11/20/07 | Car Rental / Cabs | Irfani, Saad | 10.00 | Cab from 1775 Eye Street to home |
| 11/24/07 | Car Rental / Cabs | Irfani, Saad | 10.00 | Cab from 1775 Eye Street to home |
| 11/26/07 | Meals | Bernstein, Andrew | 3.97 | Potbelly - Breakfast in DCA |
| 11/26/07 | Meals | Bernstein, Andrew | 8.12 | Pei Wei - Dinner |
| 11/26/07 | Teleconference | Premiere Teleconference | 55.18 | |
| 11/27/07 | Meals | Bernstein, Andrew | 16.51 | Pei Wei - Dinner |
| 11/27/07 | Parking and Tolls | Weil, Eugene | 36.00 | Parking Reagan Airport |
| 11/28/07 | Meals | Bernstein, Andrew | 19.18 | Trinity River Grill - Breakfast in Marriott |
| 11/28/07 | Meals | Bernstein, Andrew | 20.09 | On The Border - Dinner |
| 11/28/07 | Lodging | Bernstein, Andrew | 638.08 | MARRIOTT DFW - AHMS - 11/26-11/28 |

# EXHIBIT B

**Milestone Advisors LLC**
**Detail Expense by Professional**
**November 1, 2007 - November 30, 2007**

| Date | Expense Category | Professional Name | Amount | Description |
|------|-----------------|-------------------|--------|-------------|
| 11/29/07 | Meals | Bernstein, Andrew | 47.79 | The Loon Bar and Grill - Dinner Dallas |
| 11/29/07 | Meals | Conway, Darryl | 5.75 | Breakfst - Amtrak |
| 11/29/07 | Car Rental / Cabs | Conway, Darryl | 8.00 | Taxi - AHM to Marriott |
| 11/29/07 | Meals | Conway, Darryl | 8.61 | Breakfast - Irfani, Conway - Newstand |
| 11/29/07 | Car Rental / Cabs | Conway, Darryl | 10.00 | Taxi - Farmingdale to AHM |
| 11/29/07 | Car Rental / Cabs | Conway, Darryl | 11.00 | Taxi - Marriott to AHM |
| 11/29/07 | Car Rental / Cabs | Conway, Darryl | 16.00 | Taxi 3700 Mass to Union Station |
| 11/29/07 | Meals | Conway, Darryl | 22.00 | Dinner - Legal Seafood |
| 11/29/07 | Agency Fees | Conway, Darryl | 45.00 | Premiere Travel |
| 11/29/07 | Train Fare | Conway, Darryl | 209.00 | Amtrak - DC - NY |
| 11/30/07 | Car Rental / Cabs | Bernstein, Andrew | 50.00 | Taxi Cab Home |
| 11/30/07 | Lodging | Bernstein, Andrew | 704.35 | Westin DFW - 11/26 - 1128 |
| 11/30/07 | Meals | Conway, Darryl | 6.77 | Breakfast - Irfani, Conway - Newstand |
| 11/30/07 | Car Rental / Cabs | Conway, Darryl | 10.00 | Taxi - AHM to Farmingham |
| 11/30/07 | Train Fare | Conway, Darryl | 13.50 | LIRR to Penn Station - Irfani and Conway |
| 11/30/07 | Meals | Conway, Darryl | 18.00 | Dinner |
| 11/30/07 | Air Fare | Weil, Eugene | 235.08 | US Airway, LGA to DCA, ESW, 11/30 |
| 11/30/07 | Agency Fees | Weil, Eugene | 45.00 | Premier Travel, ESW |
| 11/30/07 | Parking and Tolls | Weil, Eugene | 100.00 | Parking, Gene Weil |

20,228.88