# EXHIBIT III

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                                                    :   Chapter 11
                                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                    :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                        :
                                                                          :   Jointly Administered
    Debtors.                                                              :
                                                                          :   **Ref. Docket No. _____**
------------------------------------------------------------------------- x

### ORDER GRANTING DEBTORS' FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

Upon consideration of the first omnibus (non-substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing in full and expunging each of the Disputed Claims[2] identified on Exhibits A and B hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

ORDERED that the Objection is granted; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached <u>Exhibits A</u> and <u>B</u> are hereby disallowed and expunged in their entirety; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.


Dated: Wilmington, Delaware
      April ____, 2008

                                             CHRISTOPHER S. SONTCHI
                                             UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

# Exhibit A

## Duplicate Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| ACCURATE APPRAISAL GROUP INC<br>PO BOX 2459<br>CORNELIUS, NC 28031 | 690 | 9/13/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,600.00 (U)<br>$1,600.00 (T) | 689 | 9/13/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,600.00 (U)<br>$1,600.00 (T) |
| ALLENDE, DAPHNE<br>485 GRAND BLVD<br>BRENTWOOD, NY 11717 | 1468 | 10/9/07 | 07-11051 | Unspecified* | 8719 | 1/11/08 | 07-11051 | Unspecified* |
| ALLENDE, DAPHNE<br>485 GRAND BLVD<br>BRENTWOOD, NY 11717 | 1543 | 10/12/07 | 07-11051 | Unspecified* | 8719 | 1/11/08 | 07-11051 | Unspecified* |
| ALLIED DAMAGE ADJUSTERS, INC.<br>C/O LESLIE L. NEEDHAM, SEC.<br>PO BOX #54<br>VALLEY FALLS, KS 66088 | 7711 | 1/8/08 | No Case | $34,440.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$34,440.00 (T) | 7716 | 1/8/08 | No Case | $34,440.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$34,440.00 (T) |
| ALVAREZ, LISA L.<br>1803 BINGHAM ST<br>HONOLULU, HI 96826 | 283 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>$624.00 (P)<br>- (U)<br>$624.00 (T) | 3218 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>$624.00 (P)<br>- (U)<br>$624.00 (T) |
| ANHOUSE APPRAISAL<br>ATTN MICHAEL ANHOUSE, PRESIDENT<br>201 BRECKENRIDGE LN STE 200<br>LOUISVILLE, KY 40207 | 206 | 8/31/07 | No Case | - (S)<br>- (A)<br>$5,000.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | 4196 | 12/3/07 | No Case | - (S)<br>- (A)<br>$5,000.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) |
| BALTIMORE APPRAISAL & REALTY CO INC<br>5509 YORK RD<br>BALTIMORE, MD 21212 | 998 | 9/19/07 | No Case | - (S)<br>- (A)<br>$2,050.00 (P)<br>$2,050.00 (U)<br>$2,050.00 (T) | 1030 | 9/19/07 | No Case | - (S)<br>- (A)<br>$2,050.00 (P)<br>$2,050.00 (U)<br>$2,050.00 (T) |
| BARBOSA, MIGUEL A.<br>07-CV1724<br>100 NORTH 4TH STREET<br>EASTON, PA 18042 | 8856 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$255,000.00 (U)<br>$255,000.00 (T) | 8964 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$255,000.00 (U)<br>$255,000.00 (T) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| BLACKETER, A & J<br>A & J BLACKETER, INC.<br>ATTN STEPHEN P. IMHOFF, ATTORNEY<br>225 S. HURSTBOURNE PKWY., SUITE 103<br>LOUISVILLE, KY 40222 | 5595 | 12/17/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$8,752.57 (U)<br>$8,752.57 (T) | 5341 | 12/10/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$8,752.57 (U)<br>$8,752.57 (T) |
| BOETTCHER, JANET L. AND DECENDANTS TRUST<br>2070 N. POINTE LN<br>FLORISSANT, MO 63031 | 6265 | 12/24/07 | No Case | Unspecified* | 6263 | 12/24/07 | No Case | Unspecified* |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | 1815 | 10/29/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$600.85 (U)<br>$600.85 (T) | 1817 | 10/29/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$600.85 (U)<br>$600.85 (T) |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | 1818 | 10/29/07 | 07-11047 | - (S)<br>- (A)<br>$5,550.42 (P)<br>- (U)<br>$5,550.42 (T) | 1819 | 10/29/07 | 07-11047 | - (S)<br>- (A)<br>$5,550.42 (P)<br>- (U)<br>$5,550.42 (T) |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | 1831 | 10/29/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$4,834.47 (U)<br>$4,834.47 (T) | 1832 | 10/29/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$4,834.47 (U)<br>$4,834.47 (T) |
| COLLINS PALLWITZ, DIANA<br>1645 WATERS EDGE DR.<br>PLEASANT HILL, IA 50327 | 1474 | 10/9/07 | 07-11051 | - (S)<br>- (A)<br>$5,184.80 (P)<br>- (U)<br>$5,184.80 (T) | 7493 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$5,184.80 (P)<br>- (U)<br>$5,184.80 (T) |
| DELTACOM<br>****NO ADDRESS PROVIDED**** | 66 | 8/27/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,339.01 (U)<br>$1,339.01 (T) | 163 | 8/27/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,339.01 (U)<br>$1,339.01 (T) |
| DOVE, JOSEPH F.<br>PERSHING LLC AS CUSTODIAN<br>6197 OLIVESBURG - FITCHVILLE RD<br>GREENWICH, OH 44837-9603 | 8322 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$2,898.35 (U)<br>$2,898.35 (T) | 8420 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$2,898.35 (U)<br>$2,898.35 (T) |
| EASTWOOD, TRITT AARON<br>744 HUNTERS CROSSING LANE<br>SPRINGFIELD, TN 37172 | 6371 | 12/24/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$339.94 (U)<br>$339.94 (T) | 6448 | 12/26/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$339.94 (U)<br>$339.94 (T) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| EXPRESS PERSONNEL SERVICES<br>ATTN JAY OLSON, PRESIDENT<br>3709 BROOKS ST<br>MISSOULA, MT 59801 | 82 | 8/27/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$4,525.68 (U)<br>$4,525.68 (T) | 2831 | 11/20/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$4,525.68 (U)<br>$4,525.68 (T) |
| FERRIS, KENNETH C. & ROBERTA T.<br>JT TEN<br>170 SHORELINE DR. S.H.<br>MALAKOFF, TX 75148-4755 | 5853 | 12/19/07 | No Case | - (S)<br>- (A)<br>$6,865.54 (P)<br>$6,865.54 (U)<br>$6,865.54 (T) | 4884 | 12/7/07 | No Case | - (S)<br>- (A)<br>$6,865.54 (P)<br>$6,865.54 (U)<br>$6,865.54 (T) |
| GOEPFERT, WILLIAM<br>18660 INGLEWOOD AVE.<br>ROCKY RIVER, OH 44116 | 6953 | 1/3/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | 6954 | 1/3/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$5,000.00 (U)<br>$5,000.00 (T) |
| GRAVELY-ROBINSON, KAREN<br>C/O ROBERT A WILLIAMS, ESQ.<br>45 JONES ST<br>MARTINSVILLE, VA 24112 | 1856 | 10/29/07 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$150,000.00 (U)<br>$150,000.00 (T) | 4031 | 11/30/07 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$150,000.00 (U)<br>$150,000.00 (T) |
| HASLER FINANCIAL SERVICES, LLC<br>ATTN STEVEN KLOAK<br>3400 BRIDGE PARKWAY, STE 201<br>REDWOOD CITY, CA 94065 | 4699 | 12/6/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,938.99 (U)<br>$1,938.99 (T) | 2982 | 11/23/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,938.99 (U)<br>$1,938.99 (T) |
| HERNANDO COUNTY TAX COLLECTOR<br>ATTN JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST ROOM 112<br>BROOKSVILLE, FL 34601-2892 | 150 | 8/24/07 | 07-11047 | $5,268.48 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,268.48 (T) | 1080 | 9/12/07 | 07-11047 | $5,268.48 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,268.48 (T) |
| HILLMAN, GERALD R.<br>11929 SOMERSET RD<br>ORLAND PARK, IL 60467 | 223 | 8/31/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) | 6519 | 12/28/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) |
| INDIANA DEPARTMENT OF REVENUE<br>ATTN CAROL LUSHELL, TAX ANALYST<br>BANKRUPTCY SECTION ROOM N-203<br>100 NORTH SENATE AVE<br>INDIANAPOLIS, IN 46204 | 1254 | 9/21/07 | 07-11047 | $363.97 (S)<br>- (A)<br>$67,716.93 (P)<br>$59,356.95 (U)<br>$127,437.85 (T) | 3346 | 11/26/07 | 07-11047 | $363.97 (S)<br>- (A)<br>$67,716.93 (P)<br>$59,356.95 (U)<br>$127,437.85 (T) |
| JENTSCH, HILDEGART E.<br>IRA FBO<br>PERSHING LLC AS CUST.<br>PO BOX 720542<br>JACKSON HEIGHTS, NY 11372-0542 | 3916 | 11/30/07 | No Case | Unspecified* | 4026 | 11/30/07 | No Case | Unspecified* |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| JOHNSON, JOSEPH H.<br>USAA FED SVGS BNK C/F SDIRA R/O<br>4608 RIVER CLOSE BLVD<br>VALRICO, FL 33594 | 7120 | 1/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$22,241.95 (U)<br>$22,241.95 (T) | 7196 | 1/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$22,241.95 (U)<br>$22,241.95 (T) |
| KEY EQUIPMENT FINANCE, INC.<br>1000 S. MCCASLIN BLVD<br>SUPERIOR, CO 80027 | 9256 | 1/10/08 | 07-11047 | $34,626.96 (S)<br>- (A)<br>- (P)<br>- (U)<br>$34,626.96 (T) | 9626 | 1/15/08 | 07-11047 | $34,626.96 (S)<br>- (A)<br>- (P)<br>- (U)<br>$34,626.96 (T) |
| LODWICK, CATHERINE A<br>2920 E VILLA THERESA DR<br>PHOENIX, AZ 85032 | 7259 | 1/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$10,751.00 (U)<br>$10,751.00 (T) | 7266 | 1/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$10,751.00 (U)<br>$10,751.00 (T) |
| LORETI, MICHAEL MD<br>352 CANTERBURY LANE<br>WYCKOFF, NJ 07481 | 5940 | 12/20/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$3,876.95 (U)<br>$3,876.95 (T) | 6053 | 12/21/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$3,876.95 (U)<br>$3,876.95 (T) |
| LOS ANGELES COUNTY TREASURER & TAX COLL.<br>ATTN JOYCE M. OWENS<br>REVENUE AND ENFORCEMENT<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | 8783 | 1/2/08 | 07-11047 | $107,421.79 (S)<br>- (A)<br>- (P)<br>- (U)<br>$107,421.79 (T) | 8832 | 1/2/08 | 07-11047 | $107,421.79 (S)<br>- (A)<br>- (P)<br>- (U)<br>$107,421.79 (T) |
| MBIA INSURANCE CORPORATION<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | 8270 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$221,112,000.00 (U)<br>$221,112,000.00 (T) | 8271 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$221,112,000.00 (U)<br>$221,112,000.00 (T) |
| MBIA INSURANCE CORPORATION<br>BRUCE A. WILSON, ESQ.<br>KUTAK ROCK LLP<br>1650 FARNAM STREET<br>OMAHA, NE 68102-2186 | 8272 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$221,112,000.00 (U)<br>$221,112,000.00 (T) | 8271 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$221,112,000.00 (U)<br>$221,112,000.00 (T) |
| MILLS, JEFFERY J.<br>1440 LAKEVIEW RD<br>LAKE WALES, FL 33853-3901 | 20 | 8/21/07 | No Case | - (S)<br>- (A)<br>$350.00 (P)<br>- (U)<br>$350.00 (T) | 5584 | 12/17/07 | No Case | - (S)<br>- (A)<br>$350.00 (P)<br>- (U)<br>$350.00 (T) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| NACHMANN, SEFIKA<br>1066 OLD TOWN RD<br>CORAM, NY 117273726<br>USA | 95 | 8/27/07 | 07-11053 | - (S)<br>- (A)<br>$2,145.00 (P)<br>- (U)<br>$2,145.00 (T) | 99 | 8/27/07 | 07-11053 | - (S)<br>- (A)<br>$2,145.00 (P)<br>- (U)<br>$2,145.00 (T) |
| NEVADA DEPARTMENT OF TAXATION<br>ATTN BANKRUPTCY SECTION<br>555 E WASHINGTON AVE #1300<br>LAS VEGAS, NV 89101 | 1847 | 10/29/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$25,486.52 (U)<br>$25,486.52 (T) | 1848 | 10/29/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$25,486.52 (U)<br>$25,486.52 (T) |
| PORTNOY, EDWARD R.<br>60 CEDAR CRIST CT<br>NEWBURY PARK, CA 91320 | 5125 | 12/10/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$13,686.31 (U)<br>$13,686.31 (T) | 5124 | 12/10/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$13,686.31 (U)<br>$13,686.31 (T) |
| RALEY, ANNETTE<br>3603 FLOWING BROOK DR<br>FORT WAYNE, IN 46818 | 199 | 8/30/07 | No Case | - (S)<br>- (A)<br>$8,166.66 (P)<br>- (U)<br>$8,166.66 (T) | 1161 | 9/24/07 | No Case | - (S)<br>- (A)<br>$8,166.66 (P)<br>- (U)<br>$8,166.66 (T) |
| SERVICEMASTER MID STATE 2<br>5072 DUPONT PARKWAY<br>SMYRNA, DE 19977 | 1085 | 9/13/07 | 07-11051 | - (S)<br>- (A)<br>$44.91 (P)<br>$479.54 (U)<br>$524.45 (T) | 1334 | 10/1/07 | 07-11051 | - (S)<br>- (A)<br>$44.91 (P)<br>$479.54 (U)<br>$524.45 (T) |
| STATE OF WASHINGTON, DEPT OF REVENUE<br>ATTN DOUG HOUGHTON<br>2101 4TH AVE<br>STE 1400<br>SEATTLE, WA 98121-2300 | 2876 | 11/8/07 | 07-11051 | - (S)<br>- (A)<br>$56,804.07 (P)<br>- (U)<br>$56,804.07 (T) | 2877 | 11/8/07 | 07-11051 | - (S)<br>- (A)<br>$56,804.07 (P)<br>- (U)<br>$56,804.07 (T) |
| TOMAN, TAMMY S.<br>8635 SHOE OVERLOOK DR<br>FISHERS, IN 46038 | 19 | 8/21/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$550.00 (U)<br>$550.00 (T) | 3061 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$550.00 (U)<br>$550.00 (T) |
| TPRF/THC HAVENPARK, LLC<br>DEAN G RALLIS JR / DIANE C STANFIELD ESQ<br>WESTON BENSHOOF ROCHEFORT RUBALCAVA<br>MACCUISH, LLP - 333 S HOPE ST, 16TH FL<br>LOS ANGELES, CA 90071 | 8579 | 1/11/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$18,187.38 (U)<br>$18,187.38 (T) | 8608 | 1/11/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$18,187.38 (U)<br>$18,187.38 (T) |

| Name/Address of Claimant | ——— Objectionable Claims ——— | | | | ——— Surviving Claims ——— | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| **Totals:** | | 42 Claims | | $182,121.20 (S)<br>- (A)<br>$152,901.91 (P)<br>$442,835,212.42 (U)<br>$443,158,369.99 (T) | | | | $182,121.20 (S)<br>- (A)<br>$152,901.91 (P)<br>$442,835,212.42 (U)<br>$443,158,369.99 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

**Exhibit B**
**Amended Claims**

| Name/Address of Claimant | Objectionable Claims ||||| Surviving Claims |||||
|---|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| ADAMS, PATRICIA<br>1640 HILLSIDE AVENUE<br>NORCO, CA 92860 | 1573 | 10/15/07 | 07-11051 | - (S)<br>- (A)<br>$3,553.67 (P)<br>- (U)<br>$3,553.67 (T) | | 3589 | 11/27/07 | 07-11051 | - (S)<br>- (A)<br>$2,261.55 (P)<br>- (U)<br>$2,261.55 (T) |
| ARROW APPRAISAL CORP<br>ATTN TROY A. ENGLUND, PRESIDENT<br>4536 RACHEL BLVD<br>WEEKI WACHEE, FL 34607 | 2847 | 11/20/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$650.00 (U)<br>$650.00 (T) | | 309 | 9/4/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$650.00 (U)<br>$650.00 (T) |
| BAILEY, BRENDA J.<br>1903 SPRUNGER AVE<br>FORT WAYNE, IN 46808 | 107 | 8/27/07 | 07-11047 | - (S)<br>- (A)<br>$922.88 (P)<br>- (U)<br>$922.88 (T) | | 4975 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>$923.08 (P)<br>- (U)<br>$923.08 (T) |
| BENNETT, MICHELLE<br>6912 NORDALE DR<br>FORT WAYNE, IN 46804 | 91 | 8/27/07 | 07-11047 | - (S)<br>- (A)<br>$430.76 (P)<br>- (U)<br>$430.76 (T) | | 6081 | 12/21/07 | 07-11051 | - (S)<br>- (A)<br>$430.77 (P)<br>- (U)<br>$430.77 (T) |
| BLANK, BRUCE<br>57 COLONY DR<br>HOLBROOK, NY 11741 | 84 | 8/27/07 | No Case | - (S)<br>- (A)<br>$2,884.62 (P)<br>- (U)<br>$2,884.62 (T) | | 8648 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$2,884.62 (P)<br>- (U)<br>$2,884.62 (T) |
| BLANK, BRUCE<br>57 COLONY DR<br>HOLBROOK, NY 11741 | 7325 | 1/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$2,531.00 (U)<br>$2,531.00 (T) | | 8646 | 1/11/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$2,553.00 (U)<br>$2,553.00 (T) |
| BLANK, BRUCE & TSILA<br>57 COLONY DR<br>HOLBROOK, NY 11741 | 7271 | 1/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$2,279.95 (U)<br>$2,279.95 (T) | | 8647 | 1/11/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$2,279.95 (U)<br>$2,279.95 (T) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| CALAHAN, BARBARA BONNIE<br>2443 N. MEADOWCROFT AVE<br>PITTSBURGH, PA 15216 | 1693 | 10/22/07 | No Case | - (S)<br>- (A)<br>$1,834.56 (P)<br>- (U)<br>$1,834.56 (T) | 5711 | 12/18/07 | 07-11051 | - (S)<br>- (A)<br>$1,834.61 (P)<br>- (U)<br>$1,834.61 (T) |
| CLAYTON, DEBORAH L.<br>42 MEGAN DR<br>HENDERSON, NJ 89074 | 447 | 9/10/07 | No Case | - (S)<br>- (A)<br>$2,076.80 (P)<br>- (U)<br>$2,076.80 (T) | 4694 | 12/6/07 | 07-11051 | - (S)<br>- (A)<br>$2,076.92 (P)<br>- (U)<br>$2,076.92 (T) |
| COHN, DENISE<br>977 MARGINAL RD<br>LIDO BEACH, NY 11561 | 565 | 9/11/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$1,316.98 (U)<br>$1,316.98 (T) | 2143 | 11/14/07 | 07-11051 | - (S)<br>- (A)<br>$1,234.62 (P)<br>- (U)<br>$1,234.62 (T) |
| CRISLIP, PHILLIP & ASSOCIATES<br>ATTN: JOHN B PHILIP<br>4515 POPLAR AVE STE 322<br>MEMPHIS, TN 38117 | 1120 | 9/18/07 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$8,540.14 (U)<br>$8,540.14 (T) | 8798 | 1/7/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$12,562.81 (U)<br>$12,562.81 (T) |
| DECARLO, ANITA A.<br>37 MARILYN BLVD<br>PLAINVIEW, NY 11803 | 184 | 8/30/07 | 07-11051 | - (S)<br>- (A)<br>$3,500.00 (P)<br>- (U)<br>$3,500.00 (T) | 2256 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$3,500.00 (P)<br>- (U)<br>$3,500.00 (T) |
| DEPARTMENT OF THE TREASURY<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | 1369 | 10/1/07 | 07-11047 | - (S)<br>- (A)<br>$100.00 (P)<br>- (U)<br>$100.00 (T) | 9848 | 1/29/08 | 07-11047 | - (S)<br>- (A)<br>$28,979,149.71 (P)<br>$22,011.82 (U)<br>$29,001,161.53 (T) |
| DEPARTMENT OF THE TREASURY<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA RM 1150<br>BALTIMORE, MD 21201 | 1737 | 10/23/07 | 07-11047 | - (S)<br>- (A)<br>$879,550.61 (P)<br>$22,011.82 (U)<br>$901,562.43 (T) | 9848 | 1/29/08 | 07-11047 | - (S)<br>- (A)<br>$28,979,149.71 (P)<br>$22,011.82 (U)<br>$29,001,161.53 (T) |
| DUFFY, JOSEPH<br>29 CAPE CORAL<br>ALISO VIEJO, CA 92656 | 109 | 8/28/07 | 07-11047 | - (S)<br>- (A)<br>$8,870.40 (P)<br>- (U)<br>$8,870.40 (T) | 8021 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$9,466.09 (P)<br>- (U)<br>$9,466.09 (T) |
| EISELE, GARY B.<br>281 ELMORE AVE # 2<br>EAST MEADOW, NY 11554-2816 | 117 | 8/28/07 | 07-11053 | - (S)<br>- (A)<br>$928.20 (P)<br>$4,873.05 (U)<br>$5,801.25 (T) | 6933 | 1/3/08 | 07-11051 | - (S)<br>- (A)<br>$4,873.05 (P)<br>$696.30 (U)<br>$5,569.35 (T) |

| Name/Address of Claimant | Objectionable Claims ||||  Surviving Claims ||||
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| IMPAC FUNDING CORPORATION<br>ATTN STEPHEN WICHMANN<br>19500 JAMBOREE RD<br>IRVINE, CA 926122401 | 3987 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$63,000,000.00 (U)<br>$63,000,000.00 (T) | 7814 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$63,000,000.00 (U)<br>$63,000,000.00 (T) |
| JOAN T RINES TR UA 06/23/00<br>JOAN T RINES TRUST<br>WALNUT CREST<br>PO BOX 7405<br>COLUMBIA, MO 65205 | 7705 | 1/8/08 | No Case | Unspecified* | 8477 | 1/10/08 | No Case | $6,463.93 (S)<br>- (A)<br>$140.00 (P)<br>- (U)<br>$6,603.93 (T) |
| KENTWOOD OFFICE FURNITURE LLC<br>ATTN DONALD BOERSMA<br>3063 BRETON RD SE<br>GRAND RAPIDS, MI 49512 | 157 | 8/27/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$58,917.17 (U)<br>$58,917.17 (T) | 588 | 9/5/07 | 07-11047 | $58,917.17 (S)<br>- (A)<br>- (P)<br>- (U)<br>$58,917.17 (T) |
| LAW OFFICE OF KEITH S SHAW & ASSOC., LLC<br>ATTN KEITH S SHAW, MANAGING MEMBER<br>1160 SILAS DEANE HIGHWAY<br>WETHERSFIELD, CT 06109 | 1088 | 9/13/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$5,653.92 (U)<br>$5,653.92 (T) | 5587 | 12/17/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$8,137.35 (U)<br>$8,137.35 (T) |
| LENDERS CHOICE NETWORK, INC.<br>1303 E GRAND AVE STE 115<br>ARROYO GRANDE, CA 93420 | 941 | 9/17/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$14,300.00 (U)<br>$14,300.00 (T) | 6014 | 12/14/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$14,300.00 (U)<br>$14,300.00 (T) |
| MENDELSOHN, MICHAEL<br>43 SELEY DR<br>NORTH BABYLON, NY 11703 | 105 | 8/27/07 | 07-11051 | - (S)<br>- (A)<br>$2,454.00 (P)<br>- (U)<br>$2,454.00 (T) | 2026 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>$2,492.21 (P)<br>- (U)<br>$2,492.21 (T) |
| MONTEVAJO, FRANCA<br>1556 QUEEN ST<br>BELLMORE, NY 11710 | 93 | 8/27/07 | 07-11051 | - (S)<br>- (A)<br>$3,307.00 (P)<br>- (U)<br>$3,307.00 (T) | 2375 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$3,365.00 (P)<br>- (U)<br>$3,365.00 (T) |
| NANCE APPRAISALS, LLC<br>ATTN PATRICK C NANCE, OWNER<br>PO BOX 1055<br>GRAHAM, NC 27253 | 3267 | 11/26/07 | 07-11053 | - (S)<br>- (A)<br>$495.00 (P)<br>- (U)<br>$495.00 (T) | 1127 | 9/21/07 | 07-11053 | - (S)<br>- (A)<br>$495.00 (P)<br>- (U)<br>$495.00 (T) |

| Name/Address of Claimant | Objectionable Claims ||||  Surviving Claims ||||
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| PEREZ, SCHANNIN<br>197 SAYBROOKE CROSSING<br>ACWORTH, GA 30101 | 190 | 8/30/07 | No Case | - (S)<br>- (A)<br>$2,219.36 (P)<br>- (U)<br>$2,219.36 (T) | 2097 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>$2,017.41 (P)<br>- (U)<br>$2,017.41 (T) |
| PRESTON LEETE SMITH REVOCABLE LIVING TR<br>PO BOX 030490<br>FORT LAUDERDALE, FL 33303 | 3618 | 11/27/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$1,260.00 (U)<br>$1,260.00 (T) | 4152 | 12/3/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$1,260.00 (U)<br>$1,260.00 (T) |
| RACHAEL, MASIIVVA<br>48 MARTHA ST<br>INDIAN ORCHARD, MA 01151 | 5166 | 12/10/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$250.00 (U)<br>$250.00 (T) | 452 | 9/10/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$250.00 (U)<br>$250.00 (T) |
| RADIN, JOHN C.<br>PO BOX 314<br>FAIRFAX STATION, VA 22032 | 145 | 8/23/07 | 07-11047 | - (S)<br>- (A)<br>$75,000.00 (P)<br>- (U)<br>$75,000.00 (T) | 1601 | 9/17/07 | 07-11047 | - (S)<br>- (A)<br>$82,200.00 (P)<br>- (U)<br>$82,200.00 (T) |
| REGIONAL APPRAISAL NW<br>ATTN R.D. LUKE, APPRAISER/OWNER<br>11636 NE 149TH ST<br>KIRKLAND, WA 98034 | 88 | 8/27/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$450.00 (U)<br>$450.00 (T) | 3404 | 11/26/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$477.00 (U)<br>$477.00 (T) |
| SHEARER, LYLE E.<br>4441 CLIPPEN DR<br>DISCOVERY BAY, CA 94505 | 140 | 8/29/07 | No Case | - (S)<br>- (A)<br>$223,561.02 (P)<br>- (U)<br>$223,561.02 (T) | 7215 | 1/7/08 | 07-11051 | $6,464.41 (S)<br>- (A)<br>$6,464.41 (P)<br>$223,561.02 (U)<br>$230,025.43 (T) |
| SMITH, PRESTON LEETE, IRA<br>PO BOX 030490<br>FORT LAUDERDALE, FL 33303 | 3617 | 11/27/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$21,005.00 (U)<br>$21,005.00 (T) | 4153 | 12/3/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$21,005.00 (U)<br>$21,005.00 (T) |
| ST. AMAND APPRAISALS<br>ATTN SHELLEY M ST. AMAND<br>PARTNER<br>28680 W 12 MILE RD<br>FARMINGTON HILLS, MI 48334 | 1074 | 9/20/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,975.00 (U)<br>$1,975.00 (T) | 5727 | 12/18/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$950.00 (U)<br>$950.00 (T) |
| STATE OF WASHINGTON, DEPT OF REVENUE<br>ATTN DOUG HOUGHTON<br>2101 4TH AVE<br>STE 1400<br>SEATTLE, WA 98121-2300 | 1849 | 10/29/07 | 07-11051 | - (S)<br>- (A)<br>$50,000.00 (P)<br>- (U)<br>$50,000.00 (T) | 2876 | 11/8/07 | 07-11051 | - (S)<br>- (A)<br>$56,804.07 (P)<br>- (U)<br>$56,804.07 (T) |

| | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| SURF HOUSECLEANING<br>HEATHER FOLLRATH, OWNER<br>1040 FAIR OAKS AVE<br>ALAMEDA, CA 94501 | 3 | 8/16/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$270.00 (U)<br>$270.00 (T) | 2048 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$360.00 (U)<br>$360.00 (T) |
| SUSAN KRUSE APPRAISAL SERVICE<br>ATTN SUSAN KRUSE<br>4060 NE 18 AVE<br>OAKLAND PARK, FL 33334 | 3194 | 11/23/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$525.00 (U)<br>$525.00 (T) | 988 | 9/18/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$525.00 (U)<br>$525.00 (T) |
| THOMPSON, STEPHANIE A.<br>3151 WINTERGREEN<br>FLORISSANT, MO 63033 | 1089 | 9/13/07 | 07-11047 | Unspecified* | 3851 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$507.84 (U)<br>$507.84 (T) |
| WILLIAMS, DEBORAH J.<br>315 CHESAPEAKE AVE<br>PRINCE FREDERICK, MD 20678 | 57 | 8/24/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$2,075.00 (U)<br>$2,075.00 (T) | 149 | 8/24/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$2,075.00 (U)<br>$2,075.00 (T) |
| WIRICK, LORI<br>6309 MAYWOOD CIR<br>FORT WAYNE, IN 46819 | 4682 | 12/6/07 | No Case | - (S)<br>- (A)<br>$1,216.80 (P)<br>- (U)<br>$1,216.80 (T) | 90 | 8/27/07 | 07-11047 | - (S)<br>- (A)<br>$1,216.80 (P)<br>- (U)<br>$1,216.80 (T) |
| Totals: | 38 Claims | | | - (S)<br>- (A)<br>$1,257,328.88 (P)<br>$63,154,460.83 (U)<br>$64,411,789.71 (T) | | | | $71,845.51 (S)<br>- (A)<br>$58,142,344.63 (P)<br>$63,336,808.91 (U)<br>$121,544,534.64 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.