UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
------------------------------------------------------------------X

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC,
a Delaware corporation, et al.,

Debtors.
------------------------------------------------------------------X

Chapter 11
Case No. 07-11047(CSS)

Jointly Administered

## DECLARATION OF L. STEVEN SPEARS IN SUPPORT OF LOAN FILE RETURN

I, L. Steven Spears, declare as follows:

1.      I am Chief Deputy Director of the California Housing Finance Agency

("CalHFA"), a public instrumentality and a political subdivision of the State of California.   I

have personal knowledge of the facts and circumstances set forth herein.

2.      Attached hereto as Exhibit 1 and 2 are true and correct copies of the Hard Copy

Loan Files requested by CalHFA identified by the American Home Mortgage loan number.

3.      The name and contact information for CalHFA are as follows:

California Housing Finance Agency
Attn: Thomas C. Hughes, General Counsel
1415 L Street, Suite 500
Sacramento, CA 95814
Telephone: 916/322-3991

4.      I, as Chief Deputy Director for CalHFA, have a legal right to receive each loan

file requested and I have the requisite corporate authority to make such a declaration.

5.      The preferred method for receiving the Hard Copy Loan Files is by delivery of the

Hard Copy Loan Files to the address set forth above.

6.      CalHFA will pay all reasonable costs and expenses associated with the preferred

delivery method.

7.      I acknowledge that such costs are subject to increase upon further order of the

court.

1

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 14th day of March, 2008, in Sacramento, California.

L. Steven Spears

## EXHBIT 1

## AMERICAN HOME MORTGAGE

| Name | AHM Loan # | SL# |
|------|------------|-----|
| Alvarez, Marco | 1501792 | 102606019 |
| Barajas, Jose Omar | 1709851 | 32307022 |
| Broussard, Jr. Leon | 1376602 | 71406008 |
| Caley, Sean | 156000 | 121506019 |
| DeLaCruz, Gustavo | 1550734 | 10807015 |
| Diegle, Brandon | 1798544 | 50807024 |
| Donahue, Christopher | 1531856 | 112906011 |
| Dupont, Link | 1749855 | 42507033 |
| Engelienner, Chris | 1691685 | 31507045 |
| Fenton, Scott | 1474647 | 100906019 |
| Fox, Amy | 1712365 | 32807001 |
| Gantz, Susan | 1438356 | 122006003 |
| Gilmour, Nicholas | 1518848 | 110306033 |
| Granados, Francisco | 1247414 | 52306038 |
| Gutierrez, Adriana | 1351743 | 62206029 |
| Hiller, Stephen | 1737853 | 42307032 |
| Ho, Brian Tze-T | 1478020 | 81806035 |
| Holt, Phillip | 1459826 | 92006020 |
| Johnson, Jane | 1447084 | **** |
| Jolly, Samuel | 1687733 | 32107013 |
| Kalinyuk, Roman | 1249280 | 91206021 |
| Kelley, Shawn | 1405491 | 81006030 |

| Name | AHM Loan # | SL# |
|------|-----------|-----|
| Kelley, Shawn | 1405491 | 81006030 |
| Khan, Syed | 1786782 | 52907034 |
| Kumar, Raj | 1388217 | 72806009 |
| Lizarraga, Miguel | 1201169 | 30806034 |
| Machucha, Juventino | 1301987 | 62106004 |
| Maniaci, Paul | 1721557 | 40307036 |
| Martin, Kelly | 1542937 | 112806034 |
| Navasca, Leslie | 1331380 | 51806027 |
| Pavelski, Crispin | 1647306 | 22007036 |
| Perez, Michael | 1215745 | 30906017 |
| Prentice, Grace | 1315019 | 53006023 |
| Ramirez, Andrea | **** | **** |
| Richey, John | 1238821 | 32706001 |
| Rowles, Royce | 1534654 | 112706022 |
| Rush, Robin | 1281462 | 50106041 |
| Sheehan Thomas, Rich | 1310203 | 52406012 |
| Sierra, III Richard | 1170835 | 22406022 |
| Simonson, Christopher | 1630254 | 20707036 |
| Symonds, Argo | 1253759 | 32206029 |
| Trauemicht, Nathan | 1256308 | 41706015 |
| Trujillo, Jesus | 1548322 | 120706002 |
| Vega, Isaac | 1299708 | 51706011 |
| Weber, Daniel | 1599151 | 11807019 |

## EXHIBIT 2

03/01/2008            California Housing Finance Agency
             Lender: *American Home*

CalHFA-Serviced Purchased Loans Missing Final Documents (Not Status 65)

| LS Loankey | Manifest | Loankey | Delivery Date | Loan Amount | Borrower | AHM# Servicer Loan Num |
|---|---|---|---|---|---|---|
| SL032295008 not in slrp_lender - contact edp | | | | | | |
| SL061794030 not in slrp_lender - contact edp | | | | | | |
| SL063095018 not in slrp_lender - contact edp | | | | | | |
| SL090795041 not in slrp_lender - contact edp | | | | | | |
| SL100495018 not in slrp_lender - contact edp | | | | | | |
| SL100495022 not in slrp_lender - contact edp | | | | | | |
| SL122994002 not in slrp_lender - contact edp | | | | | | |
| 158933 | SL042304018 | 743RO0004 | 07/02/2004 | 235,987 | HOUSER, MICHAEL A. D | 563900 |
| 161225 | SL052504028 | 743CU0048 | 08/06/2004 | 289,275 | WILLIS, CHRISTOPHER D | 587434 |
| 163589 | SL071904025 | 743QZ0014 | 09/10/2004 | 223,940 | LOPEZ, RICARDO D | 613978 |
| 172651 | SL120104033 | 743C20026 | 01/21/2005 | 276,000 | ASHWORTH, DEAN D | 704392 |
| 180688 | SL021605013 | 743RQ0002 | 05/27/2005 | 384,000 | MC NAMARA, JOSEPH PATRICK D | 768689 |
| 183407 | SL042205021 | 743DA0025 | 06/24/2005 | 295,400 | PICKARD, JASON R. D | 839187 |
| 183890 | SL042705006 | 743DA0026 | 07/08/2005 | 252,000 | BARTZ, STACY LYNN TP | 843092 |
| 184829 | SL051105043 | 743DA0028 | 07/22/2005 | 439,000 | DEHART, JEFFREY A. D | 861003/ # |
| 187704 | SL062105010 | 743DA0058 | 08/12/2005 | 246,900 | CORTEZ-MATA, MIGUEL A. | 886700 |
| 188930 | SL033005023 | 743DB0008 | 08/26/2005 | 456,000 | JIRCITANO, LISA D | 806236 |
| 188824 | SL061005010 | 743QV0015 | 08/26/2005 | 208,100 | LOPEZ, REYES TP | 890940 |
| 188654 | SL062005033 | 743DB0007 | 08/26/2005 | 380,000 | CRICHTON, ARCHIE L TP | 1991259 |
| 189502 | SL060705001 | 743DB0013 | 09/02/2005 | 465,000 | SANCHEZ, FLAVIO LINARES D | 886129 |
| 189391 | SL062205001 | 743DB0012 | 09/02/2005 | 223,200 | STEMPNIAK, MAREK D | 895952 |
| 189359 | SL070105010 | 743DB0011 | 09/02/2005 | 373,000 | POUND, LESLIE | 907705 |
| 189341 | SL071405018 | 743DB0010 | 09/02/2005 | 383,000 | SUTHAR, MANISH TP | 917949 |
| 190691 | SL070605026 | 743DB0018 | 09/23/2005 | 283,200 | AVERY, JENNIFER L. D | 864537/ #909890 |
| 192759 | SL081905001 | 743DB0026 | 10/21/2005 | 290,550 | LUC, ROGER H. D | 957644/963489/9 |
| 193364 | SL072605005 | 743DE0031 | 10/28/2005 | 304,850 | MERRILL, CARLY D | 872251/ #872622 |
| 194344 | SL081705004 | 743DB0031 | 11/10/2005 | 385,000 | VALENZUELA, RICHARD D | 928144 |
| 194247 | SL083105029 | 743RE0012 | 11/10/2005 | 258,750 | KJELLBERG, DEBRA D | KJELLBERG |
| 195677 | SL082305002 | 743DB0041 | 12/02/2005 | 306,000 | HANNA, WENDY ANN D | 968756 |
| 195758 | SL092505001 | 743RD0006 | 12/02/2005 | 223,500 | DERR, ROCIO TP | DERR |
| 196169 | SL100705010 | 743RD0008 | 12/09/2005 | 275,180 | IKEMOTO, RAQUEL Y. | 1037977 |
| 196240 | SL100705019 | 743DB0043 | 12/09/2005 | 533,000 | DIXON, DAVID L. D | 1032063 |
| 196096 | SL101005003 | 743RD0007 | 12/09/2005 | 278,500 | GRIMSHAW, SHAUNA | GRIMSHAAW |
| 196371 | SL101105007 | 743DB0044 | 12/09/2005 | 258,000 | SOUDER, JEFFREY E TP | 1025454 |
| 196754 | SL091205013 | 743DB0047 | 12/16/2005 | 301,400 | NGUYEN, DANH V. | 976805/ # |
| 196487 | SL100705001 | 743DB0045 | 12/16/2005 | 473,500 | ALONSO, IVAN | 990951 |
| 196835 | SL101205004 | 743DB0048 | 12/16/2005 | 320,500 | AMIN, HOMAN Y. D | HOMAN, AMIN |
| 197157 | SL082205013 | 743DB0063 | 12/23/2005 | 236,370 | SANDBRINK, WILLIAM G. D | 975774 |
| 196894 | SL100705003 | 743DB0062 | 12/23/2005 | 474,850 | REYES-RODAS, ORLANDO | 1016010 |
| 197513 | SL110905027 | 743RL0040 | 12/30/2005 | 259,625 | BARBA, CARLOS A. TP | 1076536 |
| 197840 | SL110205046 | 743RD0009 | 01/06/2006 | 284,000 | MALLOBOX, NATASHA | 990963/#1060230 |
| 198218 | SL100705022 | 743DB0067 | 01/13/2006 | 413,000 | CONSTANTINESCU, ADRIANA D | 1039935/# TBD |
| 197980 | SL102705002 | 743DB0065 | 01/13/2006 | 433,000 | HALL, ARTHUR W. D | 2207376 |
| 197998 | SL102805048 | 743DB0066 | 01/13/2006 | 495,000 | PROCOS, NICOLAS B. | 1064097/1064758 |
| 198226 | SL110505001 | 743DB0068 | 01/13/2006 | 410,000 | KORINETZ, JOHN J. | 2226115 |
| 198340 | SL110805017 | 743RH0020 | 01/13/2006 | 237,900 | SWEET, MARY E. D | 1075438/#TBD/#T |
| 199621 | SL081905021 | 743DD0016 | 02/03/2006 | 547,086 | MACASIEB, JR., SALVADOR C | MACASIEB/MERCAD |
| 199303 | SL110905011 | 743DD0012 | 02/03/2006 | 338,080 | ISNIN, FAZLEE TP | ISNIN-CHFA |
| 199320 | SL112105012 | 743DD0013 | 02/03/2006 | 314,000 | TONNELLI, JENNIFER S. D | 2179446 |
| 200298 | SL111505010 | 743DD0019 | 02/10/2006 | 339,050 | MANN, MICHAEL D. | 1064794 |

03/01/2008　　,　　California Housing Finance Agency

Lender: (743) AMERICAN HOME MTG

CalHFA-Serviced Purchased Loans Missing Final Documents (Not Status 65)

| LS Loankey | Manifest | Loankey | Delivery Date | Loan Amount | Borrower | AHM# Servicer Loan Num |
|---|---|---|---|---|---|---|
| 199982 | SL120505001 | 743DD0018 | 02/10/2006 | 455,000 | NEMATOLLAHI-RAD, SHEILA | 1102190/1102335 |
| 200573 | SL121505008 | 743DD0020 | 02/17/2006 | 540,000 | GORDILLO, DAVID A. | 945378 |
| 201081 | SL111405023 | 743DD0034 | 02/24/2006 | 338,300 | MOLFINO, JONATHAN | 2204923 |
| 201073 | SL120805001 | 743RP0015 | 02/24/2006 | 320,000 | DIAS, ALCIDIA F. | 999053 |
| 202070 | SL010506018 | 743DD0037 | 03/10/2006 | 354,000 | HINKLEY, ERIC M. | 2305029 |
| 202801 | SL011706004 | 743DD0039 | 03/17/2006 | 331,500 | HARVEY, JOHNNY C. | 1140588 |
| 203564 | SL013106006 | 743DF0037 | 03/31/2006 | 517,530 | THOMAS, WANDA K. | 1164047 |
| 203572 | SL092505003 | 743RT0024 | 03/31/2006 | 146,207 | LEWIS, KENDRA M. | K LEWIS MAIN LO |
| 203840 | SL092505004 | 743RT0025 | 03/31/2006 | 284,492 | REGINATO, DANIEL R. | REGINATO |
| 204111 | SL011306021 | 743DF0038 | 04/07/2006 | 393,500 | CULJKOVIC, DRAGANA | 2346949 |
| 204625 | SL011806021 | 743DF0040 | 04/14/2006 | 277,000 | CABIAC, JESSICA R. | CALHFA |
| 204617 | SL011806033 | 743DF0039 | 04/14/2006 | 247,640 | GABRIEL, MICHELLE E. | 2322377 |
| 204561 | SL012406006 | 743RF0029 | 04/14/2006 | 192,500 | SHIZUMURA, STEVEN | 1138906 |
| 204382 | SL021606021 | 743RJ0037 | 04/14/2006 | 365,795 | PIMENTEL CARDENAS, PEDRO | 1183274/1185941 |
| 204404 | SL110105033 | 743RS0029 | 04/14/2006 | 251,353 | SEBASTIAN, CHARLOTTE A. | SEBASTIAN-CHFA |
| 206806 | SL032706011 | 743DF0061 | 05/12/2006 | 249,175 | AVERY, KATHRYN D. | 1120708 |
| 209589 | SL040406022 | 743RH0021 | 06/16/2006 | 218,500 | KUDSI, YOUSSEF ADLI | 2535116 |
| 211087 | SL050306009 | 743DG0042 | 07/07/2006 | 232,500 | VANDEGRIFT, ELIZABETH A. | 1282943 |
| 211095 | SL051506041 | 743RU0002 | 07/07/2006 | 245,680 | PASCASCIO, JAMES A. | 1285565 |
| 212351 | SL051706035 | 743SA0002 | 07/21/2006 | 347,000 | PALOMINO, GEORGE P. | |
| 212881 | SL053006029 | 743DH0063 | 07/28/2006 | 415,000 | HARDISON, TERRILYNN T. | 1278332 |
| 213390 | SL061306023 | 743DG0099 | 07/28/2006 | 294,908 | MC LAIN, REBECCA L. | 1320483 |
| 217191 | SL011906025 | 743DH0065 | 09/15/2006 | 368,050 | YOUNGER, LASHUN | 1135557 |
| 217271 | SL071306025 | 743DH0066 | 09/15/2006 | 300,500 | FERRIER, JR., WILLIAM T. | 1371692 |
| 218553 | SL072706031 | 743DI0034 | 09/29/2006 | 362,121 | SALUNGA, JON K. | 1384912 |
| 219461 | SL080906007 | 743DI0036 | 10/13/2006 | 192,500 | MILLER, ROBIN R. | 1393853 |
| 219223 | SL081406034 | 743DI0035 | 10/13/2006 | 333,000 | COE, PAUL A. | 1407553 |
| 219479 | SL082406021 | 743DI0037 | 10/13/2006 | 347,500 | WHITTINGTON, CHERYL L. | 1416137 |
| 220396 | SL081406024 | 743DI0073 | 10/27/2006 | 279,900 | BLEECKER, HEATHER A. | 1408340 |
| 222097 | SL090506012 | 743DE0035 | 11/10/2006 | 237,500 | GARRETT, LINDA | 1409246#1436107 |
| 223948 | SL092906021 | 743RV0012 | 12/01/2006 | 402,500 | LITZIE, MICHELLE | 14666722 |
| 224995 | SL102006025 | 743RQ0011 | 12/22/2006 | 317,190 | JOHNSON, HENRY | 1499083 |
| 226611 | SL110106018 | 743RT0027 | 01/19/2007 | 196,910 | LOPEZ, ELISA | 1476520#1480255 |
| 228184 | SL111206002 | 743QX0024 | 02/02/2007 | 360,984 | KING, TIMOTHY J. | 1523860 |
| 230596 | SL122606010 | 743RK0022 | 03/16/2007 | 412,000 | GIESLER, BLAKE E. | 1574721 |
| 230791 | SL011907021 | 743RK0023 | 03/23/2007 | 197,500 | DOEUM, FARRY | 1603247 |
| 230880 | SL012907035 | 743RK0024 | 03/23/2007 | 230,000 | HALAMICEK, KEVIN E. | 1609965 |
| 232009 | SL020207024 | 743DJ0063 | 04/06/2007 | 210,612 | OSMER, KURT | 1620904 |
| 232556 | SL021407032 | 743DJ0064 | 04/13/2007 | 317,500 | GABEL, TINA M. | 1640724 |
| 232734 | SL030507042 | 743DJ0065 | 04/20/2007 | 250,000 | WALKER, JEFFREY R. | 1647969 |
| 232998 | SL022607004 | 743DL0039 | 04/27/2007 | 300,603 | ARROYO, FRANCISCO | 1649275 |
| 234044 | SL030707033 | 743DL0040 | 05/04/2007 | 291,000 | PERRY, JAMES M. | 1686590 |
| 234257 | SL030107028 | 743DL0041 | 05/11/2007 | 311,600 | HUTCHENS, SHAWN | 1659838 |
| 234338 | SL031507024 | 743DL0042 | 05/11/2007 | 260,930 | ULTRERAS, RITA M. | 1694538 |
| 235211 | SL022607006 | 743DL0066 | 05/25/2007 | 488,700 | DIAZ, ALEJANDRO | 1656201 |
| 234842 | SL031407027 | 743DL0065 | 05/25/2007 | 281,089 | VIRAMONTES, LUIS E. | 1690065 |
| 235237 | SL032207022 | 743DL0067 | 05/25/2007 | 287,488 | RYAN, TIMOTHY P. | 1662203 |
| 236969 | SL041307018 | 743DL0069 | 06/15/2007 | 346,115 | BAILEY, BRIAN D. | 1736455 |
| 236977 | SL042707006 | 743DL0070 | 06/15/2007 | 234,500 | CRUZ, GREGORY JASON | 1747296 |
| 238139 | SL032607001 | 743DL0126 | 06/29/2007 | 248,000 | GARCIA, JR., DAVID R. | 1693433 |

03/01/2008·       California Housing Finance Agency
                  Lender:  (743) AMERICAN HOME MTG

CalHFA-Serviced Purchased Loans Missing Final Documents (Not Status 65)

| LS Loankey | Manifest | Loankey | Delivery Date | Loan Amount | Borrower | AHM# Servicer Loan Num |
|---|---|---|---|---|---|---|
| 238228 | SL040907001 | 743DM0036 | 06/29/2007 | 300,000 | CALDWELL, MATTHEW D. | 1727398 |
| 238317 | SL050807206 | 743DM0037 | 07/06/2007 | 364,420 | ISOM, RAYMOND | 1760275 |
| 239011 | SL050807179 | 743DM0039 | 07/13/2007 | 223,000 | HANSEN, WILLIAM | 1770044 |
| 239186 | SL050807007 | 743DM0041 | 07/20/2007 | 202,500 | HAGAN, HEATHER | 1767671 |
| 239178 | SL050807120 | 743DM0040 | 07/20/2007 | 335,559 | HOSS, DANIEL R. | 1768344 |

Total Loans:    98

5

## CERTIFICATE OF SERVICE

I, Karen L. Widder, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. I am an employee of Felderstein Fitzgerald Willoughby & Pascuzzi LLP and my business address is 400 Capitol Mall, Suite 1450, Sacramento, CA 95814-4434.

On March 14, 2008, I served the foregoing **Declaration of L. Steven Spears in Support of Loan File Return** via electronic mail as follows:

Debtors' Counsel Margaret B. Whiteman @ mwhiteman@ycst.com

Debtor Chris Cavaco @ Chris.Cavaco@americanhm.com

Dated: March 14, 2008

_/s/ Karen L. Widder_
Karen L. Widder