## CERTIFICATE OF SERVICE

I, Laurie Selber Silverstein, hereby certify that I am not less than 18 years of age and that on this 14th day of March, 2008, I caused a true and correct copy of the within **Joint Motion of the Official Committee of Unsecured Creditors and Bank of America, N.A., as Administrative Agent, for Entry of Final Stipulation and Order Resolving all Remaining Issues with Respect to the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties** to be served on:

Robert S. Brady
Pauline K. Morgan
John T. Dorsey
Young Conaway Stargatt & Taylor LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

Joseph M. McMahon
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

by hand delivery;

on all parties on the attached list with a Wilmington, Delaware address by hand delivery (without the Exhibits to Exhibit A); and

on all other parties on the attached list by first class mail, postage prepaid (without the Exhibits to Exhibit A).

Under penalty of perjury, I declare that the forgoing is true and correct.

_____
Laurie Selber Silverstein

*Exhibit A is the *Final Stipulation and Order Resolving All Remaining Issues with Respect to the Final Order (i) Authorizing Debtors' Limited Use of Cash Collateral and (ii) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties*. Any party may request a copy of the exhibits to Exhibit A by contacting Barbara Sitaras at 302-984-6103 or bsitaras@potteranderson.com