# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | Case No. 07-11047 (CSS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE OF IRA M. LEVEE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Ira M. Levee, Esquire of the law firm of Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, New Jersey 07068 in this action on behalf of New England Teamsters & Trucking Industry Pension Fund, Iron Workers Local No. 25 Pension Fund, Alaska Laborers Employers Retirement Fund, Iron Workers Tennessee Valley Pension Fund and the City of Philadelphia Board of Pensions and Retirement (collectively, the "Institutional Investor Group").

CROSS & SIMON, LLC

/s/ CPS
_____
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
302-777-4200
302-777-4224 (facsimile)
csimon@crosslaw.com

Dated: March 12, 2008

DOCKET NO. 3280
DATE 3/14/08

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New Jersey and New York and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*[signature]*
Ira M. Levee, Esq.
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, NJ 07068
(973) 597-2480
(973) 597-2481 (facsimile)
ilevee@lowenstein.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: 3/7/08

*[signature]*
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

Local Form 105