# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| American Home Mortgage Holdings, Inc. a Delaware Corporation, et al., | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF LISA M. SCHWEITZER

I, Christopher A. Ward, Esq., a member of the bar of this Court, pursuant to District Court Local rule 83.5, move the admission *pro hac vice* of Lisa M. Schweitzer (the "Admittee"), a member of the law firm Cleary Gottlieb Steen & Hamilton LLP, One Liberty Place, New York, NY 10006 to act as counsel to Goldman Sachs Mortgage Company in this case and in any related proceedings. The Admittee is admitted, practicing, and a member in good standing of the bars of: the State of New York; the State of New Jersey; the United States District Court for the Southern District of New York; the United States District Court for the District of New Jersey; and the United States Court of Appeals for the 3rd Circuit.

Dated: September 20, 2007  
Wilmington, Delaware

KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS, LLP

By: */s/ Christopher A. Ward*  
Christopher A. Ward (Del. Bar No. 3877)  
919 Market Street, Suite 1000  
Wilmington, Delaware 19801  
Telephone: (302) 426-1189  
Fax: (302) 426-9193  
cward@klehr.com

1

DEL1 67002-1

The Admittee certifies that she is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above (although she has certain continuing education requirements outstanding in the state of New Jersey), submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this case, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

/s/ Lisa M. Schweitzer

Motion granted.
BY THE COURT:

Date: ~~September~~ March 17, 2008

/s/ Christopher S. Sontchi

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| American Home Mortgage Holdings, Inc. a Delaware Corporation, et al. | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | |

### CERTIFICATE OF SERVICE

I, Christopher A. Ward, Esq. of Klehr, Harrison, Harvey, Branzburg & Ellers LLP, hereby certify that on this 20th day of September, 2007, I served a copy of the *Motion for Admission Pro Hac Vice* on the parties listed on the attached service list, in the manner there indicated.

/s/ Christopher A. Ward
Christopher A. Ward (Del. Bar No. 3877)

**Service List**
**American Home Mortgage Holdings, Inc.**
**Case No. 07-11047 (CSS)**

**Via Hand Delivery**
*U.S. Trustee*
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**Via Hand Delivery**
Mark D. Collins
Chun I. Jang
Michael Joseph Merchant
Richards, Layton & Finger, P.A.
920 North King Street
P.O. Box 551
Wilmington, DE 19899
302-651-7700
Fax : 302-651-7701

**Via Hand Delivery**
Timothy P. Cairns
Pachulski Stang Ziehl Young Jones
919 N. Market Street
17th Floor
Wilmington, DE 19801
302-652-4100
Fax : 302-652-4400

2

DEL1 67002-1