## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, | : | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | **Objection Deadline: April 7, 2008 at 4:00 p.m.** |
| | : | **Hearing Date:  April 14, 2008 at 10:00 a.m.** |

**SECOND QUARTERLY APPLICATION OF NORTHWEST TRUSTEE SERVICES, INC. FOR ALLOWANCE AND APPROVAL OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FORECLOSURE PROFESSIONALS TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD FROM NOVEMBER 1, 2007 THROUGH JANUARY 31, 2008**

Name of Applicant:        Northwest Trustee Services, Inc.

Authorized to Provide
Professional Services to:        American Home Mortgage Corporation, a Delaware corporation, *et al.*

Date of Retention:        *nunc pro tunc* August 6, 2007

Period for which compensation and
reimbursement is sought:        November 1, 2007 through January 31, 2008

Amount of Compensation sought as
actual, reasonable, and necessary:        $380,016.00

Amount of Expense Reimbursement sought
as actual, reasonable, and necessary:        $958,638.90

This is an: X  interim  ___ final application

This is Northwest Trustee Services, Inc.'s second quarterly application.

## Summary of Monthly Applications Covered by this Application:

| Filing Date; Docket No. | Time Period | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized To Be Paid | Amount of Undisputed Expenses Authorized to Be Paid | Amount of Holdback, if Applicable | Amount of Disputed Expenses Pending Hearing | Amount Paid As of this Application |
|---|---|---|---|---|---|---|---|---|---|
| 12/28/07 D.I. 2551 | 11/1/07 to 11/30/07 | $119,250.00 | $289,949.17 | 1/17/08 | $95,400.00* | $50,166.02 | $23,850.00 | $123,644.58 | $0.00 |
| 2/4/08 D.I. 2879 | 12/1/07 to 12/31/07 | $83,125.00 | $210,678.53 | 2/25/08 | $66,500.00* | $41,425.36 | $16,625.00 | $61,625.08 | $0.00 |
| 3/5/08 D.I. 3169 | 1/1/08 to 1/31/08 | $177,641.00 | $458,011.24 | 3/20/08 | $51,374.00 | $131,663.45 | N/A | $88,957.39 | $0.00 |
| Totals | N/A | $380,016.00 | $958,638.90 | N/A | $94,414.00* | $223,254.83 | $23,603.50 | $40,475.00 | $0.00 |

* Represents 80% of the total amount of fees requested by NWTS during given monthly fee period.  Subsequent to filing of these applications, the Court entered an order modifying the interim compensation procedures *nunc pro tunc* to the Petition Date, which eliminates the 80% payment limitation.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, | : | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | **Objection Deadline: April 7, 2008 at 4:00 p.m.** |
| | : | **Hearing Date:  April 14, 2008 at 10:00 a.m.** |

### SECOND QUARTERLY APPLICATION OF NORTHWEST TRUSTEE SERVICES, INC. FOR ALLOWANCE AND APPROVAL OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FORECLOSURE PROFESSIONALS TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD FROM NOVEMBER 1, 2007 THROUGH JANUARY 31, 2008

Northwest Trustee Services, Inc. ("NWTS"), a "foreclosure professional" retained in the above-captioned case by the above-captioned debtors ("Debtors"), hereby submits this second quarterly application ("Application") for allowance and approval of its fees and reimbursement of its expenses pursuant to sections 330 and 331 of title 11 of the United States Code ("Bankruptcy Code") for foreclosure services performed and expenses incurred on behalf of the Debtors during the period commencing November 1, 2007, through and including January 31, 2008 ("Second Quarterly Period").  In support of its Application, NWTS respectfully represents as follows:

### Jurisdiction

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  The statutory predicates for the relief sought herein are sections 328(a) and 330 of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

### Background

2.      On August 6, 2007 ("Petition Date"), the Debtors each filed a voluntary petition under chapter 11 of the Bankruptcy Code.

3.      NWTS has extensive experience in handling and prosecuting nonjudicial deed of trust foreclosures and monitoring senior lien foreclosures for mortgage servicing companies ("Foreclosure Services").  Prior to the Petition Date, NWTS provided such Foreclosure Services

to the Debtors, primarily in connection with the Debtors' mortgaging services business in California, Nevada, Washington, Oregon and Idaho. The Foreclosure Services were and are provided to the Debtors on a flat fee (plus expenses) basis that is not earned until the successful conclusion of a foreclosure matter.[1] The flat fee charged by NWTS to the Debtors varies by the services performed:

a.  Nonjudicial Foreclosure:  NWTS charges a flat fee of $600 to $800 for handling the Debtors' foreclosures, depending upon the state, the loan type and circumstances, plus costs. The flat fee may increase if, after authorization from the Debtors for additional fees, additional issues not contemplated in the referral arise and must be addressed; and

b.  Senior Lien Monitor Fee:  NWTS charges a flat fee of $200 to $500.

Additionally, nonjudicial foreclosure costs and expenses ("Foreclosure Costs") actually incurred by NWTS were and are reimbursed by the Debtors upon the conclusion of a foreclosure matter. NWTS advances monies to pay for costs that, under applicable state law, must be incurred to insure that the foreclosure will be deemed valid. The bulk of these costs relate to the following:

a.  Foreclosure Title Report:  The cost of the foreclosure title report varies by county and state, but is usually between $700 and $3,000. This cost is based upon the outstanding principal balance of the loan being foreclosed upon. This report, together with the cost of publishing foreclosure notices, is a substantial cost in the foreclosure process.

b.  Mailing Costs:  Mailing costs range from $100 and $300 per foreclosure, assuming, there are no more than ten interested parties to whom mailing is required and a complete, untruncated foreclosure.

c.  Recording Costs:  The cost of recording documents such as successor trustee appointments, deed of trust assignments, foreclosure notices and trustee deeds varies by state or county and by the number of pages to be recorded.

d.  Posting of Notices/Process Service:  The frequency and cost of this service varies by state, but is usually between $70 and $140 per posting.

---

[1] A foreclosure matter concludes when, for example, there has been a sale of the property, reinstatement of the loan or other resolution. A foreclosure matter can also, but not always, be deemed concluded if the borrower and lender have entered into a workout or the borrower has filed bankruptcy. If the foreclosure is "not successful," only expenses actually incurred are charged, but no expenses are discounted or refunded.

4

e.     Publication of Foreclosure Notices:  The cost of this service is usually between $350 and $1,800 per file.  This requires publication of foreclosure notices in legally qualified newspapers.  The costs of publication vary by newspaper, frequency of publication and length of notice.

Each of the foregoing Foreclosure Costs is charged to the Debtors by NWTS upon completion of the foreclosure matter.  Further, with the exception of mailing costs,[2] all Foreclosure Costs are due from NWTS to the applicable third party vendor upon completion of the foreclosure matter.

4.     All of the fees and Foreclosure Costs which Debtors are billed for by NWTS are included among the foreclosure costs recaptured by the Debtors at the conclusion of each foreclosure.  Accordingly, the Debtors are directly reimbursed from the proceeds of a successful foreclosure matter for NWTS' fees and expenses.

## Allowance of Compensation and Payment Requested

5.     On September 12, 2007, this Court approved the Debtors' retention of NWTS, effective as of the Petition Date, as a foreclosure professional for the purposes of providing the Foreclosure Services to the Debtors.

6.     The *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code* [Docket No. 547] ("Administrative Order") entered by this Court on September 3, 2007, permits NWTS to request interim compensation payment of its fees and expenses on a monthly basis from the Debtors, and authorizes the Debtors to pay an amount equal to 80% of such fees and 100% of such expenses.  This Administrative Order was subsequently modified by the Court on February 15, 2008 to, among other things, eliminate the 20% holdback.  *See Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals and Real Estate Brokers Utilized in the Ordinary Course and Granting Limited Nunc Pro Tunc Relief* [Docket No. 2985]. The Administrative Order requires the Court to approve and allow such interim compensation requests and payments on a quarterly basis.

7.     During the Second Quarterly Period, NWTS earned fees in the total amount of $380,016 with respect to Foreclosure Services performed for the Debtors, and advanced

---

[2] NWTS is required to pay mailing costs within thirty days of monthly invoice by the third party mailing vendor.

Foreclosure Costs on behalf of the Debtors in the total amount of $958,638.90 pursuant to sections 330 and 331 of the Bankruptcy Code.

8.      By this Application, NWTS seeks an Order that allows the fees and Foreclosure Costs requested by NWTS in its prior applications, as described in more detail below, and that directs the Debtors to immediately and fully pay such amounts to NWTS upon entry of the Court's order.

9.      NWTS has filed interim monthly fee applications ("Monthly Fee Applications") for the period of (a) November 1, 2007 through November 30, 2007 ("Fourth Fee Period"), (b) December 1, 2007 through December 31, 2007 ("Fifth Fee Period") and (c) January 1, 2008 through January 31, 2008 ("Sixth Fee Period"):

a.      NWTS filed and served its *Fourth Monthly Interim Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period of November 1, 2007 through November 30, 2007* [Docket No. 2551] ("Fourth Monthly Application") on December 27, 2007.  In its Fourth Monthly Application, NWTS requests payment from the Debtors in the amount of $409,199.20 ("Fourth Interim Amount"), which represents (a) fees earned by NWTS during the Fourth Fee Period (i.e., $119,250.00) and (b) Foreclosure Costs incurred by NWTS during the Fourth Fee Period (i.e., $289,949.17).

b.      NWTS filed and served its *Fifth Monthly Interim Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period of December 1, 2007 through December 31, 2007* [Docket No. 2879] ("Fifth Monthly Application") on February 4, 2008.  In its Fifth Monthly Application, NWTS seeks payment from the Debtors in the amount of $293,803.50 ("Fifth Interim Amount"), which represents (a) fees earned by NWTS during the Fifth Fee Period ($83,125.00) and (b) Foreclosure Costs incurred by NWTS during the Fifth Fee Period (i.e., $210,678.53).

c.      NWTS filed and served its *Sixth Monthly Interim Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period of January 1, 2008 through January 31, 2008* [Docket No. 3169] ("Sixth Monthly Application") on March 5, 2008.  In its Sixth Monthly Application, NWTS seeks payment from the Debtors in the amount of $635,652.20 ("Sixth Interim Amount"), which represents (a) fees earned by NWTS during the Sixth Fee Period (i.e., $177,641.00) and (b) Foreclosure Costs incurred by NWTS during the Sixth Fee Period

(i.e., $458,011.24).   The deadline for Notice Parties (as such term is defined in the Administrative Order) to object to the Sixth Monthly Application is March 26, 2008.

10.    All of the fees and Foreclosure Costs for which approval and allowance are requested by NWTS in this Application were incurred for and on behalf of the Debtors at the request of the Debtors.  All fees and Foreclosure Costs were both reasonable and necessary under the circumstances.   Pursuant to the standards set forth in sections 330 and 331 of the Bankruptcy Code, NWTS submits that the compensation requested herein is for actual and necessary services and costs, and is reasonable, based upon the nature, extent, and value of such services, the time spent thereon, and the costs of comparable services other than in a case under the Bankruptcy Code.  None of the fees and Foreclosure Costs relate to the $92,847.67 of prepetition services and fees waived by NWTS as set forth in the *Supplemental Affidavit of Todd Hendricks in Support of Application for Order Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention and Employment of Northwest Trustee Services, Inc. as Foreclosure Professionals for the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 671].

### Objections and Interim Resolution with Debtors and Creditors' Committee

11.    On January 17, 2008, the Debtors filed their Limited Objection to Application for Compensation Fourth Interim Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period from November 1, 2007 through November 30, 2007 [Docket No. 2745].  The Creditors' Committee joined this objection. See Docket No.  2746.   In the objection, the Debtors state that they do not dispute the fees requested by NWTS in its Fourth Monthly Application, but dispute certain Foreclosure Costs requested by NWTS therein.

12.    It was agreed as an interim resolution to the objections of the Debtors and the Creditors' Committee that: (a) the Debtors would pay NWTS 80% of the fees requested by NWTS in its Fourth Monthly Application, which were not in dispute, in the amount of $95,400, and (b) the Debtors would pay NWTS 100% of the Foreclosure Costs that were not disputed by

the Debtors and the Creditors' Committee for the Fourth Fee Period, which totaled $166,304.59. *See Order Allowing and Approving Undisputed Fees and Costs Contained in Applications of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-In-Possession* [Docket No. 2857]. The parties agreed to adjourn the dispute regarding the allowance and payment of the remaining Foreclosure Costs requested for the Fourth Fee Period until the next regularly scheduled quarterly fee hearing on April 14, 2008.

13.     In the interest of judicial economy and based on the interim agreement relating to NWTS' prior fee applications as set forth above, NWTS did not request immediate payment of all of its fees and expenses in connection with its Fifth and Sixth Monthly Applications. Instead, NWTS acknowledged the continuing objections of the Debtors and the Creditors' Committee to certain of the Foreclosure Costs requested by NWTS in such fee applications, and sought immediate payment of undisputed fees and costs (defined to be the "Incremental Amount") in the Fifth and Sixth Monthly Applications. Disputes regarding the allowance and payment of the remaining amounts requested in the Fifth and Sixth Monthly Applications would be adjourned until the next regularly scheduled quarterly fee hearing on April 14, 2008.

14.     The Fifth and Sixth Monthly Applications each set forth the Incremental Amount that NWTS requests immediate payment from the Debtors for, and provides the Notice Parties the requisite twenty day period for filing an objection to the payment of the Incremental Amount. Notice Parties were advised that, in the absence of an objection to the Incremental Amount, NWTS would submit a Certificate of No Objection and/or Certification of Counsel to the Court with respect to only the Incremental Amount. No objections were filed to payment of the Incremental Amount for the Fifth Fee Period ($215,553.45), and counsel for NWTS filed a Certification of Counsel on March 5, 2008. *See* Docket No. 3168. The deadline for objections

8

to the Incremental Amount for the Sixth Fee Period is after the deadline for filing this Application on March 20, 2008.

15.    Notwithstanding the foregoing, as of the date of this Application, NWTS has not received any payment from the Debtors with respect to the Incremental Amounts due for the period of November 1, 2007 through December 31, 2007. Accordingly, NWTS seeks payment in full of all amounts requested in the Fourth, Fifth and Sixth Monthly Applications.

**Certification**

1.    NWTS' certification with respect to this Application is attached hereto as <u>Exhibit A</u>.

WHEREFORE, NWTS requests that the Court enter an order that approves and allows (a) the interim compensation and reimbursement of expenses requested by NWTS in each of its Monthly Fee Applications, (b) directs the Debtors to immediately pay all such amounts in full to NWTS, and (c) grants such other and further relief as the Court may deem just and proper.

Dated: March 17, 2008                CONNOLLY BOVE LODGE & HUTZ LLP

Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
*Attorneys for Northwest Trustee Services, Inc.*