## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047(CSS) |
| HOLDINGS, INC., a Delaware | : | |
| corporation, et al. | : | |
| | : | Jointly Administered |
| | : | Related to Docket No. 3279 |
| Debtors. | : | |

### ORDER

Upon consideration of the *Joint Motion of the Official Committee of Unsecured Creditors and Bank of America, N.A., as Administrative Agent, for an Expedited Hearing on and to Shorten Notice Period of the Joint Motion of the Official Committee of Unsecured Creditors and Bank of American, N.A., as Administrative Agent, for Entry of Final Stipulation and Order Resolving all Remaining Issues with Respect to the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* (the "Motion") and the Debtors' Objection to the Motion; and after due deliberation and insufficient good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1.      The Motion is DENIED.

SO ORDERED this 17th day of March, 2008.

_____
Christopher S. Sontchi
United States Bankruptcy Court Judge