IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------- x
                                                                   :   Chapter 11
In re:                                                             :
                                                                   :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                             :
HOLDINGS, INC., a Delaware corporation, et al., 1                  :   Jointly Administered
                                                                   :
        Debtors.                                                   :   Objection Deadline: April 7, 2008 at 4:00 p.m.
                                                                   :   Hearing Date: April 14, 2008 at 10:00 a.m.
----------------------------------------------------------------- x
```

## SECOND INTERIM QUARTERLY FEE REQUESTS OF DEBTORS' PROFESSIONALS

TO:    THE UNITED STATES TRUSTEE, COUNSEL FOR THE COMMITTEE, ALL
PARTIES LISTED IN THE INTERIM COMPENSATION ORDER AND ALL OTHER
PARTIES WHO REQUESTED NOTICE PURSUANT TO RULE 2002 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE

        Pursuant to that certain Order Establishing Procedures for Interim Compensation

and Reimbursement of Expenses of Professionals Pursuant to 11 U.S.C. §§ 105(a) and 331 of the

Bankruptcy Code (the "Interim Compensation Order") [D.I. 547] and the Order Modifying

Existing Procedures for the Compensation and Reimbursement of Expenses of Certain

Foreclosure Professionals and Real Estate Brokers Utilized in the Ordinary Course and Granting

Limited Nun Pro Tunc Relief (the "Modified Interim Compensation Order") [D.I. 2985], the

professionals retained by the above-captioned debtors and debtors-in-possession (the "Debtors")

hereby apply for interim quarterly allowance of compensation and reimbursement of expenses

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM
Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation
(1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American
Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC,
a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491);
and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538
Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd.,
Suite 200, Irving, Texas 75063.

(the "Fee Request") for all interim applications filed during the previous quarterly period covering the period from November 1, 2007 through and including January 21, 2008. Summaries of the fees and expenses subject to this Fee Request are summarized in the attachments hereto.

PLEASE TAKE NOTICE that pursuant to the Interim Compensation Order, the Debtors were authorized to pay, on an interim basis, 80% of the amount of compensation requested and 100% of the amount requested for reimbursement for expenses without further order from the Court upon the expiration of a 20-day objection period.

PLEASE TAKE FURTHER NOTICE that pursuant to the Modified Interim Compensation Order, the Debtors were authorized to pay certain foreclosure professionals, on an interim basis, 100% of the amount of compensation requested and 100% of the amount requested for reimbursement of expenses without further order from the Court upon the expiration of a 20-day objection period.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Fee Request are to be filed and served on the affected professional and the parties set forth in the Interim Compensation Order on or before April 7, 2008 at 4:00 p.m.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the

Fee Request will be held before the Honorable Christopher S. Sontchi, United States Bankruptcy

Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801,

on April 14, 2008 at 10:00 a.m.

Dated: March 17, 2008
      Wilmington, Delaware

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Margaret B. Whiteman
                James L. Patton, Jr. (No. 2202)
                Pauline K. Morgan (No. 3650)
                Sean M. Beach (No. 4070)
                Matthew B. Lunn (No. 4119)
                Kara Hammond Coyle (No. 4410)
                Margaret B. Whiteman (No. 4652)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                Counsel for Debtors and
                Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x

In re:                 :     Chapter 11

AMERICAN HOME MORTGAGE     :     Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,   :

                            :     Jointly Administered

     Debtors.                  :

                            :     **Objection Deadline: April 7, 2008 at 4:00 p.m.**

---------------------------------------------------------- x     **Hearing Date: April 14, 2008 at 10:00 a.m.**

## SECOND INTERIM FEE REQUEST
## OF YOUNG CONAWAY STARGATT & TAYLOR, LLP

Name of Applicant:                     Young Conaway Stargatt & Taylor, LLP

Authorized to Provide Professional Services to:    Debtors and Debtors-in-Possession

Date of Retention:                      Effective as of August 6, 2007

Period for which compensation and        November 1, 2007 through January 31, 2008
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 11/1/07-11/30/07 2/1/08, 2870 | 984,999.50 | 162,512.71 | Certification of Counsel 2/27/08, 3098[1] | 787,999.60 | 158,512.86 | 196,999.90 |
| 12/1/07-12/31/07 3/4/08, 3149 | 697,878.50 | 73,194.22 | Pending | 558,302.80 | 73,194.22 | 139,575.70 |
| 1/1/08-1/31/08 3/13/08, 3273 | 1,061,822.00 | 71,502.73 | Pending | 849,457.60 | 71,502.73 | 212,364.40 |
| Totals | 2,744,700.00 | 307,209.66 | | 2,195,760.00 | 303,209.81 | 548,940.00 |

---

[1] Young Conaway agreed to a $3,999.85 reduction in expenses resolving an informal objection by the U.S. Trustee.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :    Chapter 11
                                                              :
AMERICAN HOME MORTGAGE                                        :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,               :
                                                              :    Jointly Administered
       Debtors.                                               :
                                                              :    **Objection Deadline: April 7, 2008 at 4:00 p.m.**
------------------------------------------------------------- x    **Hearing Date: April 14, 2008 at 10:00 a.m.**

## SECOND INTERIM FEE REQUEST
## OF LAW OFFICES OF CADWALADER, WICKERSHAM & TAFT LLP

Name of Applicant:                                    Cadwalader, Wickersham & Taft LLP

Authorized to Provide Professional Services to:       Debtors and Debtors-in-Possession

Date of Retention:                                    August 6, 2007

Period for which compensation and                     November 1, 2007 through January 31, 2008
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 11/1/07-1/31/08 3/13/08, 3269 | 290,952.00 | 16,093.60 | Pending | 232,761.60 | 16,093.60 | 58,190.40 |
| Totals | 290,952.00 | 16,093.60 | | 232,761.60 | 16,093.60 | 58,190.40 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------- x
In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE                                          :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                 :
                                                                :    Jointly Administered
       Debtors.                                                 :
                                                                :    **Objection Deadline: April 7, 2008 at 4:00 p.m.**
--------------------------------------------------------------- x    **Hearing Date: April 14, 2008 at 10:00 a.m.**

## SECOND INTERIM FEE REQUEST
## OF ALLEN & OVERY, LLP

Name of Applicant:                          Allen & Overy, LLP

Authorized to Provide Professional Services to:    Debtors and Debtors-in-Possession

Date of Retention:                          September 7, 2007

Period for which compensation and           November 1, 2007 through January 31, 2008
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 11/1/07-11/30/07 1/7/08, 2600 | 325,630.50 | 274,672.83 | 1/31/08, 2844 | 260,504.40 | 274,672.83 | 65,126.10 |
| 12/1/07-12/31/07 2/1/07, 2854 | 209,588.50 | 105,192.08 | 3/12/08, 3261 | 167,670.80 | 105,192.08 | 41,917.70 |
| 1/1/08-1/31/08 2/28/08, 3120 | 242,791.50 | 25,388.41 | Pending | 194,233.20 | 25,388.41 | 48,558.30 |
| Totals | 778,010.50 | 405,253.32 | | 622,408.40 | 405,253.32 | 155,602.10 |

066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:     :   Chapter 11

: 

AMERICAN HOME MORTGAGE   :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,   :

:   Jointly Administered

Debtors.   :

:   **Objection Deadline: April 7, 2008 at 4:00 p.m.**

---------------------------------------------------------------- x   **Hearing Date: April 14, 2008 at 10:00 a.m.**

## SECOND INTERIM FEE REQUEST
## OF QUINN EMANUEL URQUHART OLIVER & HEDGES LLP

Name of Applicant:     Quinn Emanuel Urquhart Oliver & Hedges LLP

Authorized to Provide Professional Services to:     Debtors and Debtors-in-Possession

Date of Retention:     August 10, 2007

Period for which compensation and reimbursement is sought:     November 1, 2007 through January 31, 2008

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 11/1/07-11/30/07 2/7/08, 2897 | 287,397.00 | 13,334.64 | Pending | 229,917.60 | 13,334.64 | 57,479.40 |
| 12/1/07-12/31/07 3/17/08, 3326 | 123,807.25 | 17,100.11 | Pending | 99,045.80 | 17,100.11 | 24,761.45 |
| 1/1/08-1/31/08 3/17/08, 3327 | 204,209.75 | 7,435.31 | Pending | 163,367.80 | 7,435.31 | 40,841.95 |
| Totals | 615,414.00 | 37,870.06 | | 492,331.20 | 37,870.06 | 123,082.80 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

|  |  |
|---|---|
| ------------------------------------------------------------ x | Chapter 11 |
| In re: | : |
|  | : |
| AMERICAN HOME MORTGAGE | : Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al., | : |
|  | : Jointly Administered |
| Debtors. | : |
|  | : **Objection Deadline: April 7, 2008 at 4:00 p.m.** |
| ------------------------------------------------------------ x | **Hearing Date: April 14, 2008 at 10:00 a.m.** |

## SECOND INTERIM FEE REQUEST
## OF MILESTONE ADVISORS LLC

Name of Applicant:      Milestone Advisors LLC

Authorized to Provide Professional Services to:      Debtors and Debtors-in-Possession

Date of Retention:      August 6, 2007

Period for which compensation and reimbursement is sought:      October 1, 2007 through November 30, 2007

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 10/1/07-10/31/07 1/2/08, 2563 | 200,000.00 | 25,943.49 | 1/29/08, 2799 | 160,000.00 | 25,943.49 | 40,000.00 |
| 11/1/07-11/30/07 3/14/08, 3310 | 800,000.00 | 20,228.88 | Pending | 640,000.00 | 20,228.88 | 160,000.00 |
|  | 1,000,000.00 | 46,172.37 |  | 800,000.00 | 46,172.37 | 200,000.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------ x | |
| In re: | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE | : Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al., | : |
| | : Jointly Administered |
| Debtors. | : |
| | : **Objection Deadline: April 7, 2008 at 4:00 p.m.** |
| ------------------------------------------------------------ x | **Hearing Date: April 14, 2008 at 10:00 a.m.** |

## SECOND INTERIM FEE REQUEST
## OF LAW OFFICES OF ALAN WEINREB, PLLC

Name of Applicant:                                          Law Offices of Alan Weinreb, PLLC

Authorized to Provide Professional Services to:   Debtors and Debtors-in-Possession

Date of Retention:                                           August 6, 2007

Period for which compensation and                  November 1, 2007 through January 31, 2008
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 11/1/07-11/30/07 12/17/07, 2404 | 40,104.25 | 66,495.03 | 1/21/08, 2756 | 32,083.40 | 66,495.03 | 8,020.85 |
| 12/1/07-12/31/07 1/15/08, 2738 | 30,029.50 | 50,675.81 | 3/3/08, 3148 | 24,023.60 | 50,675.81 | 6,005.90 |
| 1/1/08-1/31/08 2/19/08, 3018 | 46,525.90 | 58,177.68 | 3/12/08, 3257 | 46,525.90 | 58,177.68 | 0.00 |
| Totals | 116,659.65 | 175,348.52 | | 102,632.90 | 175,348.52 | 14,026.75 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
In re:                                                  :   Chapter 11
                                                        :
AMERICAN HOME MORTGAGE                                  :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,         :
                                                        :   Jointly Administered
        Debtors.                                        :
                                                        :   Objection Deadline: April 7, 2008 at 4:00 p.m.
------------------------------------------------------- x   Hearing Date: April 14, 2008 at 10:00 a.m.
```

## SECOND INTERIM FEE REQUEST
## OF LAW OFFICES OF WEINER BRODSKY SIDMAN KIDER PC

Name of Applicant:                                          Weiner Brodsky Sidman Kider PC

Authorized to Provide Professional Services to:             Debtors and Debtors-in-Possession

Date of Retention:                                          August 6, 2007

Period for which compensation and                          November 1, 2007 through January 31, 2008
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 11/1/07-11/27/07 12/17/07, 2405 | 42,212.50 | 2,532.61 | 1/21/08, 2755 | 33,770.00 | 2,532.61 | 8,442.50 |
| 11/28/07-12/31/07 2/13/08, 2967 | 41,766.00 | 3,716.57 | 3/14/08, 3292 | 33,412.80 | 3,716.57 | 8,353.20 |
| 1/1/08-1/31/08 2/28/08, 3122 | 36,194.50 | 10,158.28 | Pending | 36,194.50 | 10,158.28 | 0.00 |
| Totals | 120,173.00 | 16,407.46 | | 103,377.30 | 16,407.46 | 16,795.70 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                          : Chapter 11
                                                :
AMERICAN HOME MORTGAGE                          : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al., :
                                                : Jointly Administered
     Debtors.                                   :
                                                : Objection Deadline: April 7, 2008 at 4:00 p.m.
                                                : Hearing Date: April 14, 2008 at 10:00 a.m.
------------------------------------------------------------ x
```

## SECOND INTERIM FEE REQUEST
## OF LAW OFFICES OF ADORNO & YOSS LLP

Name of Applicant:                                   Adorno & Yoss LLP

Authorized to Provide Professional Services to:      Debtors and Debtors-in-Possession

Date of Retention:                                   August 6, 2007

Period for which compensation and                    November 1, 2007 through January 31, 2008
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 11/1/07-11/30/07 2/1/08, 2867 | 89,473.00 | 107,380.34 | 2/26/08, 3094 | 71,578.40 | 107,380.34 | 17,894.60 |
| 12/1/07-12/31/07 2/1/08, 2868 | 105,061.50 | 125,461.65 | 2/29/08, 3129 | 84,049.20 | 125,461.65 | 21,012.30 |
| 1/1/08-1/31/08 2/28/08, 3121 | 162,278.00 | 185,545.51 | Pending | 162,278.00 | 185,545.51 | 0.00 |
| Totals | 356,812.50 | 418,387.50 | | 317,905.60 | 418,387.50 | 38,906.90 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------- x
|  |  |
|---|---|
| In re: | : | Chapter 11 |

| | |
|---|---|
| ----------------------------------------------------------- x | |
| In re: : | Chapter 11 |
| : | |
| AMERICAN HOME MORTGAGE : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al., : | |
| : | Jointly Administered |
| Debtors. : | |
| : | **Objection Deadline: April 7, 2008 at 4:00 p.m.** |
| ----------------------------------------------------------- x | **Hearing Date: April 14, 2008 at 10:00 a.m.** |

## SECOND INTERIM FEE REQUEST
## OF WELTMAN, WEINBERG & REIS CO. LPA

| | |
|---|---|
| Name of Applicant: | Weltman, Weinberg & Reis Co. LPA |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | August 6, 2007 |
| Period for which compensation and reimbursement is sought: | November 1, 2007 through December 31, 2007 |

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (100%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) |
|---|---|---|---|---|---|
| 11/1/07-11/30/07 2/20/08, 3023 | 65,840.25 | 98,411.09 | 3/14/08, 2395 | 65,840.25 | 98,411.09 |
| 12/1/07-12/31/07 2/20/08, 3024 | 35,539.50 | 53,574.18 | 3/14/08, 3296 | 35,539.50 | 53,574.18 |
| Totals | 101,379.75 | 151,985.27 | | 101,379.75 | 151,985.27 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- x
In re:                                                        :   Chapter 11
                                                              :
AMERICAN HOME MORTGAGE                                        :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,              :
                                                              :   Jointly Administered
     Debtors.                                                 :
                                                              :   **Objection Deadline: April 7, 2008 at 4:00 p.m.**
-------------------------------------------------------------- x   **Hearing Date: April 14, 2008 at 10:00 a.m.**

## SECOND INTERIM FEE REQUEST
## OF LAW OFFICE OF DANIEL C. CONSUEGRA

Name of Applicant:                                        Law Office of Daniel C. Consuegra

Authorized to Provide Professional Services to:           Debtors and Debtors-in-Possession

Date of Retention:                                        August 6, 2007

Period for which compensation and                         November 1, 2007 through January 31, 2008
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 11/1/07-11/30/07 1/2/08, 2562 | 59,555.00 | 72,316.11 | 1/31/08, 2843 | 47,644.00 | 72,316.11 | 11,911.00 |
| 12/1/07-12/31/07 1/23/08, 2766 | 88,845.00 | 106,342.16 | 2/15/08, 2991 | 71,076.00 | 106,342.16 | 17,769.00 |
| 1/1/08-1/31/08 2/28/08, 3123 | 73,210.00 | 55,315.50 | Pending | 73,210.00 | 55,315.50 | 0.00 |
| Totals | 221,610.00 | 233,973.77 | | 191,930.00 | 233,973.77 | 29,680.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------  x
In re:                                             :   Chapter 11
                                                   :
AMERICAN HOME MORTGAGE                             :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,   :
                                                   :   Jointly Administered
      Debtors.                                     :
                                                   :   Objection Deadline: April 7, 2008 at 4:00 p.m.
-------------------------------------------------  x   Hearing Date: April 14, 2008 at 10:00 a.m.
```

## FIRST INTERIM FEE REQUEST
## OF ORLANS ASSOCIATES

Name of Applicant:                              Orlans Associates

Authorized to Provide Professional Services to:   Debtors and Debtors-in-Possession

Date of Retention:                              August 6, 2007

Period for which compensation and               August 6, 2007 through October 31, 2007
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 8/6/07-8/31/07 1/24/08, 2782 | 27,652.50 | 85,597.87 | 2/15/08, 2992 | 22,122.00 | 85,597.50 | 5,530.50 |
| 9/1/07-9/30/07 1/24/08, 2783 | 34,527.50 | 46,999.33 | 2/15/08, 2993 | 27,622.00 | 46,999.33 | 6,905.50 |
| 10/1/07-10/31/07 1/24/08, 2784 | 7,927.50 | 16,240.13 | 2/15/08, 2994 | 6,342.00 | 16,240.13 | 1,585.50 |
| TOTALS | 70,107.50 | 148,837.33 | | 56,086.00 | 148,836.96 | 14,021.50 |

066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                       :   Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                        :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,              :
                                                             :   Jointly Administered
        Debtors.                                             :
                                                             :   **Objection Deadline: April 7, 2008 at 4:00 p.m.**
------------------------------------------------------------- x   **Hearing Date: April 14, 2008 at 10:00 a.m.**

## FIRST INTERIM FEE REQUEST
## OF T.D. SERVICE CO.

Name of Applicant:                                   T.D. Service Co.

Authorized to Provide Professional Services to:      Debtors and Debtors-in-Possession

Date of Retention:                                   August 6, 2007

Period for which compensation and                   November 1, 2007 through January 31, 2008
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 11/1/07-11/30/07 2/11/08, 2937 | 42,100.00 | 65,456.27 | 3/5/08, 3158 | 33,680.00 | 65,456.27 | 8,420.00 |
| 12/1/07-12/31/07 2/11/08, 2938 | 263,923.02 | 214,509.18 | 3/5/08, 3159 | 211,138.42 | 214,509.18 | 52,784.60 |
| 1/1/08-1/31/08 2/22/08, 3052 | 730,710.88 | 633,954.24 | 3/17/08, 3323 | 730,710.88 | 633,954.24 | 0.00 |
| Totals | 1,036,733.90 | 913,919.69 | | 975,529.30 | 913,919.69 | 61,204.60 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------  x
In re:                                          :   Chapter 11
                                                :
AMERICAN HOME MORTGAGE                          :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al., :
                                                :   Jointly Administered
       Debtors.                                 :
                                                :   Objection Deadline: April 7, 2008 at 4:00 p.m.
----------------------------------------------  x   Hearing Date: April 14, 2008 at 10:00 a.m.
```

## FIRST INTERIM FEE REQUEST
## OF LAW OFFICES OF COHN, GOLDBERG & DEUTSCH, LLC

| | |
|---|---|
| Name of Applicant: | Law Offices of Cohn, Goldberg & Deutsch, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | August 6, 2007 |
| Period for which compensation and reimbursement is sough | November 1, 2007 through December 31, 2007 |

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 11/1/07-11/30/07 1/24/08, 2785 | 42,750.00 | 72,561.86 | 2/15/08, 2995 | 34,200.00 | 72,561.86 | 8,550.00 |
| 12/1/07-12/31/07 2/26/08, 3096 | 31,600.00 | 51,212.37 | Pending | 31,600.00 | 51,212.37 | 0.00 |
| Totals | 74,350.00 | 123,774.23 | | 65,800.00 | 123,774.23 | 8,550.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x
In re:                                                             :    Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE                                             :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                    :
                                                                   :    Jointly Administered
        Debtors.                                                   :
                                                                   :    **Objection Deadline: April 7, 2008 at 4:00 p.m.**
----------------------------------------------------------------- x    **Hearing Date: April 14, 2008 at 10:00 a.m.**

## FIRST INTERIM FEE REQUEST
## OF SAMUEL I. WHITE, P.C.

Name of Applicant:                                Samuel I. White, P.C.

Authorized to Provide Professional Services to:   Debtors and Debtors-in-Possession

Date of Retention:                                August 6, 2007

Period for which compensation and                 August 6, 2007 through October 31, 2007
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) | Amount of Holdback Fees Sought (20%) ($) |
|---|---|---|---|---|---|---|
| 8/6/07-8/31/07 2/11/07, 2939 | 27,290.00 | 21,596.79 | 3/5/08, 3155 | 21,832.00 | 21,596.79 | 5458.00 |
| 9/1/07-9/30/07 2/11/07, 2940 | 3,385.00 | 6,742.72 | 3/5/08, 3156 | 2,708.00 | 6,742.72 | 677.00 |
| 10/1/07-10/31/07 2/11/07, 2941 | 2,350.00 | 2,225.84 | 3/5/08, 3157 | 1,880.00 | 2,225.84 | 470.00 |
| Totals | 33,025.00 | 30,565.35 | | 26,420.00 | 30,565.35 | 6,605.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                         :    Chapter 11
                                                               :
AMERICAN HOME MORTGAGE                                         :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,               :
                                                               :    Jointly Administered
        Debtors.                                               :
                                                               :    **Objection Deadline: April 7, 2008 at 4:00 p.m.**
------------------------------------------------------------- x    **Hearing Date: April 14, 2008 at 10:00 a.m.**

## FIRST INTERIM FEE REQUEST
## OF ROBERT J. HOPP & ASSOCIATES, LLC

Name of Applicant:                                Robert J. Hopp & Associates, LLC

Authorized to Provide Professional Services to:   Debtors and Debtors-in-Possession

Date of Retention:                                August 6, 2007

Period for which compensation and                 October 1, 2007 through October 31, 2007
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (100%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) |
|---|---|---|---|---|---|
| 10/1/07-10/31/07 2/19/08, 3012 | 15,850.00 | 72,204.52 | 3/12/08, 3256 | 15,850.00 | 72,204.52 |
| Totals | 15,850.00 | 72,204.52 | | 15,850.00 | 72,204.52 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x
In re:                                                        :   Chapter 11
                                                              :
AMERICAN HOME MORTGAGE                                        :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,              :
                                                              :   Jointly Administered
       Debtors.                                               :
                                                              :   Objection Deadline: April 7, 2008 at 4:00 p.m.
------------------------------------------------------------- x   Hearing Date: April 14, 2008 at 10:00 a.m.
```

## FIRST INTERIM FEE REQUEST
## OF CODILIS & ASSOCIATES, P.C.

Name of Applicant:                                    Codilis & Associates, P.C.

Authorized to Provide Professional Services to:       Debtors and Debtors-in-Possession

Date of Retention:                                    August 6, 2007

Period for which compensation and                     August 6, 2007 through November 30, 2007
reimbursement is sought:

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (100%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) |
|---|---|---|---|---|---|
| 8/6/07-8/31/07 2/20/07, 3026 | 83,165.00 | 29,848.22 | 3/14/08, 3298 | 83,165.00 | 29,848.22 |
| 9/1/07-9/30/07 2/20/07, 3027 | 24,735.00 | 72,994.35 | 3/14/08, 3299 | 24,735.00 | 72,994.35 |
| 10/1/07-10/31/07 2/20/07, 3028 | 24,887.50 | 99,512.58 | 3/14/08, 3311 | 24,887.50 | 99,512.58 |
| 11/1/07-11/30/07 2/20/08, 3029 | 37,310.00 | 72,296.50 | 3/14/08, 3312 | 37,310.00 | 72,296.50 |
| Totals | 170,097.50 | 274,651.65 | | 170,097.50 | 274,651.65 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x
In re:                                                         :    Chapter 11
                                                               :
AMERICAN HOME MORTGAGE                                         :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,               :
                                                               :    Jointly Administered
        Debtors.                                               :
                                                               :    Objection Deadline: April 7, 2008 at 4:00 p.m.
------------------------------------------------------------- x    Hearing Date: April 14, 2008 at 10:00 a.m.
```

## FIRST INTERIM FEE REQUEST
## OF PENDERGAST & JONES, P.C.

Name of Applicant:                                 Pendergast & Jones, P.C.

Authorized to Provide Professional Services to:    Debtors and Debtors-in-Possession

Date of Retention:                                 August 6, 2007

Period for which compensation and                  November 1, 2007 through November 30,
reimbursement is sought:                           2007

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (100%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) |
|---|---|---|---|---|---|
| 11/1/07-11/30/07 2/20/08, 3043 | 24,360.00 | 53,185.54 | 3/14/08, 3313 | 24,360.00 | 53,185.54 |
| Totals | 24,360.00 | 53,185.54 | | 24,360.00 | 53,185.54 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x

In re:     :   Chapter 11

    :

AMERICAN HOME MORTGAGE     :   Case No. 07-11047 (CSS)

HOLDINGS, INC., a Delaware corporation, et al.,     :

    :   Jointly Administered

Debtors.     :

    :   **Objection Deadline: April 7, 2008 at 4:00 p.m.**

----------------------------------------------------------------- x   **Hearing Date: April 14, 2008 at 10:00 a.m.**

### FIRST INTERIM FEE REQUEST
### OF ZEICHNER ELLMAN & KRAUSE LLP

Name of Applicant:     Zeichner Ellman & Krause LLP

Authorized to Provide Professional Services to:     Debtors and Debtors-in-Possession

Date of Retention:     August 6, 2007

Period for which compensation and reimbursement is sought:     December 1, 2007 through December 31, 2007

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) | Cert. Of No Objection Filing Date, Docket No. | Amount of Fees Paid or to be Paid (100%) ($) | Amount of Expenses Paid or to be Paid (100%) ($) |
|---|---|---|---|---|---|
| 12/1/07-12/31/07 3/3/08, 3147 | 77,554.00 | 0.00 | Pending | 77,554.00 | 0.00 |
| Totals | 77,554.00 | 0.00 | | 77,554.00 | 0.00 |