**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | Re: Docket No 2983 |

**CERTIFICATE OF NO OBJECTION REGARDING FOURTH AND FIFTH COMBINED MONTHLY APPLICATION OF BLANK ROME LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL*., FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 1, 2007 THROUGH DECEMBER 31, 2007  [NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the *Fourth and Fifth Combined Monthly Application of Blank Rome LLP, Counsel to The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., For Compensation and Reimbursement of Expenses for the Period November 1, 2007 through December 31, 2007 [Docket No. 2983]* (the "Application") filed on February 15, 2008.  The undersigned further certifies that he has caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than March 6, 2008 at 4:00 p.m.

128189.01600/21675602v.1

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code entered on September 4, 2007, the Debtor is authorized to pay Blank Rome LLP $87,619.20, which represents 80% of the fees requested ($109,524.00) and $5,079.82 which represents 100% of the expenses requested in the Application for the period of November 1, 2007 through December 31, 2007 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:    March 19, 2008                    **BLANK ROME LLP**

By:  */s/ David W. Carickhoff*
       Bonnie Glantz Fatell (DE No. 3809)
       David W. Carickhoff (DE No. 3715)
       1201 Market Street, Suite 800
       Wilmington, DE  19801
       Telephone:  (302) 425-6400
       Facsimile:  (302) 425-6464

       *Co-Counsel for the Official Committee of Unsecured Creditors*