## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware Corporation, | ) | |
| et al.,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Joshua D. Morse as special conflicts counsel to The Official Committee of Unsecured Creditors in these chapter 11 cases.

Dated: Wilmington, Delaware
March 12, 2008

                                                  LAW OFFICES OF JOSEPH J. BODNAR

                                                  /s/ JOSEPH J. BODNAR

                                                  Joseph J. Bodnar (#2512)
                                                  2101 North Harrison Street, Suite
                                                  Wilmington, Delaware 19802
                                                  (302) 652-5506

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

Filed 3-12-08

D.I. # 3252

-1-

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: March 7, 2008          Signed:       /s/ Joshua D. Morse
       Hillsborough, California         Joshua D. Morse

                              HENNIGAN, BENNETT & DORMAN LLP
                              Joshua D. Morse
                              865 South Figueroa Street, Suite 2900
                              Los Angeles, California 90017
                              Telephone: (213) 694-1200
                              Facsimile: (213) 694-1234
                              morsej@hbdlawyers.com

                              Proposed Special Conflicts Counsel to The
                              Official Committee of Unsecured Creditors

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: 3/19/08

Honorable Christopher S. Sontchi
United States Bankruptcy Judge

604055\v1

-2-