IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | ) | |
| Corporation, et al.,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael A. Morris as special conflicts counsel to The Official Committee of Unsecured Creditors in these chapter 11 cases.

Dated: March 12, 2008

LAW OFFICES OF JOSEPH J. BODNAR

/S/ JOSEPH J. BODNAR
_____
Joseph J. Bodnar (#2512)
2101 North Harrison Street, Suite 101
Wilmington, Delaware 19802
(302) 652-5506

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

Filed 3-12-08
D.I. #3246

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: March 10, 2008       Signed:    /s/ Michael A. Morris
  Ocala, Florida           Michael A. Morris

                HENNIGAN, BENNETT & DORMAN LLP
                Michael A. Morris
                865 South Figueroa Street, Suite 2900
                Los Angeles, California 90017
                Telephone: (213) 694-1200
                Facsimile: (213) 694-1234
                mamorris@hbdlawyers.com

                Proposed Special Conflicts Counsel to The
                Official Committee of Unsecured Creditors

## ORDER GRANTING MOTION

  IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: 3/19/08            _____
                Honorable Christopher S. Sontchi
                United States Bankruptcy Judge