IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | ) | |
| Corporation, et al.,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Jeanne E. Irving as special conflicts counsel to The Official Committee of

Unsecured Creditors in these chapter 11 cases.

Dated: Wilmington, Delaware
       March 12, 2008

       LAW OFFICES OF JOSEPH J. BODNAR

       /s/ JOSEPH J. BODNAR

       _____

       Joseph J. Bodnar (#2512)
       2101 North Harrison Street, Suite 101
       Wilmington, Delaware 19802
       (302) 652-5506

---

[1] The Debtors are the following entities:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

Filed 3-12-08
D.I. #3248

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: <u>March 7, 2008</u>       Signed: _____/s/ Jeanne E. Irving_____
Los Angeles, California              Jeanne E. Irving

HENNIGAN, BENNETT & DORMAN LLP
Jeanne E. Irving
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234
irvingj@hbdlawyers.com

Proposed Special Conflicts Counsel to The
Official Committee of Unsecured Creditors

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: 3/19/08

_____
Honorable Christopher S. Sontchi
United States Bankruptcy Judge

604055\v1

-2-