IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE HOLDINGS, | : Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, | : |
| | : Jointly Administered |
| Debtors. | : Objections Due: April 7, 2008 at 4:00 p.m. |
| | : Hearing Date: April 14, 2008 at 10:00 a.m. |

## RE-NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, on March 10, 2008, Northwest Trustee Services, Inc. ("NWTS"), by and through its undersigned counsel, filed and served its *Motion for Order Directing the Debtors to Immediately Comply with Order Allowing and Approving Undisputed Fees and Costs Contained in Applications of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-In-Possession* ("Motion"), a copy of which is attached hereto as Exhibit A. The Motion seeks, among other things, payment from the above-captioned debtors in the amount of $283,754.17 for fees and costs that were previously approved by the Court.[1]

Responses to the Motion, if any, must be filed no later than **4:00 p.m. on April 7, 2008**. At the same time, you must also serve a copy of the response upon the undersigned counsel.

A HEARING ON THE MOTION WILL BE HELD ON **April 14, 2008 at 10:00 a.m.**

IF NO RESPONSES ARE FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] After the Motion was filed, the Debtors remitted an additional payment to NWTS in the amount of $211,818.16. Accordingly, the payment requested by NWTS from the Debtors in the Motion is hereby reduced accordingly to $71,936.01.

DATED: March 19, 2008

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141

#599273