# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, | : | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | **Objections Due: March 20, 2008 at 4:00 p.m.** |
| | : | **Hearing Date: March 27, 2008 at 11:00 a.m.** |

### NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, on March 10, 2008, Northwest Trustee Services, Inc. ("NWTS"), by and through its undersigned counsel, filed and served its *Motion for Order Directing the Debtors to Immediately Comply with Order Allowing and Approving Undisputed Fees and Costs Contained in Applications of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-In-Possession* ("Motion").

Responses to the Motion, if any, must be filed no later than **4:00 p.m. on March 20, 2008**. At the same time, you must also serve a copy of the response upon the undersigned counsel.

A HEARING ON THE MOTION WILL BE HELD ON **March 27, 2008 at 11:00 a.m.**

IF NO RESPONSES ARE FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

DATED:  March 10, 2008          CONNOLLY BOVE LODGE & HUTZ LLP

_____
Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141

#597424

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, | : | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | **Objections Due: March 20, 2008 at 4:00 p.m.** |
| | : | **Hearing Date: March 27, 2008 at 11:00 a.m.** |

**MOTION OF NORTHWEST TRUSTEE SERVICES, INC. FOR ORDER
DIRECTING THE DEBTORS TO IMMEDIATELY COMPLY WITH ORDER
ALLOWING AND APPROVING UNDISPUTED FEES AND COSTS
CONTAINED IN APPLICATIONS OF NORTHWEST TRUSTEE SERVICES,
INC. FOR ALLOWANCE AND APPROVAL OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
<u>FORECLOSURE PROFESSIONALS TO THE DEBTORS-IN-POSSESSION</u>**

Northwest Trustee Services, Inc. ("NWTS"), by and through its undersigned
counsel, hereby moves this Court for the entry of an order that directs the above-
captioned debtors and debtors-in-possession ("Debtors") to immediately comply with this
Court's February 1, 2008, *Order Allowing and Approving Undisputed Fees and Costs
Contained in Applications of Northwest Trustee Services, Inc. for Allowance and
Approval of Compensation for Services Rendered and Reimbursement of Expenses as
Foreclosure Professionals to the Debtors-In-Possession* [Docket No. 2857] ("Fee
Order"). In support of the relief requested herein, NWTS respectfully states as follows:

1.    On February 1, 2008, more than five weeks ago, this Court entered the Fee
Order directing the Debtors to, *inter alia*, promptly remit payment to NWTS in the
amount of $477,575.53.

2.    On or about February 22, 2008, the Debtors remitted payment to NWTS in
the amount of $193,821.36.   Notwithstanding NWTS' inquiries and requests, as of the

date of this Motion, the Debtors have failed to pay the $283,754.17 balance to NWTS as required by the Fee Order.

3.    NWTS respectfully requests that this Court direct the Debtors to immediately and fully comply with the terms of the Fee Order by remitting payment of $283,754.17 to NWTS no later than March 31, 2008.  Additionally, NWTS requests that this Court grant NWTS its reasonable attorneys' fees and costs incurred having its counsel request, and ultimately move to compel, Debtors' compliance with the Fee Order.

WHEREFORE, NWTS respectfully requests that this Court enter an order that: (a) directs the Debtors' to immediately remit payment of $283,754.17 to NWTS no later than March 31, 2008, (b) awards NWTS its reasonable attorneys' fees and costs incurred in connection with this Motion, and (c) grants such further and additional relief to NWTS as the Court may deem just and proper.

DATED:  March 10, 2008           CONNOLLY BOVE LODGE & HUTZ LLP


                                 _____
                                 Jeffrey C. Wisler (No. 2795)
                                 Christina M. Thompson (No. 3976)
                                 The Nemours Building
                                 1007 N. Orange Street
                                 P.O. Box 2207
                                 Wilmington, Delaware 19899
                                 (302) 658-9141
                                 *Attorneys for Northwest Trustee Services, Inc.*

#597417

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, | : | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | **Related to Docket No. ___** |
| | : | |

**ORDER DIRECTING THE DEBTORS TO IMMEDIATELY COMPLY WITH**
**ORDER ALLOWING AND APPROVING UNDISPUTED FEES AND COSTS**
**CONTAINED IN APPLICATIONS OF NORTHWEST TRUSTEE SERVICES, INC.**
**FOR ALLOWANCE AND APPROVAL OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES AS FORECLOSURE**
**PROFESSIONALS TO THE DEBTORS-IN-POSSESSION**

Upon consideration of the *Motion of Northwest Trustee Services, Inc. for Order Directing the Debtors to Immediately Comply with Order Allowing and Approving Undisputed Fees and Costs Contained in Applications of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-In-Possession* ("Motion") and the responses and objections, if any, filed with respect to the Motion; and it further appearing that notice of the Motion was adequate and proper; and after due deliberation and sufficient good cause appearing therefor, it is hereby

ORDERED, that the above-captioned debtors and debtors-in-possession ("Debtors") shall immediately pay the sum of $283,754.17 to NWTS on or before March 31, 2008.

ORDERED, that the Debtors shall reimburse NWTS for its attorneys' fees and costs incurred attempting to secure Debtors' compliance with the Fee Order.

IT IS SO ORDERED this ___ day of March, 2008.

 

 

HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE