## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 19th day of March, 2008, I caused a copy of the *Re-Notice of Motion* to be served in the manner indicated upon the parties on the attached service list.

                                                                    _____
                                                                    Christina M. Thompson (#3976)

#599424