IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: 3054, 3056, 3057, 3058,** |
| | ) | **3143, 3152, 3153, 3175, 3179** |
| | ) | |

**CERTIFICATION OF COUNSEL
RELATED TO THE STIPULATION AND ORDER REGARDING MOTION OF BANK
OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, FOR RELIEF FROM
AUTOMATIC STAY, PURSUANT TO 11 U.S.C. § 362(d),
ALLOWING THE ADMINISTRATIVE AGENT
TO EXERCISE ITS RIGHTS AS A SECURED CREDITOR [D.I. 3054]**

The undersigned hereby certifies that:

1. On or about February 22, 2008 Bank of America, N.A., as administrative Agent (the "Administrative Agent"), for itself and the pre-petition secured lenders under the Second Amended and Restated Credit Agreement, filed the *Motion of Bank of America, N.A., as Administrative Agent, for Relief from the Automatic Stay, Pursuant to 11 U.S.C. Section 362(d), Allowing the Administrative Agent to Exercise its Rights as a Secured Creditor* (the "Stay Relief Motion") [D.I. 3054] and related documents. The hearing on the Stay Relief Motion has been scheduled for April 16, 2008 at 11:00 a.m.

2. On or about March 6, 2008, Debtors filed the *Objection to Motion Of Bank Of America, N.A., As Administrative Agent, For Relief From Automatic Stay, Pursuant To 11 U.S.C. Section 362(d), Allowing The Administrative Agent To Exercise Its Rights As A Secured Creditor* (the "Stay Relief Objection") [D.I. 3175];

3. The Debtors and the Administrative Agent have conferred and agreed, subject to Court approval, to the schedule (attached hereto as Exhibit A) governing the discovery related to, and the presentation of, the Stay Relief Motion and the Stay Relief Objection.

4. Counsel respectfully requests that the Court approve the attached Stipulation and Order at its earliest convenience without further notice or hearing.

Dated: March 19, 2008

POTTER ANDERSON & CORROON LLP

*/s/ Laurie Selber Silverstein*

Laurie Selber Silverstein (No. 2396)
Gabriel R. MacConaill (No. 4734)
P. O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19899
(302) 984-6000

- and -

KAYE SCHOLER LLP
Margot B. Schonholtz
Myron Kirschbaum
Scott D. Talmadge
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

*Counsel for the Administrative Agent*

PA&C-856003