# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: 3054, 3056, 3057, 3058, 3152,** |
| | ) | **3175, 3179** |
| | ) | |

**STIPULATION AND ORDER REGARDING MOTION OF BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, FOR RELIEF FROM AUTOMATIC STAY, PURSUANT TO 11 U.S.C. § 362(d), ALLOWING THE ADMINISTRATIVE AGENT TO EXERCISE ITS RIGHTS AS A SECURED CREDITOR [D.I. 3054]**

The above-captioned debtors (the "Debtors") and Bank of America, N.A., as administrative agent (the "Administrative Agent"), for itself and the pre-petition secured lenders under the Second Amended and Restated Credit Agreement (collectively, the "Parties") hereby stipulate and agree that the following schedule shall govern the discovery related to, and the presentation of, the Administrative Agent's *Motion of Bank of America, N.A., as Administrative Agent, for Relief from the Automatic Stay, Pursuant to 11 U.S.C. § 362(d), Allowing the Administrative Agent to Exercise its Rights as a Secured Creditor* [D.I. 3054] (the "Stay Relief Motion"), and the Debtors' *Preliminary Objection to the Motion of Bank of America, N.A., as Administrative Agent, for Relief from Automatic Stay, Pursuant to 11 U.S.C. §362(d), Allowing the Administrative Agent to Exercise its Rights as a Secured Creditor* [D.I. 3175] (the "Stay Relief Objection"):

    1.    Any objections (the "Discovery Objections") to the interrogatories and document requests previously served [noticed at D.I. 3058 and D.I. 3152] (the "Discovery Requests") will be exchanged between the Parties, but not filed, on or before March 17, 2008.

2. The Parties will meet and confer during the week of March 17, 2008 in an attempt to resolve any Discovery Objections.

3. To the extent that any Discovery Objections are not consensually resolved, any Party may, on or before March 19, 2008, submit a letter memorandum to the Court of no more than three pages outlining the relief sought and request a telephonic hearing on such relief.

4. The Parties will exchange responses to the Discovery Requests and produce responsive documents on or before March 27, 2008.

5. The Parties will exchange expert reports on or before April 2, 2008.

6. The depositions currently noticed by the Parties [D.I. 3057 and D.I. 3179] and any expert witness depositions shall take place during the week of April 7, 2008.

7. On or before April 4, 2008, the Parties will exchange witness lists of those witnesses that will be called in each Party's respective case-in-chief.

8. On or before April 11, 2008 at 1:00 p.m., the Parties will file and serve pre-trial briefs and exchange all exhibits that will be presented in each Party's case-in-chief

9. The hearing on the Stay Relief Motion and the Stay Relief Objection will commence on April, 16, 2008 at 11:00 a.m.

Dated: March 19, 2008

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/John T. Dorsney | /s/ Laurie Selber Silverstein |
| James L. Patton (No. 2202) | Laurie Selber Silverstein (No. 2396) |
| Robert S. Brady (No. 2847) | Gabriel R. MacConaill (No. 4734) |
| Pauline K. Morgan (No. 3650) | P. O. Box 951 |
| John T. Dorsey (No. 2988) | 1313 N. Market Street, 6th Floor |
| Erin D. Edwards (No. 4392) | Wilmington, Delaware 19899 |
| The Brandywine Building | (302) 984-6000 |
| 1000 West Street, 17th Floor | |
| Wilmington, Delaware 19801 | - and - |
| (302) 571-6600 | |
| | KAYE SCHOLER LLP |
| *Counsel for the Debtors* | Margot B. Schonholtz |
| | Myron Kirschbaum |
| | Scott D. Talmadge |
| | Kaye Scholer LLP |
| | 425 Park Avenue |
| | New York, NY 10022 |
| | |
| | *Counsel for the Administrative Agent* |

SO ORDERED, this _____ day of _____, 2008

_____
Christopher S. Sontchi
United States Bankruptcy Judge

PAC# 855719