## CERTIFICATE OF SERVICE

I, Laurie Selber Silverstein, hereby certify that I am not less than 18 years of age and that on this 19th day of March, 2008, I caused a true and correct copy of the within **Certification of Counsel Related to Stipulation And Order Regarding Motion Of Bank Of America, N.A., As Administrative Agent, For Relief From Automatic Stay, Pursuant To 11 U.S.C. § 362(d), Allowing The Administrative Agent To Exercise Its Rights As A Secured Creditor [D.I. 3054]** to be served the following parties by manner indicated:

**VIA HAND DELIVERY**
James L. Patton, Jr.
Robert S. Brady, Esq.
Pauline K. Morgan, Esq.
John T. Dorsey, Esq.
Erin D. Edwards, Esq.
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Under penalty of perjury, I declare that the forgoing is true and correct.

_____
Laurie Selber Silverstein

Pac#856007