**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____ )
                                        )
In re:                                  )        Chapter 11
                                        )
AMERICAN HOME MORTGAGE HOLDINGS,        )        Case No. 07-11047 (CSS)
INC., a Delaware corporation, et al.,   )        Jointly Administered
                                        )
        Debtors.                        )
_____ )

**LOAN FILE RETURN DECLARATION OF
LASALLE BANK NATIONAL ASSOCIATION, SOLELY IN ITS CAPACITY AS
TRUSTEE, AND ON BEHALF OF CERTAIN SECURITIZATION TRUSTS**

LaSalle Bank National Association, solely in its capacity as trustee (the "Trustee") of

various mortgage loan securitization trusts including those listed on Schedule 1 (collectively, the

"Trusts"), hereby makes and files this loan file return declaration (the "Declaration") on behalf

of the Trusts and states as follows:

1.    On February 19, 2008, the Bankruptcy Court entered the Second Order Pursuant

to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain

Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such

Loans Upon Payment of Reasonable Costs and Expenses (the "Order"), which, among other

things, authorized the Debtors to return Hard Copy Loan Files (as defined in the Order) to

requesting parties provided that such requesting party submits a loan file return declaration.

2.    Pursuant to the Order, the Trustee, on behalf of the Trusts, makes this Declaration

and requests that the Debtors retrieve and deliver the Hard Copy Loan Files (as defined in the

Order) for those mortgage loans listed on Schedule 2 attached hereto (the "Requested Hard Copy

Loan Files").

3.    The Trustee's contact information is as follows:

LaSalle Bank National Association
c/o Global Securities and Trust Services
135 South LaSalle Street
Mail Code IL4-135-15-11
Chicago, Illinois  60603
Attention: Rita Lopez, Vice President
Telephone number: 312-904-0351
Email Address: rita.lopez@bankofamerica.com

4.     To the best of the Trustee's knowledge, the Trustee is the legal owner of the
mortgage loans relating to the Requested Hard Copy Loan Files.  The Trustee, acting on behalf
of the Trusts, has the requisite corporate authority to make this declaration.

5.     The Trustee requests that the Debtors deliver the Requested Hard Copy Loan
Files to: LaSalle Bank National Association, 2571 Busse Road, Suite 200, Elk Grove Village, IL
60007, Attention: American Home File Transfer (unless a different delivery method is
subsequently agreed upon by Debtors and the Trustee).  The Trustee is only requesting hard
copies of such files and is not requesting files to be imaged on DVD.

6.     In the event that any other party, including any servicer, master servicer or other
party who has a legal right to receive the Requested Hard Copy Loan Files (an "Other
Requesting Party"), makes a similar or identical request for any of the Requested Hard Copy
Loan Files on behalf of a Trust, the Trustee hereby withdraws its request for such Requested
Hard Copy Loan Files and shall not be liable or responsible for any costs or expenses related to
the request for such files by the Other Requesting Party.

7.     The Trustee, solely in its representative capacity, agrees to pay the reasonable
costs and expenses for delivery of the Requested Hard Copy Loan Files only to the extent that
sufficient funds are made available from the respective Trusts to pay for such costs and expenses
and the Trustee actually receives delivery of the Requested Hard Copy Loan Files.  The Trustee
further acknowledges that such costs are subject to increase upon further order of the Court.

2

8.    LaSalle Bank National Association makes this Declaration solely in its capacity as Trustee and not in its individual capacity, and in no case whatsoever shall LaSalle Bank National Association be liable for the statements or agreements of the Trusts hereunder. All persons asserting any claim against LaSalle Bank National Association, the Trustee or the Trusts by reason of this Declaration shall look solely to the property of Trusts for payment or satisfaction thereof.

9.    In accordance with the Order, the Trustee expects that (i) all Collateral Documents (as defined in the Order) shall continue to be maintained by the respective custodian, and (ii) upon discovery of any original Collateral Documents, the Debtors shall forward such Collateral Documents to the respective custodian at the Debtors' cost. No statement in this request or otherwise, or action by the Trustee shall be deemed to release the Debtors, any custodian, servicer or master servicer of their obligations under the applicable documents.

10.    Nothing contained herein constitutes a waiver of, or a bar to, any rights or remedies that may be available to the Trustee or LaSalle Bank National Association. Each of the Trustee and LaSalle Bank National Association hereby reserves any and all rights and remedies which it has or may have under any applicable trust agreement or any other related agreements, at law or in equity, all without prejudice. The Trustee further reserves the right to revise and/or modify the above request and list of loan files, which may include, among other things, the addition of certain loan files to, or the deletion of certain loan files from, the above request.

LaSalle Bank National Association, solely in its capacity as Trustee and not individually

By: /S/ Rita Lopez
        Rita Lopez, Vice President

4

## SCHEDULE 1

1. Morgan Stanley Mortgage Loan Trust 2006-11

2. Morgan Stanley Mortgage Loan Trust 2006-15XS

3. Morgan Stanley Mortgage Loan Trust 2006-17XS

4. Morgan Stanley Mortgage Loan Trust 2007-1XS

5. Morgan Stanley Mortgage Loan Trust 2007-3XS

6. Morgan Stanley Mortgage Loan Trust 2007-5AX

7. Morgan Stanley Mortgage Loan Trust 2007-7AX

8. Morgan Stanley Mortgage Loan Trust 2007-8XS

9. Morgan Stanley Mortgage Loan Trust 2007-9SL

10. Morgan Stanley Mortgage Loan Trust 2006-5AR

11. Morgan Stanley Mortgage Loan Trust 2006-6AR

12. Morgan Stanley Mortgage Loan Trust 2006-9AR

13. Morgan Stanley Mortgage Loan Trust 2006-13ARX

14. Morgan Stanley Mortgage Loan Trust 2006-12XS

15. Morgan Stanley Mortgage Loan Trust 2006-4SL

16. Morgan Stanley Mortgage Loan Trust 2007-15AR

17. Morgan Stanley Mortgage Loan Trust 2007-14AR

18. Morgan Stanley Mortgage Loan Trust 2007-6XS

19. Morgan Stanley Mortgage Loan Trust 2007-8XS

20. Morgan Stanley Mortgage Loan Trust 2006-14SL

21. Morgan Stanley Mortgage Loan Trust 2006-7

22. Morgan Stanley Mortgage Loan Trust 2006-16ARX

23. Morgan Stanley Mortgage Loan Trust 2007-2AX

24. Bear Stearns Asset Backed Securities I Trust 2006-HE8

25. Bear Stearns Asset Backed Securities I Trust 2007-HE1

26. Bear Stearns Asset Backed Securities I Trust  2006-HE10

27. Bear Stearns Asset Backed Securities Trust 2005-4

28. Merrill Lynch Mortgage Investors Trust 2005-SL3

29. Merrill Lynch Mortgage Investors Trust 2006-SL1

30. SACO I Trust 2006-4

## SCHEDULE 2

See attached

| | | | |
|---|---|---|---|
| 9745187 | 9745916 | 848057 | 870355 |
| 9745320 | 9745931 | 848259 | 870594 |
| 9745323 | 9745957 | 848310 | 870823 |
| 9745364 | 9745974 | 848741 | 870888 |
| 9745419 | 9746081 | 849082 | 870982 |
| 9745472 | 9746143 | 849355 | 871234 |
| 9745484 | 9746144 | 849457 | 871975 |
| 9745506 | 9746180 | 849536 | 873226 |
| 9745513 | 9746202 | 849567 | 873299 |
| 9745549 | 9746215 | 850333 | 873609 |
| 9745589 | 9746250 | 850934 | 873707 |
| 9745605 | 9746255 | 852523 | 873794 |
| 9745610 | 9746273 | 853112 | 873827 |
| 9745620 | 9746293 | 855000 | 873999 |
| 9745634 | 9746307 | 855692 | 874108 |
| 9745641 | 9746321 | 856131 | 874172 |
| 9745653 | 9746468 | 857083 | 874435 |
| 9745664 | 9746684 | 858100 | 874820 |
| 9745671 | 9746686 | 859484 | 874882 |
| 9745681 | 9746751 | 859525 | 875554 |
| 9745683 | 9739450 | 859593 | 875735 |
| 9745701 | 9740935 | 860537 | 876251 |
| 9745702 | 9740996 | 860715 | 876536 |
| 9745710 | 9741332 | 860752 | 877160 |
| 9745711 | 708661 | 861257 | 878066 |
| 9745714 | 716728 | 861458 | 878353 |
| 9745716 | 755133 | 863146 | 878364 |
| 9745739 | 763735 | 863482 | 878578 |
| 9745754 | 767668 | 863768 | 878737 |
| 9745762 | 793971 | 864144 | 878765 |
| 9745782 | 798195 | 865476 | 878805 |
| 9745801 | 801081 | 865575 | 878886 |
| 9745808 | 803280 | 865697 | 879020 |
| 9745819 | 808073 | 865737 | 879250 |
| 9745864 | 810036 | 866141 | 879304 |
| 9745878 | 818926 | 866374 | 879332 |
| 9745882 | 820734 | 867261 | 879342 |
| 9745885 | 821343 | 867348 | 879584 |
| 9745911 | 824226 | 867460 | 879763 |
| 9745922 | 825141 | 867553 | 879933 |
| 9745953 | 826894 | 867784 | 880117 |
| 9745985 | 828038 | 867801 | 880178 |
| 9745993 | 837473 | 868356 | 880318 |
| 9746021 | 841147 | 868755 | 880421 |
| 9746022 | 841224 | 868899 | 880605 |
| 9746191 | 841419 | 868912 | 880625 |
| 9746243 | 845744 | 869018 | 880722 |
| 9746463 | 846240 | 870054 | 880866 |
| 9746733 | 846466 | 870101 | 881231 |
| 9746814 | 846987 | 870305 | 881356 |

| | | | |
|---|---|---|---|
| 881375 | 889451 | 895796 | 902763 |
| 881534 | 889496 | 896051 | 903000 |
| 881919 | 889565 | 896106 | 903039 |
| 882029 | 889582 | 896283 | 903168 |
| 882039 | 890053 | 896448 | 903229 |
| 882116 | 890171 | 896476 | 903546 |
| 883013 | 890211 | 896696 | 903599 |
| 883157 | 890309 | 896809 | 903650 |
| 883175 | 890499 | 896929 | 903770 |
| 883303 | 890538 | 897061 | 903908 |
| 883443 | 890663 | 897192 | 903964 |
| 883502 | 890717 | 897236 | 904343 |
| 883662 | 890726 | 897331 | 905178 |
| 883698 | 890767 | 897423 | 905280 |
| 884388 | 891017 | 897681 | 905417 |
| 884794 | 891309 | 897694 | 906050 |
| 884910 | 891349 | 897747 | 906054 |
| 885327 | 891449 | 897790 | 906282 |
| 885489 | 891657 | 898347 | 907244 |
| 885665 | 891684 | 898514 | 907245 |
| 886045 | 891722 | 898681 | 907700 |
| 886108 | 891842 | 898732 | 908192 |
| 886378 | 891917 | 898760 | 908703 |
| 886589 | 892039 | 899096 | 908729 |
| 886617 | 892263 | 899271 | 909034 |
| 886620 | 892295 | 899889 | 909173 |
| 886654 | 892349 | 899936 | 909391 |
| 886661 | 892372 | 899941 | 909594 |
| 886815 | 892877 | 899996 | 910866 |
| 887007 | 892993 | 900035 | 911142 |
| 887097 | 893272 | 900078 | 911291 |
| 887284 | 893364 | 900460 | 911701 |
| 887398 | 893418 | 900571 | 911741 |
| 887551 | 893515 | 900624 | 912497 |
| 887647 | 893787 | 900767 | 912505 |
| 887786 | 893944 | 900768 | 912629 |
| 887797 | 894184 | 900796 | 913017 |
| 887837 | 894254 | 900870 | 913391 |
| 887904 | 894393 | 900921 | 913413 |
| 888165 | 894511 | 901189 | 914071 |
| 888288 | 895245 | 901294 | 914495 |
| 888333 | 895288 | 901597 | 915024 |
| 888561 | 895397 | 901731 | 915105 |
| 888691 | 895411 | 901846 | 918646 |
| 888844 | 895428 | 901873 | 918869 |
| 888863 | 895529 | 902139 | 919068 |
| 889165 | 895570 | 902168 | 770191 |
| 889248 | 895598 | 902424 | 771390 |
| 889290 | 895613 | 902563 | 773187 |
| 889429 | 895767 | 902738 | 784978 |

| | | | |
|---|---|---|---|
| 786726 | 863738 | 879011 | 888540 |
| 789069 | 864451 | 879412 | 888761 |
| 801001 | 864708 | 879791 | 888880 |
| 806911 | 864720 | 879830 | 888954 |
| 824880 | 864745 | 880054 | 889053 |
| 826882 | 865114 | 880207 | 889235 |
| 831933 | 865133 | 880290 | 889299 |
| 833853 | 865264 | 880628 | 889441 |
| 834248 | 865281 | 880654 | 889467 |
| 834901 | 865798 | 880676 | 889493 |
| 835377 | 866131 | 881290 | 889521 |
| 836029 | 866201 | 881582 | 889609 |
| 839828 | 866246 | 881874 | 889779 |
| 840174 | 866791 | 881997 | 889853 |
| 842486 | 867180 | 882121 | 890007 |
| 842727 | 867196 | 882204 | 890033 |
| 845367 | 867262 | 882385 | 890047 |
| 845455 | 867402 | 882549 | 890064 |
| 847048 | 867604 | 882556 | 890077 |
| 847282 | 867628 | 882919 | 890179 |
| 848300 | 867792 | 883445 | 890265 |
| 848557 | 867844 | 883590 | 890355 |
| 849908 | 868979 | 883605 | 890527 |
| 850872 | 869682 | 883701 | 890606 |
| 851774 | 869867 | 883820 | 890691 |
| 852225 | 870346 | 883909 | 890706 |
| 852295 | 870408 | 884196 | 890783 |
| 852604 | 870724 | 884246 | 890876 |
| 852699 | 870736 | 884560 | 890964 |
| 853710 | 870745 | 884792 | 891015 |
| 855301 | 871308 | 884818 | 891167 |
| 857244 | 871613 | 884873 | 891169 |
| 857246 | 871685 | 885156 | 891257 |
| 857724 | 872925 | 885540 | 891318 |
| 857897 | 873221 | 885996 | 891550 |
| 857987 | 873250 | 886144 | 891615 |
| 858151 | 874141 | 886155 | 891707 |
| 859132 | 874422 | 886213 | 891713 |
| 859258 | 874761 | 886334 | 891812 |
| 859379 | 875178 | 886504 | 892149 |
| 859690 | 875909 | 886817 | 892313 |
| 859784 | 876756 | 887277 | 892350 |
| 859812 | 876934 | 887304 | 892454 |
| 860746 | 876941 | 887610 | 892556 |
| 860923 | 877557 | 887936 | 892584 |
| 861949 | 877577 | 888119 | 892647 |
| 862258 | 877588 | 888152 | 892865 |
| 862766 | 878532 | 888168 | 892904 |
| 863067 | 878974 | 888292 | 892955 |
| 863131 | 878997 | 888293 | 893121 |

| | | | |
|---|---|---|---|
| 893514 | 901990 | 1324475 | 1343864 |
| 893827 | 902009 | 941779 | 1344089 |
| 893902 | 902057 | 1284489 | 1344457 |
| 893992 | 902356 | 1288225 | 1344500 |
| 894040 | 902812 | 1290482 | 1344515 |
| 894143 | 902836 | 1303497 | 1344724 |
| 894188 | 903212 | 1304125 | 1344870 |
| 894469 | 903221 | 1306860 | 1344937 |
| 894740 | 903576 | 1307345 | 1344987 |
| 894969 | 903702 | 1309707 | 1345274 |
| 895040 | 904213 | 1312299 | 1345369 |
| 895061 | 904381 | 1315425 | 1345412 |
| 895201 | 904384 | 1316074 | 1345553 |
| 895421 | 904411 | 1317703 | 1345642 |
| 895448 | 904436 | 1319016 | 1346013 |
| 895829 | 904855 | 1319457 | 1346204 |
| 895857 | 904870 | 1319467 | 1346614 |
| 896002 | 905422 | 1319678 | 1347034 |
| 896442 | 905506 | 1319712 | 1347261 |
| 896549 | 905549 | 1321980 | 1347339 |
| 896863 | 906227 | 1323417 | 1347412 |
| 896974 | 906563 | 1324063 | 1348160 |
| 897038 | 906654 | 1324430 | 1348331 |
| 897374 | 907090 | 1324440 | 1348869 |
| 897543 | 907128 | 1324854 | 1349081 |
| 897554 | 907278 | 1329692 | 1349646 |
| 897737 | 907609 | 1330035 | 1349702 |
| 898060 | 907677 | 1330040 | 1349839 |
| 898077 | 908091 | 1330290 | 1350301 |
| 898103 | 908170 | 1330601 | 1350386 |
| 898495 | 908319 | 1330838 | 1351158 |
| 898579 | 908499 | 1331525 | 1352467 |
| 898702 | 908790 | 1332109 | 1352729 |
| 898896 | 909022 | 1334147 | 1353272 |
| 898919 | 909116 | 1335247 | 1353572 |
| 899512 | 909442 | 1337592 | 1354093 |
| 899903 | 910049 | 1337683 | 1354117 |
| 899930 | 910154 | 1337705 | 1354418 |
| 899949 | 911479 | 1337718 | 1354899 |
| 900109 | 911945 | 1338275 | 1355211 |
| 900178 | 913150 | 1339389 | 1355219 |
| 900396 | 914001 | 1339981 | 1355339 |
| 900415 | 914027 | 1340767 | 1355474 |
| 900441 | 914853 | 1340795 | 1355696 |
| 900522 | 915920 | 1341309 | 1355713 |
| 900612 | 916247 | 1341684 | 1356233 |
| 901009 | 1014432 | 1341886 | 1356577 |
| 901036 | 1280973 | 1342978 | 1356760 |
| 901126 | 1009758 | 1343188 | 1357047 |
| 901760 | 1292539 | 1343221 | 1357110 |

| | | | |
|---|---|---|---|
| 1357518 | 1369500 | 1359505 | 1372079 |
| 1358064 | 1370656 | 1359809 | 1373921 |
| 1358096 | 1371474 | 1360095 | 1380784 |
| 1358788 | 1371908 | 1360165 | 1382867 |
| 1358898 | 1372829 | 1360434 | 1385527 |
| 1359093 | 1374696 | 1360841 | 1385564 |
| 1359352 | 1374874 | 1360948 | 1386666 |
| 1359825 | 1375110 | 1361105 | 1390259 |
| 1360028 | 1375623 | 1362113 | 1392728 |
| 1360094 | 1375704 | 1362134 | 1392805 |
| 1360341 | 1377278 | 1363153 | 1394658 |
| 1360412 | 1377330 | 1363534 | 1395177 |
| 1360485 | 1377622 | 1364499 | 1395758 |
| 1360764 | 1378573 | 1364606 | 1396774 |
| 1360922 | 1380286 | 1364749 | 1397695 |
| 1361132 | 1380992 | 1364856 | 1398927 |
| 1361271 | 2629736 | 1365095 | 1400141 |
| 1361688 | 1157606 | 1365201 | 1401802 |
| 1361931 | 1219288 | 1365699 | 1404823 |
| 1362062 | 1236066 | 1367045 | 1406890 |
| 1362207 | 1296436 | 1367517 | 1407716 |
| 1362280 | 1310734 | 1367815 | 1409204 |
| 1362629 | 1310834 | 1367961 | 1410932 |
| 1362999 | 1323218 | 1369151 | 1410955 |
| 1363074 | 1323519 | 1369751 | 1414104 |
| 1363682 | 1327711 | 1370997 | 1414935 |
| 1363925 | 1329500 | 1371477 | 1415206 |
| 1364017 | 1336689 | 1373144 | 1415537 |
| 1364137 | 1337496 | 1373444 | 1417700 |
| 1364301 | 1339391 | 1374311 | 1418994 |
| 1364361 | 1340356 | 1375509 | 1420885 |
| 1364472 | 1343451 | 1376591 | 1425335 |
| 1364977 | 1343470 | 1377766 | 1425493 |
| 1365053 | 1344309 | 1378215 | 2358834 |
| 1365132 | 1344813 | 1381961 | 2359185 |
| 1365482 | 1345963 | 1382415 | 2359278 |
| 1366398 | 1346189 | 1383112 | 2359325 |
| 1366645 | 1346808 | 1383167 | 2359334 |
| 1367030 | 1348097 | 1385307 | 2359458 |
| 1367113 | 1348604 | 1259600 | 2359522 |
| 1367188 | 1349618 | 1323498 | 2406206 |
| 1367493 | 1350314 | 1340545 | 2410606 |
| 1367862 | 1354851 | 1344959 | 2424890 |
| 1367890 | 1355921 | 1352765 | 2430334 |
| 1368422 | 1356583 | 1352935 | 2430992 |
| 1368529 | 1356785 | 1353849 | 2444191 |
| 1368734 | 1356850 | 1359508 | 2444258 |
| 1368917 | 1356860 | 1364090 | 2444402 |
| 1369459 | 1357712 | 1366551 | 2445510 |
| 1369498 | 1358563 | 1371049 | 2445592 |

| | | | |
|---|---|---|---|
| 2447052 | 1277747 | 1759697 | 1620629 |
| 2447108 | 1283066 | 1760160 | 1621624 |
| 2447157 | 1285824 | 1760837 | 1622757 |
| 2447220 | 1291173 | 1760845 | 1622989 |
| 2447241 | 1293205 | 1762516 | 1624199 |
| 2447264 | 1296974 | 1762906 | 1634448 |
| 2448003 | 1304697 | 1764074 | 1648088 |
| 2448135 | 1192863 | 1764970 | 1652577 |
| 2448155 | 1564027 | 1767427 | 1661463 |
| 2448173 | 1606847 | 1768434 | 1662363 |
| 2545567 | 1613174 | 1769301 | 1662475 |
| 2545612 | 1622050 | 1770546 | 1666153 |
| 2546681 | 1648115 | 1772514 | 1671632 |
| 2547413 | 1659753 | 1773692 | 1671651 |
| 2547429 | 1670273 | 1774414 | 1673003 |
| 2552677 | 1670897 | 1775507 | 1681254 |
| 2552759 | 1680188 | 1776993 | 1689594 |
| 2672123 | 1691447 | 1778670 | 1692274 |
| 2675978 | 1696849 | 1779403 | 1692648 |
| 2710112 | 1697720 | 1779410 | 1692884 |
| 2713732 | 1700095 | 1780516 | 1693295 |
| 2713740 | 1700164 | 1782108 | 1695479 |
| 2715908 | 1700181 | 1782434 | 1696939 |
| 2715984 | 1701720 | 1782440 | 1697120 |
| 2716542 | 1702074 | 1782467 | 1697784 |
| 2716954 | 1704077 | 1782764 | 1701581 |
| 2717003 | 1708831 | 1783948 | 1705771 |
| 2717066 | 1713402 | 1784808 | 1708140 |
| 2717863 | 1715401 | 1788193 | 1710669 |
| 2730916 | 1721685 | 1788596 | 1717308 |
| 2731004 | 1722201 | 1788882 | 1717951 |
| 2731146 | 1722324 | 1789426 | 1718727 |
| 2731723 | 1724676 | 1789458 | 1724107 |
| 2731726 | 1726799 | 1789999 | 1729401 |
| 2731748 | 1732301 | 1791573 | 1729657 |
| 2733178 | 1733596 | 1792482 | 1730270 |
| 2735669 | 1739167 | 1793138 | 1732015 |
| 2735745 | 1739853 | 1796572 | 1739349 |
| 2752501 | 1742439 | 1796866 | 1744274 |
| 1062226 | 1748239 | 1805591 | 1745149 |
| 1078455 | 1748310 | 1806433 | 1749911 |
| 1087657 | 1749910 | 1808850 | 1750029 |
| 1101333 | 1750037 | 2278274 | 1752614 |
| 1108422 | 1752316 | 3392293 | 1754816 |
| 1108972 | 1753305 | 1104609 | 1755066 |
| 1117525 | 1754156 | 1192844 | 1756402 |
| 982124 | 1754676 | 1548444 | 1756888 |
| 1263332 | 1755774 | 1554077 | 1756929 |
| 1267589 | 1756690 | 1579824 | 1757056 |
| 1275235 | 1757997 | 1603217 | 1758023 |

| | | | |
|---|---|---|---|
| 1758404 | 1792284 | 1395274 | 1552031 |
| 1760998 | 1793043 | 1396951 | 1594628 |
| 1761804 | 1793363 | 1398618 | 1368174 |
| 1762523 | 1793403 | 1400109 | 1387902 |
| 1762876 | 1793726 | 1400638 | 1459046 |
| 1763554 | 1794144 | 1402096 | 2429549 |
| 1763914 | 1794954 | 1402646 | 2446966 |
| 1765023 | 1795617 | 1403942 | 2714207 |
| 1765669 | 1796792 | 1404291 | 2718056 |
| 1766340 | 1796886 | 1404657 | 1118758 |
| 1767661 | 1797400 | 1405087 | 1176224 |
| 1767691 | 1797523 | 1405714 | 1210202 |
| 1768087 | 1798094 | 1405828 | 1212033 |
| 1768541 | 1798242 | 1408414 | 1220019 |
| 1768631 | 1799415 | 1410826 | 1231288 |
| 1769434 | 1801186 | 1410840 | 1231610 |
| 1769584 | 1801201 | 1411340 | 1232689 |
| 1769981 | 1801279 | 1412008 | 1233415 |
| 1770089 | 1801934 | 1414785 | 1240118 |
| 1770544 | 1813792 | 1415105 | 1241080 |
| 1773020 | 1818355 | 1415339 | 1243477 |
| 1774498 | 3103831 | 1416418 | 1243868 |
| 1774760 | 3261208 | 1416644 | 1244739 |
| 1776596 | 3261279 | 1416940 | 1245172 |
| 1776628 | 3261281 | 1417312 | 1246461 |
| 1776722 | 3392295 | 1417488 | 1246754 |
| 1777793 | 3392296 | 1420065 | 1246837 |
| 1777995 | 3392305 | 1422616 | 1247237 |
| 1778409 | 3392328 | 1425145 | 1247313 |
| 1778683 | 3392339 | 1434510 | 1247429 |
| 1780089 | 3392346 | 1442164 | 1248255 |
| 1780343 | 3392348 | 1449197 | 1249533 |
| 1780884 | 3431391 | 1449815 | 1249634 |
| 1781012 | 3431407 | 1451823 | 1249718 |
| 1781329 | 3431410 | 1474210 | 1250290 |
| 1781339 | 3431422 | 1360299 | 1250576 |
| 1781494 | 3432428 | 1380412 | 1251460 |
| 1781500 | 3432438 | 1386675 | 1251530 |
| 1781609 | 3432469 | 1406693 | 1253996 |
| 1782407 | 3432497 | 1414744 | 1254430 |
| 1783100 | 3432499 | 936645 | 1255156 |
| 1784105 | 3432523 | 1466848 | 1255341 |
| 1785630 | 501233561 | 1476538 | 1255372 |
| 1786457 | 1355085 | 1479343 | 1255442 |
| 1786630 | 1361226 | 1461341 | 1256459 |
| 1787181 | 1380324 | 1387620 | 1258589 |
| 1787596 | 1380387 | 1403447 | 1259664 |
| 1788657 | 1382789 | 1418396 | 1259786 |
| 1789659 | 1391429 | 1456144 | 1259799 |
| 1790168 | 1391775 | 1482495 | 1260006 |

| | | | |
|---|---|---|---|
| 1260060 | 1277739 | 1289290 | 881264 |
| 1260317 | 1278157 | 1289828 | 882719 |
| 1260842 | 1278164 | 1289889 | 886820 |
| 1261127 | 1278298 | 1289956 | 889568 |
| 1261162 | 1278541 | 1289969 | 889631 |
| 1261429 | 1278842 | 1290428 | 892204 |
| 1261439 | 1279424 | 1290431 | 892707 |
| 1261459 | 1279622 | 1290883 | 893101 |
| 1262236 | 1279646 | 1290917 | 896299 |
| 1262472 | 1279670 | 1291423 | 896723 |
| 1262670 | 1279731 | 1291552 | 904337 |
| 1262898 | 1279815 | 1293095 | 909233 |
| 1264355 | 1280011 | 1293219 | 913326 |
| 1264512 | 1280455 | 1293236 | 917590 |
| 1265049 | 1280885 | 1293450 | 917765 |
| 1268401 | 1281002 | 1294445 | 921440 |
| 1268798 | 1281184 | 1294481 | 923176 |
| 1269009 | 1281330 | 1296435 | 929049 |
| 1269206 | 1281453 | 1296715 | 935582 |
| 1269326 | 1281644 | 1297930 | 937931 |
| 1269749 | 1281884 | 1298393 | 943078 |
| 1269765 | 1282280 | 1299178 | 943360 |
| 1270348 | 1282302 | 1300235 | 950890 |
| 1270731 | 1282673 | 1300555 | 951455 |
| 1271313 | 1283073 | 1301147 | 953296 |
| 1271560 | 1283982 | 1301268 | 953400 |
| 1271579 | 1284276 | 1303524 | 956788 |
| 1271639 | 1284658 | 1304078 | 958124 |
| 1271684 | 1284700 | 1304157 | 959073 |
| 1271814 | 1284938 | 1305385 | 960409 |
| 1272207 | 1284971 | 1305442 | 964382 |
| 1272308 | 1285000 | 1306577 | 966424 |
| 1272669 | 1285130 | 690335 | 970017 |
| 1272899 | 1285358 | 747704 | 970173 |
| 1272904 | 1285566 | 794428 | 970736 |
| 1273038 | 1285567 | 798285 | 971526 |
| 1273039 | 1285574 | 819205 | 971751 |
| 1273048 | 1285700 | 821213 | 972797 |
| 1273619 | 1285833 | 833988 | 976528 |
| 1273867 | 1285983 | 836403 | 976543 |
| 1274626 | 1285989 | 846959 | 976931 |
| 1275203 | 1287447 | 856641 | 977694 |
| 1275472 | 1287502 | 857571 | 977813 |
| 1275505 | 1287717 | 860295 | 978934 |
| 1275513 | 1288001 | 867386 | 979804 |
| 1275839 | 1288019 | 874855 | 980662 |
| 1275933 | 1288310 | 876589 | 980998 |
| 1275941 | 1288445 | 878322 | 981289 |
| 1275953 | 1288496 | 879293 | 982057 |
| 1276586 | 1288526 | 879293 | 982351 |

8

| | | | |
|---|---|---|---|
| 982786 | 1006987 | 1017934 | 1023801 |
| 983239 | 1007887 | 1018089 | 1023858 |
| 983780 | 1009123 | 1018109 | 1024242 |
| 986347 | 1009365 | 1018213 | 1024364 |
| 986485 | 1009619 | 1018604 | 1024435 |
| 987568 | 1009653 | 1018634 | 1024525 |
| 987916 | 1009686 | 1018715 | 1024584 |
| 988543 | 1009719 | 1018729 | 1024712 |
| 989874 | 1009734 | 1018783 | 1024936 |
| 989987 | 1009736 | 1018880 | 1024975 |
| 990094 | 1009827 | 1018938 | 1025170 |
| 991080 | 1009946 | 1019336 | 1025180 |
| 991473 | 1009955 | 1019421 | 1025348 |
| 991535 | 1010278 | 1019494 | 1025523 |
| 992747 | 1010492 | 1019645 | 1025609 |
| 992751 | 1011074 | 1019815 | 1025791 |
| 993276 | 1011075 | 1020083 | 1025818 |
| 994444 | 1011139 | 1020290 | 1025918 |
| 994566 | 1011300 | 1020327 | 1025950 |
| 994652 | 1011394 | 1020525 | 1026049 |
| 995082 | 1011485 | 1020600 | 1026209 |
| 997370 | 1011594 | 1020661 | 1026372 |
| 997531 | 1011726 | 1020794 | 1026468 |
| 998417 | 1011941 | 1020836 | 1026514 |
| 998672 | 1012688 | 1020922 | 1026529 |
| 1001028 | 1012749 | 1021010 | 1027233 |
| 1001117 | 1012763 | 1021158 | 1027408 |
| 1001233 | 1013174 | 1021161 | 1027563 |
| 1001289 | 1013266 | 1021186 | 1027728 |
| 1001677 | 1013887 | 1021210 | 1027839 |
| 1001917 | 1014007 | 1021218 | 1027929 |
| 1001985 | 1014101 | 1021290 | 1028109 |
| 1002090 | 1014210 | 1021381 | 1028336 |
| 1002096 | 1014296 | 1021664 | 1028493 |
| 1002805 | 1014653 | 1022196 | 1028496 |
| 1003080 | 1014954 | 1022241 | 1028793 |
| 1003199 | 1015037 | 1022432 | 1029283 |
| 1003550 | 1015512 | 1022557 | 1029342 |
| 1003669 | 1015745 | 1022647 | 1029403 |
| 1004234 | 1015866 | 1022887 | 1029543 |
| 1004253 | 1015915 | 1022923 | 1029978 |
| 1004746 | 1015943 | 1022945 | 1030057 |
| 1004918 | 1016181 | 1023249 | 1030109 |
| 1005170 | 1016415 | 1023304 | 1030143 |
| 1005631 | 1016686 | 1023480 | 1030285 |
| 1005708 | 1016775 | 1023543 | 1031801 |
| 1005878 | 1017328 | 1023612 | 1031853 |
| 1005921 | 1017359 | 1023641 | 1032065 |
| 1006516 | 1017598 | 1023756 | 1032305 |
| 1006706 | 1017833 | 1023792 | 1032342 |

| | | | |
|---|---|---|---|
| 1032646 | 1380548 | 1294323 | 1337329 |
| 1032776 | 1382330 | 1294489 | 1337373 |
| 1033419 | 1386093 | 1294564 | 1338078 |
| 1034242 | 1389681 | 1304709 | 1338405 |
| 1034282 | 1390691 | 1304761 | 1338536 |
| 1034537 | 1391752 | 1307827 | 1338937 |
| 1034543 | 1393038 | 1307970 | 1339429 |
| 1034803 | 1398662 | 1309931 | 1339595 |
| 1035023 | 1399873 | 1311653 | 1339675 |
| 1035312 | 1400278 | 1312217 | 1339774 |
| 1035360 | 1400750 | 1313448 | 1339866 |
| 1035415 | 1401059 | 1316187 | 1340335 |
| 1035496 | 1401084 | 1318323 | 1340701 |
| 1035997 | 1401408 | 1319077 | 1341773 |
| 1036242 | 1403344 | 1319838 | 1341893 |
| 1037050 | 1409281 | 1322100 | 1341977 |
| 1037051 | 1411951 | 1322191 | 1342285 |
| 1037405 | 1412283 | 1322757 | 1342568 |
| 1037611 | 1412711 | 1324614 | 1342681 |
| 1038889 | 1417002 | 1327193 | 1342997 |
| 1039304 | 820862 | 1328086 | 1343887 |
| 1039808 | 874956 | 1328295 | 1344664 |
| 1040264 | 992859 | 1328502 | 1344904 |
| 1040704 | 1008118 | 1329395 | 1345285 |
| 1041149 | 1027681 | 1330186 | 1345619 |
| 1041250 | 1030272 | 1330307 | 1345832 |
| 1042526 | 1071525 | 1330731 | 1345834 |
| 1042932 | 1090192 | 1330787 | 1346219 |
| 1042987 | 1152382 | 1332302 | 1347127 |
| 1043601 | 1153641 | 1332334 | 1347268 |
| 1044083 | 1169600 | 1332404 | 1347711 |
| 1048616 | 1181012 | 1332433 | 1347756 |
| 1049568 | 1189463 | 1332568 | 1348005 |
| 1051686 | 1189466 | 1332643 | 1348286 |
| 1051901 | 1194161 | 1333153 | 1348396 |
| 1052995 | 1203336 | 1333507 | 1349272 |
| 1053364 | 1204874 | 1333868 | 1349344 |
| 1057347 | 1208009 | 1334006 | 1349439 |
| 1059305 | 1209850 | 1334112 | 1349786 |
| 1061662 | 1213761 | 1334608 | 1349990 |
| 1063652 | 1225245 | 1334614 | 1350074 |
| 1063733 | 1225900 | 1334659 | 1350135 |
| 1065234 | 1232365 | 1334678 | 1350548 |
| 1081132 | 1234777 | 1334692 | 1350847 |
| 1098323 | 1245591 | 1334781 | 1350938 |
| 1309460 | 1246147 | 1334783 | 1350956 |
| 1345852 | 1246289 | 1335406 | 1351083 |
| 1368641 | 1248620 | 1335527 | 1351733 |
| 1374774 | 1271008 | 1336048 | 1352496 |
| 1376754 | 1294283 | 1337236 | 1353198 |

| | | | |
|---|---|---|---|
| 1353331 | 1380343 | 1422649 | 1443099 |
| 1353374 | 1385087 | 1423031 | 1443751 |
| 1353524 | 1385578 | 1423156 | 1445216 |
| 1353720 | 1386983 | 1423376 | 1445819 |
| 1354166 | 1387929 | 1423387 | 1446076 |
| 1354496 | 1394379 | 1423630 | 1446101 |
| 1354921 | 1397450 | 1424504 | 1446743 |
| 1355250 | 1398104 | 1424614 | 1448698 |
| 1355698 | 1399376 | 1426627 | 1448812 |
| 1355946 | 1399461 | 1426793 | 1448848 |
| 1356045 | 1400028 | 1426841 | 1449680 |
| 1356570 | 1403225 | 1427042 | 1449726 |
| 1356644 | 1404035 | 1427081 | 1450181 |
| 1356796 | 1404394 | 1428479 | 1450332 |
| 1357024 | 1404745 | 1428801 | 1450426 |
| 1357380 | 1405627 | 1428957 | 1450569 |
| 1357545 | 1406271 | 1429077 | 1450693 |
| 1357627 | 1406949 | 1429190 | 1451172 |
| 1358765 | 1407082 | 1430064 | 1452694 |
| 1358819 | 1411010 | 1430908 | 1453427 |
| 1358903 | 1412642 | 1430973 | 1454225 |
| 1359375 | 1412941 | 1431581 | 1454657 |
| 1359416 | 1413168 | 1431813 | 1455745 |
| 1360329 | 1413249 | 1432890 | 1455893 |
| 1360478 | 1413463 | 1433380 | 1457973 |
| 1361063 | 1413637 | 1433420 | 1457975 |
| 1361175 | 1413828 | 1433754 | 1458352 |
| 1362445 | 1413893 | 1435041 | 1458360 |
| 1363533 | 1414460 | 1436008 | 1458387 |
| 1364063 | 1414479 | 1436270 | 1459169 |
| 1364323 | 1415186 | 1436442 | 1460503 |
| 1364644 | 1415611 | 1437555 | 1460628 |
| 1365363 | 1415630 | 1438136 | 1462346 |
| 1365559 | 1415631 | 1438219 | 1462807 |
| 1365863 | 1416168 | 1438467 | 1462869 |
| 1366092 | 1416619 | 1438602 | 1463702 |
| 1366862 | 1417028 | 1438784 | 1464178 |
| 1367559 | 1417525 | 1440282 | 1464469 |
| 1368392 | 1418110 | 1440321 | 1465233 |
| 1369261 | 1418511 | 1440332 | 1465325 |
| 1369611 | 1419462 | 1440345 | 1467141 |
| 1370718 | 1420053 | 1440544 | 1467887 |
| 1370943 | 1420385 | 1440642 | 1473627 |
| 1372208 | 1420572 | 1440783 | 1023985 |
| 1374060 | 1421120 | 1440815 | 1091788 |
| 1374112 | 1421343 | 1441543 | 1166145 |
| 1374399 | 1421362 | 1441727 | 1195549 |
| 1376036 | 1421792 | 1441756 | 1213936 |
| 1378711 | 1422115 | 1442865 | 1214662 |
| 1379188 | 1422646 | 1442970 | 1214746 |

| | | | |
|---|---|---|---|
| 1232384 | 1412843 | 1453845 | 1468963 |
| 1232540 | 1413303 | 1454033 | 1469034 |
| 1239685 | 1413470 | 1454200 | 1469046 |
| 1249200 | 1415219 | 1454222 | 1469542 |
| 1250312 | 1415338 | 1454568 | 1469607 |
| 1258579 | 1418755 | 1455514 | 1469710 |
| 1262318 | 1419326 | 1455520 | 1469808 |
| 1263441 | 1421572 | 1455557 | 1469824 |
| 1263739 | 1421697 | 1455887 | 1470008 |
| 1270750 | 1422157 | 1455939 | 1470168 |
| 1275604 | 1423370 | 1456614 | 1470256 |
| 1284791 | 1423864 | 1457223 | 1470552 |
| 1288665 | 1423912 | 1457308 | 1471402 |
| 1303830 | 1425497 | 1457500 | 1471450 |
| 1304716 | 1428201 | 1459074 | 1471466 |
| 1307843 | 1429951 | 1459451 | 1471505 |
| 1316600 | 1431988 | 1459533 | 1472249 |
| 1328548 | 1432464 | 1459621 | 1472695 |
| 1333495 | 1433779 | 1459778 | 1472798 |
| 1339164 | 1435982 | 1460099 | 1473293 |
| 1343453 | 1436716 | 1460225 | 1473489 |
| 1344108 | 1436839 | 1460335 | 1473981 |
| 1344984 | 1437334 | 1460363 | 1474040 |
| 1345527 | 1437645 | 1460442 | 1474109 |
| 1345689 | 1437987 | 1460547 | 1474110 |
| 1345693 | 1438586 | 1460652 | 1474271 |
| 1346796 | 1438719 | 1461016 | 1474750 |
| 1347755 | 1439210 | 1462049 | 1474871 |
| 1350087 | 1439749 | 1462673 | 1475332 |
| 1351905 | 1439862 | 1462747 | 1475371 |
| 1352764 | 1440043 | 1463297 | 1475374 |
| 1354206 | 1440210 | 1463487 | 1476215 |
| 1358328 | 1441950 | 1463773 | 1476230 |
| 1359451 | 1442157 | 1463991 | 1476386 |
| 1359668 | 1443130 | 1464035 | 1476394 |
| 1359935 | 1444081 | 1464167 | 1476897 |
| 1362974 | 1444547 | 1464195 | 1477153 |
| 1366860 | 1445148 | 1464403 | 1477444 |
| 1369824 | 1445887 | 1464679 | 1477458 |
| 1382958 | 1448770 | 1464769 | 1477667 |
| 1390970 | 1449617 | 1464945 | 1478009 |
| 1395748 | 1449649 | 1465035 | 1478050 |
| 1400621 | 1450004 | 1465106 | 1478413 |
| 1403615 | 1450227 | 1465841 | 1478612 |
| 1404956 | 1450496 | 1465972 | 1478758 |
| 1405339 | 1451485 | 1466292 | 1478915 |
| 1405924 | 1451533 | 1467325 | 1480152 |
| 1406844 | 1451797 | 1468060 | 1480417 |
| 1411580 | 1451863 | 1468259 | 1480665 |
| 1412340 | 1452109 | 1468289 | 1480772 |

| | | | |
|---|---|---|---|
| 1480861 | 958824 | 995049 | 1004913 |
| 1481175 | 959482 | 995128 | |
| 1481178 | 960331 | 995398 | 1004914 |
| 1481718 | 962145 | 996554 | |
| 1481875 | 962474 | 997579 | 1005054 |
| 1481973 | 962525 | 997634 | |
| 1482906 | 963940 | 997821 | 1005078 |
| 1483194 | 964416 | 997935 | |
| 1483259 | 967033 | 997990 | 1005355 |
| 1483366 | 970717 | 998235 | 1005383 |
| 1485185 | 971042 | 998262 | |
| 1485458 | 974630 | 998289 | 1005516 |
| 1485512 | 975431 | 998662 | |
| 1486340 | 975614 | 999004 | 1005657 |
| 1487459 | 975677 | 999600 | |
| 1487800 | 977112 | 999801 | 1006157 |
| 1490601 | 978089 | 999858 | 1006212 |
| 1492549 | 978356 | | |
| 1494023 | 978372 | 1000167 | 1006495 |
| 857453 | 979635 | | |
| 700482 | 980240 | 1000445 | 1006891 |
| 741049 | 981041 | | |
| 744787 | 981113 | 1001083 | 1006974 |
| 850876 | 981621 | 1001486 | 1007071 |
| 859049 | 982768 | | |
| 863850 | 983354 | 1001919 | 1007286 |
| 864575 | 984327 | | |
| 868861 | 985665 | 1001992 | 1007353 |
| 883156 | 986099 | | |
| 885962 | 986610 | 1002879 | 1007580 |
| 890429 | 988321 | | |
| 894784 | 988520 | 1003492 | 1007611 |
| 895653 | 989074 | 1003707 | 1007749 |
| 897599 | 989275 | | |
| 905537 | 989369 | 1003741 | 1008169 |
| 912582 | 989830 | | |
| 913576 | 991056 | 1003955 | 1008271 |
| 922261 | 991244 | | |
| 933492 | 991833 | 1003976 | 1008663 |
| 934506 | 991949 | | |
| 938494 | 991953 | 1004444 | 1008755 |
| 941290 | 992039 | 1004551 | 1008790 |
| 943469 | 992781 | | |
| 946638 | 992800 | 1004718 | 1008812 |
| 946662 | 993365 | | |
| 947569 | 993593 | 1004814 | 1009288 |
| 948651 | 993722 | | |
| 948808 | 993963 | 1004824 | 1009303 |
| 950591 | 994002 | 1004856 | 1009574 |
| 951887 | 994902 | | |

13

| | | | |
|---|---|---|---|
| 1009771 | 1013956 | 1016527 | 1019010 |
| 1009848 | 1013995 | 1016536 | 1019052 |
| 1010362 | 1014068 | 1016568 | 1019126 |
| 1010502 | 1014114 | 1016616 | 1019131 |
| 1010712 | 1014205 | 1016814 | 1019200 |
| 1011050 | 1014206 | 1016844 | 1019303 |
| 1011095 | 1014294 | 1016867 | 1019311 |
| 1011129 | 1014315 | 1016974 | 1019372 |
| 1011233 | 1014325 | 1017205 | 1019463 |
| 1011246 | 1014383 | 1017296 | 1019945 |
| 1011544 | 1014609 | 1017356 | 1019989 |
| 1011807 | 1014907 | 1017504 | 1020057 |
| 1011835 | 1014972 | 1017514 | 1020243 |
| 1011889 | 1014998 | 1017666 | 1020274 |
| 1011919 | 1015001 | 1017859 | 1020307 |
| 1011925 | 1015047 | 1018051 | 1020413 |
| 1012040 | 1015056 | 1018107 | 1020583 |
| 1012076 | 1015105 | 1018160 | 1020623 |
| 1012426 | 1015206 | 1018301 | 1020644 |
| 1012523 | 1015225 | 1018379 | 1020698 |
| 1012600 | 1015612 | 1018410 | 1020760 |
| 1012709 | 1015617 | 1018543 | 1020892 |
| 1013036 | 1015956 | 1018546 | 1021060 |
| 1013150 | 1016041 | 1018570 | 1021169 |
| 1013277 | 1016082 | 1018608 | 1021194 |
| 1013397 | 1016148 | 1018683 | 1021283 |
| | | 1018707 | |
| 1013901 | 1016374 | 1018736 | 1021500 |
| 1013926 | 1016457 | 1018969 | 1021551 |

| | | | |
|---|---|---|---|
| | 1023420 | 1024930 | 1026397 |
| 1021576 | 1023559 | 1024955 | 1026454 |
| 1021593 | 1023621 | 1024970 | 1026485 |
| 1021599 | 1023626 | 1024972 | 1026550 |
| 1021631 | 1023631 | 1025042 | 1026599 |
| 1021738 | 1023673 | 1025055 | 1026642 |
| 1021824 | 1023694 | 1025115 | 1026644 |
| 1022408 | 1023730 | 1025138 | 1026661 |
| 1022468 | 1023777 | 1025157 | 1026684 |
| 1022556 | 1023826 | 1025191 | 1026686 |
| 1022628 | 1023838 | 1025217 | 1026738 |
| 1022660 | 1023903 | 1025355 | 1026912 |
| 1022670 | 1023959 | 1025371 | 1027043 |
| 1022733 | 1024010 | 1025461 | 1027137 |
| 1022816 | 1024233 | 1025600 | 1027205 |
| 1022827 | 1024360 | 1025835 | 1027320 |
| 1022857 | 1024361 | 1025854 | 1027435 |
| 1022893 | 1024444 | 1025887 | 1027514 |
| 1022947 | 1024466 | 1025888 | 1027606 |
| 1023017 | 1024485 | 1025995 | 1027671 |
| 1023041 | 1024532 | 1026095 | 1027745 |
| 1023054 | 1024555 | 1026113 | 1027759 |
| 1023076 | 1024557 | 1026137 | 1027815 |
| 1023081 | 1024593 | 1026143 | 1027951 |
| 1023082 | 1024599 | 1026190 | 1028062 |
| 1023174 | 1024795 | 1026194 | 1028229 |
| 1023363 | | | |
| 1023369 | 1024839 | 1026251 | 1028240 |
| 1023402 | 1024904 | 1026394 | 1028314 |

| | | | |
|---|---|---|---|
| 1028384 | 1029981 | 1031710 | 1033075 |
| 1028422 | 1030005 | 1031734 | 1033153 |
| 1028425 | 1030022 | 1031880 | 1033187 |
| 1028579 | 1030077 | 1031968 | 1033193 |
| 1028641 | 1030086 | 1032169 | 1033226 |
| 1028949 | 1030093 | 1032178 | 1033313 |
| 1028999 | 1030095 | 1032197 | 1033456 |
| 1029045 | 1030162 | 1032230 | 1033503 |
| 1029069 | 1030276 | 1032260 | 1033524 |
| 1029142 | 1030347 | 1032353 | 1033549 |
| 1029172 | 1030471 | 1032522 | 1033666 |
| 1029217 | 1030504 | 1032556 | 1033757 |
| 1029279 | 1030670 | 1032593 | 1033804 |
| 1029303 | 1030710 | 1032612 | 1033835 |
| 1029364 | 1030735 | 1032647 | 1033903 |
| 1029465 | 1030768 | 1032670 | 1033992 |
| 1029606 | 1030828 | 1032713 | 1034036 |
| 1029615 | 1030942 | 1032718 | 1034063 |
| 1029643 | 1031008 | 1032759 | 1034114 |
| 1029678 | 1031459 | 1032798 | 1034210 |
| 1029687 | 1031463 | 1032805 | 1034294 |
| 1029738 | 1031465 | 1032860 | 1034343 |
| 1029752 | 1031524 | 1032882 | 1034453 |
| 1029780 | 1031545 | 1032939 | 1034508 |
| 1029817 | 1031585 | 1032955 | 1034514 |
| 1029908 | 1031632 | 1033011 | 1034540 |
| 1029921 | 1031634 | 1033031 | 1034549 |
| 1029941 | 1031695 | 1033074 | 1034568 |

| | | | |
|---|---|---|---|
| 1034681 | 1036015 | 1037178 | |
| 1034690 | 1036070 | 1037188 | 1039020 |
| 1034756 | 1036133 | 1037351 | 1039104 |
| 1034797 | 1036263 | 1037379 | 1039218 |
| 1034800 | 1036295 | 1037400 | 1039245 |
| 1034895 | 1036381 | 1037402 | 1039316 |
| 1034912 | 1036461 | 1037460 | 1039372 |
| 1034952 | 1036470 | 1037550 | 1039385 |
| 1034977 | 1036510 | 1037558 | 1039478 |
| 1034988 | 1036511 | 1037738 | 1039522 |
| 1035066 | 1036540 | 1037815 | 1039528 |
| 1035141 | 1036555 | 1037872 | 1039554 |
| 1035159 | 1036566 | 1037920 | 1039626 |
| 1035213 | 1036677 | 1037955 | 1039663 |
| 1035227 | 1036760 | 1038022 | 1039712 |
| 1035233 | 1036761 | 1038029 | 1039726 |
| 1035262 | 1036782 | 1038081 | 1039743 |
| 1035425 | 1036787 | 1038094 | 1039801 |
| 1035460 | 1036798 | 1038113 | 1039821 |
| 1035481 | 1036821 | 1038227 | 1039993 |
| 1035564 | 1036879 | 1038274 | 1040023 |
| 1035574 | 1036919 | 1038339 | 1040045 |
| 1035589 | 1036983 | 1038547 | 1040109 |
| 1035682 | 1036989 | 1038592 | 1040127 |
| 1035721 | 1036999 | 1038609 | 1040268 |
| 1035840 | 1037039 | 1038635 | 1040280 |
| 1035874 | 1037092 | 1038749 | 1040284 |
| 1035977 | 1037148 | 1038826 | 1040292 |
| | | 1038987 | 1040363 |

| | | | |
|---|---|---|---|
| | 1041724 | 1043395 | |
| 1040391 | | | 1044538 |
| | 1041831 | 1043408 | |
| 1040451 | | | 1044680 |
| | 1041918 | 1043433 | |
| 1040519 | | | 1044832 |
| | 1041979 | 1043458 | |
| 1040572 | | | 1044881 |
| | 1042007 | 1043597 | |
| 1040575 | | | 1044961 |
| | 1042054 | 1043603 | |
| 1040723 | | | 1044966 |
| 1040766 | 1042067 | 1043734 | |
| | | | 1044995 |
| 1040780 | 1042126 | 1043739 | |
| | | | 1045019 |
| 1040783 | 1042171 | 1043824 | |
| | | | 1045158 |
| 1040803 | 1042352 | 1043874 | |
| | | | 1045302 |
| 1040811 | 1042410 | 1043902 | |
| | | | 1045352 |
| 1040853 | 1042430 | 1044008 | |
| | | | 1045392 |
| 1040868 | 1042453 | 1044011 | |
| | | | 1045400 |
| 1040940 | 1042589 | 1044030 | |
| | | | 1045446 |
| 1041012 | 1042771 | 1044054 | |
| | | | 1045591 |
| 1041067 | 1042836 | 1044061 | |
| | | 1044123 | 1045776 |
| 1041185 | 1042860 | | |
| | 1042889 | 1044206 | 1045862 |
| 1041205 | | | |
| | 1042902 | 1044216 | 1045912 |
| 1041207 | | | |
| | 1042911 | 1044262 | 1045938 |
| 1041234 | | | |
| | 1043008 | 1044321 | 1046028 |
| 1041289 | | | |
| | 1043023 | 1044338 | 1046096 |
| 1041294 | | | |
| | 1043032 | 1044427 | 1046108 |
| 1041397 | | | |
| | 1043131 | 1044439 | 1046179 |
| 1041413 | | | |
| | 1043231 | 1044465 | 1046226 |
| 1041506 | | | |
| | 1043234 | 1044476 | 1046335 |
| 1041599 | | | |
| | 1043283 | 1044477 | 1046416 |
| 1041657 | | | |
| | 1043370 | 1044487 | 1046429 |
| 1041687 | | | |
| | 1043392 | 1044522 | 1046438 |

| | | | |
|---|---|---|---|
| | | | 1051764 |
| 1046441 | 1048180 | 1049594 | |
| | | | 1051831 |
| 1046450 | 1048206 | 1049601 | |
| | | | 1052045 |
| 1046532 | 1048279 | 1049660 | |
| | | | 1052062 |
| 1046570 | 1048328 | 1049730 | |
| | | | 1052167 |
| 1046696 | 1048380 | 1049923 | |
| | | | 1052550 |
| 1046757 | 1048387 | 1050005 | |
| | | | 1052566 |
| 1046790 | 1048463 | 1050088 | |
| | | | 1052585 |
| 1046821 | 1048591 | 1050159 | |
| | | | 1052770 |
| 1046827 | 1048599 | 1050180 | |
| | | | 1052915 |
| 1046882 | 1048637 | 1050193 | |
| | | | 1053049 |
| 1046968 | 1048700 | 1050200 | |
| | | | 1053057 |
| 1046976 | 1048732 | 1050208 | |
| | | | 1053167 |
| 1047061 | 1048740 | 1050226 | 1053242 |
| 1047076 | 1048768 | 1050233 | 1053511 |
| 1047148 | 1048774 | 1050234 | 1053533 |
| 1047172 | 1048880 | 1050361 | 1053750 |
| 1047199 | 1048884 | 1050398 | 1053761 |
| 1047382 | 1049121 | 1050461 | 1053840 |
| 1047395 | 1049131 | 1050849 | 1054031 |
| 1047439 | 1049210 | 1050858 | 1054089 |
| 1047462 | 1049240 | 1050884 | 1054224 |
| 1047575 | 1049254 | 1051265 | 1054249 |
| 1047669 | 1049272 | 1051354 | 1054317 |
| 1047731 | 1049332 | 1051396 | 1054509 |
| 1047877 | 1049392 | 1051490 | 1054557 |
| 1047965 | 1049415 | 1051651 | 1054769 |
| 1048116 | 1049514 | 1051719 | 1054954 |
| 1048138 | 1049543 | 1051762 | 1054992 |

1055096

1055117

1055197

1055297

1055434

1055711

1055714
1056064

1056292

1056422

1056585

1056667

1056786

1057267

1057412

1058053

1058063

1058074

1058308

1058524

1058947

1058963

1058994

1059014

1059131

1059738

1060047

1060831

1061461

1061474

1061600

1063430

1065144

1065202