IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]              :
                                                                 :   Jointly Administered
                      Debtors.                                   :
                                                                 :   **Doc. Ref. Nos: 192 & 643**
                                                                 :
---------------------------------------------------------------- x   Objection Deadline: April 8, 2008 at 4:00
                                                                                                          p.m.

### NOTICE OF FILING OF THE SUPPLEMENTAL AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL ANN BISHOP

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Order

Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014

Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business

Nunc Pro Tunc to Petition Date [Docket No. 643] (the "OCP Order"), the Debtors hereby file the attached

the supplemental affidavit (the "Supplemental Affidavit") of Ann Bishop of Re/Max Showcase Homes

(the "Ordinary Course Professional").

PLEASE TAKE FURTHER NOTICE that, objections to the Supplemental Affidavit, if

any, must be filed in accordance with the OCP Order on or before April 8, 2008 at 4:00 p.m. (ET) (the

"Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market

Third Floor, Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, objections, if any, to the Supplemental

Affidavit must also be served upon the following entities on or before the Objection Deadline: (i) the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Office of the United States Trustee, (ii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY

10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel for the

Committee; (iii) counsel to Bank of America N.A., as Administrative Agents under that certain and

Second Amended and Restated Credit Agreement dated August 10, 2006; (iv) counsel to the Debtors'

pospetition lender, (v) the Securities and Exchange Commission; (vi) all other parties entitled to notice

under Del. Bankr. LR 2002-1(b; (vii) counsel for the Debtors; and (viii) and the Ordinary Course

Professional.

PLEASE TAKE FURTHER NOTICE that if the objection cannot be consensually

resolved, then the objection shall be scheduled for hearing before the Court at the next regularly

scheduled omnibus hearing or such other date otherwise agreeable to the parties thereto.

PLEASE TAKE FURTHER NOTICE that if no objections are filed on or before the

Objection Deadline, then **the Debtors shall be authorized to compensate professionals associated with**

**the firm that submitted the Supplemental Affidavit after complying with the other procedures**

**contained in the OCP Order.**

Dated:  March 19, 2008
          Wilmington, Delaware

                            YOUNG CONAWAY STARGATT & TAYLOR, LLP

                            /s/ Margaret B. Whiteman
                            James L. Patton, Jr. (No. 2202)
                            Joel A. Waite (No. 2925)
                            Pauline K. Morgan (No. 3650)
                            Sean M. Beach (No. 4070)
                            Matthew B. Lunn (No. 4119)
                            Margaret B. Whiteman (No. 4652)
                            Ryan M. Bartley (No. 4985)
                            The Brandywine Building
                            1000 West Street, 17th Floor
                            Wilmington, Delaware 19801
                            Telephone: (302) 571-6600
                            Facsimile: (302) 571-1253

                            Counsel for Debtors and Debtors in Possession

EXHIBIT A

RETENTION AFFIDAVIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                        :    Chapter 11
                                                              :
AMERICAN HOME MORTGAGE                                        :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]           :
                                                              :    Jointly Administered
                                    Debtors.                  :
------------------------------------------------------------------ x    Doc. Ref. Nos: 192 & 643

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF MICHIGAN          )
                           )    ss:
COUNTY OF OAKLAND          )

I, ANN BISHOP, being duly sworn, deposes and says:

1.      I am a real estate agent with **RE/MAX SHOWCASE HOMES** (the "Firm"), which maintains offices at 912 S. OLD WOODWARD AVE, BIRMINGHAM, MI 48009

2.      This Supplemental Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware entered on or about September 7, 2007 (the "OCP Order"), authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

3.    In connection with my retention as an ordinary course professional under the OCP Order, I previously submitted an affidavit of disinterestedness (the "Initial Affidavit") to the Court.

4.    The Office of the United States Trustee informally raised certain issues with respect to the Initial Affidavit.

5.    This Supplemental Affidavit clarifies that, to the extent that the Firm's employment is authorized pursuant to the OCP Order, the Firm *will* waive any pre-petition claims.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5th, 2008

Affiant  _ANN BISHOP_

Sworn to and subscribed before me
this 5 day of ____, 2008

Notary Public

LAW   MPBELL
Notary   f Michigan
         nd
My Comm   il. 18, 2012
Acting in the

LAWRENCE J. CAMPBELL
Notary Public, State of Michigan
County of Oakland
My Commission Expires Jul. 18, 2012
Acting in the County of OAKLAND

DB02:6485311.1                                              066585.1001