# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

In re:

American Home Mortgage Holdings, Inc., *et al.* [1]

Debtors.

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Objections Due By: April 9, 2008 @ 4 p.m.**
: **Hearing Date: Only in the Event of an Objection**

---

### SIXTH MONTHLY FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2008 THROUGH JANUARY 31, 2008

| | |
|---|---|
| *Name of Applicant*: | Blank Rome LLP |
| *Authorized to Provide Professional Services to*: | Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.* |
| *Date of Retention*: | November 28, 2007, *nunc pro tunc* to August 14, 2007 |
| *Period for which Compensation and Reimbursement is Sought*: | January 1, 2008 through January 31, 2008 |
| *Amount of Compensation Sought as Actual, Reasonable, and Necessary*: | $34,650.40 (80% of $43,313.00[2]) |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary*: | $584.53 |

This is a:      ✓ Monthly      ____ Quarterly      ____ Final Application

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

[2] The $43,313.00 reflects a voluntary adjustment and reduction by Blank Rome with respect to its fees in the aggregate amount of $562.50. These reductions take into consideration excess or duplicative time.

128189.01600/21673566v.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------

In re:

American Home Mortgage Holdings, Inc., *et al.* [1]

Debtors.

---------------------------------------------------------------

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Objections Due By: April 9, 2008 @ 4 p.m.**
: **Hearing Date: Only in the Event of an Objection**

**SIXTH MONTHLY FEE APPLICATION OF BLANK ROME LLP, CO-COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN
HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF
JANUARY 1, 2008 THROUGH JANUARY 31, 2008**

This sixth monthly fee application for compensation and reimbursement of expenses (the *"Fee Application"*) is filed by Blank Rome LLP (*"Blank Rome"*) requesting payment for services rendered and reimbursement of costs expended as co-counsel for the Official Committee of Unsecured Creditors (the "*Committee*") of American Home Mortgage Holdings, Inc., *et al.* (the *"Debtors"*) for the period of January 1, 2008 through January 31, 2008 (the *"Application Period"*). In support of this Fee Application, Blank Rome respectfully states as follows:

**Jurisdiction**

1. The Court has jurisdiction over this matter under 28 U.S.C. § 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of these chapter 11 cases in is district is proper under 28 U.S.C. §§ 1408 and 1409.

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

**Background**

2.      On August 6, 2007 (the *"Petition Date"*), the Debtors commenced with this Court voluntary cases (the *"Chapter 11 Cases"*) under chapter 11 of title 11 of the United States Code (the *"Bankruptcy Code"*), which Chapter 11 Cases are being jointly administered pursuant to an order of this Court.  The Debtors are continuing their businesses and managing their affairs as debtors and debtors in possession.

3.      On August 14, 2007, the Office of the United States Trustee for the District of Delaware appointed the following seven (7) of the Debtors' largest unsecured creditors to the Official Committee of Unsecured Creditors (the *"Committee"*): Wilmington Trust Company, Bank of New York Trust Company, N.A., Deutsche Bank National Trust Co., Nomura Credit & Capital, Inc., Impac Funding Corporation, Waldners Business Environments, Inc.[2], and United Parcel Service (Docket No. 156).

4.      Hahn & Hessen LLP ("*Hahn & Hessen*") and Blank Rome were selected by the Committee to serve as co-counsel to the Committee, and BDO Seidman LLP ("*BDO*") was selected by the Committee to serve as financial advisor to the Committee.

5.      On September 4, 2007, the Court entered the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the *"Administrative Order"*) (Docket No. 547).

6.      On September 14, 2007, the Committee filed with the Court the Application of the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for an Order Authorizing the Committee to Retain and Employ Blank Rome LLP as Its Co-

7.      Counsel Pursuant to 11 U.S.C. Sections 328 and 1103 and Fed. R. Bankr. P. 2014

---

[2] Waldner Business Environments, Inc. has since resigned.

*Nunc Pro Tunc* as of August 14, 2007 (the *"Blank Rome Retention Application"*) (Docket No. 759). On November 28, 2007, the Court entered an order approving the Blank Rome Retention Application (Docket No. 2202).

8. Blank Rome is a nationally recognized law firm with extensive experience and expertise in bankruptcy and reorganization proceedings, particularly with respect to the representation of debtors and creditors' committees.

9. Presently, the attorneys at Blank Rome having the day-to-day responsibility for representation of the Committee in the Chapter 11 Cases are Bonnie Glantz Fatell and David Carickhoff. Blank Rome has drawn and will draw upon the knowledge and skills of other firm attorneys to provide services as the need arises.

**Relief Requested**

10. Blank Rome submits this Fee Application pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*), the Administrative Order, and Del. Bankr. LR 2016-2. By this Fee Application, Blank Rome seeks interim allowance of compensation for actual and necessary professional services rendered in the amount of $43,313.00 for the Application Period, and seeks payment of 80% of this amount, $34,650.40 and seeks the allowance and payment of 100% of its actual and necessary expenses in the amount of $584.53, in accordance with the terms of the Administrative Order.

11. Blank Rome has made all reasonable efforts to avoid duplication of work with its co-counsel, Hahn & Hessen.

**Summary of Fees**

12. The total number of hours expended by Blank Rome professionals and paraprofessionals in performing professional services for the Committee during the Application

3

Period was 101.3 hours at a blended billing rate of $427.57 per hour. The value of these services has been computed at the rates that Blank Rome customarily charges for similar services provided other clients.

13. A detailed chronological itemization of the services rendered by each attorney and paraprofessional during the Application Period, calculated by tenths of an hour and categorized in accordance with the appropriate project code, is attached hereto as **Exhibit "A"**. Every effort has been made by Blank Rome to categorize daily time entries in accordance with the correct project code. However, in some instances, services overlap between project codes. Thus, some services may appear under more than one code, although in no instance is a specific time entry recorded more than once.

14. Specifically, the services rendered by Blank Rome to the Committee during the Application Period included the following:

      (Project Code 1)      <u>Blank Rome Fee/Employment Applications</u>:

Blank Rome prepared its combined fourth and fifth monthly fee application for the period of November 1, 2007 through December 31, 2007, and prepared a preliminary draft of its second interim fee application. Such work required coordination between and among the Accounting Department, paralegals, and attorneys, for retrieval and review of billing statements, and drafting and revising the fee applications. Blank Rome also prepared for the hearing on its first interim fee application.

      **Total Hours: 8.1**      **Total Fees: $2,010.00**

      (Project Code 2)      <u>Other Professionals' Fee/Employment Application</u>:

Blank Rome reviewed and analyzed fee applications filed by numerous Debtors'

4

professionals. Blank Rome, in coordination with Hahn & Hessen, prepared, filed and oversaw service of a (i) joinder and limited objection on behalf of the Committee to Northwest Trustee Services' compensation applications filed to date, thereby joining Debtors' objection with regard to same, and (ii) second joinder with regard to Northwest Trustee Services' November monthly fee application.

Blank Rome also reviewed numerous invoices and affidavits of such professionals, including Hutchens Sinter, K. Shaw, McDonald McKenzie, Robert J. Hopp, Blommer Peterman, Phillips Olore, Farrell Fritz, Greenberg Glusker, Zeichner Ellman, T.D. Service, Knuckles & Kominski, John F. Michaels Chartered, Stern Levanthal, Pendergast Firm, Farr Burke, Sandra Kraege Higbee, and others, including certain broker commission requests.

In addition, Blank Rome, as co-counsel, reviewed, revised, filed and oversaw service of (i) Trenwith's amended retention application and (ii) BDO's second monthly fee application, and (iii) it prepared for the upcoming hearing on Hahn & Hessen's and BDO's first interim fee applications.

**Total Hours: 20.8    Total Fees: $7,678.50**

(Project Code 4)    <u>Claims Analysis and Objections</u>:

Blank Rome corresponded with creditors, and provided information as to the status of the case, the claims bar date, and other general information. Further, Blank Rome reviewed Waldner's emergency motion for the return of reclamation goods, and participated in an expedited hearing regarding the same. Blank Rome also communicated with counsel regarding the CSFB loan and related issues.

**Total Hours: 1.5    Total Fees: $827.00**

5

(Project Code 5)   Committee Business and Meetings:

As co-counsel to the Committee, Blank Rome prepared for and participated in all aspects of Committee business, including, without limitation, attendance at Committee meetings via teleconference, procedural matters of import to the case, and in the general provision of information regarding case status.  Blank Rome also participated in meetings and teleconferences with Hahn & Hessen and BDO on a host of issues, in order to coordinate and share analyses on matters affecting the estate.  In preparation for such meetings, Blank Rome reviewed meeting agendas, reports prepared by BDO, and pertinent pleadings.

**Total Hours: 3.9       Total Fees: $2,025.00**

(Project Code 6)   Case Administration:

The time billed to this category includes services related to general administrative and case management matters, including, but not limited to, filing pleadings, calendaring hearings, reviewing orders, reviewing the docket, and circulating pertinent pleadings.  This category also includes time that otherwise would not comport with an identified project code.   Blank Rome devoted a considerable amount of time monitoring and reviewing the docket, reviewing official transcripts of court hearings, retrieving and transmitting recently filed pleadings, and reviewing motions, objections, responses and orders.    Blank Rome also maintained and updated a case calendar of critical events which highlighted the deadlines and hearing dates of pertinent matters.  Further, Blank Rome was responsible for monitoring changes to the 2002 service list, and e-filing pleadings on behalf of the Committee and its professionals.  Further, Blank Rome monitored various pleadings and notices, including the claims bar date notice, and communicated

with Hahn & Hessen to discuss pertinent issues.

**Total Hours: 11.2        Total Fees: $3,588.00**

(Project Code 7)        Debtor's Business Operations:

Blank Rome reviewed each of the Debtor's monthly operating reports. Blank Rome further reviewed the Order authorizing the Debtors to abandon and destroy certain duplicate loan files.

**Total Hours: 0.3        Total Fees: $67.50**

(Project Code 8)        Employee Benefits / General Labor:

Blank Rome, in conjunction with Hahn & Hessen, filed and oversaw service of the Committee's limited objection to Debtors' motion to approve payment of travel and entertainment related expenses incurred by certain of Debtors' terminated employees.

**Total Hours: 0.2        Total Fees: $45.00**

(Project Code 12)        Sale of Assets/Asset Purchase Agreement:

The time billed to this matter relates to the sale of the Debtors' assets and includes negotiations in connection with the same. Blank Rome communicated with Hahn & Hessen and the Debtors, reviewed and analyzed pleadings, and, on behalf of the Committee, negotiated various changes to asset purchase agreements and settlement agreements.

Specifically, Blank Rome reviewed and analyzed multiple documents and reports concerning the Debtors' sale of its servicing business. Blank Rome also heavily communicated with the Debtors' counsel, the Debtors' advisors Hahn & Hessen, and BDO, regarding the sale process of Thrift Financial. Blank Rome conducted necessary legal research and analyzed

7

pertinent issues related to the sale. Blank Rome also spent a considerable amount of time reviewing materials, issues and matters related to Thrift's business operations.

Finally, Blank Rome spent time reviewing and monitoring additional pleadings, including a motion to retain a professional to sell the Broadhollow property, a motion regarding non-conforming loans, and an order related to sale procedures for miscellaneous assets. Blank Rome further reviewed documents related to HELOC loans and loans owned by non-debtor subsidiaries, and communicated with other parties to deal with time-sensitive matters.

**Total Hours: 26.7        Total Fees: $15,461.50**

(Project Code 13)        <u>Stay Relief Issues</u>:

The time billed to this matter relates to stay relief issues. Blank Rome reviewed and analyzed the Debtors' response to JP Morgan Chase's motion for stay relief, and the motion for stay relief filed by an insurance company. Further, Blank Rome reviewed and executed the Committee's Joinder to the Debtors' response to a stay relief motion filed by Cauthorne.

**Total Hours: 2.1        Total Fees: $736.50**

(Project Code 14)        <u>Secured Creditor/Equipment Lessor Issues</u>:

The time billed to this matter relates to secured creditor and equipment lessor issues. Blank Rome reviewed pleadings related to Citi Mortgage's loan files.

**Total Hours: 0.4        Total Fees: $240.00**

(Project Code 17)        <u>Hearings - Attendance / Preparation</u>:

The time billed to this matter relates to the attendance at hearings and related proceedings and includes time spent in preparation for the same. Typically, time billed to this matter involves

8

hearings on multiple matters that cannot be segregated efficiently. Blank Rome spent a considerable amount of time preparing for and attending omnibus hearings, by reviewing the agenda and related pleadings. Specifically, Blank Rome prepared for the hearings that took place on January 4, 2008, January 14, 2008, November 28, 2007, December 12, 2007, and December 21, 2007, by reviewing the amended agendas, the pleadings related to the various matters going forward. Further, Blank Rome attended the conference / hearings held on January 17, 2008 and January 24, 2008 in connection with certain of the adversary proceedings (Calyon New York matter).

**Total Hours: 21.9       Total Fees: $8,946.50**

(Project Code 21)       Adversary Litigation

The time billed to this matter relates to adversary litigation filed against and by the Debtors, and Blank Rome's review and monitoring of such proceedings, pleadings, settlement stipulations, and other issues pertinent to the Committees' interests.

Blank Rome spent time reviewing the settlement documents for the adversary proceeding initiated by CSFB, Bear Stearns/EMC and Calyon. Blank Rome communicated with the Debtors' counsel regarding the settlement and stipulation. Blank Rome also attended a conference before the Court regarding the status of the litigation and settlement negotiations. Blank Rome further reviewed and monitored the other eight pending adversary proceedings. In that regard, Blank Rome reviewed various settlement agreements, including the settlement with Alltex.

**Total Hours: 4.2       Total Fees: $1,687.50**

9

**Actual and Necessary Costs and Expenses Incurred**

15. Reimbursement of expenses in the amount of $584.53 is sought herein. A categorized summary of the actual and necessary costs and expenses incurred by Blank Rome during the Application Period, and an itemization of each expense within each category, is attached as **Exhibit "B"**. Blank Rome reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such expenses may not have been captured to date in Blank Rome's billing system.

**Compliance with the Bankruptcy Code, the Bankruptcy Rules and Local Rules**

16. In accordance with Del. Bankr. LR 2016-2, a summary schedule of hours and fees for each attorney and paraprofessional, and a summary of hours and fees categorized by project code follow the cover sheet to this Fee Application. The undersigned submits that this Fee Application complies with Del. Bankr. LR 2016-2.

17. Blank Rome submits that the services rendered and expenses incurred were actual and necessary and that the compensation sought is reasonable and in accordance with the standards of section 330 of the Bankruptcy Code.

18. No agreement or understanding exists between Blank Rome and any other entity (other than members or employees of Blank Rome) for the sharing of compensation received or to be received for services rendered in or in connection with the Chapter 11 Cases.

**Notice**

19. As required by the Administrative Order, a copy of this Fee Application has been served upon: (a) the Debtors; (b) Debtors' Counsel; (c) the Office of the United States Trustee; and (d) counsel to the DIP Lender. Notice of this Fee Application was served upon all parties requesting notice pursuant to Bankruptcy Rule 2002.

10

128189.01600/21673566v.2

WHEREFORE, Blank Rome respectfully requests an award of compensation for professional services rendered as co-counsel to the Committee during the Application Period in the sum of $34,650.40 (80% of $43,313.00[2]), together with the reimbursement of disbursements in the amount of $584.53; and such other and further relief that the Court deems just and proper.

Dated: March 20, 2008

BLANK ROME LLP

*Bonnie Fatell* (signature)

Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:     (302) 425-6464

*Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage, Inc., et al.*

---

[2] The $43313.00 reflects a voluntary adjustment and reduction by Blank Rome with respect to its fees in the aggregate amount of $562.50. These reductions take into consideration excess or duplicative time.

11

128189.01600/21673566v.2