# AMERICAN HOME MORTGAGE COMPANY
## PROFESSIONAL BACKGROUND
### JANUARY 1 - 31, 2008

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Eckstein, A. | Partner Since 2001, Member of NY Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Business Restructuring and Bankruptcy | $615.00 | 7.30 | $4,489.50 |
| Fatell, B. | Partner Since 2000, Member of PA Bar Since 1981, Member of DE Bar Since 1999, Area of Expertise - Business Restructuring and Bankruptcy | $600.00 | 25.40 | $15,240.00 |
| Storero, J. | Partner Since 1999, Member of PA Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Public Companies and Capital Formation | $580.00 | 16.00 | $9,280.00 |
| DeBaecke, M. | Partner Since 2001, Member of DE Since 1993, Member of PA Since 1994, Area of Expertise - Business Restructuring and Bankruptcy | $450.00 | 3.00 | $1,350.00 |
| Baumgarten, I. | Associate Since 2006, Member of NJ Bar Since 2003, Member of NY Bar Since 2002, Area of Expertise - Financial Services/Real Estate | $450.00 | 2.20 | $990.00 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $420.00 | 3.30 | $1,386.00 |
| Staib, J. | Associate Since 2002, Member of DE Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $385.00 | 4.40 | $1,694.00 |
| Taylor-Kamara, I. | Paralegal | $260.00 | 0.60 | $156.00 |
| Senese, K. | Paralegal | $225.00 | 36.30 | $8,167.50 |
| Moody, T. | Paralegal | $200.00 | 2.80 | $560.00 |
| Grand Total: | | | **101.30** | **$43,313.00** |
| Blended Rate: | | | | 427.57 |

AMERICAN HOME MORTGAGE COMPANY
PROJECT CODE SUMMARY
JANUARY 1 - 31. 2008

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 8.10 | $2,010.00 |
| 2 | Other Professionals' Fee/Employment Issues | 20.80 | $7,678.50 |
| 3 | Executory Contracts and Unexpired Leases | | |
| 4 | Claims Analysis and Objections | 1.50 | $827.00 |
| 5 | Committee Business and Meetings | 3.90 | $2,025.00 |
| 6 | Case Administration | 11.20 | $3,588.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.30 | $67.50 |
| 8 | Employee Benefits/General Labor | 0.20 | $45.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | | |
| 10 | Financing Issues | | |
| 11 | Regulatory Matters | | |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 26.70 | $15,461.50 |
| 13 | Stay Relief Issues | 2.10 | $736.50 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.40 | $240.00 |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | | |
| 17 | Hearings - Attendance/Preparation | 21.90 | $8,946.50 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | | |
| 21 | Adversary Litigation | 4.20 | $1,687.50 |
| | **TOTALS** | **101.30** | **$43,313.00** |

AMERICAN HOME MORTGAGE COMPANY
EXPENSE SUMMARY
JANUARY 1 - 31, 2008

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | In-House @ $.24/minute | $1.62 |
| Facsimile | In-House @ $.35/page | $6.84 |
| Reproduction of Documents | In-House @ $.10/copy | $98.20 |
| Courier and Express Services | Federal Express | $107.44 |
| Travel Expense | Bonnie Fatell | $55.59 |
| Special Mailing Charges | | $4.00 |
| Meeting Expense | | $25.00 |
| Record/Docket Searches | | $285.84 |
| **TOTAL** | | **$584.53** |