## AMERICAN HOME MORTGAGE COMPANY
## PROJECT CODE SUMMARY
## JANUARY 1 - 31. 2008

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 8.10 | $2,010.00 |
| 2 | Other Professionals' Fee/Employment Issues | 20.80 | $7,678.50 |
| 3 | Executory Contracts and Unexpired Leases | | |
| 4 | Claims Analysis and Objections | 1.50 | $827.00 |
| 5 | Committee Business and Meetings | 3.90 | $2,025.00 |
| 6 | Case Administration | 11.20 | $3,588.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 0.30 | $67.50 |
| 8 | Employee Benefits/General Labor | 0.20 | $45.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | | |
| 10 | Financing Issues | | |
| 11 | Regulatory Matters | | |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 26.70 | $15,461.50 |
| 13 | Stay Relief Issues | 2.10 | $736.50 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.40 | $240.00 |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | | |
| 17 | Hearings - Attendance/Preparation | 21.90 | $8,946.50 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | | |
| 21 | Adversary Litigation | 4.20 | $1,687.50 |
| | **TOTALS** | **101.30** | **$43,313.00** |

# Project Code 1

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE<br>VALUE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE |
|---|---|---|---|---|
| PROJECT CODE:  01 | | | | |
| Jan 13 08 | FURTHER PREPARATION FOR HEARING ON BLANK ROME'S FIRST INTERIM FEE APPLICATION HEARING/HEARING BINDER, INCLUDING VERIFYING FIGURES SET FORTH ON PROPOSED OMNIBUS ORDER GRANTING INTERIM FEE APPLICATIONS; E-MAIL EXCHANGES WITH B. FATELL | SENESE | 0.30 | $67.50 |
| Jan 14 08 | FINAL PREPARATION FOR HEARING ON BLANK ROME'S FIRST INTERIM FEE APPLICATION; TELEPHONE FROM B. FATELL | SENESE | 0.40 | $90.00 |
| Jan 14 08 | E-MAIL EXCHANGE WITH M. VONGTAMA REGARDING STATUS OF REVIEW OF BLANK ROME'S NOVEMBER 07 TIME NARRATIVES; SUBSEQUENT E-MAIL TO B. FATELL WITH REGARD TO SAME AND DECEMBER 07 TIME, AS WELL | SENESE | 0.10 | $22.50 |
| Jan 15 08 | REVIEW AND DISTRIBUTE ORDER APPROVING FIRST INTERIM FEE APPLICATION REQUESTS | SENESE | 0.10 | $22.50 |
| Jan 17 08 | REVIEW ORDER APPROVING FEE APPLICATIONS | FATELL | 0.10 | $60.00 |
| Jan 24 08 | ORGANIZATION OF CASE PLEADINGS/DOCUMENTS AND UPDATE FILE INDEX (MONTHLY AND INTERIM FEE APPLICATIONS - BLANK ROME) | SENESE | 0.10 | $22.50 |
| Jan 28 08 | REVIEW, EDIT, CODE AND REVISE BLANK ROME'S NOVEMBER MONTHLY PROFORMA | SENESE | 0.50 | $112.50 |
| Jan 28 08 | REVIEW, EDIT, CODE AND REVISE BLANK ROME'S DECEMBER MONTHLY PROFORMA | SENESE | 0.50 | $112.50 |
| Jan 29 08 | COMPLETE REVIEW, EDITING/CODING OF NOVEMBER AND DECEMBER PROFORMA SHEETS; E-MAIL EXCHANGE WITH B. FATELL REGARDING POSSIBLE REDUCTIONS/WRITE-OFFS | SENESE | 3.00 | $675.00 |
| Jan 29 08 | PREPARE PRELIMINARY DRAFT OF BLANK ROME'S SECOND INTERIM FEE APPLICATION | SENESE | 1.00 | $225.00 |
| Jan 29 08 | DRAFT BLANK ROME'S COMBINED FOURTH AND FIFTH MONTHLY FEE APPLICATION; DISTRIBUTE TO M. VONGTAMA FOR FURTHER REVIEW AND PROJECT CODE NARRATIVE INSERTION; E-MAIL TO M. VONGTAMA AND H. ROSCOE REGARDING STATUS OF EDITED PROFORMA SHEETS AND EVENTUAL PREPARATION OF CLEAN EXHIBIT SHEETS AND COMPLETION OF COMBINED MONTHLY | SENESE | 1.60 | $360.00 |
| Jan 31 08 | REVIEW DRAFT FEE APPLICATION | FATELL | 0.40 | $240.00 |

| PROJECT CODE TOTALS  01 | TOTAL VALUE: | $2,010.00 | 8.10 |
|---|---|---|---|

# Project Code 2

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE VALUE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE |
|---|---|---|---|---|
| PROJECT CODE: 02 |  |  |  |  |
| Jan 02 08 | REVIEW FORECLOSURE SPECIALISTS FEE APPLICATION | FATELL | 0.20 | $120.00 |
| Jan 07 08 | REVIEW, FINALIZE AND FORMAT COMMITTEE'S LIMITED OBJECTION AND JOINDER REGARDING NORTHWEST TRUSTEE SERVICES' COMPENSATION APPLICATIONS; REVIEW RELATED NOTICE, DRAFT CERTIFICATE OF SERVICE; E-FILE AND SERVICE OF SAME VIA FACSIMILE | SENESE | 0.40 | $90.00 |
| Jan 07 08 | REVIEW AND FINALIZE OBJECTIONS TO FEE APPLICATIONS OF FORECLOSURE PROFESSIONALS; E-MAILS WITH CO-COUNSEL REGARDING SAME | CARICKHOFF | 0.90 | $378.00 |
| Jan 08 08 | REVIEW AND E-MAIL APPROVING BLOMMER FEE REQUEST | ECKSTEIN | 0.20 | $123.00 |
| Jan 08 08 | REVIEW NOTICES RELATING TO EACH OF THE DEBTORS' PROFESSIONALS' INTERIM COMPENSATION REQUESTS AND CERTAIN RELATED MONTHLY FILINGS AND DRAFT CERTIFICATE OF SERVICE AND SERVICE LIST (DEBTORS' COUNSEL, UST AND EACH PROFESSIONAL IMPACTED BY RESPONSE) WITH RESPECT TO SERVICE OF COMMITTEE'S OBJECTION TO INTERIM FEE REQUESTS OF DEBTORS' PROFESSIONALS (0.6); SERVICE OF SAME VIA FACSIMILE OR FIRST CLASS MAIL (0.2); E-MAIL EXCHANGES WITH D. CARICKHOFF REGARDING SERVICE REQUIREMENTS (0.1); FORMAT AND E-FILE CERTIFICATE OF SERVICE (0.1) | SENESE | 1.00 | $225.00 |
| Jan 08 08 | E-MAIL EXCHANGE WITH J. SMITH (HAHN) REGARDING STATUS OF CERTIFICATE OF NO OBJECTION RE HAHN'S THIRD MONTHLY FEE APPLICATION | SENESE | 0.10 | $22.50 |
| Jan 08 08 | FORMAT AND E-FILE CERTIFICATE OF SERVICE WITH RESPECT TO SERVICE OF COMMITTEE'S LIMITED OBJECTION AND JOINDER WITH RESPECT TO NORTHWEST TRUSTEE SERVICES' COMPENSATION APPLICATIONS | SENESE | 0.10 | $22.50 |
| Jan 08 08 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS TO HAHN'S THIRD MONTHLY FEE APPLICATION; PREPARE AND E-FILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO HAHN'S THIRD MONTHLY FEE APPLICATION; E-MAIL EXCHANGE WITH D. CARICKHOFF REGARDING E-FILING APPROVAL | SENESE | 0.20 | $45.00 |
| Jan 08 08 | REVIEW AND REVISE CNO FOR HAHN & HESSEN OCTOBER FEE APPLICATION | CARICKHOFF | 0.10 | $42.00 |
| Jan 09 08 | REVIEW E-MAIL REQUESTS TO PAY BROKERS AND SCHEDULES AND RESPOND TO SAME | ECKSTEIN | 0.40 | $246.00 |
| Jan 09 08 | E-MAIL EXCHANGE WITH N. VANDERHOOP AND B. FATELL REGARDING BDO APPEARANCE AT INTERIM FEE APPLICATION HEARING | SENESE | 0.10 | $22.50 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE<br>VALUE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE |
|---|---|---|---|---|
| Jan 10 08 | RECEIVE AND REVIEW OCP K. SHAW FEE REQUEST;<br>E-MAIL RESPONSE TO SAME | ECKSTEIN | 0.20 | $123.00 |
| Jan 10 08 | E-MAIL TO B. FATELL AND A. ECKSTEIN REGARDING<br>ORDINARY COURSE PROFESSIONAL FEES | BAUMGARTEN | 0.10 | $45.00 |
| Jan 11 08 | E-MAIL EXCHANGES WITH N. VANDERHOOP REGARDING<br>TELEPHONICALLY PARTICIPATING IN THE INTERIM FEE<br>APPLICATION HEARING WITH RESPECT TO BDO'S<br>INTERIM FEE APPLICATION | SENESE | 0.20 | $45.00 |
| Jan 11 08 | DRAFT PROPOSED ORDER APPROVING HAHN & HESSEN'S<br>FIRST INTERIM AND BDO SEIDMAN'S FIRST INTERIM<br>FEE APPLICATION; E-MAIL EXCHANGES WITH D.<br>CARICKHOFF REGARDING SAME | SENESE | 0.40 | $90.00 |
| Jan 11 08 | E-MAIL EXCHANGE WITH M. MUFTUOGLO REGARDING<br>STATUS OF BDO'S SECOND MONTHLY FEE APPLICATION | SENESE | 0.10 | $22.50 |
| Jan 11 08 | REVIEW DRAFT OMNIBUS FEE ORDER | CARICKHOFF | 0.20 | $84.00 |
| Jan 11 08 | REVIEW COURT DOCKET AND PRINT AND DISTRIBUTE<br>PLEADINGS REGARDING ORDINARY COURSE<br>PROFESSIONALS | TAYLOR-KAM | 0.60 | $156.00 |
| Jan 13 08 | FURTHER PREPARATION FOR HEARING ON HAHN &<br>HESSEN'S AND BDO'S FIRST INTERIM FEE<br>APPLICATIONS, INCLUDING VERIFYING FIGURES SET<br>FORTH ON PROPOSED OMNIBUS ORDER GRANTING<br>INTERIM FEE APPLICATIONS | SENESE | 0.30 | $67.50 |
| Jan 14 08 | REVIEW OF MCDONALD MCKENZIE OCP FEE REQUESTS;<br>E-MAIL APPROVAL OF SAME | ECKSTEIN | 0.40 | $246.00 |
| Jan 14 08 | REVIEW OF FARR BURKE OCP FEE REQUESTS; E-MAIL<br>APPROVAL OF SAME | ECKSTEIN | 0.10 | $61.50 |
| Jan 14 08 | REVIEW OF ROBERT J. HOPP OCP FEE REQUEST;<br>E-MAIL APPROVAL REGARDING SAME | ECKSTEIN | 0.20 | $123.00 |
| Jan 14 08 | REVIEW OF BLOMMER PETERMAN OCP FEE REQUESTS;<br>E-MAIL APPROVAL | ECKSTEIN | 0.10 | $61.50 |
| Jan 14 08 | REVIEW OF SANDRA K. HIGBY OCP FEE REQUESTS;<br>E-MAIL APPROVAL OF SAME | ECKSTEIN | 0.20 | $123.00 |
| Jan 14 08 | REVIEW OF PHILLIPS, OLORE OCP FEE REQUESTS FOR<br>AUGUST THROUGH DECEMBER; E-MAIL REGARDING<br>APPROVAL OF SAME | ECKSTEIN | 0.30 | $184.50 |
| Jan 14 08 | PREPARE FOR HEARING ON BEHALF OF M. INDELICATO<br>(HAHN'S FIRST INTERIM FEE APPLICATION); E-MAIL<br>EXCHANGES WITH J. SMITH | SENESE | 0.60 | $135.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE VALUE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE |
|---|---|---|---|---|
| Jan 14 08 | REVIEW BDO'S DRAFT SECOND MONTHLY FEE APPLICATION (NOVEMBER 07); DRAFT NOTICE OF SAME AND CERTIFICATE OF SERVICE FOR SAME; DISTRIBUTE TO B. FATELL FOR REVIEW AND E-FILING APPROVAL; INITIAL PREPARATION FOR SERVICE OF NOTICE UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.40 | $90.00 |
| Jan 15 08 | E-MAIL EXCHANGE WITH M. MUFTUOGLU (BDO) REGARDING THE FILING STATUS OF BDO'S MONTHLY | SENESE | 0.10 | $22.50 |
| Jan 15 08 | REVISE NOTICE; FORMAT AND E-FILE BDO'S SECOND MONTHLY FEE APPLICATION (NOV) AND RELATED PLEADINGS, EXHIBIT DOCUMENTATION; ARRANGE FOR SERVICE OF NOTICE UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL; SERVICE OF APPLICATION UPON NOTICE PARTIES VIA OVERNIGHT MAIL | SENESE | 1.10 | $247.50 |
| Jan 16 08 | CURSORY REVIEW OF WEINREB FEE APPLICATION | ECKSTEIN | 0.20 | $123.00 |
| Jan 16 08 | REVISE CERTIFICATE OF SERVICE WITH RESPECT TO SERVICE OF BDO'S SECOND MONTHLY FEE APPLICATION, DISTRIBUTE TO B. FATELL WITH NOTE REGARDING ADJUSTED OBJECTION DEADLINE | SENESE | 0.10 | $22.50 |
| Jan 16 08 | SERVICE OF BDO'S SECOND MONTHLY UPON NOTICE PARTIES VIA OVERNIGHT MAIL; CONFIRM SERVICE OF NOTICE ONLY UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL | SENESE | 0.30 | $67.50 |
| Jan 16 08 | REPLY TO E-MAIL FROM M. MUFTUOGLA REGARDING SIGNED COPIES OF BDO'S SECOND MONTHLY AND FIRST INTERIM APPLICATIONS | SENESE | 0.10 | $22.50 |
| Jan 16 08 | E-MAIL EXCHANGES WITH A. ECKSTEIN REGARDING THE STATUS OF MOTION TO ESTABLISH PROCEDURES FOR COMPENSATION OF ORDINARY COURSE PROFESSIONALS (DKT. 2389); ONLINE INQUIRY, REVIEW DOCKET, CERTAIN PLEADINGS TO DETERMINE MOTION WAS DENIED | SENESE | 0.10 | $22.50 |
| Jan 17 08 | REVISE, FORMAT AND E-FILE JOINDER OF THE COMMITTEE TO DEBTORS' OBJECTION TO NORTHWEST TRUSTEE SERVICES' NOVEMBER FEE APPLICATION; E-MAIL EXCHANGES WITH B. FATELL, E. KEARY AND E. SCHNITZER | SENESE | 0.20 | $45.00 |
| Jan 18 08 | REVIEW FEE APPLICATIONS | FATELL | 0.40 | $240.00 |
| Jan 22 08 | ATTENTION TO E-MAILS AND SCHEDULES REGARDING BROKER OCP PAYMENTS; E-MAIL RESPONSES | ECKSTEIN | 0.30 | $184.50 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE VALUE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE |
|---|---|---|---|---|
| Jan 22 08 | FOLLOW-UP E-MAIL TO B. FATELL REQUESTING E-FILING APPROVAL FOR CERTIFICATE OF SERVICE WITH RESPECT TO BDO'S SECOND MONTHLY FEE APPLICATION | SENESE | 0.10 | $22.50 |
| Jan 22 08 | E-MAIL EXCHANGE WITH B. FATELL; REVISE CERTIFICATE OF SERVICE WITH RESPECT TO SERVICE OF BDO'S SECOND MONTHLY FEE APPLICATION; E-FILE SAME | SENESE | 0.10 | $22.50 |
| Jan 24 08 | ORGANIZATION OF CASE PLEADINGS/DOCUMENTS AND UPDATE FILE INDEX (MONTHLY AND INTERIM FEE APPLICATIONS - BDO, HAHN & DEBTORS' PROFESSIONALS) | SENESE | 0.20 | $45.00 |
| Jan 25 08 | REVIEW OF PENDERGAST OCP FEE REQUEST; E-MAIL RESPONSE | ECKSTEIN | 0.20 | $123.00 |
| Jan 25 08 | REVIEW OF FARRELL FRITZ OCP FEE REQUEST; E-MAIL RESPONSE | ECKSTEIN | 0.20 | $123.00 |
| Jan 25 08 | REVIEW OF GREENBERG GLUSKER OCP FEE REQUEST; E-MAIL RESPONSE | ECKSTEIN | 0.20 | $123.00 |
| Jan 25 08 | REVIEW OF HUTCHENS SENTER OCP FEE REQUEST; E-MAIL RESPONSE | ECKSTEIN | 0.20 | $123.00 |
| Jan 28 08 | REVIEW AND ANALYSIS OF BROKER OCP PAYMENT REQUESTS; E-MAIL RESPONSE REGARDING SAME | ECKSTEIN | 0.30 | $184.50 |
| Jan 28 08 | REVIEW DRAFT AMENDED TRENWITH RETENTION APPLICATION (0.2); REVISE (0.6); MULTIPLE E-MAIL EXCHANGES AND TELEPHONE CALL TO D. CARICKHOFF REGARDING FORM AND CONTENT (0.3); ADDITIONAL E-MAIL EXCHANGES WITH E. KEARY (HAHN) REGARDING FORM OF APPLICATION (0.3 ); DRAFT NOTICE, PROPOSED ORDER AND CERTIFICATE OF SERVICE/SERVICE LIST (0.4); FURTHER EXTENSIVE REVISIONS TO APPLICATION, INCLUDING INSERTION OF DETAILED BACKGROUND LANGUAGE DOCUMENTING PRIOR RELATED PLEADINGS, ETC. (2.3); ADDITIONAL E-MAIL EXCHANGES WITH D. CARICKHOFF (0.2); INITIAL PREPARATION FOR SERVICE OF NOTICE OF APPLICATION UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL (0.2); E-FILE (0.1); OVERSEE SERVICE OF NOTICE UPON ALL PARTIES ON 2002 SERVICE LIST VIA FIRST CLASS MAIL (0.2); SERVICE OF APPLICATION UPON CERTAIN INTERESTED PARTIES VIA OVERNIGHT MAIL (0.4) | SENESE | 5.00 | $1,125.00 |
| Jan 28 08 | REVIEW AND REVISE AMENDED APPLICATION TO RETAIN TRENWITH AS INVESTMENT BANKERS FOR COMMITTEE; E-MAILS REGARDING SAME WITH CO-COUNSEL | CARICKHOFF | 1.20 | $504.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE VALUE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE |
|------------|-----------|------------|-------|----------|
| Jan 29 08 | REVIEW OF ZEICHNER ELLMAN OCP PAYMENT REGARDING REQUESTS; E-MAIL RESPONSE | ECKSTEIN | 0.20 | $123.00 |
| Jan 29 08 | REVIEW OF T.D. SERVICE (FORMERLY STEVEN J. MELMET, INC.) OCP FEE REQUEST; E-MAIL TO R. BARTLEY REGARDING DISCLOSURE ISSUES | ECKSTEIN | 0.30 | $184.50 |
| Jan 29 08 | REVIEW OF BLOOMER PETERMAN OCP FEE REQUEST; E-MAIL RESPONSES REGARDING SAME. | ECKSTEIN | 0.20 | $123.00 |
| Jan 29 08 | REVIEW OF KNUCKLES & KOMINSKI OCP FEE REQUEST; E-MAIL TO R. BARTLEY REGARDING SAME | ECKSTEIN | 0.10 | $61.50 |
| Jan 29 08 | REVIEW JOHN F. MICHAELS CHARTERED OCP FEE REQUEST; E-MAIL OPPOSING SAME | ECKSTEIN | 0.20 | $123.00 |
| Jan 29 08 | REVIEW OF STERN LEVINTHAL OCP FEE REQUEST (.5); E-MAIL TO R. BARTLEY REGARDING ISSUES AND CONCERNS REGARDING SAME.(.2) | ECKSTEIN | 0.70 | $430.50 |
| Jan 29 08 | REVIEW AND E-MAIL RESPONSES TO OCP BROKER COMMISSION REQUESTS | ECKSTEIN | 0.40 | $246.00 |

PROJECT CODE TOTALS  02                    TOTAL VALUE:    $7,678.50      20.80

# Project Code 4

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE<br>VALUE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE |
|---|---|---|---|---|
| PROJECT CODE: 04 | | | | |
| Jan 08 08 | TELEPHONE CONFERENCE WITH Z. ALLINSON, COUNSEL<br>FOR CONSTRUCTION TO PERMANENT LOAN BORROWER N.<br>LOFTIS REGARDING CSFB LOAN AND PROBLEMS<br>REGARDING FURTHER ADVANCES AND IDENTIFYING<br>OWNERSHIP OF LOAN AND THINGS TO BE DONE | ECKSTEIN | 0.30 | $184.50 |
| Jan 14 08 | CORRESPONDENCE WITH CREDITOR | FATELL | 0.20 | $120.00 |
| Jan 29 08 | E-MAIL EXCHANGE WITH D. CARICKHOFF; REVIEW BAR<br>DATE NOTICE IN LIGHT OF PHONE CALL FROM<br>CREDITOR | SENESE | 0.10 | $22.50 |
| Jan 29 08 | TELEPHONE CALL FROM CREDITOR, TOM KONNE OF<br>ALLSTAR REALTY IN VERMONT, INQUIRING STATUS OF<br>DEBTOR AND REQUESTING CERTAIN CASE INFORMATION | MOODY | 0.10 | $20.00 |
| Jan 31 08 | PARTICIPATE IN EMERGENCY HEARING ON WALDNER<br>RECLAMATION CLAIM | FATELL | 0.40 | $240.00 |
| Jan 31 08 | REVIEW EMERGENCY MOTION REGARDING RETURN OF<br>RECLAIMED GOODS | FATELL | 0.40 | $240.00 |

| PROJECT CODE TOTALS  04 | TOTAL VALUE: | $827.00 | 1.50 |
|---|---|---|---|

# Project Code 5

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE<br>VALUE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE |
|---|---|---|---|---|
| PROJECT CODE: 05 | | | | |
| Jan 10 08 | ATTEND WEEKLY COMMITTEE TELEPHONIC MEETING | FATELL | 1.00 | $600.00 |
| Jan 10 08 | REVIEW OF BDO REPORT IN PREPARATION FOR<br>COMMITTEE CONFERENCE CALL; PARTICIPATE IN<br>CONFERENCE CALL | BAUMGARTEN | 1.10 | $495.00 |
| Jan 16 08 | REVIEW OF DOCKET AND RELEVANT PLEADINGS TO<br>MONITOR CASE | BAUMGARTEN | 1.00 | $450.00 |
| Jan 31 08 | REVIEW AGENDA AND PARTICIPATE IN WEEKLY<br>COMMITTEE CONFERENCE CALL | FATELL | 0.80 | $480.00 |
| PROJECT CODE TOTALS  05 | TOTAL VALUE: | $2,025.00 | 3.90 | |

# Project Code 6

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE VALUE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE |
|---|---|---|---|---|
| PROJECT CODE: 06 | | | | |
| Jan 02 08 | REVIEW RECENT PLEADINGS AND DOCKETS | FATELL | 0.50 | $300.00 |
| Jan 02 08 | ORGANIZATION OF CASE PLEADINGS/DOCUMENTS AND UPDATE FILE INDEX | SENESE | 0.30 | $67.50 |
| Jan 02 08 | UPDATE 2002 SERVICE LIST/DATA SOURCE IN LIGHT OF NEWLY FILED REQUESTS FOR SERVICE OF PAPERS AND CHANGE OF ADDRESS FOR THE LAW FIRM OF SQUIRE, SANDERS AND DEMPSEY | SENESE | 0.30 | $67.50 |
| Jan 02 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.50 | $112.50 |
| Jan 02 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.80 | $180.00 |
| Jan 02 08 | REVIEW AND DISTRIBUTE COPY OF TRANSCRIPT FOR HEARING HELD NOVEMBER 28, 2007 | SENESE | 0.10 | $22.50 |
| Jan 07 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.50 | $112.50 |
| Jan 07 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.40 | $90.00 |
| Jan 07 08 | UPDATE 2002 SERVICE LIST / DATA SOURCE IN LIGHT OF WITHDRAWAL OF REQUEST FILED BY COUNSEL FOR CREDITOR BRCP AURORA MARKETPLACE | SENESE | 0.10 | $22.50 |
| Jan 08 08 | REVIEW AND DISTRIBUTE TRANSCRIPT OF DECEMBER 12, 2007 HEARING | SENESE | 0.10 | $22.50 |
| Jan 08 08 | UPDATE 2002 SERVICE LIST / DATA SOURCE IN LIGHT OF NEWLY FILED REQUEST OR SERVICE OF PAPERS | SENESE | 0.10 | $22.50 |
| Jan 09 08 | REVIEW UPDATED CALENDAR | FATELL | 0.10 | $60.00 |
| Jan 09 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.30 | $67.50 |
| Jan 09 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.40 | $90.00 |
| Jan 10 08 | UPDATE 2002 SERVICE LIST / DATA SOURCE IN LIGHT OF NEWLY FILED REQUESTS FOR SERVICE OF PAPERS AND A CHANGE OF FIRM BY COUNSEL | SENESE | 0.20 | $45.00 |
| Jan 13 08 | REVIEW NUMEROUS PLEADINGS TO MONITOR CASE | FATELL | 0.40 | $240.00 |
| Jan 15 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.40 | $90.00 |
| Jan 16 08 | CURSORY REVIEW OF DOCKET, PLEADINGS, OCP FEE | ECKSTEIN | 1.20 | $738.00 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE<br>VALUE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE |
|---|---|---|---|---|
| | APPLICATIONS, ORDERS AND CASE STATUS | | | |
| Jan 16 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND PLEADINGS | SENESE | 0.30 | $67.50 |
| Jan 16 08 | REVIEW AND DISTRIBUTE TRANSCRIPT OF HEARING HELD JANUARY 4, 2008 | SENESE | 0.10 | $22.50 |
| Jan 16 08 | ORGANIZATION OF CASE PLEADINGS/DOCUMENTS AND UPDATE FILE INDEX | SENESE | 0.40 | $90.00 |
| Jan 16 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.30 | $67.50 |
| Jan 16 08 | UPDATE AND REVISE 2002 SERVICE LIST | SENESE | 0.40 | $90.00 |
| Jan 17 08 | REVIEW DOCKET AND SELECT PLEADINGS TO MONITOR CASE | FATELL | 0.40 | $240.00 |
| Jan 17 08 | UPDATE 2002 SERVICE LIST/DATA SOURCE IN LIGHT OF NEWLY FILED REQUEST FOR SERVICE OF PAPERS | SENESE | 0.10 | $22.50 |
| Jan 17 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON (DKT. NOS. 2675-2739) | SENESE | 0.90 | $202.50 |
| Jan 18 08 | REVIEW UPDATED CALENDAR | FATELL | 0.20 | $120.00 |
| Jan 22 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| Jan 22 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.20 | $45.00 |
| Jan 24 08 | REVIEW AND DISTRIBUTE TRANSCRIPT OF HEARING HELD ON JANUARY 14, 2008 | SENESE | 0.10 | $22.50 |
| Jan 25 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND CERTAIN PLEADINGS | SENESE | 0.40 | $90.00 |
| Jan 25 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.20 | $45.00 |
| Jan 29 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.20 | $45.00 |

PROJECT CODE TOTALS 06          TOTAL VALUE:   $3,588.00   11.20

# Project Code 7

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE<br>VALUE | NARRATIVE | | TIMEKEEPER | HOURS | BILLABLE |
|---|---|---|---|---|---|
| PROJECT CODE: | 07 | | | | |
| Jan 15 08 | REVIEW AND DISTRIBUTE ORDER AUTHORIZING DEBTORS<br>TO ABANDON AND DESTROY CERTAIN DUPLICATE LOAN<br>FILES | | SENESE | 0.10 | $22.50 |
| Jan 24 08 | REVIEW AND DISTRIBUTE EACH DEBTOR'S MONTHLY<br>OPERATING REPORT | | SENESE | 0.20 | $45.00 |
| PROJECT CODE TOTALS | 07 | TOTAL VALUE: | $67.50 | 0.30 | |

# Project Code 8

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE VALUE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE |
|------------|-----------|------------|-------|----------|
| PROJECT CODE: 08 | | | | |
| Jan 25 08 | REVIEW, REVISE AND FORMAT COMMITTEE'S LIMITED OBJECTION TO MOTION TO APPROVE PAYMENT OF TRAVEL AND ENTERTAINMENT RELATED EXPENSES INCURRED BY CERTAIN OF DEBTORS' TERMINATED EMPLOYEES; REVIEW NOTICE OF MOTION TO DETERMINE NOTICE PARTIES; PREPARE NECESSARY CERTIFICATE OF SERVICE WITH RESPECT TO SAME; E-FILE AND SERVE VIA FACSIMILE | SENESE | 0.20 | $45.00 |

| | | | | |
|------------|-----------|------------|-------|----------|
| PROJECT CODE TOTALS   08 | | TOTAL VALUE: | $45.00 | 0.20 |

# Project Code 12

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE VALUE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE |
|---|---|---|---|---|
| PROJECT CODE: 12 | | | | |
| Jan 02 08 | TELEPHONE CALL WITH D. BERLINER REGARDING SALE OF THRIFT | FATELL | 0.20 | $120.00 |
| Jan 03 08 | REVIEW PLEADINGS RELATED TO HELOC ISSUES | FATELL | 0.60 | $360.00 |
| Jan 03 08 | REVIEW DEBTORS MOTION TO PREPARE TO CONSUMMATE SALE OF SERVICING BUSINESS AND RELATED AGREEMENTS | FATELL | 0.80 | $480.00 |
| Jan 03 08 | TELEPHONE CALL TO B. FATELL REGARDING LETTER; REVIEW E-MAIL REGARDING SALE OF THRIFT; E-MAIL B. FATELL REGARDING QUESTIONS AND ISSUES; TELEPHONE CONFERENCE WITH B. FATELL AND REVIEW E-MAIL RESPONSE | STORERO | 0.80 | $464.00 |
| Jan 09 08 | REVIEW MATERIALS ON SALE OF THRIFT TO PREPARE FOR MEETING WITH DEBTORS' ADVISORS | FATELL | 1.20 | $720.00 |
| Jan 09 08 | REVIEW E-MAILS REGARDING THRIFT FINANCIAL | STORERO | 1.40 | $812.00 |
| Jan 10 08 | REVIEW ADDITIONAL MATERIAL REGARDING THRIFT (.4); DISCUSS SALE WITH J. STORERO (.3) | FATELL | 0.70 | $420.00 |
| Jan 10 08 | CONFERENCE CALL WITH KROLL, MILESTONE, BDO AND HAHN AND J. STORERO REGARDING SALE PROCESS AND THRIFT OPERATIONS | FATELL | 1.60 | $960.00 |
| Jan 10 08 | FOLLOW UP CALL WITH COMMITTEE ADVISORS REGARDING THRIFT | FATELL | 0.50 | $300.00 |
| Jan 10 08 | TELECONFERENCE WITH J. STORERO REGARDING ADDITIONAL ISSUES TO EVALUATE RELATIVE TO THRIFT; REVIEW BDO REPORT TO COMMITTEE AND PREPARE FOR WEEKLY COMMITTEE CALL | FATELL | 0.40 | $240.00 |
| Jan 10 08 | CONFERENCE WITH B. FATELL; ATTEND CONFERENCE CALL; CONFERENCE CALL WITH CREDITORS' COUNSEL; REVIEW DOCUMENTS | STORERO | 3.60 | $2,088.00 |
| Jan 11 08 | REVIEW LEGAL ISSUES; PREPARE MEMO | STORERO | 1.20 | $696.00 |
| Jan 15 08 | REVIEW MATERIALS REGARDING BANK OF AMERICA | FATELL | 0.50 | $300.00 |
| Jan 15 08 | TELEPHONE CALL WITH DEBTOR REGARDING BANK OF AMERICA | FATELL | 1.00 | $600.00 |
| Jan 16 08 | RESEARCH LEGAL ISSUES; PREPARE MEMO REGARDING LEGAL ISSUES | STORERO | 6.80 | $3,944.00 |
| Jan 16 08 | REVIEW AND DISTRIBUTE NOTICE OF WITHDRAWAL OF DEBTORS' MOTION FOR SALE OF ITS CONSTRUCTION LOAN BUSINESS | SENESE | 0.10 | $22.50 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE VALUE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE |
|---|---|---|---|---|
| Jan 17 08 | REVIEW AND EDIT MEMO ON SALE OF THRIFT AND DISCUSS WITH J. STORERO | FATELL | 1.20 | $720.00 |
| Jan 17 08 | REVIEW MOTION TO RETAIN CBRE TO SELL BROADHOLLOW PROPERTY | FATELL | 0.20 | $120.00 |
| Jan 17 08 | REVISE MEMO; CONFERENCE WITH B. FATELL; REVISE MEMO TO ADDRESS ADDITIONAL OPTION | STORERO | 2.20 | $1,276.00 |
| Jan 18 08 | REVIEW DOCUMENTS REGARDING HELOC LOANS | FATELL | 0.40 | $240.00 |
| Jan 22 08 | REVIEW AND DISTRIBUTE NOTICE OF MODIFIED SALE PROCEDURES AND FORM OF ASSET PURCHASE AGREEMENT; UPDATE/MODIFY CALENDAR OF CRITICAL DATES AND EVENTS TO REFLECT RESPECTIVE DEADLINES AND DATES/TIMES | SENESE | 0.20 | $45.00 |
| Jan 25 08 | TELECONFERENCE WITH A. GRASSO REGARDING INTEREST IN PURCHASING CERTAIN LOANS; TELECONFERENCE WITH B. CLEARY REGARDING SAME; E-MAILS REGARDING SAME | CARICKHOFF | 0.40 | $168.00 |
| Jan 29 08 | TELECONFERENCE WITH T. KONNE REGARDING MORTGAGE LOAN ISSUES AND CLEARING TITLE TO SAME | CARICKHOFF | 0.30 | $126.00 |
| Jan 31 08 | REVIEW SALE PROCEDURES AND MOTION REGARDING NON-CONFORMING LOANS | FATELL | 0.40 | $240.00 |

PROJECT CODE TOTALS  12                    TOTAL VALUE:   $15,461.50      26.70

# Project Code 13

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE<br>VALUE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE |
|---|---|---|---|---|
| PROJECT CODE: 13 | | | | |
| Jan 02 08 | REVIEW DEBTOR RESPONSE TO JP MORGAN CHASE STAY<br>RELIEF MOTION | FATELL | 0.20 | $120.00 |
| Jan 02 08 | REVIEW DEBTOR OBJECTION TO ASSURED GUARANTY<br>CORP 362 MOTION | FATELL | 0.20 | $120.00 |
| Jan 10 08 | E-MAIL FROM E. KEARY (HAHN), REVIEW DRAFT<br>JOINDER TO DEBTORS' OBJECTION TO MOTION FOR<br>RELIEF FILED ON BEHALF OF CUTISHA CAUTHORNE;<br>FINALIZE AND FORMAT FOR E-FILING PURPOSES;<br>E-MAIL EXCHANGE WITH B. FATELL; REVIEW NOTICE<br>OF MOTION AND DRAFT CERTIFICATE OF SERVICE WITH<br>RESPECT TO SERVICE OF JOINDER; E-FILE AND SERVE<br>VIA FACSIMILE | SENESE | 0.40 | $90.00 |
| Jan 10 08 | REVIEW AND EXECUTE JOINDER TO DEBTORS'<br>OBJECTION TO CAUTHORNE STAY RELIEF MOTION | CARICKHOFF | 0.20 | $84.00 |
| Jan 16 08 | REVIEW AND DISTRIBUTE MULTIPLE MOTIONS FOR<br>RELIEF FILED BY REGIONS MORTGAGE OR CITIGROUP;<br>UPDATE CALENDAR OF CRITICAL DATES AND EVENTS TO<br>REFLECT RESPECTIVE OBJECTION DEADLINES AND<br>ANTICIPATED HEARING DATES | SENESE | 0.40 | $90.00 |
| Jan 17 08 | REVIEW STAY RELIEF MOTION FILED BY INSURANCE<br>COMPANY | FATELL | 0.20 | $120.00 |
| Jan 17 08 | REVIEW AND DISTRIBUTE MULTIPLE MOTIONS FOR<br>RELIEF; UPDATE CALENDAR TO REFLECT RESPECTIVE<br>OBJECTION DEADLINES AND HEARING DATES/TIMES | SENESE | 0.50 | $112.50 |
| PROJECT CODE TOTALS 13 | TOTAL VALUE: | $736.50 | 2.10 | |

# Project Code 14

```
Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE
```

| DATE<br>VALUE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE |
|---|---|---|---|---|
| PROJECT CODE: 14 | | | | |
| Jan 03 08 | REVIEW CITIMORTGAGE PLEADINGS REGARDING LOAN<br>FILES | FATELL | 0.40 | $240.00 |

| PROJECT CODE TOTALS 14 | TOTAL VALUE: | $240.00 | 0.40 |
|---|---|---|---|

# Project Code 17

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE<br>VALUE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE |
|---|---|---|---|---|
| PROJECT CODE: 17 | | | | |
| Jan 02 08 | REVIEW AND DISTRIBUTE AGENDA FOR JANUARY 4, 2008 HEARING; INITIAL PREPARATION FOR SAME | SENESE | 0.40 | $90.00 |
| Jan 03 08 | REVIEW MULTIPLE PLEADINGS FILED BY DEBTORS AND OTHER AND AGENDA FOR OMNIBUS HEARING | FATELL | 1.40 | $840.00 |
| Jan 03 08 | PREPARE FOR JANUARY 4, 2008 HEARING, HEARING BINDER FOR COVERAGE BY J. STAIB | SENESE | 1.00 | $225.00 |
| Jan 03 08 | REVIEW DOCKET AND JANUARY 4, 2008 AGENDA; ORGANIZE PLEADINGS FOR JANUARY 4, 2008 HEARING; CORRESPOND WITH M. INDELICATO, B. FATELL AND J. STAIB REGARDING SAME | MOODY | 1.00 | $200.00 |
| Jan 04 08 | ATTEND OMNIBUS HEARING AND CONTINUED HEARING | STAIB | 4.40 | $1,694.00 |
| Jan 10 08 | REVIEW AND DISTRIBUTE AGENDA FOR 1/14 HEARING; E-MAIL EXCHANGE WITH B. FATELL, INITIAL PREPARATION FOR SAME | SENESE | 0.30 | $67.50 |
| Jan 11 08 | PREPARE BINDER FOR HEARING, OMNIBUS HEARING AND INTERIM FEE APPLICATION HEARING (EXTENSIVE) | SENESE | 3.20 | $720.00 |
| Jan 11 08 | PREPARE JANUARY 14, 2008 HEARING BINDER | MOODY | 1.70 | $340.00 |
| Jan 13 08 | REVIEW FEE SCHEDULE, REVIEW FEE APPLICATIONS; PREPARE FOR FEE HEARING | FATELL | 0.80 | $480.00 |
| Jan 13 08 | REVIEW HEARING AGENDA AND RELATED PLEADINGS TO PREPARE FOR HEARING | FATELL | 0.60 | $360.00 |
| Jan 13 08 | FURTHER PREPARATION FOR HEARING / HEARING BINDER FOR JANUARY 14, 2008 HEARING | SENESE | 0.20 | $45.00 |
| Jan 14 08 | REVIEW AMENDED AGENDA AND DOCUMENTS TO PREPARE FOR HEARING | FATELL | 1.60 | $960.00 |
| Jan 14 08 | ATTEND OMNIBUS HEARING | FATELL | 3.80 | $2,280.00 |
| Jan 25 08 | ATTEND SCHEDULING CONFERENCE (CALYON) BEFORE JUDGE SONTCHI (1.0) AND E-MAIL SUMMARY OF SAME TO B. FATELL (.2) | DeBAECKE | 1.20 | $540.00 |
| Jan 30 08 | REVIEW HEARING AGENDA | FATELL | 0.10 | $60.00 |
| Jan 30 08 | REVIEW AND DISTRIBUTE AGENDA FOR FEBRUARY 1, 2008 HEARING; E-MAIL EXCHANGE WITH B. FATELL REGARDING ITEMS GOING FORWARD | SENESE | 0.20 | $45.00 |

PROJECT CODE TOTALS  17                    TOTAL VALUE:    $8,946.50       21.90

# Project Code 21

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE<br>VALUE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE |
|---|---|---|---|---|
| PROJECT CODE: 21 | | | | |
| Jan 02 08 | REVIEW EACH OF THE NINE PENDING ADVERSARY<br>PROCEEDING DOCKETS; INSERT UPDATED COMMENTS ON<br>MAIN CASE CALENDAR; DISTRIBUTE ALL ADVERSARY<br>PROCEEDING DOCKETS, TOGETHER WITH A COPY OF<br>CERTAIN RECENTLY FILED SCHEDULING PLEADING(S) | SENESE | 0.70 | $157.50 |
| Jan 16 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY<br>OF CERTAIN PLEADINGS LISTED FROM EACH OF THE<br>PENDING ADVERSARY PROCEEDINGS | SENESE | 0.60 | $135.00 |
| Jan 17 08 | TELECONFERENCE WITH J. DORSEY REGARDING CALYON<br>CONFERENCE | FATELL | 0.20 | $120.00 |
| Jan 17 08 | REPORT FROM M. DEBAECKE ON CALYON LITIGATION | FATELL | 0.10 | $60.00 |
| Jan 17 08 | REVIEW CALYON ADVERSARY DOCKET AND ORDER ON<br>PHASE 1 OF ADVERSARY (.2); ATTEND STATUS<br>CONFERENCE BEFORE JUDGE SONTCHI ON ADVERSARY<br>(1.3); E-MAIL TO B. FATELL REGARDING RESULTS OF<br>SAME (.3) | DeBAECKE | 1.80 | $810.00 |
| Jan 18 08 | REVIEW LETTER TO CSFB | FATELL | 0.20 | $120.00 |
| Jan 22 08 | REVIEW AND DISTRIBUTE NOTICE OF FILING OF<br>SETTLEMENT AGREEMENTS (CERTAIN STATE COURT<br>CAUSES OF ACTION) | SENESE | 0.10 | $22.50 |
| Jan 25 08 | REVIEW AND DISTRIBUTE TRANSCRIPT OF HEARING<br>HELD JANUARY 17, 2008 IN THE CALYON ADVERSARY<br>PROCEEDING; REVIEW E-MAIL FROM M. DEBAECKE<br>REGARDING HIS COVERAGE OF THE JANUARY 24, 2008<br>CALYON CONFERENCE/HEARING | SENESE | 0.10 | $22.50 |
| Jan 31 08 | SCAN AND REVIEW SETTLEMENT WITH ALLTEX, ET AL<br>AND OTHER SETTLEMENTS | FATELL | 0.20 | $120.00 |
| Jan 31 08 | REVIEW CALYON STIPULATION | FATELL | 0.20 | $120.00 |
| PROJECT CODE TOTALS 21 | | TOTAL VALUE: $1,687.50 | 4.20 | |