AMERICAN HOME MORTGAGE COMPANY
EXPENSE SUMMARY
JANUARY 1 - 31, 2008

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---:|
| Long Distance Telephone | In-House @ $.24/minute | $1.62 |
| Facsimile | In-House @ $.35/page | $6.84 |
| Reproduction of Documents | In-House @ $.10/copy | $98.20 |
| Courier and Express Services | Federal Express | $107.44 |
| Travel Expense | Bonnie Fatell | $55.59 |
| Special Mailing Charges | | $4.00 |
| Meeting Expense | | $25.00 |
| Record/Docket Searches | | $285.84 |
| **TOTAL** | | **$584.53** |