Ralph M. Stone (rstone@lawssb.com)
Thomas G. Ciarlone, Jr. (tciarlone@lawssb.com)
SHALOV STONE BONNER & ROCCO LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Telephone: (212) 239-4340
Facsimile: (212) 239-4310

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In Re:

      AMERICAN HOME MORTGAGE
      CORP.,

            Debtor.

CASE NO. 07-11047-CSS
(Chapter 11)

*Document Electronically Filed*

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Ralph M. Stone and Thomas G. Ciarlone, Jr. hereby enter

their appearances as counsel for proposed lead plaintiffs Larry E. Foster, James Kagey

Anderson, Jerry McBride, Richard and Susan Fitzgerald, and Anthony Meketa and plaintiff

Mark Hollingsworth and request service of each notice of any proceeding, hearing, and/or report

in this matter, including, but not limited to, notices required by Bankruptcy Rules 2002 and

3017(a) and the Local Rules of the Bankruptcy Court.

DATED:        March 20, 2008              Respectfully submitted,

                                          SHALOV STONE BONNER & ROCCO LLP


                                          By: /s/ Thomas G. Ciarlone.                    
                                                 Ralph M. Stone (rstone@lawssb.com)
                                                 Thomas G. Ciarlone (tciarlone@lawssb.com)

                                          485 Seventh Avenue, Suite 1000
                                          New York, NY 10018
                                          Telephone: (212) 239-4340
                                          Facsimile: (212) 239-4310

                                          *Attorneys for Proposed Lead Plaintiff*

## CERTIFICATION

This is to certify that the foregoing notice was electronically filed with the Clerk of the

Bankruptcy Court, on this 20th day of March, 2008 and served on the following:

Via ECF Notice:

Geoffrey S. Aaronson
**Geoffrey S Aaronson P.A.**
Bank of America Tower
100 SE 2nd Street, 27th Floor
Miami, FL 33131
786.594.3000
305.675.3880 (fax)
gaaronson@aaronsonpa.com
*Representing Craven-Shaffer-North Bay Village*


David G. Aelvoet
**Linebarger Goggan Blair & Sampson LLP**
711 Navarro, Suite 300
San Antonio, TX 78205
(210) 225-4422
(210) 225-4308 (fax)
davida@publicans.com
*Representing Bexar County*


Elihu Ezekiel Allinson, III
**William D. Sullivan, LLC**
4 East 8th Street, Suite 400
Wilmington, DE 19801
302-428-8191
302-428-8195 (fax)
zeke@williamdsullivanllc.com
*Representing Norman Loftis*

John R. Ashmead
**Seward & Kissel, LLP**
One Battery Park Plaza
New York, NY 10004
212-574-1200
212-480-8421 (fax)
ashmead@sewkis.com

Lee Harrington
**Nixon Peabody LLP**
100 Summer Street
Boston, MA 02110
(617) 345-6016
(866) 741-0618 (fax)
lharrington@nixonpeabody.com
*Representing Deutsche Bank Trust Company Americas*


Mary E. Augustine
**Bayard, P.A.**
222 Delaware Avenue, Suite 900
PO Box 25130
Wilmington, DE 19899-5130
302-655-5000
302-658-6395 (fax)
bankserve@bayardlaw.com
*Representing Hazeltine Gates LLC*

Elizabeth Banda
**Perdue Brandon Fielder Collins & Mott**
P.O. Box 13430
Arlington, TX 76094-0430
817-461-3344
817-860-6509 (fax)
arlbank@pbfcm.com
*Representing Arlington ISD, Carroll
Independent School District, City of Cedar
Hill*

Daniel I. Barness
**Siro,Moss,Barness & Harrison, LLP**
11377 West Olympic Blvd., 5th Floor
Los Angeles, CA 90064
310-235-2468
310-235-2456 (fax)
dbarness@smhbhlaw.com
*Representing Office of Thrift Supervision*

Michael Jason Barrie
**Schnader Harrison Segal & Lewis LLP**
824 Market Street, Suite 1001
Wilmington, DE 19801
302-888-4554
302-888-1696 (fax)
mbarrie@schnader.com
*Representing Liberty Property Limited
Partnership*

Leonora K. Baughman
**Kilpatrick & Associates, P.C.**
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
248-377-0700
248-377-0800 (fax)
lbaughman@kaalaw.com
*Representing Oakland County Treasurer*

Donna L. Harris
**Pinckney Harris & Poppiti, LLC**
1000 N. West Street
Suite 1200
Wilmington, DE 19801
302-295-5065
302-295-5066 (fax)
dharris@php-law.com
*Representing TPRF/THC HavenPark, LLC*

Karen C Bifferato
Marc J. Phillips
Christina Maycen Thompson
**Connolly, Bove, Lodge & Hutz**
The Nemours Building
1007 North Orange Street, P.O. Box 2207
Wilmington, DE 19899
302-888-6221
302-658-0380 (fax)
kbifferato@cblh.com
*Representing Washington Mutual and its
affiliates and subsidiaries, Wells Fargo
Funding Inc., Inland US Management, LLC,
Northwest Trustee Services, Inc.*

Peter Douglas Bilowz
**Goulston & Storrs, P.C.**
400 Atlantic Avenue
Boston, MA 02110
617-482-1776
617-574-4112 (fax)
pbilowz@goulstonstorrs.com
*Representing Richtree Enterprises, Inc.*

-4-

Hilary B Bonial
**Brice Vander Linden & Pernick PC**
9441 LBJ Freeway
Suite 350
Dallas, TX 75243
972-643-6607
972-643-6697 (fax)
hbb@bkcylaw.com

Brett Fallon
**Morris James LLP**
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
302-888-6888
302-571-1750 (fax)
bfallon@morrisjames.com
*Representing EMC Mortgage Corporation,*
*CitiMortgage, Inc.*

Rebecca L. Booth
**Morgan Lewis & Bockius**
1701 Market Street
Philadelphia, PA 19103
215-963-5690
877-432-9652 (fax)
rbooth@morganlewis.com

Kristi J. Doughty
**Whittington & Aulgur**
651 N. Broad Street, Suite 206
P.O. Box 1040
Middletown, DE 19709-1040
302-378-1661
302-285-0236 (fax)
bk.service@aulgur.com
*Representing Mortgage Electronic*
*Registration Systems, Inc.*

Donald J. Bowman, Jr.
Robert S. Brady
Kenneth J. Enos
Kara Hammond Coyle
Edwin J. Harron
Edward J. Kosmowski
Matthew Barry Lunn
Pauline K. Morgan
Travis N. Turner
Joel A. Waite
Margaret B. Whiteman
Sharon M. Zieg
**Young, Conaway, Stargatt & Taylor**
1000 West Street, 17th Floor
Wilmington, DE 19801
302-571-6600
bankruptcy@ycst.com
*Representing American Home Mortgage*
*Holdings, Inc.*

Amy D. Brown
Regina A. Iorii
**Werb & Sullivan**
300 Delaware Ave., 10th Floor
Wilmington, DE 19801
302-652-1100
302-652-1111 (fax)
abrown@werbsullivan.com
*Representing Shoreham Viewridge, LLC*
*d/b/a Shoreham Place*

Charles J. Brown
**Archer & Greiner, P.C.**
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
302-777-4350
302-777-4352 (fax)
cbrown@archerlaw.com
*Representing AT&T Inc., Highwoods*
*Properties Inc., Iron Mountain Information*
*Management, Inc.*

Jacob A. Brown
**Akerman Senterfitt**
50 North Laura Street, Suite 2500
Jacksonville, FL 32202
904-798-3700
904-798-3730 (fax)
jacob.brown@akerman.com
*Representing MarketWise Advisors LLC*

Mark Browning
**Office of the Attorney General**
300 West 15th Street, 8th Floor
Austin, TX 78701
512-475-4883
512-482-8341 (fax)
bk-mbrowning.oagpo4.ocs@oag.state.tx.us
*Representing Texas Comptroller of Public Accounts*

Michael G. Busenkell
**Eckert Seamans Cherin & Mellot, LLC**
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
302-425-0430
302-425-0432 (fax)
mbusenkell@eckertseamans.com
*Representing Calyon New York Branch*

John W. Butler
**Butler, Butler & Rowse-Oberle P.L.L.C**
24525 Harper Ave. Ste. 2
St. Clair Shores, MI 48080
586-777-0770
586-777-4289 (fax)
info@butler-butler.com
*Representing City of Fraser*

Mary Caloway
Teresa K.D. Currier
**Buchanan Ingersoll & Rooney PC**
1000 West Street, Ste 1410
Wilmington, DE 19801
302-552-4209
302-552-4295 (fax)
mcaloway@klettrooney.com
*Representing Societe Generale, HSI Asset Securitization Corporation and HSBC Bank USA, National Association*

David W. Carickhoff, Jr
Bonnie Glantz Fatell
**Blank Rome LLP**
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801
302-425-6400
302-425-6464 (fax)
carickhoff@blankrome.com
*Representing the Official Committee of Uninsured Creditors*

John T. Carroll, III
**Cozen O'Connor**
1201 North Market Street, Suite 1400
Wilmington, DE 19801
302-295-2028
201-701-2140 (fax)
jcarroll@cozen.com

Jeffrey S Cianciulli
**Weir & Partners LLP**
824 Market Street
Wilmington, DE 19801
302-652-8181
302-652-8909 (fax)
jcianciulli@weirpartners.com
*Representing Citibank, N.A.*

Marc Stephen Casarino
**White and Williams LLP**
824 Market Street, Suite 902
Wilmington, DE 19899
302-467-4520
302-467-4550 (fax)
casarinom@whiteandwilliams.com
*Representing American Commercial Realty*

William E. Chipman, Jr.
**Edwards Angell Palmer & Dodge**
919 North Market Street, Suite 1500
Wilmington, DE 19801
302-425-7124
302-777-7263 (fax)
wchipman@eapdlaw.com
*Representing Countrywide Home Loans Inc.*

Shawn M. Christianson
**Buchalter Nemer, P.C.**
333 Market Street, 25th Floor
San Francisco, CA 94105-2130
(415)227-0900
(415)227-0770 (fax)
schristianson@buchalter.com
*Representing Oracle USA, Inc.*

Jeffrey S Cianciulli
**Weir & Partners LLP**
824 Market Street
Wilmington, DE 19801
302-652-8181
302-652-8909 (fax)
jcianciulli@weirpartners.com
*Representing National City Capital Capital
Commercial Corporation*

Mark D. Collins
**Richards Layton & Finger**
One Rodney Square
PO Box 551
Wilmington, DE 19899
302 651-7531
302-651-7701 (fax)
collins@RLF.com
*Representing ABN AMRO Bank N.V.*

Nancy A. Connery
**Schoeman Updike & Kaufman, LLP**
60 East 42 Street, Suite 3906
New York, NY 10165
212-661-5030
212-687-2123 (fax)
ngoodman@schoeman.com
*Representing STWB, Inc.*

Victoria Watson Counihan
**Greenberg Traurig, LLP**
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
302 661-7000
302-661-7360 (fax)
bankruptcydel@gtlaw.com
*Representing WLR Recovery Fund III, L.P.*

Charlene D. Davis
**Bayard, P.A.**
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
302 655-5000
302-658-6395 (fax)
bankserve@bayardlaw.com
*Representing Lehman Brothers, Inc.*

Eric M. Davis
**Skadden Arps Slate Meagher & Flom LLP**
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
302-651-3000
302-651-3001 (fax)
emdavis@skadden.com
*Representing Union Federal Bank of Indianapolis, Waterfield Shareholder LLC*

Mary A. DeFalaise
**United States Department of Justice**
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
202-307-0183
202-307-0494 (fax)
mary.defalaise@usdoj.gov
*Representing USA (on behalf of the Gov't National Mortgage Association)*

John P. Dillman
**Linebarger Goggan Blair & Sampson, LLP**
P.O. Box 3064
Houston, TX 77253-3064
713-844-3478
713-844-3503 (fax)
houston_bankruptcy@publicans.com
*Representing Angelina County, Harris County*

Peter James Duhig
**Buchanan Ingersoll & Rooney PC**
The Brandywine Building
1000 West Street
Suite 1410, P.O. Box 1397
Wilmington, DE 19899
302-552-4217
302-552-4295 (fax)
duhig@klettrooney.com
*Representing HSI Asset Securitization Corporation and HSBC Bank USA, National Association*

Justin Cory Falgowski
**Reed Smith LLP**
1201 North Market Street, Suite 1500
Wilmington, DE 19801
302-778-7500
302-778-7575 (fax)
jfalgowski@reedsmith.com
*Representing Federal Home Loan Mortgage Corporation*

David L. Finger
**Finger & Slanina, P.A.**
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155
302 884-6766
302-984-1294 (fax)
dfinger@delawgroup.com
*Representing Karen Gowins*

Joseph D. Frank
**Frank / Gecker LLP**
325 North LaSalle Street, Suite 625
Chicago, IL 60610
312-276-1400
312-276-0035 (fax)
jfrank@fgllp.com
*Representing Experian Information Systems, Inc.*

Susan R. Fuertes
**Aldine Independent School District**
14910 Aldine-Westfield Road
Houston, TX 77032
281-985-6319
281-985-6321 (fax)
bnkatty@aldine.k12.tx.us
*Representing Aldine ISP*

Samuel B. Garber
**General Growth Properties, Inc.**
110 N. Wacker Drive
Chicago, IL 60606
312-960-5079
312-442-6374 (fax)
ggpbk@generalgrowth.com
*Representing General Growth Management Inc.*

Ronald S. Gellert
**Eckert Seamans Cherin & Mellott LLC**
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801
302-425-0430
302-425-0432 (fax)
ronald.gellert@escm.com
*Representing Fidelity and Deposit Company of MD, its affiliates, parents and subsidiaries, including, but not limited to, Zurich American Insurance Company*

Thomas H. Grace
**Locke Liddell & Sapp LLP**
600 Travis St., Suite 3500
Houston, TX 77002-3095
713-226-1377
713-223-3717 (fax)
hobankecf@lockeliddell.com

Adam G. Landis
John H. Strock
**Landis Rath & Cobb LLP**
919 Market Street, Suite 600
Wilmington, DE 19801
302-467-4400
302-467-4450 (fax)
landis@lrclaw.com
*Representing JPMorgan Chase Bank, N.A.*

A. Michelle Hart
**McCalla Raymer LLC**
1544 Old Alabama Rd.
Roswell, GA 30076
770-643-7363
770-643-4176 (fax)
bkmail@mrdefault.com

Tyler B. Jones
**Brice, Vander, Linden & Wernick**
9441 LBJ Freeway, Suite 250
Dallas, TX 75243
972-643-6600
972-643-6697 (fax)
tbj@bkcylaw.com
*Representing EMC Mortgage Corporation, Americas Servicing Company, National City Mortgage Company, CitiMortgage Inc.*

Adam Hiller
**Draper & Goldberg, PLLC**
1500 North French Street, 2nd Floor
Wilmington, DE 19801
302-339-8776
302-213-0043 (fax)
adamh@drapgold.com
*Representing Fannie Mae, Lexington State*
*Bank, Wells Fargo Bank, N.A., Forum*
*Credit Union, Bank of New York, as Trustee*
*c/o Countrywide Home Loans, Inc., Alpine*
*Lumber Co.*

Daniel K. Hogan
**The Hogan Firm**
1311 Delaware Ave
Wilmington, DE 19806
302 656-7540
302-656-7599 (fax)
dkhogan@dkhogan.com
*Representing Sun Life Assurance Company*
*of Canada (U.S.)*

Nancy Hotchkiss
**Trainor Fairbrook**
980 Fulton Avenue
Sacramento, CA 95825
916-929-7000
916-929-7111 (fax)
nhotchkiss@trainorfairbrook.com
*Representing COWIFI Ironpoint*

James E. Huggett
**Margolis Edelstein**
750 S. Madison Street, Suite 102
Wilmington, DE 19801
302-888-1112
302-888-1119 (fax)
jhuggett@margolisedelstein.com
*WARN Act Claimants, Edward Abram,*
*Najla Waheed, Richard Zemel, Rosalyn*
*Ceasar, Anthony Faux, Dustin Jones, John*
*Sogluizzo and Luis Arvizu*

Mark T Hurford
**Campbell & Levine, LLC**
800 King Street, Suite 300
Wilmington, DE 19801
302-426-1900
302-426-9947 (fax)
cl@camlev.com
*Representing CitiGroup Global Markets Inc.*

Benjamin W. Keenan
**Ashby & Geddes**
222 Delaware Avenue
17th Floor, PO Box 1150
Wilmington, DE 19899
302-654-1888
302-654-2067 (fax)
bkeenan@ashby-geddes.com
*Representing CIFG Assurance North*
*America, Inc.*

Shelley A. Kinsella
**Cooch and Taylor, P.A.**
824 Market Street, Suite 1000
Wilmington, DE 19801
302-984-3891
302-984-3939 (fax)
skinsella@coochtaylor.com
*Representing Wilmington Trust Company*

Steven K. Kortanek
Francis A. Monaco Jr.
**Womble Carlyle Sandridge & Rice,**
**PLLC**
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
302-252-4363
302-661-7728 (fax)
skortanek@wcsr.com
*Credit Suisse First Boston Mortgage Capital*
*LLC, Credit Suisse First Boston LLC. Credit*
*Suisse Securities (USA) LLC, Credit Suisse,*
*Cayman Islands Branch, and its affiliates*

Michael R. Lastowski
**Duane Morris LLP**
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
302-657-4900
302-657-4901 (fax)
mlastowski@duanemorris.com
*Representing Impac Funding Corporation*

Kimberly Ellen Connolly Lawson
Gaston Plantiff Loomis, II
**Reed\ Smith LLP**
1201 Market Street, Suite 1500
Wilmington, DE 19801-1163
302-778-7500
302-778-7575 (fax)
klawson@reedsmith.com
*Representing ZC Real Estate Tax Solutions
Ltd., Qwest Corporation and Qwest
Communications Corporation, GE Capital
Information Technology Solutions, Inc.
d/b/a IKON Financial Services, GMAC
Mortgage LLC, f/k/a GMAC Mortgage
Corporation, Residential Funding Company,
LLC*

Steven R. Lefkofsky
**Lefkofsky & Gorosh, PC**
31500 Northwestern Highway, Suite 105
Farmington Hills, MI 48334
248-855-5508
248-855-5512 (fax)
slefkofsky@lgpclaw.com
*Representing InnerWorkings Inc.*

R. Fredrick Linfesty
**Iron Mountain Information Management
Inc**
745 Atlantic Avenue
Boston, MA 649675
617-535-2980
617-451-0409 (fax)
bankruptcy@ironmountain.com
*Representing Iron Mountain Information
Management, Inc.*

James M Liston
**Bartlett, Hackett Feinberg, P.C.**
10 High Street, Suite 920
Boston, MA 02110
jml@bostonbusinesslaw.com
*Representing 1993 Flatley Family Trust*

Nancy F. Loftus
**Office of the County Attorney
Fairfax County**
12000 Government Center Parkway
Suite 549
Fairfax, VA 22035
703-324-2421
703-324-2665 (fax)
Nancy.Loftus@fairfaxcounty.gov
*Representing Fairfax County, VA*

Margaret C. Lumsden
**Unti & Lumsden**
302 Jefferson Street, Suite 200
Raleigh, NC 27607
919-828-3966
919-828-3927 (fax)
mclumsden@ulslaw.com
*Representing Progress Energy Carolinas,
Inc., Progress Energy Florida, Inc.*

Gabriel R. MacConaill
**Potter Anderson & Corroon LLP**
1313 North Market Street
Wilmington, DE 19801
302-984-6143
302-778-6143 (fax)
gmacconaill@potteranderson.com
*Representing Bank of America, N.A. as*
*Administrative Agent under that certain*
*Second Amended and Restated Credit*
*Agreement, dated as of August 10, 2006*

Jason M. Madron
**Richards, Layton & Finger, P.A.**
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7595
302-651-7701 (fax)
madron@rlf.com
*Representing LBA Melville Associates*

Sean D. Malloy
**McDonald Hopkins LLC**
600 Superior Ave., E
Suite #2100
Cleveland, OH 44114
216-348-5400
216-348-5474 (fax)
*Representing Certain Participants in the*
*Non-Qualified Deferred Compensation Plan*
*of American Home Mortgage Holdings, Inc.*

Kevin J Mangan
**Womble Carlyle Sandridge & Rice PLLC**
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801
302-252-4361
302-661-7729 (fax)
kmangan@wcsr.com
*Representing Triad Guaranty Insurance*
*Corp.*

Julie A. Manning
**Shipman & Goodwin**
One American Row
Hartford, CT 06103
860-251-5613
860-251-5600 (fax)
bankruptcy@goodwin.com
*Representing Connecticut Housing Finance*
*Authority (CHFA)*

Lorraine S. McGowen
**Orrick, Herrington & Sutcliffe LLP**
666 Fifth Avenue
New York, NY 10103
212-506-5114
212-506-5151 (fax)
lmcgowen@orrick.com
*Representing Nomura Credit & Capital, Inc.*

Lisa Cresci McLaughlin
**Phillips, Goldman & Spence**
1200 N. Broom Street
Wilmington, DE 19806
302-655-4200
302-655-4210 (fax)
lcm@pgslaw.com
*Representing FRMC Financial, Inc.*

Evelyn J. Meltzer
**Pepper Hamilton LLP**
Hercules Plaza
Suite 5100, 1313 N. Market Street
Wilmington, DE 19899
302-777-6500
302-421-8390 (fax)
meltzere@pepperlaw.com
*Representing Deutsche Bank National Trust*
*Company*

Rachel B. Mersky
**Monzack & Monaco, P. A.**
1201 Orange St., Suite 400
Wilmington, DE 19801
302 656-8162
302-656-2769 (fax)
rmersky@monlaw.com

Thomas J. Leanse, Esquire
Dustin P. Branch
**Katten Muchin Rosenman**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
thomas.leanse@kattenlaw.com
dustin.branch@kattenlaw.com
*Representing RREEF Management
Company*

Michael E. Meyers
**Meyers, Rodbell & Rosenbaum, P.A.**
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD 20737-1385
301-699-5800
301-779-5746 (fax)
bdept@mrrlaw.net
*Representing Charles County, Maryland,
Prince George's County, Maryland*

Kristin T. Mihelic
**Spector Gadon & Rosen, P.C.**
7 Penn Center
1635 Market Street, 7th Floor
Philadelphia, PA 19103
215-241-8875
215-241-8844 (fax)
kmihelic@lawsgr.com
*Representing Chesterbrook Partners, LP*

Mark Minuti
**Saul Ewing LLP**
222 Delaware Ave, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
302 421-6840
302 421-5873 (fax)
mminuti@saul.com
*Representing Security Connections, Inc.*

Joseph T. Moldovan, Esq.
**Morrison Cohen LLP**
909 Third Avenue
New York, NY 10022
212-735-8600
212-735-8708 (fax)
bankruptcy@morrisoncohen.com
*Representing Empire HealthChoice
Assurance, Inc. d/b/a Empire Blue Cross
Blue Shield*

Carol E. Momjian
**PA Office of Attorney General**
21 South 12 Street, 3rd Floor
Philadelphia, PA 19107
215-560-2128
215-560-2202 (fax)
cmomjian@attorneygeneral.gov
*Representing Commonwealth of PA*

Norman M. Monhait
**Rosenthal Monhait & Goddess, P.A**
919 Market Street, Suite 1401
Citizens Bank Center
Wilmington, DE 19801
302-656-4433
302-658-7567 (fax)
nmonhait@rmgglaw.com
*Representing Kodiak Funding LP*

-13-

Sheryl L. Moreaust
**Missouri Department of Revenue**
P.O. Box 475
301 W. High Street, Room 670
Jefferson City, MO 65105
573-751-5531
573-751-7232 (fax)
deecf@dor.mo.gov
*Representing Missouri Department of*
*Revenue*


Zachary Mosner
**Office of the Attorney General**
Bankruptcy & Collections Unit
900 Fourth Avenue, Suite 2000
Seattle, WA 98164-1012
206-389-2198
206-587-5150 (fax)
washbcu@atg.wa.gov
*Representing State of Washington*
*Department of Revenue*


Guy B. Moss
**Riemer & Braunstein, LLP**
Three Center Plaza
Boston, MA 02108
617-880-3466
617-880-3456 (fax)
gmoss@riemerlaw.com
*Representing Sovereign Bank*


Tina Niehold Moss
**Pryor Cashman LLP**
410 Park Avenue
New York, NY 10022
212-326-0421
212-798-6355 (fax)
tmoss@pryorcashman.com
*Representing Law Debenture Trust*
*Company of New York, as Indenture Trustee*


William Novotny
**Mariscal, Weeks, McIntyre &**
**Friedlander**
2901 North Centrala Ave., #200
Phoenix, AZ 85012-2705
602-285-5000
william.novotny@mwmf.com
*Representing Waterfall Shopping Center Inc*


Ricardo Palacio, Esq
**Ashby & Geddes, P. A.**
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
302-654-1888
302-654-2067 (fax)
bankruptcy@ashby-geddes.com
*Representing United Guaranty Services,*
*Inc., United Guaranty Residential Insurance*
*Company and United Guaranty Mortgage*
*Indemnity Company*


Tally F. Parker, Jr.
**Parker & Marks, P.C.**
1333 Corporate Drive #209
Irving, TX 75038
972-756-9237
972-719-0905 (fax)
shanimo1965@yahoo.com
*Representing City of Irving, TX (Tax)*


James K. Pendergrass, Jr.
**Pendergrass Law Firm, PLLC**
1511 Sunday Drive, Sutie 220
Raleigh, NC 27607
919-510-9559
919-510-0190 (fax)
tpoole@pendergrasslawfirm.com
*Representing Sun Life Assurance Company*
*of Canada*

Dana S. Plon
**Sirlin Gallogly & Lesser, P.C.**
1529 Walnut Street, Suite 600
Philadelphia, PA 19102
215-864-9700
215-864-9669 (fax)
dplon@sirlinlaw.com
*Representing Fidelity Court Associates*

Stephen B. Porterfield
**Sirote & Permutt, P.C.**
2311 Highland Avenue, South
Birmingham, AL 35205
205-930-5278
205-930-5101 (fax)
sporterfield@sirote.com
*Representing Hoover Court LLC*

Eric T. Ray
**Balch & Bingham LLP**
1901 Sixth Avenue North, Suite 2600
Birmingham, AL 35203
205-251-8100
205-226-8799 (fax)
eray@balch.com
*Representing Alabama Power Company*

Michael Reed
**McCreary, Veselka, Bragg & Allen P.C.**
P.O. Box 1269
Round Rock, TX 78680
512-323-3200
512-323-3205 (fax)
sragsdale@mvbalaw.com
*Representing County of Denton*

Patrick Joseph Reilley
**Saul Ewing LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
302-421-6885
302-421-5887 (fax)
preilley@saul.com
*Representing Waldner's Business
Environments Inc.*

Richard W. Riley
**Duane Morris LLP**
1100 North Market Street, Suite 1200
Wilmington, DE 19801
302-657-4900
302-657-4901 (fax)
rwriley@duanemorris.com
*Representing Impac Funding Corporation,
EMC Mortgage Corporation, Aon
Consulting, Inc. and Aon Investment
Consulting, Inc.*

Fred B. Ringel
**Robinson Brog Leinward et al.**
1345 Avenue of the Americas, 31st Floor
New York, NY 10105
212-586-4050
212-956-2164 (fax)
fbr@robinsonbrog.com
*Representing 3445 North Causeway Limited
Partners*

Christine A. Roberts
**Rawlings, Olson, Cannon, Gormley, Desrui**
9950 West Cheyenne Avenue
Las Vegas, NV 89129
702-384-4012
702-383-0701 (fax)
bankruptcy@rocgd.com
*Representing Clark County*

Terri A. Roberts
German Yusufov
**Pima County Attorney**
32 North Stone, Suite 2100
Tucson, AZ 85701
520-740-5750
520-620-6556 (fax)
pcaocvbk.civil.camail@pcao.pima.gov
*Representing Pima County, Arizona*

Martha E. Romero
**Romero Law Firm**
7743 South Painter Avenue, Suite E
Whittier, CA 90602
562-907-6800
562-907-6820 (fax)
romero@dslextreme.com
*Representing Placer County*

Eric Lopez Schnabel, Esq
**Dorsey & Whitney LLP**
1105 N. Market Street, 16th Floor
Wilmington, DE 19801
302-425-7162
302-425-7177 (fax)
schnabel.eric@dorsey.com
*Representing U.S. Bank National Association, as Indenture Trustee, United Health Group*

Andrea Sheehan
**Law Offices of Robert E. Luna, P.C.**
4411 North Central Expressway
Dallas, TX 75205
214-521-8000
214-521-1738 (fax)
sheehan@txschoollaw.com
*Representing Carrollton-Farmers Branch ISD, Garland ISD, Lewisville ISD*

Joseph Emil Shickich, Jr.
**Riddell Williams P.S.**
1001 4th Ave Ste 4500
Seattle, WA 98154-1192
206-624-3600
206-389-1708 (fax)
jshickich@riddellwilliams.com
*Representing Microsoft Corporation*

Christopher Page Simon
**Cross & Simon, LLC**
913 North Market Street, 11th Floor
Wilmington, DE 19899
302-777-4200
302-777-4224 (fax)
csimon@crosslaw.com

Catherine Steege
**Jenner & Block**
330 North Wabash Avenue
Chicago, IL 60611
312-923-2952
312-840-7352 (fax)
csteege@jenner.com
*Representing Fannie Mae*

Karen J. Stapleton
**County of Loudoun, Office of Attorney**
One Harrison Street S.E. 5th Floor
PO BOX 7000
Leesburg, Va 20177-7000
703-777-0307
703-771-5025 (fax)
kstaplet@loudoun.gov
*Representing County of Loudoun, Virginia*

Gregory Alan Taylor
**Ashby & Geddes**
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
302-654-1888
302-654-2067 (fax)
bandruptcy@ashby-geddes.com
*Representing DB Structured Products, Inc.*

William F. Taylor
**McCarter & English LLP**
919 N. Market Street
Suite 1800, P.O. Box 111
Wilmington, DE 19899
302-984-6300
302-984-6399 (fax)
bankdel@comcast.net
*Representing Verizon Global*

Prince Altee Thomas
**Fox Rothschild LLP**
2000 Market Street, 10th Floor
Philadelphia, PA 19103
215-299-2000
215-299-2150 (fax)
pthomas@foxrothschild.com
*Representing Spring-Ford Area School
District/Limerick Township Tax Collector*

Annie Verdries
**Lewis D'Amato Brisbois & Brisgaard**
650 Town Center Drive, Suite 1400
Costa Mesa, CA 92626
714-545-9200
714-850-1030 (fax)
verdries@ldbb.com
*Representing MNL Global Inc*

Madeleine Carmel Wanslee
**Gust Rosenfeld, P.L.C.**
201 East Washington Street, Suite 800
Phoenix, AZ 85004
602-257-7430
602-340-1538 (fax)
mwanslee@gustlaw.com
*Representing Maricopa County Treasurer*

John R. Weaver, Jr.
**John R. Weaver, Jr. P.A.**
831 North Tatnall Street, Suite 200
Wilmington, De 19801
302-655-7371
302-984-3359 (fax)
jrweaverlaw@verizon.net
*Representing Banc of America Leasing and
Capital, LLC*

Helen Elizabeth Weller
**Linebarger Goggan Blair & Sampson,
LLP**
2323 Bryan Street, Suite 1600
Dallas, TX 75201
469-221-5075
469-221-5002 (fax)
dallas.bankruptcy@publicans.com
*Representing Dallas County*

Michael Gregory Wilson
**Hunton & Williams**
951 E. Byrd Street
Richmond, VA 23219
804-788-8200
804-788-8218 (fax)
mwilson@hunton.com
*Representing Calyon New York Branch, ZC*
*Real Estate Tax Solutions Limited*


Amanda Marie Winfree
**Ashby & Geddes, P.A.**
222 Delaware Avenue
17th Floor, PO Box 1150
Wilmington, DE 19899
302-654-1888
302-654-2067 (fax)
awinfree@ashby-geddes.com
*Representing DB Structured Products, Inc.,*
*CIFG Assurance North America, Inc., UBS*
*Securities LLC and UBS Real Estate*
*Securities Inc., UBS Real Estate Securities*
*Inc.*


Karon Y. Wright
**Travis County Attorney's Office**
314 W. 11th Street
PO Box 1748
Austin, TX 78767
512-854-9513
512-854-4808 (fax)
karon.wright@co.travis.tx.us
*Representing Travis County*

Kelly W. Wright
**Salt Lake District Attorney's Office**
2001 South State Street
S-3600
Salt Lake City, UT 84190-1210
801-468-3267
801-468-2646 (fax)
kwright@slco.org
*Representing Salt Lake County Treasurer*


William G. Wright
**Farr, Burke, Gambacorata & Wright PC**
1000 Atrium Way, Suite 401
P.O. Box 669
Mt. Laurel, NJ 08054
856-813-2720
856-813-2743 (fax)
wgw_efn@farrlawnet.com
*Representing Banc of America Leasing and*
*Capital, LLC*


James S. Yoder
**White and Williams LLP**
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
302-654-0224
302-654-0245 (fax)
yoderj@whiteandwilliams.com
*Representing American Commercial Realty*


Rafael Xavier Zahralddin-Aravena
**Elliott Greenleaf & Siedzikowski PC**
1000 West Street, Suite 1440
Wilmington, DE 19801
866-674-9190
302-656-3714 (fax)
rxza@elliottgreenleaf.com
*Representing FNC, Inc.*

Craig J. Ziady
**Cummings Properties, LLC**
200 West Cummings Park
Woburn, MA 01801-6396
781-935-8000
781-932-7006 (fax)
legal@cummings.com
*Representing Cummings Properties LLC*

Todd C. Schiltz, Esquire
**Wolf Block Schorr & Solis-Cohen, LLP**
1100 N. Market Street, #1001
Wilmington, DE 19801
tschiltz@wolfblock.com

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
William P. Weintraub, Esq
**Pachulski, Stang, Ziehl & Jones LLP**
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
ljones@pszjlaw.com
joneill@pszklaw.com
wweintraub@pszklaw.com
*Counsel for Indymac Bank F.S.B.*

Donna L. Culver, Esquire
Robert J. Dehney, Esquire
**Morris, Nichols, Arsht & Tunnell LLP**
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
dculver@mnat.com
rdehney@mnat.com

Neil B. Glassman, Esq.
Charlene D. Davis, Esq.
Eric M. Sutty, Esq.
**The Bayard Firm**
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
nglassman@bayardfirm.com
cdavis@bayardfirm.com
esutty@bayardfirm.com
*Counsel for Bracebridge Capital, LLC,*
*Natixis Real Estate Capital Inc.*

Scott D. Talmadge, Esq.
**Kaye Scholer LLP**
425 Park Avenue
New York, NY 10022
stalmadge@kayescholer.com

Rick B. Antonoff, Esq.
Leo T. Crowley, Esq.
Margot Erlich, Esq.
**Pillsbury Wintrhrop Shaw Pittman LLP**
1540 Broadway
New York, NY 10036
rick.antonoff@pillsburylaw.com
leo.crowley@pillsburylaw.com
margot.erlich@pillsburylaw.com

Brett Barragate, Esq.
**Jones Day**
901 Lakeside Avenue, North Point
Cleveland, OH 44114
bpbarragate@jonesday.com

Mark A. Broude, Esq
John W. Weiss, Esq.
David Stewart, Esq.
**Latham & Watkins LLP**
885 Third Avenue, Suite 1000
New York, NY 10022
mark.broude@lw.com
john.weiss@lw.com
david.steward@lw.com

Matthew A. Clemente, Esq.
Paul S. Caruso, Esq
Jessica Knowles, Esq.
**Sidley Austin LLP**
One South Dearborn St.
Chicago, IL 60603
mclemente@sidley.com
pcaruso@sidley.com
jknowles@sidley.com

Vincent A. D'Agostino, Esq.
**Lowenstein Sandler PC**
65 Livingston Avenue
Roseland, NJ 07068-1791
vdagostino@lowenstein.com

Lori Fife, Esquire
Ronit Berkovich, Esq.
**Weil Gotshal & Manges, LLP**
767 Fifth Avenue
New York, NY 10153
lori.fife@weil.com
ronit.berkovich@weil.com

Richard Stern, Esquire
Michael Luskin, Esq.
**Luskin, Stern & Eisler LLP**
330 Madison Avenue, 34th Floor
New York, NY 10017
rstern@lse-law.com
mluskin@lse-law.com

Franklin Top, III, Esq.
**Chapman and Cutler LLP**
111 West Monroe St.
Chicago, IL 60603
top@chapman.com

Brian W. Bisignani
**Post & Schell, PC**
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1601
bbisignani@postschell.com

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
**Milbank Tweed Hadley & McCloy, LLP**
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
gbray@milbank.com
fneufeld@milbank.com

Mark Ellenberg, Esq.
**Cadwalader, Wickersham & Taft LLP**
1201 F Street, N.W.
Washington, DC 20004
mark.ellenberg@cwt.com

Arnold Gulkowitz, Esq.
Brian Goldberg, Esq.
**Dickstein Shapiro LLP**
1177 Avenue of the Americas
New York, NY 10022
gulkowitza@dicksteinshapiro.com
goldbergb@dicksteinshapiro.com
*Counsel for Greenwich Capital Markets, Inc.*

Lisa G. Laukitis, Esq.
Joshua Sussberg, Esq.
Paul Basta, Esq.
**Kirkland & Ellis**
153 East 53rd Street
New York, NY 10022
llaukitis@kirkland.com
jsussberg@kirkland.com
pbasta@kirkland.com

Eric K. Moser, Esq
Wilbur F. Foster, Jr., Esq.
**Milbank Tweed Hadley & McCloy, LLP**
1 Chase Manhattan Plaza
New York, NY 10005-1413
emoser@milbank.com
wfoster@milbank.com

Mary E. Olsen, Esquire
M. Vance McCrary, Esqire
J. Cecil Gardner, Esquire
**The Gardner Firm**
1119 Government Street, PO Drawer 3103
Mobile, AL 36652
molsen@thegardnerfirm.com
Vmccrary@thegardnerfirm.com
jgardner@thegardnerfirm.com

Harold Olsen, Esquire
**Stroock & Stroock & Lavan, LLP**
180 Maiden Lane
New York, NY 10038
holsen@stroock.com

John Philip, Esq.
**Crislip, Philip & Asso.**
4515 Poplar Avenue, Suite 322
Memphis, TN 38117
jbp@crislipphilip.com

Erica Ryland, Esq.
Corinne Ball, Esq.
I. Lewis Grimm, Esq.
**Jones Day**
222 East 41st Street
New York, NY 10017
emryland@jonesday.com
cball@jonesday.com
lgrimm@jonesday.com

Stephen B. Selbst, Esq.
**McDermott, Will & Emery**
340 Madison Avenue
New York, NY 10173
sselbst@mwe.com

Enid M. Colson, Esq
**Liner Yankelevitz Sunshine &
Regenstreif LLP**
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
ecolson@linerlaw.com

Mark Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
**Hahn & Hessen LLP**
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
mindelicato@hahnhessen.com
jschwartz@hahnhessen.com

Bruce A. Wilson, Esquire
**Kutak Rock LLP**
1650 Farnam Street
Omaha, NE 68102
bruce.wilson@kutakrock.com

Matthew J. Botica, Esquire
David W. Wirt, Esquire
**Winston & Strawn LLP**
35 West Wacker Drive
Chicago, IL 60601
mbotica@winston.com
dwirt@winston.com

J. David Folds, Esq.
**DLA Piper US LLP**
1200 Nineteenth Street, N.W.
Washington, DC 20036-2412
david.folds@dlapiper.com

Douglas R. Davis, Esquire
Kelley A. Cornish, Esquire
**Paul, Weiss, Rifkind, Wharton & Garrison, LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
ddavid@paulweiss.com
kcornish@paulweiss.com
*Counsel for Bracebridge Capital, LLC*

Joseph Cioffi, Esquire
Miles Baum, Esquire
**Davis & Gilbert LLP**
1740 Broadway
New York, NY 10019
jcioffi@dglaw.com
mbaum@dglaw.com
*Counsel for Natixis Real Estate Capital Inc*

Susheel Kirpalani, Esquire
James C. Tecce, Esquire
Joseph H. Minias, Esquire
**Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
susheelkirpalani@quinnemanuel.com
jamestecce@quinnemanuel.com
josephminias@quinnemanuel.com
*Counsel for Special Investigatory, Litigation and Conflicts Counsel To American Home Mortgage Holdings, Inc., et al., Debtors and Debtors In Possession*

Stefanie Birbrower Greer, Esquire
**King & Spalding LLP**
1185 Avenue of the Americas
New York, NY 10036
sjgreer@kslaw.com
*Counsel for CIFG Assurance North America, Inc.*

Elliot M. Smith, Esquire
**Squire, Sanders & Dempsey L.L.P.**
312 Walnut Street, Suite 3500
Cincinnati, OH 45202-4036
esmith@ssd.com
*Counsel for FSI Realty Funding, Inc.*

John H. Capitano, Esq.
**Kennedy Covington Lobdell & Hickman, L.L.P.**
214 N. Tryon Street, 47th Floor
Charlotte, NC 28202
jcapitano@kennedycovington.com
*Counsel for NNN VF Four Resource Square, LLC*

Steven W. Kelly, Esquire
**Silver & DeBoskey, PC**
1801 York Street
Denver, CO 80206
skelly@s-d.com
*Counsel for Brookwood Tamarac Plaza Investors, LLC and Counsel for Gateway Canyon, Inc.*

Robert E. Greenberg, Esquire
**Friedlander, Misler, Sloan Kletzkin & Ochsman, PLLC**
1101 Seventeenth Street, N.W., Suite 700
Washington, DC 20036-4704
rgreenberg@dclawfirm.com
*Counsel for Realty Associates Fund V, LP*

Philip Carnes, President
***Philip Carnes & Associates, Inc.***
4939 Lower Rosewell Road, Suite 103
Marietta, GA 30668
pc@pcarchitects.com

Raymond J. Lemisch, Esquire
**Benesch Friedlander Coplan & Aronoff LLP**
222 Delaware Avenue, Suite 810
Wilmington, DE 19801
rlemisch@bfca.com

David M. Neumann, Esquire
**Benesch, Friedlander, Coplan & Aronoff LLP**
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378
dneumann@bfca.com
*Counsel for DDR Entities*

Donald A. Workman, Esquire
Jeffrey M. Sullivan, Esquire
**Baker & Hostetler, LLP**
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
dworkman@bakerlaw.com
jsullivan@bakerlaw.com
*Counsel for Fidelity National and Counsel for Mainstay Funds*

Robert A. Trodella, Jr., Equire
**Heller Ehrman LLP**
333 Bush Street
San Francisco, CA 94104
robert.trodella@hellerehrman.com
*Counsel for Washington Mutual Bank*

Lance N. Jurich, Esquire
**Loeb & Loeb LLP**
10100 Santa Monica Blvd.
Los Angeles, CA 90067
ljurich@loeb.com
*Counsel for Merrill Lynch Pierce Fenner & Smith, Incorporated and Merrill Lynch Bank USA*

Gary Ginsburg, Esquire
Gary Meltzer, Esquire
**Meltzer, Lippe, Goldstein & Breitstone, LLP**
190 Willis Avenue, The Chancery
Mineola, NY 11501
ggmeltzer@meltzerlippe.com
gginsburg@meltzerlippe.com
*Counsel for Jay Earl Associates, LLC*

Lella Amiss E. Pape, Esquire
**Rees Broome, PC**
8133 Leesburg Pike, Ninth Floor
Vienna, VA 22182
lpape@reesbroome.com
*Counsel for East West Holdings, LLC*


Jonathan B. Alter
**Bingham McCutchen LLP**
One State Street
Hartford, CT 06103
jonathan.alter@bingham.com
*Counsel for Travelers Casualty and Surety
Company of America*


Jonathan R. Winnick, Esquire
**Bernstein Shur**
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
jwinnick@bernsteinshur.com
*Counsel for Citibank, N.A.*


Shawn B. Rediger, Esquire
**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101
srediger@williamskastner.com
*Counsel for W2007 Seattle Office Bellefield
Office Park Realty, LLC*


Richard F. Holley, Esquire
Ogonna M. Atomah, Esquire
**Santoro, Driggs, Walch, Kearney, Holley
& Thompson**
400 South Fourth Street, Third Floor
Las Vegas, NV 89101
rholley@nevadafirm.com
oatomah@nevadafirm.com
*Counsel for Corporate Center V, LLC*

Andrea L. Niedermeyer, Esquire
**Stutzman, Bromberg, Esserman & Plifka,
PC**
2323 Bryan Street, Suite 2200
Dallas, TX 75201
niedermeyer@sbep-law.com
*Counsel for Sun Life Assurance Company of
Canada (U.S.)*


Samuel H. Rudman, Esquire
David A. Rosenfeld, Esquire
Mario Alba, Esquire
**Coughlin Stoia Geller Rudman &
Robbins LLP**
58 South Service Road, Suite 200
Melville, NY 11747
srudman@csgrr.com
drosenfeld@csgrr.com
malba@csgrr.com


Stuart Berman, Esquire
Sean Handler, Esquire
**Schriffin Barroway Topaz & Kessler,
LLP**
280 King of Prussia Road
Radnor, PA 19087
sberman@sbtklaw.com
shandler@sbtklaw.com
*Counsel for Investors and the Class*

Via Regular Mail:

Ellen W. Slights, Esq.
**Assistant United States Attorney**
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899

Joseph M. McMahon, Esq.
**Office of the United States Trustee**
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

Joseph J. Bodnar, Esuqire
**Law Offices of Joseph J. Bodnar**
1201 Orange Street, Suite 400
Wilmington, DE 19801
*Counsel for Greenwich Capital and*
*Counsel for Royal Bank of Scotland*

David H. Zielke, Esq.
Vice President & Assistant General Counsel
**Washington Mutual**
1301 Second Avenue, W - MC 3501
Seattle, WA 98101

Doria Bachenheimer, Esq.
Alison Conn, Esq.
**Securities and Exchange Commission**
3 World Financial Center, Room 400
New York, NY 10281

Thomas J. Polis, Esq.
**Polis & Associates**
19900 MacArthur Boulevard
Suite 960
Irvine, CA 92612

Jonathan Winnick, Esq.
**Citibank Agency & Trust**
388 Greenwich Street, 19th Fl.
New York, NY 10013

Louis L. Benza, Esq.
Associate Counsel
**Empire Blue Cross Blue Shield**
15 Metro Tech Center South - 6th Floor
Brooklyn, NY 11201

Kathleen M. O'Connell, Esquire
*Suntrust Bank*
303 Peathtree Street, 36th Floor
Mail Code 0662
Atlanta, Georgia 30308

Susan R. Fuertes, Esquire
14910 Aldine-Westfield Road
Houston, TX 77032

Ling Chow
Andrew Pickering
*Assured Guaranty*
1325 Avenue of the Americas
New York, NY 10019

Harold S. Berzow, Esquire
Ruskin Moscou Faltischek, P.C.
East Tower, 15th Floor
**1425 RexCorp Plaza**
Uniondale, NY 11556
*Counsel for Waldner's Business*
*Environments Inc.*

David W. Stack
Senior Vice President
**ABN AMRO Bank N.V.**
55 East 52nd Street, 2nd Floor
New York, NY 10055
*Counsel for ABN AMRO Bank N.V.*

Donald D. Farlow, Esq.
**Burns, Wall, Smith and Mueller, P.C.**
303 E. 17th Avenue, #800
Denver, CO 80203
*Counsel for BRCP Aurora Marketplace,*
*LLC*

Cecil Ingram, Treasurer
**Office of the Ada County Treasurer**
200 W. Front Street, 1st Floor
Boise, ID 83702
*Counsel for the Ada County Treasurer's*
*Office*

Hollie N. Hawn, Esquire
**Office of the County Attorney**
**For Broward County**
Government Center
115 South Andrews Avenue
Ft. Lauderdale, FL 33301
*Counsel for Broward County Revenue*
*Collection Division*

**A.G. Edwards & Sons, Inc.**
Attn: Jonathan Griffith
2801 Market Street, 9th Floor
F Building
St. Louis, MO 63103

Michael S. Margoll, Esquire
***Moss Codilis, L.L.P.***
6560 Greenwood Plaza Blvd., Suite 100
Englewood, CO 80111

Zachary Mosner, Asst. Attorney General
**Office of the Attorney General**
Bankruptcy and Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188

Douglas Badaszewski, Agent
**PPTS 361, LLC**
c/o Plymouth Park Tax Services LLC
35 Airport Road, Suite 150
Morristown, NJ 07960

Carol E. Momjian, Esquire
Senior Deputy Attorney General
**Office of Attorney General**
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
*Counsel for the Commonwealth of*
*Pennsylvania,*
*Dept of Revenue, Bureau of Accounts*
*Settlement*

Linda Boyle
***Time Warner Telecom Inc.***
10475 Park Meadows Drive, #400
Littleton, CO 80124

Via Facsimile:

Gilbert B. Weisman, Esquire
**Becket and Lee LLP**
P.O. Box 3001
Malvern, PA 19355-0701
F: (610) 993-8493
*Counsel for American Express Travel*
*Related Services Co.*

Scott K. Levine, Esq
**Platzer Swergold Karlin Levine**
**Goldberg & Jaslow**
150 East 52nd Street, 18th Floor
New York, NY 10022
F: (212) 593-0353

Gerard Luckman, Esq.
**Silverman Perlstein & Acampora LLP**
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
F: (516) 479-6301

Andrew J. Petrie, Esquire
**Featherstsone Petrie DeSisto LLP**
600 17th Street, Suite 2400S
Denver, CO 80202-5424
F: (303) 626-7101
*Counsel for CitiMortgage, Inc.*

S. James Wallace, Esqurie
**Griffith, McCague & Wallace, P.C.**
The Gulf Tower, 38th Floor
707 Grant Street
Pittsburgh, PA 15219
F: (412) 803-3678
*Counsel for Duquesne Light Company*

Shawn G. Rice, Esquire
**Rice & Gotzmer s.c.**
605 N. 8th Street, Suite 350
Sheboygan, WI 53081
F: (920) 694-0451
*Counsel for Priority Signs, Inc.*

Lee J. Mondshein, Esquire
7600 Jericho Turnpike
Woodbury, NY 11797
F: (516) 364-8100
*Counsel for Hauppauge Woodlands*
*Associates, LP*

Stuart Finestone, Esquire
***Finestone & Morris, LLP***
3340 Peachtree Road, NE
Suite 2540 Tower Place
Atlanta, GA 30326
F: (404) 231-1930

   /s/ Thomas G. Ciarlone
        Thomas G. Ciarlone