IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------
In re:

American Home Mortgage Holdings, Inc., *et al.* [1]

Debtors.
-----------------------------------------------------------

: Chapter 11
:
: Case No. 07-11047 (CSS)
: (Jointly Administered)
:
: **Objections Due By: April 7, 2008 @ 4:00 p.m.**
: **Hearing Date: April 14, 2008 @ 10:00 a.m.**

**NOTICE OF SECOND INTERIM FEE APPLICATION OF BDO SEIDMAN, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL*., FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 1, 2007 THROUGH JANUARY 31, 2008**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On March 20, 2008, the Second Interim Fee Application of BDO Seidman, LLP, Financial Advisor to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the Period of November 1, 2007 through January 31, 2008 (*"Fee Application"*) was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the *"Bankruptcy Court"*). By the Interim Application, BDO Seidman, LLP seeks the allowance and payment of compensation in the amount of $248,120.50 and reimbursement of expenses in the amount of $86.10 incurred in representation of the Official Committee of Unsecured Creditors (the *"Committee"*) of American Home Mortgage Holdings,

---

[1]   The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21676015v.1

Inc., *et al.* (the *"Debtors"*) during the period of November 1, 2007 through January 31, 2008 (the *"Application Period"*).

Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **April 7, 2008 at 4:00 p.m. (EST)**. Copies of the Fee Application are available upon written request to the undersigned.

A hearing on the Interim Application is scheduled for **April 14, 2008 at 10:00 a.m.** before the Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

Dated: March 20, 2008

                          BLANK ROME LLP

                          */s/ Bonnie Glantz Fatell*
                          Bonnie Glantz Fatell (No. 3809)
                          David W. Carickhoff (No. 3715)
                          1201 Market Street, Suite 800
                          Wilmington, Delaware 19801
                          Telephone:   (302) 425-6400
                          Facsimile:    (302) 425-6464

                          And

                          Mark S. Indelicato
                          Hahn & Hessen LLP
                          488 Madison Avenue
                          New York, NY  10022
                          Telephone:  (212) 478-7200
                          Facsimile:  (212) 478-7400

                          *Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage, Inc., et al.*