**EXHIBIT A**

# AMERICAN HOME MORTGAGE
## Time Summary
### November 1, 2007 to January 31, 2008

| Professional | Category | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| WILLIAM K LENHART | PARTNER | 0.3 | 650.00 | $195.00 |
| DAVID E BERLINER | PARTNER | 163.0 | 575.00 | 93,725.00 |
| MARLENE H RABINOWITZ | PARTNER | 0.3 | 500.00 | 150.00 |
| MICHELE MICHAELIS | SENIOR MANAGER | 286.2 | 350.00 | 100,170.00 |
| BRIAN C MALONEY | SENIOR | 11.2 | 200.00 | 2,240.00 |
| HOWARD WEBER | SENIOR | 1.8 | 200.00 | 360.00 |
| THERESA E GALLOWAY | SENIOR | 6.5 | 185.00 | 1,202.50 |
| NAUSHON E VANDERHOOP | SENIOR | 29.2 | 185.00 | 5,402.00 |
| MATTHEW J STEWART | STAFF | 189.6 | 185.00 | 35,076.00 |
| KEVIN REINLE | STAFF | 42.6 | 175.00 | 7,455.00 |
| MIGDALIA MUFTUOGLU | PARA-PROF. | 14.3 | 150.00 | 2,145.00 |
| | **TOTAL:** | **745.0** | | **$248,120.50** |

**EXHIBIT B**

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| A. | ACCOUNTS PAYABLE<br>Reviewed and analyzed new information regarding Rabbi Trust priority claims. | 1.1 | $385.00 |
| B. | TRADE PREFERENCES<br>Preparation of schedules of potential preference payments to trade creditors. Conducted vendor identification and categorization process using keyword and internet searches. | 18.7 | 3,990.50 |
| C. | LITIGATION CONSULTING<br>Special investigative work related to potential litigation issues. | 7.2 | 3,633.00 |
| D. | ASSET SALE/AUCTION<br>Reviewed sales process and relevant documents including, but not limited to, various court motions, loan sale documents, current articles regarding loan sales, closing documents, final purchase summary, asset sale support information and FF&E auction and on delinquent loan pools to be sold. Prepared analysis of estimated recovery on sale of assets. Reviewed Servicing business sale transaction estimate and prepared analysis of fees related to sale of Servicing business. Reviewed and analyzed updated actual figures from Servicing business sale and compared final amount versus prior estimates. Reviewed DoveBid proposal to sell used or surplus fixed assets and information on alternative bidders. Researched proposed asset liquidators and competitors contacted for sale of assets by Debtors. Reviewed and discussed alternatives for sale of Thrift bank and other asset sales. Analyzed and reviewed construction loan and Bank of America loan pools. Reviewed and analyzed alternatives for selling various mortgages and other assets. | 45.8 | 15,698.50 |
| E. | MEETINGS - DEBTOR<br>Meetings, discussions and correspondence with Debtors' management, key personnel and professionals related to ongoing requests for financial information; cash flow budget; case issues; Key Executive Incentive Plan ("KEIP"); request list related to asset recovery and SOFA/SOAL; Waldner's claim; DoveBid proposal; strategy and sale of Servicing business, unencumbered asset pools, construction loans, Thrift Bank, Bank of America ("B of A") syndicate sales and delinquent loan pools; construction loan information and other open issues. | 89.0 | 31,487.50 |

1

|     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              | HOURS | AMOUNT    |
| --- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ----- | --------- |
| F.  | **REPORT PREPARATION**<br>Preparation and review of various reports to the Creditors' Committee regarding KEIP update, servicing business sale, construction loan and update on other asset pool sales, cash flow forecasts, actual versus budgeted cash flow, potential recovery amounts and other open issues.                                                                                                                                                                                                                                                                                                                                                                                                                                                                          | 171.0 | 57,526.00 |
| G.  | **MEETINGS OF CREDITORS**<br>Preparation for and attendance at Creditors' Committee meetings and/or conference calls where the financial condition of the Debtor, various reports to the Committee, asset sales and other open case issues were reviewed and discussed.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                   | 38.5  | 13,994.00 |
| H.  | **BUSINESS ANALYSIS**<br>Analyzed Debtors' actual versus budgeted cash flows, cash flow projections, Monthly Operating Reports, net proceeds recovery schedules and cash management issues regarding Corporate, Servicing and non-Servicing Businesses and other financial results. Reviewed and analyzed recent news articles and various documents, motions, applications, orders and objections filed with the Court. Prepared and/or reviewed KEIP information and plans, reviewed and prepared questions related to Kroll's financial analysis of asset recovery and corresponding liabilities and the economic close of the servicing business. Reviewed, analyzed and updated financial information provided in SOFA and SOAL for amended schedules filed by the Debtors. Reviewed and analyzed Schedule G (Servicing Business Reconciliation). Monitored and updated schedule of construction loans activity. Prepared and reviewed Bank of America ("B of A") collateral loan analysis and recovery scenarios. Reviewed and analyzed projected schedule of asset recoveries. Findings were conveyed to Counsel and the Committee. | 290.8 | 93,116.50 |
| I.  | **COUNSEL DISCUSSIONS & COURT HEARINGS**<br>Throughout the engagement we consulted with Counsel and Committee members regarding all pertinent matters related to ongoing work related to the Debtors' asset sales/auctions; KEIP proposals; Committee report preparation and meetings; business analyses; information requests, retention of professionals and various other open case issues.                                                                                                                                                                                                                                                                                                                                                                                             | 37.5  | 18,051.00 |
| J.  | **FEE APPLICATIONS / MONTHLY STATEMENTS**<br>Preparation and review of monthly data for submission to the Debtor. Preparation and review of First Monthly Application for the period August 14, 2007 through October 31, 2007; First Interim Application; Second Monthly Application for the period November 1, 2007 through November 30, 2007; and Third Monthly Application for the period December 1, 2007 through December 31, 2007.                                                                                                                                                                                                                                                                                                                                                   | 44.6  | 9,778.50  |

**EXHIBIT B**

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| K. | CASE ADMINISTRATION | 0.8 | 460.00 |
|  | Reviewed status of engagement with staff and planned areas of work to be performed. | | |
|  | **TOTAL:** | **745.0** | **$248,120.50** |

American Home Mortgage Holdings, Inc.
Schedule of Expenses
November 1, 2007 through January 31, 2008

1. PHOTOCOPYING
   a. Internal
   b. External

2. TELECOMMUNICATIONS
   a. Toll Charges
   b. Facsimile
   c. Out-of-State toll charges

3. COURIER, FRIEGHT AND POSTAL SERVICES
   *For overnight and hand delivery to Counsel and Committee members*

4. COURT REPORTER AND TRANSCRIPTS

5. TECHNOLOGY SERVICES

6. OUT-OF-TOWN TRAVEL
   a. Transportation
   b. Lodging
   c. Meals

7. OUTSIDE SERVICES

8. LOCAL MEALS                                                                57.60

9. LOCAL TRANSPORTATION, TOLLS, MILEAGE                                       28.50
   AND PARKING – for cabs to/from meetings, car service
   *for employees working after 8:00 p.m. and local mileage
   using personal auto*

10. MISCELLANEOUS

   **TOTAL**                                                                 **$86.10**

1