IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>American Home Mortgage Holdings, Inc., *et al.* [1]<br><br>Debtors. | : Chapter 11<br>:<br>: Case No. 07-11047 (CSS)<br>: (Jointly Administered)<br>:<br>: **Objections Due By: April 7, 2008 @ 4:00 p.m.**<br>: **Hearing Date: April 14, 2008 @ 10:00 a.m.** |

**NOTICE OF SECOND INTERIM FEE APPLICATION OF BLANK ROME LLP,
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF AMERICAN HOME MORTGAGE HOLDINGS, INC., *ET AL.*, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
PERIOD OF NOVEMBER 1, 2007 THROUGH JANUARY 31, 2008**

TO:    Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

On March 20, 2008, the Second Interim Fee Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, for Compensation and Reimbursement of Expenses for the Period of November 1, 2007 through January 31, 2008 (*"Fee Application"*) was filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the *"Bankruptcy Court"*). By the Interim Application, Blank Rome LLP (*"Blank Rome"*) seeks the allowance and payment of compensation in the amount of $152,837.00[2] and reimbursement of expenses in the amount of $5,664.35 incurred in representation of the Official Committee of Unsecured Creditors (the *"Committee"*) of American

---

[1]    The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

[2]    The $152,837.00 reflects a voluntary adjustment and reduction by Blank Rome with respect to its fees in the aggregate amount of $7,300.50. These reductions take into consideration excess or duplicative time.

128189.01600/21675937v.1

Home Mortgage Holdings, Inc., *et al.* (the *"Debtors"*) during the period of November 1, 2007 through January 31, 2008 (the *"Application Period"*).

Any responses or objections to the Fee Application must be filed with the Bankruptcy Court in accordance with the local rules and served upon the undersigned counsel on or before **April 7, 2008 at 4:00 p.m. (EST).** Copies of the Fee Application are available upon written request to the undersigned.

A hearing on the Interim Application is scheduled for **April 14, 2008 at 10:00 a.m.** before the Honorable Christopher S. Sontchi, United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

Dated: March 20, 2008

BLANK ROME LLP

*/s/ Bonnie Fatell*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:   (302) 425-6400
Facsimile:   (302) 425-6464

*Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage, Inc., et al.*