AMERICAN HOME MORTGAGE COMPANY
PROFESSIONAL BACKGROUND
NOVEMBER 1, 2007 - JANUARY 31, 2008

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---:|---:|---:|
| Bachman, A. | Partner Since 1983, Member of PA Bar Since 1972 Area of Expertise - Employment, Benefits and Labor | $635.00 | 0.30 | $190.50 |
| Eckstein, A. | Partner Since 2001, Member of NY Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Business Restructuring and Bankruptcy | $615.00 | 24.90 | $15,313.50 |
| Fatell, B. | Partner Since 2000, Member of PA Bar Since 1981, Member of DE Bar Since 1999, Area of Expertise - Business Restructuring and Bankruptcy | $600.00 | 122.70 | $73,620.00 |
| Storero, J. | Partner Since 1999, Member of PA Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Public Companies and Capital Formation | $580.00 | 18.10 | $10,498.00 |
| Kelbon, R. | Partner Since 1995, Member of NJ Bar Since 1986, Member of PA Bar Since 1985, Area of Expertise - Business Restructuring and Bankruptcy | $550.00 | 0.20 | $110.00 |
| DeBaecke, M. | Partner Since 2001, Member of DE Since 1993, Member of PA Since 1994, Area of Expertise - Business Restructuring and Bankruptcy | $450.00 | 3.10 | $1,395.00 |
| Baumgarten, I. | Associate Since 2006, Member of NJ Bar Since 2003, Member of NY Bar Since 2002, Area of Expertise - Financial Services/Real Estate | $450.00 | 29.70 | $13,365.00 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $420.00 | 10.50 | $4,410.00 |
| Staib, J. | Associate Since 2002, Member of DE Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $385.00 | 6.40 | $2,464.00 |
| Vonngtama, M. | Associate Since 2006, Member of IL Bar Since 2003, Area of Expertise - Business Restructuring and Bankruptcy | $345.00 | 7.00 | $2,415.00 |
| Oestreich, E. | Associate Since 2007, Member of PA Bar Since 2006, Member of NJ Bar Since 2006, Member of DE Bar Since 2007, Area of Expertise - General Litigation | $245.00 | 3.20 | $784.00 |
| Taylor-Kamara, I. | Paralegal | $260.00 | 3.20 | $832.00 |
| Braithwaite, K. | Paralegal | $250.00 | 0.10 | $25.00 |
| Senese, K. | Paralegal | $225.00 | 112.60 | $25,335.00 |
| Moody, T. | Paralegal | $200.00 | 10.40 | $2,080.00 |
| Grand Total: | | | **352.40** | **$152,837.00** |
| Blended Rate: | | | | 433.70 |