# AMERICAN HOME MORTGAGE COMPANY
## PROJECT CODE SUMMARY
### NOVEMBER 1, 2007 - JANUARY 31, 2008

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 46.80 | $12,675.00 |
| 2 | Other Professionals' Fee/Employment Issues | 60.50 | $24,034.50 |
| 3 | Executory Contracts and Unexpired Leases | 0.30 | $67.50 |
| 4 | Claims Analysis and Objections | 6.60 | $3,212.00 |
| 5 | Committee Business and Meetings | 23.50 | $10,960.00 |
| 6 | Case Administration | 35.90 | $11,950.50 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 1.30 | $470.00 |
| 8 | Employee Benefits/General Labor | 2.90 | $1,566.00 |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | | |
| 10 | Financing Issues | 2.30 | $892.50 |
| 11 | Regulatory Matters | | |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 41.40 | $23,707.00 |
| 13 | Stay Relief Issues | 6.90 | $2,735.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.40 | $240.00 |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | | |
| 17 | Hearings - Attendance/Preparation | 45.20 | $19,539.50 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | | |
| 21 | Adversary Litigation | 78.40 | $40,787.50 |
| | TOTALS | 352.40 | $152,837.00 |