AMERICAN HOME MORTGAGE COMPANY
EXPENSE SUMMARY
NOVEMBER 1, 2007 - JANUARY 31, 2008

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---|
| Long Distance Telephone | In-House @ $.24/minute | $4.26 |
| Facsimile | In-House @ $.35/page | $24.44 |
| Reproduction of Documents | In-House @ $.10/copy | $1,098.00 |
| | Contracted Photocopying - Parcels | $377.37 |
| Courier and Express Services | Federal Express | $552.94 |
| Travel Expense | Bonnie Fatell | $55.59 |
| Hand Delivery Service | Parcels | $439.50 |
| Special Mailing Charges | | $309.80 |
| Filing Fees | | $25.00 |
| Transcript | Corbett & Wilcox | $1,743.90 |
| Meeting Expense | | $25.00 |
| Word Processing | | $43.75 |
| Record/Docket Searches | | $964.80 |
| **TOTAL** | | **$5,664.35** |