EXHIBIT B

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

March 19, 2008

AMERICAN HOME MORTAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133095

For professional services rendered from December 1, through December 31, 2007 in connection with the following:

|  | 703159 | AMERICAN HOME MORTAGE HOLDINGS, INC. |
|  | 001 | GENERAL |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/03/07 | Meeting with ELS and EK on upcoming events (.30) Reviewing Docket and pleadings (.50)  Review and forward FGIC motion for relief from stay. (.40) | JS | 0.80 | 184.00 |
| 12/04/07 | Checking docket and updating calendars (.8); FNL summary of motion (1.5) | EK | 2.30 | 644.00 |
| 12/04/07 | Review docket and pleadings (1.40) Calendar Objection Deadlines (.40) | JS | 1.80 | 414.00 |
| 12/05/07 | Review Docket and Recent Pleadings (1.50) | JS | 1.50 | 345.00 |
| 12/05/07 | Review docket and recent motions (.30). | JXZ | 0.30 | 97.50 |
| 12/06/07 | Docket and Pleading review (.60). | JS | 0.60 | 138.00 |
| 12/06/07 | Review case calendar and comment on same | MTP | 0.60 | 417.00 |
| 12/07/07 | Check Docket and latest pleadings  (.30). | JS | 0.30 | 69.00 |
| 12/07/07 | Review docket and notice (.10). | JXZ | 0.10 | 32.50 |
| 12/07/07 | Review recent lift stay motions filed in case | MTP | 0.80 | 556.00 |
| 12/10/07 | Meeting with EK and JS to discuss hearing and objection deadlines for this week. | ELS | 0.30 | 139.50 |
| 12/10/07 | Meeting with EK and ELS per Status of Motions and Pleadings, (.40) Review Docket (1.20) Review pleadings and prepare for Hearing (.60) Update Calendar due to Order Scheduling Hearing Dates (.40) | JS | 2.60 | 598.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/10/07 | Review docket, recent notices and orders; calls with ELS and EK regarding same (.30). | JXZ | 0.30 | 97.50 |
| 12/11/07 | Review docket (.20); review pleadings and prepared for 12/12/2007 hearing in Delaware (1.30); Review and circulate Waldner's Business Environments ADV. (.30). | JS | 1.80 | 414.00 |
| 12/11/07 | Prepared for 12/12/07 hearing in Delaware (.6) | MTP | 0.60 | 417.00 |
| 12/17/07 | Weekly case management meeting with EK and ELS (.30); docket review (.70); pleading review and update of objection deadlines (1.0). | JS | 2.00 | 460.00 |
| 12/18/07 | Review Docket and Pleadings (1.30) | JS | 1.30 | 299.00 |
| 12/18/07 | Review docket and recent motions (.40). | JXZ | 0.40 | 130.00 |
| 12/20/07 | Review hearing agenda (.10). | JXZ | 0.10 | 32.50 |
| 12/26/07 | Review docket and recent motions (.30). | JXZ | 0.30 | 97.50 |
| 12/26/07 | Review motions filed by the debtors. | MSI | 0.70 | 486.50 |
| 12/27/07 | Review docket (.40); review pleadings for 1/4/07 hearing and update objection deadlines (3.2). | JS | 3.60 | 828.00 |
| 12/28/07 | Update live calendar with recent motions and pleadings (1.0); review docket (.40); review pleadings (3.0). | JS | 4.40 | 1,012.00 |
| 12/31/07 | Review Docket and Pleadings (.80) | JS | 0.80 | 184.00 |

|  | TOTAL HOURS | 28.30 | |

TOTAL SERVICES ......................................................... $    8,092.50

DISBURSEMENT SUMMARY

| LONG DISTANCE TELEPHONE CHARGES | $85.18 |
|--------------------------------|--------|
| CARFARE | $229.50 |
| DUPLICATING | $13.30 |
| MEALS | $174.45 |
| SEARCH FEES | $607.28 |

TOTAL DISBURSEMENTS ............................................. $    1,109.71

TOTAL FEES & DISBURSEMENTS............................................. $    9,202.21

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 21.50 | 230.00 | 4,945.00 |
| 550 | Keary | 2.30 | 280.00 | 644.00 |
| 493 | Zawadzki | 1.50 | 325.00 | 487.50 |
| 486 | Schnitzer | 0.30 | 465.00 | 139.50 |
| 260 | Indelicato | 0.70 | 695.00 | 486.50 |
| 364 | Power | 2.00 | 695.00 | 1,390.00 |
| ATTY TOTAL | | 28.30 | | 8,092.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

March 19, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133095

For professional services rendered from December 1, through December 31, 2007 in connection with the following:

|  | 703159 | AMERICAN HOME MORTAGE HOLDINGS, INC. |
|  | 002 | CREDITORS COMMITTEE |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/03/07 | Checking calendar and updating docket and meeting (1.1); researched cases for D. Grubman (1.1). | EK | 2.20 | 616.00 |
| 12/03/07 | Emails with Mills and review her claim (.30); meeting with EK and JS re: matters scheduled for this week (.30); phone call/email with debtors' attorneys re; FNC and Natixis (.70). | ELS | 1.30 | 604.50 |
| 12/04/07 | Meeting with Kroll and debtors' counsel re: Bank of America loans (2.70); legal research on Bank of America's 362 stay arguments (1.90); review stipulation re: Waldner's reclamation claim and meeting with MSI re: same (.30); meeting with MSI re: JP Morgan motion and FGIC motion (.20); review and revise EK's committee summary of FNC motion (.20). | ELS | 5.30 | 2,464.50 |
| 12/04/07 | Review motion filed by Debtor and third parties (.60); meeting with ELS re: same (.10); revise and edit summaries to Committee and meeting with EK re: same (.20); telephone conference with P. Morgan re: outstanding issues (.20). | MSI | 1.10 | 764.50 |
| 12/05/07 | Examining docket and updating calendars (1.1); examining fee arrangements (2.1); arranging committee meeting (.3) | EK | 3.50 | 980.00 |
| 12/05/07 | Review underlying documents for debtors' proposed settlements re: Fremont, Siira/Boudreau, JLM, Allied Home, NGBRI, United General and USA Funding; meeting with MSI re: same and emails to debtors' counsel re: same. | ELS | 1.90 | 883.50 |
| 12/05/07 | Review Objection to Security Connections, Inc.'s Limited Objection to Notice of Interim Period Cure Schedule (.50). | JS | 0.50 | 115.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/05/07 | Review summaries to committee (.40); meeting with EK re: same (.10); review e-mails re: same (.20). | MSI | 0.70 | 486.50 |
| 12/05/07 | Participate in omnibus hearing before Judge Sontchi | MTP | 1.10 | 764.50 |
| 12/06/07 | Warn Act research (3.1) calendars and docket (.9); talked with shareholders of AHM (.6); preparing for meeting (.3); drafting minutes (.8); attending conference call (1.0) | EK | 6.70 | 1,876.00 |
| 12/06/07 | Committee call re: Bank of America construction loans, sale of Melville property, sale of AHM Bank and general case status (1.10); review BDO report for committee call (.30). | ELS | 1.40 | 651.00 |
| 12/06/07 | Telephone conversation with Berliner regarding issues to address in committee report (.30); review and edit BDO report to the committee (.40); review motions in preparation for meeting with the committee (.60); attend committee meeting (.90); meeting with ELS regarding same (.20); revise and edit Waldner stipulation (.30). | MSI | 2.70 | 1,876.50 |
| 12/06/07 | Review BDO report for Committee call (.4); participate in Committee call re: Bank of America construction loans, sale of Melville property, sale of AHM Bank and general case status (1.1) | MTP | 1.50 | 1,042.50 |
| 12/07/07 | Conference call with debtors re: appraisal settlement and various repo settlements. | ELS | 1.30 | 604.50 |
| 12/07/07 | Review motions and summaries to the committee (.60); meeting with EK regarding same (.20). | MSI | 0.80 | 556.00 |
| 12/10/07 | Meeting with ELS, JS re calendars (.3); preparing new committee calenders (.8); updating committee contact lists (.3); Warn Act litigation research (5.2) | EK | 6.60 | 1,848.00 |
| 12/10/07 | Meeting with ELS regarding OCP issues and foreclosure costs (.30); review pleadings regarding same (.40); review and respond to e-mails regarding individual relief stay motion (.20); review summaries to the committee (.70). | MSI | 1.60 | 1,112.00 |
| 12/10/07 | Discussion with MSI re update and issues with construction loans and HELOCs. | MTP | 0.30 | 208.50 |
| 12/11/07 | Drafting minutes for the creditors' committee meetings (5.8). | EK | 5.80 | 1,624.00 |
| 12/11/07 | Freemont - review information from AHM re: Freemont settlement, meeting with MSI re: same and emails to debtors re: same (.30); meeting with MSI re: OCP motion and send email to debtors re: same (.20). | ELS | 0.50 | 232.50 |
| 12/11/07 | Meeting with EK regarding minutes (.10). | JXZ | 0.10 | 32.50 |
| 12/12/07 | Phone call with AHM creditors (.2); examining docket motions and orders (1.3); updating committee calendars (1.1); organizing and preparing for committee call (.4);  drafting committee minutes (2.2). | EK | 5.20 | 1,456.00 |
| 12/12/07 | Review debtors' proposed motion re: sub-servicing and meeting with MSI re: same. | ELS | 0.40 | 186.00 |
| 12/12/07 | Review Debtors' proposed motion re sub-servicing | MTP | 0.50 | 347.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/13/07 | Examining docket motions (1.1); meeting with ELS and JXZ re adversary proceedings litigation, Warn Act research and memo drafting (3.4); drafting committee minutes (.7); creditors committee conference call (.9) | EK | 6.10 | 1,708.00 |
| 12/13/07 | Review revised OCP motion; meeting with MSI and phone call with debtors' counsel re: same (.70);  weekly committee call re: Bank of America construction loans and Waldners' settlement (1.00); reviewing relevant pleadings in 9 pending adversary proceedings (1.50). | ELS | 3.20 | 1,488.00 |
| 12/13/07 | Docket review (.20); update critical dates (.70) | JS | 0.90 | 207.00 |
| 12/13/07 | Review docket and notices (.20); review BDO financial update (.20). | JXZ | 0.40 | 130.00 |
| 12/13/07 | Review motions in preparation for committee meeting (.40); attend telephonic meeting of the committee (1.00); review BDO report prior to distribution to committee (.30); telephone conversation with M. Michaelis regarding same (.10); telephone conversation with S. Beacher regarding issues on OCP foreclosure expenses (.30); meeting with ELS and EK regarding outstanding motions and adversaries (.20). | MSI | 2.30 | 1,598.50 |
| 12/13/07 | Prepare for and participate in telephonic meeting of the Committee (1.00); review BDO report prior to distribution to Committee (.5) | MTP | 1.50 | 1,042.50 |
| 12/14/07 | Meeting with JXZ and ELS re adversary proceedings (.4); Warn Act legal research (3.1); adversary case reading (3.3); minutes work (1.3) | EK | 8.10 | 2,268.00 |
| 12/14/07 | Meeting with EK and JXZ re: pending adversary proceedings. | ELS | 0.30 | 139.50 |
| 12/14/07 | Review docket and pleadings (.60); update objection deadlines and hearing dates (1.0). | JS | 1.60 | 368.00 |
| 12/14/07 | Meeting with EK regarding minutes (.10); meetings with ELS and EK regarding adversary proceedings (.20). | JXZ | 0.30 | 97.50 |
| 12/14/07 | Review motions filed by debtors and draft motions (.70); telephone conversation with Young Conaway regarding comments (.20); meeting with ELS regarding same (.20). | MSI | 1.10 | 764.50 |
| 12/15/07 | Review docket and recent motions and e-mails with ELS regarding same (.70); review documents regarding Calyon (.20). | JXZ | 0.90 | 292.50 |
| 12/17/07 | Meeting with ELS and JS re strategy for objections (.3); spoke with AHM employees re: claims owing (.4); examining docket and updating calendars (1.3); drafting minutes for the conference calls (1.6). | EK | 3.60 | 1,008.00 |
| 12/17/07 | Meeting with EK and JS re: matters scheduled for this week (.30); emails with debtors re: various settlements and meeting with MSI re: same (.70). | ELS | 1.00 | 465.00 |
| 12/17/07 | Review docket and recent motions and draft summaries (1.60); review documents regarding Calyon (.50); e-mails with ELS regarding Abram RFS motion (.10). | JXZ | 2.20 | 715.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/17/07 | Review various draft motions (.60); meeting with ELS regarding miscellaneous settlements (.20). | MSI | 0.80 | 556.00 |
| 12/18/07 | Examining adversary proceedings still pending (4.2); docket entries and updating calendar (1.2); drafting minutes for AHM (3.2) | EK | 8.60 | 2,408.00 |
| 12/18/07 | Meeting with MSI and phone call with debtors' counsel re: notice of various settlements (.60); meeting with JS re: tracking Bank of America expenses (.20); meeting with JS re: tracking cure claims (.20). | ELS | 1.00 | 465.00 |
| 12/18/07 | Conference call with YCST re various settlements (.5) | MTP | 0.50 | 347.50 |
| 12/19/07 | Examining docket and updating calendar (.9); drafting minutes of telephonic AHM Committee meetings (6.0); examining Dove bid agreement + order authorizing retention (2.4) | EK | 9.30 | 2,604.00 |
| 12/19/07 | Meeting with MSI regarding settlements and Dovebid motion (.40); review Dovebid motion, agreement and order; phone conversations and e-mails to Lunn regarding same and phone conversations and e-mails to Berliner regarding same (1.10). | ELS | 1.50 | 697.50 |
| 12/19/07 | Docket review (.20); pleading review and update of objection deadlines (1.10); prepared for hearing on 12/21/07 (.80). | JS | 2.10 | 483.00 |
| 12/20/07 | Examining docket entries and updating calendar (1.6); organizing and preparing for a conference call (.7); attended AHM conference call (.8); drafted the Minutes for the conference call (.5); drafting summary and examination of Iron Mountain motion (.9). | EK | 4.50 | 1,260.00 |
| 12/20/07 | Committee call regarding case status (.70); review revised Dovebid agreement; revised motion and revised order (.30). | ELS | 1.00 | 465.00 |
| 12/20/07 | Review material in preparation for committee meeting (.40); attend committee meeting (.70). | MSI | 1.10 | 764.50 |
| 12/20/07 | Participate in part of Committee conference call | MTP | 0.60 | 417.00 |
| 12/21/07 | Review recent motions and pleadings (1.50); review docket (.30). | JS | 1.80 | 414.00 |
| 12/27/07 | Review docket and recent motions, draft summaries and e-mails with MTP, MSI and ELS regarding same (5.20). | JXZ | 5.20 | 1,690.00 |
| 12/27/07 | Review Iron Mountain motion to administration claim (.40). | MSI | 0.40 | 278.00 |
| 12/27/07 | Review JXZ draft summaries and e-mails re same (.5) | MTP | 0.50 | 347.50 |
| 12/28/07 | Meeting with MSI regarding open issues (.10) review docket/recent motions; draft summaries and e-mails with MSI regarding same (1.50). | JXZ | 1.50 | 487.50 |
| 12/28/07 | Review various motions filed by debtor and third parties related to various issues (1.80); telephone conversation with Young Conaway regarding same including Iron Mountain and complaints (.20); review calendar, objections and class action (1.40). | MSI | 3.40 | 2,363.00 |

| DATE | SERVICES | | ATTY | HOURS | VALUE |
|------|----------|---|------|-------|-------|
| | TOTAL HOURS | | | 130.30 | |
| | TOTAL SERVICES ........................................................ $ | | | | 49,672.00 |
| | DISBURSEMENT SUMMARY | | | | |
| | LONG DISTANCE TELEPHONE CHARGES | | | | $263.40 |
| | CARFARE | | | | $11.00 |
| | DUPLICATING | | | | $391.10 |
| | LEXIS | | | | $615.52 |
| | MEALS | | | | $131.00 |
| | SEARCH FEES | | | | $1,131.36 |
| | TRAVEL | | | | $282.00 |
| | TOTAL DISBURSEMENTS ............................................ $ | | | | 2,825.38 |
| | TOTAL FEES & DISBURSEMENTS ............................................ $ | | | | 52,497.38 |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 556 | Smith | 6.90 | 230.00 | 1,587.00 |
| 550 | Keary | 70.20 | 280.00 | 19,656.00 |
| 493 | Zawadzki | 10.60 | 325.00 | 3,445.00 |
| 486 | Schnitzer | 20.10 | 465.00 | 9,346.50 |
| 260 | Indelicato | 16.00 | 695.00 | 11,120.00 |
| 364 | Power | 6.50 | 695.00 | 4,517.50 |
| ATTY TOTAL | | 130.30 | | 49,672.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

March 19, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133095

For professional services rendered from December 1, through December 31, 2007 in connection with the following:

|  |  |
|---|---|
| 703159 | AMERICAN HOME MORTAGE HOLDINGS, INC. |
| 005 | DIP/INVESTIGATION OF LIEN |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/17/07 | Telephone conversation with J. Waite regarding amendment to the nonrecourse DIP (.10); review same (.30). | MSI | 0.40 | 278.00 |
| 12/18/07 | Review amendment to nonrecourse DIP (.30); telephone conversation with J. Waite regarding same (.20); review motion regarding same (.20). | MSI | 0.70 | 486.50 |
| 12/19/07 | Review motion to amend DIP and proposed changes (.60); review proposed adequate protection stipulation (.60). | MSI | 1.20 | 834.00 |

|  |  |
|---|---|
| TOTAL HOURS | 2.30 |
| TOTAL SERVICES ....................................................................... $ | 1,598.50 |

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 260 | Indelicato | 2.30 | 695.00 | 1,598.50 |
| ATTY TOTAL | | 2.30 | | 1,598.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

March 19, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133095

For professional services rendered from December 1, through December 31, 2007 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|  | 006 | SALES OF ASSETS |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/03/07 | Telephone conference with M. Shonhultz (3x) re: issues on construction loan sale (.70); telephone conference with Kroll, Young Conaway, BDO and the debtor to discuss loans (1.10); telephone conference with P. Morgan re: same (.20); telephone conference with S. Talmadge re: same (.20); review documents to try and develop alternatives to impasse (1.20). | MSI | 3.30 | 2,293.50 |
| 12/03/07 | Telephone calls with Kaye Scholer, MSI re issues on construction loan sale (.7); telephone confer with Kroll, Young Conaway, BDO and the Debtor to discuss loans (1.10) | MTP | 1.80 | 1,251.00 |
| 12/04/07 | Telephone conference with P. Morgan re: issues regarding sale of the construction loans (.80); review Bank of America motion for relief from stay (.60); various e-mails re: same (.40); attend meeting with Young Conaway, Kroll, the debtor and BDO to discuss alternatives on sale of construction loans (2.50); review information from Stemple in preparation for meeting (.30). | MSI | 4.60 | 3,197.00 |
| 12/04/07 | Review materials and discuss with MSI and attend meeting at Kroll's offices with BDO, Debtors and Young Conaway to discuss alternatives with respect to handling disposition of construction loans and responding to BoA's emergency stay relief motion (2.5) | MTP | 3.00 | 2,085.00 |
| 12/04/07 | E-mail exchange with Young Conaway re call on Countrywide APA. | MTP | 0.10 | 69.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/05/07 | Telephone conference with S. Cooper and Nystrom re: proposal to WLR on construction loans (.20); telephone conference with P. Morgan re: same (.20); meeting with P. Morgan, J. Dorsey re: strategy and issues on construction loans (.30); telephone conference with S. Talmadge re: issues on motion to shorten (.20); attend hearing re: same (1.00); meeting with ELS re: additional research needed (.40). | MSI | 2.30 | 1,598.50 |
| 12/05/07 | Telephone confer w/Cooper and Nystrom, MSI re proposal to WLR on construction loans (.2); telephone confer w/P. Morgan, MSI re same (.2) | MTP | 0.40 | 278.00 |
| 12/06/07 | Review BDO update (.40); meetings with MTP and conference call regarding Countrywide Asset Purchase Agreement (1.50). | JXZ | 1.90 | 617.50 |
| 12/06/07 | Telephone conversation with P. Morgan (2x) regarding issues on construction loan sale (.40); telephone conversation with Morgan and Nystrom regarding same (.40); telephone conversation with S. Talmadge regarding same (.20); review schedule and issues (.30). | MSI | 1.30 | 903.50 |
| 12/06/07 | Review BDO report (.4); review Countrywide mark-up (1.5); meeting with JXZ, DDG and confer call re Countrywide Asset Purchase Agreement (1.5) | MTP | 3.40 | 2,363.00 |
| 12/06/07 | Multiple calls re issues on construction loan sale (.8) | MTP | 0.80 | 556.00 |
| 12/07/07 | Telephone conversation with M. Shonholtz regarding issues on sale of construction loans (.20); extensive telephone conversation (2x) with P. Morgan regarding same and strategy (.30). | MSI | 0.50 | 347.50 |
| 12/07/07 | Multiple calls re issues on sale of construction loans (.5) | MTP | 0.50 | 347.50 |
| 12/10/07 | Review Countrywide servicing sale agreement (0.4); conference with ELS, MSI regarding WLR post-closing issue (0.1) | DDG | 0.50 | 312.50 |
| 12/10/07 | Telephone conversation with Margot Shonholtz regarding construction loans (.20); several conversations with P. Morgan regarding same (.30); review revised chart sent by Stemple regarding status of construction loans (.30). | MSI | 0.80 | 556.00 |
| 12/10/07 | Review revised Countrywide MSR agreement and e-mail to YCST re same | MTP | 0.90 | 625.50 |
| 12/10/07 | Participate in conference call with Young Conaway and Countrywide and Chipman re comments and issue on form APA (.7); discussion of issues with MSI (.2). | MTP | 0.90 | 625.50 |
| 12/11/07 | Conference with MTP, JXZ, Young Conaway regarding Countrywide sale agreement (0.6), review and revise agreement and prepare comments regarding same (1.6) | DDG | 2.20 | 1,375.00 |
| 12/11/07 | E-mails regarding Countrywide Asset Purchase Agreement (.10); review Countrywide Asset Purchase Agreement and draft comments (1.30); conference call regarding Countrywide Asset Purchase Agreement (.60). | JXZ | 2.00 | 650.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/11/07 | Telephone conversation with K. Nystrom (3x) regarding discussion with Bank of America (.40); review revised schedules forwarded by Stemple (.40); telephone conversation and e-mails with BDO regarding same (.30). | MSI | 1.10 | 764.50 |
| 12/11/07 | Review Countrywide draft APA for sale of servicing rights (.9); discussion/calls with Sean Greecher, DDG and JXZ re same (.6) | MTP | 1.50 | 1,042.50 |
| 12/12/07 | Miscellaneous e-mails and conferences with MTP, Greacher, Talmadge and Liscio regarding Countrywide purchase agreement (0.9); conference with MSI, Brody re: Credit Suisse confidentiality issues (0.4) | DDG | 1.30 | 812.50 |
| 12/12/07 | Review Countrywide Asset Purchase Agreement and e-mails with DDG regarding same (.40). | JXZ | 0.40 | 130.00 |
| 12/12/07 | Review motion from WL Ross to seek approval of purchase of additional MSR's (.70); meeting with ELS regarding same (.10). | MSI | 0.80 | 556.00 |
| 12/12/07 | Multiple e-mails and confers w/DDG, Greacher, Talmadge and Liscio re Countrywide purchase agreement (1.) | MTP | 1.00 | 695.00 |
| 12/12/07 | Review motion w/WL Ross to seek approval of purchase of additional MSR's (.5) | MTP | 0.50 | 347.50 |
| 12/13/07 | Review and revise drafts of Countrywide purchase agreement, miscellaneous e-mails regarding same with Young Conaway and Kaye Scholer (1.3); miscellaneous conferences and e-mails regarding indemnity claim by WLR (0.1) | DDG | 1.40 | 875.00 |
| 12/13/07 | Telephone conversation with P. Morgan (2x) regarding sale of the CTP portfolio of BoA (.30); telephone conversation with Liscio and Talmadge regarding same (.30); work on structure of transactions (.80); review e-mails from DDG regarding discussion and comments on the Countrywide sale (.30). | MSI | 1.70 | 1,181.50 |
| 12/13/07 | Review and revise drafts of Countrywide purchase agreement, multiple e-mails re same | MTP | 1.00 | 695.00 |
| 12/14/07 | Review Countrywide sale motion and order, circulate comments regarding same (0.7); review WLR dispute letter, disputed servicing agreement and related APA provisions (0.8) | DDG | 1.50 | 937.50 |
| 12/14/07 | Telephone conversation with P. Morgan to discuss issues on CTP loans and position of Ross (.30); review letter from Ross regarding adjustment and agreement (.40). | MSI | 0.70 | 486.50 |
| 12/15/07 | Review Countrywide purchase agreement draft, circulate comments regarding same (0.6); e-mails with MSI re: WLR issues (0.2) | DDG | 0.80 | 500.00 |
| 12/17/07 | Miscellaneous conferences and e-mails with MSI, Greacher regarding Countrywide sale agreement | DDG | 0.20 | 125.00 |
| 12/17/07 | Review issues raised by DDG on Countrywide sale (.30); telephone conversation Liscio, Talmadge and DDG regarding outstanding issues (.20); review same (.40). | MSI | 0.90 | 625.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/18/07 | Review changes to Countrywide agreement, miscellaneous conferences and e-mails with MTP, MSI, Greacher regarding same | DDG | 1.30 | 812.50 |
| 12/18/07 | Review e-mails regarding position of Ross on indemnity (.20); telephone conversation with Morgan regarding same (.10). | MSI | 0.30 | 208.50 |
| 12/18/07 | Review changes to Countrywide agreement, confers and e-mails with DDG, MSI, Greacher re same | MTP | 1.50 | 1,042.50 |
| 12/19/07 | Review e-mails and materials in preparation for call with Jones Day regarding WLR issues (0.3); miscellaneous conferences and e-mails with MSI, MTP, Grear, Morgan regarding WLR issues (1.2); e-mails, conference with Greacher regarding Countrywide (0.2) | DDG | 1.70 | 1,062.50 |
| 12/19/07 | Review e-mails from C. Grear regarding outstanding issues with purchaser (.30); telephone conversation with P. Morgan, C. Grear, DDG and MTP regarding outstanding issues on DIP and BoA loans (1.10); meeting with DDG regarding strategy (.20); review e-mails from Jones Day regarding outstanding issues (.10); review documents in preparation for meeting on 12/20/07 (.80); review Dovebid motion and meeting with ELS regarding same (.70). | MSI | 3.20 | 2,224.00 |
| 12/19/07 | Confers and e-mails with MSI, DDG, Grear, Morgan re WLR issues (1.2); e-mails, confer with YCST re Countrywide (.1) | MTP | 1.30 | 903.50 |
| 12/19/07 | Telephone conversation with P. Morgan, C. Grear, DDG and MSI re outstanding issues on DIP and BoA loans (1.10); review e-mails from Jones Day re outstanding issues (.1); review documents in preparation for tomorrow's meeting (.6); review Dove bid motion (.3) | MTP | 2.10 | 1,459.50 |
| 12/20/07 | Miscellaneous conferences with MSI, Young Conaway, Jones Day regarding WLR APA issues | DDG | 1.10 | 687.50 |
| 12/20/07 | Review draft motion to purchase MSRs (.60); review e-mails and issues raised by WLR regarding DIP (.60); conference call with Debtor and Ross representatives regarding all outstanding issues (.90); telephone conversation with P. Morgan regarding comments on the motions (.20); meeting with DDG regarding issues (.20); review revisions to Dovebid motion (.30). | MSI | 2.80 | 1,946.00 |
| 12/20/07 | Review e-mails and issues raised by WLR re DIP (.6); confer call with Debtor and Ross representatives re all outstanding issues (.9) | MTP | 1.50 | 1,042.50 |
| 12/21/07 | Review WLR Fourth APA amendment, Friedman employment agreement and sub-servicing motion, exchange e-mails regarding same (1.7); conferences with Jones Day, Young Conaway, MSI regarding DIP, fourth amendment, Friedman, sub-servicing (1.5); review procedures regarding loan sale, conference call regarding same with MTP, Greacher, Nystrom (1.0) | DDG | 4.20 | 2,625.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/21/07 | Review motion to approve purchase of additional MSRs, create subsidiary non-debtors and amendments to the DIP (1.80); meeting with DDG regarding same (.30); telephone conversation numerous times with P. Morgan regarding same (.40); telephone conversation with Young Conaway and Jones Day regarding same and comments and issues (1.20); review and respond to numerous e-mails regarding same (.60). | MSI | 4.30 | 2,988.50 |
| 12/21/07 | Conference call with Nystrom, Johnson, Beach and DDG re revised procedures for auction sale of non-performing loans (.6); review and forward proposed procedures to YCT (.8) | MTP | 1.40 | 973.00 |
| 12/21/07 | Review WLR APA amendment (.8) | MTP | 0.80 | 556.00 |
| 12/22/07 | Review revised motion, fourth amendment, conference with MSI and exchange e-mails regarding same | DDG | 1.50 | 937.50 |
| 12/24/07 | Conference call with MSI, Stennett regarding WLR amendment No. 4, Friedman contract, motion (1.3) and conferences and e-mails with MSI and Grear regarding same (0.2); further review of revisions to amendment No. 4, e-mail to MSI, Grear regarding same (0.3); revise sale procedures for non-performing loans, circulate to MTP for comments (0.7) | DDG | 2.50 | 1,562.50 |
| 12/24/07 | Review various motions including purchase of MSRs, subsidiaries and funding (1.20); review e-mails from DDG regarding same (.20); telephone conversation with DDG and S. Stewart of Jones Day regarding same (1.40). | MSI | 2.80 | 1,946.00 |
| 12/24/07 | Review revise sale procedures for non-performing loans | MTP | 0.60 | 417.00 |
| 12/26/07 | Conference call with Stennett, Grear, Lund, Cleary (1.2); review revisions to Friedman agreement and amendment No. 4, miscellaneous conferences and e-mails regarding same (1.5); review revisions to motion and orders, e-mails regarding same (0.4) | DDG | 3.10 | 1,937.50 |
| 12/26/07 | Review and edit Friedman employment agreement (.80); review and edit 4th Amendment to the APA (.40); numerous telephone conversations and e-mails regarding comments to same (.50). | MSI | 1.70 | 1,181.50 |
| 12/27/07 | Review miscellaneous drafts of motions, order and amendment #4, conferences and e-mails with Grear, Stennett, MSI regarding same | DDG | 2.50 | 1,562.50 |
| 12/27/07 | Review and edit various motions and orders regarding purchasers' 4th amendment to APA, Greenwich motion and motion to create subsidiaries (1.10); numerous meetings and telephone conversation with DDG, C. Grear and S. Stennet regarding same (.80); review additional modifications to the documents (.70). | MSI | 2.60 | 1,807.00 |
| 12/28/07 | Review response to WLR indemnity request | DDG | 0.20 | 125.00 |
| 12/28/07 | E-mail with DDG regarding Countrywide (.10). | JXZ | 0.10 | 32.50 |
| 12/28/07 | Review final draft of motions related to the sale including Greenwich and DIP motions (.20); review motion to sell loans (.40); telephone conversation with DDG regarding same (.10). | MSI | 0.70 | 486.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/28/07 | review final draft of motions related to the sale including Greenwich and DIP motions (.2); review motion to sell loans (.5); telephone confer with DDG, and MSI re same | MTP | 0.80 | 556.00 |

|  | TOTAL HOURS | 92.60 | |
|--|-------------|-------|--|

TOTAL SERVICES .......................................................... $   60,909.00

DISBURSEMENT SUMMARY

CARFARE   $737.88

DUPLICATING   $2.80

TOTAL DISBURSEMENTS ........................................... $   740.68

TOTAL FEES & DISBURSEMENTS ............................ $   61,649.68

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 4.40 | 325.00 | 1,430.00 |
| 426 | Grubman | 26.00 | 625.00 | 16,250.00 |
| 260 | Indelicato | 36.40 | 695.00 | 25,298.00 |
| 364 | Power | 25.80 | 695.00 | 17,931.00 |
| ATTY TOTAL | | 92.60 | | 60,909.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

March 19, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133095

For professional services rendered from December 1, through December 31, 2007 in connection with the following:

| | | |
|---|---|---|
| 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. | |
| 007 | PROFESSIONIAL FEES | |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/07 | Review and revise fee spreadsheets (1.30) | JS | 1.30 | 299.00 |
| 12/03/07 | Review fee applications, draft summaries and e-mail with MSI regarding same (.60). | JXZ | 0.60 | 195.00 |
| 12/03/07 | Review JXZ draft summaries and fee applications | MTP | 0.30 | 208.50 |
| 12/04/07 | Drafting supplement to fee application (.70) | JS | 0.70 | 161.00 |
| 12/04/07 | Review fee application; draft summary and e-mail MTP regarding same (.50). | JXZ | 0.50 | 162.50 |
| 12/04/07 | Work on September fee statement | MTP | 1.00 | 695.00 |
| 12/04/07 | Review JXZ fee application, draft summary | MTP | 0.30 | 208.50 |
| 12/05/07 | Revise supplement to first fee application (.80). | JS | 0.80 | 184.00 |
| 12/05/07 | Review fee applications; draft summaries and e-mail MSI regarding same (1.20); e-mails with ELS regarding fee applications (.10); review docket, recent pleadings regarding ordinary course professionals (.70). | JXZ | 2.00 | 650.00 |
| 12/05/07 | Review revise supplement to first fee application (.5) | MTP | 0.50 | 347.50 |
| 12/06/07 | Review Second Application for Compensation and Reimbursement of Expenses for the Period September 1, 2007 through September 30, 2007 Filed by Law Office of Daniel C. Consuegra (1.20) review First Monthly Fee Application of BDO Seidman (.50) | JS | 1.70 | 391.00 |
| 12/06/07 | Review fee applications; draft summaries and e-mail MSI (.70). | JXZ | 0.70 | 227.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/07/07 | Review First Application for Compensation and for Reimbursements of Expenses for the Period August 6, 2007 through August 31, 2007 Filed by Milestone Advisors LLC (.50); Create spreadsheet with breakout of all parties fees and expenses (1.60) | JS | 2.10 | 483.00 |
| 12/10/07 | Review debtors' proposed OCP motion, meeting with MSI re: same; phone call with Eckstein re: same and email to debtors re: same. | ELS | 0.90 | 418.50 |
| 12/10/07 | Review fee applications; draft summaries and calls and e-mails with MTP and ELS regarding same (2.80). | JXZ | 2.80 | 910.00 |
| 12/10/07 | Review JXZ fee applications, draft summaries | MTP | 0.40 | 278.00 |
| 12/13/07 | Review fee applications; draft summaries and e-mails regarding same (1.40). | JXZ | 1.40 | 455.00 |
| 12/13/07 | Review JXZ application draft summaries | MTP | 0.20 | 139.00 |
| 12/14/07 | Review docket; motion regarding ordinary course professionals and meeting and call with ELS and EK regarding same (.40); review fee applications, draft summaries and e-mails with MTP regarding same (.90). | JXZ | 1.30 | 422.50 |
| 12/18/07 | Review fee applications; draft summaries and e-mails with MTP regarding same (2.00). | JXZ | 2.00 | 650.00 |
| 12/18/07 | Review JXZ fee applications draft summaries | MTP | 0.20 | 139.00 |
| 12/20/07 | Examining professional ordinary course fees (2.8). | EK | 2.80 | 784.00 |
| 12/20/07 | Review fee applications  (.10). | JXZ | 0.10 | 32.50 |

TOTAL HOURS   24.60

TOTAL SERVICES ......................................................................... $   8,441.00

DISBURSEMENT SUMMARY

DUPLICATING   $21.60

SEARCH FEES   $11.60

TOTAL DISBURSEMENTS ............................................................ $   33.20

TOTAL FEES & DISBURSEMENTS ............................................. $   8,474.20

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 6.60 | 230.00 | 1,518.00 |
| 550 | Keary | 2.80 | 280.00 | 784.00 |
| 493 | Zawadzki | 11.40 | 325.00 | 3,705.00 |
| 486 | Schnitzer | 0.90 | 465.00 | 418.50 |
| 364 | Power | 2.90 | 695.00 | 2,015.50 |
| ATTY TOTAL | | 24.60 | | 8,441.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

March 19, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133095

For professional services rendered from December 1, through December 31, 2007 in connection with the
following:

| | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| | 009 | LITIGATION |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/03/07 | Review docket and pleadings in adversary proceeding no. 07-51688 (1.20) | JS | 1.20 | 276.00 |
| 12/11/07 | Meetings with DDG, MTP and MSI regarding open issues (.20). | JXZ | 0.20 | 65.00 |
| 12/11/07 | Review motion for relief from stay (.80); review debtor's response and joinders (.20); review e-mail from Brady on CSFB issues (.10). | MSI | 1.10 | 764.50 |
| 12/11/07 | Meetings w/DDG, JXZ and MSI re open issues in case | MTP | 0.20 | 139.00 |
| 12/12/07 | E-mails with EK and ELS regarding adversary proceedings (.10). | JXZ | 0.10 | 32.50 |
| 12/12/07 | Review documents in preparation for hearing including rights or obligations to send notice (1.10); e-mails with P. Morgan regarding same (.20); attend omnibus hearing (1.60); meeting and discussion with various parties to address order and objections to the order (.80); review complaints in preparation for pretrials (.80); meeting with ELS regarding same (.10). | MSI | 4.60 | 3,197.00 |
| 12/12/07 | Travel to and from (@ 50%), prepare for and attend omnibus hearing (3.90) | MTP | 4.60 | 3,197.00 |
| 12/13/07 | Calls and e-mail with EK and ELS regarding litigation (.10). | JXZ | 0.10 | 32.50 |
| 12/13/07 | Review numerous issues regarding revision to stay relief order on HELOC. | MSI | 0.30 | 208.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/18/07 | Revise and edit settlement with BofA on CTP loans (.40); telephone conversation with P. Morgan regarding same (.20); review and edit comments from BofA (4.50). | MSI | 1.10 | 764.50 |
| 12/18/07 | Review and comment on settlement with BoA on construction loans (2.5); calls on same (.6) | MTP | 3.10 | 2,154.50 |
| 12/19/07 | Telephone conversation with P. Morgan regarding comments and issues on resolution of BofA motion (.20); review same (.20); telephone conversation with S. Talmadge regarding same (.20); review various e-mails regarding comments (.20); review material of FGIC litigation (.60). | MSI | 1.40 | 973.00 |
| 12/20/07 | Review GMAC motion to compel debtors and send notice of freezing of HELOC loans (.20). | ELS | 0.20 | 93.00 |
| 12/20/07 | Review GMAC motion (.40); telephone conversation with P. Morgan and Blake Cleary regarding FGIC motion and proposed resolution (.20); review same (.30). | MSI | 0.90 | 625.50 |
| 12/21/07 | Revise and edit stipulation to approve BofA stipulation (.30); telephone conversation with P. Morgan and S. Talmadge regarding same (.30); review orders on HELOC's (.40); review motion of GMAC and e-mails regarding same (.30). | MSI | 1.30 | 903.50 |
| 12/27/07 | Review and edit JPM stipulation regarding CTP loans (.60); review debtors response to relief stay motion (.20); telephone conversation B. Brady regarding same and review assured lift stay (.10). | MSI | 0.90 | 625.50 |
| 12/27/07 | Attention to revised draft of JPM stipulation re CTP loans (.5). | MTP | 0.50 | 347.50 |
| 12/31/07 | Review motion for relief from stay to continue wage motion and underlying pleadings. | MSI | 1.20 | 834.00 |

|  | TOTAL HOURS | 23.00 |  |
|--|-------------|-------|--|

TOTAL SERVICES ............................................................. $    15,233.00

DISBURSEMENT SUMMARY

TRAVEL                                                                          $64.00

TOTAL DISBURSEMENTS ................................................. $      64.00

TOTAL FEES & DISBURSEMENTS ............................................. $    15,297.00

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 1.20 | 230.00 | 276.00 |
| 493 | Zawadzki | 0.40 | 325.00 | 130.00 |
| 486 | Schnitzer | 0.20 | 465.00 | 93.00 |
| 260 | Indelicato | 12.80 | 695.00 | 8,896.00 |
| 364 | Power | 8.40 | 695.00 | 5,838.00 |
| ATTY TOTAL | | 23.00 | | 15,233.00 |

# HAHN & HESSEN LLP
### 488 Madison Avenue
### New York, NY 10022
### (212) 478-7200

March 19, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue  (33rd floor)
New York, NY 10022

Invoice number: 133095

For professional services rendered from December 1, through December 31, 2007 in connection with the following:

| | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|---|---|---|
| | 011 | EMPLOYEE ISSUES |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/03/07 | Research WARN issues (.70); review documents and meeting with EK regarding single site employment issue (.40); review scheduling order and calendar maintenance (.40); review docket (.10); review motion/declaration to certify class (.80). | JXZ | 2.40 | 780.00 |
| 12/05/07 | E-mails with S. Holt regarding class certification (.10). | JXZ | 0.10 | 32.50 |
| 12/06/07 | Review documents regarding WARN adversary proceeding, proposed class certification and notice; draft comments and e-mails with S. Holt; meetings with MSI regarding same (1.00). | JXZ | 1.00 | 325.00 |
| 12/06/07 | Review proposed order regarding class certification (.10); meeting with JXZ regarding same (.20). | MSI | 0.30 | 208.50 |
| 12/07/07 | Research issues regarding potential Warn Act litigation (6.7) | EK | 6.70 | 1,876.00 |
| 12/07/07 | Meeting and call with MSI and S. Holt regarding class certification (.20); research WARN issues (3.80); meeting with EK regarding single site issue (.20). | JXZ | 4.20 | 1,365.00 |
| 12/07/07 | Review notice and order regarding certification of class (.80); meeting with JXZ regarding same (.20); telephone conversation with Holtz regarding issues and concerns (.20). | MSI | 1.20 | 834.00 |
| 12/07/07 | Discussions with MSI re class certification (.2) | MTP | 0.10 | 69.50 |
| 12/10/07 | Review WARN research (.60); e-mails with S. Holt and M. Olsen regarding class certification (.10); calendar maintenance (.10). | JXZ | 0.80 | 260.00 |
| 12/11/07 | Lien analysis for UCC documents (2.1). | EK | 2.10 | 588.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/11/07 | Review latest draft of the proposed order on certification and notice (.80); meeting with JXZ regarding same (.20); telephone conversation with debtor and plaintiff's counsel to work out issues on order and notice (.60). | MSI | 1.60 | 1,112.00 |
| 12/12/07 | Legal research re: Warn litigation (2.1). | EK | 2.10 | 588.00 |
| 12/12/07 | Review class notice and class certification order and e-mails with S. Holt and M. Olsen regarding same (.20). | JXZ | 0.20 | 65.00 |
| 12/13/07 | Review e-mails and notices regarding class. | MSI | 0.30 | 208.50 |
| 12/14/07 | Meeting with EK regarding WARN issues (.20); e-mails with S. Holt and M. Olson regarding class certification (.10). | JXZ | 0.30 | 97.50 |
| 12/14/07 | Discussion with EK re WARN issues (.3) | MTP | 0.30 | 208.50 |
| 12/15/07 | Continue Warn Act litigation legal research | EK | 5.10 | 1,428.00 |
| 12/17/07 | WARN Act litigation re: cases where a single site of employment was found in more than one place (2.5). | EK | 2.50 | 700.00 |

TOTAL HOURS 31.30

TOTAL SERVICES ........................................................... $ 10,746.00

DISBURSEMENT SUMMARY

LONG DISTANCE TELEPHONE CHARGES $0.50

DUPLICATING $13.70

SEARCH FEES $8.32

TOTAL DISBURSEMENTS ............................................ $ 22.52

TOTAL FEES & DISBURSEMENTS ............................................ $ 10,768.52

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 550 | Keary | 18.50 | 280.00 | 5,180.00 |
| 493 | Zawadzki | 9.00 | 325.00 | 2,925.00 |
| 260 | Indelicato | 3.40 | 695.00 | 2,363.00 |
| 364 | Power | 0.40 | 695.00 | 278.00 |
| ATTY TOTAL | | 31.30 | | 10,746.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

March 19, 2008

AMERICAN HOME MORTAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133095

For professional services rendered from December 1, through December 31, 2007 in connection with the following:

703159      AMERICAN HOME MORTAGE HOLDINGS, INC.
013         INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 12/11/07 | Meeting with EK regarding lien searches (.10). | JXZ | 0.10 | 32.50 |
| 12/13/07 | Conference with MSI re meeting with BDO to put together request for documents from debtors | JPM | 0.20 | 139.00 |
| 12/14/07 | Telephone conversation with D. Berliner of BDO re meeting to begin putting together documents requested for debtors (.3); email with JZD to join me at meeting (.20). | JPM | 0.50 | 347.50 |
| 12/14/07 | Discussion of JPM re new matter (.10) review affidavit of Strauss re bankruptcy filing (.40) | MA | 0.50 | 275.00 |
| 12/18/07 | Reviewed affidavit of Michael Strauss to obtain background info on facts of case and status of proceedings | JL | 0.30 | 97.50 |
| 12/19/07 | Review of Strauss affidavit/AHM public filings for meeting with BDO (2.0) | JPM | 2.00 | 1,390.00 |
| 12/20/07 | Attended meeting with JPM at BDO to discuss schedule of documents to send to debtor and other strategy related issues | JL | 1.30 | 422.50 |
| 12/20/07 | Meeting at BDO (Berliner) to discuss documents needed from debtors (1.0); conference with JZD re same (.20). | JPM | 1.20 | 834.00 |
| 12/21/07 | Review of background materials forwarded by BDO re AHM and its pre-filing business/structure/management (1.5) | JPM | 1.50 | 1,042.50 |
| 12/26/07 | Review of notes from meeting with BDO and materials re debtor provided by BDO (2.0). | JPM | 2.00 | 1,390.00 |