EXHIBIT C

| Date | TKPR Nam | Matter | Cost Code | Tobill Amt | Narative |
|------|----------|--------|-----------|-----------|----------|
| | | | | | VENDOR: SCHNITZER, EDWARD L.; INVOICE#: 1211; DATE: |
| 12/13/2007 | Schnitzer, | 2 | CAR | $11.00 | 12/20/2007 |
| 12/5/2007 | Schnitzer, | 6 | CAR | $10.00 | VENDOR: PETTY CASH; INVOICE#: 1220; DATE: 12/20/2007 |
| | | | | | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 531693; DATE: |
| 12/3/2007 | Indelicato, | 6 | CAR | $128.32 | 12/15/2007 |
| | | | | | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 531693; DATE: |
| 12/4/2007 | Indelicato, | 6 | CAR | $146.88 | 12/15/2007 |
| | | | | | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 531693; DATE: |
| 12/5/2007 | Indelicato, | 6 | CAR | $155.55 | 12/15/2007 |
| | | | | | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 531693; DATE: |
| 12/12/2007 | Indelicato, | 6 | CAR | $143.62 | 12/15/2007 |
| | | | | | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 92485; |
| 12/19/2007 | Grubman, | 1 | CAR | $114.75 | DATE: 1/1/2008 |
| | | | | | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 533536; DATE: |
| 12/18/2007 | Indelicato, | 6 | CAR | $153.51 | 12/31/2007 |
| | | | | | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 535208; DATE: |
| 12/27/2007 | Zawadzki, | 1 | CAR | $51.51 | 1/15/2008 |
| | | | | | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 535208; DATE: |
| 12/29/2007 | Smith, Jas | 1 | CAR | $63.24 | 1/15/2008 |
| | | | | $978.38 | |
| 12/3/2007 | | 2 | DUPL | $2.20 | |
| 12/3/2007 | | 2 | DUPL | $0.20 | |
| 12/3/2007 | | 2 | DUPL | $1.50 | |
| 12/3/2007 | | 2 | DUPL | $0.20 | |
| 12/3/2007 | | 2 | DUPL | $4.10 | |
| 12/3/2007 | | 2 | DUPL | $4.80 | |
| 12/3/2007 | | 2 | DUPL | $4.50 | |
| 12/3/2007 | | 2 | DUPL | $0.60 | |
| 12/3/2007 | | 2 | DUPL | $6.70 | |
| 12/3/2007 | | 2 | DUPL | $0.30 | |
| 12/3/2007 | | 2 | DUPL | $1.50 | |
| 12/3/2007 | | 2 | DUPL | $1.90 | |
| 12/3/2007 | | 2 | DUPL | $0.20 | |
| 12/3/2007 | | 2 | DUPL | $0.50 | |
| 12/3/2007 | | 2 | DUPL | $0.40 | |
| 12/3/2007 | | 2 | DUPL | $0.70 | |
| 12/5/2007 | | 1 | DUPL | $12.70 | |
| 12/5/2007 | | 1 | DUPL | $0.20 | |
| 12/5/2007 | | 2 | DUPL | $0.30 | |
| 12/5/2007 | | 2 | DUPL | $1.80 | |
| 12/5/2007 | | 2 | DUPL | $1.70 | |
| 12/5/2007 | | 2 | DUPL | $1.80 | |
| 12/5/2007 | | 2 | DUPL | $0.10 | |
| 12/5/2007 | | 2 | DUPL | $0.10 | |
| 12/5/2007 | | 2 | DUPL | $0.10 | |
| 12/5/2007 | | 2 | DUPL | $0.10 | |
| 12/5/2007 | | 2 | DUPL | $0.50 | |
| 12/5/2007 | | 2 | DUPL | $0.40 | |
| 12/5/2007 | | 2 | DUPL | $0.50 | |
| 12/5/2007 | | 7 | DUPL | $0.70 | |
| 12/5/2007 | | 7 | DUPL | $4.90 | |
| 12/5/2007 | | 7 | DUPL | $0.70 | |
| 12/5/2007 | | 2 | DUPL | $0.60 | |
| 12/5/2007 | | 2 | DUPL | $0.60 | |
| 12/5/2007 | | 2 | DUPL | $0.10 | |
| 12/5/2007 | | 2 | DUPL | $0.40 | |
| 12/6/2007 | | 2 | DUPL | $1.00 | |
| 12/6/2007 | | 2 | DUPL | $1.80 | |
| 12/6/2007 | | 2 | DUPL | $0.80 | |
| 12/6/2007 | | 2 | DUPL | $2.30 | |

| | | |
|---|---|---|
| 12/6/2007 | 2 DUPL | $0.10 |
| 12/6/2007 | 2 DUPL | $0.50 |
| 12/6/2007 | 2 DUPL | $0.60 |
| 12/6/2007 | 2 DUPL | $0.50 |
| 12/6/2007 | 2 DUPL | $1.00 |
| 12/6/2007 | 2 DUPL | $0.50 |
| 12/6/2007 | 2 DUPL | $0.20 |
| 12/6/2007 | 2 DUPL | $0.50 |
| 12/6/2007 | 2 DUPL | $0.50 |
| 12/6/2007 | 2 DUPL | $0.50 |
| 12/6/2007 | 2 DUPL | $0.50 |
| 12/7/2007 | 11 DUPL | $0.20 |
| 12/7/2007 | 2 DUPL | $0.40 |
| 12/7/2007 | 2 DUPL | $0.40 |
| 12/7/2007 | 11 DUPL | $0.90 |
| 12/7/2007 | 11 DUPL | $0.20 |
| 12/7/2007 | 11 DUPL | $0.90 |
| 12/7/2007 | 11 DUPL | $0.20 |
| 12/7/2007 | 11 DUPL | $0.20 |
| 12/7/2007 | 11 DUPL | $0.20 |
| 12/7/2007 | 11 DUPL | $0.20 |
| 12/7/2007 | 11 DUPL | $0.10 |
| 12/7/2007 | 11 DUPL | $0.10 |
| 12/7/2007 | 11 DUPL | $0.20 |
| 12/7/2007 | 11 DUPL | $0.20 |
| 12/7/2007 | 11 DUPL | $1.70 |
| 12/7/2007 | 11 DUPL | $0.10 |
| 12/7/2007 | 11 DUPL | $0.20 |
| 12/7/2007 | 11 DUPL | $0.10 |
| 12/7/2007 | 11 DUPL | $0.10 |
| 12/7/2007 | 11 DUPL | $0.20 |
| 12/7/2007 | 11 DUPL | $0.30 |
| 12/7/2007 | 11 DUPL | $0.90 |
| 12/7/2007 | 11 DUPL | $2.40 |
| 12/7/2007 | 11 DUPL | $0.60 |
| 12/7/2007 | 11 DUPL | $0.60 |
| 12/7/2007 | 11 DUPL | $0.50 |
| 12/7/2007 | 11 DUPL | $0.20 |
| 12/7/2007 | 11 DUPL | $0.90 |
| 12/7/2007 | 11 DUPL | $0.60 |
| 12/7/2007 | 11 DUPL | $0.60 |
| 12/7/2007 | 2 DUPL | $0.60 |
| 12/7/2007 | 2 DUPL | $0.10 |
| 12/10/2007 | 1 DUPL | $0.10 |
| 12/10/2007 | 11 DUPL | $0.10 |
| 12/10/2007 | 2 DUPL | $0.30 |
| 12/10/2007 | 2 DUPL | $0.30 |
| 12/10/2007 | 2 DUPL | $1.00 |
| 12/10/2007 | 2 DUPL | $0.10 |
| 12/10/2007 | 2 DUPL | $0.60 |
| 12/10/2007 | 2 DUPL | $1.70 |
| 12/12/2007 | 2 DUPL | $2.00 |
| 12/12/2007 | 2 DUPL | $1.80 |
| 12/12/2007 | 2 DUPL | $0.10 |
| 12/12/2007 | 2 DUPL | $0.10 |
| 12/12/2007 | 2 DUPL | $0.10 |
| 12/12/2007 | 2 DUPL | $0.60 |
| 12/12/2007 | 2 DUPL | $0.40 |
| 12/12/2007 | 2 DUPL | $0.40 |
| 12/12/2007 | 2 DUPL | $0.40 |
| 12/12/2007 | 2 DUPL | $0.30 |

| | | |
|---|---|---|
| 12/12/2007 | 2 DUPL | $0.80 |
| 12/12/2007 | 2 DUPL | $0.80 |
| 12/12/2007 | 2 DUPL | $0.70 |
| 12/12/2007 | 2 DUPL | $0.70 |
| 12/12/2007 | 2 DUPL | $0.80 |
| 12/12/2007 | 2 DUPL | $0.90 |
| 12/12/2007 | 2 DUPL | $0.40 |
| 12/12/2007 | 2 DUPL | $0.80 |
| 12/12/2007 | 2 DUPL | $0.80 |
| 12/12/2007 | 2 DUPL | $0.60 |
| 12/12/2007 | 2 DUPL | $1.00 |
| 12/12/2007 | 2 DUPL | $0.80 |
| 12/12/2007 | 2 DUPL | $0.40 |
| 12/12/2007 | 2 DUPL | $0.40 |
| 12/12/2007 | 2 DUPL | $0.30 |
| 12/12/2007 | 2 DUPL | $0.20 |
| 12/12/2007 | 2 DUPL | $0.80 |
| 12/12/2007 | 2 DUPL | $0.90 |
| 12/12/2007 | 2 DUPL | $0.20 |
| 12/12/2007 | 2 DUPL | $0.40 |
| 12/12/2007 | 2 DUPL | $0.70 |
| 12/13/2007 | 2 DUPL | $4.10 |
| 12/13/2007 | 2 DUPL | $0.80 |
| 12/13/2007 | 2 DUPL | $0.20 |
| 12/13/2007 | 2 DUPL | $1.50 |
| 12/13/2007 | 2 DUPL | $0.30 |
| 12/13/2007 | 2 DUPL | $1.40 |
| 12/13/2007 | 2 DUPL | $3.40 |
| 12/13/2007 | 2 DUPL | $0.80 |
| 12/13/2007 | 2 DUPL | $0.40 |
| 12/13/2007 | 2 DUPL | $0.30 |
| 12/13/2007 | 2 DUPL | $0.80 |
| 12/13/2007 | 2 DUPL | $0.10 |
| 12/13/2007 | 2 DUPL | $0.10 |
| 12/13/2007 | 2 DUPL | $1.90 |
| 12/13/2007 | 2 DUPL | $0.30 |
| 12/13/2007 | 2 DUPL | $0.30 |
| 12/13/2007 | 2 DUPL | $0.30 |
| 12/13/2007 | 2 DUPL | $4.60 |
| 12/13/2007 | 2 DUPL | $3.60 |
| 12/13/2007 | 2 DUPL | $1.80 |
| 12/13/2007 | 2 DUPL | $3.70 |
| 12/13/2007 | 2 DUPL | $0.20 |
| 12/13/2007 | 2 DUPL | $0.40 |
| 12/13/2007 | 2 DUPL | $2.60 |
| 12/13/2007 | 2 DUPL | $0.20 |
| 12/13/2007 | 2 DUPL | $0.10 |
| 12/13/2007 | 2 DUPL | $2.30 |
| 12/13/2007 | 2 DUPL | $0.10 |
| 12/13/2007 | 2 DUPL | $0.10 |
| 12/13/2007 | 2 DUPL | $3.50 |
| 12/13/2007 | 2 DUPL | $0.10 |
| 12/13/2007 | 2 DUPL | $0.10 |
| 12/13/2007 | 2 DUPL | $0.10 |
| 12/13/2007 | 2 DUPL | $3.50 |
| 12/13/2007 | 2 DUPL | $0.10 |
| 12/13/2007 | 2 DUPL | $1.20 |
| 12/13/2007 | 2 DUPL | $0.30 |
| 12/13/2007 | 2 DUPL | $2.10 |
| 12/13/2007 | 2 DUPL | $2.30 |
| 12/13/2007 | 2 DUPL | $0.60 |

| | | |
|---|---|---|
| 12/13/2007 | 2 DUPL | $2.10 |
| 12/13/2007 | 2 DUPL | $0.30 |
| 12/13/2007 | 2 DUPL | $1.70 |
| 12/13/2007 | 2 DUPL | $1.70 |
| 12/13/2007 | 2 DUPL | $0.30 |
| 12/13/2007 | 2 DUPL | $5.70 |
| 12/13/2007 | 2 DUPL | $9.30 |
| 12/13/2007 | 2 DUPL | $9.00 |
| 12/13/2007 | 2 DUPL | $1.80 |
| 12/13/2007 | 2 DUPL | $2.10 |
| 12/14/2007 | 2 DUPL | $2.90 |
| 12/14/2007 | 2 DUPL | $4.00 |
| 12/17/2007 | 1 DUPL | $0.10 |
| 12/17/2007 | 6 DUPL | $1.40 |
| 12/17/2007 | 6 DUPL | $1.30 |
| 12/17/2007 | 6 DUPL | $0.10 |
| 12/17/2007 | 2 DUPL | $1.00 |
| 12/17/2007 | 2 DUPL | $0.60 |
| 12/17/2007 | 2 DUPL | $2.80 |
| 12/17/2007 | 2 DUPL | $0.20 |
| 12/17/2007 | 2 DUPL | $3.60 |
| 12/17/2007 | 2 DUPL | $0.20 |
| 12/17/2007 | 2 DUPL | $2.20 |
| 12/17/2007 | 2 DUPL | $6.10 |
| 12/17/2007 | 2 DUPL | $0.10 |
| 12/17/2007 | 2 DUPL | $4.40 |
| 12/17/2007 | 2 DUPL | $1.40 |
| 12/17/2007 | 2 DUPL | $0.10 |
| 12/17/2007 | 2 DUPL | $0.10 |
| 12/17/2007 | 2 DUPL | $0.10 |
| 12/17/2007 | 2 DUPL | $0.10 |
| 12/17/2007 | 2 DUPL | $0.10 |
| 12/17/2007 | 2 DUPL | $0.10 |
| 12/17/2007 | 2 DUPL | $0.10 |
| 12/18/2007 | 2 DUPL | $1.50 |
| 12/18/2007 | 2 DUPL | $0.20 |
| 12/18/2007 | 2 DUPL | $6.80 |
| 12/18/2007 | 2 DUPL | $4.10 |
| 12/18/2007 | 2 DUPL | $2.80 |
| 12/18/2007 | 2 DUPL | $0.30 |
| 12/18/2007 | 2 DUPL | $0.10 |
| 12/18/2007 | 2 DUPL | $0.10 |
| 12/18/2007 | 2 DUPL | $0.10 |
| 12/18/2007 | 2 DUPL | $0.10 |
| 12/18/2007 | 2 DUPL | $0.10 |
| 12/18/2007 | 2 DUPL | $1.20 |
| 12/18/2007 | 2 DUPL | $0.80 |
| 12/18/2007 | 2 DUPL | $0.20 |
| 12/18/2007 | 2 DUPL | $0.40 |
| 12/18/2007 | 2 DUPL | $0.20 |
| 12/18/2007 | 2 DUPL | $0.10 |
| 12/18/2007 | 2 DUPL | $0.10 |
| 12/18/2007 | 2 DUPL | $0.10 |
| 12/18/2007 | 2 DUPL | $2.90 |
| 12/18/2007 | 2 DUPL | $2.90 |
| 12/18/2007 | 2 DUPL | $2.90 |
| 12/18/2007 | 2 DUPL | $2.90 |
| 12/18/2007 | 2 DUPL | $2.90 |
| 12/18/2007 | 2 DUPL | $6.00 |
| 12/18/2007 | 2 DUPL | $5.90 |
| 12/18/2007 | 2 DUPL | $0.20 |

| | | |
|---|---|---|
| 12/18/2007 | 2 DUPL | $0.20 |
| 12/18/2007 | 2 DUPL | $0.70 |
| 12/18/2007 | 2 DUPL | $0.40 |
| 12/18/2007 | 2 DUPL | $0.30 |
| 12/18/2007 | 2 DUPL | $2.60 |
| 12/18/2007 | 2 DUPL | $1.20 |
| 12/18/2007 | 2 DUPL | $7.70 |
| 12/18/2007 | 2 DUPL | $1.70 |
| 12/18/2007 | 2 DUPL | $0.30 |
| 12/18/2007 | 2 DUPL | $0.40 |
| 12/18/2007 | 2 DUPL | $0.20 |
| 12/18/2007 | 2 DUPL | $3.20 |
| 12/18/2007 | 2 DUPL | $1.10 |
| 12/18/2007 | 2 DUPL | $0.10 |
| 12/18/2007 | 2 DUPL | $0.30 |
| 12/18/2007 | 2 DUPL | $0.60 |
| 12/18/2007 | 2 DUPL | $0.40 |
| 12/18/2007 | 2 DUPL | $0.70 |
| 12/18/2007 | 2 DUPL | $0.60 |
| 12/18/2007 | 2 DUPL | $0.60 |
| 12/18/2007 | 2 DUPL | $0.50 |
| 12/18/2007 | 2 DUPL | $0.70 |
| 12/18/2007 | 2 DUPL | $0.40 |
| 12/19/2007 | 2 DUPL | $0.20 |
| 12/19/2007 | 2 DUPL | $0.20 |
| 12/19/2007 | 2 DUPL | $0.20 |
| 12/19/2007 | 2 DUPL | $0.30 |
| 12/19/2007 | 2 DUPL | $0.20 |
| 12/19/2007 | 2 DUPL | $0.20 |
| 12/19/2007 | 2 DUPL | $0.40 |
| 12/19/2007 | 2 DUPL | $0.30 |
| 12/19/2007 | 2 DUPL | $0.30 |
| 12/19/2007 | 2 DUPL | $0.10 |
| 12/19/2007 | 2 DUPL | $0.10 |
| 12/19/2007 | 2 DUPL | $1.10 |
| 12/19/2007 | 2 DUPL | $3.20 |
| 12/19/2007 | 2 DUPL | $0.50 |
| 12/19/2007 | 2 DUPL | $0.40 |
| 12/19/2007 | 2 DUPL | $0.20 |
| 12/19/2007 | 2 DUPL | $0.50 |
| 12/20/2007 | 2 DUPL | $0.80 |
| 12/20/2007 | 2 DUPL | $1.90 |
| 12/20/2007 | 2 DUPL | $0.20 |
| 12/20/2007 | 2 DUPL | $0.70 |
| 12/20/2007 | 2 DUPL | $1.00 |
| 12/20/2007 | 2 DUPL | $3.30 |
| 12/20/2007 | 2 DUPL | $3.30 |
| 12/20/2007 | 2 DUPL | $3.50 |
| 12/20/2007 | 2 DUPL | $0.20 |
| 12/20/2007 | 2 DUPL | $0.80 |
| 12/20/2007 | 2 DUPL | $0.20 |
| 12/20/2007 | 2 DUPL | $0.40 |
| 12/20/2007 | 2 DUPL | $0.40 |
| 12/20/2007 | 2 DUPL | $1.60 |
| 12/20/2007 | 2 DUPL | $0.20 |
| 12/20/2007 | 2 DUPL | $0.20 |
| 12/20/2007 | 2 DUPL | $0.60 |
| 12/20/2007 | 2 DUPL | $0.30 |
| 12/20/2007 | 2 DUPL | $0.50 |
| 12/20/2007 | 2 DUPL | $0.20 |
| 12/20/2007 | 2 DUPL | $0.10 |

| | | |
|---|---|---|
| 12/20/2007 | 2 DUPL | $0.60 |
| 12/20/2007 | 2 DUPL | $0.30 |
| 12/20/2007 | 2 DUPL | $0.80 |
| 12/20/2007 | 2 DUPL | $1.90 |
| 12/20/2007 | 2 DUPL | $0.20 |
| 12/20/2007 | 2 DUPL | $0.70 |
| 12/20/2007 | 2 DUPL | $1.00 |
| 12/20/2007 | 2 DUPL | $3.30 |
| 12/20/2007 | 2 DUPL | $3.30 |
| 12/20/2007 | 2 DUPL | $3.50 |
| 12/20/2007 | 2 DUPL | $0.20 |
| 12/20/2007 | 2 DUPL | $0.80 |
| 12/20/2007 | 2 DUPL | $0.20 |
| 12/20/2007 | 2 DUPL | $0.40 |
| 12/20/2007 | 2 DUPL | $0.40 |
| 12/20/2007 | 2 DUPL | $1.60 |
| 12/20/2007 | 2 DUPL | $0.20 |
| 12/20/2007 | 2 DUPL | $0.20 |
| 12/20/2007 | 2 DUPL | $0.60 |
| 12/20/2007 | 2 DUPL | $0.30 |
| 12/20/2007 | 2 DUPL | $0.50 |
| 12/20/2007 | 2 DUPL | $0.20 |
| 12/20/2007 | 2 DUPL | $0.10 |
| 12/20/2007 | 2 DUPL | $0.60 |
| 12/20/2007 | 2 DUPL | $0.30 |
| 12/27/2007 | 1 DUPL | $0.20 |
| 12/27/2007 | 2 DUPL | $1.50 |
| 12/27/2007 | 2 DUPL | $0.50 |
| 12/27/2007 | 2 DUPL | $0.30 |
| 12/27/2007 | 2 DUPL | $2.70 |
| 12/27/2007 | 2 DUPL | $0.20 |
| 12/27/2007 | 2 DUPL | $1.50 |
| 12/27/2007 | 2 DUPL | $0.40 |
| 12/27/2007 | 2 DUPL | $2.60 |
| 12/27/2007 | 2 DUPL | $0.30 |
| 12/27/2007 | 2 DUPL | $0.20 |
| 12/27/2007 | 2 DUPL | $0.30 |
| 12/27/2007 | 2 DUPL | $0.60 |
| 12/27/2007 | 2 DUPL | $0.20 |
| 12/27/2007 | 2 DUPL | $1.10 |
| 12/27/2007 | 2 DUPL | $0.20 |
| 12/27/2007 | 2 DUPL | $1.10 |
| 12/27/2007 | 2 DUPL | $0.90 |
| 12/27/2007 | 2 DUPL | $0.20 |
| 12/27/2007 | 2 DUPL | $3.70 |
| 12/27/2007 | 2 DUPL | $0.90 |
| 12/27/2007 | 2 DUPL | $0.90 |
| 12/27/2007 | 2 DUPL | $0.20 |
| 12/27/2007 | 2 DUPL | $1.10 |
| 12/27/2007 | 2 DUPL | $1.10 |
| 12/27/2007 | 2 DUPL | $1.40 |
| 12/27/2007 | 2 DUPL | $0.40 |
| 12/27/2007 | 2 DUPL | $0.70 |
| 12/27/2007 | 2 DUPL | $0.90 |
| 12/27/2007 | 2 DUPL | $0.30 |
| 12/27/2007 | 2 DUPL | $0.20 |
| 12/27/2007 | 2 DUPL | $0.10 |
| 12/27/2007 | 2 DUPL | $0.10 |
| 12/27/2007 | 2 DUPL | $2.10 |
| 12/27/2007 | 2 DUPL | $0.20 |
| 12/27/2007 | 2 DUPL | $0.80 |

| | | | |
|---|---|---|---|
| 12/27/2007 | 2 DUPL | $0.90 | |
| 12/27/2007 | 2 DUPL | $1.20 | |
| 12/27/2007 | 2 DUPL | $0.80 | |
| 12/27/2007 | 2 DUPL | $2.80 | |
| 12/27/2007 | 2 DUPL | $1.60 | |
| 12/27/2007 | 2 DUPL | $0.50 | |
| 12/27/2007 | 2 DUPL | $0.70 | |
| 12/27/2007 | 2 DUPL | $2.60 | |
| 12/27/2007 | 2 DUPL | $1.50 | |
| 12/27/2007 | 2 DUPL | $0.40 | |
| 12/27/2007 | 2 DUPL | $0.20 | |
| 12/27/2007 | 2 DUPL | $1.10 | |
| 12/27/2007 | 2 DUPL | $0.40 | |
| 12/27/2007 | 2 DUPL | $1.00 | |
| 12/27/2007 | 2 DUPL | $0.20 | |
| 12/27/2007 | 2 DUPL | $1.20 | |
| 12/27/2007 | 2 DUPL | $0.30 | |
| 12/27/2007 | 2 DUPL | $0.70 | |
| 12/27/2007 | 2 DUPL | $0.10 | |
| 12/27/2007 | 2 DUPL | $0.20 | |
| 12/27/2007 | 2 DUPL | $0.20 | |
| 12/27/2007 | 2 DUPL | $0.20 | |
| 12/28/2007 | 7 DUPL | $3.00 | |
| 12/28/2007 | 2 DUPL | $3.20 | |
| 12/28/2007 | 7 DUPL | $0.30 | |
| 12/28/2007 | 7 DUPL | $1.90 | |
| 12/28/2007 | 7 DUPL | $2.80 | |
| 12/28/2007 | 7 DUPL | $3.30 | |
| 12/28/2007 | 7 DUPL | $2.50 | |
| 12/28/2007 | 2 DUPL | $3.00 | |
| 12/28/2007 | 2 DUPL | $0.60 | |
| 12/28/2007 | 2 DUPL | $0.20 | |
| 12/28/2007 | 2 DUPL | $0.60 | |
| 12/28/2007 | 2 DUPL | $0.50 | |
| 12/28/2007 | 2 DUPL | $0.40 | |
| 12/28/2007 | 2 DUPL | $0.30 | |
| 12/28/2007 | 2 DUPL | $0.10 | |
| 12/28/2007 | 2 DUPL | $0.40 | |
| 12/28/2007 | 2 DUPL | $1.60 | |
| 12/28/2007 | 7 DUPL | $0.30 | |
| 12/28/2007 | 7 DUPL | $0.30 | |
| 12/28/2007 | 7 DUPL | $0.30 | |
| 12/28/2007 | 7 DUPL | $0.30 | |
| 12/28/2007 | 7 DUPL | $0.30 | |
| 12/28/2007 | 2 DUPL | $0.60 | |
| 12/28/2007 | 2 DUPL | $0.30 | |
| 12/28/2007 | 2 DUPL | $0.60 | |
| 12/28/2007 | 2 DUPL | $7.80 | |
| 12/28/2007 | 2 DUPL | $1.60 | |
| 12/28/2007 | 2 DUPL | $8.00 | |
| 12/28/2007 | 2 DUPL | $0.20 | |
| | | $442.50 | |
| 12/17/2007 Keary, Em | 2 LEXI | $528.84 | VENDOR: LEXIS - NEXIS; INVOICE#: 0712047436; DATE: 12/31/2007 |
| 12/5/2007 Schnitzer, | 2 LEXI | $76.93 | VENDOR: LEXIS - NEXIS; INVOICE#: 0712047436; DATE: 12/31/2007 |
| 12/3/2007 Smith, Jas | 2 LEXI | $9.75 | VENDOR: LEXIS - NEXIS; INVOICE#: 0712047436; DATE: 12/31/2007 |
| | | $615.52 | |
| 12/7/2007 Zawadzki, | 1 MEAL | $11.76 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 280733; DATE: 12/9/2007 |

| Date | Name | Qty | Amount | Description |
|---|---|---|---|---|
| 12/5/2007 | Schnitzer, | 1 MEAL | $25.33 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 280733; DATE: 12/9/2007 |
| 12/4/2007 | Power, Ma | 1 MEAL | $29.88 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 280733; DATE: 12/9/2007 |
| 12/4/2007 | Schnitzer, | 1 MEAL | $29.89 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 280733; DATE: 12/9/2007 |
| 12/12/2007 | Keary, Emi | 2 MEAL | $11.47 | VENDOR: EMMET KEARY; INVOICE#: 1218; DATE: 12/18/2007 |
| 12/17/2007 | Keary, Emi | 2 MEAL | $7.04 | VENDOR: EMMET KEARY; INVOICE#: 1218; DATE: 12/18/2007 |
| 12/13/2007 | Keary, Emi | 2 MEAL | $27.23 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 284184; DATE: 12/16/2007 |
| 12/12/2007 | Keary, Emi | 1 MEAL | $26.69 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 284184; DATE: 12/16/2007 |
| 12/11/2007 | Zawadzki, | 1 MEAL | $27.23 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 284184; DATE: 12/16/2007 |
| 12/18/2007 | Zawadzki, | 1 MEAL | $23.67 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 284926; DATE: 12/26/2007 |
| 12/28/2007 | Smith, Jas | 2 MEAL | $20.88 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 287625; DATE: 12/30/2007 |
| 12/27/2007 | Zawadzki, | 2 MEAL | $10.70 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 287625; DATE: 12/30/2007 |
| 12/6/2007 | Indelicato, | 2 MEAL | $23.68 | VENDOR: INDELICATO; INVOICE#: 17; DATE: 1/9/2008 |
| 12/10/2007 | Keary, Emi | 2 MEAL | $8.53 | VENDOR: EMMET KEARY; INVOICE#: 2; DATE: 1/14/2008 |
| 12/28/2007 | Indelicato, | 2 MEAL | $21.47 | VENDOR: INDELICATO; INVOICE#: 2; DATE: 1/28/2008 |
| | | | $305.45 | |
| 12/28/2007 | Power, Ma | 1 SEAR | $196.80 | VENDOR: PACER SERVICE CENTER; INVOICE#: 01072008; DATE: 1/7/2008  -  PACER INVOICE FOR ONLINE SEARCH DURING THE MONTHS OF OCTOBER, NOVEMBER, & DECEMBER 2007 |
| 12/31/2007 | Power, Ma | 2 SEAR | $1,127.52 | VENDOR: PACER SERVICE CENTER; INVOICE#: 01072008; DATE: 1/7/2008  -  PACER INVOICE FOR ONLINE SEARCH DURING THE MONTHS OF OCTOBER, NOVEMBER, & DECEMBER 2007 |
| 12/13/2007 | Power, Ma | 7 SEAR | $11.60 | VENDOR: PACER SERVICE CENTER; INVOICE#: 01072008; DATE: 1/7/2008  -  PACER INVOICE FOR ONLINE SEARCH DURING THE MONTHS OF OCTOBER, NOVEMBER, & DECEMBER 2007 |
| 12/15/2007 | Power, Ma | 11 SEAR | $8.32 | VENDOR: PACER SERVICE CENTER; INVOICE#: 01072008; DATE: 1/7/2008  -  PACER INVOICE FOR ONLINE SEARCH DURING THE MONTHS OF OCTOBER, NOVEMBER, & DECEMBER 2007 |
| 12/6/2007 | Power, Ma | 1 SEAR | $12.88 | VENDOR: PACER SERVICE CENTER; INVOICE#: 01072008; DATE: 1/7/2008  -  PACER INVOICE FOR ONLINE SEARCH DURING THE MONTHS OF OCTOBER, NOVEMBER, & DECEMBER 2007 |
| 12/20/2007 | Power, Ma | 1 SEAR | $397.60 | VENDOR: PACER SERVICE CENTER; INVOICE#: 01072008; DATE: 1/7/2008  -  PACER INVOICE FOR ONLINE SEARCH DURING THE MONTHS OF OCTOBER, NOVEMBER, & DECEMBER 2007 |
| 12/5/2007 | Power, Ma | 2 SEAR | $3.84 | VENDOR: PACER SERVICE CENTER; INVOICE#: 01072008; DATE: 1/7/2008  -  PACER INVOICE FOR ONLINE SEARCH DURING THE MONTHS OF OCTOBER, NOVEMBER, & DECEMBER 2007 |
| | | | $1,758.56 | |
| 12/3/2007 | Schnitzer, | 2 TELE | $2.00 | 13025716753; 8 Mins. |
| 12/5/2007 | Smith, Jas | 2 TELE | $0.25 | 13025736491; 1 Mins. |
| 12/5/2007 | Smith, Jas | 2 TELE | $0.25 | 12155695415; 1 Mins. |
| 12/6/2007 | Schnitzer, | 2 TELE | $2.75 | 19545643243; 11 Mins. |
| 12/7/2007 | Smith, Jas | 2 TELE | $0.25 | 12155695415; 1 Mins. |
| 12/7/2007 | Smith, Jas | 2 TELE | $0.25 | 13024256432; 1 Mins. |
| 12/13/2007 | Smith, Jas | 2 TELE | $0.25 | 19148302225; 1 Mins. |
| 12/13/2007 | Smith, Jas | 2 TELE | $0.25 | 12155695415; 1 Mins. |

| Date | Name | Qty | Type | Amount | Description |
|------|------|-----|------|--------|-------------|
| 12/13/2007 | Schnitzer, | 2 | TELE | $0.25 | 13025716755; 1 Mins. |
| 12/14/2007 | Schnitzer, | 2 | TELE | $0.75 | 13025716755; 3 Mins. |
| 12/17/2007 | Keary, Em | 2 | TELE | $0.25 | 12089382939; 1 Mins. |
| 12/17/2007 | Keary, Em | 2 | TELE | $1.25 | 12088593303; 5 Mins. |
| 12/17/2007 | Schnitzer, | 2 | TELE | $0.50 | 12155695415; 2 Mins. |
| 12/18/2007 | Schnitzer, | 2 | TELE | $1.00 | 13025763588; 4 Mins. |
| 12/18/2007 | Schnitzer, | 2 | TELE | $0.75 | 13367231282; 3 Mins. |
| 12/18/2007 | Zawadzki, | 11 | TELE | $0.50 | 12514338100; 2 Mins. |
| 12/19/2007 | Schnitzer, | 2 | TELE | $0.25 | 13025716646; 1 Mins. |
| 12/19/2007 | Schnitzer, | 2 | TELE | $0.25 | 13022524361; 1 Mins. |
| 12/19/2007 | Smith, Jas | 2 | TELE | $0.25 | 13022522900; 1 Mins. |
| 12/19/2007 | Smith, Jas | 2 | TELE | $4.75 | 13022522900; 19 Mins. |
| 12/19/2007 | Schnitzer, | 2 | TELE | $0.25 | 13025716646; 1 Mins. |
| 12/19/2007 | Schnitzer, | 2 | TELE | $0.25 | 13025716646; 1 Mins. |
| 12/20/2007 | Schnitzer, | 2 | TELE | $1.25 | 13022524361; 5 Mins. |
| 12/27/2007 | Indelicato, | 2 | TELE | $60.57 | VENDOR: AMERICAN EXPRESS; INVOICE#: 200802; DATE: 2/7/2008 |
| 12/19/2007 | Indelicato, | 2 | TELE | $14.04 | VENDOR: AMERICAN EXPRESS; INVOICE#: 200802; DATE: 2/7/2008 |
| 12/3/2007 | Keary, Em | 1 | TELE | $74.17 | VENDOR: AMERICAN EXPRESS; INVOICE#: 200802; DATE: 2/7/2008 |
| 12/24/2007 | Keary, Em | 2 | TELE | $170.54 | VENDOR: AMERICAN EXPRESS; INVOICE#: 200802; DATE: 2/7/2008 |
| 12/31/2007 | Power, Ma | 1 | TELE | $11.01 | VENDOR: AMERICAN EXPRESS; INVOICE#: 200802; DATE: 2/7/2008 |
| | | | | $349.08 | |
| 12/12/2007 | Indelicato, | 2 | TRAV | $282.00 | VENDOR: INDELICATO; INVOICE#: 17; DATE: 1/9/2008 |
| 12/13/2007 | Indelicato, | 9 | TRAV | $64.00 | VENDOR: INDELICATO; INVOICE#: 17; DATE: 1/9/2008 |
| | | | | $346.00 | |
| | | | | $4,795.49 | |