**EXHIBIT A**

**AMERICAN HOME MORTGAGE / TRENWITH**
**Time Summary**
**August 14, 2007 to January 31, 2008**

| **Professional** | **Category** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| J.R. MANNING | Managing Director | 21.8 | 650.00 | $14,170.00 |
| *Travel Time: Billed at ½ Rate* | | | | |
| J.R. MANNING | Managing Director | 12.0 | 325.00 | 3,900.00 |
| | **TOTAL:** | **33.8** | | **$18,070.00** |

**EXHIBIT B**

|  |  | HOURS | AMOUNT |
|---|---|---:|---:|
| A. | ASSET SALE/AUCTION | 15.5 | $10,075.00 |
|  | Researched potential bidders and general background, including calls to various potential market bidders regarding the sales process. Reviewed online data room, asset purchase agreements, sales procedures, sales timeline, management slides and offering memorandum. Preparation for and attendance at various meetings/conference calls regarding the sales process. |  |  |
| B. | MEETINGS OF CREDITORS | 5.0 | 3,250.00 |
|  | Preparation for and attendance at Creditors' Committee meetings/conference calls where the status of the sales process and other matters were discussed. |  |  |
| C. | CASE ADMINISTRATION | 1.3 | 845.00 |
|  | Reviewed Phoenix investment banking retention application and agreement. |  |  |
|  | **SUBTOTAL:** | **21.8** | **14,170.00** |
| D. | TRAVEL TIME | 12.0 | 3,900.00 |
|  | Professional time expended on travel, billed at one half the hourly rate of each professional. |  |  |
|  | **SUBTOTAL:** | **12.0** | **3,900.00** |
|  | **TOTAL:** | **33.8** | **$18,070.00** |

**EXHIBIT C**

American Home Mortgage Holdings, Inc.
Schedule of Expenses
August 14, 2007 through January 31, 2008

1. PHOTOCOPYING
   a. Internal
   b. External

2. TELECOMMUNICATIONS
   a. Toll Charges
   b. Facsimile
   c. Out-of-State toll charges

3. COURIER, FRIEGHT AND POSTAL SERVICES
   *For overnight and hand delivery to Counsel*
   *and Committee members*

4. COURT REPORTER AND TRANSCRIPTS

5. TECHNOLOGY SERVICES

6. OUT-OF-TOWN TRAVEL
   a. Transportation                                             188.00
   b. Lodging                                                    286.94
   c. Meals

7. OUTSIDE SERVICES

8. LOCAL MEALS

9. LOCAL TRANSPORTATION, TOLLS, MILEAGE
   AND PARKING – for cabs to/from meetings, car service
   *for employees working after 8:00 p.m. and local mileage*
   *using personal auto*

10. MISCELLANEOUS

    **TOTAL**                                                   **$474.94**