EXHIBIT B

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

March 19, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133094

For professional services rendered from November 1, through November 30, 2007 in connection with the following:

| | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| | 001 | GENERAL |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/01/07 | Researching case law on the deferred compensation plan issue (4.5). | EK | 4.50 | 1,260.00 |
| 11/01/07 | E-mail with M. Michaelis regarding KERP (.10); review docket/recent motions/orders (.80). | JXZ | 0.90 | 292.50 |

|  | TOTAL HOURS | 5.40 |  |
|--|-------------|------|--|

TOTAL SERVICES ......................................................................... $    1,552.50

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 550 | Keary | 4.50 | 280.00 | 1,260.00 |
| 493 | Zawadzki | 0.90 | 325.00 | 292.50 |
| ATTY TOTAL | | 5.40 | | 1,552.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

March 19, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133094

For professional services rendered from November 1, through November 30, 2007 in connection with the following:

|  | 703159 | AMERICAN HOME MORTAGE HOLDINGS, INC. |
|  | 002 | CREDITORS COMMITTEE |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/01/07 | Creditors committee conference call (1.1); drafting letter to the committee and examining motion establishing bar dates etc. (.5); examining Bear Stearns debtor stipulation and drafting summary for creditors' committee (1.6); examining docket and updating calendars (1.2); researching law re: DBSP limited stay (1.6). | EK | 6.00 | 1,680.00 |
| 11/01/07 | Docket and Pleading Review (2.0) | JS | 2.00 | 460.00 |
| 11/01/07 | Review analysis prepared by BDO on KEIP plan (.20); telephone conversation with M. Michaelis regarding comments (.10); review materials in preparation for committee call (.60); attend committee call (1.10); review motions field by the debtor (.60); review numerous e-mails regarding update on litigation (.10); telephone conversation with creditor regarding examiner motion (.10). | MSI | 2.80 | 1,946.00 |
| 11/01/07 | Review BDO's report and analysis in KEIP (.6); Creditors Committee confer call (1.); review Bear Stearns debtor stipulation (.8) | MTP | 2.40 | 1,668.00 |
| 11/02/07 | Examining docket and updating creditors committee calendars (1.1); examining stipulation entered into between the debtors, Societe Generale and Barton Capital, examining the motion and drafting summary for the committee (2.1); examining motion and summarizing the motion of NATIXIS to have the stay lifted (1.7); drafting Trenwith notice, application and order (2.9); drafting BDO retention order (1.4) | EK | 9.20 | 2,576.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/02/07 | Review Docket and daily review of pleadings filed, (1.0) Organize and prepare for hearing on 11/5/07 (1.5) | JS | 2.50 | 575.00 |
| 11/02/07 | Attention to creditor inquiries (.50). | JXZ | 0.50 | 162.50 |
| 11/02/07 | Review stipulation entered between the Debtors, Societe Generale and Barton Capital (.5); NATIXIS motion for stay relief (.6) | MTP | 1.10 | 764.50 |
| 11/05/07 | Examined docket and updated committee calendar (.6); meeting w/J. Smith, E. Schnitzer re docket motions (.4); meeting with E. Schnitzer, M. Indelicato re motions (.4); finalizing orders, notices, and retention applications for both BDO and Trenwith retentions (3.8); finalizing and e-mailing committee summaries for DBSP motion, Vicom motion, Bear Stearns stipulation (.6) | EK | 6.00 | 1,680.00 |
| 11/05/07 | Meeting with EK, JS and MSI re: matters on for this week (.80); calls to debtors' counsel and Moants' counsel re: Vicom motion and Natixis motion (.80); review debtors' complaint against Triad insurance (.20). | ELS | 1.80 | 837.00 |
| 11/05/07 | Docket Review Pleading Review (.70) Review Hearing Agenda and Prepare for 11/5/2007 Hearing (.80) Meeting with ELS and EK on Case Progression (.50) | JS | 2.00 | 460.00 |
| 11/05/07 | Review docket/recent motions (.50). | JXZ | 0.50 | 162.50 |
| 11/05/07 | Revise and edit summaries of motions to the committee (.70); meeting with EK regarding same (.20). | MSI | 0.90 | 625.50 |
| 11/05/07 | Review EK Committee summaries for DBSP motion, Vicom motion, Bear Stearns stipulation (.5) | MTP | 0.50 | 347.50 |
| 11/06/07 | Finalizing BDO retention order; Trenwith application, notice and order (2.4); examining docket and updating creditors committees calendar (.8); researching 506(b) attorneys fees issue (.7) | EK | 3.90 | 1,092.00 |
| 11/06/07 | Meeting with MSI re: joinder re: debtor's opposition to UBS motion for stay pending appeal and phone call to debtors' counsel re: same. | ELS | 0.40 | 186.00 |
| 11/06/07 | Review and Organize Transcripts for Hearings held 10-25-07 and 10-30-07 (.50) Docket and Pleading Review of DI1792-1829 brief review of Expedited Motion to Shorten Notice and for Emergency Hearing on the Motion and Joinder of UBS Real Estate Securities Inc. (2.40) | JS | 2.90 | 667.00 |
| 11/06/07 | Review docket/recent motions (.30). | JXZ | 0.30 | 97.50 |
| 11/06/07 | Discuss with MSI re joinder re Debtors' opposition to UBS motion for stay pending appeal | MTP | 0.10 | 69.50 |
| 11/07/07 | Updating calendar and examining docket entries (1.1); preparing for creditors committees conference call (.2); finalizing objection to UBS's joinder to DBSP (.4) | EK | 1.70 | 476.00 |
| 11/07/07 | Review Agenda and Prepare for 11/7/2007 Hearing (2.0) Docket and Pleading Review (.30) | JS | 2.30 | 529.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/08/07 | Preparing for conference call (.5); examining docket and updating creditors committee's calendar (2.2); attended AHM conference call (1.0); finalized Vicom & examined UBS motion and drafted motion for the creditors committee re stay pending appeal (2.8); drafted creditors committee's minutes (.9); examining and summarizing the debtors' motion seeking the authority to play key employees (2.1) | EK | 9.50 | 2,660.00 |
| 11/08/07 | Weekly committee call re: case status (1.10); review motion to modify non-insider employee retention plan; meeting with MSI re: same; email to Berliner re: same. | ELS | 1.50 | 697.50 |
| 11/08/07 | Review Docket and Pleadings DI 1883-1914.(0.80) Review Agenda and Prepare for 11/9/2007 Hearing (1.7) | JS | 2.50 | 575.00 |
| 11/08/07 | Committee conference call and meeting with MSI and MTP regarding open issues (1.00); review docket/recent motions (.40); review summaries (.10). | JXZ | 1.50 | 487.50 |
| 11/08/07 | Review and edit summaries for committee (.30); review material in preparation for committee meeting (.60); telephone conference meeting of the committee (.80); telephone conference with P. Morgan re: outstanding issues (.30); telephone conference with Shonholtz and Lisco re: same (.30). | MSI | 2.30 | 1,598.50 |
| 11/08/07 | Prepare for and participate in AHM confer call follow-up meeting w/team (1.4) | MTP | 1.40 | 973.00 |
| 11/08/07 | Review Debtors' motion to modify KEIP | MTP | 0.80 | 556.00 |
| 11/08/07 | Telephone conference with Shonholtz and Lisco re outstanding issues | MTP | 0.30 | 208.50 |
| 11/09/07 | Examining docket entries and updating creditors committee's calendars (1.2); examining and summarizing various motions for the creditors committee - non-debtors subsidiary, loans, motion for sale, donation or abandonment of miscellaneous assets, CIFG, senior management incentive plan, incentive plan to be filed under seal, omnibus settlement procedures (8.3) | EK | 9.50 | 2,660.00 |
| 11/09/07 | Review debtors' settlement procedure motion; meeting with MSI re: same and phone call with debtors' counsel re: same. | ELS | 0.70 | 325.50 |
| 11/09/07 | Docket and Pleading Review DI 1922-1959 (.70) Prepare for 11/9/2007 Hearing (.70) | JS | 1.40 | 322.00 |
| 11/09/07 | Call with EK regarding recent motions (.10). | JXZ | 0.10 | 32.50 |
| 11/12/07 | Examining docket and updating calendars (.7); examining motions for creditors committee and drafting summaries for creditor committee. NATIXIS, MERS, CIFG Assurance North America, motion dealing with procedures for sale donation or abandonment of miscellaneous assets (5.1) | EK | 5.80 | 1,624.00 |
| 11/12/07 | Meeting with EK and JS re: matters scheduled for this week. | ELS | 0.50 | 232.50 |
| 11/12/07 | Docket and Pleading Review | JS | 0.30 | 69.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/12/07 | Telephone conference with K. Nyland and Young Conaway to discuss strategy and issues regarding sale of assets (1.50); review and edit motion summaries to the Committee (.40); meeting with EK re: same and calendar (.20); meeting with ELS re: comments to procedures motions (.20); emails to B. Fatell re: same (.20). | MSI | 2.50 | 1,737.50 |
| 11/12/07 | Telephone confer with K. Nystrom and Young Conaway, MSI to discuss strategy and issues re sale of assets (1.5) | MTP | 1.50 | 1,042.50 |
| 11/13/07 | BDO, Trenwith retention applications (4.2) summarizing and refining the Debtor's motion to approve a compromise under R.9019, motion to approve procedures for the sale of loans owned by certain non-debtor subsidiaries; key management incentive plan, NATIXIS stay relief motion (3.1); meeting with M. Power and J. Zawadzki re UCC (.8); examining UCC documents for N.C. (2.1) | EK | 10.20 | 2,856.00 |
| 11/13/07 | Review Docket and Pleadings (.50) Review Amended Agenda and Prepare for 11/14/2007 Hearing (4.5) | JS | 5.00 | 1,150.00 |
| 11/13/07 | Review docket/recent motions (.30). | JXZ | 0.30 | 97.50 |
| 11/13/07 | Review calendar and motions for 11/14 hearing. | MSI | 0.40 | 278.00 |
| 11/14/07 | Examining UCC documents for AHM (4.1); examining docket and updating calendars (.9) | EK | 5.00 | 1,400.00 |
| 11/14/07 | Review Docket and Pleadings (.30) Review Agenda and Prepare of 11/14/2007 Hearing (1.0) | JS | 1.30 | 299.00 |
| 11/14/07 | Review calendar, motions, orders and proposed DIP issues in preparation for omnibus hearing (2.30); attend omnibus hearings (1.40); meeting with K. Nystrom, P. Morgan and S. Beach to discuss strategy and outstanding issues (.90). | MSI | 4.60 | 3,197.00 |
| 11/14/07 | Call with MSI re results of hearing and meeting with K. Nysrtom, P. Morgan, and S. Beach (.6) | MTP | 0.60 | 417.00 |
| 11/15/07 | Checking and examining docket and updating creditors committee's calendar (1.2); preparing agenda, minutes and arranging conference call for committee (.8); attending conference call and drafting committee minutes (1.4); examining UCC documents re lien veracity (4.2) | EK | 7.60 | 2,128.00 |
| 11/15/07 | Revise and review September Fee's (2.0) Review Docket and Pleadings (.30) | JS | 2.30 | 529.00 |
| 11/15/07 | Review financials (.20). | JXZ | 0.20 | 65.00 |
| 11/15/07 | Prepare for and attend meeting of the committee to address sale and settlement issues (.70). | MSI | 0.70 | 486.50 |
| 11/15/07 | Prepared for and participate in Committee confer call | MTP | 1.10 | 764.50 |
| 11/16/07 | Examining AHM lien documents (4.2); researching caselaw re UCC filing issues of EMC + Greenwich Capital (2.1); examining docket entries and updating calendar (1.1); revising summaries for creditors committee (1.2) | EK | 8.60 | 2,408.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/16/07 | Review and Organize Transcripts of 11/5-11/9 Hearings (2.0) Review Docket and Pleadings DB Structured's Designation and Statement of Issues on Appeal (.50) | JS | 2.50 | 575.00 |
| 11/16/07 | Review motions filed by debtor and meeting with EK regarding summaries to the committee (.70). | MSI | 0.70 | 486.50 |
| 11/19/07 | Reviewing summaries for meeting with ELS (.6); meeting with ELS re: Objection Deadlines (.50); examining FNC Objections and drafting a memo for MSI, ELS and committee (1.8); examining docket and updating calendars (.8); revising Memos for Creditors Committee (1.4); investigation of UCC lien documents re: Bank of America (1.7). | EK | 6.80 | 1,904.00 |
| 11/19/07 | Meeting with EK re: matters on for the week and review various committee summaries and make edits to same. | ELS | 0.70 | 325.50 |
| 11/19/07 | Meeting with ELS and EK (.30) Review Agenda and prepare for Credit Suisse First Boston Mortgage Adv Hearing 11/21/2007 (1.70) Review of Docket and Pleadings (.20) | JS | 2.20 | 506.00 |
| 11/19/07 | Review docket (.20). | JXZ | 0.20 | 65.00 |
| 11/20/07 | Examining docket entries and updating calendars for Committee (1.90); examining AHM's BofA liens (4.2); talked with Earnie Valie (.30); talked with Robbin Steenson, unsecured creditor (.40); revised six summaries and sent out to committee (1.0). | EK | 7.80 | 2,184.00 |
| 11/20/07 | FNC - meeting with MSI re: FNC; phone call with debtor's counsel re: FNC; phone call and emails with FNC's attorney re: motion for relief from the stay (.80); CIFG - meeting with MSI re: CIFG; conference call with MSI and CIFG's attorneys and conference call with debtors and Kay Scholer re: same (.60); Cautherone - review of their motion for relief from the stay to file Federal suit and meeting with MSI re: same (.60); Review cash collateral order and related amendments (.30); review Bank of America legal fees for October and summarize request for certain pre-petition fees (.60). | ELS | 2.90 | 1,348.50 |
| 11/20/07 | Docket and Pleading review (.30) | JS | 0.30 | 69.00 |
| 11/20/07 | Meeting with EK regarding creditor inquiries and other issues (.20). | JXZ | 0.20 | 65.00 |
| 11/20/07 | Review motions for hearing (.30); revise and edit summary of motions for committee (.80); meeting with EK regarding same (.30); telephone conversation with P. Morgan regarding outstanding issues (.30). | MSI | 1.70 | 1,181.50 |
| 11/20/07 | Review EK summaries to Committee (.5) | MTP | 0.50 | 347.50 |
| 11/20/07 | Call (partial) with P. Morgan and MSI re outstanding issues (.2) | MTP | 0.20 | 139.00 |
| 11/21/07 | Checking docket and updating calendars for committee (1.1); talked with American Home Shareholder (.10). | EK | 1.20 | 336.00 |
| 11/21/07 | Review debtors' response to CIFG stay relief motion. | ELS | 0.20 | 93.00 |
| 11/21/07 | Review Docket and Pleadings (.30) | JS | 0.30 | 69.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/21/07 | Review motion summaries (.40). | JXZ | 0.40 | 130.00 |
| 11/21/07 | Review motion for relief from stay and other pleadings in preparation for hearing (.80); attend hearing on CS settlement and omnibus matters (.90). | MSI | 1.70 | 1,181.50 |
| 11/21/07 | Call/e-mail with MSI hearing on CS settlement and omnibus matters (.3) | MTP | 0.30 | 208.50 |
| 11/23/07 | Review objections filed by US Trustee to various motions. | MSI | 0.40 | 278.00 |
| 11/26/07 | Examining documents received from the Debtor for DDG (1.3). | EK | 1.30 | 364.00 |
| 11/26/07 | Conference call with debtors re: motion to revise ordinary course professionals procedures (.50); meeting with EK and JS re: this week's hearing and objection deadlines (.20); meeting with JS re: Bank of America professional fee invoices (.20). | ELS | 0.90 | 418.50 |
| 11/26/07 | Review Agenda and Prepare for 11/28/2007 Hearing (3.0) Review Docket and Pleadings (.30) | JS | 3.30 | 759.00 |
| 11/26/07 | Review docket (.10). | JXZ | 0.10 | 32.50 |
| 11/26/07 | Review objections by US Trustee and draft of orders to be presented at hearing (.30); telephone conversation with S. Beach and M. Whitman regarding changes to OCP procedures (.60); meeting with ELS regarding same (.20). | MSI | 1.10 | 764.50 |
| 11/26/07 | Review objections by U.S. Trustee | MTP | 0.30 | 208.50 |
| 11/27/07 | Examining docket and updating calendar (1.20); editing documents re: the Trustees concerns (1.1). | EK | 2.30 | 644.00 |
| 11/27/07 | Meeting with MSI re: 11/28/ hearing (.30); phone call and email with debtors' counsel re: FNC (.40). | ELS | 0.70 | 325.50 |
| 11/27/07 | Revise and Email B. Fatell Supplemental Affidavit (.40) Review Docket and Pleadings (.20) Revise First Fee Application(.50) | JS | 1.10 | 253.00 |
| 11/27/07 | Calendar maintenance. | JXZ | 0.10 | 32.50 |
| 11/27/07 | Review calendar and issues on for hearing (30); meeting with JS regarding same (.20); e-mails with S. Johnson regarding bar order (.10). | MSI | 0.70 | 486.50 |
| 11/27/07 | E-mails with S. Johnson and MSI re bar order (.1) | MTP | 0.10 | 69.50 |
| 11/28/07 | Prepare and Email B. Fatell Supplemental Affidavit for retention order, (.50) Review Agenda for 11/28/07 Hearing and prepare for Hearing (3.0) | JS | 3.50 | 805.00 |
| 11/28/07 | Extensive telephone conference with BDO, Young Conaway and Kroll regarding update on various issues (.90); meeting with MTP regarding same and strategy (.60). | MSI | 1.50 | 1,042.50 |
| 11/28/07 | Discussion with MSI re results of hearing | MTP | 0.50 | 347.50 |
| 11/28/07 | Telephone confer with BDO, Young Conaway and Kroll and MSI re update on (1.0); meeting with MSI re same and strategy (.6) | MTP | 1.60 | 1,112.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/29/07 | Examining docket and its motions and updating the Creditors Committee calendar (1.1); drafting and sending out notice re meetings and bar dates for claims (2.1); preparing for committee meeting (.6); attending committee meeting (1.0); drafting minutes of meeting (.4); examining document by debtors (1.3) | EK | 6.60 | 1,848.00 |
| 11/29/07 | Review of docket for final cash collateral order and stipulation extending the final DIP ( .3). | HN | 0.30 | 84.00 |
| 11/29/07 | Review Agenda and Pleadings for 11/28/07 hearing (.50) Daily Review of docket and pleadings (.20) Revise Time sheets and First Fee application (5.0) | JS | 5.70 | 1,311.00 |
| 11/29/07 | Review pleadings in preparation for call (.40); revise and edit memos to the committee (.20); meeting with EK regarding same (.20); attend telephonic meeting of the committee to address outstanding issues (.90); telephone conversation with P. Morgan regarding exclusivity (.20); telephone conversation with S. Beach regarding issues with payments to foreclosure professionals (.30). | MSI | 2.20 | 1,529.00 |
| 11/29/07 | Participate in meeting of the Committee to address pending motions (1.00) | MTP | 1.00 | 695.00 |
| 11/30/07 | Examining docket, updating calendars for Creditors Committee and reading motion (3.1) | EK | 3.10 | 868.00 |
| 11/30/07 | Meeting with JS regarding cure claim (.20); review Freemont 9019 motion and phone conversation with debtors' counsel regarding same (.50); review debtors' first notice of settlements; meeting with MSI regarding same and e-mail to debtors' counsel regarding needed information (.90). | ELS | 1.60 | 744.00 |
| 11/30/07 | Draft Second Monthly Fee App (1.0) Review Docket and Pleadings (.30) | JS | 1.30 | 299.00 |
| 11/30/07 | Review docket (.20). | JXZ | 0.20 | 65.00 |
| 11/30/07 | Meeting with EK regarding motions filed and calendar (.30); review pleadings filed by debtor (.30); telephone conversation with Morgan regarding exclusivity (.20). | MSI | 0.80 | 556.00 |

TOTAL HOURS                         212.90

TOTAL SERVICES ........................................................ $    76,095.00

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $216.23 |
| CARFARE | $878.67 |
| DUPLICATING | $766.30 |
| HOTEL FEE | $742.45 |

DISBURSEMENT SUMMARY

| | |
|---|---:|
| LEXIS | $281.51 |
| MEALS | $377.64 |
| SEARCH FEES | $85.36 |
| TELEPHONE CONFERENCE CALL | $244.87 |
| TRAVEL | $2,225.00 |
| WORD PROCESSING OVERTIME | $78.00 |

TOTAL DISBURSEMENTS ............................................................ $      5,896.03

TOTAL FEES & DISBURSEMENTS ............................................. $    81,991.03

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---:|---:|---:|
| 556 | Smith | 44.70 | 230.00 | 10,281.00 |
| 546 | Naviwala | 0.30 | 280.00 | 84.00 |
| 550 | Keary | 112.10 | 280.00 | 31,388.00 |
| 493 | Zawadzki | 4.60 | 325.00 | 1,495.00 |
| 486 | Schnitzer | 11.90 | 465.00 | 5,533.50 |
| 260 | Indelicato | 25.00 | 695.00 | 17,375.00 |
| 364 | Power | 14.30 | 695.00 | 9,938.50 |
| ATTY TOTAL | | 212.90 | | 76,095.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

March 19, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133094

For professional services rendered from November 1, through November 30, 2007 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|--|--------|----------------------------------------|
|  | 003 | RETENTIONS |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/01/07 | Calls, e-mails and meeting with D. Berliner and EK regarding BDO and Trenwith retentions (.20); review docket regarding same (.10); review fee application (.30). | JXZ | 0.60 | 195.00 |
| 11/02/07 | Call with EK regarding BDO retention affidavit (.10); revise retention order (.10). | JXZ | 0.20 | 65.00 |
| 11/09/07 | Review Waterson engagement letter; draft comments and review DDG's comments to same. | ELS | 1.10 | 511.50 |
| 11/12/07 | Meeting with EK re: issues with BDO retention. | MSI | 0.20 | 139.00 |
| 11/13/07 | Review various fee statements and meeting with MSI re: same. | ELS | 0.80 | 372.00 |
| 11/13/07 | Meeting with EK regarding retention applications (.10); review and revise Trenwith retention application and related documents (.60). | JXZ | 0.70 | 227.50 |
| 11/13/07 | Review JXZ draft summary of fee requests and e-mails re same (.3) | MTP | 0.30 | 208.50 |
| 11/14/07 | Review revised KEKST order and meeting with MSI re: same. | ELS | 0.20 | 93.00 |
| 11/19/07 | Review suggested KEKST order. | ELS | 0.20 | 93.00 |
| 11/20/07 | Review JXZ summaries and meeting and e-mails w/ELS and JXZ re same | MTP | 0.50 | 347.50 |
| 11/21/07 | Review of debtors' proposed motion to modify the foreclosure professional fee procedures order and emails re: same. | ELS | 0.60 | 279.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/26/07 | Review numerous fee apps; draft summaries and e-mails with MSI regarding same (.80); calendar maintenance (.10). | JXZ | 0.90 | 292.50 |
| 11/27/07 | E-mail to J. McMahon regarding revised affidavits and proposed orders (.10); e-mail to Fatell regarding same (.10). | MSI | 0.20 | 139.00 |
| 11/27/07 | Review MSI e-mail to J. McMahon and B. Fatell re revised affidavits and proposed orders (.1) | MTP | 0.10 | 69.50 |
| 11/30/07 | Review fee applications; daft summaries and e-mails with MSI regarding same (.90). | JXZ | 0.90 | 292.50 |

TOTAL HOURS 7.50

TOTAL SERVICES ........................................................... $ 3,324.50

DISBURSEMENT SUMMARY

DUPLICATING $30.10

TOTAL DISBURSEMENTS ............................................. $ 30.10

TOTAL FEES & DISBURSEMENTS .............................................. $ 3,354.60

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 3.30 | 325.00 | 1,072.50 |
| 486 | Schnitzer | 2.90 | 465.00 | 1,348.50 |
| 260 | Indelicato | 0.40 | 695.00 | 278.00 |
| 364 | Power | 0.90 | 695.00 | 625.50 |
| ATTY TOTAL | | 7.50 | | 3,324.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

March 19, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133094

For professional services rendered from November 1, through November 30, 2007 in connection with the following:

|  | 703159 | AMERICAN HOME MORTAGE HOLDINGS, INC. |
|---|---|---|
|  | 005 | DIP/INVESTIGATION OF LIEN |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/09/07 | Review proposed DIP to fund servicing (1.20); telephone conference and emails with DDG re: same (.20). | MSI | 1.40 | 973.00 |
| 11/09/07 | Review and edit new DIP for servicing business and order (2.30); telephone conference with DDG re: comments to same (.30); telephone conference with Joel Waite, C. Grear and DDG re: same (.60); telephone conference with Young Conaway, Jones Day and DDG re: same (.60). | MSI | 3.80 | 2,641.00 |
| 11/09/07 | Review and edit proposed DIP order for servicing business (1.5); telephone confer with Young Conaway, Jones Day and DDG, MSI re same (.6) | MTP | 2.10 | 1,459.50 |
| 11/12/07 | Revise and edit numerous drafts of DIP agreement and interim order including comments from Bank of America, purchaser and debtor (2.80); emails and telephone conference with J. Waite and Jones Day re: same (.40); meeting with DDG re: same (.20). | MSI | 3.40 | 2,363.00 |
| 11/12/07 | Review revised order and DIP agreement | MTP | 1.00 | 695.00 |
| 11/12/07 | Comment on numerous drafts of DIP agreement and interim order including comments from Kaye Scholer, purchaser and Debtor (2.5) | MTP | 2.50 | 1,737.50 |
| 11/13/07 | Miscellaneous conferences  with MSI, Young Conaway regarding existing DIP, Advances issues | DDG | 0.50 | 312.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/13/07 | Several extensive telephone conversations with Waite, Morgan, Grear and DDG regarding issues related to funding new advances on excluded assets post initial closing (.80); review APA and DIP order regarding same (.70); review final draft of extension of DIP order (.40); review final drafts of the post initial close funding (.80). | MSI | 2.70 | 1,876.50 |
| 11/13/07 | Review final draft of extension of DIP order | MTP | 0.40 | 278.00 |
| 11/30/07 | Telephone conversation with BofA's counsel and review proposed stipulation (.20); e-mail with B. Fatell regarding same (.10). | MSI | 0.30 | 208.50 |

TOTAL HOURS                        18.10

TOTAL SERVICES ........................................................... $    12,544.50

DISBURSEMENT SUMMARY

MEALS                                                       $29.55

TOTAL DISBURSEMENTS ............................................ $        29.55

TOTAL FEES & DISBURSEMENTS ............................................ $    12,574.05

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 426 | Grubman | 0.50 | 625.00 | 312.50 |
| 260 | Indelicato | 11.60 | 695.00 | 8,062.00 |
| 364 | Power | 6.00 | 695.00 | 4,170.00 |
| ATTY TOTAL | | 18.10 | | 12,544.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

March 19, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133094

For professional services rendered from November 1, through November 30, 2007 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|  | 006 | SALES OF ASSETS |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/01/07 | Miscellaneous conferences with MSI, Morgan re: WLR APA amendment, servicing issues (0.8); miscellaneous conferences with MSI re: closing issues, DB stay motion, review APA re: same (1.0); Miscellaneous e-mails re: MidFirst closing (0.1) | DDG | 1.90 | 1,187.50 |
| 11/01/07 | Telephone conversation with P. Morgan regarding issues with DB appeal and required changes to the APA (.70); meeting (2x) with DDG regarding same (.30); review e-mails regarding MidFirst closing (.20); review APA issues (.40). | MSI | 1.60 | 1,112.00 |
| 11/01/07 | Calls with MSI, DDG, Morgan re WLR APA amendment, servicing issues (.8) | MTP | 0.80 | 556.00 |
| 11/02/07 | Review amendment No. 2 to WLR APA, conference with Grear re: same (0.7); conference with MSI, Grear, Morgan re: APA amendment, MidFirst closing (0.7); review Countrywide form purchase agreement (0.8) | DDG | 2.20 | 1,375.00 |
| 11/02/07 | Review amendment to WLR APA (.6); review Countrywide form purchase agreement (1.5) | MTP | 2.10 | 1,459.50 |
| 11/04/07 | Miscellaneous e-mails with Grear, Brody, MTP re: Countrywide purchase agreement issues | DDG | 0.40 | 250.00 |
| 11/04/07 | E-mails with Grear, Brody, DDG re Countrywide purchase agreement issues | MTP | 0.50 | 347.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/05/07 | Review changes to Amendment No. 2 to WLR Asset Purchase Agreement, exchange comments regarding same (0.6); review additional filings regarding stay, miscellaneous e-mails regarding same (0.6); review engagement letter with Watterson Prime, conference and e-mail with MTP regarding same (0.5); suggest form Letter of Intent and Purchase Agreement for "scratch and dent" loan sale (0.2) | DDG | 1.90 | 1,187.50 |
| 11/05/07 | Meeting with MSI re: opposition to DB motion for stay and emails re: same (.20); review debtors' and Bank of America's opposition to DB motion for a stay (.70); and draft our joinder re: debtors' opposition to DB emergency motion for stay (.60). | ELS | 1.50 | 697.50 |
| 11/05/07 | Review e-mails regarding changes to APA and issues on order (.30); review debtors opposition to stay (.80); review Assurd objection to entry of sale order (.30); telephone conversation with Morgan regarding same (.20); meeting with ELS regarding committee response (.20); review committee response (.30). | MSI | 2.10 | 1,459.50 |
| 11/05/07 | Review changes to Amendment No. 2 to WLR Asset Purchase Agreement, and comments re same (.8); review engagement letter with Watterson Prime, confer and e-mail/DDG re same (.5); discussion with DDG form Letter of Intent and Purchase Agreement for "scratch and dent" loan sale (.2) | MTP | 1.50 | 1,042.50 |
| 11/05/07 | Review draft joinder re Debtors' opposition to DB emergency motion for stay (.3) | MTP | 0.30 | 208.50 |
| 11/06/07 | Review WLR Amendment No. 2, comments regarding same (0.4); e-mails with MTP regarding Countrywide purchase agreement  (0.1) | DDG | 0.50 | 312.50 |
| 11/06/07 | Review WLR Amendment, comments (.4); e-mails w/DDG, YCST re Countrywide purchase agreement (.5) | MTP | 0.90 | 625.50 |
| 11/07/07 | Review and revise debtors' motion re: disposition of miscellaneous assets (2.20); meeting with MSI re: same (.30) and phone call with Lunn re: same (.30). | ELS | 2.80 | 1,302.00 |
| 11/07/07 | Telephone conversation with P. Morgan regarding issues related to UBS motion for stay pending appeal (.20); review objection (.30). | MSI | 0.50 | 347.50 |
| 11/08/07 | Review of debtors' draft and finalized opposition to UBS motion  and revise our joinder accordingly (.90); review debtors' proposed motion re: sale of certain 32 loans and phone call with Lunn re: same (.50); review redline motion of miscellaneous asset sale, meeting with MSI re: same and phone call with Lunn re: same (.30). | ELS | 1.70 | 790.50 |
| 11/08/07 | Review and edit motion to approve MWC asset sales (.60); meeting with ELS re: same and edits (.10); telephone conference and e-mails with Lunn re: same (.20); review motion to sell remaining Broadhollow loans (.30); meeting with ELS re: comments and conversation with M. Lunn re: same (.30). | MSI | 1.50 | 1,042.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/09/07 | Conferences with Grear regarding miscellaneous WLR sale issues, miscellaneous conferences and e-mails with MTP and MSI regarding same (0.6); review procedures for Bank of America loan sale, e-mails with MSI and MTP regarding same (0.6); review Countrywide purchase agreement, prepare comments regarding same (2.2); review revised Watterson Prime Agreement, exchange comments regarding same with MTP, ELS (0.7) | DDG | 4.10 | 2,562.50 |
| 11/09/07 | Review revised Countrywide APA and email comments to American Home team. | ELS | 0.60 | 279.00 |
| 11/09/07 | Review pleadings and case law in preparation for argument on stay pending appeal (2.30); attend hearing re: same (.90); telephone conference with S. Greecher and P. Morgan re: same (.10); travel back to NY (2.20 @ 50%) (1.10). | MSI | 4.40 | 3,058.00 |
| 11/09/07 | Confers with YCST re WLR sale issues, discussion and e-mails with DDG and MSI re same (.6); review procedures for Bank of America loan sale, e-mails with MSI and DDG re same (1.); review Countrywide purchase agreement, prepare comments re same (2.5); review revised Watterson Prime Agreement, exchange comments re same w/DDG, ELS (.5) | MTP | 4.60 | 3,197.00 |
| 11/09/07 | Discussion with MSI re attend hearing re DBSP appeal stay (.3) | MTP | 0.30 | 208.50 |
| 11/11/07 | Review DIP Agreement and proposed order, compare to Asset Purchase Agreement, e-mails with MSI regarding same (2.8); miscellaneous conferences with MSI, Young Conaway, Jones Day regarding DIP agreement and related order (1.1) | DDG | 3.90 | 2,437.50 |
| 11/12/07 | Review revised order and DIP agreement, miscellaneous conferences and e-mails with MSI regarding same | DDG | 0.70 | 437.50 |
| 11/12/07 | Meeting with DDG re: pre-closing issues (.20); review issues on amendment to the APA (.20). | MSI | 0.40 | 278.00 |
| 11/13/07 | Telephone conversation with M. Schonholtz, M. Liscio, A. Alfonso and S. Talmadge regarding issues regarding sale of the Bank of America loans and disputes with the debtor (.90); meeting with MTP regarding same (.20). | MSI | 1.10 | 764.50 |
| 11/13/07 | Telephone conversation with M. Schonholtz, M. Lisco, A. Alfonso and S. Talmadge, MSI and DDG re issues regarding sale of the Bank of America loans and disputes w/the Debtor (.8); discussion with MSI re same (.2) | MTP | 1.00 | 695.00 |
| 11/14/07 | Miscellaneous e-mails with Young Conaway, MSI regarding Countrywide and WLR closings | DDG | 0.20 | 125.00 |
| 11/14/07 | Telephone conversation with P. Morgan regarding sale issues (.20); review escrow issues and Asset Purchase Agreement issues (.30). | MSI | 0.50 | 347.50 |
| 11/14/07 | Numerous e-mails with YCST, MSI, DDG re Countrywide and WLR closings | MTP | 0.50 | 347.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/15/07 | Review closing checklist, amendment #3, conferences with MSI regarding same (0.6); conferences, e-mails with MSI, BDO regarding miscellaneous closing issues (0.8); attend closing and related negotiations, conferences, e-mails, document revisions (14.0) | DDG | 15.40 | 9,625.00 |
| 11/15/07 | Review and analyze proposed third amendment, schedule and other closing documents (1.40); meeting with DDG regarding documents and closing issues (.70); telephone conversation with P. Morgan and J. Warte regarding LMFI (.40); several long telephone conferences with purchaser, debtor and lender regarding LMFI and other closing issues (2.40); revise and edit proposed escrow agreement to deal with LMFI issues (.40); extensive telephone conversations at various times with the lenders, purchasers and debtors to resolve closing issues including LMFI issues, no final order and purchasers request for a purchase price adjustment and significant negotiations with all parties regarding same (5.50). | MSI | 10.90 | 7,575.50 |
| 11/15/07 | JLS re valuing loans market value and agency issues | MTP | 1.50 | 1,042.50 |
| 11/15/07 | Participate in multiple e-mails and confer calls re closing and related negotiations, including CMFI issues | MTP | 10.50 | 7,297.50 |
| 11/16/07 | Review and respond to numerous e-mails regarding continuing negotiations and issues (1.10); telephone conversation with DDG regarding same (.60); review closing funds flow and telephone conversation regarding same (.30); review and edit proposed third amendment to asset purchase agreement (.60); telephone conversation with Morgan and Liscio regarding revisions to escrow letter (.30); revise and edit same (.80); numerous conversations with DDG and C. Grear regarding same and closing issues (.80); extensive e-mail to the committee regarding closing and economic issues addressed (.60). | MSI | 5.10 | 3,544.50 |
| 11/16/07 | Attention to numerous w-mails re continuing negotiations and issues on WLR sale (2.3) | MTP | 2.30 | 1,598.50 |
| 11/19/07 | E-mail with MSI regarding servicing sale (.10). | JXZ | 0.10 | 32.50 |
| 11/20/07 | Conference call with Kaye Scholer, Young Conaway regarding Bank of America loan sale (0.2); review CS confidentiality agreement (0.4); conferences with Young Conaway and MSI regarding CS confidentiality agreement (0.5) | DDG | 1.10 | 687.50 |
| 11/20/07 | Review e-mails and telephone conversations regarding sale of construction loans and whole loans (.80); telephone conversation with P. Morgan regarding same (.10). | MSI | 0.90 | 625.50 |
| 11/20/07 | E-mails and telephone conversations re sale of construction loans and whole loan sales (.7); telephone conversation with YCST re same (.1) | MTP | 0.10 | 69.50 |
| 11/21/07 | Review revisions to CS confidentiality agreement, Miscellaneous e-mails re: same | DDG | 0.50 | 312.50 |
| 11/21/07 | Telephone conversation with P. Morgan regarding issues on construction and whole loan sales and strategy. | MSI | 0.40 | 278.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/21/07 | E-mails with YCST & DDG re WLR, Countrywide | MTP | 0.20 | 139.00 |
| 11/26/07 | Review U. S. Trustee's responses to debtors' motion to dispose of certain assets, sell certain non-debtor loans and approve certain omnibus settlement procedures. | ELS | 0.60 | 279.00 |
| 11/26/07 | Review US Trustee objection (.10). | JXZ | 0.10 | 32.50 |
| 11/27/07 | Follow up with Young Conaway regarding WLR, Countrywide | DDG | 0.10 | 62.50 |
| 11/27/07 | Review redline of miscellaneous asset sale order and phone call with Lunn re: same (.50);  Conference call with debtors re: sale of AHM Bank (.50). | ELS | 1.00 | 465.00 |
| 11/27/07 | Telephone conversation with BDO and Kroll to discuss the potential sale of the Bank. | MSI | 0.90 | 625.50 |
| 11/28/07 | Review revised CS confidentiality agreement, conference with MSI regarding same | DDG | 0.30 | 187.50 |
| 11/28/07 | Discussion with Craig re update on Countrywide APA form (.3); review issues with construction loans (.5) | MTP | 0.80 | 556.00 |
| 11/29/07 | Review revised Countrywide sale agreement, prepare comments regarding same (0.8); review revisions to CS confidentiality agreement, prepare comments regarding same (0.3) | DDG | 1.10 | 687.50 |
| 11/29/07 | Telephone conversation with M. Schonholtz and M. Liscio regarding construction loan issues (.40); review e-mails regarding same (.20); telephone conversation with K. Nystrom regarding same (.10); telephone conversation with Nystrom, P. Morgan and Berliner regarding same and issues raised by Bof A (.90); review construction loan e-mails and issues (.60); telephone conversation with Berliner and review materials on sale of mortgage (.60). | MSI | 2.80 | 1,946.00 |
| 11/29/07 | Review revised Countrywide sale agreement (.5) | MTP | 0.50 | 347.50 |
| 11/29/07 | Telephone conversation with MSI, Nystrom, P. Morgan and Berliner re construction loans and issues raised by BoA (.9); review e-mails and materials on sale of mortgage (.6) | MTP | 1.50 | 1,042.50 |
| 11/30/07 | Review numerous e-mails on the sale of the construction loans (.60); extended conference call (2x) with Liscio and Schonholtz regarding same (.80); extended telephone conference (3x) with K. Nystrom, P. Morgan and D. Berliner regarding same and potential offer from BoA (1.40); review e-mails regarding same (.40). | MSI | 3.20 | 2,224.00 |
| 11/30/07 | Review numerous e-mails on the sale of the construction loans (.6) | MTP | 0.60 | 417.00 |

TOTAL HOURS            109.50

TOTAL SERVICES ........................................................................$    71,741.50

DISBURSEMENT SUMMARY

| | |
|---|---:|
| LONG DISTANCE TELEPHONE CHARGES | $41.99 |
| CARFARE | $327.15 |
| DUPLICATING | $20.10 |
| MEALS | $55.66 |
| OUTSIDE PRINTING | $-1,661.80 |
| REPORTS FEE | $1,903.65 |
| SEARCH FEES | $117.68 |
| TELEPHONE CONFERENCE CALL | $18.33 |

TOTAL DISBURSEMENTS ............................................................$    822.76

TOTAL FEES & DISBURSEMENTS.............................................$    72,564.26

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---:|---:|---:|
| 493 | Zawadzki | 0.20 | 325.00 | 65.00 |
| 486 | Schnitzer | 8.20 | 465.00 | 3,813.00 |
| 426 | Grubman | 34.30 | 625.00 | 21,437.50 |
| 260 | Indelicato | 36.30 | 695.00 | 25,228.50 |
| 364 | Power | 30.50 | 695.00 | 21,197.50 |
| ATTY TOTAL | | 109.50 | | 71,741.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

March 19, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133094

For professional services rendered from November 1, through November 30, 2007 in connection with the following:

|  |  |
|---|---|
| 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| 007 | PROFESSIONIAL FEES |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/13/07 | Review fee application, draft summary and e-mails with MTP regarding same (.80). | JXZ | 0.80 | 260.00 |
| 11/19/07 | Review various letters seeking reimbursement for various professionals employed by Bank of America. | ELS | 0.70 | 325.50 |
| 11/20/07 | Review numerous fee applications, draft summaries and meeting and e-mails with ELS and MTP regarding same (2.80). | JXZ | 2.80 | 910.00 |
| 11/21/07 | Review fee application, draft summary and e-mail MTP regarding same (.50). | JXZ | 0.50 | 162.50 |
| 11/27/07 | Review fee application, draft summary, email MSI re: same. | JXZ | 0.60 | 195.00 |
| 11/28/07 | Work on Sept. & Oct. bills and fee apps | MTP | 0.60 | 417.00 |
| 11/29/07 | Review and edit first monthly fee application and monthly time. | MSI | 1.50 | 1,042.50 |

TOTAL HOURS                    7.50

TOTAL SERVICES ........................................................................ $     3,312.50

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 4.70 | 325.00 | 1,527.50 |
| 486 | Schnitzer | 0.70 | 465.00 | 325.50 |
| 260 | Indelicato | 1.50 | 695.00 | 1,042.50 |
| 364 | Power | 0.60 | 695.00 | 417.00 |
| ATTY TOTAL | | 7.50 | | 3,312.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

March 19, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133094

For professional services rendered from November 1, through November 30, 2007 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|---|---|---|
|  | 009 | LITIGATION |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/01/07 | Review voluminous hearing transcripts in preparation for appearance at trial of adversary proceedings. | GPK | 2.40 | 780.00 |
| 11/01/07 | Conference with GK (2) re upcoming trial with Credit Suisse/Bear Stearns/Calyon (.4); conference with MTP (.1)/MSI (.1) re upcoming trial; review of AHM motion to exclude Calyon expert (Adelson) (.6); conference with para re relevant documents (.1) | JPM | 1.30 | 903.50 |
| 11/01/07 | Review pleadings filed in Calyon adversary (.20); meeting with JPM regarding same (.10). | MSI | 0.30 | 208.50 |
| 11/01/07 | Discussion with MSI & JPM re upcoming trial with Credit Suisse/Bear Stearns/Calyon (.4) | MTP | 0.40 | 278.00 |
| 11/01/07 | Discussion with MSI re Credit Suisse potential settlement of adversary proceeding | MTP | 0.50 | 347.50 |
| 11/02/07 | Review voluminous hearing transcript and other materials in preparation for appearance at trial of adversary proceedings. | GPK | 1.90 | 617.50 |
| 11/02/07 | Conference call with counsel for debtors re Calyon/Credit Suisse upcoming trials (1.); review of pre-trial filings (1.); conference with GK re upcoming trial (.3); emails with MSI/GK re pretrial conference (.2); conference with MSI re 562 issues (.2) | JPM | 2.70 | 1,876.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/02/07 | Review pleadings in preparation for call with Quinn Emmanuel (.90); telephone call with Blank Rome and Quinn regarding Calyon and Credit Suisse litigation (.80); meeting with JPM regarding same (.20); review Bear settlement (.40). | MSI | 2.30 | 1,598.50 |
| 11/03/07 | Review of pretrial submission by Calyon/Credit Suisse | JPM | 1.50 | 1,042.50 |
| 11/05/07 | Travel to Wilmington, Delaware to attend pretrial conference and trial of adversary proceedings between Debtors and CSFB and between Debtors and Calyon. (1.9 hours) Appear on behalf of the Committee at pretrial conference. (1.5 hours) Conference re settlement of CSFB claims. | GPK | 5.20 | 1,690.00 |
| 11/05/07 | Conference with MSI re Credit Suisse/AHM issues (.3); review of pretrial filings (1.) | JPM | 1.30 | 903.50 |
| 11/05/07 | Review various in limine motions and opposition thereto (1.70); review pretrial briefs (1.30); review Bear Stearn settlement and changes to the order (.40); attend pretrial hearing (2.30); meeting with Howard Comet of Weil and Bruce Keiserman of Credit Suisse to address potential settlement of adversary proceeding (2.60); transportation back to NY (2.20 @ 50%) (1.10). | MSI | 9.40 | 6,533.00 |
| 11/06/07 | Appear on behalf of the Committee in trial of adversary proceedings between Debtors and CSFB and between Debtors and Calyon to observe proceedings. (4.2 hours) Draft and circulate summary of November 5 proceedings. (1.8 hours). | GPK | 6.00 | 1,950.00 |
| 11/06/07 | Emails with GK re Credit Suisse/Calyon trial states (.3); conference with MSI re same (.1); review of Bear Stearn's settlement order (.2) | JPM | 0.60 | 417.00 |
| 11/06/07 | Numerous conference calls and e-mails with L. Fife, B. Fatell, P. Morgan, R. Brady and Quinn Emmanuel regarding potential settlement of Credit Suisse litigation (1.80); telephone conversation with Susheel, S. Cooper and K. Nystrum regarding same (.30); telephone conversation with Brady and Fatell regarding additional conversations (.60); several conference calls with all parties regarding additional settlement discussions (2.30); review term sheet circulated by Weil (.30); conference call with Debtor and Blank Rome regarding comments (.80); review legal issues on settlement and meeting with EK regarding same (.40); review brief regarding outstanding issues to Calyon trial (.90). | MSI | 7.40 | 5,143.00 |
| 11/06/07 | Participation in part of confer calls and e-mails re settlement of Credit Suisse litigation (.6) | MTP | 0.60 | 417.00 |
| 11/07/07 | Appear on behalf of the Committee in trial of adversary proceedings between Debtors and CSFB and between Debtors and Calyon to observe and summarize proceedings. (4.1 hours). Draft and circulate summary of November 5 proceedings. (.8 hours). | GPK | 4.90 | 1,592.50 |
| 11/07/07 | Review of GK memo summarizing day 1 of Credit Suisse/Calyon trial (.4); emails with GK re same (.2) | JPM | 0.60 | 417.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/07/07 | Telephone conversation with Weil, Young Conaway and Quinn Emmanuel regarding terms of settlement with Credit Suisse (.70); review and edit several drafts of the terms sheet (1.80); several extensive telephone conversations with all parties to negotiate term sheet of settlement (2.20); draft e-mail to committee outlining issues on settlement (.40); telephone conversation with B. Fatell (3x) regarding same (.20). | MSI | 5.30 | 3,683.50 |
| 11/08/07 | Appear on behalf of the Committee in trial of adversary proceedings between Debtors and CSFB and between Debtors and Calyon to observe and summarize proceedings. (2.0 hours). Return from trip to Wilmington, Delaware. (1.5 hours). Draft and circulate summary of November 6 and 7 proceedings. (.7 hours). | GPK | 4.20 | 1,365.00 |
| 11/08/07 | Review term sheet; e-mail MSI regarding CSFB settlement (.20). | JXZ | 0.20 | 65.00 |
| 11/08/07 | Revise and edit debtors' objection to UBS motions on stay (1.10); draft e-mail to Young Conaway re: comments (.30); telephone conference with S. Greecher and P. Morgan re: same (.30); review joiner (.10); review revisions to debtors' objection (.60); e-mails re: CS settlement and trial (.30); review final executed term sheet (.20). | MSI | 2.90 | 2,015.50 |
| 11/09/07 | Conference with GK re Credit Suisse/Calyon trial (.4); review of GK email re scheduling (.1); review of briefs (1.) | JPM | 1.50 | 1,042.50 |
| 11/13/07 | Review of transcripts re Credit Suisse/Calyon trial | JPM | 1.50 | 1,042.50 |
| 11/13/07 | Revise and edit draft of settlement agreement between the debtor and CSFB (1.60); draft extensive e-mail regarding comments (.30); telephone conversation with Blank Rome, Young Conaway and the debtor regarding comments (.70); revise and edit redrafts of the agreements (.60). | MSI | 3.20 | 2,224.00 |
| 11/14/07 | Review of Credit Suisse & Calyon trial transcripts (1.) | JPM | 1.00 | 695.00 |
| 11/14/07 | Review several drafts and re-drafts of the Global Settlement Agreement (.60); draft e-mails regarding comments (.20); telephone conversation with debtor and Weil to go over comments (1.20); review procedures (.30). | MSI | 2.30 | 1,598.50 |
| 11/15/07 | Discuss whole loan issue with MTP. | JLS | 1.50 | 1,117.50 |
| 11/15/07 | Review and edit settlement agreement, procedures and motion (1.20); telephone conversation with Weil and Young Conaway regarding comments (.40). | MSI | 1.60 | 1,112.00 |
| 11/16/07 | Review and edit motion and settlement of CS adversary (.80); telephone conversation and e-mails with R. Brady regarding same (.30); telephone conversation with Weil, Blank Rome and Young Conaway regarding same (.30). | MSI | 1.40 | 973.00 |
| 11/19/07 | Conference/emails with GK re Credit Suisse/Calyon (.3) | JPM | 0.30 | 208.50 |
| 11/20/07 | Telephone conversation with Brady and DDG regarding confidentiality and sale issues (.30); review and revise confidentiality agreement (.60). | MSI | 0.90 | 625.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 11/21/07 | Review and summarize post-trial briefs and briefs related to evidentiary objections. | GPK | 2.20 | 715.00 |
| 11/21/07 | Emails with GK re Calyon post-trial brief (.2); review of Calyon brief and GK summary of same (1.) | JPM | 1.20 | 834.00 |
| 11/21/07 | Review and edit confidentiality agreement (.60); revise and edit same (.30); telephone conversation with DDG and Brady regarding same (.40); review e-mails regarding post trial briefing (.60). | MSI | 1.90 | 1,320.50 |
| 11/23/07 | Review and comment on latest draft of the CS confidentiality agreement (.60); review Calyon post trial briefing (1.20). | MSI | 1.80 | 1,251.00 |
| 11/26/07 | Review of Calyon/debtors post-trial briefs/emails with GK re same (1.5) | JPM | 1.50 | 1,042.50 |
| 11/26/07 | Review memo from GS regarding issues raised in debtors brief in Calyon matter. | MSI | 0.80 | 556.00 |
| 11/27/07 | Review of briefs by Calyon and conference with /GK re same (.4). | JPM | 0.40 | 278.00 |
| 11/27/07 | Meeting with B. Fatell regarding Calyon issues. | MSI | 0.20 | 139.00 |
| 11/30/07 | Review J.P. Morgan motion for relief from the stay related to construction loans (.80); telephone conversation with K. Nystrom regarding same (.10); meeting with EK regarding same (.20). | MSI | 1.10 | 764.50 |

TOTAL HOURS                          88.20

TOTAL SERVICES ......................................................... $    51,384.00

DISBURSEMENT SUMMARY

| | |
|---|---|
| CARFARE | $772.71 |
| DUPLICATING | $78.70 |
| HOTEL FEE | $821.70 |
| MEALS | $77.09 |
| SEARCH FEES | $70.56 |
| TRAVEL | $1,038.00 |

TOTAL DISBURSEMENTS ............................................ $    2,858.76

TOTAL FEES & DISBURSEMENTS............................. $    54,242.76

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 0.20 | 325.00 | 65.00 |
| 551 | Kochansky | 26.80 | 325.00 | 8,710.00 |
| 226 | McCahey | 15.40 | 695.00 | 10,703.00 |
| 260 | Indelicato | 42.80 | 695.00 | 29,746.00 |
| 364 | Power | 1.50 | 695.00 | 1,042.50 |
| 162 | Schwartz | 1.50 | 745.00 | 1,117.50 |
| ATTY TOTAL | | 88.20 | | 51,384.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

March 19, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133094

For professional services rendered from November 1, through November 30, 2007 in connection with the following:

|  | |
|---|---|
| 703159 | AMERICAN HOME MORTAGE HOLDINGS, INC. |
| 010 | PLAN AND DISCLOSURE STATEMENT |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/08/07 | Review Debtors' objection to UBS motion on stay (.5) | MTP | 0.50 | 347.50 |

|  |  |  |
|---|---|---|
| TOTAL HOURS | 0.50 | |
| TOTAL SERVICES .......................................................................$ | | 347.50 |

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 364 | Power | 0.50 | 695.00 | 347.50 |
| ATTY TOTAL | | 0.50 | | 347.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

March 19, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133094

For professional services rendered from November 1, through November 30, 2007 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
011         EMPLOYEE ISSUES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/01/07 | Telephone conversation with P. Morgan and David Berliner regarding issues and information(.30); revise and edit proposed order approving settlement of beneficiary litigation (.30); meeting with EK regarding research (.20); review same (.60). | MSI | 1.40 | 973.00 |
| 11/02/07 | Review documents and e-mails with S. Miller and J. Hugget regarding intervention stipulation (.20). | JXZ | 0.20 | 65.00 |
| 11/06/07 | Revise and edit order settling beneficiary litigation. | MSI | 0.20 | 139.00 |
| 11/07/07 | Revise intervention stipulation and e-mails with S. Holt, MSI and B. Fatell regarding same (.30). | JXZ | 0.30 | 97.50 |
| 11/07/07 | Review and edit motion to approve EIP (.60); telephone conversation with BDO regarding comments to same (.20); telephone conversation with Young Conaway regarding comments to same (.20); review list of beneficiaries attached to order (.10). | MSI | 1.10 | 764.50 |
| 11/09/07 | Review incentive motion (.20). | JXZ | 0.20 | 65.00 |
| 11/20/07 | E-mail with B. Fatell regarding WARN adversary proceeding (.10). | JXZ | 0.10 | 32.50 |
| 11/26/07 | Review documents and calls and e-mails with B. Fatell and D. Carickhoff regarding intervention stipulation (.20); numerous calls and e-mails with MSI and S. Holt regarding WARN (.30); review adversary docket regarding same (.20). | JXZ | 0.70 | 227.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/27/07 | Telephone conversation with P. Morgan regarding EIP and objections. | MSI | 0.30 | 208.50 |
| 11/28/07 | Review objection to EIP motion and exhibits in preparation for hearing (.80); e-mails with Morgan regarding same (.30); attend omnibus hearing including hearing on EIP motion (4.30); transportation to NY (2.20 @ 50%) (1.10). | MSI | 6.50 | 4,517.50 |
| 11/29/07 | Review docket (.20); meetings with MSI and EK and conference call with S. Holt regarding WARN issues (.70); e-mails with B. Fatell regarding WARN adversary proceeding (.10); research WARN issues (.50). | JXZ | 1.50 | 487.50 |
| 11/29/07 | Meeting with JXZ regarding issues on WARN (.10); telephone conversation with S. Holtz of Young Conaway to discuss WARN issues and strategy (.60). | MSI | 0.70 | 486.50 |
| 11/30/07 | E-mail K. Senese regarding WARN adversary proceeding (.10). | JXZ | 0.10 | 32.50 |
| 11/30/07 | Discussion with MSI re WARN Act, review complaint and memo file re same | MTP | 1.10 | 764.50 |

TOTAL HOURS     14.40

TOTAL SERVICES .......................................................... $     8,861.00

DISBURSEMENT SUMMARY

CARFARE     $99.96

MEALS     $11.71

TOTAL DISBURSEMENTS ............................................. $     111.67

TOTAL FEES & DISBURSEMENTS ............................................. $     8,972.67

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 3.10 | 325.00 | 1,007.50 |
| 260 | Indelicato | 10.20 | 695.00 | 7,089.00 |
| 364 | Power | 1.10 | 695.00 | 764.50 |
| ATTY TOTAL | | 14.40 | | 8,861.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

March 19, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133094

For professional services rendered from November 1, through November 30, 2007 in connection with the following:

| | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
| | 012 | CLAIMS ADMINISTRATION |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/29/07 | E-mail with EK regarding bar date (.10). | JXZ | 0.10 | 32.50 |

|  | TOTAL HOURS | 0.10 | |

TOTAL SERVICES ......................................................... $     32.50

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 493 | Zawadzki | 0.10 | 325.00 | 32.50 |
| ATTY TOTAL | | 0.10 | | 32.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

March 19, 2008

AMERICAN HOME MORTAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133094

For professional services rendered from November 1, through November 30, 2007 in connection with the following:

703159          AMERICAN HOME MORTAGE HOLDINGS, INC.
013             INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 11/07/07 | Review Debtors' statements of financial affairs in connection with transfers to BoA prepetition (1.5); review and analyzed BoA loan docs (2.7) | MTP | 4.20 | 2,919.00 |
| 11/13/07 | Meetings with MTP and EK regarding lien searches (.20). | JXZ | 0.20 | 65.00 |
| 11/13/07 | Meeting w/J. Zawadzki and EK re assignment on lien and security interest analysis | MTP | 1.00 | 695.00 |
| 11/14/07 | Review UCC searches | MTP | 1.80 | 1,251.00 |
| 11/15/07 | Attention to lien issues (.30). | JXZ | 0.30 | 97.50 |

TOTAL HOURS          7.50

TOTAL SERVICES .......................................................................$     5,027.50

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 0.50 | 325.00 | 162.50 |
| 364 | Power | 7.00 | 695.00 | 4,865.00 |

ATTY TOTAL        7.50          5,027.50