EXHIBIT C

| Date | TKPR Name | Matter | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|---|
| 11/5/2007 | Kochansky | 9 | CAR | $8.00 | VENDOR: GREG KOCHANSKY; INVOICE#: 115; DATE: 11/15/2007 |
| 11/8/2007 | Kochansky | 9 | CAR | $12.00 | VENDOR: GREG KOCHANSKY; INVOICE#: 115; DATE: 11/15/2007 |
| 11/5/2007 | Indelicato, | 9 | CAR | $10.00 | VENDOR: INDELICATO; INVOICE#: 1120; DATE: 11/20/2007 |
| 11/9/2007 | Indelicato, | 6 | CAR | $10.00 | VENDOR: INDELICATO; INVOICE#: 1120; DATE: 11/20/2007 |
| 11/9/2007 | Indelicato, | 6 | CAR | $80.00 | VENDOR: INDELICATO; INVOICE#: 1120; DATE: 11/20/2007 |
| 11/15/2007 | Power, Ma | 2 | CAR | $102.00 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 90855; DATE: 11/27/2007 |
| 11/8/2007 | Indelicato, | 9 | CAR | $144.84 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 528245; DATE: 11/15/2007 |
| 11/7/2007 | Indelicato, | 9 | CAR | $148.92 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 528245; DATE: 11/15/2007 |
| 11/5/2007 | Indelicato, | 9 | CAR | $175.95 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 528245; DATE: 11/15/2007 |
| 11/6/2007 | Indelicato, | 9 | CAR | $144.84 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 528245; DATE: 11/15/2007 |
| 11/28/2007 | Power, Ma | 11 | CAR | $99.96 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 91174; DATE: 12/4/2007 |
| 11/28/2007 | Janice O'K | 2 | CAR | $63.04 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 91174; DATE: 12/4/2007 |
| 11/20/2007 | Indelicato, | 2 | CAR | $118.32 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 529894; DATE: 11/30/2007 |
| 11/14/2007 | Indelicato, | 9 | CAR | $128.16 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 529894; DATE: 11/30/2007 |
| 11/1/2007 | Indelicato, | 2 | CAR | $155.55 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 529894; DATE: 11/30/2007 |
| 11/12/2007 | Indelicato, | 6 | CAR | $118.83 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 529894; DATE: 11/30/2007 |
| 11/15/2007 | Indelicato, | 6 | CAR | $118.32 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 529894; DATE: 11/30/2007 |
| 11/8/2007 | Power, Ma | 2 | CAR | $99.96 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 91857; DATE: 12/18/2007 |
| 11/29/2007 | Indelicato, | 2 | CAR | $118.32 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 531693; DATE: 12/15/2007 |
| 11/29/2007 | Smith, Jas | 2 | CAR | $70.38 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 531693; DATE: 12/15/2007 |
| 11/28/2007 | Indelicato, | 2 | CAR | $117.10 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 531693; DATE: 12/15/2007 |
| 10/17/2007 | Power, Ma | 2 | CAR | $7.00 | VENDOR: POWER, MARK T.; INVOICE#: 1126; DATE: 1/4/2008 |
| 10/17/2007 | Power, Ma | 2 | CAR | $7.00 | VENDOR: POWER, MARK T.; INVOICE#: 1126; DATE: 1/4/2008 |
| 10/15/2007 | Power, Ma | 2 | CAR | $20.00 | VENDOR: POWER, MARK T.; INVOICE#: 1126; DATE: 1/4/2008 |
|  |  |  |  | $2,078.49 |  |
| 11/1/2007 |  | 2 | DUPL | $0.20 |  |
| 11/1/2007 |  | 6 | DUPL | $8.00 |  |
| 11/1/2007 |  | 2 | DUPL | $0.70 |  |
| 11/1/2007 |  | 2 | DUPL | $150.90 |  |
| 11/1/2007 |  | 9 | DUPL | $10.80 |  |
| 11/1/2007 |  | 2 | DUPL | $0.20 |  |
| 11/1/2007 |  | 2 | DUPL | $0.20 |  |
| 11/1/2007 |  | 2 | DUPL | $0.20 |  |
| 11/1/2007 |  | 2 | DUPL | $0.20 |  |
| 11/1/2007 |  | 2 | DUPL | $0.10 |  |
| 11/1/2007 |  | 2 | DUPL | $0.20 |  |
| 11/1/2007 |  | 2 | DUPL | $0.10 |  |
| 11/1/2007 |  | 2 | DUPL | $0.20 |  |
| 11/1/2007 |  | 2 | DUPL | $0.20 |  |
| 11/1/2007 |  | 2 | DUPL | $0.20 |  |

| | | |
|---|---|---|
| 11/1/2007 | 2 DUPL | $0.10 |
| 11/1/2007 | 2 DUPL | $0.10 |
| 11/1/2007 | 2 DUPL | $0.10 |
| 11/1/2007 | 2 DUPL | $0.10 |
| 11/1/2007 | 2 DUPL | $0.10 |
| 11/1/2007 | 2 DUPL | $0.10 |
| 11/1/2007 | 2 DUPL | $0.10 |
| 11/1/2007 | 2 DUPL | $0.20 |
| 11/1/2007 | 2 DUPL | $0.10 |
| 11/1/2007 | 2 DUPL | $0.10 |
| 11/1/2007 | 2 DUPL | $0.10 |
| 11/1/2007 | 2 DUPL | $0.20 |
| 11/1/2007 | 2 DUPL | $0.20 |
| 11/1/2007 | 2 DUPL | $0.10 |
| 11/1/2007 | 2 DUPL | $0.20 |
| 11/1/2007 | 2 DUPL | $0.20 |
| 11/1/2007 | 2 DUPL | $0.80 |
| 11/1/2007 | 9 DUPL | $0.20 |
| 11/1/2007 | 2 DUPL | $1.00 |
| 11/1/2007 | 2 DUPL | $0.80 |
| 11/1/2007 | 9 DUPL | $1.10 |
| 11/1/2007 | 9 DUPL | $0.20 |
| 11/1/2007 | 9 DUPL | $8.80 |
| 11/1/2007 | 9 DUPL | $0.20 |
| 11/1/2007 | 2 DUPL | $2.40 |
| 11/1/2007 | 2 DUPL | $1.80 |
| 11/1/2007 | 2 DUPL | $0.20 |
| 11/1/2007 | 2 DUPL | $0.60 |
| 11/1/2007 | 2 DUPL | $2.40 |
| 11/1/2007 | 2 DUPL | $0.20 |
| 11/1/2007 | 2 DUPL | $1.40 |
| 11/1/2007 | 2 DUPL | $2.30 |
| 11/1/2007 | 2 DUPL | $2.40 |
| 11/1/2007 | 2 DUPL | $0.30 |
| 11/1/2007 | 2 DUPL | $0.20 |
| 11/1/2007 | 2 DUPL | $0.40 |
| 11/1/2007 | 2 DUPL | $0.20 |
| 11/1/2007 | 2 DUPL | $0.20 |
| 11/1/2007 | 2 DUPL | $1.80 |
| 11/1/2007 | 2 DUPL | $4.00 |
| 11/1/2007 | 2 DUPL | $0.50 |
| 11/1/2007 | 2 DUPL | $0.60 |
| 11/1/2007 | 2 DUPL | $0.50 |
| 11/1/2007 | 2 DUPL | $1.50 |
| 11/1/2007 | 2 DUPL | $0.30 |
| 11/1/2007 | 2 DUPL | $0.20 |
| 11/1/2007 | 2 DUPL | $0.30 |
| 11/1/2007 | 2 DUPL | $0.30 |
| 11/1/2007 | 2 DUPL | $1.40 |
| 11/1/2007 | 9 DUPL | $0.10 |
| 11/1/2007 | 2 DUPL | $0.20 |
| 11/1/2007 | 2 DUPL | $0.20 |
| 11/1/2007 | 2 DUPL | $2.40 |
| 11/1/2007 | 2 DUPL | $1.80 |
| 11/1/2007 | 9 DUPL | $0.20 |
| 11/2/2007 | 2 DUPL | $34.20 |
| 11/2/2007 | 2 DUPL | $0.20 |
| 11/2/2007 | 2 DUPL | $0.20 |
| 11/2/2007 | 2 DUPL | $17.40 |
| 11/2/2007 | 2 DUPL | $0.40 |
| 11/2/2007 | 2 DUPL | $0.20 |
| 11/2/2007 | 2 DUPL | $0.20 |
| 11/2/2007 | 2 DUPL | $0.20 |
| 11/2/2007 | 2 DUPL | $0.20 |
| 11/2/2007 | 2 DUPL | $0.20 |

| Date | Qty | Type | Amount |
|---|---|---|---|
| 11/2/2007 | 2 | DUPL | $0.20 |
| 11/2/2007 | 2 | DUPL | $1.60 |
| 11/2/2007 | 2 | DUPL | $0.20 |
| 11/2/2007 | 2 | DUPL | $0.20 |
| 11/2/2007 | 2 | DUPL | $0.40 |
| 11/2/2007 | 2 | DUPL | $0.20 |
| 11/2/2007 | 2 | DUPL | $2.30 |
| 11/2/2007 | 2 | DUPL | $2.50 |
| 11/5/2007 | 2 | DUPL | $1.80 |
| 11/5/2007 | 2 | DUPL | $2.40 |
| 11/5/2007 | 2 | DUPL | $0.40 |
| 11/5/2007 | 2 | DUPL | $0.40 |
| 11/5/2007 | 2 | DUPL | $3.00 |
| 11/5/2007 | 2 | DUPL | $0.20 |
| 11/5/2007 | 2 | DUPL | $0.20 |
| 11/5/2007 | 2 | DUPL | $0.30 |
| 11/5/2007 | 2 | DUPL | $0.60 |
| 11/5/2007 | 2 | DUPL | $0.20 |
| 11/5/2007 | 2 | DUPL | $0.20 |
| 11/5/2007 | 2 | DUPL | $0.40 |
| 11/5/2007 | 2 | DUPL | $0.20 |
| 11/5/2007 | 2 | DUPL | $0.20 |
| 11/5/2007 | 2 | DUPL | $0.20 |
| 11/5/2007 | 2 | DUPL | $2.60 |
| 11/5/2007 | 2 | DUPL | $0.10 |
| 11/5/2007 | 2 | DUPL | $0.40 |
| 11/5/2007 | 2 | DUPL | $4.40 |
| 11/5/2007 | 2 | DUPL | $0.60 |
| 11/5/2007 | 2 | DUPL | $1.50 |
| 11/5/2007 | 2 | DUPL | $1.50 |
| 11/5/2007 | 2 | DUPL | $1.80 |
| 11/5/2007 | 2 | DUPL | $0.40 |
| 11/5/2007 | 2 | DUPL | $0.60 |
| 11/5/2007 | 2 | DUPL | $0.60 |
| 11/5/2007 | 2 | DUPL | $0.30 |
| 11/5/2007 | 2 | DUPL | $0.20 |
| 11/5/2007 | 2 | DUPL | $0.60 |
| 11/5/2007 | 2 | DUPL | $0.30 |
| 11/5/2007 | 2 | DUPL | $11.80 |
| 11/5/2007 | 2 | DUPL | $4.90 |
| 11/6/2007 | 2 | DUPL | $0.70 |
| 11/6/2007 | 2 | DUPL | $0.50 |
| 11/6/2007 | 2 | DUPL | $2.50 |
| 11/6/2007 | 2 | DUPL | $0.30 |
| 11/6/2007 | 2 | DUPL | $0.60 |
| 11/6/2007 | 2 | DUPL | $0.50 |
| 11/6/2007 | 2 | DUPL | $0.10 |
| 11/6/2007 | 2 | DUPL | $0.70 |
| 11/6/2007 | 2 | DUPL | $0.20 |
| 11/6/2007 | 2 | DUPL | $0.20 |
| 11/6/2007 | 6 | DUPL | $0.20 |
| 11/6/2007 | 2 | DUPL | $0.20 |
| 11/6/2007 | 2 | DUPL | $0.20 |
| 11/6/2007 | 2 | DUPL | $0.20 |
| 11/6/2007 | 2 | DUPL | $0.40 |
| 11/6/2007 | 2 | DUPL | $0.10 |
| 11/6/2007 | 2 | DUPL | $0.20 |
| 11/6/2007 | 2 | DUPL | $5.10 |
| 11/6/2007 | 2 | DUPL | $5.00 |
| 11/6/2007 | 2 | DUPL | $0.20 |
| 11/6/2007 | 2 | DUPL | $0.90 |
| 11/6/2007 | 2 | DUPL | $0.90 |
| 11/6/2007 | 2 | DUPL | $2.40 |
| 11/6/2007 | 2 | DUPL | $0.30 |
| 11/6/2007 | 6 | DUPL | $3.00 |

| Date | Qty | Type | Amount |
|---|---|---|---|
| 11/6/2007 | 2 | DUPL | $0.60 |
| 11/6/2007 | 2 | DUPL | $0.10 |
| 11/6/2007 | 2 | DUPL | $0.40 |
| 11/6/2007 | 2 | DUPL | $0.40 |
| 11/6/2007 | 2 | DUPL | $0.60 |
| 11/6/2007 | 2 | DUPL | $0.40 |
| 11/6/2007 | 2 | DUPL | $0.40 |
| 11/6/2007 | 2 | DUPL | $0.30 |
| 11/6/2007 | 2 | DUPL | $2.60 |
| 11/6/2007 | 2 | DUPL | $0.40 |
| 11/6/2007 | 2 | DUPL | $0.20 |
| 11/6/2007 | 2 | DUPL | $2.70 |
| 11/6/2007 | 2 | DUPL | $2.50 |
| 11/6/2007 | 2 | DUPL | $2.50 |
| 11/6/2007 | 2 | DUPL | $1.60 |
| 11/6/2007 | 2 | DUPL | $1.90 |
| 11/6/2007 | 2 | DUPL | $2.50 |
| 11/6/2007 | 2 | DUPL | $2.80 |
| 11/6/2007 | 2 | DUPL | $0.30 |
| 11/6/2007 | 2 | DUPL | $2.10 |
| 11/6/2007 | 2 | DUPL | $2.60 |
| 11/6/2007 | 2 | DUPL | $0.30 |
| 11/6/2007 | 2 | DUPL | $1.80 |
| 11/6/2007 | 2 | DUPL | $4.00 |
| 11/6/2007 | 2 | DUPL | $0.50 |
| 11/6/2007 | 2 | DUPL | $0.60 |
| 11/6/2007 | 2 | DUPL | $0.50 |
| 11/6/2007 | 2 | DUPL | $1.50 |
| 11/6/2007 | 2 | DUPL | $5.80 |
| 11/6/2007 | 2 | DUPL | $0.90 |
| 11/6/2007 | 2 | DUPL | $2.40 |
| 11/6/2007 | 2 | DUPL | $0.80 |
| 11/6/2007 | 2 | DUPL | $0.90 |
| 11/6/2007 | 2 | DUPL | $2.60 |
| 11/6/2007 | 2 | DUPL | $0.90 |
| 11/7/2007 | 2 | DUPL | $2.30 |
| 11/7/2007 | 2 | DUPL | $4.40 |
| 11/7/2007 | 6 | DUPL | $2.80 |
| 11/7/2007 | 2 | DUPL | $0.40 |
| 11/7/2007 | 2 | DUPL | $0.70 |
| 11/7/2007 | 2 | DUPL | $0.20 |
| 11/7/2007 | 2 | DUPL | $1.00 |
| 11/7/2007 | 2 | DUPL | $1.90 |
| 11/7/2007 | 2 | DUPL | $3.30 |
| 11/7/2007 | 2 | DUPL | $0.60 |
| 11/7/2007 | 2 | DUPL | $0.50 |
| 11/7/2007 | 2 | DUPL | $0.10 |
| 11/7/2007 | 2 | DUPL | $0.10 |
| 11/7/2007 | 2 | DUPL | $0.70 |
| 11/7/2007 | 2 | DUPL | $0.40 |
| 11/7/2007 | 2 | DUPL | $0.20 |
| 11/7/2007 | 2 | DUPL | $0.50 |
| 11/7/2007 | 2 | DUPL | $0.20 |
| 11/7/2007 | 2 | DUPL | $0.60 |
| 11/7/2007 | 2 | DUPL | $0.30 |
| 11/7/2007 | 2 | DUPL | $0.30 |
| 11/7/2007 | 2 | DUPL | $0.40 |
| 11/7/2007 | 2 | DUPL | $0.30 |
| 11/8/2007 | 6 | DUPL | $1.40 |
| 11/8/2007 | 2 | DUPL | $1.80 |
| 11/8/2007 | 2 | DUPL | $0.50 |
| 11/8/2007 | 2 | DUPL | $2.30 |
| 11/8/2007 | 2 | DUPL | $0.50 |
| 11/8/2007 | 2 | DUPL | $2.30 |
| 11/8/2007 | 6 | DUPL | $1.30 |

| Date | Qty | Amount |
|---|---|---|
| 11/8/2007 | 6 DUPL | $0.20 |
| 11/8/2007 | 6 DUPL | $0.20 |
| 11/8/2007 | 6 DUPL | $0.40 |
| 11/8/2007 | 2 DUPL | $0.40 |
| 11/8/2007 | 2 DUPL | $0.20 |
| 11/8/2007 | 2 DUPL | $3.20 |
| 11/8/2007 | 2 DUPL | $0.20 |
| 11/8/2007 | 2 DUPL | $0.20 |
| 11/8/2007 | 2 DUPL | $0.20 |
| 11/8/2007 | 6 DUPL | $1.30 |
| 11/8/2007 | 2 DUPL | $0.80 |
| 11/8/2007 | 2 DUPL | $1.80 |
| 11/8/2007 | 2 DUPL | $0.90 |
| 11/12/2007 | 2 DUPL | $3.60 |
| 11/12/2007 | 2 DUPL | $1.00 |
| 11/12/2007 | 2 DUPL | $0.30 |
| 11/12/2007 | 2 DUPL | $2.80 |
| 11/12/2007 | 2 DUPL | $1.20 |
| 11/12/2007 | 2 DUPL | $0.20 |
| 11/12/2007 | 2 DUPL | $0.30 |
| 11/12/2007 | 2 DUPL | $2.30 |
| 11/12/2007 | 2 DUPL | $1.40 |
| 11/12/2007 | 2 DUPL | $0.20 |
| 11/12/2007 | 2 DUPL | $0.10 |
| 11/12/2007 | 2 DUPL | $1.60 |
| 11/12/2007 | 2 DUPL | $2.40 |
| 11/12/2007 | 2 DUPL | $0.20 |
| 11/12/2007 | 2 DUPL | $0.20 |
| 11/12/2007 | 2 DUPL | $0.10 |
| 11/12/2007 | 2 DUPL | $0.30 |
| 11/12/2007 | 6 DUPL | $0.50 |
| 11/12/2007 | 6 DUPL | $0.80 |
| 11/13/2007 | 2 DUPL | $0.60 |
| 11/13/2007 | 2 DUPL | $0.60 |
| 11/13/2007 | 2 DUPL | $1.00 |
| 11/13/2007 | 2 DUPL | $0.20 |
| 11/13/2007 | 2 DUPL | $3.10 |
| 11/13/2007 | 2 DUPL | $0.10 |
| 11/13/2007 | 2 DUPL | $0.60 |
| 11/13/2007 | 2 DUPL | $0.60 |
| 11/13/2007 | 2 DUPL | $0.20 |
| 11/13/2007 | 2 DUPL | $1.10 |
| 11/13/2007 | 2 DUPL | $1.10 |
| 11/13/2007 | 2 DUPL | $1.30 |
| 11/13/2007 | 2 DUPL | $1.20 |
| 11/13/2007 | 2 DUPL | $0.40 |
| 11/13/2007 | 2 DUPL | $0.40 |
| 11/13/2007 | 2 DUPL | $0.50 |
| 11/13/2007 | 2 DUPL | $0.70 |
| 11/13/2007 | 2 DUPL | $0.20 |
| 11/13/2007 | 2 DUPL | $0.50 |
| 11/13/2007 | 2 DUPL | $0.60 |
| 11/13/2007 | 2 DUPL | $1.50 |
| 11/13/2007 | 2 DUPL | $0.50 |
| 11/13/2007 | 2 DUPL | $0.20 |
| 11/13/2007 | 2 DUPL | $0.60 |
| 11/13/2007 | 2 DUPL | $0.20 |
| 11/13/2007 | 2 DUPL | $1.20 |
| 11/13/2007 | 2 DUPL | $3.80 |
| 11/13/2007 | 2 DUPL | $0.80 |
| 11/13/2007 | 2 DUPL | $2.90 |
| 11/13/2007 | 2 DUPL | $0.30 |
| 11/13/2007 | 2 DUPL | $0.30 |
| 11/13/2007 | 2 DUPL | $0.20 |
| 11/13/2007 | 2 DUPL | $1.10 |

| Date | Type | Amount |
|---|---|---|
| 11/13/2007 | 2 DUPL | $0.30 |
| 11/13/2007 | 2 DUPL | $0.20 |
| 11/13/2007 | 2 DUPL | $0.40 |
| 11/13/2007 | 2 DUPL | $2.20 |
| 11/13/2007 | 2 DUPL | $0.40 |
| 11/13/2007 | 2 DUPL | $1.30 |
| 11/13/2007 | 2 DUPL | $4.50 |
| 11/13/2007 | 2 DUPL | $3.40 |
| 11/13/2007 | 2 DUPL | $0.50 |
| 11/13/2007 | 2 DUPL | $0.20 |
| 11/13/2007 | 2 DUPL | $0.90 |
| 11/13/2007 | 2 DUPL | $0.60 |
| 11/13/2007 | 2 DUPL | $0.20 |
| 11/13/2007 | 2 DUPL | $1.40 |
| 11/13/2007 | 2 DUPL | $2.70 |
| 11/13/2007 | 2 DUPL | $0.20 |
| 11/13/2007 | 2 DUPL | $0.20 |
| 11/13/2007 | 2 DUPL | $0.50 |
| 11/13/2007 | 2 DUPL | $1.40 |
| 11/13/2007 | 2 DUPL | $0.20 |
| 11/13/2007 | 2 DUPL | $1.50 |
| 11/13/2007 | 2 DUPL | $0.20 |
| 11/13/2007 | 2 DUPL | $1.10 |
| 11/13/2007 | 2 DUPL | $0.20 |
| 11/13/2007 | 2 DUPL | $0.50 |
| 11/13/2007 | 2 DUPL | $1.30 |
| 11/13/2007 | 2 DUPL | $1.00 |
| 11/13/2007 | 2 DUPL | $0.20 |
| 11/13/2007 | 2 DUPL | $1.80 |
| 11/13/2007 | 2 DUPL | $2.10 |
| 11/13/2007 | 2 DUPL | $6.50 |
| 11/13/2007 | 2 DUPL | $0.70 |
| 11/13/2007 | 2 DUPL | $0.20 |
| 11/13/2007 | 2 DUPL | $0.20 |
| 11/13/2007 | 2 DUPL | $0.20 |
| 11/13/2007 | 2 DUPL | $0.40 |
| 11/13/2007 | 2 DUPL | $0.20 |
| 11/13/2007 | 2 DUPL | $0.20 |
| 11/13/2007 | 2 DUPL | $0.20 |
| 11/13/2007 | 2 DUPL | $0.20 |
| 11/13/2007 | 2 DUPL | $0.20 |
| 11/13/2007 | 2 DUPL | $1.50 |
| 11/13/2007 | 2 DUPL | $15.20 |
| 11/13/2007 | 2 DUPL | $9.50 |
| 11/13/2007 | 2 DUPL | $7.10 |
| 11/13/2007 | 2 DUPL | $0.60 |
| 11/13/2007 | 2 DUPL | $0.40 |
| 11/13/2007 | 2 DUPL | $0.20 |
| 11/15/2007 | 2 DUPL | $0.10 |
| 11/15/2007 | 2 DUPL | $0.20 |
| 11/15/2007 | 2 DUPL | $1.00 |
| 11/15/2007 | 2 DUPL | $1.80 |
| 11/15/2007 | 2 DUPL | $0.20 |
| 11/15/2007 | 2 DUPL | $1.10 |
| 11/15/2007 | 2 DUPL | $1.60 |
| 11/15/2007 | 2 DUPL | $1.70 |
| 11/15/2007 | 2 DUPL | $1.40 |
| 11/15/2007 | 2 DUPL | $0.20 |
| 11/15/2007 | 2 DUPL | $1.00 |
| 11/15/2007 | 2 DUPL | $0.20 |
| 11/16/2007 | 2 DUPL | $0.20 |
| 11/19/2007 | 2 DUPL | $6.00 |
| 11/19/2007 | 2 DUPL | $0.30 |
| 11/19/2007 | 2 DUPL | $0.20 |
| 11/19/2007 | 2 DUPL | $9.00 |

| Date | Qty | Type | Amount |
|---|---|---|---|
| 11/19/2007 | 2 | DUPL | $3.00 |
| 11/19/2007 | 2 | DUPL | $16.90 |
| 11/19/2007 | 2 | DUPL | $6.50 |
| 11/19/2007 | 2 | DUPL | $0.20 |
| 11/19/2007 | 2 | DUPL | $0.30 |
| 11/19/2007 | 2 | DUPL | $0.10 |
| 11/19/2007 | 2 | DUPL | $0.10 |
| 11/19/2007 | 2 | DUPL | $0.20 |
| 11/19/2007 | 2 | DUPL | $1.00 |
| 11/19/2007 | 2 | DUPL | $4.50 |
| 11/19/2007 | 2 | DUPL | $1.00 |
| 11/19/2007 | 2 | DUPL | $1.00 |
| 11/19/2007 | 2 | DUPL | $0.20 |
| 11/19/2007 | 2 | DUPL | $1.20 |
| 11/19/2007 | 2 | DUPL | $0.40 |
| 11/19/2007 | 2 | DUPL | $0.40 |
| 11/20/2007 | 9 | DUPL | $46.50 |
| 11/20/2007 | 2 | DUPL | $0.30 |
| 11/20/2007 | 2 | DUPL | $2.40 |
| 11/20/2007 | 2 | DUPL | $0.20 |
| 11/20/2007 | 2 | DUPL | $0.80 |
| 11/20/2007 | 2 | DUPL | $2.90 |
| 11/20/2007 | 2 | DUPL | $0.80 |
| 11/20/2007 | 2 | DUPL | $2.70 |
| 11/20/2007 | 2 | DUPL | $0.20 |
| 11/20/2007 | 2 | DUPL | $0.70 |
| 11/20/2007 | 2 | DUPL | $0.30 |
| 11/20/2007 | 2 | DUPL | $0.60 |
| 11/20/2007 | 2 | DUPL | $0.80 |
| 11/20/2007 | 2 | DUPL | $0.10 |
| 11/20/2007 | 2 | DUPL | $0.10 |
| 11/20/2007 | 2 | DUPL | $0.30 |
| 11/20/2007 | 2 | DUPL | $0.30 |
| 11/20/2007 | 2 | DUPL | $0.20 |
| 11/20/2007 | 2 | DUPL | $0.10 |
| 11/20/2007 | 2 | DUPL | $0.70 |
| 11/20/2007 | 2 | DUPL | $0.30 |
| 11/20/2007 | 9 | DUPL | $4.60 |
| 11/20/2007 | 2 | DUPL | $0.70 |
| 11/20/2007 | 2 | DUPL | $0.30 |
| 11/20/2007 | 2 | DUPL | $0.70 |
| 11/20/2007 | 2 | DUPL | $0.30 |
| 11/20/2007 | 2 | DUPL | $0.60 |
| 11/20/2007 | 2 | DUPL | $0.80 |
| 11/20/2007 | 2 | DUPL | $0.10 |
| 11/20/2007 | 2 | DUPL | $0.10 |
| 11/20/2007 | 2 | DUPL | $0.70 |
| 11/20/2007 | 2 | DUPL | $0.70 |
| 11/20/2007 | 2 | DUPL | $0.30 |
| 11/20/2007 | 2 | DUPL | $0.10 |
| 11/20/2007 | 2 | DUPL | $0.10 |
| 11/20/2007 | 2 | DUPL | $0.20 |
| 11/20/2007 | 2 | DUPL | $0.20 |
| 11/20/2007 | 2 | DUPL | $0.20 |
| 11/21/2007 | 2 | DUPL | $4.20 |
| 11/21/2007 | 2 | DUPL | $0.20 |
| 11/21/2007 | 9 | DUPL | $0.50 |
| 11/21/2007 | 9 | DUPL | $0.50 |
| 11/21/2007 | 9 | DUPL | $0.40 |
| 11/21/2007 | 2 | DUPL | $1.40 |
| 11/21/2007 | 2 | DUPL | $0.20 |
| 11/26/2007 | 2 | DUPL | $1.00 |
| 11/26/2007 | 2 | DUPL | $0.20 |
| 11/26/2007 | 2 | DUPL | $0.10 |
| 11/26/2007 | 2 | DUPL | $4.00 |

| Date | Qty | Type | Amount |
|---|---|---|---|
| 11/26/2007 | 2 | DUPL | $7.00 |
| 11/26/2007 | 2 | DUPL | $0.50 |
| 11/26/2007 | 2 | DUPL | $0.30 |
| 11/26/2007 | 2 | DUPL | $0.40 |
| 11/26/2007 | 2 | DUPL | $11.00 |
| 11/26/2007 | 2 | DUPL | $0.40 |
| 11/26/2007 | 2 | DUPL | $0.20 |
| 11/26/2007 | 2 | DUPL | $0.30 |
| 11/26/2007 | 2 | DUPL | $0.40 |
| 11/26/2007 | 2 | DUPL | $0.20 |
| 11/26/2007 | 2 | DUPL | $0.30 |
| 11/26/2007 | 2 | DUPL | $0.20 |
| 11/26/2007 | 2 | DUPL | $2.40 |
| 11/26/2007 | 2 | DUPL | $0.20 |
| 11/26/2007 | 2 | DUPL | $1.80 |
| 11/26/2007 | 2 | DUPL | $2.10 |
| 11/26/2007 | 2 | DUPL | $6.50 |
| 11/26/2007 | 2 | DUPL | $2.00 |
| 11/26/2007 | 2 | DUPL | $6.40 |
| 11/26/2007 | 2 | DUPL | $0.30 |
| 11/26/2007 | 2 | DUPL | $1.60 |
| 11/27/2007 | 2 | DUPL | $0.40 |
| 11/27/2007 | 2 | DUPL | $3.60 |
| 11/27/2007 | 2 | DUPL | $4.20 |
| 11/27/2007 | 2 | DUPL | $0.20 |
| 11/27/2007 | 2 | DUPL | $0.40 |
| 11/27/2007 | 2 | DUPL | $0.40 |
| 11/27/2007 | 2 | DUPL | $1.00 |
| 11/27/2007 | 2 | DUPL | $0.20 |
| 11/27/2007 | 2 | DUPL | $0.40 |
| 11/27/2007 | 2 | DUPL | $2.50 |
| 11/27/2007 | 2 | DUPL | $2.90 |
| 11/27/2007 | 2 | DUPL | $0.20 |
| 11/27/2007 | 2 | DUPL | $0.20 |
| 11/27/2007 | 2 | DUPL | $2.30 |
| 11/27/2007 | 2 | DUPL | $2.50 |
| 11/27/2007 | 2 | DUPL | $1.40 |
| 11/27/2007 | 2 | DUPL | $0.50 |
| 11/27/2007 | 2 | DUPL | $0.20 |
| 11/27/2007 | 2 | DUPL | $2.90 |
| 11/27/2007 | 2 | DUPL | $2.90 |
| 11/27/2007 | 2 | DUPL | $0.80 |
| 11/27/2007 | 2 | DUPL | $0.30 |
| 11/27/2007 | 2 | DUPL | $0.90 |
| 11/27/2007 | 2 | DUPL | $0.40 |
| 11/27/2007 | 2 | DUPL | $0.40 |
| 11/27/2007 | 2 | DUPL | $0.10 |
| 11/27/2007 | 2 | DUPL | $0.30 |
| 11/27/2007 | 2 | DUPL | $0.30 |
| 11/27/2007 | 2 | DUPL | $0.40 |
| 11/27/2007 | 2 | DUPL | $1.80 |
| 11/27/2007 | 2 | DUPL | $0.80 |
| 11/27/2007 | 2 | DUPL | $0.40 |
| 11/27/2007 | 2 | DUPL | $0.90 |
| 11/27/2007 | 2 | DUPL | $0.40 |
| 11/27/2007 | 2 | DUPL | $0.30 |
| 11/27/2007 | 2 | DUPL | $1.60 |
| 11/27/2007 | 2 | DUPL | $14.90 |
| 11/27/2007 | 2 | DUPL | $1.10 |
| 11/27/2007 | 2 | DUPL | $0.20 |
| 11/27/2007 | 2 | DUPL | $3.10 |
| 11/27/2007 | 2 | DUPL | $5.00 |
| 11/27/2007 | 2 | DUPL | $5.00 |
| 11/27/2007 | 2 | DUPL | $0.20 |
| 11/27/2007 | 3 | DUPL | $0.30 |

| Date | Name | Code | Amount | Description |
|---|---|---|---|---|
| 11/27/2007 | | 3 DUPL | $0.30 | |
| 11/27/2007 | | 3 DUPL | $0.30 | |
| 11/27/2007 | | 2 DUPL | $6.70 | |
| 11/27/2007 | | 2 DUPL | $6.40 | |
| 11/27/2007 | | 3 DUPL | $0.30 | |
| 11/27/2007 | | 3 DUPL | $1.30 | |
| 11/27/2007 | | 3 DUPL | $0.10 | |
| 11/27/2007 | | 3 DUPL | $1.20 | |
| 11/27/2007 | | 3 DUPL | $0.20 | |
| 11/27/2007 | | 3 DUPL | $0.30 | |
| 11/27/2007 | | 3 DUPL | $2.60 | |
| 11/27/2007 | | 3 DUPL | $4.70 | |
| 11/27/2007 | | 3 DUPL | $4.70 | |
| 11/27/2007 | | 3 DUPL | $4.30 | |
| 11/27/2007 | | 3 DUPL | $4.40 | |
| 11/27/2007 | | 3 DUPL | $4.90 | |
| 11/27/2007 | | 3 DUPL | $0.20 | |
| 11/29/2007 | | 2 DUPL | $0.90 | |
| 11/29/2007 | | 2 DUPL | $3.60 | |
| 11/30/2007 | | 2 DUPL | $1.90 | |
| 11/30/2007 | | 2 DUPL | $0.50 | |
| 11/30/2007 | | 2 DUPL | $1.70 | |
| 11/30/2007 | | 2 DUPL | $1.60 | |
| 11/30/2007 | | 2 DUPL | $0.20 | |
| 11/30/2007 | | 2 DUPL | $0.30 | |
| 11/30/2007 | | 2 DUPL | $0.80 | |
| 11/30/2007 | | 2 DUPL | $0.30 | |
| 11/30/2007 | | 2 DUPL | $0.50 | |
| 11/30/2007 | | 2 DUPL | $7.90 | |
| 11/30/2007 | | 9 DUPL | $4.60 | |
| | | | $895.20 | |
| 11/8/2007 | Kochansky | 9 HOT | $821.70 | VENDOR: GREG KOCHANSKY; INVOICE#: 115; DATE: 11/15/2007 |
| 10/16/2007 | Power, Ma | 2 HOT | $320.40 | VENDOR: POWER, MARK T.; INVOICE#: 1126; DATE: 1/4/2008 |
| 10/18/2007 | Power, Ma | 2 HOT | $225.15 | VENDOR: POWER, MARK T.; INVOICE#: 1126; DATE: 1/4/2008 |
| 10/18/2007 | Power, Ma | 2 HOT | $196.90 | VENDOR: POWER, MARK T.; INVOICE#: 1126; DATE: 1/4/2008 |
| | | | $1,564.15 | |
| 11/7/2007 | Keary, Emi | 2 LEXI | $281.51 | VENDOR: LEXIS - NEXIS; INVOICE#: 0711061620; DATE: 11/30/2007 - LEXIS RESEARCH DONE DURING THE MONTH OF NOVEMBER 2007 |
| | | | $281.51 | |
| 11/1/2007 | Keary, Emi | 2 MEAL | $9.70 | VENDOR: EMMET KEARY; INVOICE#: 1106; DATE: 11/6/2007 |
| 11/5/2007 | Keary, Emi | 2 MEAL | $9.70 | VENDOR: EMMET KEARY; INVOICE#: 1106; DATE: 11/6/2007 |
| 11/1/2007 | Keary, Emi | 2 MEAL | $29.18 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 269585; DATE: 11/4/2007 |
| 11/1/2007 | Zawadzki, | 2 MEAL | $29.18 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 269585; DATE: 11/4/2007 |
| 11/1/2007 | Janice O'K | 2 MEAL | $17.36 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 269585; DATE: 11/4/2007 |
| 11/7/2007 | Keary, Emi | 2 MEAL | $24.27 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 270197; DATE: 11/11/2007 |
| 11/6/2007 | Kochansky | 9 MEAL | $25.00 | VENDOR: GREG KOCHANSKY; INVOICE#: 115; DATE: 11/15/2007 |
| 11/8/2007 | Keary, Emi | 2 MEAL | $9.70 | VENDOR: EMMET KEARY; INVOICE#: 111907; DATE: 11/19/2007 |

| Date | Name | Qty/Code | Amount | Description |
|---|---|---|---|---|
| 11/13/2007 | Keary, Emi | 2 MEAL | $11.47 | VENDOR: EMMET KEARY; INVOICE#: 111907; DATE: 11/19/2007 |
| 11/15/2007 | Janice O'K | 2 MEAL | $17.54 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 273916; DATE: 11/18/2007 |
| 11/13/2007 | Zawadzki, | 2 MEAL | $33.05 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 273916; DATE: 11/18/2007 |
| 11/13/2007 | Keary, Emi | 2 MEAL | $33.05 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 273916; DATE: 11/18/2007 |
| 11/6/2007 | Indelicato, | 6 MEAL | $14.90 | VENDOR: INDELICATO; INVOICE#: 1126; DATE: 11/26/2007 |
| 11/7/2007 | Indelicato, | 9 MEAL | $13.51 | VENDOR: INDELICATO; INVOICE#: 1126; DATE: 11/26/2007 |
| 11/9/2007 | Indelicato, | 9 MEAL | $14.90 | VENDOR: INDELICATO; INVOICE#: 1126; DATE: 11/26/2007 |
| 11/12/2007 | Indelicato, | 5 MEAL | $16.65 | VENDOR: INDELICATO; INVOICE#: 1126; DATE: 11/26/2007 |
| 11/13/2007 | Indelicato, | 9 MEAL | $23.68 | VENDOR: INDELICATO; INVOICE#: 1126; DATE: 11/26/2007 |
| 11/14/2007 | Indelicato, | 5 MEAL | $12.90 | VENDOR: INDELICATO; INVOICE#: 1126; DATE: 11/26/2007 |
| 11/15/2007 | Indelicato, | 6 MEAL | $14.48 | VENDOR: INDELICATO; INVOICE#: 1126; DATE: 11/26/2007 |
| 11/19/2007 | Keary, Emi | 2 MEAL | $26.98 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 274522; DATE: 11/25/2007 |
| 11/19/2007 | Keary, Emi | 2 MEAL | $11.47 | VENDOR: EMMET KEARY; INVOICE#: 123; DATE: 12/3/2007 |
| 11/16/2007 | Keary, Emi | 2 MEAL | $14.03 | VENDOR: EMMET KEARY; INVOICE#: 123; DATE: 12/3/2007 |
| 11/29/2007 | Keary, Emi | 2 MEAL | $9.70 | VENDOR: EMMET KEARY; INVOICE#: 123; DATE: 12/3/2007 |
| 11/20/2007 | Keary, Emi | 2 MEAL | $12.95 | VENDOR: EMMET KEARY; INVOICE#: 123; DATE: 12/3/2007 |
| 11/30/2007 | Zawadzki, | 2 MEAL | $20.88 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 278712; DATE: 12/2/2007 |
| 11/28/2007 | Janice O'K | 2 MEAL | $25.84 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 278712; DATE: 12/2/2007 |
| 10/16/2007 | Power, Ma | 2 MEAL | $25.52 | VENDOR: POWER, MARK T.; INVOICE#: 1126; DATE: 1/4/2008 |
| 11/16/2007 | Indelicato, | 6 MEAL | $12.77 | VENDOR: INDELICATO; INVOICE#: 17; DATE: 1/9/2008 |
| 11/28/2007 | Indelicato, | 11 MEAL | $11.71 | VENDOR: INDELICATO; INVOICE#: 17; DATE: 1/9/2008 |
| 11/30/2007 | Indelicato, | 6 MEAL | $13.51 | VENDOR: INDELICATO; INVOICE#: 17; DATE: 1/9/2008 |
| 10/1/2007 | Keary, Emi | 2 MEAL | $6.07 | 8/7/07 VENDOR: EMMET KEARY; INVOICE#: 3; DATE: 1/21/2008 |
| | | | $551.65 | |
| 11/28/2007 | Schnitzer, | 6 OSPRTG | ($1,661.80) | Cancellation of: VENDOR: ALVIN ROSENBLUM; INVOICE#: 97130; DATE: 10/29/2007 |
| | | | ($1,661.80) | |
| 11/6/2007 | Schnitzer, | 6 REP | $1,903.65 | VENDOR: ELLEN GRAUER COURT REPORTING CO.; INVOICE#: 20074984EU; DATE: 11/6/2007 |
| | | | $1,903.65 | |
| 8/9/2007 | Naviwala, I | 2 SEAR | $15.92 | VENDOR: PACER SERVICE CENTER; INVOICE#: 9302007; DATE: 9/30/2007 - PACER RESEARCH DURING 7-1-2007 - 9-30-2007 |

| Date | Name | | Amount | Description |
|---|---|---|---|---|
| 11/7/2007 | Power, Ma | 2 SEAR | $33.12 | VENDOR: PACER SERVICE CENTER; INVOICE#: 01072008; DATE: 1/7/2008 - PACER INVOICE FOR ONLINE SEARCH DURING THE MONTHS OF OCTOBER, NOVEMBER, & DECEMBER 2007 |
| 10/11/2007 | Power, Ma | 2 SEAR | $5.60 | VENDOR: PACER SERVICE CENTER; INVOICE#: 01072008; DATE: 1/7/2008 - PACER INVOICE FOR ONLINE SEARCH DURING THE MONTHS OF OCTOBER, NOVEMBER, & DECEMBER 2007 |
| 10/3/2007 | Power, Ma | 2 SEAR | $0.32 | VENDOR: PACER SERVICE CENTER; INVOICE#: 01072008; DATE: 1/7/2008 - PACER INVOICE FOR ONLINE SEARCH DURING THE MONTHS OF OCTOBER, NOVEMBER, & DECEMBER 2007 |
| 10/24/2007 | Power, Ma | 2 SEAR | $10.40 | VENDOR: PACER SERVICE CENTER; INVOICE#: 01072008; DATE: 1/7/2008 - PACER INVOICE FOR ONLINE SEARCH DURING THE MONTHS OF OCTOBER, NOVEMBER, & DECEMBER 2007 |
| 11/15/2007 | Power, Ma | 2 SEAR | $19.76 | VENDOR: PACER SERVICE CENTER; INVOICE#: 01072008; DATE: 1/7/2008 - PACER INVOICE FOR ONLINE SEARCH DURING THE MONTHS OF OCTOBER, NOVEMBER, & DECEMBER 2007 |
| 11/26/2007 | Power, Ma | 6 SEAR | $115.84 | VENDOR: PACER SERVICE CENTER; INVOICE#: 01072008; DATE: 1/7/2008 - PACER INVOICE FOR ONLINE SEARCH DURING THE MONTHS OF OCTOBER, NOVEMBER, & DECEMBER 2007 |
| 11/26/2007 | Power, Ma | 9 SEAR | $70.56 | VENDOR: PACER SERVICE CENTER; INVOICE#: 01072008; DATE: 1/7/2008 - PACER INVOICE FOR ONLINE SEARCH DURING THE MONTHS OF OCTOBER, NOVEMBER, & DECEMBER 2007 |
| 11/23/2007 | Power, Ma | 2 SEAR | $0.24 | VENDOR: PACER SERVICE CENTER; INVOICE#: 01072008; DATE: 1/7/2008 - PACER INVOICE FOR ONLINE SEARCH DURING THE MONTHS OF OCTOBER, NOVEMBER, & DECEMBER 2007 |
| 10/23/2007 | Power, Ma | 6 SEAR | $1.84 | VENDOR: PACER SERVICE CENTER; INVOICE#: 01072008; DATE: 1/7/2008 - PACER INVOICE FOR ONLINE SEARCH DURING THE MONTHS OF OCTOBER, NOVEMBER, & DECEMBER 2007 |
| | | | $273.60 | |
| 11/14/2007 | Indelicato, | 6 TELCON | $9.34 | VENDOR: AMERICAN EXPRESS; INVOICE#: 123107; DATE: 1/4/2008 |
| 11/19/2007 | Grubman, | 6 TELCON | $5.70 | VENDOR: AMERICAN EXPRESS; INVOICE#: 123107; DATE: 1/4/2008 |
| 11/16/2007 | Grubman, | 6 TELCON | $3.29 | VENDOR: AMERICAN EXPRESS; INVOICE#: 123107; DATE: 1/4/2008 |
| 11/23/2007 | Keary, Em | 2 TELCON | $10.00 | VENDOR: AMERICAN EXPRESS; INVOICE#: 123107; DATE: 1/4/2008 |
| 11/19/2007 | Keary, Em | 2 TELCON | $59.84 | VENDOR: AMERICAN EXPRESS; INVOICE#: 123107; DATE: 1/4/2008 |
| 11/5/2007 | Keary, Em | 2 TELCON | $93.94 | VENDOR: AMERICAN EXPRESS; INVOICE#: 123107; DATE: 1/4/2008 |
| 11/12/2007 | Keary, Em | 2 TELCON | $69.15 | VENDOR: AMERICAN EXPRESS; INVOICE#: 123107; DATE: 1/4/2008 |
| 11/2/2007 | Power, Ma | 2 TELCON | $11.94 | VENDOR: AMERICAN EXPRESS; INVOICE#: 123107; DATE: 1/4/2008 |
| | | | $263.20 | |
| 11/5/2007 | Schnitzer, | 2 TELE | $0.25 | 13024294206; 1 Mins. |
| 11/5/2007 | Schnitzer, | 2 TELE | $0.25 | 13024294237; 1 Mins. |
| 11/5/2007 | Schnitzer, | 2 TELE | $1.00 | 13025716621; 4 Mins. |
| 11/5/2007 | Schnitzer, | 2 TELE | $0.50 | 13026555000; 2 Mins. |
| 11/6/2007 | Schnitzer, | 2 TELE | $1.00 | 13025716600; 4 Mins. |
| 11/6/2007 | Schnitzer, | 2 TELE | $0.25 | 13024294206; 1 Mins. |
| 11/6/2007 | Smith, Jas | 2 TELE | $1.25 | 13025715030; 5 Mins. |
| 11/6/2007 | Smith, Jas | 2 TELE | $0.50 | 13025716600; 2 Mins. |
| 11/6/2007 | Smith, Jas | 2 TELE | $0.25 | 13025716637; 1 Mins. |
| 11/6/2007 | Smith, Jas | 2 TELE | $0.25 | 13025716550; 1 Mins. |
| 11/7/2007 | Smith, Jas | 2 TELE | $0.50 | 13026589200; 2 Mins. |

| Date | Name | Code | Amount | Details |
|---|---|---|---|---|
| 11/7/2007 | Smith, Jas | 2 TELE | $1.00 | 13023519347; 4 Mins. |
| 11/7/2007 | Schnitzer, | 6 TELE | $1.50 | 13025716600; 6 Mins. |
| 11/8/2007 | Schnitzer, | 2 TELE | $0.50 | 13025716600; 2 Mins. |
| 11/8/2007 | Schnitzer, | 2 TELE | $0.50 | 12155695415; 2 Mins. |
| 11/8/2007 | Smith, Jas | 2 TELE | $1.75 | 12155972995; 7 Mins. |
| 11/8/2007 | Smith, Jas | 2 TELE | $0.25 | 13026517831; 1 Mins. |
| 11/8/2007 | Smith, Jas | 2 TELE | $0.75 | 13022522907; 3 Mins. |
| 11/8/2007 | Keary, Em | 2 TELE | $0.25 | 13024294206; 1 Mins. |
| 11/9/2007 | Schnitzer, | 2 TELE | $0.25 | 13025715033; 1 Mins. |
| 11/9/2007 | Schnitzer, | 2 TELE | $0.25 | 13025715033; 1 Mins. |
| 11/13/2007 | Schnitzer, | 2 TELE | $1.25 | 13025716600; 5 Mins. |
| 11/14/2007 | Keary, Em | 2 TELE | $0.50 | 14107851111; 2 Mins. |
| 11/14/2007 | Smith, Jas | 2 TELE | $4.00 | 13022522900; 16 Mins. |
| 11/19/2007 | Schnitzer, | 2 TELE | $0.25 | 13025716655; 1 Mins. |
| 11/20/2007 | Keary, Em | 2 TELE | $0.50 | 19735355000; 2 Mins. |
| 11/20/2007 | Schnitzer, | 2 TELE | $3.00 | 13028886947; 12 Mins. |
| 11/20/2007 | Keary, Em | 2 TELE | $0.25 | 12626378760; 1 Mins. |
| 11/20/2007 | Keary, Em | 2 TELE | $0.25 | 12626378760; 1 Mins. |
| 11/20/2007 | Keary, Em | 2 TELE | $1.25 | 12629891982; 5 Mins. |
| 11/20/2007 | Schnitzer, | 2 TELE | $2.50 | 13025716600; 10 Mins. |
| 11/21/2007 | Smith, Jas | 2 TELE | $0.25 | 13022522888; 1 Mins. |
| 11/21/2007 | Smith, Jas | 2 TELE | $0.75 | 13022522888; 3 Mins. |
| 11/26/2007 | Smith, Jas | 2 TELE | $0.75 | 13022522888; 3 Mins. |
| 11/27/2007 | Schnitzer, | 2 TELE | $3.75 | 13025716753; 15 Mins. |
| 11/28/2007 | Smith, Jas | 2 TELE | $0.50 | 13024256423; 2 Mins. |
| 11/30/2007 | Smith, Jas | 2 TELE | $0.25 | 12155695415; 1 Mins. |
| 11/30/2007 | Smith, Jas | 2 TELE | $0.50 | 13024674444; 2 Mins. |
| 11/30/2007 | Schnitzer, | 2 TELE | $1.25 | 13025715033; 5 Mins. |
| 10/8/2007 | Indelicato, | 6 TELE | $21.85 | |
| 10/8/2007 | Indelicato, | 2 TELE | $94.32 | |
| 10/17/2007 | Indelicato, | 6 TELE | $18.64 | |
| 10/1/2007 | Indelicato, | 2 TELE | $88.66 | |
| | | | $258.22 | |
| 11/5/2007 | Kochansky | 9 TRAV | $99.00 | VENDOR: GREG KOCHANSKY; INVOICE#: 115; DATE: 11/15/2007 |
| 11/8/2007 | Kochansky | 9 TRAV | $127.00 | VENDOR: GREG KOCHANSKY; INVOICE#: 115; DATE: 11/15/2007 |
| 11/1/2007 | Indelicato, | 9 TRAV | $14.00 | VENDOR: INDELICATO; INVOICE#: 1126; DATE: 11/26/2007 |
| 11/6/2007 | Indelicato, | 9 TRAV | $240.00 | VENDOR: INDELICATO; INVOICE#: 1126; DATE: 11/26/2007 |
| 11/6/2007 | Indelicato, | 9 TRAV | $36.00 | VENDOR: INDELICATO; INVOICE#: 1126; DATE: 11/26/2007 |
| 11/9/2007 | Indelicato, | 9 TRAV | $268.00 | VENDOR: INDELICATO; INVOICE#: 1126; DATE: 11/26/2007 |
| 11/14/2007 | Indelicato, | 9 TRAV | $254.00 | VENDOR: INDELICATO; INVOICE#: 1126; DATE: 11/26/2007 |
| 10/18/2007 | Power, Ma | 2 TRAV | $382.00 | VENDOR: POWER, MARK T.; INVOICE#: 1126; DATE: 1/4/2008 |
| 10/18/2007 | Power, Ma | 2 TRAV | $205.00 | VENDOR: POWER, MARK T.; INVOICE#: 1126; DATE: 1/4/2008 |
| 10/20/2007 | Power, Ma | 2 TRAV | $381.00 | VENDOR: POWER, MARK T.; INVOICE#: 1126; DATE: 1/4/2008 |
| 10/20/2007 | Power, Ma | 2 TRAV | $423.00 | VENDOR: POWER, MARK T.; INVOICE#: 1126; DATE: 1/4/2008 |
| 10/31/2007 | Power, Ma | 2 TRAV | $318.00 | VENDOR: POWER, MARK T.; INVOICE#: 1126; DATE: 1/4/2008 |
| 10/31/2007 | Power, Ma | 2 TRAV | $198.00 | VENDOR: POWER, MARK T.; INVOICE#: 1126; DATE: 1/4/2008 |
| 11/28/2007 | Indelicato, | 2 TRAV | $318.00 | VENDOR: INDELICATO; INVOICE#: 17; DATE: 1/9/2008 |
| | | | $3,263.00 | |
| 11/28/2007 | Janice O'K | 2 WPOT | $78.00 | OT- JO'K 12/15/2007 PYROLL |
| | | | $78.00 | |

| | |
|---|---|
| Credit/Overpayment of Expenses to 1st Fee App | ($352.73) |
| Total: | $9,396.14 |