EMPLOYMENT SECURITY DIVISION

Contributions Section



**DETR**
Nevada Department of Employment, Training and Rehabilitation

JIM GIBBONS
Governor

LARRY J. MOSLEY
Director

CYNTHIA JONES
Division Administrator

March 14, 2008

Telephone (775) 684-6390

CLERK OF THE BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 MARKET STREET 3RD FLOOR
WELLINGTON, DE 19801

Dear Sir:

**Subject:**   **American Home Mortgage Corp**

**Bankruptcy Number 07-11051 CSS**

Please withdraw this division's claim filed January 29, 2008, in the amount of $791.83 in the above entitled matter. The liability due this division by this employer has been cleared.

Please acknowledge receipt of this document on the enclosed copy of this letter.

Sincerely,

Joan A. Richards
Joan A. Richards
Management Analyst III

Enclosures

Employer Account Number 211348.00
bss

---

500 E. Third Street • Carson City, Nevada  89713 • (775) 684-6300 • Fax (775) 684-6397

(NSPO Rev. 7-07)                                    www.nvdetr.org                                    (O) 4833