EXHIBIT B

# HAHN & HESSEN LLP
**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

March 19, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133122

For professional services rendered from January 1, through January 31, 2008 in connection with the following:

703159    AMERICAN HOME MORTGAGE HOLDINGS, INC.
001       GENERAL

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/04/08 | Discussion with JPL re Calyon litigation | MTP | 0.30 | 208.50 |
| 01/14/08 | Participate in team meeting to discuss open matters and assignments | MTP | 0.40 | 278.00 |

TOTAL HOURS                   0.70

TOTAL SERVICES ........................................................... $      486.50

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 364 | Power | 0.70 | 695.00 | 486.50 |
| ATTY TOTAL | | 0.70 | | 486.50 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

March 19, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133122

For professional services rendered from January 1, through January 31, 2008 in connection with the following:

703159   AMERICAN HOME MORTGAGE HOLDINGS, INC.
002      CREDITORS COMMITTEE

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/01/08 | Review docket/recent motions; draft summaries; e-mails with MSI regarding same and calendar maintenance (2.60). | JXZ | 2.60 | 845.00 |
| 01/02/08 | Emails and conference call with JXZ and debtors' counsel re: class action (.40); conference call with JXZ and debtors' counsel re: Northwest Trustee fee applications (.30). | ELS | 0.70 | 325.50 |
| 01/02/08 | Review and Distribute Docket Pleadings 2556 - 2566, (1.10). | JS | 1.10 | 253.00 |
| 01/02/08 | Review docket/recent motions; draft summaries and meetings and e-mails with MSI regarding same (4.90); conference call and e-mails with ELS and Debtors regarding Abrams' class certification motion (.40); review documents regarding Abrams motion (.50). | JXZ | 5.80 | 1,885.00 |
| 01/02/08 | Review and edit numerous summaries of motions to distribute to the committee (2.10); meeting with JXZ regarding same (.20); review numerous objections to debtors motion to destroy or abandon duplicate loan files (.80). | MSI | 3.10 | 2,154.50 |
| 01/03/08 | Examining motions and dockets (3.1) | EK | 3.10 | 868.00 |
| 01/03/08 | Review various pleadings re: GMAC's motion re: Heloc and various pleadings re: debtors' motions with respect to servicings (.50); emails and meeting with JXZ re: Northwest Trustee fee application (.50). | ELS | 1.00 | 465.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/03/08 | Review and Distribute 2567 Response of Deutsche Bank National Trust Company to GMAC Mortgage (.10); 2568 Limited Objection to GMAC Mortgage (.10); 2569 Limited Response to GMAC Mortgage (.10); 2570 Order Approving Settlement Agreement With the Texas Comptroller of Public Accounts (.10) 2571 Objection to Limited Objection And Reservation Of Rights Of Assured Guaranty Corp (.10); 2572 Response to /GMAC MORTGAGE LLCS RESPONSE TO MOTION OF THE DEBTORS  (.10); 2573 Response to /RESIDENTIAL FUNDING COMPANY LLCS RESPONSE TO MOTION (.10); 2574, 2575 Limited Response to GMAC Mortgage LLC's Motion to Compel the Debtors to Send Notice to the HELOC (.10); 2576 Motion to Appear pro hac vice and Order for Admission Pro Hac Vice of Nicole Gazzo (.10); 2577 Exhibit Notice of Filing of Executed Indemnity Agreement (.10); 2578, 2579 Amended Notice of Agenda of Matters Scheduled for Hearing Filed by American Home Mortgage Holdings, Inc.. Hearing scheduled for 1/4/2008 (.20) 2580 Supplemental Application for Compensation for Services Rendered and Reimbursement (.10) 2581 Objection to Schedule I to the Sale Order by Microsoft Corporation (.10); 2582 Notice of Sale of Assets Filed by American Home Mortgage  (.10) Prepare for Omnibus Hearing on 1/4/07 (2.3) | JS | 3.80 | 874.00 |
| 01/03/08 | E-mails with MSI regarding open issues (.10); revise motion summaries (.60); numerous e-mails with committee regarding meeting and agenda (.30); review docket, recent motions, objections and responses (2.00); review Indemnity Agreement (.10); review hearing agendas and e-mails with JWS and MSI regarding same (.20); call with EK regarding open issues (.10). | JXZ | 3.40 | 1,105.00 |
| 01/03/08 | Telephone conversation with Beach and Lunn regarding various orders and motions for 1/4 hearing (.30); review and address issues regarding same (.40). | MSI | 0.70 | 486.50 |
| 01/03/08 | Review memos to Committee summarizing pending motions | MTP | 0.30 | 208.50 |
| 01/03/08 | Review GMAC's motion re HELOC loans and email ELS and MSI re same (.7); quick update with MSI re his call with YCST (.1) | MTP | 0.80 | 556.00 |
| 01/04/08 | Examining docket and updating committee calendars [2.6]; examining Calyon litigation [2.2]; discussing American Home Mortgage motions with J. Zawadzki [.4]; discussing AHM strategy w/M. Power [.5]; examining adversary proceedings dockets [.6]; examining CitiMortgage motion for relief from stay, compel document return and attach addendums [1.2]; drafting summary of CitiMortgage motion for the creditors committee [1.9]; drafting response to Northwest's fee applications [3.6] | EK | 13.00 | 3,640.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/04/08 | Calls and meetings with EK regarding open matters (.20); review docket and motions and draft summaries (1.10); review AP dockets (.40); review Calyon pleadings/opinion; draft summary and numerous meetings and e-mails with JLS and MTP regarding same (3.40). | JXZ | 5.10 | 1,657.50 |
| 01/04/08 | Review various pleadings including Citimortgage's lift stay motion, Debtor's motions, and complaints filed in adversary proceedings (3.1); discuss with EK re assignment (.4); discussion with MSI re his meeting with Nystrom re asset liquidation (.2) | MTP | 3.70 | 2,571.50 |
| 01/07/08 | Weekly meeting with EK and JS re: matters on for week of 1/7/08 (.30); review Citi Mortgage motion for relief from the stay and phone call with Citi Mortgage's attorney re: same (.30). | ELS | 0.60 | 279.00 |
| 01/07/08 | Weekly meeting with ELS and EK on upcoming events (.40) Docket and Pleading review Docket No. 2597 - 2651 (3.40) | JS | 3.80 | 874.00 |
| 01/07/08 | Telephone conversation with ELS regarding various motions and objections and review e-mails regarding same. | MSI | 0.30 | 208.50 |
| 01/08/08 | Review and revise summaries (.40). | JXZ | 0.40 | 130.00 |
| 01/09/08 | Examining docket entries and updating calendar [1.1]; drafting summary and examining Cauthorne motion to lift the automatic stay [1.6]; drafted objection to the Cauthorne motion (1.4) | EK | 4.10 | 1,148.00 |
| 01/09/08 | Review debtors' objection to Citi Mortgage relief from stay motion (.20); review debtors' objection to Cauthorne relief from stay motion and review and revise our joinder re: same (.40); review second set of settlements and draft list of questions for debtors' counsel (.90). | ELS | 1.50 | 697.50 |
| 01/09/08 | Docket and Pleading Review and Distribution Docket Numbers 2635-2646 (1.30) | JS | 1.30 | 299.00 |
| 01/09/08 | Review motions filed and responses thereto (.80); revise and edit summaries to the committee (.30); meeting with EK regarding same (.20); review e-mails from D. Berliner regarding open issues (.20). | MSI | 1.50 | 1,042.50 |
| 01/10/08 | Examining docket entries and updating committee calendars, drafting committee minutes [1.1] examining AHM Registration Corp's responses to committee objections [.3]; preparing for AHM conference call [.4]; attending American Home Mortgage conference call [1.1]; examining Galaxy's claim and drafting summary [1.1]; discussed Warn Act litigation with J. Zawadzki and E. Schnitzer [.5]; examination and summary drafting of ACRC and the Debtors motion [1.1] | EK | 6.10 | 1,708.00 |
| 01/10/08 | Review debtors' motion re: compromising construction loans (.40); committee call re: case status (1.00); phone call with debtors' attorney Enos re: Allen Overy and securities insurance (.20); review Ross's responses to our pleadings re: ordinary course professional payments (.30). | ELS | 1.90 | 883.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/10/08 | Docket and Pleading Review and Distribution Docket Numbers2648-2661 (1.30) Prepare for hearing on 1/14/2007 (.40) | JS | 1.70 | 391.00 |
| 01/10/08 | Meetings with EK regarding committee meetings and review and revise numerous minutes (2.50); review docket and recent responses (.20); review financial report (.20); review hearing agenda (.10); committee call and meetings with MSI and MTP regarding open issues (1.10). | JXZ | 4.10 | 1,332.50 |
| 01/10/08 | Telephone conversation with S. Cooper, M. Taylor, debtor, Blank Rome and BDO to discuss alternatives regarding the potential sale of the thrift (1.60); telephone conversation with BDO and Blank Rome to discuss strategy regarding same (.60); review BDO report to the committee in preparation for committee meeting (.20); attend committee meeting (1.00); review and edit summaries distributed to the committee of pending motions (.30). | MSI | 3.70 | 2,571.50 |
| 01/10/08 | Prepare for and participate in Committee call | MTP | 1.50 | 1,042.50 |
| 01/11/08 | Examining docket entries and updating calendars [1.8]; finalizing CitiMortgage summary and sending to the Committee [.9]; examining motions for relief from the stay and drafting summaries [2.1]; discussed motions seeking relief from the stay with Adam Hiller [.3] | EK | 5.10 | 1,428.00 |
| 01/11/08 | Meeting with MSI re: debtors' motion to compromise construction loans and phone call with Lunn re: same. | ELS | 0.30 | 139.50 |
| 01/11/08 | Review motion summary. | JLS | 0.20 | 149.00 |
| 01/11/08 | Docket and Pleading Review and Distribution Docket Numbers 2662 -- 2710 (2.60) | JS | 2.60 | 598.00 |
| 01/11/08 | Review docket and recent motions (.40). | JXZ | 0.40 | 130.00 |
| 01/11/08 | Review calendar (.20); telephone conversation with Brady and S. Beach regarding issues on destruction/abandonment of files, motion for relief from stay and plan issues (.40); review objections to file motion (.80). | MSI | 1.40 | 973.00 |
| 01/11/08 | Review pleadings in support of construction loan settlement | MTP | 0.40 | 278.00 |
| 01/14/08 | Review American Home litigation pleadings (3.1); updating calendars and docket examination (1.4); document review for J. Schwartz - Wells Fargo and Bear Stearns (.6). | EK | 5.10 | 1,428.00 |
| 01/14/08 | Meeting with team re: matters and status. | ELS | 0.40 | 186.00 |
| 01/14/08 | Distribution of Insurance Documents into WorkSite (0.60) Docket/Pleading Review and Distribution of Docket Numbers 2711 - 2722 (1.20). | JS | 1.80 | 414.00 |
| 01/14/08 | Review docket and recent motions (.60). | JXZ | 0.60 | 195.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/14/08 | Review motions, responses and objections in preparation for omnibus hearing including relief stay motion (1.90); attend omnibus hearing (3.40); meeting with debtors counsel regarding status of case (.20); transportation from Delaware after hearing (2.40 @ 50%) (1.20). | MSI | 6.70 | 4,656.50 |
| 01/14/08 | Prepare for (.8) and attend omnibus hearing in Delaware (3.3); meeting with YCST (.2); travel to and from Delaware (@50%) (1.5) | MTP | 5.80 | 4,031.00 |
| 01/15/08 | Examining docket entries and updating calendar (1.8); examining employment motions (2.1) | EK | 3.90 | 1,092.00 |
| 01/15/08 | Review emails from Bowman re: recent settlements and draft email reply. | ELS | 0.60 | 279.00 |
| 01/15/08 | Review motions filed (.50); review calendar and prepare for 1/17 call of committee (.20); review issues raised by BDO (.60). | MSI | 1.30 | 903.50 |
| 01/15/08 | Review BoA loan analysis and Call with Kroll and BDO and B Johnson re strategy with respect BoA loans | MTP | 2.30 | 1,598.50 |
| 01/16/08 | Examining docket and updating calendars (2.2); examining received documentation and reconciliation (2.4); drafting/discussing Trenwith application and correspondence; examination with Naushon Vanderhoop (.8); discussing mortgage traunchs with MTP (.4). | EK | 5.80 | 1,624.00 |
| 01/16/08 | Docket/Pleading Review and Distribution of Docket Numbers 2740 - 2743 (.40) | JS | 0.40 | 92.00 |
| 01/16/08 | Review motions filed and summary of motions (.40); telephone conversation with M. Lunn regarding motion to pay expenses for released employees (.10); meeting with JXZ regarding objection (.20). | MSI | 0.70 | 486.50 |
| 01/17/08 | Preparing and organizing committee meeting (.6); meeting with R. Taylor re: mortgage loans (1.2); Warn Act litigation - employee placement examination (2.7). | EK | 4.50 | 1,260.00 |
| 01/17/08 | Emails with team and BDO re: committee call (.40); emails with debtors and FNC's counsel re: matter and phone call with debtors' counsel re: same and phone call with FNC's attorney re: same (.90); review correspondence re: Waldners and reclamation (.30); emails with debtors' counsel re: Northwest and review our joinder to their objection (.30); appear telephonically at Caylon hearing re: scheduling phase 2 (.40). | ELS | 2.30 | 1,069.50 |
| 01/17/08 | E-mails with EK, MSI, ELS and M. Michaelis regarding open issues (.20). | JXZ | 0.20 | 65.00 |
| 01/17/08 | Review motions and outstanding issues to address committee's concerns (.60); e-mails regarding committee meeting (.20). | MSI | 0.80 | 556.00 |
| 01/17/08 | Conference call with BDO and strategy meeting with MSI and ELS | MTP | 1.10 | 764.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/18/08 | Examining Barbara Parkins claim (1.1) re Merrill Lynch; examining docket and updating calendar (2.1); examining motion and drafting document for creditors' committee re: payment of prepetition expenses post petition (1.2); examining the Debtors motion and drafting a creditors' committee document re: compromise on the construction loans (1.4); examining motion and drafting document re Debtors' term sheet motion (.4); examining Fidelity's stay motion and drafting document (1.4). | EK | 7.60 | 2,128.00 |
| 01/18/08 | Review various correspondence re: Waldner's (.50); review 3rd settlements and draft email re: questions (.70). | ELS | 1.20 | 558.00 |
| 01/18/08 | Docket/Pleading Review and Distribusion of Docket Numbers 2747-2754 (.80) Calendar Critical Dates. (.10) | JS | 0.90 | 207.00 |
| 01/18/08 | Meetings with EK and ELS regarding open issues (.20); review docket and recent motions (.20). | JXZ | 0.40 | 130.00 |
| 01/18/08 | Meeting with M. Liscio and M. Schonholtz to discuss strategy in the liquidation of the BoA portfolio and cash in general (1.8); strategy discussion with MSI (1.2). | MSI | 3.00 | 2,085.00 |
| 01/18/08 | Review motions filed by debtor. | MSI | 0.60 | 417.00 |
| 01/18/08 | Review various applications filed by the Debtors | MTP | 0.50 | 347.50 |
| 01/22/08 | Examining docket and updating calendar (2.1); examined Valenzula claim and researched claim law and called Epiq re same (1.9); preparing for and meeting w/E. Schnitzer and J. Smith (.3); drafting Committee Meeting Minutes (1.7); finalizing Committee Meeting Summaries (1.3); Broadhollow litigation examination for J. Schwartz (1.9) | EK | 9.20 | 2,576.00 |
| 01/22/08 | Meeting with EK and JS re: matters with 1/25 objection deadline and meeting with MSI re: same (.90); conference call with debtors re: 2nd and 3rd set of proposed settlements and emails re: same (.80); review class claim and emails re: same (.50); emails to debtors' counsel re: open administration claims, adversaries and motions for relief from the stay (.30). | ELS | 2.50 | 1,162.50 |
| 01/22/08 | Calendaring Critical Dates (.40) Docket/Pleading Review and Distribution of Docket Numbers 2755-2763 (.90) | JS | 1.30 | 299.00 |
| 01/22/08 | Review docket and recent motions (.70); review Calyon docket (.10). | JXZ | 0.80 | 260.00 |
| 01/22/08 | Meeting with ELS to discuss calendar and pending motions (.20); revise and edit summaries to the committee (.70); meeting with EK regarding same and needed changes (.20). | MSI | 1.10 | 764.50 |
| 01/23/08 | Examining docket entries and updating Committee Calendars (2.3); finalizing motion summaries for the Committee (2.1); preparing for AHM Committee call (.7); Broadhollow litigation examination (.8); examining and drafting memo re Fidelity motion re: Thrift Exposure (1.9); examining Galaxy's administrative claim (1.7) | EK | 9.50 | 2,660.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/23/08 | Emails re: agenda (.30); emails to debtors re: various administration claims and emails to administration claims attorneys re: extension of 1/25 objection deadline (.30). | ELS | 0.60 | 279.00 |
| 01/23/08 | Docket/Pleading Review and Distribution 2764-2766 (.30) Review Non H&H fee apps for Examiners List (1.20) | JS | 1.50 | 345.00 |
| 01/23/08 | Calendar maintenance (.10); review documents regarding Calyon and e-mails with ELS regarding same (.80); review docket (.20). | JXZ | 1.10 | 357.50 |
| 01/24/08 | Checking docket entries and updating calendars (1.7); reading BDO report (.4); finalizing summaries (2.2); examining construction loan documents, stipulations and agreements (1.1); attending and preparing for AHM call (1.2); drafting minutes (1.4); drafting memo re: Triad Guaranty (.7) | EK | 8.70 | 2,436.00 |
| 01/24/08 | Review BDO update memo (.30); committee call re: case status (1.10). | ELS | 1.40 | 651.00 |
| 01/24/08 | Docket/Pleading Review and Distribution Docket No. 2767-2785 (2.20) | JS | 2.20 | 506.00 |
| 01/24/08 | Conference call with committee and meetings with EK and ELS regarding same (1.00); review financial update and comment (.60); review motions and summaries and e-mails regarding same (.40). | JXZ | 2.10 | 682.50 |
| 01/24/08 | Telephone conversation with JXZ regarding outstanding issues for committee meeting (.30); telephone conversation with ELS and e-mails regarding summaries to the committee and outstanding issues (.30); review summaries, e-mails and motions (.60); prepare for and attend committee meeting regarding outstanding issues (1.20); telephone conversation with Margot Schonholtz and Mark Liscio regarding position of BoA (.40); telephone conversation with MTP regarding same (.30). | MSI | 3.10 | 2,154.50 |
| 01/24/08 | Prepare for (.3); review BDO financial update report (.6) and participate in AHM Committee call (1.) | MTP | 1.90 | 1,320.50 |
| 01/25/08 | Examining FGK case and drafting memo (1.3); drafting memo and document examination re Broadhollow (1.4); examining docket and updating calendars (2.4); discussed adversary proceedings w/Debtors and correspondence (.4); working on Trenwith notice, retention application order and affidavit (1.4) | EK | 7.00 | 1,960.00 |
| 01/25/08 | Review and revise objection to debtors' motion re: T&E expenses and meeting with JXZ re: same (.30); review certification of counsel and proposed order for Cauthorne matter and draft email to counsel re: comments to same (.40); review letter re: ordinary course professional and lack of payments (.20); review Calyon transcript and Calyon motion to amend phase 1 order (.50); review and revise EK's summary of certain adversaries (.20). | ELS | 1.60 | 744.00 |
| 01/25/08 | Review Docket, Review and Distribute pleadings Docket No. 2786 - 2791 (.60) Update Critical Dates and Service List (.50) | JS | 1.10 | 253.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/25/08 | Review docket, recent motions and objections (.50); attend Caylon hearing telephonically, draft summary and e-mails and calls with ELS regarding same (1.20); calendar maintenance (.10); review Calyon docket and recent motion, order and transcripts and e-mails with ELS and JLS regarding same (1.00). | JXZ | 2.80 | 910.00 |
| 01/25/08 | Review numerous e-mails regarding motions and status (.40); telephone conversation with M. Schonholtz regarding proposal to BoA (.10). | MSI | 0.50 | 347.50 |
| 01/25/08 | Attention to multiple emails and calls re pending matters (.5); participate in part of call with Schonholtz and MSI (.1) | MTP | 0.60 | 417.00 |
| 01/27/08 | Review and edit minutes to various meetings. | MSI | 1.20 | 834.00 |
| 01/28/08 | Meeting with J. Smith & E. Schnitzer and preparation (.5); docket examination and updating calendars (2.2). | EK | 2.70 | 756.00 |
| 01/28/08 | Meeting with EK and JS re: matters on for this week (.50); phone call with debtors' counsel re: FNC, Northwest trustee fees and OCP fees (.20); review Debtors' proposed language re: modified OCP procedures (.20). | ELS | 0.90 | 418.50 |
| 01/28/08 | Docket and Pleading Review Docket No. 2792 Notice of Withdrawal, Docket No. 2793 CofCounsel regarding Order Granting Cutisha Cauthorne's Motion for Relief from Automatic Stay, Docket No. 2842 Objection to Debtors Chapter 11 Petition. (.50) | JS | 0.50 | 115.00 |
| 01/28/08 | Review minutes (.30); meeting with EK regarding same (.10). | MSI | 0.40 | 278.00 |
| 01/29/08 | Examining docket and updating calendar (1.7); reading trustee objections(.5); examining Broadhollow v. EGK litigation (1.1) | EK | 3.30 | 924.00 |
| 01/29/08 | Broadhollow/Bank of America - review of motion to dismiss and debtors' reply and draft summary for MSI (.40); review revised draft CBRE order (.20); review proposed stipulation for Shoreham (.20); review U.S. Trustee's objection to debtors' application to retain CBRE (.10). | ELS | 0.90 | 418.50 |
| 01/29/08 | Review Docket (.30) Review and distribute pleadings from docket no. 2795-2818 (.90) | JS | 1.20 | 276.00 |
| 01/29/08 | Telephone conversation with M. Lunn regarding issues with T&E order (.20); meeting with ELS regarding same and pending motions (.30); telephone conversation with Patton regarding meeting (.10). | MSI | 0.60 | 417.00 |
| 01/30/08 | Checking docket and updating calendar (2.5); examining motions for compromise under R. 9019; seeking objections of Rush and Beall (1.3). | EK | 4.80 | 1,344.00 |
| 01/30/08 | Review Agenda for Feb. 1st Omnibus Hearing (.40) Prepare for Hearing (1.30) Review Docket (.20) Review and distribute Pleadings 2802-2831 (2.40) | JS | 4.30 | 989.00 |
| 01/30/08 | Review docket and recent motions (.20). | JXZ | 0.20 | 65.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/30/08 | E-mails with Patton and telephone conversation with Morgan regarding status (.20); telephone conversation with creditor regarding status (.10); review motions filed (.30). | MSI | 0.60 | 417.00 |
| 01/30/08 | Review Waldner emergency motion | MTP | 0.40 | 278.00 |
| 01/31/08 | Examining docket and updating calendars (2.1); attending committee meeting (1.1); drafting committee minutes (1.1); drafting Fidelity summary for committee (.9) | EK | 5.20 | 1,456.00 |
| 01/31/08 | E-mails with MSI and Berliner regarding agenda (.20); committee call regarding case status, BoA loans, CB Richard Ellis and sale of NY and Chicago property and status of Waldners' dispute (.90); attend telephonic court hearing regarding emergency motion regarding Waldners (.40). | ELS | 1.50 | 697.50 |
| 01/31/08 | Update Critical Dates (.40) Review Docket (.20) Review, Organize and prepare Pleadings and Orders for distribution (1.50). | JS | 2.10 | 483.00 |
| 01/31/08 | Review pleadings and modifications to orders for hearing (.40); telephone conversation with M. Lunn regarding same (.20); e-mails to BDO regarding open issues and agenda (.10); telephone conversation with Nystrom regarding outstanding issues (.20); prepare for and attend creditors committee meetings (.90). | MSI | 1.80 | 1,251.00 |
| 01/31/08 | Revise agenda for today's call and discuss e-mail to members with E. Keary | MTP | 0.50 | 347.50 |

TOTAL HOURS      243.30

TOTAL SERVICES ......................................................... $    93,622.00

DISBURSEMENT SUMMARY

| | |
|---|---|
| LONG DISTANCE TELEPHONE CHARGES | $324.45 |
| CARFARE | $905.36 |
| DUPLICATING | $944.00 |
| LEXIS | $1,417.22 |
| MEALS | $660.47 |
| TRAVEL | $113.00 |
| VELOBIND | $2.75 |

TOTAL DISBURSEMENTS ............................................ $    4,367.25

TOTAL FEES & DISBURSEMENTS............................................ $    97,989.25

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 31.60 | 230.00 | 7,268.00 |
| 550 | Keary | 108.70 | 280.00 | 30,436.00 |
| 493 | Zawadzki | 30.00 | 325.00 | 9,750.00 |
| 486 | Schnitzer | 19.90 | 465.00 | 9,253.50 |
| 260 | Indelicato | 33.10 | 695.00 | 23,004.50 |
| 364 | Power | 19.80 | 695.00 | 13,761.00 |
| 162 | Schwartz | 0.20 | 745.00 | 149.00 |
| ATTY TOTAL | | 243.30 | | 93,622.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

March 19, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133122

For professional services rendered from January 1, through January 31, 2008 in connection with the following:

703159    AMERICAN HOME MORTGAGE HOLDINGS, INC.
003       RETENTIONS

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/01/08 | Review fee application; draft summary and e-mail MSI regarding same (.50). | JXZ | 0.50 | 162.50 |
| 01/02/08 | Call, e-mails and meetings with ELS, MSI, C. Thompson and Debtors regarding Northwest Trustee Services and review documents regarding same (1.40); e-mails with ELS regarding FNC motion (.10). | JXZ | 1.50 | 487.50 |
| 01/03/08 | Review fee applications; draft summaries and e-mails with MSI regarding same (.90); review supplemental fee application (.10); numerous e-mails and calls with ELS and S. Thompson regarding fee issues (.50); call MSI regarding fee issues (.10). | JXZ | 1.60 | 520.00 |
| 01/04/08 | Review documents and numerous calls, e-mails and meetings with EK, ELS and MSI regarding foreclosure professionals and committee responses (.70). | JXZ | 0.70 | 227.50 |
| 01/14/08 | Trenwith application - drafting (1.1) | EK | 1.10 | 308.00 |
| 01/17/08 | Trenwith retention drafting (1.1). | EK | 1.10 | 308.00 |
| 01/18/08 | Examining motion and drafting document for creditors;' committee re: Deloitte retention (1.1); examining retention motion and drafting document re: BRE (1.3). | EK | 2.40 | 672.00 |
| 01/22/08 | Review docket, recent retention applications and affidavits and e-mails with ELS regarding same (.70). | JXZ | 0.70 | 227.50 |
| 01/23/08 | Trenwith retention notice and order - drafting (1.4). | EK | 1.40 | 392.00 |
| 01/28/08 | Trenwith retention application (.6). | EK | 0.60 | 168.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/28/08 | Meeting with MSI re: CBRE retention application and phone call with debtors' counsel re: same. | ELS | 0.70 | 325.50 |
| 01/28/08 | Attention to e-mails re Trenwith's retention | MTP | 0.10 | 69.50 |

TOTAL HOURS    12.40

TOTAL SERVICES ........................................................ $    3,868.00

DISBURSEMENT SUMMARY
 LONG DISTANCE TELEPHONE CHARGES    $1.50
 DUPLICATING    $34.90

TOTAL DISBURSEMENTS ........................................... $    36.40

TOTAL FEES & DISBURSEMENTS ............................ $    3,904.40

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|---|-------|-----------------|-------------|
| 550 | Keary | 6.60 | 280.00 | 1,848.00 |
| 493 | Zawadzki | 5.00 | 325.00 | 1,625.00 |
| 486 | Schnitzer | 0.70 | 465.00 | 325.50 |
| 364 | Power | 0.10 | 695.00 | 69.50 |
| ATTY TOTAL | | 12.40 | | 3,868.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

March 19, 2008

AMERICAN HOME MORTAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133122

For professional services rendered from January 1, through January 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTAGE HOLDINGS, INC.
005         DIP/INVESTIGATION OF LIEN

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/07/08 | Document review re: BoA credit documents (3.90). | JXZ | 3.90 | 1,267.50 |
| 01/09/08 | Document review re: BoA loan documents (1.50). | JXZ | 1.50 | 487.50 |
| 01/09/08 | Review and analyze various loan documents of the pre-petition secured parties; discuss same with MSI | MTP | 2.80 | 1,946.00 |
| 01/11/08 | Meetings and calls with JID and MSI regarding document review (.20); document review (3.70). | JXZ | 3.90 | 1,267.50 |
| 01/15/08 | Review material circulated by Kroll regarding BoA loans (.80); attend conference call with Debtor, Kroll and BDO to discuss possible strategy (1.10). | MSI | 1.90 | 1,320.50 |
| 01/16/08 | Meeting with D. Berliner to go over issues raised by K. Nystrom on BoA loans including analysis prepared (.60); review and analyze same and discussion points (.50). | MSI | 1.10 | 764.50 |
| 01/18/08 | Meeting at Kaye Scholer with MSI re BoA issues with case | MTP | 3.00 | 2,085.00 |
| 01/19/08 | Review Debtors' materials on BoA loans and possible strategies for handling | MTP | 1.50 | 1,042.50 |
| 01/22/08 | Document review and draft initial memo (4.10); meetings with MSI and ELS regarding same (.20). | JXZ | 4.30 | 1,397.50 |
| 01/23/08 | Document review and draft memo regarding same (2.30); e-mails with JID, MSI and MTP regarding same (.20). | JXZ | 2.50 | 812.50 |
| 01/24/08 | Meetings and calls with MTP, MSI and JID regarding security issues (.60). | JXZ | 0.60 | 195.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/24/08 | Meeting (internal) to discuss results of preliminary search of BoA's liens and security interests | MTP | 0.60 | 417.00 |
| 01/25/08 | Review documents and calls with D. Beach regarding perfection issues (.40). | JXZ | 0.40 | 130.00 |
| 01/28/08 | Meeting with MSI regarding secured lender issues (.20); document review (1.30). | JXZ | 1.50 | 487.50 |
| 01/28/08 | Review various analysis of BoA's position and participate in strategy conference call with BDO and MSI re coming up with a proposal with BoA (.9); review BDO's draft proposal for BoA and briefly discuss with MSI (.5); conference call with YCST and MSI to strategize about BoA and various claims (.7) | MTP | 2.10 | 1,459.50 |
| 01/29/08 | Numerous calls, e-mails and meetings with MSI and MTP regarding secured lender issues and review documents regarding same (3.20). | JXZ | 3.20 | 1,040.00 |
| 01/29/08 | Review analysis prepared by BDO on BofA loans (.60); telephone conversation with BDO to discuss alternatives (.60); telephone conversation with Morgan and Brady regarding claims (.50); telephone conversation with Schonholtz and Liscio regarding proposal (.70); telephone conversation with R. Kirsch regarding perfection issues (.40). | MSI | 2.80 | 1,946.00 |
| 01/29/08 | Meeting with MSI, JID and RJK re BoA's potential prefection problem with REO properties | MTP | 1.50 | 1,042.50 |
| 01/29/08 | Discussed with RJK and BOA rights to the ROE properties held by Borrower in the bankruptcy proceedings (0.7). Revised the applicable provisions of the UCC and made some research regarding the same (3.8). | MWW | 4.50 | 2,092.50 |
| 01/29/08 | Review Credit Agreement; meeting re: same. | RJK | 1.80 | 1,080.00 |
| 01/30/08 | Document review (.70); meeting with MSI regarding lien analysis (.80). | JXZ | 1.50 | 487.50 |
| 01/30/08 | Review research re: perfection issues; meeting re: same. | RJK | 0.80 | 480.00 |
| 01/31/08 | Telephone call with MTP to discuss lien perfection issues | JPA | 0.20 | 139.00 |
| 01/31/08 | Review and revise stipulation extending time with secured lender; negotiate terms thereof and numerous conference calls, meetings and e-mails with MSI, MTP, debtors and administrative agent (7.80). | JXZ | 7.80 | 2,535.00 |
| 01/31/08 | Review proposed stipulation for extension with BoA (.30); meeting (3x) with MTP and JXZ regarding changes (.80); telephone conversation with Liscio and Schonholtz regarding changes and disputes (.60); telephone conversation (3x) with Morgan and Brady regarding same (.80); review numerous e-mails regarding changes (.40). | MSI | 2.90 | 2,015.50 |
| 01/31/08 | Multiple calls and e-mail exchange with Kaye Scholer, YCST, MSI, JXZ re stipulation extending Committee's right to bring certain claims against BoA syndicate | MTP | 5.80 | 4,031.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/31/08 | Made the further research on the creation and perfection and continuation of the perfection of the security interest in the ROE Properties under the UCC and various other theories of agency, foreclosure and constructive trust (6.0). Conference call and e-mail correspondence with counsels, Jack Murray and Jim Pertingast from Chicago's office of First American re: same (1.2). Conference call re: same and drafting memo re: same with RJK (0.5). | MWW | 7.70 | 3,580.50 |
| 01/31/08 | Review research memo; telephone conference re: same. | RJK | 1.00 | 600.00 |

TOTAL HOURS                                                73.10

TOTAL SERVICES .........................................................................$    36,149.50

DISBURSEMENT SUMMARY

DUPLICATING                                                                              $24.10

TOTAL DISBURSEMENTS ............................................................$    24.10

TOTAL FEES & DISBURSEMENTS.............................................$    36,173.60

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 31.10 | 325.00 | 10,107.50 |
| 976 | Walden | 12.20 | 465.00 | 5,673.00 |
| 497 | Kisch | 3.60 | 600.00 | 2,160.00 |
| 260 | Indelicato | 8.70 | 695.00 | 6,046.50 |
| 339 | Amato | 0.20 | 695.00 | 139.00 |
| 364 | Power | 17.30 | 695.00 | 12,023.50 |
| ATTY TOTAL | | 73.10 | | 36,149.50 |

# HAHN & HESSEN LLP
### 488 Madison Avenue
### New York, NY 10022
### (212) 478-7200

March 19, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133122

For professional services rendered from January 1, through January 31, 2008 in connection with the following:

|  | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|---|---|---|
|  | 006 | SALES OF ASSETS |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/02/08 | Miscellaneous e-mails with MSI, Jones Day, Young Conaway regarding Greenwich motion | DDG | 0.20 | 125.00 |
| 01/02/08 | Meeting with JXZ regarding issues on payment of foreclosure professionals as it relates to sale of the servicing business (.20); review same (.30). | MSI | 0.50 | 347.50 |
| 01/03/08 | Conference call with Jones Day and Young Conaway regarding sub-servicing order (0.3); miscellaneous e-mails and conferences with MSI, Jones Day and Young Conaway regarding issues relating to sub-servicing order (1.8); review and comments regarding drafts of order, 4th amendment, indemnity agreement (0.6) | DDG | 2.70 | 1,687.50 |
| 01/03/08 | Review numerous e-mails with purchaser and debtors' counsel and DDG regarding issues on subservicing order and amendment (.70); review latest drafts of the orders (.40); telephone conversation with purchaser and debtors' counsel to go over all outstanding issues for hearing (.60); review documents to address issues raised (.60). | MSI | 2.30 | 1,598.50 |
| 01/04/08 | Conference with MSI revisions to Greenwich order, Amendment #4 | DDG | 0.10 | 62.50 |
| 01/04/08 | Attention to opinion in Calyon litigation and related correspondence; discussion with Mr. Power | JPL | 1.10 | 742.50 |
| 01/04/08 | Meeting with K. Nystrom regarding issues on liquidation of assets (.80). | MSI | 0.80 | 556.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/08/08 | Misc. e-mails with MTP, MSI re: loan sale procedures and sale agreement | DDG | 0.20 | 125.00 |
| 01/08/08 | Examining DB Structured Products' MLPSA [2.1]; examining FGK and Broadhollow for JLS [1.9]; examining docket entries and updating calendar [1.7] | EK | 5.70 | 1,596.00 |
| 01/09/08 | Review AHM mortgage loan sale agreement (0.9); miscellaneous conferences and e-mails with MTP, MSI, Craig Grear re: same (0.7); miscellaneous conference calls regarding loan sale procedures with MTP, MSI, Michele Michaelis, Debtors, Young Conaway, JPMC (0.9); review KS comments regarding procedures, review and revise draft procedures (1.2); review amendment 5, revise order regarding Friedman contract (0.3) | DDG | 4.00 | 2,500.00 |
| 01/09/08 | Review numerous e-mails regarding issues related to Friedman and amendment (.30); telephone conversation with S. Stennet regarding issues of ordinary course professionals and committee objection (.20); telephone conversation with debtor, JPM and BDO to discuss auction procedures for the Scratch & Dent loans (.40). | MSI | 0.90 | 625.50 |
| 01/10/08 | Telephone conversation with S. Talmadge (2x) regarding issues of BoA on sealed bidding process (.30); meeting with MTP regarding same (.20); telephone conversation with Jones Day regarding issues of pre-initial closing expenses (.10). | MSI | 0.60 | 417.00 |
| 01/10/08 | Call with Kroll, YCST, BDO re sale procedures for sale of scratch & dents and non-performing loan pools (1.0); follow up discussion with BDO, DDG, MSI and BDO (.8); call with Kroll re Committee's view (.4); review revised bid procedures (1.5) | MTP | 3.70 | 2,571.50 |
| 01/11/08 | Review Bank of America loan sale agreement and exhibits, e-mails and conferences with Grear regarding same (.08); miscellaneous conferences and e-mails with Grear, MSI regarding WLR issue regarding payment of ordinary course professionals, review filings regarding same (0.8); miscellaneous conferences and e-mails regarding cure escrow, LPMI issue (0.1) | DDG | 1.70 | 1,062.50 |
| 01/11/08 | Telephone conversation (3x) with S. Talmadge regarding issues on procedures (.40); review same (.20); meeting with MTP regarding same (.10). | MSI | 0.70 | 486.50 |
| 01/14/08 | Review revised sale procedures and comments from JPMC and BoA and call YCST with comments | MTP | 1.50 | 1,042.50 |
| 01/17/08 | Conferences and e-mails with Ian Fredericks regarding form of sale agreement, review revised form | DDG | 0.60 | 375.00 |
| 01/18/08 | Review revised loan sale procedures, e-mails and conferences with MTP regarding same | DDG | 0.70 | 437.50 |
| 01/22/08 | Speak to E. Keary re Broadhollow documentation. | JLS | 0.40 | 298.00 |
| 01/24/08 | E-mails with MTP, Grear regarding cure escrow (0.2); review BDO report regarding Exhibit G calculation (0.20 | DDG | 0.40 | 250.00 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/25/08 | Miscellaneous e-mails and calls with MTP, MSI, Grear regarding cure claims, costs of objection (.4); review summary of claims (0.2) | DDG | 0.60 | 375.00 |
| 01/25/08 | Review and respond to e-mails from DDG regarding list of claims related to the sale (.20). | MSI | 0.20 | 139.00 |
| 01/25/08 | Review memo summarizing Broadhollow transaction and documents | MTP | 1.00 | 695.00 |
| 01/29/08 | Call with BDO to review their strategy with respect to BoA compromise (.8) followup discussion with MSI (.5); conference call with Kaye Scholer (.7); review BDO analysis (.5) | MTP | 2.50 | 1,737.50 |

TOTAL HOURS                                33.10

TOTAL SERVICES ........................................................ $   19,853.00

DISBURSEMENT SUMMARY

LONG DISTANCE TELEPHONE CHARGES                                $7.02

TOTAL DISBURSEMENTS ........................................... $      7.02

TOTAL FEES & DISBURSEMENTS ............................................ $   19,860.02

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 550 | Keary | 5.70 | 280.00 | 1,596.00 |
| 426 | Grubman | 11.20 | 625.00 | 7,000.00 |
| 502 | Laughlin | 1.10 | 675.00 | 742.50 |
| 260 | Indelicato | 6.00 | 695.00 | 4,170.00 |
| 364 | Power | 8.70 | 695.00 | 6,046.50 |
| 162 | Schwartz | 0.40 | 745.00 | 298.00 |
| ATTY TOTAL | | 33.10 | | 19,853.00 |

# HAHN & HESSEN LLP
**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

March 19, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133122

For professional services rendered from January 1, through January 31, 2008 in connection with the following:

| | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|---|---|---|
| | 007 | PROFESSIONIAL FEES |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/02/08 | Review Objection deadlines and update calendar to reflect (1.20) Review First Fee Apps of Cadwalader, wickersham; Kroll Zolfo; Law offices of Daniel C. Consuega; Allen and Overy; BDO Seidman; Blank Rome; Milestone; Northwest Trustee; Alan Weinreb; YCST; and Weiner Brodsky. Create Spreadsheet of Fees and Expenses re: same. (3.7) | JS | 4.90 | 1,127.00 |
| 01/04/08 | Emails with JXZ, MSI and EK re: fee application pleading. | ELS | 0.50 | 232.50 |
| 01/04/08 | Review Fee Application of BDO's First Fee App, add to Expense and Fee chart (.30) same Cadwalader, Wickersham's First (.40) same Kroll Zolfo Cooper's Third (.30) Daniel C. Consuegra's 1st, 2nd and 3rd (.90) Milestone Advisors' 1st and 2nd (.60) YCST's 3rd (1.50) | JS | 4.00 | 920.00 |
| 01/05/08 | Examining foreclosure professional's fee applications and drafting objection [4.1] | EK | 4.10 | 1,148.00 |
| 01/05/08 | Review EK's draft response to Northwest Trustee's fee applications, JXZ's comments to same and draft email comments. | ELS | 0.50 | 232.50 |
| 01/05/08 | E-mails with ELS regarding committee responses (.10). | JXZ | 0.10 | 32.50 |
| 01/06/08 | Examination of Debtors' professional fee application and retention agreements for the purpose of objecting | EK | 3.90 | 1,092.00 |
| 01/06/08 | Review objection, draft comments and e-mails with ELS regarding same (.50). | JXZ | 0.50 | 162.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/06/08 | Review response prepared by EK to National Trustee quarterly fee request. | MSI | 0.30 | 208.50 |
| 01/07/08 | Strategy meeting with E. Schnitzer and J. Smith for M. Indelicato [.4]; drafting objections Northwest's fee application [2.6]; examining FGK adversary proceedings [2.2] for J. Schwartz; examining docket and updating calendar for creditors committee [2.1]; Adorno Yoss fee applications objection [1.6] omnibus limited objection to the Debtors' professionals compensation [2.8] | EK | 11.70 | 3,276.00 |
| 01/07/08 | Phone call with debtors' counsel re: Northwest trustee fee application and other foreclosure professional fee applications (.40); review their draft objection (.20); phone calls and emails with JXZ, EK and MSI re: our draft objection to Northwest trustee fee application and review and revise same (1.20); phone calls and emails with JXZ, EK and MSI re: our draft omnibus objection to foreclosure professional fee applications and review and revise same (.90). | ELS | 2.70 | 1,255.50 |
| 01/07/08 | Review numerous fee applications; review and revise committee objections thereto and numerous meetings, e-mails and calls with EK and ELS regarding same (2.60); review docket and OC affidavits (.40). | JXZ | 3.00 | 975.00 |
| 01/07/08 | Review various fee applications filed in case by Debtors' professionals | MTP | 0.80 | 556.00 |
| 01/08/08 | Review of Non H&H Professional Fee Applications & create chart of their total fees and expenses (2.5) Email K. Senese re: CNO for H&H's Third Monthly Fee App. (.10) Review Docket and Pleadings, (.50) Distribute re same (.30) | JS | 3.40 | 782.00 |
| 01/08/08 | Review response and meeting with ELS regarding same (.20); review fee application, draft summary and e-mails with MSI regarding same (.80). | JXZ | 1.00 | 325.00 |
| 01/09/08 | Review summary of various fee applications by professionals | MTP | 0.70 | 486.50 |
| 01/10/08 | E-mails and meeting with ELS regarding foreclosure professional fees (.20); e-mails with MSI and MTP regarding certain fee applications (.10); calendar maintenance (.10). | JXZ | 0.40 | 130.00 |
| 01/10/08 | Attention to JXZ email re summary of fee applications | MTP | 0.30 | 208.50 |
| 01/14/08 | Review on Non H&H fee application to update Fee and Expense Examiners Chapter (1.10) | JS | 1.10 | 253.00 |
| 01/14/08 | Review fee applications, draft summaries and e-mails with MSI regarding same (.80); review docket regarding fee applications and OCFPs (.20). | JXZ | 1.00 | 325.00 |
| 01/15/08 | Review fee order and call ELS regarding same (.10). | JXZ | 0.10 | 32.50 |
| 01/17/08 | Drafting objection to fee application North West (1.6). | EK | 1.60 | 448.00 |
| 01/17/08 | Review objection to NWT fee application (.10); review documents and draft objection to T&E payments (1.00). | JXZ | 1.10 | 357.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/18/08 | Review fee applications, draft summaries and e-mails with MSI regarding same (.80). | JXZ | 0.80 | 260.00 |
| 01/23/08 | Review fee applications, draft summary and e-mail MSI regarding same (.80); review docket and documents, draft consolidated fee report and numerous e-mails with MSI, MTP and ELS regarding same (1.50); review agenda and e-mails regarding same (.20). | JXZ | 2.50 | 812.50 |
| 01/23/08 | Attention to JXZ email summary of fee applications | MTP | 0.20 | 139.00 |
| 01/24/08 | Review fee applications, draft summaries and e-mails with MSI regarding same (1.50); revise and circulate fee report (.20). | JXZ | 1.70 | 552.50 |
| 01/27/08 | E-mails with MSI regarding fee application (.10). | JXZ | 0.10 | 32.50 |
| 01/29/08 | Advising proper Holdback and approval amount of AHM-Creditor Committee Fee Apps. (.40). | JS | 0.40 | 92.00 |
| 01/29/08 | Attention to fee applications (.10); review fee analysis (.20). | JXZ | 0.30 | 97.50 |
| 01/31/08 | Update Fee App Examiners Chart and Review Fee Applications of Non Committee professionals (.80) Further preparation for Feb. 1st Omnibus Hearing (.70). | JS | 1.50 | 345.00 |

|  |  | TOTAL HOURS | 55.20 |
|--|--|-------------|-------|

TOTAL SERVICES ........................................................................ $    16,897.00

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 556 | Smith | 15.30 | 230.00 | 3,519.00 |
| 550 | Keary | 21.30 | 280.00 | 5,964.00 |
| 493 | Zawadzki | 12.60 | 325.00 | 4,095.00 |
| 486 | Schnitzer | 3.70 | 465.00 | 1,720.50 |
| 260 | Indelicato | 0.30 | 695.00 | 208.50 |
| 364 | Power | 2.00 | 695.00 | 1,390.00 |
| ATTY TOTAL | | 55.20 | | 16,897.00 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

March 19, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133122

For professional services rendered from January 1, through January 31, 2008 in connection with the following:

| | 703159 | AMERICAN HOME MORTGAGE HOLDINGS, INC. |
|---|---|---|
| | 009 | LITIGATION |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/02/08 | Review issues regarding HELOC motions and turnover and response of GMAC (.60). | MSI | 0.60 | 417.00 |
| 01/03/08 | Review American Home complaints v. Lehman and BoA re Broadhollow. | JLS | 3.50 | 2,607.50 |
| 01/04/08 | Review Calyon decision (1) repos and (2) servicing; discuss with JXZ. | JLS | 1.80 | 1,341.00 |
| 01/04/08 | Review pleadings regarding notice to be sent to HELOC borrowers, objection to Greenwich motion and lift stay motions (1.70); attend omnibus hearing on various lift stay motions, GMAC notice on HELOCs and motions in aid of closing (4.50); transportation back from Delaware (1.80 @ 50%) (.90). | MSI | 7.10 | 4,934.50 |
| 01/06/08 | Revise and edit proposed HELOC notice (.20); e-mail to B. Cleary regarding comments to same (.20). | MSI | 0.40 | 278.00 |
| 01/07/08 | Research Broadhollow in view of issues raised in Lehman and BoA litigations. | JLS | 3.20 | 2,384.00 |
| 01/08/08 | Review CS decision re notice (transcript). | JLS | 0.70 | 521.50 |
| 01/08/08 | Adv. 07-51738 Review and Distribute Docket No. 8 & 9 (.60) | JS | 0.60 | 138.00 |
| 01/08/08 | Review docket and pleadings and e-mails and calls with JLS and DDG regarding same (2.20). | JXZ | 2.20 | 715.00 |
| 01/09/08 | Discuss Calyon decision with creditor. | JLS | 1.00 | 745.00 |
| 01/10/08 | Analysis of Broadhollow structure and documents. | JLS | 2.50 | 1,862.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/11/08 | Telephone conversation with J. Tece regarding dispute over order with Calyon. | MSI | 0.20 | 139.00 |
| 01/15/08 | Review Wells Fargo interpleader action re Bear and AHM. | JLS | 1.20 | 894.00 |
| 01/17/08 | Communicationwith ELS on Teleconference for Calyon Adv., Email with Courtcall re same (.60) Docket/Pleading Review and Distribution 2744-2746 (.30) | JS | 0.90 | 207.00 |
| 01/17/08 | Review e-mails regarding dispute with Waldners (.20); review letters and numerous attachments regarding same (.40). | MSI | 0.60 | 417.00 |
| 01/22/08 | Telephone conversation with R. Brady and S. Beach to discuss possible claims regarding funding related to improperly swept funds and funds in holding account. | MSI | 0.60 | 417.00 |
| 01/23/08 | Email with ELS and Court call for ELS's Telephonic appearance on Calyon AHM hearing on Friday the 25th. (.30) | JS | 0.30 | 69.00 |
| 01/23/08 | Review claims of Waldner and letters (.20); e-mails with Waldner's counsel regarding same (.20). | MSI | 0.40 | 278.00 |
| 01/24/08 | E-mails with JWS regarding hearing (.10). | JXZ | 0.10 | 32.50 |
| 01/25/08 | Review and respond to e-mails from B. Brady regarding claims against BoA for declaratory relief. | MSI | 0.20 | 139.00 |
| 01/28/08 | Telephone conversation with H. Berzow regarding dispute between Waldner and the Debtor on reclamation claim (.20); telephone conversation with Brady regarding dispute related to returned wire account and sweeps (.20); began review of material sent (1.10); telephone conversation with BDO regarding issues with BoA (.70); telephone conversation with Brady, Morgan and Waite regarding same (.60). | MSI | 2.80 | 1,946.00 |
| 01/29/08 | Telephone conversation with Brady and BDO regarding possible sweep account issues (.20); began review of documents (1.20). | MSI | 1.40 | 973.00 |
| 01/30/08 | Review D&O stipulation and meeting with JPM regarding same (.30); review insurance policies (.40); telephone conversation with K. Enos regarding same (.10); review emergency motion from Waioner (.30). | MSI | 1.10 | 764.50 |
| 01/31/08 | Review latest motion in AHM/Calyon matter (.80); review brief filed by Debtor in Bank of America litigation (1.0). | JLS | 1.80 | 1,341.00 |

|  | TOTAL HOURS | | 35.20 | |

TOTAL SERVICES ........................................................ $    23,561.00

DISBURSEMENT SUMMARY

| LONG DISTANCE TELEPHONE CHARGES | $0.10 |
|---------------------------------|-------|
| CARFARE | $15.00 |
| DUPLICATING | $3.10 |

DISBURSEMENT SUMMARY

TRAVEL                                                                        $345.00

TOTAL DISBURSEMENTS ............................................................$        363.20

TOTAL FEES & DISBURSEMENTS.............................................$     23,924.20

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 556 | Smith | 1.80 | 230.00 | 414.00 |
| 493 | Zawadzki | 2.30 | 325.00 | 747.50 |
| 260 | Indelicato | 15.40 | 695.00 | 10,703.00 |
| 162 | Schwartz | 15.70 | 745.00 | 11,696.50 |
| ATTY TOTAL | | 35.20 | | 23,561.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

March 19, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133122

For professional services rendered from January 1, through January 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
011         EMPLOYEE ISSUES

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/02/08 | Review employee lists and e-mail and call with MSI and M. Minella regarding same (.50). | JXZ | 0.50 | 162.50 |
| 01/03/08 | E-mail MSI regarding employee lists (.10). | JXZ | 0.10 | 32.50 |
| 01/07/08 | E-mails and calls with M. Minella and MSI regarding class certification and WARN issues (.20). | JXZ | 0.20 | 65.00 |
| 01/08/08 | Review certificate of counsel re class certification (.10). | JXZ | 0.10 | 32.50 |
| 01/09/08 | Meetings and e-mails with MSI and EK regarding WARN issues - back pay and conduct research regarding same (2.60). | JXZ | 2.60 | 845.00 |
| 01/10/08 | Meeting with EK regarding WARN issues (.20). | JXZ | 0.20 | 65.00 |
| 01/11/08 | Meetings and calls with EK and MSI regarding WARN issues (.40); research WARN issues (1.10). | JXZ | 1.50 | 487.50 |
| 01/15/08 | Meeting with MTP regarding T&E payments (.10); review T&E payment motion and draft response (1.00). | JXZ | 1.10 | 357.50 |
| 01/15/08 | Attention to JXZ emails, review motion and proposed form of order, mark up language to add to order and email same to JXZ | MTP | 0.60 | 417.00 |
| 01/16/08 | Meeting with MSI regarding T&E payments (.10). | JXZ | 0.10 | 32.50 |
| 01/18/08 | Review and revise draft response to debtor's motion re: payment to terminated employees. | ELS | 0.40 | 186.00 |
| 01/18/08 | Meeting with ELS regarding T&E payments (.10); revise objection (.30). | JXZ | 0.40 | 130.00 |
| 01/22/08 | E-mails with ELS and MTP regarding T&E payments (.10). | JXZ | 0.10 | 32.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/23/08 | Review documents regarding WARN and e-mails with ELS regarding same (.80). | JXZ | 0.80 | 260.00 |
| 01/24/08 | E-mails with ELS regarding T&E payments (.10). | JXZ | 0.10 | 32.50 |
| 01/25/08 | Draft objection regarding T&E payments and numerous meetings and e-mails with ELS, MTP, B. Fatell, K. Senese regarding same (2.20). | JXZ | 2.20 | 715.00 |
| 01/25/08 | Attention to finalizing Debtor's T&E approval form of order | MTP | 0.60 | 417.00 |
| 01/28/08 | Preference memo of MTP (2.1); J. Zawadzki - Warn Act discussion (.6); Warn legal research (1.8) | EK | 4.50 | 1,260.00 |
| 01/28/08 | Review debtors' proposed order re T&E payments to terminated employees. | ELS | 0.20 | 93.00 |
| 01/28/08 | Review T&E order and e-mails with ELS, MSI and MTP regarding same (.20). | JXZ | 0.20 | 65.00 |
| 01/29/08 | Review WARN research (.50); call EK regarding WARN issues (.10); document review (.20); meetings with MSI, JPM and RJM regarding WARN issues (.80). | JXZ | 1.60 | 520.00 |
| 01/29/08 | E-mails with ELS regarding T&E order (.10). | JXZ | 0.10 | 32.50 |
| 01/30/08 | Warn Act research re commission (1.6). | EK | 1.60 | 448.00 |
| 01/30/08 | Review adversary proceeding docket and calls and e-mails with ELS, M. Minella and MSI regarding WARN (.50). | JXZ | 0.50 | 162.50 |
| 01/31/08 | Meeting with MSI regarding WARN issues (.10). | JXZ | 0.10 | 32.50 |

TOTAL HOURS                    20.40

TOTAL SERVICES ........................................................ $    6,883.50

DISBURSEMENT SUMMARY

LONG DISTANCE TELEPHONE CHARGES                               $1.50

DUPLICATING                                                   $1.30

TOTAL DISBURSEMENTS ........................................... $        2.80

TOTAL FEES & DISBURSEMENTS ............................ $    6,886.30

### SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 550 | Keary | 6.10 | 280.00 | 1,708.00 |

| 493 | Zawadzki | 12.50 | 325.00 | 4,062.50 |
| 486 | Schnitzer | 0.60 | 465.00 | 279.00 |
| 364 | Power | 1.20 | 695.00 | 834.00 |
| ATTY TOTAL | | 20.40 | | 6,883.50 |

# HAHN & HESSEN LLP

**488 Madison Avenue**
**New York, NY 10022**
**(212) 478-7200**

March 19, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133122

For professional services rendered from January 1, through January 31, 2008 in connection with the following:

703159      AMERICAN HOME MORTGAGE HOLDINGS, INC.
012      CLAIMS ADMINISTRATION

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/08/08 | Review transcript of CFSB hearing | JPL | 0.90 | 607.50 |
| 01/22/08 | Review docket and class claim rider (.30). | JXZ | 0.30 | 97.50 |
| 01/23/08 | Review Valenzuela class claim and calls with EK regarding same (.70). | JXZ | 0.70 | 227.50 |
| 01/24/08 | Phone call with Lunn re: administration claims and late filed class claim. | ELS | 0.50 | 232.50 |

TOTAL HOURS      2.40

TOTAL SERVICES ......................................................................... $    1,165.00

DISBURSEMENT SUMMARY

DUPLICATING      $1.70
LEXIS      $66.55

TOTAL DISBURSEMENTS ........................................................ $    68.25

TOTAL FEES & DISBURSEMENTS............................................ $    1,233.25

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|---|---|---|---|---|
| 493 | Zawadzki | 1.00 | 325.00 | 325.00 |
| 486 | Schnitzer | 0.50 | 465.00 | 232.50 |
| 502 | Laughlin | 0.90 | 675.00 | 607.50 |
| ATTY TOTAL | | 2.40 | | 1,165.00 |

# HAHN & HESSEN LLP

488 Madison Avenue
New York, NY 10022
(212) 478-7200

March 19, 2008

AMERICAN HOME MORTGAGE HOLDINGS, INC.
c/o Committee Co-Chairperson
Mr. James J. McGinley-Managing Director
Wilmington Trust Co.
520 Madison Avenue   (33rd floor)
New York, NY 10022

Invoice number: 133122

For professional services rendered from January 1, through January 31, 2008 in connection with the following:

703159     AMERICAN HOME MORTGAGE HOLDINGS, INC.
013        INVESTIGATION OF COMPANY

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/02/08 | Review of documents provided by BDO re AHM/its business (2.3) | JPM | 2.30 | 1,598.50 |
| 01/03/08 | Review of AHM's public filings ('06 10K; '07 1Q/10Q; '07 proxy statement); Strauss affidavit in support of petition (2.8); drafted document request for AHM (3.); telephone conference with D. Berliner of BDO re doc request of AHM (.3); emails with J. Lazarus/MAA re AHM document request (.3) | JPM | 6.40 | 4,448.00 |
| 01/04/08 | Conferenced with JPM/MAA re document request | JL | 0.30 | 97.50 |
| 01/04/08 | Revised document request of AHM (1.2); review of notes re AHM (1.2); conference with JL/MAA re AHM issues/document request (.4); emails to MAA re AHM (.3) | JPM | 3.10 | 2,154.50 |
| 01/04/08 | Review M. Strauss affidavit re first day orders (.30); conference with JPM and JML re document request for Debtors (.30) | MA | 0.60 | 330.00 |
| 01/08/08 | Emails with MAA re document request for AHM (.5) | JPM | 0.50 | 347.50 |
| 01/08/08 | Review and revise schedule of documents to be requested for Debtors(.60); email exchange with JPM re same (.10); discussion with JML re same (.20) | MA | 0.90 | 495.00 |
| 01/09/08 | Reviewed/proofread draft of schedule of documents to be requested from debtors | JL | 0.60 | 195.00 |
| 01/10/08 | Review of JL email to BDO with attorney re documents request of debtor (.5) | JPM | 0.50 | 347.50 |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| 01/14/08 | Review of document proposed request of debtors and BDO comments thereto (1.); email to BDO raising various comments/issues re document requests (.8); conference with MAA re same (.2) | JPM | 2.00 | 1,390.00 |
| 01/14/08 | E-mails with ELS regarding insurance carriers (.10). | JXZ | 0.10 | 32.50 |
| 01/14/08 | Review D. Berliner (BDO) comments to document request (.20); review JPM email re same (.20) | MA | 0.40 | 220.00 |
| 01/15/08 | Emails with BDO re document request of debtors (.4); review of BDO responses to my comments (.4); conference with MAA re same (.2); review of debtors '06 10K re warehouse lenders (1.) | JPM | 2.00 | 1,390.00 |
| 01/15/08 | Review BDO comments to document request (.50); review JPM email to BDO re same (.20); revise document request with JPM/BDO comments (.30) | MA | 1.00 | 550.00 |
| 01/16/08 | Reviewed/revised document request for AHM (1.8); emails to BDO forwarding revised version (.3); conference with MAA (2) re same (.3) | JPM | 2.40 | 1,668.00 |
| 01/16/08 | Reviewed revised version of document request and JPM email re same (.30); discussions with JPM re same (.30) | MA | 0.60 | 330.00 |
| 01/17/08 | Review of draft document request for AHM and other documents to determiner any additional document to be requested; internal emails re same (2.) | JPM | 2.00 | 1,390.00 |
| 01/18/08 | Review of email from BDO re document request for AHM (.1); teleconference  with D. Berliner re AHM document request (.3); international emails re document request of AHM (.2); review of document re AHM warehouse lenders/margin calls (2.8) | JPM | 3.30 | 2,293.50 |
| 01/18/08 | Review D. Berliner email re document request (.10); review final document request (.20) | MA | 0.30 | 165.00 |
| 01/22/08 | Emails with MAA re request of AHM for documents (.2); review of materials from BDO re AHM (2.1) | JPM | 2.30 | 1,598.50 |
| 01/22/08 | Email exchange with JPM re AHM document request | MA | 0.20 | 110.00 |
| 01/23/08 | Email/conference with MAA re revisions to document request (.4) | JPM | 0.40 | 278.00 |
| 01/23/08 | Revise document request and discussion with JPM re same | MA | 0.10 | 55.00 |
| 01/24/08 | Emails to MSI re document request to AHM (.2) | JPM | 0.20 | 139.00 |
| 01/24/08 | Review AHM organizational chart (.20); review JPM email to BDO re document request (.10) | MA | 0.20 | 110.00 |
| 01/30/08 | Begin review of insurance policies | CXL | 3.00 | 1,395.00 |
| 01/30/08 | Conference with MSI re D&O policies (.3); conference with CL re review of D&O policies (.3); internal emails re D&O policies (.4) | JPM | 1.00 | 695.00 |

|  | TOTAL HOURS |  | 36.70 |  |

| DATE | SERVICES | ATTY | HOURS | VALUE |
|------|----------|------|-------|-------|
| | TOTAL SERVICES ........................................................ $ | | | 23,823.00 |

DISBURSEMENT SUMMARY

| | |
|---|---|
| CARFARE | $74.41 |
| DUPLICATING | $49.50 |
| LEXIS | $7.34 |

| | |
|---|---|
| TOTAL DISBURSEMENTS ........................................................... $ | 131.25 |
| TOTAL FEES & DISBURSEMENTS ............................................. $ | 23,954.25 |

## SUMMARY OF ATTORNEY TIME

| ATTORNEY | | HOURS | BILLED PER HOUR | BILL AMOUNT |
|----------|--|-------|-----------------|-------------|
| 493 | Zawadzki | 0.10 | 325.00 | 32.50 |
| 925 | Lazarus | 0.90 | 325.00 | 292.50 |
| 922 | Loesner | 3.00 | 465.00 | 1,395.00 |
| 334 | Arnott | 4.30 | 550.00 | 2,365.00 |
| 226 | McCahey | 28.40 | 695.00 | 19,738.00 |
| ATTY TOTAL | | 36.70 | | 23,823.00 |