EXHIBIT C

| Matter | Date | TKPR Nam | Cost Code | Tobill Amt | Narative |
|---|---|---|---|---|---|
| 2 | 1/10/2008 | Power, Ma | CAR | $117.56 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 93046; DATE: 1/15/2008 |
| 2 | 1/10/2008 | Power, Ma | CAR | $128.78 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 93046; DATE: 1/15/2008 |
| 2 | 1/14/2008 | Indelicato, | CAR | $175.44 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 535208; DATE: 1/15/2008 |
| 2 | 1/4/2008 | Indelicato, | CAR | $175.54 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 535208; DATE: 1/15/2008 |
| 2 | 1/2/2008 | Smith, Jas | CAR | $63.24 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 535208; DATE: 1/15/2008 |
| 2 | 1/3/2008 | Indelicato, | CAR | $144.84 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 535208; DATE: 1/15/2008 |
| 2 | 1/22/2008 | Power, Ma | CAR | $99.96 | VENDOR: VITAL TRANSPORTATION, INC.; INVOICE#: 93992; DATE: 2/5/2008 |
| 9 | 1/4/2008 | Indelicato, | CAR | $7.50 | VENDOR: INDELICATO; INVOICE#: 6; DATE: 2/21/2008 |
| 9 | 1/4/2008 | Indelicato, | CAR | $7.50 | VENDOR: INDELICATO; INVOICE#: 6; DATE: 2/21/2008 |
| 13 | 1/31/2008 | Walden, M | CAR | $28.00 | VENDOR: MARZENNA WALDEN; INVOICE#: 1; DATE: 2/25/2008 |
| 13 | 1/29/2008 | Walden, M | CAR | $46.41 | VENDOR: SKYLINE CREDIT RIDE INC.; INVOICE#: 538575; DATE: 2/15/2008 |
|  |  |  |  | $994.77 |  |
| 2 | 1/4/2008 |  | DUPL | $0.30 |  |
| 2 | 1/4/2008 |  | DUPL | $2.90 |  |
| 2 | 1/4/2008 |  | DUPL | $2.90 |  |
| 2 | 1/4/2008 |  | DUPL | $2.90 |  |
| 2 | 1/4/2008 |  | DUPL | $0.30 |  |
| 2 | 1/4/2008 |  | DUPL | $5.50 |  |
| 2 | 1/4/2008 |  | DUPL | $5.50 |  |
| 2 | 1/4/2008 |  | DUPL | $0.30 |  |
| 2 | 1/4/2008 |  | DUPL | $0.30 |  |
| 2 | 1/4/2008 |  | DUPL | $0.30 |  |
| 2 | 1/4/2008 |  | DUPL | $0.30 |  |
| 2 | 1/3/2008 |  | DUPL | $2.60 |  |
| 2 | 1/3/2008 |  | DUPL | $1.70 |  |
| 2 | 1/3/2008 |  | DUPL | $1.70 |  |
| 2 | 1/3/2008 |  | DUPL | $0.30 |  |
| 2 | 1/3/2008 |  | DUPL | $0.30 |  |
| 2 | 1/3/2008 |  | DUPL | $3.50 |  |
| 2 | 1/3/2008 |  | DUPL | $4.00 |  |
| 2 | 1/3/2008 |  | DUPL | $0.20 |  |
| 2 | 1/3/2008 |  | DUPL | $0.60 |  |
| 2 | 1/3/2008 |  | DUPL | $0.20 |  |
| 2 | 1/3/2008 |  | DUPL | $0.30 |  |
| 2 | 1/3/2008 |  | DUPL | $0.20 |  |
| 2 | 1/3/2008 |  | DUPL | $0.20 |  |
| 2 | 1/3/2008 |  | DUPL | $0.20 |  |
| 2 | 1/3/2008 |  | DUPL | $0.20 |  |
| 2 | 1/3/2008 |  | DUPL | $0.20 |  |
| 2 | 1/3/2008 |  | DUPL | $0.20 |  |
| 2 | 1/3/2008 |  | DUPL | $0.20 |  |
| 2 | 1/3/2008 |  | DUPL | $0.20 |  |
| 2 | 1/3/2008 |  | DUPL | $0.10 |  |
| 2 | 1/3/2008 |  | DUPL | $1.60 |  |
| 2 | 1/3/2008 |  | DUPL | $1.80 |  |
| 2 | 1/3/2008 |  | DUPL | $0.10 |  |
| 2 | 1/3/2008 |  | DUPL | $1.10 |  |
| 2 | 1/3/2008 |  | DUPL | $5.90 |  |
| 2 | 1/3/2008 |  | DUPL | $4.70 |  |
| 2 | 1/3/2008 |  | DUPL | $3.20 |  |
| 2 | 1/3/2008 |  | DUPL | $1.70 |  |
| 2 | 1/3/2008 |  | DUPL | $0.30 |  |
| 2 | 1/3/2008 |  | DUPL | $0.40 |  |

| | | | |
|---|---|---|---|
| 2 | 1/3/2008 | DUPL | $0.30 |
| 2 | 1/3/2008 | DUPL | $1.20 |
| 2 | 1/3/2008 | DUPL | $0.30 |
| 2 | 1/3/2008 | DUPL | $0.30 |
| 2 | 1/3/2008 | DUPL | $0.30 |
| 2 | 1/3/2008 | DUPL | $0.30 |
| 2 | 1/3/2008 | DUPL | $0.20 |
| 2 | 1/3/2008 | DUPL | $1.50 |
| 2 | 1/3/2008 | DUPL | $0.20 |
| 2 | 1/3/2008 | DUPL | $4.10 |
| 2 | 1/3/2008 | DUPL | $4.80 |
| 2 | 1/3/2008 | DUPL | $4.50 |
| 2 | 1/3/2008 | DUPL | $0.60 |
| 2 | 1/3/2008 | DUPL | $6.70 |
| 2 | 1/3/2008 | DUPL | $0.30 |
| 2 | 1/3/2008 | DUPL | $0.30 |
| 2 | 1/3/2008 | DUPL | $0.40 |
| 2 | 1/3/2008 | DUPL | $0.30 |
| 2 | 1/3/2008 | DUPL | $1.20 |
| 2 | 1/3/2008 | DUPL | $1.40 |
| 2 | 1/3/2008 | DUPL | $0.30 |
| 2 | 1/3/2008 | DUPL | $4.50 |
| 2 | 1/3/2008 | DUPL | $1.20 |
| 2 | 1/3/2008 | DUPL | $0.90 |
| 2 | 1/3/2008 | DUPL | $5.00 |
| 2 | 1/3/2008 | DUPL | $0.60 |
| 2 | 1/3/2008 | DUPL | $2.00 |
| 2 | 1/3/2008 | DUPL | $0.40 |
| 2 | 1/3/2008 | DUPL | $0.50 |
| 2 | 1/3/2008 | DUPL | $0.20 |
| 2 | 1/3/2008 | DUPL | $0.20 |
| 2 | 1/3/2008 | DUPL | $1.50 |
| 2 | 1/3/2008 | DUPL | $6.80 |
| 2 | 1/3/2008 | DUPL | $4.10 |
| 2 | 1/3/2008 | DUPL | $2.80 |
| 2 | 1/3/2008 | DUPL | $0.30 |
| 2 | 1/3/2008 | DUPL | $0.60 |
| 2 | 1/3/2008 | DUPL | $0.90 |
| 2 | 1/3/2008 | DUPL | $0.20 |
| 2 | 1/3/2008 | DUPL | $0.60 |
| 2 | 1/3/2008 | DUPL | $0.30 |
| 2 | 1/3/2008 | DUPL | $2.80 |
| 2 | 1/3/2008 | DUPL | $0.30 |
| 2 | 1/3/2008 | DUPL | $0.30 |
| 2 | 1/3/2008 | DUPL | $0.30 |
| 2 | 1/3/2008 | DUPL | $1.90 |
| 2 | 1/3/2008 | DUPL | $3.40 |
| 2 | 1/3/2008 | DUPL | $0.80 |
| 2 | 1/3/2008 | DUPL | $0.30 |
| 2 | 1/3/2008 | DUPL | $3.40 |
| 2 | 1/3/2008 | DUPL | $0.50 |
| 2 | 1/3/2008 | DUPL | $0.80 |
| 2 | 1/3/2008 | DUPL | $0.10 |
| 2 | 1/3/2008 | DUPL | $0.10 |
| 2 | 1/3/2008 | DUPL | $0.20 |
| 2 | 1/3/2008 | DUPL | $1.90 |
| 2 | 1/3/2008 | DUPL | $0.30 |
| 2 | 1/3/2008 | DUPL | $0.30 |
| 2 | 1/3/2008 | DUPL | $0.30 |
| 2 | 1/3/2008 | DUPL | $0.20 |
| 2 | 1/3/2008 | DUPL | $0.10 |
| 2 | 1/3/2008 | DUPL | $1.40 |
| 2 | 1/3/2008 | DUPL | $1.50 |
| 2 | 1/3/2008 | DUPL | $4.60 |
| 2 | 1/3/2008 | DUPL | $0.30 |

| | | | |
|---|---|---|---|
| 2 | 1/3/2008 | DUPL | $0.20 |
| 2 | 1/3/2008 | DUPL | $0.40 |
| 2 | 1/3/2008 | DUPL | $0.30 |
| 2 | 1/3/2008 | DUPL | $0.30 |
| 2 | 1/3/2008 | DUPL | $0.30 |
| 2 | 1/3/2008 | DUPL | $0.90 |
| 2 | 1/3/2008 | DUPL | $0.90 |
| 2 | 1/3/2008 | DUPL | $0.80 |
| 2 | 1/3/2008 | DUPL | $0.20 |
| 2 | 1/3/2008 | DUPL | $1.20 |
| 2 | 1/3/2008 | DUPL | $0.70 |
| 2 | 1/3/2008 | DUPL | $0.30 |
| 2 | 1/3/2008 | DUPL | $0.40 |
| 2 | 1/3/2008 | DUPL | $0.50 |
| 2 | 1/2/2008 | DUPL | $0.40 |
| 2 | 1/2/2008 | DUPL | $0.40 |
| 2 | 1/2/2008 | DUPL | $0.20 |
| 2 | 1/2/2008 | DUPL | $0.40 |
| 2 | 1/2/2008 | DUPL | $1.00 |
| 2 | 1/2/2008 | DUPL | $1.00 |
| 2 | 1/2/2008 | DUPL | $1.90 |
| 2 | 1/2/2008 | DUPL | $0.20 |
| 2 | 1/2/2008 | DUPL | $0.40 |
| 2 | 1/2/2008 | DUPL | $0.40 |
| 2 | 1/2/2008 | DUPL | $0.40 |
| 2 | 1/2/2008 | DUPL | $0.90 |
| 2 | 1/7/2008 | DUPL | $15.40 |
| 2 | 1/7/2008 | DUPL | $1.00 |
| 2 | 1/7/2008 | DUPL | $1.00 |
| 2 | 1/7/2008 | DUPL | $5.40 |
| 2 | 1/7/2008 | DUPL | $1.00 |
| 2 | 1/7/2008 | DUPL | $0.40 |
| 2 | 1/7/2008 | DUPL | $1.30 |
| 2 | 1/7/2008 | DUPL | $0.80 |
| 2 | 1/7/2008 | DUPL | $0.80 |
| 2 | 1/7/2008 | DUPL | $0.50 |
| 2 | 1/7/2008 | DUPL | $0.50 |
| 2 | 1/7/2008 | DUPL | $0.90 |
| 2 | 1/7/2008 | DUPL | $0.40 |
| 2 | 1/7/2008 | DUPL | $0.30 |
| 2 | 1/7/2008 | DUPL | $0.60 |
| 2 | 1/7/2008 | DUPL | $0.50 |
| 2 | 1/7/2008 | DUPL | $1.20 |
| 2 | 1/7/2008 | DUPL | $0.10 |
| 2 | 1/7/2008 | DUPL | $1.00 |
| 2 | 1/7/2008 | DUPL | $0.80 |
| 2 | 1/7/2008 | DUPL | $0.80 |
| 2 | 1/7/2008 | DUPL | $0.20 |
| 2 | 1/7/2008 | DUPL | $0.50 |
| 2 | 1/8/2008 | DUPL | $0.30 |
| 2 | 1/8/2008 | DUPL | $1.10 |
| 2 | 1/8/2008 | DUPL | $3.80 |
| 2 | 1/8/2008 | DUPL | $3.60 |
| 2 | 1/8/2008 | DUPL | $2.50 |
| 2 | 1/8/2008 | DUPL | $0.20 |
| 2 | 1/8/2008 | DUPL | $0.10 |
| 2 | 1/8/2008 | DUPL | $0.10 |
| 2 | 1/8/2008 | DUPL | $4.60 |
| 2 | 1/8/2008 | DUPL | $4.60 |
| 2 | 1/8/2008 | DUPL | $1.30 |
| 2 | 1/8/2008 | DUPL | $0.60 |
| 2 | 1/8/2008 | DUPL | $2.70 |
| 2 | 1/8/2008 | DUPL | $0.50 |
| 2 | 1/8/2008 | DUPL | $2.80 |
| 2 | 1/8/2008 | DUPL | $0.30 |

| | | | |
|---|---|---|---|
| 2 | 1/8/2008 | DUPL | $0.20 |
| 2 | 1/8/2008 | DUPL | $0.40 |
| 2 | 1/8/2008 | DUPL | $0.60 |
| 2 | 1/8/2008 | DUPL | $0.10 |
| 2 | 1/8/2008 | DUPL | $1.20 |
| 2 | 1/8/2008 | DUPL | $0.20 |
| 2 | 1/8/2008 | DUPL | $1.80 |
| 2 | 1/8/2008 | DUPL | $0.10 |
| 2 | 1/8/2008 | DUPL | $0.40 |
| 2 | 1/8/2008 | DUPL | $3.70 |
| 2 | 1/8/2008 | DUPL | $0.20 |
| 2 | 1/8/2008 | DUPL | $0.40 |
| 2 | 1/8/2008 | DUPL | $2.60 |
| 2 | 1/8/2008 | DUPL | $0.20 |
| 2 | 1/8/2008 | DUPL | $1.40 |
| 2 | 1/8/2008 | DUPL | $2.10 |
| 2 | 1/8/2008 | DUPL | $0.40 |
| 2 | 1/8/2008 | DUPL | $2.10 |
| 2 | 1/8/2008 | DUPL | $0.30 |
| 2 | 1/8/2008 | DUPL | $1.70 |
| 2 | 1/8/2008 | DUPL | $0.50 |
| 2 | 1/8/2008 | DUPL | $1.80 |
| 2 | 1/8/2008 | DUPL | $0.50 |
| 2 | 1/8/2008 | DUPL | $0.80 |
| 2 | 1/8/2008 | DUPL | $0.50 |
| 2 | 1/8/2008 | DUPL | $3.40 |
| 2 | 1/8/2008 | DUPL | $2.20 |
| 2 | 1/9/2008 | DUPL | $0.70 |
| 2 | 1/9/2008 | DUPL | $1.50 |
| 2 | 1/9/2008 | DUPL | $0.10 |
| 2 | 1/9/2008 | DUPL | $0.20 |
| 2 | 1/9/2008 | DUPL | $0.90 |
| 2 | 1/9/2008 | DUPL | $0.10 |
| 2 | 1/10/2008 | DUPL | $0.20 |
| 2 | 1/10/2008 | DUPL | $0.20 |
| 2 | 1/10/2008 | DUPL | $2.90 |
| 2 | 1/10/2008 | DUPL | $0.80 |
| 2 | 1/10/2008 | DUPL | $0.60 |
| 2 | 1/10/2008 | DUPL | $0.60 |
| 2 | 1/10/2008 | DUPL | $0.60 |
| 2 | 1/10/2008 | DUPL | $0.60 |
| 2 | 1/10/2008 | DUPL | $2.00 |
| 2 | 1/10/2008 | DUPL | $0.10 |
| 2 | 1/10/2008 | DUPL | $0.20 |
| 2 | 1/10/2008 | DUPL | $0.20 |
| 2 | 1/10/2008 | DUPL | $4.40 |
| 2 | 1/10/2008 | DUPL | $1.00 |
| 2 | 1/10/2008 | DUPL | $0.20 |
| 2 | 1/10/2008 | DUPL | $0.10 |
| 2 | 1/10/2008 | DUPL | $0.40 |
| 2 | 1/10/2008 | DUPL | $0.20 |
| 2 | 1/11/2008 | DUPL | $7.50 |
| 2 | 1/11/2008 | DUPL | $4.70 |
| 2 | 1/11/2008 | DUPL | $0.30 |
| 2 | 1/11/2008 | DUPL | $1.00 |
| 2 | 1/11/2008 | DUPL | $0.70 |
| 2 | 1/11/2008 | DUPL | $0.30 |
| 2 | 1/11/2008 | DUPL | $0.60 |
| 2 | 1/11/2008 | DUPL | $0.80 |
| 2 | 1/11/2008 | DUPL | $0.10 |
| 2 | 1/11/2008 | DUPL | $0.10 |
| 2 | 1/11/2008 | DUPL | $0.90 |
| 2 | 1/11/2008 | DUPL | $0.20 |
| 2 | 1/11/2008 | DUPL | $1.20 |
| 2 | 1/11/2008 | DUPL | $0.30 |

| | | | |
|---|---|---|---|
| 2 | 1/11/2008 | DUPL | $0.70 |
| 2 | 1/11/2008 | DUPL | $0.30 |
| 2 | 1/11/2008 | DUPL | $1.10 |
| 2 | 1/11/2008 | DUPL | $0.40 |
| 2 | 1/11/2008 | DUPL | $1.00 |
| 2 | 1/11/2008 | DUPL | $0.60 |
| 2 | 1/11/2008 | DUPL | $0.30 |
| 2 | 1/11/2008 | DUPL | $0.20 |
| 2 | 1/11/2008 | DUPL | $1.10 |
| 2 | 1/11/2008 | DUPL | $0.30 |
| 2 | 1/11/2008 | DUPL | $0.20 |
| 2 | 1/11/2008 | DUPL | $1.10 |
| 2 | 1/11/2008 | DUPL | $0.60 |
| 2 | 1/11/2008 | DUPL | $6.40 |
| 2 | 1/11/2008 | DUPL | $0.40 |
| 2 | 1/11/2008 | DUPL | $0.60 |
| 2 | 1/11/2008 | DUPL | $0.50 |
| 2 | 1/11/2008 | DUPL | $0.30 |
| 2 | 1/11/2008 | DUPL | $0.40 |
| 2 | 1/11/2008 | DUPL | $0.50 |
| 2 | 1/11/2008 | DUPL | $0.40 |
| 2 | 1/11/2008 | DUPL | $0.40 |
| 2 | 1/11/2008 | DUPL | $0.60 |
| 2 | 1/11/2008 | DUPL | $0.60 |
| 2 | 1/11/2008 | DUPL | $0.20 |
| 2 | 1/11/2008 | DUPL | $3.70 |
| 2 | 1/11/2008 | DUPL | $0.90 |
| 2 | 1/11/2008 | DUPL | $1.30 |
| 2 | 1/11/2008 | DUPL | $0.70 |
| 2 | 1/11/2008 | DUPL | $2.10 |
| 2 | 1/11/2008 | DUPL | $0.80 |
| 2 | 1/11/2008 | DUPL | $0.90 |
| 2 | 1/11/2008 | DUPL | $1.20 |
| 2 | 1/11/2008 | DUPL | $0.40 |
| 2 | 1/11/2008 | DUPL | $1.10 |
| 2 | 1/11/2008 | DUPL | $1.10 |
| 2 | 1/11/2008 | DUPL | $1.40 |
| 2 | 1/11/2008 | DUPL | $0.40 |
| 2 | 1/11/2008 | DUPL | $0.70 |
| 2 | 1/11/2008 | DUPL | $0.90 |
| 2 | 1/11/2008 | DUPL | $0.30 |
| 2 | 1/11/2008 | DUPL | $0.20 |
| 2 | 1/11/2008 | DUPL | $0.70 |
| 2 | 1/11/2008 | DUPL | $3.30 |
| 2 | 1/11/2008 | DUPL | $0.40 |
| 2 | 1/11/2008 | DUPL | $0.70 |
| 2 | 1/11/2008 | DUPL | $0.30 |
| 2 | 1/11/2008 | DUPL | $0.30 |
| 2 | 1/11/2008 | DUPL | $0.50 |
| 2 | 1/11/2008 | DUPL | $2.00 |
| 2 | 1/14/2008 | DUPL | $1.90 |
| 2 | 1/14/2008 | DUPL | $1.90 |
| 2 | 1/14/2008 | DUPL | $0.20 |
| 2 | 1/14/2008 | DUPL | $0.40 |
| 2 | 1/14/2008 | DUPL | $0.20 |
| 2 | 1/14/2008 | DUPL | $0.40 |
| 2 | 1/14/2008 | DUPL | $0.20 |
| 2 | 1/14/2008 | DUPL | $0.20 |
| 2 | 1/14/2008 | DUPL | $1.90 |
| 2 | 1/14/2008 | DUPL | $1.90 |
| 2 | 1/14/2008 | DUPL | $1.80 |
| 2 | 1/14/2008 | DUPL | $0.40 |
| 2 | 1/14/2008 | DUPL | $0.30 |
| 2 | 1/14/2008 | DUPL | $0.30 |
| 2 | 1/14/2008 | DUPL | $0.10 |

| | | | |
|---|---|---|---|
| 2 | 1/14/2008 | DUPL | $2.90 |
| 2 | 1/14/2008 | DUPL | $0.20 |
| 2 | 1/14/2008 | DUPL | $0.20 |
| 2 | 1/14/2008 | DUPL | $1.10 |
| 2 | 1/14/2008 | DUPL | $0.20 |
| 2 | 1/14/2008 | DUPL | $7.60 |
| 2 | 1/14/2008 | DUPL | $7.10 |
| 2 | 1/14/2008 | DUPL | $0.20 |
| 2 | 1/14/2008 | DUPL | $0.10 |
| 2 | 1/14/2008 | DUPL | $4.70 |
| 2 | 1/14/2008 | DUPL | $4.70 |
| 2 | 1/14/2008 | DUPL | $4.30 |
| 2 | 1/14/2008 | DUPL | $4.40 |
| 2 | 1/14/2008 | DUPL | $4.90 |
| 2 | 1/15/2008 | DUPL | $0.50 |
| 2 | 1/15/2008 | DUPL | $0.50 |
| 2 | 1/16/2008 | DUPL | $0.10 |
| 2 | 1/16/2008 | DUPL | $0.80 |
| 2 | 1/16/2008 | DUPL | $0.60 |
| 2 | 1/16/2008 | DUPL | $1.70 |
| 2 | 1/16/2008 | DUPL | $0.80 |
| 2 | 1/16/2008 | DUPL | $0.10 |
| 2 | 1/16/2008 | DUPL | $0.20 |
| 2 | 1/16/2008 | DUPL | $0.80 |
| 2 | 1/16/2008 | DUPL | $1.70 |
| 2 | 1/16/2008 | DUPL | $0.20 |
| 2 | 1/16/2008 | DUPL | $0.50 |
| 2 | 1/16/2008 | DUPL | $0.20 |
| 2 | 1/16/2008 | DUPL | $4.80 |
| 2 | 1/16/2008 | DUPL | $3.90 |
| 2 | 1/16/2008 | DUPL | $3.30 |
| 2 | 1/17/2008 | DUPL | $2.20 |
| 2 | 1/17/2008 | DUPL | $3.50 |
| 2 | 1/17/2008 | DUPL | $0.70 |
| 2 | 1/22/2008 | DUPL | $6.50 |
| 2 | 1/22/2008 | DUPL | $15.30 |
| 2 | 1/22/2008 | DUPL | $7.60 |
| 2 | 1/22/2008 | DUPL | $0.80 |
| 2 | 1/22/2008 | DUPL | $10.20 |
| 2 | 1/22/2008 | DUPL | $0.40 |
| 2 | 1/22/2008 | DUPL | $0.10 |
| 2 | 1/22/2008 | DUPL | $0.20 |
| 2 | 1/22/2008 | DUPL | $0.10 |
| 2 | 1/22/2008 | DUPL | $0.20 |
| 2 | 1/22/2008 | DUPL | $0.10 |
| 2 | 1/22/2008 | DUPL | $0.10 |
| 2 | 1/22/2008 | DUPL | $0.30 |
| 2 | 1/22/2008 | DUPL | $1.60 |
| 2 | 1/22/2008 | DUPL | $10.20 |
| 2 | 1/22/2008 | DUPL | $0.10 |
| 2 | 1/22/2008 | DUPL | $0.10 |
| 2 | 1/22/2008 | DUPL | $0.10 |
| 2 | 1/22/2008 | DUPL | $0.50 |
| 2 | 1/22/2008 | DUPL | $1.80 |
| 2 | 1/22/2008 | DUPL | $0.30 |
| 2 | 1/22/2008 | DUPL | $1.70 |
| 2 | 1/22/2008 | DUPL | $9.30 |
| 2 | 1/22/2008 | DUPL | $8.90 |
| 2 | 1/22/2008 | DUPL | $5.10 |
| 2 | 1/22/2008 | DUPL | $4.90 |
| 2 | 1/22/2008 | DUPL | $1.40 |
| 2 | 1/22/2008 | DUPL | $0.90 |
| 2 | 1/22/2008 | DUPL | $0.10 |
| 2 | 1/22/2008 | DUPL | $0.10 |
| 2 | 1/22/2008 | DUPL | $0.20 |

| | | | |
|---|---|---|---|
| 2 | 1/22/2008 | DUPL | $0.10 |
| 2 | 1/22/2008 | DUPL | $0.20 |
| 2 | 1/23/2008 | DUPL | $0.70 |
| 2 | 1/23/2008 | DUPL | $2.20 |
| 2 | 1/23/2008 | DUPL | $0.30 |
| 2 | 1/23/2008 | DUPL | $0.40 |
| 2 | 1/23/2008 | DUPL | $0.40 |
| 2 | 1/23/2008 | DUPL | $0.40 |
| 2 | 1/23/2008 | DUPL | $0.20 |
| 2 | 1/23/2008 | DUPL | $1.80 |
| 2 | 1/23/2008 | DUPL | $0.20 |
| 2 | 1/23/2008 | DUPL | $0.20 |
| 2 | 1/23/2008 | DUPL | $0.20 |
| 2 | 1/23/2008 | DUPL | $0.20 |
| 2 | 1/23/2008 | DUPL | $0.10 |
| 2 | 1/23/2008 | DUPL | $0.10 |
| 2 | 1/23/2008 | DUPL | $0.10 |
| 2 | 1/23/2008 | DUPL | $0.20 |
| 2 | 1/23/2008 | DUPL | $0.10 |
| 2 | 1/23/2008 | DUPL | $1.30 |
| 2 | 1/23/2008 | DUPL | $0.30 |
| 2 | 1/23/2008 | DUPL | $2.30 |
| 2 | 1/23/2008 | DUPL | $0.20 |
| 2 | 1/23/2008 | DUPL | $0.20 |
| 2 | 1/23/2008 | DUPL | $0.40 |
| 2 | 1/23/2008 | DUPL | $0.80 |
| 2 | 1/24/2008 | DUPL | $0.30 |
| 2 | 1/24/2008 | DUPL | $0.10 |
| 2 | 1/24/2008 | DUPL | $0.10 |
| 2 | 1/24/2008 | DUPL | $0.20 |
| 2 | 1/24/2008 | DUPL | $0.20 |
| 2 | 1/24/2008 | DUPL | $0.20 |
| 2 | 1/24/2008 | DUPL | $0.10 |
| 2 | 1/24/2008 | DUPL | $0.50 |
| 2 | 1/24/2008 | DUPL | $1.80 |
| 2 | 1/24/2008 | DUPL | $1.70 |
| 2 | 1/24/2008 | DUPL | $1.80 |
| 2 | 1/24/2008 | DUPL | $0.10 |
| 2 | 1/24/2008 | DUPL | $0.20 |
| 2 | 1/24/2008 | DUPL | $1.20 |
| 2 | 1/24/2008 | DUPL | $1.80 |
| 2 | 1/28/2008 | DUPL | $7.00 |
| 2 | 1/28/2008 | DUPL | $6.00 |
| 2 | 1/28/2008 | DUPL | $0.10 |
| 2 | 1/28/2008 | DUPL | $2.00 |
| 2 | 1/28/2008 | DUPL | $0.50 |
| 2 | 1/28/2008 | DUPL | $3.10 |
| 2 | 1/28/2008 | DUPL | $0.70 |
| 2 | 1/28/2008 | DUPL | $3.00 |
| 2 | 1/28/2008 | DUPL | $0.80 |
| 2 | 1/28/2008 | DUPL | $1.70 |
| 2 | 1/28/2008 | DUPL | $1.80 |
| 2 | 1/28/2008 | DUPL | $0.60 |
| 2 | 1/28/2008 | DUPL | $0.10 |
| 2 | 1/28/2008 | DUPL | $8.90 |
| 2 | 1/28/2008 | DUPL | $1.70 |
| 2 | 1/29/2008 | DUPL | $7.70 |
| 2 | 1/29/2008 | DUPL | $43.00 |
| 2 | 1/29/2008 | DUPL | $1.70 |
| 2 | 1/29/2008 | DUPL | $0.20 |
| 2 | 1/29/2008 | DUPL | $0.10 |
| 2 | 1/29/2008 | DUPL | $3.80 |
| 2 | 1/29/2008 | DUPL | $1.00 |
| 2 | 1/29/2008 | DUPL | $0.30 |
| 2 | 1/29/2008 | DUPL | $0.20 |

| | | | |
|---|---|---|---:|
| 2 | 1/29/2008 | DUPL | $0.10 |
| 2 | 1/29/2008 | DUPL | $0.70 |
| 2 | 1/29/2008 | DUPL | $1.20 |
| 2 | 1/29/2008 | DUPL | $1.20 |
| 2 | 1/29/2008 | DUPL | $0.60 |
| 2 | 1/29/2008 | DUPL | $2.50 |
| 2 | 1/29/2008 | DUPL | $2.20 |
| 2 | 1/30/2008 | DUPL | $0.20 |
| 2 | 1/30/2008 | DUPL | $2.90 |
| 2 | 1/30/2008 | DUPL | $8.40 |
| 2 | 1/30/2008 | DUPL | $2.10 |
| 2 | 1/30/2008 | DUPL | $2.80 |
| 2 | 1/30/2008 | DUPL | $0.60 |
| 2 | 1/30/2008 | DUPL | $0.30 |
| 2 | 1/30/2008 | DUPL | $1.70 |
| 2 | 1/30/2008 | DUPL | $2.00 |
| 2 | 1/30/2008 | DUPL | $6.60 |
| 2 | 1/30/2008 | DUPL | $1.40 |
| 2 | 1/30/2008 | DUPL | $0.80 |
| 2 | 1/30/2008 | DUPL | $0.40 |
| 2 | 1/30/2008 | DUPL | $0.40 |
| 2 | 1/30/2008 | DUPL | $0.80 |
| 2 | 1/30/2008 | DUPL | $0.50 |
| 2 | 1/30/2008 | DUPL | $0.60 |
| 2 | 1/30/2008 | DUPL | $3.30 |
| 2 | 1/30/2008 | DUPL | $0.50 |
| 2 | 1/30/2008 | DUPL | $2.80 |
| 2 | 1/30/2008 | DUPL | $2.80 |
| 2 | 1/30/2008 | DUPL | $29.40 |
| 2 | 1/30/2008 | DUPL | $2.80 |
| 2 | 1/30/2008 | DUPL | $1.10 |
| 2 | 1/30/2008 | DUPL | $3.00 |
| 2 | 1/30/2008 | DUPL | $1.10 |
| 2 | 1/30/2008 | DUPL | $30.40 |
| 2 | 1/30/2008 | DUPL | $1.60 |
| 2 | 1/30/2008 | DUPL | $3.00 |
| 2 | 1/30/2008 | DUPL | $1.60 |
| 2 | 1/30/2008 | DUPL | $30.40 |
| 2 | 1/30/2008 | DUPL | $2.30 |
| 2 | 1/30/2008 | DUPL | $0.40 |
| 2 | 1/30/2008 | DUPL | $0.70 |
| 2 | 1/30/2008 | DUPL | $10.70 |
| 2 | 1/30/2008 | DUPL | $0.90 |
| 2 | 1/30/2008 | DUPL | $0.80 |
| 2 | 1/30/2008 | DUPL | $3.20 |
| 2 | 1/30/2008 | DUPL | $1.10 |
| 2 | 1/30/2008 | DUPL | $1.00 |
| 2 | 1/30/2008 | DUPL | $2.70 |
| 2 | 1/31/2008 | DUPL | $0.20 |
| 2 | 1/31/2008 | DUPL | $0.50 |
| 2 | 1/31/2008 | DUPL | $1.00 |
| 2 | 1/31/2008 | DUPL | $3.80 |
| 2 | 1/31/2008 | DUPL | $0.20 |
| 2 | 1/31/2008 | DUPL | $76.00 |
| 2 | 1/31/2008 | DUPL | $0.20 |
| 2 | 1/31/2008 | DUPL | $0.20 |
| 2 | 1/31/2008 | DUPL | $0.10 |
| 2 | 1/31/2008 | DUPL | $3.40 |
| 2 | 1/31/2008 | DUPL | $2.10 |
| 2 | 1/31/2008 | DUPL | $0.10 |
| 2 | 1/31/2008 | DUPL | $0.20 |
| 2 | 1/31/2008 | DUPL | $0.80 |
| 2 | 1/31/2008 | DUPL | $4.50 |
| 2 | 1/31/2008 | DUPL | $4.90 |
| 2 | 1/31/2008 | DUPL | $0.40 |

| | | | |
|---|---|---|---|
| 2 | 1/31/2008 | DUPL | $0.40 |
| 2 | 1/31/2008 | DUPL | $2.40 |
| 2 | 1/31/2008 | DUPL | $2.00 |
| 2 | 1/31/2008 | DUPL | $1.10 |
| 2 | 1/31/2008 | DUPL | $1.10 |
| 2 | 1/31/2008 | DUPL | $0.20 |
| 2 | 1/31/2008 | DUPL | $0.30 |
| 2 | 1/31/2008 | DUPL | $1.80 |
| 2 | 1/31/2008 | DUPL | $0.20 |
| 2 | 1/31/2008 | DUPL | $0.50 |
| 2 | 1/31/2008 | DUPL | $0.50 |
| 2 | 1/31/2008 | DUPL | $0.80 |
| 2 | 1/31/2008 | DUPL | $0.70 |
| 2 | 1/31/2008 | DUPL | $0.80 |
| 2 | 1/31/2008 | DUPL | $0.60 |
| 2 | 1/31/2008 | DUPL | $0.60 |
| 2 | 1/31/2008 | DUPL | $20.30 |
| 2 | 1/31/2008 | DUPL | $0.10 |
| 3 | 1/7/2008 | DUPL | $0.40 |
| 3 | 1/23/2008 | DUPL | $0.50 |
| 3 | 1/23/2008 | DUPL | $0.20 |
| 3 | 1/23/2008 | DUPL | $0.10 |
| 3 | 1/23/2008 | DUPL | $29.90 |
| 3 | 1/23/2008 | DUPL | $0.10 |
| 3 | 1/24/2008 | DUPL | $1.80 |
| 3 | 1/24/2008 | DUPL | $0.20 |
| 3 | 1/24/2008 | DUPL | $1.60 |
| 3 | 1/24/2008 | DUPL | $0.10 |
| 5 | 1/31/2008 | DUPL | $2.40 |
| 5 | 1/31/2008 | DUPL | $2.40 |
| 5 | 1/31/2008 | DUPL | $2.10 |
| 5 | 1/31/2008 | DUPL | $0.20 |
| 5 | 1/31/2008 | DUPL | $0.20 |
| 5 | 1/31/2008 | DUPL | $0.70 |
| 5 | 1/31/2008 | DUPL | $0.70 |
| 5 | 1/31/2008 | DUPL | $1.60 |
| 5 | 1/31/2008 | DUPL | $0.80 |
| 5 | 1/31/2008 | DUPL | $0.60 |
| 5 | 1/31/2008 | DUPL | $0.10 |
| 5 | 1/31/2008 | DUPL | $0.60 |
| 5 | 1/31/2008 | DUPL | $0.80 |
| 5 | 1/31/2008 | DUPL | $0.80 |
| 5 | 1/31/2008 | DUPL | $0.10 |
| 5 | 1/31/2008 | DUPL | $2.80 |
| 5 | 1/31/2008 | DUPL | $2.00 |
| 5 | 1/31/2008 | DUPL | $0.20 |
| 5 | 1/31/2008 | DUPL | $0.20 |
| 5 | 1/31/2008 | DUPL | $1.40 |
| 5 | 1/31/2008 | DUPL | $1.00 |
| 5 | 1/31/2008 | DUPL | $1.00 |
| 5 | 1/31/2008 | DUPL | $1.40 |
| 9 | 1/9/2008 | DUPL | $0.90 |
| 9 | 1/22/2008 | DUPL | $2.20 |
| 11 | 1/8/2008 | DUPL | $0.30 |
| 11 | 1/23/2008 | DUPL | $0.80 |
| 11 | 1/31/2008 | DUPL | $0.10 |
| 11 | 1/31/2008 | DUPL | $0.10 |
| 12 | 1/22/2008 | DUPL | $0.20 |
| 12 | 1/22/2008 | DUPL | $0.40 |
| 12 | 1/22/2008 | DUPL | $0.40 |
| 12 | 1/22/2008 | DUPL | $0.30 |
| 12 | 1/22/2008 | DUPL | $0.40 |
| 13 | 1/7/2008 | DUPL | $0.10 |
| 13 | 1/15/2008 | DUPL | $1.00 |
| 13 | 1/15/2008 | DUPL | $0.10 |

| | | | | |
|---|---|---|---|---|
| 13 | 1/15/2008 | | DUPL | $0.10 |
| 13 | 1/15/2008 | | DUPL | $0.20 |
| 13 | 1/15/2008 | | DUPL | $0.10 |
| 13 | 1/15/2008 | | DUPL | $0.10 |
| 13 | 1/15/2008 | | DUPL | $1.40 |
| 13 | 1/16/2008 | | DUPL | $1.00 |
| 13 | 1/22/2008 | | DUPL | $0.40 |
| 13 | 1/23/2008 | | DUPL | $0.30 |
| 13 | 1/23/2008 | | DUPL | $0.20 |
| 13 | 1/23/2008 | | DUPL | $1.00 |
| 13 | 1/29/2008 | | DUPL | $2.40 |
| 13 | 1/29/2008 | | DUPL | $27.80 |
| 13 | 1/29/2008 | | DUPL | $3.10 |
| 13 | 1/31/2008 | | DUPL | $0.50 |
| 13 | 1/31/2008 | | DUPL | $0.20 |
| 13 | 1/31/2008 | | DUPL | $0.60 |
| 13 | 1/31/2008 | | DUPL | $0.40 |
| 13 | 1/31/2008 | | DUPL | $0.70 |
| 13 | 1/31/2008 | | DUPL | $0.60 |
| 13 | 1/31/2008 | | DUPL | $0.70 |
| 13 | 1/31/2008 | | DUPL | $0.50 |
| 13 | 1/31/2008 | | DUPL | $0.50 |
| 13 | 1/31/2008 | | DUPL | $0.20 |
| 13 | 1/31/2008 | | DUPL | $0.30 |
| 13 | 1/31/2008 | | DUPL | $5.00 |
| | | | | $1,058.60 |
| 2 | 1/14/2008 | Keary, Emi | LEXI | $1,417.22 | VENDOR: LEXIS - NEXIS; INVOICE#: 0801023616; DATE: 1/31/2008 - January |
| 12 | 1/9/2008 | Zawadzki, | LEXI | $66.55 | VENDOR: LEXIS - NEXIS; INVOICE#: 0801023616; DATE: 1/31/2008 - January |
| 13 | 1/29/2008 | Grewal, Pr | LEXI | $7.34 | VENDOR: LEXIS - NEXIS; INVOICE#: 0801023616; DATE: 1/31/2008 - January |
| | | | | $1,491.11 | |
| 2 | 1/4/2008 | Keary, Emi | MEAL | $38.26 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 290365; DATE: 1/6/2008 |
| 2 | 1/3/2008 | Zawadzki, | MEAL | $20.88 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 290365; DATE: 1/6/2008 |
| 2 | 1/4/2008 | Keary, Emi | MEAL | $11.47 | VENDOR: EMMET KEARY; INVOICE#: 2; DATE: 1/14/2008 |
| 2 | 1/9/2008 | Keary, Emi | MEAL | $8.89 | VENDOR: EMMET KEARY; INVOICE#: 2; DATE: 1/14/2008 |
| 2 | 1/7/2008 | Keary, Emi | MEAL | $11.47 | VENDOR: EMMET KEARY; INVOICE#: 2; DATE: 1/14/2008 |
| 2 | 1/10/2008 | Keary, Emi | MEAL | $6.07 | VENDOR: EMMET KEARY; INVOICE#: 2; DATE: 1/14/2008 |
| 2 | 1/4/2008 | Keary, Emi | MEAL | $8.07 | VENDOR: EMMET KEARY; INVOICE#: 2; DATE: 1/14/2008 |
| 2 | 1/4/2008 | Keary, Emi | MEAL | $9.13 | VENDOR: EMMET KEARY; INVOICE#: 2; DATE: 1/14/2008 |
| 2 | 1/9/2008 | Keary, Emi | MEAL | $32.42 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 293542; DATE: 1/13/2008 |
| 2 | 1/8/2008 | Keary, Emi | MEAL | $27.34 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 293542; DATE: 1/13/2008 |
| 2 | 1/7/2008 | Keary, Emi | MEAL | $22.69 | 053645 /002 VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 293542; DATE: 1/13/2008 |
| 2 | 1/2/2008 | Indelicato, | MEAL | $16.90 | VENDOR: INDELICATO; INVOICE#: 2; DATE: 1/28/2008 |
| 2 | 1/17/2008 | Keary, Emi | MEAL | $10.51 | VENDOR: EMMET KEARY; INVOICE#: 3; DATE: 1/21/2008 |
| 2 | 1/24/2008 | Keary, Emi | MEAL | $4.00 | VENDOR: EMMET KEARY; INVOICE#: 4; DATE: 1/28/2008 |
| 2 | 1/25/2008 | Keary, Emi | MEAL | $12.55 | VENDOR: EMMET KEARY; INVOICE#: 4; DATE: 1/28/2008 |
| 2 | 1/18/2008 | Keary, Emi | MEAL | $34.42 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 294363; DATE: 1/20/2008 |
| 2 | 1/15/2008 | Keary, Emi | MEAL | $11.48 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 294363; DATE: 1/20/2008 |
| 2 | 1/25/2008 | Keary, Emi | MEAL | $36.59 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 297797; DATE: 1/27/2008 |
| 2 | 1/24/2008 | Keary, Emi | MEAL | $27.72 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 297797; DATE: 1/27/2008 |
| 2 | 1/23/2008 | Keary, Emi | MEAL | $15.92 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 297797; DATE: 1/27/2008 |
| 2 | 1/23/2008 | Zawadzki, | MEAL | $21.99 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 297797; DATE: 1/27/2008 |

| | | | | |
|---|---|---|---|---|
| 2 | 1/22/2008 | Keary, Em MEAL | $38.26 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 297797; DATE: 1/27/2008 |
| 2 | 1/22/2008 | Zawadzki, MEAL | $23.10 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 297797; DATE: 1/27/2008 |
| 2 | 1/17/2008 | Keary, Em MEAL | $10.51 | VENDOR: EMMET KEARY; INVOICE#: 5; DATE: 2/7/2008 |
| 2 | 1/31/2008 | Power, Ma MEAL | $28.78 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 300795; DATE: 2/3/2008 |
| 2 | 1/31/2008 | Keary, Em MEAL | $34.42 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 300795; DATE: 2/3/2008 |
| 2 | 1/30/2008 | Keary, Em MEAL | $34.42 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 300795; DATE: 2/3/2008 |
| 2 | 1/30/2008 | Keary, Em MEAL | $14.03 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 300795; DATE: 2/3/2008 |
| 2 | 1/29/2008 | Keary, Em MEAL | $34.42 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 300795; DATE: 2/3/2008 |
| 2 | 1/29/2008 | Zawadzki, MEAL | $28.66 | VENDOR: SEAMLESS WEB PROFESSIONAL SOLUTIONS, INC; INVOICE#: 300795; DATE: 2/3/2008 |
| 2 | 1/28/2008 | Keary, Em MEAL | $12.55 | VENDOR: EMMET KEARY; INVOICE#: 6; DATE: 2/11/2008 |
| 2 | 1/31/2008 | Keary, Em MEAL | $12.55 | VENDOR: EMMET KEARY; INVOICE#: 6; DATE: 2/11/2008 |
| | | | $660.47 | |
| 2 | 1/2/2008 | Zawadzki, TELE | $1.25 | 14043030909; 5 Mins. |
| 2 | 1/3/2008 | Zawadzki, TELE | $0.25 | 13025716753; 1 Mins. |
| 2 | 1/7/2008 | Zawadzki, TELE | $0.25 | 13025716708; 1 Mins. |
| 2 | 1/7/2008 | Schnitzer, TELE | $0.50 | 13028886888; 2 Mins. |
| 2 | 1/7/2008 | Schnitzer, TELE | $0.25 | 13025716646; 1 Mins. |
| 2 | 1/7/2008 | Schnitzer, TELE | $2.25 | 13025716753; 9 Mins. |
| 2 | 1/7/2008 | Zawadzki, TELE | $0.25 | 13025716708; 1 Mins. |
| 2 | 1/7/2008 | Schnitzer, TELE | $0.25 | 13025716552; 1 Mins. |
| 2 | 1/7/2008 | Smith, Jas TELE | $2.75 | 13022522900; 11 Mins. |
| 2 | 1/10/2008 | Schnitzer, TELE | $0.25 | 13025715003; 1 Mins. |
| 2 | 1/10/2008 | Schnitzer, TELE | $1.00 | 13025715003; 4 Mins. |
| 2 | 1/11/2008 | Keary, Em TELE | $1.00 | 13023398776; 4 Mins. |
| 2 | 1/11/2008 | Keary, Em TELE | $0.75 | 15019757985; 3 Mins. |
| 2 | 1/11/2008 | Schnitzer, TELE | $0.75 | 13025716646; 3 Mins. |
| 2 | 1/14/2008 | Smith, Jas TELE | $0.25 | 12155695415; 1 Mins. |
| 2 | 1/14/2008 | Smith, Jas TELE | $0.75 | 12155972995; 3 Mins. |
| 2 | 1/15/2008 | Keary, Em TELE | $0.75 | 14109972200; 3 Mins. |
| 2 | 1/17/2008 | Keary, Em TELE | $0.25 | 14109972200; 1 Mins. |
| 2 | 1/17/2008 | Keary, Em TELE | $0.25 | 14109972200; 1 Mins. |
| 2 | 1/17/2008 | Schnitzer, TELE | $3.25 | 13025716753; 13 Mins. |
| 2 | 1/18/2008 | Smith, Jas TELE | $1.00 | 13022522887; 4 Mins. |
| 2 | 1/18/2008 | Smith, Jas TELE | $1.00 | 18454312290; 4 Mins. |
| 2 | 1/18/2008 | Keary, Em TELE | $1.50 | 18454312215; 6 Mins. |
| 2 | 1/18/2008 | Schnitzer, TELE | $0.25 | 13025715033; 1 Mins. |
| 2 | 1/18/2008 | Smith, Jas TELE | $0.20 | 16462822500; 2 Mins. |
| 2 | 1/22/2008 | Smith, Jas TELE | $0.25 | 13025716557; 1 Mins. |
| 2 | 1/22/2008 | Schnitzer, TELE | $0.50 | 13026521100; 2 Mins. |
| 2 | 1/24/2008 | Keary, Em TELE | $0.50 | 13025716600; 2 Mins. |
| 2 | 1/24/2008 | Keary, Em TELE | $0.50 | 14023466000; 2 Mins. |
| 2 | 1/24/2008 | Keary, Em TELE | $0.25 | 13026589200; 1 Mins. |
| 2 | 1/25/2008 | Schnitzer, TELE | $0.50 | 13026567540; 2 Mins. |
| 2 | 1/25/2008 | Keary, Em TELE | $0.75 | 13025716552; 3 Mins. |
| 2 | 1/25/2008 | Zawadzki, TELE | $0.25 | 13025716621; 1 Mins. |
| 2 | 1/28/2008 | Schnitzer, TELE | $0.25 | 13025716655; 1 Mins. |
| 2 | 1/28/2008 | Keary, Em TELE | $0.75 | 13025716600; 3 Mins. |
| 2 | 1/28/2008 | Schnitzer, TELE | $2.75 | 13025715033; 11 Mins. |
| 2 | 1/28/2008 | Keary, Em TELE | $1.00 | 12155695415; 4 Mins. |
| 2 | 1/29/2008 | Keary, Em TELE | $0.25 | 12028987349; 1 Mins. |
| 2 | 1/29/2008 | Keary, Em TELE | $0.25 | 12028987349; 1 Mins. |
| 2 | 1/29/2008 | Keary, Em TELE | $0.25 | 12028987349; 1 Mins. |
| 2 | 1/29/2008 | Keary, Em TELE | $1.00 | 12028983874; 4 Mins. |
| 2 | 1/30/2008 | Keary, Em TELE | $0.25 | 12028987349; 1 Mins. |
| 2 | 1/30/2008 | Keary, Em TELE | $2.00 | 12028986856; 8 Mins. |
| 2 | 1/31/2008 | Zawadzki, TELE | $0.25 | 13025716690; 1 Mins. |
| 2 | 1/31/2008 | Zawadzki, TELE | $0.75 | 13025716621; 3 Mins. |

| | | | | |
|---|---|---|---|---|
| 2 | 1/31/2008 | Keary, Emi | TELE | $0.25 | 12028987349; 1 Mins. |
| 2 | 1/2/2008 | Schnitzer, | TELE | $4.54 | VENDOR: AMERICAN EXPRESS; INVOICE#: 030208; DATE: 3/3/2008 |
| 2 | 1/28/2008 | Keary, Emi | TELE | $8.86 | VENDOR: AMERICAN EXPRESS; INVOICE#: 030208; DATE: 3/3/2008 |
| 2 | 1/28/2008 | Keary, Emi | TELE | $160.08 | VENDOR: AMERICAN EXPRESS; INVOICE#: 030208; DATE: 3/3/2008 |
| 2 | 1/31/2008 | Power, Ma | TELE | $9.77 | VENDOR: AMERICAN EXPRESS; INVOICE#: 030208; DATE: 3/3/2008 |
| 2 | 1/18/2008 | Indelicato, | TELE | $31.50 | VENDOR: INDELICATO; INVOICE#: 7; DATE: 3/3/2008 |
| 2 | 1/28/2008 | Indelicato, | TELE | $25.00 | VENDOR: INDELICATO; INVOICE#: 7; DATE: 3/3/2008 |
| 2 | 1/18/2008 | Indelicato, | TELE | $25.00 | VENDOR: INDELICATO; INVOICE#: 7; DATE: 3/3/2008 |
| 2 | 1/18/2008 | Indelicato, | TELE | $25.00 | VENDOR: INDELICATO; INVOICE#: 7; DATE: 3/3/2008 |
| 3 | 1/2/2008 | Zawadzki, | TELE | $1.25 | 13026589141; 5 Mins. |
| 3 | 1/3/2008 | Zawadzki, | TELE | $0.25 | 13028846592; 1 Mins. |
| 6 | 1/9/2008 | Grubman, | TELE | $7.02 | VENDOR: AMERICAN EXPRESS; INVOICE#: 030208; DATE: 3/3/2008 |
| 9 | 1/28/2008 | Craner, Ka | TELE | $0.10 | VENDOR: AMERICAN EXPRESS; INVOICE#: 030208; DATE: 3/3/2008 |
| 11 | 1/2/2008 | Zawadzki, | TELE | $0.25 | 13025716708; 1 Mins. |
| 11 | 1/30/2008 | Zawadzki, | TELE | $1.25 | 13025716708; 5 Mins. |
| | | | | $334.57 | |
| 2 | 1/15/2008 | Indelicato, | TRAV | $113.00 | VENDOR: INDELICATO; INVOICE#: 2; DATE: 1/28/2008 |
| 9 | 1/4/2008 | Indelicato, | TRAV | $254.00 | VENDOR: INDELICATO; INVOICE#: 2; DATE: 1/28/2008 |
| 9 | 1/4/2008 | Indelicato, | TRAV | ($50.00) | VENDOR: INDELICATO; INVOICE#: 2; DATE: 1/28/2008 |
| 9 | 1/5/2008 | Indelicato, | TRAV | $141.00 | VENDOR: INDELICATO; INVOICE#: 2; DATE: 1/28/2008 |
| | | | | $458.00 | |
| 2 | 1/31/2008 | Keary, Emi | VELO | $2.75 | |
| | | | | $2.75 | |
| | | | | **$5,000.27** | |