## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 07-11047 (CSS) |
| American Home Mortgage Holdings, Inc., *et al.* [1] | : | (Jointly Administered) |
|  | : |  |
| Debtors | : | **Objections Due By: April 9, 2008 at 4:00 p.m.** |
|  | : | **Hearing Date: April 14, 2008 at 10:00 a.m.** |

------------------------------------------------------------

## SECOND INTERIM FEE APPLICATION OF HAHN & HESSEN, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL TO THE COMMITTEE FOR THE PERIOD FROM NOVEMBER 1, 2007 THROUGH JANUARY 31, 2008

### SUMMARY COVER SHEET

Name of Applicant: **HAHN & HESSEN LLP**

Authorized to Provide Professional
Services to: The Official Committee of Unsecured Creditors

Date of Retention: November 28, 2007 (effective August 14, 2007)

Period for which Compensation and
Reimbursement of Expenses is Sought: November 1, 2007 through January 31, 2008

Amount of Compensation sought as
actual, reasonable and necessary: $621,194.00

Amount of Expense Reimbursement sought as
actual, reasonable and necessary: $19,191.90

This is a ☐ monthly ☒ **interim** ☐ final application.

---

[1]     The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

703159-007 – 1413677.1

| SECTION 1:  FEE SUMMARY | | | | | |
|---|---|---|---|---|---|
| **Prior Applications** | | **Requested** | | **Approved/Status** | |
| No./Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| First - 11/30/2007 | 8/14/2007-8/31/2007 | $213,416.00 | $3,416.60 | Approved | Approved |
| Second - 12/5/2007 | 9/1/2007-9/30/2007 | $347,084.50 | $10,120.65 | Approved | Approved |
| Third - 12/11/2007 | 10/1/2007-10/31/2007 | $510,177.00 | $18,483.01 | Approved | Approved |
| Fourth – 3/20/2008 | 11/1/2007-11/30/2007 | $234,223.00 | $9,396.14 | Pending | Pending |
| Fifth – 3/20/2008 | 12/1/2007-12/31/2007 | $160,662.50 | $4,795.49 | Pending | Pending |
| Sixth – 3/20/2008 | 1/1/2008-1/31/2008 | $226,308.50 | $5,000.27 | Pending | Pending |

## INTERIM APPLICATIONS FILED FOR HOLDBACKS

| No./Date Filed | Period Covered | Fees Awarded | Disbursement Awarded | Status |
|---|---|---|---|---|
| First - 12/17/07 | 08/14/07-10/31/07 | $1,070,677.50 | $32.020.26 | Approved |
| Second – 3/20/08 | 11/30/07-1/31/2008 | $0.00 | $0.00 | Pending |

| Fee (100%) and Disbursement Requested for the Current Period | |
|---|---|
| **Fees** | **Disbursements** |
| $ 621,194.00 | $ 19,191.90 |

## ATTORNEY/PARAPROFESSIONAL SUMMARY

| Name of Professional | Position and (Year Licensed to Practice) | Hourly Billing Rate | Total Billed Hours | Total Fees/ Compensation |
|---|---|---|---|---|
| Jeffrey L. Schwartz | Partner (1977) | $745.00 | 17.80 | $13,261.00 |
| Don D. Grubman | Partner (1979) | $625.00 | 72.00 | $45,000.00 |
| Mark S. Indelicato | Partner (1986) | $695.00 | 262.90 | $182,715.50 |
| John P. Amato | Partner (1986) | $695.00 | 0.20 | $139.00 |
| John P. McCahey | Partner (1986) | $695.00 | 51.20 | $35,584.00 |
| Mark T. Power | Partner (1989) | $695.00 | 158.20 | $109,949.00 |
| Rhona J. Kisch | Partner (1998) | $600.00 | 3.60 | $2,160.00 |
| Edward L. Schnitzer | Associate (1998) | $465.00 | 70.60 | $32,829.00 |
| Charles Loesner | Associate (1997) | $465.00 | 3.00 | $1,395.00 |
| Marzenna Walden | Associate (2005) | $465.00 | 12.20 | $5,673.00 |
| Jeffrey Zawadzki | Associate (2004) | $325.00 | 149.60 | $48,620.00 |
| Julie M. Lazarus | Associate (2004) | $325.00 | 2.50 | $812.50 |
| Huria Naviwala | Associate (2006) | $280.00 | 0.30 | $84.00 |

| | | | | |
|---|---|---|---|---|
| Emmet Keary | Associate (2006) | $280.00 | 358.80 | $100,464.00 |
| James P. Laughlin | Special Counsel (1989) | $675.00 | 2.00 | $1,350.00 |
| Maria A. Arnott | Special Counsel (1989) | $550.00 | 4.80 | $2,640.00 |
| Gregory P. Kochansky | Special Counsel (2005) | $325.00 | 26.80 | $8,710.00 |
| Jason W. Smith | Paralegal (N/A) | $230.00 | 129.60 | $29,808.00 |
| **Grand Total:** | | | **1,326.10** | **$621,194.00** |
| **Blended Rate:** | **$468.44** | | | |
| **Blended Rate excluding Paralegals and Summer Associates:** | **$494.26** | | | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General; Case Administration | 34.40 | $10,131.50 |
| Creditors' Committee | 586.50 | $219,389.00 |
| Retentions | 19.90 | $7,192.50 |
| DIP/Investigation of Lien | 93.50 | $50,292.50 |
| Sale of Assets | 235.20 | $152,503.50 |
| Professional Fees | 87.30 | $28,650.50 |
| Litigation | 146.40 | $90,178.00 |
| Employee Issues | 66.10 | $26,490.50 |
| Plan and Disclosure Statement | 0.50 | $347.50 |
| Claims Administration | 2.50 | $1,197.50 |
| Investigation of Company | 53.80 | $34,821.00 |
| **Total:** | **1,326.10** | **$621,194.00** |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Carfare *[re: Attorney/Staff working after hours or traveling]* | SKYLINE CREDIT RIDE INC. Vital Transportation Inc. Petty Cash | $4,051.64 |
| Duplicating [at 10¢ per page] | | $2,396.30 |
| Lexis | LEXIS-NEXIS | $2,388.14 |
| Hotel Fee | | $1,564.15 |
| Long Distance Telephone | | $683.65 |
| Meals *[re: Attorney/Staff working after hours or traveling]* | | $1,517.57 |
| Travel | | $804.00 |
| Report Fee | Ellen Grauer Court Reporting Co. | $1,903.65 |
| Search Fees | Pacer Service Center | $2,032.16 |
| Telephone Conference Call | | $263.20 |
| Long Distance Telephone | | $258.22 |
| Travel | | $3,263.00 |
| Word Processing Overtime | | $78.00 |
| Velobind | | $2.75 |
| Credit/Overpayment of Expenses to First Fee Application. | | ($352.73) |
| Credit For Outside Printing CHG Inv. 133094 | | ($1,661.80) |
| **Total:** | | $19,191.90 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
| American Home Mortgage Holdings, Inc., _et al._ [2] | : Case No. 07-11047 (CSS) |
|  | : (Jointly Administered) |
|  | : |
| Debtors | : **Objections Due By: April 9, 2008 at 4:00 p.m.** |
|  | : **Hearing Date: April 14, 2008 at 10:00 a.m.** |

---------------------------------------------------------------

## SECOND INTERIM FEE APPLICATION OF HAHN & HESSEN, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL TO THE COMMITTEE FOR THE PERIOD FROM NOVEMBER 1, 2007 THROUGH JANUARY 31, 2008

TO:    THE HONORABLE CHRISTOPHER S. SONTCHI,
       UNITED STATES BANKRUPTCY JUDGE:

Pursuant to the provisions of sections 330 and 331 of Title 11, United States Code

(the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule

2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware

(the "Local Rules"), HAHN & HESSEN LLP ("H&H" or the "Applicant") makes this Second

Interim Application (the "Second Interim Fee Request") for allowance of compensation in the

amount of $621,194.00 and reimbursement of expenses in the sum of $19,191.90 incurred as co-

counsel to the Official Committee of Unsecured Creditors (the "Committee") during the period

of November 1, 2007 through January 31, 2008 (the "Second Interim Fee Period"), and in

support thereof respectfully represents:

---

[2]    The Debtors in these cases, are:  American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

## BACKGROUND

1.        On August 6, 2007 (the "Petition Date"), American Home Mortgage

Holdings, Inc., et al. and certain of its affiliates (collectively, the "Debtors") filed voluntary

petitions for reorganization under Chapter 11 of the Bankruptcy Code.  The Debtors have

continued in the management and operation of their businesses as debtors and debtors-in-

possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee has been

appointed in the Debtors' cases.

2.        On August 14, 2007, the United States Trustee for the District of Delaware

appointed the Committee, which is comprised of the following seven (7) members:  Wilmington

Trust Company; United Parcel Service, c/o The Receivable Management Services Corporation,

Its Agent; The Bank of New York Trust Company, N.A.[3]/Law Debenture Trust Company of

New York; Deutsche Bank National Trust Co.; as Trustee; Nomura Credit & Capital, Inc.; Impac

Funding Corporation; and Waldners Business Environments, Inc[4].

3.        The Committee elected Wilmington Trust Company, as Trustee, and The

Receivable Management Services Corporation, Agent for United Parcel Service, as Co-

Chairpersons of the Committee.  The Committee then selected H&H as its counsel, Blank Rome

LLP as co-counsel, and BDO Seidman as financial advisors.

4.        Pursuant to an order of this Court dated November 28, 2007, H&H was

authorized to represent the interests of the Committee under a general retainer, effective as of

August 14, 2007.

---

[3] The Bank of New York Trust Company resigned from the Committee and was replaced with Law Debenture Trust
    Company of New York pursuant to notice of the Office of the United States Trustee dated December 7, 2007.

[4] Waldner Business Environments, Inc. subsequently resigned from the Committee and has not yet been replaced.

Hahn & Hessen submits this Second Interim Application pursuant to §§ 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the United States District Court for the District of Delaware and the Administrative Order, pursuant to 11 U.S.C. §§ 105(a) and 331of the Bankruptcy Code, Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated September 3, 2007 (collectively, the "Administrative Fee Order").  By this application, Hahn & Hessen requests allowance of compensation for actual and necessary professional services during our Second Interim Fee Period rendered in the amount of $621,194.00, reimbursement of reasonable and necessary expenses in the amount of $19,191.90, payment of the 20% holdback on the monthly fee applications which are covered by this Second Interim Application, and any other unpaid fees.  The total holdback amount for this quarter is $124,238.80[5].

## MONTHLY REQUESTS FOR COMPENSATION

5.     In accordance with the Administrative Fee Order, Applicant filed requests for allowance of monthly interim compensation and reimbursement of related out-of-pocket expenses as follows:

(a) on March 20, 2008, Applicant filed its Fourth Monthly Fee Application ("Fourth Application") for the period November 1, 2007 through November 30, 2007 requesting compensation in the sum of $234,223.00 and reimbursement of expenses in the amounts of $9,396.14 respectively.  Copies of the Fourth Fee Application have previously been filed with this Court.  A Certificate of No Objection has not as yet been filed as the last day to raise an

---

[5] Applicant has just recently filed its fee applications for the periods November 1, 2007 through January 31, 2008 and expect to be paid 80% of the fee requested and 100% of disbursements upon approval of this Court if no objections are raised.

objection as not as yet passed.  As of the filing of this Second Interim Fee Request, H&H has not as yet been paid any of the fees and/or expenses requested in its Fourth Application.

(b) on March 20, 2008, Applicant filed its Fifth Monthly Fee Application ("Fifth Application") for the period December 1, 2007 through December 31, 2007 requesting compensation in the sum of $160,662.50 and reimbursement of expenses in the amount of $4,795.49 respectively.  Copies of the Fifth Fee Application have previously been filed with this Court.  A Certificate of No Objection has not as yet been filed as the last day to raise an objection has not yet passed.  As of the filing of this Second Interim Fee Request, H&H has not as yet been paid any of the fees and/or expenses requested in its Fifth Application.

(c) on March 20, 2008, Applicant filed a Sixth Monthly Fee Application ("Sixth Application") for the period January 1, 2008 through January 31, 2008 seeking compensation in the sum of $226,308.50 and expenses in the amount of $5,000.27 respectively.  Copies of the Sixth Fee Application have previously been filed with this Court.  A Certificate of No Objection has not as yet been filed as the last day to raise an objection as not as yet passed.  As of the filing of this Second Interim Fee Request, H&H has not as yet been paid any of the fees and/or expenses requested in its Sixth Application.

## SUMMARY OF H&H SERVICES
## DURING THE SECOND INTERIM FEE PERIOD

6.      H&H expended a total of 1,326.10 hours during the Second Interim Fee Period at an average hourly rate of $468.44.  The value of these services is $621,194.00.  The hourly rates for each attorney and other professionals who performed services on behalf of the Committee are set forth in detail in the chart annexed to this Application and in each of the six (6) Monthly Fee Applications previously filed.  Pursuant to Local Rule 2016-2(d), H&H's detailed contemporaneous time records attached to each monthly compensation request provide

- 4 -

detailed contemporaneous time records attached to each monthly compensation request provide narrative descriptions of all services rendered to the Committee by H&H during the Application Period, itemized by project code category as reflected in prior Monthly Fee Applications.

9.    Pursuant to the standards set forth in § 330 of the Bankruptcy Code, H&H submits that the compensation requested for its actual and necessary services and expenses is reasonable, based upon the nature, extent and value of such services, the time spent thereon, and the costs of comparable services other than in a case under the Bankruptcy Code.

## H&H'S OUT OF POCKET EXPENSES
## FOR THE SECOND INTERIM FEE PERIOD

10.    Pursuant to Local Rule 2016-2(e), Section IV of the Cover Sheet to each of H&H's Monthly Fee Applications sets forth in detail the actual and necessary out-of-pocket expenses incurred in connection with the services rendered by H&H on behalf of the Committee. Such costs include copying, long distance telephone charges, carfare, train, off site transcribing and hotel charges in connection with appearances before this Court and attendance at depositions and mediations. H&H's costs for in-house copying charges are $0.10 per page. H&H charges $1.00 per page for transmitting facsimiles/telecopies, but does not charge for the receipt of facsimile/telecopies. H&H believes its out-of-pocket expenses are reasonable and were necessarily incurred. H&H respectfully requests reimbursement thereof, to the extent not previously reimbursed.

**WHEREFORE**, H&H respectfully requests that the Court: (i) approve this Second Interim Fee Application in the amount of $621,194.00 and reimbursement of expenses in the total amount of $19,191.90; and (ii) enter any other and further relief as the Court deems to be just and proper.

Dated: New York, New York
      March 20, 2008

                                   **HAHN & HESSEN LLP**
                                   Co-Counsel to The Official Committee of
                                   Unsecured Creditors of American Home Mortgage
                                   Holdings, Inc., _et al._

                                   By:                          
                                          Mark S. Indelicato
                                          A Member of the Firm
                                          488 Madison Avenue
                                          New York, NY  10022

- 6 -