IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE :
HOLDINGS, INC., et al., : Objection Deadline: April 7, 2008 at 4:00 p.m. EDT
: Hearing Date: April 14, 2008 at 10:00 a.m. EDT
Debtors. :
:
---------------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on March 14th, 2008 the Official Committee of Unsecured Creditors and Bank of America, N.A., as Administrative Agent, by and through their undersigned counsel, filed the *Joint Motion of the Official Committee of Unsecured Creditors and Bank of America, N.A., as Administrative Agent, for Entry of Final Stipulation and Order Resolving all Remaining Issues with Respect to the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [D.I. 3318] (the "Motion").[1]

PLEASE TAKE FURTHER NOTICE that objections to the Motion must be filed and served upon undersigned counsel on or before **April 7, 2008 at 4:00 p.m. EDT**

PLEASE TAKE FURTHER NOTICE that a Hearing on the Motion will be held on **April 14, 2008 at 10:00 a.m. EDT** before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that if you fail to respond in accordance with this notice, the Court may grant the relief demanded by the Motion without further notice or hearing.

Dated: March 20, 2008

/s/David W. Carickhoff
BLANK ROME LLP
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6423

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Mark T. Power
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Official Committee of Unsecured Creditors*

POTTER ANDERSON & CORROON LLP
Laurie Selber Silverstein (No. 2396)
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000

-and-

KAYE SCHOLER LLP
Margot B. Schonholtz
Mark F. Liscio
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Counsel for Bank of America, N.A. as Administrative Agent under that certain Second Amended and Restated Credit Agreement, dated as of August 10, 2006*

PAC#856350

---

[1] Exhibit A to the Motion is the *Final Stipulation and Order Resolving All Remaining Issues with Respect to the Final Order (i) Authorizing Debtors' Limited Use of Cash Collateral and (ii) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties*. Any party may request a copy of the exhibits to Exhibit A by contacting Barbara Sitaras at 302-984-6103 or bsitaras@potteranderson.com