# EXHIBIT A

WIL:71216.1/1-102017

EXHIBIT A

THE SECURITIES

### AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-SD1

(a) Class OT-1
(b) Class I-M-5           CUSIP 02660 THR7
(c) Class I-M-4           CUSIP 02660 THQ7
(d) Class II-M-4          CUSIP 02660 THW6
(e) Class II-M5-5         CUSIP 02660 THX 4

### AMERICAN HOME MORTGAGE INVESTMENT TRUST 2006-2

(f) Class OT-2

### AMERICAN HOME MORTGAGE INVESTMENT TRUST 2007-A SD1

(g) Class IV-M-5          CUSIP 026933 AF8
(h) Class IV-M-6          CUSIP 026933 A66
(i) Class OT 07A
(j) Class M-5             CUSIP 026931 AP0
(k) Class IV-M-4          CUSIP 026933 AE1
(l) Class AM-3            CUSIP 026931 AJ4
(m) Class OT SD1
(n) Class AM-2            CUSIP 026931 AH8
(o) Class M-6             CUSIP 026931 AQ8
(p) Class OT-1
(q) Class X-1             CUSIP 026932 AV7

### AMERICAN HOME MORTGAGE ASSETS LLC TRUST 2007-3

(r) Class 2R-1            CUSIP 026935 BB1
(s) Class 2RX-1           CUSIP 026935 BC9
(t) Class 3R-1            CUSIP 026935 BF2
(u) Class 3RY-1           CUSIP 026935 B60
(v) Class 1R-1            CUSIP 026935 AX4
(w) Class 1RX-1           CUSIP 026935 AY2

### AMERICAN HOME MORTGAGE ASSETS TRUST 2007-SD2

(x) Class B-1             CUSIP 02662 AA67
(s) Class OT-1