# EXHIBIT C

APPENDIX A
DEFINITIONS

**Accepted Master Servicing Practices**: With respect to any Mortgage Loan other than a HELOC Mortgage Loan, those customary mortgage master servicing practices of prudent mortgage servicing institutions that master service mortgage loans of the same type and quality as such Mortgage Loan in the jurisdiction where the related Mortgaged Property is located, to the extent applicable to the Indenture Trustee or the RMBS Master Servicer (except in its capacity as successor to the RMBS Servicer).

**Accepted Servicing Practices**:   The HELOC Servicer's normal servicing practices in servicing and administering revolving HELOC Mortgage Loans for its own account, which in general will conform to the mortgage servicing practices of prudent mortgage lending institutions which service for their own account, Mortgage Loans of the same type as the Mortgage Loans in the jurisdictions in which the related Mortgaged Properties are located.

**Accrual Period**: With respect to any Payment Date and the Class IV-A Notes, the period from the preceding Payment Date (or in the case of the first Payment Date, from the Closing Date) through the day preceding such Payment Date. Accrued Note Interest for the Class IV-A Notes shall be calculated on the basis of the actual number of days in the Accrual Period and a 360-day year.  With respect to any Payment Date and the Class IV-M-1, Class IV-M-2 and Class IV-M-3 Notes, the prior calendar month. Accrued Note Interest on the Class IV-M-1, Class IV-M-2 and Class IV-M-3 Notes shall be calculated on the basis of a 360-day year consisting of twelve 30-day months.

**Accrued Note Interest**: With respect to any Payment Date and each Class of Notes (other than the Class IV-M-4, Class IV-M-5 and Class IV-M-6 Notes), interest accrued during the related Accrual Period at the then-applicable Note Interest Rate on the related Note Principal Balance thereof immediately prior to such Payment Date, plus any Accrued Note Interest remaining unpaid from any prior Payment Date with interest thereon at the related Note Interest Rate.

**Additional Balance**: As to any HELOC Mortgage Loan and date of determination, the aggregate amount of all Draws conveyed to the Trust pursuant to the Mortgage Loan Purchase Agreement.

**Affiliate**: With respect to any Person, any other Person controlling, controlled by or under common control with such Person. For purposes of this definition, "control" means the power to direct the management and policies of a Person, directly or indirectly, whether through ownership of voting securities, by contract or otherwise and "controlling" and "controlled" shall have meanings correlative to the foregoing.

**AHMIC**: American Home Mortgage Investment Corp.

**Allocated Realized Loss Amount**: With respect to any Class of Class IV-M Notes and any Payment Date, an amount equal to the sum of any Realized Loss allocated to that Class of Notes on that Payment Date and any Allocated Realized Loss Amount for that Class remaining

unpaid from the previous Payment Dates, in each case, with interest thereon at the applicable Note Interest Rate for such Payment Date for such Class for the related Accrual Period.

American Home: American Home Mortgage Investment Corp., together with its direct or indirect wholly-owned subsidiaries.

Appraised Value: The appraised value of a Mortgaged Property based upon the appraisal made by or for the Seller, in compliance with the Seller's underwriting criteria, of such Mortgaged Property at such time of origination. With respect to a Mortgage Loan, the proceeds of which were used to refinance an existing Mortgage Loan, the appraised value of the Mortgaged Property based upon the appraisal obtained at the time of refinancing.

ARM Loans: At any time, collectively, all the Mortgage Loans which have adjustable Mortgage Rates.

Assignment of Mortgage: An assignment of Mortgage, notice of transfer or equivalent instrument, in recordable form, which is sufficient under the laws of the jurisdiction wherein the related Mortgaged Property is located to reflect of record the sale of the Mortgage, which assignment, notice of transfer or equivalent instrument may be in the form of one or more blanket assignments covering Mortgages secured by Mortgaged Properties located in the same county, if permitted by law.

Authorized Newspaper: A newspaper of general circulation in the Borough of Manhattan, The City of New York, printed in the English language and customarily published on each Business Day, whether or not published on Saturdays, Sundays or holidays.

Authorized Officer: With respect to the Issuing Entity, any officer of the Owner Trustee who is authorized to act for the Owner Trustee in matters relating to the Issuing Entity and who is identified on the list of Authorized Officers delivered by the Owner Trustee to the Indenture Trustee on the Closing Date (as such list may be modified or supplemented from time to time thereafter).

Bankruptcy Code: The Bankruptcy Code of 1978, as amended.

Basic Documents: The Trust Agreement, the Certificate of Trust, the Indenture, the Notes, the Trust Certificates, the HELOC Back-Up Servicing Agreement, the HELOC Servicing Agreement, the RMBS Master Servicing Agreement, the RMBS Servicing Agreement, the Mortgage Loan Purchase Agreement, the Cap Agreement and the other documents and certificates delivered in connection with any of the above.

Beneficial Owner: With respect to any Book-Entry Note, the Person who is the beneficial owner of such Note as reflected on the books of the Depository or on the books of a Person maintaining an account with such Depository (directly as a Depository Participant or indirectly through a Depository Participant, in accordance with the rules of such Depository).

2

Book-Entry Notes: The Class IV-A, Class IV-M-1, Class IV-M-2 and Class IV-M-3 Notes, the beneficial ownership and transfers of which shall be made through book entries by the Depository as described in Section 4.06 of the Indenture.

Business Day: Any day other than (i) a Saturday or a Sunday or (ii) a day on which banking institutions in the States of Minnesota, New York, Delaware or Maryland or in the city in which a Corporate Trust Office is located, is required or authorized by law to be closed.

Calendar Quarter: A calendar quarter shall consist of one of the following time periods in any given year: January 1 through March 31, April 1 through June 30, July 1 though September 30, and October 1 through December 31.

Cash Liquidation: As to any defaulted Mortgage Loan other than a Mortgage Loan as to which an REO Acquisition occurred, a determination by the Servicer evidenced in a certificate of a Servicing Officer that it has received all Insurance Proceeds, Liquidation Proceeds and other payments or cash recoveries which the Servicer reasonably and in good faith expects to be finally recoverable with respect to such Mortgage Loan.

Certificate Distribution Account: The account or accounts created and maintained pursuant to Section 3.10(c) of the Trust Agreement. The Certificate Distribution Account shall be an Eligible Account.

Certificate Paying Agent: Initially, the Securities Administrator.

Certificate Percentage Interest: With respect to each Certificate, the Certificate Percentage Interest stated on the face thereof.

Certificate Register: The register maintained by the Certificate Registrar in which the Certificate Registrar shall provide for the registration of Certificates and of transfers and exchanges of Certificates.

Certificate Registrar: Initially, the Securities Administrator.

Certificate of Trust: The Certificate of Trust filed for the Trust pursuant to Section 3810(a) of the Statutory Trust Statute.

Certificates or Trust Certificates: The American Home Mortgage Investment Trust 2007-SD1 Trust Certificates, Series 2007-SD1, evidencing the beneficial ownership interest in the Issuing Entity and executed by the Owner Trustee in substantially the form set forth in Exhibit A to the Trust Agreement.

Certificateholder or Holder:  The Person in whose name a Certificate is registered in the Certificate Register. Owners of Certificates that have been pledged in good faith may be regarded as Holders if the pledgee establishes to the satisfaction of the Certificate Registrar or the Owner Trustee, as the case may be, the pledgee's right so to act with respect to such Certificates and that the pledge is not the Issuer, any other obligor upon the Certificates or any Affiliate of any of the foregoing Persons.

3

Charge-Off Amount: For any Charged-Off HELOC Mortgage Loan, the amount of the Stated Principal Balance that has been written down, as reported by the HELOC Servicer to the Securities Administrator.

Charged-Off HELOC: A HELOC with a balance that has been written down to zero on the HELOC Servicer's servicing system in accordance with its policies and procedures and any HELOC that is more than 180 days past due.

Class: Any of the Class IV-A Notes or Class IV-M Notes.

Class IV-A Cap Contract: The cap contract, dated as of March 13, 2007, between the Owner Trustee on behalf of the Issuing Entity and the Class IV-A Cap Contract Provider, including any schedule, confirmations, credit support annex or other credit support document relating thereto, and attached hereto as Exhibit D.

Class IV-A Cap Contract Provider: The cap provider under the Class IV-A Cap Contract. Initially, the Cap Provider shall be Bear Stearns Financial Products Inc.

Class IV-A Cap Contract Provider Termination Event:  A termination event pursuant to the Class IV-A Cap Contract.

Class IV-A Cap Credit Support Annex:  The credit support annex, dated as of March 13, 2007, between Owner Trustee on behalf of the Issuing Entity and the Class IV-A Cap Contract Provider, which is annexed to and forms part of the Class IV-A Cap Contract.

Class IV-A Notes: The Class IV-A Notes in the form attached as Exhibit A-1 to the Indenture.

Class IV-M Notes:  The Class IV-M-1, Class IV-M-2, Class IV-M-3, Class IV-M-4, Class IV-M-5 and Class IV-M-6 Notes, in the form attached as Exhibit A-2 to the Indenture.

Clearing Agency: An organization registered as a "clearing agency" pursuant to Section 17A of the Securities and Exchange Act of 1934, as amended, which initially shall be the Depository.

Closing Date: March 13, 2007.

Code: The Internal Revenue Code of 1986, as amended, and the rules and regulations promulgated thereunder.

Collateral: The meaning specified in the Granting Clause of the Indenture.

Collection Account: The account or accounts created and maintained by the HELOC Servicer pursuant to Section 3.06 of the HELOC Servicing Agreement. Each Collection Account shall be an Eligible Account.

Commission: The Securities and Exchange Commission.

4

Compensating Interest: With respect to any Payment Date, the amount of any Prepayment Interest Shortfalls resulting from prepayments in full or in part during the preceding calendar month on the related Mortgage Loans (other than the Non-performing Mortgage Loans) required to be paid by the RMBS Servicer pursuant to the RMBS Servicing Agreement and, in case the RMBS Servicer fails to do so, by the RMBS Master Servicer, pursuant to Section 4.05 of the Master Servicer Agreement, but only to the extent such Prepayment Interest Shortfalls do not exceed the RMBS Servicing Fee for such Payment Date for Loan Group IV or amounts paid or required to be paid by the RMBS Servicer or, in the case of the RMBS Master Servicer is required to make such payment, do not exceed the RMBS Master Servicer Compensation for such Payment Date.

Corporate Trust Office: With respect to the Indenture Trustee, the principal corporate trust office of the Indenture Trustee at which at any particular time its corporate trust business shall be administered, which office at the date of the execution of this instrument is located at 1791 East St. Andrew Place, Santa Ana, California 92705, Attention: Trust Administration - AH07S1. The Indenture Trustee shall notify all Noteholders of any change in the location of the Corporate Trust Office. With respect to the Owner Trustee, the principal corporate trust office of the Owner Trustee at which at any particular time its corporate trust business shall be administered, which office at the date of the execution of this Trust Agreement is located at Wilmington Trust Company, Rodney Square North, 1100 North Market Street, Wilmington, Delaware 19801, Attention: American Home Mortgage Investment Trust 2007-SD1.  With respect to the Securities Administrator, for purposes of the transfer and exchange of the Notes and Trust Certificates, the office located at Sixth Street and Marquette Avenue, Minneapolis, Minnesota 55479, Attention: AHMIT 2007-SD1, and for all other purposes the office located at 9062 Old Annapolis Road, Columbia, MD 21045.

CPR:  A constant rate of prepayment on the Mortgage Loans or HELOCs.

Credit Limit: With respect to any HELOC, the maximum unpaid principal balance permitted under the terms of the related Mortgage Note.

Credit Line Agreement: With respect to any HELOC, the credit line account agreement executed by the related Mortgagor and any amendment or modification thereof.

Cumulative Losses: As to any Payment Date and the Mortgage Loans, the cumulative aggregate amount of Realized Losses on the Mortgage Loans from the Cut-off Date through the end of the calendar month immediately preceding such Payment Date.

Cut-off Date: February 1, 2007.

Cut-off Date Principal Balance: With respect to any Mortgage Loan that is not a HELOC, the unpaid principal balance thereof as of the Cut-off Date after applying the principal portion of Monthly Payments due on or before such date, whether or not received, and without regard to any payments due after such date. With respect to any HELOC, the unpaid principal balance thereof as of the Cut-off Date.

[TPW: NYLEGAL:412015.7] 20117-00030  04/11/2006 04:15 PM

Debt Service Reduction: With respect to any Mortgage Loan, a reduction in the scheduled Monthly Payment for such Mortgage Loan by a court of competent jurisdiction in a proceeding under the Bankruptcy Code, except such a reduction constituting a Deficient Valuation or any reduction that results in a permanent forgiveness of principal.

Default: Any occurrence which with notice or the lapse of time or both would become an Event of Default.

Default Penalty Rate Balance: The Stated Principal Balance of any HELOC with respect to which the Default Penalty Rate Feature is in effect.

Default Penalty Rate Feature: A feature that permits the HELOC Servicer to increase the HELOC Loan Rate on a Delinquent HELOC.

Deficient Valuation: With respect to any Mortgage Loan, a valuation by a court of competent jurisdiction of the Mortgaged Property in an amount less than the then outstanding indebtedness under the Mortgage Loan, or any reduction in the amount of principal to be paid in connection with any scheduled Monthly Payment that constitutes a permanent forgiveness of principal, which valuation or reduction results from a proceeding under the Bankruptcy Code.

Definitive Notes: The meaning specified in Section 4.06 of the Indenture.

Deleted Mortgage Loan: A Mortgage Loan replaced or to be replaced with an Eligible Substitute Mortgage Loan.

Delinquency Rate: For any month, the fraction, expressed as a percentage, the numerator of which is the aggregate outstanding principal balance of all Mortgage Loans 60 or more days delinquent, or, in the case of any HELOC, 90 or more days delinquent (including all foreclosures, Mortgage Loans subject to bankruptcy proceedings and REO Properties), in accordance with the OTS Method, as of the close of business on the last day of such month, as reported by the Servicer to the Securities Administrator, and the denominator of which is the aggregate Stated Principal Balance of the Mortgage Loans or HELOCs, as applicable, as of the close of business on the last day of such month.

Delinquent HELOC Mortgage Loan: A HELOC Mortgage Loan is delinquent or is a Delinquent HELOC Mortgage Loan, in accordance with the OTS Method, as reported by the applicable Servicer to the Securities Administrator, if the Monthly Payment due thereon is not received by the close of business on the day the related Monthly Payment is scheduled to be made in accordance with the related Mortgage Note and until such delinquency is subsequently cured.

Depositor: American Home Mortgage Securities LLC, a Delaware limited liability company, or its successor in interest.

Depository or Depository Agency: The Depository Trust Company or a successor appointed by the Securities Administrator. Any successor to the Depository shall be an

6

organization registered as a "clearing agency" pursuant to Section 17A of the Exchange Act and the regulations of the Commission thereunder.

Depository Agreement: With respect to the Class of Book-Entry Notes, the agreement among the Issuer, the Securities Administrator and the initial Depository, dated as of the Closing Date.

Depository Participant: A Person for whom, from time to time, the Depository effects book-entry transfers and pledges of securities deposited with the Depository.

Determination Date: With respect to any Payment Date, the 15th of the related month, or if the 15th day of such month is not a Business Day, the immediately preceding Business Day.

Draw: With respect to any HELOC, an additional borrowing by the related Mortgagor subsequent to the Cut-off Date in accordance with the related Mortgage Note.

Draw Period: With respect to any HELOC, the period during which the related Mortgage is permitted to make Draws.

Due Date: With respect to each Mortgage Loan or HELOC, the date in each month on which its Monthly Payment is due, exclusive of any days of grace.

Due Period:  With respect to any Payment Date and the Mortgage Loans, the period commencing on the second day of the month immediately preceding the month in which such Payment Date occurs and ending on the first day of the month in which such Payment Date occurs. With respect to any Payment Date and the HELOCs, the period commencing on the 11th of the month immediately preceding the month in which such Payment Date occurs and ending on the 10th of the month in which such Payment Date occurs, or, in the case of the first Due Period, the period commencing on February 1, 2007 and ending on March 10th, 2007.

Eligible Account: Either (i) an account maintained with a federal or state chartered depository institution or trust company having corporate trust powers, the short term deposit or debt obligations of which (or of such institution's parent holding company) are rated at least A-1 by S&P at the time of any deposit therein and the long term deposit or debt obligations of which (or of such institution's parent holding company) are rated in one of the three highest long term rating categories of S&P at the time of deposit therein or (ii) an account maintained with the corporate trust department of a federal depository institution or state-chartered depository institution subject to regulations regarding fiduciary funds on deposit similar to Title 12 of the U.S. Code of Federal Regulations Section 9.10(b), which, in either case, has corporate trust powers and is acting in its fiduciary capacity. Eligible Accounts may be with the Indenture Trustee or the Securities Administrator (provided that it otherwise meets the requirements of the foregoing definition) and may bear interest.

Each Eligible Account shall be separate and identifiable, segregated from all other accounts maintained with the holding institution. Such Eligible Account shall not be evidenced by a certificate of deposit, a passbook, or other instrument.

7

<u>Eligible Investments</u>: One or more of the following:

        (i)     obligations of or guaranteed as to principal and interest by the United States or any agency or instrumentality thereof when such obligations are backed by the full faith and credit of the United States;

        (ii)     repurchase agreements on obligations specified in clause (i) maturing not more than one month from the date of acquisition thereof, provided that the unsecured obligations of the party agreeing to repurchase such obligations are at the time rated by the Rating Agencies in their respective highest short-term rating available;

        (iii)     federal funds, certificates of deposit, demand deposits, time deposits and bankers' acceptances (which shall each have an original maturity of not more than 90 days and, in the case of bankers' acceptances, shall in no event have an original maturity of more than 365 days or a remaining maturity of more than 30 days) denominated in United States dollars of any U.S. depository institution or trust company incorporated under the laws of the United States or any state thereof or of any domestic branch of a foreign depository institution or trust company; provided that the debt obligations of such depository institution or trust company (or, if the only Rating Agency is Standard & Poor's, in the case of the principal depository institution in a depository institution holding company, debt obligations of the depository institution holding company) at the date of acquisition thereof have been rated by the Rating Agencies in their respective highest short-term rating available; and provided further that, if the only Rating Agency is Standard & Poor's and if the depository or trust company is a principal subsidiary of a bank holding company and the debt obligations of such subsidiary are not separately rated, the applicable rating shall be that of the bank holding company; and, provided further that, if the original maturity of such short-term obligations of a domestic branch of a foreign depository institution or trust company shall exceed 30 days, the short-term rating of such institution shall be A-1+ in the case of Standard & Poor's if Standard & Poor's is the Rating Agency;

        (iv)     commercial paper (having original maturities of not more than 365 days) of any corporation incorporated under the laws of the United States or any state thereof which on the date of acquisition has been rated by Moody's, Standard & Poor's and Fitch Ratings in their highest short-term ratings available; provided that such commercial paper shall have a remaining maturity of not more than 30 days;

        (v)     a money market fund or a qualified investment fund rated by Moody's and Fitch Ratings in its highest long-term ratings available, if so rated, and rated AAAm or AAAm-G by Standard & Poor's, including any such funds for which Wells Fargo Bank, National Association or Deutsche Bank National Trust Company (or any successor thereto) or any affiliate thereof serves as an investment advisor, manager, administrator, shareholder, servicing agent, and/or custodian or sub-custodian; and

        (vi)     other obligations or securities that are acceptable to each Rating Agency as a Permitted Investment hereunder and will not reduce the rating assigned to

8

any Class of Notes by such Rating Agency below the lower of the then-current rating or the rating assigned to such Notes as of the Closing Date by such Rating Agency, as evidenced in writing; and

(vii)    any investment approved in writing by each of the Rating Agencies.

Each of the Indenture Trustee and the Securities Administrator may purchase from or sell to itself or an affiliate, as principal or agent, the Eligible Investments listed above.

provided, however, that no instrument shall be an Eligible Investment if it represents, either (1) the right to receive only interest payments with respect to the underlying debt instrument or (2) the right to receive both principal and interest payments derived from obligations underlying such instrument and the principal and interest payments with respect to such instrument provide a yield to maturity greater than 120% of the yield to maturity at par of such underlying obligations.

Eligible Substitute Mortgage Loan: A Mortgage Loan substituted by the Seller for a Deleted Mortgage Loan which must, on the date of such substitution, as confirmed in an Officer's Certificate delivered to the Indenture Trustee, (i) have an outstanding principal balance, after deduction of the principal portion of the monthly payment due in the month of substitution (or in the case of a substitution of more than one Mortgage Loan for a Deleted Mortgage Loan, an aggregate outstanding principal balance, after such deduction), not in excess of the outstanding principal balance of the Deleted Mortgage Loan (the amount of any shortfall to be deposited by the Seller in the Protected Account in the month of substitution); (ii) comply with each non-statistical representation and warranty set forth in Section 3.1(b) of the Mortgage Loan Purchase Agreement as of the date of substitution; (iii) have a Mortgage Rate no lower than and not more than 1% per annum higher than the Mortgage Rate of the Deleted Mortgage Loan as of the date of substitution; (iv) have a Loan-to-Value Ratio, or Combined-Loan-to-Value Ratio, in the case of a HELOC Mortgage Loan, at the time of substitution no higher than that of the Deleted Mortgage Loan at the time of substitution; (v) have a remaining term to stated maturity not greater than (and not more than one year less than) that of the Deleted Mortgage Loan; (vi) not be 30 days or more delinquent; (vii) be an adjustable-rate first lien Mortgage Loan, if being substituted for an ARM Loan; (viii) be a fixed-rate first lien Mortgage Loan, if being substituted for a Fixed Rate Loan; (ix) in the case of a HELOC Mortgage Loan, have a Maximum Mortgage Rate based on the Index, determined in accordance with then current underwriting standards; (x) in the case of a HELOC Mortgage Loan, have a Margin that is not less than the Margin of the Deleted Mortgage Loan and not more than 1% higher than the Margin for the Deleted Mortgage Loan and (xi) in the case of a HELOC Mortgage Loan, have a Mortgage of the same or higher level of priority as the Mortgage relating to the Deleted Mortgage Loan as of the date of substitution.

ERISA: The Employee Retirement Income Security Act of 1974, as amended.

Event of Default: Any one of the following: (a) the failure by the Issuer to pay the full amount of the Accrued Note Interest on any Class of Notes (other than as a result of Realized

9

Losses), with respect to a Payment Date on such Payment Date; (b) a default by the Issuer in the observance of certain negative covenants in the Indenture; (c) a default by the Issuer in the observance of any other covenant of the Indenture, and the continuation of any such default for a period of thirty days after notice to the Issuer by the Indenture Trustee; (d) any representation or warranty made by the Issuer in the Indenture or in any Note or other writing delivered pursuant thereto having been incorrect in a material respect as of the time made, and the circumstance in respect of which such representation or warranty is incorrect not having been cured within thirty days after notice thereof is given to the Issuer by the Indenture Trustee or by the Holders of at least 25% of the aggregate Note Principal Balance of the Notes, as applicable; (e) certain events of bankruptcy, insolvency, receivership or reorganization of the Issuer; or (f) the failure by the Issuer on the Final Scheduled Payment Date to pay all Accrued Note Interest and to reduce the Note Principal Balances of all of the Notes to zero.

Event of RMBS Master Servicer Termination: With respect to the RMBS Master Servicing Agreement, a RMBS Servicing Default as defined in Section 6.01 of the RMBS Master Servicing Agreement.

Exchange Act: The Securities Exchange Act of 1934, as amended, and the rules and regulations promulgated thereunder.

Expenses: The meaning specified in Section 7.02 of the Trust Agreement.

Fannie Mae: Fannie Mae (formerly, the Federal National Mortgage Association), or any successor thereto.

FDIC: The Federal Deposit Insurance Corporation or any successor thereto.

Final Certification: The final certification delivered by the Indenture Trustee pursuant to Section 2.03(a) of the Indenture and in the form attached as Exhibit I thereto.

Final Scheduled Payment Date: The Payment Date occurring in July 2046.

Fixed Rate Loans: At any time, collectively, all the Mortgage Loans and HELOCs which have fixed Mortgage Rates, as specified on the Mortgage Loan Schedule and HELOC Loan Schedule.

Fixed Rate Notes: The Class IV-M-1, Class IV-M-2 and Class IV-M-3 Notes.

Foreclosure Profit: With respect to a Liquidated Mortgage Loan that is not a HELOC Mortgage Loan, the amount, if any, by which (i) the aggregate of its Net Liquidation Proceeds exceeds (ii) the related Stated Principal Balance (plus accrued and unpaid interest thereon at the applicable Mortgage Rate from the date interest was last paid through the date of receipt of the final Liquidation Proceeds) of such Liquidated Mortgage Loan immediately prior to the final recovery of its Liquidation Proceeds. With respect to a Liquidated Mortgage Loan that is a HELOC Mortgage Loan, the amount, if any, by which (i) the related aggregate Net Recoveries exceed (ii) the related Stated Principal Balance (without giving effect to any reduction thereto in respect of any prior Charge-Off Amounts) immediately prior to receipt of the final Recoveries

10

plus accrued and unpaid interest thereon at the applicable Mortgage Rate from the date interest was last paid through the date of receipt of the final Recoveries.

Freddie Mac: Freddie Mac (also known as the Federal Home Loan Mortgage Corporation), or any successor thereto.

Grant: Pledge, bargain, sell, warrant, alienate, remise, release, convey, assign, transfer, create, and grant a lien upon and a security interest in and right of set-off against, deposit, set over and confirm pursuant to the Indenture. A Grant of the Collateral or of any other agreement or instrument shall include all rights, powers and options (but none of the obligations) of the granting party thereunder, including the immediate and continuing right to claim for, collect, receive and give receipt for principal and interest payments in respect of such collateral or other agreement or instrument and all other moneys payable thereunder, to give and receive notices and other communications, to make waivers or other agreements, to exercise all rights and options, to bring proceedings in the name of the granting party or otherwise, and generally to do and receive anything that the granting party is or may be entitled to do or receive thereunder or with respect thereto.

Gross Margin: With respect to any ARM Loan, the percentage set forth as the "Gross Margin" for such Mortgage Loan on the Mortgage Loan Schedule, as adjusted from time to time in accordance with the terms of the Servicing Agreement.

Group IV Available Funds:  For any Payment Date, an amount that includes (1) all previously undistributed principal and interest portions of scheduled payments, principal prepayments and the principal and interest portions of net liquidation proceeds with respect to the Mortgage Loans and HELOCs, (2) any Monthly Advances and Compensating Interest payments made by the RMBS Master Servicer or RMBS Servicer for such Payment Date in respect of the Mortgage Loans, (3) any arrearages collected by the HELOCs Servicer on the HELOCs, (4) any amounts reimbursed by the RMBS Master Servicer and the Servicers in connection with losses on Eligible Investments of funds in the Payment Account or Protected Account, as applicable, and (5) if necessary, any amounts on deposit in the Group IV Reserve Fund, minus (i) any fees payable to, and amounts reimbursable to the RMBS Master Servicer, Servicers, the Back-Up HELOC Servicer, the HELOC Back-Up Servicer, the Securities Administrator, the Owner Trustee and the Indenture Trustee and (ii) any Negative Amortization Amount.

Group IV Cap Collateral Account:  The meaning specified in Section 6.23 of the Indenture.

Group IV Cap Custodian:  The meaning specified in Section 6.23 of the Indenture.

Group IV Cut-Off Date Balance: The aggregate Stated Principal Balance of the Group IV Loans as of the Cut-Off Date.

Group IV Loan: A Mortgage Loan or HELOC in Loan Group IV.

[TPW: NYLEGAL:412015.7] 20117-00030  04/11/2006 04:15 PM

Group IV Notes or Notes: The Class IV-A, Class IV-M-1, Class IV-M-2, Class IV-M-3, Class IV-M-4, Class IV-M-5 and Class IV-M-6 Notes.

Group IV Principal Distribution Amount:  For any Payment Date, the lesser of (a) the excess of (i) the Group IV Available Funds for such Payment Date over (ii) the aggregate amount of Accrued Note Interest for the Class IV-A Notes and Class IV-M Notes, for such Payment Date and (b) the Principal Remittance Amount for the Group IV Loans for such Payment Date.

Group IV Reserve Fund:    An Eligible Account established by the Securities Administrator pursuant to the Indenture for the benefit of the Holders of the Notes.

Hazardous Materials: Any dangerous, toxic or hazardous pollutants, chemicals, wastes, or substances, including, without limitation, those so identified pursuant to the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. Section 9601 et seq., or any other environmental laws now existing, and specifically including, without limitation, asbestos and asbestos-containing materials, polychlorinated biphenyls, radon gas, petroleum and petroleum products, urea formaldehyde and any substances classified as being "in inventory", "usable work in progress" or similar classification which would, if classified unusable, be included in the foregoing definition.

HELOC or HELOC Mortgage Loans:  The HELOC Mortgage Loans identified on the HELOC Mortgage Loan Schedule.

HELOC Back-Up Servicer: GMAC Mortgage, LLC, a Pennsylvania corporation, and its successors and assigns.

HELOC Back-Up Servicing Agreement: The HELOC Back-Up Servicing Agreement dated as of March 13, 2007, among the HELOC Back-Up Servicer, the Indenture Trustee and the Issuing Entity.

HELOC Back-Up Servicing Fee: With respect to each HELOC and any Payment Date, the fee payable monthly to the HELOC Back-Up Servicer pursuant to the HELOC Back-Up Servicing Agreement in respect of back-up servicing compensation that accrues at an annual rate equal to the HELOC Back-Up Servicing Fee Rate multiplied by the Stated Principal Balance of such HELOC as of the first day of the related Due Period.

HELOC Back-Up Servicing Fee Rate:  With respect to each HELOC, 0.04%  per annum.

HELOC Mortgage Loan Schedule:  The schedule of HELOC Mortgage Loans attached as Exhibit A to the HELOC Servicing Agreement.

HELOC Servicer:  American Home Mortgage Acceptance, Inc., a Maryland corporation, and its successors and assigns.

[TPW: NYLEGAL:412015.7] 20117-00030  04/11/2006 04:15 PM

HELOC Servicer Remittance Date:  The twentieth (20th) calendar day of each month or, if such twentieth (20th) day is not a Business Day, then the Business Day immediately preceding such twentieth (20th) day of the month.

HELOC Servicing Agreement:  The Servicing Agreement, dated as of March 13, 2007, among the HELOC Servicer, HELOC Back-Up Servicer, Sponsor, Indenture Trustee and Issuing Entity.

HELOC Servicing Fee: With respect to each HELOC and any Payment Date, the fee payable monthly to the HELOC Servicer in respect of servicing compensation that accrues at an annual rate equal to the HELOC Servicing Fee Rate multiplied by the Stated Principal Balance of such HELOC as of the related Due Date in the related Due Period.

HELOC Servicing Fee Rate: With respect to any HELOC, 0.50% per annum.

Indemnified Party: The meaning specified in Section 7.02 of the Trust Agreement.

Indenture: The indenture dated as of March 13, 2007, between the Issuing Entity, the Securities Administrator and the Indenture Trustee, relating to the American Home Mortgage Investment Trust 2007-SD1 Notes.

Indenture Trustee:  Deutsche Bank National Trust Company, and its successors and assigns or any successor indenture trustee appointed pursuant to the terms of the Indenture.

Independent: When used with respect to any specified Person, the Person (i) is in fact independent of the Issuing Entity, any other obligor on the Notes, the Sponsor, the HELOC Back-Up Servicer, the RMBS Master Servicer, the Depositor, American Home Mortgage Investment Corp. and any Affiliate of any of the foregoing Persons, (ii) does not have any direct financial interest or any material indirect financial interest in the Issuing Entity, any such other obligor, the Sponsor, the HELOC Back-Up Servicer, the RMBS Master Servicer, the Depositor, American Home Mortgage Investment Corp. or any Affiliate of any of the foregoing Persons and (iii) is not connected with the Issuing Entity, any such other obligor, the Sponsor, the HELOC Back-Up Servicer, the RMBS Master Servicer, the Depositor, American Home Mortgage Investment Corp. or any Affiliate of any of the foregoing Persons as an officer, employee, promoter, underwriter, trustee, partner, director or person performing similar functions.

Independent Certificate: A certificate or opinion to be delivered to the Indenture Trustee under the circumstances described in, and otherwise complying with, the applicable requirements of Section 10.01 of the Indenture, made by an independent appraiser or other expert appointed by an Issuer Request and approved by the Indenture Trustee in the exercise of reasonable care, and such opinion or certificate shall state that the signer has read the definition of "Independent" in this Indenture and that the signer is Independent within the meaning thereof.

Index: With respect to any Mortgage Loan that is not a HELOC, the index for the adjustment of the Mortgage Rate set forth as such in the related Mortgage Note. With respect to any HELOC and any Adjustment Date, the highest "prime rate" most recently published in the

13

Wall Street Journal. If the "prime rate" is no longer published, then the Index will be a comparable independent index selected by the Seller.

Initial Certification: The initial certification delivered by the Indenture Trustee pursuant to Section 2.03(b) of the Indenture and in the form attached thereto as Exhibit H thereto.

Initial Note Principal Balance: The Notes shall have the following Initial Note Principal Balances:

| Class | Initial Note Principal Balance |
|-------|-------------------------------|
| IV-A | $ 108,529,000 |
| IV-M-1 | $ 9,702,000 |
| IV-M-2 | $ 12,059,000 |
| IV-M-3 | $ 10,880,000 |
| IV-M-4 | $ 6,437,000 |
| IV-M-5 | $ 5,259,000 |
| IV-M-6 | $ 28,469,667 |

Initial Purchaser: Credit Suisse Securities (USA) LLC or its successors.

Insurance Proceeds: Proceeds paid by any insurer pursuant to any insurance policy covering a Mortgage Loan which are required to be remitted to the HELOC Servicer or the RMBS Servicer, as applicable, net of any component thereof, released to the Mortgagor in accordance with the HELOC Servicer's or the RMBS Servicer's normal servicing procedures.

Interest Determination Date: With respect the Class IV-A Notes and (i) the first Accrual Period, the second LIBOR Business Day preceding the Closing Date, and (ii) with respect to each Accrual Period thereafter, the second LIBOR Business Day preceding the related Payment Date on which such Accrual Period commences.

Interest Rate Adjustment Date: With respect to each Mortgage Loan, the date or dates on which the Mortgage Rate is adjusted in accordance with the related Mortgage Note.

Interested Person: As of any date of determination, the Depositor, the HELOC Back-Up Servicer, the HELOC Servicer, the RMBS Master Servicer, the RMBS Servicer, the Indenture Trustee, American Home Mortgage Investment Corp., any Mortgagor, or any Person actually known to a Responsible Officer of the Trustee to be an Affiliate of any of them.

Investment Company Act: The Investment Company Act of 1940, as amended, and any amendments thereto.

IRS: The Internal Revenue Service.

Issuing Entity or Trust: American Home Mortgage Investment Trust 2007-SD1, a Delaware statutory trust, or its successor in interest.

14

Issuing Entity Request: A written order or request signed in the name of the Issuer by any one of its Authorized Officers and delivered to the Indenture Trustee.

LIBOR Business Day: A day on which banks are open for dealing in foreign currency and exchange in London and New York City.

LIBOR Note: The Class IV-A Note.

Lien: Any mortgage, deed of trust, pledge, conveyance, hypothecation, assignment, participation, deposit arrangement, encumbrance, lien (statutory or other), preference, priority right or interest or other security agreement or preferential arrangement of any kind or nature whatsoever, including, without limitation, any conditional sale or other title retention agreement, any financing lease having substantially the same economic effect as any of the foregoing and the filing of any financing statement under the UCC (other than any such financing statement filed for informational purposes only) or comparable law of any jurisdiction to evidence any of the foregoing; provided, however, that any assignment pursuant to the HELOC Servicing Agreement, HELOC Back-Up Servicing Agreement, RMBS Servicing Agreement or the RMBS Master Servicing Agreement, as applicable, shall not be deemed to constitute a Lien.

Lifetime Rate Cap: With respect to each Mortgage Loan with respect to which the related Mortgage Note provides for a lifetime rate cap, the maximum Mortgage Rate permitted over the life of such Mortgage Loan under the terms of such Mortgage Note, as set forth in the Mortgage Loan Schedule.

Liquidated HELOC: Any defaulted HELOC as to which the HELOC Servicer has determined that all amounts which it expects to recover from or on account of such HELOC have been recovered, as reported by the HELOC Servicer to the Securities Administrator.

Liquidated Mortgage Loan: With respect to any Payment Date, any Mortgage Loan in respect of which the HELOC Servicer or RMBS Servicer, as applicable, has determined, in accordance with the servicing procedures specified in the HELOC Servicing Agreement or RMBS Servicing Agreement, as applicable, as of the end of the related Due Period that substantially all Liquidation Proceeds and/or Recoveries with respect to a Charged-Off HELOC Mortgage Loan, which it reasonably expects to recover with respect to the disposition of the related Mortgaged Property or REO Property have been recovered.

Liquidation Expenses: Out-of-pocket expenses (exclusive of overhead) which are incurred by or on behalf of the HELOC Servicer or RMBS Servicer, or as applicable, in connection with the liquidation of any Mortgage Loan and not recovered under any insurance policy, such expenses including, without limitation, legal fees and expenses, any unreimbursed amount expended respecting the related Mortgage Loan and any related and unreimbursed expenditures for real estate property taxes or for property restoration, preservation or insurance against casualty loss or damage.

[TPW: NYLEGAL:412015.7] 20117-00030  04/11/2006 04:15 PM

Liquidation Proceeds: Proceeds (including Insurance Proceeds) received in connection with the liquidation of any Mortgage Loan or HELOC or related REO Property, whether through trustee's sale, foreclosure sale or otherwise.

Loan Group IV: The Group IV Loans.

Loan-to-Value Ratio: With respect to any Mortgage Loan, as of any date of determination, a fraction expressed as a percentage, the numerator of which is the then current principal amount of the Mortgage Loan, and the denominator of which is the Appraised Value of the related Mortgaged Property.

Loan Year: With respect to any Mortgage Loan, the one-year period commencing on the day succeeding the origination of such Mortgage Loan and ending on the anniversary date of such Mortgage Loan, and each annual period thereafter.

Lost Note Affidavit: With respect to any Mortgage Loan as to which the original Mortgage Note has been lost or destroyed and has not been replaced, an affidavit from the Seller certifying that the original Mortgage Note has been lost, misplaced or destroyed (together with a copy of the related Mortgage Note).

Majority Certificateholder: A Holder of a 50.01% or greater Certificate Percentage Interest of the Certificates.

Margin: With respect to each HELOC Mortgage Loan (other than any HELOC Mortgage Loan with a fixed teaser rate in effect), the spread over the applicable Index, as specified in the related Mortgage Note.

Maximum Mortgage Rate: With respect to each ARM Loan and each HELOC Mortgage Loan, the maximum Mortgage Rate.

Maximum Note Interest Rate: With respect to any Payment Date and the Class IV-A Notes, 9.00% per annum.

MERS: Mortgage Electronic Registration Systems, Inc., a corporation organized and existing under the laws of the State of Delaware, or any successor thereto.

MERS® System: The system of recording transfers of Mortgages electronically maintained by MERS.

MIN: The Mortgage Identification Number for Mortgage Loans registered with MERS on the MERS® System.

Minimum Mortgage Rate: With respect to each ARM Loan and each HELOC, the minimum Mortgage Rate.

[TPW: NYLEGAL:412015.7] 20117-00030  04/11/2006 04:15 PM

MOM Loan:  With respect to any Mortgage Loan, MERS acting as the mortgagee of such Mortgage Loan, solely as nominee for the originator of such Mortgage Loan and its successors and assigns, at the origination thereof.

Monthly Advance: The aggregate of all payments of principal and interest, net of the RMBS Servicing Fee and, in the case of a Monthly Advance made by the RMBS Master Servicer, the RMBS Master Servicing Fee, that were due during the related Due Period on the Mortgage Loans, other than a HELOC Mortgage Loan or a Non-performing Mortgage Loan, and that were delinquent on the related Due Date (other than shortfalls in interest due to the application of the Relief Act or similar state law).

Monthly Payment: With respect to any Mortgage Loan (including any REO Property) that is not a HELOC Mortgage Loan and any Due Date, the payment of principal and interest due thereon in accordance with the amortization schedule at the time applicable thereto (after adjustment, if any, for partial Principal Prepayments and for Deficient Valuations occurring prior to such Due Date but before any adjustment to such amortization schedule by reason of any bankruptcy, other than a Deficient Valuation, or similar proceeding or any moratorium or similar waiver or grace period, and after any adjustment required by the Relief Act). With respect to any HELOC Mortgage Loan, the scheduled monthly payment of principal and/or interest required to be made by a Mortgagor on such HELOC Mortgage Loan.

Moody's: Moody's Investors Service, Inc. or its successor in interest.

Mortgage: The mortgage, deed of trust or other instrument creating a first, second or third lien on an estate in fee simple interest in real property securing a Mortgage Loan.

Mortgage File: The file containing the Related Documents pertaining to a particular Mortgage Loan and any additional documents required to be added to the Mortgage File pursuant to the Mortgage Loan Purchase Agreement, Servicing Agreement, as applicable.

Mortgage Loans: The RMBS Mortgage Loans and HELOCs that will be transferred and assigned to the Trust pursuant to Section 2.03(a) of the Indenture, each Mortgage Loan so held being identified in the Mortgage Loan Schedule.

Mortgage Loan Purchase Agreement: The Mortgage Loan Purchase Agreement, dated as of the Closing Date, between the Sponsor, as seller, and the Purchaser, as purchaser, relating to the sale, transfer and assignment of the Mortgage Loans.

Mortgage Loan Schedule: With respect to any date, the schedule of Mortgage Loans held by the Issuer on such date. The schedule of Mortgage Loans as of the Cut-off Date is the schedule set forth in Exhibit B of the Indenture, which schedule sets forth as to each Mortgage Loan:

(i)          the loan number and name of the Mortgagor;

(ii)          the street address, city, state and zip code of the Mortgaged Property;

17

(iii)            the original Mortgage Rate;

(iv)            the maturity date;

(v)             the original principal balance;

(vi)            the first Payment Date;

(vii)           the type of Mortgaged Property;

(viii)          the Monthly Payment in effect as of the Cut-off Date;

(ix)            the Cut-off Date Principal Balance;

(x)             the Index and the Gross Margin, if applicable;

(xi)            the Adjustment Date frequency and Payment Date frequency, if applicable;

(xii)           the occupancy status;

(xiii)          the purpose of the Mortgage Loan;

(xiv)          the Appraised Value of the Mortgaged Property;

(xv)           the original term to maturity;

(xvi)          the paid-through date of the Mortgage Loan;

(xvii)         the Loan-to-Value Ratio;

(xviii)        whether or not the Mortgage Loan was underwritten pursuant to a limited documentation program;

(xix)          the Loan Group;

(xx)           whether the Mortgage Loan has a fixed interest rate or an adjustable interest rate;

(xxi)          with respect to each HELOC Mortgage Loan, the account number;

(xxii)         with respect to each HELOC Mortgage Loan, the Credit Limit;

(xxiii)        with respect to each HELOC Mortgage Loan, the CLTV as of the date of origination of the related HELOC Mortgage Loan;

(xxiv)        with respect to each HELOC Mortgage Loan, the Mortgage Rate as of the Cut-off Date, separately indicating the Mortgage Rates applicable to any HELOC Balance;

18

(xxv)                with respect to each HELOC Mortgage Loan, the debt-to-income ratio;

(xxvi)               with respect to each HELOC Mortgage Loan, the FICO;

(xxvii)              with respect to each HELOC Mortgage Loan, whether the related Mortgage Rate was supposed to reset in the first Due Period but did not; and

(xxviii)             a code indicating if the Mortgage Loan is a Negative Amortization Mortgage Loan.

The Mortgage Loan Schedule shall also set forth the total of the amounts described under (ix) above for all of the Mortgage Loans.

Mortgage Note: The note or other evidence of the indebtedness of a Mortgagor under a Mortgage Loan that is not a HELOC Mortgage Loan. With respect to a HELOC Mortgage Loan, the related Credit Line Agreement execute by the related Mortgagor and any amendment or modification thereof.

Mortgage Rate: With respect to any Mortgage Loan that is not a HELOC Mortgage Loan, the annual rate at which interest accrues on such Mortgage Loan. With respect to any HELOC Mortgage Loan as of any day, the variable interest rate applicable under the related Mortgage Note, provided, that if the fixed teaser rate is in effect with respect to a HELOC Mortgage Loan or any portion thereof, the Mortgage Rate for such HELOC Mortgage Loan or portion thereof shall be the resulting fixed interest rate.

Mortgaged Property: The underlying property, including real property and improvements thereon, securing a Mortgage Loan.

Mortgagor: The obligor or obligors under a Mortgage Note.

Negative Amortization Amount:  With respect to any Payment Date and the Class IV-A Notes and Class IV-M Notes, the aggregate amount of negative amortization with respect to the Mortgage Loans and HELOCs for the related Due Period.

Net Liquidation Proceeds: With respect to any Liquidated Mortgage Loan, Liquidation Proceeds and Subsequent Recoveries net of unreimbursed Servicing Advances by the related Servicer, Monthly Advances and Liquidation Expenses.

Net Monthly Excess Cashflow: With respect to Loan Group IV, as determined in the aggregate for any Payment Date, the excess of (x) the Group IV Available Funds for such Payment Date over (y) the sum for such Payment Date of (A) the aggregate amount of Accrued Note Interest for the Class IV-A Notes and Class IV-M Notes and (B) the aggregate Principal Remittance Amount used to make payments in respect of principal to these Notes.

19

Net Mortgage Rate: For any Mortgage Loan or HELOC, the then applicable Mortgage Rate thereon less (a) with respect to any Mortgage Loan, the RMBS Servicing Fee and (b) with respect to any HELOC, the HELOC Servicing Fee Rate and HELOC Back-Up Servicing Fee Rate.

Net Recoveries: With respect to any Charged-Off HELOC, Recoveries net of unreimbursed HELOC Back-Up Servicing Fees with respect thereto.

Net Worth: With respect to any Person at any date, the excess of total assets over total liabilities of such Person, and its consolidated subsidiaries, on such date, each to be determined in accordance with generally accepted accounting principles (GAAP) as in effect in the United States from time to time.

Non-Offered Notes: The Class IV-M-4, Class IV-M-5 and Class IV-M-6 Notes.

Non-performing Mortgage Loans: The Mortgage Loans identified as such on the Mortgage Loan Schedule and that are (i) greater than 89 days delinquent and (ii) the borrowers of such loans have not made at least three aggregate scheduled monthly payments in the four calendar months preceding the Cut-off Date.  In the case of a manufactured housing loan, such loan also must have been greater than or equal to 60 days delinquent in the 12 months preceding the Cut-off Date.

Nonrecoverable Advance: Any Monthly Advance (except in the case of Non-performing Mortgage Loans) or any Servicing Advance (i) which was previously made or is proposed to be made by the RMBS Servicer, RMBS Master Servicer, HELOC Servicer or HELOC Back-Up Servicer, as applicable; and (ii) which, in the good faith judgment of the RMBS Servicer, RMBS Master Servicer, HELOC Servicer or HELOC Back-Up Servicer, will not or, in the case of a proposed advance, would not, be ultimately recoverable by the RMBS Servicer, RMBS Master Servicer, HELOC Back-Up Servicer or HELOC Servicer, as applicable, from Liquidation Proceeds or future payments on any Mortgage Loan. The Securities Administrator may conclusively rely on any determination of nonrecoverability made by the RMBS Servicer,  or Master Servicer, as applicable.

Note: Any Class IV-A Note or Class IV-M Note.

Note Interest Rate: With respect to each Payment Date and the Class IV-A Notes, the lesser of (a) One-Month LIBOR plus the Note Margin and (b) the Maximum Note Interest Rate. With respect to each Payment Date and the Class IV-M-1, Class IV-M-2 and Class IV-M-3 Notes, 6.80%, 6.80% and 6.50% per annum, respectively.

Note Margin: With respect to the Class IV-A Notes, on any Payment Date prior to the Step-Up Date, 0.450% per annum, and on any Payment Date on and after the Step-Up Date, 0.900% per annum.

Note Owner: The Beneficial Owner of a Note.

20

Note Principal Balance: With respect to any Note, as of any date of determination, the initial Note Principal Balance as stated on the face thereof, minus all amounts distributed in respect of principal with respect to such Note and (a) plus any Subsequent Recoveries allocated thereto and (b) minus the aggregate amount of any reductions in the Note Principal Balance thereof deemed to have occurred in connection with allocations of Realized Losses on all prior Payment Dates in accordance with Section 3.38 of the Indenture..

Note Register: The register maintained by the Note Registrar in which the Note Registrar shall provide for the registration of Notes and of transfers and exchanges of Notes.

Note Registrar: The Securities Administrator.

Noteholder or Holder: The Person in whose name a Note is registered in the Note Register, except that, any Note registered in the name of the Depositor, the Issuer, American Home Mortgage Investment Corp., the Indenture Trustee, the Securities Administrator, the Seller, the Servicer or the Master Servicer or any Affiliate of any of them shall be deemed not to be a holder or holders, nor shall any so owned be considered outstanding, for purposes of giving any request, demand, authorization, direction, notice, consent or waiver under the Indenture or the Trust Agreement; provided that, in determining whether the Securities Administrator and the Indenture Trustee shall be protected in relying upon any such request, demand, authorization, direction, notice, consent or waiver, only Notes that a Responsible Officer of the Securities Administrator, the Indenture Trustee or the Owner Trustee actually knows to be so owned shall be so disregarded. Owners of Notes that have been pledged in good faith may be regarded as Holders if the pledgee establishes to the satisfaction of the Securities Administrator, the Indenture Trustee or the Owner Trustee the pledgee's right so to act with respect to such Notes and that the pledgee is not the Issuer, any other obligor upon the Notes or any Affiliate of any of the foregoing Persons.

Offered Notes:  The Class IV-A, Class IV-M-1, Class IV-M-2 and Class IV-M-3 Notes.

Officer's Certificate: With respect to the RMBS Servicer, RMBS Master Servicer, HELOC Servicer or HELOC Back-Up Servicer, as applicable, a certificate signed by the President, Managing Director, a Director, a Vice President or an Assistant Vice President, of the RMBS Servicer, RMBS Master Servicer, HELOC Servicer or HELOC Back-Up Servicer, as applicable, and delivered to the Indenture Trustee or Master Servicer, as applicable. With respect to the Issuing Entity, a certificate signed by any Authorized Officer of the Issuing Entity, under the circumstances described in, and otherwise complying with, the applicable requirements of Section 10.01 of the Indenture, and delivered to the Securities Administrator. Unless otherwise specified, any reference in the Indenture to an Officer's Certificate shall be to an Officer's Certificate of any Authorized Officer of the Issuer.

One-Month LIBOR: On each Interest Determination Date, One-Month LIBOR shall be established by the Securities Administrator and as to any Accrual Period, One-Month LIBOR will equal the rate for United States dollar deposits for one month which appears on the Reuters Screen LIBOR01 as of 11:00 A.M., London time, on that Interest Determination Date. Reuters Screen LIBOR01 Page means the display designated as the Reuters Monitor Money

21

Rates Service or any other page as may replace that page on that service for the purpose of displaying comparable rates or prices. If the rate does not appear on that page, the rate will be the Reference Bank Rate.

The establishment of One-Month LIBOR by the Securities Administrator and the Securities Administrator's subsequent calculation of the Note Interest Rate applicable to the LIBOR Notes for the relevant Accrual Period, in the absence of manifest error, will be final and binding.

Opinion of Counsel: A written opinion of counsel acceptable to the Indenture Trustee or the Master Servicer, as applicable, in its reasonable discretion which counsel may be in-house counsel for the Servicer or Master Servicer, as applicable, if acceptable to the Indenture Trustee, the Master Servicer and the Rating Agencies or counsel for the Depositor, as the case may be.

Original Value: Except in the case of a refinanced Mortgage Loan, the lesser of the Appraised Value or sales price of Mortgaged Property at the time a Mortgage Loan is closed, and for a refinanced Mortgage Loan, the Original Value is the value of such property set forth in an appraisal acceptable to the RMBS Servicer or the RMBS Master Servicer, as applicable.

OTS: Office of Thrift Supervision.

OTS Method: The delinquency method used for calculations with respect to the Mortgage Loans, which is in accordance with the methodology used by lenders regulated by the OTS.

Outstanding: With respect to the Notes, as of the date of determination, all Notes theretofore executed, authenticated and delivered under this Indenture except:

(i)    Notes theretofore canceled by the Note Registrar or delivered to the Indenture Trustee for cancellation; and

(ii)    Notes in exchange for or in lieu of which other Notes have been executed, authenticated and delivered pursuant to the Indenture unless proof satisfactory to the Indenture Trustee is presented that any such Notes are held by a holder in due course.

Outstanding Mortgage Loan: As to any Due Date, a Mortgage Loan (including an REO Property) which was not the subject of a Principal Prepayment in Full, Cash Liquidation or REO Disposition and which was not purchased, deleted or substituted for prior to such Due Date pursuant to the Servicing Agreement or Mortgage Loan Purchase Agreement, as applicable.

Outstanding Principal Balance: With respect to a Mortgage Loan, the Principal Balance of such Mortgage Loan remaining to be paid by the Mortgagor or, in the case of an REO Property, the principal balance of the related Mortgage Loan remaining to be paid by the Mortgagor at the time such property was acquired by the Trust.

Owner Trust Estate: The corpus of the Issuing Entity created by the Trust Agreement which consists of items referred to in Section 3.01 of the Trust Agreement.

22

Owner Trustee: Wilmington Trust Company and its successors and assigns or any successor owner trustee appointed pursuant to the terms of the Trust Agreement.

Owner Trustee's Fee: A fee of $7,500 (including an initial fee of $3,500) payable to the Owner Trustee in advance on the Closing Date and a fee of $4,000 per annum payable on each anniversary thereof by American Home Mortgage Servicing, Inc.; provided, however, that in the event of any removal or resignation of the Owner Trustee, the Owner Trustee will promptly remit to American Home Mortgage Servicing, Inc. the portion of the Owner Trustee Fee that would have been earned by the Owner Trustee during the remainder of such year had it not been removed or resigned or the Notes redeemed.

Paying Agent: Any paying agent or co-paying agent appointed pursuant to Section 3.03 of the Indenture, which initially shall be the Securities Administrator.

Payment Account: The account established by the Securities Administrator pursuant to Section 3.01 of the Indenture.  The Payment Account shall be an Eligible Account.

Payment Date: The 25th day of each month, or if such day is not a Business Day, then the next Business Day, commencing in March 2007.

PCAOB: Shall mean the Public Company Accounting Oversight Board.

Percentage Interest: With respect to any Note, the percentage obtained by dividing the Note Principal Balance of such Note by the aggregate Note Principal Balances of all Notes of that Class. With respect to any Certificate, the percentage as stated on the face thereof.

Periodic Rate Cap: With respect to any ARM Loan, the maximum rate, if any, by which the Mortgage Rate on such Mortgage Loan can adjust on any Adjustment Date, as stated in the related Mortgage Note or Mortgage.

Person: Any individual, corporation, partnership, limited liability company, joint venture, association, joint-stock company, trust, unincorporated organization or government or any agency or political subdivision thereof.

Plan: Any employee benefit plan or certain other retirement plans and arrangements, including individual retirement accounts and annuities, Keogh plans and bank collective investment funds and insurance company general or separate accounts in which such plans, accounts or arrangements are invested, that are subject to ERISA or Section 4975 of the Code.

Plan Assets: Assets of a Plan within the meaning of Department of Labor regulation 29 C.F.R. § 2510.3-101.

Pool Balance: With respect to any date of determination, the aggregate of the Stated Principal Balances of all Mortgage Loans as of such date.

Prepayment Interest Shortfall: As to any Payment Date and any Mortgage Loan (other than a Mortgage Loan relating to an REO Property) that was the subject of (a) a Principal

23

Prepayment in Full during the related Prepayment Period, an amount equal to the excess of interest accrued during the related Prepayment Period at the Net Mortgage Rate on the Stated Principal Balance of such Mortgage Loan over the sum of the amount of interest paid by the Mortgagor for such Prepayment Period to the date of such Principal Prepayment in Full or (b) a partial Principal Prepayment during the related Prepayment Period, an amount equal to the interest at the Mortgage Rate (less the Servicing Fee Rate) during the related Prepayment Period on the amount of such partial Principal Prepayment.

Prepayment Penalty: Any prepayment premium, penalty or charge payable by a Mortgagor in connection with any Principal Prepayment on a Mortgage Loan pursuant to the terms of the related Mortgage Note.

Prepayment Period: With respect to each Mortgage Loan and any Payment Date, the calendar month immediately preceding the month in which such Payment Date occurs.

Principal Collections: For each Payment Date, an amount equal to the amount received by the Securities Administrator and available in the Payment Account on that Payment Date in respect of the HELOCs, and consist of amounts collected during the related Due Period on the HELOCs and allocated to principal in accordance with the terms of the related credit line agreement together with the principal portion of any purchase price or any substitution adjustment amounts paid during the preceding Due Period to be distributed to the Noteholders pursuant to the related Indenture, net of fees and reimbursements to the Owner Trustee, Indenture Trustee, Securities Administrator, HELOC Servicer and HELOC Back-Up Servicer to the extent not paid or reimbursed from Investor Interest Collections for such Payment Date.

Principal Prepayment: Any payment or other recovery of principal on a Mortgage Loan which is received in advance of its scheduled Due Date to the extent that it is not accompanied by an amount as to interest representing scheduled interest due on any date or dates in any month or months subsequent to the month of prepayment, including Insurance Proceeds and Repurchase Proceeds, but excluding the principal portion of Net Liquidation Proceeds received at the time a Mortgage Loan becomes a Liquidated Mortgage Loan.

Principal Prepayment in Full: Any Principal Prepayment made by a Mortgagor of the entire principal balance of a Mortgage Loan or HELOC.

Principal Remittance Amount: For any Payment Date, the sum of

1.    the principal portion of all scheduled monthly payments on the Mortgage Loans and HELOCs due on the related Due Date, to the extent received or advanced;

2.    the principal portion of all proceeds of the repurchase of a Mortgage Loan or HELOC (or, in the case of a substitution, certain amounts representing a principal adjustment) as required by the Mortgage Loan Purchase Agreement during the preceding calendar month;  and

3.    the principal portion of all other unscheduled collections received during the preceding calendar month in respect of the Mortgage Loans and HELOCs,

24

including full and partial prepayments, the proceeds of any repurchase of such Mortgage Loans and HELOCs by the Sponsor or holder of the Trust Certificates, Liquidation Proceeds and Insurance Proceeds, in each case to the extent applied as recoveries of principal.

Proceeding: Any suit in equity, action at law or other judicial or administrative proceeding.

Protected Account: An account established and maintained for the benefit of the Noteholders by the RMBS Servicer or the HELOC Servicer with respect to the related Mortgage Loans or HELOCs and with respect to REO Property pursuant to the related Servicing Agreement.

Purchase Price: The meaning specified in Section 2.2(a) of the Mortgage Loan Purchase Agreement.

Purchaser: American Home Mortgage Securities LLC, a Delaware limited liability company, and its successors and assigns.

Qualified Insurer: A mortgage guaranty insurance company duly qualified as such under the laws of the state of its principal place of business and each state having jurisdiction over such insurer in connection with the insurance policy issued by such insurer, duly authorized and licensed in such states to transact a mortgage guaranty insurance business in such states and to write the insurance provided by the insurance policy issued by it, approved as an insurer by the RMBS Servicer, HELOC Servicer or HELOC Back-Up Servicer, as applicable, and as a Fannie Mae-approved mortgage insurer.

Rating Agency: Any nationally recognized statistical rating organization, or its successor, that rated the Notes at the request of the Depositor at the time of the initial issuance of the Notes. Initially, S&P and Moody's. References herein to the highest short term unsecured rating category of a Rating Agency shall mean A-1 or better in the case S&P and P-1 or better in the case of Moody's and in the case of any other Rating Agency shall mean such equivalent ratings. References herein to the highest long-term rating category of a Rating Agency shall mean "AAA" in the case of S&P and "Aaa" in the case of Moody's and in the case of any other Rating Agency, such equivalent rating.

Realized Loss: With respect to a Mortgage Loan, and as reported by the Servicer or to the Master Servicer, is (i) a Deficient Valuation, or (ii) as to any Liquidated Mortgage Loan, the unpaid principal balance thereof plus accrued and unpaid interest thereon at the Mortgage Rate through the last day of the month of liquidation less the Net Liquidation Proceeds with respect to such Mortgage Loan and the related Mortgaged Property.

Record Date: For each Class of Class IV-A Notes and each Payment Date, will be the close of business on the Business Day immediately preceding such Payment Date; provided, however, if any such Note is no longer a Book-Entry Note, the Record Date for such Class of Notes shall be the close of business on the last Business Day of the calendar month preceding

25

such Payment Date.  For each Class of the Class IV-M Notes and each Payment Date, the close of business on the last Business Day of the calendar month preceding such Payment Date.

Reference Bank Rate:  With respect to any Accrual Period, as follows:  the arithmetic mean (rounded upwards, if necessary, to the nearest one sixteenth of a percent) of the offered rates for United States dollar deposits for one month which are offered by the Reference Banks as of 11:00 A.M., London, England time, on the related Interest Determination Date to prime banks in the London interbank market for a period of one month in amounts approximately equal to the sum of the outstanding Note Principal Balances of the LIBOR Notes; provided that at least two such Reference Banks provide such rate.  If fewer than two offered rates appear, the Reference Bank Rate will be the higher of (x) the rate for the prior Payment Date and (y) the Reserve Interest Rate.  If no quotations can be obtained, the rate will be the rate for the prior Payment Date; provided however, if, under the priorities listed previously in this paragraph, the rate for a Payment Date would be based on the rate for the prior Payment Date for the third consecutive Payment Date, the Securities Administrator shall select an alternative comparable index over which the Securities Administrator has no control, used for determining one-month Eurodollar lending rates that is calculated and published or otherwise made available by an independent party.

Reference Banks: The leading banks selected by the Securities Administrator, which are engaged in transactions in Eurodollar deposits in the London interbank market.

Registered Holder: The Person in whose name a Note is registered in the Note Register on the applicable Record Date.

Regulation AB: Means Subpart 229.1100 - Asset Backed Securities (Regulation AB), 17 C.F.R. §§229.1100-229.1123, as such may be amended from time to time, and subject to such clarification and interpretation as have been provided by the Commission in the adopting release (Asset-Backed Securities, Securities Act Release No. 33-8518, 70 Fed. Reg. 1,506, 1,531 (Jan. 7, 2005)) or by the staff of the Commission, or as may be provided by the Commission or its staff from time to time.

Related Documents: With respect to each Mortgage Loan, the documents specified in Section 2.1(b) of the Mortgage Loan Purchase Agreement, and any documents required to be added to such documents pursuant to the Mortgage Loan Purchase Agreement, the Trust Agreement, Indenture or the RMBS Servicing Agreement.

Relevant Servicing Criteria: Means with respect to any Servicing Function Participant, the Servicing Criteria applicable to such party, as set forth on Exhibit C to the RMBS Servicing Agreement.  For clarification purposes, multiple parties can have responsibility for the same Relevant Servicing Criteria.  With respect to a Servicing Function Participant engaged by the RMBS Servicer, the term "Relevant Servicing Criteria" may refer to a portion of the Relevant Servicing Criteria applicable to such parties.

Relief Act: The Servicemember's Civil Relief Act.

26

Relief Act Shortfall: As to any Payment Date and any Mortgage Loan (other than a Mortgage Loan relating to an REO Property), any shortfalls relating to the Relief Act or similar legislation or regulations.

Remittance Report: The report prepared by the Servicer pursuant to Section 4.01 of the Servicing Agreement.

REO Acquisition: The acquisition by the Servicer, on behalf of the Issuer for the benefit of the Noteholders of any REO Property pursuant to Section 3.13 of the Servicing Agreement.

REO Disposition: As to any REO Property, a determination by the Servicer that it has received substantially all Insurance Proceeds, Liquidation Proceeds, REO Proceeds and other payments and recoveries (including proceeds of a final sale) which the Servicer expects to be finally recoverable from the sale or other disposition of the REO Property.

REO Imputed Interest: As to any REO Property, for any period, an amount equivalent to interest (at the Net Mortgage Rate that would have been applicable to the related Mortgage Loan had it been Outstanding) on the unpaid principal balance of the Mortgage Loan as of the date of acquisition thereof for such period as such balance is reduced pursuant to Section 3.13 of the Servicing Agreement by any income from the REO Property treated as a recovery of principal.

REO Proceeds: Proceeds, net of expenses, received in respect of any REO Property (including, without limitation, proceeds from the rental of the related Mortgaged Property) which proceeds are required to be deposited into the Protected Account only upon the related REO Disposition.

REO Property: A Mortgaged Property that is acquired by the Trust by foreclosure or by deed in lieu of foreclosure.

Repurchase Price: With respect to any Mortgage Loan or HELOC required to be repurchased by the Seller on any date pursuant to the Mortgage Loan Purchase Agreement or purchased by the related Servicer pursuant to the related Servicing Agreement an amount equal to the sum, without duplication, of (i) 100% of the Stated Principal Balance thereof (without reduction for any amounts charged off) and (ii) unpaid accrued interest at the Mortgage Rate on the outstanding principal balance thereof from the Due Date to which interest was last paid by the Mortgagor to the first day of the month following the month of purchase plus (iii) the amount of unreimbursed Monthly Advances or unreimbursed Servicing Advances made with respect to such Mortgage Loan plus (iv) any other amounts owed to the RMBS Master Servicer or the related Servicer as applicable, pursuant to the RMBS Master Servicing Agreement or the related Servicing Agreement and not included in clause (iii) of this definition plus (v) any costs and damages incurred by the trust in connection with any violation by such loan of any predatory lending law.

Repurchase Proceeds: The Repurchase Price in connection with any repurchase of a Mortgage Loan or HELOC by the Sponsor and any cash deposit in connection with the substitution of a Mortgage Loan or HELOC.

27

Reserve Interest Rate:  With respect to any Interest Determination Date, the rate per annum that the Securities Administrator determines to be either (i) the arithmetic mean (rounded upwards if necessary to the nearest whole multiple of 0.0625%) of the one-month United States dollar lending rates, which New York City banks selected by the Securities Administrator are quoting on the relevant Interest Determination Date to the principal London offices of leading banks in the London interbank market or (ii) in the event that the Securities Administrator can determine no such arithmetic mean, the lowest one-month United States dollar lending rate, as applicable, which New York City banks selected by the Securities Administrator are quoting on such Interest Determination Date to leading European banks.

Responsible Officer: With respect to the Indenture Trustee or the Securities Administrator, (a) any officer within the corporate trust department of the Indenture Trustee including any director, vice president, assistant vice president, treasurer, assistant treasurer, trust officer or any other officer of the Indenture Trustee who customarily performs functions similar to those performed by the persons who at the time shall be such officers, respectively, or to whom any corporate trust matter is referred because of such person's knowledge of and familiarity with the particular subject and (b) who shall have direct responsibility for the administration of the applicable Agreement.

Retained Notes:  The Class IV-M-4, Class IV-M-5 and Class IV-M-6 Notes.

RMBS Master Servicer: Wells Fargo Bank, N.A., a national banking association, and its successors and assigns.

RMBS Master Servicing Agreement: The Master Servicing Agreement dated as of March 13, 2007, among the Master Servicer, Securities Administrator, Indenture Trustee and Issuer.

RMBS Mortgage Loan Schedule:  The schedule of Mortgage Loans attached as Exhibit A to the RMBS Servicing Agreement.

RMBS Servicer: American Home Mortgage Acceptance, Inc., a Maryland corporation, and its successors and assigns.

RMBS Servicer Remittance Date: The eighteenth (18th) calendar day of each month or if such eighteenth (18th) day is not a Business Day, then the Business Day immediately preceding such eighteenth (18th) day of the month.

RMBS Servicing Agreement: The Servicing Agreement dated as of March 13, 2007, among the Sponsor, RMBS Servicer, RMBS Master Servicer, Issuing Entity and Indenture Trustee.

RMBS Servicing Default: The meaning assigned in Section 6.01 of the Servicing Agreement.

RMBS Servicing Fee: With respect to each Mortgage Loan (other than a HELOC Mortgage Loan) and any Payment Date, the fee payable monthly to the RMBS Servicer in

28

respect of servicing compensation that accrues at an annual rate equal to the RMBS Servicing Fee Rate multiplied by the Stated Principal Balance of such Mortgage Loan as of the first day of the related Due Period.

RMBS Servicing Fee Rate:  0.500% per annum.

RMBS Servicing Rights Pledgee:  One or more lenders, selected by the RMBS Servicer, to which the RMBS Servicer may pledge and assign all of its right, title and interest in, to and under the RMBS Servicing Agreement, including Bank of America, N.A., as the representative of certain lenders.

Rolling Three Month Delinquency Rate:  With respect to any Payment Date, the average of the Delinquency Rates for each of the three (or one and two, in the case of the first and second Payment Dates, respectively) immediately preceding months.

Securities Act:  The Securities Act of 1933, as amended, and the rules and regulations promulgated thereunder.

Securities Administrator:  Wells Fargo Bank, N.A., a national banking association, and its successors and assigns.

Securities Intermediary:  Wells Fargo Bank, N.A., or its successors and assigns.

Security:  Any of the Certificates or Notes.

Securityholder or Holder:  Any Noteholder or a Certificateholder.

Security Instrument:  A written instrument creating a valid first lien on a Mortgaged Property securing a Mortgage Note, which may be any applicable form of mortgage, deed of trust, deed to secure debt or security deed, including any riders or addenda thereto.

Seller:  American Home Mortgage Acceptance, Inc., a Maryland corporation, and its successors and assigns.

Servicer:  The RMBS Servicer or HELOC Servicer, as applicable.

Service(s)(ing):  Means, the act of servicing and administering the Mortgage Loans or HELOCs or any other assets of the Issuing Entity by an entity that is responsible for the management or collection of pool assets or making allocations or distributions to the holders of the asset-backed securities.  For clarification purposes, any uncapitalized occurrence of this term shall have the meaning commonly understood by participants in the residential mortgage-backed securitization market.

Servicing Account:  The separate trust account created and maintained by the Servicer with respect to the Mortgage Loans or REO Property, which shall be an Eligible Account, for collection of taxes, assessments, insurance premiums and comparable items as described in Section 3.08 of the Servicing Agreement.

Servicing Advances: All customary, reasonable and necessary "out of pocket" costs and expenses incurred in connection with a default, delinquency or other unanticipated event in the performance by the Servicer or any Subservicer of its servicing obligations, including, without duplication, but not limited to, the cost of (i) the preservation, restoration and protection of a Mortgaged Property, (ii) any enforcement or judicial proceedings, including foreclosures and any expenses incurred in relation to any such proceedings that result from the Mortgage Loan being registered on the MERS® System, (iii) the management and liquidation of any REO Property, (iv) compliance with the obligations under Sections 3.10, 3.11, 3.13 of the Servicing Agreement, (v) covering any expenses incurred by or on behalf of the Servicer in connection with obtaining Insurance Proceeds and (vi) that is applied to the restoration or repair of the related Mortgaged Property.

Servicing Agreement: The RMBS Servicing Agreement, the HELOC Servicing Agreement or HELOC Back-Up Servicing Agreement, as applicable.

Servicing Certificate: A certificate completed and executed by a Servicing Officer on behalf of the Servicer in accordance with Section 4.01 of the related Servicing Agreement.

Servicing Criteria: Means the criteria set forth in paragraph (d) of Item 1122 of Regulation AB, as such may be amended from time to time.

Servicing Function Participant: Means the HELOC Servicer, HELOC Back-Up Servicer, RMBS Servicer and the RMBS Master Servicer and the Securities Administrator, subcontractor or affiliates of any of the foregoing, or any other Person, that is participating in the servicing function, performing activities addressed by the Relevant Servicing Criteria, unless such Person's activities relate only to five percent (5%) or less of the Mortgage Loans.

Servicing Officer: Any officer of the RMBS Servicer, RMBS Master Servicer, HELOC Servicer or HELOC Back-Up Servicer, as applicable, involved in, or responsible for, the administration and servicing (or master servicing, as applicable) of the Mortgage Loans whose name and specimen signature appear on a list of servicing officers furnished to the Indenture Trustee or the RMBS Master Servicer, as applicable, by the RMBS Servicer, RMBS Master Servicer, HELOC Servicer or HELOC Back-Up Servicer, as applicable, on the Closing Date, as such list may be amended from time to time.

Servicing Rights Pledgee: One or more lenders, selected by the Servicer, to which the Servicer may pledge and assign all of its right, title and interest in, to and under the Servicing Agreement, including Bank of America, N.A., as the representative of certain lenders.

Standard & Poor's or S&P: Standard & Poor's, a division of The McGraw-Hill Companies, Inc., or its successor in interest.

Sponsor: American Home Mortgage Acceptance, Inc., a Maryland corporation, and its successors and assigns.

Stated Principal Balance: With respect to any Mortgage Loan and HELOC and any Payment Date (1) the unpaid principal balance of such mortgage loan or HELOC as of the close

30

of business on the related Due Date (taking account of the principal payment to be made on such Due Date and irrespective of any delinquency in its payment), as specified in the amortization schedule at the time relating thereto (before any adjustment to such amortization schedule by reason of any bankruptcy or similar proceeding occurring after the Cut-off Date (other than a Deficient Valuation) or any moratorium or similar waiver or grace period) less (2) any Principal Prepayments and the principal portion of any Net Liquidation Proceeds received during or prior to the immediately preceding Prepayment Period; provided that the Stated Principal Balance of any Liquidated Mortgage Loan is zero. With respect to any HELOC, the principal balance of the HELOC as of the Cut-off Date, plus any Additional Balances in respect of such HELOC minus all collections credited against the principal balance of such HELOC in accordance with the related mortgage note and minus all prior related Charge-Off Amounts. The Stated Principal Balance of any Liquidated HELOC is zero.

Statutory Trust Statute: Chapter 38 of Title 12 of the Delaware Code, 12 Del. Code §§3801 et seq., as the same may be amended from time to time.

Step-Up Date: The Payment Date after the first Payment Date on which the aggregate Stated Principal Balance of the Mortgage Loans has been reduced to less than or equal to 20% of the Group IV Cut-Off Date Balance.

Subservicing Account: An Eligible Account established or maintained by a Subservicer as provided for in Section 3.06(e) of the related Servicing Agreement.

Subsequent Recoveries: Unexpected recoveries, net of reimbursable expenses, with respect to a Liquidated Mortgage Loan that resulted in a Realized Loss in a month prior to the receipt of such recoveries.

Substitution Adjustment Amount: With respect to any Eligible Substitute Mortgage Loan, the amount as defined in Section 2.04 of the RMBS Servicing Agreement.

Supplemental Reserve Fund:   An Eligible Account established by the Securities Administrator pursuant to Section 3.07 of the Indenture for the benefit of the Holders of the Notes.

Transferor:  The Holder of the Certificates as shown on the Certificate Register.

Treasury Regulations: Regulations, including proposed or temporary Regulations, promulgated under the Code. References herein to specific provisions of proposed or temporary regulations shall include analogous provisions of final Treasury Regulations or other successor Treasury Regulations.

Trust: The American Home Mortgage Investment Trust 2007-SD1 to be created pursuant to the Trust Agreement.

Trust Agreement: The Amended and Restated Trust Agreement dated as of March 13, 2007, among the Owner Trustee, the Depositor, Wells Fargo Bank, N.A., as Securities Administrator, and the Indenture Trustee, relating to the Trust.

[TPW: NYLEGAL:412015.7] 20117-00030  04/11/2006 04:15 PM

Trust Certificate: The owner trust certificate issued pursuant to the Trust Agreement, representing the beneficial ownership in the Trust.

Trust Estate: The meaning specified in the Granting Clause of the Indenture.

Trust Indenture Act or TIA: The Trust Indenture Act of 1939, as amended from time to time, as in effect on any relevant date.

2007-A Indenture: The indenture dated as of March 13, 2007, between the 2007-A Issuing Entity, the Securities Administrator and the Indenture Trustee, relating to the American Home Mortgage Investment Trust 2007-A Notes.

2007-A Issuing Entity: American Home Mortgage Investment Trust 2007-A, a Delaware statutory trust, or its successor in interest.

UCC: The Uniform Commercial Code, as amended from time to time, as in effect in any specified jurisdiction.

Uninsured Cause: Any cause of damage to property subject to a Mortgage that the complete restoration of such property is not fully reimbursable by the hazard insurance policies.

[TPW: NYLEGAL:412015.7] 20117-00030  04/11/2006 04:15 PM