**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| American Home Mortgage Holdings, Inc., a ) | |
| Delaware corporation, *et al.*, ) | |
| ) | Case No. 07-11047(CSS) |
| Debtors. ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

The undersigned hereby states that true and correct copies of the Motion of Wells Fargo Bank, N.A., as Securities Administrator for Relief from the Automatic Stay to Recover a Payment Made in Error to One of the Debtors through Recoupment, Imposition of a Constructive Trust and/or An Equitable Lien were served on March 24, 2008, upon all interested persons by CM/ECF.

/s/ Todd C. Schiltz
Todd C. Schiltz (#3253)
WolfBlock LLP
1100 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0312
Attorneys for Wells Fargo Bank, N.A.