UNITED STATES DISTRICT COURT
DISTRICT OF DELEWARE
BANKRUPTCY DIVISION

FILED
2008 MAR 24 PM 12: 19

BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re: )
)
) Chapter 7
AMERICAN HOME MORTGAGE, et al. ) Case Nos. 07-11047
Debtors )
) Jointly Administered
) with related entities
)
)

## MOTION FOR SHORT ORDER OF NOTICE

To the Honorable Court:

NOW COMES Alison A. Zea ("Zea"), a mortgagor of certain real property pursuant to certain Promissory Notes and Construction Loan Agreements of the Debtor and moves this Court for a short order of notice for service upon the U.S. Trustee and creditors of record, scheduling the hearing on said Zea's Motion for Payment and Discharge of Mortgage on March 27, 2008, or on a date and time more convenient for the Court. In support therefore, Zea submits the following:

1. Zea is the mortgagor of certain real property pursuant to Promissory Notes and Construction Loan Agreements executed in favor of the Debtor.

2. The Debtor ceased funding said Construction Loan Agreements at various times during and throughout 2007.

3. No construction has occurred at the real properties owned by Zea and subject to the Debtor's mortgages for greater then eight (8) months and the properties and materials used to build the same are degrading in condition.

4. The Debtor's conduct is the subject of a civil action in the Superior Court Department, Norfolk County, Commonwealth of Massachusetts, <u>Zea v. American Home Mortgage, Inc.</u>, 08 - 00251.

5. As the Court is aware, servicing of certain Promissory Notes and Construction Loan Agreements has been transferred by the Court to Servicing Agent, JP Morgan/Chase.

6. Servicing on the above-referenced transactions cannot continue based on the prior failures of the Debtor, as well as the damages incurred by Zea resulting from said failures.

7. Irreparable harm will result, including legal action by said Servicing Agents, if this matter is not heard and resolved by the Court.

WHEREFORE, ZEA requests and prays that this Court hear this matter and that the Court issue an order requiring all those so interested to appear and be heard upon short order of notice, specifically March 27, 2008 or some other time convenient for the Court.

Respectfully Submitted,

/s/ Alison Zea
Alison Zea
2839 Tiboron Blvd, East – 102
Naples, FL 34109
781.640.8502

Date: March 24, 2008

2