**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., a Delaware ) | Jointly Administered |
| Corporation, et al, ) | |
| Debtors ) | **Related Docket No. 3181** |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE**
**OF MOTION TO COMPEL**

PLEASE TAKE NOTICE, that Sandra Kraege Higby hereby withdraws without prejudice and with full reservation of rights the "Motion of Sandra Kraege Higby to Compel Debtors' Payment of OCP Fees and Administrative Expenses and for an Order Authorizing and Directing the Debtors to Advance the Costs of Prosecuting Foreclosure Matters, or in the Alternative, Paying on a Contemporaneous Basis the Costs and Expenses of Prosecuting Foreclosure Matters" appearing at Docket No. 3181.

Dated: March 24, 2008
Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP

 /s/ Evelyn J. Meltzer
David M. Fournier (DE No. 2812)
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 North Market Street
Post Office Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

-and-

Richard A. Sheils, Jr., (BBO #457290)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01616-0156
Telephone: (508) 791-3511
Facsimile: (508) 929-3047

*Counsel for Sandra Kraege Higby*

#9464005 v1