IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047(CSS) |
| HOLDINGS INC., a Delaware | : | |
| corporation, et al. | : | |
| | : | Jointly Administered |
| | : | Related to Docket No. 3388 |
| Debtors. | : | |

## ORDER

Upon consideration of the Motion for Short Order of Notice [D.I. 3388] filed on March 24, 2008; and after due deliberation and sufficient good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Court will conduct a hearing on this matter on March 27, 2008 at 11:00 a.m.. Objections, if any, may be presented at the hearing. No written objection is required.

SO ORDERED this 24 day of March, 2008.

Christopher S. Sontchi
United States Bankruptcy Court Judge