IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------- x   Chapter 11
In re:                                            :
                                                  :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                            :
HOLDINGS, INC., a Delaware corporation, et        :   Jointly Administered
al.,                                              :
                                                  :
                      Debtors.                    :   Re: Docket Nos. 3054, 3175
------------------------------------------------- x
```

## STIPULATION PERTAINING TO EXPERT DISCOVERY

The above-captioned debtors (the "Debtors") and Bank of America, N.A., as Administrative Agent (the "Administrative Agent") (collectively, the "Parties"), to avoid consuming the Parties' and the Court's time and resources on potential discovery issues relating to witnesses testifying as experts pursuant to Rules 702, 703 or 705 of the Federal Rules of Evidence, hereby stipulate and agree on the following limitations on the scope of expert-related discovery in connection with the *Motion of the Bank of America, N.A., as Administrative Agent, for Relief from the Automatic Stay, Pursuant to 11 U.S.C. 362(d), Allowing the Administrative Agent to Exercise its Rights as a Secured Creditor* **[D.I. 3054]** (the "Motion").

1.  The Parties agree to limit expert-related document discovery to: (a) the final version of their "reports," as the term report is used in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure; (b) materials considered by the expert in formulating his/her opinions in this matter; and (c) any other materials relied upon by the expert as part of his/her opinions in this matter. Without limiting the applicability of the foregoing, the Parties agree that the following categories of data, information, or documents will not

be disclosed by the Parties or their experts, and are outside the scope of permissible discovery relating to the Motion:

(a) Draft reports or notes; and/or

(b) Any oral or written communication between an expert witness and (i) the expert's assistants, clerical or support staff and/or (ii) attorneys for the party offering the testimony of such expert witness, unless the expert witness is relying upon the aforementioned communications as part of or in support of his/her opinions in this matter.

2. Along with the final expert report, the Parties will produce to the opposing side copies of all documents and information required by paragraph 1 on April 2, 2008. In addition, on or before April 4, 2008, the parties shall identify: (a) the name of any lay witness that will give testimony admissible under Rule 701 of the Federal Rules of Evidence; (b) the subject matter of that lay witnesses' opinion testimony; and (c) the perceptions of the lay witness on which that opinion testimony is based.

3. Questioning of expert witnesses during either deposition or at the hearing on the Motion shall not extend to the oral examination or any other form of inquiry concerning:

(a) Draft reports or notes; and/or

(b) Communications to or from or in the presence of an attorney for the party expecting to call the expert witness, unless the expert is relying upon the communication as part of the basis for or in support of his or her expert testimony.

4. The deposition of each expert shall not exceed seven (7) hours, exclusive of breaks.

5. Nothing in this Stipulation shall be construed to limit the discovery or examination of expert witnesses concerning the basis for an expert's final opinions or the documents or other information considered in rendering that final opinion.

31620596_V6

3

STIPULATED AND AGREED TO on March 19, 2008:

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| *(signature)* | *(signature)* |
| James L. Patton (No. 2202) | Laurie Selber Silverstein (No. 2396) |
| Robert S. Brady (No. 2847) | Gabriel R. MacConaill (No. 4734) |
| Rolin P. Bissell (No. 4478) | P. O. Box 951 |
| John T. Dorsey (No. 2988) | 1313 N. Market Street, 6th Floor |
| The Brandywine Building | Wilmington, Delaware 19899 |
| 1000 West Street, 17th Floor | (302) 984-6000 |
| Wilmington, Delaware 19801 | |
| (302) 571-6600 | - and - |
| | |
| *Counsel for the Debtors* | KAYE SCHOLER LLP |
| | Margot B. Schonholtz |
| | Myron Kirschbaum |
| | Scott D. Talmadge |
| | Kaye Scholer LLP |
| | 425 Park Avenue |
| | New York, NY 10022 |
| | |
| | *Counsel for the Administrative Agent* |

31620596_V6

4