IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :   Jointly Administered
            Debtors.                                               :
                                                                   :   Ref. No. 3109
------------------------------------------------------------------ x

## CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 3109

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Eighth Motion for an Order, Pursuant to Sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rule 6006, Authorizing the Debtors to Reject Certain Unexpired Equipment Leases (the "Motion") has been received. The Court's docket which was last updated March 24, 2008, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than March 17, 2008 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
       March ___, 2008

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ [signature]
        James L. Patton, Jr. (No. 2202)
        Joel A. Waite (No. 2925)
        Pauline K. Morgan (No. 3650)
        Sean M. Beach (No. 4070)
        Matthew B. Lunn (No. 4119)
        Kenneth J. Enos (No. 4544)
        Robert F. Poppiti, Jr. (No. 5052)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and
        Debtors in Possession