IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------------- x |  |
| In re: | : Chapter 11 |
|  | : |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | : |
|  | : Jointly Administered |
| Debtors. | : |
| ------------------------------------------------------------------- x | Ref. No. 3122 |

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 3122

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Sixth Monthly Statement of Weiner Brodsky Sidman Kider PC as an Ordinary Course Professional for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2008 through January 31, 2008 (the "Application") has been received. The Court's docket which was last updated March 24, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than March 19, 2008 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($28,955.60) of requested fees and 100% of requested expenses ($10,158.28) on an interim basis without further Court order.

Dated: Wilmington, Delaware
March 24, 2008

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Ryan M. Bartley
        James L. Patton, Jr. (No. 2202)
        Joel A. Waite (No. 2925)
        Pauline K. Morgan (No. 3650)
        Sean M. Beach (No. 4070)
        Kenneth Enos (No. 4544)
        Margaret B. Whiteman (No. 4652)
        Ryan M. Bartley (No. 4950)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and
        Debtors in Possession