IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                          :  Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                :  Jointly Administered
        Debtors.                                                :
---------------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 27, 2008 AT 11:00 A.M. (ET)**

## ADJOURNED/RESOLVED MATTERS

1.      CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to
        Release Loan Documents [D.I. 2515, 12/27/07]

        Objection Deadline:  January 7, 2008 at 4:00 p.m., extended to January 9, 2008 at 12:00
                             p.m.

        Objections Filed:

                a)      Debtors' Objection to CitiMortgage Inc.'s Motion to Lift the Automatic
                        Stay and Compel the Debtors to Release Loan Documents [D.I. 2635,
                        1/9/08]

        Status: This matter will be adjourned by agreement of the parties to April 14, 2008 at
                10:00 a.m.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM
Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation
(1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American
Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC,
a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491);
and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538
Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd.,
Suite 200, Irving, Texas 75063.

2.    Iron Mountain Information Management, Inc.'s Motion to Compel Payment of
      Administrative Expenses [D.I. 2465, 12/20/07]

      Objection Deadline:    December 28, 2007 at 4:00 p.m., extended to February 7, 2008 at
                             4:00 p.m. for the Debtors and the Committee

      Related Document:

             a)    Proposed Form of Order filed by Iron Mountain Information Management,
                   Inc. [D.I. 2502, 12/26/07]

      Objections Filed:

             b)    Informal Response of the Debtors

      Status: This matter will be adjourned by agreement of the parties to April 17, 2008 at
              10:00 a.m.

3.    Motion of National City Capital Commercial Corporation for Entry of Order Granting
      Allowance and Payment of Post-Petition Rent as an Administrative Expense Pursuant to
      11 U.S.C. § 503(b)(1)(a) [D.I. 2791, 1/25/08]

      Objection Deadline:    February 21, 2008 at 4:00 p.m., extended to April 7, 2008 for the
                             Debtors and Committee

      Objections Filed:    None to date

      Status: This matter will be adjourned by agreement of the parties to April 14, 2008 at
              10:00 a.m.

4.    Motion of Natixis Real Estate Capital, Inc. f/k/a Ixis Real Estate Capital, Inc. for Relief
      from the Automatic Stay [D.I. 1701, 10/29/07]

      Objection Deadline:    November 7, 2007 at 4:00 p.m., extended for the Debtors and
                             Committee

      Related Document:

             a)    Order Approving and Authorizing the Settlement Agreement by and
                   Between the Debtors and Natixis Real Estate Capital Inc. f/k/a Ixis Real
                   Estate Capital, Inc. [D.I. 2986, 2/15/08]

      Objections Filed:    None

      Status: This matter has been resolved in part. The remainder of this matter will be
              adjourned to April 14, 2008 at 10:00 a.m..

2

5.   Motion of Sandra Kraege Higby to Compel Debtors' Payment of OCP Fees and
     Administrative Expenses and for an Order Authorizing and Directing the Debtors to
     Advance the Costs of Prosecuting Foreclosure Matters, or in the Alternative, Paying on a
     Contemporaneous Basis the Costs and Expenses of Prosecuting Foreclosure Matters [D.I.
     3181, 3/7/08]

     Objection Deadline:    March 20, 2008 at 4:00 p.m., extended for the Debtors

     Objections Filed:      None

     Related Document:

          a)    Notice of Withdrawal Without Prejudice of Motion to Compel [D.I. 3390,
                3/24/08]

     Status: This matter has been withdrawn.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

6.   Eighth Motion for an Order, Pursuant to Sections 105 and 365 of the Bankruptcy Code
     and Bankruptcy Rule 6006, Authorizing the Debtors to Reject Certain Unexpired
     Equipment Leases [D.I. 3109, 2/27/08]

     Objection Deadline:    March 17, 2008 at 4:00 p.m.

     Objections Filed:      None

     Related Document:

          a)    Certificate of No Objection [D.I. 3394, 3/24/08]

     Status: A Certificate of No Objection has been filed.  No hearing is required.

7.   Debtors' Motion for an Order Further Extending Their Exclusive Periods to File a
     Chapter 11 Plan and Solicit Acceptances Thereto Pursuant to Section 1121(d) of the
     Bankruptcy Code [D.I. 3133, 2/29/08]

     Objection Deadline:    March 20, 2008 at 4:00 p.m.

     Objections Filed:      None

     Related Document:

          a)    Certificate of No Objection [D.I. 3395, 3/24/08]

     Status: A Certificate of No Objection has been filed.  No hearing is required.

## UNCONTESTED MATTERS GOING FORWARD

8.  Citimortgage, Inc.'s Motion for Relief from the Automatic Stay Under 11 U.S.C. §362(d)(1) – 6310 Tempting Choice Avenue, Las Vegas, NV [D.I. 3126, 2/29/08]

Objection Deadline:    March 20, 2008 at 4:00 p.m.

Objections Filed:

   a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3166, 3/5/08]

Status: This matter will be going forward.

9.  Citimortgage, Inc.'s Motion for Relief from the Automatic Stay Under 11 U.S.C. §362(d)(1) – 2661 Oasis Str., Imperial, CA [D.I. 3130, 2/29/08]

Objection Deadline:    March 20, 2008 at 4:00 p.m.

Objections Filed:

   a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3166, 3/5/08]

Status: This matter will be going forward.

10.  Citimortgage, Inc.'s Motion for Relief from the Automatic Stay Under 11 U.S.C. §362(d)(1) – 4227 Berkley Ct., King George, VA [D.I. 3138, 3/3/08]
Objection Deadline:    March 20, 2008 at 4:00 p.m.
Objections Filed:
   a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3166, 3/5/08]
Status: This matter will be going forward.

DB02:6667475.1                                                                          066585.1001

**CONTESTED MATTERS GOING FORWARD**

11.     Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the
        (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II)
        Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of
        Reasonable Costs and Expenses [D.I. 2395, 12/14/07]

        Related Documents:

        a)      Order Authorizing the Abandonment and Destruction of Certain Duplicate
                Mortgage Loan Files [D.I. 2724, 1/15/08]

        b)      Debtors' Limited Reply and Supplement to Motion for an Order Pursuant
                to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and
                Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of
                Mortgage Loan Files to the Owner of Such Loans Upon Payment of
                Reasonable Costs and Expenses [D.I. 2888, 2/5/08]

        c)      Notice of Filing of Exhibit A to Debtors' Limited Reply and Supplement
                to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554
                Authorizing the (I) Abandonment and Destruction of Certain Duplicate
                Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner
                of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I.
                2902, 2/8/08]

        d)      Order (Second) Authorizing The (I)Abandonment And Destruction of
                Certain Duplicate Mortgage Loan Files or (II)Return of Mortgage Loan
                Files To The Owner of Such Loans Upon Payment of Reasonable Costs
                And Expenses [D.I. 3010, 2/19/08]

        e)      Loan File Return Declaration of the Creditor Community Development
                Administration, a Division of the Maryland Department of Housing and
                Community Development [D.I. 3271, 3/13/08]

        f)      Loan File Return Declaration of Aurora Loan Services LLC [D.I. 3275,
                3/13/08]

        g)      Declaration of Colorado Housing and Finance Authority [D.I. 3289,
                3/13/08]

        h)      Loan File Return Declaration of Wells Fargo Funding, Inc. [D.I. 3290,
                3/14/08]

        i)      Loan File Return Declaration of Goldman Sachs Mortgage Company [D.I.
                3291, 3/14/08]

066585.1001

j)   Loan file Return Declaration of Marilyn Richardson on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3294, 3/14/08]

k)   Loan File Return Declaration of Debora Brown on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3297, 3/14/08]

l)   Loan File Return Declaration of Debora Brown on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3300, 3/14/08]

m)   Loan File Return Declaration of Kathleen Conte on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3302, 3/14/08]

n)   Loan File Return Declaration of Bruce W. Good [D.I. 3304, 3/14/08]

o)   Loan File Return Declaration of Deutsche Bank National Trust Company, Solely in its Capacity as Trustee, and on Behalf of Certain Securitization Trusts [D.I. 3305, 3/14/08]

p)   Declaration of L. Steven Spears in Support of Loan File Return [D.I. 3317, 3/14/08]

q)   Loan File Declaration of LaSalle Bank National Association, Solely in its Capacity as a Trustee, and on Behalf of Certain Securitization Trusts  [D.I. 3347, 3/19/08]

Objections Filed:

r)   Objection and Reservation of Rights of Wells Fargo Bank, N.A. to the Bar Date Established Pursuant to the Second Order Pursuant to 11 U.S.C. §§5, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 3307, 3/14/08]

Status: This matter will be going forward as a status conference.

DB02:6667475.1                    066585.1001

12.     Hearing to Consider Sale of Certain Non-Performing Loans

      Objection Deadline:    March 6, 2008 at 4:00 p.m., extended for the Committee to March 11, 2008 at 10:00 a.m. and for Bank of America to March 10, 2008 at 4:00 p.m.

      Related Documents:

      a)      Motion of the Debtors for Orders: (A)(1) Approving Sale Procedures; (II) Approving Payment of Expense Reimbursement; (III) Scheduling a Hearing to Consider Sale of Certain Non-Performing Loans; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of Non-Performing Loans Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Sale Agreement Thereto; (III) Authorizing the Distribution of the Proceeds; and (IV) Granting Related Relief [D.I. 2490, 12/22/07]

      b)      Notice of Filing of Modified Sale Procedures and Form Asset Purchase Agreement [D.I. 2754, 1/18/08]

      c)      Order Pursuant to Sections 105 and 363 of the Bankruptcy Code: (I) Approving Sale Procedures; (II) Approving Expense Reimbursement; (III) Scheduling a Hearing to Consider Sale of Certain Non-Performing Loans; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief  [D.I. 2858, 2/4/08]

      d)      Notice of Modified Bid Deadlines and Sale-Related Dates [D.I. 2997, 2/15/08]

      e)      Notice of Modified Bid Deadlines and Sale Related Dates Solely with Respect to the Unencumbered Non-Performing Loans [D.I. 3180, 3/7/08]

      f)      Notice of Revised Proposed Forms of Order Approving the Sale of Certain Non-Performing Loans [D.I. 3217, 3/11/08]

      g)      Notice of Successful Bidders Regarding Sale of BofA Non-Performing Loans and JPM Non-Performing Loans [D.I. 3253, 3/12/08]

      h)      Order Authorizing the Debtors to File, Under Seal, the Purchase Prices with Respect to the Notice of the Successful Bids [D.I. 3272, 3/14/08]

      i)      Order (I) Authorizing the Sale of BOFA Non-Performing Loans and REO Property Free and Clear of Liens, Claims, Encumbrances and Other Interests; (II) Authorizing and Approving Sale Agreement Thereto; (III) Authorizing the Distribution of the Proceeds; and (IV) Granting Related Relief [D.I. 3283, 3/14/08]

DB02:6667475.1

066585.1001

j)      Order (I) Authorizing the Sale of JPM Non-Performing Loans and REO Property Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Sale Agreement Thereto; (III) Authorizing the Distribution of the Proceeds; and (IV) Granting Related Relief [D.I. 3314, 3/14/08]

Objections Filed:

k)      Limited Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Orders: (A)(1) Approving Sale Procedures; (II) Approving Payment of Expense Reimbursement; (III) Scheduling a Hearing to Consider Sale of Certain Non-Performing Loans; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of Non-Performing Loans Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Sale Agreement Thereto; (III) Authorizing the Distribution of the Proceeds; and (IV) Granting Related Relief [D.I. 3211, 3/10/08]

Status: The sale of the Unencumbered Non-Performing Loans, will be going forward. The balance of the relief requested in the motion was previously approved pursuant to items (i) and (j) above.

13.     Gloria T. Kirk's Motion to Lift Stay [D.I. 2969, 2/13/08]

Objection Deadline:   March 6, 2008 at 4:00 p.m.

Objections Filed:

a)      Debtors' Objection to Gloria T. Kirk's Motion to Lift Stay [D.I. 3177, 3/6/08]

b)      Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to Gloria T. Kirk's Motion to Lift Stay [D.I. 3178, 3/6/08]

Status: This matter will be going forward.

14.    Motion of the Debtors for the Entry of an Order Approving the Stipulation by and Among the Debtors, Certain Current and Former Directors and Officers of the Debtors, and the Official Committee of Unsecured Creditors for an Order Granting Relief from the Automatic Stay, to Enforce Insurance Policy in Favor of Insured Persons [D.I. 3107, 2/27/08]

Objection Deadline:    March 17, 2008 at 4:00 p.m.

Objections Filed:

a)    Institutional Investor Group and the Putative Class's Limited Objection to Debtors' Motion for the Entry of an Order Approving the Stipulation by and Among the Debtors, Certain Current and Former Directors and Officers of the Debtors, and the Official Committee of Unsecured Creditors for an Order Granting Relief from the Automatic Stay, to Enforce Insurance Policy in Favor of Insured Persons [D.I. 3262, 3/13/08]

Status: This matter will be going forward.  The parties have reached an agreement and the Debtors will submit a revised form of order at or prior to the hearing.

15.    Application of the Debtors for an Order Pursuant to Sections 327(a) of the Bankruptcy Code Authorizing the Employment and Retention of PricewaterhouseCoopers LLP as Tax Advisors to the Debtors, *nunc pro tunc* to February 12, 2008 [D.I. 3167, 3/5/08]

Objection Deadline:    March 20, 2008 at 4:00 p.m.

Objections Filed:

a)    Informal Response of the United States Trustee

Status: The informal response of the United States Trustee has been resolved.  A revised form of order will be submitted under Certification of Counsel.

066585.1001

16.   Motion for Short Order of Notice filed by Alison A. Zea [D.I. 3388, 3/24/08]

      Objection Deadline:   At the Hearing

      Related Document:

           a)     Order [D.I. 3392, 3/24/08]

      Objections filed:    None as of the filing of this Agenda

      Status: This matter will be going forward.

## ADVERSARY MATTERS

Calyon New York Branch v. American Home Mortgage Corp., et al., Adv. No. 07-51704

17.   Motion of Calyon New York Branch to Obtain Advanced Funds and Other Mortgage
      Assets and Compel the Debtors to Comply with the September Stipulation and the
      January Stipulation [D.I. 95, 3/7/08]

      Objection Deadline:   March 19, 2008 at 4:00 p.m.

      Related Document:

           a)     Order Granting Expedited Hearing [D.I. 99, 3/10/08]

      Objections Filed:    None as of the filing of this Agenda

      Status: The parties are working on a consensual resolution of this matter.  To the extent a
           consensual resolution is not reached between the parties, this matter is adjourned
           to April 14, 2008 at 10:00 a.m.  For the purposes of this hearing, this matter is
           going forward as a status conference only.

18.   Motion of Bank of America, N.A. as Administrative Agent, to Intervene, and Limited
      Objection to the Motion of Calyon New York Branch to Obtain Advanced Funds and
      Other Mortgage Assets and Compel the Debtors to Comply with the September
      Stipulation and the January Stipulation [D.I. 103, 3/19/08]

      Objection Deadline:   March 25, 2008 at 4:00 p.m.

      Objections Filed:    None as of the filing of this Agenda

DB02:6667475.1                                                          066585.1001

Related Document:

    a)    Order Granting Expedited Hearing, and to Shorten Time Regarding Motion of Bank of America, N.A. as Administrative Agent, to Intervene, and Limited Objection to the Motion of Calyon New York Branch to Obtain Advanced Funds and Other Mortgage Assets and Compel the Debtors to Comply with the September Stipulation and the January Stipulation [D.I. 105, 3/20/08]

Status: The Debtors intend to file a Limited Objection on or before the objection deadline set forth in Item (a). This matter will be going forward.

Dated: Wilmington, Delaware
March 25, 2008

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        James L. Patton, Jr. (No. 2202)
        Robert S. Brady (No 2847)
        Pauline K. Morgan (No. 3650)
        Sean M. Beach (No. 4070)
        Matthew B. Lunn (No. 4119)
        Kara Hammond Coyle (No. 4410)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and Debtors in Possession

DB02:6667475.1          066585.1001