IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x   Chapter 11

In re:
: Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,    : Jointly Administered

Debtors.    : Doc. Ref. Nos. 241, 741, 2207 and 2281

------------------------------------------------------------------- x

**THIRD SUPPLEMENTAL DECLARATION OF SUSHEEL KIRPALANI IN CONNECTION WITH RETENTION OF QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP AS SPECIAL INVESTIGATORY, LITIGATION AND CONFLICTS COUNSEL TO THE DEBTORS PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014**

SUSHEEL KIRPALANI, hereby declares, under penalty of perjury:

1.  I am a member of the firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP ("**Quinn Emanuel**" or the "**Firm**"), a law firm with offices at 51 Madison Avenue, New York, New York 10010, and in Los Angeles, San Francisco, and Silicon Valley, California, as well as Tokyo, Japan.

2.  I submit this third supplemental declaration (the "**Third Supplemental Declaration**") in connection with the retention of Quinn Emanuel Urquhart Oliver & Hedges, LLP, as special investigatory, litigation and conflicts counsel to the Debtors pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014.

3.  An Order approving the Application For an Order Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention and Employment of Quinn Emanuel Urquhart Oliver & Hedges, LLP as Special Investigatory, Litigation and Conflicts Counsel To the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 241] (the "**Application**") was entered by the Court on September 13, 2007 [Docket No. 741].

4.    On August 20, 2007, Quinn Emanuel filed an initial declaration (the "**Initial Declaration**") of Susheel Kirpalani in support of the Application.

5.    On November 28, 2007, Quinn Emanuel filed a supplemental declaration (the "**Supplemental Declaration**") of Susheel Kirpalani in support of the Application [Docket No. 2207].

6.    On December 4, 2007, Quinn Emanuel filed a second supplemental declaration (the "**Second Supplemental Declaration**") of Susheel Kirpalani in support of the Application [Docket No. 2281].

7.    As stated in the Initial Declaration, the Supplemental Declaration and the Second Supplemental Declaration (together, the "**Declarations**"), Quinn Emanuel conducted a series of searches in the Firm's conflicts databases to identify relationships with creditors and other parties-in-interest (or potential parties-in-interest) in these Chapter 11 cases. The Initial Declaration summarizes the results of these searches. The purpose of this Third Supplemental Declaration is to update the disclosures in the Declarations; as demonstrated below, Quinn Emanuel remains disinterested within the meaning of 11 U.S.C. § 101(14), and neither holds nor represents any interest adverse to the Debtors or their estates other than as described below.

8.    On behalf of the Debtors, Quinn Emanuel continues to investigate potential claims against and defenses to claims asserted by several entities that either filed proofs of claim in the above-captioned bankruptcy case or are currently involved in pending litigation with the Debtors: (a) Bear Stearns International Limited; (b) Bear, Stearns & Company Inc.; (c) Bear Stearns Mortgage Capital Corp.; (d) Strategic Mortgage Opportunities REIT Inc.; (e) EMC Mortgage Corp.; and (f) Liquid Funding Ltd. (collectively, the "**Bear Stearns Entities**"). Quinn Emanuel has been asked to provide litigation advice to an affiliate of the Bear Stearns Entities on matters wholly unrelated to the Debtors and wholly unrelated to real estate mortgage financing

generally. The Bear Stearns Entities have agreed to waive any potential conflict arising from such representation.

9. Except as specifically disclosed in this Third Supplemental Declaration and the previously filed Declarations, to the best of my knowledge, neither I, the Firm, nor any partner, counsel or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their potential creditors, or any other parties in interest, or their representative attorneys and accountants, and the United States Trustee or any person employed in the office of the United States Trustee. To the extent that Quinn Emanuel becomes aware of any additional relationships and/or connections that may be relevant to Quinn Emanuel's representation of the Debtors, an additional supplemental declaration will be filed.

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

New York, New York
March 25, 2008

                                          /s/ Susheel Kirpalani

                                          A Member of the Firm