IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| -------------------------------------------------------------- x | | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | |
| a Delaware corporation, et al., [1] | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: April 14, 2008 at 4:00 p.m. |
| -------------------------------------------------------------- x | | Hearing Date: N/A |

### NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the
Official Committee of Unsecured Creditors

The **Fourth Monthly Application of the Orlans Associates as Foreclosure
Service Provider for the Debtors and Debtors-in-Possession for Allowance of
Compensation and Reimbursement of Expenses Incurred for the Interim Period November
1, 2007 through November 30, 2007** (the "Application") has been filed with the Bankruptcy
Court. The Application seeks allowance of interim fees in the amount of $28,902.50 and interim
expenses in the amount of $35,442.18.

Objections to the Application, if any, are required to be filed on or before **April
14, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States
Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington,
Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received
by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings,
Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel);
(ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391,
Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii)
Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and
Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon); (viii) The Law Offices of Alan Weinreb, PLLC, Weinrub & Associates, PLLC, 6800 Jericho Turnpike, Suite 207W, Syosset, NY 11791, (Attn: Alan Weinreb).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER MODIFYING EXISTING PROCEDURES FOR THE COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CERTAIN FORECLOSURE PROFESSIONALS AND REAL ESTATE BROKERS UTILIZED IN THE ORDINARY COURSE AND GRANTING LIMITED NUNC PRO TUNC RELIEF [DOCKET NO. 2985], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 100% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
March 25, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------ x | Chapter 11 | |
| In re: : | | |
| : | Case No. 07-11047 (CSS) | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., : | | |
| a Delaware corporation, et al., : | Jointly Administered | |
| : | | |
| Debtors. : | Objection Deadline: | |
| ------------------------------------------------------------ x | Hearing Date:  N/A | |

### FOURTH MONTHLY APPLICATION OF ORLANS ASSOCIATES AS FORECLOSURE SERVICE PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

| | |
|---|---|
| Name of Applicant: | **Orlans Associates** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **Effective as of August 6, 2007** |
| Period for which compensation and reimbursement is sought: | **November 1, 2007 through November 30, 2007** |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | **$28,902.50** |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | **$35,442.18** |

This is an:   __X__ interim   ___ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors. This application includes no fee component in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fee | Expenses | Fees | Expenses |
| | August 1, 2007 thru August 31, 2007 | $27,652.50 | $85,597.87 | $22,122.00 | $85,597.87 |
| | September 1, 2007 thru September 30, 2007 | $34,527.50 | $46,999.33 | $27,622.00 | $46,999.33 |
| | October 1, 2007 thru October 31, 2007 | $7,927.50 | $16,240.13 | $6,342.00 | $16,240.13 |

### INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work<br>Litigation (Hourly) | N/A (All Flat Fee Work)<br><br>1.30 | $28,675.00<br><br><br>$227.50 |
| **TOTALS** | **1.30** | **$28,902.50** |

### INTERIM EXPENSES

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Foreclosure-related work<br>Litigation costs | N/A<br><br>N/A | $35,382.18<br><br>$ 60.00 |
| **TOTALS** | **N/A** | **$35,442.18** |

| Invoice Number | Loan Number | NOVEMBER 2007 FEES Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 320251 | 100113284 | Proof of Claim | 11/02/2007 | 400.00 |
| 320394 | 1001635906 | Attorney Fee- Claim Letter | 11/03/2007 | 125.00 |
| 321074 | 1001419232 | Attorney Fee- Monitoring Lien | 11/06/2007 | 200.00 |
| 321281 | 1001473637 | Attorney Fee- Quit Claim deed. | 11/08/2007 | 75.00 |
| 321282 | 1001602300 | Attorney Fee- Quit Claim deed. | 11/08/2007 | 75.00 |
| 321283 | 1001562467 | Attorney Fee- Quit Claim Deed | 11/08/2007 | 75.00 |
| 321284 | 1001562473 | Attorney Fee- Quit Claim Deed. | 11/08/2007 | 75.00 |
| 321301 | 1000901696 | Motion for Relief from the Automatic Stay | 11/08/2007 | 600.00 |
| 321302 | 1001363943 | Motion for Relief from the Automatic Stay | 11/08/2007 | 600.00 |
| 321303 | 1001635987 | Attorney Fee- Motion for Relief | 11/08/2007 | 600.00 |
| 321625 | 1001126625 | Proof of Claim | 11/09/2007 | 400.00 |
| 321626 | 1000839780 | Attorney Fee- Motion for Relief | 11/09/2007 | 600.00 |
| 321692 | 1000784889 | Attorney Fee- Preparation of Adjournment | 11/06/2007 | 20.00 |
| 322347 | 1001082843 | Attorney Fee- Foreclosure Proceeding | 11/01/2007 | 650.00 |
| 322347 | 1001082843 | Attorney Fee- Preparation of Assignments | 11/02/2007 | 75.00 |
| 322425 | 1000722894 | Attorney Fee- Foreclosure Proceeding | 11/03/2007 | 650.00 |
| 322425 | 1000722894 | Attorney Fee- Preparation of Assignments | 11/06/2007 | 75.00 |
| 323976 | 44010030 | Attorney Fee- Pre-Sale Affidavit of Abandonment | 11/12/2007 | 150.00- |

| | | | | |
|---|---|---|---|---|
| 324250 | 1000745969 | Attorney Fee- Foreclosure Proceeding | 11/01/2007 | 650.00 |
| 324250 | 1000745969 | Attorney Fee- Preparation of Assignments | 11/02/2007 | 75.00 |
| 324815 | 1000843309 | Attorney Fee- Motion for Relief | 11/27/2007 | 600.00 |
| 325460 | 1001316907 | Attorney Fee- Preparation of Assignments | 11/06/2007 | 75.00 |
| 325735 | 1000910737 | Attorney Fee- Foreclosure Proceedings | 11/28/2007 | 325.00 |
| 325735 | 1000910737 | Attorney Fee- Publishing | 11/28/2007 | 325.00 |
| 325792 | 1000780986 | Attorney Fee- Foreclosure Proceeding | 11/03/2007 | 660.00 |
| 325792 | 1000780986 | Attorney Fee- Preparation of Assignments | 11/13/2007 | 75.00 |
| 326015 | 1000685014 | Attorney Fee- Affidavit of Abandonment | 11/05/2007 | 160.00 |
| 326233 | 1000915454 | Attorney Fee- Foreclosure Proceeding | 11/29/2007 | 325.00 |
| 326233 | 1000915454 | Attorney Fee- Preparation of Assignments | 11/30/2007 | 75.00 |
| 326339 | 1001307253 | Attorney Fee- Preparation of Adjournment | 11/09/2007 | 60.00 |
| 326340 | 1000698000 | Attorney Fee- Preparation of Assignments | 11/02/2007 | 75.00 |
| 326343 | 1001090615 | Attorney Fee- Foreclosure Proceeding | 11/29/2007 | 325.00 |
| 326554 | 1001612091 | Attorney Fee- Preparation of Assignments | 11/02/2007 | 75.00 |
| 326554 | 1001612091 | Attorney Fee- Preparation of Adjournment | 11/27/2007 | 20.00 |
| 326659 | 1001213830 | Attorney Fee- Preparation of Assignments | 11/05/2007 | 75.00 |
| 327162 | 1000797360 | Attorney Fee- Preparation of Adjournment | 11/28/2007 | 20.00 |
| 327163 | 1001001592 | Attorney Fee- Foreclosure Proceeding | 11/01/2007 | 660.00 |
| 327163 | 1001001592 | Attorney Fee- Preparation of Assignments | 11/02/2007 | 75.00 |
| 327164 | 1000951619 | Attorney Fee- Foreclosure Proceeding | 11/01/2007 | 650.00 |
| 327164 | 1000951619 | Attorney Fee- Preparation of Assignments | 11/02/2007 | 75.00 |

| | | | | |
|---|---|---|---|---|
| 327165 | 1000675265 | Attorney Fee- Foreclosure Proceeding | 11/01/2007 | 650.00 |
| 327165 | 1000675265 | Attorney Fee- Preparation of Assignments | 11/05/2007 | 75.00 |
| 327585 | 1000754272 | Attorney Fee- Reopen Foreclosure Proceeding | 11/02/2007 | 650.00 |
| 327586 | 1000754174 | Attorney Fee- Reopen Foreclosure Proceeding | 11/02/2007 | 650.00 |
| 327586 | 1000754174 | Attorney Fee- Preparation of Assignments | 11/13/2007 | 75.00 |
| 327937 | 1001122677 | Attorney Fee- Foreclosure Proceeding | 11/08/2007 | 650.00 |
| 327937 | 1001122677 | Attorney Fee- Preparation of Assignments | 11/13/2007 | 75.00 |
| 327938 | 1000678862 | Attorney Fee- Foreclosure Proceeding | 11/29/2007 | 650.00 |
| 327938 | 1000678862 | Attorney Fee- Preparation of Assignments | 11/29/2007 | 75.00 |
| 327939 | 1001081110 | Attorney Fee- Foreclosure Proceeding | 11/29/2007 | 650.00 |
| 327939 | 1001081110 | Attorney Fee- Preparation of Assignments | 11/29/2007 | 75.00 |
| 328439 | 1000706317 | Attorney Fee- Preparation of Adjournment | 11/21/2007 | 60.00 |
| 328440 | 1000887283 | Attorney Fee- Preparation of Assignments | 11/05/2007 | 75.00 |
| 328440 | 1000887283 | Attorney Fee- Preparation of Adjournment | 11/28/2007 | 40.00 |
| 328667 | 1001662467 | Attorney Fee- Affidavit of Abandonment | 11/19/2007 | 150.00 |
| 328751 | 1001602300 | Attorney Fee- Affidavit of Abandonment | 11/21/2007 | 150.00 |
| 328752 | 1000913287 | Attorney Fee- Foreclosure Proceeding | 11/29/2007 | 650.00 |
| 328752 | 1000913287 | Attorney Fee- Preparation of Assignments | 11/29/2007 | 75.00 |
| 328944 | 1001195215 | Attorney Fee- Foreclosure Proceeding | 11/09/2007 | 700.00 |
| 328944 | 1001195215 | Attorney Fee- Preparation of Assignments | 11/13/2007 | 75.00 |
| 328945 | 1001151605 | Attorney Fee- Foreclosure Proceeding | 11/09/2007 | 700.00 |
| 328945 | 1001151605 | Attorney Fee- Preparation of Assignments | 11/13/2007 | 75.00 |

| | | | | |
|---|---|---|---|---|
| 329561 | 1001143942 | Attorney Fee- Foreclosure Proceeding | 11/14/2007 | 650.00 |
| 329561 | 1001143942 | Attorney Fee- Preparation of Assignments | 11/14/2007 | 75.00 |
| 330786 | 1001622962 | Attorney Fee- Affidavit of Abandonment | 11/21/2007 | 150.00 |
| 331580 | 1000731250 | Eviction Proceedings | 11/05/2007 | 300.00 |
| 331583 | 1001624948 | Attorney Fee- Foreclosure Proceeding | 11/29/2007 | 650.00 |
| 331583 | 1001624948 | Attorney Fee- Preparation of Assignments | 11/29/2007 | 75.00 |
| 332150 | 1001318729 | Eviction Proceedings | 11/01/2007 | 300.00 |
| 332191 | 1000731250 | Attorney Fee- Quit Claim Deed | 11/01/2007 | 75.00 |
| 332413 | 1001844327 | Attorney Fee- Foreclosure Proceeding | 11/29/2007 | 650.00 |
| 332413 | 1001844327 | Attorney Fee- Preparation of Assignments | 11/29/2007 | 75.00 |
| 332656 | 1000801684 | Eviction Proceedings | 11/02/2007 | 300.00 |
| 332813 | 1001073703 | Attorney Fee- Foreclosure Proceeding | 11/29/2007 | 650.00 |
| 332813 | 1001073703 | Attorney Fee- Preparation of Assignments | 11/29/2007 | 75.00 |
| 332814 | 1000987797 | Attorney Fee- Foreclosure Proceeding | 11/29/2007 | 650.00 |
| 332814 | 1000987797 | Attorney Fee- Preparation of Assignments | 11/29/2007 | 75.00 |
| 332815 | 1000733589 | Attorney Fee- Foreclosure Proceeding | 11/29/2007 | 650.00 |
| 332815 | 1000733589 | Attorney Fee- Preparation of Assignments | 11/29/2007 | 75.00 |
| 332816 | 1001332168 | Attorney Fee- Foreclosure Proceeding | 11/29/2007 | 650.00 |
| 332816 | 1001332168 | Attorney Fee- Preparation of Assignments | 11/29/2007 | 75.00 |
| 332817 | 1001256922 | Attorney Fee- Foreclosure Proceeding | 11/30/2007 | 650.00 |
| 332817 | 1001256922 | Attorney Fee- Preparation of Assignments | 11/30/2007 | 75.00 |
| 333229 | 1001117294 | Attorney Fee- Foreclosure Proceeding | 11/29/2007 | 650.00 |
| 333229 | 1001117294 | Attorney Fee- Preparation of Assignments | 11/30/2007 | 75.00 |

| 334921 | 4514077 | Attorney Fee- Preparation of Adjournment | 11/01/2007 | 220.00 |
|---|---|---|---|---|
| 335055 | 4800947 | Attorney Fee- Foreclosure Proceeding | 11/29/2007 | 650.00 |
| 335209 | 1000829543 | Attorney Fee- Preparation of Adjournment | 11/28/2007 | 160.00 |
| 335583 | 1001187849 | Attorney Fee- Foreclosure Proceedings | 11/29/2007 | 650.00 |
| 336029 | 1001194737 | Attorney Fee- Foreclosure Proceeding | 11/29/2007 | 650.00 |
| 336029 | 1001194737 | Attorney Fee- Preparation of Assignments | 11/29/2007 | 75.00 |
| 337225 | 1001311161 | Attorney Fee- Foreclosure Proceeding | 11/30/2007 | 650.00 |
| 337225 | 1001311161 | Attorney Fee- Preparation of Assignments | 11/30/2007 | 75.00 |
| | | Total November Fees | | 28,675.00 |

## NOVEMBER 2007 EXPENSES

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 320682 | 100656890 | Sheriff Cost | 11/01/2007 | 50.00 |
| 320682 | 100656890 | Recording of Sale | 11/01/2007 | 29.00 |
| 320682 | 100656890 | Transfer Tax for Recording of Sale | 11/01/2007 | 78.10 |
| 321125 | 100101810S | Execution of Order of Eviction/Removal of Items | 11/07/2007 | 1,880.00 |
| 321125 | 100101810S | City Cost- Dumpster | 11/07/2007 | 300.00 |
| 321249 | 100078103S | Sheriff Cost | 11/01/2007 | 50.00 |
| 321249 | 100078103S | Recording of Sale | 11/01/2007 | 29.00 |
| 321249 | 100078103S | Transfer Tax for Recording of Sale | 11/01/2007 | 89.10 |
| 321281 | 100147363T | Recording of Quit Claim Deed | 11/08/2007 | 60.00 |
| 321282 | 100160230O | Recording of Quit Claim Deed | 11/08/2007 | 60.00 |
| 321283 | 100166246T | Recording of Quit Claim Deed | 11/08/2007 | 60.00 |
| 321284 | 100156247S | Recording of Quit Claim Deed | 11/08/2007 | 60.00 |
| 321301 | 100090169G | Filing Fee- Motion for Relief | 11/08/2007 | 150.00 |
| 321302 | 100136394S | Filing Fee- Motion for Relief | 11/08/2007 | 150.00 |
| 321303 | 100163598T | Filing Fee- Motion for Relief | 11/08/2007 | 150.00 |
| 321626 | 100083978O | Filing Fee- Motion for Relief | 11/09/2007 | 150.00 |
| 321692 | 100078488G | Adjournment Cost | 11/06/2007 | 8.00 |
| 322256 | 100130453O | Service Fee- Summons and Complaint | 11/10/2007 | 48.00 |

| | | | | |
|---|---|---|---|---|
| 322347 | 1001082843 | Title Commitment | 11/01/2007 | 325.00 |
| 322347 | 1001082843 | Posting Cost | 11/01/2007 | 110.00 |
| 322347 | 1001082843 | Publication Cost | 11/01/2007 | 107.38 |
| 322347 | 1001082843 | Recording of Assignment | 11/02/2007 | 60.00 |
| 322347 | 1001082843 | Title Report | 11/10/2007 | 50.00 |
| | | | | |
| 322425 | 1000722894 | Title Commitment | 11/03/2007 | 325.00 |
| 322425 | 1000722894 | Document Fee- Recorded Mortgage and Assignment | 11/05/2007 | 50.00 |
| 322425 | 1000722894 | Posting Cost | 11/05/2007 | 70.00 |
| 322425 | 1000722894 | Publication Cost | 11/05/2007 | 152.75 |
| 322425 | 1000722894 | Recording of Assignment | 11/06/2007 | 60.00 |
| | | | | |
| 322526 | 4644046 | Sheriff Cost | 11/09/2007 | 50.00 |
| 322526 | 4644046 | Recording of Sale | 11/09/2007 | 55.00 |
| | | | | |
| 323775 | 1000598494 | Title Report | 11/01/2007 | 50.00 |
| 323775 | 1000598494 | Sheriff Cost | 11/14/2007 | 50.00 |
| 323775 | 1000598494 | Recording of Sale | 11/14/2007 | 32.00 |
| | | | | |
| 323776 | 1000703115 | Sheriff Cost | 11/15/2007 | 50.00 |
| 323776 | 1000703115 | Recording of Sale | 11/15/2007 | 29.00 |
| 323776 | 1000703115 | Transfer Tax for Recording of Sale | 11/15/2007 | 31.90 |
| | | | | |
| 323975 | 1000685351 | Sheriff Cost | 11/14/2007 | 50.00 |
| 323975 | 1000685351 | Recording of Sale | 11/14/2007 | 52.00 |
| 323975 | 1000685351 | Transfer Tax for Recording of Sale | 11/14/2007 | 97.90 |
| | | | | |
| 323976 | 4401030 | Title Report | 11/01/2007 | 50.00 |
| 323976 | 4401030 | Recording Cost for Affidavit of Abandonment | 11/12/2007 | 60.00 |
| 323976 | 4401030 | Posting Cost for Affidavit of Abandonment | 11/12/2007 | 35.00 |
| 323976 | 4401030 | Certified Mail for Affidavit of Abandonment | 11/12/2007 | 4.64 |
| 323976 | 4401030 | Sheriff Cost | 11/14/2007 | 50.00 |
| 323976 | 4401030 | Recording of Sale | 11/14/2007 | 52.00 |
| 323976 | 4401030 | Transfer Tax for Recording of Sale | 11/14/2007 | 74.25 |

| | | | | |
|---|---|---|---|---|
| 323977 | 1001443977 | Sheriff Cost | 11/16/2007 | 50.00 |
| 323977 | 1001443977 | Recording of Sale | 11/16/2007 | 52.00 |
| 323977 | 1001443977 | Transfer Tax for Recording of Sale | 11/16/2007 | 55.55 |
| | | | | |
| 324250 | 1000745969 | Title Commitment | 11/01/2007 | 325.00 |
| 324250 | 1000745969 | Document Fee- Recorded Mortgage | 11/01/2007 | 50.00 |
| 324250 | 1000745969 | Posting Cost | 11/01/2007 | 85.00 |
| 324250 | 1000745969 | Publication Cost | 11/01/2007 | 217.68 |
| 324250 | 1000745969 | Recording of Assignment | 11/02/2007 | 60.00 |
| | | | | |
| 324815 | 1000843309 | Filing Fee- Motion for Relief | 11/27/2007 | 150.00 |
| | | | | |
| 325456 | 1000829556 | Sheriff Cost | 11/21/2007 | 50.00 |
| 325456 | 1000829556 | Recording of Sale | 11/21/2007 | 52.00 |
| 325456 | 1000829556 | Transfer Tax for Recording of Sale | 11/21/2007 | 12.10 |
| 325456 | 1000829556 | Title Report | 11/28/2007 | 50.00 |
| | | | | |
| 325457 | 1000843228 | Sheriff Cost | 11/21/2007 | 50.00 |
| 325457 | 1000843228 | Recording of Sale | 11/21/2007 | 52.00 |
| 325457 | 1000843228 | Transfer Tax for Recording of Sale | 11/21/2007 | 66.55 |
| | | | | |
| 325458 | 1001255164 | Title Report | 11/24/2007 | 50.00 |
| 325458 | 1001255164 | Sheriff Cost | 11/28/2007 | 50.00 |
| 325458 | 1001255164 | Transfer Tax for Recording of Sale | 11/28/2007 | 12.10 |
| 325458 | 1001255164 | Recording of Sale | 11/28/2007 | 52.00 |
| | | | | |
| 325460 | 1001316907 | Recording of Assignment | 11/06/2007 | 60.00 |
| 325460 | 1001316907 | Title Report | 11/07/2007 | 50.00 |
| 325460 | 1001316907 | Sheriff Cost | 11/21/2007 | 60.00 |
| 325460 | 1001316907 | Recording of Sale | 11/21/2007 | 52.00 |
| 325460 | 1001316907 | Transfer Tax for Recording of Sale | 11/21/2007 | 56.10 |
| | | | | |
| 325464 | 1000798108 | Title Report | 11/07/2007 | 50.00 |
| 325464 | 1000798108 | Sheriff Cost | 11/21/2007 | 50.00 |
| 325464 | 1000798108 | Recording of Sale | 11/21/2007 | 52.00 |
| 325464 | 1000798108 | Transfer Tax for Recording of Sale | 11/21/2007 | 10.45 |

| | | | | |
|---|---|---|---|---|
| 325525 | 1000798181 | Filing Fee- Writ | 11/13/2007 | 15.00 |
| 325525 | 1000798181 | Service Fee- Writ | 11/13/2007 | 36.00 |
| 325525 | 1000798181 | City Cost- Dumpster | 11/27/2007 | 275.00 |
| 325525 | 1000798181 | Execution of Order of Eviction/Removal of Items | 11/28/2007 | 1,000.00 |
| 325731 | 1000893882 | Sheriff Cost | 11/21/2007 | 50.00 |
| 325735 | 1000910737 | Title Commitment | 11/28/2007 | 325.00 |
| 325735 | 1000910737 | Posting Cost | 11/28/2007 | 70.00 |
| 325735 | 1000910737 | Publication Cost | 11/28/2007 | 237.25 |
| 325792 | 1000780986 | Title Commitment | 11/03/2007 | 325.00 |
| 325792 | 1000780986 | Recording of Assignment | 11/13/2007 | 60.00 |
| 325792 | 1000780986 | Title Report | 11/13/2007 | 50.00 |
| 325792 | 1000780986 | Posting Cost | 11/13/2007 | 70.00 |
| 325792 | 1000780986 | Publication Cost | 11/13/2007 | 191.40 |
| 326015 | 1000685014 | Recording Cost for Affidavit of Abandonment | 11/05/2007 | 60.00 |
| 326015 | 1000685014 | Posting Cost for Affidavit of Abandonment | 11/05/2007 | 35.00 |
| 326015 | 1000685014 | Certified Mail for Affidavit of Abandonment | 11/05/2007 | 4.64 |
| 326233 | 1000915454 | Title Search | 11/29/2007 | 200.00 |
| 326233 | 1000915454 | Document Fee- Recorded Mortgage | 11/30/2007 | 50.00 |
| 326233 | 1000915454 | Recording of Assignment | 11/30/2007 | 60.00 |
| 326339 | 1001307253 | Adjournment Cost | 11/09/2007 | 24.00 |
| 326339 | 1001307253 | Sheriff Cost | 11/19/2007 | 50.00 |
| 326339 | 1001307253 | Recording of Sale | 11/19/2007 | 32.00 |
| 326340 | 1000698000 | Recording of Assignment | 11/02/2007 | 60.00 |
| 326340 | 1000698000 | Title Report | 11/07/2007 | 50.00 |
| 326340 | 1000698000 | Sheriff Cost | 11/19/2007 | 50.00 |
| 326340 | 1000698000 | Recording of Sale | 11/19/2007 | 29.00 |
| 326340 | 1000698000 | Transfer Tax for Recording of Sale | 11/19/2007 | 78.10 |

| | | | | |
|---|---|---|---|---|
| 326341 | 100147 7819 | Title Report | 11/26/2007 | 50.00 |
| 326341 | 100147 7819 | Sheriff Cost | 11/30/2007 | 50.00 |
| 326341 | 100147 7819 | Recording of Sale | 11/30/2007 | 29.00 |
| 326341 | 100147 7819 | Transfer Tax for Recording of Sale | 11/30/2007 | 107.80 |
| 326343 | 100109 0615 | Title Commitment | 11/29/2007 | 325.00 |
| 326552 | 100114 1502 | Service Fee- Summons and Complaint | 11/27/2007 | 112.00 |
| 326554 | 100161 2091 | Recording of Assignment | 11/02/2007 | 60.00 |
| 326554 | 100161 2091 | Title Report | 11/07/2007 | 50.00 |
| 326554 | 100161 2091 | Sheriff Cost | 11/16/2007 | 50.00 |
| 326554 | 100161 2091 | Adjournment Cost | 11/27/2007 | 8.00 |
| 326657 | 100065 1445 | Title Report | 11/07/2007 | 50.00 |
| 326657 | 100065 1445 | Sheriff Cost | 11/30/2007 | 50.00 |
| 326657 | 100065 1445 | Recording of Sale | 11/30/2007 | 29.00 |
| 326657 | 100065 1445 | Transfer Tax for Recording of Sale | 11/30/2007 | 67.10 |
| 326658 | 100131 6106 | Filing Fee- Writ | 11/13/2007 | 15.00 |
| 326659 | 100121 3830 | Recording of Assignment | 11/05/2007 | 60.00 |
| 326659 | 100121 3830 | Title Report | 11/08/2007 | 50.00 |
| 326659 | 100121 3830 | Sheriff Cost | 11/29/2007 | 50.00 |
| 326659 | 100121 3830 | Recording of Sale | 11/29/2007 | 29.00 |
| 326659 | 100121 3830 | Transfer Tax for Recording of Sale | 11/29/2007 | 127.05 |
| 326886 | 100102 9033 | Filing Fee- Writ | 11/12/2007 | 15.00 |
| 326886 | 100102 9033 | Service Fee- Writ | 11/13/2007 | 37.50 |
| 327160 | 100119 2230 | Service Fee- Summons and Complaint | 11/27/2007 | 15.00 |
| 327161 | 100131 5564 | Title Report | 11/08/2007 | 50.00 |
| 327161 | 100131 5564 | Sheriff Cost | 11/29/2007 | 50.00 |
| 327161 | 100131 5564 | Recording of Sale | 11/29/2007 | 29.00 |
| 327161 | 100131 5564 | Transfer Tax for Recording of Sale | 11/29/2007 | 111.10 |

| | | | |
|---|---|---|---|
| 327162 | 1000797360 | Title Report | 11/07/2007 | 50.00 |
| 327162 | 1000797360 | Adjournment Cost | 11/28/2007 | 8.00 |
| | | | | |
| 327163 | 100100 1592 | Title Commitment | 11/01/2007 | 325.00 |
| 327163 | 100100 1592 | Posting Cost | 11/01/2007 | 70.00 |
| 327163 | 100100 1592 | Publication Cost | 11/01/2007 | 191.40 |
| 327163 | 100100 1592 | Recording of Assignment | 11/02/2007 | 60.00 |
| 327163 | 100100 1592 | Title Report | 11/08/2007 | 50.00 |
| 327163 | 100100 1592 | Sheriff Cost | 11/30/2007 | 50.00 |
| 327163 | 100100 1592 | Recording of Sale | 11/30/2007 | 52.00 |
| 327163 | 100100 1592 | Transfer Tax for Recording of Sale | 11/30/2007 | 88.55 |
| | | | | |
| 327164 | 1000951619 | Title Commitment | 11/01/2007 | 325.00 |
| 327164 | 1000951619 | Posting Cost | 11/01/2007 | 70.00 |
| 327164 | 1000951619 | Publication Cost | 11/01/2007 | 191.40 |
| 327164 | 1000951619 | Recording of Assignment | 11/02/2007 | 60.00 |
| 327164 | 1000951619 | Title Report | 11/08/2007 | 50.00 |
| 327164 | 1000951619 | Sheriff Cost | 11/30/2007 | 50.00 |
| 327164 | 1000951619 | Recording of Sale | 11/30/2007 | 52.00 |
| 327164 | 1000951619 | Transfer Tax for Recording of Sale | 11/30/2007 | 80.85 |
| | | | | |
| 327165 | 1000675266 | Title Commitment | 11/01/2007 | 325.00 |
| 327165 | 1000675266 | Posting Cost | 11/01/2007 | 70.00 |
| 327165 | 1000675266 | Publication Cost | 11/01/2007 | 191.40 |
| 327165 | 1000675266 | Recording of Assignment | 11/05/2007 | 60.00 |
| 327165 | 1000675266 | Title Report | 11/08/2007 | 50.00 |
| 327165 | 1000675266 | Sheriff Cost | 11/30/2007 | 50.00 |
| 327165 | 1000675266 | Recording of Sale | 11/30/2007 | 52.00 |
| 327165 | 1000675266 | Transfer Tax for Recording of Sale | 11/30/2007 | 5.50 |
| | | | | |
| 327332 | 1000871809 | Filing Fee- Writ | 11/19/2007 | 15.00 |
| 327332 | 1000871809 | Execution of Order of Eviction/Removal of Items | 11/30/2007 | 1,470.00 |
| | | | | |
| 327333 | 1000813279 | Filing Fee- Writ | 11/12/2007 | 15.00 |
| 327333 | 1000813279 | Service Fee- Writ | 11/13/2007 | 52.50 |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 327334 | 100081397 3 | Filing Fee- Writ | 11/14/2007 | 37.50 |
| 327334 | 100081397 3 | Service Fee- Writ | 11/14/2007 | 15.00 |
| 327335 | 100072251 0 | Filing Fee- Writ | 11/19/2007 | 15.00 |
| 327335 | 100072251 0 | Service Fee- Writ | 11/20/2007 | 35.00 |
| 327336 | 100093791 6 | Filing Fee- Writ | 11/16/2007 | 15.00 |
| 327336 | 100093791 6 | Service Fee- Writ | 11/16/2007 | 37.50 |
| 327336 | 100093791 6 | City Cost- Dumpster | 11/30/2007 | 275.00 |
| 327337 | 100084151 0 | Filing Fee- Writ | 11/16/2007 | 15.00 |
| 327337 | 100084151 0 | Service Fee- Writ | 11/16/2007 | 37.50 |
| 327337 | 100084151 0 | City Cost- Dumpster | 11/30/2007 | 300.00 |
| 327455 | 100110489 8 | Title Report | 11/11/2007 | 50.00 |
| 327455 | 100110489 8 | Sheriff Cost | 11/29/2007 | 50.00 |
| 327455 | 100110489 8 | Recording of Sale | 11/29/2007 | 29.00 |
| 327455 | 100110489 8 | Transfer Tax for Recording of Sale | 11/29/2007 | 144.10 |
| 327586 | 100075417 4 | Title Update | 11/02/2007 | 35.00 |
| 327586 | 100075417 4 | Posting Cost | 11/02/2007 | 70.00 |
| 327586 | 100075417 4 | Publication Cost | 11/02/2007 | 237.25 |
| 327586 | 100075417 4 | Title Report | 11/06/2007 | 50.00 |
| 327586 | 100075417 4 | Recording of Assignment | 11/13/2007 | 60.00 |
| 327587 | 100076113 6 | Title Report | 11/07/2007 | 50.00 |
| 327604 | 100074175 4 | Filing Fee- Writ | 11/16/2007 | 15.00 |
| 327604 | 100074175 4 | Service Fee- Writ | 11/16/2007 | 37.50 |
| 327705 | 100082771 2 | Filing Fee- Writ | 11/26/2007 | 15.00 |
| 327936 | 100103276 8 | Service Fee- Summons and Complaint | 11/06/2007 | 50.00 |
| 327936 | 100103276 8 | Filing Fee- Writ | 11/12/2007 | 15.00 |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 327937 | 100112267T | Title Commitment | 11/08/2007 | 795.00 |
| 327937 | 100112267T | Posting Cost | 11/08/2007 | 70.00 |
| 327937 | 100112267T | Publication Cost | 11/08/2007 | 191.40 |
| 327937 | 100112267T | Recording of Assignment | 11/13/2007 | 60.00 |
| 327937 | 100112267T | Title Report | 11/21/2007 | 50.00 |
| | | | | |
| 327938 | 1000678862 | Title Commitment | 11/29/2007 | 517.00 |
| 327938 | 1000678862 | Document Fee- Recorded Mortgage and Assignment | 11/29/2007 | 50.00 |
| 327938 | 1000678862 | Recording of Assignment | 11/29/2007 | 60.00 |
| 327938 | 1000678862 | Posting Cost | 11/29/2007 | 85.00 |
| 327938 | 1000678862 | Publication Cost | 11/29/2007 | 107.38 |
| | | | | |
| 327939 | 1001081110 | Title Commitment | 11/29/2007 | 686.00 |
| 327939 | 1001081110 | Recording of Assignment | 11/29/2007 | 60.00 |
| 327939 | 1001081110 | Posting Cost | 11/29/2007 | 85.00 |
| 327939 | 1001081110 | Publication Cost | 11/29/2007 | 107.38 |
| | | | | |
| 328041 | 1000980488 | Filing Fee- Writ | 11/14/2007 | 15.00 |
| 328041 | 1000980488 | Service Fee- Writ | 11/14/2007 | 37.50 |
| | | | | |
| 328249 | 1000613997 | Filing Fee- Writ | 11/30/2007 | 15.00 |
| 328249 | 1000613997 | Service Fee- Writ | 11/30/2007 | 37.50 |
| | | | | |
| 328250 | 1000724714 | Filing Fee- Writ | 11/15/2007 | 15.00 |
| | | | | |
| 328330 | 1000711488 | Service Fee- Summons and Complaint | 11/09/2007 | 28.20 |
| 328330 | 1000711488 | Filing Fee- Writ | 11/14/2007 | 15.00 |
| | | | | |
| 328438 | 1001166038 | Service Fee- Summons and Complaint | 11/27/2007 | 15.00 |
| 328438 | 1001166038 | Filing Fee- Writ | 11/29/2007 | 24.28 |
| | | | | |
| 328439 | 1000706317 | Adjournment Cost | 11/21/2007 | 24.00 |
| | | | | |
| 328440 | 1000887283 | Recording of Assignment | 11/05/2007 | 60.00 |
| 328440 | 1000887283 | Title Report | 11/07/2007 | 50.00 |
| 328440 | 1000887283 | Adjournment Cost | 11/28/2007 | 16.00 |

| | | | | |
|---|---|---|---|---|
| 328566 | 1000945909 | Service Fee- Summons and Complaint | 11/06/2007 | 63.00 |
| 328566 | 1000945909 | Filing Fee- Writ | 11/19/2007 | 15.00 |
| 328567 | 1001562467 | Recording Cost for Affidavit of Abandonment | 11/19/2007 | 60.00 |
| 328567 | 1001562467 | Posting Cost for Affidavit of Abandonment | 11/19/2007 | 50.00 |
| 328567 | 1001562467 | Certified Mail for Affidavit of Abandonment | 11/19/2007 | 4.64 |
| 328750 | 1001029721 | Service Fee- Summons and Complaint | 11/10/2007 | 48.00 |
| 328750 | 1001029721 | Filing Fee- Writ | 11/26/2007 | 15.00 |
| 328751 | 1001602300 | Recording Cost for Affidavit of Abandonment | 11/21/2007 | 60.00 |
| 328751 | 1001602300 | Posting Cost for Affidavit of Abandonment | 11/21/2007 | 35.00 |
| 328752 | 1000913287 | Title Search | 11/29/2007 | 200.00 |
| 328752 | 1000913287 | Posting Cost | 11/29/2007 | 70.00 |
| 328752 | 1000913287 | Publication Cost | 11/29/2007 | 152.75 |
| 328752 | 1000913287 | Recording of Assignment | 11/29/2007 | 60.00 |
| 328943 | 4358126 | Filing Fee- Writ | 11/14/2007 | 15.00 |
| 328943 | 4358126 | Service Fee- Writ | 11/14/2007 | 37.50 |
| 328944 | 1001195215 | Title Commitment | 11/09/2007 | 325.00 |
| 328944 | 1001195215 | Posting Cost | 11/10/2007 | 110.00 |
| 328944 | 1001195215 | Publication Cost | 11/10/2007 | 237.25 |
| 328944 | 1001195215 | Recording of Assignment | 11/13/2007 | 60.00 |
| 328944 | 1001195215 | Title Report | 11/15/2007 | 50.00 |
| 328945 | 1001151605 | Title Commitment | 11/09/2007 | 325.00 |
| 328945 | 1001151605 | Posting Cost | 11/10/2007 | 110.00 |
| 328945 | 1001151605 | Publication Cost | 11/10/2007 | 283.70 |
| 328945 | 1001151605 | Recording of Assignment | 11/13/2007 | 60.00 |
| 328945 | 1001151605 | Title Report | 11/14/2007 | 50.00 |
| 329061 | 1000879156 | Filing Fee- Writ | 11/16/2007 | 15.00 |
| 329061 | 1000879156 | Service Fee- Writ | 11/16/2007 | 37.50 |

| Number | Account | Description | Date | Amount |
|---|---|---|---|---|
| 329062 | 1001282652 | Service Fee- Summons and Complaint (Unit 2) | 11/08/2007 | 43.44 |
| 329062 | 1001282652 | Service Fee- Summons and Complaint (Unit 4) | 11/08/2007 | 43.44 |
| 329062 | 1001282652 | Service Fee- Summons and Complaint (Unit 3) | 11/08/2007 | 43.44 |
| 329062 | 1001282652 | Service Fee- Summons and Complaint (Unit 1) | 11/08/2007 | 43.44 |
| 329062 | 1001282652 | Filing Fee- Writ (Unit 3) | 11/15/2007 | 15.00 |
| 329062 | 1001282652 | Execution of Order of Eviction/Removal of Items (Unit 1 | 11/27/2007 | 391.44 |
| 328236 | 1000696835 | Filing Fee- Writ | 11/12/2007 | 15.00 |
| 328236 | 1000696835 | Service Fee- Writ | 11/13/2007 | 37.50 |
| 329237 | 1000782810 | Filing Fee- Writ | 11/26/2007 | 15.00 |
| 329237 | 1000782810 | Service Fee- Writ | 11/27/2007 | 41.00 |
| 329331 | 1001294847 | Filing Fee- Writ | 11/26/2007 | 15.00 |
| 329331 | 1001294847 | Service Fee- Writ | 11/27/2007 | 30.00 |
| 329332 | 1000914173 | Filing Fee- Writ | 11/14/2007 | 15.00 |
| 329332 | 1000914173 | Service Fee- Writ | 11/14/2007 | 52.50 |
| 329334 | 1000947076 | Title Report | 11/07/2007 | 50.00 |
| 329561 | 1001143942 | Title Commitment | 11/14/2007 | 325.00 |
| 329561 | 1001143942 | Document Fee- Recorded Mortgage and Assignment | 11/14/2007 | 50.00 |
| 329561 | 1001143942 | Recording of Assignment | 11/14/2007 | 60.00 |
| 329561 | 1001143942 | Posting Cost | 11/15/2007 | 110.00 |
| 329561 | 1001143942 | Publication Cost | 11/15/2007 | 237.25 |
| 329561 | 1001143942 | Title Report | 11/29/2007 | 50.00 |
| 329906 | 1000729621 | Filing Fee- Writ | 11/30/2007 | 15.00 |
| 329906 | 1000729621 | Service Fee- Writ | 11/30/2007 | 37.50 |
| 329909 | 1001327052 | Filing Fee- Writ | 11/26/2007 | 15.00 |
| 329909 | 1001327052 | Service Fee- Writ | 11/27/2007 | 35.00 |
| 330007 | 1000805782 | Filing Fee- Writ | 11/19/2007 | 15.00 |
| 330455 | 1000881723 | Service Fee- Summons and Complaint | 11/27/2007 | 75.00 |

| | | | | |
|---|---|---|---|---|
| 330786 | 1001622962 | Recording Cost for Affidavit of Abandonment | 11/21/2007 | 60.00 |
| 330786 | 1001622962 | Posting Cost for Affidavit of Abandonment | 11/21/2007 | 50.00 |
| 331580 | 1000731260 | Filing Fee- Summons and Complaint | 11/05/2007 | 45.00 |
| 331580 | 1000731260 | Service Fee- Summons and Complaint | 11/05/2007 | 70.50 |
| 331581 | 1000826543 | Filing Fee- Writ | 11/16/2007 | 15.00 |
| 331581 | 1000826543 | Service Fee- Writ | 11/16/2007 | 37.50 |
| 331583 | 1001624948 | Title Commitment | 11/29/2007 | 325.00 |
| 331583 | 1001624948 | Recording of Assignment | 11/29/2007 | 60.00 |
| 331583 | 1001624948 | Posting Cost | 11/29/2007 | 70.00 |
| 331583 | 1001624948 | Publication Cost | 11/29/2007 | 237.25 |
| 332150 | 1001318729 | Filing Fee- Summons and Complaint | 11/01/2007 | 45.00 |
| 332150 | 1001318729 | Service Fee- Summons and Complaint | 11/01/2007 | 48.00 |
| 332191 | 1000731260 | Recording of Quit Claim Deed | 11/01/2007 | 60.00 |
| 332411 | 1000756916 | Filing Fee- Writ | 11/27/2007 | 15.00 |
| 332411 | 1000756916 | Service Fee- Writ | 11/28/2007 | 26.00 |
| 332413 | 1001844327 | Title Commitment | 11/29/2007 | 533.00 |
| 332413 | 1001844327 | Recording of Assignment | 11/29/2007 | 60.00 |
| 332413 | 1001844327 | Posting Cost | 11/29/2007 | 85.00 |
| 332413 | 1001844327 | Publication Cost | 11/29/2007 | 217.68 |
| 332656 | 1000801684 | Filing Fee- Summons and Complaint | 11/02/2007 | 45.00 |
| 332656 | 1000801684 | Service Fee- Summons and Complaint | 11/02/2007 | 70.50 |
| 332658 | 1009048455 | Service Fee- Summons and Complaint | 11/07/2007 | 72.00 |
| 332813 | 1001073703 | Title Commitment | 11/29/2007 | 325.00 |
| 332813 | 1001073703 | Posting Cost | 11/29/2007 | 70.00 |
| 332813 | 1001073703 | Publication Cost | 11/29/2007 | 237.25 |
| 332813 | 1001073703 | Recording of Assignment | 11/29/2007 | 60.00 |

| | | | | |
|---|---|---|---|---|
| 332814 | 1000987797 | Title Commitment | 11/29/2007 | 325.00 |
| 332814 | 1000987797 | Document Fee- Recorded Mortgage and Assignment | 11/29/2007 | 50.00 |
| 332814 | 1000987797 | Posting Cost | 11/29/2007 | 70.00 |
| 332814 | 1000987797 | Publication Cost | 11/29/2007 | 237.25 |
| 332814 | 1000987797 | Recording of Assignment | 11/29/2007 | 60.00 |
| 332815 | 1000733589 | Title Commitment | 11/29/2007 | 325.00 |
| 332815 | 1000733589 | Posting Cost | 11/29/2007 | 70.00 |
| 332815 | 1000733589 | Publication Cost | 11/29/2007 | 237.25 |
| 332815 | 1000733589 | Recording of Assignment | 11/29/2007 | 60.00 |
| 332816 | 1001332168 | Title Commitment | 11/29/2007 | 325.00 |
| 332816 | 1001332168 | Posting Cost | 11/29/2007 | 70.00 |
| 332816 | 1001332168 | Publication Cost | 11/29/2007 | 191.40 |
| 332816 | 1001332168 | Recording of Assignment | 11/29/2007 | 60.00 |
| 332817 | 1001256922 | Title Commitment | 11/30/2007 | 325.00 |
| 332817 | 1001256922 | Recording of Assignment | 11/30/2007 | 60.00 |
| 332817 | 1001256922 | Posting Cost | 11/30/2007 | 70.00 |
| 332817 | 1001256922 | Publication Cost | 11/30/2007 | 191.40 |
| 333229 | 1001117294 | Title Commitment | 11/29/2007 | 325.00 |
| 333229 | 1001117294 | Recording of Assignment | 11/30/2007 | 60.00 |
| 334666 | 1000728765 | Filing Fee- Writ | 11/30/2007 | 15.00 |
| 334666 | 1000728765 | Service Fee- Writ | 11/30/2007 | 37.50 |
| 334921 | 4514077 | Adjournment Cost | 11/01/2007 | 88.00 |
| 335055 | 4800947 | Document Fee- Recorded Mortgage | 11/29/2007 | 50.00 |
| 335055 | 4800947 | Title Search | 11/29/2007 | 200.00 |
| 335055 | 4800947 | Posting Cost | 11/29/2007 | 70.00 |
| 335055 | 4800947 | Publication Cost | 11/29/2007 | 237.25 |
| 335209 | 1000829643 | Adjournment Cost | 11/28/2007 | 64.00 |

| 336210 | 1000880811 | Filing Fee- Writ | | 11/16/2007 | 15.00 |
| 335210 | 1000880811 | Service Fee- Writ | | 11/16/2007 | 37.50 |
| | | | | | |
| 335583 | 1001187849 | Title Commitment | | 11/29/2007 | 325.00 |
| 335583 | 1001187849 | Posting Cost | | 11/29/2007 | 85.00 |
| 335583 | 1001187849 | Publication Cost | | 11/29/2007 | 217.68 |
| | | | | | |
| 336029 | 1001194737 | Title Commitment | | 11/29/2007 | 435.00 |
| 336029 | 1001194737 | Posting Cost | | 11/29/2007 | 70.00 |
| 336029 | 1001194737 | Publication Cost | | 11/29/2007 | 237.25 |
| 336029 | 1001194737 | Recording of Assignment | | 11/29/2007 | 60.00 |
| | | | | | |
| 337225 | 1001311161 | Title Commitment | | 11/30/2007 | 325.00 |
| 337225 | 1001311161 | Recording of Assignment | | 11/30/2007 | 60.00 |
| 337225 | 1001311161 | Posting Cost | | 11/30/2007 | 110.00 |
| 337225 | 1001311161 | Publication Cost | | 11/30/2007 | 237.25 |
| | | | | | |
| | | November 2007 Expenses | | | 35,382.18 |

| Name of Professional/Individual | Position, Area of Expertise, Number of Years in Practice, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| | | **Contested Hourly Compensation by Professional** | | |
| | | **November 1, 2007 - November 30, 2007** | | |
| | | | | |
| Ronald S. Glaser | Associate, Real Estate Foreclosure - Retail, General Litigation - Property; 15 years; Admitted 1992 | $175.00 | 1.10 | $192.50 |
| | | | | |
| Timothy B. Myers | Associate, Real Estate Foreclosure - Retail, General Litigation - Property; 9 years; Admitted 1998 | $175.00 | 0.20 | $35.00 |
| | | | | |
| | | | | |
| | | | | |
| **Blended Rate** | | $175.00 | | |
| **Grand Total** | | | 1.30 | $227.50 |

***O R L A N S***
***P.O. BOX 5041***
***Troy, Michigan 48007-5041***
***(248) 457-1000***

Stephanie Loh                                                          Page: 1
American Home Mortgage                                    November 30, 2007
4600 Regent Blvd.                                   Account No:      356-0208V
Suite 200                                           Invoice No.        332899
P.O. Box 631730
Irving  TX  75063-1730

Donna Warren
20210 Heyden Street
1000913648/ AHMI004 -EV

### Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 11/19/2007 | | | | | |
| RSG | Receipt and Review Payoff Quote from Opposing Counsel. | | 175.00 | 0.10 | 17.50 |
| | **Total Current Work** | | | 0.10 | 17.50 |
| | **Total Current Work** | | | | 17.50 |
| | *Balance Due* | | | | $17.50 |

DUE UPON RECEIPT
PLEASE REFERENCE OUR FILE NUMBER ON YOUR CHECK.  THANK YOU.

*O R L A N S*
*P.O. BOX 5041*
*Troy, Michigan 48007-5041*
*(248) 457-1000*

Stephanie Loh
American Home Mortgage
4600 Regent Blvd.
Suite 200
P.O. Box 631730
Irving TX 75063-1730

Page: 1
November 30, 2007
Account No:     356-0328U
Invoice No.        332926

Leola Williams
631 Stirling
1000682309
AHMI078

## Fees

| Date | | Description | Rate | Hours | |
|------|------|-------------|------|-------|------|
| 11/01/2007 | RSG | Preparation of Witness List | 175.00 | 0.50 | 87.50 |
| 11/16/2007 | RSG | Receipt and Review Case Evaluation Notice | 175.00 | 0.10 | 17.50 |
| | | **Total Current Work** | | 0.60 | 105.00 |
| | | **Total Current Work** | | | 105.00 |
| | | *Balance Due* | | | $105.00 |

DUE UPON RECEIPT
PLEASE REFERENCE OUR FILE NUMBER ON YOUR CHECK.  THANK YOU.

***O R L A N S***
*P.O. BOX 5041*
*Troy, Michigan 48007-5041*
*(248) 457-1000*

Stephanie Loh
American Home Mortgage
4600 Regent Blvd.
Suite 200
P.O. Box 631730
Irving  TX  75063-1730

Page: 1
November 07, 2007
Account No:      356-0208V
Invoice No.       320775

Donna Warren
20210 Heyden Street
1000913648/ AHMI004 -EV

## Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 11/06/2007 | | | | | |
| RSG | Attorney Fee - Quit Claim Deed | | 175.00 | 0.40 | 70.00 |
| | **Total Current Work** | | | 0.40 | 70.00 |

## Expenses

| | | | | |
|---|---|---|---|---|
| 11/06/2007 | Recording of Quit Claim Deed | | 1 | 60.00 |
| | **Total Current Expenses** | | | 60.00 |
| | **Total Current Work** | | | 130.00 |

*Balance Due*                                                    $130.00

DUE UPON RECEIPT
PLEASE REFERENCE OUR FILE NUMBER ON YOUR CHECK.  THANK YOU.

**O R L A N S**
**P.O. BOX 5041**
**Troy, Michigan 48007-5041**
**(248) 457-1000**

Stephanie Loh
American Home Mortgage
4600 Regent Blvd.
Suite 200
P.O. Box 631730
Irving  TX  75063-1730

Page: 1
November 30, 2007
Account No:      356-0177W
Invoice No.         334343

William Steele
27651 Morningside Plaza
1000701427
AHMI065

Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 11/27/2007 | TBM | Receipt and Review Letter from Plaintiff Regarding Settlement. | 175.00 | 0.10 | 17.50 |
| 11/30/2007 | TBM | Receipt and Review Letter from James Beeler Regarding Settlement Offer. | 175.00 | 0.10 | 17.50 |
| | | **Total Current Work** | | 0.20 | 35.00 |
| | | Total Current Work | | | 35.00 |

*Balance Due*                                                                 $35.00

DUE UPON RECEIPT
PLEASE REFERENCE OUR FILE NUMBER ON YOUR CHECK.  THANK YOU.