IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al., [1]

      Debtors.
---------------------------------------------------------------------- x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

Objection Deadline: April 14, 2008 at 4:00 p.m.
Hearing Date: N/A

### NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the
Official Committee of Unsecured Creditors

      The **Fifth Monthly Application of the Orlans Associates as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period December 1, 2007 through December 31, 2007** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $22,800.00 and interim expenses in the amount of $64,022.57.

      Objections to the Application, if any, are required to be filed on or before **April 14, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

      At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon); (viii) The Law Offices of Alan Weinreb, PLLC, Weinrub & Associates, PLLC, 6800 Jericho Turnpike, Suite 207W, Syosset, NY 11791, (Attn:  Alan Weinreb).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER MODIFYING EXISTING PROCEDURES FOR THE COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CERTAIN FORECLOSURE PROFESSIONALS AND REAL ESTATE BROKERS UTILIZED IN THE ORDINARY COURSE AND GRANTING LIMITED NUNC PRO TUNC RELIEF [DOCKET NO. 2985], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 100% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
March 25, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x   Chapter 11

In re:                                                                :
                                                                      :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :
a Delaware corporation, et al.,                                       :   Jointly Administered
                                                                      :
    Debtors.                                                          :   Objection Deadline:
                                                                      :   Hearing Date:  N/A
---------------------------------------------------------------------- x

**FIFTH MONTHLY APPLICATION OF ORLANS ASSOCIATES AS
FORECLOSURE SERVICE PROVIDER FOR THE DEBTORS AND DEBTORS-IN-
POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES INCURRED FOR THE INTERIM PERIOD DECEMBER 1, 2007
THROUGH DECEMBER 31, 2007**

| | |
|---|---|
| Name of Applicant: | **Orlans Associates** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **Effective as of August 6, 2007** |
| Period for which compensation and reimbursement is sought: | **December 1, 2007 through December 31, 2007** |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | **$22,800.00** |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | **$64,022.57** |

This is an:   __X__  interim   ____  final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors.
This application includes no fee component in connection with the preparation of Fee
Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fee | Expenses | Fees | Expenses |
| | August 6, 2007 thru August 31, 2007 | $27,652.50 | $85,597.87 | $22,122.00 | $85,597.87 |
| | September 1, 2007 thru September 30, 2007 | $34,527.50 | $46,999.33 | $27,622.00 | $46,999.33 |
| | October 1, 2007 thru October 31, 2007 | $7,927.50 | $16,240.13 | $6,342.00 | $16,240.13 |
| | November 1, 2007 thru November 30, 2007 | $28,902.50 | $35,442.18 | | |

### INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $19,125.00 |
| Litigation (Hourly) | 21.00 | $3,675.00 |
| TOTALS | 21.00 | $22,800.00 |

### INTERIM EXPENSES

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Foreclosure-related costs | N/A | $63,927.57 |
| Litigation Costs | N/A | $95.00 |
| TOTALS | | $64,022.57 |

064657.1001

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| | | DECEMBER 2007 FEES | | |
| 327454 | 1000958447 | Attorney Fee- Motion for Relief | 12/06/2007 | 600.00 |
| 327704 | 1000685361 | Attorney Fee- Claim Letter | 12/03/2007 | 125.00 |
| 327706 | 1000768717 | Attorney Fee- Motion for Relief | 12/07/2007 | 600.00 |
| 329063 | 1000920744 | Attorney Fee- Motion for Relief | 12/14/2007 | 600.00 |
| 329064 | 1000848737 | Attorney Fee- Motion for Relief | 12/14/2007 | 600.00 |
| 329334 | 1000947076 | Attorney Fee- Preparation of Adjournment | 12/04/2007 | 40.00 |
| 330263 | 1000776379 | Attorney Fee- Quit Claim Deed | 12/26/2007 | 75.00 |
| 330264 | 1000865244 | Eviction Proceedings | 12/03/2007 | 300.00 |
| 330667 | 1001033095 | Eviction Proceedings | 12/03/2007 | 300.00 |
| 330785 | 1000683368 | Cash for Redemption; Attorney Fee | 12/05/2007 | 425.00 |
| 330976 | 1001143997 | Prep of Affidavit to Expunge SD | 12/31/2007 | 35.00 |
| 331179 | 1000862818 | Attorney Fee- Affidavit of Abandonment | 12/04/2007 | 150.00 |
| 331581 | 1000826543 | Eviction Proceedings | 12/20/2007 | 300.00 |
| 331682 | 1000630106 | Eviction Proceedings | 12/12/2007 | 300.00 |
| 331936 | 1000851133 | Attorney Fee- Foreclosure Proceeding | 12/04/2007 | 650.00 |
| 331936 | 1000851133 | Attorney Fee- Preparation of Assignments | 12/05/2007 | 75.00 |
| 332414 | 1000871507 | Attorney Fee- Foreclosure Proceeding | 12/06/2007 | 650.00 |
| 332414 | 1000871507 | Attorney Fee- Preparation of Assignments | 12/10/2007 | 75.00 |

| | | | | |
|---|---|---|---|---|
| 332655 | 1000882908 | Attorney Fee- Foreclosure Proceedings | 12/05/2007 | 650.00 |
| 332655 | 1000882908 | Attorney Fee- Preparation of Assignments | 12/06/2007 | 75.00 |
| 332659 | 1001562467 | Attorney Fee- Claim Letter | 12/06/2007 | 125.00 |
| 332818 | 1000905329 | Attorney Fee- Foreclosure Proceeding | 12/05/2007 | 650.00 |
| 332818 | 1000905329 | Attorney Fee- Preparation of Assignments | 12/06/2007 | 75.00 |
| 332819 | 4652803 | Attorney Fee- Foreclosure Proceeding | 12/06/2007 | 650.00 |
| 332819 | 4652803 | Attorney Fee- Preparation of Assignments | 12/07/2007 | 75.00 |
| 333228 | 1000896853 | Attorney Fee- Reopen Foreclosure Proceeding | 12/04/2007 | 650.00 |
| 334038 | 1000749419 | Attorney Fee- Foreclosure Proceedings | 12/05/2007 | 650.00 |
| 334038 | 1000749419 | Attorney Fee- Preparation of Assignments | 12/05/2007 | 75.00 |
| 334922 | 1000761857 | Attorney Fee- Foreclosure Proceeding | 12/05/2007 | 650.00 |
| 334922 | 1000761857 | Attorney Fee- Preparation of Assignments | 12/05/2007 | 75.00 |
| 335056 | 1001563417 | Attorney Fee- Foreclosure Proceeding | 12/27/2007 | 650.00 |
| 335056 | 1001563417 | Attorney Fee- Preparation of Assignments | 12/27/2007 | 75.00 |
| 335835 | 1000933442 | Eviction Proceedings | 12/03/2007 | 300.00 |
| 335836 | 1001070479 | Eviction Proceedings | 12/03/2007 | 300.00 |
| 336030 | 1000774558 | Attorney Fee- Foreclosure Proceeding | 12/06/2007 | 650.00 |
| 336030 | 1000774558 | Attorney Fee- Preparation of Assignments | 12/07/2007 | 75.00 |
| 336273 | 1000740921 | Eviction Proceedings | 12/03/2007 | 300.00 |
| 336274 | 1000933145 | Attorney Fee- Foreclosure Proceeding | 12/06/2007 | 650.00 |
| 336415 | 1000702079 | Eviction Proceedings | 12/03/2007 | 300.00 |
| 336416 | 1000805216 | Eviction Proceedings | 12/03/2007 | 300.00 |

| | | | | |
|---|---|---|---|---|
| 336805 | 1000156247 3 | Attorney Fee- Affidavit of Abandonment | 12/19/2007 | 160.00 |
| 337223 | 1000891144 | Attorney Fee- Foreclosure Proceeding | 12/27/2007 | 650.00 |
| 337223 | 1000891144 | Attorney Fee- Preparation of Assignments | 12/27/2007 | 75.00 |
| 337224 | 1000735815 | Attorney Fee- Foreclosure Proceeding | 12/13/2007 | 650.00 |
| 337224 | 1000735815 | Attorney Fee- Preparation of Assignments | 12/13/2007 | 75.00 |
| 337226 | 1000682196 | Attorney Fee- Foreclosure Proceeding | 12/06/2007 | 650.00 |
| 337226 | 1000682196 | Attorney Fee- Preparation of Assignments | 12/07/2007 | 75.00 |
| 337227 | 1001602195 | Attorney Fee- Foreclosure Proceeding | 12/13/2007 | 650.00 |
| 337227 | 1001602195 | Attorney Fee- Preparation of Assignments | 12/13/2007 | 75.00 |
| 337228 | 1000933203 | Attorney Fee- Foreclosure Proceeding | 12/26/2007 | 650.00 |
| 337228 | 1000933203 | Attorney Fee- Preparation of Assignments | 12/27/2007 | 75.00 |
| 337229 | 1000892899 | Attorney Fee- Foreclosure Proceeding | 12/27/2007 | 650.00 |
| 337229 | 1000892899 | Attorney Fee- Preparation of Assignments | 12/27/2007 | 75.00 |
| 337308 | 1001113388 | Attorney Fee- Foreclosure Proceeding | 12/18/2007 | 650.00 |
| 337308 | 1001113388 | Attorney Fee- Preparation of Assignments | 12/19/2007 | 75.00 |
| | | **Total December 2007 Fees** | | **19,125.00** |

**DECEMBER 2007 EXPENSES**

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 326658 | 100131610G | Execution of Order of Eviction/Removal of Items | 12/03/2007 | 701.00 |
| 326658 | 100131610G | Service Fee- Summons and Complaint | 12/04/2007 | 74.00 |
| 326886 | 1001029033 | Execution of Order of Eviction/Removal of Items | 12/03/2007 | 1,475.00 |
| 327162 | 100079736O | Sheriff Cost | 12/02/2007 | 50.00 |
| 327162 | 100079736O | Recording of Sale | 12/02/2007 | 52.00 |
| 327162 | 100079736O | Transfer Tax for Recording of Sale | 12/02/2007 | 23.10 |
| 327333 | 1000813279 | Execution of Order of Eviction/Removal of Items | 12/03/2007 | 675.00 |
| 327333 | 1000813279 | City Cost- Dumpster. | 12/06/2007 | 300.00 |
| 327334 | 1000813973 | City Cost- Dumpster | 12/02/2007 | 275.00 |
| 327334 | 1000813973 | Execution of Order of Eviction/Removal of Items | 12/03/2007 | 875.00 |
| 327335 | 1000722510 | Execution of Order of Eviction/Removal of Items | 12/04/2007 | 1,300.00 |
| 327335 | 1000722510 | City Cost- Dumpster | 12/04/2007 | 700.00 |
| 327336 | 1000937916 | Execution of Order of Eviction/Removal of Items | 12/06/2007 | 740.00 |
| 327337 | 1000841510 | Execution of Order of Eviction/Removal of Items | 12/03/2007 | 1,075.00 |
| 327454 | 1000958447 | Filing Fee- Motion for Relief | 12/06/2007 | 150.00 |
| 327585 | 1000764272 | Sheriff Cost | 12/02/2007 | 50.00 |
| 327585 | 1000764272 | Recording of Sale | 12/02/2007 | 26.00 |
| 327585 | 1000764272 | Transfer Tax for Recording of Sale | 12/02/2007 | 85.80 |
| 327586 | 1000764174 | Sheriff Cost | 12/02/2007 | 50.00 |
| 327586 | 1000764174 | Recording of Sale | 12/02/2007 | 26.00 |
| 327586 | 1000764174 | Transfer Tax for Recording of Sale | 12/02/2007 | 20.35 |

| | | | | |
|---|---|---|---|---|
| 327587 | 1000761136 | Sheriff Cost | 12/02/2007 | 50.00 |
| 327587 | 1000761136 | Recording of Sale | 12/02/2007 | 26.00 |
| 327587 | 1000761136 | Transfer Tax for Recording of Sale | 12/02/2007 | 111.10 |
| 327604 | 1000741754 | City Cost- Dumpster | 12/07/2007 | 300.00 |
| 327604 | 1000741754 | Execution of Order of Eviction/Removal of Items | 12/07/2007 | 1,295.00 |
| 327705 | 1000827712 | Execution of Order of Eviction/Removal of Items | 12/07/2007 | 1,470.00 |
| 327706 | 1000768717 | Filing Fee- Motion for Relief | 12/07/2007 | 150.00 |
| 327936 | 1001032768 | Execution of Order of Eviction/Removal of Items | 12/03/2007 | 1,470.00 |
| 327937 | 1001122677 | Sheriff Cost | 12/07/2007 | 50.00 |
| 327939 | 1001081110 | Title Report | 12/08/2007 | 50.00 |
| 328041 | 1000980488 | Execution of Order of Eviction/Removal of Items | 12/10/2007 | 1,720.00 |
| 328041 | 1000980488 | City Cost- Dumpster | 12/10/2007 | 275.00 |
| 328249 | 1000613997 | City Cost- Dumpster | 12/11/2007 | 275.00 |
| 328249 | 1000613997 | Execution of Order of Eviction/Removal of Items | 12/11/2007 | 1,155.00 |
| 328250 | 1000724714 | Execution of Order of Eviction/Removal of Items | 12/11/2007 | 911.00 |
| 328330 | 1000711488 | Service Fee- Writ | 12/04/2007 | 42.75 |
| 328438 | 1001166038 | Service Fee- Writ | 12/13/2007 | 80.00 |
| 328439 | 1000706317 | Sheriff Cost | 12/06/2007 | 50.00 |
| 328439 | 1000706317 | Recording of Sale | 12/06/2007 | 29.00 |
| 328439 | 1000706317 | Transfer Tax for Recording of Sale | 12/06/2007 | 23.10 |
| 328440 | 1000887283 | Sheriff Cost | 12/10/2007 | 50.00 |
| 328440 | 1000887283 | Recording of Sale | 12/10/2007 | 52.00 |
| 328440 | 1000887283 | Transfer Tax for Recording of Sale | 12/10/2007 | 34.10 |

| | | | | |
|---|---|---|---|---|
| 328566 | 1000945909 | Execution of Order of Eviction/Removal of items | 12/12/2007 | 530.00 |
| 328750 | 1001029721 | Execution of Order of Eviction/Removal of items | 12/11/2007 | 954.00 |
| 328750 | 1001029721 | City Cost- Dumpster | 12/11/2007 | 350.00 |
| 328752 | 1000913287 | Title Report | 12/12/2007 | 50.00 |
| 328843 | 4358126 | Execution of Order of Eviction/Removal of items | 12/07/2007 | 1,600.00 |
| 328843 | 4358126 | City Cost- Dumpster | 12/07/2007 | 300.00 |
| 328944 | 1001195215 | Sheriff Cost | 12/05/2007 | 50.00 |
| 328944 | 1001195215 | Recording of Sale | 12/05/2007 | 29.00 |
| 328944 | 1001195215 | Transfer Tax for Recording of Sale | 12/05/2007 | 172.15 |
| 328945 | 1001151605 | Sheriff Cost | 12/05/2007 | 50.00 |
| 328945 | 1001151605 | Recording of Sale | 12/05/2007 | 29.00 |
| 329061 | 1000879166 | Execution of Order of Eviction/Removal of items | 12/07/2007 | 1,740.00 |
| 329061 | 1000879166 | City Cost- Dumpster | 12/07/2007 | 300.00 |
| 329062 | 1001282652 | Filing Fee- Writ (Unit 4) | 12/03/2007 | 15.00 |
| 329062 | 1001282652 | Filing Fee- Writ (Unit 2) | 12/03/2007 | 15.00 |
| 329062 | 1001282652 | Filing Fee- Writ (Unit 1) | 12/03/2007 | 15.00 |
| 329062 | 1001282652 | Execution of Order of Eviction/Removal of Items (Unit 3) | 12/14/2007 | 791.44 |
| 329062 | 1001282652 | Execution of Order of Eviction/Removal of Items (Unit 4) | 12/14/2007 | 791.44 |
| 329062 | 1001282652 | Execution of Order of Eviction/Removal of Items (Unit 2) | 12/14/2007 | 361.44 |
| 329062 | 1001282652 | Filing Fee- Summons and Complaint (Unit 3) | 12/14/2007 | 45.00 |
| 329062 | 1001282652 | Filing Fee- Summons and Complaint (Unit 4) | 12/14/2007 | 45.00 |
| 329063 | 1000920744 | Filing Fee- Motion for Relief | 12/14/2007 | 150.00 |
| 329064 | 1000848737 | Filing Fee- Motion for Relief | 12/14/2007 | 150.00 |
| 329236 | 1000696835 | City Cost- Dumpster | 12/10/2007 | 300.00 |
| 329236 | 1000696835 | Execution of Order of Eviction/Removal of items | 12/17/2007 | 655.00 |
| 329237 | 1000782810 | Execution of Order of Eviction/Removal of items | 12/14/2007 | 1,760.14 |

| | | | | |
|---|---|---|---|---|
| 329331 | 1001294847 | Execution of Order of Eviction/Removal of Items | 12/07/2007 | 1,995.00 |
| 329332 | 1000914173 | Execution of Order of Eviction/Removal of Items | 12/18/2007 | 425.00 |
| 329332 | 1000914173 | City Cost- Dumpster | 12/18/2007 | 275.00 |
| 329334 | 1000947076 | Adjournment Cost | 12/04/2007 | 16.00 |
| 329334 | 1000947076 | Sheriff Cost | 12/13/2007 | 50.00 |
| 329334 | 1000947076 | Recording of Sale | 12/13/2007 | 29.00 |
| 329334 | 1000947076 | Transfer Tax for Recording of Sale | 12/13/2007 | 539.55 |
| 329561 | 1001143942 | Sheriff Cost | 12/12/2007 | 50.00 |
| 329757 | 1000783551 | Filing Fee- Writ | 12/05/2007 | 15.00 |
| 329757 | 1000783551 | Service Fee- Writ | 12/05/2007 | 37.50 |
| 329757 | 1000783551 | Execution of Order of Eviction/Removal of Items | 12/18/2007 | 1,225.00 |
| 329757 | 1000783551 | City Cost- Dumpster | 12/18/2007 | 275.00 |
| 329758 | 1000880813 | Filing Fee- Writ | 12/05/2007 | 15.00 |
| 329758 | 1000880813 | Service Fee- Writ | 12/05/2007 | 37.50 |
| 329758 | 1000880813 | Execution of Order of Eviction/Removal of Items | 12/18/2007 | 1,225.00 |
| 329758 | 1000880813 | City Cost- Dumpster | 12/18/2007 | 275.00 |
| 329906 | 1000729621 | Execution of Order of Eviction/Removal of items | 12/18/2007 | 875.00 |
| 329906 | 1000729621 | City Cost- Dumpster | 12/18/2007 | 275.00 |
| 329907 | 1000605169 | Filing Fee- Writ | 12/03/2007 | 15.00 |
| 329907 | 1000605169 | Service Fee- Writ | 12/03/2007 | 37.50 |
| 329907 | 1000605169 | Execution of Order of Eviction/Removal of items | 12/20/2007 | 925.00 |
| 329907 | 1000605169 | City Cost- Dumpster | 12/20/2007 | 275.00 |
| 329908 | 1001136539 | Filing Fee- Writ | 12/03/2007 | 15.00 |
| 329908 | 1001136539 | Service Fee- Writ | 12/03/2007 | 37.50 |
| 329908 | 1001136539 | Execution of Order of Eviction/Removal of Items | 12/20/2007 | 860.00 |
| 329908 | 1001136539 | City Cost- Dumpster | 12/20/2007 | 300.00 |
| 329909 | 1001327052 | Execution of Order of Eviction/Removal of items | 12/15/2007 | 350.00 |

| | | | | |
|---|---|---|---|---|
| 330006 | 1000864302 | Filing Fee- Writ | 12/07/2007 | 15.00 |
| 330006 | 1000864302 | Service Fee- Writ | 12/07/2007 | 30.00 |
| 330006 | 1000864302 | Execution of Order of Eviction/Removal of items | 12/18/2007 | 1,995.00 |
| 330007 | 1000805782 | Execution of Order of Eviction/Removal of items | 12/21/2007 | 170.48 |
| 330007 | 1000805782 | Service Fee- Summons and Complaint | 12/21/2007 | 128.40 |
| 330156 | 1001096365 | Filing Fee- Writ | 12/03/2007 | 15.00 |
| 330156 | 1001096365 | Service Fee- Writ | 12/03/2007 | 37.50 |
| 330156 | 1001096365 | Execution of Order of Eviction/Removal of items | 12/21/2007 | 1,075.00 |
| 330156 | 1001096365 | City Cost- Dumpster | 12/21/2007 | 300.00 |
| 330263 | 1001776379 | Recording of Quit Claim Deed | 12/26/2007 | 60.00 |
| 330264 | 1000865244 | Filing Fee- Summons and Complaint | 12/03/2007 | 45.00 |
| 330264 | 1000865244 | Service Fee- Summons and Complaint | 12/03/2007 | 47.00 |
| 330455 | 1000881723 | Filing Fee- Writ | 12/05/2007 | 15.00 |
| 330455 | 1000881723 | City Cost- Dumpster | 12/26/2007 | 350.00 |
| 330455 | 1000881723 | Execution of Order of Eviction/Removal of items | 12/27/2007 | 2,098.00 |
| 330667 | 1001033095 | Filing Fee- Summons and Complaint | 12/03/2007 | 45.00 |
| 330667 | 1001033095 | Service Fee- Summons and Complaint | 12/03/2007 | 52.68 |
| 330667 | 1001033095 | Filing Fee- Writ | 12/27/2007 | 15.00 |
| 330667 | 1001033095 | Service Fee- Writ | 12/27/2007 | 40.34 |
| 330785 | 1000683368 | Recording of Quit Claim Deed | 12/13/2007 | 60.00 |
| 330785 | 1000683368 | Cash for Redemption; Cost to Vacate Premises | 12/27/2007 | 500.00 |
| 330976 | 1001143997 | Recording of Affidavit to Expunge Sheriff's Deed | 12/31/2007 | 60.00 |
| 331179 | 1000862818 | Recording Cost for Affidavit of Abandonment | 12/04/2007 | 60.00 |
| 331179 | 1000862818 | Posting Cost for Affidavit of Abandonment | 12/04/2007 | 35.00 |
| 331179 | 1000862818 | Certified Mail for Affidavit of Abandonment | 12/04/2007 | 4.64 |

| 331580 | 1000731250 | Filing Fee- Writ | 12/17/2007 | 15.00 |
|---|---|---|---|---|
| 331580 | 1000731250 | Service Fee- Writ | 12/17/2007 | 37.50 |
| | | | | |
| 331581 | 1000826543 | City Cost- Dumpster | 12/21/2007 | 275.00 |
| | | | | |
| 331582 | 1000630106 | Filing Fee- Summons and Complaint | 12/12/2007 | 45.00 |
| 331582 | 1000630106 | Service Fee- Summons and Complaint | 12/12/2007 | 48.00 |
| | | | | |
| 331583 | 1001624948 | Title Report | 12/07/2007 | 50.00 |
| | | | | |
| 331936 | 1000851133 | Title Commitment | 12/04/2007 | 325.00 |
| 331936 | 1000851133 | Posting Cost | 12/04/2007 | 70.00 |
| 331936 | 1000851133 | Publication Cost | 12/04/2007 | 237.25 |
| 331936 | 1000851133 | Recording of Assignment | 12/05/2007 | 60.00 |
| 331936 | 1000851133 | Title Report | 12/14/2007 | 50.00 |
| 331936 | 1000851133 | Sheriff Cost | 12/28/2007 | 50.00 |
| 331936 | 1000851133 | Recording of Sale | 12/28/2007 | 26.00 |
| 331936 | 1000851133 | Transfer Tax for Recording of Sale | 12/28/2007 | 42.90 |
| | | | | |
| 332150 | 1001318729 | Filing Fee- Writ | 12/14/2007 | 15.00 |
| 332150 | 1001318729 | Service Fee- Writ | 12/14/2007 | 35.00 |
| | | | | |
| 332412 | 1001665013 | Filing Fee- Writ | 12/05/2007 | 15.00 |
| 332412 | 1001665013 | Service Fee- Writ | 12/05/2007 | 37.50 |
| | | | | |
| 332413 | 1001844327 | Title Report | 12/06/2007 | 50.00 |
| | | | | |
| 332414 | 1000871507 | Title Commitment | 12/06/2007 | 325.00 |
| 332414 | 1000871507 | Document Fee- Recorded Mortgage and Assignment | 12/07/2007 | 50.00 |
| 332414 | 1000871507 | Posting Cost | 12/07/2007 | 85.00 |
| 332414 | 1000871507 | Publication Cost | 12/07/2007 | 217.68 |
| 332414 | 1000871507 | Recording of Assignment | 12/10/2007 | 60.00 |
| 332414 | 1000871507 | Title Report | 12/13/2007 | 50.00 |

| | | | | |
|---|---|---|---|---|
| 332655 | 100082908 | Title Commitment | 12/05/2007 | 325.00 |
| 332655 | 100082908 | Posting Cost | 12/05/2007 | 70.00 |
| 332655 | 100082908 | Publication Cost | 12/05/2007 | 191.40 |
| 332655 | 100082908 | Recording of Assignment | 12/06/2007 | 60.00 |
| 332656 | 100801684 | Filing Fee- Writ | 12/17/2007 | 15.00 |
| 332656 | 100801684 | Service Fee- Writ | 12/17/2007 | 37.50 |
| 332657 | 100069003 | Filing Fee- Writ | 12/05/2007 | 15.00 |
| 332657 | 100069003 | Service Fee- Writ | 12/05/2007 | 37.50 |
| 332658 | 100948455 | Filing Fee- Writ | 12/05/2007 | 15.00 |
| 332813 | 100107703 | Title Report | 12/10/2007 | 50.00 |
| 332815 | 100733589 | Title Report | 12/10/2007 | 50.00 |
| 332816 | 100133168 | Title Report | 12/08/2007 | 50.00 |
| 332817 | 100126922 | Title Report | 12/10/2007 | 50.00 |
| 332818 | 100090329 | Title Commitment | 12/05/2007 | 457.00 |
| 332818 | 100090329 | Document Fee- Recorded Mortgage | 12/05/2007 | 50.00 |
| 332818 | 100090329 | Posting Cost | 12/05/2007 | 70.00 |
| 332818 | 100090329 | Publication Cost | 12/05/2007 | 191.40 |
| 332818 | 100090329 | Recording of Assignment | 12/06/2007 | 60.00 |
| 332818 | 100090329 | Title Report | 12/17/2007 | 50.00 |
| 332819 | 4652803 | Title Commitment | 12/06/2007 | 200.00 |
| 332819 | 4652803 | Document Fee- Recorded Mortgage and Assignment | 12/07/2007 | 50.00 |
| 332819 | 4652803 | Posting Cost | 12/07/2007 | 70.00 |
| 332819 | 4652803 | Publication Cost | 12/07/2007 | 191.40 |
| 332819 | 4652803 | Recording of Assignment | 12/07/2007 | 60.00 |
| 332819 | 4652803 | Title Report | 12/18/2007 | 50.00 |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 333228 | 1000896863 | Title Update | 12/04/2007 | 35.00 |
| 333228 | 1000896863 | Posting Cost | 12/04/2007 | 70.00 |
| 333228 | 1000896863 | Publication Cost | 12/04/2007 | 191.40 |
| 333228 | 1000896863 | Title Report | 12/11/2007 | 50.00 |
| 333229 | 1001117294 | Posting Cost | 12/02/2007 | 110.00 |
| 333229 | 1001117294 | Publication Cost | 12/02/2007 | 283.10 |
| 333229 | 1001117294 | Title Report | 12/06/2007 | 50.00 |
| 334038 | 1000749419 | Title Commitment | 12/05/2007 | 368.00 |
| 334038 | 1000749419 | Posting Cost | 12/05/2007 | 85.00 |
| 334038 | 1000749419 | Publication Cost | 12/05/2007 | 208.56 |
| 334038 | 1000749419 | Recording of Assignment | 12/05/2007 | 50.00 |
| 334038 | 1000749419 | Title Report | 12/13/2007 | 50.00 |
| 334665 | 1000640223 | Filing Fee- Writ | 12/03/2007 | 15.00 |
| 334665 | 1000640223 | Service Fee- Writ | 12/03/2007 | 37.50 |
| 334922 | 1000761857 | Title Commitment | 12/05/2007 | 424.00 |
| 334922 | 1000761857 | Document Fee- Recorded Mortgage | 12/05/2007 | 50.00 |
| 334922 | 1000761857 | Recording of Assignment | 12/05/2007 | 60.00 |
| 334922 | 1000761857 | Posting Cost | 12/05/2007 | 110.00 |
| 334922 | 1000761857 | Publication Cost | 12/05/2007 | 237.25 |
| 334922 | 1000761857 | Title Report | 12/12/2007 | 50.00 |
| 335055 | 4800947 | Title Report | 12/13/2007 | 50.00 |
| 335066 | 1001563417 | Title Commitment | 12/27/2007 | 334.00 |
| 335066 | 1001563417 | Document Fee- Recorded Mortgage and Assignment | 12/27/2007 | 50.00 |
| 335066 | 1001563417 | Posting Cost | 12/27/2007 | 85.00 |
| 335066 | 1001563417 | Publication Cost | 12/27/2007 | 214.75 |
| 335066 | 1001563417 | Recording of Assignment | 12/27/2007 | 60.00 |
| 335210 | 1000880811 | Execution of Order of Eviction/Removal of Items | 12/07/2007 | 1,205.00 |
| 335210 | 1000880811 | City Cost- Dumpster | 12/11/2007 | 300.00 |
| 335583 | 1001187849 | Title Report | 12/07/2007 | 50.00 |

| | | | | |
|---|---|---|---|---|
| 336835 | 1000933442 | Filing Fee - Summons and Complaint | 12/03/2007 | 45.00 |
| 336835 | 1000933442 | Service Fee - Summons and Complaint | 12/03/2007 | 47.00 |
| 336836 | 1001070479 | Filing Fee - Summons and Complaint | 12/03/2007 | 45.00 |
| 336836 | 1001070479 | Service Fee - Summons and Complaint | 12/03/2007 | 47.00 |
| 336029 | 1001194737 | Title Report | 12/06/2007 | 50.00 |
| 336030 | 1000774558 | Title Commitment | 12/06/2007 | 325.00 |
| 336030 | 1000774558 | Document Fee - Recorded Mortgage | 12/07/2007 | 50.00 |
| 336030 | 1000774558 | Posting Cost | 12/07/2007 | 70.00 |
| 336030 | 1000774558 | Publication Cost | 12/07/2007 | 191.40 |
| 336030 | 1000774558 | Recording of Assignment | 12/07/2007 | 60.00 |
| 336030 | 1000774558 | Title Report | 12/13/2007 | 50.00 |
| 336273 | 1000740921 | Filing Fee - Summons and Complaint | 12/03/2007 | 45.00 |
| 336273 | 1000740921 | Service Fee - Summons and Complaint | 12/03/2007 | 47.00 |
| 336274 | 1000933145 | Title Commitment | 12/06/2007 | 325.00 |
| 336274 | 1000933145 | Posting Cost | 12/12/2007 | 110.00 |
| 336274 | 1000933145 | Publication Cost | 12/12/2007 | 283.10 |
| 336274 | 1000933145 | Recording of Assignment | 12/12/2007 | 60.00 |
| 336274 | 1000933145 | Title Report | 12/14/2007 | 50.00 |
| 336415 | 1000702079 | Filing Fee - Summons and Complaint | 12/03/2007 | 45.00 |
| 336415 | 1000702079 | Service Fee - Summons and Complaint | 12/03/2007 | 47.00 |
| 336416 | 1000805216 | Filing Fee - Summons and Complaint | 12/03/2007 | 45.00 |
| 336416 | 1000805216 | Service Fee - Summons and Complaint | 12/03/2007 | 47.00 |
| 336805 | 1001562473 | Recording Cost for Affidavit of Abandonment | 12/19/2007 | 60.00 |
| 336805 | 1001562473 | Posting Cost for Affidavit of Abandonment | 12/19/2007 | 50.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 337223 | 1000891144 | Title Commitment | 12/27/2007 | 325.00 |
| 337223 | 1000891144 | Posting Cost | 12/27/2007 | 70.00 |
| 337223 | 1000891144 | Publication Cost | 12/27/2007 | 237.25 |
| 337223 | 1000891144 | Recording of Assignment | 12/27/2007 | 60.00 |
| | | | | |
| 337224 | 1000735815 | Title Commitment | 12/13/2007 | 325.00 |
| 337224 | 1000735815 | Recording of Assignment | 12/13/2007 | 60.00 |
| 337224 | 1000735815 | Posting Cost | 12/13/2007 | 70.00 |
| 337224 | 1000735815 | Publication Cost | 12/13/2007 | 191.40 |
| 337224 | 1000735815 | Title Report | 12/21/2007 | 50.00 |
| | | | | |
| 337225 | 1001311161 | Title Report | 12/06/2007 | 50.00 |
| | | | | |
| 337226 | 1000682196 | Document Fee- Recorded Mortgage | 12/06/2007 | 50.00 |
| 337226 | 1000682196 | Posting Cost | 12/07/2007 | 70.00 |
| 337226 | 1000682196 | Publication Cost | 12/07/2007 | 237.25 |
| 337226 | 1000682196 | Recording of Assignment | 12/07/2007 | 60.00 |
| 337226 | 1000682196 | Title Report | 12/14/2007 | 50.00 |
| | | | | |
| 337227 | 1001602195 | Title Commitment | 12/13/2007 | 325.00 |
| 337227 | 1001602195 | Posting Cost | 12/13/2007 | 70.00 |
| 337227 | 1001602195 | Publication Cost | 12/13/2007 | 191.40 |
| 337227 | 1001602195 | Recording of Assignment | 12/13/2007 | 60.00 |
| 337227 | 1001602195 | Title Report | 12/21/2007 | 50.00 |
| | | | | |
| 337228 | 1000933203 | Title Commitment | 12/26/2007 | 381.00 |
| 337228 | 1000933203 | Posting Cost | 12/26/2007 | 70.00 |
| 337228 | 1000933203 | Publication Cost | 12/26/2007 | 191.40 |
| 337228 | 1000933203 | Recording of Assignment | 12/27/2007 | 60.00 |
| | | | | |
| 337229 | 1000892899 | Title Commitment | 12/27/2007 | 325.00 |
| 337229 | 1000892899 | Document Fee- Recorded Mortgage and Assignment | 12/27/2007 | 50.00 |
| 337229 | 1000892899 | Posting Cost | 12/27/2007 | 70.00 |
| 337229 | 1000892899 | Publication Cost | 12/27/2007 | 191.40 |
| 337229 | 1000892899 | Recording of Assignment | 12/27/2007 | 60.00 |
| | | | | |

| 337308 | 100111133BB | Title Commitment | 12/18/2007 | 325.00 |
|--------|-------------|------------------|------------|--------|
| 337308 | 100111133BB | Recording of Assignment | 12/19/2007 | 60.00 |
| 337308 | 100111133BB | Posting Cost | 12/19/2007 | 85.00 |
| 337308 | 100111133BB | Publication Cost | 12/19/2007 | 235.88 |
| 337308 | 100111133BB | Title Report | 12/27/2007 | 50.00 |
| | | | | |
| | | Total December 2007 Expenses | | 63,927.57 |

| Name of Professional/Individual | Position, Area of Expertise, Number of Years in Practice, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | Contested Hourly Compensation by Professional | | | |
| | December 1, 2007 - December 31, 2007 | | | |
| | | | | |
| Caleb J. Shureb | Associate, Real Estate Foreclosure - Retail, General Litigation - Property; 6 years; Admitted 2001 | $175.00 | 2.30 | $402.50 |
| | | | | |
| Ronald S. Glaser | Associate, Real Estate Foreclosure - Retail, General Litigation - Property; 15 years; Admitted 1992 | $175.00 | 1.10 | $192.50 |
| | | | | |
| Timothy B. Myers | Associate, Real Estate Foreclosure - Retail, General Litigation - Property; 9 years; Admitted 1998 | $175.00 | 17.60 | $3,080.00 |
| Blended Rate | | $175.00 | | |
| Grand Total | | | 21.00 | $3,675.00 |

*O R L A N S*
*P.O. BOX 5041*
*Troy, Michigan 48007-5041*
*(248) 457-1000*

Betty Laphen                                                              Page: 1
American Home Mortgage                                          December 31, 2007
4600 Regent Blvd.                                       Account No:      356-0156T
Suite 200                                               Invoice No.        332987
P.O. Box 631730
Irving  TX  75063-1730


Junaid Mohammed and Mehnaz Alam
3747 Williams
1000765280

### Fees

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 12/03/2007 | CJS | Correspondence with local agent regarding inspection | 175.00 | 0.20 | 35.00 |
|  | CJS | Correspondence with mediation tribunal regarding case evaluation | 175.00 | 0.20 | 35.00 |
|  | CJS | Preparation of stipulated dismissal | 175.00 | 0.30 | 52.50 |
|  | CJS | Obtain court signature upon dismissal order | 175.00 | 1.60 | 280.00 |
|  |  | **Total Current Work** |  | 2.30 | 402.50 |
|  |  | **Total Current Work** |  |  | 402.50 |

*Balance Due*                                                        $402.50

DUE UPON RECEIPT
PLEASE REFERENCE OUR FILE NUMBER ON YOUR CHECK.  THANK YOU.

**_O R L A N S_**
**_P.O. BOX 5041_**
**_Troy, Michigan 48007-5041_**
**_(248) 457-1000_**

Stephanie Loh                                                          Page: 1
American Home Mortgage                                       December 31, 2007
4600 Regent Blvd.                                    Account No:     356-0208V
Suite 200                                            Invoice No.         332900
P.O. Box 631730
Irving  TX  75063-1730

Donna Warren
20210 Heyden Street
1000913648/ AHMI004 -EV

Fees

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| 12/18/2007 |  |  |  |  |
| RSG | Receipt and Review Letter From Opposing Counsel Regarding Payoff. | 175.00 | 0.10 | 17.50 |
| 12/27/2007 |  |  |  |  |
| RSG | Receipt and Review Letter From Opposing Counsel Regarding Settlement Offer. | 175.00 | 0.10 | 17.50 |
|  | Total Current Work |  | 0.20 | 35.00 |
|  | Total Current Work |  |  | 35.00 |

_Balance Due_                                                            $35.00

DUE UPON RECEIPT
PLEASE REFERENCE OUR FILE NUMBER ON YOUR CHECK.  THANK YOU.

*O R L A N S*
*P.O. BOX 5041*
*Troy, Michigan 48007-5041*
*(248) 457-1000*

Stephanie Loh                                                             Page: 1
American Home Mortgage                                      December 31, 2007
4600 Regent Blvd.                                   Account No:      356-0328U
Suite 200                                           Invoice No.        332927
P.O. Box 631730
Irving TX 75063-1730

Leola Williams
631 Stirling
1000682309
AHMI078

## Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 12/06/2007 | | | | | |
| | RSG | Telephone Conference with Opposing Counsel, Cheryl Shoebottom Re: Possible Settlement. | 175.00 | 0.30 | 52.50 |
| 12/11/2007 | | | | | |
| | RSG | Telephone Conference with Opposing Counsel: Shoebottom Re: Reinstatement. | 175.00 | 0.20 | 35.00 |
| 12/20/2007 | | | | | |
| | RSG | Telephone Conference with Opposing Counsel Re: Settlement and Dismissal of Case. | 175.00 | 0.20 | 35.00 |
| 12/28/2007 | | | | | |
| | RSG | Receipt and Review Stipulation and Order to Voluntarily Dismiss Case. | 175.00 | 0.10 | 17.50 |
| | | **Total Current Work** | | 0.80 | 140.00 |
| | | **Total Current Work** | | | 140.00 |
| | | *Balance Due* | | | $140.00 |

DUE UPON RECEIPT
PLEASE REFERENCE OUR FILE NUMBER ON YOUR CHECK.  THANK YOU.

*O R L A N S*
*P.O. BOX 5041*
*Troy, Michigan 48007-5041*
*(248) 457-1000*

Stephanie Loh
American Home Mortgage
4600 Regent Blvd.
Suite 200
P.O. Box 631730
Irving  TX  75063-1730

Page: 1
December 31, 2007
Account No:     356-0333V
Invoice No.        332995

Deborah Beeler
19680 Riopelle Street
1000916688
AHMI072

### Fees

| Date | | | Rate | Hours | |
|------|---|---|------|-------|---|
| 12/18/2007 | RSG | Receipt and Review Notice of Case Evaluation Hearing. | 175.00 | 0.10 | 17.50 |
| | | Total Current Work | | 0.10 | 17.50 |

### Expenses

| | | | | |
|---|---|---|---|---|
| 12/19/2007 | Motion Fee WAYNE COUNTY CIRCUIT COURT | | | 20.00 |
| 12/26/2007 | Mediation Fee Mediation Tribunal Association | | | 75.00 |
| | Total Current Expenses | | | 95.00 |
| | Total Current Work | | | 112.50 |

*Balance Due*                                               $112.50

DUE UPON RECEIPT
PLEASE REFERENCE OUR FILE NUMBER ON YOUR CHECK.  THANK YOU.

*O R L A N S*
*P.O. BOX 5041*
*Troy, Michigan 48007-5041*
*(248) 457-1000*

American Home Mortgage
4600 Regent Blvd.
Suite 200
P.O. Box 631730
Irving  TX  75063-1730

Page: 1
December 31, 2007
Account No:      356-0823W
Invoice No.          336058

Earl Bell
9115 Vaughn Street
1000609694

### Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 12/11/2007 | | | | | |
| | TBM | Reviewed Circuit Court Record | 175.00 | 4.50 | 787.50 |
| | TBM | Legal Research | 175.00 | 4.10 | 717.50 |
| 12/12/2007 | | | | | |
| | TBM | Draft/ Re-write brief on appeal | 175.00 | 7.00 | 1,225.00 |
| 12/13/2007 | | | | | |
| | TBM | Re-Write/ Final Draft | 175.00 | 2.00 | 350.00 |
| | | **Total Current Work** | | 17.60 | 3,080.00 |
| | | **Total Current Work** | | | 3,080.00 |
| | | *Balance Due* | | | $3,080.00 |

DUE UPON RECEIPT
PLEASE REFERENCE OUR FILE NUMBER ON YOUR CHECK.  THANK YOU.