IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ---------------------------------------------------------------------- x | | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | |
| a Delaware corporation, et al., [1] | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: April 14, 2008 at 4:00 p.m. |
| ---------------------------------------------------------------------- x | | Hearing Date: N/A |

## NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the
Official Committee of Unsecured Creditors

The **Sixth Monthly Application of the Orlans Associates as Foreclosure
Service Provider for the Debtors and Debtors-in-Possession for Allowance of
Compensation and Reimbursement of Expenses Incurred for the Interim Period January 1,
2008 through January 31, 2008** (the "Application") has been filed with the Bankruptcy Court.
The Application seeks allowance of interim fees in the amount of $44,947.50 and interim
expenses in the amount of $53,734.18.

Objections to the Application, if any, are required to be filed on or before **April
14, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States
Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington,
Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received
by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings,
Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel);
(ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391,
Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii)
Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and
Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon); (viii) The Law Offices of Alan Weinreb, PLLC, Weinrub & Associates, PLLC, 6800 Jericho Turnpike, Suite 207W, Syosset, NY 11791, (Attn: Alan Weinreb).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER MODIFYING EXISTING PROCEDURES FOR THE COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CERTAIN FORECLOSURE PROFESSIONALS AND REAL ESTATE BROKERS UTILIZED IN THE ORDINARY COURSE AND GRANTING LIMITED NUNC PRO TUNC RELIEF [DOCKET NO. 2985], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 100% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
      March 25, 2008

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Ryan M. Bartley
                James L. Patton, Jr. (No. 2202)
                Pauline K. Morgan (No. 3650)
                Sean M. Beach (No. 4070)
                Matthew B. Lunn (No. 4119)
                Margaret B. Whiteman (No. 4652)
                Ryan M. Bartley (No. 4985)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                Counsel for Debtors and
                Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| --------------------------------------------------------------------- x | | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | |
| a Delaware corporation, et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: |
| | : | Hearing Date:  N/A |
| --------------------------------------------------------------------- x | | |

**SIXTH MONTHLY APPLICATION OF ORLANS ASSOCIATES AS
FORECLOSURE SERVICE PROVIDER FOR THE DEBTORS AND DEBTORS-IN-
POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES INCURRED FOR THE INTERIM PERIOD JANUARY 1, 2008 THROUGH
JANUARY 31, 2008**

Name of Applicant:                                          **Orlans Associates**

Authorized to Provide Professional Services to:            **Debtors and Debtors-in-Possession**

Date of Retention:                                          **Effective as of August 6, 2007**

Period for which compensation and
reimbursement is sought:                                    **January 1, 2008 through January 31, 2008**

Amount of Interim Compensation sought as
actual, reasonable and necessary:                           **$44,947.50**

Amount of Interim Expense Reimbursement sought
as actual, reasonable and necessary:                        **$53,734.18**

This is an:  __X__ interim  ___ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors.
This application includes no fee component in connection with the preparation of Fee
Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fee | Expenses | Fees | Expenses |
| | August 6, 2007 thru August 31, 2007 | $27,652.50 | $85,597.87 | $22,122.00 | $85,597.87 |
| | September 1, 2007 thru September 30, 2007 | $34,527.50 | $46,999.33 | $27,622.00 | $46,999.33 |
| | October 1, 2007 thru October 31, 2007 | $7,927.50 | $16,240.13 | $6,342.00 | $16,240.13 |
| | November 1, 2007 through November 30, 2007 | $28,902.50 | $35,442.18 | | |
| | December 1, 2007 through December 31, 2007 | $22,800.00 | $64,022.57 | | |

064657.1001

### *INTERIM COMPENSATION BY PROJECT CATEGORY*

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $4,325.00 |
| Supplemental foreclosure work | | $40,605.00 |
| Litigation (Hourly) | .10 | $17.50 |
| **TOTALS** | .10 | $44,947.50 |

### *INTERIM EXPENSES*

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| January expenses | | $23,405.92 |
| Supplemental expenses | | $30,328.26 |
| **TOTALS** | | $53,734.18 |

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| | | **JANUARY 2008 FEES** | | |
| 331583 | 100/1624948 | Attorney Fee- Preparation of Adjournment | 01/02/2008 | 20.00 |
| 332660 | 100/1844327 | Attorney Fee- Claim Letter- resolved via the MIA | 01/09/2008 | 125.00 |
| 332813 | 1001073703 | Attorney Fee- Preparation of Adjournment | 01/02/2008 | 20.00 |
| 332814 | 1000987797 | Attorney Fee- Preparation of Adjournment | 01/02/2008 | 20.00 |
| 332814 | 1000987797 | Attorney Fee- Claim Letter- resolved by MIA | 01/07/2008 | 125.00 |
| 332815 | 1000733589 | Attorney Fee- Preparation of Adjournment | 01/02/2008 | 20.00 |
| 332816 | 1001332168 | Attorney Fee- Preparation of Adjournment | 01/02/2008 | 20.00 |
| 332817 | 1001256922 | Attorney Fee- Preparation of Adjournment | 01/02/2008 | 20.00 |
| 333228 | 1000896853 | Attorney Fee- Preparation of Adjournment | 01/03/2008 | 20.00 |
| 333229 | 1001117294 | Attorney Fee- Preparation of Adjournment | 01/03/2008 | 20.00 |
| 334038 | 1000749419 | Attorney Fee- Preparation of Adjournment | 01/08/2008 | 20.00 |
| 334922 | 1000761857 | Attorney Fee- Preparation of Adjournment | 01/10/2008 | 20.00 |
| 334923 | 1000688846 | Attorney Fee- Foreclosure Proceeding | 01/07/2008 | 650.00 |
| 334923 | 1000688846 | Attorney Fee- Preparation of Assignments | 01/07/2008 | 75.00 |
| 335054 | 1000759984 | Prep of Affidavit to Expunge SD | 01/18/2008 | 35.00 |
| 335055 | 4800947 | Attorney Fee- Preparation of Adjournment | 01/04/2008 | 40.00 |
| 335337 | 1000712723 | Eviction Proceedings | 01/03/2008 | 300.00 |
| 335338 | 1000752347 | Redemption Preparation Fee | 01/21/2008 | 200.00 |

| | | | | |
|---|---|---|---|---|
| 335583 | 1001187849 | Attorney Fee- Preparation of Adjournment | 01/08/2008 | 40.00 |
| 335603 | 1001546646 | Attorney Fee- Foreclosure Proceeding | 01/07/2008 | 650.00 |
| 335603 | 1001546646 | Attorney Fee- Preparation of Assignments | 01/08/2008 | 75.00 |
| 336029 | 1001194737 | Attorney Fee- Preparation of Adjournment | 01/02/2008 | 60.00 |
| 336030 | 1000774658 | Attorney Fee- Preparation of Adjournment | 01/09/2008 | 40.00 |
| 336272 | 1000822224 | Attorney Fee- Motion for Relief | 01/24/2008 | 600.00 |
| 336275 | 1000868324 | Proof of Claim | 01/24/2008 | 400.00 |
| 336668 | 1001404923 | Attorney Fee- Affidavit of Abandonment | 01/03/2008 | 150.00 |
| 337028 | 1000598494 | Attorney Fee- Affidavit of Abandonment | 01/10/2008 | 150.00 |
| 337224 | 1000735815 | Attorney Fee- Preparation of Adjournment | 01/16/2008 | 40.00 |
| 337225 | 1001311161 | Attorney Fee- Preparation of Adjournment | 01/02/2008 | 80.00 |
| 337226 | 1000682196 | Attorney Fee- Preparation of Adjournment | 01/09/2008 | 60.00 |
| 337227 | 1001602195 | Attorney Fee- Affidavit of Abandonment | 01/03/2008 | 150.00 |
| 337227 | 1001602195 | Attorney Fee- Preparation of Adjournment | 01/16/2008 | 40.00 |
| 337308 | 1001113388 | Attorney Fee- Preparation of Adjournment | 01/22/2008 | 40.00 |
| | | **Total January 2008 Fees** | | **4,325.00** |

## SUPPLEMENTAL FEES

### AUGUST 2007 FEES

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 327456 | 1001584686 | Attorney Fee- Monitoring Lien | 08/22/2007 | 200.00 |
| | | | | |
| 334920 | 1000780914 | Attorney Fee- Foreclosure Proceeding | 08/31/2007 | 650.00 |
| | | | | |
| | | Total August 2007 Fees | | 850.00 |

### SEPTEMBER 2007 FEES

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 320181 | 1001255086 | Attorney Fee- Foreclosure Proceeding | 09/26/2007 | 650.00 |
| 320181 | 1001255086 | Attorney Fee- Preparation of Assignments | 09/27/2007 | 75.00 |
| | | | | |
| 320182 | 1001013614 | Attorney Fee- Foreclosure Proceeding | 09/26/2007 | 650.00 |
| 320182 | 1001013614 | Attorney Fee- Preparation of Assignments | 09/27/2007 | 75.00 |
| | | | | |
| 320183 | 1000921464 | Attorney Fee- Foreclosure Proceeding | 09/26/2007 | 650.00 |
| | | | | |
| 323682 | 1000678632 | Attorney Fee- Default Letter | 09/20/2007 | 75.00 |
| 323682 | 1000678632 | Attorney Fee- Preparation of Assignments | 09/20/2007 | 75.00 |
| | | | | |
| 323776 | 1000703115 | Attorney Fee- Foreclosure Proceeding | 09/24/2007 | 650.00 |
| 323776 | 1000703115 | Attorney Fee- Preparation of Assignments | 09/24/2007 | 75.00 |
| | | | | |
| 323975 | 1000665351 | Attorney Fee- Foreclosure Proceedings | 09/06/2007 | 650.00 |
| | | | | |
| 323977 | 1001443977 | Attorney Fee- Reopen Foreclosure Proceeding | 09/10/2007 | 650.00 |
| 323977 | 1001443977 | Attorney Fee- Preparation of Assignments | 09/13/2007 | 75.00 |

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 319649 | 1001264147 | Proof of Claim | 10/31/2007 | 400.00 |
|  |  | **OCTOBER 2007 FEES** |  |  |
|  |  | **Total September 2007 Fees** |  | **5,875.00** |
| 334921 | 4514077 | Attorney Fee- Preparation of Assignments | 09/28/2007 | 75.00 |
| 334921 | 4514077 | Attorney Fee- Foreclosure Proceeding | 09/24/2007 | 650.00 |
| 334920 | 1000780914 | Attorney Fee- Preparation of Assignments | 09/05/2007 | 75.00 |
| 325457 | 1000843228 | Attorney Fee- Preparation of Assignments | 09/27/2007 | 75.00 |
| 325457 | 1000843228 | Attorney Fee- Foreclosure Proceeding | 09/26/2007 | 650.00 |
| 320183 | 1000921464 | Attorney Fee- Preparation of Assignments | 10/03/2007 | 75.00 |
| 320268 | 1000835894 | Eviction Proceedings | 10/29/2007 | 300.00 |
| 320682 | 1000658890 | Attorney Fee- Preparation of Assignments | 10/08/2007 | 75.00 |
| 320682 | 1000658890 | Attorney Fee- Foreclosure Proceeding | 10/04/2007 | 650.00 |
| 321249 | 1000781035 | Attorney Fee- Preparation of Assignments | 10/09/2007 | 75.00 |
| 321249 | 1000781035 | Attorney Fee- Foreclosure Proceeding | 10/04/2007 | 650.00 |
| 321692 | 1000784889 | Attorney Fee- Preparation of Assignments | 10/08/2007 | 50.00 |
| 321692 | 1000784889 | Attorney Fee- Foreclosure Proceeding | 10/04/2007 | 650.00 |
| 322256 | 1001304530 | Eviction Proceedings | 10/18/2007 | 300.00 |
| 322526 | 4644046 | Attorney Fee- Foreclosure Proceeding | 10/15/2007 | 650.00 |
| 322711 | 1000677727 | Eviction Proceedings | 10/18/2007 | 300.00 |
| 323682 | 1000678532 | Attorney Fee- Reopen Foreclosure Proceeding | 10/22/2007 | 650.00 |

| | | | | |
|---|---|---|---|---|
| 323775 | 100059B494 | Attorney Fee- Foreclosure Proceeding | 10/22/2007 | 650.00 |
| 323775 | 100059B494 | Attorney Fee- Preparation of Assignments | 10/23/2007 | 75.00 |
| 323776 | 1000703115 | Attorney Fee- Preparation of Adjournment | 10/30/2007 | 60.00 |
| 323975 | 1000685351 | Attorney Fee- Preparation of Adjournment | 10/10/2007 | 120.00 |
| 323976 | 4401030 | Attorney Fee- Foreclosure Proceedings | 10/22/2007 | 650.00 |
| 323976 | 4401030 | Attorney Fee- Preparation of Assignments | 10/23/2007 | 75.00 |
| 323977 | 1001443977 | Attorney Fee- Preparation of Adjournment | 10/10/2007 | 120.00 |
| 324286 | 1001556615 | Attorney Fee- Affidavit of Abandonment | 10/22/2007 | 150.00 |
| 324393 | 1001139466 | Attorney Fee- Affidavit of Abandonment | 10/31/2007 | 150.00 |
| 325456 | 1000829556 | Attorney Fee- Foreclosure Proceeding | 10/25/2007 | 650.00 |
| 325456 | 1000829556 | Attorney Fee- Preparation of Assignments | 10/31/2007 | 75.00 |
| 325457 | 1000843228 | Attorney Fee- Preparation of Adjournment | 10/31/2007 | 80.00 |
| 325458 | 1001255164 | Attorney Fee- Foreclosure Proceeding | 10/29/2007 | 650.00 |
| 325458 | 1001255164 | Attorney Fee- Preparation of Assignments | 10/31/2007 | 75.00 |
| 325460 | 1001316907 | Attorney Fee- Foreclosure Proceeding | 10/29/2007 | 650.00 |
| 325464 | 1000798108 | Attorney Fee- Foreclosure Proceeding | 10/29/2007 | 650.00 |
| 325464 | 1000798108 | Attorney Fee- Preparation of Assignments | 10/31/2007 | 75.00 |
| 325525 | 1000798181 | Eviction Proceedings | 10/18/2007 | 300.00 |
| 325731 | 1000893882 | Attorney Fee- Foreclosure Proceeding | 10/29/2007 | 650.00 |
| 325731 | 1000893882 | Attorney Fee- Preparation of Assignments | 10/31/2007 | 75.00 |
| 326339 | 1001307253 | Attorney Fee- Publishing | 10/02/2007 | 325.00 |

| | | | | |
|---|---|---|---|---|
| 326340 | 1000698000 | Attorney Fee- Foreclosure Proceeding | 10/30/2007 | 650.00 |
| 326341 | 1001477819 | Attorney Fee- Foreclosure Proceeding | 10/30/2007 | 660.00 |
| 326341 | 1001477819 | Attorney Fee- Preparation of Assignments | 10/31/2007 | 75.00 |
| 326562 | 1001141502 | Eviction Proceedings | 10/23/2007 | 300.00 |
| 326554 | 1001612091 | Attorney Fee- Foreclosure Proceeding | 10/29/2007 | 650.00 |
| 326657 | 1000651445 | Attorney Fee- Foreclosure Proceedings | 10/30/2007 | 650.00 |
| 326657 | 1000651445 | Attorney Fee- Preparation of Assignments | 10/31/2007 | 75.00 |
| 326658 | 1001316106 | Eviction Proceedings | 10/17/2007 | 300.00 |
| 326659 | 1001213830 | Attorney Fee- Foreclosure Proceeding | 10/29/2007 | 650.00 |
| 326886 | 1001029033 | Eviction Proceedings | 10/17/2007 | 300.00 |
| 327160 | 1001192230 | Eviction Proceedings | 10/29/2007 | 300.00 |
| 327161 | 1001315564 | Attorney Fee- Foreclosure Proceeding | 10/25/2007 | 660.00 |
| 327161 | 1001315564 | Attorney Fee- Preparation of Assignments | 10/26/2007 | 75.00 |
| 327162 | 1000797360 | Attorney Fee- Foreclosure Proceeding | 10/29/2007 | 650.00 |
| 327333 | 1000813279 | Eviction Proceedings | 10/17/2007 | 300.00 |
| 327334 | 1000813973 | Eviction Proceedings | 10/18/2007 | 300.00 |
| 327335 | 1000722510 | Eviction Proceedings | 10/18/2007 | 300.00 |
| 327336 | 1000937916 | Eviction Proceedings | 10/18/2007 | 300.00 |
| 327337 | 1000841510 | Eviction Proceedings | 10/19/2007 | 300.00 |
| 327455 | 1001104898 | Attorney Fee- Reopen Foreclosure Proceeding | 10/30/2007 | 650.00 |

| | | | | |
|---|---|---|---|---|
| 327585 | 1000754272 | Attorney Fee- Default Letter | 10/02/2007 | 75.00 |
| 327586 | 1000754174 | Attorney Fee- Default Letter | 10/02/2007 | 75.00 |
| 327587 | 1000761136 | Attorney Fee- Foreclosure Proceeding | 10/29/2007 | 650.00 |
| 327587 | 1000761136 | Attorney Fee- Preparation of Assignments | 10/31/2007 | 75.00 |
| 327604 | 1000741754 | Eviction Proceedings | 10/18/2007 | 300.00 |
| 327705 | 1000827712 | Eviction Proceedings | 10/18/2007 | 300.00 |
| 327936 | 1001032768 | Eviction Proceedings | 10/17/2007 | 300.00 |
| 328041 | 1000980488 | Eviction Proceedings | 10/18/2007 | 300.00 |
| 328249 | 1000613997 | Eviction Proceedings | 10/18/2007 | 300.00 |
| 328250 | 1000724714 | Eviction Proceedings | 10/19/2007 | 300.00 |
| 328330 | 1000711488 | Eviction Proceedings | 10/17/2007 | 300.00 |
| 328438 | 1001166038 | Eviction Proceedings | 10/18/2007 | 300.00 |
| 328439 | 1000706317 | Attorney Fee- Foreclosure Proceeding | 10/08/2007 | 650.00 |
| 328439 | 1000706317 | Attorney Fee- Preparation of Assignments | 10/18/2007 | 75.00 |
| 328439 | 1000706317 | Attorney Fee- Affidavit of Scrivener Error | 10/30/2007 | 125.00 |
| 328440 | 1000887283 | Attorney Fee- Foreclosure Proceeding | 10/29/2007 | 650.00 |
| 328566 | 1000945909 | Eviction Proceedings | 10/19/2007 | 300.00 |
| 328750 | 1001029721 | Eviction Proceedings | 10/19/2007 | 300.00 |
| 328943 | 4358126 | Eviction Proceedings | 10/18/2007 | 300.00 |
| 328944 | 1001952215 | Attorney Fee- Default Letter | 10/09/2007 | 75.00 |

| | | | |
|---|---|---|---|
| 328945 | 1001151605 | Attorney Fee- Default Letter | 10/09/2007 | 75.00 |
| 329061 | 1000879156 | Eviction Proceedings | 10/18/2007 | 300.00 |
| 329062 | 1001282652 | Eviction Proceedings | 10/17/2007 | 300.00 |
| 329062 | 1001282652 | Eviction Proceedings- Unit 2 | 10/18/2007 | 300.00 |
| 329236 | 1000696835 | Eviction Proceedings | 10/17/2007 | 300.00 |
| 329237 | 1000782810 | Eviction Proceedings | 10/17/2007 | 300.00 |
| 329331 | 1001294847 | Eviction Proceedings | 10/17/2007 | 300.00 |
| 329332 | 1000914173 | Eviction Proceedings | 10/18/2007 | 300.00 |
| 329334 | 1000947076 | Attorney Fee- Foreclosure Proceeding | 10/29/2007 | 650.00 |
| 329757 | 1000783551 | Eviction Proceedings | 10/17/2007 | 300.00 |
| 329758 | 1000880813 | Eviction Proceedings | 10/18/2007 | 300.00 |
| 329906 | 1000729621 | Eviction Proceedings | 10/17/2007 | 300.00 |
| 329907 | 1000605159 | Eviction Proceedings | 10/17/2007 | 300.00 |
| 329908 | 1001136639 | Eviction Proceedings | 10/17/2007 | 300.00 |
| 329909 | 1001327052 | Eviction Proceedings | 10/18/2007 | 300.00 |
| 330006 | 1000864302 | Eviction Proceedings | 10/18/2007 | 300.00 |
| 330007 | 1000805782 | Eviction Proceedings | 10/17/2007 | 300.00 |
| 330156 | 1010963365 | Eviction Proceedings | 10/17/2007 | 300.00 |
| 330455 | 1000881723 | Eviction Proceedings | 10/18/2007 | 300.00 |

| | | | | |
|---|---|---|---|---|
| 332411 | 1000756916 | Eviction Proceedings | 10/19/2007 | 300.00 |
| 332412 | 1001665013 | Eviction Proceedings | 10/19/2007 | 300.00 |
| 332657 | 1000689003 | Eviction Proceedings | 10/18/2007 | 300.00 |
| 332658 | 1000948455 | Eviction Proceedings | 10/24/2007 | 300.00 |
| 334665 | 1000640223 | Eviction Proceedings | 10/17/2007 | 300.00 |
| 334666 | 1000728765 | Eviction Proceedings | 10/17/2007 | 300.00 |
| 334920 | 1000780914 | Attorney Fee- Preparation of Adjournment | 10/04/2007 | 300.00 |
| 335209 | 1000829543 | Attorney Fee- Reopen Foreclosure Proceeding | 10/25/2007 | 660.00 |
| 335210 | 1000880811 | Eviction Proceedings | 10/19/2007 | 300.00 |
| | | **Total October 2007 Fees** | | 33,880.00 |
| | | **TOTAL OCTOBER FEES** | | $33,880.00 |
| | | **TOTAL SEPTEMBER FEES** | | $5,875.00 |
| | | **TOTAL AUGUST FEES** | | $850.00 |
| | | **TOTAL SUPPLEMENTAL FEES** | | $40,605.00 |
| | | **JANUARY 2008 FEES** | | $4,325.00 |
| | | **TOTAL JANUARY 2008 FEES** | | $44,930.00 |

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| | | **JANUARY 2008 EXPENSES** | | |
| 331583 | 1001624948 | Adjournment Cost | 01/02/2008 | 8.00 |
| 332411 | 1000756916 | Execution of Order of Eviction/Removal of items | 01/04/2008 | 1,470.00 |
| 332412 | 1001665013 | Execution of Order of Eviction/Removal of items | 01/03/2008 | 1,025.00 |
| 332412 | 1001665013 | City Cost- Dumpster | 01/03/2008 | 300.00 |
| 332414 | 1000871507 | Sheriff Cost | 01/03/2008 | 50.00 |
| 332414 | 1000871507 | Recording of Sale | 01/03/2008 | 29.00 |
| 332414 | 1000871507 | Transfer Tax for Recording of Sale | 01/03/2008 | 122.10 |
| 332655 | 1000882908 | Title Report | 01/05/2008 | 50.00 |
| 332655 | 1000882908 | Sheriff Cost | 01/07/2008 | 50.00 |
| 332656 | 1000801684 | City Cost- Dumpster | 01/08/2008 | 275.00 |
| 332656 | 1000801684 | Execution of Order of Eviction/Removal of items | 01/08/2008 | 650.00 |
| 332657 | 1000689003 | Execution of Order of Eviction/Removal of items | 01/04/2008 | 1,200.00 |
| 332657 | 1000689003 | City Cost- Dumpster | 01/04/2008 | 300.00 |
| 332658 | 1000948455 | Execution of Order of Eviction/Removal of items | 01/04/2008 | 1,065.00 |
| 332813 | 1001073703 | Adjournment Cost | 01/02/2008 | 8.00 |
| 332813 | 1001073703 | Sheriff Cost | 01/07/2008 | 50.00 |
| 332813 | 1001073703 | Recording of Sale | 01/07/2008 | 52.00 |
| 332813 | 1001073703 | Transfer Tax for Recording of Sale | 01/07/2008 | 56.10 |
| 332814 | 1000987797 | Adjournment Cost | 01/02/2008 | 8.00 |
| 332814 | 1000987797 | Sheriff Cost | 01/04/2008 | 50.00 |
| 332814 | 1000987797 | Recording of Sale | 01/04/2008 | 52.00 |
| 332814 | 1000987797 | Transfer Tax for Recording of Sale | 01/04/2008 | 196.35 |

| | | | | |
|---|---|---|---|---|
| 332815 | 1000733589 | Adjournment Cost | 01/02/2008 | 8.00 |
| 332815 | 1000733589 | Sheriff Cost | 01/04/2008 | 50.00 |
| 332815 | 1000733589 | Recording of Sale | 01/04/2008 | 29.00 |
| 332815 | 1000733589 | Transfer Tax for Recording of Sale | 01/04/2008 | 20.35 |
| 332816 | 1001332168 | Adjournment Cost | 01/02/2008 | 8.00 |
| 332816 | 1001332168 | Sheriff Cost | 01/04/2008 | 50.00 |
| 332816 | 1001332168 | Recording of Sale | 01/04/2008 | 52.00 |
| 332816 | 1001332168 | Transfer Tax for Recording of Sale | 01/04/2008 | 23.10 |
| 332817 | 1001256922 | Adjournment Cost | 01/02/2008 | 8.00 |
| 332817 | 1001256922 | Sheriff Cost | 01/04/2008 | 50.00 |
| 332817 | 1001256922 | Recording of Sale | 01/04/2008 | 52.00 |
| 332817 | 1001256922 | Transfer Tax for Recording of Sale | 01/04/2008 | 19.80 |
| 332818 | 1000905329 | Sheriff Cost | 01/07/2008 | 50.00 |
| 332818 | 1000905329 | Recording of Sale | 01/07/2008 | 52.00 |
| 332818 | 1000905329 | Transfer Tax for Recording of Sale | 01/07/2008 | 391.80 |
| 332819 | 4652803 | Sheriff Cost | 01/07/2008 | 50.00 |
| 332819 | 4652803 | Recording of Sale | 01/07/2008 | 55.00 |
| 333228 | 1000896853 | Adjournement Cost | 01/03/2008 | 8.00 |
| 333228 | 1000896853 | Sheriff Cost | 01/07/2008 | 50.00 |
| 333228 | 1000896853 | Recording of Sale | 01/07/2008 | 52.00 |
| 333228 | 1000896853 | Transfer Tax for Recording of Sale | 01/07/2008 | 134.75 |
| 333229 | 1001117294 | Adjournment Cost | 01/03/2008 | 8.00 |
| 333229 | 1001117294 | Sheriff Cost | 01/10/2008 | 50.00 |
| 333229 | 1001117294 | Recording of Sale | 01/10/2008 | 29.00 |
| 333229 | 1001117294 | Transfer Tax for Recording of Sale | 01/10/2008 | 51.70 |
| 334038 | 1000749419 | Adjournment Cost | 01/08/2008 | 8.00 |
| 334038 | 1000749419 | Sheriff Cost | 01/11/2008 | 50.00 |
| 334038 | 1000749419 | Recording of Sale | 01/11/2008 | 29.00 |
| 334038 | 1000749419 | Transfer Tax for Recording of Sale | 01/11/2008 | 243.65 |

| | | | | |
|---|---|---|---|---|
| 334665 | 100640223 | Execution of Order of Eviction/Removal of Items | 01/17/2008 | 530.00 |
| 334665 | 100640223 | City Cost- Dumpster | 01/17/2008 | 300.00 |
| 334666 | 1000728765 | Execution of Order of Eviction/Removal of Items | 01/11/2008 | 860.00 |
| 334666 | 1000728765 | City Cost- Dumpster | 01/11/2008 | 300.00 |
| 334920 | 1000780914 | Sheriff Cost | 01/14/2008 | 50.00 |
| 334920 | 1000780914 | Recording of Sale | 01/14/2008 | 52.00 |
| 334920 | 1000780914 | Transfer Tax for Recording of Sale | 01/14/2008 | 232.10 |
| 334921 | 4514077 | Sheriff Cost | 01/10/2008 | 50.00 |
| 334921 | 4514077 | Recording of Sale | 01/10/2008 | 29.00 |
| 334921 | 4514077 | Transfer Tax for Recording of Sale | 01/10/2008 | 147.95 |
| 334922 | 1000761857 | Adjournment Cost | 01/10/2008 | 8.00 |
| 334922 | 1000761857 | Sheriff Cost | 01/10/2008 | 50.00 |
| 334922 | 1000761857 | Recording of Sale | 01/10/2008 | 29.00 |
| 334922 | 1000761857 | Transfer Tax for Recording of Sale | 01/10/2008 | 276.65 |
| 334923 | 1000688846 | Title Commitment | 01/07/2008 | 325.00 |
| 334923 | 1000688846 | Document Fee- Recorded Mortgage and Assignment | 01/07/2008 | 50.00 |
| 334923 | 1000688846 | Posting Cost | 01/07/2008 | 85.00 |
| 334923 | 1000688846 | Publication Cost | 01/07/2008 | 214.75 |
| 334923 | 1000688846 | Recording of Assignment | 01/07/2008 | 60.00 |
| 334923 | 1000688846 | Title Report | 01/07/2008 | 50.00 |
| 335054 | 1000759984 | Recording of Affidavit to Expunge Sheriff's Deed | 01/18/2008 | 60.00 |
| 335055 | 4800947 | Adjournment Cost | 01/04/2008 | 16.00 |
| 335055 | 4800947 | Sheriff Cost | 01/11/2008 | 50.00 |
| 335055 | 4800947 | Recording of Sale | 01/11/2008 | 29.00 |
| 335056 | 1001563417 | Title Report | 01/07/2008 | 50.00 |
| 335337 | 1000712723 | Filing Fee- Summons and Complaint | 01/03/2008 | 45.00 |
| 335337 | 1000712723 | Service Fee- Summons and Complaint | 01/10/2008 | 57.00 |

| | | | | |
|---|---|---|---|---|
| 335338 | 1000752347 | Recording of Redemption Certificate | 01/21/2008 | 23.00 |
| 335583 | 1001187849 | Adjournment Cost | 01/08/2008 | 16.00 |
| 335583 | 1001187849 | Sheriff Cost | 01/16/2008 | 50.00 |
| 335583 | 1001187849 | Recording of Sale | 01/16/2008 | 29.00 |
| 335583 | 1001187849 | Transfer Tax for Recording of Sale | 01/16/2008 | 127.60 |
| 335603 | 1001546546 | Title Commitment | 01/07/2008 | 325.00 |
| 335603 | 1001546546 | Posting Cost | 01/07/2008 | 70.00 |
| 335603 | 1001546546 | Publication Cost | 01/07/2008 | 237.25 |
| 335603 | 1001546546 | Recording of Assignment | 01/08/2008 | 60.00 |
| 335835 | 1000933442 | Filing Fee- Writ | 01/03/2008 | 15.00 |
| 335835 | 1000933442 | Service Fee- Writ | 01/03/2008 | 37.50 |
| 335835 | 1000933442 | Execution of Order of Eviction/Removal of Items | 01/21/2008 | 1,325.00 |
| 335835 | 1000933442 | City Cost- Dumpster | 01/21/2008 | 275.00 |
| 335836 | 1001070479 | Filing Fee- Writ | 01/03/2008 | 15.00 |
| 335836 | 1001070479 | Service Fee- Writ | 01/03/2008 | 37.50 |
| 335836 | 1001070479 | City Cost- Dumpster | 01/17/2008 | 300.00 |
| 335836 | 1001070479 | Execution of Order of Eviction/Removal of Items | 01/17/2008 | 1,205.00 |
| 336029 | 1001194737 | Adjournment Cost | 01/02/2008 | 24.00 |
| 336029 | 1001194737 | Sheriff Cost | 01/18/2008 | 50.00 |
| 336029 | 1001194737 | Recording of Sale | 01/18/2008 | 52.00 |
| 336029 | 1001194737 | Transfer Tax for Recording of Sale | 01/18/2008 | 331.65 |
| 336030 | 1000774558 | Adjournment Cost | 01/09/2008 | 16.00 |
| 336030 | 1000774558 | Sheriff Cost | 01/18/2008 | 50.00 |
| 336030 | 1000774558 | Recording of Sale | 01/18/2008 | 52.00 |
| 336030 | 1000774558 | Transfer Tax for Recording of Sale | 01/18/2008 | 41.80 |
| 336272 | 1000822224 | Filing fee- Motion for Relief | 01/24/2008 | 150.00 |

| | | | | |
|---|---|---|---|---|
| 336273 | 1000740921 | Filing Fee- Writ | 01/03/2008 | 15.00 |
| 336273 | 1000740921 | Service Fee- Writ | 01/03/2008 | 37.50 |
| 336273 | 1000740921 | Execution of Order of Eviction/Removal of Items | 01/24/2008 | 1,275.00 |
| 336273 | 1000740921 | City Cost- Dumpster | 01/24/2008 | 300.00 |
| | | | | |
| 336274 | 1000933145 | Sheriff Cost | 01/21/2008 | 50.00 |
| 336274 | 1000933145 | Recording of Sale | 01/21/2008 | 29.00 |
| 336274 | 1000933145 | Transfer Tax for Recording of Sale | 01/21/2008 | 134.75 |
| | | | | |
| 336415 | 1000702079 | Filing Fee- Writ | 01/03/2008 | 15.00 |
| 336415 | 1000702079 | Service Fee- Writ | 01/03/2008 | 37.50 |
| 336415 | 1000702079 | Execution of Order of Eviction/Removal of Items | 01/18/2008 | 650.00 |
| 336415 | 1000702079 | City Cost- Dumpster | 01/18/2008 | 300.00 |
| | | | | |
| 336416 | 1000805216 | Filing Fee- Writ | 01/03/2008 | 15.00 |
| 336416 | 1000805216 | Service Fee- Writ | 01/03/2008 | 37.50 |
| 336416 | 1000805216 | City Cost- Dumpster | 01/21/2008 | 275.00 |
| 336416 | 1000805216 | Execution of Order of Eviction/Removal of Items | 01/25/2008 | 500.00 |
| | | | | |
| 336668 | 1001404923 | Recording Cost for Affidavit of Abandonment | 01/10/2008 | 60.00 |
| 336668 | 1001404923 | Posting Cost for Affidavit of Abandonment | 01/03/2008 | 35.00 |
| 336668 | 1001404923 | Certified Mail for Affidavit of Abandonment | 01/03/2008 | 4.64 |
| | | | | |
| 337028 | 1000598494 | Recording Cost for Affidavit of Abandonment | 01/10/2008 | 60.00 |
| 337028 | 1000598494 | Posting Cost for Affidavit of Abandonment | 01/10/2008 | 35.00 |
| 337028 | 1000598494 | Certified Mail for Affidavit of Abandonment | 01/10/2008 | 4.64 |
| | | | | |
| 337223 | 1000891144 | Title Report | 01/06/2008 | 50.00 |
| 337223 | 1000891144 | Sheriff Cost | 01/28/2008 | 50.00 |
| 337223 | 1000891144 | Recording of Sale | 01/28/2008 | 52.00 |
| 337223 | 1000891144 | Transfer Tax for Recording of Sale | 01/28/2008 | 125.95 |
| | | | | |
| 337224 | 1000735815 | Adjournment Cost | 01/16/2008 | 16.00 |
| 337224 | 1000735815 | Sheriff Cost | 01/25/2008 | 50.00 |
| 337224 | 1000735815 | Recording of Sale | 01/25/2008 | 52.00 |
| 337224 | 1000735815 | Transfer Tax for Recording of Sale | 01/25/2008 | 167.75 |

| | | | | |
|---|---|---|---|---|
| 337225 | 1001311161 | Adjournment Cost | 01/02/2008 | 32.00 |
| 337225 | 1001311161 | Sheriff Cost | 01/24/2008 | 50.00 |
| 337225 | 1001311161 | Recording of Sale | 01/24/2008 | 29.00 |
| 337225 | 1001311161 | Transfer Tax for Recording of Sale | 01/24/2008 | 45.10 |
| 337226 | 1000682196 | Adjournment Cost | 01/09/2008 | 24.00 |
| 337226 | 1000682196 | Sheriff Cost | 01/25/2008 | 50.00 |
| 337226 | 1000682196 | Recording of Sale | 01/25/2008 | 52.00 |
| 337226 | 1000682196 | Transfer Tax for Recording of Sale | 01/25/2008 | 8.80 |
| 337227 | 1001602195 | Recording Cost for Affidavit of Abandonment | 01/03/2008 | 60.00 |
| 337227 | 1001602195 | Posting Cost for Affidavit of Abandonment | 01/03/2008 | 35.00 |
| 337227 | 1001602195 | Certified Mail Cost for Affidavit of Abandonment | 01/03/2008 | 4.64 |
| 337227 | 1001602195 | Adjournment Cost | 01/16/2008 | 16.00 |
| 337227 | 1001602195 | Sheriff Cost | 01/25/2008 | 50.00 |
| 337227 | 1001602195 | Recording of Sale | 01/25/2008 | 52.00 |
| 337227 | 1001602195 | Transfer Tax for Recording of Sale | 01/25/2008 | 45.10 |
| 337228 | 1000933203 | Title Report | 01/05/2008 | 50.00 |
| 337228 | 1000933203 | Sheriff Cost | 01/28/2008 | 50.00 |
| 337228 | 1000933203 | Recording of Sale | 01/28/2008 | 52.00 |
| 337228 | 1000933203 | Transfer Tax for Recording of Sale | 01/28/2008 | 304.70 |
| 337229 | 1000892899 | Title Report | 01/08/2008 | 50.00 |
| 337229 | 1000892899 | Sheriff Cost | 01/28/2008 | 50.00 |
| 337229 | 1000892899 | Recording of Sale | 01/28/2008 | 52.00 |
| 337229 | 1000892899 | Transfer Tax for Recording of Sale | 01/28/2008 | 122.10 |
| 337308 | 1001113388 | Adjournment Cost | 01/22/2008 | 16.00 |
| | | **Total January 2008 Expenses** | | **23,405.92** |

# SUPPLEMENTAL EXPENSES

## AUGUST 2007 EXPENSES

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 327585 | 1000754272 | Title Commitment | 08/28/2007 | 325.00 |
| | | | | |
| 334920 | 1000780914 | Title Commitment | 08/31/2007 | 325.00 |
| | | | | |
| | | Total August 2007 Expenses | | 650.00 |

## SEPTEMBER 2007 EXPENSES

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 320181 | 1001255086 | Title Commitment | 09/26/2007 | 325.00 |
| 320181 | 1001255086 | Posting Cost | 09/26/2007 | 70.00 |
| 320181 | 1001255086 | Publication Cost | 09/26/2007 | 237.25 |
| 320181 | 1001255086 | Recording of Assignment | 09/27/2007 | 60.00 |
| 320182 | 1001013614 | Title Commitment | 09/26/2007 | 325.00 |
| 320182 | 1001013614 | Posting Cost | 09/26/2007 | 70.00 |
| 320182 | 1001013614 | Publication Cost | 09/26/2007 | 237.25 |
| 320182 | 1001013614 | Recording of Assignment | 09/27/2007 | 60.00 |
| 320183 | 1000921464 | Title Commitment | 09/26/2007 | 325.00 |
| 320183 | 1000921464 | Posting Cost | 09/26/2007 | 70.00 |
| 320183 | 1000921464 | Publication Cost | 09/26/2007 | 237.25 |
| 323682 | 1000678532 | Recording of Assignment | 09/20/2007 | 60.00 |
| 323776 | 1000703115 | Title Commitment | 09/24/2007 | 325.00 |
| 323776 | 1000703115 | Document Fee- Mortgage | 09/25/2007 | 50.00 |
| 323776 | 1000703115 | Posting Cost | 09/25/2007 | 85.00 |

| | | | | |
|---|---|---|---|---|
| 323776 | 1000703115 | Publication Cost | 09/25/2007 | 208.56 |
| 323776 | 1000703115 | Recording of Assignment | 09/26/2007 | 60.00 |
| 323776 | 1000703115 | Title Report | 09/30/2007 | 50.00 |
| 323975 | 1000686351 | Title Commitment | 09/06/2007 | 325.00 |
| 323975 | 1000686351 | Posting Cost | 09/06/2007 | 70.00 |
| 323975 | 1000686351 | Publication Cost | 09/06/2007 | 191.40 |
| 323975 | 1000686351 | Title Report | 09/12/2007 | 50.00 |
| 323977 | 1001443977 | Title Update | 09/10/2007 | 35.00 |
| 323977 | 1001443977 | Posting Cost | 09/10/2007 | 70.00 |
| 323977 | 1001443977 | Publication Cost | 09/10/2007 | 191.40 |
| 323977 | 1001443977 | Recording of Assignment | 09/13/2007 | 60.00 |
| 325457 | 1000843228 | Title Commitment | 09/26/2007 | 325.00 |
| 325457 | 1000843228 | Posting Cost | 09/26/2007 | 70.00 |
| 325457 | 1000843228 | Publication Cost | 09/26/2007 | 191.40 |
| 325457 | 1000843228 | Recording of Assignment | 09/27/2007 | 60.00 |
| 327585 | 1000754272 | Document Fee-Mortgage | 09/12/2007 | 50.00 |
| 327585 | 1000754272 | Posting Cost | 09/12/2007 | 70.00 |
| 327585 | 1000754272 | Publication Cost | 09/12/2007 | 237.25 |
| 327585 | 1000754272 | Title Report | 09/13/2007 | 50.00 |
| 327585 | 1000754272 | Recording of Assignment | 09/13/2007 | 60.00 |
| 334920 | 1000780914 | Posting Cost | 09/04/2007 | 70.00 |
| 334920 | 1000780914 | Publication Cost | 09/04/2007 | 237.25 |
| 334920 | 1000780914 | Recording of Assignment | 09/05/2007 | 60.00 |
| 334920 | 1000780914 | Title Report | 09/12/2007 | 50.00 |
| 334921 | 4514077 | Title Commitment | 09/24/2007 | 325.00 |
| 334921 | 4514077 | Posting Cost | 09/27/2007 | 110.00 |
| 334821 | 4514077 | Publication Cost | 09/27/2007 | 237.25 |
| 334921 | 4514077 | Recording of Assignment | 09/28/2007 | 60.00 |
| | | **Total September 2007 Expenses** | | **6,111.26** |

| Invoice Number | Loan Number | OCTOBER 2007 EXPENSES Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 320181 | 1001255086 | Title Report | 10/03/2007 | 50.00 |
| 320181 | 1001255086 | Sheriff Cost | 10/29/2007 | 50.00 |
| 320181 | 1001255086 | Recording of Sale | 10/29/2007 | 26.00 |
| 320181 | 1001255086 | Transfer Tax for Recording of Sale | 10/29/2007 | 111.10 |
| 320182 | 1001013614 | Title Report | 10/02/2007 | 50.00 |
| 320182 | 1001013614 | Sheriff Cost | 10/29/2007 | 50.00 |
| 320182 | 1001013614 | Recording of Sale | 10/29/2007 | 26.00 |
| 320182 | 1001013614 | Transfer Tax for Recording of Sale | 10/29/2007 | 106.70 |
| 320183 | 1000921464 | Title Report | 10/02/2007 | 50.00 |
| 320183 | 1000921464 | Recording of Assignment | 10/03/2007 | 60.00 |
| 320183 | 1000921464 | Sheriff Cost | 10/29/2007 | 50.00 |
| 320183 | 1000921464 | Recording of Sale | 10/29/2007 | 26.00 |
| 320183 | 1000921464 | Transfer Tax for Recording of Sale | 10/29/2007 | 97.90 |
| 320268 | 1000835894 | Filing Fee- Summons and Complaint | 10/29/2007 | 45.00 |
| 320268 | 1000835894 | Service Fee- Summons and Complaint | 10/29/2007 | 47.00 |
| 320682 | 1000656890 | Title Commitment | 10/04/2007 | 325.00 |
| 320682 | 1000656890 | Document Fee- Recorded Mortgage | 10/05/2007 | 50.00 |
| 320682 | 1000656890 | Posting Cost | 10/05/2007 | 85.00 |
| 320682 | 1000656890 | Publication Cost | 10/05/2007 | 217.68 |
| 320682 | 1000656890 | Recording of Assignment | 10/08/2007 | 60.00 |
| 320682 | 1000656890 | Title Report | 10/12/2007 | 50.00 |
| 321249 | 1000781035 | Title Commitment | 10/04/2007 | 325.00 |
| 321249 | 1000781035 | Document Fee- Recorded Mortgage | 10/08/2007 | 50.00 |
| 321249 | 1000781035 | Posting Cost | 10/08/2007 | 110.00 |
| 321249 | 1000781035 | Publication Cost | 10/08/2007 | 237.25 |
| 321249 | 1000781035 | Recording of Assignment | 10/09/2007 | 60.00 |
| 321249 | 1000781035 | Title Report | 10/11/2007 | 50.00 |

| | | | | |
|---|---|---|---|---|
| 321692 | 1000784889 | Title Commitment | 10/04/2007 | 600.00 |
| 321692 | 1000784889 | Posting Cost | 10/04/2007 | 85.00 |
| 321692 | 1000784889 | Publication Cost | 10/04/2007 | 254.08 |
| 321692 | 1000784889 | Recording of Assignment | 10/08/2007 | 50.00 |
| 321692 | 1000784889 | Title Report | 10/12/2007 | 50.00 |
| 322256 | 1001304530 | Filing Fee- Summons and Complaint | 10/18/2007 | 45.00 |
| 322526 | 4644046 | Title Search | 10/15/2007 | 200.00 |
| 322526 | 4644046 | Document Fee- Recorded Mortgage | 10/15/2007 | 50.00 |
| 322526 | 4644046 | Posting Cost | 10/15/2007 | 70.00 |
| 322526 | 4644046 | Publication Cost | 10/15/2007 | 191.40 |
| 322526 | 4644046 | Title Report | 10/22/2007 | 50.00 |
| 322711 | 1000677727 | Filing Fee- Summons and Complaint | 10/18/2007 | 45.00 |
| 322711 | 1000677727 | Service Fee- Summons and Complaint | 10/18/2007 | 47.00 |
| 323682 | 1000678532 | Title Commitment | 10/22/2007 | 325.00 |
| 323682 | 1000678532 | Document Fee- recorded Assignment | 10/24/2007 | 50.00 |
| 323682 | 1000678532 | Title Report | 10/24/2007 | 50.00 |
| 323682 | 1000678532 | Posting Cost | 10/24/2007 | 110.00 |
| 323682 | 1000678532 | Publication Cost | 10/24/2007 | 328.95 |
| 323775 | 1000598494 | Title Search | 10/22/2007 | 200.00 |
| 323775 | 1000598494 | Posting Cost | 10/22/2007 | 85.00 |
| 323775 | 1000598494 | Publication Cost | 10/22/2007 | 217.68 |
| 323775 | 1000598494 | Recording of Assignment | 10/23/2007 | 60.00 |
| 323776 | 1000703115 | Adjournment Cost | 10/30/2007 | 24.00 |
| 323975 | 1000688351 | Adjournment Cost | 10/10/2007 | 48.00 |
| 323976 | 4401030 | Title Commitment | 10/22/2007 | 325.00 |
| 323976 | 4401030 | Posting Cost | 10/22/2007 | 70.00 |
| 323976 | 4401030 | Publication Cost | 10/22/2007 | 191.40 |
| 323976 | 4401030 | Recording of Assignment | 10/23/2007 | 60.00 |

| | | | | |
|---|---|---|---|---|
| 323977 | 1001443977 | Adjournment Cost | 10/10/2007 | 48.00 |
| 324286 | 1001556615 | Certified Mail for Affidavit of Abandonment | 10/22/2007 | 4.64 |
| 324286 | 1001556615 | Posting Cost for Affidavit of Abandonment | 10/22/2007 | 50.00 |
| 324393 | 1001139466 | Certified Mail for Affidavit of Abandonment | 10/31/2007 | 4.64 |
| 324393 | 1001139466 | Posting Cost for Affidavit of Abandonment | 10/31/2007 | 35.00 |
| 324393 | 1001139466 | Recording Cost for Affidavit of Abandonment | 10/31/2007 | 60.00 |
| 324456 | 1000829556 | Recording of Assignment | 10/31/2007 | 60.00 |
| 325456 | 1000829556 | Publication Cost | 10/25/2007 | 191.40 |
| 325456 | 1000829556 | Posting Cost | 10/25/2007 | 70.00 |
| 325456 | 1000829556 | Title Commitment | 10/25/2007 | 325.00 |
| 325457 | 1000843228 | Adjournment Cost | 10/31/2007 | 32.00 |
| 325457 | 1000843228 | Title Report | 10/02/2007 | 50.00 |
| 325458 | 1001255164 | Recording of Assignment | 10/31/2007 | 60.00 |
| 325458 | 1001255164 | Publication Cost | 10/29/2007 | 237.25 |
| 325458 | 1001255164 | Posting Cost | 10/29/2007 | 70.00 |
| 325458 | 1001255164 | Document Fee- Recorded Mortgage | 10/29/2007 | 50.00 |
| 325458 | 1001255164 | Title Commitment | 10/29/2007 | 325.00 |
| 325460 | 1001316907 | Publication Cost | 10/29/2007 | 237.25 |
| 325460 | 1001316907 | Posting Cost | 10/29/2007 | 70.00 |
| 325460 | 1001316907 | Document Fee- Recorded Mortgage | 10/29/2007 | 50.00 |
| 325460 | 1001316907 | Title Commitment | 10/29/2007 | 325.00 |
| 325464 | 1000798108 | Recording of Assignment | 10/31/2007 | 60.00 |
| 325464 | 1000798108 | Publication Cost | 10/29/2007 | 191.40 |
| 325464 | 1000798108 | Posting Cost | 10/29/2007 | 70.00 |
| 325464 | 1000798108 | Title Commitment | 10/29/2007 | 325.00 |
| 325525 | 1000798181 | Service Fee- Summons and Complaint | 10/18/2007 | 42.00 |
| 325525 | 1000798181 | Filing Fee- Summons and Complaint | 10/18/2007 | 45.00 |

| | | | | |
|---|---|---|---|---|
| 325731 | 1000893882 | Title Commitment | 10/29/2007 | 325.00 |
| 325731 | 1000893882 | Posting Cost | 10/29/2007 | 70.00 |
| 325731 | 1000893882 | Publication Cost | 10/29/2007 | 237.25 |
| 325731 | 1000893882 | Recording of Assignment | 10/31/2007 | 60.00 |
| 326339 | 1001307253 | Posting Cost | 10/02/2007 | 110.00 |
| 326339 | 1001307253 | Publication Cost | 10/02/2007 | 283.10 |
| 326340 | 1000698000 | Title Commitment | 10/30/2007 | 325.00 |
| 326340 | 1000698000 | Document Fee- Recorded Mortgage | 10/30/2007 | 50.00 |
| 326340 | 1000698000 | Posting Cost | 10/31/2007 | 110.00 |
| 326340 | 1000698000 | Publication Cost | 10/31/2007 | 237.25 |
| 326341 | 1001477819 | Title Commitment | 10/30/2007 | 325.00 |
| 326341 | 1001477819 | Document Fee- Recorded Mortgage and Assignment | 10/30/2007 | 50.00 |
| 326341 | 1001477819 | Posting Cost | 10/30/2007 | 110.00 |
| 326341 | 1001477819 | Publication Cost | 10/30/2007 | 237.25 |
| 326341 | 1001477819 | Recording of Assignment | 10/31/2007 | 60.00 |
| 326552 | 1001141502 | Filing Fee- Summons and Complaint | 10/23/2007 | 45.00 |
| 326554 | 1001612091 | Title Commitment | 10/29/2007 | 625.00 |
| 326554 | 1001612091 | Posting Cost | 10/29/2007 | 85.00 |
| 326554 | 1001612091 | Publication Cost | 10/29/2007 | 208.56 |
| 326657 | 1000651445 | Title Commitment | 10/30/2007 | 325.00 |
| 326657 | 1000651445 | Posting Cost | 10/30/2007 | 85.00 |
| 326657 | 1000651445 | Publication Cost | 10/30/2007 | 208.56 |
| 326657 | 1000651445 | Recording of Assignment | 10/31/2007 | 60.00 |
| 326658 | 1001316106 | Filing Fee- Summons and Complaint | 10/17/2007 | 45.00 |
| 326659 | 1001213830 | Title Commitment | 10/29/2007 | 325.00 |
| 326659 | 1001213830 | Document Fee- Recorded Mortgage | 10/29/2007 | 50.00 |
| 326659 | 1001213830 | Posting Cost | 10/29/2007 | 85.00 |
| 326659 | 1001213830 | Publication Cost | 10/29/2007 | 235.88 |

| | | | | |
|---|---|---|---|---|
| 326886 | 100102903 3 | Filing Fee- Summons and Complaint | 10/17/2007 | 45.00 |
| 326886 | 100102903 3 | Service Fee- Summons and Complaint | 10/17/2007 | 47.00 |
| 327160 | 1001192230 | Filing Fee- Summons and Complaint | 10/29/2007 | 45.00 |
| 327161 | 100131555 4 | Title Commitment | 10/25/2007 | 325.00 |
| 327161 | 100131555 4 | Document Fee- Recorded Mortgage | 10/25/2007 | 50.00 |
| 327161 | 100131555 4 | Posting Cost | 10/25/2007 | 110.00 |
| 327161 | 100131555 4 | Publication Cost | 10/25/2007 | 237.25 |
| 327161 | 100131555 4 | Recording of Assignment | 10/26/2007 | 60.00 |
| 327162 | 100079736 0 | Title Commitment | 10/29/2007 | 325.00 |
| 327162 | 100079736 0 | Posting Cost | 10/29/2007 | 70.00 |
| 327162 | 100079736 0 | Publication Cost | 10/29/2007 | 237.25 |
| 327162 | 100079736 0 | Recording of Assignment | 10/31/2007 | 60.00 |
| 327332 | 1000871809 | Filing Fee- Motion Fee | 10/22/2007 | 20.00 |
| 327333 | 100081327 9 | Filing Fee- Summons and Complaint | 10/17/2007 | 45.00 |
| 327333 | 100081327 9 | Service Fee- Summons and Complaint | 10/17/2007 | 47.00 |
| 327334 | 100081397 3 | Filing Fee- Summons and Complaint | 10/18/2007 | 45.00 |
| 327334 | 100081397 3 | Service Fee- Summons and Complaint | 10/18/2007 | 47.00 |
| 327335 | 100072251 0 | Filing Fee- Summons and Complaint | 10/18/2007 | 45.00 |
| 327335 | 100072251 0 | Service Fee- Summons and Complaint | 10/18/2007 | 75.00 |
| 327336 | 100093791 6 | Filing Fee- Summons and Complaint | 10/18/2007 | 45.00 |
| 327336 | 100093791 6 | Service Fee- Summons and Complaint | 10/18/2007 | 70.50 |
| 327337 | 100084151 0 | Filing Fee- Summons and Complaint | 10/19/2007 | 45.00 |
| 327337 | 100084151 0 | Service Fee- Summons and Complaint | 10/19/2007 | 47.00 |
| 327455 | 100110489 8 | Title Update | 10/30/2007 | 35.00 |
| 327455 | 100110489 8 | Posting Cost | 10/31/2007 | 110.00 |
| 327455 | 100110489 8 | Publication Cost | 10/31/2007 | 237.25 |

| | | | | |
|---|---|---|---|---|
| 327587 | 1000761136 | Title Commitment | 10/29/2007 | 325.00 |
| 327587 | 1000761136 | Posting Cost | 10/29/2007 | 110.00 |
| 327587 | 1000761136 | Publication Cost | 10/29/2007 | 237.25 |
| 327587 | 1000761136 | Recording of Assignment | 10/31/2007 | 60.00 |
| 327604 | 1000741754 | Filing Fee- Summons and Complaint | 10/18/2007 | 45.00 |
| 327604 | 1000741754 | Service Fee- Summons and Complaint | 10/18/2007 | 47.00 |
| 327705 | 1000827712 | Filing Fee- Summons and Complaint | 10/18/2007 | 45.00 |
| 327705 | 1000827712 | Service Fee- Summons and Complaint | 10/18/2007 | 90.00 |
| 327936 | 1001032768 | Filing Fee- Summons and Complaint | 10/17/2007 | 45.00 |
| 328041 | 1000980488 | Filing Fee- Summons and Complaint | 10/18/2007 | 45.00 |
| 328041 | 1000980488 | Service Fee- Summons and Complaint | 10/18/2007 | 47.00 |
| 328249 | 1000613997 | Filing Fee- Summons and Complaint | 10/18/2007 | 45.00 |
| 328249 | 1000613997 | Service Fee- Summons and Complaint | 10/18/2007 | 47.00 |
| 328250 | 1000724714 | Filing Fee- Summons and Complaint | 10/19/2007 | 45.00 |
| 328250 | 1000724714 | Service Fee- Summons and Complaint | 10/19/2007 | 46.00 |
| 328330 | 1000711488 | Filing Fee- Summons and Complaint | 10/17/2007 | 45.00 |
| 328438 | 1001166038 | Filing Fee- Summons and Complaint | 10/18/2007 | 45.00 |
| 328439 | 1000706317 | Title Commitment | 10/08/2007 | 325.00 |
| 328439 | 1000706317 | Posting Cost | 10/16/2007 | 110.00 |
| 328439 | 1000706317 | Publication Cost | 10/16/2007 | 283.10 |
| 328439 | 1000706317 | Title Report | 10/17/2007 | 50.00 |
| 328439 | 1000706317 | Recording of Assignment | 10/18/2007 | 60.00 |
| 328439 | 1000706317 | Recording of Affidavit of Scrivener's Error | 10/30/2007 | 100.00 |
| 328440 | 1000887283 | Title Commitment | 10/29/2007 | 325.00 |
| 328440 | 1000887283 | Posting Cost | 10/29/2007 | 70.00 |
| 328440 | 1000887283 | Publication Cost | 10/29/2007 | 191.40 |

| | | | | |
|---|---|---|---|---|
| 328666 | 1000945909 | Filing Fee- Summons and Complaint | 10/19/2007 | 45.00 |
| 328750 | 1001029721 | Filing Fee- Summons and Complaint | 10/19/2007 | 45.00 |
| 328943 | 4358126 | Filing Fee- Summons and Complaint | 10/18/2007 | 45.00 |
| 328943 | 4358126 | Service Fee- Summons and Complaint | 10/18/2007 | 70.50 |
| 329061 | 1000879156 | Filing Fee- Summons and Complaint | 10/18/2007 | 45.00 |
| 329062 | 1001282652 | Filing Fee- Summons and Complaint (Unit 1) | 10/17/2007 | 45.00 |
| 329062 | 1001282652 | Filing Fee- Summons and Complaint (Unit 2) | 10/18/2007 | 45.00 |
| 329236 | 1000696836 | Filing Fee- Summons and Complaint | 10/17/2007 | 45.00 |
| 329236 | 1000696836 | Service Fee- Summons and Complaint | 10/17/2007 | 70.50 |
| 329237 | 1000782810 | Filing Fee- Summons and Complaint | 10/17/2007 | 45.00 |
| 329237 | 1000782810 | Service Fee- Summons and Complaint | 10/17/2007 | 56.00 |
| 329331 | 1001294847 | Filing Fee- Summons and Complaint | 10/17/2007 | 45.00 |
| 329331 | 1001294847 | Service Fee- Summons and Complaint | 10/17/2007 | 60.00 |
| 329332 | 1000914173 | Filing Fee- Summons and Complaint | 10/18/2007 | 45.00 |
| 329332 | 1000914173 | Service Fee- Summons and Complaint | 10/18/2007 | 47.00 |
| 329334 | 1000947076 | Title Commitment | 10/29/2007 | 529.00 |
| 329334 | 1000947076 | Posting Cost | 10/29/2007 | 86.00 |
| 329334 | 1000947076 | Publication Cost | 10/29/2007 | 217.68 |
| 329334 | 1000947076 | Recording of Assignment | 10/31/2007 | 60.00 |
| 329757 | 1000783551 | Filing Fee- Summons and Complaint | 10/17/2007 | 45.00 |
| 329757 | 1000783551 | Service Fee- Summons and Complaint | 10/17/2007 | 47.00 |
| 329758 | 1000880813 | Filing Fee- Summons and Complaint | 10/18/2007 | 45.00 |
| 329758 | 1000880813 | Service Fee- Summons and Complaint | 10/18/2007 | 70.50 |
| 329906 | 1000729621 | Filing Fee- Summons and Complaint | 10/17/2007 | 45.00 |
| 329906 | 1000729621 | Service Fee- Summons and Complaint | 10/17/2007 | 47.00 |

| 329907 | 1000605159 | Filing Fee- Summons and Complaint | 10/17/2007 | 45.00 |
| 329907 | 1000605159 | Service Fee- Summons and Complaint | 10/17/2007 | 47.00 |
| 329908 | 1001136539 | Filing Fee- Summons and Complaint | 10/17/2007 | 45.00 |
| 329908 | 1001136539 | Service Fee- Summons and Complaint | 10/17/2007 | 70.50 |
| 329909 | 1001327052 | Filing Fee- Summons and Complaint | 10/18/2007 | 45.00 |
| 329909 | 1001327052 | Service Fee- Summons and Complaint | 10/18/2007 | 21.00 |
| 330006 | 1000864302 | Filing Fee- Summons and Complaint | 10/18/2007 | 45.00 |
| 330006 | 1000864302 | Service Fee- Summons and Complaint | 10/18/2007 | 60.00 |
| 330007 | 1000805782 | Filing Fee- Summons and Complaint | 10/17/2007 | 45.00 |
| 330156 | 1001096365 | Filing Fee- Summons and Complaint | 10/17/2007 | 45.00 |
| 330156 | 1001096365 | Service Fee- Summons and Complaint | 10/17/2007 | 47.00 |
| 330455 | 1000881723 | Filing Fee- Summons and Complaint | 10/18/2007 | 45.00 |
| 332411 | 1000756916 | Filing Fee- Summons and Complaint | 10/19/2007 | 45.00 |
| 332411 | 1000756916 | Service Fee- Summons and Complaint | 10/19/2007 | 60.00 |
| 332412 | 1001665013 | Filing Fee- Summons and Complaint | 10/19/2007 | 45.00 |
| 332412 | 1001665013 | Service Fee- Summons and Complaint | 10/19/2007 | 70.50 |
| 332657 | 1000689003 | Filing Fee- Summons and Complaint | 10/18/2007 | 45.00 |
| 332657 | 1000689003 | Service Fee- Summons and Complaint | 10/18/2007 | 47.00 |
| 332658 | 1000948455 | Filing Fee- Summons and Complaint | 10/24/2007 | 45.00 |
| 334665 | 1000640223 | Filing Fee- Summons and Complaint | 10/17/2007 | 45.00 |
| 334665 | 1000640223 | Service Fee- Summons and Complaint | 10/17/2007 | 70.50 |
| 334666 | 1007728765 | Filing Fee- Summons and Complaint | 10/17/2007 | 45.00 |
| 334666 | 1007728765 | Service Fee- Summons and Complaint | 10/17/2007 | 47.00 |

| 334920 | 1000780914 | Adjournment Cost | 10/04/2007 | 120.00 |
|---|---|---|---|---|
| 334921 | 4514077 | Title Report | 10/01/2007 | 50.00 |
| 335209 | 1000829643 | Title Update | 10/25/2007 | 35.00 |
| 335209 | 1000829643 | Posting Cost | 10/25/2007 | 70.00 |
| 335209 | 1000829643 | Publication Cost | 10/25/2007 | 237.25 |
| 335209 | 1000829643 | Title Report | 10/30/2007 | 50.00 |
| 335210 | 1000880811 | Filing Fee- Summons and Complaint | 10/19/2007 | 45.00 |
| 335210 | 1000880811 | Service Fee- Summons and Complaint | 10/19/2007 | 70.50 |
| | | **OCTOBER 2007 EXPENSES** | | **23,567.00** |
| | | | | |
| | | **TOTAL AUGUST EXPENSES** | | **$650.00** |
| | | **TOTAL SEPTEMBER EXPENSES** | | **$6,111.26** |
| | | **TOTAL OCTOBER EXPENSES** | | **$23,567.00** |
| | | | | |
| | | **TOTAL SUPPLEMENTAL EXPENSES** | | **$30,328.26** |
| | | | | |
| | | **JANUARY 2008 EXPENSES** | | **$23,405.92** |
| | | | | |
| | | **TOTAL JANUARY 2008 EXPENSES** | | **$53,734.18** |

| Name of Professional/Individual | Position, Area of Expertise, Number of Years in Practice, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Contested Hourly Compensation by Professional | | | | |
| January 1, 2008 - January 31, 2008 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Timothy B. Myers | Associate, Real Estate Foreclosure - Retail, General Litigation - Property; 9 years; Admitted 1998 | $175.00 | 0.10 | $17.50 |
| | | | | |
| | | | | |
| | | | | |
| Blended Rate | | $175.00 | | |
| Grand Total | | | 0.10 | $17.50 |

***O R L A N S***
***P.O. BOX 5041***
***Troy, Michigan 48007-5041***
***(248) 457-1000***

American Home Mortgage
4600 Regent Blvd.
Suite 200
P.O. Box 631730
Irving  TX  75063-1730

Page: 1
January 31, 2008
Account No:    356-0823W
Invoice No.        343303

Earl Bell
9115 Vaughn Street
1000609694

### Fees

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 01/18/2008 | | | | | |
| TBM | Receipt and Review Stiopulation for Extension of Time | | 175.00 | 0.10 | 17.50 |
| | **Total Current Work** | | | 0.10 | 17.50 |
| | **Total Current Work** | | | | 17.50 |
| | *Balance Due* | | | | $17.50 |

DUE UPON RECEIPT
PLEASE REFERENCE OUR FILE NUMBER ON YOUR CHECK.  THANK YOU.