IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------- x<br>In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br>a Delaware corporation, et al., [1]<br><br>Debtors.<br>------------------------------------------------------------- x | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered<br><br>Objection Deadline: April 14, 2008 at 4:00 p.m.<br>Hearing Date: N/A |

## NOTICE OF APPLICATION

TO:   The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the Official Committee of Unsecured Creditors

The **Fourth Monthly Application of T.D. Service Co. as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period February 1, 2008 through February 29, 2008** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $685,131.66 and interim expenses in the amount of $569,518.00.

Objections to the Application, if any, are required to be filed on or before **April 14, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER MODIFYING EXISTING PROCEDURES FOR THE COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CERTAIN FORECLOSURE PROFESSIONALS AND REAL ESTATE BROKERS UTILIZED IN THE ORDINARY COURSE AND GRANTING LIMITED NUNC PRO TUNC RELIEF [DOCKET NO. 2985], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 100% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
March 25, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x   Chapter 11
In re:                                                                 :
                                                                       :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :
a Delaware corporation, et al.,                                        :   Jointly Administered
                                                                       :
       Debtors.                                                        :   Objection Deadline:
                                                                       :   Hearing Date: N/A
---------------------------------------------------------------------- x

**FOURTH MONTHLY APPLICATION OF T.D. SERVICE CO. AS FORECLOSURE SERVICE PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD 02-01-2008 THROUGH 02-29-2008**

| | |
|---|---|
| Name of Applicant: | **T.D. Service Co.** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **Effective as of August 6, 2007** |
| Period for which compensation and reimbursement is sought: | **02--01-2008 through 02-29-2008** |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | **$685,131.66** |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | **$569,518.00** |

This is an:  __X__ interim  ___ final application

Fees for this application are all flat fee billings for Arizona only pursuant to contract with one of the Debtors. The fee for California and Nevada are computed by the statutory allowable based on the principal unpaid balance. This application includes no fee component in connection with the preparation of Fee Applications.

**PRIOR APPLICATIONS:**

| Date Filed / Docket No | through | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| 8<br>Docket # 2937 dated 2-11-08 | 11-01-07 through 11-30-07 | $42,100.00 | $65,456.27 | $33,680.00 | $65,456.27 |
| 3<br>Docket # 2938 dated 2-11-08 | 12-01-07 through 12-31-07 | $263,923.02 | $214,509.18 | $211,058.42 | $214,509.18 |
| Docket # 3052 dated 2-22-08 | 01-01-08 through 01-31-08 | $730,710.88 | $633,954.24 | $730,710.88 | $633,954.24 |

## *INTERIM COMPENSATION BY PROJECT CATEGORY*

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $685,131.66 |
| TOTALS | N/A | $685,131.66 |

## *INTERIM EXPENSES*

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Foreclosure Related Expenses | | **$569,518.00** |



## T.D. Service Company

March 18, 2008

Young Conaway Stargatt & Taylor, LLP
Attn: Margaret Whiteman
The Brandywine Building
1000West Street, 17th Floor
P.O. Box 391
Wilmington, De  19899-0391

Re: Summary of Fee and Expenses incurred by American Home Mortgage for the Month of February 2008

Dear Ms. Whiteman,

Enclosed is our invoice summary for amounts payable by American Home Mortgage to T.D. Service Co. for foreclosure fee's and expenses incurred from February 1, 2008 to February 29, 2008

**For February 2008 the fees invoiced total $685,131.66**
**For August 2007 the expenses invoiced total $569,518.00**
**Detail of these charges is provided**

Our fee schedule for the services we process/provide are as follows:

### FORECLOSURES

**Foreclosure/ State of Arizona:**
$600.00 Cap
Stage 1- 1st Legal action 1 ½ of 1% of loan balance with a cap of $600.00
Stage 2- 1% of loan balance with cap of $600.00

**Foreclosure/ State of California & Nevada**

Maximum allowed by law in State of California with a minimum of $200.00 during prepublication period, $300,00 during publication period, and $400.00 at time of sale
A fee schedule is attached

### TRACKING SENIOR LIENS

$200.00 per lien

If you have any question or need additional information please contact our office.

Sincerely,

Dolores J. Kennell
Vice President/Manager Financial Services



## VERIFICATION OF FEE APPLICATION

STATE OF CALIFORNIA    )
                                            )    SS: Tax ID # 95-2305895
COUNTY OF ORANGE    )

T.D. Service Co., a California Corporation does hereby state:

1. I am a Vice President of the corporation.

2. I have personally performed many of the trustee services rendered by the corporation as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the personnel employed by the corporation

3. The services and expenses were performed and incurred within the month subject to the foregoing Application.

4. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
[Name]

SWORN TO AND SUBSCRIBED
before me this 15 day of March, 2008.

_____
Notary Public

CHERYL L. MONDRAGON
COMM. # 1747807
NOTARY PUBLIC CALIFORNIA
ORANGE COUNTY
My comm. expires May 28, 2011

066585.1001
DB02:6342604.1