IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                    : Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                    : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                           :
                                                          : Jointly Administered
        Debtors.                                          :
                                                          : Ref. Nos. 2703
---------------------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL TO
## APPLICATION RE: DOCKET NO. 2703

On January 11, 2008, Kroll Zolfo Cooper, LLC ("Kroll"), Restructuring Specialists for the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed its *Fourth Monthly Statement of Kroll Zolfo Cooper as Restructuring Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period November 1, 2007 Through November 30, 2007* (the "Application") [*see* Docket No. 2703]. By the Application, Kroll sought approval of $799,607.50.00 in fees (the "Fees") and $40,675.58 in expenses (the "Expenses") to be paid in accordance with this Court's *Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Approving the Agreement with Kroll Zolfo Cooper, LLC, Stephen F. Cooper and Kevin Nystrom* (the "Retention Order") [*see* Docket No. 606]. Objections to the relief requested in the Application were due to be filed by January 31, 2008, which was extended for the United States Trustee (the "Objection Deadline").

Prior to the expiration of the Objection Deadline, the United States Trustee in these cases (the "Trustee") communicated informal objections to the relief requested in the Application. With respect to the Trustee's objection, Kroll has agreed to voluntarily reduce the requested Fees by $6,386.00 and requested Expenses by $3,727.63, as detailed in the

Certification Regarding the Fee Statement of Kroll Zolfo Cooper, Stephen F. Cooper, and Kevin Nystrom for the Period from November 1, 2007 through November 30, 2007, which is being filed simultaneously with this Certification. Based on this agreement, the Trustee has consented to the allowance of the Fees in the amount of $793,221.50 (the "Adjusted Fees") and the Expenses in the amount of $36,947.95 (the "Adjusted Expenses"). The Court's docket which was last updated March 25, 2008, reflects that no objections to the Application have been filed.

Accordingly, pursuant to the Retention Order the Debtors are now authorized to pay 100% of the Adjusted Fees ($793,221.50) and 100% of the Adjusted Expenses ($36,947.95) on an interim basis without further Court order.

Dated: Wilmington, Delaware
March 25, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession