IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :   Jointly Administered
    Debtors.                                                     :
                                                                 :
---------------------------------------------------------------- x

## CERTIFICATION REGARDING
## FEE STATEMENT OF KROLL ZOLFO COOPER LLC, STEPHEN F. COOPER AND KEVIN NYSTROM FOR THE PERIOD FROM NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

I, Elizabeth S. Kardos, am an attorney admitted to practice law in the states of New York and New Jersey. I am the general counsel of Kroll Zolfo Cooper LLC ("KZC"), the party retained to provide management services to the above-captioned Debtor and Debtor-in-Possession. I am authorized to make this Certification regarding the Fee Statement of Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom for the period from November 1, 2007 through November 30, 2007.

1. On or about January 10, 2008, KZC filed its Fee Statement for the Period November 1, 2007 through November 30, 2007 ("Nov. 2007 Fee Statement"). As a result of conversations with the United States Trustee, KZC has voluntarily agreed to reduce its Nov. 2007 Fee Statement by the total sum of $10,113.,63, broken down as follows:

1

    a. A reduction of $6,386 in professional fees which represents a reduction of 10.3 hours of M. Taylor's time; and

    b. A reduction of $3,727.63 in expenses, as set forth in the appended spreadsheet.

Dated: February 14, 2008            **KROLL ZOLFO COOPER LLC**

*/s/ Elizabeth S. Kardos*
Elizabeth S. Kardos
General Counsel
101 Eisenhower Parkway, 3rd Floor,
Roseland, New Jersey, 07068
Telephone: (973) 618-5172
Facsimile: (973) 618-9430