**IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| American Home Mortgage Holdings, et al., | ) Case No. 07-11047 BLS<br>) Chapter 11<br>) Jointly Administered<br>) Ref. Nos. 3126, 3130, 3138 |
| Debtors, | ) |

**CERTIFICATION OF COUNSEL**

I, Kristi J. Doughty, hereby certifies to the Court as follows:

1. On or about February 29, 2008 Whittington & Aulgur, counsel for Citimortgage, Inc. filed two Motions for Relief from the Automatic Stay due to defaults in the mortgage payments by the Borrowers, Mikael and Renee Yazbek, Ref. No. 3126 and Beatriz Avila, Ref. No. 3130. On March 3, 2008 counsel for Citimortgage, Inc. filed a Motion for Relief from the Automatic Stay due to default in the mortgage payment by the Borrower Eddy Ramirez, Ref. No. 3138. (These Motions will collectively be referenced as the "Motions").

2. On March 5, 2008 , 2008 American Homes Mortgage Holdings, Inc. and its affiliated Debtors filed a timely protective response to all three Motions, Ref. No. 3166 (the "Reservation of Rights"), reserving the Debtors' rights but not objecting to the relief requested in the Motions.

3. Except as otherwise provided above, the undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to either of the Motions. The undersigned further certifies that she has reviewed the Court's docket in this case and, except as otherwise provided above, no answer, objection or other responsive pleading to either of the Motions appears thereon. Pursuant to the notice filed in connection with the two motions, objection to the Motions were to be filed and served no later than March 20, 2008.

The undersigned respectfully requests that the orders for all three Motions attached hereto collectively as Exhibit "A" be entered at the convenience of the Court.

          WHITTINGTON & AULGUR

          /s/ Kristi J. Doughty
          Robert T. Aulgur, Jr. (No. 165)
          Kristi J. Doughty (No. 3826)
          651 N. Broad Street., Suite 206
          P.O. Box 1040
          Middletown, DE  19709-1040
          (302) 378-1661
          Attorneys for Citimortgage, Inc.

Dated:  3/26/08