# EXHIBIT A

## Rejected Equipment Leases

## EXHIBIT A

### Equipment Leases to be Rejected

| DESCRIPTION OF CONTRACT | COUNTERPARTY TO CONTRACT | EFFECTIVE DATE OF REJECTION |
|---|---|---|
| Toshiba Estudio 810 Copier serial # XL416041 contract # 500-0038061-000 (located at 538 Broadhollow Road, Melville, NY 11747) | U.S. Bank P.O. Box 790448 St. Louis, MO 63179 | February 29, 2008 |
| Toshiba Estudio 810 Copier serial # XL416043 contract # 500-0038061-000 (located at 538 Broadhollow Road, Melville, NY 11747) | U.S. Bank P.O. Box 790448 St. Louis, MO 63179 | February 29, 2008 |
| Ricoh 5510L Fax serial # A3741090244 contract # 500-0039968-000 (located at 538 Broadhollow Road, Melville, NY 11747) | U.S. Bank P.O. Box 790448 St. Louis, MO 63179 | February 29, 2008 |
| Ricoh 5510L Fax serial # A3741090234 contract # 500-0039968-000 (located at 538 Broadhollow Road, Melville, NY 11747) | U.S. Bank P.O. Box 790448 St. Louis, MO 63179 | February 29, 2008 |
| Toshiba TS850 Copier serial # CYF510565 contract # 500-0051190-000 (located at 538 Broadhollow Road, Melville, NY 11747) | U.S. Bank P.O. Box 790448 St. Louis, MO 63179 | February 29, 2008 |
| Ricoh 5510NF Fax serial # A3850690036 contract # 500-0053364-000 (located at 538 Broadhollow Road, Melville, NY 11747) | U.S. Bank P.O. Box 790448 St. Louis, MO 63179 | February 29, 2008 |

| DESCRIPTION OF CONTRACT | COUNTERPARTY TO CONTRACT | EFFECTIVE DATE OF REJECTION |
|---|---|---|
| Ricoh 4420NF Fax<br>serial # A46589000118<br>contract # 500-0053364-000<br><br>(located at 538 Broadhollow Road, Melville, NY 11747) | U.S. Bank<br>P.O. Box 790448<br>St. Louis, MO 63179 | February 29, 2008 |
| Okidata 5680 Fax<br>serial # AE51051001A0<br>contract # 500-0053364-000<br><br>(located at 538 Broadhollow Road, Melville, NY 11747) | U.S. Bank<br>P.O. Box 790448<br>St. Louis, MO 63179 | February 29, 2008 |
| Ricoh 4420NF Fax<br>serial # A4659000327<br>contract # 500-0071458-002<br><br>(located at 538 Broadhollow Road, Melville, NY 11747) | U.S. Bank<br>P.O. Box 790448<br>St. Louis, MO 63179 | February 29, 2008 |
| Toshiba Estudio 450 Copier<br>serial # CVI532015<br>contract # 500-0071458-004<br><br>(located at 538 Broadhollow Road, Melville, NY 11747) | U.S. Bank<br>P.O. Box 790448<br>St. Louis, MO 63179 | February 29, 2008 |
| Ricoh 4420NF Fax<br>serial # A4658900095<br>contract # 500-0051190-000<br><br>(located at 538 Broadhollow Road, Melville, NY 11747) | U.S. Bank<br>P.O. Box 790448<br>St. Louis, MO 63179 | February 29, 2008 |
| RICOH 4420NF Fax<br>serial # A4658900094<br>contract # 500-0053364-000<br><br>(located at 538 Broadhollow Road, Melville, NY 11747) | U.S. Bank<br>P.O. Box 790448<br>St. Louis, MO 63179 | February 29, 2008 |
| RICOH 4420NF Fax<br>serial # A4658900092<br>contract # 500-0051190-000<br><br>(located at 538 Broadhollow Road, Melville, NY 11747) | U.S. Bank<br>P.O. Box 790448<br>St. Louis, MO 63179 | February 29, 2008 |

| DESCRIPTION OF CONTRACT | COUNTERPARTY TO CONTRACT | EFFECTIVE DATE OF REJECTION |
|---|---|---|
| Okidata 5680 Fax<br>serial # 401A1000949<br>lease # 24564487<br><br>(located at 538 Broadhollow Road, Melville, NY 11747) | De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087<br>Attn. James Meyer | February 29, 2008 |
| Ricoh 5510F Fax<br>serial # 306A1000593<br>lease # 24571122<br><br>(located at 538 Broadhollow Road, Melville, NY 11747) | De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087<br>Attn. James Meyer | February 29, 2008 |
| Ricoh 5510L Fax<br>serial # A3740890180<br>lease # 24594990<br><br>(located at 538 Broadhollow Road, Melville, NY 11747) | De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087<br>Attn. James Meyer | February 29, 2008 |
| Toshiba E810 Copier<br>serial # XL416028<br>lease # 24621182<br><br>(located at 538 Broadhollow Road, Melville, NY 11747) | De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087<br>Attn. James Meyer | February 29, 2008 |
| Toshiba E810 Copier<br>serial # XL416025<br>lease # 24621182<br><br>(located at 538 Broadhollow Road, Melville, NY 11747) | De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087<br>Attn. James Meyer | February 29, 2008 |
| Toshiba E820 Copier<br>serial # CTJ415784<br>lease # 24626735<br><br>(located at 538 Broadhollow Road, Melville, NY 11747) | De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087<br>Attn. James Meyer | February 29, 2008 |
| Ricoh 4420NF Fax<br>serial # A4659600061<br>lease # 24694704<br><br>(located at 538 Broadhollow Road, Melville, NY 11747) | De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087<br>Attn. James Meyer | February 29, 2008 |

DB02:6586341.5                                                                                                                       066585.1001

| DESCRIPTION OF CONTRACT | COUNTERPARTY TO CONTRACT | EFFECTIVE DATE OF REJECTION |
|---|---|---|
| Ricoh AF2238C Copier<br>serial # K0350100887<br>lease # 004-2164250-000<br><br>(located at 538 Broadhollow Road, Melville, NY 11747) | De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087<br>Attn. James Meyer | February 29, 2008 |
| Ricoh 3045SPF Copier<br>serial # K9465901749<br>lease # 24814243<br><br>(located at 538 Broadhollow Road, Melville, NY 11747) | De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087<br>Attn. James Meyer | February 29, 2008 |
| Ricoh MP7500SP Copier<br>serial # L8265400265<br>lease # 24814243<br><br>(located at 538 Broadhollow Road, Melville, NY 11747) | De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087<br>Attn. James Meyer | February 29, 2008 |
| Ricoh AF2232C Copier<br>serial # K0241100765<br>lease # 26417908<br><br>(located at 538 Broadhollow Road, Melville, NY 11747) | De Lage Landen Financial Services, Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087<br>Attn. James Meyer | February 29, 2008 |
| Okidata 5680 Fax<br>serial # 204a1009233<br>lease # 900-0022814-000<br><br>(located at 538 Broadhollow Road, Melville, NY 11747) | CIT Technology Financial Services, Inc.<br>P.O. Box 550599<br>Jacksonville, FL 32255-0599 | February 29, 2008 |
| Postage Meter<br>serial # 16502777<br><br>(located at 538 Broadhollow Road, Melville, NY 11747) | Hasler, Inc.<br>478 Wheelers Farms Rd.<br>Milford, CT 06461 | February 29, 2008 |
| WJ220SYSM Mail Machine<br>serial # 16502777<br>customer # T165<br><br>(located at 538 Broadhollow Road, Melville, NY 11747 | Hasler, Inc.<br>478 Wheelers Farms Rd.<br>Milford, CT 06461 | February 29, 2008 |

DB02:6586341.5　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　066585.1001

| DESCRIPTION OF CONTRACT | COUNTERPARTY TO CONTRACT | EFFECTIVE DATE OF REJECTION |
|---|---|---|
| WJ250SYSM Mail Machine<br>serial # 16501418<br>customer # TN165<br><br>(located at 538 Broadhollow Road, Melville, NY 11747 | Hasler, Inc.<br>478 Wheelers Farms Rd.<br>Milford, CT 06461 | February 29, 2008 |
| WJ65 Mail Machine<br>serial # 15505774<br>customer # TN155<br><br>(located at 538 Broadhollow Road, Melville, NY 11747 | Hasler, Inc.<br>478 Wheelers Farms Rd.<br>Milford, CT 06461 | February 29, 2008 |
| 320I Postage Scale<br>serial # 711558<br>customer # T1263<br><br>(located at 538 Broadhollow Road, Melville, NY 11747 | Hasler, Inc.<br>478 Wheelers Farms Rd.<br>Milford, CT 06461 | February 29, 2008 |
| 320I Postage Meter<br>serial # 172656<br>customer # T1263<br><br>(located at 538 Broadhollow Road, Melville, NY 11747 | Hasler, Inc.<br>478 Wheelers Farms Rd.<br>Milford, CT 06461 | February 29, 2008 |
| Mail Machine<br>serial # 16202812<br>customer # T162<br><br>(located at 538 Broadhollow Road, Melville, NY 11747 | Hasler, Inc.<br>478 Wheelers Farms Rd.<br>Milford, CT 06461 | February 29, 2008 |
| Mail Machine<br>serial # 16501422<br>customer # T165<br><br>(located at 538 Broadhollow Road, Melville, NY 11747 | Hasler, Inc.<br>478 Wheelers Farms Rd.<br>Milford, CT 06461 | February 29, 2008 |

DB02:6586341.5                                                                                                                          066585.1001