## ATTORNEY/PARAPROFESSIONAL SUMMARY

| Name of Professional Person | Position of the Applicant (Year Licensed to Practice) | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jeffrey L. Schwartz | Partner (1977) | $745.00 | 1.50 | $1,117.50 |
| Mark S. Indelicato | Partner (1986) | $695.00 | 127.80 | $88,821.00 |
| Mark T. Power | Partner (1989) | $695.00 | 62.40 | $43,368.00 |
| John P. McCahey | Partner (1986) | $695.00 | 15.40 | $10,703.00 |
| Don D. Grubman | Partner (1979) | $625.00 | 34.80 | $21,750.00 |
| Edward L. Schnitzer | Associate (1998) | $465.00 | 23.70 | $11,020.50 |
| Jeffrey Zawadzki | Associate (2004) | $325.00 | 17.60 | $5,720.00 |
| Huria Naviwala | Associate (2006) | $280.00 | 0.30 | $84.00 |
| Emmet Keary | Associate (2006) | $280.00 | 116.60 | $32,648.00 |
| Gregory P. Kochansky | Special Counsel (2005) | $325.00 | 26.80 | $8,710.00 |
| Jason W. Smith | Paralegal (N/A) | $230.00 | 44.70 | $10,281.00 |
| **Grand Totals:** | | | **471.60** | **$234,223.00** |
| **Blended Rate:** | | $ 496.65 | | |
| **Blended Rate excluding Paraprofessionals:** | | $ 524.57 | | |