**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| American Home Mortgage, | ) | Case No. 07-11047 CSS |
| et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Ref. No. |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY *NUNC PRO TUNC* AS TO 1761 CLOVER TREE COURT, CHULA VISTA, CA 91913

AND NOW, TO WIT, this _____ day of _____ A.D., 2008, CitiMortgage, Inc.'s Motion for Relief from Automatic Stay *nunc pro tunc* having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause *nunc pro tunc* effective August 27, 2007, ***to the extent such stay is applicable,*** so as to permit CitiMortgage, Inc. and/or the holder of the Deed of Trust, as recorded on Document Number 2006-0603319 in the Office of the Recorder in San Diego County, State of California for 1761 Clover Tree Court, Chula Vista, CA 91913 to enforce its security interest in the aforesaid real property through foreclosure proceedings, Sheriff's Sale or Trustee's sale of the property and all other legal remedies against the property which may be available to CitiMortgage, Inc. under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that CitiMortgage, Inc. may immediately enforce and implement this Order granting relief from the automatic stay.

                                                                                                    _____
                                                                                                                    J.