EXHIBIT "D"

# EAGLE TSG FORECLOSURE TITLE POLICY
# AND
# COMMITMENT FOR TITLE INSURANCE

## FORECLOSURE TITLE POLICY

UPON PAYMENT OF THE PREMIUM AND SUBJECT TO THE EXCLUSIONS FROM COVERAGE, THE SCHEDULE OF EXCEPTIONS, CONDITIONS AND STIPULATIONS AND OTHER PROVISIONS OF THIS POLICY

### *First American Title Insurance Company*

A CALIFORNIA CORPORATION, HEREIN CALLED THE COMPANY, INSURES, AS OF DATE OF POLICY, AGAINST ACTUAL MONETARY LOSS OR DAMAGE, NOT EXCEEDING THE LIABILITY AMOUNT SHOWN IN SCHEDULE A, SUSTAINED OR INCURRED BY THE INSURED BY REASON OF THE FOLLOWING COVERED RISKS:

**COVERED RISKS**

1. THE TITLE TO THE ESTATE OR INTEREST IN THE LAND DESCRIBED HEREIN BEING VESTED OTHER THAN AS SHOWN IN SCHEDULE A;

2. DEFECTS, LIENS AND ENCUMBRANCES AFFECTING THE TITLE;

3. INVALIDITY OF THE FORECLOSURE BASED UPON A PETITION FOR RELIEF FILED BY OR AGAINST THE VESTEE SHOWN IN SCHEDULE A, UNDER TITLE 11 UNITED STATES CODE (BANKRUPTCY) WITH THE CLERK OF ANY COURT OF COMPETENT JURISDICTION MORE THAN FIFTEEN (15) CALENDAR DAYS PRIOR TO DATE OF POLICY.

4. THE MORTGAGE SHOWN IN PARAGRAPH 9 OF SCHEDULE A NOT HAVING SUFFICIENT PRIORITY, AS A MATTER OF LAW, TO EXTINGUISH THE INTEREST OF THE VESTEE SHOWN IN PARAGRAPH 7 OF SCHEDULE A AND THE LIENS AND ENCUMBRANCES SHOWN AS EXCEPTION(S) IN PART III OF THE SCHEDULE OF EXCEPTIONS UPON COMPLETION OF A LAWFULLY CONDUCTED FORECLOSURE;

5. THE LAND IS NOT LOCATED IN THE AREA DESCRIBED IN PARAGRAPH 2 OF SCHEDULE B, PART III;

6. THE NAMES AND ADDRESSES OF PARTIES ENTITLED TO NOTICE OF FORECLOSURE PURSUANT TO APPLICABLE LAW BEING OTHER THAN AS SHOWN IN SCHEDULE B, PART I;

7. THE NAMES AND ADDRESSES OF FEDERAL, AND STATE AUTHORITIES ENTITLED TO NOTICE OF FORECLOSURE PURSUANT TO APPLICABLE LAW BEING OTHER THAN AS SHOWN IN SCHEDULE B, PART II; AND,

8. ANY OF THE NEWSPAPERS, IF LISTED, IN PARAGRAPH 1 OF SCHEDULE B, PART III FAILING TO QUALIFY AS A PUBLICATION FOR NOTICE OF THE FORECLOSURE PURSUANT TO APPLICABLE LAW.

THE COMPANY WILL ALSO PAY THE COSTS, ATTORNEYS' FEES AND EXPENSES INCURRED IN DEFENSE OF THE TITLE, AS INSURED, BUT ONLY TO THE EXTENT PROVIDED IN THE CONDITIONS AND STIPULATIONS.

By: TODD BRACHTENBACH
Assistant Secretary
PH: (925) 688-3288
FX: (877) 514-2930

*First American Title Insurance Company*

BY [signature] PRESIDENT

ATTEST [signature] SECRETARY

[Corporate Seal: First American Title Insurance Company, Incorporated September 24, 1918, California]

## SCHEDULE A

PREMIUM:    $ 899.00          POLICY AND COMMITMENT NO.:    3439706
                              YOUR REF. NO.:                07-72227

1. FORECLOSURE TITLE POLICY
   DATE OF POLICY:    AUGUST 30, 2007          LIABILITY AMOUNT:    $ 640,000.00

2. FORECLOSURE TITLE POLICY
   INSURED:    **FIVE STAR SERVICE CORPORATION, AS TRUSTEE**

3. COMMITMENT
   PROPOSED INSURED:    **CITIMORTGAGE, INC. BENEFICIARY**

4. COMMITMENT DATE    **AUGUST 30, 2007**          COMMITMENT AMOUNT:    $640,000.00

5. THE POLICY THE COMPANY IS COMMITTING TO ISSUE TO THE PROPOSED INSURED IS AN ALTA EAGLEEDGE™ HOMEOWNERS POLICY.

6. THE ESTATE OR INTEREST IN THE LAND WHICH IS COVERED BY THIS POLICY AND COMMITMENT IS:

   **A FEE AS TO PARCEL 1, AN EASEMENT AS TO PARCEL 2.**

7. TITLE TO THE ESTATE OR INTEREST IN THE LAND IS VESTED IN:

   **ARMANDO R. BECERRA, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY**

8. THE LAND REFERRED TO IN THIS POLICY AND COMMITMENT, IS SITUATED IN **CITY OF CHULA VISTA**, COUNTY OF **SAN DIEGO** STATE OF **CALIFORNIA**, AND DESCRIBED IN **EXHIBIT A**.

9. MORTGAGE SUBJECT OF THE FORECLOSURE:

   A DEED OF TRUST TO SECURE AN ORIGINAL INDEBTEDNESS OF $640,000.00, AND ANY AMOUNTS OR OBLIGATIONS SECURED THEREBY, RECORDED **AUGUST 23, 2006** AS INSTRUMENT NO. **2006-0603319** OF OFFICIAL RECORDS.
   DATED:        **AUGUST 16, 2006.**
   TRUSTOR:      **ARMANDO R. BECERRA, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY.**
   TRUSTEE:      **LANDAMERICA SOUTHLAND TITLE.**
   BENEFICIARY:  **AMERICAN HOME MORTGAGE, A CORPORATION.**

NOTE 1: THE EFFECT OF AN **ASSIGNMENT OF DEED OF TRUST** PURPORTING TO CONVEY THE BENEFICIAL INTEREST FROM **CITIMORTGAGE, INC.** TO **CITIMORTGAGE, INC.**, RECORDED AUGUST 30, 2007 AS INSTRUMENT NO. 2007-0576638 OF OFFICIAL RECORDS.

SAID ASSIGNOR HELD NO BENEFICIAL INTEREST OF RECORD UNDER SAID DEED OF TRUST.

NOTE 2: A DOCUMENT RECORDED AUGUST 30, 2007 AS INSTRUMENT NO. 2007-0576639 OF OFFICIAL RECORDS PROVIDES THAT **FIVE STAR SERVICE CORPORATION, A CALIFORNIA CORPORATION** WAS SUBSTITUTED AS TRUSTEE UNDER THE DEED OF TRUST.

NOTE 3: NOTICE OF DEFAULT RECORDED AUGUST 30, 2007 AS INSTRUMENT NO. 2007-0576640 OF OFFICIAL RECORDS.

# INFORMATION FOR TRUSTEE

**SCHEDULE B – PART I : 10-DAY, 1 MONTH AND COURTESY MAILINGS**

1. THE NAMES AND ADDRESSES OF PERSONS WHO HAVE RECORDED REQUESTS, AS PROVIDED BY SECTION 2924b (a) AND (d) OF THE CIVIL CODE, FOR A COPY OF NOTICE OF DEFAULT AND FOR A COPY OF NOTICE OF SALE ARE:

    **NONE**

    **ARMANDO R. BECERRA**
    **1761 CLOVER TREE COURT**
    **CHULA VISTA  CA 91913**
    **(TRUSTOR UNDER FCL DEED OF TRUST)**

2. THE NAMES AND ADDRESSES OF ADDITIONAL PERSONS WHO, AS PROVIDED BY SECTION 2924b (c) (1) AND (2) OF THE CIVIL CODE, ARE ENTITLED TO RECEIVE A COPY OF NOTICE OF DEFAULT AND A COPY OF NOTICE OF SALE ARE:

    **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE**
    **P.O. BOX 2026**
    **FLINT  MI 48501-2026**
    **(REGARDING ITEM #5)**

    **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE**
    **C/O AMERICAN HOME MORTGAGE**
    **538 BROADHOLLOW RD**
    **MELVILLE  NY 11747**
    **(REGARDING ITEM #5)**

    **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE**
    **C/O AMERICAN HOME MORTGAGE**
    **520 BROADHOLLOW ROAD**
    **MELVILLE  NY 11747**
    **(REGARDING ITEM #5)**

    **AMERICAN HOME MORTGAGE, C/O YOUNG, CONAWAY, STARGATT & TAYLOR**
    **THE BRANDYWINE BUILDING**
    **1000 WEST STREET, 17 TH FLOOR PO BOX 391**
    **WILMINGTON  DE 19899-0391**
    **(REGARDING ITEM #5)**

3. WHILE THE CALIFORNIA CIVIL CODE UNDER SECTION 2924b DOES NOT REQUIRE COPIES OF NOTICES OF DEFAULT AND NOTICES OF SALE TO BE SENT TO THE FOLLOWING PARTIES, THESE NOTICES MAY BE SENT TO THE NAMES AND ADDRESS AS SHOWN:

    **NONE REQUESTED**

**IMPORTANT NOTICE REGARDING MILITARY STATUS:** ATTENTION IS CALLED TO THE SERVICEMEMBERS CIVIL RELIEF ACT WHICH CONTAINS INHIBITIONS AGAINST THE SALE OF THE LAND UNDER A MORTGAGE IF THE VESTEE IS ENTITLED TO THE BENEFITS OF THE ACT.

**SCHEDULE B – PART II : STATE AND FEDERAL MAILINGS**

4. THE NAMES AND ADDRESSES OF STATE TAXING AGENCIES WHICH, AS PROVIDED BY SECTION 2924b (c) (3) OF THE CIVIL CODE, ARE ENTITLED TO RECEIVE A COPY OF NOTICE OF SALE ARE:

    **NONE**

5. ATTENTION IS CALLED TO THE FEDERAL TAX LIEN ACT OF 1966 (PUBLIC LAW 89-719) WHICH, AMONG OTHER THINGS, PROVIDES FOR THE GIVING OF WRITTEN NOTICE OF SALE IN A SPECIFIED MANNER TO THE SECRETARY OF TREASURY OR HIS DELEGATE AS A REQUIREMENT FOR THE DISCHARGE OR DIVESTMENT OF A FEDERAL TAX LIEN IN A NON-JUDICIAL SALE, AND ESTABLISHES WITH RESPECT TO SUCH LIEN A RIGHT IN THE UNITED STATES TO REDEEM THE PROPERTY WITHIN A PERIOD OF 120 DAYS FROM THE DATE OF ANY SUCH SALE:

   **NONE**

**SCHEDULE B – PART III : NEWSPAPER, APN, ADDRESS**

6. NEWSPAPERS QUALIFYING AS A PUBLICATION FOR NOTICE OF THE FORECLOSURE PURSUANT TO APPLICABLE LAW:

   STAR NEWS
   835 3RD STREET
   CHULA VISTA, CA 91912
   (619)427-3000
   PUBLISHED: WEDNESDAY & SATURDAY

7. THE LAND REFERRED TO IN THIS POLICY IS LOCATED IN:     **CITY OF CHULA VISTA**

   IF NOT IN A CITY, JUDICIAL DISTRICT IN WHICH SAID LAND IS LOCATED:

   WITH AN ADDRESS OF:     **1761 CLOVER TREE COURT, CHULA VISTA, CA 91913**

   ASSESSORS PARCEL OR TAX IDENTIFICATION NO.:     **642-520-44**

# EXHIBIT A

THE LAND IS SITUATED IN **CITY OF CHULA VISTA**, COUNTY OF **SAN DIEGO** STATE OF **CALIFORNIA**, AND DESCRIBED AS FOLLOWS:

PARCEL 1:

LOT(S) 44 OF CHULA VISTA TRACT NO. 97-02, MC MILLIN OTAY RANCH SPA 1, PHASE 1, UNIT 2, IN THE CITY OF CHULA VISTA, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO THE MAP THEREOF NO. 13705, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY ON DECEMBER 15, 1998.

PARCEL 2:

A NON-EXCLUSIVE EASEMENT, IN COMMON WITH OTHER OWNERS, FOR INGRESS, EGRESS, USE AND ENJOYMENT, OVER, IN, TO AND THROUGHOUT THE MASTER ASSOCIATION PROPERTY PURSUANT TO THE TERMS OF THE DECLARATION, WHICH EASEMENT IS APPURTENANT TO THE LOT DESCRIBED ABOVE.

## SCHEDULE OF EXCEPTIONS

THIS FORECLOSURE TITLE POLICY DOES NOT AND THE POLICY THE COMPANY IS COMMITTING TO ISSUE IN SCHEDULE A WILL NOT INSURE AGAINST LOSS OR DAMAGE, AND THE COMPANY WILL NOT PAY COSTS, ATTORNEYS' FEES AND EXPENSES, WHICH ARISE BY REASON OF:

## PART I

1. ANY DISCREPANCIES OR CONFLICTS IN BOUNDARY LINES, ANY SHORTAGES IN AREA, OR ANY ENCROACHMENT OR OVERLAPPING OF IMPROVEMENTS.

2. ANY FACTS, RIGHTS, INTEREST OR CLAIMS WHICH ARE NOT SHOWN BY THE PUBLIC RECORDS BUT WHICH COULD BE ASCERTAINED BY AN ACCURATE SURVEY OF THE LAND OR BY MAKING INQUIRY OF PERSONS IN POSSESSION THEREOF.

3. EASEMENTS, LIENS OR ENCUMBRANCES OR CLAIMS THEREOF, WHICH ARE NOT SHOWN BY THE PUBLIC RECORDS.

4. ANY LIEN, OR RIGHT TO LIEN FOR SERVICES, LABOR OR MATERIAL IMPOSED BY LAW AND NOT SHOWN BY THE PUBLIC RECORDS.

5. COVENANTS, CONDITIONS AND RESTRICTIONS, IF ANY, SHOWN BY THE PUBLIC RECORDS.

6. EASEMENTS OR SERVITUDES, IF ANY, APPEARING IN THE PUBLIC RECORDS.

7. ANY LEASE, GRANT, EXCEPTION OR RESERVATION OF MINERAL RIGHTS APPEARING IN THE PUBLIC RECORDS.

8. ALL ASSESSMENTS AND TAXES NOT YET DUE AND PAYABLE AT DATE OF POLICY AND DATE OF COMMITMENT.

9. THE MORTGAGE DESCRIBED OR REFERRED TO IN PARAGRAPH 9 OF SCHEDULE A.

## PART II - ADDITIONAL EXCEPTIONS (SENIOR)

THE FOLLOWING ARE ALSO EXCEPTIONS TO COVERAGE IN THIS FORECLOSURE TITLE POLICY THAT HAVE PRIORITY OVER THE MORTGAGE AND WILL BE SHOWN IN THE SCHEDULE OF EXCEPTIONS IN THE POLICY THE COMPANY IS COMMITTING TO ISSUE IN PARAGRAPH 5 OF SCHEDULE A UPON COMPLETION OF A LAWFULLY CONDUCTED FORECLOSURE AND HAVING MET THE COMMITMENT REQUIREMENTS:

1. GENERAL AND SPECIAL TAXES FOR THE FISCAL YEAR **2006-2007**,
| | |
|---|---|
| FIRST INSTALLMENT: | **$5,398.65, PAID.** |
| SECOND INSTALLMENT: | **$5,398.65, DELINQUENT** |
| PENALTY | $549.87 |
| CODE AREA: | 01265. |
| A. P. NO.: | 642-520-44. |
| EXEMPTION: | $7,000.00. |
| LAND: | $249,184.00. |
| IMPROVEMENT: | $500,515.00. |
| TOTAL AMOUNT: | $742,699.00. |

NOTE: THE ABOVE TAXES ARE INCLUDED IN THE DEFAULTED TAXES SHOWN BELOW.

2. THE LIEN OF DEFAULTED TAXES FOR THE FISCAL YEAR **2006-2007** AND SUBSEQUENT DELINQUENCIES.

| | |
|---|---|
| **AMOUNT TO REDEEM** | **VALID THROUGH** |
| **$6,206.44** | **SEPTEMBER 30, 2007.** |
| **$6,287.42** | **OCTOBER 31, 2007.** |
| **$6,368.40** | **NOVEMBER 30, 2007.** |
| CODE AREA: | 01265. |
| A. P. NO.: | 642-520-44. |

3. THE PROPERTY COVERED HEREIN LIES WITHIN THE BOUNDARIES OF VARIOUS ASSESSMENT DISTRICTS AND ANY AMENDMENTS THERETO.

4. A DEED OF TRUST TO SECURE AN ORIGINAL INDEBTEDNESS OF **$514,500.00**, AND ANY OTHER AMOUNTS OR OBLIGATIONS SECURED THEREBY, RECORDED **OCTOBER 19, 2004** AS INSTRUMENT NO. **2004-0992168** OF OFFICIAL RECORDS.

| | |
|---|---|
| DATED: | **OCTOBER 13, 2004.** |
| TRUSTOR: | **ARMANDO BECERRA, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY.** |
| TRUSTEE: | **FIRST AMERICAN TITLE COMPANY.** |
| BENEFICIARY: | **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS NOMINEE FOR** |
| LENDER: | **AMERICAN HOME MORTGAGE ACCEPTANCE, INC., A CORPORATION.** |

NOTE: THE OBLIGATION SECURED BY THE ABOVE-MENTIONED DEED OF TRUST MAY HAVE BEEN PAID IN A PRIOR TRANSACTION. WE ARE CURRENTLY SEEKING A LETTER OF INDEMNIFICATION FROM THE TITLE COMPANY WHICH APPEARS TO HAVE HANDLED THAT TRANSACTION. IF WE ARE SUCCESSFUL, THIS EXCEPTION WILL NOT APPEAR IN THE POLICY.

## PART III -AFFECTED EXCEPTIONS (JUNIOR)

THE FOLLOWING ARE ALSO EXCEPTIONS TO COVERAGE IN THIS FORECLOSURE TITLE POLICY BUT WILL NOT BE SHOWN IN THE SCHEDULE OF EXCEPTIONS IN THE POLICY THE COMPANY IS COMMITTING TO ISSUE IN PARAGRAPH 5 OF SCHEDULE A UPON COMPLETION OF A LAWFULLY CONDUCTED FORECLOSURE AND HAVING MET THE COMMITMENT REQUIREMENTS:

5. A DEED OF TRUST TO SECURE AN ORIGINAL INDEBTEDNESS OF **$89,000.00**, AND ANY OTHER AMOUNTS OR OBLIGATIONS SECURED THEREBY, RECORDED AUGUST 23, 2006 AS INSTRUMENT NO. 2006-0603320 OF OFFICIAL RECORDS.

DATED: AUGUST 16, 2006.
TRUSTOR: ARMANDO R. BECERRA, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY.
TRUSTEE: LANDAMERICA SOUTHLAND TITLE.
BENEFICIARY: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS NOMINEE FOR
LENDER: AMERICAN HOME MORTGAGE.

NOTE: SUBJECT TO THAT CERTAIN BANKRUPTCY AGAINST AMERICAN HOME MORTGAGE AS DEBTORS AND DEBTORS-IN-POSSESSION, FILED ON AUGUST 6, 2007 IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE, UNDER CHAPTER 11, CASE NUMBER 07-11047.

NOTE: PRIOR TO PROCEEDING WITH THIS FORECLOSURE, RELIEF FROM THE AUTOMATIC STAY SHOULD BE OBTAINED OR INFORMATION FROM THE BANKRUPT ENTITY THAT THE ABOVE MENTIONED LOAN IS NO LONGER PART OF THE BANKRUPTCY ESTATE SHOULD BE PROVIDED.