EXHIBIT "E"

| ORDERED FOR | DEPT | DATE | FARVV REF NO. |
|---|---|---|---|
| BulkFC BulkFC | CL-Foreclosure | 2/27/2008 | 2928878 |

SERVICE PERFORMED: Exterior

# CitiFinancial Mortgage Company, Inc. BPO

| CUST NAME | ACCT NUM | AGENT NAME | DIST FROM SUBJECT |
|---|---|---|---|
| Becerra | 0770807755 | | 5 Miles |

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 1761 CLOVER TREE CT | CHULA VISTA | CA | 91913 |

DISCLOSURE

QUALITY REVIEW REMARKS: Had to go a little outside 1 mile to find appropriate comps that matched up with subject's GLA. QC: Subject DNA matches with Realquest, no priors available. Price variation is due to other amenities.

## VALUE INFO

| | VALUE (90-120 DAY) | RECOMMENDED LIST PRICE (90-120 DAY) | TYPICAL MARKETING TIME |
|---|---|---|---|
| AS-IS | $ 549,000 | $ 555,000 | 90-120 Days |
| AS-REPAIRED | $ 549,000 | $ 555,000 | 90-120 Days |

PREVIOUS BPO INFORMATION (If Applicable)

## LISTING (If Listed)

| LISTING BROKERAGE | LISTING AGENT | LISTING AGENT PHONE |
|---|---|---|
| | Patty Nesbitt | 619-422-4500 |

| ORIGINAL LIST PRICE | CURRENT LIST PRICE | LISTED FROM | TO | LISTING FINANCE TERMS |
|---|---|---|---|---|
| $ | $ 549,900 | 2/21/2008 | unk | |

LISTING COMMENTS

## SUBJECT INFO (All fields are required for both interior and exterior inspections)

| TYPE | STYLE | AGE | OVERALL CONDITION |
|---|---|---|---|
| SFD | 2-St Conv | 6 | Good |

| SQ FEET ABOVE GROUND | ROOMS/BEDS/BATHS | BASEMENT | SQ FT | % FINISHED |
|---|---|---|---|---|
| MAIN 2900 UP | 8 4 3.5 | | | |

| LOT SIZE (ACRES) | GARAGE | ROOF CONDITION |
|---|---|---|
| 0.1 | 2 CAR Gar Att | Good |

| POOL | FIREPLACE | WATER | SEWER/SEPTIC | TYPE HEAT |
|---|---|---|---|---|
| None | | Public | Sewer | |

EXTERIOR IMPROVEMENTS

MOBILE HOME MAKE/MODEL/VIN (If Applicable)

| | |
|---|---|
| SLIDE AREA? | No |
| FLOOD PLAIN? | No |
| EARTHQUAKE ZONE? | Yes |
| OBSERVED ENVIRONMENTAL ISSUES? | No |
| OBSERVED CASUALTY LOSS (FIRE)? | No |

EXTERIOR COMMENTS

Appears to be in good condition.

INTERIOR COMMENTS (Interior Orders)

## COND OF SUBJECT AND REPAIR ESTIMATES (Describe required repairs and note approx costs. Do not detail interior repairs if you do not have interior access.)

### EXTERIOR

| Item | | $ | Item | | $ |
|---|---|---|---|---|---|
| DEBRIS REMOVAL | None | $ | SIDING/PAINT | None | $ |
| STRUCTURAL | None | $ | ROOF | None | $ |
| WINDOWS | None | $ | LANDSCAPING | None | $ |
| OUTBUILDINGS | None | $ | OTHER | None | $ |

EXTERIOR REPAIR COMMENTS

### INTERIOR

| Item | $ | Item | $ |
|---|---|---|---|
| CLEANING | $ | STRUCTURE | $ |
| PAINT | $ | CARPETS/FLOORING | $ |
| KITCHEN/APPLIANCES | $ | BATHROOMS | $ |
| UTILITIES | $ | OTHER | $ |

INTERIOR REPAIR COMMENTS

REPAIR TOTAL $ 0

## EVIDENCE OF

| SETTLEMENT | DRY ROT | SOIL EROSION | WATER SEEPAGE | FOUNDATION/SLAB | LEAKING ROOF | FLOOR BUCKLING | STRUCTURAL DAMAGE |
|---|---|---|---|---|---|---|---|
| | No | No | | Yes | | | No |

MOLD/MILDEW

MOLD/MILDEW COMMENTS

| ENCROACHMENTS (If Yes, See Subject Description and Condition Comments) | EASEMENTS (If Yes, See Subject Description and Condition Comments) |
|---|---|
| No | No |

## FURTHER INSPECTION OR REPORTS TO BE ORDERED

| TERMITE | WELL/SEPTIC | HEATING |
|---|---|---|
| Yes | No | No |
| **ENGINEER** | **STRUCTURAL** | **ROOF** |
| No | No | No |

OTHER

## ASSESSMENTS

| ANNUAL TAXES $ | PAID (YEAR) | DUE (YEAR) |
|---|---|---|
| | | |

MONTHLY ESTIMATE OF UTILITY COST $

OTHER MONTHLY MAINTENANCE COSTS (SNOW REMOVAL, LAWN CARE, ETC)

### HOA INFO (If applicable)

| DUES $ | WHEN DUE AND PAYABLE | ARE THEY CURRENT? | AMENITIES |
|---|---|---|---|
| | | | area maintenance,pool,rec |

CONTACT

PHONE

ADDRESS

| REP NAME/FIRM/PHONE | | DATE |
|---|---|---|
| AUREL ALEGRADO | (619)243-9141 | 2/27/2008 |

| ORDERED FOR | DEPT | DATE | FARVV REF NO. |
|---|---|---|---|
| BulkFC BulkFC | CL-Foreclosure | 2/27/2008 | 2928878 |

## MARKETABILITY OF SUBJECT

NEIGHBORHOOD COMMENTS (Describe any locational factors, access to amenities or functional obsolescence that add or detract from the subject's marketability)

Subject located in a newer neighborhood close to new schools, new mall and new toll freeway.

WILL THE PROPERTY BECOME A PROBLEM FOR RESALE? No

WHY?

FINANCING REQUIRED TO SELL SUBJECT: Yes

SPECIAL FINANCING PROGRAMS AVAILABLE: conventional

INDICATE FINANCING SUBJECT WILL QUALIFY FOR: FHA/VA Yes CONV Yes

## MARKET CONDITIONS AND COMPETING LISTINGS
(Three listings are required -- use most comparable available)

NEIGHBORHOOD TREND IS: Declining

IS THERE A SEASONAL MARKET? No

EXPLAIN

PRESENT NUMBER OF MARKET AREA LISTINGS: 46

PRICE RANGE FROM $ 350,000 TO $

PRESENT NUMBER OF COMPARABLE LISTINGS: 26

PRICE RANGE FROM $ 529,900 TO $ 800,000

AVG MKT TIME UNSOLD LISTINGS: 98

AVG MKT TIME SOLD LISTINGS: 108

TYPICAL RESALE INCENTIVES (CL COSTS, PTS, OWC, ETC)

IS THERE NEW HOME CONSTRUCTION? No

PRICE RANGE AND DESCRIPTION OF SIMILAR MODELS

| | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1857 MEEKS BAY DR | 0.21 | $ 529,900 | 169 | UP<br>MAIN 2750<br>BSMT<br>GLA 2,750 | TOT RMS 7<br>BDRMS 4<br>BATHS 3 | Good | 6 | 0.1 |
| | Inferior-Smaller GLA. Shortsale, 4% CBB, backyard with BBQ and spa. Epoxy garage floors. | | | | | | | | |
| 2 | 1539 GLENWOOD SPRINGS AVE | 0.96 | $ 555,000 | 216 | UP<br>MAIN 2879<br>BSMT<br>GLA 2,879 | TOT RMS 8<br>BDRMS 4<br>BATHS 3.5 | Good | 2 | 0.1 |
| | Equal- Similar GLA and room count. Shortsale. | | | | | | | | |
| 3 | 1774 BOUQUET CANYON RD | 0.26 | $ 574,900 | 74 | UP<br>MAIN 3340<br>BSMT<br>GLA 3,340 | TOT RMS 8<br>BDRMS 5<br>BATHS 4 | Good | 8 | 0.1 |
| | Superior - Larger GLA. REO, hardwood floors, granite counters. | | | | | | | | |

## SOLD COMPS SUPPORTING YOUR VALUE
(Three are required -- use most comparable available)

| | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1593 BEDFORD AVE<br>SALE DATE 11/1/2007 | 1.11 | LIST $ 635,000<br>SALE $ 585,000 | 104 | UP<br>MAIN 2844<br>BSMT<br>GLA 2,844 | TOT RMS 9<br>BDRMS 5<br>BATHS 4 | Good | 3 | 0.1<br>DATA SOURCE MLS |
| | Equal - Similar GLA and room count. Shortsale. | | | | | | | | |
| 2 | 1852 HARRILS MILL AVE<br>SALE DATE 2/27/2008 | 0.29 | LIST $ 639,000<br>SALE $ 614,000 | 79 | UP<br>MAIN 2871<br>BSMT<br>GLA 2,871 | TOT RMS 9<br>BDRMS 4<br>BATHS 3 | Good | 5 | 0.1<br>DATA SOURCE MLS |
| | Equal - Similar GLA and room count. Shortsale. kitchen w stainless appliances, Corian countertops. | | | | | | | | |
| 3 | 1684 SAN ANSELMO ST<br>SALE DATE 1/25/2008 | 1.03 | LIST $ 650,000<br>SALE $ 650,000 | 271 | UP<br>MAIN 3349<br>BSMT<br>GLA 3,349 | TOT RMS 9<br>BDRMS 5<br>BATHS 4 | Good | 4 | 0.1<br>DATA SOURCE MLS |
| | Superior - Larger GLA. Stainless steel appl..Seperate GUEST..suite with one bedroom and living rm/with kitchenette. | | | | | | | | |

## BPO ADDENDUM

| PROPERTY TYPE | STYLE | OCCUPANT'S NAME (IF KNOWN) | OCCUPANCY STATUS |
|---|---|---|---|
| SFD | 2-St Conv | | Occupied By Unknown |

1. WHAT MORTGAGE PROGRAMS WILL AID IN THE SALE OF THE SUBJECT? PLEASE BE SPECIFIC AS TO RATES, TERMS, CONDITIONS, AND COSTS INVOLVED.

2. WHAT MARKET CONDITIONS, TRENDS AND/OR COMPETITION WILL AFFECT THE SALE OF THE SUBJECT?

| CURR MKT CONDITIONS | EMPLOYMENT CONDITIONS | PROPERTY VALUES | PREDOMINANT OCCUPANCY | VACANCY RATE | REO/BOARDED | VANDALISM RISK |
|---|---|---|---|---|---|---|
| Depressed | Stable | Declining | Owner | 0 to 5% | 0 to 5% | Minimal |

3. OUTLINE THE MARKETING STRATEGIES NEEDED TO SELL THE SUBJECT (INCL SUGGESTED LIST PRICE, TYPES OF REPAIRS AND COSTS, IF ANY, AND FINANCING INCENTIVES NEEDED):

AS-IS: Subject will be competing w/ REO's & Shortsales. Pricing is of paramount importance to liquidate this asset. It needs to be ahead of the downward moving pricing curve. AS IS to minimize prep costs.

AS-REPAIRED: AS Repaired will delay immediate marketing of subject once available. Since pricing is moving downward rapidly, I suggest sell AS IS and price appropriately.

4. PLEASE PROJECT THE CLOSING COSTS AND SALES PRICE PER YOUR RECOMMENDED STRATEGY:

| COMMISSION PERCENT | COMMISSION AMOUNT | TITLE INSURANCE | LEGAL/ESCROW | RECORDING/TRANSFER | PROPERTY TAXES | ASSESSMENTS |
|---|---|---|---|---|---|---|
| % | $ 0 | $ | $ | $ | $ | $ |

| REP NAME/FIRM/PHONE | | DATE |
|---|---|---|
| AUREL ALEGRADO | (619)243-9141 | 2/27/2008 |



First American
Residential Value View

# Photos

| ACCOUNT NUMBER | TRACKING NUMBER | | FARVV ORDER NO. |
|---|---|---|---|
| 0770807755 | 022619JB | | 2928878 |
| NAME | ADDRESS | CITY, STATE, ZIP | |
| Becerra | 1761 CLOVER TREE CT | CHULA VISTA, CA 91913 | |
| PHOTOS COMMENT | | | |
| | | | |

Subject Front

Subject Front

Subject House Number





*First American*
*Residential Value View*

# Photos

| ACCOUNT NUMBER | TRACKING NUMBER | | FARVV ORDER NO. |
|---|---|---|---|
| 0770807755 | 022619JB | | 2928878 |
| NAME | ADDRESS | CITY, STATE, ZIP | |
| Becerra | 1761 CLOVER TREE CT | CHULA VISTA, CA 91913 | |
| PHOTOS COMMENT | | | |

Street View

Sold 1 (1593 BEDFORD AVE)

Sold 2 (1852 HARRILS MILL AVE)



*First American*
*Residential Value View*

# Photos

| ACCOUNT NUMBER | TRACKING NUMBER | | FARVV ORDER NO. |
|---|---|---|---|
| 0770807755 | 022619JB | | 2928878 |
| **NAME** | **ADDRESS** | **CITY, STATE, ZIP** | |
| Becerra | 1761 CLOVER TREE CT | CHULA VISTA, CA 91913 | |

PHOTOS COMMENT

Sold 3 (1684 SAN ANSELMO ST)



NATIONWIDE PROPERTY VALUATION SERVICES
**Source One Services** Corporation

# Map

| ACCOUNT NUMBER | TRACKING NUMBER | | FARVV ORDER NO. |
|---|---|---|---|
| 0770807755 | 022619JB | | 2928878 |
| NAME | ADDRESS | CITY, STATE, ZIP | |
| Becerra | 1761 CLOVER TREE CT | CHULA VISTA, CA 91913 | |

Map Scale: 1 Inch = 0.27 Miles

**Subject Property**
1761 CLOVER TREE CT
CHULA VISTA, CA 91913

**❶ Comp. Listing 1**
1857 MEEKS BAY DR
CHULA VISTA, CA 91913
Dist From Subject: 0.21 Miles

**❷ Comp. Listing 2**
1539 GLENWOOD SPRINGS AVE
CHULA VISTA, CA 91913
Dist From Subject: 0.96 Miles

**❸ Comp. Listing 3**
1774 BOUQUET CANYON RD
CHULA VISTA, CA 91913
Dist From Subject: 0.26 Miles

**❶ Closed Sale 1**
1593 BEDFORD AVE
CHULA VISTA, CA 91913
Dist From Subject: 1.11 Miles

**❷ Closed Sale 2**
1852 HARRILS MILL AVE
CHULA VISTA, CA 91913
Dist From Subject: 0.29 Miles

**❸ Closed Sale 3**
1684 SAN ANSELMO ST
CA 91913
Dist From Subject: 1.03 Miles