IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
In re:                                                            :    Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                   :
                                                                  :    Jointly Administered
        Debtors.                                                  :
------------------------------------------------------------------x

### AFFIDAVIT OF MAILING

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 4, 2008, I caused to be served the following:

   a) Notice of (I) Debtors' Rejection of Certain Unexpired Leases of Non-Residential Real Property and Abandonment of Certain Furniture, Fixtures, and Equipment Located Therein, (II) Rejection Damages Bar Date, and (III) Administrative Expense Claims Bar Date, dated March 4, 2008, [Docket No. 3151] (the "Notice of Rejection"), and

   b) Notice of Debtors' Assumption and Assignment of Certain Real Property Leases and Sale of Furniture, Fixtures, and Equipment Located Therein, to Indymac Bank, F.S.B.", dated March 3, 2008 [Docket No. 3141] (the "Notice of Assumption"),

   by causing true and correct copies of the Notice of Rejection and Notice of Assumption, enclosed securely in separate postage prepaid envelopes, to be delivered by first-class mail to those parties listed on Exhibit A annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
6th day of March, 2008

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 20 10

T:\Clients\AHM\Affidavits\NtcOfRej&Assumption_Aff 3-4-08.doc

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| 6000 UPTOWN PARTNERS, LLC C/O PACIFIC | WESTERN BANK,P.O. BOX 1929,YUCCA VALLEY, CA 92286 |
| 6043 HUDSON ROAD, LLC | 1224 WEST 96TH STREET,BLOOMINGTON, MN 55431 |
| 917 TRIPLE CROWN L.L.C. | 917 TRIPLE CROWN WAY,SUITE 200,YAKIMA, WA 98908 |
| AAK, LLC | ABRAMS DEVELOPMENT GROUP, INC.,5850 WATERLOO RD, SUITE 230,COLUMBIA, MD 21045 |
| AMERICAN COMM. REALTY CORP. | C/O SOUTHPARK CENTRE,4400 PGA BLVD, SUITE #305,PALM BEACH, FL 33410 |
| ANAHEIM CORPORATE OFFICE PLAZA, LP C/O | SELIGMAN WESTERN ENTERPRISES, LTD,2121 TOWNE CENTRE PLACE,SUITE 320,ANAHEIM, CA 92806 |
| ARDEN REALTY LIMITED PARTNERSHIP | P.O. BOX 3100-0751,ATTN: LOCKBOX 910751,PASADENA, CA 91110-0751 |
| BLUE BEAR PROPERTIES INC | 20669 W LAKE HOUSTON PKWY,THE CENTRE AT KINGS LAKE ESTATES STE L,KINGWOOD, TX 77346 |
| BORDER FCU | PO BOX 420728,DEL RIO, TX 78842-0728 |
| BRIDON REALTY CO. | 254 SOUTH MAIN STREET,NEW CITY, NY 10956-3360 |
| BRIDON REALTY COMPANY, LLC | 254 S. MAIN STREET,SUITE 104,NEW CITY, NY 10956 |
| C & H PROPERTIES, LLC | ATTN: CHRIS GANTY,318B GUILBEAU RD,LAFAYETTE, LA 70506 |
| CANYON CREST TOWNE CENTER, LLC | 5225 CANYON CREST DRIVE,BLDG 100, SUITE 150,RIVERSIDE, CA 92507 |
| CANYON HILLS MANOR, INC C/O BRAD GRAHAM | P.O. BOX 2248,CHEYENNE, WA 82003 |
| CAPAX MANAGEMENT & INSURANCE SERVICES | 1150 NINTH STREETS, SUITE 1400,MODESTO, CA 35354 |
| CAPPUCCIO TRUST | ATTN JUDITH A. MORGAN, CO-TRUSTEE,659 ABREGO STREET,SUITE # 4,MONTEREY, CA 93940 |
| CHARLOTTE D. HARRELL, LLC | 2000 SAM RITTENBERG BLVD,SUITE 124,CHARLESTON, SC 29407 |
| COLORADO - LAKE POINT ENTERPRISES, LLC | 2630 TENDERFOOT HILL ST STE 100,COLORADO SPRINGS, CO 80906 |
| CORPORATE CENTER V, L.L.C. | C/O AMERICAN NEVADA REALTY - LEGAL DEPT.,901 N. GREEN VALLEY PARKWAY, SUITE 200,HENDERSON, NV 89074 |
| CRANBROOK REALTY DNV FD DBA SUTTER | SQUARE,4701 SISK ROAD, SUITE 101,MODESTO, CA 95356 |
| CYBER PROPERTIES LLC | 21920 76TH AVENUE WEST,SUITE 130,EDMONDS, WA 98026 |
| DANTE R. MARROCCO | P.O. BOX 454,HILLSBORO, OR 97123-0454 |
| DBSI - DORADO-09 | 1550 S TECH LN,MERIDIAN, ID 83642 |
| DIAMOND PROPERTIES | 3409 WEST 47TH STREET,SUITE 102,SIOUX FALLS, SD 57106 |
| DJ, LLC | 1802 DEARBORN AVENUE,MISSOULA, MT 50801 |
| EL PRESIDO | C/O TRILAR MANAGEMENT GROUP,2101 CAMINO VIDA ROBLE SUITE A,CARLSBAD, CA 92011 |
| EOP POINT W CORP CENTER - DEPT. 14791 - | 25691,PO BOX 601051,LOS ANGELES, CA 90060-1051 |
| EQUITY OFFICE PROPERTIES | 3211 PAYSPHERE CIRCLE,CHICAGO, IL 60674 |
| FIRST CREDIT UNION | C/O DBSI REAL ESTATE LLC,3344 NORTH DELAWARE STREET,CHANDLER, AZ 85225 |
| FRANK CAPPUCCIO | 659 ABREGO ST STE 4,MONTEREY, CA 939403238 |
| FSP REGENTS SQUARE | 633 W FIFTH STREET, 72ND FLOOR,LOS ANGELES, CA 90071 |
| GALLAGHER & LINDSEY, INC. | 1406 WEBSTER ST # G,ALAMEDA, CA 94501 |
| GATEWAY CANYON, INC | JOE SERIENO,8101 EAST PRENTICE PRENTICE PLAZA,SUITE 250,ENGLEWOOD, CO 80111 |
| GEMSTAR PROPERTIES, L.L.C. | 738 S. BRIDGEWAY PLACE,SUITE 100,EAGLE, ID 83616 |
| GEORGE R AND FRIEDA L BETTS | 707 FORSYTHIA DR,NAMPA, ID 83651 |
| GLENWOOD PLACE VENTURES | P.O. BOX 601162,CHARLOTTE, NC 28260-1162 |
| GOODALE & BARBIERI | 201 W NORTH RIVER DRIVE, SUITE 200,SPOKANE, WA 99201 |
| GOODALE AND BARBIERI | 818 W RIVERSIDE AVE STE 300,SPOKANE, WA 992010910 |
| GUARDIAN REALTY MANAGEMENT, INC. | 6000 EXECUTIVE BLVD,SUITE 400,NORTH BETHESDA, MD 20852-3847 |
| HALL STONEBRIAR ONE ASSOCIATES, LTD. | ATTN LAURIE D. BIDDLE,6801 GAYLORD PARKWAY,SUITE 406,FRISCO, TX 75034 |
| HAZELTINE GATES, LLC | 1107 HAZELTINE GATES,SUITE 200,CHASKA, MN 55318 |
| HERITAGE VILLAGE OFFICES | 538 BROADHOLLOW RD,MELVILLE, NY 117473676 USA |
| HERITAGE VILLAGE OFFICES | 51 E. CAMPBELL AVENUE,CAMPBELL, CA 95008 |
| HEY JUDE, PTRS | 3053 CENTER POINT ROAD NE,SUITE B,CEDAR RAPIDS, IA 52402-4037 |
| HIGHWOODS PROPERTIES, INC., TRUSTEE: | ATTN. LEASE ADMINISTRATOR,3111 W DR. MARTIN LUTHER KING JR BLVD,SUITE 300,TAMPA, FL 33607 |

| Claim Name | Address Information |
|---|---|
| HILEMAN COMPANY LLC | ATTN LISA HOOD, PO BOX 17657, BEVERLY HILLS, CA 90209 |
| ICP 2700 LLC | PO BOX 8429, SCOTTSDALE, AZ 85225-8429 |
| ICP 2700, LLC | 6900 E CAMELBACK RD STE 300, SCOTTSDALE, AZ 852518043 USA |
| INDIAN WELLS VILLAGE II | 74900 US HIGHWAY 111 STE 215, INDIAN WELLS, CA 922107106 |
| INLAND SOUTHEAST PROPERTY MANAGEMENT | CORP., 4770 PAYSPHERE CIRCLE, CHICAGO, IL 60674 |
| IOWA STREET LLC | C/O PACIFIC CONTINENTAL REALTY, 114 W. MAGNOLIA ST, SUITE 302, BELLINGHAM, WA 98225 |
| IRONWOOD PROPERTIES ASSOCIATES, LLC | 1221 IRONWOOD DRIVE, COEUR D'ALENE, ID 83815 |
| J. TIMOTHY LANE | 545 LAGONDA WAY, DANVILLE, CA 94526 |
| JAMES CAMPBELL CO LLC | P O BOX 29960, HONOLULU, HI 96820 |
| JENMO, LLC | C/O RED ROCKS, LLC, P.O. BOX 23164, HILTON HEAD ISLAND, SC 29925 |
| JESUS A. GAMBEA | 6233 PIONEERTOWN ROAD, YUCCA VALLEY, CA 92284 |
| KELLER WILLIAMS | 9355 E. STOCKTON BLVD, MINDY DEMAIN, ELK GROVE, CA 95624 |
| KILROY REALTY L.P. | 3780 KILROY AIRPORT WAY, SUITE 530, LONG BEACH, CA 90806 |
| KILROY REALTY LP | 12200 W. OLYMPIC BLVD, SUITE 200, LOS ANGELES, TX 90024 |
| KILROY REALTY, LP AND KILROY REALTY | CORPORATION, 111 PACIFICA, SUITE 300, IRVINE, CA 92618 |
| KOHLER PROPERTIES | C/O KOHLER MEYERS O'HALLORAN INC., 15 NE 3RD STREET, GRESHAM, OR 97030 |
| LAGUNA PALM GROUP | 25002 WILKES PLACE, LAGUNA HILLS, CA 92653 |
| LEVEL FOUR LEASING | 40 WEST 14TH STREET, SUITE 4B, HELENA, MT 56901 |
| LLOYD DISTRICT PROPERTIES, L.P. | C/O ASHFORTH PACIFIC, INC., 825 N.E. MULTNOMAH, #1275, PORTLAND, OR 97232 |
| M & L SAGEBRUSH WEST, LTD. | C/O MARKSMAN REALTY SERVICES, INC., 3301 LONG PRAIRIE ROAD, SUITE 126, FLOWER MOUND, TX 75022 |
| MANOR HOUSE DEVELOPMENT | 1412 SOUTH LEGEND HILLS DRIVE, SUITE 316, CLEARFIELD, UT 84015 |
| MCLAIN PARTNERS II | 11116 SOUTH TOWNE SQUARE, SUITE 300, ST. LOUIS, MO 63123 |
| MERCHANT DEVELOPMENT, LLC C/O GREAT | LAKES MANAGEMENT COMPANY, 1907 EAST WAYZATA BOULEVARD, SUITE 110, WAYZATA, MN 55391 |
| MOUNTAINVIEW CORP. CENTRE SIERRA LLC | 3311 S. RAINBOW BLVD., #225, LAS VEGAS, NV 89146 |
| NURSEFINDERS, INC | 1701 E LAMAR, SUITE 640 OR SUITE 200, ARLINGTION, TX 76006 |
| OHIO PUBLIC EMP RETIREMENT SYS | 21 WATERWAY HOLDING, LLC, PO BOX 203494, HOUSTON, TX 77216-3494 |
| OLD MILL SHEFFLIN, LLC | C/O NAI UTAH COMMERCIAL MANAGEMENT, INC., 343 EAST 500 SOUTH, SALT LAKE CITY, UT 84111 |
| PACIFIC GUARDIAN CENTER | C/O GROSVENOR CENTER ASSOC., 737 BISHOP ST. / SUITE 2775, GARY COOK, CARMALITA, HONOLULU, HI 96813 |
| PACIFIC YGNACIO CORPORATION | 3000 EXECUTIVE PARKWAY, SUITE 236, SAN RAMON, CA 94583 |
| PAVILLION COURT | C/O ROSWELL & COMPANY - KIRSTEN RIDILLA, PO BOX 1796, BOULDER, CO 80306 |
| PB ADAMS LLC | 7119 INDIANA AVE STE 300, RIVERSIDE, CA 925044557 |
| PB ADAMS, LLC | 7111 INDIANA AVE STE 300, RIVERSIDE, CA 925044557 |
| PROPERTY MANAGEMENT ASSOC. | 5120 GOLDLEAF CIRCLE, STE 300, LOS ANGELES, CA 90056 |
| R. BRUCE HICKS | 1845 BATON ROUGE ST, HENDERSON, NV 89054 |
| RAINBOW CORPORATE CENTER LIMITED | PARTNERSHIP, 3065 S. JONES, SUITE 201, LAS VEGAS, NV 89146 |
| RAM INTERNATIONAL | 10013 59TH AVE SW, LAKEWOOD, WA 98499 |
| RE/MAX METRO PROPERTIES, INC. | ATTN: CURT SHRINER, 19961 CHAIN LAKE ROAD, SUITE 149, MONROE, WA 98272 |
| RE/MAX REAL ESTATE GROUP | 6600 UNIVERSITY AVE, DES MOINES, IA 50311 |
| RED SKY PROPERTIES LLC | ATTN LYNN WRIGHT, 800 HARTWOOD LN # 18, BAYFIELD, CO 81122 |
| REMC ENTERPRISES, INC. | 8105 IRVINE CENTER DRIVE, STE 900, IRVINE, CA 92618 |
| RGN - SOUTH FLORIDA | 1111 LINCOLN RD STE 400, MIAMI BEACH, FL 33139 |
| RINGSTONE PARTNERS, LLC | ATTN DEBBIE STONER, PARTNER/PROP MGR., PO BOX 160897, BIG SKY, MT 59716 |
| SHORENSTEIN REALITY PROPERTIES, LP | ONE SW COLUMBIA STREET, SUITE 300, PORTLAND, OR 97258 |
| SKYPARK RPR ASSOCIATES II | 2780 SKYPARK DRIVE, SUITE 202, TORRANCE, CA 90505 |
| SLO, LLO | 4621 PONCE DE LEON BLVD, 4S PRODUCTS BUILDING, CORAL GABLES, FL 33134 |

| Claim Name | Address Information |
|---|---|
| SOUTHWEST PLAZA LLC | SDS 12-1605,PO BOX 86,MINNEAPOLIS, MN 55486-1605 |
| SRI MIAMI VENTURE, LP C/O PRINCIPAL REAL | ESTATE INVESTORS,EQUITIES - EASTERN REGIONAL,801 GRAND AVENUE,DES MOINES, IA 50293-1370 |
| ST. ANDREWS PLACE, LLC | C/O JDH DEVELOPMENT,906 LOUISIANA AVE.,CHARLOTTE, NC 28204 |
| STEVEN W KELLY | SILVER & DEBOSKEY, P.C.,1801 YORK STREET,DENVER, CO 80206 |
| SYLVAN S. SHULMAN COMPANY-KIRKLAND, LLC | 258 E BADILLO ST STE B,COVINA, CA 917232100 |
| SYLVAN S. SHULMAN COMPANY-KIRKLAND, LLC | 401 PARKPLACE, SUITE 105,KIRKLAND, WA 98033 |
| TALAVI ASSOCIATES LLC AN ARIZONA LIMITED | LIABILITY COMPANY,3838 NORTH CENTRAL AVENUE,SUITE 1500,PHOENIX, AZ 85012 |
| TEMECULA CORPORATE | 1900 MAIN STREET,SUITE 350,IRVINE, CA 92614 |
| THE BYRON COMPANY | 25 SOUTHMOOR DRIVE,ST. LOUIS, MO 63105 |
| THE REALTY ASSOC. FUND VIII, L.P. | P.O. BOX 223528,PITTSBURGH, PA 15251-2528 |
| THE WILLOWS LLC | 1201 SOUTH KIMBALL,CALDWELL, ID 83605 |
| UNITED PROPERTIES INVEST - (SPOC) | SDS-12-2642,PO BOX 86,MINNEAPOLIS, MN 55486-2642 |
| VINTAGE PARK, LLC C/O CITADEL EQUITIES | GROUP,1508 EUREKA ROAD,SUITE 130,ROSEVILLE, CA 95661 |
| WAILUA SHOPPING PLAZA | 3165 OAHU AVENUE,HONOLULU, HI 96822 |
| WATTERSON & ZAPPOLO, P.A. | 4100 RCA BOULEVARD,SUITE 100,PALM BEACH GARDENS, FL 33410 |
| WEISS REALTY MANAGEMENT | 730 NORTH POAST OAK ROAD,SUITE 330,HOUSTON, TX 77024 |
| WEST END PROPERTIES | 1970 STATIUM DRIVE SUITE 3,BOZEMAN, MT 59715 |
| WESTLINN CORP. PARK | BLACKHWAK LLC,PO BOX 4245,PORTLAND, OR 97208-4245 |
| WESTRIDGE II & III, L.L.C. | 4700 WESTOWN PARKWAY,SUITE 303,WEST DES MOINES, IA 50266 |

**Total Creditor Count 109**