IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,     :
                                                    : Jointly Administered
                  Debtors.                          :
---------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

       HERB BAER, being duly sworn, deposes and says:

    1.     I am employed by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.     On February 15, 2008, I caused copies of the:

1) Personalized letter from Robert F. Poppiti, Jr. dated February 26, 2008, a copy of which is annexed hereto as Exhibit "A",

2) "Order (SECOND) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures and Equipment" [Docket No. 779], dated September 17, 2007,

3) "Third Order Authorizing the Debtors To Reject Certain Executory Contracts and Unexpired Leases and To Abandon Certain Furniture, Fixtures and Equipment" [Docket No. 1018], dated October 1, 2007; and,

4) "Order (FOURTH) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases and to Abandon Certain Furniture, Fixtures, and Equipment" [Docket No. 1600], dated October 17, 2007

to be enclosed securely in separate postage pre-paid envelopes, to be delivered by overnight mail to those parties listed on the annexed Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Herb Baer

Sworn to before me this
27th day of February, 2008

_____
Notary Public

MARIAH DUBIN
Notary Public, State of New York
No. 01DU6076302
Qualified in Nassau County
Commission Expires June 24, 2010

**EXHIBIT "A"**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

ROBERT F. POPPITI, JR.
DIRECT DIAL: (302) 576-3591
DIRECT FAX: (302) 576-3554
rpoppiti@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

February 26, 2008

INSERT EQUIPMENT LESSOR
ADDRESS INFORMATION

To Whom It May Concern,

On August 6, 2007, American Home Mortgage Holdings, Inc. and certain of its direct and indirect affiliates and subsidiaries (collectively, the "Debtors") each filed a voluntary petition for bankruptcy protection under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, *et seq.*, as amended from time to time, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Our firm represents the Debtors in their bankruptcy cases.

Pursuant to Orders entered by the Bankruptcy Court on September 17, 2007, October 1, 2007 and October 17, 2007, copies of which are enclosed herewith, the Debtors are no longer contractually obligated under the equipment leases (the "Rejected Equipment Leases") with your company, with the exception of those equipment leases pertaining to equipment located at:

- 538 Broadhollow Road, Melville, New York 11747;
- 4600 Regent Boulevard, Irving, Texas 75063; and
- 4650 Regent Boulevard, Irving, Texas 75063.

Accordingly, no further payments will be remitted with respect to the Rejected Equipment Leases. Information concerning filing a proof of claim in the Debtors' bankruptcy cases can be obtained at http://chapter11.epiqsystems.com.

Please contact the property owner for the location where your equipment is located to coordinate the removal of your equipment.

Sincerely,

Robert F. Poppiti, Jr.

DB02:6591398.1

066585.1001

**EXHIBIT "B"**

## AMERICAN HOME MORTGAGE HOLDINGS, INC
### SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| ADVANCED IMAGING SYSTEMS | PO BOX 550599,, JACKSONVILLE, FL 32255-0599 |
| ADVANCED IMAGING SYSTEMS | 21146 NETWORK PLACE,, CHICAGO, IL 60673-1211 |
| ASCOM HASLER/ GE CAP PROG | PO BOX 802585,, CHICAGO, IL 60680-2585 |
| CBI COPY PRODUCTS, INC. | 2504 E. MICHIGAN AVE.,, LANSING, MI 48912 |
| CDS OFFICE SYSTEMS, INC. | ATTN:RONALD WEAVER,PO BOX 642333, PITTSBURGH, PA 15264-2333 |
| CDS OFFICE SYSTEMS, INC. | PO BOX 3083,, CEDAR RAPIDS, IA 52406-3083 |
| CIT TECHNOLOGY FIN. SERV. INC | ATTN:CUSTOMER SERVICE,PO BOX 550599, JACKSONVILLE, FL 32255-0599 |
| CIT TECHNOLOGY FIN. SERV. INC | PO BOX 100706,, PASADENA, CA 91189-0706 |
| DE LAGE LANDEN FINANCIAL SERVICES | 1111 OLD EAGLE SCHOOL ROAD,, WAYNE, PA 19087 |
| DE LAGE LANDEN FINANCIAL SERVICES | PO BOX 41601,, PHILADELPHIA, PA 19101-1607 |
| GE CAPITAL | PO BOX 642111,, PITTSBURGH, PA 15264-2111 |
| GE CAPITAL | PO BOX 642333,, PITTSBURGH, PA 15264-2333 |
| GORDON FLESCH CO., INC. | PO BOX 992,, MADISON, WI 53701-0992 |
| KEY EQUIPMENT FINANCE | INSURANCE DEPARTMENT,PO BOX 4248, BELLEVUE, WA 98009 |
| OCE IMAGISTICS INC. | 7555 E. HAMPDEN AVE., STE 200,, DENVER, CO 80231-4834 |
| OCE IMAGISTICS INC. | PO BOX 856193,, LOUISVILLE, KY 40285-6193 |
| PITNEY BOWES | PO BOX 856390,, LOUISVILLE, KY 40285-6390 |
| PITNEY BOWES | 2225 AMERICAN DRIVE,, NEENAH, WI 54956-1005 |
| PITNEY BOWES GLOBAL FINANCIAL SVC LLC | ATTN:DANI KIDD,2225 AMERICAN DRIVE, NEENAH, WI 54956-1005 |
| RICOH AMERICAS CORPORATION | ATTN:LEASE ADMIN CENTER,PO BOX 371992, PITTSBURGH, PA 15250-7992 |
| RICOH BUSINESS SYSTEMS, INC. | PO BOX 100706,, PASADENA, CA 91189-0706 |
| RICOH CUSTOMER FINANCE CORP. | PO BOX 550599,, JACKSONVILLE, FL 32255-0599 |
| RICOH CUSTOMER FINANCE CORP. | PO BOX 33076,, NEWARK, NJ 07188-0076 |
| US BANK | OFFICE EQUIPMENT FINANCE SERVICES,1310 MADRID STREET SUITE 101, MARSHALL, MN 56258 |
| XEROX CAPITAL SERVICES, LLC | PO BOX 665001,, DALLAS, TX 75266-0501 |
| XEROX CORPORATION | PO BOX 827598,, PHILADELPHIA, PA 19182-7598 |

**Total Creditor Count 26**