# SIGN - IN - SHEET

**CASE NAME:** American Home Mortgage
**CASE NO.:** 07-11047 (CSS)

**COURTROOM LOCATION: Courtroom 6**
**DATE: March 27, 2008 @ 11:00 A.M.**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| **Richard A. Sheils Jr. (telephonic)** | Bowditch & Dewey | Sandra Kraege Higby |
| **Fred Neufeld (telephonic)** **Robert J. Moore (telephonic)** | Milbank Tweed Hadley &McCloy | ABN AMRO Bank |
| **Scott Talmadge (telephonic)** **Margot Schonholtz (telephonic)** | Kaye Scholer | Bank of America |
| **Jeffrey Zawadzki (telephonic)** | Hahn & Hessen | Official Committee of Unsecured Creditors |
| Brian C Ackerly | Hunton & Williams | Calyon |
| Jason W Harbour | Hunton & Williams | Calyon |
| Michael G Busenkell | Eckert Seamans | Calyon |
| Victoria W Counihan | Greenberg Traurig LLP | WLR/AH Mortgage Acquisition |
| Barry M. Klayman | Wolf Block LLP | Wells Fargo Bank, N.A. |
| Sean Beach | Young Conaway | Debtors |
| Matt Lunn | " | Debtors |
| Ana Alfonso | Kaye Scholer LLP | Bank of America as Administrative Agent |
| Mona Parikh | Landis Rath + Cobb LLP | JP Morgan |
| Gabriel MacConaill | Dekker Anderson Slovern | Bank of America |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN - IN - SHEET

CASE NAME:   American Home Mortgage
CASE NO.:    07-11047 (CSS)

COURTROOM LOCATION: Courtroom 6
DATE: March 27, 2008 @ 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Cory Folgowski | Reed Smith | Freddie Mac |
| David Carickhoff | BlankRome | Creditors Committee |
| Kevin Mangan | Womble Carlyle | Trial General Ins Co. |
| _illegible_ | USDOJ | UST |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.