IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x   Chapter 11
In re:                                                                    :
                                                                          :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                    :
a Delaware corporation, et al., [1]                                       :   Jointly Administered
                                                                          :
          Debtors.                                                        :   Objection Deadline: April 16, 2008 at 4:00
                                                                          :   p.m.
------------------------------------------------------------------------- x   Hearing Date: N/A

## NOTICE OF APPLICATION

TO:   The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the Official Committee of Unsecured Creditors

      The **Second Monthly Application of Zeichner Ellman & Krause LLP as Ordinary Course Professional for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period January 1, 2008 through January 31, 2008** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $80.000.00 and interim expenses in the amount of $0.00.

      Objections to the Application, if any, are required to be filed on or before **April 16, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

      At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon); (viii).

       PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

       PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
      March 27, 2008

                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                        /s/ Ryan M. Bartley
                        James L. Patton, Jr. (No. 2202)
                        Pauline K. Morgan (No. 3650)
                        Sean M. Beach (No. 4070)
                        Matthew B. Lunn (No. 4119)
                        Margaret B. Whiteman (No. 4652)
                        Ryan M. Bartley (No. 4985)
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        Wilmington, Delaware 19801
                        Telephone: (302) 571-6600
                        Facsimile: (302) 571-1253

                        Counsel for Debtors and
                        Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x  Chapter 11
In re:                                                               :
                                                                     :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                               :
a Delaware corporation, et al.,                                      :  Jointly Administered
                                                                     :
        Debtors.                                                     :  Objection Deadline:
                                                                     :  Hearing Date: N/A
--------------------------------------------------------------------- x

**SECOND MONTHLY APPLICATION OF ZEICHNER ELLMAN & KRAUSE LLP AS ORDINARY COURSE PROFESSIONAL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008**

| | |
|---|---|
| Name of Applicant: | **Zeichner Ellman & Krause LLP** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **Effective as of August 6, 2007** |
| Period for which compensation and reimbursement is sought: | **January 1, 2008 through January 31, 2008** |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | **$80,000.00** |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | **$0.00** |

This is an: __X__ interim  ____ final application

Fees for this application are all contingency fee billings pursuant to contract with one of the Debtors. This application includes no fee component in connection with the preparation of Fee Applications.

**PRIOR APPLICATIONS:**

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fee | Expenses | Fees | Expenses |
| [----Please Complete As Applicable---] | | | | | |
| March 3, 2008/ Docket No. 3147 | December 1, 2007 – December 31, 2007 | $77,554.00 | N/A | $77,554.00 | N/A |
| | | | | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x   Chapter 11
In re:                                                             :
                                                                   :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :
a Delaware corporation, et al.,                                    :   Jointly Administered
                                                                   :
    Debtors.                                                       :   Objection Deadline:
                                                                   :   Hearing Date: N/A
------------------------------------------------------------------ x

**SUPPLEMENT TO THE SECOND MONTHLY APPLICATION OF ZEICHNER ELLMAN & KRAUSE LLP AS ORDINARY COURSE PROFESSIONAL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of Zeichner Ellman & Krause LLP ("ZEK") hereby moves this Court for compensation for professional services rendered as ordinary course professionals to American Home Mortgage Holdings, Inc., et al., the debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), in the amount of $80,000. for the interim period of January 1, 2008 through January 31, 2008 (the "Interim Fee Period"). In support of its Application, ZEK respectfully represents as follows:

**RELIEF REQUESTED**

1.    Prior to the filing of Debtors' petition in bankruptcy, ZEK was employed to represent the Debtors as attorneys in connection with, inter alia, various pre-petition civil actions that debtor American Home Mortgage Corp. filed against correspondent lenders (the "Correspondent Lender Actions").

2. On September 7, 2007, the Court entered an Order Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date (the "OCP Order") [Docket No. 643].

3. On September 24, 2007, pursuant to the procedures set forth in the OCP Order, Debtors filed the ordinary course professional retention affidavit (the "Original Retention Affidavit") of Mark Zeichner of ZEK [Docket No. 919], pursuant to which Debtors agreed to compensate ZEK on an hourly fee basis for legal work in connection with the Correspondent Lender Actions. There was no objection to the Original Retention Affidavit.

4. Thereafter, ZEK was prepared to proceed on the Correspondent Lender Actions pursuant to the OCP Order. However the Debtors concluded that the potential estate recoveries, if any, to be gained from the Correspondent Lender Actions would not justify the hourly fees expected to be spent on them.

5. ZEK proposed, therefore, to proceed with some of the Correspondent Lender Actions, including those that are the subject of this application, on a contingency fee basis. The Debtors concluded that this proposal would benefit the estate with virtually no downside risk, and agreed to proceed on a 50% contingency fee basis. Indeed, I understand that the Debtors have adopted ZEK's contingency fee arrangement with other ordinary course professionals, thereby providing additional benefit to the estate from ZEK's proposal.

6. On October 25, 2007, pursuant to the procedures set forth in the OCP Order, Debtors filed the supplemental affidavit of ordinary course professional [Docket No. 1667] of Mark Zeichner of ZEK (the "Supplemental Retention Affidavit"), pursuant to which Debtors agreed to compensate ZEK on a 50% contingency fee basis on recoveries in certain of the Correspondent Lender Actions. Pursuant to the OCP Order, the deadline by which to object to the Supplemental Retention Affidavit was November 14, 2007. There was no objection to the Supplemental Retention Affidavit.

7. The OCP Order authorized the Debtors to make monthly payments for post-petition compensation and reimbursement of expenses to each of the Ordinary Course Professionals up to $75,000. in fees and expenses per month per firm (but no more than $185,000. during any three month period) for those professionals identified on Exhibit B to the Motion.[1]

8. The OCP Order provided that Ordinary Course Professionals were to be compensated for amounts in excess of their respective caps only upon entry of a Court order approving a fee application for such amounts.

9. The fees detailed on Exhibit A do not exceed the $185,000. three-month cap. In fact, the contingency fees detailed on Exhibit A reflect work performed over a period of almost six (6) months (the petition date, August 6, 2007, to January 30, 2008). However, such contingency fees became payable only upon the closings of the settlements approved in January 2008. Therefore, exercising an abundance of caution and in the interest of full

---

[1] ZEK is identified on Exhibit B to the OCP Motion [Docket No. 192].

disclosure, ZEK submits this fee application seeking approval for its fees to the extent that they might be viewed to exceed the $75,000. monthly cap under the arguable view that all of the fees detailed on Exhibit A were "earned" in January 2008, when the settlements were approved.

10. For the Interim Fee Period, ZEK seeks allowance of compensation for professional services rendered to Debtors in the aggregate amount of $80,000., which represents the amount by which said compensation might arguably be viewed to exceed the $75,000. monthly cap.

## TIME RECORDS

11. Because ZEK is being compensated on a contingency fee basis in connection with the recoveries obtained in the Correspondent Lender Actions that are the subject of this application, it is not submitting time records as part of this interim fee application.

## SUMMARY OF SERVICES RENDERED

12. Attached as Exhibit A is a chart (i) identifying the Correspondent Lender Actions that are the subject of this interim fee application, (ii) detailing the recoveries obtained in the identified Correspondent Lender Actions, and (iii) itemizing the portion of the recoveries that ZEK is entitled to receive as contingency compensation.

13. The settlements of the Correspondent Lender Actions that are the subject of this application were deemed approved by this Court pursuant to the Certificate of No Objection Regarding Docket No. 2601, filed on January 30, 2008 [Docket No. 2821].

WHEREFORE, ZEK requests that the Court approve its compensation in the amount of $80,000. compensation pursuant to the OCP Order for the Interim Fee Period, and further requests such other and further relief as this Court may deem just and proper.

Dated: New York, New York
March 26, 2008

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Mark Zeichner
575 Lexington Avenue
New York, New York 10022
Telephone: (212) 223-0400
Facsimile: (212) 753-0396

Ordinary Course Professional for Debtors
and Debtors in Possession

521566.v1/10331-005/BG

## EXHIBIT A

## AMERICAN HOME MORTGAGE CORP. SETTLEMENT CHART

| CASE NAME/DESCRIPTION | SETTLEMENT APPROVED | SETTLEMENT AMOUNT | AMOUNT REMITTED TO ESTATE (DATE PAID) | AMOUNT REMITTED TO ZEK (DATE PAID) |
|---|---|---|---|---|
| American Home Mortgage Corp. v. Castle & Cooke Mortgage, LLC, Case Nos. 07 CV 1277, 07 CV 2056 and 07 CV 2786 | January 30, 2008 | $250,000 | $125,000 (March 6, 2008) | $125,000 ($45,000. was remitted on March 6, 2008; $80,000. remains in escrow; approval sought by this motion) |
| American Home Mortgage Corp. v. Federal Guaranty Mortgage Corp. | January 30, 2008 | $60,000 | $30,000 (March 6, 2008) | $30,000 (March 6, 2008) |

**GRAND TOTAL**                                                                $155,000

## VERIFICATION OF FEE APPLICATION

STATE OF NEW YORK    )
                                            )   SS:
COUNTY OF NEW YORK  )

MARK ZEICHNER, after being duly sworn according to law, deposes and says:

1. I am a Partner in the applicant firm (the "Firm") and have been admitted to the bar of the State of New York since March 1975.

2. I have personally performed many of the legal services rendered by the Firm as attorneys representing the Debtors in the actions identified herein, in the ordinary course of their business, and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

3. Subject to the explanation offered in paragraph 9 of the Supplement to the First Monthly Application of Zeichner Ellman & Krause LLP as Ordinary Course Professionals for Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period December 1, 2007 through December 31, 2007, the fees requested herein were earned within the month subject to the foregoing Application.

4. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Mark Zeichner

SWORN TO AND SUBSCRIBED
before me this 26 day of March, 2008.

_____
Notary Public

MICHAEL W. ANTONIVICH
Notary Public, State of New York
No. 01AN4762190
Qualified in Nassau County
Commission Expires June 30, 20__

518155.v1/10331-005/BG