IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x   Chapter 11
In re:                                                                   :
                                                                         :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :
a Delaware corporation, et al.,[1]                                       :   Jointly Administered
                                                                         :
    Debtors.                                                             :   Objection Deadline: April 16, 2008 at 4:00
                                                                         :   p.m.
------------------------------------------------------------------------ x   Hearing Date: N/A

## NOTICE OF APPLICATION

TO:   The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the
      Official Committee of Unsecured Creditors

The **Seventh Monthly Application of Law Office of Daniel C. Consuegra as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period February 1, 2008 through February 29, 2008** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $75,545.00 and interim expenses in the amount of $60,126.34.

Objections to the Application, if any, are required to be filed on or before **April 16, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon); (viii) The Law Office of Daniel C. Consuegra, 9204 King Palm Drive, Tampa, FL 33619 (Attn.: Daniel C. Conseugra).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER MODIFYING EXISTING PROCEDURES FOR THE COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CERTAIN FORECLOSURE PROFESSIONALS AND REAL ESTATE BROKERS UTILIZED IN THE ORDINARY COURSE AND GRANTING LIMITED NUNC PRO TUNC RELIEF], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 100% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
       March 27, 2008

                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                    /s/ Ryan M. Bartley
                                    James L. Patton, Jr. (No. 2202)
                                    Pauline K. Morgan (No. 3650)
                                    Sean M. Beach (No. 4070)
                                    Matthew B. Lunn (No. 4119)
                                    Margaret B. Whiteman (No. 4652)
                                    Ryan M. Bartley (No. 4985)
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 571-6600
                                    Facsimile: (302) 571-1253

                                    Counsel for Debtors and
                                    Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x   Chapter 11
In re:                                                                 :
                                                                       :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :
a Delaware corporation, et al.,                                        :   Jointly Administered
                                                                       :
       Debtors.                                                        :   Objection Deadline:
                                                                       :   Hearing Date: N/A
---------------------------------------------------------------------- x

**SEVENTH MONTHLY APPLICATION OF LAW OFFICES OF DANIEL C.
CONSUEGRA AS FORECLOSURE SERVICE PROVIDER FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES
INCURRED FOR THE INTERIM PERIOD
February 1, 2008 THROUGH February 29, 2008**

| | |
|---|---|
| Name of Applicant: | **Law Offices of Daniel C. Consuegra** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **Effective as of August 6, 2007** |
| Period for which compensation and reimbursement is sought: | **February 1, 2008 through February 29, 2008** |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | **$75,545.00** |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | **$60,126.34** |

This is an: __X__ interim  ____ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors. This application includes no fee component in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fee | Expenses | Fees | Expenses |
| 12.4.07\2278 | August 6, 2007 through August 31, 2007 | $3,875.00 | $5,159.00 | $3,875.00 100% Approved | $5,159.00 100% Approved |
| Date Filed / Docket No. 12.5.07\2299 | Period Covered September 1, 2007 through September 30, 2007 | Fee $71,275.00 | Expenses $73,198.50 | Fees $71,275.00 100% Approved | Expenses $73,198.50 100% Approved |
| Date Filed / Docket No. 12.13.07\2381 | Period Covered October 1, 2007 through October 30, 2007 | Fee $53,050.00 | Expenses $58,664.32 | Fees $53,050.00 100% Approved | Expenses $58,664.32 100% Approved |
| Date Filed / Docket No. 1.2.08\2562 | Period Covered November 1, 2007 through November 30, 2007 | Fee $59,555.00 | Expenses $72,316.11 | Fees $59,555.00 80% Approved | Expenses $72,316.11 100% Approved |
| Date Filed / Docket No. 1.23.08\2766 | Period Covered December 1, 2007 through December 31, 2007 | Fee $88,845.00 | Expenses $106,342.16 | Fees $88,845.00 80% Approved | Expenses $106,342.16 100% Approved |
| Date Filed / Docket No. | Period Covered January 1, 2008 through January 31, 2008 | Fee $73,210.00 | Expenses $55,315.50 | Fees Pending | Expenses Pending |

*INTERIM COMPENSATION BY PROJECT CATEGORY*

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $68,195.00 |
| Foreclosure-related work | 49 Hours at $150.00 per hour performed by Peter E. Lanning, Esquire Senior Associate. | $7,350.00 |
| TOTALS | N/A | $75,545.00 |

*INTERIM EXPENSES*

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Funds advanced for foreclosure costs (i.e. title searches, searches, service of process, filing fees, clerk fees and sale fees) | N/A | $60,126.34 |

# Law Offices of Daniel C. Consuegra
## Attorneys at Law

Daniel C. Consuegra  
Jennifer A. Sesta  
───────────  
Peter E. Lanning  
Amanda R. Duffy  
Laura L. Walker  

9204 King Palm Drive  
Tampa, Florida 33619-1328  
Tel: (813) 915-8660  
Fax: (813) 915-0559  
dan@consuegralaw.com  
www.consuegralaw.com  

July 12, 2007

RE: American Home Mortgage\AHM Rates

### Foreclosure Professional Flat Fees

| # | Service | Fee |
|---|---|---|
| 1. | **Demand Letter:** Fee Incurred and billed when sent. | $50.00 |
| 2. | **Foreclosure Lawsuit:** From Complaint to sale. Covers one court appearance. Half fee incurred and billed when suit filed, and half when sale occurs or case closed. | $1,200.00 |
| 3. | **Answer Foreclosure Lawsuit:** From Complaint to conclusion. Fee incurred and billed at the time the answer is filed. | $200.00 |
| 4. | **Deed in Lieu of Foreclosure:** Prepare special warranty deed and supporting affidavits; Supervise execution, delivery, and recording of instruments; assist in delivery of title insurance commitment. Fee incurred and billed when deed recorded or case closed. | $350.00 |
| 5. | **Writ of Possession After Foreclosure.** Fee incurred and billed when writ filed. | $350.00 |
| 6. | **Bankruptcy Prepare Proof of Claim:** Approve Chapter 13 Plan; monitor initial payments. Fee incurred and billed when filed. | $200.00 |
| 7. | **Bankruptcy, Motion to Lift Stay:** Covers one Court appearance. Fee incurred and billed when filed. | $525.00 |
| 8. | **Bankruptcy, Response to Motion to Value, Motion to redeem, or Motion to avoid Lien:** Covers one Court appearance. Fee incurred and billed when filed. | $525.00 |

Page 2

| | | |
|---|---|---|
| 9. | <u>Bankruptcy, Objection to Plan or Proof of Claim:</u> Covers one court appearance. Fee incurred and billed when filed. | $375.00 |
| 10. | <u>Stipulation</u>: Prepare and file stipulation, secure order ratifying. Fee incurred and billed at the time the stipulation is prepared. | $250.00 |
| 11. | <u>Reset Sale</u>: Prepare and file motion to reset sale, publish, and attend the new sale. Fee incurred and billed at the time the motion is filed. | $350.00 |
| 12. | <u>Assignment:</u> Prepare, have executed and recorded. Fee incurred and billed when prepared. | $125.00 |
| 13. | <u>Title Claim:</u> Prepare and send secure resolution. Fee incurred and billed when claim sent. | $300.00 |

## VERIFICATION OF FEE APPLICATION

STATE OF FLORIDA                )
                                )  SS: 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
COUNTY OF HILLSBOROUGH          )

Daniel C. Consuegra, after being duly sworn according to law, deposes and says:

1. I am a MANAGING PARTNER in the applicant firm (the "Firm") and have been admitted to the bar of the state of Florida since October 27, 1983.

2. I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

3. The services and expenses were performed and incurred within the month subject to the foregoing Application.

4. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Daniel C. Consuegra, Managing Partner

SWORN TO AND SUBSCRIBED
before me this 25 day of March, 2008.

Notary Public Carmen F. Alvarez
Personally Known

Carmen F. Alvarez
Notary Public - State of Florida
Commission No. DD653245
Commission Expires 06/28/2011

DB02:6342604.1                                                          066585.1001