Date 3/24/08        DANIEL C CONSUEGRA
Invoice listing for February 2008 invoices

| | Invoice # | Date Billed | | Paid | Balance |
|---|---|---|---|---|---|
| 1 | 112191 | 3/15/08 | $159.49 | $0.00 | $159.49 |
| 2 | 112931 | 3/15/08 | $448.00 | $0.00 | $448.00 |
| 3 | 112655 | 3/15/08 | $1,208.50 | $0.00 | $1,208.50 |
| 4 | 112099 | 3/15/08 | $32.50 | $0.00 | $32.50 |
| 5 | 112102 | 3/15/08 | $1,056.00 | $0.00 | $1,056.00 |
| 6 | 112106 | 3/15/08 | $814.18 | $0.00 | $814.18 |
| 7 | 112108 | 3/15/08 | $159.00 | $0.00 | $159.00 |
| 8 | 112195 | 3/15/08 | $510.00 | $0.00 | $510.00 |
| 9 | 112196 | 3/15/08 | $785.20 | $0.00 | $785.20 |
| 10 | 112198 | 3/15/08 | $15.00 | $0.00 | $15.00 |
| 11 | 112203 | 3/15/08 | $623.50 | $0.00 | $623.50 |
| 12 | 112213 | 3/15/08 | $420.00 | $0.00 | $420.00 |
| 13 | 112216 | 3/15/08 | $338.59 | $0.00 | $338.59 |
| 14 | 112218 | 3/15/08 | $100.80 | $0.00 | $100.80 |
| 15 | 112221 | 3/15/08 | $728.22 | $0.00 | $728.22 |
| 16 | 112803 | 3/15/08 | $2,105.26 | $0.00 | $2,105.26 |
| 17 | 112230 | 3/15/08 | $777.70 | $0.00 | $777.70 |
| 18 | 112930 | 3/15/08 | $535.50 | $0.00 | $535.50 |
| 19 | 112235 | 3/15/08 | $800.20 | $0.00 | $800.20 |
| 20 | 112314 | 3/15/08 | $1,225.00 | $0.00 | $1,225.00 |
| 21 | 112247 | 3/15/08 | $605.20 | $0.00 | $605.20 |
| 22 | 112246 | 3/15/08 | $604.20 | $0.00 | $604.20 |
| 23 | 112558 | 3/15/08 | $739.50 | $0.00 | $739.50 |
| 24 | 112250 | 3/15/08 | $155.98 | $0.00 | $155.98 |
| 25 | 112251 | 3/15/08 | $79.76 | $0.00 | $79.76 |
| 26 | 112252 | 3/15/08 | $10.00 | $0.00 | $10.00 |
| 27 | 112316 | 3/15/08 | $623.50 | $0.00 | $623.50 |
| 28 | 112317 | 3/15/08 | $1,167.96 | $0.00 | $1,167.96 |
| 29 | 112318 | 3/15/08 | $26.50 | $0.00 | $26.50 |
| 30 | 112319 | 3/15/08 | $420.00 | $0.00 | $420.00 |
| 31 | 112330 | 3/15/08 | $60.00 | $0.00 | $60.00 |
| 32 | 112346 | 3/15/08 | $1,143.20 | $0.00 | $1,143.20 |
| 33 | 112348 | 3/15/08 | $1,366.00 | $0.00 | $1,366.00 |
| 34 | 112501 | 3/15/08 | $1,654.83 | $0.00 | $1,654.83 |
| 35 | 112503 | 3/15/08 | $623.50 | $0.00 | $623.50 |
| 36 | 112355 | 3/15/08 | $35.50 | $0.00 | $35.50 |
| 37 | 112357 | 3/15/08 | $420.00 | $0.00 | $420.00 |
| 38 | 112359 | 3/15/08 | $736.00 | $0.00 | $736.00 |
| 39 | 112360 | 3/15/08 | $219.50 | $0.00 | $219.50 |
| 40 | 112363 | 3/15/08 | $328.13 | $0.00 | $328.13 |
| 41 | 112370 | 3/15/08 | $866.00 | $0.00 | $866.00 |
| 42 | 112929 | 3/15/08 | $37.50 | $0.00 | $37.50 |
| 43 | 112372 | 3/15/08 | $33.50 | $0.00 | $33.50 |
| 44 | 112374 | 3/15/08 | $1,421.00 | $0.00 | $1,421.00 |
| 45 | 112376 | 3/15/08 | $420.00 | $0.00 | $420.00 |
| 46 | 112564 | 3/15/08 | $330.00 | $0.00 | $330.00 |
| 47 | 112932 | 3/15/08 | $20.50 | $0.00 | $20.50 |

| | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 48 | 112934 | 3/15/08 | $780.77 | $0.00 | $780.77 |
| 49 | 112381 | 3/15/08 | $866.00 | $0.00 | $866.00 |
| 50 | 112382 | 3/15/08 | $1,055.20 | $0.00 | $1,055.20 |
| 51 | 112383 | 3/15/08 | $1,149.50 | $0.00 | $1,149.50 |
| 52 | 112791 | 3/15/08 | $382.86 | $0.00 | $382.86 |
| 53 | 112384 | 3/15/08 | $404.50 | $0.00 | $404.50 |
| 54 | 112933 | 3/15/08 | $1,500.00 | $0.00 | $1,500.00 |
| 55 | 112387 | 3/15/08 | $457.95 | $0.00 | $457.95 |
| 56 | 112391 | 3/15/08 | $185.00 | $0.00 | $185.00 |
| 57 | 112393 | 3/15/08 | $37.50 | $0.00 | $37.50 |
| 58 | 112800 | 3/15/08 | $540.00 | $0.00 | $540.00 |
| 59 | 112395 | 3/15/08 | $1,516.00 | $0.00 | $1,516.00 |
| 60 | 112396 | 3/15/08 | $18.50 | $0.00 | $18.50 |
| 61 | 112398 | 3/15/08 | $143.00 | $0.00 | $143.00 |
| 62 | 112399 | 3/15/08 | $100.00 | $0.00 | $100.00 |
| 63 | 112402 | 3/15/08 | $275.00 | $0.00 | $275.00 |
| 64 | 112401 | 3/15/08 | $1,122.70 | $0.00 | $1,122.70 |
| 65 | 112565 | 3/15/08 | $349.50 | $0.00 | $349.50 |
| 66 | 112404 | 3/15/08 | $475.00 | $0.00 | $475.00 |
| 67 | 112405 | 3/15/08 | $871.20 | $0.00 | $871.20 |
| 68 | 112406 | 3/15/08 | $755.30 | $0.00 | $755.30 |
| 69 | 112407 | 3/15/08 | $826.72 | $0.00 | $826.72 |
| 70 | 112408 | 3/15/08 | $1,521.00 | $0.00 | $1,521.00 |
| 71 | 112409 | 3/15/08 | $1,749.00 | $0.00 | $1,749.00 |
| 72 | 112410 | 3/15/08 | $420.00 | $0.00 | $420.00 |
| 73 | 112706 | 3/15/08 | $876.00 | $0.00 | $876.00 |
| 74 | 112412 | 3/15/08 | $420.00 | $0.00 | $420.00 |
| 75 | 112413 | 3/15/08 | $898.50 | $0.00 | $898.50 |
| 76 | 112415 | 3/15/08 | $419.50 | $0.00 | $419.50 |
| 77 | 112416 | 3/15/08 | $879.00 | $0.00 | $879.00 |
| 78 | 112418 | 3/15/08 | $1,229.50 | $0.00 | $1,229.50 |
| 79 | 112420 | 3/15/08 | $489.50 | $0.00 | $489.50 |
| 80 | 113017 | 3/15/08 | $180.00 | $0.00 | $180.00 |
| 81 | 112423 | 3/15/08 | $166.23 | $0.00 | $166.23 |
| 82 | 112426 | 3/15/08 | $350.00 | $0.00 | $350.00 |
| 83 | 112427 | 3/15/08 | $36.50 | $0.00 | $36.50 |
| 84 | 112430 | 3/15/08 | $1,298.00 | $0.00 | $1,298.00 |
| 85 | 112431 | 3/15/08 | $39.50 | $0.00 | $39.50 |
| 86 | 112435 | 3/15/08 | $1,018.50 | $0.00 | $1,018.50 |
| 87 | 112801 | 3/15/08 | $613.59 | $0.00 | $613.59 |
| 88 | 112440 | 3/15/08 | $275.00 | $0.00 | $275.00 |
| 89 | 112442 | 3/15/08 | $541.25 | $0.00 | $541.25 |
| 90 | 112445 | 3/15/08 | $1,428.50 | $0.00 | $1,428.50 |
| 91 | 112447 | 3/15/08 | $2,086.64 | $0.00 | $2,086.64 |
| 92 | 112449 | 3/15/08 | $1,389.00 | $0.00 | $1,389.00 |
| 93 | 112451 | 3/15/08 | $78.14 | $0.00 | $78.14 |
| 94 | 112802 | 3/15/08 | $105.00 | $0.00 | $105.00 |
| 95 | 112454 | 3/15/08 | $18.50 | $0.00 | $18.50 |
| 96 | 112577 | 3/15/08 | $614.50 | $0.00 | $614.50 |
| 97 | 112592 | 3/15/08 | $368.63 | $0.00 | $368.63 |

| | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 98 | 112459 | 3/15/08 | $26.50 | $0.00 | $26.50 |
| 99 | 112460 | 3/15/08 | $224.00 | $0.00 | $224.00 |
| 100 | 112461 | 3/15/08 | $292.82 | $0.00 | $292.82 |
| 101 | 112705 | 3/15/08 | $772.70 | $0.00 | $772.70 |
| 102 | 112465 | 3/15/08 | $420.00 | $0.00 | $420.00 |
| 103 | 112664 | 3/15/08 | $495.00 | $0.00 | $495.00 |
| 104 | 112468 | 3/15/08 | $25.50 | $0.00 | $25.50 |
| 105 | 112469 | 3/15/08 | $210.00 | $0.00 | $210.00 |
| 106 | 112470 | 3/15/08 | $1,365.50 | $0.00 | $1,365.50 |
| 107 | 112666 | 3/15/08 | $420.00 | $0.00 | $420.00 |
| 108 | 112472 | 3/15/08 | $1,263.00 | $0.00 | $1,263.00 |
| 109 | 112473 | 3/15/08 | $40.50 | $0.00 | $40.50 |
| 110 | 112474 | 3/15/08 | $721.82 | $0.00 | $721.82 |
| 111 | 112475 | 3/15/08 | $1,355.00 | $0.00 | $1,355.00 |
| 112 | 112476 | 3/15/08 | $164.00 | $0.00 | $164.00 |
| 113 | 112477 | 3/15/08 | $66.50 | $0.00 | $66.50 |
| 114 | 112478 | 3/15/08 | $188.50 | $0.00 | $188.50 |
| 115 | 112479 | 3/15/08 | $830.20 | $0.00 | $830.20 |
| 116 | 112480 | 3/15/08 | $31.50 | $0.00 | $31.50 |
| 117 | 112482 | 3/15/08 | $1,130.20 | $0.00 | $1,130.20 |
| 118 | 112483 | 3/15/08 | $37.50 | $0.00 | $37.50 |
| 119 | 112486 | 3/15/08 | $780.20 | $0.00 | $780.20 |
| 120 | 112487 | 3/15/08 | $144.00 | $0.00 | $144.00 |
| 121 | 112488 | 3/15/08 | $152.00 | $0.00 | $152.00 |
| 122 | 112494 | 3/15/08 | $238.00 | $0.00 | $238.00 |
| 123 | 112495 | 3/15/08 | $761.88 | $0.00 | $761.88 |
| 124 | 112496 | 3/15/08 | $770.20 | $0.00 | $770.20 |
| 125 | 112497 | 3/15/08 | $132.50 | $0.00 | $132.50 |
| 126 | 112498 | 3/15/08 | $1,686.25 | $0.00 | $1,686.25 |
| 127 | 112499 | 3/15/08 | $2.00 | $0.00 | $2.00 |
| 128 | 112502 | 3/15/08 | $1,084.20 | $0.00 | $1,084.20 |
| 129 | 112928 | 3/15/08 | $898.50 | $0.00 | $898.50 |
| 130 | 112505 | 3/15/08 | $33.50 | $0.00 | $33.50 |
| 131 | 112508 | 3/15/08 | $30.50 | $0.00 | $30.50 |
| 132 | 112927 | 3/15/08 | $23.50 | $0.00 | $23.50 |
| 133 | 112511 | 3/15/08 | $89.50 | $0.00 | $89.50 |
| 134 | 112512 | 3/15/08 | $60.00 | $0.00 | $60.00 |
| 135 | 112514 | 3/15/08 | $175.00 | $0.00 | $175.00 |
| 136 | 112516 | 3/15/08 | $1,176.52 | $0.00 | $1,176.52 |
| 137 | 112520 | 3/15/08 | $885.00 | $0.00 | $885.00 |
| 138 | 112521 | 3/15/08 | $350.00 | $0.00 | $350.00 |
| 139 | 112522 | 3/15/08 | $1,319.13 | $0.00 | $1,319.13 |
| 140 | 112925 | 3/15/08 | $110.69 | $0.00 | $110.69 |
| 141 | 112526 | 3/15/08 | $273.50 | $0.00 | $273.50 |
| 142 | 112527 | 3/15/08 | $184.00 | $0.00 | $184.00 |
| 143 | 112530 | 3/15/08 | $161.80 | $0.00 | $161.80 |
| 144 | 112533 | 3/15/08 | $25.50 | $0.00 | $25.50 |
| 145 | 112668 | 3/15/08 | $275.00 | $0.00 | $275.00 |
| 146 | 112669 | 3/15/08 | $449.33 | $0.00 | $449.33 |
| 147 | 112674 | 3/15/08 | $10.50 | $0.00 | $10.50 |

|  | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 148 | 112676 | 3/15/08 | $243.50 | $0.00 | $243.50 |
| 149 | 112677 | 3/15/08 | $1,440.50 | $0.00 | $1,440.50 |
| 150 | 112678 | 3/15/08 | $295.00 | $0.00 | $295.00 |
| 151 | 112679 | 3/15/08 | $82.00 | $0.00 | $82.00 |
| 152 | 112680 | 3/15/08 | $275.00 | $0.00 | $275.00 |
| 153 | 112682 | 3/15/08 | $36.50 | $0.00 | $36.50 |
| 154 | 112683 | 3/15/08 | $623.50 | $0.00 | $623.50 |
| 155 | 112684 | 3/15/08 | $244.50 | $0.00 | $244.50 |
| 156 | 112685 | 3/15/08 | $13.00 | $0.00 | $13.00 |
| 157 | 112686 | 3/15/08 | $162.60 | $0.00 | $162.60 |
| 158 | 112687 | 3/15/08 | $1,139.00 | $0.00 | $1,139.00 |
| 159 | 112611 | 3/15/08 | $183.00 | $0.00 | $183.00 |
| 160 | 112688 | 3/15/08 | $822.00 | $0.00 | $822.00 |
| 161 | 112691 | 3/15/08 | $275.00 | $0.00 | $275.00 |
| 162 | 112692 | 3/15/08 | $1,131.00 | $0.00 | $1,131.00 |
| 163 | 112298 | 3/15/08 | $149.00 | $0.00 | $149.00 |
| 164 | 112297 | 3/15/08 | $350.00 | $0.00 | $350.00 |
| 165 | 112296 | 3/15/08 | $1,441.00 | $0.00 | $1,441.00 |
| 166 | 112294 | 3/15/08 | $275.00 | $0.00 | $275.00 |
| 167 | 112291 | 3/15/08 | $275.00 | $0.00 | $275.00 |
| 168 | 112288 | 3/15/08 | $927.20 | $0.00 | $927.20 |
| 169 | 112286 | 3/15/08 | $170.50 | $0.00 | $170.50 |
| 170 | 112643 | 3/15/08 | $125.00 | $0.00 | $125.00 |
| 171 | 112284 | 3/15/08 | $600.00 | $0.00 | $600.00 |
| 172 | 112283 | 3/15/08 | $130.00 | $0.00 | $130.00 |
| 173 | 112282 | 3/15/08 | $1,820.00 | $0.00 | $1,820.00 |
| 174 | 112281 | 3/15/08 | $1,365.00 | $0.00 | $1,365.00 |
| 175 | 112280 | 3/15/08 | $1,140.00 | $0.00 | $1,140.00 |
| 176 | 112300 | 3/15/08 | $1,200.00 | $0.00 | $1,200.00 |
| 177 | 112304 | 3/15/08 | $1,138.00 | $0.00 | $1,138.00 |
| 178 | 112306 | 3/15/08 | $2.00 | $0.00 | $2.00 |
| 179 | 112924 | 3/15/08 | $5.00 | $0.00 | $5.00 |
| 180 | 112315 | 3/15/08 | $1,148.00 | $0.00 | $1,148.00 |
| 181 | 112320 | 3/15/08 | $1,188.00 | $0.00 | $1,188.00 |
| 182 | 112323 | 3/15/08 | $350.00 | $0.00 | $350.00 |
| 183 | 112324 | 3/15/08 | $350.00 | $0.00 | $350.00 |
| 184 | 112325 | 3/15/08 | $934.56 | $0.00 | $934.56 |
| 185 | 112328 | 3/15/08 | $1,500.00 | $0.00 | $1,500.00 |
| 186 | 112329 | 3/15/08 | $1,475.00 | $0.00 | $1,475.00 |
| 187 | 112337 | 3/15/08 | $794.54 | $0.00 | $794.54 |
| 188 | 112338 | 3/15/08 | $1,132.00 | $0.00 | $1,132.00 |
| 189 | 112340 | 3/15/08 | $1,130.00 | $0.00 | $1,130.00 |
| 190 | 112613 | 3/15/08 | $645.00 | $0.00 | $645.00 |
| 191 | 112344 | 3/15/08 | $60.00 | $0.00 | $60.00 |
| 192 | 112347 | 3/15/08 | $33.50 | $0.00 | $33.50 |
| 193 | 112349 | 3/15/08 | $60.00 | $0.00 | $60.00 |
| 194 | 112352 | 3/15/08 | $275.00 | $0.00 | $275.00 |
| 195 | 112639 | 3/15/08 | $28.50 | $0.00 | $28.50 |
| 196 | 112354 | 3/15/08 | $33.50 | $0.00 | $33.50 |
| 197 | 112356 | 3/15/08 | $605.20 | $0.00 | $605.20 |

|     | Invoice # | Date    | Billed       | Paid   | Balance      |
|-----|-----------|---------|--------------|--------|--------------|
| 198 | 112362    | 3/15/08 | $1,141.72    | $0.00  | $1,141.72    |
| 199 | 112367    | 3/15/08 | $1,211.00    | $0.00  | $1,211.00    |
| 200 | 112368    | 3/15/08 | $275.00      | $0.00  | $275.00      |
| 201 | 112369    | 3/15/08 | $23.50       | $0.00  | $23.50       |
| 202 | 112373    | 3/15/08 | $500.00      | $0.00  | $500.00      |
| 203 | 112793    | 3/15/08 | $475.00      | $0.00  | $475.00      |
| 204 | 112377    | 3/15/08 | $300.00      | $0.00  | $300.00      |
| 205 | 112493    | 3/15/08 | $1,328.00    | $0.00  | $1,328.00    |
| 206 | 112491    | 3/15/08 | $1,585.00    | $0.00  | $1,585.00    |
| 207 | 112500    | 3/15/08 | $1,464.00    | $0.00  | $1,464.00    |
| 208 | 112617    | 3/15/08 | $1,727.50    | $0.00  | $1,727.50    |
| 209 | 112510    | 3/15/08 | $261.99      | $0.00  | $261.99      |
| 210 | 112513    | 3/15/08 | $107.25      | $0.00  | $107.25      |
| 211 | 112926    | 3/15/08 | $11.00       | $0.00  | $11.00       |
| 212 | 112517    | 3/15/08 | $1,279.00    | $0.00  | $1,279.00    |
| 213 | 112624    | 3/15/08 | $1,440.00    | $0.00  | $1,440.00    |
| 214 | 112523    | 3/15/08 | $1,028.13    | $0.00  | $1,028.13    |
| 215 | 112636    | 3/15/08 | $125.00      | $0.00  | $125.00      |
| 216 | 112923    | 3/15/08 | $45.00       | $0.00  | $45.00       |
| 217 | 112531    | 3/15/08 | $41.50       | $0.00  | $41.50       |
| 218 | 112532    | 3/15/08 | $903.00      | $0.00  | $903.00      |
| 219 | 112534    | 3/15/08 | $825.24      | $0.00  | $825.24      |
| 220 | 112922    | 3/15/08 | $39.50       | $0.00  | $39.50       |
| 221 | 112632    | 3/15/08 | $1,650.00    | $0.00  | $1,650.00    |
| 222 | 112539    | 3/15/08 | $32.50       | $0.00  | $32.50       |
| 223 | 112540    | 3/15/08 | $75.00       | $0.00  | $75.00       |
| 224 | 112541    | 3/15/08 | $1,464.00    | $0.00  | $1,464.00    |
| 225 | 112615    | 3/15/08 | $369.00      | $0.00  | $369.00      |
| 226 | 112618    | 3/15/08 | $275.00      | $0.00  | $275.00      |
| 227 | 112620    | 3/15/08 | $855.45      | $0.00  | $855.45      |
| 228 | 112635    | 3/15/08 | $144.50      | $0.00  | $144.50      |
| 229 | 112633    | 3/15/08 | $350.00      | $0.00  | $350.00      |
| 230 | 112625    | 3/15/08 | $27.00       | $0.00  | $27.00       |
| 231 | 112792    | 3/15/08 | $1,444.44    | $0.00  | $1,444.44    |
| 232 | 112628    | 3/15/08 | $350.00      | $0.00  | $350.00      |
| Grand Total | |         | $135,671.34  | $0.00  | $135,671.34  |

Client

AHM.ACEVEDOLYDI
AHM.ADDISON CON
AHM.AGOSTINI D
AHM.ALGIER FO
AHM.ALMORA
AHM.ALVAREZ JUA
AHM.ALVAREZROSR
AHM.ANDERSON
AHM.ANGLIN K
AHM.ARTICA MARI
AHM.BELLEVUE R
AHM.BENITEZ
AHM.BHAGAN R
AHM.BHAGWANDIN
AHM.BLACK JOSHU
AHM.BLAKELY ING
AHM.BLANCO LYLI
AHM.BOLANO ALBA
AHM.BRAZIERMARK
AHM.BRENNAN D
AHM.BROSS MICH
AHM.BROWN KRIST
AHM.BROWNDEAN
AHM.BROWNEDGAR
AHM.BURGOS JUAN
AHM.BURT JORDAN
AHM.CACHINERO A
AHM.CAETANO E1
AHM.CARBO ERNES
AHM.CARRACEDO C
AHM.CASE MARY
AHM.CASE MICH
AHM.CASEY STEPH
AHM.CASTANEDA
AHM.CASTANON L
AHM.CASTILLO VE
AHM.CASTRO E
AHM.CATAN JOSEP
AHM.CHITTUM DON
AHM.CHURILOV J
AHM.CLARK LYN
AHM.COLLADO C
AHM.COLLADO P
AHM.COLLINS THE
AHM.COLUMBINE T
AHM.CONE G
AHM.CONGO TANYA

Client

AHM.COSTA WELLI
AHM.COSTAR
AHM.COUSINS SYB
AHM.COX
AHM.CRAMERLINDA
AHM.CRUZALEGUI
AHM.CUMMINSMARY
AHM.CURRY JENNI
AHM.DECASTRO W
AHM.DELAGE F
AHM.DEMETER JU
AHM.DENNIS
AHM.DEROGENE O
AHM.DEROZIERES
AHM.DIAGO ANA
AHM.DICKEY WYM
AHM.DROSSOS FC
AHM.DUBE JEFF
AHM.DUDLEYCHAD
AHM.ECHOLS TRAC
AHM.ELKATIB BAS
AHM.EMILE
AHM.FERNANDEZ
AHM.FLORES
AHM.FOISY
AHM.FOLMAR W
AHM.FOSTER NICO
AHM.FOTI FRANK
AHM.GEARY
AHM.GEARY #3
AHM.GEARY WILL
AHM.GOMEZ ALEJA
AHM.GOMEZ C
AHM.GONZALEZ K
AHM.GREEN
AHM.GULER MUJ
AHM.GUNNING
AHM.GUTIERREZ A
AHM.HAMPTON J4
AHM.HANSEL JEFF
AHM.HARDEBECK J
AHM.HAYES GERAL
AHM.HERD CLARA
AHM.HERNANDEZI
AHM.HERRERA M
AHM.HICKS RICH
AHM.HUDANICH
AHM.HUFF SHANE
AHM.IRMISCHER K
AHM.JAMES ALLEN

Client

AHM.JAOUHARI RA
AHM.JOHNSON G
AHM.JONES ANTH
AHM.KHAN R 2
AHM.KHAN R EVC
AHM.KRISENKO
AHM.LANGEVIN DA
AHM.LARA LUIS
AHM.LEPZINSKI
AHM.LEPZINSKI R
AHM.LEWIS H2
AHM.LIAMPETCHAK
AHM.LIGAS AGN#2
AHM.LIMA
AHM.LINARES #2
AHM.LINARES ROB
AHM.LOFFREDO AN
AHM.LOGSDON C
AHM.LOPEZ ROSA
AHM.LUBIK S3
AHM.LUBIK S4
AHM.MACANCELA D
AHM.MACLIN #1
AHM.MACLIN #2
AHM.MAHARAJ
AHM.MAHARANA VI
AHM.MALDONADO N
AHM.MAMUDOSKI M
AHM.MARAIS TIM
AHM.MARIE COLAS
AHM.MARSHALL HE
AHM.MARTINS JOH
AHM.MAYCOCK
AHM.MAYO HAROLD
AHM.MCCOY ROGER
AHM.MCNALLY SHI
AHM.MELIANS SIL
AHM.MELO F1
AHM.MELO F2
AHM.MELTON JOY
AHM.MESKIC
AHM.MILLER KIM
AHM.MIRSKIY MIK
AHM.MONESTIME M
AHM.MONTILLA J
AHM.MOORE WALTE
AHM.MORALES J
AHM.MORELAND J
AHM.MORENO A
AHM.MORENO L2

Client

AHM.MORRIS #3
AHM.MORRIS #4
AHM.MORRIS DAV
AHM.MORRIS DAVE
AHM.MOYER
AHM.MUNIZHERMAN
AHM.NAVARRO
AHM.NGUYEN AN
AHM.NGUYEN BE
AHM.NICHOLAS M
AHM.NORENA
AHM.NUNEZ-COSTA
AHM.OLARTE
AHM.ORAK KEVIN
AHM.ORDONEZ
AHM.PAQUIN #2
AHM.PARRA
AHM.PATEL
AHM.PATEL KAMLE
AHM.PATINO
AHM.PELAEZ DIEG
AHM.PEREZ ADRIA
AHM.PEREZ JOSE
AHM.PETLACK ATH
AHM.PINTO MARGA
AHM.PITEIRA
AHM.PORTOGHE D
AHM.PORTOGHESED
AHM.POSEY
AHM.PUCHUELA
AHM.PYATT SARAH
AHM.QUINTANA JO
AHM.QUITES A
AHM.RENDUELES
AHM.RICHARDSON
AHM.RICHARDSONT
AHM.RIDORE TARD
AHM.RILEY #2
AHM.RINALDI
AHM.RIZZUTO
AHM.ROBBY
AHM.ROBERTS S
AHM.ROMAN CARLO
AHM.ROMERO LUIS
AHM.ROSTLISA
AHM.RUSSELL J
AHM.SALDANA
AHM.SALLIES ST
AHM.SALSBURY MI
AHM.SAMUEL E

Client

AHM.SANCHEZ S
AHM.SANTIAGO
AHM.SCANTLEBURY
AHM.SEMINARIO N
AHM.SETABOUHA#2
AHM.SETABOUHANE
AHM.SHAKER RICH
AHM.SHETLER
AHM.SHON
AHM.SIGLER #1
AHM.SIGLER #2
AHM.SINCLAIRPER
AHM.SINHA PR1
AHM.SINHA PR2
AHM.SIRMEYER
AHM.SIZEMORE EL
AHM.SPARKS L2
AHM.TAM ROBIN
AHM.THORN LISA
AHM.VANEGAS GLA
AHM.VELAZCO W
AHM.VISENTIN M
AHM.WALDRON P
AHM.WALKER MICH
AHM.WEYANTJENNI
AHM.WIDMAR JAM
AHM.WILHITE MAT
AHM.WILLIAMS J
AHM.WRIGHT
AHM.WRIGHT ED
AHM.YAMBO TOMAS
AHM.YARSKI
AHM.YATES KIM
AHM.ZAVYALOV LU
AHM.ZOOK RICHAR

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001201031
Our File No. 11133
Status - Deed-in-Lieu
Referral Date 10/3/2007

Invoice Number 112628

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/1/08 | Flat fee to prepare deed in lieu of foreclosure. | 350.00 |
| | Total Amount This Invoice | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

Account No. 1001593919
Our File No. 09817

Status - Foreclosure
Invoice Number 112792

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/1/08 | Flat fee for title curative / title claim. | 300.00 |
| 2/5/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |
| 2/6/08 | Flat fee to reset sale. | 350.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/1/08- | Publication: Notice of Sale | 34.44 |
| 2/5/08- | Instrument Recording Fee | 50.00 |
| 2/5/08 - | Clerk's Sale Fee | 60.00 |
| 2/6/08- | Instrument Recording Fee | 50.00 |

Total Amount This Invoice                         $1,444.44

Total Current Charges                             $1,444.44

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001017878
    Our File No. 10245
    Status - Deed-in-lieu

    Invoice Number  112625

Tax ID # 59-2885854

    Professional Costs:

| | |
|---|---|
| 2/11/08- Instrument Recording Fee | 27.00 |
| Total Amount This Invoice | $27.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

## DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE: American Home Mortgage Servicing

Account No. 1001368691
Our File No. 10587-EVC
Status - Eviction
Referral Date 9/17/2007

Invoice Number 112633

Tax ID # 59-2885854

Professional services:

| Date | Description | Amount |
|------|-------------|--------|
| 2/23/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |
| | Total Amount This Invoice | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001098612
     Our File No. 12868
     Status - Foreclosure
     Referral Date 11/20/2007

     Invoice Number  112635

Tax ID # 59-2885854
_____

        Professional services:


2/22/08  Flat fee to prepare assignment of mortgage.        125.00
_____

        Professional Costs:
                                                              1.00
2/22/08- Instrument Recording Fee                            18.50
2/22/08- Instrument Recording Fee
                                                           _____
        Total Amount This Invoice                          $144.50


        Total Current Charges                              $144.50
                                                           ========
_____


                PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                   *****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001332985
    Our File No. 11830
    Status - Foreclosure
    Referral Date 10/24/2007

    Invoice Number 112620

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 2/15/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| | | 60.00 |
| 2/15/08- | Clerk's Sale Fee | 146.25 |
| 2/15/08- | Publication: Notice of Sale | 45.00 |
| 2/15/08- | Instrument Recording Fee | 3.50 |
| 2/15/08- | Instrument Recording Fee | 0.70 |
| 2/15/08- | Documentary Stamp Tax | |
| | | $855.45 |

Total Amount This Invoice

Total Current Charges      $855.45

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000783801
Our File No. 14560
Status - FCL / Final
Referral Date 1/2/2008

Invoice Number 112618

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/25/08- Foreclosure Title Search | 275.00 |
| Total Amount This Invoice | $275.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001313775
Our File No. 12857
Status - Complaint

Invoice Number  112615

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/18/08- Service of Process | 324.00 |
| 2/18/08 - Hydra Skiptrace | 45.00 |
| Total Amount This Invoice | $369.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

　　　Account No. 1001167899
　　　Our File No. 14787
　　　Status – Foreclosure
　　　Type of Billing – Complaint
　　　Referral Date 1/5/2008

　　　Invoice Number 112541

Tax ID # 59-2885854

_____

　　　　Professional services:


2/28/08   Flat fee for foreclosure lawsuit – first half.　　　600.00

_____

　　　　Professional Costs:

　　　　　　　　　　　　　　　　　　　　　　　　275.00
2/27/08- Foreclosure Title Search　　　　　　　263.00
2/28/08- Court Filing Fee　　　　　　　　　　　　4.00
2/28/08 - Instrument Recording Fee
2/29/08- Service of Process　　　　　　　　　　322.00

　　　Total Amount This Invoice　　　　　　　　$1,464.00

　　　Total Current Charges　　　　　　　　　　$1,464.00

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001568277
    Our File No. 10051

    Status - Foreclosure
    Invoice Number  112540

Tax ID # 59-2885854

        Professional Costs:


| | |
|---|---|
| 2/5/08- Service of Process | 75.00 |
| Total Amount This Invoice | $75.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

　　　Account No. 1001307750
　　　Our File No. 12214
　　　Status - Foreclosure

　　　Invoice Number  112539

Tax ID # 59-2885854

────────────────────────────────────────

　　　Professional Costs:

| | |
|---|---|
| 2/21/08- Instrument Recording Fee | 27.50 |
| 2/21/08 - Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $32.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

    Account No. 1001189052
    Our File No. 12850
    Status - Foreclosure
    Referral Date 11/20/2007

    Invoice Number 112632

Tax ID # 59-2885854

Professional services:

| Date | Description | Hrs/Rate | |
|---|---|---|---|
| 2/4/08 | Work on assignment of mortgage issue (.3); correspondence to client (.6); draft a motion for protective order concerning the defendant's first set of interrogatories (1.3). (PEL) | 2.20 150.00/hr | 330.00 |
| 2/7/08 | Received and reviewed Motion to Dismiss (.3); communication with client (.2). (PEL) | 0.50 150.00/hr | 75.00 |
| 2/15/08 | Receive, review and analyze Qualified Written Request (1.7); analyze and review file and documents (.5); communicate with client (.3); prepare, draft and file response to Qualified Written Request (.5); schedule and calendar response dates (.3). (PEL) | 3.30 150.00/hr | 495.00 |
| 2/18/08 | Review Michelle Walker's Answer and Affirmative Defenses (.5); Draft correspondence to client (.4). (PEL) | 0.90 150.00/hr | 135.00 |
| 2/19/08 | Legal Research (1); Draft reply to Affirmative Defense (.7). (PEL) | 1.70 150.00/hr | 255.00 |
| 2/20/08 | Draft Plantiff's Request for Production (.7); Plantiff's First set of Interrogatories (.7); Plantiff's First request for Admissions (.7). (PEL) | 2.10 150.00/hr | 315.00 |

|  |  | Hrs/Rate | Page    2 |
|---|---|---|---|
| 2/21/08 | Communication with client. (PEL) | 0.30<br>150.00/hr | 45.00 |
|  | Total Amount This Invoice | 11.00 | $1,650.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001434460
Our File No. 12920
Status - Foreclosure
Referral Date- 11/21/2007

Invoice Number 112922

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---:|
| 2/2/08- Instrument Recording Fee | 26.50 |
| 2/2/08 - Instrument Recording Fee | 13.00 |
| Total Amount This Invoice | $39.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1U01122388
Our File No. 11645
Status - Foreclosure
Referral Date- 10/20/2007

Invoice Number 112534

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/14/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | |
|---|---|
| 2/14/08- Clerk's Sale Fee | 60.00 |
| 2/14/08 - Instrument Recording Fee | 3.50 |
| 2/14/08 - Documentary Stamp Tax | 0.70 |
| 2/14/08 - Publication: Notice of Sale | 161.04 |
| Total Amount This Invoice | $825.24 |
| Total Current Charges | $825.24 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

    Account No. 1001225810
    Our File No. 09157
    Status - Foreclosure

    Invoice Number  112532

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 2/21/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

    Professional Costs:

| | | |
|---|---|---|
| 2/21/08- | Clerk's Sale Fee | 60.00 |
| 2/21/08 - | Publication: Notice of Action | 203.50 |
| 2/21/08 - | Instrument Recording Fee | 4.50 |
| 2/21/08 - | Documentary Stamp Tax | 35.00 |

    Total Amount This Invoice    $903.00

    Total Current Charges    $903.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001034348
Our File No. 11615
Status - Foreclosure

Invoice Number  112531

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/22/08- Instrument Recording Fee | 26.50 |
| 2/22/08 - Hydra Skiptrace | 15.00 |
| Total Amount This Invoice | $41.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1000960265
      Our File No. 12030
      Status - Foreclosure
      Referral Date 10/31/2007

      Invoice Number  112923

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---:|
| 2/21/08- Instrument Recording Fee | 16.50 |
| 2/21/08 - Hydra Skiptrace | 5.00 |
| 3/13/08- Clerk's Filing Fee | 1.00 |
| 3/13/08 - Record Assignment of Mortgage | 18.50 |
| 3/18/08- Clerk's Indexing Fee | 4.00 |
| Total Amount This Invoice | $45.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001059806
      Our File No. 11848
      Status - Foreclosure
      Referral Date 10/25/2007

      Invoice Number  112636

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/1/08   Flat fee to prepare assignment of mortgage. | | 125.00 |
| Total Amount This Invoice | | $125.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001265760
    Our File No. 11813
    Status - Foreclosure
    Invoice Number 112523

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 2/1/08 | Flat fee for title claim / title curative. | 300.00 |
| 2/25/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 2/25/08- | Documentary Stamp Tax | 0.70 |
| 2/25/08- | Publication: Notice of Sale. | 122.93 |
| 2/25/08- | Instrument Recording Fee | 4.50 |
| | Total Amount This Invoice | $1,028.13 |
| | Total Current Charges | $1,028.13 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001565007
    Our File No. 11844
    Status - Foreclosure
    Referral Date 10/25/2007

    Invoice Number  112624

Tax ID # 59-2885854

|  | Professional services: | Hrs/Rate | |
|---|---|---|---|
| 2/1/08 | Receive, review, and analyze defensive pleadings (.5); prepare, draft and file discovery package including Request to Produce, Request for Admissions and Interrogatories (2.5); review and analyze file and documents (.3); communicate with client (.2). (PEL) | 3.50 150.00/hr | 525.00 |
|  | Response to Answer Affirmative Defenses. (PEL) | 3.50 150.00/hr | 525.00 |
| 2/8/08 | Communication with client. (PEL) | 0.30 150.00/hr | 45.00 |
| 2/12/08 | Communications with client. (PEL) | 0.20 150.00/hr | 30.00 |
| 2/15/08 | Communications with client. (PEL) | 0.30 150.00/hr | 45.00 |
| 2/15/08 | Review escrow history. (PEL) | 1.80 150.00/hr | 270.00 |
|  | Total Amount This Invoice | 9.60 | $1,440.00 |

Page    2

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

　　Account No. 1001460591
　　Our File No. 14780
　　Status - Foreclosure
　　Type of Billing - Complaint

　　Invoice Number 112517

Tax ID # 59-2885854

―――――――――――――――――――――――――――――――――――――――

　　Professional services:


| | | |
|---|---|---|
| 2/22/08 | Flat fee to prepare assignment of mortgage. | 125.00 |
| 2/25/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

―――――――――――――――――――――――――――――――――――――――

　　Professional Costs:

| | |
|---|---|
| 2/22/08- Foreclosure Title Search | 275.00 |
| 2/25/08- Court Filing Fee | 259.00 |
| 2/25/08 - Instrument Recording Fee | 3.00 |
| 2/25/08 - Instrument Recording Fee | 17.00 |
| Total Amount This Invoice | $1,279.00 |
| | |
| Total Current Charges | $1,279.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mort. Serv.
      Account No. 1001150193
      Our File No. 09087

      Status - Foreclosure
      Referral Date 7/23/2007

      Invoice Number  112926

Tax ID # 59-2885854

---

        Professional Costs:


 2/1/08- Instrument Recording Fee                        11.00
                                                      _____
        Total Amount This Invoice                      $11.00

---

                 PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                     ****THANK YOU****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001080966
      Our File No. 09085

      Status - Foreclosure

      Invoice Number  112513

Tax ID # 59-2885854

_____

        Professional Costs:


2/14/08- Publication: Notice of Sale.                    107.25

       Total Amount This Invoice                       $107.25
_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

Account No. 1001312428
Our File No. 12207
Status - Foreclosure

Invoice Number 112510

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/7/08- Publication: Notice of Action. | 261.99 |
| Total Amount This Invoice | $261.99 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001454364
    Our File No. 14760
    Status - Foreclosure
    Referral Date 1/4/2008

    Invoice Number  112617

Tax ID # 59-2885854

---

Professional services:

|  |  | Hrs/Rate |  |
|---|---|---|---|
| 2/1/08 | Flat fee to prepare assignment of mortgage. |  | 125.00 |
| 2/4/08 | Flat fee for foreclosure lawsuit - first half. |  | 600.00 |
| 2/29/08 | Flat fee for response to defendant's motion for extension of time. | 1.70 | 250.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 2/1/08- Title Search | | 275.00 |
| 2/4/08- Court Filing Fee | | 261.00 |
| 2/4/08 - Instrument Recording Fee | | 3.00 |
| 2/4/08 - Instrument Recording Fee | | 18.50 |
| 2/7/08- Service of Process | | 195.00 |
| Total Amount This Invoice | 1.70 | $1,727.50 |
| Total Current Charges | | $1,727.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001454756
Our File No. 14638
Status - Foreclosure
Type of Billing - Complaint
Referral Date 1/3/2008

Invoice Number 112500

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 2/19/08 | Flat fee to prepare assignment of mortgage. | 125.00 |
| | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 2/18/08- | Foreclosure Title Search | 275.00 |
| 2/19/08- | Court Filing Fee | 261.00 |
| 2/19/08 - | Instrument Recording Fee | 3.00 |
| 2/25/08- | Service of Process | 200.00 |

Total Amount This Invoice                     $1,464.00

Total Current Charges                         $1,464.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:    American Home Mortgage Servicing
       Account No. 1001223442
       Our File No. 14820
       Status - Foreclosure
       Type of Billing - Complaint
       Referral Date 1/7/2008

       Invoice Number  112491

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 2/22/08 | Flat fee to prepare assignment of mortgage. | 125.00 |
| | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 2/21/08- | Foreclosure Title Search | 340.00 |
| 2/22/08- | Court Filing Fee | 259.00 |
| 3/22/08 - | Instrument Recording Fee | 4.00 |
| 2/29/08- | Service of Process | 222.00 |
| 2/29/08 - | Service of Process | 35.00 |

Total Amount This Invoice         $1,585.00

Total Current Charges             $1,585.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001110887
Our File No. 14818
Status - Foreclosure
Type of Billing - Complaint

Invoice Number  112493

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/26/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/25/08- | Foreclosure Title Search | 395.00 |
| 2/26/08- | Court Filing Fee | 259.00 |
| 2/26/08- | Instrument Recording Fee | 4.00 |
| 2/26/08- | Hydra Skiptrace | 45.00 |
| 2/26/08- | Instrument Recording Fee | 10.50 |
| 2/26/08- | Instrument Recording Fee | 4.00 |
| 2/26/08- | Instrument Recording Fee | 10.50 |
| | Total Amount This Invoice | $1,328.00 |
| | Total Current Charges | $1,328.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

       Account No. 1001145969
       Our File No. 10541

       Invoice Number  112377

Tax ID # 59-2885854

_____

          Professional services:


 2/1/08  Flat fee for title claim/title curative.          300.00
                                                         _____
         Total Amount This Invoice                        $300.00
_____


                  PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001636500
Our File No. 12215
Status - Foreclosure
Invoice Number  112793

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 2/6/08 | Flat fee to prepare assignment of mortgage. | 125.00 |
| 2/29/08 | Flat fee to reset sale. | 350.00 |
| | Total Amount This Invoice | $475.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

    Account No. 1001646369
    Our File No. 12465
    Status - Foreclosure
    Referral Date 11/10/2007

    Invoice Number  112373

Tax ID # 59-2885854

    Professional Costs:

| | |
|---|---|
| 2/22/08- Attorney Ad Litem Cost | 500.00 |
| Total Amount This Invoice | $500.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001654736
Our File No. 13324
Status - Foreclosure

Invoice Number  112369

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 2/22/08- Instrument Recording Fee | 18.50 |
| 2/22/08 - Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $23.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001111046
Our File No. 14815
Status – Foreclosure
Referral Date 1/7/2008

Invoice Number  112368

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/29/08- Foreclosure Title Search | 275.00 |
| Total Amount This Invoice | $275.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001261697
    Our File No. 14766
    Status - Foreclosure

    Invoice Number  112367

Tax ID # 59-2885854

---

    Professional services:

| | |
|---|---:|
| 2/19/08  Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

    Professional Costs:

| | |
|---|---:|
| 2/18/08- Foreclosure Title Search | 275.00 |
| 2/19/08- Court Filing Fee | 267.00 |
| 2/19/08 - Instrument Recording Fee | 7.00 |
| 2/19/08 - Hydra Skiptrace | 45.00 |
| 2/19/08 - Instrument Recording Fee | 17.00 |
| Total Amount This Invoice | $1,211.00 |
| Total Current Charges | $1,211.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001269921
      Our File No. 10293


      Invoice Number  112362

Tax ID # 59-2885854
_____

        Professional Costs:


2/14/08- Publication: Notice of Sale.              153.32
2/28/08- Documentary Stamp Tax                     988.40
                                                 _____
        Total Amount This Invoice              $1,141.72
_____


                  PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                     *****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001481742
      Our File No. 10057

      Status - Foreclosure
      Invoice Number  112356

Tax ID # 59-2885854

---

      Professional services:

| | | |
|---|---|---|
| 2/5/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

      Professional Costs:

| | | |
|---|---|---|
| 2/6/08- | Instrument Recording Fee | 4.50 |
| 2/6/08 - | Documentary Stamp Tax | 0.70 |
| | Total Amount This Invoice | $605.20 |
| | Total Current Charges | $605.20 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001311294
Our File No. 12886
Status – Foreclosure
Referral Date 11/21/2007

Invoice Number  112354

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/26/08- Instrument Recording Fee | 18.50 |
| 2/26/08 - Hydra Skiptrace | 15.00 |
| Total Amount This Invoice | $33.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001592732
Our File No. 11847
Status – Foreclosure
Referral Date 10/25/2007

Invoice Number  112639

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 2/25/08– Instrument Recording Fee | 28.50 |
| Total Amount This Invoice | $28.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

Account No. 1000593765
Our File No. 14555
Status - Foreclosure
Referral Date 1/2/2008

Invoice Number  112352

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 2/29/08- Foreclosure Title Search | 275.00 |
| Total Amount This Invoice | $275.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001270287
Our File No. 11016
Address – 2420 Orsota Circle, Ocoee, FL, 34761
Status – Foreclosure

Invoice Number  112349

Tax ID # 59-2885854

---

Professional Costs:

2/29/08- Clerk's Sale Fee                                    60.00

Total Amount This Invoice                   $60.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001308868
      Our File No. 12468
      Status - Foreclosure
      Referral Date 11/10/2007

      Invoice Number  112347

Tax ID # 59-2885854

---

         Professional Costs:


2/27/08- Instrument Recording Fee                    25.50
2/27/08 - Hydra Skiptrace                             5.00
2/27/08 - Instrument Recording Fee                    3.00
                                                   ----------
        Total Amount This Invoice               $33.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001572272
Our File No. 10554

Status - Foreclosure

Invoice Number  112344

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/29/08- Clerk's Sale Fee | 60.00 |
| Total Amount This Invoice | $60.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1000881078
Our File No. 13421
Status - Foreclosure
Referral Date 12/6/2007

Invoice Number 112613

Tax ID # 59-2885854

---

Professional services:

| | Hrs/Rate | |
|---|---|---|
| 2/13/08 Received and reviewed Defendant's Answer (2.5); communication with client (.5). (PEL) | 3.00 150.00/hr | 450.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 2/28/08- Publication of Notice of Action | | 195.00 |
| Total Amount This Invoice | 3.00 | $645.00 |
| Total Current Charges | | $645.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001543791
Our File No. 14900
Status - Foreclosure

Invoice Number  112340

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 2/29/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/28/08- | Foreclosure Title Search | 275.00 |
| 2/29/08- | Court Filing Fee | 255.00 |
| | Total Amount This Invoice | $1,130.00 |
| | Total Current Charges | $1,130.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001402721
Our File No. 14625
Status - Foreclosure
Type of Billing - Complaint
Referral Date 1/2/2008

Invoice Number  112338

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/26/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/25/08- | Foreclosure Title Search | 275.00 |
| 2/26/08- | Court Filing Fee | 257.00 |
| | Total Amount This Invoice | $1,132.00 |
| | Total Current Charges | $1,132.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

    Account No. 1001310179
    Our File No. 10303
    Address - 3047 ABELINE RD, SPRING HILL, FL, 34608
    Status - Foreclosure

    Invoice Number  112337

Tax ID # 59-2885854
_____

    Professional services:


2/19/08   Flat fee for foreclosure lawsuit - second half    600.00
_____

    Professional Costs:

2/19/08- Clerk's Sale Fee    60.00
2/19/08 - Court Filing Fee    50.00
2/19/08 - Instrument Recording Fee    23.50
2/19/08- Publication: Notice of Sale.    61.04

    Total Amount This Invoice    $794.54


    Total Current Charges    $794.54


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063


RE:  American Home Mortgage Servicing,

   Account No. 1001450232
   Our File No. 14585
   Status – Foreclosure
   Type of Billing – Complaint

   Invoice Number  112329

Tax ID # 59-2885854

---

   Professional services:


2/22/08  Flat fee for foreclosure lawsuit – first half.          600.00

   Flat fee to prepare assignment of mortgage.          125.00

---

   Professional Costs:

2/21/08– Foreclosure Title Search                                340.00
2/22/08– Court filing fee                                        150.00
2/22/08 – Instrument Recording Fee                                 4.00
2/22/08 – Court Filing Fee                                       256.00

   Total Amount This Invoice                               $1,475.00


   Total Current Charges                                   $1,475.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001284429
    Our File No. 14559
    Status - Foreclosure
    Invoice Number  112328

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 2/19/08 | Flat fee to prepare assignment of mortgage. | 125.00 |
| | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 2/18/08- | Foreclosure Title Search | 275.00 |
| 2/19/08- | Court Filing Fee | 255.00 |
| 2/19/08 - | Instrument Recording Fee | 2.00 |
| 2/19/08 - | Instrument Recording Fee | 9.00 |
| 2/19/08 - | Hydra Skiptrace | 45.00 |
| 2/22/08- | Service of Process | 189.00 |

Total Amount This Invoice     $1,500.00

Total Current Charges     $1,500.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001121628
    Our File No. 10018

    Status – Foreclosure

    Invoice Number  112325

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---:|
| 2/21/08 | Flat fee for foreclosure lawsuit – second half | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---:|
| 2/1/08- | Service of Process | 140.00 |
| 2/5/08- | Publication: Notice of Sale. | 65.18 |
| 2/12/08- | Clerk's Sale Fee | 60.00 |
| 2/18/08- | Instrument Recording Fee | 3.50 |
| 2/18/08- | Documentary Stamp Tax | 0.70 |
| 2/21/08- | Publication: Notice of Sale. | 65.18 |
| | Total Amount This Invoice | $934.56 |
| | Total Current Charges | $934.56 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001795423
   Our File No. 15688
   Status — Answer
   Referral Date- 1/25/2008

   Invoice Number  112324

Tax ID # 59-2885854

   Professional services:


| | | |
|---|---|---|
| 2/4/08 | Flat fee to answer foreclosure/monitor. | 200.00 |

   Professional Costs:

| | | |
|---|---|---|
| 2/2/08- Foreclosure Title Search | | 150.00 |
| Total Amount This Invoice | | $350.00 |
| Total Current Charges | | $350.00 |


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001816605
Our File No. 15687
Status - Answer
Invoice Number  112323

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/4/08 | Flat fee to answer foreclosure/monitor. | 200.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/2/08- | Foreclosure Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001233331
    Our File No. 14786
    Status – Foreclosure
    Type of Billing – Complaint

    Invoice Number 112320

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 2/25/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

    Professional Costs:

| | | |
|---|---|---|
| 2/22/08- | Foreclosure Title Search | 275.00 |
| 2/25/08- | Court Filing Fee | 257.00 |
| 2/25/08- | Instrument Recording Fee | 2.00 |
| 2/25/08- | Hydra Skiptrace | 45.00 |
| 2/25/08- | Instrument Recording Fee | 9.00 |
| | Total Amount This Invoice | $1,188.00 |
| | Total Current Charges | $1,188.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001506548
      Our File No. 14648
      Status - Foreclosure
      Type of Billing - Complaint

      Invoice Number  112315

Tax ID # 59-2885854

---

         Professional services:

2/26/08  Flat fee for foreclosure lawsuit - first half.          600.00

---

         Professional Costs:

2/25/08- Foreclosure Title Search                                275.00
2/26/08- Court Filing Fee                                        255.00
2/26/08 - Instrument Recording Fee                                 1.00
2/26/08 - Instrument Recording Fee                                17.00
                                                             _____
         Total Amount This Invoice                           $1,148.00


         Total Current Charges                                $1,148.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001263440
Our File No. 10768

Status - Foreclosure

Invoice Number  112924

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/1/08- Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $5.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001474875
Our File No. 12955
Status - Foreclosure
Invoice Number  112306

Tax ID # 59-2885854

_____

            Professional Costs:


2/25/08- Instrument Recording Fee                          2.00
                                                        _____
         Total Amount This Invoice                        $2.00
_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001071984
Our File No. 14856
Status - Foreclosure

Invoice Number  112304

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 2/29/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 2/28/08- | Foreclosure Title Search | 275.00 |
| 2/29/08- | Court Filing Fee | 259.00 |
| 2/29/08 - | Instrument Recording Fee | 4.00 |

Total Amount This Invoice                          $1,138.00

Total Current Charges                             $1,138.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001164348
    Our File No. 14764
    Status – Foreclosure
    Type of Billing – Complaint

    Invoice Number  112300

Tax ID # 59-2885854

---

    Professional services:

| Date | Description | Amount |
|------|-------------|--------|
| 2/25/08 | Flat fee for foreclosure lawsuit – first half. | 600.00 |

---

    Professional Costs:

| Date | Description | Amount |
|------|-------------|--------|
| 2/22/08– | Foreclosure Title Search | 340.00 |
| 2/25/08– | Court Filing Fee | 257.00 |
| 2/25/08 – | Instrument Recording Fee | 3.00 |
| | Total Amount This Invoice | $1,200.00 |
| | Total Current Charges | $1,200.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

    Account No. 1001401925
    Our File No. 14784
    Status – Foreclosure
    Type of Billing – Complaint
    Referral Date 1/5/2008

    Invoice Number  112280

Tax ID # 59-2885854

---

    Professional services:

2/26/08   Flat fee for foreclosure lawsuit – first half.          600.00

---

    Professional Costs:

| | |
|---|---:|
| 2/25/08– Foreclosure Title Search | 275.00 |
| 2/26/08– Court Filing Fee | 255.00 |
| 2/26/08 – Instrument Recording Fee | 1.00 |
| 2/26/08 – Instrument Recording Fee | 9.00 |
| Total Amount This Invoice | $1,140.00 |
| Total Current Charges | $1,140.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing ..

    Account No. 1001401941
    Our File No. 14620
    Status - Foreclosure
    Type of Billing - Complaint
    Referral Date 1/2/2008

    Invoice Number  112281

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 2/19/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 2/20/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 2/18/08- | Foreclosure Title Search | 275.00 |
| 2/19/08- | Court Filing Fee | 255.00 |
| 2/19/08 - | Instrument Recording Fee | 1.00 |
| 2/19/08 - | Instrument Recording Fee | 9.00 |
| 2/19/08 - | Service of Process | 100.00 |

    Total Amount This Invoice        $1,365.00

    Total Current Charges           $1,365.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001254991
Our File No. 14655
Status - Foreclosure
Referral Date 1/3/2008

Invoice Number  112282

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 2/19/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 2/18/08- | Foreclosure Title Search | 275.00 |
| 2/19/08- | Court Filing Fee | 263.00 |
| 2/19/08 - | Instrument Recording Fee | 4.00 |
| 2/27/08- | Service of Process | 553.00 |
| | Total Amount This Invoice | $1,820.00 |
| | Total Current Charges | $1,820.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001479438
Our File No. 12956
Status - Foreclosure

Invoice Number  112283

Tax ID # 59-2885854

Professional Costs:

2/19/08- Publication: Notice of Sale.                   130.00

Total Amount This Invoice                   $130.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
****THANK YOU****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001685417
Our File No. 10707

Invoice Number  112284

Tax ID # 59-2885854

Professional services:

| Date | Description | Amount |
|------|-------------|--------|
| 2/13/08 | Flat fee for foreclosure lawsuit up to transfer of file to Regions. | 600.00 |
| | Total Amount This Invoice | $600.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing.
      Account No. 1001375493
      Our File No. 11663
      Status - Foreclosure
      Referral Date 10/22/2007

      Invoice Number 112643

Tax ID # 59-2885854

---

        Professional services:


2/1/08  Flat fee to prepare assignment of mortgage.          125.00

        Total Amount This Invoice                          $125.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001538846
Our File No. 13322
Status - Foreclosure

Invoice Number  112286

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 2/22/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 2/1/08- | Service of Process | 20.00 |
| 2/22/08- | Instrument Recording Fee | 25.50 |

Total Amount This Invoice  $170.50

Total Current Charges  $170.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001022859
Our File No. 09057
Status – Foreclosure

Invoice Number  112288

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 2/28/08 | Flat fee for foreclosure lawsuit – second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 2/14/08- | Publication: Notice of Sale. | 262.00 |
| 2/22/08- | Clerk's Sale Fee | 60.00 |
| 2/27/08- | Instrument Recording Fee | 4.50 |
| 2/27/08 - | Documentary Stamp Tax | 0.70 |
| | Total Amount This Invoice | $927.20 |
| | Total Current Charges | $927.20 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

　　　Account No. 1001121445
　　　Our File No. 14721
　　　Status - Foreclosure

　　　Invoice Number  112291

Tax ID # 59-2885854

_____

　　　Professional Costs:


2/29/08- Foreclosure Title Search                      275.00
                                                     _____
　　　　Total Amount This Invoice                    $275.00
_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001032259
Our File No. 14717
Status - Foreclosure
Invoice Number 112294

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/29/08- Foreclosure Title Search | 275.00 |
| Total Amount This Invoice | $275.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

     Account No. 1001036818
     Our File No. 14854
     Status – Foreclosure

     Invoice Number  112296

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---:|
| 2/29/08 | Flat fee for foreclosure lawsuit – first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---:|
| 2/28/08– | Foreclosure Title Search | 275.00 |
| 2/29/08– | Court Filing Fee | 261.00 |
| 2/29/08 – | Instrument Recording Fee | 5.00 |
| 2/29/08 – | Hydra Skiptrace | 45.00 |
| 2/29/08 – | Court Filing Fee | 255.00 |
| | Total Amount This Invoice | $1,441.00 |
| | Total Current Charges | $1,441.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,
     Account No. 1001559114
     Our File No. 15296
     Status - Foreclosure
     Referral Date- 1/16/2008

     Invoice Number  112297

Tax ID # 59-2885854

---

Professional services:

2/4/08   Flat fee to answer foreclosure/monitor.                200.00

---

Professional Costs:

2/2/08-  Foreclosure Title Search                               150.00

         Total Amount This Invoice                             $350.00

         Total Current Charges                                 $350.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

## DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
#### 9204 KING PALM DRIVE
#### TAMPA FL 33619-1328
#### 813/915-8660

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001413069
    Our File No. 12935
    Status - Foreclosure
    Referral Date 11/23/2007

    Invoice Number  112298

Tax ID # 59-2885854

        Professional services:

2/14/08  Flat fee to prepare assignment of mortgage.        125.00

        Professional Costs:

2/21/08- Instrument Recording Fee                            19.50
2/22/08- Instrument Recording Fee                             4.50

        Total Amount This Invoice                         $149.00


        Total Current Charges                             $149.00


            PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                 *****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing.

Account No. 1001544233
Our File No. 14631
Status -
Referral Date- 1/3/2008

Invoice Number 112692

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 2/18/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 2/15/08- | Title Search | 275.00 |
| 2/18/08- | Court Filing Fee | 255.00 |
| 2/18/08 - | Recording Fee | 1.00 |
| | Total Amount This Invoice | $1,131.00 |
| | Total Current Charges | $1,131.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001757559
Our File No. 14785
Status - Foreclosure
Referral Date 1/5/2008

Invoice Number  112691

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/29/08- Title Search | 275.00 |
| Total Amount This Invoice | $275.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001344285
Our File No. 14563
Status - Foreclosure
Type of Billing - Complaint
Referral Date 1/2/2008

Invoice Number 112688

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/1/08- Service of Process | 499.00 |
| 2/12/08- Service of Process | 48.00 |
| 2/25/08- Title Search | 275.00 |
| Total Amount This Invoice | $822.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001277930
    Our File No. 12814
    Status - Foreclosure
    Referral Date 11/20/2007
    Invoice Number  112611

Tax ID # 59-2885854

Professional services:

| | | Hrs/Rate | |
|---|---|---|---|
| 2/12/08 | Communications with client. (PEL) | 0.20 150.00/hr | 30.00 |

Professional Costs:

| | | | |
|---|---|---|---|
| 2/13/08- | Instrument Recording Fee | | 30.50 |
| 2/28/08- | Publication of NOA | | 122.50 |
| | Total Amount This Invoice | 0.20 | $183.00 |
| | Total Current Charges | | $183.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE: American Home Mortgage Servicing

     Account No. 1001124186
     Our File No. 14858
     Status - Foreclosure
     Referral Date 1/8/2008

     Invoice Number  112687

Tax ID # 59-2885854

     Professional services:

| | |
|---|---|
| 2/29/08  Flat fee for foreclosure lawsuit - first half. | 600.00 |

     Professional Costs:

| | |
|---|---|
| 2/28/08- Title Search | 275.00 |
| 2/29/08- Court Filing Fee | 261.00 |
| 2/29/08 - Recording Fee | 3.00 |
| Total Amount This Invoice | $1,139.00 |
| Total Current Charges | $1,139.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001061233
    Our File No. 10542

    Status – Foreclosure
    Referral Date 9/14/2007

    Invoice Number  112686

Tax ID # 59-2885854

    Professional Costs:

| | |
|---|---|
| 2/28/08– Publication of NOA | 162.60 |
| Total Amount This Invoice | $162.60 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001639573
      Our File No. 10550

      Status - Foreclosure
      Referral Date- 9/15/2007

      Invoice Number  112685

Tax ID # 59-2885854

_____

        Professional Costs:


2/15/08- Instrument Recording Fee                13.00
                                               _____
        Total Amount This Invoice              $13.00
_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001087345
      Our File No. 14557
      Status - Foreclosure
      Referral Date 1/2/2008

      Invoice Number  112684

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 2/1/08  Flat fee to prepare assignment of mortgage. | | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 2/12/08- Service of process | | 100.00 |
| 2/21/08- Court Filing Fee | | 1.00 |
| 2/21/08 - Instrument Recording Fee | | 18.50 |
| Total Amount This Invoice | | $244.50 |
| Total Current Charges | | $244.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

Avelo Mortgage
Attn: Mary Birdseye
Via Fax 972-653-6357

RE:  American Home Mortgage Servicing

     Account No. 1000683117
     Our File No. 10110
     Status — Foreclosure
     Referral Date 8/31/2007

     Invoice Number  112683

Tax ID # 59-2885854

     Professional services:


| | | |
|---|---|---:|
| 2/25/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

     Professional Costs:

| | | |
|---|---|---:|
| 2/25/08- | Instrument Recording Fee | 23.50 |
| | Total Amount This Invoice | $623.50 |
| | Total Current Charges | $623.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

Account No. 1001215759
Our File No. 12466
Status - Foreclosure
Referral Date 11/10/2007

Invoice Number  112682

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---:|
| 2/19/08- Instrument Recording Fee | 26.50 |
| 2/19/08 - Hydra Skiptrace | 10.00 |
| Total Amount This Invoice | $36.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001563383
Our File No. 14906
Status - Foreclosure
Referral Date 1/8/2008
Invoice Number  112680

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/29/08- Title Search | 275.00 |
| Total Amount This Invoice | $275.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001134249
Our File No. 12862
Status - Foreclosure
Referral Date 11/20/2007

Invoice Number  112679

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 2/1/08- Service of Process | 82.00 |
| Total Amount This Invoice | $82.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1000884698
Our File No. 13361
Status - Foreclosure
Referral Date 12/6/2007

Invoice Number  112678

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 2/20/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 2/1/08- | Hydra Skiptrace | 45.00 |
| 2/1/08 - | Service of Process | 70.00 |
| 2/21/08- | Instrument Recording Fee | 21.50 |
| 2/21/08- | Hydra Skiptrace | 15.00 |
| 2/22/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $295.00 |
| | Total Current Charges | $295.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001134295
    Our File No. 14653
    Status – Foreclosure
    Type of Billing – Complaint
    Referral Date 1/3/2008

    Invoice Number 112677

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/19/08 | Flat fee for foreclosure lawsuit – first half. | 600.00 |
| 2/22/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/18/08– | Title Search | 340.00 |
| 2/19/08– | Court Filing Fee | 256.00 |
| 2/19/08 – | Recording Fee | 1.00 |
| 2/22/08– | Instrument Recording Fee | 18.50 |
| 2/29/08– | Service of Process | 100.00 |

| | |
|---|---|
| Total Amount This Invoice | $1,440.50 |
| Total Current Charges | $1,440.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001009991
Our File No. 14325
Status - Foreclosure
Referral Date 12/24/2007

Invoice Number  112676

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 2/5/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 2/1/08- | Service of Process | 100.00 |
| 2/5/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $243.50 |
| | Total Current Charges | $243.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001631478
Our File No. 10294

Status - Foreclosure
Referral Date 9/6/2007

Invoice Number  112674

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/21/08- Instrument Recording Fee | 10.50 |
| Total Amount This Invoice | $10.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

    Account No. 1000950573
    Our File No. 12033
    Status - Foreclosure
    Referral Date 10/31/2007

    Invoice Number  112669

Tax ID # 59-2885854

_____

    Professional services:


2/21/08  Flat fee to prepare assignment of mortgage.    125.00

_____

    Professional Costs:

2/7/08- Publication of Notice of Action    304.83
2/21/08- Clerk's Filing Fee    1.00
2/21/08 - Record Assignment of Mortgage    18.50
                                         _____

    Total Amount This Invoice    $449.33


    Total Current Charges    $449.33

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing,

    Account No. 1001494028
    Our File No. 14859
    Status – Foreclosure
    Referral Date 1/8/2008

    Invoice Number  112668

Tax ID # 59-2885854

---

    Professional Costs:

| | |
|---|---|
| 2/29/08– Title Search | 275.00 |
| Total Amount This Invoice | $275.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001343985
    Our File No. 13362
    Status - Foreclosure

    Invoice Number 112533

Tax ID # 59-2885854

      Professional Costs:

| | |
|---|---:|
| 2/22/08- Instrument Recording Fee | 25.50 |
| Total Amount This Invoice | $25.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001517500
Our File No. 11760
Status - Foreclosure

Invoice Number  112530

Tax ID # 59-2885854

Professional services:

| | |
|---|---|
| 2/19/08- Publication of Notice of Action | 139.30 |
| 2/25/08- Instrument Recording Fee | 17.50 |
| 2/25/08 - Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $161.80 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001262948
    Our File No. 13323
    Status - Foreclosure

    Invoice Number 112527

Tax ID # 59-2885854

---

    Professional services:

2/22/08  Flat fee to prepare assignment of mortgage.          125.00

---

    Professional Costs:

| | |
|---|---|
| 2/2/08- Instrument Recording Fee | 25.50 |
| 2/2/08- Hydra Skiptrace | 10.00 |
| 2/12/08- Hydra Skiptrace | 5.00 |
| 2/22/08- Instrument Recording Fee | 18.50 |

    Total Amount This Invoice          $184.00

    Total Current Charges          $184.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001751630
    Our File No. 13511
    Status - Foreclosure
    Referral Date 12/10/2007

    Invoice Number  112526

Tax ID # 59-2885854

    Professional services:

| Date | Description | Amount |
|---|---|---|
| 2/21/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

    Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 2/12/08- | Service of process | 70.00 |
| 2/14/08- | Service of Process | 60.00 |
| 2/21/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $273.50 |
| | Total Current Charges | $273.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001330175
Our File No. 12880
Status - Foreclosure
Invoice Number 112925

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 2/7/08- Publication of Notice of Action | 39.19 |
| 2/21/08- Instrument Recording Fee | 26.50 |
| 2/22/08- Hydra Skiptrace | 45.00 |
| Total Amount This Invoice | $110.69 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001087386
Our File No. 11008

Status – Foreclosure
Invoice Number  112522

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 2/22/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 2/5/08- | Sale Fee | 60.00 |
| 2/7/08- | Publication of Notice of Action | 347.53 |
| 2/12/08- | Publication of Notice of Sale | 306.40 |
| 2/13/08- | Instrument Recording Fee | 5.20 |
| | Total Amount This Invoice | $1,319.13 |
| | Total Current Charges | $1,319.13 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1000962736
    Our File No. 15297
    Status - Answer / Monitor
    Invoice Number  112521

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/1/08 | Flat fee to answer foreclosure/monitor. | 200.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/2/08- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001406882
Our File No. 09130
Status - Foreclosure
Referral Date 7/24/2007

Invoice Number  112520

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 2/26/08 | Flat fee for title claim/title curative. | 300.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 2/21/08- | Attorney Ad Litem | 585.00 |
| | Total Amount This Invoice | $885.00 |
| | Total Current Charges | $885.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001023979
      Our File No. 10216

      Status - Foreclosure
      Referral Date 9/4/2007

      Invoice Number  112516

Tax ID # 59-2885854

_____

          Professional services:


2/22/08   Flat fee for foreclosure lawsuit - second half          600.00

_____

          Professional Costs:

2/14/08- Sale Fee                                                   60.00
2/20/08- Instrument Recording Fee                                    5.20
2/20/08- Publication of Notice of Sale                             511.32

          Total Amount This Invoice                             $1,176.52
                                                           _____

          Total Current Charges                                $1,176.52
                                                           ==============

_____

                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                       *****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001023934
Our File No. 10215

Status - Foreclosure
Referral Date 9/4/2007

Invoice Number 112514

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/26/08- Publication of Notice of Sale | 115.00 |
| 2/29/08- Sale Fee | 60.00 |
| Total Amount This Invoice | $175.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing.

Account No. 1001240936
Our File No. 11676
Status - Foreclosure
Invoice Number 112512

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/29/08- Sale Fee | 60.00 |
| Total Amount This Invoice | $60.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001257092
Our File No. 09125
Status - Foreclosure

Invoice Number  112511

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/21/08- Instrument Recording Fee | 29.50 |
| 2/29/08- Sale Fee | 60.00 |
| Total Amount This Invoice | $89.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001178651
     Our File No. 09139
     Status - Foreclosure
     Referral Date 7/24/2007

     Invoice Number  112927

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/20/08- Court Filing Fee | 1.00 |
| 2/22/08- Instrument Recording Fee | 22.50 |
| Total Amount This Invoice | $23.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

     Account No. 1001352483
     Our File No. 12874
     Status - Foreclosure

     Invoice Number  112508

Tax ID # 59-2885854

_____

        Professional Costs:


2/19/08- Instrument Recording Fee                       25.50
2/19/08 - Hydra Skiptrace                                5.00
                                                        _____
        Total Amount This Invoice                       $30.50
_____

                PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                *****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001436416
Our File No. 11757
Status - Foreclosure
Invoice Number  112505

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---:|
| 2/2/08- Instrument Recording Fee | 28.50 |
| 2/2/08 - Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $33.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001394709
      Our File No. 15941
      Status - Foreclosure

      Invoice Number  112928

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 2/18/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 2/15/08- | Title Search | 275.00 |
| 2/18/08- | Instrument Recording Fee | 23.50 |
| | Total Amount This Invoice | $898.50 |
| | Total Current Charges | $898.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001291216
Our File No. 11812
Status - Foreclosure
Referral Date 10/24/2007

Invoice Number 112502

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 2/1/08 | Flat fee for title claim / title curative. | 300.00 |
| 2/22/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 2/14/08- | Sale Fee | 60.00 |
| 2/20/08- | Instrument Recording Fee | 4.20 |
| 2/21/08- | Publication of Notice of Sale | 120.00 |
| | Total Amount This Invoice | $1,084.20 |
| | Total Current Charges | $1,084.20 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

Account No. 1001661011
Our File No. 13494
Status - Foreclosure

Invoice Number 112499

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/1/08- Court filing fee | 2.00 |
| Total Amount This Invoice | $2.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1001408850
    Our File No. 09134
    Status - Foreclosure

    Invoice Number  112498

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 2/15/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 2/6/08- | Publication of Notice of Sale | 138.75 |
| 2/6/08 - | Sale Fee | 60.00 |
| 2/14/08- | Instrument Recording Fee | 5.50 |
| 2/14/08 - | Instrument Recording Fee | 882.00 |

Total Amount This Invoice      $1,686.25

Total Current Charges      $1,686.25

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001380652
Our File No. 12866
Status - Foreclosure
Referral Date 11/20/2007

Invoice Number  112497

Tax ID # 59-2885854

---

Professional Costs:


2/6/08- Publication of Notice of Action                    132.50

Total Amount This Invoice                  $132.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001659583
Our File No. 11017

Status - Foreclosure
Referral Date 9/28/2007

Invoice Number 112496

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/25/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/12/08- | Publication of Notice of Sale | 105.00 |
| 2/19/08- | Sale Fee | 60.00 |
| 2/25/08- | Instrument Recording Fee | 5.20 |
| | Total Amount This Invoice | $770.20 |
| | Total Current Charges | $770.20 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001053032
    Our File No. 10115

    Status - Foreclosure
    Invoice Number  112495

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 2/28/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 2/12/08- | Publication of Notice of Sale | 86.18 |
| 2/21/08- | Sale Fee | 60.00 |
| 2/27/08- | Instrument Recording Fee | 0.70 |
| 2/28/08- | Instrument Recording Fee | 15.00 |
| | Total Amount This Invoice | $761.88 |
| | Total Current Charges | $761.88 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001409790
Our File No. 14761
Status – Foreclosure
Invoice Number  112494

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/7/08– Service of Process | 168.00 |
| 2/19/08– Hydra Skiptrace | 45.00 |
| 2/26/08– Service of Process | 25.00 |
| Total Amount This Invoice | $238.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001604065
Our File No. 12937
Status - Foreclosure
Referral Date 11/23/2007

Invoice Number  112488

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/7/08- Publication of Notice of Action | 152.00 |
| Total Amount This Invoice | $152.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001640316
    Our File No. 12924
    Status - Foreclosure
    Referral Date 11/21/2007

    Invoice Number  112487

Tax ID # 59-2885854

        Professional Costs:


 2/7/08- Publication of Notice of Action                    144.00

        Total Amount This Invoice                          $144.00


                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                        *****THANK YOU*****
sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001110608
    Our File No. 11650
    Status - Foreclosure

    Invoice Number  112486

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 2/15/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

    Professional Costs:

| | | |
|---|---|---|
| 2/12/08- | Sale Fee | 60.00 |
| 2/18/08- | Instrument Recording Fee | 5.20 |
| 2/21/08- | Publication of Notice of Sale | 115.00 |
| | Total Amount This Invoice | $780.20 |
| | Total Current Charges | $780.20 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

        Account No. 1001517606
        Our File No. 09126
        Status - Foreclosure

        Invoice Number 112483

Tax ID # 59-2885854

_____

            Professional Costs:


| | |
|---|---:|
| 2/25/08- Instrument Recording Fee | 22.50 |
| 2/25/08- Hydra Skiptrace | 15.00 |
| Total Amount This Invoice | $37.50 |

_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001555159
    Our File No. 09131
    Status – Foreclosure
    Invoice Number  112482

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 2/1/08 | Flat fee for title claim/title curative. | 300.00 |
| 2/28/08 | Flat fee for foreclosure lawsuit – second half | 600.00 |

    Professional Costs:

| | | |
|---|---|---|
| 2/12/08- | Publication of Notice of Sale | 165.00 |
| 2/22/08- | Sale Fee | 60.00 |
| 2/27/08- | Instrument Recording Fee | 5.20 |
| | Total Amount This Invoice | $1,130.20 |
| | Total Current Charges | $1,130.20 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001136608
      Our File No. 13676
      Status - Foreclosure
      Referral Date 12/13/2007

      Invoice Number  112480

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 2/27/08- Instrument Recording Fee | 31.50 |
| Total Amount This Invoice | $31.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
****THANK YOU****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001234452
    Our File No. 10104


    Status - Foreclosure
    Invoice Number  112479

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 2/14/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 2/5/08- | Sale Fee | 60.00 |
| 2/6/08- | Publication of Notice of Sale | 165.00 |
| 2/13/08- | Instrument Recording Fee | 5.20 |
| | Total Amount This Invoice | $830.20 |
| | Total Current Charges | $830.20 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001159522
Our File No. 14326
Status - Foreclosure
Invoice Number 112478

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/21/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/20/08- | Hydra Skiptrace | 45.00 |
| 2/21/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $188.50 |
| | Total Current Charges | $188.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001364051
Our File No. 13598
Status – Foreclosure
Referral Date 12/11/2007

Invoice Number  112477

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---:|
| 2/5/08– Court filing fee | 3.00 |
| 2/5/08 – Instrument Recording Fee | 18.50 |
| 2/27/08– Hydra Skiptrace | 45.00 |
| Total Amount This Invoice | $66.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001365401
Our File No. 14561
Status - Foreclosure
Referral Date 1/2/2008

Invoice Number  112476

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/1/08- Service of Process | 164.00 |
| Total Amount This Invoice | $164.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001360047
      Our File No. 14758
      Status - Foreclosure
      Referral Date 1/4/2008

      Invoice Number  112475

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 2/25/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 2/22/08- | Title Search | 275.00 |
| 2/25/08- | Clerk's Filing Fee | 257.00 |
| 2/25/08- | Instrument Recording Fee | 13.00 |
| 2/29/08- | Service of Process | 210.00 |
| | Total Amount This Invoice | $1,355.00 |
| | Total Current Charges | $1,355.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

Account No. 1001035265
Our File No. 11849
Status - Foreclosure

Invoice Number 112474

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/20/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/5/08- | Publication of Notice of Sale | 57.62 |
| 2/12/08- | Sale Fee | 60.00 |
| 2/18/08- | Instrument Recording Fee | 3.50 |
| 2/18/08- | Instrument Recording Fee | 0.70 |
| | Total Amount This Invoice | $721.82 |
| | Total Current Charges | $721.82 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001475331
    Our File No. 11640
    Status - Foreclosure
    Referral Date 10/20/2007

    Invoice Number  112473

Tax ID # 59-2885854

        Professional Costs:

| | |
|---|---|
| 2/21/08- Instrument Recording Fee | 30.50 |
| 2/21/08- Hydra Skiptrace | 10.00 |
| Total Amount This Invoice | $40.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
****THANK YOU****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000870421
Our File No. 10100
Address - 2509 30th Street West, Jacksonville,
FL, 32209

Invoice Number  112472

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/12/08 | Flat fee for title claim/title curative. | 300.00 |
| 2/19/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/7/08- | Publication of Notice of Sale | 229.50 |
| 2/14/08- | Sale Fee | 60.00 |
| 2/19/08- | Court filing fee | 50.00 |
| 2/29/08- | Instrument Recording Fee | 23.50 |

Total Amount This Invoice          $1,263.00

Total Current Charges             $1,263.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage,
      Account No. 1001311759
      Our File No. 16385

      Status - Eviction
      Referral Date 2/12/2008

      Invoice Number 112666

Tax ID # 59-2885854

---

        Professional services:

2/26/08  Flat fee for Writ of Possession after the          350.00
         foreclosure.

---

        Professional Costs:

2/26/08- Writ of Possession                                  70.00

        Total Amount This Invoice                          $420.00

        Total Current Charges                              $420.00

---

            PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                  *****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing
     Peggy
     Account No. 1001122160
     Our File No. 14767
     Status - Foreclosure

     Invoice Number  112470

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 2/26/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 2/25/08- | Title Search | 275.00 |
| 2/26/08- | Clerk's Filing Fee | 259.00 |
| 2/26/08 - | Instrument Recording Fee | 3.00 |
| 2/26/08 - | Instrument Recording Fee | 18.50 |
| 2/27/08- | Service of Process | 210.00 |
| | Total Amount This Invoice | $1,365.50 |
| | Total Current Charges | $1,365.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001364912
      Our File No. 12863
      Status - Foreclosure
      Referral Date 11/20/2007

      Invoice Number  112469

Tax ID # 59-2885854

---

      Professional Costs:


 2/5/08- Publication of Notice of Action                  210.00

        Total Amount This Invoice                        $210.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

   Account No. 1001318612
   Our File No. 10193

   Status — Foreclosure

   Invoice Number  112468

Tax ID # 59-2885854

---

   Professional Costs:

| | |
|---|---|
| 2/27/08- Instrument Recording Fee | 25.50 |
| Total Amount This Invoice | $25.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001384300
Our File No. 14867
Status - Eviction
Referral Date 1/8/2008
Invoice Number 112664

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/4/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/4/08- | Writ of Possession | 95.00 |
| 2/4/08- | Clerk's Filing Fee | 50.00 |
| | Total Amount This Invoice | $495.00 |
| | Total Current Charges | $495.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE: American Home Mortgage Servicing

Account No. 1001109550
Our File No. 09147-EVIC
Status - Eviction

Invoice Number 112465

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/18/08 | Flat fee to prepare and file the eviction after the foreclosure. | 350.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/18/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001166267
Our File No. 09151
Status - Foreclosure
Referral Date 7/24/2007

Invoice Number 112705

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/26/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/12/08- | Publication of Notice of Sale | 107.50 |
| 2/18/08- | Sale Fee | 60.00 |
| 2/25/08- | Instrument Recording Fee | 4.50 |
| 2/25/08- | Documentary Stamps | 0.70 |

Total Amount This Invoice                    $772.70

Total Current Charges                        $772.70

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1001360763
    Our File No. 13360
    Status - Foreclosure

    Invoice Number  112461

Tax ID # 59-2885854

    Professional Costs:

| | |
|---|---|
| 2/9/08- Publication of Notice of Action | 292.82 |
| Total Amount This Invoice | $292.82 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001668679
   Our File No. 14650
   Status - Foreclosure

   Invoice Number 112460

Tax ID # 59-2885854

      Professional Costs:


2/18/08- Service of Process                              224.00

      Total Amount This Invoice                        $224.00


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001653753
Our File No. 10558

Invoice Number  112459

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/21/08- Instrument Recording Fee | 26.50 |
| Total Amount This Invoice | $26.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,
     Account No. 1001314085
     Our File No. 12881
     Status - Foreclosure
     Referral Date 11/21/2007

     Invoice Number  112592

Tax ID # 59-2885854

Professional services:

| | Hrs/Rate | |
|---|---|---|
| 2/13/08  Receive and review Defendant's Answer and Affirmative Defenses (1.2); communications with client (.2); Respond to Answer and Affirmative Defenses (.6). (PEL) | 2.00 150.00/hr | 300.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/7/08- Publication of Notice of Action | | 45.13 |
| 2/21/08- Instrument Recording Fee | | 18.50 |
| 2/21/08 - Hydra Skiptrace | | 5.00 |
| Total Amount This Invoice | 2.00 | $368.63 |
| Total Current Charges | | $368.63 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001476147
Our File No. 12872
Status - Foreclosure
Referral Date 11/21/2007

Invoice Number 112577

Tax ID # 59-2885854

Professional services:

| | | Hrs/Rate | |
|---|---|---|---|
| 2/1/08 | Review Motion to Dismiss (.5); Draft correspondence to client (.3); work on promissory note & assignment issues (1); set Motion to Dismiss Hearing (.2). (PEL) | 2.00 150.00/hr | 300.00 |
| 2/26/08 | Prepare for and attend hearing on Motion to Dismiss. (PEL) | 1.10 150.00/hr | 165.00 |
| 2/27/08 | Draft Order Denying Defendant's Motion to Dismiss (.3); Draft correspondence to opposing counsel and to Judge Schafer (.4). (PEL) | 0.70 150.00/hr | 105.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/11/08- | Instrument Recording Fee | 23.50 |
| 2/11/08 - | Hydra Skiptrace | 5.00 |
| 2/11/08- | Instrument Recording Fee | 13.00 |
| 2/27/08- | Clerk's Filing Fee | 3.00 |

| Total Amount This Invoice | 3.80 | $614.50 |
|---|---|---|

| Total Current Charges | | $614.50 |
|---|---|---|

Page    2

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001171727
      Our File No. 11846
      Status - Foreclosure
      Referral Date 10/25/2007

      Invoice Number  112454

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---:|
| 2/21/08- Instrument Recording Fee | 18.50 |
| Total Amount This Invoice | $18.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001250828
Our File No. 10050
Address - 21 Hamilton Heath Drive, Tampa, FL, 33604
Status - Fcl
Referral Date- 8/29/2007

Invoice Number  112802

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/4/08- Hydra Skiptrace | 45.00 |
| 3/14/08- Sale Fee | 60.00 |
| Total Amount This Invoice | $105.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000891202
Our File No. 12907
Status - Foreclosure
Referral Date 11/21/2007

Invoice Number  112451

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/18/08- Publication of NOA | 78.14 |
| Total Amount This Invoice | $78.14 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001656113
Our File No. 14623
Status - Foreclosure
Type of Billing - Complaint
Referral Date 1/2/2008

Invoice Number  112449

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/21/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/1/08- | Title Search | 340.00 |
| 2/21/08- | Court Filing Fee | 260.00 |
| 2/21/08 - | Recording Fee | 4.00 |
| 2/27/08- | Service of Process | 185.00 |
| | Total Amount This Invoice | $1,389.00 |
| | Total Current Charges | $1,389.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

   Account No. 1001201552
   Our File No. 10211


   Status – Foreclosure
   Referral Date 9/4/2007

   Invoice Number  112447

Tax ID # 59-2885854

      Professional services:


 2/7/08   Flat fee for foreclosure lawsuit – second half          600.00

      Professional Costs:

                                                                    60.00
 2/5/08– Sale Fee                                                    4.50
 2/7/08– Instrument Recording Fee                                1,422.14
 2/11/08– Documentary Stamps

      Total Amount This Invoice                                 $2,086.64

      Total Current Charges                                     $2,086.64


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing.
     Account No. 1001129168
     Our File No. 14816
     Status - Foreclosure
     Referral Date 1/7/2008

     Invoice Number  112445

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/26/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/25/08- | Title Search | 395.00 |
| 2/28/08- | Court Filing Fee | 273.00 |
| 2/28/08- | Hydra Skiptrace | 135.00 |
| 2/28/08- | Instrument Recording Fee | 10.50 |
| 2/29/08- | Recording Fee | 15.00 |
| | Total Amount This Invoice | $1,428.50 |
| | Total Current Charges | $1,428.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000824982
Our File No. 13380
Status - Foreclosure
Referral Date 12/6/2007

Invoice Number 112442

Tax ID # 59-2885854

Professional Costs:

|  |  |
|---|---|
| 2/22/08- Attorney ad Litem | 350.00 |
| 2/29/08- Publication of NOA | 191.25 |
| Total Amount This Invoice | $541.25 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001440436
Our File No. 13519
Status - Foreclosure
Referral Date 12/10/2007

Invoice Number  112440

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/29/08- Title Search | 275.00 |
| Total Amount This Invoice | $275.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001403345
Our File No. 11166

Status – Foreclosure
Referral Date 10/4/2007

Invoice Number 112801

Tax ID # 59-2885854

Professional services:

| | |
|---|---|
| 2/15/08   Flat fee to reset sale. | 350.00 |

Professional Costs:

| | |
|---|---|
| 2/12/08- Publication of NOS | 130.09 |
| 2/28/08- Sale Fee | 60.00 |
| 2/29/08- Court Filing Fee | 50.00 |
| 2/29/08 - Recording fee | 23.50 |
| Total Amount This Invoice | $613.59 |
| Total Current Charges | $613.59 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1000752511
Our File No. 13500
Status - Foreclosure
Referral Date 12/10/2007

Invoice Number 112435

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/25/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/1/08- | Title Search | 395.00 |
| 2/29/08- | Recording Fee | 23.50 |
| | Total Amount This Invoice | $1,018.50 |
| | Total Current Charges | $1,018.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001499576
Our File No. 11647
Status - Foreclosure
Referral Date 10/20/2007

Invoice Number  112431

Tax ID # 59-2885854

_____

Professional Costs:


2/2/08- Instrument Recording Fee                    29.50
2/2/08- Hydra Skiptrace                             10.00
                                                  _____
        Total Amount This Invoice                  $39.50

_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001178186
Our File No. 14711
Status - Foreclosure
Type of Billing - Complaint
Referral Date 1/4/2008

Invoice Number  112430

Tax ID # 59-2885854

Professional services:

| Date | Description | Amount |
|---|---|---|
| 2/25/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 2/28/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 2/22/08- | Title Search | 275.00 |
| 2/25/08- | Court Filing Fee | 259.00 |
| 2/25/08 - | Recording  Fee | 2.00 |
| 2/25/08 - | Instrument Recording Fee | 18.50 |
| 2/29/08- | Instrument Recording Fee | 18.50 |

Total Amount This Invoice    $1,298.00

Total Current Charges    $1,298.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

      Account No. 1000903379
      Our File No. 13358
      Status — Fcl
      Invoice Number  113017

Tax ID # 59-2885854

| | Professional services: | Hours | |
|---|---|---|---|
| 2/18/08 | Review defendant's Motion to Dismiss (0.4); Request Verification of Debt and Qualified Written Request under RESPA (0.2). (PEL) | 0.60 | 90.00 |
| 2/18/08 | Work on assignment of mortgage issue (0.1) (PEL) | 0.10 | 15.00 |
| 2/18/08 | Draft correspondence to client (0.5) (PEL) | 0.50 | 75.00 |
| | Total Amount This Invoice | 1.20 | $180.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE.
*****THANK YOU*****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001357382
Our File No. 11646
Status - Foreclosure
Referral Date 10/20/2007

Invoice Number 112427

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/13/08- Instrument Recording Fee | 36.50 |
| Total Amount This Invoice | $36.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001604178
     Our File No. 15295
     Status - Answer
     Referral Date- 1/16/2008

     Invoice Number  112426

Tax ID # 59-2885854

          Professional services:

2/7/08  Flat fee to answer foreclosure/monitor.                 200.00

          Professional Costs:

2/2/08- Title Search                                            150.00

     Total Amount This Invoice                                $350.00

     Total Current Charges                                    $350.00

                    PAYMENT DUE UPON RECEIPT
       PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                       *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001148079
Our File No. 11845
Status - Foreclosure
Referral Date 10/25/2007

Invoice Number 112423

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/28/08- Publication of NOA 01/06,13/08 | 166.23 |
| Total Amount This Invoice | $166.23 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001281328
Our File No. 14588
Status - Foreclosure
Referral Date 1/2/2008

Invoice Number  112420

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/22/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/1/08- | Title Search | 275.00 |
| 2/5/08- | Service of Process | 25.00 |
| 2/19/08- | Hydra Skiptrace | 45.00 |
| 2/22/08- | Court Filing Fee | 1.00 |
| 2/22/08 - | Instrument Recording Fee | 18.50 |

Total Amount This Invoice       $489.50

Total Current Charges       $489.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000820375
Our File No. 14863
Status – Foreclosure
Referral Date 1/8/2008

Invoice Number 112418

Tax ID # 59-2885854

Professional services:

| | |
|---|---|
| 2/29/08  Flat fee for foreclosure lawsuit – first half. | 600.00 |

Professional Costs:

| | |
|---|---|
| | 275.00 |
| 2/28/08– Title Search | 255.00 |
| 2/29/08– Court Filing Fee | 1.00 |
| 2/29/08 – Recording Fee | 18.50 |
| 2/29/08 – Instrument Recording Fee | 80.00 |
| 2/29/08 – Service of Process | |
| Total Amount This Invoice | $1,229.50 |
| Total Current Charges | $1,229.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1000877184
    Our File No. 14908
    Status - Foreclosure
    Referral Date 1/8/2008

    Invoice Number  112416

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 2/29/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

    Professional Costs:

| | | |
|---|---|---|
| 2/29/08- | Court Filing Fee | 259.00 |
| 2/29/08 - | Recording Fee | 3.00 |
| 2/29/08 - | Instrument Recording Fee | 17.00 |
| | Total Amount This Invoice | $879.00 |
| | Total Current Charges | $879.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1000809048
Our File No. 14635
Status - Foreclosure
Referral Date 1/3/2008

Invoice Number  112415

Tax ID # 59-2885854

---

Professional services:

| | |
|---|---|
| 2/11/08  Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | |
|---|---|
| 2/1/08- Title Search | 275.00 |
| 2/21/08- Court Filing Fee | 1.00 |
| 2/21/08 - Instrument Recording Fee | 18.50 |
| Total Amount This Invoice | $419.50 |
| Total Current Charges | $419.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001590991
      Our File No. 14637
      Status - Foreclosure
      Type of Billing - Complaint
      Referral Date 1/3/2008

      Invoice Number  112413

Tax ID # 59-2885854
_____

         Professional services:


 2/7/08  Flat fee to prepare assignment of mortgage.          125.00
_____

         Professional Costs:
                                                              340.00
 2/1/08- Title Search                                           2.00
 2/7/08- Court Filing Fee                                      18.50
 2/7/08- Instrument Recording Fee                             258.00
 2/27/08- Court Filing Fee                                      5.00
 2/27/08- Recording Fee                                       150.00
 2/27/08- Service of Process
                                                            _____
                                                            $898.50
         Total Amount This Invoice


                                                            _____
                                                            $898.50
         Total Current Charges
                                                            =========
_____

                 PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                  *****THANK YOU*****

 laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

     Account No. 1001169866
     Our File No. 11245

     Status - Foreclosure
     Referral Date 10/8/2007

     Invoice Number 112412

Tax ID # 59-2885854

     Professional Costs:

| | |
|---|---:|
| 2/21/08- Instrument Recording Fee | 27.50 |
| 2/28/08- Attorney Ad Litem Fee | 392.50 |
| Total Amount This Invoice | $420.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001430699
Our File No. 14640
Status - Foreclosure
Referral Date 1/3/2008

Invoice Number  112706

Tax ID # 59-2885854

| | Professional services: | Hrs/Rate | |
|---|---|---|---|
| | | | 125.00 |
| 2/7/08 | Flat fee to prepare assignment of mortgage. | | |
| 2/22/08 | Receive and review Defendant's Answer and Affirmative Defenses (1.5); communications with client (.5). (PEL) | 2.00 150.00/hr | 300.00 |
| 2/26/08 | Litigate the assignment of mortgage issues. (PEL) | 2.30 150.00/hr | 345.00 |
| 2/27/08 | Respond to Answer and Affirmative Defenses. (PEL) | 0.50 150.00/hr | 75.00 |

| | Professional Costs: | | |
|---|---|---|---|
| 2/13/08- | Service of Process | | 20.00 |
| 2/27/08- | Recording of Dismissal | | 1.00 |
| 2/27/08- | Instrument Recording Fee | | 10.00 |
| | Total Amount This Invoice | 4.80 | $876.00 |
| | Total Current Charges | | $876.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage
     Account No. 1001342231
     Our File No. 14688

     Status – Eviction
     Referral Date 1/3/2008

     Invoice Number  112410

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/8/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/8/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing.
      Account No. 1001039502
      Our File No. 14730
      Status - Foreclosure
      Type of Billing - Complaint
      Referral Date 1/4/2008

      Invoice Number  112409

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---:|
| 2/22/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 2/28/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---:|
| 2/21/08- | Title Search | 275.00 |
| 2/22/08- | Court Filing Fee | 267.00 |
| 2/22/08 - | Hydra Skiptrace | 45.00 |
| 2/28/08- | Service of Process | 392.00 |
| 2/28/08 - | Hydra Skiptrace | 45.00 |

| | |
|---|---:|
| Total Amount This Invoice | $1,749.00 |
| Total Current Charges | $1,749.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001107943
Our File No. 14817
Status – Foreclosure
Type of Billing – Complaint
Referral Date 1/7/2008

Invoice Number 112408

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/25/08 | Flat fee for foreclosure lawsuit – first half. | 600.00 |
| 2/28/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/22/08- | Title Search | 275.00 |
| 2/25/08- | Court Filing Fee | 261.00 |
| 2/29/08- | Service of Process | 260.00 |
| | Total Amount This Invoice | $1,521.00 |
| | Total Current Charges | $1,521.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001107271
Our File No. 11642
Status - Foreclosure
Referral Date 10/20/2007

Invoice Number  112407

Tax ID # 59-2885854

Professional services:

| | |
|---|---|
| 2/27/08  Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | |
|---|---|
| 2/20/08- Sale Fee | 60.00 |
| 2/21/08- Publication of Notice of Sale | 161.52 |
| 2/25/08- Instrument Recording Fee | 4.50 |
| 2/25/08 - Documentary Stamps | 0.70 |
| Total Amount This Invoice | $826.72 |
| Total Current Charges | $826.72 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001424963
    Our File No. 09091
    Status - Foreclosure
    Referral Date 7/23/2007

    Invoice Number  112406

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 2/21/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 2/6/08- | Sale Fee | 60.00 |
| 2/15/08- | Instrument Recording Fee | 4.50 |
| 2/15/08- | Documentary Stamps | 0.70 |
| 2/18/08- | Publication of NOS | 90.10 |
| | Total Amount This Invoice | $755.30 |
| | Total Current Charges | $755.30 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001262989
    Our File No. 10766

    Status - Foreclosure
    Referral Date 9/21/2007

    Invoice Number  112405

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 2/26/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

    Professional Costs:

| | | |
|---|---|---|
| 2/1/08- | Court Call | 60.00 |
| 2/18/08- | Sale Fee | 60.00 |
| 2/22/08- | Instrument Recording Fee | 3.50 |
| 2/22/08 - | Documentary Stamps | 0.70 |
| 2/28/08- | Publication of NOS | 147.00 |

    Total Amount This Invoice    $871.20

    Total Current Charges    $871.20

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing.
      Account No. 1000751149
      Our File No. 12212
      Status - Foreclosure
      Referral Date 11/4/2007

      Invoice Number  112404

Tax ID # 59-2885854

_____

      Professional Costs:


2/22/08- Attorney Ad Litem Fee                      475.00
                                                    _____
      Total Amount This Invoice                    $475.00
_____


                PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****
laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1000807184
    Our File No. 13393
    Status - Foreclosure
    Referral Date 12/6/2007

    Invoice Number  112565

Tax ID # 59-2885854

---

    Professional services:

| | | Hrs/Rate | |
|---|---|---|---|
| 2/5/08 | Flat fee for response to defendant's motion for extension of time. (PEL) | 1.70 150.00/hr | 255.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 2/20/08- | Recording Fee | 1.00 |
| 2/20/08 - | Service of Process | 25.00 |
| 2/25/08- | Court Filing Fee | 2.00 |
| 2/25/08- | Recording Fee | 1.00 |
| 2/25/08 - | Service of Process | 32.00 |
| 2/26/08- | Instrument Recording Fee | 28.50 |
| 2/26/08 - | Hydra Skiptrace | 5.00 |
| | Total Amount This Invoice | 1.70    $349.50 |
| | Total Current Charges | $349.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001694836
Our File No. 10048

Status - Foreclosure
Referral Date 8/29/2007

Invoice Number 112401

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/1/08 | Flat fee for title claim/title curative. | 300.00 |
| 2/27/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/20/08- | Sale Fee | 60.00 |
| 2/21/08- | Publication of NOS | 157.50 |
| 2/25/08- | Instrument Recording Fee | 4.50 |
| 2/25/08- | Documentary Stamps | 0.70 |
| | Total Amount This Invoice | $1,122.70 |
| | Total Current Charges | $1,122.70 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001415778
Our File No. 13905
Status - Deed-In-Lieu
Referral Date 12/18/2007

Invoice Number  112402

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/8/08- Title Search | 275.00 |
| Total Amount This Invoice | $275.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001060708
      Our File No. 14089
      Status - Foreclosure
      Referral Date 12/20/2007

      Invoice Number  112399

Tax ID # 59-2885854

     Professional Costs:

| | |
|---|---|
| 2/12/08- Service of Process | 100.00 |
| Total Amount This Invoice | $100.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

  Account No. 1001268054
  Our File No. 12819
  Status - Foreclosure
  Referral Date 11/20/2007

  Invoice Number  112398

Tax ID # 59-2885854

  Professional Costs:

| | |
|---|---|
| 2/18/08- Service of Process | 60.00 |
| 2/18/08 - Publication of NOA | 83.00 |
| Total Amount This Invoice | $143.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001378970
Our File No. 14088
Status — Foreclosure
Referral Date 12/20/2007

Invoice Number  112396

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/21/08- Instrument Recording Fee | 18.50 |
| Total Amount This Invoice | $18.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001692010
     Our File No. 14590
     Status - Foreclosure
     Type of Billing - Complaint
     Referral Date 1/2/2008

     Invoice Number  112395

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 2/27/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 2/26/08- | Hydra Skiptrace | 45.00 |
| 2/26/08 - | Title Search | 275.00 |
| 2/27/08- | Court Filing Fee | 257.00 |
| 2/27/08- | Recording Fee | 2.00 |
| 2/27/08- | Instrument Recording Fee | 17.00 |
| 2/29/08- | Service of Process | 320.00 |
| | Total Amount This Invoice | $1,516.00 |
| | Total Current Charges | $1,516.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001128846
    Our File No. 09040
    Status - Foreclosure
    Referral Date 7/19/2007

    Invoice Number  112800

Tax ID # 59-2885854

---

Professional services:

| | |
|---|---|
| 2/20/08  Flat fee to reset sale. | 350.00 |

---

Professional Costs:

| | |
|---|---|
| 2/12/08- Sale Fee | 60.00 |
| 2/12/08 - Court Filing Fee | 50.00 |
| 2/28/08- Publication of NOS | 80.00 |
| Total Amount This Invoice | $540.00 |
| Total Current Charges | $540.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001033008
Our File No. 10103

Status — Foreclosure
Referral Date 8/30/2007

Invoice Number 112393

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/27/08- Instrument Recording Fee | 24.50 |
| 2/27/08- Recording Fee | 13.00 |
| Total Amount This Invoice | $37.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001596257
   Our File No. 13321
   Status – Foreclosure
   Referral Date 12/5/2007

   Invoice Number  112391

Tax ID # 59-2885854

   Professional Costs:

| | |
|---|---|
| 2/13/08- Hydra Skiptrace | 90.00 |
| 2/28/08- Service of Process | 95.00 |
| Total Amount This Invoice | $185.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001681240
Our File No. 11852
Status - Foreclosure
Referral Date 10/25/2007

Invoice Number  112387

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 2/1/08 | Flat fee for title claim/title curative. | 300.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 2/20/08- | Publication of Notice of Sale | 97.95 |
| 2/28/08- | Sale Fee | 60.00 |

Total Amount This Invoice                    $457.95

Total Current Charges                        $457.95

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001541550
Our File No. 12560
Status - Foreclosure
Invoice Number 112933

Tax ID # 59-2885854

| | Professional services: | Hours | |
|---|---|---|---|
| 2/4/08 | Telephone communications from opposing counsel disputing entry of judgement offering settlement (.3); engage in settlement negotiations with opposing counsel (.2). (PEL) | 0.50 | 75.00 |
| 2/11/08 | Telephone communications to newspaper publishing Notice of Sale (.3); Prepare and file Motion to Vacate judgement (1.2); communications with with client (.5). (PEL) | 2.00 | 300.00 |
| 2/18/08 | Flat fee for foreclosure lawsuit - second half | | 600.00 |
| 2/18/08 | Receive order vacating judgement; continue settlement efforts. (PEL) | 0.50 | 75.00 |

| | Professional Costs: | | |
|---|---|---|---|
| 2/6/08- | Publication of Notice of Sale | | 400.00 |
| 2/7/08- | Court Filing Fee | | 50.00 |
| | Total Amount This Invoice | 3.00 | $1,500.00 |
| | Total Current Charges | | $1,500.00 |

Page    2

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001026435
Our File No. 13675
Status - Foreclosure
Referral Date 12/13/2007

Invoice Number  112384

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---:|
| 2/18/08- | Attorney Ad Litem Fee | 275.00 |
| 2/25/08- | Service of Process | 105.00 |
| 2/27/08- | Instrument Recording Fee | 24.50 |
| | Total Amount This Invoice | $404.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

   Account No. 1001382153
   Our File No. 12201
   Status - Foreclosure

   Invoice Number 112791

Tax ID # 59-2885854

_____

      Professional Costs:


2/18/08- Publication of Notice of Sale                382.86
                                                      _____
      Total Amount This Invoice                      $382.86

_____

                PAYMENT DUE UPON RECEIPT
   PLEASE  INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                   ****THANK YOU****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001185371
      Our File No. 14716
      Status - Foreclosure
      Type of Billing - Complaint
      Referral Date 1/4/2008

      Invoice Number  112383

Tax ID # 59-2885854

_____

         Professional services:

2/27/08  Flat fee for foreclosure lawsuit - first half.        600.00

_____

         Professional Costs:

                                                               275.00
2/25/08- Title Search                                          255.00
2/27/08- Court Filing Fee                                        1.00
2/27/08 - Recording Fee                                         18.50
2/27/08- Instrument Recording Fee                            _____

         Total Amount This Invoice                           $1,149.50

         Total Current Charges                               $1,149.50

_____

                 PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

     Account No. 1001383690
     Our File No. 10711
     Status - Foreclosure
     Referral Date 9/20/2007

     Invoice Number  112382

Tax ID # 59-2885854

        Professional services:

| | | |
|---|---|---|
| 2/4/08 | Flat fee for title claim/title curative. | 300.00 |
| 2/15/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

        Professional Costs:

| | | |
|---|---|---|
| 2/1/08- | Hydra Skiptrace | 90.00 |
| 2/12/08- | Sale Fee | 60.00 |
| 2/18/08- | Instrument Recording Fee | 4.50 |
| 2/18/08- | Documentary Stamps | 0.70 |
| | Total Amount This Invoice | $1,055.20 |
| | Total Current Charges | $1,055.20 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1001343905
    Our File No. 14733
    Status - Foreclosure
    Referral Date 1/4/2008

    Invoice Number  112381

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 2/29/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

    Professional Costs:

| | | |
|---|---|---|
| 2/29/08- | Court Filing Fee | 255.00 |
| 2/29/08 - | Recording Fee | 2.00 |
| 2/29/08 - | Instrument Recording Fee | 9.00 |
| | Total Amount This Invoice | $866.00 |
| | Total Current Charges | $866.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001249296
Our File No. 11810
Status - Foreclosure
Referral Date 10/24/2007

Invoice Number 112934

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/19/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/12/08- | Publication of Notice of Sale | 115.57 |
| 2/14/08- | Sale Fee | 60.00 |
| 2/20/08- | Documentary Stamps | 0.70 |
| 2/20/08- | Instrument Recording Fee | 4.50 |
| | Total Amount This Invoice | $780.77 |
| | Total Current Charges | $780.77 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1000853944
      Our File No. 12864
      Status - Foreclosure
      Referral Date 11/20/2007

      Invoice Number 112932

Tax ID # 59-2885854

---

        Professional Costs:

| | |
|---|---|
| 2/22/08- Instrument Recording Fee | 15.50 |
| 2/22/08 - Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $20.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001181721
      Our File No. 10105

      Status - Foreclosure
      Referral Date 8/30/2007

      Invoice Number  112564

Tax ID # 59-2885854

Professional services:

| | | Hrs/Rate | |
|---|---|---|---|
| 2/18/08 | Prepare Proposed Order on Motion to Dismiss Counterclaim and Motion to Strike (1.9); communications with opposing counsel (.3). (PEL) | 2.20 150.00/hr | 330.00 |
| | Total Amount This Invoice | 2.20 | $330.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage
      Account No. 1000876265
      Our File No. 15608

      Status – Eviction
      Referral Date 1/23/2008

      Invoice Number  112376

Tax ID # 59-2885854

            Professional services:

| | |
|---|---|
| 2/23/08  Flat fee for Writ of Possession after the foreclosure. | 350.00 |

            Professional Costs:

| | |
|---|---|
| 2/4/08– Writ of Possession | 70.00 |
| Total Amount This Invoice | $420.00 |
| Total Current Charges | $420.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001742380
Our File No. 14591
Status - Foreclosure
Referral Date 1/2/2008

Invoice Number 112374

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/19/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 2/21/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/18/08- | Title Search | 340.00 |
| 2/19/08- | Court Filing Fee | 256.00 |
| 2/22/08- | Service of Process | 100.00 |

Total Amount This Invoice          $1,421.00

Total Current Charges              $1,421.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001462355
Our File No. 12938
Status - Foreclosure
Referral Date 11/23/2007

Invoice Number  112372

Tax ID # 59-2885854

Professional Costs:

| | Hours | |
|---|---|---|
| 2/21/08- Instrument Recording Fee | | 28.50 |
| 2/21/08- Hydra Skiptrace | | 5.00 |
| Total Amount This Invoice | 0.00 | $33.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001139604
    Our File No. 12865
    Status - Foreclosure
    Invoice Number  112929

Tax ID # 59-2885854

        Professional Costs:


| | |
|---|---|
| 2/21/08- Instrument Recording Fee | 32.50 |
| 2/21/08 - Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $37.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001553326
      Our File No. 14092
      Status - Foreclosure
      Referral Date 12/20/2007

      Invoice Number  112370

Tax ID # 59-2885854

          Professional services:

2/22/08  Flat fee for foreclosure lawsuit - first half.          600.00

          Professional Costs:

                                                                 255.00
2/22/08- Court Filing Fee                                          2.00
2/22/08 - Recording Fee                                            9.00
2/22/08 - Instrument Recording Fee
                                                               _____
          Total Amount This Invoice                              $866.00

                                                               _____
          Total Current Charges                                  $866.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001094676
Our File No. 13507
Status - Foreclosure
Referral Date 12/10/2007

Invoice Number  112363

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/21/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

|  |  |  |
|---|---|---|
| | | 52.00 |
| 2/1/08- | Service of Process | 25.50 |
| 2/27/08- | Instrument Recording Fee | 125.63 |
| 2/29/08- | Publication of Notice of Action | |
| | Total Amount This Invoice | $328.13 |
| | Total Current Charges | $328.13 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1000829863
   Our File No. 13383
   Status - Foreclosure
   Referral Date 12/6/2007

   Invoice Number  112360

Tax ID # 59-2885854

       Professional Costs:

| | |
|---|---|
| 2/13/08- Service of Process | 199.50 |
| 2/27/08- Hydra Skiptrace | 20.00 |
| Total Amount This Invoice | $219.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001337681
    Our File No. 13422
    Status - Foreclosure
    Referral Date 12/6/2007

    Invoice Number  112359

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 2/4/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 2/4/08- | Instrument Recording Fee | 23.50 |
| 2/29/08- | Publication of Notice of Action | 112.50 |

    Total Amount This Invoice    $736.00

    Total Current Charges    $736.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:    American Home Mortgage
       Account No. 1001455442
       Our File No. 15564

       Status - Eviction
       Referral Date 1/23/2008

       Invoice Number  112357

Tax ID # 59-2885854

_____

       Professional services:


2/27/08   Flat fee for Writ of Possession after the              350.00
          foreclosure.

_____

       Professional Costs:

2/4/08-  Writ of Possession                                       70.00
                                                                 _____
       Total Amount This Invoice                                $420.00

                                                                 _____
       Total Current Charges                                    $420.00
                                                                 =======

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001136731
Our File No. 10543

Status - Foreclosure
Referral Date 9/14/2007

Invoice Number  112355

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/19/08- Instrument Recording Fee | 30.50 |
| 2/19/08 - Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $35.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000881934
Our File No. 12904
Status — Foreclosure
Referral Date 11/21/2007

Invoice Number 112503

Tax ID # 59-2885854

| | Professional services: | Hours | |
|---|---|---|---|
| 2/5/08 | Flat fee for foreclosure lawsuit – second half | | 600.00 |

| | Professional Costs: | | |
|---|---|---|---|
| 2/5/08– | Instrument Recording Fee | | 23.50 |
| | Total Amount This Invoice | 0.00 | $623.50 |
| | Total Current Charges | | $623.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001372838
    Our File No. 11643
    Status – Foreclosure
    Referral Date 10/20/2007

    Invoice Number  112501

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 2/1/08 | Flat fee for title claim/title curative. | 300.00 |
| 2/27/08 | Flat fee for foreclosure lawsuit | 1,200.00 |

    Professional Costs:

| | | |
|---|---|---|
| 2/22/08- | Sale Fee | 60.00 |
| 2/27/08- | Instrument Recording Fee | 4.50 |
| 2/27/08- | Documentary Stamps | 0.70 |
| 2/29/08- | Publication of NOS | 89.63 |

    Total Amount This Invoice      $1,654.83

    Total Current Charges      $1,654.83

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001344996
Our File No. 14594
Status - Foreclosure
Referral Date- 1/2/2008

Invoice Number  112348

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/18/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/15/08- | Title Search | 275.00 |
| 2/18/08- | Court Filing Fee | 261.00 |
| 2/22/08- | Service of Process | 230.00 |
| | Total Amount This Invoice | $1,366.00 |
| | Total Current Charges | $1,366.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001349388
Our File No. 11654
Status - Foreclosure
Referral Date 10/22/2007

Invoice Number  112346

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/1/08 | Flat fee for title claim/title curative. | 300.00 |
| 2/20/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/9/08- | Publication of Notice of Sale | 165.00 |
| 2/12/08- | Sale Fee | 60.00 |
| 2/18/08- | Instrument Recording Fee | 4.50 |
| 2/18/08- | Documentary Stamps | 0.70 |
| 2/20/08- | Instrument Recording Fee | 13.00 |
| | Total Amount This Invoice | $1,143.20 |
| | Total Current Charges | $1,143.20 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001145394
     Our File No. 11765
     Status - Foreclosure
     Referral Date 10/23/2007

     Invoice Number  112330

Tax ID # 59-2885854
_____

        Professional Costs:


                                                    60.00
  2/6/08- Sale Fee
                                                    _____
        Total Amount This Invoice                   $60.00
_____

              PAYMENT DUE UPON RECEIPT
  PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
              *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001306185
Our File No. 10312

Status - Foreclosure
Referral Date 9/7/2007

Invoice Number 112319

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/21/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/6/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

       Account No. 1001101923
       Our File No. 13304
       Status - Foreclosure
       Referral Date 12/4/2007

       Invoice Number  112318

Tax ID # 59-2885854
_____

        Professional Costs:


2/27/08- Instrument Recording Fee                    26.50
                                                    _____
        Total Amount This Invoice                   $26.50
_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

Account No. 1001023608
Our File No. 10036

Status – Foreclosure
Referral Date 8/29/2007

Invoice Number 112317

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/21/08 | Flat fee for foreclosure lawsuit – second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/6/08– | Publication of Notice of Sale | 502.76 |
| 2/8/08– | Sale Fee | 60.00 |
| 2/15/08– | Instrument Recording Fee | 4.50 |
| 2/15/08– | Documentary Stamps | 0.70 |
| | Total Amount This Invoice | $1,167.96 |
| | Total Current Charges | $1,167.96 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000762330
Our File No. 13306
Status - Foreclosure
Referral Date 12/5/2007

Invoice Number 112316

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/22/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/22/08- | Recording Fee - release lis pendens | 23.50 |
| | Total Amount This Invoice | $623.50 |
| | Total Current Charges | $623.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1000964707
     Our File No. 13512
     Status - Foreclosure
     Referral Date 12/10/2007

     Invoice Number  112252

Tax ID # 59-2885854

          Professional Costs:

| | |
|---|---|
| 2/25/08- Hydra Investigations | 5.00 |
| 2/28/08- Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $10.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1000836427
      Our File No. 12828
      Status - Foreclosure
      Referral Date- 11/20/2007

      Invoice Number  112251

Tax ID # 59-2885854

_____

        Professional Costs:


2/6/08- Publication of NOA 01/10,17/08                    79.76
                                                        _____
        Total Amount This Invoice                        $79.76
_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001307537
      Our File No. 12213
      Status - Foreclosure
      Referral Date 11/4/2007

      Invoice Number  112250

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/7/08- Publication of NOA 12/19,26/07 | 124.48 |
| 2/28/08- Instrument Recording Fee | 26.50 |
| 2/28/08 - Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $155.98 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001618271
     Our File No. 12463
     Status - Foreclosure
     Referral Date 11/10/2007

     Invoice Number  112558

Tax ID # 59-2885854

Professional services:

| | | Hrs/Rate | |
|---|---|---|---|
| 2/4/08 | Attend Hearing on Motion to Dismiss. | 0.90 150.00/hr | 135.00 |
| | Comunications with client (.2); communications with opposing counsel (.1). (PEL) | 0.30 150.00/hr | 45.00 |
| 2/7/08 | Draft Request for Admissions (.9); Draft Request for Production (.9); Draft Interrogatories (.9). (PEL) | 2.70 150.00/hr | 405.00 |
| 2/7/08 | Communications with client. (PEL) | 0.20 150.00/hr | 30.00 |
| 2/26/08 | Communications with client. (PEL) | 0.30 150.00/hr | 45.00 |
| 2/29/08 | Communications with client (.1); communications with opposing counsel (.1); attend deposition (.2). (PEL) | 0.40 150.00/hr | 60.00 |

Professional Costs:

| | | | |
|---|---|---|---|
| 2/21/08- | Recording Fee | | 1.00 |
| 2/21/08 - | Instrument Recording Fee | | 18.50 |
| | Total Amount This Invoice | 4.80 | $739.50 |

Page    2

Total Current Charges                                    $739.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

Account No. 1001332224
Our File No. 10709

Status - Foreclosure
Referral Date 9/20/2007

Invoice Number 112246

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/5/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/5/08- | Instrument Recording Fee | 3.50 |
| 2/5/08 - | Documentary Stamps | 0.70 |
| | Total Amount This Invoice | $604.20 |
| | Total Current Charges | $604.20 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

    Account No. 1001425449
    Our File No. 11641
    Status - Foreclosure
    Referral Date 10/20/2007

    Invoice Number  112247

Tax ID # 59-2885854

    Professional services:

| Date | Description | Amount |
|---|---|---|
| 2/5/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

    Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 2/7/08- | Instrument Recording Fee | 0.70 |
| 2/7/08 - | Instrument Recording Fee | 4.50 |
| | Total Amount This Invoice | $605.20 |
| | Total Current Charges | $605.20 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001086776
Our File No. 10049

Status - Foreclosure
Referral Date 8/29/2007

Invoice Number 112314

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/1/08 | Flat fee for title claim/title curative. | 300.00 |
| 2/27/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/5/08- | Court Filing Fee | 50.00 |
| 2/5/08- | Publication of Notice of Sale | 275.00 |

Total Amount This Invoice        $1,225.00

Total Current Charges            $1,225.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000827368
Our File No. 12199
Status - Foreclosure
Referral Date 11/4/2007

Invoice Number  112235

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/29/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| | | 60.00 |
| 2/26/08- | Sale Fee | 135.00 |
| 2/29/08- | Publication of NOS | 4.50 |
| 2/29/08 - | Instrument Recording Fee | 0.70 |
| 2/29/08 - | Documentary Stamps | |
| | Total Amount This Invoice | $800.20 |
| | Total Current Charges | $800.20 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001242212
     Our File No. 13509
     Status – Foreclosure
     Referral Date 12/10/2007

     Invoice Number 112930

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/13/08- Attorney Ad Litem Fee | 500.00 |
| 2/26/08- Instrument Recording Fee | 25.50 |
| 2/26/08- Hydra Skiptrace | 10.00 |
| Total Amount This Invoice | $535.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

Account No. 1001117669
Our File No. 11658
Status - Foreclosure
Referral Date 10/22/2007

Invoice Number 112230

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/25/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| | | 60.00 |
| 2/18/08- | Sale Fee | 4.50 |
| 2/22/08- | Instrument Recording Fee | 0.70 |
| 2/22/08- | Documentary Stamps | 112.50 |
| 2/25/08- | Publication of NOS | |

Total Amount This Invoice          $777.70

Total Current Charges          $777.70

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001246387
Our File No. 09059
Status - Foreclosure
Referral Date - 7/20/2007

Invoice Number 112803

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/1/08 | Flat fee for title claim/title curative. | 300.00 |
| 2/22/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |
| 2/29/08 | Flat fee to reset sale. | 350.00 |

Professional Costs:

| | |
|---|---|
| 2/1/08- Attorney Ad Litem Fee | 350.00 |
| 2/11/08- Sale Fee | 60.00 |
| 2/13/08- Court filing fee | 50.00 |
| 2/18/08- Publication of Notice of Sale | 175.68 |
| 2/25/08- Court Filing Fee | 50.00 |
| 3/17/08- Publication of NOS- ran 3/14,21/08 | 169.58 |

Total Amount This Invoice                    $2,105.26

Total Current Charges                        $2,105.26

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001562904
    Our File No. 11801
    Status - Foreclosure
    Referral Date 10/24/2007

    Invoice Number 112221

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---:|
| 2/25/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

    Professional Costs:

| | | |
|---|---|---:|
| | | 60.00 |
| 2/15/08- | Sale Fee | 63.02 |
| 2/20/08- | Publication of NOS | 4.50 |
| 2/21/08- | Instrument Recording Fee | 0.70 |
| 2/21/08- | Instrument Recording Fee | |
| | Total Amount This Invoice | $728.22 |
| | Total Current Charges | $728.22 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001200809
     Our File No. 12887
     Status - Foreclosure
     Referral Date 11/21/2007

     Invoice Number 112218

Tax ID # 59-2885854

     Professional Costs:

| Date | Description | Amount |
|------|-------------|--------|
| 2/15/08- | Publication of NOA | 80.30 |
| 2/21/08- | Instrument Recording Fee | 2.00 |
| 2/21/08 - | Recording Fee | 18.50 |
| | Total Amount This Invoice | $100.80 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001104659
Our File No. 12858
Status - Foreclosure
Referral Date 11/20/2007

Invoice Number  112216

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---:|
| 2/15/08- Publication of NOA | 300.09 |
| 2/25/08- Instrument Recording Fee | 28.50 |
| 2/25/08 - Hydra Skiptrace | 5.00 |
| 2/28/08- Recording Fee | 5.00 |
| Total Amount This Invoice | $338.59 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage
     Account No. 1001313163
     Our File No. 14866

     Status - Eviction
     Referral Date 1/8/2008

     Invoice Number  112213

Tax ID # 59-2885854

---

        Professional services:


| | |
|---|---|
| 2/5/08  Flat fee for Writ of Possession after the foreclosure. | 350.00 |

---

        Professional Costs:

| | |
|---|---|
| 2/5/08- Writ of Possession | 70.00 |
| Total Amount This Invoice | $420.00 |
| Total Current Charges | $420.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001662617
Our File No. 12877
Status - Foreclosure
Referral Date 11/21/2007

Invoice Number  112203

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/25/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/28/08- | Recording Fee | 23.50 |
| | Total Amount This Invoice | $623.50 |
| | Total Current Charges | $623.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001448141
Our File No. 10559

Status - Foreclosure
Referral Date 9/15/2007

Invoice Number 112198

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/27/08- Hydra Skiptrace | 15.00 |
| Total Amount This Invoice | $15.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001292790
      Our File No. 10311


      Status – Foreclosure
      Referral Date 9/7/2007

      Invoice Number  112196

Tax ID # 59-2885854
_____

      Professional services:


2/22/08  Flat fee for foreclosure lawsuit – second half          600.00
_____

      Professional Costs:

2/14/08- Sale Fee                                                 60.00
2/21/08- Instrument Recording Fee                                 4.50
2/21/08- Documentary Stamps                                      0.70
2/21/08- Publication of Notice of Sale                          120.00
                                                              _____
      Total Amount This Invoice                                $785.20
                                                              _____

      Total Current Charges                                    $785.20
_____

                     PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                     *****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage
      Account No. 1001447751
      Our File No. 15683


      Status - Eviction
      Referral Date 1/25/2008
      Invoice Number  112195

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 2/13/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 2/13/08- | Writ of Possession | 110.00 |
| 2/13/08- | Court Filing Fee | 50.00 |
| | Total Amount This Invoice | $510.00 |
| | Total Current Charges | $510.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001670015
Our File No. 12211
Status - Foreclosure
Referral Date 11/4/2007

Invoice Number  112108

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/6/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/2/08- | Instrument Recording Fee | 33.00 |
| 2/22/08- | Court Filing Fee | 1.00 |
| | Total Amount This Invoice | $159.00 |
| | Total Current Charges | $159.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001568162
Our File No. 11850
Status - Foreclosure
Invoice Number 112106

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/25/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/12/08- | Publication: Notice of Sale. | 104.18 |
| 2/20/08- | Clerk's Sale Fee | 60.00 |
| 2/25/08- | Court Filing Fee | 50.00 |
| | Total Amount This Invoice | $814.18 |
| | Total Current Charges | $814.18 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

Account No. 1000902455
Our File No. 14851
Status - Foreclosure
Type of Billing - Complaint

Invoice Number   112102

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 2/27/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 2/26/08- | Court Filing Fees | 261.00 |
| 2/26/08- | Instrument Recording Fees | 21.00 |
| 2/26/08- | Service of Process | 174.00 |
| | Total Amount This Invoice | $1,056.00 |
| | Total Current Charges | $1,056.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001349565
Our File No. 11638
Status - Foreclosure

Invoice Number  112099

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/22/08- Instrument Recording Fee | 27.50 |
| 2/22/08- Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $32.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001218787
Our File No. 14778
Status - Foreclosure
Referral Date 1/4/2008

Invoice Number  112655

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 2/29/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/28/08- | Hydra Skiptrace | 45.00 |
| 2/28/08- | Title Search | 275.00 |
| 2/29/08- | Court Filing Fee | 265.00 |
| 2/29/08- | Instrument Recording Fee | 5.00 |
| 2/29/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $1,208.50 |
| | Total Current Charges | $1,208.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001460706
Our File No. 14090
Status – Foreclosure

Invoice Number  112931

Tax ID # 59-2885854

---

Professional Costs:

2/28/08- Service of Process                                      448.00
                                                                 _____
        Total Amount This Invoice                                $448.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

March 15, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001650760
Our File No. 12204
Status – Foreclosure
Referral Date 11/4/2007

Invoice Number  112191

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 2/7/08– Publication of NOA 12/22,29/07 | 132.99 |
| 2/27/08– Instrument Recording Fee | 21.50 |
| 2/27/08 – Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $159.49 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw