IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :    Chapter 11
                                                               :    Case No. 07-11047(CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :    Jointly Administered
a Delaware corporation, *et al.*,                              :
                                                               :    **Objection Deadline:**
                                          Debtors.             :        **April 21, 2008 at 4:00 p.m.**
                                                               :    **Hearing Date:**
                                                               :        **April 28, 2008 at 2:00 p.m.**
---------------------------------------------------------------x

## MOTION OF McLAIN PARTNERS II, LLC
## FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

McLain Partners II, LLC, a Missouri limited liability company ("McLain"), by and through its undersigned counsel, respectfully requests that this Court enter an Order for the allowance and payment of its administrative expense claim pursuant to Bankruptcy Code § 503(b), and in support thereof, respectfully states as follows:

1. The above-captioned debtors ("Debtors") filed their voluntary petitions under chapter 11 of the Bankruptcy Code on August 6, 2007.

2. At the time the Debtors filed their chapter 11 petitions, McLain was the landlord under a Commercial Lease dated December 29, 2005 (the "Lease") under which American Home Mortgage Corp. ("AHMC") was the lessee of certain property located at 4409 Meramec Bottom Road, Suite B, St. Louis, Missouri 63129. A copy of the Lease is attached hereto as **Exhibit A**.

3. Under the Lease, AHMC agreed to make rental payments of $44,800.00 per year, payable in equal monthly installments of $3,733.33, as and for base rent (the "Base Rent"), plus a sum equal to AHMC's proportionate share of estimated insurance, taxes and common area maintenance expenses for the premises it leased from McLain, payable in monthly installments

of $641.67 (the "Additional Rent"). Accordingly, the sum of the Base Rent plus the Additional Rent due under the Lease was $4,375.00 per month.

4.     The term of the Lease commenced on May 1, 2006 and will expire, pursuant to the terms of the Lease, on April 30, 2009.

5.     On August 24, 2007, this Court entered its Order (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment Located Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related Relief [Docket No. 357] (the "Original Sale Order"). Pursuant to the Original Sale Order, the Court authorized AHMC to enter into a Letter Agreement with IndyMac Bank F.S.B. ("IMB") whereby AHMC assumed certain executory leases of non-residential real property, including the Lease, and assigned such leases to IMB.

6.     On or about February 22, 2008, Debtors filed their Motion requesting, among other relief, entry of an order authorizing the Debtors to modify the letter agreement dated August 7, 2007 by and between the Debtors and IMB, and allowing the Debtors to reject certain unexpired leases of non-residential real property, including the Lease [Docket No. 3059] (the "Post-Assumption Rejection Motion").

7.     On February 28, 2008, the Court entered its Order granting the Post-Assumption Rejection Motion, allowing AHMC to reject the Lease, effective February 29, 2008 [Docket No. 3114] (the "Rejection Date").

8.     AHMC owes McLain $61,250.00, as and for the rental payments due on the remaining term of the Lease following the Rejection Date, which consists of Base Rent and Additional Rent for the remaining 14 months of the term of the Lease.

9.   Bankruptcy Code § 503(b)(7) provides that "After notice and a hearing, there shall be allowed administrative expenses, ... including...

> with respect to a nonresidential real property lease previously assumed under section 365, and subsequently rejected, a sum equal to all monetary obligations due, excluding those arising from or relating to a failure to operate or a penalty provision, for the period of 2 years following the later of the rejection date or the date of actual turnover of the premises, without reduction or setoff for any reason whatsoever except for sums actually received or to be received from an entity other than the debtor...

10.  In addition, AHMC failed to pay McLain the post-petition rental payment due under the Lease for the month of February 2008, in the amount of $4,375.00. Bankruptcy Code § 503(b)(1)(A) requires the payment of administrative expenses, including the "actual, necessary costs and expenses of preserving the estate." The post-petition rental payment for the month of February 2008 was incurred for the benefit of AHMC's bankruptcy estate inasmuch as AHMC continued to occupy the leased premises through the end of February. Further, Bankruptcy Code § 365(d)(3) requires a debtor-in-possession to timely perform the obligations of a non-residential lease of real property until such lease is assumed or rejected. Payment of the February 2008 rental payment in the amount of $4,375.00, is an obligation of AHMC under the Lease.

11.  Accordingly, McLain seeks allowance and payment of an administrative claim pursuant to Bankruptcy Code § 503(b)(7) in the amount of $61,250.00, and pursuant to Bankruptcy Code §§ 503(b) and 365(d)(3) in the amount of $4,375.00.

WHEREFORE, McLain Partners II, LLC requests that the Court enter an order: (a) allowing its administrative claim in the amount of $65,625.00; and (b) granting McLain Partners II, LLC all other relief the Court deems appropriate.

Dated: March 28, 2008                CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Jeffrey C. Wisler*
Jeffrey C. Wisler (No. 2795)
Marc J. Phillips (No. 4445)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

-and-

Sherry K. Dreisewerd  (#47908)
POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
100 South Fourth Street, Suite 1100
St. Louis, Missouri  63102
Phone: (314) 889-8000
Fax: (314) 231-1776

Attorneys for McLain Partners II, LLC

#601293v1