**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047(CSS) |
| a Delaware corporation, *et al.,* | : | Jointly Administered |
| | : | |
| Debtors. | : | **Related to Docket No. _____** |

-----------------------------------------------------------------------x

**ORDER GRANTING MOTION OF McLAIN PARTNERS II, LLC**
**FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the *Motion for Payment of Administrative Expense Claim*

("Motion") of McLain Partners II, LLC, a Missouri limited liability company ("McLain") for an

order that allows and directs payment of its administrative expense claim against the above-

captioned debtors and debtors-in-possession ( "Debtors") pursuant to sections 503(b) and

365(d)(3) of the Bankruptcy Code; and upon consideration of any and all objections and/or

responses that were filed in opposition to the Motion; and it appearing that due and proper notice

of the Motion has been given to all interested parties in this case; and after due deliberation and

sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.       The Motion is granted.

2.       McLain is hereby deemed to have an allowed administrative expense claim in the

amount of $65,625.00 pursuant to sections 503(b) and 365(d)(3) of the Bankruptcy Code.

3.       The Debtors are directed to pay McLain the amount of $65,625.00 within 10 days

from the date of this Order.

Dated:_____          _____
                                United States Bankruptcy Judge

#601314v1