## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------  x
In re:                                               :   Chapter 11
                                                     :
AMERICAN HOME MORTGAGE                                :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,¹     :
                                                     :   Jointly Administered
                                                     :
                   Debtors.                          :
                                                     :
                                                     :
------------------------------------------------------------------  x
```

## NOTICE OF SERVICE OF DISCOVERY MATERIAL

PLEASE TAKE NOTICE that on March 27, 2008, the above-captioned debtors

and debtors-in-possession (collectively, the "Debtors"), by and through their undersigned

counsel, caused a copy of the *Objections, Responses and Answers of the Debtors to the First*

*Set of Interrogatories and Requests for Production of Documents of Bank of America, N.A.,*

*as Administrative Agent in Connection with its Motion for Relief From Automatic Stay,*

*Pursuant to 11 U.S.C. § 362(d), Allowing the Administrative Agent to Exercise its Rights as a*

*Secured Creditor* to be served upon the parties listed on Exhibit A via e-mail.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.

PLEASE TAKE FURTHER NOTICE that on March 27, 2008, the Debtors, by and through their undersigned counsel, caused a copy of the *Documents Produced in Response to the First Set of Interrogatories and Requests for Production of Documents of Bank of America, N.A., as Administrative Agent in Connection with its Motion for Relief From Automatic Stay, Pursuant to 11 U.S.C. § 362(d), Allowing the Administrative Agent to Exercise its Rights as a Secured Creditor* to be served upon the parties listed on Exhibit B via Federal Express:

PLEASE TAKE FURTHER NOTICE that on March 28, 2008, the Debtors, by and through their undersigned counsel, caused a copy of the *Objections, Responses and Answers of the Debtors to the First Set of Interrogatories and Requests for Production of Documents of Bank of America, N.A., as Administrative Agent in Connection with its Motion for Relief From Automatic Stay, Pursuant to 11 U.S.C. § 362(d), Allowing the Administrative Agent to Exercise its Rights as a Secured Creditor* to be served as indicated upon the parties listed on Exhibit C.

Dated: Wilmington, Delaware  
March 28, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John T. Dorsey (No. 2988)  
Sharon M. Zieg (No. 4196)  
Erin Edwards (No. 4392)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession

2

066585.1001

## EXHIBIT A

**Via E-Mail**

- Margot B. Schonholtz, Esq.          mschonholtz@kayescholer.com

- Myron Kirschbaum, Esq.            mkirschbaum@kayescholer.com

- Scott Talmadge, Esq.              stalmadge@kayescholer.com

- W. Stewart Wallace, Esq.          swallace@kayescholer.com

- Gabriel MacConaill, Esq.          gmacconaill@potteranderson.com

## **EXHIBIT B**

### **Via Federal Express**

W. Stewart Wallace, Esq.
Kaye Scholer  LLP
425 Park Avenue
New York, NY 10022-3596
(Bank of America)
*Federal Express*

# EXHIBIT C

## SERVICE LIST
## 3/28/2008

Margot B. Schonholtz, Esq.
Myron Kirschbaum, Esq.
Scott D. Talmadge, Esq.
W. Stewart Wallace, Esq.
Kaye Scholer  LLP
425 Park Avenue
New York, NY 10022-3596
(Bank of America)
*Federal Express*

Laurie S. Silverstein, Esq.
Gabriel R. MacConaill, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(Bank of America)
*Hand Delivery*