## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing **Notice of Service** were served this 28th day of March, 2008, upon the following parties as indicated:

| | |
|---|---|
| Margot B. Schonholtz, Esq. | Laurie S. Silverstein, Esq. |
| Myron Kirschbaum, Esq. | Gabriel R. MacConaill, Esq. |
| Scott D. Talmadge, Esq. | Potter Anderson & Corroon LLP |
| W. Stewart Wallace, Esq. | 1313 N. Market Street, 6th Floor |
| Kaye Scholer LLP | P.O. Box 951 |
| 425 Park Avenue | Wilmington, DE 19899 |
| New York, NY 10022-3596 | (Bank of America) |
| (Bank of America) | *Hand Delivery* |
| *Federal Express* | |

Dated: Wilmington, Delaware
March 28, 2008

*/s/: Erin Edwards*
Erin Edwards (No. 4392)