IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x
In re:                                        :   Chapter 11
                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,        :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,               :
                                              :   Jointly Administered
         Debtors.                             :
------------------------------------------------------------- x
```

## NOTICE OF PARTIAL WITHDRAWAL OF DOCKET NO. 2490

PLEASE TAKE NOTICE THAT the undersigned hereby withdraws the Motion of the Debtors for Orders: (A)(1) Approving Sale Procedures; (II) Approving Payment of Expense Reimbursement; (III) Scheduling a Hearing to Consider Sale of Certain Non-Performing Loans; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of Non-Performing Loans Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Sale Agreement Thereto; (III) Authorizing the Distribution of the Proceeds; and (IV) Granting Related Relief (the "Motion") solely as the Motion related to the Unencumbered Non-Performing Loans, without prejudice to the Debtors' right to seek such relief at a later date.

PLEASE TAKE FURTHER NOTICE THAT The balance of the relief requested in the motion was previously approved pursuant to the following orders: Order (I) Authorizing the Sale of BOFA Non-Performing Loans and REO Property Free and Clear of Liens, Claims, Encumbrances and Other Interests; (II) Authorizing and Approving Sale Agreement Thereto; (III) Authorizing the Distribution of the Proceeds; and (IV) Granting Related Relief [Docket No. 3283], and Order (I) Authorizing the Sale of JPM Non-Performing Loans and REO Property Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and

Approving Sale Agreement Thereto; (III) Authorizing the Distribution of the Proceeds; and (IV) Granting Related Relief [Docket No. 3314].

Dated: Wilmington, Delaware       YOUNG CONAWAY STARGATT & TAYLOR, LLP
       March 28, 2008

*[signature]*

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Donald J. Bowman, Jr. (No. 4383)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession