# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                               : Chapter 11
                                                                     :
AMERICAN HOME MORTGAGE                                               : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                      :
                                                                     : Jointly Administered
                    Debtors.                                         :
---------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the above-captioned debtors, and that on March 28, 2008, she caused a copy of the following documents to be served as indicated upon the parties identified on the attached service list:

*Eighth Order Authorizing the Debtors to Reject Certain Unexpired Equipment Leases [Docket No. 3416]*

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this ___ day of March, 2008.

_____
Notary Public

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

## SERVICE LIST

CIT Technology Financial Services
c/o PNC Bank- Officer, General or Managing Agent
PO Box 550599
Jacksonville, FL 32255
*First Class Mail*

US Bank Corp
Attn:- Officer, General or Managing Agent
PO Box 790448
St. Louis, MO 63179
*First Class Mail*

De Lage Landen
Attn: Officer, General or Managing Agent
111 Old Eagle School Road
Wayne, PA 19087
*First Class Mail*

Hasler, Inc.
Attn: Officer, General or Managing Agent
PO Box 895
Shelton, CT 06484
*First Class Mail*