## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware ) | |
| Corporation, et al.,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | **Hearing Date: April 28, 2008, at 2:00 PM (ET)** |
| ) | **Objection Deadline: April 21, 2008, at 4:00 PM (ET)** |
| ) | |

### NOTICE OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF HENNIGAN, BENNETT & DORMAN LLP, AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* AS OF MARCH 3, 2008

TO:   ALL PARTIES ON THE ATTACHED SERVICE LIST

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (the "Debtors") has filed the attached **APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF HENNIGAN, BENNETT & DORMAN LLP, AS SPECIAL CONFLICT COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO MARCH 3, 2008** (the "Application").

Responses, if any, to the relief requested in the Application must be filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801 on or before April 21, 2008 at 4:00 PM (ET) (the "Response Deadline"). At the same time, you must also serve a copy of the response on Committee's undersigned counsel, proposed special conflicts counsel (Hennigan, Bennett & Dorman, LLP, 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017, Attn: Bruce Bennett, Esq.) and counsel to the Committee (Law Offices of Joseph J. Bodnar, Attn: Joseph J. Bodnar, Esq., 2101 North Harrison Street, Suite 101, Wilmington, DE 19802, facsimile: (320) 213-2709) so as to be received no later than the Response Deadline.

---

[1]   The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

-2-

      A HEARING ON THE APPLICATION WILL BE HELD ON **APRIL 28, 2008, AT 2:00 PM (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>      March 28, 2008 | LAW OFFICES OF JOSEPH J. BODNAR<br><br>_____<br>Joseph J. Bodnar (No. 2512)<br>2101 North Harrison Street, Suite 101<br>Wilmington, Delaware 19802<br>(302) 652-5506<br><br>-and-<br>HENNIGAN, BENNETT & DORMAN LLP<br>Bruce Bennett (*Pro hac vice* application pending)<br>Jeanne Irving (*Pro hac vice* application pending)<br>Michael A. Morris (*Pro hac vice* application pending)<br>Joshua D. Morse (*Pro hac vice* application pending)<br>865 S. Figueroa Street, Suite 2900<br>Los Angeles, California 90017<br>(213) 694-1200<br><br>*Proposed Special Conflicts Counsel for*<br>*Official Committee of Unsecured Creditors* |