# **SCHEDULE 1**

**Parties-in-Interest for American Home Mortgage Holdings, Inc., et al.**

**Debtors**

American Home Mortgage Holdings, Inc.
American Home Mortgage Investment Corp.
American Home Mortgage Acceptance, Inc.
American Home Mortgage Servicing, Inc.
American Home Mortgage Corp.
American Home Mortgage Ventures, Inc.
Homegate Settlement Services, Inc.
Great Oak Abstract Corp.
AHM SPV II, LLC

**Debtors' Affiliates**

American Home Securities, LLC
American Home Bank
Baylis Trust
AHM Capital Trust I
American Home Mortgage Securities, LLC
AHM SPV III, LLC
Melville Funding, LLC
AHM LF, LLC
CNI Reinsurance, Ltd.
NAP Financial Services, LLC
CNI Title Services, LLC
Broadhollow Funding, LLC
AHM SPV I, LLC
American Home Mortgage Assets LLC
Melville Reinsurance Corporation
American Home Escrow, LLC
Mortgage First Limited, LLC
Array Mortgage, LLC
American Midwest Title Agency, LLC
HSS Mortgage, LLC
All Pro Mortgage, LLC
Silicon Mortgage, LLC
TDG Equities, LLC
Elite Lending Partners, LLC
Peak Experience Mortgage, LLC
U.S. Lending Company, LLC
American Home Mortgage V, LLC
Private Mortgage Group, LLC

**Warehouse Lenders**

Bank of America, N.A.
Barclays Bank PLC
Credit Suisse First Boston Mortgage
    Capital LLC
IXIS Real Estate Capital, Inc.
Bear Stearns
UBS Real Estate Securities

**Counsel and Advisors to Debtors**

Young, Conaway, Stargatt & Taylor, LLP
Quinn Emanuel Urquhart Oliver & Hedges
Milestone Advisors, LLC

**Official Committee of Unsecured
Creditors (as of December 7, 2007)**

Wilmington Trust Company
Law Debenture Trust Company of
    New York
Deutsche Bank National Trust Co.
Nomura Credit & Capital, Inc.
Impac Funding Corporation
Waldners Business Environments, Inc.
United Parcel Service

**Counsel and Advisors to Official
Committee of Unsecured Creditors**

Hahn & Hessen LLP
Blank Rome LLP
BDO Seidman, LLP

**Top 50 Creditors**

Deutsche Bank
Wilmington Trust Company
JPMorgan Chase
Countrywide Capital
Bank of America
JPMorgan Chase Bank, National
    Association, as Trustee
406 Partners
CW
Morgan Stanley
Wells Fargo Bank, N.A., as Trustee
SunTrust Asset Funding, LLC
Impac Funding Corporation
Bear, Stearns & Co. Inc.

- 1 -

**Parties-in-Interest for American Home Mortgage Holdings, Inc., et al.**

| | |
|---|---|
| Bank of America, N.A. | **Debtors' Officers and Directors** |
| Citigroup Global Markets Realty Corp. | |
| Bank of America, N.A. | Michael Strauss |
| Wells Fargo Bank, N.A., as Trustee | John A. Johnston |
| Countrywide Capital | Nicholas R. Martino |
| Nomura Credit & Capital, Inc. | Michael A. McManus, Jr. |
| Liquid Funding, Ltd. | C. Cathleen Raffaeli |
| EMC (Bear) | Kristian R. Salovaara |
| Greenwich Capital Financial Products, Inc. | Irving J. Thau |
| Lehman Brothers Inc. | Donald Henig |
| HSBC | John A. Manglardi |
| UBS | Ronald L. Bergum |
| Lehman Brothers Special Financing, Inc. | Robert Bernstein |
| FNMA | Christopher J. Cavaco |
| Washington Mutual | Al Crisanty |
| Luminent Mtg (Barclays) | Doug Douglas |
| ALS | Thomas J. Fiddler |
| IndyMac Bank, F.S.B. | David M. Friedman |
| Morgan Stanley Capital Services Inc. | Kathleen R. Heck |
| Credit Suisse | Alan B. Horn |
| GMAC | Stephen A. Hozie |
| Deutsche Bank AG | Robert F. Johnson, Jr. |
| Triad Guaranty Insurance Corporation | Marcia Kaufman |
| The Royal Bank of Scotland plc | Dena L. Kwaschyn |
| ZC Sterling Corporation | Richard S. Loeffler |
| American Express | Thomas M. McDonagh |
| Deutsche Bank Securities Inc. | Craig S. Pino |
| Opteum Financial Services, LLC | Rick Pishalski |
| Lehman Commercial Paper Inc. | Ron Rosenblatt |
| | Lisa M. Schreiber |

**Debtors' Shareholders**

**Other Creditors**

| | |
|---|---|
| Michael Strauss | |
| Goldman Sachs Asset Management, L. P. | A & F Construction |
| Munder Capital Management | ABN Amro Bank, N.V. |
| NWQ Investment Management Company, LLC | ABN Amro Bank |
| | All Pro Mortgage |
| CEDE & Co | American Express |
| Margaret J. Cox Trust | American Stock Transfer & Trust Company |
| Jack E. Dalton & Janol Lee Dalton | Banc of America Securities, LLC |
| V E Lygrisse Truste | Bank of New York |
| Lois I Pickett & Lawrence H. Pickett | Broadhollow Funding, LLC |
| Michael Rienstra | Calyon |
| Lillian M. Schuman | Carpenter, Mitcheal E. and Adrian |
| David E. Wallin Trust | CB Richard Ellis on behalf of Cascade II/Principal Life Insurance Company |
| Bernard R. Werner & Shirley J. Werner | Citibank |

- 2 -

664008.02

**Parties-in-Interest for American Home Mortgage Holdings, Inc., et al.**

| | |
|---|---|
| Corporate Cubes LLC | **Additional Parties in Interest** |
| Countrywide | |
| Diversified Commercial Investments, LLC | American Corporate Record Center |
| Duke University | AON Consulting |
| Federal Credit Union EHED, LLC | AT&T |
| Elite Lending Partners | AT&T Corp. |
| Fidelity Mortgage Affiliates | Bank of America |
| First American Bank | Bank of New York |
| Florida Certified Appraisers | Barclays Bank PLC and Barclays Capital |
| HSS Mortgage | Bexar County |
| Huntington Bancshares Inc. | Calyon New York Branch |
| Janney Montgomery Scott LLC | Cedar Hill City |
| Liquid Funding, Ltd. | Carroll ISD |
| MaineHousing | Arlington ISD |
| MassHousing | Citibank |
| Melville Funding, LLC | Citigroup Global |
| Merrill Lynch Pierce | Citigroup Global Markets Inc. |
| Fenner & Smith, Inc. | County of Denton |
| Merrill Lynch Bank USA | CSFB |
| MnL Global, Inc. | CSHV Southpark LLC |
| Mortgage First Showcase | Dallas County |
| Mortgage First LTD | De Lage Financial Services, Inc. |
| Showcase of Agents LLC | Deutsche Bank |
| Natixis Real Estate Capital Inc. | Empire Blue Cross Blue Shield |
| Orix Capital Markets, LLC | Empire HealthChoice Assurance/Empire |
| Professional Risk Facilities, Inc. | Blue Cross |
| Red Sky Properties | Fannie Mae |
| Regus Business Centre LLC | Federal Home Loan Mortgage Corp |
| Skyview Marketing, LLC | GMAC |
| Societe Generale | GNMA |
| Stonehenge Capital, LLC | Greenwich Capital Markets, Inc. |
| STWB Inc. | IndyMac |
| SunTrust Robinson Humphrey | John Flatley and Gregory Stoyle, Trustees |
| Funding, LLC | 1993 Flatley Family Truste |
| TPRF/THC Haven Park, LLC | JPMorgan Chase Bank, N.A. |
| Transwestern | Lewisville ISD, Garland ISD, Carrollton- |
| United Guaranty Services, Inc. | Farmers Independent ISD |
| Wachovia Bank, N.A. | Morgan Stanley |
| Westfield Mortgage, LLC | ORIX Capital Markets, LLC |
| Zurich American Insurance Company | Rexco, LLC |
| | Societe Generale |
| | Sovereign Bank |
| | UBS Securities |
| | UBS Securities LLC |
| | Morgan Stanley |
| | Washington Mutual |

- 3 -

664008.02

**Parties-in-Interest for American Home Mortgage Holdings, Inc., et al.**

Wells Fargo
WestLB AG
WLR Recovery
ZC Real Estate Tax Solutions