## **CERTIFICATE OF SERVICE**

      I hereby certify that I am over 18 years of age and not a party to this case, and on March 28, 2008, a copy of the **APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF HENNIGAN, BENNETT & DORMAN LLP, AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS NUNC PRO TUNC AS OF MARCH 3, 2008**, and related Notice thereof was served by U.S. Mail on the attached service:

                                            /s/ KEVIN FLOYD
                                                KEVIN FLOYD