# EXHIBIT VII

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       : Jointly Administered
         Debtors.                                                      :
                                                                       : Ref. Docket No. _____
---------------------------------------------------------------------- x

**ORDER GRANTING DEBTORS' THIRD OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

Upon consideration of the third omnibus (substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging, reassigning, and/or reclassifying the Disputed Claims[2] identified on Exhibits A, B, C, D, and E hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

ORDERED that the Objection is granted; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibits A and B are hereby disallowed and expunged in their entirety; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibits C are hereby disallowed and expunged in part and reduced to the amounts listed in Exhibit C; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibits D are hereby disallowed and expunged in part and reduced to the amounts listed in Exhibit D, and are furthermore reassigned to the new case numbers listed in Exhibit D; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claim identified on the attached Exhibit E is hereby reassigned to the new case number listed in Exhibit E and reclassified as a priority claim; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2008

                                                CHRISTOPHER S. SONTCHI
                                                UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

# Exhibit A

## No Liability Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CLAY, DONNA M.<br>3311 FALLEN TREE CT<br>ALEXANDRIA, VA 22310 | 765 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$11,550.00 (U)<br>$22,500.00 (T) | Claim based on vacation pay for which employee was not eligible. |
| D'ANGELI, LINDA<br>201 TINTON PL<br>EAST NORTHPORT, NY 11731 | 821 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$8,996.40 (P)<br>- (U)<br>$8,996.40 (T) | Claim based on sick and personal time for which employee was not eligible. Claim for vacation time survives via claim number 444. |
| DYCKA, CHRISTOPHER J.<br>1276 WAVERLY AVE<br>FARMINGVILLE, NY 11738 | 863 | 9/17/07 | No Case | - (S)<br>- (A)<br>$2,657.31 (P)<br>- (U)<br>$2,657.31 (T) | Claim based on sick or personal payment for which employee was not eligible. |
| DYCKA, CHRISTOPHER J.<br>1276 WAVERLY AVE<br>FARMINGVILLE, NY 11738 | 4038 | 11/30/07 | No Case | - (S)<br>- (A)<br>$2,657.31 (P)<br>- (U)<br>$2,657.31 (T) | Claim based on sick or personal payment for which employee was not eligible. |
| KNAG, PAUL JR.<br>60 E 9TH ST # 505<br>NEW YORK, NY 10003 | 745 | 9/13/07 | 07-11047 | - (S)<br>- (A)<br>$8,653.84 (P)<br>- (U)<br>$8,653.84 (T) | Claim based on vacation pay for which employee was not eligible. |
| PEACOCK, VALORIE J<br>14712 E COLGATE DR<br>AURORA, CO 80014 | 543 | 9/11/07 | No Case | - (S)<br>- (A)<br>$990.24 (P)<br>- (U)<br>$990.24 (T) | Claim based on sick or personal payment for which employee was not eligible. |
| PEACOCK, VALORIE J.<br>14712 E COLGATE DR<br>AURORA, CO 80014 | 3937 | 11/30/07 | No Case | - (S)<br>- (A)<br>$990.24 (P)<br>- (U)<br>$990.00 (T) | Claim based on sick or personal payment for which employee was not eligible. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| ROSENBLATT, KATHERINE (KATIE)<br>1741 PLUM THICKET LANE<br>WEST DES MOINES, IA 50266 | 6307 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>$1,090.84 (P)<br>- (U)<br>$1,090.84 (T) | Claim based on vacation pay for which employee was not eligible. |
| ROSENBLATT, KATHERINE (KATIE)<br>1741 PLUM THICKET LANE<br>WEST DES MOINES, IA 50266 | 6308 | 12/24/07 | 07-11047 | - (S)<br>- (A)<br>$1,090.84 (P)<br>- (U)<br>$1,090.84 (T) | Claim based on vacation pay for which employee was not eligible. |
| SOMERMAN, STEVEN M.<br>17 TORTOISE SHELL<br>COTO DE CAZA, CA 92679 | 419 | 9/10/07 | No Case | - (S)<br>- (A)<br>$27,083.33 (P)<br>- (U)<br>$27,083.33 (T) | Claim based on vacation pay for which employee was not eligible. |
| SOMERMAN, STEVEN M.<br>17 TORTOISE SHELL<br>COTO DE CAZA, CA 92679 | 701 | 9/13/07 | No Case | - (S)<br>- (A)<br>$27,083.33 (P)<br>- (U)<br>$27,083.33 (T) | Claim based on vacation pay for which employee was not eligible. |
| SWEENEY, RYAN<br>660 PIEDMONT DR<br>WESTFIELD, IN 46074 | 924 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$1,500.00 (P)<br>- (U)<br>$1,500.00 (T) | Claim based on vacation pay for which employee was not eligible. |
| SWEENEY, RYAN<br>660 PIEDMONT DR<br>WESTFIELD, IN 46074 | 7468 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$1,500.00 (P)<br>- (U)<br>$1,500.00 (T) | Claim based on vacation pay for which employee was not eligible. |
| VELEZ, CYNTHIA R.<br>3262 DEER CHASE RUN<br>LONGWOOD, FL 32779 | 521 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$130,000.00 (P)<br>- (U)<br>$130,000.00 (T) | Claim based on bonus payment for which employee was not eligible. |
| VELEZ, CYNTHIA R.<br>3262 DEER CHASE RUN<br>TANGERINE, FL 327779 | 6041 | 12/20/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$119,050.00 (U)<br>$130,000.00 (T) | Claim based on bonus payment for which employee was not eligible. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| **Totals:** | | 15 Claims | | - (S)<br>- (A)<br>$236,193.68 (P)<br>$130,600.00 (U)<br>$366,793.44 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

## Exhibit B

## Multiple Debtor Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BLOOM, LINDA S.<br>4329 W ARROWHEAD RD<br>SPOKANE, WA 99208-4967 | 578 | 8/31/07 | 07-11047 | - (S)<br>- (A)<br>$2,123.52 (P)<br>- (U)<br>$2,123.52 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#1401) was asserted against the correct Debtor. |
| BOYLE, SUZANNE<br>132 E WOODLANDER<br>EAGLE, ID 83616 | 1002 | 9/19/07 | 07-11047 | - (S)<br>- (A)<br>$9,728.00 (P)<br>- (U)<br>$9,728.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2061) was asserted against the correct Debtor. |
| BOYLE, SUZANNE<br>132 E WOODLANDER<br>EAGLE, ID 83616 | 2325 | 11/16/07 | No Case | - (S)<br>- (A)<br>$9,033.38 (P)<br>- (U)<br>$9,033.38 (T) | The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#2061) was asserted against the correct Debtor. |
| BRADY, AMY L.<br>214 E GEORGIA AVE<br>CONNELLSVILLE, PA 15425 | 218 | 8/31/07 | No Case | - (S)<br>- (A)<br>$692.31 (P)<br>- (U)<br>$692.31 (T) | The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#901) was asserted against the correct Debtor. |
| CADIZ, JOY N.<br>1168 NAMDAC AVE<br>BAY SHORE, NY 11706 | 301 | 9/4/07 | 07-11047 | - (S)<br>- (A)<br>$3,846.15 (P)<br>- (U)<br>$3,846.15 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7489) was asserted against the correct Debtor. |
| CARNEY, PATRICIA E.<br>2962 HARMENING AVE<br>PITTSBURGH, PA 15227 | 1067 | 9/20/07 | 07-11047 | - (S)<br>- (A)<br>$4,150.08 (P)<br>- (U)<br>$4,150.08 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#3100) was asserted against the correct Debtor. |
| FERNANDEZ, FANNY L.<br>1156 JOSELSON AVE<br>BAY SHORE, NY 117062037<br>USA | 337 | 9/5/07 | No Case | - (S)<br>- (A)<br>$2,250.00 (P)<br>- (U)<br>$2,250.00 (T) | The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#9620) was asserted against the correct Debtor. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| GRENIER, KAREN<br>21 WINDING LN<br>ISLANDIA, NY 11749 | 370 | 9/6/07 | 07-11047 | $745.97<br><br>$745.97 | (S) -<br>(A) -<br>(P)<br>(U) -<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7992) was asserted against the correct Debtor. |
| GRENIER, KAREN<br>21 WINDING LN<br>ISLANDIA, NY 11749 | 397 | 9/7/07 | 07-11047 | $745.97<br><br>$745.97 | (S) -<br>(A) -<br>(P)<br>(U) -<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7992) was asserted against the correct Debtor. |
| GRENIER, KAREN<br>21 WINDING LN<br>ISLANDIA, NY 11749 | 1483 | 10/9/07 | 07-11047 | $745.97<br><br>$745.97 | (S) -<br>(A) -<br>(P)<br>(U) -<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7992) was asserted against the correct Debtor. |
| HAYES, JAMES J.<br>9260 BOWERS BROOK PL<br>BRISTOW, VA 20136 | 106 | 8/27/07 | 07-11047 | $10,950.00<br>$4,030.77<br>$14,980.77 | (S) -<br>(A) -<br>(P)<br>(U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2565), according to the Debtors' books and records, was also filed against the wrong Debtor. In the Debtors' Second Omnibus Objection, the Debtors have requested that claim #2565 be reassigned to case number 07-11051. |
| HOUDE, ARTHUR E., IV<br>23 SOUTHAVEN DR<br>BROOKHAVEN, NY 11719 | 395 | 9/7/07 | 07-11047 | $1,102.50<br><br>$1,102.50 | (S) -<br>(A) -<br>(P)<br>(U) -<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2172) was asserted against the correct Debtor. |
| JANSEN, ELVA V.<br>9166 DAUCHY AVE<br>RIVERSIDE, CA 92508 | 4940 | 12/10/07 | No Case | $1,461.00<br><br>$1,461.00 | (S) -<br>(A) -<br>(P)<br>(U) -<br>(T) | The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#119) was asserted against the correct Debtor. |
| LALLI, JEANNE<br>379 SHERMAN AVE<br>HAWTHORNE, NY 10532 | 260 | 9/4/07 | No Case | $10,096.00<br><br>$10,096.00 | (S) -<br>(A) -<br>(P)<br>(U) -<br>(T) | The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#2445) was asserted against the correct Debtor. |
| MACARTHUR, LAURA<br>8 LEO ST<br>PATCHOGUE, NY 11772 | 415 | 9/10/07 | No Case | $2,279.63<br><br>$2,279.63 | (S) -<br>(A) -<br>(P)<br>(U) -<br>(T) | The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#5491) was asserted against the correct Debtor. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| MACORMAC, EVELYN<br>106 W FAIR MEADOWS DR<br>CANONSBURG, PA 15317 | 427 | 9/10/07 | No Case | $2,414.88<br>$2,414.88 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#6409) was asserted against the correct Debtor. |
| MAPES, CAROLINE<br>5711 CAVALIER CT<br>BENSALEM, PA 19020 | 100 | 8/27/07 | 07-11047 | $3,588.00<br>$3,588.00 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2245) was asserted against the correct Debtor. |
| MAPLESON, TERI-ANN<br>5 LAKEWOOD AVE<br>LAKE RONKONKOMA, NY 11779 | 255 | 9/4/07 | No Case | $1,413.46<br>$1,413.46 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#5209) was asserted against the correct Debtor. |
| MATTHEWS, GEORGE T<br>ASSISTANT VICE PRESIDENT-AREA MANAGER<br>****NO ADDRESS PROVIDED**** | 2299 | 11/9/07 | No Case | $10,000.00<br>$10,000.00 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#7565) was asserted against the correct Debtor. |
| MCERLEAN, JENNIFER<br>33 PARDAM KNOLL RD<br>MILLER PLACE, NY 11764 | 431 | 9/10/07 | 07-11047 | $1,396.63<br>$1,396.63 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7362) was asserted against the correct Debtor. |
| MONROE, MICHELE<br>391 MORS AVE<br>WHEELING, IL 60090 | 3179 | 11/23/07 | 07-11050 | $3,231.75<br>$3,231.75 | - (S)<br>- (A)<br>(P)<br>(U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#437), according to the Debtors' books and records, was also filed against the wrong Debtor. In the Debtors' Second Omnibus Objection, the Debtors have requested that claim #437 be reassigned to case number 07-11051. |
| MORAN PILLE, KATHRYN A.<br>2031 N ARLENE DR<br>ARNOLD, MO 63010 | 790 | 9/14/07 | 07-11047 | $755.60<br>$755.60 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2608) was asserted against the correct Debtor. |
| MULLINS, STACY J.<br>177 BAYLAWN AVE<br>COPIAGUE, NY 11726 | 490 | 9/10/07 | 07-11047 | $4,015.38<br>$4,015.38 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2092) was asserted against the correct Debtor. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| NEWMAN, JOHN H.<br>312 BAY AVENUE<br>HUNTINGTON, NY 11743 | 1174 | 9/24/07 | 07-11053 | $1,013.00<br>$1,013.00<br>$1,013.00 | - (S)<br>- (A)<br>(P)<br>(U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2934) was asserted against the correct Debtor. |
| PAVONE, CHERYL L.<br>1744 SWORD DANCER DR<br>VIRGINIA BEACH, VA 23454 | 720 | 9/13/07 | 07-11047 | $334.60<br>$334.60 | - (S)<br>- (A)<br>(P)<br>(U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2620) was asserted against the correct Debtor. |
| RICHARD, SHARON KUNTI<br>1516 KINGSTON AVE<br>BALDWIN, NY 11510 | 439 | 9/10/07 | No Case | $1,308.83<br>$1,308.83 | - (S)<br>- (A)<br>- (P)<br>(U)<br>(T) | The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#2150) was asserted against the correct Debtor. |
| SHEALEY, DORNETTA<br>114-83 228TH ST<br>CAMBRIA HEIGHTS, NY 11411 | 101 | 8/27/07 | 07-11047 | Unspecified* | | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#5997) was asserted against the correct Debtor. |
| SHEALEY, DORNETTA<br>114-83 228TH ST<br>CAMBRIA HEIGHTS, NY 11411 | 1231 | 9/26/07 | No Case | Unspecified* | | The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#5997) was asserted against the correct Debtor. |
| SLOWINSKI, MICHELLE L.<br>15014 N 150TH LN<br>SURPRISE, AZ 85379 | 308 | 9/4/07 | 07-11047 | $1,440.00<br>$1,440.00 | - (S)<br>- (A)<br>(P)<br>- (U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#4243) was asserted against the correct Debtor. |
| SLOWINSKI, MICHELLE L.<br>15014 N 150TH LN<br>SURPRISE, AZ 85379 | 4242 | 12/3/07 | No Case | $1,440.00<br>$1,440.00 | - (S)<br>- (A)<br>(P)<br>(U)<br>(T) | The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#4243) was asserted against the correct Debtor. |
| TODD, BEVERLY<br>10145 CALLE MARINERO<br>SPRING VALLEY, CA 91977 | 762 | 9/14/07 | 07-11047 | $2,924.00<br>$2,924.00<br>$2,924.00 | - (S)<br>- (A)<br>(P)<br>(U)<br>(T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2830), according to the Debtors' books and records, was also filed against the wrong Debtor. In the Debtors' Second Omnibus Objection, the Debtors have requested that claim #2830 be reassigned to case number 07-11051. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| WEINSTEIN, MINDY<br>572 N HAWTHORNE ST<br>N MASSAPEQUA, NY 11758 | 248 | 9/4/07 | 07-11047 | Unspecified* | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2215) was asserted against the correct Debtor. |
| WEINSTEIN, MINDY<br>572 N HAWTHORNE ST<br>NORTH MASSAPEQUA, NY 11758 | 2214 | 11/15/07 | No Case | - (S)<br>- (A)<br>$1,269.23 (P)<br>- (U)<br>$1,269.23 (T) | The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#2215) was asserted against the correct Debtor. |
| YARBRO, CRYSTAL D.<br>2125 CANTON HIGHWAY<br>CUMMING, GA 30040 | 342 | 9/5/07 | 07-11047 | - (S)<br>- (A)<br>$1,153.84 (P)<br>- (U)<br>$1,153.84 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#6152) was asserted against the correct Debtor. |
| Totals: | 34 Claims | | | - (S)<br>- (A)<br>$88,959.02 (P)<br>$16,658.43 (U)<br>$101,680.45 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

## Exhibit C
## Reduced Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reduced Amount | Comments |
|---|---|---|---|---|---|---|
| ARNDT, LISA K.<br>59 BENJAMIN DRIVE<br>TROY, MO 63379 | 1327 | 10/1/07 | 07-11051 | - (S)<br>- (A)<br>$5,271.38 (P)<br>- (U)<br>$5,271.38 (T) | - (S)<br>- (A)<br>$4,943.12 (P)<br>- (U)<br>$4,943.12 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| BODIE, DANNA L<br>8502 MAPLE BLUFF CT<br>NEW HAVEN, IN 46774 | 4711 | 12/6/07 | 07-11051 | - (S)<br>- (A)<br>$1,120.00 (P)<br>- (U)<br>$1,120.00 (T) | - (S)<br>- (A)<br>$896.00 (P)<br>- (U)<br>$896.00 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| COLLINS PALLWITZ, DIANA K<br>1645 WATERS EDGE DRIVE<br>PLEASANT HILL, IA 50327 | 7493 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$5,184.80 (P)<br>- (U)<br>$5,184.80 (T) | - (S)<br>- (A)<br>$2,488.71 (P)<br>- (U)<br>$2,488.71 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| CONTRERAS, REANA<br>34889 NORTH<br>STETSON COURT<br>QUEEN CREEK, AZ 85242 | 2829 | 11/20/07 | 07-11051 | - (S)<br>- (A)<br>$1,231.73 (P)<br>- (U)<br>$1,231.73 (T) | - (S)<br>- (A)<br>$1,231.73 (P)<br>- (U)<br>$1,231.73 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| CORBETT, HEATHER<br>4425 B301 PARRISH ST<br>PHILADELPHIA, PA 19104 | 9043 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$1,355.50 (P)<br>$1,355.50 (U)<br>$1,355.50 (T) | - (S)<br>- (A)<br>$730.50 (P)<br>- (U)<br>$730.50 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| CORDERO, NOEL JR.<br>148 GROVE AVE<br>PATCHOGUE, NY 11772 | 940 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$1,384.43 (P)<br>- (U)<br>$1,384.43 (T) | - (S)<br>- (A)<br>$1,035.76 (P)<br>- (U)<br>$1,035.76 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| CORDTS, AUDRA LYNN<br>160 EAST 23RD STREET<br>SOUTH HUNTINGTON, NY 11746 | 1413 | 10/4/07 | 07-11051 | - (S)<br>- (A)<br>$1,440.00 (P)<br>- (U)<br>$1,440.00 (T) | - (S)<br>- (A)<br>$392.31 (P)<br>- (U)<br>$392.31 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |

──────── Objectionable Claims ────────

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reduced Amount | Comments |
|---|---|---|---|---|---|---|
| D'ANGELI, JOSEPH<br>201 TINTON PL<br>EAST NORTHPORT, NY 11731 | 865 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$5,133.45 (P)<br>- (U)<br>$5,133.45 (T) | - (S)<br>- (A)<br>$3,384.62 (P)<br>- (U)<br>$3,384.62 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| Totals: | | 8 Claims | | - (S)<br>- (A)<br>$22,121.29 (P)<br>$1,355.50 (U)<br>$22,121.29 (T) | - (S)<br>- (A)<br>$15,102.75 (P)<br>- (U)<br>$15,102.75 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

# Exhibit D

## Reduced Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | New Case Number | Reduced Amount | |
|---|---|---|---|---|---|---|---|---|
| BAKER, LINDA A.<br>5319 MANOR DR<br>NEW PORT RICHEY, FL 34652 | 1492 | 10/10/07 | 07-11047 | -<br>-<br>$2,300.48<br>-<br>$2,300.48 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 07-11051 | -<br>-<br>$1,592.30<br>-<br>$1,592.30 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| BARNEY, IVAN L.<br>2616 MERION HILLS COURT<br>CHARLOTTE, NC 28269 | 1535 | 10/12/07 | No Case | -<br>-<br>$3,973.37<br>-<br>$3,973.37 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 07-11051 | -<br>-<br>$3,076.92<br>-<br>$3,076.92 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| BEALL, CAROL A.<br>1918 CAMBRIDGE DR<br>CROFTON, MD 21114 | 1019 | 9/19/07 | No Case | -<br>-<br>$1,282.56<br>-<br>$1,282.56 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 07-11051 | -<br>-<br>$898.51<br>-<br>$898.51 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| BIERD, JESSICA<br>1323 E BALBOA BLVD # 1<br>NEWPORT BEACH, CA 92661 | 1198 | 9/24/07 | No Case | -<br>-<br>$2,558.16<br>-<br>$2,558.16 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 07-11051 | -<br>-<br>$1,169.47<br>-<br>$1,169.47 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| CLARK, PATRICIA<br>601 GRAY SQUIRREL CT<br>APOPKA, FL 32712 | 1021 | 9/19/07 | No Case | -<br>-<br>$2,215.87<br>$1,723.48<br>$3,939.35 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 07-11053 | -<br>-<br>$2,250.00<br>-<br>$2,250.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| **Totals:** | **5 Claims** | | | -<br>-<br>$12,330.44<br>$1,723.48<br>$14,053.92 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | | -<br>-<br>$8,987.20<br>-<br>$8,987.20 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

# Exhibit E

## Reclassified Wrong Debtor Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reduced Amount |
|---|---|---|---|---|---|---|
| BROWN, ELIZABETH DORNEY<br>429 ROBIN REED CT<br>PINEVILLE, NC  28134 | 572 | 9/11/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$1,019.20 (U)<br>$1,019.20 (T) | 07-11051 | - (S)<br>- (A)<br>$1,019.20 (P)<br>- (U)<br>$1,019.20 (T) |
| **Totals:** | 1 Claim | | | - (S)<br>- (A)<br>- (P)<br>$1,019.20 (U)<br>$1,019.20 (T) | | - (S)<br>- (A)<br>$1,019.20 (P)<br>- (U)<br>$1,019.20 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.