UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :   Jointly Administered
                              Debtors.                           :
---------------------------------------------------------------- x   Ref. Docket No. 2858

### NOTICE OF SUCCESSFUL BIDDERS REGARDING SALE OF
### BOFA NON-PERFORMING LOANS AND JPM NON-PERFORMING LOANS

      PLEASE TAKE NOTICE that, in accordance with the sale procedures approved by Order of the United States Bankruptcy Court for the District of Delaware, dated February 1, 2008 (the "Sale Procedures Order") for the sale of certain Non-Performing Loans,[1] the Debtors received Qualified Bids with respect to the (i) BofA Non-Performing Loans and (ii) JPMorgan Non-Performing Loans. A sale hearing with respect to the BofA Non-Performing Loans and the JPM Non-Performing Loans was held on March 13, 2008. The sale hearing with respect to the Unencumbered Non-Performing Loans was adjourned.

      PLEASE TAKE FURTHER NOTICE that the pursuant to the Order Authorizing the Debtors to File, Under Seal, the Purchase Prices with Respect to the Notice of the Successful Bids was entered on March 14, 2008 [Docket No. 3272] the Debtors were permitted to file the purchase prices with respect to the successful bids under seal until they received bids for the Unencumbered Non-Performing Loans.

      PLEASE TAKE FURTHER NOTICE that pursuant to the Debtors' Notice of Partial Withdrawal of Docket No. 2490 [Docket No. 3470], the Debtors withdrew the Motion of the Debtors for Orders: (A)(1) Approving Sale Procedures; (II) Approving Payment of Expense Reimbursement; (III) Scheduling a Hearing to Consider Sale of Certain Non-Performing Loans; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of Non-Performing Loans Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Sale Agreement Thereto; (III) Authorizing the Distribution of the Proceeds; and (IV) Granting Related Relief [Docket No. 2490] solely as it related to the Unencumbered Non-Performing Loans.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Sale Procedures.

PLEASE TAKE FURTHER NOTICE that the bids set forth on Exhibit A hereto were determined by the Debtors to be the Successful Bidders with respect to the BofA Non-Performing Loans and the JPMorgan Non-Performing Loans.

Dated: Wilmington, Delaware
March 28, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650))
Sean M. Beach (No. 4070)
Donald J. Bowman, Jr. (No. 4383))
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession

**EXHIBIT A**

| Non-Performing Loans | Successful Bidder | Percentage of UPB |
|---|---|---|
| **BofA Non-Performing Loans** | Beltway Capital, LLC | 44.37% |
| **JPMorgan Non-Performing Loans** | Lehman Capital | 41.25% |