**Tax Table 1**

Tax Id Number:           08-10-301-007
Land Assessments: $26,468.00
Improvement Assessments: $95,867.00
Total Assessed/Taxable Value: $122,335.00
Tax Amount:              $6,386.08          Tax Status: OPEN
Tax Year:                 2006              Due Date: 06/01/2007
Paid Thru Date:           09/01/2006
Tax Table Additional Information: TAXES FOR YEARS 2002-2005 ALL PAID

## Mortgages

**Mortgage 1**

| | | | |
|---|---|---|---|
| Mortgagee: | WASHINGTON MUTUAL BANK, FA | Document Number: | 2003K079633 |
| Mortgagor 1: | LORENZO J ESTRADA | Mortgagor 2: | GERALDINE ESTRADA |
| Amount: | $260,000.00 | Mortgage Date: | 05/01/2003 |
| Recording Date: | 05/12/2003 | Mortgage Type: | CLOSE ENDED |

*[handwritten: OU83]*

**Mortgage 2**

| | | | |
|---|---|---|---|
| Mortgagee: | MERS/AMERICAN BROKERS CONDUIT | Document Number: | 2006K005110 |
| Mortgagor 1: | LORENZO J ESTRADA | Mortgagor 2: | GERALDINE ESTRADA |
| Amount: | $100,000.00 | Mortgage Date: | 12/23/2005 |
| Recording Date: | 01/13/2006 | Mortgage Type: | CLOSE ENDED |

## General Notes

**General Note 1**

General Notes: POWER OF ATTORNEY, DOC 2006K005111, REC 01/13/2006; ALL PARTIES RAN - NO JUDGMENTS/LIENS FOUND

## Lis Pendens

**Lis Pendens 1**

| | | | |
|---|---|---|---|
| Plaintiff: | AMERICAN HOME MORTGAGE ACCEPTANCE, INC, SUCCESSOR BY MERGER TO AMERICAN BROKERS CONDUIT | Defendant: | LORENZO J ESTRADA; GERALDINE ESTRADA; HEDGEROW FARMS HOMEOWNERS ASSOCIATION |
| Filed: | 02/27/2007 | Case #: | 07CHK464 |
| Recorded: | 03/06/2007 | Instrument #: | 2007K024933 |
| Filing Attorney: | CODILIS AND ASSOCIATES PC | | |

## Scanned Documents

**Document:** MISCELLANEOUS (200707474 MISC.pdf)

**Document:** DEED (200707474-2DEED.pdf)

**Document:** MORTGAGE (200707474-3MTG.pdf)

*[handwritten: 1st Mortgage Position (P)]*