**MARKET INTELLIGENCE**
A DIVISION OF FIDELITY NATIONAL INFORMATION SOLUTIONS

# Real Estate Owned Property Evaluation

| | | | |
|---|---|---|---|
| **MI #:** | 109812881 | **Alt ID:** | 1122457 |
| **Property Address:** | 6N472 BARBERRY | **Loan #:** | 0628556615 |
| **City, State, Zip:** | ST CHARLES, IL 60175 | **Mortgagor:** | LORENZO ESTRADA |

**Inspection Type:** [X] Drive by [ ] Interior   **Is the Subject:** [ ] Vacant [X] Occupied [ ] Unknown
**If vacant, is it secured?** [ ] Yes [X] No [ ] Unknown
**SUBJECT PROPERTY:**   **Location:** [ ] Urban [X] Suburban [ ] Rural

| DESCRIPTION/STYLE | Units | Condition | Sq.Ft. Living | Rms | Bdrms | Baths | 1/2 Baths | Garage | Lot Size | Age Yrs. | DOM | Orig. List $ | List $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 Story | 1 | Good | 2741 | 9 | 4 | 2 | 1 | 2A/0 | 1.02ac | 21 | | $ 0 | $ 0 |

**If a mobile home, is it attached?** [ ] Yes [X] No [ ] Unable to determine

**Listed?** [ ] Yes [X] No   **Listing Company:** _____   **Phone:** _____

**COMMENTS:** The subject is in good, condition, on acre lot custom homes, desired property.

**COMPARABLE SALES:**

| ADDRESS | Sq.Ft. Living | Rms | Bdrms | Baths | 1/2 Baths | Garage | Lot Size | Age Yrs. | DOM | List Price | Sale Price | Sale Date | Proximity to Subject |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6N203 Old Homestead | 2450 | 8 | 4 | 2 | 1 | 3A/0 | 1.34ac | 22 | 348 | $ 389500 | $ 378250 | 04/2007 | 0.9 miles |
| 39W879 Hoeweed Lane | 2621 | 8 | 3 | 2 | 1 | 2A/0 | 1.32ac | 22 | 37 | $ 425000 | $ 410000 | 02/2007 | 0.3 miles |
| 41W593 Holly Ct | 2960 | 12 | 4 | 2 | 1 | 2A/0 | 1.2ac | 25 | 196 | $ 429800 | $ 420000 | 05/2007 | 0.2 miles |

Rate each Comp by selecting one of the following conditions: E=Excellent, G=Good, A=Average, F=Fair, P=Poor, D=Damaged

| | Style | Cond | Units | Comments |
|---|---|---|---|---|
| COMP #1: | 2 Story | G | 1 | Smaller gla, simialr in style and locaiton, larger lot, less upgrades and amentities. |
| COMP #2: | 2 Story | G | 1 | Simialr in size style and location, slighly smaller gla, slighly larger lot, similar amenities, best comp. |
| COMP #3: | 2 Story | G | 1 | Larger gla, similar in size style and location |

**COMPARABLE LISTINGS:**

| ADDRESS | Sq.Ft. Living | Rms | Bdrms | Baths | 1/2 Baths | Garage | Lot Size | Age Yrs. | DOM | List Price | Proximity to Subject |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6N549 Juniper Ct | 2520 | 11 | 5 | 3 | 1 | 2A/0 | 0.97ac | 21 | 273 | $ 399900 | 0.8 miles |
| 41W622 Holly Ct | 2641 | 10 | 4 | 3 | 0 | 2A/0 | 0.99ac | 20 | 154 | $ 409900 | 0.9 miles |
| 6N463 Barberry Lane | 2859 | 9 | 4 | 2 | 1 | 2A/0 | 1.02ac | 27 | 1 | $ 419900 | 0.2 miles |

Rate each Comp by selecting one of the following conditions: E=Excellent, G=Good, A=Average, F=Fair, P=Poor, D=Damaged

| | Style | Cond | Units | Comments |
|---|---|---|---|---|
| COMP #1: | 2 Story | G | 1 | Smaller gla, smaller lot, more bed bath count similar in size style and location |
| COMP #2: | 2 Story | G | 1 | Similar in size style and locaiotn- best comp |
| COMP #3: | 2 Story | G | 1 | Larger gla, similar in size style and locaiotn |

| VALUE INFORMATION | | |
|---|---|---|
| Est. Marketing Time | Quick Sale 30 days | 90 - 120 days |
| As Is Value | $ 378250 | $ 420000 |
| Repaired Value | $ 378250 | $ 420000 |

**Estimated Cost of Repairs:** $0
**Estimated Days to Repair:** 0

**MARKETABILITY OF SUBJECT:**

1. Explain any functional or economic obsolescence:
none

2. Will this property be a problem for resale? [X] No [ ] Yes
If yes, why?

**Annual Market Forecast:** [X] Stable   % Appreciation ___   % Depreciation ___
**Overall Property Maintenance in Area:** [X] Good [ ] Fair [ ] Poor   **Average Marketing Time of Sales:** 31-89 days
**# Listings in immediate Area:** 18   **Neighborhood Value Range:** $ 325000 to $ 647999

Describe any negative neighborhood factors that will detract from subject:
none

| | | | |
|---|---|---|---|
| **Prepared by:** | Client Services | **Date:** | 01/09/2008 |
| **Office:** | LSI | **Office Phone:** | (800)722-0300 |

This analysis and evaluation of an interest in real property for ownership or collateral purposes is prepared by and for the following financial institution, identified as lender above, to be used for internal purposes only. This document is not an appraisal and is intended for use only for loan transactions valued at less than $250,000, as required by Title XI of FIRREA. The agent submitting this report represents that he/she drove by the subject property and that he/she has no interest in the property.


**MARKET INTELLIGENCE**
A DIVISION OF FIDELITY NATIONAL INFORMATION SOLUTIONS

## Real Estate Owned Property Evaluation

### ADDENDUM NARRATIVE

| | | | |
|---|---|---|---|
| **MI #:** | 109812881 | **Alt ID:** | 1122457 |
| **Property Address:** | 6N472 BARBERRY | **Loan #:** | 0628556615 |
| **City, State, Zip:** | ST CHARLES, IL 60175 | **Mortgagor:** | LORENZO ESTRADA |

**Narrative:** The market is active, condition of the subject is good, area well maintained, close to schools shopping and highway acess, no hazards no repairs were evident form the street.

Subject Property
Loan No: 0628556615
Address: 6N472 BARBERRY ST CHARLES, IL 60175



Subject Property, Street View
Loan No: 0628556615
Address: 6N472 BARBERRY ST CHARLES, IL 60175





