**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| American Home Mortgage, | ) | Case No. 07-11047 CSS |
| et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Ref. No. |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**
**AS TO 6N472 BARBERRY STREET, ST. CHARLES, ILLINOIS**

AND NOW, TO WIT, this _____ day of _____ A.D., 2008, Washington Mutual Bank FA's Motion for Relief from Automatic Stay having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause ***to the extent such stay is applicable,*** so as to permit Washington Mutual Bank FA and/or the holder of the Mortgage, as recorded in Book 2003K at page 079633 in the Office of the Recorder in Kane County, State of Illinois for Washington Mutual Bank to enforce its security interest in the aforesaid real property through foreclosure proceedings, Sheriff's Sale or Trustee's sale of the property and all other legal remedies against the property which may be available to Washington Mutual Bank FA under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that Washington Mutual Bank may immediately enforce and implement this Order granting relief from the automatic stay.

_____
J.