### IN THE UNITED STATES BANKRUPTCY COURT
### IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| American Home Mortgage, et al., | ) ) ) ). | Case No. 07-11047<br>Chapter 11<br>Jointly Administered |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, Kristi J. Doughty, hereby certify this 29th day of March, 2008 that service of the **Notice of Motion, Motion, Exhibits** and proposed **Order** was made electronically and (via) first class mail to the following:

American Home Mortgage Holdings, Inc.
538 Broadhollow Rd.
Melville, NY  11747
*Debtor*

Pauline K. Morgan
Edward J. Kosmowski, Esq.
Young, Conaway, Stargatt & Taylor
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Kerri K. Mumford, Esq.
Landis, Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE  19801
*Attorney for Official Committee*
*of Unsecured Creditors*

Lorenzo & Geraldine Estrada
6N472 Barberry
St. Charles, Illinois 60175
*Borrowers*

                      WHITTINGTON & AULGUR

                      /s/ Kristi J. Doughty
                      Robert T. Aulgur, Jr.(No.165)
                      Kristi J. Doughty (No. 3826)
                      651 N. Broad Street, Suite 206
                      P.O. Box 1040
                      Middletown, DE 19709-1040
                      (302) 378-1661
                      Attorney for Movant