**IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| American Home Mortgage, | ) | Case No. 07-11047 CSS |
| et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | Hearing: April 28, 2008 @ 2:00 p.m. |
| Debtors. | ) | Response date:  April 21, 2008 |

**AURORA LOAN SERVICES LLC'S MOTION FOR RELIEF FROM
THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362 (d) (1)
SEEKING  RELIEF
AS TO 956 EAST 231ST STREET, BRONX, NY**

NOW COMES Aurora Loan Services, LLC (hereinafter "Aurora"), by and through its attorneys, Whittington & Aulgur, and moves the Court for an Order granting relief from the Automatic Stay of 11 U.S.C. §362 upon the following grounds:

JURISDICTION

1. The Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, 11 U.S.C.  §157 and 11 U.S.C. §362.

CLAIM FOR RELIEF

2. Aurora is a corporation located in Scottsbluff, Nebraska.

3. On August 6, 2007 a Chapter 11 Petition initiating this proceeding was filed by the Debtors.

4. On March 1, 2006, non-filing borrower, Deoraine Yudeopersaud, (hereinafter "Borrower") executed and delivered a Mortgage (hereinafter "Mortgage 1") in the principle sum of $322,000.00 unto Mortgage Electronic Registration Systems, Inc. as nominee for the Lender, American Brokers Conduit.  Said Mortgage 1 created a lien upon the property therein mentioned, 956 East 231st Street, Bronx, NY, (hereinafter the

"Property") all of which is on record in the County Recorder's Office of Bronx County, New York.  A copy of said Mortgage is attached hereto as Exhibit 'A".

     5.     On August 17, 2006 Mortgage Electronic Registration Systems, Inc., as nominee for the Debtor, American Broker's Conduit, assigned, and transferred the Mortgage 1 to Movant, Aurora Loan Service LLC, a copy of which is attached hereto as Exhibit "B".

     6.     On March 1, 2006, Borrower also executed and delivered another Mortgage (hereinafter "Mortgage 2") in the principle sum of $92,000.00 unto Mortgage Electronic Registration Systems, Inc. as Nominee for the Debtor, American Brokers Conduit.  Said Mortgage 2, a copy of which is attached hereto as Exhibit "C" created a lien in second position on the Property.

     7.     Debtors have no ownership interest in the Property, and their lien if any is subordinate to Movant's.

     8.     At present, Borrower is contractually delinquent and Movant seeks to exercise its contractual rights and remedies with respect to the Mortgage 1.

     9.     The payoff amount on the subject Mortgage 1 through February 21, 2008 is approximately $383,694.02.  The Property has an as is value of $420,000.00 as set forth on the Broker's Price Opinion attached hereto as Exhibit "D".  There is no equity in the property after taking into account costs of sale and the principal amount of Mortgage 2.

     10.     Any potential equity would not benefit the Debtors' Estate since the Debtor holds no ownership interest in the Property and the Property is not necessary for the Debtors' reorganization.

11. The continuation of the Automatic Stay of 11 U.S.C. §362 will work real and irreparable harm upon Movant and therefore cause exists to vacate the stay to permit Movant to exercise its non-bankruptcy contractual rights and remedies against Borrowers and the Property.

WHEREFORE, Aurora hereby moves for an Order pursuant to 11 U.S.C. §362 (d) (1) terminating the Automatic Stay for cause.

WHITTINGTON & AULGUR

/s/ Kristi J. Doughty
Robert T. Aulgur, Jr. (No.165)
Kristi J. Doughty (No. 3826)
651 N. Broad Street, Suite 206
P.O. Box 1040
Middletown, DE 19709-1040
(302) 378-1661
Attorney for Movant

Dated: March 31,2008