EXHIBIT "B"

Recording Requested By:
AURORA LOAN SERVICES

When Recorded Return To:

Janie Flores
AURORA LOAN SERVICES
P.O. Box 1706
Scottsbluff, NE 69363-1706

F/C

Bronx, New York

**CORPORATE ASSIGNMENT OF MORTGAGE**

SELLER'S SERVICING #:0120017090 "YUDEOPERSAUD"
INVESTOR'S LOAN #: 0120017090
OLD SERVICING #: 1001161666

MERS #: 100024200011616667  VRU #: 1-888-679-6377

Date of Assignment: August 17th, 2006
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC AS NOMINEE FOR AMERICAN BROKERS CONDUIT at G 4318 MILLER ROAD, FLINT, MI 48507
Assignee: AURORA LOAN SERVICES LLC at 601 5TH AVENUE, PO BOX 1706, SCOTTSBLUFF, NE 69361

Executed By: DEORAINE YUDEOPERSAUD To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC AS NOMINEE FOR AMERICAN BROKERS CONDUIT
Date of Mortgage: 03/01/2006 Recorded: 03/21/2006 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 2006000159384 In Bronx, New York

Section/Block/Lot -4866-74

Property Address: 956 EAST 231ST STREET, BRONX, NY 10462

This Assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage together with the Note or other evidence of Indebtedness (the "Note"), said Note having an original principal sum of $322,000.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage and Note, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage and Note. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC AS NOMINEE FOR AMERICAN BROKERS CONDUIT
On August 17th, 2006

THIS ASSIGNMENT IS EFFECTIVE AS OF 8/12/06.

By: _____
Nancy L. Walker, Vice-President

STATE OF Nebraska
COUNTY OF Scotts Bluff

On the 17th day of August in the year 2006 before me, the undersigned, personally appeared Nancy L. Walker, Vice-President, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individuals(s) made such appearance before the undersigned in the County of Scotts Bluff, State of Nebraska.

WITNESS my hand and official seal,

_____
SANDRA J. HANSON
Notary Expires: 02/23/2009
Scotts Bluff, Nebraska

GENERAL NOTARY - State of Nebraska
SANDRA J. HANSON
My Comm. Exp. Feb. 23, 2009

(This area for notarial seal)

*JMF*JMFALSI*08/17/2006 04:25:27 PM* ALSI01ALSIA00000000000000314667* NYBRONX* 0120017090 NYSTATE_MORT_ASSIGN_ASSN **JMFALSI*