EXHIBIT "D"



Providing effective tools to manage mortgage risk

The First American CoreLogic suite of automated mortgage risk management tools provide the most complete assessment of mortgage risk by examining a comprehensive view of property, borrower and agent characteristics. One click delivers a user-defined priority sequence of collateral risk management and fraud prevention reports that best fit your business needs. To learn more or for additional report assistance please contact a customer care representative at (888) 288-2009.

◘ Report Options
◘ Order New Report

**USER ENTRY INFORMATION**

| | |
|---|---|
| Order #, Tracking ID1, ID2, ID3, ID4 | L200000117A1B7CB8F5EAF, |
| Street Address | 956 E 231ST ST, BRONX, NY, 10466 |

# ValuePoint4 Report

Property Address: 956 E 231ST ST, BRONX, NY 10466-4608
Owner Name: YUDEOPERSAUD DEORAN

## Valuation Result

| | |
|---|---|
| Estimated Value: | $420,000 |
| Estimated Value Range: | $399,000 - $467,000 |
| Value As Of: | 01/22/2008 |
| Processed Date: | 01/22/2008 |
| Score: | 76 |
| Forecast Standard Deviation: | 14 |
| Comment: | VP4 Valuation Successful |

*Last Market Sale Information:*

| | | | |
|---|---|---|---|
| Sale Price: | $370,000 | Prior Sale Price: | $10,000 |
| Sale Date: | 08/05/2005 | Prior Sale Date: | 04/09/2005 |
| Sale Type: | | Prior Sale Type: | |
| Seller Name: | RAMA INVESTMENT REALTY | Prior Seller Name: | |
| 1st Mtg Amount: | $333,000 | Prior 1st Mtg Amount: | |
| 1st Mtg Type: | CONVENTIONAL | Prior 1st Mtg Type: | |
| 2nd Mtg Amount: | | | |

*Prior Sale Information:*

*Location Information:*

| | | | |
|---|---|---|---|
| County: | BRONX | APN: | 04866-0074 |
| Census Tract: | 0424.00 | Township Name: | |
| Absentee Owner: | Y | | |

*Property Information:*

| | | | |
|---|---|---|---|
| Living Area: | 1,056 | Land Use: | DUPLEX |
| Total Rooms: | | Lot Area: | 2,136 |
| Bedrooms: | | Year Built / Eff: | / |
| Bath(F/H): | / | Air Conditioning: | N |

| | | | | | |
|---|---|---|---|---|---|
| Pool: | N | | Fireplace: | N | |
| Number of Stories: | 2 | | Parking: | | |

**Tax Information:**

| | | | |
|---|---|---|---|
| Assessed Value: | $14,630 | Assessed Year: | 2007 |
| Land Value: | $2,468 | Improvement Value: | $12,162 |

*Area Market Sales*

| | | | | | | |
|---|---|---|---|---|---|---|
| Comp#: | 1 | | | Distance From Subject: | 0.25 (miles) | |
| Address: | 4064 BRUNER AVE, BRONX, NY 10466-2229 | | | | | |
| Owner Name: | COLEMAN DEBRA M | | | Living Area: | 1,400 | |
| Seller Name: | ROSEN 1 LLC | | | Total Rooms: | | |
| APN: | 04978-0035 | Land Use: | Duplex | Bedrooms: | | |
| County: | BRONX | Parking: | | Bath(F/H): | 0 / 0 | |
| Sale Price: | $421,000 | Prior Sale Price: | $296,300 | Year Built: | 0 | |
| Recording Date: | 12/21/2007 | Prior Rec. Date: | 06/29/2006 | Air Cond: | | |
| 1st Mortgage Amount: | $0 | Lot Area: | 2,500 | Fireplace: | N | |
| Total Assessed Value: | $16,179 | # of Stories: | 1 | Pool: | N | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Comp#: | 2 | | | Distance From Subject: | 0.18 (miles) | |
| Address: | 4042 BRONXWOOD AVE, BRONX, NY 10466-4521 | | | | | |
| Owner Name: | JACKSON WENZELL P / TAMRA | | | Living Area: | 1,404 | |
| Seller Name: | CHRISTIE PAULETTE | | | Total Rooms: | | |
| APN: | 04863-0049 | Land Use: | Duplex | Bedrooms: | | |
| County: | BRONX | Parking: | | Bath(F/H): | 0 / 0 | |
| Sale Price: | $406,382 | Prior Sale Price: | $180,000 | Year Built: | 0 | |
| Recording Date: | 11/14/2007 | Prior Rec. Date: | 05/14/1999 | Air Cond: | | |
| 1st Mortgage Amount: | $386,062 | Lot Area: | 1,800 | Fireplace: | N | |
| Total Assessed Value: | $16,128 | # of Stories: | 2 | Pool: | N | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Comp#: | 3 | | | Distance From Subject: | 0.21 (miles) | |
| Address: | 837 E 229TH ST, BRONX, NY 10466-4414 | | | | | |
| Owner Name: | MLMI SURT TRUST 2005-BC3 | | | Living Area: | 2,076 | |
| Seller Name: | GARDNER ROBERT | | | Total Rooms: | | |
| APN: | 04854-0030 | Land Use: | Duplex | Bedrooms: | | |
| County: | BRONX | Parking: | | Bath(F/H): | 0 / 0 | |
| Sale Price: | $429,627 | Prior Sale Price: | $493,000 | Year Built: | 0 | |
| Recording Date: | 10/19/2007 | Prior Rec. Date: | 02/25/2005 | Air Cond: | | |
| 1st Mortgage Amount: | $0 | Lot Area: | 2,860 | Fireplace: | N | |
| Total Assessed Value: | $16,963 | # of Stories: | 2 | Pool: | N | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Comp#: | 4 | | | Distance From Subject: | 0.42 (miles) | |
| Address: | 1918 BUSSING AVE, BRONX, NY 10466-2024 | | | | | |
| Owner Name: | OKANLAWON OLUKEMI O | | | Living Area: | 1,600 | |
| Seller Name: | ANYAOHA WILLIAM / DIANE | | | Total Rooms: | | |
| APN: | 05014-0006 | Land Use: | Duplex | Bedrooms: | | |
| County: | BRONX | Parking: | | Bath(F/H): | 0 / 0 | |

| | | | | | |
|---|---|---|---|---|---|
| Sale Price: | $438,000 | Prior Sale Price: | $166,000 | Year Built: | 0 |
| Recording Date: | 07/30/2007 | Prior Rec. Date: | 09/12/1996 | Air Cond: | |
| 1st Mortgage Amount: | $416,100 | Lot Area: | 2,157 | Fireplace: | N |
| Total Assessed Value: | $17,706 | # of Stories: | 2 | Pool: | N |

| | | | | | |
|---|---|---|---|---|---|
| Comp#: | 5 | | | Distance From Subject: | 0.17 (miles) |
| Address: | 1046 E 229TH ST, BRONX, NY 10466-4808 | | | | |
| Owner Name: | BETHEL KEVIN | | | Living Area: | 1,392 |
| Seller Name: | BETHEL MARY A | | | Total Rooms: | |
| APN: | 04875-0061 | Land Use: | Duplex | Bedrooms: | |
| County: | BRONX | Parking: | | Bath(F/H): | 0 / 0 |
| Sale Price: | $400,000 | Prior Sale Price: | $15,000 | Year Built: | 0 |
| Recording Date: | 04/30/2007 | Prior Rec. Date: | 09/20/1990 | Air Cond: | |
| 1st Mortgage Amount: | $215,000 | Lot Area: | 1,750 | Fireplace: | N |
| Total Assessed Value: | $14,862 | # of Stories: | 2 | Pool: | N |

### Disclaimer of Use

The predicted Values are based upon automated valuation algorithms, based on data primarily from public record sources and computer decision logic combined to provide a logical calculated estimate of the value of a residential property. The Values are provided to the User "as is" and "as available", and all uses of the Values are at the User's sole risk. All warranties concerning the Values and the underlying data and processes, both express and implied, are hereby expressly excluded, including, without limitation, any warranties of merchantability, accuracy and/or fitness for a particular purpose. In no event will First American CoreLogic or AVM Valuation company represented herein ("Vendors") be liable to the User or any third party for indirect, incidental, special or consequential damages of any type whatsoever arising out of or relating in any manner to these terms, the User's agreement with First American CoreLogic or the Values, whether under a contract, tort or other theory of liability, even if First American CoreLogic or its Vendors are aware of the possibility of such damages. The Income Information provided in the IncomePro product is based on proprietary statistical processes and was not obtained through any employment or verification/validation process. The format, content, and methods of all Files, Data and Values are Confidential.

*First American CoreLogic*
*10360 Old Placerville Road, Suite 100*
*Sacramento, CA 95827*
*P: (888) 288-2009 * F: (916) 455-3851*
*clientrequest@corelogic.com*
*www.corelogic.com*

Legal / Privacy