**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| American Home Mortgage, | ) | Case No. 07-11047 CSS |
| et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | Hearing: April 28, 2008 @ 2:00 p.m. |
| Debtors. | ) | Response date:  April 21, 2008 |

**U.S. BANK, N.A.'S MOTION FOR RELIEF FROM**
**THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362 (d) (1)**
**SEEKING  RELIEF**
**AS TO 12986 SW 21ST STREET, MIRAMAR, FLORIDA**

NOW COMES U.S. Bank, N.A., being serviced as to this loan by JPMorgan Chase (hereinafter "U.S. Bank" or "Movant"), by and through its attorneys, Whittington & Aulgur, and moves the Court for an Order granting relief from the Automatic Stay of 11 U.S.C. §362 upon the following grounds:

JURISDICTION

1. The Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, 11 U.S.C.  §157 and 11 U.S.C. §362.

CLAIM FOR RELIEF

2. U.S. Bank, N.A. is being serviced as to this loan by JPMorgan Chase which is a corporation located at 3415 Vision Drive, Columbus, Ohio 43219.

3. On August 6, 2007 a Chapter 11 Petition initiating this proceeding was filed by the Debtors.

4. On October 13, 2005, non-filing borrower, Tyrone Cotton, (hereinafter "Borrower") executed and delivered a Mortgage (hereinafter "Mortgage 1") in the principle sum of $472,000.00 unto Mortgage Electronic Registration Systems, Inc. as nominee for Fremont Investment & Loan.  Said Mortgage 1 created a lien upon the

property therein mentioned, 12986 SW 21st Street, Miramar, Floriday, (hereinafter the "Property") all of which is on record in the County Recorder's Office of Broward County, Florida.  A copy of said Mortgage is attached hereto as Exhibit 'A".

5.	On September 13, 2007 Mortgage Electronic Registration Systems, Inc., as nominee for Fremont Investment & Loan, assigned, and transferred the Mortgage 1 to Movant, U.S. Bank, a copy of which is attached hereto as Exhibit "B".

6.	On July 13, 2006, Borrower also executed and delivered another Mortgage (hereinafter "Mortgage 2") in the principle sum of $166,750.00 unto Mortgage Electronic Registration Systems, Inc. as Nominee for the Debtor, American Home Mortgage.  Said Mortgage 2, a copy of which is attached hereto as Exhibit "C" created a lien in second position on the Property.

7.	Debtors have no ownership interest in the Property, and their lien if any is subordinate to Movant's.

8.	At present, Borrower is contractually delinquent and Movant seeks to exercise its contractual rights and remedies with respect to the Mortgage 1.

9.	The payoff amount on the subject Mortgage 1 through February 1, 2008 is approximately $549,846.53.  The Property has an as is value of $620,000.00 as set forth on the Broker's Price Opinion attached hereto as Exhibit "D".  There is no equity in the property after taking into account costs of sale and the principal amount of Mortgage 2.

10.	Any potential equity would not benefit the Debtors' Estate since the Debtor holds no ownership interest in the Property and the Property is not necessary for the Debtors' reorganization.

11. The continuation of the Automatic Stay of 11 U.S.C. §362 will work real and irreparable harm upon Movant and therefore cause exists to vacate the stay to permit Movant to exercise its non-bankruptcy contractual rights and remedies against Borrower and the Property.

WHEREFORE, U.S. Bank hereby moves for an Order pursuant to 11 U.S.C. §362 (d) (1) terminating the Automatic Stay for cause.

WHITTINGTON & AULGUR

/s/ Kristi J. Doughty
Robert T. Aulgur, Jr. (No.165)
Kristi J. Doughty (No. 3826)
651 N. Broad Street, Suite 206
P.O. Box 1040
Middletown, DE 19709-1040
(302) 378-1661
Attorney for Movant

Dated: March 31,2008