EXHIBIT "B"

Prepared by:        Christina Pryor, Esquire

Record &Return to: Law Office of Marshall C. Watson
                   1800 NW 49th Street, Suite 120
**RECORD AND**  ⟶   Fort Lauderdale, Florida 33309
**RETURN TO**   ⟶   Telephone: (954) 453-0365
                   Facsimile: (954) 771-6052

INSTR # 107420601
OR BK 44674 Pages 797 - 798
RECORDED 10/03/07 09:57:04
BROWARD COUNTY COMMISSION
DEPUTY CLERK 3320
#5, 2 Pages

## Assignment of Mortgage

*KNOW ALL MEN BY THESE PRESENTS:*

*THAT* MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS NOMINEE FOR
FREMONT INVESTMENT & LOAN residing or located at  1595 SPRING HILL ROAD, SUITE
310, VIENNA, VA 22182    herein designated as the assignor, for and in
consideration of the sum of  $1.00 Dollar and other good and valuable
consideration, the receipt of which is hereby acknowledged, does hereby grant,
bargain, sell, assign, transfer and set over unto U.S. BANK NATIONAL .
ASSOCIATION residing or located at: 425 WALNUT ST. CINCINNATI,
OH 45202    herein designated as the assignee, the mortgage executed
by TYRONE COTTON recorded November 14, 2005 in Broward County, Florida at Book
40887 and Page 883 encumbering the property  more particularly described as
follows:

    LOT 55, OF PLAT OF POD 2 AT MONARCH LAKES, ACCORDING TO THE PLAT
    THEREOF, AS RECORDED IN PLAT BOOK 167, PAGE 34, OF THE PUBLIC
    RECORDS OF BROWARD COUNTY, FLORIDA

together with the note and each and every other obligation described in said
mortgage and the money due and to become due  thereon

TO HAVE AND TO HOLD the same unto the said assignee, its successors and
assigns forever, but without recourse on the undersigned, effective as of

_____.

*In Witness Whereof,* the said Assignor has hereunto set his hand and seal or
caused these presents to be signed by its proper corporate officers and its
corporate seal to be hereto affixed this  15th day of  Sept. 2007,

                        MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,
                        INCORPORATED AS NOMINEE FOR FREMONT
                        INVESTMENT & LOAN
                        ATTEST: _____
                        PRINT NAME:     Clayton Scherf
                                        Vice President

Signed in the presence of:

WITNESS: _____
Print Name: ORLANDO OBERLAND

WITNESS: _____
Print Name: FUMIKO FERNANDO

07-15207

STATE OF _____**CALIFORNIA**_____

COUNTY OF · **SAN DIEGO**_____

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the
aforesaid county and state, on this the __13th__ day of __Sept.__
,2007, within my jurisdiction, the within named who acknowledged to me that
(s)he is _____**Clayton Schert**_____ and that for and on behalf of
Mortgage Electronic Registration Systems, Incorporated As Nominee For Fremont
Investment & Loan and as its act and deed (s)he executed the above and
foregoing instrument, after first having been duly authorized by Mortgage
Electronic Registration Systems, Incorporated As Nominee For Fremont
Investment & Loan to do so.

        WITNESS my hand and official seal in the County and State last aforesaid
this __13th__ day of __Sept.__ ,2007.

                                        _Diane L. Garcia_
                                        NOTARY PUBLIC

DIANE L. GARCIA
Commission # 1668320
Notary Public · California
San Diego County
My Comm. Expires May 20, 2010

07-15207