EXHIBIT "D"

**Integrated Asset Services, LLC**
4600 South Syracuse Street, Suite 700 Denver, CO 80237
Phone (303)770-1976  Fax (303) 793-0769

# BROKER PRICE OPINION

☑ Exterior Inspection   ☐ Interior Inspection

| Field | Value | Field | Value |
|---|---|---|---|
| Property Address: | 12986 SW 21ST ST | IAS Order #: | 451040 |
| City, State, Zip: | MIRAMAR, FL 33027 | Project ID: | JPMCHASE041707 |
| Loan: | 22455307 | Mortgagor: | COTTON, TYRONE |
| 2nd Loan/Client #: | JPMChase | Investor #: | |

## SUBJECT PROPERTY

Occupancy Status: ☑ VACANT  ☐ OCCUPIED   Property Appears Secure? ☑ YES  ☐ NO

| Location | Property Type | Style | # of Units | Condition | Year Built | Lot Size | Lot Size Units | Data Source | Square Feet | Bed | Full Bath | 3/4 Bath | 1/2 Bath | Bsmt | Bsmt SqFt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Suburban | Single Family Detached | 2 STORY | 1 | average | 2003 | 9797.00 | Sq.Ft. | Assessor Records | 3706 | 5 | 3 | 0 | 1 | No | 0 |

| Bsmt Finish | Car Storage | # of Cars | Currently Listed | Current List Price | DOM | Current List Date | Current List Broker | List Broker Phone | Previous List Date | Previous List Amount | Date Last Sold | Last Sold Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | Garage - Attached | 3.00 | NO | | | | | | | | 04/11/05 | $535,000 |

MLS #:

**Subject Comments:**
THE SUBJECT IS A NEWER HOME LOCATED IN A GATED COMMUNITY. THE SUBJECT IS NEAR MAJOR HIGHWAYS, PLACES OF ENTERTAIMENT, SHOPPING CENTERS AND PLACES OF EMPLOYMENT. FIRE AND POLICE PROTECTION ARE ADEQUATE.

## COMPARABLE LISTINGS (Should be less than 1 mile from subject whenever possible.)

| | Address | Property Type | Style | Units | Condition | Year Built | Lot Size | Lot Size Units | Data Source |
|---|---|---|---|---|---|---|---|---|---|
| Comp #1 | 2284 SW 129TH TE, MIRAMAR, FL 33027 | Single Family Detached | 2 STORY | 1 | average | 2002 | 13983.00 | Sq.Ft. | MLS |
| Comp #2 | 12589 SW 21ST ST, MIRAMAR, FL 33027 | Single Family Detached | 2 STORY | 1 | average | 2003 | 7766.00 | Sq.Ft. | MLS |
| Comp #3 | 2162 SW 129TH AV, MIRAMAR, FL 33027 | Single Family Detached | 2 STORY | 1 | average | 2002 | 10041.00 | Sq.Ft. | MLS |

| | Square Feet | Bed | Full Bath | 3/4 Bath | 1/2 Bath | Bsmt | Bsmt Sq Ft | Bsmt Finish | Car Storage | # of Cars | Original List Price | Original List Date | Current List Price | Current List Date | Total DOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comp #1 | 3760 | 5 | 3 | 0 | 0 | No | 0 | 0 | Garage - Attached | 3.00 | $689,900 | 11/18/06 | $672,000 | 04/14/2007 | 153 |
| Comp #2 | 3839 | 5 | 3 | 0 | 0 | No | 0 | 0 | Garage - Attached | 3.00 | $630,000 | 02/07/07 | $624,900 | 03/23/2007 | 130 |
| Comp #3 | 3706 | 5 | 3 | 0 | 0 | No | 0 | 0 | Garage - Attached | 3.00 | $695,000 | 02/23/07 | $695,000 | 02/23/2007 | 60 |

| Distance to Subject | Units | Subject Comments: including comparative condition and all selling concessions, i.e. points and terms offered. |
|---|---|---|
| Comp #1 | 0.51 | Mile | ALL LISTINGS WERE TAKEN WITHIN CLOSE PROXIMITY TO THE SUBJECT, CONSIDERATION WERE GIVEN FOR LA, ROOM COUNT, LOT SIZE, CONDITION AND LOCATION. |
| Comp #2 | 0.76 | Mile | ALL LISTINGS WERE TAKEN WITHIN CLOSE PROXIMITY TO THE SUBJECT, CONSIDERATION WERE GIVEN FOR LA, ROOM COUNT, LOT SIZE, CONDITION AND LOCATION. |
| Comp #3 | 0.52 | Mile | ALL LISTINGS WERE TAKEN WITHIN CLOSE PROXIMITY TO THE SUBJECT, CONSIDERATION WERE GIVEN FOR LA, ROOM COUNT, LOT SIZE, CONDITION AND LOCATION. |

## COMPARABLE SALES (Must be within past 6 months & less than 1 mile from subject or explain in comments below)

| | Address | Property Type | Style | Units | Condition | Year Built | Lot Size | Lot Size Units | Data Source |
|---|---|---|---|---|---|---|---|---|---|
| Comp #1 | 13017 SW 24TH ST, MIRAMAR, FL 33027 | Single Family Detached | 2 STORY | 1 | average | 2002 | 10769.00 | Sq.Ft. | MLS |
| Comp #2 | 2466 SW 132ND TE, MIRAMAR, FL 33027 | Single Family Detached | 2 STORY | 1 | average | 2001 | 8870.00 | Sq.Ft. | MLS |
| Comp #3 | 2929 SW 134TH AV, MIRAMAR, FL 33027 | Single Family Detached | 2 STORY | 1 | average | 2002 | 8138.00 | Acres | MLS |

| | Square Feet | Bed | Full Bath | 3/4 Bath | 1/2 Bath | Bsmt | Bsmt Sq Ft | Bsmt Finish | Car Storage | # Cars | Original List Price | Original List Date | LP at Sale | Sale Price | Sale Date | Seller Conc Amt | Total DOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comp #1 | 3706 | 5 | 3 | 0 | 0 | No | 0 | 0 | Garage - Attached | 3.00 | $695,000 | 10/10/06 | $695,000 | $660,000 | 12/01/06 | Unknown | 16 |
| Comp #2 | 3770 | 5 | 3 | 0 | 0 | No | 0 | 0 | Garage - Attached | 3.00 | $665,000 | 05/17/06 | $614,900 | $580,000 | 10/25/06 | Unknown | 130 |
| Comp #3 | 3708 | 5 | 3 | 0 | 0 | No | 0 | 0 | Garage - Attached | 3.00 | $638,000 | 06/20/06 | $599,900 | $580,000 | 10/25/06 | Unknown | 112 |

| Distance to Subject | Units | Subject Comments: including comparative condition and all selling concessions, i.e. points and terms offered. |
|---|---|---|
| Comp #1 | 0.27 | Mile | ALL SALES WERE TAKEN WITHIN CLOSE PROXIMITY TO THE SUBJECT, CONSIDERATION WERE GIVEN FOR LA, ROOM COUNT, LOT SIZE, CONDITION AND LOCATION. |
| Comp #2 | 0.87 | Mile | ALL SALES WERE TAKEN WITHIN CLOSE PROXIMITY TO THE SUBJECT, CONSIDERATION WERE GIVEN FOR LA, ROOM COUNT, LOT SIZE, CONDITION AND LOCATION. |
| Comp #3 | 1.40 | Mile | ALL SALES WERE TAKEN WITHIN CLOSE PROXIMITY TO THE SUBJECT, CONSIDERATION WERE GIVEN FOR LA, ROOM COUNT, LOT SIZE, CONDITION AND LOCATION. |

## NEIGHBORHOOD DATA:

| Field | Value |
|---|---|
| Neighborhood Value Trend: | ☐ Improving  ☐ Stable  ☑ Declining |
| Monthly rate (%) of change? | 0.02 |
| # months for Value trend change | 24 |
| Neighborhood Pride of Ownership | ☐ Excellent  ☑ Good  ☐ Fair  ☐ Poor |
| New Construction in area? | No |
| Average Marketing Time of Comparable Listings: | 85 |
| Average Marketing Time of Comparable Sales: | 90 |
| Price Range of Competing Properties: | $388,000 to $745,000 |
| Number of Competing Listings in Neighborhood: | 92 |
| Predominate Value for immediate area: | $550,000 |

Describe any negative neighborhood factors that will detract from subject:
NONE

Economic Outlook for region/subject's market:
Poor

## MARKETABILITY OF SUBJECT:

* Will this property be a problem for resale? If so, why?:
NO

Indicate any financing subject will NOT qualify for:
FHA MTG

Most likely buyer: Owner Occupant

Explain any functional/economic obsolescence:
NONE

## REPAIRS

| | Amount | Description |
|---|---|---|
| Does Property have any damage that may qualify as an Insurance claim? | No | NONE |
| Insurance Repairs Estimated Amount & Description: | $0 | NONE |
| Interior Repairs Estimated Amount and Description: | $0 | NONE |
| Exterior Repairs Estimated Amount and Description: | $0 | NONE |
| Updates Needed Estimated Amount and Description: | $0 | NONE |
| Total Repairs | | |

### VALUES BASED ON 90-120 DAY MARKET TIME

| | AS-IS Sale Strategy | REPAIRED Sale Strategy | ESTIMATED LAND ONLY VALUE |
|---|---|---|---|
| RECOMMENDED LIST PRICE: | $650,000 | $650,000 | $125,000 |
| ANTICIPATED SALE PRICE: | $620,000 | $620,000 | |

### VALUES BASED ON 30 DAY QUICK SALE MARKET TIME

| | Quick Sale Strategy |
|---|---|
| RECOMMENDED LIST PRICE: | $630,000 |
| ANTICIPATED SALE PRICE: | $580,000 |

Recommended Sales Strategy:  ☑ AS IS   ☐ REPAIRED

Broker Signature: DAN COHEN
BPO Date: 04/22/2007
Broker Company: ABBOTONI AND ASSOC. RE INC (954)309-3043

NOTE: This report is meant to be a Broker's Opinion of Value ONLY and is not to be construed as an appraisal.

This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use.

If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

Page 2 of 2
IAS Order #: 451040    Loan: 22155307
Property Address: 12986 SW 21ST ST

**Photos**

| Order Number: 21S12986 | Loan Number: 22455307 | Address: 12986 SW 21ST ST, MIRAMAR, FL 33027 (Broward) |



Location: StreetView
Description: STREET VIEW



Location: Subject
Description: SUBJECT



Location: Subject
Description: SUBJECT

Photos

Order Number: 21S12986      Loan Number: 22455307      Address: 12986 SW 21ST ST, MIRAMAR, FL 33027 (Broward)



Location: Misc
Description: SUBDIVISON SIGN



Location: House Number Verification
Description: HOUSE NUMBER VERIFICATION

Map



**Order Number:** 21S12966
**Loan Number:** 22455307

★ **Subject Property:**
12986 SW 21ST ST
MIRAMAR, FL 33027
Distance from Subject to Broker Office: 13.498 Miles

*–Distances not Guaranteed–*
*Based on MapQuest's accuracy & ability to locate addresses.*

**Comp. Listing 1:**
2284 SW 129TH TE
MIRAMAR, FL 33027
Dist. From Subject: 0.51 Miles

**Comp. Listing 2:**
12589 SW 21ST ST
MIRAMAR, FL 33027
Dist. From Subject: 0.765 Miles

**Comp. Listing 3:**
2162 SW 129TH AV
MIRAMAR, FL 33027
Dist. From Subject: 0.524 Miles

**Closed Sale 1:**
13017 SW 24TH ST
MIRAMAR, FL 33027
Dist. From Subject: 0.279 Miles

**Closed Sale 2:**
2466 SW 132ND TE
MIRAMAR, FL 33027
Dist. From Subject: 0.87 Miles

**Closed Sale 3:**
#2929 SW 134TH AV
MIRAMAR, FL 33027
Dist. From Subject: 1.478 Miles