**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| American Home Mortgage, | ) | Case No. 07-11047 CSS |
| et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY NUNC PRO TUNC TO FEBRUARY 1, 2008 AS TO 228 BROOKWOOD DRIVE #4, UNIT 155, SOUTH LYON, MICHIGAN**

AND NOW, TO WIT, this _____ day of _____ A.D., 2008, CitiMortgage, Inc., (hereinafter "CitiMortgage")'s Motion for Relief from Automatic Stay *nunc pro tunc* having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause effective *nunc pro tunc* to February 1, 2008 , to the extent such stay is applicable, so as to permit CitiMortgage, Inc. and/or the holder of the first mortgage, as recorded in the Office of the Register of Deeds in Liber 37212 Page 504 in Oakland County, State of Michigan for 228 Brookwood Drive, #4 Unit 155, South Lyon, Michigan, to enforce its contractual rights against the Borrower and its security interest in the aforesaid real property including validation of the execution of the Assignment that occurred on February 1, 2008 and its subsequent recordation, continuation with the foreclosure proceedings, ,and any other legal remedies against the Borrower and property which may be available to CitiMortgage, Inc. under State law; and

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that CitiMortgage, Inc. may immediately enforce and implement this Order granting relief from the automatic stay *nunc pro tunc*.

_____
J.