EXHIBIT "C"

When recorded return to:
e-Title
PO Box 5041
Troy, MI 48007-5041

241.0194

Prepared by & Return to:
M. E. Wileman
Orion Financial Group, Inc.
2860 Exchange Blvd. # 100
Southlake, TX 76092

**Assignment of Mortgage**     Send Any Notices To Assignee.

For Valuable Consideration, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") SOLELY AS NOMINEE FOR AMERICAN HOME MORTGAGE G4318 Miller Road, Flint, MI 48507 (Assignor) by these presents does assign and set over, without recourse, to CITIMORTGAGE, INC. 1111 Northpoint Drive, Building 4, Suite 100, Coppell, TX 75019 (Assignee) the described mortgage, together with certain note(s) described with all interest, all liens, any rights due or to become due thereon, executed by CHARLOTTE M WHITMER, UNMARRIED to AMERICAN HOME MORTGAGE. Said mortgage Dated: 2/28/2006 is recorded in the State of MI, County of Oakland on 3/7/2006, Liber 37212 Page 504
AMOUNT: $ 85,520.00   SEE ATTACHED EXHIBIT A
Parcel # 2129229155   Property Address: 228 DEERWOOD DR 4, UNIT 155, SOUTH LYON, MI 48178


WHITMER   SJR *99104529*

IN WITNESS WHEREOF, the undersigned corporation has caused this instrument to be executed as a sealed instrument by its proper officer. Executed on: February 1, 2008
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") SOLELY AS NOMINEE FOR AMERICAN HOME MORTGAGE,

By: _____
D. M. Wileman, Vice President

State of Texas, County of Tarrant
On 2/1/2008, before me, the undersigned, D. M. Wileman, who acknowledged that he/she is Vice President of/for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") SOLELY AS NOMINEE FOR AMERICAN HOME MORTGAGE and that he/she executed the foregoing instrument and that such execution was done as the free act and deed of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") SOLELY AS NOMINEE FOR AMERICAN HOME MORTGAGE.

_____    

Notary public, M. Conner
My commission expires: November 30, 2010



MERS Phone 888-679-6377
C J MANNINA
MI  Oakland    AHESFIP/ORLANS/ASO

# Exhibit A

TAX ID NUMBER: 2129229155
LAND SITUATED IN THE CITY OF SOUTH LYON, IN THE COUNTY OF OAKLAND, STATE OF MICHIGAN IS DESCRIBED AS FOLLOWS:

UNIT 155,* BROOKWOOD VILLAGE CONDOMINIUM, ACCORDING TO THE MASTER DEED, RECORDED IN LIBER 35365 ON PAGE (S) 1, INCLUDING ANY AND ALL AMENDMENTS THERETO, AND DESIGNATED AS OAKLAND COUNTY CONDOMINIUM SUBDIVISION PLAN NO 1735, TOGETHER WITH RIGHTS IN GENERAL COMMON ELEMENTS AND LIMITED GENERAL COMMON ELEMENTS AS SET FORTH IN THE ABOVE MASTER DEED, AND AS DESCRIBED IN ACT 59 OF THE PUBLIC ACTS OF 1978, AS AMENDED.
COMMONLY KNOWN AS: 228 BROOKWOOD DR 4, UNIT 155, SOUTH LYON, MI 48178

*Building 21

99104529                                                AHESFIP/ORLANS/ASO

Oakland County, MI