EXHIBIT "D"

TOPIC: *Title Summary
PLEASE BE ADVISED WE RECEIVED YOUR TITLE WORK. YOU ARE IN 1ST LIEN WITH NO IRS LIENS ON TITLE.

JUNIOR LIEN(S)
Mortgage in the original amount of $21,380.00 executed by Charlotte M. Whitmer a single woman, to
American Home Mortgage, dated 02/28/2006, recorded 03/07/2006, in Liber 37212, page 527.

TAX INFORMATION:
Taxes paid through and including 2006
2007 Summer Taxes Paid in the Base Amount of $3214.09
2007 Winter Taxes Paid in the Base Amount of $26.09, including $.19 for special assessment
NOTE: On the above tax amount(s) there may also be due an amount for interest, penalty and
collection.
Tax ID Number 21-29-229-155
2007 State Equalized Value: $56,270.00

Sent by:Ann Nuttle



TOPIC: *title summary
Title Grade:   B

Property Address:  228 Brookwood Drive 4, Unit 155, South Lyon, MI  48178

You are in first lien position:
Mortgage to be foreclosed:
Mortgage in the original amount $85,520.00 executed by Charlotte M. Whitmer, a single woman to
American Home Mortgage dated February 28, 2006 recorded March 7, 2006 in Liber 37212, page
504, Oakland County Records.

Title is NOT clear - junior lienholder is in bk.

Prior lien:N/A

Senior interest: N/A

Junior lien:
Mortgage in the original amount of $21,380.00 executed by Charlotte M. Whitmer a single woman, to
American Home Mortgage, dated 02/28/2006, recorded 03/07/2006, in Liber 37212, page 527.

assignment: CitiMortgage, Inc.

Taxes:
Taxes paid through and including 2006
2007 Summer Taxes Paid in the Base Amount of $3214.09
2007 Winter Taxes Paid in the Base Amount of $26.09, including $.19 for special assessment
NOTE: On the above tax amount(s) there may also be due an amount for interest, penalty and
collection.
Tax ID Number 21-29-229-155
2007 State Equalized Value: $56,270.00
Sent by: Wendy Dery