EXHIBIT "E"

ORDERED FOR: Bulk Bulk
Case 07-11047-CSS   Doc 3485-8   Filed 03/31/08   Page 2 of 7
DESC: CL-HELOC
DATE: 12/28/2007
ARVV REF NO: 2738715
SERVICE PERFORMED: Exterior

# CitiFinancial Mortgage Company, Inc. BPO

| CUST NAME | ACCT NUM | AGENT NAME | DIST FROM SUBJECT |
|---|---|---|---|
| WHITMER | 0012294236 | | 10.2 Miles |

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 228 BROOKWOOD DR UNIT 4 UNIT 155 | SOUTH LYON | MI | 48178 |

**DISCLOSURE**

**QUALITY REVIEW REMARKS:** **See Addendum**

## VALUE INFO

| | VALUE (90-120 DAY) | RECOMMENDED LIST PRICE (90-120 DAY) | TYPICAL MARKETING TIME |
|---|---|---|---|
| AS-IS | $87,000 | $89,000 | 90-120 Days |
| AS-REPAIRED | $87,000 | $89,000 | 90-120 Days |

PREVIOUS BPO INFORMATION (If Applicable)

## LISTING (If Listed)

| LISTING BROKERAGE | LISTING AGENT | LISTING AGENT PHONE |
|---|---|---|
| | PATRICA ROBBINS | 2484373800 |

| ORIGINAL LIST PRICE | CURRENT LIST PRICE | LISTED FROM | TO | LISTING FINANCE TERMS |
|---|---|---|---|---|
| $ | $89,900 | 11/09/2007 | unk | CONV, CASH, |

**LISTING COMMENTS:** SHORT SALE, 2 POOLS, TENNIS CT. CARPET FEE 1000

## SUBJECT INFO
(All fields are required for both interior and exterior inspections)

| TYPE | STYLE | AGE | OVERALL CONDITION | SLIDE AREA? | No |
|---|---|---|---|---|---|
| Condo | Ranch | 9 | Good | FLOOD PLAIN? | No |

| SQ FEET ABOVE GROUND | ROOMS/BEDS/BATHS | BASEMENT | | EARTHQUAKE ZONE? | No |
|---|---|---|---|---|---|
| MAIN 1015  UP 0 | 5  2  2 | 0 SQ FT | 0% FINISHED | | |

| LOT SIZE (ACRES) | GARAGE | ROOF CONDITION | OBSERVED ENVIRONMENTAL ISSUES? | No |
|---|---|---|---|---|
| 0.01 | 1 CAR Carport | Good | | |

| POOL | FIREPLACE | WATER | SEWER/SEPTIC | TYPE HEAT | OBSERVED CASUALTY LOSS (FIRE)? | No |
|---|---|---|---|---|---|---|
| In-Ground | | Public | Sewer | | | |

**EXTERIOR IMPROVEMENTS:** SPA TUB, PATIO

MOBILE HOME MAKE/MODEL/VIN (If Applicable)

**EXTERIOR COMMENTS:** MAINTAINED WITH NO REPAIRS NEEDED

**INTERIOR COMMENTS (Interior Orders):**

## COND OF SUBJECT AND REPAIR ESTIMATES
(Describe required repairs and note approx costs. Do not detail interior repairs if you do not have interior access.)

### EXTERIOR

| DEBRIS REMOVAL | | $ | SIDING/PAINT | | $ |
|---|---|---|---|---|---|
| None | | | None | | |
| STRUCTURAL | | $ | ROOF | | $ |
| None | | | None | | |
| WINDOWS | | $ | LANDSCAPING | | $ |
| None | | | None | | |
| OUTBUILDINGS | | $ | OTHER | | $ |
| None | | | None | | |

**EXTERIOR REPAIR COMMENTS:**

### INTERIOR

| CLEANING | $ | STRUCTURE | $ |
|---|---|---|---|
| PAINT | $ | CARPETS/FLOORING | $ |
| KITCHEN/APPLIANCES | $ | BATHROOMS | $ |
| UTILITIES | $ | OTHER | $ |

**INTERIOR REPAIR COMMENTS:**

**REPAIR TOTAL $** 0

## EVIDENCE OF

| SETTLEMENT | DRY ROT | SOIL EROSION | WATER SEEPAGE | FOUNDATION/SLAB | LEAKING ROOF | FLOOR BUCKLING | STRUCTURAL DAMAGE |
|---|---|---|---|---|---|---|---|
| | No | No | | Yes | | | No |

| MOLD/MILDEW | MOLD/MILDEW COMMENTS |
|---|---|
| | |

| ENCROACHMENTS (If Yes, See Subject Description and Condition Comments) | EASEMENTS (If Yes, See Subject Description and Condition Comments) |
|---|---|
| No | No |

## FURTHER INSPECTION OR REPORTS TO BE ORDERED

| TERMITE | WELL/SEPTIC | HEATING |
|---|---|---|
| Yes | No | Yes |

| ENGINEER | STRUCTURAL | ROOF |
|---|---|---|
| Yes | Yes | Yes |

OTHER

## ASSESSMENTS

| ANNUAL TAXES $ | PAID (YEAR) | DUE (YEAR) |
|---|---|---|
| 3,214 | 2006 | 2007 |

| MONTHLY ESTIMATE OF UTILITY COST $ | OTHER MONTHLY MAINTENANCE COSTS (SNOW REMOVAL, LAWN CARE, ETC) |
|---|---|
| 160 | 0 |

### HOA INFO (If applicable)

| DUES $ | WHEN DUE AND PAYABLE | ARE THEY CURRENT? | AMENITIES |
|---|---|---|---|
| 136 | MONTHLY | No | BUILDING MAINTANCE, |

| CONTACT | PHONE |
|---|---|
| BROOKWOOD VILLAGE | 8009846378 |

**ADDRESS:** 213 OAKBROOK DR SOUTH LYON MI

ORDERED FOR: Bulk Bulk
DEPT: CL-HELOC
DATE: 12/28/2007
FARVV REF NO: 2738715

## MARKETABILITY OF SUBJECT

**NEIGHBORHOOD COMMENTS** (Describe any locational factors, access to amenities or functional obsolescence that add or detract from the subject's marketability)
2 POOL AREAS, TENNIS CT, CLUB HOUSE. MAINTAINED. CLOSE TO MOST AMENITIES. LARGER SHOPPING AREAS AND EXPRESSWAY IS 6 MILES AWAY.

WILL THE PROPERTY BECOME A PROBLEM FOR RESALE? WHY?

FINANCING REQUIRED TO SELL SUBJECT: Yes
SPECIAL FINANCING PROGRAMS AVAILABLE: CONV, FHA, VA USDA

INDICATE FINANCING SUBJECT WILL QUALIFY FOR:
FHA/VA: Yes
CONV: Yes

## MARKET CONDITIONS AND COMPETING LISTINGS
(Three listings are required – use most comparable available)

NEIGHBORHOOD TREND IS: Declining
IS THERE A SEASONAL MARKET? No
EXPLAIN:

PRESENT NUMBER OF MARKET AREA LISTINGS: 18
PRICE RANGE: FROM $ 70,000 TO $

PRESENT NUMBER OF COMPARABLE LISTINGS: 70
PRICE RANGE: FROM $ 70,000 TO $ 190,000

AVG MKT TIME UNSOLD LISTINGS: 250
TYPICAL RESALE INCENTIVES (CL COSTS, PTS, OWC, ETC): 7%
AVG MKT TIME SOLD LISTINGS: 135

IS THERE NEW HOME CONSTRUCTION? No
PRICE RANGE AND DESCRIPTION OF SIMILAR MODELS:

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---------|------------------------|-----------|-----|----------------|---------------------------------|-----------|-----|---------------------------|
| 1 | 61091 GREENWOOD DR | 1.17 | $ 104,900 | 198 | UP 0 / MAIN 1085 / BSMT 0 / GLA 1,085 | TOT RMS 5 / BDRMS 2 / BATHS 2 | Good | 11 | 0.01 |
| | OLDER. MORE GLA. | | | | | | | | |
| 2 | 245 BROOKWOOD DR | 0.02 | $ 99,900 | 126 | UP 0 / MAIN 1063 / BSMT 0 / GLA 1,063 | TOT RMS 5 / BDRMS 2 / BATHS 2 | Good | 6 | 0.01 |
| | MORE GLA. NEWER. | | | | | | | | |
| 3 | 249 BROOKWOOD DR | 0.03 | $ 99,900 | 126 | UP 0 / MAIN 1079 / BSMT 0 / GLA 1,079 | TOT RMS 5 / BDRMS 2 / BATHS 1 | Good | 6 | 0.01 |
| | MORE GLA. NEWER. | | | | | | | | |

## SOLD COMPS SUPPORTING YOUR VALUE
(Three are required – use most comparable available)

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---------|------------------------|-----------|-----|----------------|---------------------------------|-----------|-----|---------------------------|
| 1 | 61206 GREENWOOD DR / SALE DATE 04/30/2007 | 1.12 | LIST $ 78,900 / SALE $ 82,900 | 76 | UP 0 / MAIN 1085 / BSMT 0 / GLA 1,085 | TOT RMS 5 / BDRMS 2 / BATHS 2 | Good | 17 | 0.01 / DATA SOURCE MLS |
| | OLDER. MORE GLA. | | | | | | | | |
| 2 | 61264 GREENWOOD DR BLDG 10 / SALE DATE 06/29/2007 | 1.23 | LIST $ 99,900 / SALE $ 97,000 | 126 | UP 0 / MAIN 1085 / BSMT 0 / GLA 1,085 | TOT RMS 5 / BDRMS 2 / BATHS 2 | Good | 16 | 0.01 / DATA SOURCE MLS |
| | OLDER. MORE GLA. | | | | | | | | |
| 3 | 61278 GREENWOOD DR / SALE DATE 06/20/2007 | 1.23 | LIST $ 100,000 / SALE $ 100,000 | 482 | UP 0 / MAIN 1185 / BSMT 0 / GLA 1,185 | TOT RMS 5 / BDRMS 2 / BATHS 2 | Good | 15 | 0.01 / DATA SOURCE MLS |
| | MORE GLA. OLDER. | | | | | | | | |

## BPO ADDENDUM

PROPERTY TYPE: Condo
STYLE: Ranch
OCCUPANT'S NAME (IF KNOWN):
OCCUPANCY STATUS: Vacant

1. WHAT MORTGAGE PROGRAMS WILL AID IN THE SALE OF THE SUBJECT? PLEASE BE SPECIFIC AS TO RATES, TERMS, CONDITIONS, AND COSTS INVOLVED.

2. WHAT MARKET CONDITIONS, TRENDS AND/OR COMPETITION WILL AFFECT THE SALE OF THE SUBJECT?

| CURR MKT CONDITIONS | EMPLOYMENT CONDITIONS | PROPERTY VALUES | PREDOMINANT OCCUPANCY | VACANCY RATE | REO/BOARDED | VANDALISM RISK |
|---|---|---|---|---|---|---|
| Depressed | Declining | Declining | Owner | 0 to 5% | 0 to 5% | Minimal |

3. OUTLINE THE MARKETING STRATEGIES NEEDED TO SELL THE SUBJECT (INCL SUGGESTED LIST PRICE, TYPES OF REPAIRS AND COSTS, IF ANY, AND FINANCING INCENTIVES NEEDED):

AS-IS: LIST AS IS DUE TO SLAGGIN MARKET WITH OVER SATURATION SUBJECT COULD BE LISTED FOR LONGER THAN USUAL TIME.

AS-REPAIRED: IF REPAIRED IT WOULD STILL BE IN COMPITION WITH MANY OTHER CONDOS THAT ARE IN VERY GOOD CONDTION WITH NO REPAIRS NEEDED.

4. PLEASE PROJECT THE CLOSING COSTS AND SALES PRICE PER YOUR RECOMMENDED STRATEGY:

| COMMISSION PERCENT | COMMISSION AMOUNT | TITLE INSURANCE | LEGAL/ESCROW | RECORDING/TRANSFER | PROPERTY TAXES | ASSESSMENTS |
|---|---|---|---|---|---|---|
| 5% | $ 4,850 | $ 900 | $ 2,100 | $ 250 | $ 3,214 | $ 0 |

REP NAME/FIRM/PHONE: CLAIRUS KEEP   (810)523-1039
DATE: 12/28/2007

**Addendum** 2738715

DUE TO LIMITED COMPS THAT SOLD AND LISTED IN SUBJECTS IMEDIATE LOCATION THE SEARCH WAS EXPANDED UP TO 12 MONTHS FOR SOLD AND ALSO UP TO 15 MILES IN DISTANCE.
QC: Subject information matches with Realquest. There are no priors & attachments. Used are the best comps available. Price variation is due to GLA, age, location & other amenities.



**First American**
*Residential Value View*

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0012294236 | 122602JB | 2738715 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| WHITMER | 228 BROOKWOOD DR UNIT 4 UNIT 155 | SOUTH LYON, MI 48178 |
| PHOTOS COMMENT | | |

Subject Front
**FRONT VIEW**



Subject House Number
**ADDRESS VERIFICATION**



Street View
**STREET VIEW**





**First American Residential Value View**

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | | FARVV ORDER NO. |
|---|---|---|---|
| 0012294236 | 122602JB | | 2738715 |
| NAME | ADDRESS | CITY, STATE, ZIP | |
| WHITMER | 228 BROOKWOOD DR UNIT 4 UNIT 155 | SOUTH LYON, MI 48178 | |
| PHOTOS COMMENT | | | |

Sold 1 (61206 GREENWOOD DR)
SOLD NUMBER ONE



Sold 2 (61264 GREENWOOD DR BLDG 10)
SOLD NUMBER TWO



Sold 3 (61278 GREENWOOD DR)
SOLD NUMBER THREE



**Source One Services Corporation** — NATIONWIDE PROPERTY VALUATION SERVICES

Map

| ACCOUNT NUMBER | TRACKING NUMBER | | FARVV ORDER NO. |
|---|---|---|---|
| 0012294236 | 122602JB | | 2738715 |
| NAME | ADDRESS | CITY, STATE, ZIP | |
| WHITMER | 228 BROOKWOOD DR UNIT 4 UNIT 155 | SOUTH LYON, MI 48178 | |



Map Scale: 1 Inch = 0.21 Miles

**⚐ Subject Property**
228 BROOKWOOD DR UNIT 4 UNIT 155
SOUTH LYON, MI 48178

**❶ Comp. Listing 1**
61091 GREENWOOD DR
SOUTH LYON, MI 48178
Dist From Subject: 1.17 Miles

**❷ Comp. Listing 2**
245 BROOKWOOD DR
SOUTH LYON, MI 48178
Dist From Subject: 0.02 Miles

**❸ Comp. Listing 3**
249 BROOKWOOD DR
SOUTH LYON, MI 48178
Dist From Subject: 0.03 Miles

**❶ Closed Sale 1**
61206 GREENWOOD DR
SOUTH LYON, MI 48178
Dist From Subject: 1.12 Miles

**❷ Closed Sale 2**
61264 GREENWOOD DR BLDG 10
SOUTH LYON, MI 48178
Dist From Subject: 1.23 Miles

**❸ Closed Sale 3**
61278 GREENWOOD DR
MI 48178
Dist From Subject: 1.23 Miles