IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case Nos. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | ) | |
| | ) | Related Docket Nos. 554, 2002, 2284, |
| Debtors, | ) | 2855, 3142, 3172, 3264 and 3318 |
| | ) | |
| | ) | |

### CERTIFICATION OF COUNSEL REGARDING
### SIXTH STIPULATION AND ORDER REGARDING THE FINAL ORDER
### (I) AUTHORIZING DEBTORS' LIMITED USE OF CASH COLLATERAL
### AND (II) GRANTING REPLACEMENT LIENS AND ADEQUATE
### PROTECTION TO CERTAIN PRE-PETITION SECURED PARTIES

The undersigned hereby certifies as follows:

1.  On September 4, 2007, this Court entered its Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties [D.I. 554] (as subsequently amended by the First Final Stipulation and Order Extending Limited Use of Cash Collateral Pursuant to the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties [D.I. 2002], the Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties [D.I. 2284], the Second Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties [D.I. 2855], the Third Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties

[D.I. 3142], the Fourth Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties [D.I. 3172], and the Fifth Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties [D.I. 3264], the "Cash Collateral Order"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Cash Collateral Order.

2. Pursuant to the Cash Collateral Order, the Committee has until March 31, 2008 (the "Committee Deadline") to properly file an adversary proceeding or contested matter solely for purposes of seeking a determination of the Remaining Issues, which are set forth in Paragraph 1 of the Second Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties [D.I. 2855].

3. The Committee has requested and the Administrative Agent has agreed to an extension of the Committee Deadline to April 18, 2008. In connection with this extension, the Committee and Administrative Agent have entered into the Sixth Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Used of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Prepetition Secured Parties (the "Sixth Stipulation and Order"), a copy of which is attached hereto as Exhibit 1.

128189.01600/40174090v.1

4. Accordingly, the Committee respectfully requests that the Court enter the attached Sixth Stipulation and Order at its earliest convenience.

Dated: March 31, 2008

**BLANK ROME LLP**

/s/ *David W. Carickhoff*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400

-and-

**HAHN & HESSEN LLP**
Mark S. Indelicato
Mark T. Power
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Official
Committee of Unsecured Creditors*

# Exhibit 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case Nos. 07-11047 (CSS) |
| HOLDINGS, INC., et al., ) | |
| ) | Related Docket Nos. 554, 2002, 2284, |
| Debtors, ) | 2855, 3142, 3172, 3264 and 3318 |
| ) | |
| ) | |

## SIXTH STIPULATION AND ORDER REGARDING THE FINAL ORDER (I) AUTHORIZING DEBTORS' LIMITED USE OF CASH COLLATERAL AND (II) GRANTING REPLACEMENT LIENS AND ADEQUATE PROTECTION TO CERTAIN PRE-PETITION SECURED PARTIES

### WHEREAS:

A. On August 6, 2007 (the "Petition Date"), American Home Mortgage Holdings, Inc. and certain of its affiliates (the "Debtors")[1] filed with this Court voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors' chapter 11 cases are being jointly administered pursuant to Rule 1005(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Each Debtor is continuing to operate its business and manage its properties as a debtor in possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code.

B. On September 4, 2007, this Court entered its *Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [D.I. 554] (as subsequently amended by the *First Final Stipulation and Order Extending Limited Use of Cash Collateral Pursuant to the Final Order*

---

[1] The Debtors are American Home Mortgage Holdings, Inc., American Home Mortgage Acceptance, Inc., American Home Mortgage Corp., American Home Mortgage Investment Corp., American Home Mortgage Servicing, Inc., American Home Mortgage Ventures LLC, Homegate Settlement Services, Inc., and Great Oak Abstract Corp.

*(I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [D.I. 2002], the *Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [D.I. 2284], the *Second Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [D.I. 2855], the *Third Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [D.I. 3142], the *Fourth Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [D.I. 3172] and the *Fifth Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [D.I. 3264], the "Cash Collateral Order"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Cash Collateral Order.

C.   The *Fifth Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [D.I. 3264] provided that the Committee Deadline would be extended automatically to the earlier of (i) the eleventh day after the date this Court enters an Order approving the Final Stipulation and (ii) March 31, 2008 in the event that the Committee and the Administrative Agent executed a Final Stipulation by 5:00 p.m. Eastern Standard Time on March 12, 2008.

D. On March 12, 2008 prior to 5:00 p.m. Eastern Standard Time, the Committee and BofA executed a Final Stipulation.

E. On March 14, 2008, the Committee and the Administrative Agent filed their *Joint Motion of the Official Committee of Unsecured Creditors and Bank of America, as Administrative Agent, for Entry of Final Stipulation and Order Resolving All Remaining Issues With Respect to Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [D.I. 3318] (the "Approval Motion"). The Approval Motion seeks approval and entry of the *Final Stipulation and Order Resolving All Remaining Issues With Respect to Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties*, a copy of which is annexed to the Approval Motion. The hearing on the Approval Motion is scheduled for April 14, 2008.

F. Pursuant to the Cash Collateral Order, the Committee has until March 31, 2008 to properly file an adversary proceeding or contested matter solely for purposes of seeking a determination of the Remaining Issues, which are set forth in Paragraph 1 of the *Second Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [D.I. 2855] (the "Committee Deadline").

G. The Committee has requested and the Administrative Agent has agreed to an extension of the Committee Deadline to April 18, 2008.

1429202_1.DOC

**NOW THEREFORE**, the parties hereto hereby stipulate and agree to amend the Cash Collateral Order as follows:

1. The Committee Deadline is hereby extended to April 18, 2008.

2. The terms of the Cash Collateral Order except as modified hereby shall remain in full force and effect.

3. This Stipulation and Order may be executed in one or more counterparts, each of which shall be deemed an original, and all of which, when taken together, shall constitute one and the same instrument. Facsimile versions of signatures hereto shall be deemed original signatures, which may be relied upon by any party and shall be binding on the respective signor.

4. This Stipulation and Order shall be effective upon entry by the Court. In the event that the Court does not enter this Stipulation and Order, the terms hereof shall be of no force or effect.

Dated:  March 31, 2008
        Wilmington, Delaware

_[signature]_  
**BLANK ROME LLP**  
Bonnie Glantz Fatell (No. 3809)  
David W. Carickhoff (No. 3715)  
1201 Market Street Suite 800  
Wilmington, Delaware 19801  
Telephone: (302) 425-6423  

-and-

HAHN & HESSEN LLP  
Mark S. Indelicato  
Mark T. Power  
488 Madison Avenue  
New York, NY 10022  
Telephone: (212) 478-7200  
Facsimile: (212) 478-7400  

*Counsel for the Official*  
*Committee of Unsecured Creditors*

_[signature]_  
**POTTER ANDERSON & CORROON LLP**  
Laurie Selber Silverstein (No. 2396)  
Gabriel R. MacConaill (No. 4734)  
P.O. Box 951  
1313 N. Market Street, 6th Floor  
Wilmington, Delaware 19899  
Telephone: (302) 984-6000  

-and-

KAYE SCHOLER LLP  
Margot B. Schonholtz  
Mark F. Liscio  
Scott D. Talmadge  
425 Park Avenue  
New York, NY 10022  
Telephone: (212) 836-8000  
Facsimile: (212) 836-8689  

*Counsel for Bank of America, N.A. as*  
*Administrative Agent under that*  
*certain Second Amended and Restated*  
*Credit Agreement, dated as of August 10, 2006*

**SO ORDERED**  
this ____ day of _____, 2008

_____  
The Honorable Christopher S. Sontchi  
United States Bankruptcy Judge