UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: American Home Mortgage Servicing, Inc.
Case No. 07-11050
Reporting Period: December 2007

MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C Section 1746) that this report and the related attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor


_____
Signature of Joint Debtor

_Robert C. Bernstein_
_____                    3/31/2008
Signature of Authorized Individual*                 _____
                                                    Date

Robert C. Bernstein                                 Controller
_____                    _____
Printed Name of Authorized Individual               Title of Authorized Individual

* Authorized Individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager if debtor is a limited liability company.

**American Home Mortgage Servicing, Inc.**
**Case No. 07-11050**

NOTES TO MONTHLY OPERATING REPORT

The Monthly Operating Report contains financial information that has been prepared by the Debtors' management and has not been audited or reviewed by independent registered public accountants. Some of the financial information in the Monthly Operating Report is not presented in accordance with generally accepted accounting principles ("GAAP") and may be subject to future reconciliation and adjustments. While management of the Debtors has made every effort to ensure that the Monthly Operating Report is accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information may result in material changes in the data contained in the Monthly Operating Report that would warrant amendment of same. The Debtors reserve the right to amend the Monthly Operating Report as necessary or appropriate and expect to do so as new or additional information becomes available.

The Debtors reserve the right to dispute, or to assert offsets or defenses to, any claim reflected on the Monthly Operating Report as to amount, liability or classification.

The Debtors utilize a consolidated cash management system whereby American Home Mortgage Corp. makes certain disbursements on behalf of other Debtors. The accompanying Schedule of Cash Receipts and Disbursements reflects the specific Debtor and Debtor's account from which these disbursements occur. However, for the purposes of identifying disbursements used in calculating U.S. Trustee quarterly fees, these disbursements will be allocated to the beneficiary Debtor based upon the Operating Expenses contained in the Statement of Operations. These allocations are based upon the books and records maintained on a basis consistent with historical accounting practices, and are not intended to reflect a comprehensive allocation of overhead and operating expenses across Debtors and non-Debtor affiliates.

American Home Mortgage Servicing, Inc. ("AHMSI") maintains and services loan portfolios owned by various institutions. At any given time, in the ordinary course of business, AHMSI received and maintained documents and received and disbursed funds related to the loans that it serviced. In conjunction with its loan servicing, AHMSI controlled and continues to maintain custodial bank accounts. Funds held in certain custodial bank accounts are not included in the Monthly Operating Report. AHMSI reserves the right to dispute or challenge the ownership interest of assets held in the custodial bank accounts.

**American Home Mortgage Servicing, Inc.**
**Schedule of Cash Receipts and Disbursements**
**Case No. 07-11050**
**December 31, 2007**

| | | Bank Accounts | | | | Total |
|---|---|---|---|---|---|---|
| | Operating | Payroll | Tax | Other | | |
| Cash Beginning of Month - (12/1/2007) | $ 123,537,989 | $ - | $ - | $ - | $ | 123,537,989 |
| | | | | | | |
| Receipts: | | | | | | |
| Cash Sales | | | | | | |
| Accounts Receivable | | | | | | |
| Sale of Assets | | | | | | |
| Loans and Advances | 2,470,957 | | | | | |
| Administrative | 2,666,219 | | | | | |
| Net Payroll | | | | | | |
| Other | | | | | | |
| Transfers (From DIP Accounts) | | | | | | |
| | | | | | | |
| Total Receipts: | 5,137,176 | - | - | - | | 5,137,176 |
| | | | | | | |
| Disbursements: | | | | | | |
| Net Payroll | | | | | | |
| Payroll Taxes | | | | | | |
| Sales, Use, & Other Taxes | | | | | | |
| Loans and Advances | | | | | | |
| Inventory Purchases | | | | | | |
| Secured/Rental/Leases | | | | | | |
| Insurance | | | | | | |
| Administrative | | | | | | |
| Selling | | | | | | |
| Other | | | | | | |
| Transfers (To DIP Accounts) | | | | | | |
| Professional Fees | | | | | | |
| U.S. Trustee Quarterly Fees | | | | | | |
| Court Costs | | | | | | |
| | | | | | | |
| Total Disbursements: | - | - | - | - | | - |
| | | | | | | |
| NET CASH FLOW | | | | | | |
| (Receipts less Disbursements) | | | | | | 5,137,176 |
| | | | | | | |
| Cash End of Month - (12/31/2007) | $ 128,675,165 | $ - | $ - | $ - | $ | 128,675,165 |

| | |
|---|---|
| Total Disbursements | - |
| Less: Transfers to Debtor in Possession Accounts | |
| Plus: Estate Disbursements made by outside sources (i.e. from escrow accounts) | |
| Total Disbursements for Calculating U.S. Trustee Quarterly Fees | - |

| American Home Mortgage Servicing, Inc. | | | | | | |
|---|---|---|---|---|---|---|
| Account Reconciliation | | | | | | |
| BANK of AMERICA CASH COLLATERAL ACCOUNT | | | | | | |
| GL Account # 10120 | | | | | | |
| Bank Account # 12358-75536 | | | | | | |
| December 31, 2007 | | | | | | |
| | | | | | | |
| Bank Balance: | | | | | | 0.00 |
| | | | | | | |
| GL Balance: | | | | | | |
| AHMSI (CNI) | | | | | | 0.00 |
| Total | | | | | | 0.00 |
| | | | | | | |
| Reconciling Items: | | | | | | |
| | | | | | | 0.00 |
| Subtotal: | | | | | | 0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Difference: | | | | | | 0.00 |

**AHM Servicing Inc.**
**Account Reconciliation**
**AHMSI (CNI) Swap Pool Interest Payment Account**
**GL Account # 10153**
**Bank Account # 00-418-386**
**12/31/2007**

| | | | | | |
|---|---|---|---|---|---|
| GL Balance: | | | | | 274,709.63 |
| Reconciling Items: | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Adjusted General Ledger Balance: | | | | | 274,709.63 |
| Bank Balance: | | | | | 274,709.63 |
| Reconciling Items: | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Subtotal Reconciling Items: | | | | | 0.00 |
| Adjusted Bank Balance: | | | | | 274,709.63 |
| Difference: | | | | | 0.00 |

| AHM Servicing, Inc. | | |
|---|---|---|
| Northfork AHM Servicing Operating Account | | |
| Northfork Bank | | |
| Account # 3124073101 | | |
| GL# 10280 | | |
| For Month Ending December 31, 2007 | | |
| | | |
| General Ledger Balance: | | 1,546.75 |
| Bank Balance: | | |
| Account # 3124073101 | | 1,546.75 |
| | | |
| Difference G/L vs. Bank | | 0.00 |
| | | |
| Reconciling Items: | | |
| | | |
| Total Account Difference: | | 0.00 |

| AHM Servicing, Inc | | |
|---|---|---|
| Miscellaneous Depository Acct. (Formerly First Nat'l General) | | |
| JP Morgan Chase Acct #  707-447850 | | |
| GL# 10504 | | |
| December 31, 2007 | | |
| | | |
| | | |
| **General Ledger Balance:** | | |
| AHM | | 37,022.60 |
| | | |
| AHMSI (CNI) | | 0.00 |
| | | 37,022.60 |
| | | |
| | | |
| **Bank Statement Balance:** | | 37,022.60 |
| | | |
| **Difference G/L vs. Bank** | | - |
| | | |
| **Reconciling Items:** | | |
| | | |
| | | |
| | | |
| **Total Reconciling Items** | | - |
| | | |
| | | |
| **Account Difference** | | 0.00 |

| AHM Servicing, Inc | | |
|---|---|---|
| Servicing Master Acct | | |
| Chase Acct # 957-175434 | | |
| GL Account # 10505 | | |
| December 31, 2007 | | |
| | | |
| | | |
| General Ledger Balance: | | |
| AHMSI (CNI) | | 1,061,361.52 |
| | | |
| | | |
| | | |
| | | |
| | | |
| Bank Statement Balance: | | 1,061,361.53 |
| | | |
| | | |
| Difference G/L vs. Bank | | (0.01) |
| | | |
| | | |
| Reconciling Items: | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Reconciling Items: | | - |
| | | |
| Difference: | | (0.01) |

| AHM Servicing, Inc | | |
|---|---|---|
| Bad Check Imprest Acct | | |
| JP MORGAN CHASE | | |
| Acct# 707-448197 | | |
| GL# 10509 | | |
| December 31, 2007 | | |
| | | |
| General Ledger Balance: | | 0.00 |
| | | |
| Bank Statement Balance: | | 0.00 |
| | | |
| | | |
| | | |
| Difference G/L vs. Bank | | 0.00 |
| | | |
| Reconciling Items: | | |
| | | |
| Total Reconciling Items | | 0.00 |
| | | |
| | | |
| Account Difference | | 0.00 |

| AHM Servicing, Inc. | | |
|---|---|---|
| Corestates Bank Depository Acct | | |
| First Union   Acct# 2014133587853 | | |
| GL# 10514 | | |
| December 31, 2007 | | |
| | | |
| | | |
| General Ledger Balance: | | 255,149.90 |
| | | |
| Bank Balance: | | 255,149.90 |
| | | |
| | | |
| Difference G/L vs. Bank | | 0.00 |
| | | |
| | | |
| Reconciling Items: | | |

| AHM Servicing, Inc. | | |
| --- | --- | --- |
| NationsBank-VA Depository | | |
| Bank of America    Acct# 3750772821 | | |
| GL# 10515 | | |
| December 31, 2007 | | |
| | | |
| | | |
| General Ledger Balance: | | 23,520.75 |
| | | |
| Bank Balance: | | 23,520.75 |
| | | |
| | | |
| Difference G/L vs. Bank | | 0.00 |
| | | |
| | | |
| Reconciling Items: | | |

| AHM Servicing, Inc. (Columbia National Inc. still on Bank Statement) | | | |
|---|---|---|---|
| PNC Bank Depository - CIL | | | |
| Acct# 4110512734 | | | |
| GL# 10518 | | | |
| December 31, 2007 | | | |
| | | | |
| | | | |
| General Ledger Balance: | | | 815.98 |
| | | | |
| Bank Balance: | | | 815.98 |
| | | | |
| | | | |
| Difference G/L vs. Bank | | | 0.00 |
| | | | |
| | | | |
| Reconciling Items: | | | |
| | | | |
| | | | |
| | | | |
| Difference: | | | 0.00 |

| AHM Servicing, Inc | | | |
|---|---|---|---|
| Miscellaneous Depository Acct.  AHMS BORROWER ACCT | | | |
| JP Morgan Chase Acct #  730-148053 | | | |
| GL Account # 10555 | | | |
| December 31, 2007 | | | |
| | | | |
| | | | |
| | | | |
| General Ledger Balance: | | | |
| AHMSI (CNI) | | | 0.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| Bank Statement Balance: | | | 0.00 |
| | | | |
| | | | |
| Difference G/L vs. Bank | | | - |
| Reconciling Items: | | | |
| | | | - |
| | | | |
| | | | |
| | | | |
| Total Reconciling Items | | | - |
| | | | |
| | | | |
| Account Difference | | | 0.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**AHM Servicing, Inc**

**Miscellaneous Depository Acct.  AHM TRT Var Mtgrs Advances**

**JP Morgan Chase Acct #  730-148061**

**GL Account # 10556**

**December 31, 2007**

| | | | |
|---|---|---|---|
| **General Ledger Balance:** | | | |
| **AHMSI (CNI)** | | | 12,408,543.79 |
| | | | |
| **Bank Statement Balance:** | | | 13,596,879.62 |
| | | | |
| **Difference G/L vs. Bank** | | | (1,188,335.83) |
| **Reconciling Items:** | | | |
| LSAMS ACH Deposits in Transit - 12/31/07 | | | 1,188,335.83 |
| | | | |
| **Total Reconciling Items** | | | 1,188,335.83 |
| | | | |
| **Account Difference** | | | 0.00 |

| AHM Servicing, Inc | | | |
|---|---|---|---|
| Miscellaneous Depository Acct. AHM TRT Var Mtgrs LPMI | | | |
| JP Morgan Chase Acct # 730-148079 | | | |
| GL Account # 10557 | | | |
| December 31, 2007 | | | |
| | | | |
| | | | |
| | | | |
| General Ledger Balance: | | | |
| AHMSI (CNI) | | | 5,054,651.18 |
| | | | |
| | | | |
| | | | |
| Bank Statement Balance: | | | 4,742,064.90 |
| | | | |
| | | | |
| Difference G/L vs. Bank | | | 312,586.28 |
| | | | |
| Reconciling Items: | | | |
| LSAMS ACH Deposits in Transit - 12/31/07 | | | (312,586.28) |
| | | | |
| | | | |
| | | | |
| Total Reconciling Items | | | (312,586.28) |
| | | | |
| | | | |
| Account Difference | | | (0.00) |

| AHM Servicing, Inc | | | |
|---|---|---|---|
| AHM TRT VARMTGRS PREPYMT | | | |
| Chase Acct# 730-148087 | | | |
| GL Account # 10558 | | | |
| December 31, 2007 | | | |
| | | | |
| | | | |
| | | | |
| General Ledger Total Balance: | | | |
| AHMSI (CNI) | | | (160,418.68) |
| | | | |
| | | | |
| | | | |
| Bank Statement Balance: | | | 554,606.03 |
| | | | |
| | | | |
| Difference G/L vs. Bank | | | (715,024.71) |
| | | | |
| Reconciling Items: | | | |
| 12/31/07 LSAMS ACH Deposits in Transit - posted Jan 08 | | | 715,024.71 |
| | | | |
| | | | |
| | | | |
| Total Reconciling Items: | | | 715,024.71 |
| | | | |
| | | | |
| Account Difference | | | 0.00 |

| AHM Servicing, Inc | | |
|---|---|---|
| Miscellaneous Depository Acct. AHM TRT Var Mtgrs Servicing Fee | | |
| JP Morgan Chase Acct # 730-148095 | | |
| GL Account # 10559 | | |
| December 31, 2007 | | |
| | | |
| | | |
| | | |
| **General Ledger Balance:** | | |
| AHMSI (CNI) | | 8,246,608.09 |
| | | |
| | | |
| | | |
| **Bank Statement Balance:** | | 7,039,316.44 |
| | | |
| **Difference G/L vs. Bank** | | 1,207,291.65 |
| **Reconciling Items:** | | |
| LSAMS ACH Deposits in Transit - 12/31/07 | | (1,207,291.65) |
| | | |
| **Total Reconciling Items** | | (1,207,291.65) |
| | | |
| **Account Difference** | | (0.00) |

**AHM Servicing, Inc.**
**REIT INV 11 P& I**
**JPM Chase Account # 730-147816**
**G/L ACCT #10560**

**FOR THE MONTH ENDED 12/31/07**

| | |
|---|---:|
| GENERAL LEDGER BALANCE | 930,407.18 |
| BANK BALANCE 12/31/07 | 641,153.43 |
| LSAMS 12/31 ACTIVITY- Deposits in Transit | 289,253.75 |
| DIFFERENCE | 0.00 |

**AHM Servicing, Inc.**
**INV 14 MELVILLE P & I**
**JPM Chase ACCOUNT # 113422456**
**G/L ACCT #10561**
**December 31, 2007**

| | | |
|---|---|---:|
| GENERAL LEDGER BALANCE | | 8,413.82 |
| | | |
| BANK BALANCE CHASE  12/31/07 | | 1,102.00 |
| Deposit not posted | email sent to Chris Williams | (1,102.00) |
| **12/13 deposit not posted by bank** | email sent to Chris Williams | **264.00** |
| Withdrawal not posted | email sent to Chris Williams | 8,149.82 |
| DIFFERENCE | | - |

**AHM Servicing, Inc.**
**INV 15 BROADHOLLOW P & I**
**JPM Chase ACCOUNT # 113422472**
**G/L ACCT #10563**
**December 31, 2007**

GENERAL LEDGER BALANCE                                          43,622.09

BANK BALANCE CHASE 12/31/07                                     42,457.62

10/31 cut on 11/1 DTJ not posted                                     0.27
LSAMS Activity 12/31- Deposits in Transit                      (1,164.74)

DIFFERENCE                                                           0.00

**AHM Servicing, Inc.**
**INV 20 P & I**
**JPM Chase ACCOUNT # 113422449**
**G/L ACCT #10565**
**December 31, 2007**

| | |
|---|---:|
| GENERAL LEDGER BALANCE | 342,993.98 |
| BANK BALANCE CHASE 12/31/07 | 336,562.21 |
| LSAMS Activity 12/31- Deposits in Transit | (4,046.99) |
| Monica researching- July rec item | (2,384.78) |
| DIFFERENCE | 0.00 |

**AHM Servicing, Inc.**
**INV 19/21 P & I**
**AMERICAN HOME BANK (FLOWER) ACCOUNT #2011500176**
**JPM Chase Account # 730-147808**
**G/L ACCT #10566**
**December 31, 2007**

| | | |
|---|---|---|
| GENERAL LEDGER BALANCE | | 6,711,603.53 |
| | | |
| Bank Balance Flower | | 0.00 |
| Bank Balance Chase | | 6,705,050.14 |
| Subtotal: | | 6,705,050.14 |
| | | |
| 11/29 MCJ details needed to post | email sent to CW | -406.87 |
| LSAMS 12/31 DAILY ACTIVITY- Deposit-in-Transit | | -6,146.52 |
| | | |
| DIFFERENCE | | 0.00 |

**AHM Servicing, Inc.**
**INV 26/27 P & I T & I**
**BOA ACCOUNT # 1235861732**
**G/L ACCT #10569**
**December 31, 2007**

GENERAL LEDGER BALANCE                                                78,061.82

BANK BALANCE                                                          76,414.60

Oct- Dr on bank statement; not on DTJ- emailed C. Williams           803.71
LSAMS 12/28/07 Activity- Deposits in Transit                         843.17

DIFFERENCE                                                             -0.34

**AHM Servicing, Inc.**
**Investor 18 - Heloc**
**AMERICAN HOME BANK (FLOWER) Account #2011500192**
**GL #10570**
**December 31, 2007**

| | |
|---|---|
| GENERAL LEDGER BALANCE | 80,267.66 |
| BANK BALANCE FLOWER 11/30/07 | 80,267.56 |
| DIFFERENCE | -0.10 |

**AHM Servicing, Inc.**
**INV 10 P& I (Modifications)**
**JPM Chase ACCOUNT #709382212**
**G/L ACCT #10581**

**FOR THE MONTH ENDED 12/31/07**

GENERAL LEDGER BALANCE                                                      0.00

BANK BALANCE 12/31/07                                                        0.00

                                                                            0.00
                                                                            0.00

DIFFERENCE                                                                   0.00

**AHM Servicing, Inc.**
**INV 13 P & I**
**AMERICAN HOME BANK (FLOWER) ACCOUNT #2011500200**
**G/L ACCT #10583**
**December 31, 2007**

GENERAL LEDGER BALANCE                                    **0.01**

BANK BALANCE FLOWER 12/31/07                              **0.00**

DIFFERENCE                                                **-0.01**

**AHM Servicing, Inc.**
**INV 17 P& I**
**JPM CHASE ACCOUNT # 709384150**
**G/L ACCT #10587**
**December 31, 2007**

GENERAL LEDGER BALANCE                                            879,195.08

BANK BALANCE 11/30/07                                            876,000.32

LSAMS Activity 12/31- Deposit-in-Transit                          3,194.76

DIFFERENCE                                                          0.00

**AHM Servicing, Inc.**
**INV 22  P & I**
**BOA ACCOUNT # 1235132172**
**G/L ACCT #10589**
**December 31, 2007**

GENERAL LEDGER BALANCE                                                                 0.00

BANK BALANCE BOA 12/31/07                                                              0.00

DIFFERENCE                                                                                      0.00

| AHM Servicing, Inc | | |
|---|---|---|
| Investor 2 P & I AHMSI as Trustee for Greenwich Capital Fixed and ARM | | |
| JP MORGAN CHASE Account # 730-147832 | | |
| GL# 10612 | | |
| December 31, 2007 | | |
| | | |
| General Ledger Balance: | | |
| AHMSI (CNI) | | 170,557.41 |
| Total General Ledger Account Balance: | | 170,557.41 |
| | | |
| Bank Statement Balance: | | 170,557.41 |
| | | |
| | | |
| Difference G/L vs. Bank | | 0.00 |
| | | |
| Reconciling Items: | | |
| | | |
| | | |
| Total Reconciling Items: | | 0.00 |
| | | |
| | | |
| | | |
| Account Difference | | 0.00 |

| AHM Servicing, Inc | | |
|---|---|---|
| Investor 3 P & I AHMSI as Trustee for BOA & Various Mortg. Fixed and ARM | | |
| JP MORGAN CHASE Account # 730-147873 | | |
| GL# 10614 | | |
| December 31, 2007 | | |
| | | |
| General Ledger Balance: | | |
| AHMSI (CNI) | | 1,199,197.08 |
| Total General Ledger Account Balance: | | 1,199,197.08 |
| | | |
| Bank Statement Balance: | | 568,615.79 |
| | | |
| | | |
| | | |
| Difference G/L vs. Bank | | 630,581.29 |
| | | |
| | | |
| Reconciling Items: | | |
| 12/31/07 LSAMs Deposit, deposit credited to bank account in Jan | | -630,581.29 |
| | | |
| Total Reconciling Items: | | -630,581.29 |
| | | |
| | | |
| | | |
| | | |
| | | |
| Account Difference | | 0.00 |

| AHM Servicing, Inc | | |
|---|---|---|
| Investor 4 P & I AHMSI as Trustee for Bear Stearns Fixed and ARM | | |
| JP MORGAN CHASE Account # 730-147899 | | |
| GL# 10616 | | |
| December 31, 2007 | | |
| | | |
| General Ledger Balance: | | |
| AHMSI (CNI) | | 0.00 |
| Total General Ledger Account Balance: | | 0.00 |
| | | |
| Bank Statement Balance: | | 0.00 |
| | | |
| | | |
| | | |
| Difference G/L vs. Bank | | 0.00 |
| | | |
| | | |
| Reconciling Items: | | |
| | | |
| | | |
| Total Reconciling Items: | | 0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| Account Difference | | 0.00 |

| AHM Servicing, Inc | | |
|---|---|---|
| Investor 5 P & I AHMSI as Trustee for Bear Liquid Fixed and ARM | | |
| JP MORGAN CHASE | | |
| Acct# 730-147915 | | |
| GL# 10618 | | |
| December 31, 2007 | | |
| | | |
| General Ledger Balance: | | |
| AHMSI (CNI) | | 0.00 |
| Total General Ledger Account Balance: | | 0.00 |
| | | |
| Bank Statement Balance: | | 0.00 |
| | | |
| | | |
| | | |
| Difference G/L vs. Bank | | 0.00 |
| | | |
| | | |
| Reconciling Items: | | |
| | | |
| | | |
| Total Reconciling Items: | | 0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| Account Difference | | 0.00 |

| AHM Servicing, Inc | | |
|---|---|---|
| Investor 6 P & I AHMSI as Trustee for CSFB Fixed and ARM | | |
| JP MORGAN CHASE Account # 730-147931 | | |
| GL# 10622 | | |
| December 31, 2007 | | |
| | | |
| General Ledger Balance: | | |
| AHMSI (CNI) | | 548,572.15 |
| Total General Ledger Account Balance: | | 548,572.15 |
| | | |
| Bank Statement Balance: | | 587,661.02 |
| | | |
| | | |
| | | |
| Difference G/L vs. Bank | | -39,088.87 |
| | | |
| | | |
| Reconciling Items: | | |
| 12/31/07 LSAMs Deposit, deposit credited to bank account in Jan 08 | | -22,807.85 |
| | | |
| Withdrawal not posted - email sent to Treasury and Chris Williams | | -12,209.14 |
| LN#1176428- PIF | | 74,105.86 |
| Total Reconciling Items: | | 39,088.87 |
| | | |
| | | |
| | | |
| | | |
| | | |
| Account Difference | | 0.00 |

| AHM Servicing, Inc | | |
|---|---|---|
| Investor 7 P & I AHMSI as Trustee for JPMorgan Fixed and ARM | | |
| JP MORGAN CHASE Account # 730-147956 | | |
| GL# 10624 | | |
| December 31, 2007 | | |
| | | |
| General Ledger Balance: | | |
| AHMSI (CNI) | | 2,589,973.54 |
| Total General Ledger Account Balance: | | 2,589,973.54 |
| | | |
| Bank Statement Balance: | | 2,558,062.16 |
| | | |
| | | |
| | | |
| Difference G/L vs. Bank | | 31,911.38 |
| | | |
| | | |
| Reconciling Items: | | |
| 12/31/07 LSAMs Deposit, deposit credited to bank account in Jan | | -31,911.38 |
| | | |
| | | |
| Total Reconciling Items: | | -31,911.38 |
| | | |
| | | |
| | | |
| | | |
| Account Difference | | 0.00 |

| AHM Servicing, Inc | | |
|---|---|---|
| Investor 8 P & I AHMSI as Trustee for Societe Generale Fixed and ARM | | |
| JP MORGAN CHASE Account # 730-147972 | | |
| GL# 10626 | | |
| December 31, 2007 | | |
| | | |
| General Ledger Balance: | | |
| AHMSI (CNI) | | 0.00 |
| Total General Ledger Account Balance: | | 0.00 |
| | | |
| Bank Statement Balance: | | 0.00 |
| | | |
| | | |
| Difference G/L vs. Bank | | 0.00 |
| | | |
| Reconciling Items: | | |
| | | |
| Total Reconciling Items: | | 0.00 |
| | | |
| | | |
| | | |
| | | |
| Account Difference | | 0.00 |

| AHM Servicing, Inc. | | | |
|---|---|---|---|
| Account Reconciliation | | | |
| Investor 23 P & I AHMSI as Trustee for ABN AMRO Fixed and ARM | | | |
| JPM Chase Account # 730-147998 | | | |
| GL Account # 10628 | | | |
| December 31, 2007 | | | |
| | | | |
| GL Balance: | | | |
| CNI (AHMSI) | | | 9,726,822.32 |
| Total GL Balance | | | 9,726,822.32 |
| | | | |
| | | | |
| Bank Balance: | | | 9,708,029.01 |
| | | | |
| | | | |
| Reconciling Items: | | | |
| 12/31/07 LSAMs Deposit, deposit credited to bank account in Jan 08 | | | -18,794.21 |
| | | | |
| | | | |
| | | | |
| Subtotal: | | | -18,794.21 |
| | | | |
| | | | |
| | | | |
| Difference: | | | -0.90 |

| AHM Servicing, Inc | | |
|---|---|---|
| Investor 12 P & I AHMSI as Trustee for Calyon Fixed and ARM | | |
| JP MORGAN CHASE Account # 730-148012 | | |
| GL# 10632 | | |
| December 31, 2007 | | |
| | | |
| **General Ledger Balance:** | | |
| **AHM** | | 0.00 |
| **AHMSI (CNI)** | | 62,535,554.33 |
| **Total General Ledger Account Balance:** | | 62,535,554.33 |
| | | |
| **Bank Statement Balance:** | | 61,298,339.19 |
| | | |
| | | |
| **Difference G/L vs. Bank** | | 1,237,215.14 |
| | | |
| | | |
| **Reconciling Items:** | | |
| 12/31/07 LSAMs Deposit, deposit credited to bank account in Jan 08 | | -1,237,215.14 |
| | | |
| | | |
| **Total Reconciling Items:** | | -1,237,215.14 |
| | | |
| | | |
| | | |
| | | |
| **Account Difference** | | 0.00 |

| AHM Servicing, Inc | | |
|---|---|---|
| Investor 1 P & I AHMSI as Trustee for CDC (IXIS) | | |
| JP MORGAN CHASE Account # 730-147857 | | |
| GL# 10634 | | |
| December 31, 2007 | | |
| | | |
| General Ledger Balance: | | |
| AHM | | 2,597.45 |
| AHMSI (CNI) | | 57,770.76 |
| Total General Ledger Account Balance: | | 60,368.21 |
| | | |
| Bank Statement Balance: | | 51,591.25 |
| | | |
| | | |
| | | |
| Difference G/L vs. Bank | | 8,776.96 |
| | | |
| | | |
| Reconciling Items: | | |
| | | |
| | | |
| 12/31 deposit not entered for Dec stmt - to clear in Jan | | -8,776.96 |
| | | |
| | | |
| Total Reconciling Items: | | -8,776.96 |
| | | |
| | | |
| | | |
| | | |
| | | |
| Account Difference | | 0.00 |

**American Home Mortgage Servicing, Inc.**
**Case Number: 07-11050**
**Schedule Of Professional Fees And Expenses Paid**
**Reporting Period: December 1 through December 31, 2007**

| Payee | Period Covered | Amount Approved | Payor | Check | | Amount Paid | | Year-To-Date | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Date | Fees | Expenses | Fees | Expenses |
| No activity | | | | | | | | | |

**American Home Mortgage Servicing, Inc. - Case No. 07-11050**
**Parent-Only Statement of Income**

| | Month Ended December 31, 2007 | August 6 through December 31, 2007 |
|---|---|---|
| Net interest income: | | |
| Interest income | $ - | $ 144,745 |
| Net interest income | - | 144,745 |
| Provision for loan losses | - | - |
| Net interest income after provision for loan losses | - | 144,745 |
| | | |
| Non-interest income: | | |
| (Loss) gain on mortgage loans | $ (39,744) | (39,671) |
| | | |
| Loan servicing fees | - | (146,065) |
| Gain on sale of servicing platform | - | 5,244,598 |
| Net loan servicing (loss) fees | - | 5,098,533 |
| | | |
| Other non-interest income (loss) | 492,366 | (32,405,025) |
| Non-interest income | 452,622 | (27,346,163) |
| | | |
| Salaries, commissions and benefits, net | 1,433,048 | 12,274,107 |
| Occupancy and equipment | 218,691 | 947,135 |
| Data processing and communications | 39,962 | 213,153 |
| Office supplies and expenses | 70,606 | 594,667 |
| Marketing and promotion | - | 7,847 |
| Travel and entertainment | 9,867 | 32,865 |
| Professional fees | 17,177 | 634,415 |
| Other real estate operating expense | (481) | (207,020) |
| Other | (1,896,773) | (231,982) |
| Total expenses | (107,903) | 14,265,187 |
| | | |
| Income (Loss) before income taxes | 560,525 | (41,466,605) |
| Income taxes | - | - |
| Net income | $ 560,525 | $ (41,466,605) |

**American Home Mortgage Servicing, Inc. - Case No. 07-11050**
**Schedule of Other Income and Other Expense**

| | Month Ended December 31, 2007 | | August 6 through December 31, 2007 | |
|---|---|---|---|---|
| Other non-interest income: | | | | |
| Rebates | $ | 210,592 | $ | 221,571 |
| Commercial Paper Margin Swap Loss | | - | | (25,780,000) |
| Reinsurance Premiums | | 38,172 | | 1,485,659 |
| Fair Value Write-Down of Servicing Advances | | - | | (6,583,083) |
| WL Ross Income Share | | 243,602 | | 243,602 |
| Other | | - | | (694,254) |
| Total other non-interest income | $ | 492,366 | | (32,405,025) |
| | | | | - |
| Other Expense: | | | | - |
| Education and Training | $ | - | $ | 12,990 |
| Foreclosure Losses | | (183,309) | | (1,654,779) |
| Insurance | | - | | (571) |
| Lender Paid PMI | | (1,665,450) | | 3,687,639 |
| Licenses and Permits | | - | | 11,382 |
| Net Losses on Discontinued Business | | 8,043 | | 6,136 |
| Other Taxes and Tax Penalties | | 1,343 | | (29,319) |
| Outsourced Services | | - | | 8,258 |
| Servicing Expenses | | 1,378,559 | | 1,829,489 |
| Shipping Expenses | | - | | 11,693 |
| WL Ross Expense Share | | (1,234,946) | | (5,529,140) |
| Other | | (201,013) | | 1,414,240 |
| Total other expense | $ | (1,896,773) | $ | (231,982) |

**American Home Mortgage Servicing, Inc. - Case No. 07-11050**
**Parent-Only Statements of Financial Condition**

|  | | 8/5/2007 | | 12/31/2007 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Cash and cash equivalents | $ | 21,154,562 | $ | 114,951,104 |
| Restricted cash | | 27,735 | | 13,724,061 |
| Accounts receivable and servicing advances | | 115,919,288 | | 146,556,521 |
| Intercompany receivable | | 180,101,433 | | 123,310,532 |
| Premises and equipment, net | | 2,851,603 | | 2,565,518 |
| Investment in subsidiaries | | 10,892,018 | | 9,715,319 |
| Other assets | | 869,096 | | 824,217 |
| Total assets | $ | 331,815,735 | $ | 411,647,272 |
| | | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| | | | | |
| **Liabilities:** | | | | |
| Warehouse lines of credit | $ | 50,000,000 | $ | - |
| Accrued expenses and other liabilities | | 15,425,797 | | 173,851,015 |
| Intercompany payable | | 118,132,459 | | 130,998,620 |
| Income taxes payable | | (1) | | 6,762 |
| Total liabilities | $ | 183,558,255 | $ | 304,856,397 |
| | | | | |
| **Stockholders' Equity:** | | | | |
| Additional paid-in capital | $ | 37,000,200 | $ | 37,000,200 |
| Retained earnings | | 111,257,280 | | 69,790,675 |
| Total stockholders' equity | $ | 148,257,480 | $ | 106,790,875 |
| | | | | |
| Total liabilities and stockholders' equity | $ | 331,815,735 | $ | 411,647,272 |
| | | | | |
| | | - | | - |

**American Home Mortgage Servicing, Inc. - Case No. 07-11050**
**Statements of Other Assets and Other Liabilities**

|  | 8/5/2007 | 12/31/2007 |
|---|---|---|
| Other Assets: |  |  |
| Prepaid expenses | $ 118,298 | $ 73,415 |
| Other | 750,798 | 750,802 |
| Total Other Assets | $ 869,096 | $ 824,217 |
|  |  |  |
| Accrued expenses and other liabilities: |  |  |
| Accrued expenses | $ 4,801,227 | $ 28,500,240 |
| Accrued payroll expense | (5,418) | 702,042 |
| Payable to WLR | - | 142,976,135 |
| Escrow payable | - | 1,672,418 |
| Foreclosure reserve | 10,629,956 | - |
| Deferred compensation plan liability | 32 | 180 |
| Total Accrued expenses and other liabilities | $ 15,425,797 | $ 173,851,015 |

**American Home Mortgage Servicing, Inc.**
**Case Number: 07-11050**
**Status Of Postpetition Taxes**
**Reporting Period: December 1 through December 31, 2007**

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | 155,395 | 12/10/07, 12/21/07 | | |
| FICA-Employer | | | 88,558 | 12/10/07, 12/21/07 | | |
| Unemployment | | | 88,558 | 12/10/07, 12/21/07 | | |
| Income | | | 80 | 12/10/07, 12/21/07 | | |
| Other: | | | | | | |
| **Total Federal Taxes** | | | 332,590 | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | 173 | 173 | 12/10/07, 12/21/07 | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| **Total State and Local** | | | 173 | | | |
| **Total Taxes** | | | 332,764 | | | |

## Summary Of Unpaid Postpetition Debts

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 112,219 | 77,225 | | 2,343 | | 191,788 |
| Wages Payable | 510,138 | | | | | 510,138 |
| Taxes Payable | 191,903 | | | | | 191,903 |
| Rent/Leases-Building | | | | | | - |
| Rent/Leases-Equipment | | | | | | - |
| Secured Debt/Adequate Protection Payments | | | | | | - |
| Professional Fees | 4,480 | | | | | 4,480 |
| Amounts Due to Insiders | | | | | | - |
| Other: | | | | | | - |
| Other: | | | | | | - |
| **Total Postpetition Debts** | 818,740 | 77,225 | | 2,343 | | 898,309 |

**AMERICAN HOME MORTGAGE SERVICING**
Accounts Receivable Reconciliation and Aging
Case No. 07-11050
December 31, 2007

| | Total |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period - 11/30/2007 | 142,288,820 |
| + Amounts billed during the period | 182,327,088 |
| - Amounts collected during the period | (178,059,388) |
| Total Accounts Receivable at the end of the reporting period - 12/31/2007 | 146,556,521 |

| Accounts Receivable Aging: | Total |
|---|---|
| 0 - 30 days old | 121,027,807 |
| 31 - 60 days old | 17,315,851 |
| 61 - 90 days old | 51,129 |
| 91+ days old | 8,161,734 |
| Total Accounts Receivable | 146,556,521 |
| Amount considered uncollectible (Bad Debt) reserve | - |
| Accounts Receivable (Net)* | 146,556,521 |

**Debtor Questionnaire**

| | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, please provide an explanation below. | | X |
| 3. Have all post petition tax returns been filed timely? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account (s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

* Includes $113,481,437 of servicing advances which have been economically sold as of November 16, 2007 but for which final legal sale is pending.