IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x

In re:                                                     :     Chapter 11
                                                           :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                     :     Case No. 07-11047 (CSS)
a Delaware corporation, et al., [1]                        :
                                                           :     Jointly Administered
    Debtors.                                               :
------------------------------------------------------------------------- x

Objection Deadline:  April 21, 2008 at 4:00
p.m.
Hearing Date: N/A

## NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel for the Official Committee of Unsecured
       Creditors, Counsel for the Administrative Agent, Counsel for the DIP Agent, and Milestone
       Advisors, LLC.

       The **Sixth Monthly Application of Allen & Overy, LLP as Special Regulatory
Counsel for the Debtors for Allowance of Compensation and Reimbursement of Expenses
Incurred for the Interim Period February 1, 2008 through February 29, 2008** (the
"Application") has been filed with the Bankruptcy Court. The Application seeks allowance of
interim fees in the amount of $142,796.50 and interim expenses in the amount of $19,252.37.

       Objections to the Application, if any, are required to be filed on or before **April 21,
2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy
Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

       At the same time, you must also serve a copy of the response so as to be received by
the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc.,
538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii)
Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington,
Delaware 19899-0391 (Attn.: James L. Patton, Jr.), counsel to the Debtors; (iii) Milestone
Advisors, LLC, 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn: Jeffrey M.
Levine); (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome
LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the Committee; (v) Kaye
Scholer LLP, 425 Park Avenue, New York, New York 10022 (Attn.: Margot B. Schonholtz and

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate
Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"),
a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York
11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Scott D. Talmadge) and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North
Market Street, Wilmington, Delaware 19801 (Attn.: Laurie Selber Silverstein), counsel to the
Administrative Agent; (vi) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn.:
Corinne Ball and Erica M. Ryland) and Greenberg Traurig LLP, 1007 North Orange Street, Suite
1200, Wilmington, Delaware 19801 (Attn.: Victoria Counihan), counsel to the DIP Agent; and (vii)
the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801
(Attn.: Joseph McMahon).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the
Application will be held at a date and time to be determined before the United States Bankruptcy
Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE
ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS
[DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE
WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80%
OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES
WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
April 1, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Kenneth J. Enos
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Kenneth J. Enos (No. 4544)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                  :    Chapter 11
                                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                  :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                         :
                                                                        :    Jointly Administered
        Debtors.                                                        :
------------------------------------------------------------------------ x

## SIXTH MONTHLY APPLICATION OF ALLEN & OVERY, LLP AS SPECIAL REGULATORY COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE <u>INTERIM PERIOD FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008</u>

| | |
|---|---|
| Name of Applicant: | Allen & Overy, LLP |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | Effective as of September 7, 2007 |
| Period for which compensation and reimbursement is sought: | February 1, 2008 through February 29, 2008 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $142,796.50 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $19,252.37 |

This is an: ___X___ interim _____ final application

This application includes 16.90 hours ($9,778.00) incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| Nov. 30, 2007 / #2241 | Sept. 7 – Sept. 30, 2007 | $172,200.50 | $188.27 | $172,200.50 | $188.27 |
| Nov. 30, 2007 / #2242 | Oct. 1 – Oct. 31, 2007 | $311,858.00 | $131,377.49 | $311,858.00 | $131,377.49 |
| Jan. 7, 2008 / #2500 | Nov. 1- Nov. 30, 2007 | $325,630.50 | $274,672.83 | $260,504.40[2] | $274,672.83 |
| Feb. 1, 2008 / #2854 | Dec. 1- Dec. 31, 2007 | $209,588.50 | $105,192.08 | $167,670.80 | $105,192.08 |
| Feb. 28, 2008 / #3120 | Jan. 1 – Jan. 31, 2008 | $242,791.50 | $25,388.41 | Pending | Pending |

---

[2] To date, 80% of Allen & Overy LLP's November and December 2007 fees have been paid. The remaining 20% is outstanding pending Court approval.

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Pamela Rogers Chepiga | Partner since 2005. Joined firm as counsel in 2003. Member of NY Bar since 1974. | $850.00 | 15.90 | $13,515.00 |
| Robert Knuts | Partner since 2006. Joined the firm as a partner in 2006. Member of NY Bar since 1982. | $760.00 | 44.40 | $32,984.00 |
| Nathan Reilly | Joined firm as associate in 2002. Member of NY Bar since 2002. | $585.00 | 39.30 | $22,990.50 |
| Aimee Ferrer | Joined firm as an associate in 2005. Member of the NY Bar since 2005. | $430.00 | 50.60 | $21,113.00 |
| Eloise Kauvar | Joined firm as an associate in 2007. Not yet admitted to the NY Bar. | $350.00 | 57.20 | $20,020.00 |
| Nicholas Mitchell | Joined firm as an associate in 2007. Not yet admitted to the NY Bar. | $350.00 | 19.10 | $6,685.00 |
| Kurt Vellek | Managing Clerk | $235.00 | 1.40 | $329.00 |
| Toby Mann | Managing Clerk | $185.00 | 1.70 | $314.50 |
| Christopher Redlich | Litigation Support Manager | $225.00 | 77.90 | $17,527.50 |
| Mark Mattson | Paralegal | $200.00 | 15.00 | $3,000.00 |
| Jessica Prahl | Paralegal | $235.00 | 3.40 | $799.00 |
| Jennifer Schulte | Paralegal | $210.00 | 1.90 | $399.00 |
| Devin Quinn | Paralegal | $160.00 | 19.50 | $3,120.00 |
| **Grand Total:** | | | **347.30** | **$142,796.50** |
| **Blended Rate:** | | | | **$411.32** |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration (B110) | 119.40 | $25,215.00 |
| Fee/Employment Applications (B160) | 16.90 | $9,778.00 |
| Non-Working Travel (B195)) | 5.0 | $2,810.00 |
| | | - %50 |
| | | $1,405.00 |
| Fact Investigation / Development (L110) | 62.90 | $40,577.00 |
| Analysis / Strategy (L120) | 11.60 | $5,468.50 |
| Other Case Assessment, Development and Admin (L190) | 26.60 | $18,680.50 |
| Discovery (L300) | 1.40 | $329.00 |
| Document Production (L320) | 103.50 | $41,398.50 |
| **TOTALS** | **347.30** | **$142,796.50** |

### INTERIM EXPENSE SUMMARY

| Expenses Category | Total Expenses ($) |
|---|---|
| Car/Bus/Subway Travel | $544.82 |
| Delivery/Courier[3] | $306.15 |
| Electronic Discovery | $17,053.32 |
| Long Distance Telephone | $134.96 |
| Postage | $195.80 |
| Reproduction Charges | $592.00 |
| Research Fees | $41.92 |
| Working Meals | $383.40 |
| **TOTAL** | $19,252.37 |

---

[3] The categories of Delivery/Courier, Long Distance Telephone, and Working Meals reflect some expenses incurred prior to February which were not invoiced until February and which have not previously been submitted to the Court.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
|  | : | Chapter 11 |
In re: | : | |
 | : | Case No. 07-11047 (CSS) |
AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | |
a Delaware corporation, et al., | : | |
 | : | Jointly Administered |
Debtors. | : | |
---------------------------------------------------------------------- x

## SIXTH MONTHLY APPLICATION OF
## ALLEN & OVERY, LLP AS SPECIAL REGULATORY COUNSEL FOR THE
## DEBTORS AND FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
## EXPENSES INCURRED FOR THE INTERIM PERIOD
## FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, the law firm of Allen & Overy, LLP (hereinafter "A&O") hereby moves this

Court for reasonable compensation for professional legal services rendered as special regulatory

counsel to American Home Mortgage Holdings, Inc., *et al.*, the debtors in the above-captioned cases

(the "Debtors"), in the amount of $142,796.50 together with reimbursement for actual and

necessary expenses incurred in the amount of $19,252.37 for the interim period February 1, 2008

through February 29, 2008 (the "Interim Fee Period"). In support of its Application, A&O

respectfully represents as follows:

1.      A&O was employed pursuant to an engagement letter to represent the

Debtors as special regulatory counsel in connection with regulatory inquiries. This representation

was effective as of September 7, 2007, pursuant to an Order entered by this Court on October 31,

2007. The Order authorized A&O to be compensated on an hourly basis and to be reimbursed for

actual and necessary out-of-pocket expenses.

2.      All services for which compensation is requested by A&O were performed

for or on behalf of the Debtors.

066585.1001

## SUMMARY OF SERVICES RENDERED

3.      Attached hereto as Exhibit A is a detailed statement of fees incurred during the Interim Fee Period showing the amount of $142,796.50 due for fees. Exhibit B is a detailed statement of expenses paid during the Interim Fee Period showing the amount of $19,252.37 for reimbursement of expenses.

4.      The services rendered by A&O during the Interim Fee Period are grouped into the categories set forth in Exhibit A. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

5.      A&O has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $19,252.37. This disbursement sum is broken down into categories of charges, including, among other things, electronic discovery fees, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime.

6.      A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

7.      Costs incurred for overtime and computer assisted research are not included in A&O's normal hourly billing rates and, therefore, are itemized and included in A&O's disbursements. Pursuant to Local Rule 2016-2, A&O represents that the rate charged here for printing and duplication is $.10 per page, the rate charged here for outgoing telecopier transmissions is $1.00 per page (excluding related long distance transmission charges), there is no charge for

incoming telecopier transmissions and there is no surcharge for computerized research.

## VALUATION OF SERVICES

8.    Attorneys and paraprofessionals of A&O have expended a total of 347.30 hours in connection with this matter during the Interim Fee Period.

9.    The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are A&O's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by A&O for the Interim Fee Period as counsel for the Debtors in these cases is $142,796.50.

10.    A&O believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

11.    As set forth in Exhibit A, all time recorded as non-working travel has been billed at 50% of normal hourly rates.

12.    In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

13.    This Application covers the Interim Fee Period February 1, 2008 through February 29, 2008.

WHEREFORE, A&O requests that allowance be made to it in the sum of $142,796.50 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $19,252.37 for reimbursement of actual necessary costs and

expenses incurred during that period, and further requests such other and further relief as this Court

may deem just and proper.

Dated: New York, New York
       March 28, 2008

                              ALLEN & OVERY, LLP

                              _____
                              Pamela Rogers Chepiga
                              1221 Avenue of the Americas
                              New York, New York 10020
                              Telephone: (212) 610-6300
                              Facsimile: (212) 610-6399

                              Special Regulatory Counsel for Debtors

4

<u>VERIFICATION</u>

STATE OF NEW YORK   )
                            )   SS:
NEW YORK COUNTY   )

        Pamela Rogers Chepiga, Esquire, after being duly sworn according to law, deposes and says:

        1.    I am a Partner in the applicant firm, Allen & Overy, LLP, and have been admitted to the bar of New York state since 1974.

        2.    I have personally performed many of the legal services rendered by Allen & Overy, LLP, as counsel to the Debtors and am familiar with all other work performed on behalf of the lawyers and paraprofessionals in the firm.

        3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                                           Pamela Rogers Chepiga

SWORN TO AND SUBSCRIBED before me this _____ day of March, 2008

                                        Notary Public
                                        My Commission Expires: _April 18, 2011_

LANIER SAPERSTEIN
NOTARY PUBLIC, State of New York
No. 02SA6017816
Qualified in Westchester County
Commission Expires April 18, 2011

# EXHIBIT A

To:    American Home Mortgage Investment Corp.

     Attn: Alan Horn
     538 Broadhollow Road
     Melville, NY 11757

MATTER :    87601-00001
CURRENCY: U.S.Dollars
INVOICE :    **5715187**

<u>Billing from February 1 – February 29, 2008</u>

Total Fees:         $142,796.50
Total Expenses:    $19,252.37

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| Case Administration | | | | |
| 11/14/07  Toby Mann | 1.70 | 314.50 | B110 | Hand delivery to EDNY District Attorney's office. |
| 12/07/07  Mark Mattson | 4.50 | 900.00 | B110 | Quality-checked production sets and redacted materials. |
| 12/11/07  Mark Mattson | 1.50 | 300.00 | B110 | Reviewed documents for missing bates range. Prepared and quality-checked copy sets of missing ranges. |
| 12/12/07  Mark Mattson | 2.00 | 400.00 | B110 | Reviewed documents for missing bates range. Prepared and quality-checked copy sets of missing ranges. |
| 12/14/07  Mark Mattson | 0.50 | 100.00 | B110 | Redacted documents. |
| 12/19/07  Mark Mattson | 1.00 | 200.00 | B110 | Reviewed documents for missing bates range. Prepared and quality-checked copy sets of missing ranges. |
| 12/26/07  Christopher Redlich | 2.00 | 450.00 | B110 | Ran searches |
| 12/27/07  Christopher Redlich | 2.00 | 450.00 | B110 | Work on production of electronic materials related to SEC request. |
| 01/17/08  Mark Mattson | 1.00 | 200.00 | B110 | Proof-read Priv log per E. Kauvar. |
| 01/18/08  Mark Mattson | 2.00 | 400.00 | B110 | Organized and deduped produced and unproduced documents. |
| 01/30/08  Christopher Redlich | 3.00 | 675.00 | B110 | 4th Review Production |
| 02/01/08  Christopher Redlich | 1.50 | 337.50 | B110 | Redacted Logs |
| 02/04/08  Christopher Redlich | 6.00 | 1,350.00 | B110 | Redaction logs; discuss SEC doc request. |

**Detail by Activity**

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| 02/04/08 | Devin Quin | 0.50 | 80.00 | B110 | Instruction on correspondence binder upkeep |
| 02/05/08 | Devin Quin | 6.00 | 960.00 | B110 | Review of internal billing to ensure conflict resolution and protocol conformity. |
| 02/06/08 | Devin Quin | 6.00 | 960.00 | B110 | Review of internal billing to ensure conflict resolution and protocol conformity. |
| 02/06/08 | Christopher Redlich | 3.00 | 675.00 | B110 | 4th Review Production |
| 02/06/08 | Christopher Redlich | 3.50 | 787.50 | B110 | Work on creation of privilege logs; discuss document production with N. Reilly. |
| 02/07/08 | Christopher Redlich | 4.00 | 900.00 | B110 | 4th Review Production |
| 02/07/08 | Devin Quin | 2.00 | 320.00 | B110 | Review of internal billing to ensure conflict resolution and protocol conformity. |
| 02/08/08 | Christopher Redlich | 6.00 | 1,350.00 | B110 | 4th Production |
| 02/08/08 | Mark Mattson | 2.50 | 500.00 | B110 | Pulled and created copy sets of all org charts from AHM production per A. Ferrer. |
| 02/11/08 | Jessica Prahl | 3.00 | 705.00 | B110 | Printing selected redacted documents for review by E. Kauvar |
| 02/11/08 | Christopher Redlich | 7.00 | 1,575.00 | B110 | Attention to 4th production and realted privilege logs. |
| 02/12/08 | Christopher Redlich | 2.00 | 450.00 | B110 | Parennilli Log |
| 02/12/08 | Christopher Redlich | 6.00 | 1,350.00 | B110 | Redacted Logs |
| 02/12/08 | Jennifer Schulte | 0.40 | 84.00 | B110 | Conferred with A. Ferrer. Organized materials produced on 2/12/08. |
| 02/13/08 | Christopher Redlich | 5.00 | 1,125.00 | B110 | 4th Review Production and logs |
| 02/14/08 | Christopher Redlich | 6.00 | 1,350.00 | B110 | 4th review production |
| 02/15/08 | Jennifer Schulte | 0.50 | 105.00 | B110 | Organized materials produced to the SEC. |
| 02/15/08 | Christopher Redlich | 0.20 | 45.00 | B110 | Draft e-mail to A&O team regarding production issues. |
| 02/15/08 | Christopher Redlich | 0.20 | 45.00 | B110 | Draft e-mail to A&O team regarding production issues. |
| 02/19/08 | Christopher Redlich | 4.50 | 1,012.50 | B110 | Created CDs for Eloise |
| 02/19/08 | Jennifer Schulte | 0.50 | 105.00 | B110 | Reviewed and organized materials produced. |
| 02/20/08 | Christopher Redlich | 0.50 | 112.50 | B110 | OCR file list for nathan |
| 02/20/08 | Christopher Redlich | 4.50 | 1,012.50 | B110 | CD copies |
| 02/20/08 | Jennifer Schulte | 0.50 | 105.00 | B110 | Updated production log. Organized case files. |
| 02/21/08 | Christopher Redlich | 2.00 | 450.00 | B110 | New Production |
| 02/21/08 | Devin Quin | 2.00 | 320.00 | B110 | Print, search and update work for individual Counsel Correspondance binders |
| 02/22/08 | Christopher Redlich | 1.50 | 337.50 | B110 | Burned CDs |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 02/22/08  Devin Quin | 3.00 | 480.00 | B110 | Print and Update Individual Counsel Correspondence binders |
| 02/26/08  Christopher Redlich | 1.00 | 225.00 | B110 | Made CD copies |
| 02/27/08  Christopher Redlich | 2.00 | 450.00 | B110 | CD duplication/QC |
| 02/28/08  Christopher Redlich | 1.00 | 225.00 | B110 | Case Meeting |
| 02/29/08  Christopher Redlich | 2.50 | 562.50 | B110 | OCR fix |
| 02/29/08  Christopher Redlich | 1.00 | 225.00 | B110 | Meeting with vendor |
| 02/29/08  Jessica Prahl | 0.40 | 94.00 | B110 | Created folders for latest production CDs and cover letters; filed same. |
| *******  TOTAL CODE B110: | 119.40 | 25,160.00 | | |

Fee/Employment Applications

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 02/01/08  Nathan Reilly | 0.20 | 117.00 | B160 | E-mail with Young Conaway re: fee application. |
| 02/04/08  Nathan Reilly | 0.80 | 468.00 | B160 | Review materials for January fee application. |
| 02/08/08  Nathan Reilly | 0.40 | 234.00 | B160 | Communicate with vendor re: invoices. |
| 02/08/08  Nathan Reilly | 2.40 | 1,404.00 | B160 | Begin draft of January fee application. |
| 02/11/08  Nathan Reilly | 2.60 | 1,521.00 | B160 | Continue draft of January fee application. |
| 02/12/08  Nathan Reilly | 2.80 | 1,638.00 | B160 | Review time enty narratives and revise January fee application and exhibits. |
| 02/12/08  Nathan Reilly | 0.40 | 234.00 | B160 | Communication with vendor re: invoice issues. |
| 02/13/08  Nathan Reilly | 2.40 | 1,404.00 | B160 | Revise January 2008 application. |
| 02/15/08  Nathan Reilly | 0.40 | 234.00 | B160 | E-mail with vendors re: outstanding invoices. |
| 02/15/08  Nathan Reilly | 0.40 | 234.00 | B160 | Continue draft of fee application and exhibits. |
| 02/19/08  Nicholas Mitchell | 0.80 | 280.00 | B160 | Reviewed draft fee application and made various corrections. |
| 02/19/08  Pamela Chepiga | 0.30 | 255.00 | B160 | Telephone conference with counsel for senior AHM manager re: regulatory compliance. |
| 02/19/08  Nathan Reilly | 1.80 | 1,053.00 | B160 | Revise fee application. |
| 02/26/08  Nathan Reilly | 0.20 | 117.00 | B160 | Phone call with K. Enos re: insurance issues. |
| 02/27/08  Nathan Reilly | 0.70 | 409.50 | B160 | Finalize fee application and provide to Young Conaway. |
| 02/28/08  Nathan Reilly | 0.30 | 175.50 | B160 | E-mail with K. Enos re: fee application. |
| *******  TOTAL CODE B160: | 16.90 | 9,778.00 | | |

Non-Working Travel

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 02/05/08  Aimee Ferrer | 3.00 | 1,290.00 | B195 | Travel to and from AHM headquarters. |
| 02/05/08  Robert Knuts | 2.00 | 1,520.00 | B195 | Travel to company offices for meetings with |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | employees | | |
| ******* TOTAL CODE B195: | 5.00 | 2,810.00 | | |
| | | (-50%) | | |
| | | 1,405.00 | | |
| | | | | |
| Fact Investigation / Development | | | | |
| 02/01/08  Robert Knuts | 2.30 | 1,748.00 | L110 | Work on document production issues relating to SEC subpoenas; review and analyze relevant documents |
| 02/04/08  Aimee Ferrer | 1.40 | 602.00 | L110 | Reviewing documents for responsiveness to SEC subpoena. |
| 02/04/08  Robert Knuts | 1.50 | 1,140.00 | L110 | Prepare for meeting at client's office concerning collection and analysis of documents to be produced to SEC |
| 02/04/08  Robert Knuts | 1.80 | 1,368.00 | L110 | Work on document production issues relating to SEC subpoenas; review and analyze relevant documents |
| 02/05/08  Robert Knuts | 4.00 | 3,040.00 | L110 | Meetings with employees to obtain further information concerning collection of subpoenaed documents |
| 02/06/08  Aimee Ferrer | 2.90 | 1,247.00 | L110 | Reviewing documents for production to SEC. |
| 02/06/08  Robert Knuts | 2.80 | 2,128.00 | L110 | Work on document production issues relating to SEC subpoenas; review and analyze relevant documents |
| 02/07/08  Aimee Ferrer | 0.80 | 344.00 | L110 | Reviewing documents for responsiveness to SEC subpoena. |
| 02/07/08  Robert Knuts | 1.80 | 1,368.00 | L110 | Work on document production issues relating to SEC subpoenas; review and analyze relevant documents |
| 02/08/08  Aimee Ferrer | 0.90 | 387.00 | L110 | Review and analysis of documents for responsiveness. |
| 02/08/08  Robert Knuts | 2.80 | 2,128.00 | L110 | Work on document production issues relating to SEC subpoenas; review and analyze relevant documents. |
| 02/11/08  Aimee Ferrer | 3.20 | 1,376.00 | L110 | Review and analysis of documents given to A&O by AHM for responsiveness. |
| 02/11/08  Robert Knuts | 0.30 | 228.00 | L110 | Telephone conference with L. Gershwer (inidividual counsel to S. Hozie) concerning document subpoena issues and related matters. |
| 02/11/08  Robert Knuts | 2.20 | 1,672.00 | L110 | Work on document production issues relating |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | to SEC subpoenas; review and analyze relevant documents; review SEC proof of claim. |
| 02/12/08   Aimee Ferrer | 3.70 | 1,591.00 | L110 | Review and analysis of documents given to A&O by AHM for responsiveness. |
| 02/12/08   Robert Knuts | 4.50 | 3,420.00 | L110 | Work on document production issues relating to SEC subpoenas; review and analyze relevant documents; prepare for further employee interviews |
| 02/13/08   Robert Knuts | 0.40 | 304.00 | L110 | Telephone conference with C. Pino concerning document collection matters; follow-up discussion with A. Ferrer concerning same |
| 02/13/08   Robert Knuts | 0.30 | 228.00 | L110 | Telephone conference with counsel for former employee concerning open issues |
| 02/13/08   Robert Knuts | 1.80 | 1,368.00 | L110 | Work on document production issues relating to SEC subpoenas; review and analyze relevant documents; prepare for further employee interviews |
| 02/14/08   Aimee Ferrer | 0.70 | 301.00 | L110 | Reviewing documents sent to A&O by AHM employees for responsiveness |
| 02/14/08   Robert Knuts | 2.30 | 1,748.00 | L110 | Work on document production issues relating to SEC subpoenas; review and analyze relevant documents; prepare for further employee interviews |
| 02/15/08   Robert Knuts | 1.30 | 988.00 | L110 | Work on document production issues relating to SEC subpoenas; review and analyze relevant documents; prepare for further employee interviews |
| 02/19/08   Robert Knuts | 2.00 | 1,520.00 | L110 | Work on document production issues relating to SEC subpoenas; review and analyze relevant documents |
| 02/20/08   Aimee Ferrer | 2.90 | 1,247.00 | L110 | Reviewing documents for responsiveness to SEC/DOJ subpoena. |
| 02/20/08   Robert Knuts | 1.80 | 1,368.00 | L110 | Work on document production issues relating to SEC subpoenas; review and analyze relevant documents |
| 02/21/08   Aimee Ferrer | 3.60 | 1,548.00 | L110 | Reviewing documents for responsiveness to SEC subpoena. |
| 02/21/08   Robert Knuts | 1.50 | 1,140.00 | L110 | Work on document production issues relating to SEC subpoenas; review and analyze relevant documents |
| 02/22/08   Robert Knuts | 1.30 | 988.00 | L110 | Work on document production issues relating to SEC subpoenas; review and analyze relevant |

**Detail by Activity**

| Date – Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| | | | | | documents |
| 02/25/08 | Aimee Ferrer | 1.40 | 602.00 | L110 | Review of documents received from AHM employee for responsiveness. |
| 02/26/08 | Robert Knuts | 0.30 | 228.00 | L110 | Telephone conference with SEC staff concerning certain document production issues |
| 02/28/08 | Robert Knuts | 2.50 | 1,900.00 | L110 | Work on document production issues relating to SEC subpoenas; review and analyze relevant documents |
| 02/29/08 | Aimee Ferrer | 0.40 | 172.00 | L110 | Review of company description of data restore |
| 02/29/08 | Robert Knuts | 1.50 | 1,140.00 | L110 | Work on document production issues relating to SEC subpoenas; review and analyze relevant documents |
| ******* | TOTAL CODE L110: | 62.90 | 40,577.00 | | |

Analysis / Strategy

| Date – Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| 02/01/08 | Nathan Reilly | 0.30 | 175.50 | L120 | Telephone conference with Young Conaway (Beach and Enos) re: coordination/regulatory issues. |
| 02/01/08 | Nathan Reilly | 0.90 | 526.50 | L120 | Review press release materials. |
| 02/05/08 | Aimee Ferrer | 4.50 | 1,935.00 | L120 | Meeting with AHM employees regarding subpoena responses; speaking to GC re: case status. |
| 02/06/08 | Aimee Ferrer | 0.50 | 215.00 | L120 | Conference with AHM employee re: locating responsive documents for production to SEC subpoena. |
| 02/08/08 | Aimee Ferrer | 0.30 | 129.00 | L120 | Communication with AHM employee re: responsive documents. |
| 02/11/08 | Aimee Ferrer | 0.60 | 258.00 | L120 | Communication with AHM employees re: locating and producing responsive documents. |
| 02/11/08 | Aimee Ferrer | 0.30 | 129.00 | L120 | Communication with N. Reilly and review of reading and responding to e-mail correspondence regarding case updates. |
| 02/11/08 | Nathan Reilly | 0.50 | 292.50 | L120 | E-mail with Young Conaway and A&O team re: proof of claim filed by SEC. |
| 02/12/08 | Aimee Ferrer | 0.40 | 172.00 | L120 | Reading and responding to e-mail correspondence with AHM employees regarding location of responsive documents. |
| 02/13/08 | Aimee Ferrer | 0.60 | 258.00 | L120 | Speaking with AHM employee regarding responsive documents. |
| 02/15/08 | Aimee Ferrer | 0.20 | 86.00 | L120 | Speaking with AHM employee re: responsive |

**Detail by Activity**

| Date - Timekeeper | | Hours | Amount | Code | Description |
|---|---|---|---|---|---|
| | | | | | documents. |
| 02/15/08 | Aimee Ferrer | 0.10 | 43.00 | L120 | Reading and responding to e-mail correspondence with R. Knuts re: case status |
| 02/25/08 | Nathan Reilly | 0.20 | 117.00 | L120 | Phone call with K. Enos re: insurance issues. |
| 02/26/08 | Nathan Reilly | 0.40 | 234.00 | L120 | Draft e-mail to A. Horn re: insurance issues. |
| 02/27/08 | Nathan Reilly | 0.80 | 468.00 | L120 | Review bankruptcy filing re: insurance issues |
| 02/27/08 | Aimee Ferrer | 0.50 | 215.00 | L120 | Meeting with members of A&O team regarding case status. |
| 02/28/08 | Aimee Ferrer | 0.30 | 129.00 | L120 | Communication with client re: data restoration. |
| 02/29/08 | Aimee Ferrer | 0.20 | 86.00 | L120 | Communication with AHM employee re: responsive documents. |
| ******* | TOTAL CODE L120: | 11.60 | 5,468.50 | | |
| | | | | | |
| Other Case Assessment, Development & Admin | | | | | |
| 02/01/08 | Pamela Chepiga | 0.30 | 255.00 | L190 | Telephone conference with Young Conaway (Beach and Enos) re: coordination/regulatory issues. |
| 02/01/08 | Pamela Chepiga | 1.30 | 1,105.00 | L190 | Attention to subpoenaed documents. |
| 02/01/08 | Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with R. Gage (Gage Spencer & Fleming) re: documents. |
| 02/04/08 | Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with A. Horn re: regulatory matters. |
| 02/04/08 | Pamela Chepiga | 0.40 | 340.00 | L190 | Internal A&O meeting (R. Knuts, A. Ferrer and N. Reilly) re: status of production and related issues. |
| 02/04/08 | Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with Lankler Siffert re: regulatory production due diligence. |
| 02/04/08 | Pamela Chepiga | 1.60 | 1,360.00 | L190 | Review of subpoenaed AHM policies and procedures. |
| 02/05/08 | Aimee Ferrer | 0.20 | 86.00 | L190 | Communications with individual counsel re: document production. |
| 02/05/08 | Pamela Chepiga | 0.40 | 340.00 | L190 | Telephone conference with A. Horn re: regulatory development and follow-up thereto. |
| 02/06/08 | Aimee Ferrer | 0.90 | 387.00 | L190 | Meeting with individual counsel re: case status and outstanding issues. |
| 02/06/08 | Pamela Chepiga | 0.40 | 340.00 | L190 | Telephone conference with FBI agent re: loan file request and follow-up thereto. |
| 02/06/08 | Pamela Chepiga | 1.30 | 1,105.00 | L190 | Telephone conference at A&O with counsel for senior AHM employee re: subpoena due |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | diligence. |
| 02/06/08  Pamela Chepiga | 1.50 | 1,275.00 | L190 | Attention to regulatory production, including review of subpoenaed documents. |
| 02/06/08  Robert Knuts | 1.20 | 912.00 | L190 | Meeting with counsel for employee concerning document collection and related issues |
| 02/07/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with A. Horn (AHM GC) re: regulatory request. |
| 02/08/08  Aimee Ferrer | 0.20 | 86.00 | L190 | Correspondence with individual counsel re: production of responsive documents. |
| 02/08/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with A. Horn (AHM GC) re: update on regulatory matters. |
| 02/11/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Emails with Young Conaway and AHM re: D&O insurance issues. |
| 02/11/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Attention to SEC Proof of Claim. |
| 02/12/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Internal A&O conferences re: regulatory request for additional email production. |
| 02/12/08  Aimee Ferrer | 0.20 | 86.00 | L190 | Reading and responding to e-mail correspondence with individual counsel to locate responsive documents. |
| 02/13/08  Aimee Ferrer | 0.30 | 129.00 | L190 | Correspondence with individual counsel re: responsive documents. |
| 02/14/08  Aimee Ferrer | 0.40 | 172.00 | L190 | Corresponding with individual counsel regarding location of responsive documents. |
| 02/15/08  Nathan Reilly | 0.20 | 117.00 | L190 | Phone call with general counsel re: insurance issue; e-mail with Young Conaway re: same. |
| 02/15/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Emails with Young Conaway re: creditor committee/insurance questions. |
| 02/15/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Telephone conference with A. Horn (AHM GC) and N. Reilly re: creditor committee/insurance issues. |
| 02/15/08  Robert Knuts | 0.20 | 152.00 | L190 | Telephone conference with counsel for employee concerning certain fact issues |
| 02/15/08  Aimee Ferrer | 0.60 | 258.00 | L190 | Corresponding with vendor, A&O tech support, AHM employees re: data delivery and processing. |
| 02/15/08  Aimee Ferrer | 0.10 | 43.00 | L190 | Correspondence with individual counsel regarding production of responsive documents. |
| 02/19/08  Aimee Ferrer | 0.20 | 86.00 | L190 | Conference with individual counsel re: production of responsive documents. |
| 02/19/08  Aimee Ferrer | 0.60 | 258.00 | L190 | Coordinating with document vendors and A&O |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | team re: loading new data, processing and volume of data. |
| 02/19/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Conference with R. Knuts re: update on new emails production to SEC. |
| 02/19/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Review of draft January 2008 bill. |
| 02/20/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Email exchange Alan Horn AHM GC re: update. |
| 02/20/08  Aimee Ferrer | 0.30 | 129.00 | L190 | Call to individual counsel re: document locations. |
| 02/20/08  Aimee Ferrer | 1.30 | 559.00 | L190 | Corresponding with A&O team re: doc production; file status; vendor processes and loading of new data. |
| 02/20/08  Nathan Reilly | 0.80 | 468.00 | L190 | Prepare document and e-mail to C. Bonilla re: time and expense estimates. |
| 02/20/08  Nathan Reilly | 0.40 | 234.00 | L190 | E-mails with A&O team re: vendor issues. |
| 02/21/08  Nathan Reilly | 1.00 | 585.00 | L190 | Attention to vendor payment issues. |
| 02/22/08  Nathan Reilly | 0.10 | 58.50 | L190 | Leave message for S. Beach re: invoices. |
| 02/22/08  Aimee Ferrer | 0.60 | 258.00 | L190 | Conference call with individual counsel and former AHM employee re: location of responsive documents. |
| 02/22/08  Aimee Ferrer | 0.20 | 86.00 | L190 | Correspondence with individual counsel re: sending responsive documents. |
| 02/25/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Internal A&O conference re: status of email production/review for SEC. |
| 02/25/08  Pamela Chepiga | 0.60 | 510.00 | L190 | Telephone conferences with counsel for AHM senior managers re: regulatory subpoena compliance. |
| 02/25/08  Nathan Reilly | 0.60 | 351.00 | L190 | Discussion with A&O team re: vendor-related invoice issues. |
| 02/26/08  Pamela Chepiga | 0.30 | 255.00 | L190 | 2 telephone conferences with Alan Horn re: update on regulatory matters. |
| 02/26/08  Pamela Chepiga | 1.00 | 850.00 | L190 | Review of subpoenaed documents. |
| 02/26/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Finalization of monthly bill. |
| 02/27/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Internal A&O update conference with R. Knuts re: regulatory developments. |
| 02/27/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Telephone conference with proposed counsel for former AHM senior manager. |
| 02/27/08  Pamela Chepiga | 0.40 | 340.00 | L190 | Review of Motion for Relief from Stay to Enforce Insurance Policy. |
| 02/27/08  Pamela Chepiga | 0.60 | 510.00 | L190 | Document review. |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 02/28/08  Aimee Ferrer | 0.60 | 258.00 | L190 | Communication with N. Reilly, C. Redlich re: vendor/data production issues. |
| 02/29/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Conference with R. Knuts re: regulatory developments. |
| 02/29/08  Pamela Chepiga | 0.30 | 255.00 | L190 | Telephone conference with counsel for AHM senior manager re: regulatory compliance. |
| 02/29/08  Pamela Chepiga | 0.20 | 170.00 | L190 | Email Alan Horn (AHM GC). |
| 02/29/08  Aimee Ferrer | 0.40 | 172.00 | L190 | Correspondence with individual's counsel regarding responsive documents. |
| *******  TOTAL CODE L190: | 26.60 | 18,680.50 | | |

Discovery

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 02/15/08  Kurt Vellek | 1.40 | 329.00 | L300 | Deliver production to US Attorney's offices in Brooklyn. |
| *******  TOTAL CODE L300: | 1.40 | 329.00 | | |

Document Production

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 02/01/08  Nicholas Mitchell | 3.20 | 1,120.00 | L320 | Work on redaction log for production to the SEC. |
| 02/01/08  Eloise Kauvar | 0.80 | 280.00 | L320 | Internal communications regarding production of redacted log. |
| 02/01/08  Eloise Kauvar | 4.50 | 1,575.00 | L320 | Prepared redaction log for production. |
| 02/01/08  Nathan Reilly | 1.30 | 760.50 | L320 | Phone call with A. Conn from SEC; review documents identified in that call. |
| 02/01/08  Nathan Reilly | 0.50 | 292.50 | L320 | Draft e-mail to A&O team re: call with A. Conn. |
| 02/01/08  Nathan Reilly | 0.50 | 292.50 | L320 | Discuss call with SEC with A&O team. |
| 02/02/08  Eloise Kauvar | 0.10 | 35.00 | L320 | Internal emails regarding production. |
| 02/03/08  Eloise Kauvar | 2.20 | 770.00 | L320 | Prepared redaction log for production. |
| 02/04/08  Nicholas Mitchell | 0.40 | 140.00 | L320 | Internal discussions re: production schedule to the SEC. |
| 02/04/08  Nicholas Mitchell | 5.70 | 1,995.00 | L320 | Document review in connection with production to the SEC. |
| 02/04/08  Eloise Kauvar | 5.50 | 1,925.00 | L320 | Prepared redaction log for production. |
| 02/04/08  Eloise Kauvar | 1.80 | 630.00 | L320 | Internal discussions regarding status of redaction log and production. |
| 02/04/08  Eloise Kauvar | 1.30 | 455.00 | L320 | Prepared documents for production. |
| 02/04/08  Nathan Reilly | 1.40 | 819.00 | L320 | Discuss SEC document request with C. Redlich and A. Ferrer; review documents related to |

**Detail by Activity**

| Date – Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | request. |
| 02/04/08  Nathan Reilly | 0.40 | 234.00 | L320 | Internal meeting re: document production status. |
| 02/05/08  Aimee Ferrer | 0.60 | 258.00 | L320 | Speaking with A&O team members (C. Redlich, N. Reilly, E. Kauvar) re: data production issues |
| 02/05/08  Nicholas Mitchell | 0.20 | 70.00 | L320 | Internal discussion re: issues related to document production. |
| 02/05/08  Eloise Kauvar | 0.20 | 70.00 | L320 | Phone call regarding production of documents. |
| 02/05/08  Eloise Kauvar | 0.10 | 35.00 | L320 | Phone calls regarding document production. |
| 02/05/08  Eloise Kauvar | 4.90 | 1,715.00 | L320 | Prepared redaction log for production. |
| 02/05/08  Eloise Kauvar | 3.30 | 1,155.00 | L320 | Internal discussions regarding status of redaction log and production. |
| 02/05/08  Nathan Reilly | 1.80 | 1,053.00 | L320 | Discuss document production timeline with C. Redlich and A. Ferrer; discuss production issues with E. Kauvar. |
| 02/06/08  Eloise Kauvar | 1.70 | 595.00 | L320 | Prepared redaction log for production. |
| 02/06/08  Eloise Kauvar | 1.40 | 490.00 | L320 | Internal discussions regarding production of redacted materials and redaction log. |
| 02/06/08  Nathan Reilly | 1.00 | 585.00 | L320 | Discuss documents production issues with C. Redlich; draft and send e-mail update to SEC. |
| 02/06/08  Nathan Reilly | 0.50 | 292.50 | L320 | Discuss privilege issues with E. Kauvar |
| 02/06/08  Nicholas Mitchell | 1.40 | 490.00 | L320 | Attention to redaction log and document production to the SEC. |
| 02/07/08  Eloise Kauvar | 0.50 | 175.00 | L320 | Redacted documents in preparation for production. |
| 02/07/08  Eloise Kauvar | 0.30 | 105.00 | L320 | Reviewed documents for privilege. |
| 02/07/08  Eloise Kauvar | 0.40 | 140.00 | L320 | Prepared redaction log for production. |
| 02/07/08  Eloise Kauvar | 2.10 | 735.00 | L320 | Prepared documents for production. |
| 02/07/08  Eloise Kauvar | 1.30 | 455.00 | L320 | Internal discussions regarding status of production. |
| 02/07/08  Nicholas Mitchell | 1.20 | 420.00 | L320 | Attention to document production to the SEC. |
| 02/08/08  Aimee Ferrer | 0.40 | 172.00 | L320 | Meeting with E. Kauvar and C. Redlich re: technical issues in document production. |
| 02/08/08  Eloise Kauvar | 2.70 | 945.00 | L320 | Prepared redaction log and supplemental privilege log for production. |
| 02/08/08  Eloise Kauvar | 1.20 | 420.00 | L320 | Internal discussions regarding status of redaction log, supplemental privilege log, and other production. |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 02/08/08  Eloise Kauvar | 0.10 | 35.00 | L320 | Internal email regarding production. |
| 02/08/08  Nathan Reilly | 0.20 | 117.00 | L320 | E-mails with C. Redlich re: OCR file issue. |
| 02/11/08  Aimee Ferrer | 0.40 | 172.00 | L320 | Conferences with E. Kauvar and C. Redlich re: production tasks. |
| 02/11/08  Aimee Ferrer | 1.40 | 602.00 | L320 | Review and analysis of privilege log, preparation of production of additional documents, including drafting cover letter. |
| 02/11/08  Eloise Kauvar | 0.20 | 70.00 | L320 | Prepared redaction log for production. |
| 02/11/08  Eloise Kauvar | 0.90 | 315.00 | L320 | Internal discussions regarding status of production of redaction log. |
| 02/12/08  Eloise Kauvar | 4.10 | 1,435.00 | L320 | Prepared redaction log and privilege log for production. |
| 02/12/08  Eloise Kauvar | 0.90 | 315.00 | L320 | Internal discussions regarding status of production. |
| 02/12/08  Nicholas Mitchell | 1.90 | 665.00 | L320 | Attention to supplemental privilege log for produciton to the SEC. |
| 02/12/08  Aimee Ferrer | 0.50 | 215.00 | L320 | Assisting with correction of technical issue in previous production, including speaking with C. Redlich, reviewing e-mail correspondence with SEC and speaking to N. Reilly re: same. |
| 02/12/08  Aimee Ferrer | 0.60 | 258.00 | L320 | Preparing documents for production, including revising privilege log, quality checking documents received from vendors and drafting cover letter. |
| 02/12/08  Nathan Reilly | 1.90 | 1,111.50 | L320 | Follow-up on request for information from SEC; draft e-mail response to SEC; communication with A&O team re: response. |
| 02/13/08  Eloise Kauvar | 1.20 | 420.00 | L320 | Prepared redaction log for production. |
| 02/13/08  Eloise Kauvar | 0.30 | 105.00 | L320 | Prepared CDs for production. |
| 02/13/08  Eloise Kauvar | 1.30 | 455.00 | L320 | Prepared redaction log and CDs for production. |
| 02/13/08  Eloise Kauvar | 1.00 | 350.00 | L320 | Internal discussions regarding status of production. |
| 02/13/08  Aimee Ferrer | 1.60 | 688.00 | L320 | Preparing and producing responsive documents for production, including drafting and editing cover letter; conversation with R. Knuts. |
| 02/14/08  Eloise Kauvar | 2.20 | 770.00 | L320 | Prepared documents for production and internal filing. |
| 02/14/08  Eloise Kauvar | 0.50 | 175.00 | L320 | Internal discussions regarding production. |
| 02/14/08  Aimee Ferrer | 0.70 | 301.00 | L320 | Preparing and producing responsive documents for production to DOJ, including drafting cover |

**Detail by Activity**

| Date - Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| | | | | letter and reviewing technical issues. |
| 02/15/08  Eloise Kauvar | 0.30 | 105.00 | L320 | Internal discussions regarding production. |
| 02/15/08  Nathan Reilly | 0.40 | 234.00 | L320 | Discuss document production to USAO with B. Roman and A. Ferrer. |
| 02/15/08  Nathan Reilly | 0.20 | 117.00 | L320 | E-mail with C. Redlich re: production of OCR files to SEC. |
| 02/15/08  Aimee Ferrer | 0.80 | 344.00 | L320 | Reviewing electronic documents for responsiveness. |
| 02/19/08  Eloise Kauvar | 0.30 | 105.00 | L320 | Internal communications regarding production. |
| 02/19/08  Eloise Kauvar | 0.70 | 245.00 | L320 | Prepared documents for production. |
| 02/19/08  Nathan Reilly | 1.90 | 1,111.50 | L320 | Draft cover letter to government; discuss production with A&O team; prepare exhibit to production letter. |
| 02/20/08  Nicholas Mitchell | 4.00 | 1,400.00 | L320 | Review of documents for privilege in connection with production to the SEC. |
| 02/20/08  Eloise Kauvar | 1.30 | 455.00 | L320 | Reviewed documents in preparation for production. |
| 02/20/08  Eloise Kauvar | 0.50 | 175.00 | L320 | Internal discussions regarding status of production. |
| 02/20/08  Nathan Reilly | 1.80 | 1,053.00 | L320 | Finalize production and cover letter to SEC re: OCR files. |
| 02/21/08  Eloise Kauvar | 3.40 | 1,190.00 | L320 | Prepared documents for production. |
| 02/21/08  Eloise Kauvar | 0.30 | 105.00 | L320 | Internal discussions regarding production. |
| 02/21/08  Eloise Kauvar | 0.10 | 35.00 | L320 | Internal request for information. |
| 02/22/08  Eloise Kauvar | 0.40 | 140.00 | L320 | Internal communications regarding case. |
| 02/22/08  Nicholas Mitchell | 0.30 | 105.00 | L320 | Internal discussion of upcoming schedule for document production. |
| 02/25/08  Eloise Kauvar | 0.10 | 35.00 | L320 | Phone call regarding production of documents. |
| 02/25/08  Eloise Kauvar | 0.40 | 140.00 | L320 | Internal communications regarding production status. |
| 02/26/08  Eloise Kauvar | 0.10 | 35.00 | L320 | Internal communication regarding status of production. |
| 02/26/08  Nathan Reilly | 0.30 | 175.50 | L320 | Review e-mail from SEC; voicemail from SEC. |
| 02/26/08  Nathan Reilly | 1.00 | 585.00 | L320 | Review documents requested by SEC, and communicate e-discovery issues raised with SEC with A&O team. |
| 02/27/08  Eloise Kauvar | 0.10 | 35.00 | L320 | Phone call regarding production of documents. |
| 02/27/08  Eloise Kauvar | 0.10 | 35.00 | L320 | Internal communication regarding production. |
| 02/27/08  Nathan Reilly | 0.90 | 526.50 | L320 | Meeting with e-discovery vendors. |

**Detail by Activity**

| Date – Timekeeper | Hours | Amount | Code | Description |
|---|---|---|---|---|
| 02/27/08  Nathan Reilly | 0.70 | 409.50 | L320 | Discussions with A&O team re: production issues. |
| 02/27/08  Aimee Ferrer | 0.80 | 344.00 | L320 | Communications with A&O IT, outside vendors regarding production specifications and issues arising with productions. |
| 02/27/08  Aimee Ferrer | 0.80 | 344.00 | L320 | Preparing documents for producing, including reviewing CD and drafting cover letter. |
| 02/28/08  Nathan Reilly | 0.60 | 351.00 | L320 | Discuss electronic production issues with C. Redlich and A. Ferrer. |
| 02/28/08  Aimee Ferrer | 0.60 | 258.00 | L320 | Internal meeting regarding producing documents responsive to subpoenas. |
| 02/29/08  Eloise Kauvar | 0.10 | 35.00 | L320 | Internal conversation regarding production. |
| 02/29/08  Pamela Chepiga | 0.60 | 510.00 | L320 | Document review. |
| 02/29/08  Aimee Ferrer | 0.90 | 387.00 | L320 | Working with A&O IT Team and data production vendors to respond to SEC communications regarding technical production matters and to prepare newly received data for loading. |
| *******  TOTAL CODE L320: | 103.50 | 41,398.50 | | |

| Summary by Activity Code | Hours | Amount |
|---|---|---|
| (B110)  Case Administration | 119.40 | 25,160.00 |
| (B160)  Fee/Employment Applications | 16.90 | 9,778.00 |
| (B195)  Non-Working Travel | 5.00 | 2,810.00 |
|  |  | (-50%) |
|  |  | 1,405.00 |
| (L110)  Fact Investigation / Development | 62.90 | 40,577.00 |
| (L120)  Analysis / Strategy | 11.60 | 5,468.50 |
| (L190)  Other Case Assessment, Development & Admin | 26.60 | 18,680.50 |
| (L300)  Discovery | 1.40 | 329.00 |
| (L320)  Document Production | 103.50 | 41,398.50 |
| GRAND TOTAL | 347.30 | 142,796.50 |

# EXHIBIT B

**Summary of Expenses Incurred**
**(February 1, 2008 – February 29, 2008)**

| Date Incurred | Expense | Amount |
|---|---|---|
| 11/07 | Telephone Charge[1] | $30.85 |
| 11/07 | Telephone Charge | $33.03 |
| 11/07 | Telephone Charge | $20.10 |
| 11/07 | Telephone Charge | $13.50 |
| 11/07 | Telephone Charge | $11.06 |
| 01/02/2008 | Working Meal[2] | $124.18 |
| 01/02/2008 | Working Meal | $15.27 |
| 01/02/2008 | Working Meal | $26.32 |
| 01/03/2008 | Working Meal | $14.63 |
| 01/07/2008 | Working Meal | $27.98 |
| 01/07/2008 | Working Meal | $23.98 |
| 01/11/2008 | Working Meal | $23.38 |
| 01/14/2008 | Working Meal | $18.61 |
| 01/16/2008 | Working Meal | $20.79 |
| 01/16/2008 | Working Meal | $22.87 |
| 01/31/2008 | Working Meal | $20.88 |
| 01/31/2008 | Courier Service / Federal Express | $51.50 |
| 01/31/2008 | Courier Service / Federal Express | $51.50 |
| 02/01/2008 | Telephone Charge | $0.09 |
| 02/01/2008 | Document Reproduction | $18.20 |
| 02/01/2008 | Document Reproduction | $9.10 |
| 02/01/2008 | Document Reproduction | $1.40 |
| 02/01/2008 | Document Reproduction | $1.00 |
| 02/01/2008 | Document Reproduction | $0.70 |
| 02/01/2008 | Electronic Discovery | $608.44 |
| 02/04/2008 | Document Reproduction | $1.50 |
| 02/04/2008 | Document Reproduction | $3.80 |
| 02/04/2008 | Document Reproduction | $2.60 |
| 02/04/2008 | Working Meal | $18.61 |
| 02/04/2008 | Working Meal | $25.90 |
| 02/05/2008 | Document Reproduction | $1.00 |
| 02/06/2008 | Document Reproduction | $1.90 |
| 02/06/2008 | Document Reproduction | $5.60 |
| 02/07/2008 | Telephone Charge | $0.09 |
| 02/07/2008 | Document Reproduction | $3.80 |
| 02/07/2008 | Document Reproduction | $1.50 |
| 02/07/2008 | Document Reproduction | $1.60 |
| 02/07/2008 | Document Reproduction | $2.50 |
| 02/07/2008 | Document Reproduction | $1.50 |
| 02/07/2008 | Document Reproduction | $1.90 |
| 02/07/2008 | Document Reproduction | $2.40 |
| 02/07/2008 | Document Reproduction | $3.00 |

---

[1]     Expenses for five telephone conferences which occurred in November, but had not been previously invoiced and submitted to the Court are included here.

[2]     Expenses for working meals which occurred in January, but were not previously invoiced and submitted to the Court, are included here.

| 02/08/2008 | Document Reproduction | $4.20 |
| 02/08/2008 | Document Reproduction | $0.40 |
| 02/08/2008 | Document Reproduction | $0.20 |
| 02/08/2008 | Document Reproduction | $21.30 |
| 02/08/2008 | Document Reproduction | $2.40 |
| 02/08/2008 | Courier Service / Federal Express | $6.95 |
| 02/11/2008 | Document Reproduction | $1.10 |
| 02/11/2008 | Document Reproduction | $24.60 |
| 02/11/2008 | Document Reproduction | $4.10 |
| 02/11/2008 | Document Reproduction | $61.20 |
| 02/11/2008 | Courier Service / Federal Express | $54.81 |
| 02/11/2008 | Electronic Discovery | $282.38 |
| 02/12/2008 | Document Reproduction | $1.60 |
| 02/12/2008 | Document Reproduction | $1.60 |
| 02/12/2008 | Document Reproduction | $24.60 |
| 02/12/2008 | Document Reproduction | $49.20 |
| 02/12/2008 | Document Reproduction | $ 24.60 |
| 02/12/2008 | Document Reproduction | $24.60 |
| 02/12/2008 | Document Reproduction | $49.20 |
| 02/12/2008 | Document Reproduction | $24.60 |
| 02/12/2008 | Document Reproduction | $0.20 |
| 02/12/2008 | Document Reproduction | $0.40 |
| 02/12/2008 | Courier Service / Federal Express | $10.91 |
| 02/13/2008 | Document Reproduction | $1.70 |
| 02/13/2008 | Document Reproduction | $1.70 |
| 02/13/2008 | Document Reproduction | $29.00 |
| 02/13/2008 | Electronic Discovery | $2,082.30 |
| 02/13/2008 | Electronic Discovery | $2,503.53 |
| 02/13/2008 | Electronic Discovery | $2,397.86 |
| 02/13/2008 | Courier Service / Federal Express | $60.85 |
| 02/14/2008 | Document Reproduction | $24.60 |
| 02/14/2008 | Document Reproduction | $29.00 |
| 02/14/2008 | Document Reproduction | $29.00 |
| 02/14/2008 | Document Reproduction | $29.00 |
| 02/15/2008 | Document Reproduction | $ 7.00 |
| 02/15/2008 | Telephone Charge | $0.12 |
| 02/15/2008 | Electronic Discovery | $1,831.54 |
| 02/15/2008 | Car Travel | $201.45 |
| 02/15/2008 | Car Travel | $72.17 |
| 02/19/2008 | Document Reproduction | $1.40 |
| 02/19/2008 | Document Reproduction | $1.80 |
| 02/19/2008 | Document Reproduction | $1.40 |
| 02/19/2008 | Document Reproduction | $1.80 |
| 02/19/2008 | Telephone Charge | $0.09 |
| 02/20/2008 | Document Reproduction | $1.40 |
| 02/20/2008 | Document Reproduction | $1.40 |
| 02/20/2008 | Document Reproduction | $1.70 |
| 02/20/2008 | Document Reproduction | $1.80 |
| 02/20/2008 | Document Reproduction | $7.20 |
| 02/20/2008 | Document Reproduction | $0.60 |
| 02/20/2008 | Document Reproduction | $0.60 |

| 02/20/2008 | Postage[3] | $195.80 |
|---|---|---|
| 02/20/2008 | Telephone Charge | $0.09 |
| 02/20/2008 | Telephone Charge | $0.19 |
| 02/20/2008 | Courier Service / Federal Express | $10.91 |
| 02/20/2008 | Courier Service / Federal Express | $10.91 |
| 02/21/2008 | Document Reproduction | $1.60 |
| 02/21/2008 | Document Reproduction | $0.80 |
| 02/21/2008 | Document Reproduction | $0.20 |
| 02/21/2008 | Document Reproduction | $4.40 |
| 02/21/2008 | Car Travel | $139.18 |
| 02/21/2008 | Telephone Charge | $ 0.39 |
| 02/22/2008 | Electronic Discovery | $124.05 |
| 02/22/2008 | Document Reproduction | $0.10 |
| 02/22/2008 | Document Reproduction | $0.20 |
| 02/22/2008 | Electronic Discovery | $552.71 |
| 02/25/2008 | Car Travel | $120.82 |
| 02/26/2008 | Document Reproduction | $1.80 |
| 02/26/2008 | Document Reproduction | $1.40 |
| 02/26/2008 | Document Reproduction | $0.20 |
| 02/26/2008 | Electronic Discovery | $1,511.83 |
| 02/26/2008 | Electronic Discovery | $1,511.83 |
| 02/26/2008 | Telephone Charge | $25.00 |
| 02/27/2008 | Document Reproduction | $1.80 |
| 02/27/2008 | Document Reproduction | $1.40 |
| 02/28/2008 | Document Reproduction | $1.40 |
| 02/28/2008 | Document Reproduction | $1.80 |
| 02/28/2008 | Telephone Charge | $0.09 |
| 02/28/2008 | Telephone Charge | $0.09 |
| 02/28/2008 | Telephone Charge | $0.09 |
| 02/28/2008 | Electronic Legal Research | $41.92 |
| 02/28/2008 | Courier Service/Federal Express | $47.81 |
| 02/29/2008 | Document Reproduction | $2.10 |
| 02/29/2008 | Document Reproduction | $15.60 |
| 02/29/2008 | Car Travel | $11.20 |
| 02/29/2008 | Electronic Discovery | $3,646.85 |
| 02/29/2008 | Telephone Charge | $0.09 |
| **GRAND TOTAL** | | **$19,252.37** |

---

[3]     This entry reflects postage charges for January 2007 that have not been previously submitted to the Court.

3