IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| ------------------------------------------------------------------ x | | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | |
| a Delaware corporation, et al., [1] | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: April 21, 2008 at 4:00 p.m. |
| ------------------------------------------------------------------ x | | Hearing Date: N/A |

## NOTICE OF APPLICATION

TO:   The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the
      Official Committee of Unsecured Creditors

The **Sixth Monthly Application of the Weiner Brodsky Sidman Kider PC as Ordinary Course Professional for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period February 1, 2008 through February 29, 2008** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $53,811.00 and interim expenses in the amount of $2,847.81.

Objections to the Application, if any, are required to be filed on or before **April 21, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon); (viii) Weiner Brodsky Sidman Kider PC, 1300 19th Street, NW, Fifth Floor, Washington, DC 20036, (Attn: David M. Souders).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
     April 1, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | |

---

## SEVENTH MONTHLY APPLICATION OF WEINER BRODSKY SIDMAN KIDER PC AS COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

| | |
|---|---|
| Name of Applicant: | Weiner Brodsky Sidman Kider PC |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | February 1, 2008 through February 29, 2008 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $53,811.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $2,847.81 |

This is an: __X__ interim ___ final application

This application includes no hours incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 1818 | August 6, 2007 through August 31, 2007 | $88,599.50 | $1,062.60 | $88,599.50 paid | $1,062.60 paid |
| 1987 | September 1, 2007 through September 30, 2007 | $80,618.50 | $1,108.65 | $75,759.70 paid | $1,108.65 paid |
| 2110 | October 1, 2007 through October 31, 2007 | $64,370.00 | $6,707.04 | $64,370.00 paid | $6,707.04 paid |
| 2405 | November 1, 2007 through November 27, 2007 | $42,212.50 | $2,532.61 | Approved – Certification of No Objection to Weiner Brodsky Sidman Kider PC's Fourth Application for Compensation and Reimbursement of Expenses Incurred for the Period November 1, 2007 through November 27, 2007 filed on January 21, 2008 (Docket No. 2755) | Approved – Certification of No Objection to Weiner Brodsky Sidman Kider PC's Fourth Application for Compensation and Reimbursement of Expenses Incurred for the Period November 1, 2007 through November 27, 2007 filed on January 21, 2008 (Docket No. 2755) |

| 2967 | November 28, 2007 through December 31, 2007 | $41,766.00 | $3,716.57 | Approved – Certification of No Objection to Weiner Brodsky Sidman Kider PC's Fifth Application for Compensation and Reimbursement of Expenses Incurred for the Period November 28, 2007 through December 31, 2007 filed on March 14, 2008 (Docket No. 3292) | Approved – Certification of No Objection to Weiner Brodsky Sidman Kider PC's Fifth Application for Compensation and Reimbursement of Expenses Incurred for the Period November 28, 2007 through December 31, 2007 filed on March 14, 2008 (Docket No. 3292) |
| 3122 | January 1, 2008 through January 31, 2008 | $36,194.50 | $10,158.28 | Approved – Certification of No Objection to Weiner Brodsky Sidman Kider PC's Sixth Application for Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2008 through January 31, 2008 filed on March 24, 2008 (Docket No. 3399) | Approved – Certification of No Objection to Weiner Brodsky Sidman Kider PC's Sixth Application for Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2008 through January 31, 2008 filed on March 24, 2008 (Docket No. 3399) |

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| Richard J. Andreano, Jr. | Partner since June, 1995. Member of the DC Bar since December, 1983 and the Virginia Bar since June, 1984. | $425 | See Exhibit A. | See Exhibit A. |
| John D. Socknat | Partner since January, 2005. Joined firm as an associate in November, 1997. Member of the Virginia Bar since 1995 and the DC Bar since 1998. | $395 | See Exhibit A. | See Exhibit A. |
| David M. Souders | Partner since 2002. Joined firm as an of counsel in 2000. Member of Missouri Bar since October, 1985 and the DC Bar since July, 1994. | $420 | See Exhibit A. | See Exhibit A. |
| Reid F. Herlihy | Joined firm as an associate in January, 2007. Member of Virginia Bar since 2006. | $220 | See Exhibit A. | See Exhibit A. |
| Michelle E. Holmes | Joined firm as an associate in September, 2007. Member of the Virginia Bar since October, 2007. | $205 | See Exhibit A. | See Exhibit A. |
| Nancy W. Hunt | Joined firm as an associate in October, 2004. Member of the California Bar since May, 2002 and the DC Bar since June, 2005. | $255 | See Exhibit A. | See Exhibit A. |
| Vanessa T. Lam | Joined firm as an associate in August, 2007. Member of the California Bar since December, 2002 and the DC Bar since December, 2007. | $245 | See Exhibit A. | See Exhibit A. |
| Brian P. Perryman | Joined firm as an associate in March, 2004. Member of the Virginia Bar since June, 2004, the DC Bar since February, 2005 and the Colorado Bar since April, 2006. | $235 | See Exhibit A. | See Exhibit A. |

| | | | | |
|---|---|---|---|---|
| Haydn J. Richards, Jr. | Joined firm as an associate in July, 2003. Member of the Virginia Bar since October, 2002 and the DC Bar since September, 2002. | $245 | See Exhibit A. | See Exhibit A. |
| Kristin D. Thompson | Joined firm as an associate in August, 2006. Member of the New Hampshire Bar since November, 1997, the Massachusetts Bar since April, 2003, and the DC Bar since April, 2007. | $295 | See Exhibit A. | See Exhibit A. |
| Sandra B. Vipond | Joined firm as an associate in April, 2002. Member of the Maryland Bar since June, 1999, the New Jersey Bar since June, 1999 and the DC Bar since January, 2000. | $295 | See Exhibit A. | See Exhibit A. |
| Natasha M. Williams | Joined firm as an associate in September, 2006. Member of the Virginia Bar since September, 2003, and DC Bar since May, 2004. | $245 | See Exhibit A. | See Exhibit A. |
| **Grand Total:** | | | 169.0 hours | $53,811.00 |
| **Blended Rate:** | | $ | | |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration  (1001) | | |
| Court Hearings (1002) | | |
| Cash Collateral/DIP Financing (1003) | | |
| Schedules & Statements, U.S. Trustee Reports (1004) | | |
| Lease/Executory Contract Issues (1005) | | |
| Use, Sale or Lease of Property (363 Issues) (1006) | | |
| Claims Analysis, Objections and Resolutions (1007) | | |
| Meetings (1008) | | |
| Stay Relief Matters (1009) | | |
| Reclamation Claims and Adversaries (1010) | | |
| Other Adversary Proceedings (1011) | | |
| Creditor Inquiries (1013) | | |
| Employee Matters (1015) | | |
| Retention of Professionals/Fee Issues (1017) | | |
| Travel (1019) | | |
| Utility Services (1020) | | |
| On Site Services (1021) | | |
| **TOTALS** | | |

## INTERIM EXPENSE SUMMARY

| Expenses Category (Examples) | Total Expenses ($) |
|---|---|
| AP Fax (Parcels, Inc.) | No charge |
| Calling Card/Conference Calls | $0 |
| Computerized Legal Research (Westlaw) | $2,749.99 |
| Delivery/Courier (Parcels, Inc.) | $0 |
| Deposition/Transcript (Transcripts Plus) | $0 |
| Docket Retrieval (Virtual Docket.com) | No charge |
| Facsimile | No charge |
| Federal Express | $0 |
| Filing Fees/Court Costs/Legal Fees | $0 |
| Local Counsel Fees | $0 |
| Long Distance Telephone | $0 |
| Parking/Mileage Expenses | $0 |
| Photocopy Charges ($0.10 per page) | $92.60 |
| Postage | $5.22 |
| Scanning, Electronic Bates-Labeling and Photocopying Performed By Outside Vendors | $0 |
| Taxi/Local Transportation | $0 |
| Travel/Hotel/Air Fare/Tips | $0 |
| TOTAL | $2,847.81 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------------ x | |
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | |
| ------------------------------------------------------------------ x | |

## SEVENTH MONTHLY APPLICATION OF WEINER BRODSKY SIDMAN KIDER PC AS COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of Weiner Brodsky Sidman Kider PC (hereinafter "WBSK") hereby moves this Court for reasonable compensation for professional legal services rendered as counsel to American Home Mortgage Corporation and its related entities, the debtors in the above-captioned cases (the "Debtors"), in the amount of $53,811.00 together with reimbursement for actual and necessary expenses incurred in the amount of $2,847.81 for the interim period February 1, 2008 through February 29, 2008 (the "Interim Fee Period"). In support of its Application, WBSK respectfully represents as follows:

1. On September 4, 2007, the Court entered an Order Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 207] (the "Order"). The Order authorized WBSK to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2. All services for which compensation is requested by WBSK were

performed for or on behalf of the Debtor.

## PRE-PETITION COMPENSATION PREVIOUSLY PAID

3.    Prior to the filing of the above-captioned cases, WBSK was employed by the Debtors. The Debtors owe WBSK $36,115.50 for pre-petition services. WBSK agreed to waive its pre-petition claim in connection with the Court's approval of its employment pursuant to the Order.

## SUMMARY OF SERVICES RENDERED

4.    Attached hereto as Exhibit A is a detailed statement of fees incurred and expenses paid during the Interim Fee Period, showing the amount of $53,811.00 due for fees and the amount of $2,847.81 due for the reimbursement of expenses.

5.    The services rendered by WBSK during the Interim Fee Period are grouped into the categories set forth in Exhibit A. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

6.    WBSK has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $2,847.81. This disbursement sum is broken down into categories of charges, including, among other things, telephone and long distance charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, computerized research, and transcription costs. A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit A.

2

7.    Costs incurred for overtime and computer assisted research are not included in WBSK's normal hourly billing rates and, therefore, are itemized and included in WBSK's disbursements. Pursuant to Local Rule 2016-2, WBSK represents that its rate for internal duplication is $0.10 per page, there is no charge for telecopier transmissions and there is no surcharge for computerized research.

## VALUATION OF SERVICES

8.    Attorneys and paraprofessionals of WBSK have expended a total of 169.0 hours in connection with this matter during the Interim Fee Period.

9.    The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are WBSK's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by WBSK for the Interim Fee Period as counsel for the Debtors in these cases is $53,811.00.

10.    WBSK believes that the time entries and expense breakdown set forth in Exhibit A attached hereto is in compliance with the requirements of Local Rule 2016-2.

11.    In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

12.    This Application covers the Interim Fee Period February 1, 2008 through February 29, 2008.

WHEREFORE, WBSK requests that allowance be made to it in the sum of $53,811.00 as compensation for necessary professional services rendered to the Debtors for the

Interim Fee Period, and the sum of $2,847.81 for reimbursement of actual necessary costs and

expenses incurred during that period, and further requests such other and further relief as this

Court may deem just and proper.

Washington, D.C.
March 25, 2008

WEINER BRODSKY SIDMAN KIDER PC

_____

Mitchel H. Kider
David M. Souders
1300 19th Street, NW, Fifth Floor
Washington, D.C. 20036
Telephone: (202) 628-2000
Facsimile: (202) 628-2011

Counsel for the Debtors

<u>VERIFICATION</u>

DISTRICT OF COLUMBIA )
                     )      SS:
                     )

David M. Souders, after being duly sworn according to law, deposes and says:

1.      I am a Partner in the applicant firm, Weiner Brodsky Sidman Kider PC, and have been admitted to the bars of the Supreme Courts of Missouri and the District of Columbia since 1985 and 1994, respectively.

2.      I have personally performed many of the legal services rendered by Weiner Brodsky Sidman Kider PC, as counsel to the Debtors and am familiar with all other work performed on behalf of the lawyers and paraprofessionals in the firm.

3.      WBSK usually bills on discrete matters in connection with its representation of American Home. However, with the filing of the bankruptcy petition, the Firm opened a new matter to handle the myriad matters that arose from the filing of the petition. Specifically, matter 089 in the Firm's billing system was used by Firm attorneys for the following matters:

- responding to inquiries from state regulators arising out of the press releases issued by American Home and subsequent notifications to such regulators about the liquidity crisis the firm was experiencing just before the filing of the bankruptcy petitions;

- filing of suggestions of bankruptcy in the defensive matters being handled by the Firm;

- notifying state and federal regulators of the filing of the bankruptcy petitions and participating in conference calls with the regulators;

- handling of issues with state and federal regulators arising from the freezing of certain escrow accounts by one of the creditors;

- surrendering of licenses for the origination entities and the preservation of the licenses held by the servicing entity;

- researching surety bond requirements for the origination and servicing entities;

                 066585.1001

- completion of an ongoing HUD investigation;

- researching servicing liquidity issues and change of control requirements;

- reviewing of purchase and sale agreements in connection with the sale of the servicing entity; and

- assisting bankruptcy counsel with the preparation and filing of the motion to return funds from the customers in the pipelines of the originating entities.

Where work was performed on individual matters that were opened prior to the filing of the petition, the Firm continued to bill directly to those matters and will continue to do so on a going forward basis.

4.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

DAVID M. SOUDERS

SWORN TO AND SUBSCRIBED before me this 25th day of March 2008.

Notary Public
My Commission Expires: 7/31/2009

2

# EXHIBIT A

F:\98077\089\AHM - WBSK 7th Fee Application.DOC

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    FEBRUARY    2008

Page: 1

American Home Mortgage                    03/25/2008
538 Broadhollow Road          Account No:      98077M
Melville  NY  11747

Attn: Alan Horn

|  | Fees | Expenses | Balance |
|---|---|---|---|
| 98077-027 Hughes | 1,568.00 | 1,510.68 | $3,078.68 |
| 98077-061 Arkansas Condos | 2,345.00 | 72.41 | $2,417.41 |
| 98077-064 Stonex and Voit | 177.00 | 1.20 | $178.20 |
| 98077-066 Johnson v. Wheeler | 1,718.00 | 0.00 | $1,718.00 |
| 98077-068 First American Title Insurance Co. | 31,562.50 | 1,135.77 | $32,698.27 |
| 98077-073 Sohmer | 2,268.00 | 0.00 | $2,268.00 |
| 98077-079 Rush v. American Home | 397.50 | 0.00 | $397.50 |

# WEINER  BRODSKY  SIDMAN  KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2
03/25/2008

American Home Mortgage

Account No:    98077M

|  | Fees | Expenses | Balance |
|---|---|---|---|
| 98077-089 Post Petition Representation | 11,355.50 | 28.10 | $11,383.60 |
|  | 51,391.50 | 2,748.16 | $54,139.66 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    FEBRUARY   2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

Page: 1
03/25/2008
Account No:    98077-027M
Statement No:        29

Hughes

| Date | | | Rate | Hours | |
|---|---|---|---|---|---|
| 02/15/2008 | | | | | |
| NMW | review case file in Fairfax County Circuit Court to determine how plaintiff was able to obtain default judgment against both defendants in light of bankruptcy stay (0.8); draft rough timeline since nonsuit (0.3); | | 245.00 | 1.10 | 269.50 |
| 02/19/2008 | | | | | |
| NMW | draft memorandum with timeline of events from refiling of case through entry of default (0.8); legal research on Virginia rules and cases discussing vacating defaults generally and when defaulting party is in bankruptcy (1.5); | | 245.00 | 2.30 | 563.50 |
| 02/20/2008 | | | | | |
| NMW | legal research on procedures to set aside default in Virginia State cases (1.5); legal research on federal and state cases where limitation was stayed by bankruptcy and defendants defaulted (1.5); | | 245.00 | 3.00 | 735.00 |
| | For Current Services Rendered | | | 6.40 | 1,568.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
03/25/2008
Account No:  98077-027M
Statement No:        29

Hughes

| | |
|---|---:|
| Lexis/Westlaw Research | 1,510.68 |
| Total Expenses Posted Through 02/29/2008 | 1,510.68 |
| Total Current Work | 3,078.68 |
| Balance Due | $3,078.68 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    FEBRUARY    2008

Page: 1
03/25/2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Account No:    98077-061M
Statement No:    21

Attn: Alan Horn

Arkansas Condos

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| **02/13/2008** | | | | | |
| | DMS | finalize settlement agreement with Brown Appraisers and send to J. Kalas (0.2); review pleadings for filing motion to compel with respect to remaining defendant (0.5); | 420.00 | 0.70 | 294.00 |
| | NMW | telephone calls to counsel for Paradise Bay, HMI and IMS discussing status of settlement agreements (0.2); | 245.00 | 0.20 | 49.00 |
| **02/14/2008** | | | | | |
| | SBV | review local rules regarding discovery (0.3); prepare local rule 7.2 certification (0.3); prepare motion to compel discovery from BHS Enterprise & C. Thompson (0.5); | 295.00 | 1.10 | 324.50 |
| **02/21/2008** | | | | | |
| | SBV | continue preparing motion to compel discovery from BHS Enterprise and C. Thompson (1.1); prepare proposed order (0.4); | 295.00 | 1.50 | 442.50 |
| **02/22/2008** | | | | | |
| | NMW | prepare and file motion to compel against | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Arkansas Condos

Page: 2
03/25/2008
Account No:    98077-061M
Statement No:    21

| | | Rate | Hours | |
|---|---|---|---|---|
| SBV | BHS Enterprise and Clarence Thompson (0.4); draft letter to T. Morrissey and S. Hickam requesting final settlement (0.2); legal research regarding motion to compel (0.8); review court docket regarding representation of other parties (0.1); revise | 245.00 | 0.60 | 147.00 |
| DMS | motion to compel discovery from BHS Enterprise & C. Thompson (0.7); revise and file motion to compel (0.4); | 295.00<br>420.00 | 1.60<br>0.40 | 472.00<br>168.00 |
| **02/26/2008** | | | | |
| NMW | telephone calls from and correspondence to T. Morrissey's office and S. Hickam discussing outstanding settlement agreements (0.5); | 245.00 | 0.50 | 122.50 |
| **02/27/2008** | | | | |
| NMW | telephone call from counsel for Dick Gray and correspondence to local counsel discussing settlement agreement and stipulation (0.2); finalize and prepare for filing with W. District of Arkansas (0.1); | 245.00 | 0.30 | 73.50 |
| DMS | send memo to D. Bowman regarding settlement (0.2); review correspondence from J. Kalas (0.2); send settlement to J. Kalas for signature (0.2); | 420.00 | 0.60 | 252.00 |
| | For Current Services Rendered | | 7.50 | 2,345.00 |

| | |
|---|---|
| Photocopy Expenses | 9.40 |
| Postage Expenses | 1.94 |
| Lexis/Westlaw Research | 61.07 |
| Total Expenses Posted Through 02/29/2008 | 72.41 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 3
American Home Mortgage                                            03/25/2008
                                              Account No:    98077-061M
                                              Statement No:          21
Arkansas Condos


     Total Current Work                                    2,417.41


     Balance Due                                         $2,417.41

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

### INVOICE PERIOD:    FEBRUARY    2008

Page: 1
03/25/2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Account No:    98077-064M
Statement No:            20

Attn: Alan Horn

Stonex and Voit

| | | Rate | Hours | |
|---|---|---|---|---|
| 02/27/2008 | | | | |
| KDT | review Hahn's motion to withdraw (0.1); review court's order setting hearing (0.1); evaluate potential exposure (0.1); emails with local counsel regarding no objection to same (0.1); | 295.00 | 0.40 | 118.00 |
| 02/29/2008 | | | | |
| KDT | emails from and to local counsel regarding hearing on dismissal (0.1); review amended dismissal filed by court (0.1); | 295.00 | 0.20 | 59.00 |
| | For Current Services Rendered | | 0.60 | 177.00 |
| | Photocopy Expenses | | | 1.20 |
| | Total Expenses Posted Through 02/29/2008 | | | 1.20 |
| | Total Current Work | | | 178.20 |
| | Balance Due | | | $178.20 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    FEBRUARY   2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Johnson v. Wheeler

Page: 1
03/25/2008
Account No:    98077-066M
Statement No:    20

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 02/07/2008 | | | | | |
| KDT | telephone conference with claims counsel regarding options for removing American Home Mortgage from litigation as a facilitation of settlement (0.1); memo regarding status (0.1); | | 295.00 | 0.20 | 59.00 |
| 02/08/2008 | | | | | |
| KDT | email from claims counsel requesting American Home Mortgage's position on extent of stay in context of motion to dismiss (0.1); research regarding same (0.6); emails with bankruptcy counsel and client regarding same (0.2); conference with D. Souders regarding implications as to settlement and ultimate resolution of claim (0.2); telephone conference with client regarding same (0.2); receipt and review of Johnsons' proof of claim (0.2); draft response to claims counsel, including proof of claim (0.2); email from claims counsel regarding planned submission to court (0.1); email to counsel regarding same and querying response to dismissal proposal (0.1); | | 295.00 | 1.90 | 560.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2

American Home Mortgage

03/25/2008

Account No:    98077-066M

Statement No:    20

Johnson v. Wheeler

| | | Rate | Hours | |
|---|---|---|---|---|
| DMS | send memo to J. Kalas regarding stay (0.3); review order of court (0.2); send memo to M. Whiteman (0.2); review bankruptcy claim filed by Johnson (0.3); | 420.00 | 1.00 | 420.00 |
| **02/11/2008** | | | | |
| KDT | review Jacksons' memo regarding effect of stay on court's action regarding motion to dismiss (0.1); review Johnsons' memo regarding same (0.1); receipt and review of Sheppard's memo regarding same (0.1); receipt and review of Wheeler memo regarding effect of stay on court consideration of motion to dismiss (0.1); | 295.00 | 0.40 | 118.00 |
| **02/25/2008** | | | | |
| KDT | receipt and review of draft settlement agreement from Jacksons' counsel (0.2); | 295.00 | 0.20 | 59.00 |
| **02/27/2008** | | | | |
| KDT | analysis of proposed settlement agreement (0.5); email to claims counsel regarding draft settlement agreement and suggestions for response (0.1); email from claims counsel regarding proposed settlement agreement ((0.1); telephone conference with claims counsel regarding same (0.1); review email from claims counsel to all parties regarding settlement (0.1); | 295.00 | 0.90 | 265.50 |
| **02/28/2008** | | | | |
| KDT | email from counsel for Jacksons regarding settlement (0.1); email from counsel for Sheppard regarding same (0.1); email from | | | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Johnson v. Wheeler

Page: 3
03/25/2008
Account No:    98077-066M
Statement No:          20

|  | Rate | Hours |  |
|---|---|---|---|
| counsel for Wheeler approving settlement agreement (0.1); | 295.00 | 0.30 | 88.50 |

02/29/2008
KDT

| email from claims counsel to parties regarding settlement (0.1); telephone conference with claims counsel regarding Johnsons' claim against bankruptcy estate (0.1); email from claims counsel to parties regarding same (0.1); email from Jacksons' counsel enclosing motion to extend (0.1); emails among counsel regarding same (0.1); | 295.00 | 0.50 | 147.50 |
| For Current Services Rendered |  | 5.40 | 1,718.00 |
| Total Current Work |  |  | 1,718.00 |
| Balance Due |  |  | $1,718.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    FEBRUARY    2008

Page: 1
03/25/2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Account No:    98077-068M
Statement No:            15

Attn: Alan Horn

First American Title Insurance Co.

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| **02/01/2008** | | | | | |
| | DMS | review order of Magistrate Judge Falk (0.1); draft letter to all counsel regarding status conference (0.8); prepare appearance forms (0.3); telephone conference with J. Newman regarding conference (0.4); telephone conference with R. Hardman regarding loss issues (0.5); | 420.00 | 2.10 | 882.00 |
| | KDT | planning for status of conference with court (0.3); analysis of outstanding issues (0.3); letter from opposing counsel regarding status conference and assertion that counsel should be recused (0.1); telephone call to J. Newman regarding case background and status conference and his request to get foreclosure notice off credit report (0.2); telephone call to client regarding details of conference call (0.1); | 295.00 | 1.00 | 295.00 |
| **02/04/2008** | | | | | |
| | DMS | telephone conference with P. Leyh regarding status conference (0.3); participate in conference call with Magistrate Judge Falk (0.6); | 420.00 | 0.90 | 378.00 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2

American Home Mortgage

03/25/2008
Account No:    98077-068M
Statement No:            15

First American Title Insurance Co.

| | | Rate | Hours | |
|---|---|---|---|---|
| KDT | prepare for status conference with court (0.2); review local rules regarding scheduling conferences and requirements for same (0.1); review pleadings relating to impleading of additional defendants by First American (0.3); participate in status conference with court (0.3); planning regarding case schedule (0.1); develop plans for discovery, including topics, documents required, parties to whom certain requests should be addressed (1.1); review 14 loan files regarding issues of title insurance, payees for title insurance, payees for settlement fees, signatures of HUD-1s (1.3); | 295.00 | 3.40 | 1,003.00 |

02/05/2008

| KDT | develop and draft discovery requests (5.1); review court order regarding scheduling conference (0.2); | 295.00 | 5.30 | 1,563.50 |

02/06/2008

| BPP | legal research re: agency claim against title insurer; | 235.00 | 1.50 | 352.50 |
| KDT | review NJAH bankruptcy docket for lenders' appearances in aid of preparation of discovery to First American (0.4); analysis of pleadings and order issued in similar case against First American in Michigan (0.4); review NJAH bankruptcy pleadings regarding settlement with other lenders in aid of preparation of discovery (0.9); continued drafting of discovery (0.8); retrieve and review documents attached to lender's brief opposing First American's motion for | | | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

First American Title Insurance Co.

Page: 3
03/25/2008
Account No:    98077-068M
Statement No:          15

| | | Rate | Hours | |
|---|---|---|---|---|
| | summary judgment in similar case, including escrow bulletins, underwriting alerts, agency agreement, website material (0.6); review websites of First American and County Line for representations supporting agency relationship between the two entities (0.8); review websites relating to Fishman and Otlowski for evidence of same (0.3); review NJAH bankruptcy pleadings and orders (1.1); | 295.00 | 5.30 | 1,563.50 |
| **02/07/2008** | | | | |
| KDT | continued drafting of discovery (4.1); review pleadings relative to joinder of County Line, Fishman and Otlowski (0.4); | 295.00 | 4.50 | 1,327.50 |
| **02/08/2008** | | | | |
| KDT | continued development and drafting of discovery (0.6); continued analysis of bankruptcy pleadings (1.2); review letter to defendants regarding proposed discovery dates (0.1); | 295.00 | 1.90 | 560.50 |
| **02/13/2008** | | | | |
| DMS | review opposition to pro hac vice motion (0.4); telephone conference with counsel for GMAC (0.4); legal research (0.8); drafting of motion to strike (0.5); | 420.00 | 2.10 | 882.00 |
| KDT | research standards for attorney disqualification in context of First American's objection to pro hac vice admission (0.4); | 295.00 | 0.40 | 118.00 |
| **02/14/2008** | | | | |
| DMS | drafting of reply to opposition memorandum filed by First American (1.3); | 420.00 | 1.30 | 546.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

First American Title Insurance Co.

Page: 4
03/25/2008
Account No:   98077-068M
Statement No:              15

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| SBV | legal research regarding standard for motion to strike (0.8); legal research regarding striking scandalous matter (1.3); legal research regarding Rule 11 standards (0.6); legal research regarding standards of professional conduct (0.5); prepare section of motion to strike defendant's opposition to pro hac vice motion (1.2); | | 295.00 | 4.40 | 1,298.00 |
| KDT | research disqualification of counsel due to status as potential witness (1.1); continued development of interrogatories and document requests to First American (3.8); | | 295.00 | 4.90 | 1,445.50 |
| 02/15/2008 | | | | | |
| KDT | continued drafting of discovery to First American (1.1); research representations of First American supporting agency relationship with closing attorneys and issuing agents (0.8); continued drafting of discovery to Fishman and Otlowski (1.4); | | 295.00 | 3.30 | 973.50 |
| 02/18/2008 | | | | | |
| DMS | drafting of memorandum in response to First American's opposition to pro hac vice motion and motion to strike (2.1); | | 420.00 | 2.10 | 882.00 |
| 02/19/2008 | | | | | |
| SBV | review and edit reply memorandum to First American's opposition to motion for pro hac vice admission and plaintiffs' motion to strike (1.2); | | 295.00 | 1.20 | 354.00 |
| DMS | legal research into representation issues (2.1); drafting of motion to strike (2.0); | | 420.00 | 4.10 | 1,722.00 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 5

American Home Mortgage

03/25/2008
Account No:    98077-068M
Statement No:        15

First American Title Insurance Co.

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| **02/20/2008** | | | | | |
| | DMS | draft and send letter to counsel regarding scheduling conference and proposed discovery dates (0.9); finalize motion to strike (1.1); review and revise discovery requests to First American (1.3); | 420.00 | 3.30 | 1,386.00 |
| | KDT | review and revise response to opposition to admission pro hac vice of D. Souders and motion to strike (0.3); research regarding same (1.6); telephone call to local counsel regarding filing requirements for response (0.1); attend to preparation of document and forward to local counsel for filing (0.2); develop discovery for County Line, Otlowski and Fishman (3.5); | 295.00 | 5.70 | 1,681.50 |
| **02/21/2008** | | | | | |
| | NWH | research re: information D. Souders needs for scheduling conference next week, information needs re: losses for properties (0.6); conference with D. Souders re: same (0.2); | 255.00 | 0.80 | 204.00 |
| | KDT | revise interrogatories and documents requests to First American (1.2); continued development and drafting of interrogatories and document requests to Fishman, Otlowski and County Line (1.6); identify documents in possession of American Home Mortgage for initial disclosures (1.6); identify people with knowledge for same (0.4); consider calculations for damages (1.1); draft initial disclosures based upon federal rules, local rules and court order (1.0); | 295.00 | 6.90 | 2,035.50 |
| | DMS | respond to correspondence from First American's counsel (0.3); revise discovery | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

First American Title Insurance Co.

Page: 6
03/25/2008
Account No:    98077-068M
Statement No:    15

| | | Rate | Hours | |
|---|---|---|---|---|
| | request to First American (0.8); respond to correspondence from counsel for settlement agents (0.4); | 420.00 | 2.50 | 1,050.00 |
| **02/22/2008** | | | | |
| KDT | draft interrogatories and document requests to Fishman and Otlowski (5.2); revisions to same (0.6); finalize discovery and forward to local counsel for filing (0.3); | 295.00 | 6.10 | 1,799.50 |
| DMS | send letter to counsel for Fishman (0.3); drafting of discovery to First American (0.5); draft and send letter regarding discovery deadlines (0.5); | 420.00 | 1.30 | 546.00 |
| **02/24/2008** | | | | |
| DMS | review pleadings filed in New Jersey Affordable Home bankruptcy case (1.0); send memo to counsel for Fishman and Otlowski regarding potential motions to stay discovery (0.3); | 420.00 | 1.30 | 546.00 |
| **02/25/2008** | | | | |
| KDT | review rules regarding protective orders (0.7); research cases regarding same (0.7); review correspondence to and from closing attorneys regarding status of files in context of representation that the U.S. Attorney had taken files, status of potential indictment of Fishman and Otlowski and potential to move to stay on basis of fifth amendment (0.2); compile papers in preparation for hearing regarding pro hac vice and motion to strike opposition (0.2); | 295.00 | 1.80 | 531.00 |
| DMS | prepare for status conference with Magistrate | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

First American Title Insurance Co.

Page: 7
03/25/2008
Account No:    98077-068M
Statement No:    15

| | | Rate | Hours | |
|---|---|---|---|---|
| | Judge Falk (1.7); review correspondence from counsel for First American (0.3); review correspondence from counsel for settlement agent (0.2); review opposition memorandum filed by First American (0.5); | 420.00 | 2.80 | 1,176.00 |
| **02/26/2008** | | | | |
| KDT | develop evidence needed to prove case (2.6); review NJAH files for damages-related documents (0.8); continued development of initial disclosures (0.9); | 295.00 | 4.30 | 1,268.50 |
| DMS | prepare for Rule 16 settlement conference (2.2); meet with counsel for defendant and third party defendants (0.9); participate in Rule 16 conference (1.4); return from Newark, NJ (2.0); | 420.00 | 6.50 | 2,730.00 |
| **02/27/2008** | | | | |
| DMS | review orders from court regarding scheduling conference (0.3); | 420.00 | 0.30 | 126.00 |
| **02/28/2008** | | | | |
| DMS | telephone conference with A. Graler counsel to Washington Mutual regarding claims against First American (0.8); | 420.00 | 0.80 | 336.00 |
| | For Current Services Rendered | | 94.10 | 31,562.50 |

| | |
|---|---|
| Photocopy Expenses | 38.80 |
| Postage Expenses | 3.28 |
| Lexis/Westlaw Research | 1,093.69 |
| Total Expenses Posted Through 02/29/2008 | 1,135.77 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 8
American Home Mortgage                                                          03/25/2008
Account No:    98077-068M
Statement No:              15

First American Title Insurance Co.


Total Current Work                                                          32,698.27


Balance Due                                                               $32,698.27


PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    FEBRUARY    2008

Page: 1
03/25/2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Account No:    98077-073M
Statement No:    14

Attn: Alan Horn

Sohmer

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| **02/01/2008** | | | | | |
| | DMS | conference call regarding settlement agreement with title counsel and other defense counsel (1.4); | 420.00 | 1.40 | 588.00 |
| **02/05/2008** | | | | | |
| | DMS | review draft settlement agreement (0.8); send memo to J. Kalas regarding settlement (0.4); | 420.00 | 1.20 | 504.00 |
| **02/06/2008** | | | | | |
| | DMS | telephone conference with R. Hardman regarding settlement agreement (0.5); telephone conference with L. Xerras regarding settlement agreement and resolution of bankruptcy claims (0.8); | 420.00 | 1.30 | 546.00 |
| **02/07/2008** | | | | | |
| | DMS | review memo from L. Xerras regarding settlement proposal (0.4); send response (0.3); | 420.00 | 0.70 | 294.00 |
| **02/29/2008** | | | | | |
| | DMS | send memo to J. Kalas and R. Hardman regarding settlement (0.8); | 420.00 | 0.80 | 336.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2

American Home Mortgage

03/25/2008
Account No:    98077-073M
Statement No:              14

Sohmer

|                                | Rate | Hours |          |
| ------------------------------ | ---- | ----- | -------- |
| For Current Services Rendered  |      | 5.40  | 2,268.00 |
| Total Current Work             |      |       | 2,268.00 |
| Balance Due                    |      |       | $2,268.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

### INVOICE PERIOD:    FEBRUARY    2008

Page: 1
03/25/2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Account No:    98077-079M
Statement No:    10

Attn: Alan Horn

Rush v. American Home

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| **02/05/2008** | | | | | |
| | NWH | conference with D. Souders re: demand P. Rush has been making on American Home on her behalf and as a "consumer advocate" on behalf of other lenders (0.3); telephone call to P. Rush re: same (0.2); | 255.00 | 0.50 | 127.50 |
| | DMS | telephone conference with J. Kalas (0.2); review correspondence to P. Rush (0.2); | 420.00 | 0.40 | 168.00 |
| **02/06/2008** | | | | | |
| | NWH | conference with D. Souders re: P. Rush inquiries (0.2); telephone call to/message for P. Rush re: same (0.1); | 255.00 | 0.30 | 76.50 |
| **02/07/2008** | | | | | |
| | NWH | email response to client re: attempts to contact P. Rush (0.1); | 255.00 | 0.10 | 25.50 |
| | | For Current Services Rendered | | 1.30 | 397.50 |
| | | Total Current Work | | | 397.50 |
| | | Balance Due | | | $397.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

## INVOICE PERIOD:    FEBRUARY    2008

Page: 1
03/25/2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Account No:    98077-089M
Statement No:    10

Attn: Alan Horn

Post Petition Representation

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| **02/01/2008** | | | | | |
| | HJR | telephone call to KS regulator re: pending loan broker registration app (0.1); | 245.00 | 0.10 | 24.50 |
| | VTL | meeting with D. Souders and P. Williamson regarding revisions to billing for WBSK's 5th Fee Application (0.3); | 245.00 | 0.30 | 73.50 |
| | DMS | send consent order from Connecticut to A. Horn for signature (0.2); preparation of Firm's fee report and send to C. Bonilla (0.5); review and revise DC Consent Order (0.4); | 420.00 | 1.10 | 462.00 |
| **02/05/2008** | | | | | |
| | BPP | correspondence to and correspondence from K. Enos re: P. Rush response letter (0.2); telephone conferences with K. Enos and J. Kalas re: P. Rush response (0.3); | 235.00 | 0.50 | 117.50 |
| | RJA | respond to J. Kalas inquiry re: ARM adjustment error and analysis re: same; | 425.00 | 1.10 | 467.50 |
| | HJR | confer with D. Souders re: escrow liquidation issue (0.1); confer with M. Holmes, R. Herlihy re: same (0.2); | 245.00 | 0.30 | 73.50 |
| | RFH | research trust account requirements (0.6); draft summary re: same (0.6); | 220.00 | 1.20 | 264.00 |
| | DMS | finalize DC Consent Order and send to C. | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 2
03/25/2008
Account No:    98077-089M
Statement No:            10

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | Parker at DC Department of Banking (0.3); | 420.00 | 0.30 | 126.00 |
| | VTL | revise and supplement WBSK's 5th Fee Application; | 245.00 | 1.10 | 269.50 |
| | MEH | research escrow/trust account requirements for NY, RI, OR, OH, VA and WA (1.2); draft summary regarding same (.5); | 205.00 | 1.70 | 348.50 |
| 02/06/2008 | | | | | |
| | BPP | telephone conference with K. Enos re: response to P. Rush; | 235.00 | 0.10 | 23.50 |
| | RJA | respond to J. Kalas follow-up re: ARM adjustment errors and telephone conference with J. Kalas re: same; | 425.00 | 0.60 | 255.00 |
| | RFH | research trust account requirements (1.7); draft summary re: same (1.8); | 220.00 | 3.50 | 770.00 |
| | MEH | research escrow/trust account requirements for NY, OR, OH, VA and RI (1.5); draft summary regarding same (1.4); | 205.00 | 2.90 | 594.50 |
| | DMS | telephone conference with J. Kalas and R. Hardman regarding foreclosure bidding issues (0.5); | 420.00 | 0.50 | 210.00 |
| 02/07/2008 | | | | | |
| | RFH | research trust account requirements (0.7); draft summary re: same (0.7); | 220.00 | 1.40 | 308.00 |
| | MEH | draft summary of state trust account/escrow requirements regarding NY, OH, OR, RI, VA and WA; | 205.00 | 1.80 | 369.00 |
| | VTL | finalize WBSK's 5th Fee Application (0.2); electronic correspondence to M. Whiteman regarding filing of WBSK's 5th Fee Application (0.1); | 245.00 | 0.30 | 73.50 |
| | DMS | telephone conference with G. Barr regarding bankruptcy issues for negligent sale of asset | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 3
03/25/2008
Account No:    98077-089M
Statement No:    10

| | | Rate | Hours | |
|---|---|---|---|---|
| | (0.5); send documents to G. Barr (0.1); | 420.00 | 0.60 | 252.00 |
| **02/08/2008** | | | | |
| DMS | telephone conference with C. Parker, D.C. Department of Banking regarding consent order (0.4); finalize draft of consent order (0.3); send memo to J. Kalas (0.3); review new case sent by J. Kalas (0.5); | 420.00 | 1.50 | 630.00 |
| **02/12/2008** | | | | |
| RFH | research trust account requirements; | 220.00 | 0.10 | 22.00 |
| **02/13/2008** | | | | |
| VTL | review docket for status of filing of WBSK's 5th Fee Application (0.1); electronic correspondence to M. Whiteman regarding status of filing of WBSK's 5th Fee Application (0.1); | 245.00 | 0.20 | 49.00 |
| **02/15/2008** | | | | |
| DMS | review status of outstanding regulatory actions against American Home (0.7); | 420.00 | 0.70 | 294.00 |
| **02/19/2008** | | | | |
| JDS | correspond with J. Kalas re: NE license renewal for AHMSI; | 395.00 | 0.20 | 79.00 |
| HJR | telephone call to KS regulator re: pending loan broker license app (0.2); review summaries re: escrow licensing obligations (0.3); | 245.00 | 0.50 | 122.50 |
| **02/20/2008** | | | | |
| HJR | draft email to D. Souders re: escrow account requirements (2.0); review letter to KS | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 4
03/25/2008
Account No:   98077-089M
Statement No:        10

| | | Rate | Hours | |
|---|---|---|---|---|
| | regulator re: pending loan broker registration app (0.2); draft email to J. Kalas re: same (1.2); | 245.00 | 3.40 | 833.00 |
| DMS | draft and send letter to D.C. Department of Banking regarding settlement (0.3); | 420.00 | 0.30 | 126.00 |
| **02/21/2008** | | | | |
| BPP | legal research re: potential claims to be asserted against negligent trustee (1.0); research re: trustee (1.0); draft complaint against trustee for negligence (2.0); | 235.00 | 4.00 | 940.00 |
| **02/25/2008** | | | | |
| HJR | telephone conference with J. Socknat, J. Kalas re: KS license app; | 245.00 | 0.30 | 73.50 |
| JDS | review correspondence from KS regulator re: license application (.2); telephone conference with J. Kalas and H. Richards re: same (.2); | 395.00 | 0.40 | 158.00 |
| DMS | review of invoice to prepare fee petition (0.5); | 420.00 | 0.50 | 210.00 |
| **02/26/2008** | | | | |
| HJR | confer with J. Socknat re: NE licensing issues - NMLS renewal; | 245.00 | 0.20 | 49.00 |
| JDS | correspond via email with J. Kalas re: license renewal issues; | 395.00 | 0.30 | 118.50 |
| SBV | telephone conference with D. Bowman's office regarding request for complaints in several American Home Matters (0.1); review Avila, Barbosa, Beard and Rush case files (0.6); | 295.00 | 0.70 | 206.50 |
| VTL | preparation of WBSK's 6th Fee Application; | 245.00 | 2.20 | 539.00 |
| **02/27/2008** | | | | |
| VTL | revise and supplement WBSK's 6th Fee | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 5

American Home Mortgage

03/25/2008

Account No:    98077-089M

Statement No:    10

Post Petition Representation

|  |  | Rate | Hours |  |
|---|---|---|---|---|
|  | Application (1.0); electronic correspondence with M. Whiteman regarding filing of WBSK's 6th Fee Application (0.1); | 245.00 | 1.10 | 269.50 |
| DMS | telephone conference with J. Kalas regarding Rhode Island cease and desist order (0.2); | 420.00 | 0.20 | 84.00 |
| **02/28/2008** |  |  |  |  |
| DMS | telephone conference with J. Kalas regarding Arkansas settlement (0.2); telephone conference with D. Bowman and E. Schnitzer regarding Arkansas settlement (0.3); review and revise consent order from Michigan (1.3); send draft to J. Kalas and M. Whiteman (0.2); telephone conference with M. Blackman regarding California foreclosure sale issue (1.0); | 420.00 | 2.90 | 1,218.00 |
| **02/29/2008** |  |  |  |  |
| DMS | telephone conference with J. Kalas (0.3); review chart of bankruptcy claims (0.3); | 420.00 | 0.60 | 252.00 |
|  | For Current Services Rendered |  | 39.70 | 11,355.50 |

|  |  |
|---|---|
| Photocopy Expenses | 28.10 |
| Total Expenses Posted Through 02/29/2008 | 28.10 |
| Total Current Work | 11,383.60 |
| Balance Due | $11,383.60 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 6
03/25/2008
Account No:    98077-089M
Statement No:          10

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    FEBRUARY    2008

American Home Mortgage Servicing Inc.
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

Page: 1
03/25/2008
Account No:    98077M

| Previous Balance | Fees | Expenses | Payments | Balance |
|---|---|---|---|---|
| 98077-091 Jack | | | | |
| 22,035.72 | 1,268.00 | 99.65 | 0.00 | $23,403.37 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    FEBRUARY    2008

Page: 1
03/25/2008

American Home Mortgage Servicing Inc.
538 Broadhollow Road                                Account No:    98077-091M
Melville  NY  11747                                 Statement No:           4

Attn: Alan Horn

Jack

| | Previous Balance | $22,035.72 |
|---|---|---|

| | | Hours | |
|---|---|---|---|
| 02/04/2008 | | | |
| BPP | legal research re: TILA and HOEPA claims asserted by plaintiff (1.6); review terms of plaintiff's loan transaction and proposed settlement (0.4); | 2.00 | |
| 02/05/2008 | | | |
| DMS | telephone conference with J. Kalas regarding settlement (0.2); draft and send letter to defense counsel (0.6); | 0.80 | |
| 02/28/2008 | | | |
| DMS | review initial disclosure documents to send to plaintiff's counsel (1.1); | 1.10 | |
| | For Current Services Rendered | 3.90 | 1,268.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| David M. Souders | 1.90 | $420.00 | $798.00 |
| Brian P. Perryman | 2.00 | 235.00 | 470.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage Servicing Inc.

Jack

Page: 2
03/25/2008
Account No:   98077-091M
Statement No:          4

| | |
|---|---:|
| Photocopy Expenses | 15.10 |
| Lexis/Westlaw Research | 84.55 |
| Total Expenses Posted Through 02/29/2008 | 99.65 |
| Total Current Work | 1,367.65 |
| Balance Due | $23,403.37 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    FEBRUARY    2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Page: 1
03/25/2008
Account No:    98077M

Attn: Alan Horn

| Previous Balance | Fees | Expenses | Payments | Balance |
|---|---|---|---|---|
| 98077-092 Cauthorne | | | | |
| 0.00 | 1,151.50 | 0.00 | 0.00 | $1,151.50 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    FEBRUARY    2008

Page: 1
03/25/2008

American Home Mortgage
538 Broadhollow Road                                    Account No:    98077-092M
Melville NY 11747                                       Statement No:            1

Attn: Alan Horn

Cauthorne

|  |  | Hours |  |
|---|---|---|---|
| 02/15/2008 |  |  |  |
| NMW | review complaint filed by Cutisha Cauthorne (0.4); telephone call to and correspondence to opposing counsel discussing extension of time in which to file responsive pleading (0.3); | 0.70 |  |
| NMW | draft answer to plaintiff's complaint; | 1.20 |  |
| 02/19/2008 |  |  |  |
| NMW | finish answer to plaintiff's complaint (0.3); begin drafting counterclaim (0.3); legal research on statute of limitations for TILA claims for potential motion to dismiss (0.9); | 1.50 |  |
| 02/27/2008 |  |  |  |
| NMW | draft cross claim and letter to insurer for title company seeking immediate defense of this matter (0.8); review past cross claims for indemnification for format in E.D. of Virginia (0.5); | 1.30 |  |
|  | For Current Services Rendered | 4.70 | 1,151.50 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Natasha M. Williams | 4.70 | $245.00 | $1,151.50 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 2
03/25/2008

American Home Mortgage

Account No:    98077-092M
Statement No:    1

Cauthorne

Total Current Work                          1,151.50

Balance Due                                $1,151.50

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.