IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x   Chapter 11
In re:                                                           :
                                                                 :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :
a Delaware corporation, et al.,[1]                               :   Jointly Administered
                                                                 :
                                                                 :   Objection Deadline: April 21, 2008 at 4:00
        Debtors.                                                 :   p.m.
---------------------------------------------------------------- x   Hearing Date: N/A

## NOTICE OF APPLICATION

TO:   The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the
      Official Committee of Unsecured Creditors

        The **Seventh Monthly Application of the Adorno & Yoss LLP as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period February 1, 2008 through February 29, 2008** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $81,919.50 and interim expenses in the amount of $135,885.84.

        Objections to the Application, if any, are required to be filed on or before **April 21, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

        At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:6379140.7                                                                    066585.1001

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon); (viii) Adorno & Yoss, LLP, Suite 400, 2525 Ponce de Leon Blvd., Miami, FL 33134, (Attn: Alan Rosenthal).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER MODIFYING EXISTING PROCEDURES FOR THE COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CERTAIN FORECLOSURE PROFESSIONALS AND REAL ESTATE BROKERS UTILIZED IN THE ORDINARY COURSE AND GRANTING LIMITED NUNC PRO TUNC RELIEF [DOCKET NO. 2985], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 100% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
April 1, 2008

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Ryan M. Bartley
                James L. Patton, Jr. (No. 2202)
                Pauline K. Morgan (No. 3650)
                Sean M. Beach (No. 4070)
                Matthew B. Lunn (No. 4119)
                Margaret B. Whiteman (No. 4652)
                Ryan M. Bartley (No. 4985)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                Counsel for Debtors and
                Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x   Chapter 11

In re:

                                                                                                     Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE HOLDINGS,
INC., a Delaware corporation, *et al.*,                      Jointly Administered

                    Debtors                                                  Objection Deadline:
------------------------------------------------------------x        April __, 2008

## SEVENTH MONTHLY APPLICATION OF ADORNO & YOSS LLP AS FORECLOSURE SERVICE PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

| | |
|---|---|
| Name of Applicant: | Adorno & Yoss LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | *Nunc pro tunc* as of August 6, 2007 |
| Period for which compensation and reimbursement sought: | February 1, 2008 through February 29, 2008 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $81,919.50 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $135,885.84 |

This is a: __X__ monthly ____ interim ____ final application

Fees for this interim application are a combination of flat fee billing (See Exhibit "A" for fixed fee rates) and hourly billing on matters that are being contested by defendants in foreclosure (billed at the rates and amounts for professionals described in Exhibit "B") and reimbursement of costs (costs are described by type and amount in Exhibit "C"), all pursuant to the terms of engagement over the history of the business relationship with the Debtor. A summary of foreclosure fixed rate billing for February 1, 2008 through February 29, 2008 is attached as Exhibit "D". A detailed cost summary is attached as Exhibit "E". Invoices for fixed fee services not covered by the analysis (title claims and miscellaneous "closed out" fixed fee cases) as well as invoices for contested matters (billed hourly) are attached collectively as exhibit "F". This application includes no fee component in connection with the preparation of the Fee Application.

{M1697868_1}

## INTERIM COMPENSATION BY PROJECT CATEGORY

### February 1, 2008 through February 29, 2008

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Foreclosure (flat fee) | N/A | $ 69,300.00 |
| Foreclosure (miscl/closed- flat fee) | N/A | $ 3,120.00 |
| Foreclosure (title claims-flat fee) | N/A | $ 900.00 |
| Foreclosure-related work (hourly) | 39.2 | $ 8,599.50 |
| TOTALS | 39.2 | $ 81,919.50 |

## INTERIM EXPENSES

| Category | Total Expenses |
|---|---|
| Funds advanced for foreclosure costs, (e.g., service of process, filing fees, clerk's fees and sale fees) | $ 94,531.84 |
| Costs on miscl. closed files (not in exhibit E, fixed fee spreadsheet) | $2,697.00 |
| One time title search related costs (not in exhibit E, fixed fee spreadsheet) | $ 38,657.00 |
| TOTALS | $135,885.84 |

{M1697868_1}                           2

## EXHIBIT A

## FLAT FEE RATE CHART

RE: American Home Mortgage/AHM Flat Fee Rates for Florida foreclosures

| | | |
|---|---|---|
| 1. | <u>Demand Letter</u>: Fee incurred and billed when sent. | $50 |
| 2. | <u>Foreclosure Lawsuit</u>: From Complaint to sale. Covers one court appearance. $840 incurred and billed when suit filed, and $360 when sale occurs or case closed. If a second mortgage is also being foreclosed in the same suit, fees are increased to $1,260 and $540 respectively. | $1,200/$1,800 |
| 3. | <u>Answer/Monitor Foreclosure Lawsuit</u>: From Complaint to conclusion. Fee incurred and billed upon conclusion of the case monitored. Monitor with Answer - $500; Monitor only - $250. | $500/$250 |
| 4. | <u>Deed in Lieu of Foreclosure</u>: Prepare special warranty deed and supporting affidavits; Supervise execution, delivery, and recording of instruments. Fee incurred and billed when deed recorded or file closed. | $350 |
| 5. | <u>Title Review for Deed in Lieu</u>: Review title search for feasibility and follow up review to verify recordation of deed and to check for intervening "gap" liens. | $150 |
| 6. | <u>Bankruptcy Prepare Proof of Claim</u>: Fee incurred and billed when filed. | $300 |
| 7. | <u>Bankruptcy, Motion to Lift Stay</u>: Covers one Court appearance. Fee incurred and billed when motion filed or order entered or file closed. | $650 |
| 8. | <u>Bankruptcy, Objection to Plan or Proof of Claim</u>: Covers one Court appearance. Fee incurred and billed when filed. | $300 |
| 9. | <u>Title Claim</u>: Process and monitor title claim. Fee incurred and billed when title claim is resolved or file closed. | $300 |

The above are flat fees for standard, uncontested matters in Florida. If a matter becomes contested or complicated, it will be billed hourly. The hourly rate is $185 to $300. Costs are in addition to the fees herein set forth.

{M1666879_1}

# EXHIBIT B

## CONTESTED HOURLY COMPENSATION BY PROFESSIONAL

### FEBRUARY 1, 2008-FEBRUARY 29, 2008 TIME

| NAME OF PROFESSIONAL/ INDIVIDUAL | POSITION, AREA OF EXPERTISE, NUMBER OF YEARS IN PRACTICE, YEAR OF OBTAINING LICENSE TO PRACTICE | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPEN-SATION |
|---|---|---|---|---|
| Denise M. Rosenthal | Partner<br>Contested Foreclosure<br>9 years<br>Admitted 1998 | $225 | 28.50 | $6,412.50 |
| Gregg S Ahrens | Partner<br>Contested Foreclosure<br>26 years<br>Admitted 1982 | $250 | 2.70 | $675.00 |
| EMS<br>Edward M. Shahady | Associate<br>Foreclosure/litigation<br>16 years<br>Admitted 1992 | $185 | 3.30 | $610.50 |
| TLC<br>Tenikka L. Cunningham | Associate<br>Foreclosure/litigation<br>3 years<br>Admitted 2004 | $185 | 1.70 | $314.50 |
| VTL<br>Veronica Tejada Lacayo | Associate<br>Foreclosure/litigation<br>3 years<br>Admitted 2004 | $185 | .60 | $111.00 |
| TCC<br>Thomas C. Cooney | Associate<br>Foreclosure/litigation<br>5 years<br>Admitted 2002 | $185 | 1.60 | $296.00 |
| WFC<br>William F. Cobb | Partner<br>Foreclosure/litigation<br>28 years<br>Admitted 1980 | $225 | .80 | $180.00 |
| Blended rate | | $220 | | |
| Grand Total | | | 39.20 | $8,599.50 |

{M1697873_1}

## EXHIBIT C

## FORECLOSURE RELATED COSTS

| ITEM | AMOUNT | VARIABLE/FIXED |
|---|---|---|
| Filing fee | $250 & up | (variable) |
| Recording fee | $10 & up | (variable) |
| Service of process | $180 & up | (variable) |
| Sheriff's fee (eviction) | $70 & up | (variable) |
| Post-judgment filing fee | $50 | (fixed) |
| Courtcall fee | $50 | (fixed) |
| Co-counsel fee | $150 & up | (variable) |
| Guardian *Ad Litem* fee | $400 & up | (variable) |
| Attend sale fee | $50 & up | (variable) |
| Clerk's sale fee | $60 | (fixed) |
| Publication | $80 & up | (variable) |
| Documentary stamps | $0.60 & up | (variable) |
| Abstracting | $290 | (fixed) |
| Title review | $150 | (fixed) |
| Tax search | $9.50 | (fixed) |
| Skip trace/diligent search | $18 | (variable) |
| Bankruptcy Stay Relief (filing fee) | $150 | (fixed) |

{M1662825_1}