# Exhibit "F"

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 20, 2008
Invoice: 460112
Page 1

**OCP Invoice**

For Services Rendered Through March 20, 2008
Matter # 212971.1062 #1001512091 AH v. Wilson Hoyos

| | | |
|---|---|---|
| 02/27/08 | Foreclosure Fee | $360.00 |
| | Total Fees for Professional Services | $360.00 |
| | Costs Incurred | |
| 02/27/08 | Abstracting Fee | $290.00 |
| 02/27/08 | Title Examination | $150.00 |
| 02/27/08 | Tax Search | $9.50 |
| | Total Costs Incurred | $449.50 |
| | **TOTAL AMOUNT DUE** | **$809.50** |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 19, 2008
Invoice: 460036
Page 1

**OCP Invoice**

For Services Rendered Through March 19, 2008
Matter # 212971.0786 #1001330718AHM v. Estela T. Sanchez Ramierz

| | | |
|---|---|---|
| 02/19/08 | Foreclosure Fee | $240.00 |
| | Total Fees for Professional Services | $240.00 |
| | **TOTAL AMOUNT DUE** | **$240.00** |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 20, 2008
Invoice: 460077
Page 1

**OCP Invoice**

For Services Rendered Through March 20, 2008
Matter # 212971.2291 AHL#1001295306 v  PERDOMO, Wilfredo

| | | |
|---|---|---:|
| 02/29/08 | Foreclosure Fee | $360.00 |
| | Total Fees for Professional Services | $360.00 |

Costs Incurred

| | | |
|---|---|---:|
| 02/29/08 | Abstracting Fee | $290.00 |
| 02/29/08 | Title Examination | $150.00 |
| 02/29/08 | Tax Search | $9.50 |
| | Total Costs Incurred | $449.50 |

**TOTAL AMOUNT DUE**      **$809.50**

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 20, 2008
Invoice: 460069
Page 1

**OCP Invoice**

For Services Rendered Through March 19, 2008
Matter # 212971.2131 AHM # 1001115030 v BERMINGHAM, Roy

| | | |
|---|---|---|
| 02/19/08 | Foreclosure Fee | $360.00 |
| | Total Fees for Professional Services | $360.00 |

Costs Incurred

| | | |
|---|---|---|
| 02/13/08 | Abstracting Fee | $290.00 |
| 02/13/08 | Title Examination | $150.00 |
| 02/13/08 | Tax Search | $9.50 |
| | Total Costs Incurred | $449.50 |

| | |
|---|---|
| **TOTAL AMOUNT DUE** | **$809.50** |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 Fax: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 19, 2008
Invoice: 460038
Page 1

## OCP Invoice

For Services Rendered Through March 19, 2008
Matter # 212971.1736 AHM#1001541634 v. FRASER, Cori D.

| | | |
|---|---|---|
| 02/29/08 | Foreclosure Fee | $360.00 |
| | Total Fees for Professional Services | $360.00 |
| | *Costs Incurred* | |
| 02/07/08 | Abstracting Fee | $290.00 |
| 02/07/08 | Title Examination | $150.00 |
| 02/07/08 | Tax Search | $9.50 |
| | Total Costs Incurred | $449.50 |
| | **TOTAL AMOUNT DUE** | **$809.50** |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

March 19, 2008
Invoice: 460006
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

**OCP Invoice**

For Services Rendered Through March 19, 2008
Matter # 212971.1787 AHM # 1001276235 v GAVIRGUN , Yigal

| | | |
|---|---|---|
| 02/29/08 | Foreclosure Fee | $360.00 |
| | Total Fees for Professional Services | $360.00 |

Costs Incurred

| | | |
|---|---|---|
| 02/01/08 | Abstracting Fee | $290.00 |
| 02/01/08 | Title Examination | $150.00 |
| 02/01/08 | Tax Search | $9.50 |
| | Total Costs Incurred | $449.50 |

**TOTAL AMOUNT DUE**          **$809.50**

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

February 26, 2008
Invoice: 456380
Page 1

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

**OCP Invoice**

For Services Rendered Through February 26, 2008
Matter # 214971.0128 #1001104942AHM v. Alejandro Riera Velando

| | | |
|---|---|---|
| 02/26/08 | Title search review, review hard copies of title documents, prepare claim letters, calls tot title insurance company and preparation and review of correspondence. | $300.00 |

Total Fees for Professional Services $300.00

**TOTAL AMOUNT DUE**        **$300.00**

California   Florida   Georgia   Illinois   Massachusetts   New Jersey   New York   Texas   Washington, D.C.

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

February 26, 2008
Invoice: 456381
Page 1

**OCP Invoice**

For Services Rendered Through February 26, 2008
Matter # 214971.0138 #1001615586AHM v. Jose Negron

| | | |
|---|---|---|
| 02/26/08 | Title search review review hard copies of title documents, prepare claim letters, calls to ttile insurance company and preparation and review of correspondence. | $300.00 |

Total Fees for Professional Services            $300.00

**TOTAL AMOUNT DUE**            **$300.00**

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

February 26, 2008
Invoice: 456376
Page 1

American Home Mortgage/Title
Deborah Cutchshaw
4600 Regent Blvd.
Suite 200
Irving, TX 75063

**OCP Invoice**

For Services Rendered Through February 26, 2008
Matter # 214971.0164 AHM#100147059 v. PEREZ, Yamilka

| | | |
|---|---|---|
| 02/26/08 | Title search review, review hard copies of title documents, prepare claim letters, calls to title insurance company and preparation and review of correspondence. | $300.00 |
| | Total Fees for Professional Services | $300.00 |
| | **TOTAL AMOUNT DUE** | **$300.00** |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 19, 2008
Invoice: 460011
Page 1

## OCP Invoice

For Services Rendered Through March 19, 2008
Matter # 212971.1828 AHM#1001234288 v. FORT, Berenice

| 02/29/08 | Foreclosure Fee | $360.00 |
|---|---|---|

| | Total Fees for Professional Services | $360.00 |
|---|---|---|

### Costs Incurred

| 02/06/08 | Abstracting Fee | $290.00 |
|---|---|---|
| 02/06/08 | Title Examination | $150.00 |
| 02/06/08 | Tax Search | $9.50 |

| | Total Costs Incurred | $449.50 |
|---|---|---|

| **TOTAL AMOUNT DUE** | **$809.50** |
|---|---|

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 6, 2008
Invoice: 457762
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.0194 #1001103693AH v. DENNYS MOLINARI

02/01/08          E-mail from Jeff Perry re: contact with code inspector.

                                DMR          0.20 hrs.

Summary of Fees

|  | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.20 | 225.00 | $45.00 |

Total Fees for Professional Services          $45.00

## Matter Summary

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $45.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $45.00 |

## ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 27, 2008
Invoice: 460873
Page 1

**OCP Invoice**

For Services Rendered Through March 27, 2008
Matter # 212971.0280 #1001006741AH v. TASHA M. KALHORN

| | | | |
|---|---|---|---|
| 02/20/08 | E-mail from Dorman Nelson re: problem obtaining access to unit; conference with Gregg Ahrens re: same; conference with Cheryl Burm re: recording deed-in-lieu of foreclosure. | | |
| | DMR | 0.60 hrs. | |
| 02/23/08 | E-mail Dorman Nelson re: deed-in-lieu of foreclosure and related issues. | | |
| | DMR | 0.20 hrs. | |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.80 | 225.00 | $180.00 |
| Total Fees for Professional Services | | | $180.00 |

### Matter Summary

| | | |
|---|---|---|
| Payments Received | $270.00 | |
| Fees for Professional Services - Current Billing Period | $180.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $180.00 |

CALIFORNIA   FLORIDA   GEORGIA   ILLINOIS   MASSACHUSETTS   NEW JERSEY   NEW YORK   TEXAS   WASHINGTON, D.C.

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 6, 2008
Invoice: 457798
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.0281 #1001351623AH v. GREGORIO PALACIOS

| | | | |
|---|---|---|---|
| 02/13/08 | Conference with Gregg Ahrens re: litigation strategy. | | |
| | | DMR | 0.20 hrs. |
| 02/13/08 | E-mail counsel for borrower. | | |
| | | GXA | 0.30 hrs. |
| 02/13/08 | Call to Michael Lindell's office. | | |
| | | GXA | 0.20 hrs. |
| 02/15/08 | Call to Michael Lindell. | | |
| | | GXA | 0.20 hrs. |
| 02/16/08 | Conference with Gregg Ahrens re: settlement. | | |
| | | DMR | 0.20 hrs. |
| 02/16/08 | E-mail Traynard Jackson re: settlement. | | |
| | | GXA | 0.20 hrs. |
| 02/21/08 | Conference with Gregg Ahrens re: settlement status. | | |
| | | DMR | 0.20 hrs. |
| 02/21/08 | E-mail Traynard Jackson re: settlement. | | |
| | | GXA | 0.20 hrs. |

Summary of Fees

|  | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.60 | 225.00 | $135.00 |
| GXA | 1.10 | 250.00 | $275.00 |
| Total Fees for Professional Services |  |  | $410.00 |

## **Matter Summary**

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $410.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $410.00 |

## ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 6, 2008
Invoice: 457800
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.0346 #1001109736AH v. BARR

| | | | |
|---|---|---|---|
| 02/01/08 | Conference with Eric Myers re: litigation strategy. | | |
| | DMR | 0.20 hrs. | |
| 02/01/08 | Conference with Cheryl Burm re: deed-in-lieu of foreclosure; telephone conference with opposing counsel. | | |
| | EMS | 0.50 hrs. | |
| 02/22/08 | Conference with Eric Myers; review file; telephone conference with opposing counsel. | | |
| | EMS | 1.20 hrs. | |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.20 | 225.00 | $45.00 |
| EMS | 1.70 | 185.00 | $314.50 |
| Total Fees for Professional Services | | | $359.50 |

## Matter Summary

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $359.50 |

Matter # 212971.0346

March 6, 2008
Invoice: 457800
Page 2

Costs Incurred- Current Billing Period                    $0.00

                    Total Bill Amount Due                    $359.50

                                                ==========

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 10, 2008
Invoice: 458819
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.1553 #1000696208AH v. ANA MARQUEZ

| | | | |
|---|---|---|---|
| 02/07/08 | Receive and review Notice of Hearing and Motion to Dismiss. | | |
| | | DMR | 0.50 hrs. |
| 02/08/08 | Receive and review correspondence; receive and review Request for Additional Time to File Answer. | | |
| | | DMR | 0.50 hrs. |
| 02/14/08 | Conference with Cheryl Burm re: Motion to Dismiss, second mortgage, and potential title claim. | | |
| | | DMR | 0.20 hrs. |
| 02/22/08 | Receive and review Answer and Affirmative Defenses, Interrogatories, Request for Production, and Request for Admissions. | | |
| | | DMR | 0.80 hrs. |
| 02/23/08 | Review of file; e-mail Lissette Duarte re: Motion to Dismiss, Answer and Affirmative Defenses, and discovery requests. | | |
| | | DMR | 0.80 hrs. |
| 02/27/08 | E-mails to and from Lissette Duarte re: obtaining Satisfaction of Mortgage; e-mail Roger Kistler re: same. | | |
| | | DMR | 0.40 hrs. |

Summary of Fees

|      | Hours | Rate/Hr. | Dollars |
|------|-------|----------|---------|
| DMR  | 3.20  | 225.00   | $720.00 |

Total Fees for Professional Services                                   $720.00

## **Matter Summary**

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $720.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $720.00 |

## ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 11, 2008
Invoice: 458868
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.0755 #1001330396AHM v. Ron L. Joy

| | | | |
|---|---|---|---|
| 02/01/08 | Review documents provided by Lissette Duarte in response to Request for Production; conference with Tenikka Cunningham re: litigation strategy. | | |
| | | DMR | 0.60 hrs. |
| 02/01/08 | Meeting with Denise Rosenthal re: factual background. | | |
| | | TLC | 0.20 hrs. |
| 02/04/08 | Conference with Tenikka Cunningham re: litigation strategy. | | |
| | | DMR | 0.20 hrs. |
| 02/04/08 | Telephone conversation with opposing counsel re: case status update and Requests for Production; email to Lissette Duarte in connection therewith. | | |
| | | TLC | 0.30 hrs. |
| 02/04/08 | E-mail to Denise Rosenthal re: Motion to Vacate Default. | | |
| | | TLC | 0.10 hrs. |
| 02/05/08 | Telephone call to Ron Joy's counsel re: Motion to Vacate Default. | | |
| | | TLC | 0.10 hrs. |
| 02/07/08 | Telephone call to counsel for Ron L. Joy re: Motion to Vacate Default. | | |
| | | TLC | 0.20 hrs. |

02/08/08    Telephone call to opposing counsel re: discovery requests and
            Motion to Set Aside Default.

                            TLC        0.10 hrs.

02/20/08    Conference with Tenikka Cunningham re: litigation stratety.

                            DMR        0.20 hrs.


                   Summary of Fees

|      | Hours | Rate/Hr. | Dollars |
|------|-------|----------|---------|
| DMR  | 1.00  | 225.00   | $225.00 |
| TLC  | 1.00  | 185.00   | $185.00 |

Total Fees for Professional Services                        $410.00


## **Matter Summary**

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $410.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $410.00 |

## ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 11, 2008
Invoice: 458871
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.1685 #1001459078AH V. LEW, MARIE

| 02/23/08 | Review of file;  e-mail Lissette Duarte re: Answer and Affirmative Defenses. |
|---|---|

              DMR      0.50 hrs.

| 02/25/08 | Receive and review copy of demand letter;  e-mail Lissette Duarte in connection therewith. |
|---|---|

              DMR      0.50 hrs.

### Summary of Fees

|  | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.00 | 225.00 | $225.00 |

Total Fees for Professional Services          $225.00

### Matter Summary

| Payments Received | $0.00 |
|---|---|
| Fees for Professional Services - Current Billing Period | $225.00 |
| Costs Incurred- Current Billing Period | $0.00 |

Total Bill Amount Due         $225.00

CALIFORNIA   FLORIDA   GEORGIA   ILLINOIS   MASSACHUSETTS   NEW JERSEY   NEW YORK   TEXAS   WASHINGTON, D.C.

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 11, 2008
Invoice: 458878
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.1546 #1001555409AH v. SYLVIA BOBKA

| | | |
|---|---|---|
| 02/01/08 | Receive and review correspondence;  receive and review First Request for Production;  receive and review Motion to Dismiss. | |
| | DMR | 0.70 hrs. |
| 02/04/08 | Review of file;  e-mail Lee Gates re: Request for Production and Motion to Dismiss. | |
| | DMR | 0.40 hrs. |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.10 | 225.00 | $247.50 |

Total Fees for Professional Services                          $247.50

## <u>Matter Summary</u>

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $247.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $247.50 |

CALIFORNIA   FLORIDA   GEORGIA   ILLINOIS   MASSACHUSETTS   NEW JERSEY   NEW YORK   TEXAS   WASHINGTON, D.C.

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 11, 2008
Invoice: 458879
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.1412 #1001435944AHM v. Howard Frank

| | | |
|---|---|---|
| 02/08/08 | Receive and review Motion for Extension of Time to Respond to Complaint, Demand for Written Verification of Reinstatement and Payoff Figures, and First Request for Production of Documents. | |
| | DMR    0.80 hrs. | |
| 02/11/08 | Review of file;  e-mail Lissette Duarte re: Motion for Extension of Time to File Answer, Demand for Written Verification of Debt, and First Request to Produce. | |
| | DMR    0.50 hrs. | |
| 02/27/08 | Receive and review correspondence;  receive and review Answer;  receive and review Request to Produce. | |
| | DMR    0.50 hrs. | |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.80 | 225.00 | $405.00 |

| | |
|---|---|
| Total Fees for Professional Services | $405.00 |

Matter # 212971.1412

March 11, 2008
Invoice: 458879
Page 2

## Matter Summary

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $405.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $405.00 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 11, 2008
Invoice: 458881
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.1513 #1001157247AH v. REBECCA RERES

02/21/08     Receive and review reinstatement and payoff figures;  e-mail
             Lee Gates in connection therewith.

                    DMR        0.40 hrs.

Summary of Fees

|      | Hours | Rate/Hr. | Dollars |
|------|-------|----------|---------|
| DMR  | 0.40  | 225.00   | $90.00  |

Total Fees for Professional Services                        $90.00

## Matter Summary

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $90.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $90.00 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 11, 2008
Invoice: 458882
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.1403 #1001672651AHM v. Magus Sarbah

| | | | |
|---|---|---|---|
| 02/14/08 | Receive and review Notice of Appearance; receive and review Answer and Affirmative Defenses. | | |
| | DMR | 0.50 hrs. | |
| 02/23/08 | Review of file; e-mail Lee Gates re: Answer and Affirmative Defenses. | | |
| | DMR | 0.50 hrs. | |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.00 | 225.00 | $225.00 |
| Total Fees for Professional Services | | | $225.00 |

### Matter Summary

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $225.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $225.00 |

CALIFORNIA    FLORIDA    GEORGIA    ILLINOIS    MASSACHUSETTS    NEW JERSEY    NEW YORK    TEXAS    WASHINGTON, D.C.

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 11, 2008
Invoice: 458886
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.1357 #1001388019AH v. RASHAD, VERONICA

| | | | |
|---|---|---|---|
| 02/02/08 | Receive and review Notice of Appearance, Demand for Written Verification of Debt, and Request for Production. | | |
| | DMR | 0.60 hrs. | |
| 02/04/08 | Review of file;  e-mail Lee Gates re: Request for Production. | | |
| | DMR | 0.40 hrs. | |
| 02/22/08 | E-mail Lee Gates re: documents from loan origination file. | | |
| | DMR | 0.20 hrs. | |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.20 | 225.00 | $270.00 |

Total Fees for Professional Services                                 $270.00

## **Matter Summary**

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $270.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $270.00 |

CALIFORNIA    FLORIDA    GEORGIA    ILLINOIS    MASSACHUSETTS    NEW JERSEY    NEW YORK    TEXAS    WASHINGTON, D.C.

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 11, 2008
Invoice: 458887
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.1242 #1001501616AHM v. Delon V. Hall

02/21/08      Receive and review correspondence re: counterclaim.

DMR      0.30 hrs.

### Summary of Fees

|       | Hours | Rate/Hr. | Dollars |
|-------|-------|----------|---------|
| DMR   | 0.30  | 225.00   | $67.50  |
|       |       |          | $67.50  |

Total Fees for Professional Services                              $67.50

## <u>Matter Summary</u>

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $67.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $67.50 |

## ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 11, 2008
Invoice: 458891
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.1197 #1001004084AHM v. Henry Graterol

| | | | |
|---|---|---|---|
| 02/06/08 | Conference with Cheryl Burm re: Motion to Dismiss. | | |
| | | DMR | 0.20 hrs. |
| 02/14/08 | Conference with Lisa Finn re: rescheduling hearing. | | |
| | | DMR | 0.20 hrs. |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.40 | 225.00 | $90.00 |

Total Fees for Professional Services   $90.00

## Matter Summary

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $90.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $90.00 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 11, 2008
Invoice: 458895
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.1137 #1001358869AHM v. Joaquin Soler

| 02/26/08 | Review file for status of issues with the Association and to get Motion for Relief from Stay filed. |
|---|---|

GXA        0.40 hrs.

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| GXA | 0.40 | 250.00 | $100.00 |

Total Fees for Professional Services                        $100.00

## Matter Summary

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $100.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $100.00 |

### Adorno & Yoss

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 11, 2008
Invoice: 458902
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.1182 #1001513705AHM v. Robert Goldner

| | | | |
|---|---|---|---|
| 02/20/08 | Conference with Eric Myers re: short sale;  e-mails to Lee Gates, Lissette Duarte, Reno Walker, and Martin Fraim re: same. | | |
| | DMR | 0.60 hrs. | |
| 02/21/08 | E-mails to and from Reno Walker and Martin Fraim re: short sale. | | |
| | DMR | 0.40 hrs. | |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.00 | 225.00 | $225.00 |

Total Fees for Professional Services                      $225.00

### Matter Summary

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $225.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $225.00 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 11, 2008
Invoice: 458908
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.0962 #1001137571AHM v. Misael Rodriguez

02/01/08          Review of file.

                            EMS          0.30 hrs.

### Summary of Fees

|       | Hours | Rate/Hr. | Dollars  |
|-------|-------|----------|----------|
| EMS   | 0.30  | 185.00   | $55.50   |
| Total Fees for Professional Services | | | $55.50 |

## **Matter Summary**

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $55.50 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $55.50 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 11, 2008
Invoice: 458910
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.0444 AH v Baker, Kathleen #1001421709

| | |
|---|---|
| 02/13/08 | E-mails to and from Traynard Jackson and Lee Gates re: borrower's desire to cancel sale and be considered for a forbearance plan. |

DMR          0.40 hrs.

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.40 | 225.00 | $90.00 |
| Total Fees for Professional Services | | | $90.00 |

## **Matter Summary**

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $90.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $90.00 |

### ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 11, 2008
Invoice: 458911
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.0471 #1001162628AH v. TEOFIL SECU

| | | | |
|---|---|---|---|
| 02/05/08 | Telephone conference with Justin Fineberg re: overdue payments;  e-mail Dena Milligan re: same. | | |
| | DMR | 0.40 hrs. | |
| 02/06/08 | E-mail Dena Milligan re: contact;  e-mail Justin Fineberg re: same. | | |
| | DMR | 0.40 hrs. | |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.80 | 225.00 | $180.00 |
| Total Fees for Professional Services | | | $180.00 |

### **Matter Summary**

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $180.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $180.00 |

## ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 11, 2008
Invoice: 458914
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.0504 #1001392191 v. Callahan, Rudy H.

02/25/08     Receive and review Callahans' Motion for Rehearing on
             Motion for Assignment/Escrow of Rents.

                    DMR        0.30 hrs.

Summary of Fees

|       | Hours | Rate/Hr. | Dollars |
|-------|-------|----------|---------|
| DMR   | 0.30  | 225.00   | $67.50  |

Total Fees for Professional Services                          $67.50

## __Matter Summary__

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $67.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $67.50 |

### ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 11, 2008
Invoice: 458916
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.0540 #1001207668 v. Rickborn, Chris

| 02/08/08 | Conference with Eric Myers re: Master Association's global settlement proposal. | | |
| | | DMR | 0.20 hrs. |
| 02/13/08 | Receive and review Third Party Defendants' Motion to Dismiss Third Party Complaint. | | |
| | | DMR | 0.30 hrs. |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.50 | 225.00 | $112.50 |
| Total Fees for Professional Services | | | $112.50 |

## Matter Summary

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $112.50 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $112.50 |

CALIFORNIA   FLORIDA   GEORGIA   ILLINOIS   MASSACHUSETTS   NEW JERSEY   NEW YORK   TEXAS   WASHINGTON, D.C.

## ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 11, 2008
Invoice: 458931
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.0557 #1000913693 v. PRATER, Lonne

| | | | |
|---|---|---|---|
| 02/12/08 | Conference with Gregg Ahrens re: litigation strategy. | | |
| | DMR | 0.20 hrs. | |
| 02/12/08 | Email re: outstanding information request to client. | | |
| | GXA | 0.20 hrs. | |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.20 | 225.00 | $45.00 |
| GXA | 0.20 | 250.00 | $50.00 |
| Total Fees for Professional Services | | | $95.00 |

## **Matter Summary**

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $95.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $95.00 |

## ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 11, 2008
Invoice: 458935
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.0588 #1001227191AH v. NATHAN, Alan

| 02/01/08 | E-mail Lee Gates re: copy of title policy. | | |
| | | DMR | 0.20 hrs. |
| 02/12/08 | Receive and review First Set of Interrogatories, Request for Production, and Request for Admissions. | | |
| | | DMR | 0.60 hrs. |
| 02/20/08 | Receive and review Plaintiff's Amended First Request for Admissions. | | |
| | | DMR | 0.30 hrs. |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.10 | 225.00 | $247.50 |

| Total Fees for Professional Services | | | $247.50 |

## Matter Summary

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $247.50 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $247.50 |

==========

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 11, 2008
Invoice: 458942
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.0655 #1001096615AH v. THOMAS AUE

| 02/22/08 | Receive and review Notice of Appeal;  conference with Alan Rosenthal in connection therewith. | | |
| | | DMR | 0.50 hrs. |
| 02/23/08 | Review of file;  e-mail Lee Gates re: Notice of Appeal; prepare memo to Alan Rosenthal. | | |
| | | DMR | 0.60 hrs. |
| 02/25/08 | Conference with Alan Rosenthal and Jack Reiter re: timing/appellate issues;  telephone conference with Michael Rodriguez' assistant. | | |
| | | DMR | 0.50 hrs. |
| 02/26/08 | Receive and review correspondence. | | |
| | | DMR | 0.30 hrs. |
| 02/26/08 | Telephone conference with Mike Rodriguez re: Notice of Appeal;  conference with Alan Rosenthal in connection therewith;  e-mail Lee Gates re: possible resolution (e.g. deed-in-lieu of foreclosure). | | |
| | | DMR | 0.60 hrs. |
| 02/28/08 | Receive and review Objection to Sale. | | |
| | | DMR | 0.30 hrs. |

Summary of Fees

|  | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 2.80 | 225.00 | $630.00 |
| Total Fees for Professional Services | | | $630.00 |

## **Matter Summary**

| | |
|---|---|
| Payments Received | $809.50 |
| Fees for Professional Services - Current Billing Period | $630.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $630.00 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

March 11, 2008
Invoice: 458870
Page 1

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.1579 #1001011043AH v. JOSE MENDES

| | | | | |
|---|---|---|---|---|
| 02/01/08 | Receive and review Notice of Appearance and Answer and Affirmative Defenses. | | | |
| | | DMR | 0.30 hrs. | |
| 02/02/08 | Review of file;  e-mail Lee Gates re: Answer and Affirmative Defenses. | | | |
| | | DMR | 0.40 hrs. | |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.70 | 225.00 | $157.50 |
| Total Fees for Professional Services | | | $157.50 |

## Matter Summary

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $157.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $157.50 |

CALIFORNIA    FLORIDA    GEORGIA    ILLINOIS    MASSACHUSETTS    NEW JERSEY    NEW YORK    TEXAS    WASHINGTON, D.C.

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 11, 2008
Invoice: 459026
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.0950 #1001201172AHM v. Stanley C. Gustavson

02/01/08        Review of file.

                              EMS        0.30 hrs.

Summary of Fees

|       | Hours | Rate/Hr. | Dollars |
|-------|-------|----------|---------|
| EMS   | 0.30  | 185.00   | $55.50  |

Total Fees for Professional Services                     $55.50

## Matter Summary

| | | |
|---|---|---|
| Payments Received | $290.00 | |
| Fees for Professional Services - Current Billing Period | $55.50 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $55.50 |

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 11, 2008
Invoice: 459024
Page 1

## OCP Invoice

For Services Rendered Through February 29, 2008
Matter # 212971.0921 #1000961143AHM v. Renee L. Martino

| Date | Description | | |
|---|---|---|---|
| 02/07/08 | Receive and review Motion to Dismiss Count III of Complaint; review of file; e-mail Lee Gates re: contested issues and possible short sale. | | |
| | DMR | 0.80 hrs. | |
| 02/19/08 | Receive and review Guardian Ad Litem's Motion for Attorneys' Fees and Report. | | |
| | DMR | 0.40 hrs. | |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.20 | 225.00 | $270.00 |
| Total Fees for Professional Services | | | $270.00 |

## Matter Summary

| | | |
|---|---|---|
| Payments Received | $281.00 | |
| Fees for Professional Services - Current Billing Period | $270.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $270.00 |

California   Florida   Georgia   Illinois   Massachusetts   New Jersey   New York   Texas   Washington, D.C.

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 11, 2008
Invoice: 459022
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.0901 #1001120667AHM v. Nelly Llaurado

| 02/01/08 | E-mail Lee Gates; review discovery. | | |
| | | EMS | 0.50 hrs. |
| 02/05/08 | Conference with Ed Shahady re: documents responsive to Request for Production. | | |
| | | DMR | 0.20 hrs. |
| 02/15/08 | Conference with Ed Shahady re: payment history. | | |
| | | DMR | 0.20 hrs. |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.40 | 225.00 | $90.00 |
| EMS | 0.50 | 185.00 | $92.50 |
| Total Fees for Professional Services | | | $182.50 |

## Matter Summary

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $182.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $182.50 |

# Adorno & Yoss

A limited liability partnership
2525 Ponce de leon boulevard, Suite 400
Miami, Florida 33134-6012
Phone: (305) 460-1000 Fax: (305) 460-1422
Federal ID# 59-2746043
www.adorno.com

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 11, 2008
Invoice: 458967
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.0750 #1000712023AHM v. James E. & Maureen T. Fitzgibbons

| 02/01/08 | Receive and review Motion for Leave to File Amended Answer and Affirmative Defenses;  receive and review proposed Answer and Affirmative Defenses. | | |
|---|---|---|---|
| | | DMR | 0.60 hrs. |
| 02/11/08 | Receive and review correspondence;  receive and review Stipulation and Order;  receive and review proposed Answer and Affirmative Defenses. | | |
| | | DMR | 0.60 hrs. |
| 02/14/08 | Review of file;  conference with Eric Myers re: upcoming hearing, in light of recently filed Answer and Affirmative Defenses. | | |
| | | DMR | 0.40 hrs. |
| 02/15/08 | Conference with Eric Myers re: Answer and Affirmative Defenses. | | |
| | | DMR | 0.20 hrs. |
| 02/20/08 | Conference with Eric Myers re: cancelling hearing on Motion for Summary Final Judgment. | | |
| | | DMR | 0.20 hrs. |
| 02/23/08 | Review of file;  e-mail Lee Gates re: Affidavit in Opposition to Motion for Summary Judgment and Amended Answer and Affirmative Defenses. | | |
| | | DMR | 0.70 hrs. |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 2.70 | 225.00 | $607.50 |
| Total Fees for Professional Services | | | $607.50 |

## **Matter Summary**

| | |
|---|---|
| Payments Received | $1,872.50 |
| Fees for Professional Services - Current Billing Period | $607.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $607.50 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 18, 2008
Invoice: 458951
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.0708 1001615586AHM v. Jose Negron

| 02/01/08 | Conference with Cheryl Burm; telephone conference with opposing counsel re: deed-in-lieu of foreclosure. | | |
| | EMS | 0.50 hrs. |

| 02/07/08 | Conference with Ed Shahady re: borrower's desire to deed the property to American Home in lieu of foreclosure proceedings. | | |
| | DMR | 0.20 hrs. |

### Summary of Fees

|  | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.20 | 225.00 | $45.00 |
| EMS | 0.50 | 185.00 | $92.50 |
| Total Fees for Professional Services | | | $137.50 |

## Matter Summary

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $137.50 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $137.50 |

==========

## ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 18, 2008
Invoice: 458865
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.0767 #1001303913AHM v. Ron L. Joy

| | | | |
|---|---|---|---|
| 02/01/08 | Review documents provided by Lissette Duarte in response to Request for Production;  conference with Tenikka Cunningham re: litigation strategy. | | |
| | | DMR | 0.60 hrs. |
| 02/01/08 | Meeting with Denise Rosenthal re: facual background of case. | | |
| | | TLC | 0.20 hrs. |
| 02/04/08 | Conference with Tenikka Cunningham re: litigation strategy. | | |
| | | DMR | 0.20 hrs. |
| 02/04/08 | Telephone conversation with opposing counsel re: case status update and Requests for Production; e-mail to Lissette Duarte in connection therewith. | | |
| | | TLC | 0.30 hrs. |
| 02/08/08 | E-mail to opposing counsel re: discovery requests and Motion to Set Aside Default. | | |
| | | TLC | 0.10 hrs. |
| 02/20/08 | Conference with Tenikka Cunningham re: litigation stratety. | | |
| | | DMR | 0.20 hrs. |
| 02/20/08 | E-mail to Lissette Duarte re: status of production of documents responsive to Defendant's discovery requests. | | |
| | | TLC | 0.10 hrs. |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.00 | 225.00 | $225.00 |
| TLC | 0.70 | 185.00 | $129.50 |
| Total Fees for Professional Services | | | $354.50 |

## **Matter Summary**

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $354.50 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $354.50 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 18, 2008
Invoice: 458863
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.0855 #1001128039AHM v. Thomas Tolbert

| | | | |
|---|---|---|---|
| 02/04/08 | Review of file. | | |
| | | VTL | 0.20 hrs. |
| 02/15/08 | Conference with Eric Myers re: litigation strategy. | | |
| | | DMR | 0.20 hrs. |
| 02/15/08 | Review of file and telephone conference opposing counsel. | | |
| | | VTL | 0.20 hrs. |
| 02/19/08 | Telephone conference with opposing counsel. | | |
| | | VTL | 0.20 hrs. |

## Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.20 | 225.00 | $45.00 |
| VTL | 0.60 | 185.00 | $111.00 |
| Total Fees for Professional Services | | | $156.00 |

Matter # 212971.0855

March 18, 2008<br>
Invoice: 458863<br>
Page 2

## **Matter Summary**

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $156.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $156.00 |

## ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 18, 2008
Invoice: 459018
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.0775 #1001072175AHM v. David S. Wilson

| | | | |
|---|---|---|---|
| 02/01/08 | Telephone conference with Michael Moran's assistant re: postponing deposition; receive and review correspondence re: same; e-mail Traynard Jackson re: same; e-mail Lee Gates re: ordering loan origination file. | | |
| | DMR | 0.80 hrs. | |
| 02/01/08 | Review file and call Michael Moran re: setting deposition. | | |
| | GXA | 0.40 hrs. | |
| 02/04/08 | Conference with Gregg Ahrens re: discovery. | | |
| | DMR | 0.20 hrs. | |
| 02/08/08 | Receive and review Re-Notice of Taking Deposition. | | |
| | DMR | 0.20 hrs. | |
| 02/13/08 | Review documents furnished by client in response to Request for Production; e-mail Lissette Duarte in connection therewith. | | |
| | GXA | 0.60 hrs. | |

Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 1.20 | 225.00 | $270.00 |
| GXA | 1.00 | 250.00 | $250.00 |
| Total Fees for Professional Services | | | $520.00 |

Matter # 212971.0775

March 18, 2008
Invoice: 459018
Page 2

## **Matter Summary**

| | | |
|---|---|---|
| Payments Received | $0.00 | |
| Fees for Professional Services - Current Billing Period | $520.00 | |
| Costs Incurred- Current Billing Period | $0.00 | |
| Total Bill Amount Due | | $520.00 |

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 18, 2008
Invoice: 458862
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.0924 #1001295140AHM v. Rosalinda Altamirano

| | | | |
|---|---|---|---|
| 02/19/08 | Attend hearing on Motion for Summary Judgment; prepare memo to Eric Myers. | | |
| | TCC | 1.60 hrs. | |
| 02/20/08 | Conference with Eric Myers re: hearing results. | | |
| | DMR | 0.20 hrs. | |
| 02/29/08 | Receive and review correspondence re: short sale; conference with Eric Myers in connection therewith. | | |
| | DMR | 0.40 hrs. | |

### Summary of Fees

| | Hours | Rate/Hr. | Dollars |
|---|---|---|---|
| DMR | 0.60 | 225.00 | $135.00 |
| TCC | 1.60 | 185.00 | $296.00 |

| | |
|---|---|
| Total Fees for Professional Services | $431.00 |

Matter # 212971.0924

March 18, 2008<br>
Invoice: 458862<br>
Page 2

## **Matter Summary**

| | |
|---|---|
| Payments Received | $282.00 |
| Fees for Professional Services - Current Billing Period | $431.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $431.00 |

=========

# ADORNO & YOSS

A LIMITED LIABILITY PARTNERSHIP
2525 PONCE DE LEON BOULEVARD, SUITE 400
MIAMI, FLORIDA 33134-6012
PHONE: (305) 460-1000 FAX: (305) 460-1422
FEDERAL ID# 59-2746043
WWW.ADORNO.COM

American Home Mortgage/Foreclosure
4600 Regent Blvd.
Suite #200
Irving, TX 75063

March 12, 2008
Invoice: 459246
Page 1

**OCP Invoice**

For Services Rendered Through February 29, 2008
Matter # 212971.0884 #1001649782AHM v. Gisele Piras

02/29/08    Review documents in file and status of action in preparation
for undertaking representation.

0.80 hrs.

### Summary of Fees

| Hours | Rate/Hr. | Dollars |
|-------|----------|---------|
| 0.80 | 225.00 | $180.00 |

Total Fees for Professional Services                    $180.00

## Matter Summary

| | |
|---|---|
| Payments Received | $0.00 |
| Fees for Professional Services - Current Billing Period | $180.00 |
| Costs Incurred- Current Billing Period | $0.00 |
| Total Bill Amount Due | $180.00 |

## VERIFICATION OF FEE APPLICATION

STATE OF FLORIDA            )
                            )SS:
COUNTY OF MIAMI-DADE        )

GREGG S. AHRENS, after being duly sworn according to law, deposes and says:

1.  I am a member in the applicant firm (the "Firm") and have been admitted to the bar of the state of Florida since November, 1982.

2.  I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

3.  The services and expenses were performed and incurred within the month subject to the foregoing Application.

4.  The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Gregg S. Ahrens, Esquire
Adorno & Yoss, LLP
Suite 400
2525 Ponce de Leon Boulevard
Miami, Florida 33134
Telephone: (305) 460-1000
Facsimile: (305) 460-1421
E-mail gxa@adorno.com

SWORN TO AND SUBSCRIBED
Before me this 27 day of March, 2008.

Notary Public



LAURA E. KEREK
MY COMMISSION # DD 508110
EXPIRES: March 24, 2010
Bonded Thru Budget Notary Services

{M1674390_1}