IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :   Jointly Administered
    Debtors.                                                     :
                                                                 :
                                                                 :   Ref. Docket No. 163 & 606
---------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL REGARDING ORDER MODIFYING ORDER PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE APPROVING THE AGREEMENT WITH KROLL ZOLFO COOPER LLC, STEPHEN F. COOPER AND KEVIN NYSTROM

On April 14, 2007, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Application of Debtors Pursuant to Sections 105 and 262 of the Bankruptcy Code for Approval of the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom* [Docket No. 163] (the "Application"). By the Application, the Debtors sought to engage Kroll Zolfo Cooper LLC ("KZC"), Stephen F. Cooper ("Cooper"), and Kevin Nystrom ("Nystrom") to provide to the Debtors the services of Cooper as Chief Restructuring Officer, of Nystrom as Director of Restructuring and the services of other professional staff to serve as Associate Directors of Restructuring (as defined in the agreement among the parties).

On September 4, 2007, the Court entered its *Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Approving the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom* [Docket No. 606] (the "KZC Order"), which specifically contemplated that the Flat Fee (as defined in the KZC Order) arrangement for

Cooper and Nystrom could be modified upon agreement with the Official Committee of Unsecured Creditors (the "Committee").

Based upon changed circumstances and following good faith negotiations among the parties, the Committee, the United States Trustee, KZC and the Debtors have agreed to discontinue the Flat Fee arrangement. In lieu of the Flat Fee arrangement, the parties have agreed that, effective as of February 1, 2008, KZC will charge standard hourly rates for services performed by Cooper and Nystrom (currently $775 and $665, respectively), which rates are subject to revision by KZC on a semi-annual basis; provided, however, that the aggregate compensation for Cooper's and Nystrom's services shall not exceed $150,000 per month. The Debtors submit that the requested modification (i) is in the best interest of the Debtors, their respective estates, their creditors and other parties in interest herein, and (ii) is consistent with the terms of the KZC Order.

Attached hereto as Exhibit A is a proposed form of order (the "Modified KZC Order") modifying the KZC Order to the reflect the parties' agreement as set forth above. The form of the Modified KZC Order is acceptable to the United States Trustee, counsel to the Official Committee of Unsecured Creditors and counsel to KZC.

Accordingly, the Debtors respectfully request that the Court enter the Modified KZC Order, substantially in the form attached hereto as <u>Exhibit A</u>, at its earliest convenience without further notice or hearing.

Dated: Wilmington, Delaware
April 1, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Margaret W.*

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

Counsel for the Debtors and
Debtors in Possession