UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 (CSS) |
| HOLDINGS, INC., *et al.*, | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Related to Docket No. 3224** |
| | ) |
| | ) |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 3224**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion of Countrywide for Entry of Order Allowing Late Filing of Proofs of Claim* (D.I. 3224) (the "Motion") filed on March 11, 2008.

The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading appears to have been filed respecting the Motion. Pursuant to the Motion, responses to the Motion were to be filed and served no later than March 31, 2008.

The Debtors have requested that the motion be approved pursuant to the attached order and stipulation (the "Order"). Undersigned counsel respectfully requests that the Order annexed hereto as Exhibit A be entered at the earliest convenience of the Court.

WLM 513139.1

WLM_513139_1/CFOX

Dated: Wilmington, Delaware
       March 11, 2008

>Respectfully submitted,
>
>EDWARDS ANGELL PALMER & DODGE LLP
>
>_____
>William E. Chipman, Jr. (No. 3818)
>919 North Market Street
>15th Floor
>Wilmington, Delaware 19801
>(302) 777-7770
>
>*Counsel to Countrywide Bank, F.S.B., Countrywide Home Loans, Inc.; ReconTrustBank, N.A. and Landsafe*