## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Re: 3318, 3322, 3384** |
| | ) |
| | ) |

**JOINT CERTIFICATION OF COUNSEL WITH RESPECT TO NOTICE OF JOINT MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, FOR ENTRY OF FINAL STIPULATION AND ORDER RESOLVING ALL REMAINING ISSUES WITH RESPECT TO THE FINAL ORDER (I) AUTHORIZING DEBTORS' LIMITED USE OF CASH COLLATERAL AND (II) GRANTING REPLACEMENT LIENS AND ADEQUATE PROTECTION TO CERTAIN PRE-PETITION SECURED PARTIES**

The undersigned hereby certify that:

1.      On or about March 14, 2008, the Official Committee of Unsecured Creditors (the "Committee") and Bank of America, N.A., as administrative agent (the "Administrative Agent", and collectively with the Committee, the "Proponents"), for itself and the pre-petition secured lenders under the Second Amended and Restated Credit Agreement, filed their *Joint Motion of the Official Committee of Unsecured Creditors and Bank of America, N.A., as Administrative Agent, for Entry of Final Stipulation and Order Resolving all Remaining Issues with Respect to the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [D.I. 3318] (the "Approval Motion") together with a motion to shorten the time for a hearing on the Approval Motion.  Pursuant to Local Rule 2002-1(b), the Approval Motion was served on counsel for the debtors, the United States Trustee, and all parties who filed a request for service

of notices in this case under Federal Rule of Bankruptcy Procedure 2002(i); the certificate of service for the Approval Motion is attached hereto as Exhibit A.

2.        On or about March 17, 2008, in response to the Proponents' request for expedited treatment of the Approval Motion, the above-captioned debtors (the "Debtors") filed the *Debtors' Objection to Joint Motion of the Official Committee of Unsecured Creditors and Bank of America, N.A., as Administrative Agent, for an Expedited Hearing on and to Shorten Notice Period of the Joint Motion of the Official Committee of Unsecured Creditors and Bank of America, N.A., as Administrative Agent, for Entry of Final Stipulation and Order Resolving all Remaining Issues with Respect to the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [D.I. 3322] (the "Notice Objection"). In the Notice Objection, the Debtors' asserted, among other things, that the Approval Motion should be noticed to all creditors.

3.        On or about March 21, 2008, the Proponents served notice of the Approval Motion pursuant to Local Rule 2002-1(b) on counsel for the Debtors, the United States Trustee, and all parties who filed a request for service of notices in this case under Federal Rule of Bankruptcy Procedure 2002(i) [D.I. 3384]; the notice and certificate of service are attached hereto as Exhibit B.

4.        On March 24, 2008, at the Committee's request, the Court held a telephonic hearing at which the adequacy of the notice of the Approval Motion was addressed. After counsel for the Committee advised the Court that notice in compliance with Local Rule 2002-1(b) had been given, and hearing from the Debtors that they believed such notice was insufficient and that notice of the Approval Motion should be sent to all creditors, the Court ruled that

service of the Aproval Motion on the parties listed in Local Rule 2002-1(b) was sufficient and that no further service was required.

    5.    The Proponents have provided the attached form of order to the Debtors and the Debtors take no position.

    6.    Counsel for the Proponents respectfully request that the Court approve the attached Order at its earliest convenience without further notice or hearing.

/s/David W. Carickhoff
BLANK ROME LLP
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6423

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Mark T. Power
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Official Committee of Unsecured Creditors*

POTTER ANDERSON & CORROON LLP
Laurie Selber Silverstein (No. 2396)
Gabriel R. MacConaill (No. 4734)
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000

-and-

KAYE SCHOLER LLP
Margot B. Schonholtz
Scott D. Talmadge
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Counsel for Bank of America, N.A. as Administrative Agent under that certain Second Amended and Restated Credit Agreement, dated as of August 10, 2006*

Dated April 3, 2008

PAC#858218