IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------- x
                                                :    Chapter 11
In re:                                          :
                                                :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                          :
HOLDINGS, INC., et al.,                         :
                                                :
            Debtors.                            :
                                                :    Related Docket No. 3318, 3322, 3384
----------------------------------------------- x
```

## ORDER REGARDING ADEQUACY OF NOTICE OF APPROVAL MOTION

This matter having come before the Court on March 24, 2008, at the request of counsel for the Official Committee of Unsecured Creditors (the "Committee"), with respect to the adequacy of notice given in connection with the *Joint Motion of the Official Committee of Unsecured Creditors and Bank of America, N.A., as Administrative Agent, For Entry of Final Stipulation and Order Resolving All Remaining Issues With Respect To The Final Order (I) Authorizing Debtors' Limited Use Of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection To Certain Pre-Petition Secured Parties* (the "Approval Motion"); and counsel for the Committee having advised the Court that notice of the Approval Motion was served upon the Debtors, the U.S. Trustee and all parties who timely filed requests for notice under Bankruptcy Rule 2002; and the hearing ("Hearing") on the Approval Motion having been scheduled for April 14, 2008; and the Debtors having asserted that notice should be served on all creditors; and upon consideration of the representations and arguments of counsel, and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT due notice of the Approval Motion has been given consistent with Del. Bankr. L.R. 2002-1(b), and no other or further notice of the Approval Motion or the Hearing is necessary or required.

Dated: April ___, 2008.

                                                                                              Christopher S. Sontchi
                                                                                              United States Bankruptcy Court Judge

858243