# EXHIBIT "C"

S
10
11
J
31

Clackamas County Official Records
Sherry Hall, County Clerk

2007-081670

$31.00

0114676320070081670001001 2

09/21/2007 03:15:21 PM

M-TDA   Cnt=1  Stn=5 LESLIE
$5.00 $16.00 $10.00

After Recording Return to:
Northwest Trustee Services, Inc.
Attention: Becky Baker
P.O. Box 997
Bellevue, WA 98009-0997

FATCO NO. 1114197-TO

7983.21269/MEYER, BRADLEY B./1001671508

## Assignment of Deed of Trust

For Value Received, the undersigned as Beneficiary, hereby grants, conveys, assigns and transfers to American Home Mortgage Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, TX 75063 all beneficial interest under that certain deed of trust, dated 03/06/07, executed by Bradley B. Meyer, Grantors, to LandAmerica Lawyers Title, Trustee, and recorded on 03/09/07, as 2007-020362, Records of Clackamas County, Oregon, describing land therein as:

Lot 12, Cardinal Terrace, Clackamas County, Oregon, together with an easement for private common access over Tract B (Towhee Court), Cardinal Terrace.

Together with note or notes therein described or referred to, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated September 17, 2007

Mortgage Electronic Registration Systems, Inc.

By: _____
Title: Robert Hardman

State of Texas     )
                   ) ss.
County of Dallas   )

This instrument was acknowledged before me on 9/17/07 by Robert Hardman as Vice President of Mortgage Electronic Registration Systems, Inc.

Notary signature
My commission expires: 3-8-09



LORA J. STANFORD
Notary Public, State of Texas
My Commission Expires
March 08, 2009



LORA J. STANFORD
Notary Public, State of Texas
My Commission Expires
March 08, 2009