# EXHIBIT "D"

**ClearCapital**

| Address: | 8013 SE TOWHEE CT PORTLAND OR 97267 | | | | |
|---|---|---|---|---|---|
| Borrower: BRADLEY B MEYER | | | Inspection Date: | 1/07/2008 | Delivery Date: 1/08/2008 |
| Loan Number: 1896018206 | APN: unknown | | Property ID: | 1915113 | Order ID: 381256 |

| Order Tracking ID: 1896018206 | Tracking ID 1: 1896018206 | Tracking ID 2: n/a | Tracking ID 3: n/a |
|---|---|---|---|

### I. General Conditions

| Property Type: | SFR |
|---|---|
| Occupancy: | Occupied |
| Property Condition: | Average |
| Condition Comments: | exterior in new condition, interior in good condition except for carpeting. small backyard backs to park(no privacy) stairs up to main level(deduction)no formal dining rm. |

HOA? No

### II. Subject Sales & Listing History

Current Listing Status: Subject is not currently listed.

| Date Listed | Date Sold | List Price | Sale Price | Notes |
|---|---|---|---|---|
| | 03/07/2007 | $ 0 | $ 575,000 | must of been a sale by owner(no info in mls on sale) |
| 07/25/2006 | | $ 559,000 | $ 0 | listing canceled 3/26/807 |

### III. Neighborhood & Market Data

| Location Type: | Suburban | Local Economy Is: Stable |
|---|---|---|
| Sales Price in this Neighborhood: | Low: $250,000    High: $575,000 | |
| Market for this type of property has: | Decreased 3 % in the past 6 months. | |
| Normal Marketing Days: | <90 | |
| Neighborhood Comments: | sp neighborhood surrounded by older homes in a well maintained location. close to shopping and good freeway access. | |

### IV. Current Listings

| | Subject | Listing #1 | Listing #2 * | Listing #3 |
|---|---|---|---|---|
| Street Address | 8013 SE TOWHEE CT | 16937 se spray | 16946 se spray | 15592 se wills wy |
| | PORTLAND, OR | PORTLAND, OR | PORTLAND, OR | PORTLAND, OR |
| Zip Code | 97267 | 97267 | 97267 | 97236 |
| Datasource | MLS | MLS | MLS | MLS |
| Miles to Subj. [2] | | 0.15 ² | 0.16 ² | 0.75 ² |
| List Price $ | $ 559,000 | $509,000 | $519,900 | $566,000 |
| Days on Mkt. | | 345 | 345 | 75 |
| Age | 1 | 1 | 1 | 1 |
| Condition | Average | Excellent | Excellent | Excellent |
| Style/Design | 2 Stories traditional | 2 Stories traditional | 2 Stories traditional | 2 Stories traditional |
| # Units | 1 | 1 | 1 | 1 |
| Living Sq. Feet | 2899 | 2779 | 2786 | 2828 |
| Bdrm/F Bths/½ Bths | 4/3 | 3/2/1 | 4/2/1 | 3/2/1 |
| Total Room # | 13 | 13 | 13 | 13 |
| Garage Style/Stalls | Attached 3 Car(s) | Attached 3 Car(s) | Attached 3 Car(s) | Attached 3 Car(s) |
| Basement (Yes/No) | No | No | No | No |
| Basement (% Fin) | 0% | 0% | 0% | 0% |
| Pool/Spa | | | | |
| Lot Size | 8000 SqFt | 8000 SqFt | 8000 SqFt | 8000 SqFt |
| Other | ac, sprinkler sys, culdesac | fully landscaped | front landscaped | front landscapted |

* Listing #2 is the most comparable listing to the subject.

Comments (why the comparable listing is superior or inferior to the subject.)
Listing #1: same neighborhood, new construction,ready for first owner. granite and tile throughout. first listed on 2/22/02 for $559K culdesac
Listing #2: same neighborhood, new construction, ready for first time owner, granite and tile throughout.culdesac
Listing #3: equal in locaton and curb appeal. .75 mile away in different neighborhood. granite throughout, stainless appliances. Sale Pending

¹ Comp's "Miles to Subject" was calc'd by the system.    ² Comp's "Miles to Subject" provided by Broker.    ³ Subject $/ft based upon as-is sale price.

1

## V. Recent Sales

| | Subject | Sold #1 | Sold #2 * | Sold #3 |
|---|---|---|---|---|
| Street Address | 8013 SE TOWHEE CT | 2705 se vinyard | 15615 se wills | 15656 se wills |
| | PORTLAND, OR | PORTLAND, OR | PORTLAND, OR | PORTLAND, OR |
| Zip Code | 97267 | 97267 | 97267 | 97267 |
| Datasource | MLS | MLS | MLS | MLS |
| Miles to Subj. [2] | | 1.90 [2] | 1.22 [1] | 1.20 [1] |
| List Price $ | $ 559,000 | $549,950 | $549,500 | $565,000 |
| Sale Price $ | $ | $542,500 | $561,952 | $570,000 |
| Type of Financing | | Conv | Conv | Conv |
| Date of Sale | | 4/17/2007 | 11/29/2007 | 11/27/2007 |
| Days on Mkt. | | 193 | 227 | 53 |
| Age (# of Years) | 1 | 1 | 1 | 1 |
| Condition | Average | Excellent | Excellent | Excellent |
| Style/Design | 2 Stories traditional | 1.5 Stories traditional | 2 Stories traditional | 2 Stories traditional |
| # Units | 1 | 1 | 1 | 1 |
| Living Sq. Feet | 2899 | 2683 | 2800 | 2877 |
| Bdrm/F Bths/½ Bths | 4/3 | 3/2/1 | 3/2/1 | 3/2/1 |
| Total Room # | 13 | 12 | 12 | 13 |
| Garage Style/Stalls | Attached 3 Car(s) | Attached 3 Car(s) | Attached 3 Car(s) | Attached 3 Car(s) |
| Basement (Yes/No) | No | No | No | No |
| Basement (% Fin) | 0% | 0% | 0% | 0% |
| Pool/Spa | | | | |
| Lot Size | 8000 SqFt | 11000 SF. | 8300 SF. | 8000 SF. |
| Other | ac, sprinkler sys, culdesac | ac, fully landscpaped | fully landscaped | fully landscaped |
| Adjustment $+/- (See notes below) | | ~$30,000 | ~$40,000 | ~$45,000 |
| Adjusted Value | | $512,500 | $521,952 | $525,000 |

* recent sale #2 is the most comparable Sale to the subject.

Reasons for Adjustments (Why the comparable is superior or inferior to the subject.)

Sold #1: slighly superior location, equal in curb appeal, slighly superior style(most sq ft on main level), tandem 3 car gar. Had to go further back to find this comp.

Sold #2: equal in location,superior in curb appeal, fully landscaped, ac ready, granite counters throughout.$5K in seller concessions will be adjusted.

Sold #3: equal in location, granite throuhout, tandem 3 car gar, ac ready. slighly superior in curb appeal and style. large private backyard.

[1] Comp's "Miles to Subject" was calc'd by the system.    [2] Comp's "Miles to Subject" provided by Broker.    [3] Subject $ft based upon As-Is Value.

## VI. Marketing Strategy

| | "As-is" Value | "Repaired" Value | Comments Regarding Pricing Strategy: |
|---|---|---|---|
| Suggested List Price: | $521,900 | $526,900 | market has slowed since sale of sp and more competition is a big factor in priceing. Not many sales in this price range so had to go back in time to find comps. no private backyard a big factor compared to comps is why sp is lower than all picked. The biggest factor in priceing is to be competitive with listings nearby. |
| Sale Price: | $514,000 | $519,000 | |
| * Clear Capital Reviewer's Value Opinion: | $514,000 | $519,000 | |

*Please see Clear Capital Quality Assurance Comments Addendum

## VII. Clear Capital Quality Assurance Comments Addendum

| | "As-is" Value | "Repaired" Value | Reviewer Notes: |
|---|---|---|---|
| Reviewer's Value Opinion: | $514,000 | $519,000 | We agree with the broker's value. Comp differences relative to the subject have been appropriately identified and adjusted for, supporting the final value conclusion. |

**VIII. Repair Addendum**

Estimated work to put the subject into "Repaired" condition (following FHA guidelines)

| Category | Comments | Estimated Cost |
|---|---|---|
| Exterior Paint | | |
| Siding/Trim Repair | | |
| Exterior Doors | | |
| Windows | | |
| Garage | | |
| Roof/Gutters | | |
| Foundation | | |
| Fencing | | |
| Trashout/Landscaping | | |
| Pool | | |
| Other | | |
| Other | | |
| | **Estimated Exterior Repairs:** | $0 |
| Interior Paint | | |
| Wall &Ceiling Prep. | | |
| Carpet | worn and stained throughout | $7,500 |
| Vinyl | | |
| Electrical System | | |
| Kitchen | | |
| cont. | | |
| Bathroom #1 | | |
| Bathroom #2 | | |
| Doors | | |
| Heating – A/C | | |
| Cleaning | | |
| Other | | |
| Other | | |
| Other | | |
| Other | | |
| Other | | |
| Other | | |
| | **Estimated Interior Repairs:** | $7,500 |
| | **Total Estimated Repairs:** | $7,500 |

3

8013 SE TOWHEE CT PORTLAND OR 97267, Loan: 1896018206, Suggested List $521,900, Sale: $514,000 Suggested Repaired $526,900 ,Sale: $519,000



Subject: 8013 SE TOWHEE CT [View: Front]



Subject: 8013 SE TOWHEE CT [View: Street]

IV. Property Images (continued) -CSS    Doc 3518-5    Filed 04/03/08    Page 6 of 13

8013 SE TOWHEE CT PORTLAND OR 97267, Loan: 1896018206, Suggested List $521,900, Sale: $514,000 Suggested Repaired $526,900 ,Sale: $519,000



Subject: 8013 SE TOWHEE CT [View: Address Verification]



Subject: 8013 SE TOWHEE CT [View: Interior]
"dining or den"



Subject: 8013 SE TOWHEE CT [View: Interior]
"kitchen"



Subject: 8013 SE TOWHEE CT [View: Interior]
"living/great rm"

IV. Property Images (continued)
8013 SE TOWHEE CT PORTLAND OR 97267, Loan: 1896018206, Suggested List $521,900, Sale: $514,000 Suggested Repaired $526,900 ,Sale: $519,000



Subject: 8013 SE TOWHEE CT [View: Interior]
"nook"



Subject: 8013 SE TOWHEE CT [View: Interior]
"bathroom"

7

IV. Property Images (Continued)

Case 07-11047-CSS    Doc 3518-5    Filed 04/03/08    Page 9 of 13

8013 SE TOWHEE CT PORTLAND OR 97267, Loan: 1895018206, Suggested List $521,900, Sale: $514,000 Suggested Repaired $526,900 ,Sale: $519,000



Subject: 8013 SE TOWHEE CT [View: Interior]
"bedroom"



Subject: 8013 SE TOWHEE CT [View: Interior]
"bonus rm upstairs/used as bedroom"



Subject: 8013 SE TOWHEE CT [View: Interior]
"master bath"



Subject: 8013 SE TOWHEE CT [View: Interior]
"upstairs bathroom"



Subject: 8013 SE TOWHEE CT [View: Damage]
"carpet worn and stains throughout"



Sold Comp 1: 2705 se vinyard [View: Front]

10



Sold Comp 2: 15615 se wills [View: Front]



Sold Comp 3: 15656 se wills [View: Front]



| Listing/Sale | | Address | Dist. to Subject | Mapping Accuracy |
|---|---|---|---|---|
| Subject | | 8013 SE TOWHEE CT, PORTLAND, OR 97267 | | Exact Street Address |
| Current Listing | 1 | 16937 se spray, PORTLAND, OR 97267 | 0.15 Miles ² | Approx Street Block |
| Current Listing | 2 | 16946 se spray, PORTLAND, OR 97267 | 0.16 Miles ² | Approx Street Block |
| Current Listing | 3 | 15592 se wills wy, PORTLAND, OR 97236 | 0.75 Miles ² | Good Street Address within the Block |
| * Recent Sale | 4 | 2705 se vinyard, PORTLAND, OR 97267 | 1.90 Miles ² | Unknown Street Address |
| Recent Sale | 5 | 15615 se wills , PORTLAND, OR 97267 | 1.22 Miles ¹ | Good Street Address |
| Recent Sale | 6 | 15656 se wills, PORTLAND, OR 97267 | 1.20 Miles ¹ | Good Street Address |

\* Comparables in *italics* are not included in the ClearMap due to distance and/or ability to be GeoCoded.
¹ The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
² The Comparable "Distance from Subject" value has been provided by the broker.

© 2008 ClearCapital.com, Inc. web7.20080108.055811.FORMV27

12