IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :   Chapter 11
                                                           :
AMERICAN HOME MORTGAGE                                     :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,            :
                                                           :   Jointly Administered
       Debtors.                                            :
                                                           :
                                                           :
---------------------------------------------------------- x   **Ref. Docket No. 163 & 606**

## ORDER MODIFYING ORDER PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE APPROVING THE AGREEMENT WITH KROLL ZOLFO COOPER LLC, STEPHEN F. COOPER AND KEVIN NYSTROM

This matter having been previously heard upon application [Docket No. 163] (the "Application") of the Debtors for approval of an order approving the Agreement (the "Agreement"), a copy of which is annexed to the Application as Exhibit A, between the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") and Kroll Zolfo Cooper LLC ("KZC"), Stephen F. Cooper ("Cooper"), and Kevin Nystrom ("Nystrom") wherein the Debtors sought to engage KZC, Cooper, and Nystrom to provide to the Debtors the services of Cooper as Chief Restructuring Officer, of Nystrom as Director of Restructuring and the services of other professional staff to serve as Associate Directors of Restructuring (as defined in the Agreement); and the Court having entered that certain Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Approving the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom on September 4, 2007 [Docket No. 606] (the "KZC Order"), which specifically contemplated that the Flat Fee (as defined in the KZC Order) arrangement for Cooper and Nystrom could be modified upon agreement with the Official Committee of Unsecured Creditors (the "Committee"); and the Committee, the

DB02:6689628.1                                                                        067175.1001

United States Trustee and the Debtors having agreed to a modification of the Flat Fee arrangement and requested that this Court modify the KZC Order, effective *nunc pro tunc* to February 1, 2008, based upon certain changed circumstances; and the Court having determined that the requested modification is in the best interest of the Debtors, their respective estates, their creditors and other parties in interest herein;

IT IS HEREBY ORDERED that,

1. The KZC Order is MODIFIED, *nunc pro tunc* to February 1, 2008, solely to the extent set forth herein.

2. The Flat Fee arrangement for services provided by Cooper and Nystrom is discontinued. Effective as of February 1, 2008, KZC will charge standard hourly rates for services performed by Cooper and Nystrom (currently $775 and $665, respectively), which rates are subject to revision by KZC on a semi-annual basis; provided, however, that the aggregate compensation for Cooper's and Nystrom's services shall not exceed $150,000 per month.

3. The Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation and/or enforcement of this order.

Dated: Wilmington, Delaware
April 3, 2008

Christopher S. Sontchi
United States Bankruptcy Judge

-2-

DB02:6689628.1    067175.1001