IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., *et al.*,<br><br>　　　　　　Debtors. | Case No. 07-11047 (CSS)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>Related to Docket Nos. 3224, 3225, 3226 and 3227 |

**ORDER APPROVING STIPULATION DEEMING**
**PROOFS OF CLAIM TO BE TIMELY FILED**

The Stipulation attached hereto as Exhibit A is APPROVED. The Court reserves jurisdiction to enforce the terms of the Stipulation.

Dated: April 3, 2008
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　　/s/ CSS
　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE CHRISTOPHER S. SONTCHI
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

DB02:6703812.2