## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
| AMERICAN HOME MORTGAGE | : Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] | : |
|  | : Jointly Administered |
| Debtors. | : |
|  | : |

---------------------------------------------------------------------- x

## NOTICE OF SERVICE OF DISCOVERY MATERIAL

PLEASE TAKE NOTICE that on March 31, 2008, the above-captioned debtors

and debtors-in-possession (collectively, the "Debtors"), by and through their undersigned

counsel, caused a copy of the following documents to be served upon the parties listed on

Exhibit A in the manner indicated:

- **OBJECTIONS OF THE DEBTOR TO THE FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS OF BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT IN CONNECTION WITH ITS MOTION FOR RELIEF FROM AUTOMATIC STAY, PURSUANT TO 11 U.S.C. § 362(d), ALLOWING THE ADMINISTRATIVE AGENT TO EXERCISE ITS RIGHTS AS A SECURED CREDITOR**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

- **OBJECTIONS, RESPONSES AND ANSWERS OF THE DEBTORS TO THE FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS OF BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT IN CONNECTION WITH ITS MOTION FOR RELIEF FROM AUTOMATIC STAY, PURSUANT TO 11 U.S.C. § 362(d), ALLOWING THE ADMINISTRATIVE AGENT TO EXERCISE ITS RIGHTS AS A SECURED CREDITOR**

- **DOCUMENTS PRODUCED IN RESPONSE TO THE FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS OF BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT IN CONNECTION WITH ITS MOTION FOR RELIEF FROM AUTOMATIC STAY, PURSUANT TO 11 U.S.C. § 362(d), ALLOWING THE ADMINISTRATIVE AGENT TO EXERCISE ITS RIGHTS AS A SECURED CREDITOR**

Dated: Wilmington, Delaware
April 4, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John T. Dorsey (No. 2988)
Sharon M. Zieg (No. 4196)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession

2

## EXHIBIT A

### Via Federal Express

Eric Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
(Official Committee of Unsecured Creditors)
*Federal Express*

3

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing **Notice of Service** were

served this 4th day of April, 2008, upon the following parties as indicated:

Margot B. Schonholtz, Esq.
Myron Kirschbaum, Esq.
Scott D. Talmadge, Esq.
W. Stewart Wallace, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596
(Bank of America)
*First Class Mail*

Laurie S. Silverstein, Esq.
Gabriel R. MacConaill, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(Bank of America)
*Hand Delivery*

Mark Indelicato, Esq.
Mark Power, Esq.
Jeffrey L. Schwartz, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
(Official Committee of Unsecured
Creditors)
*First Class Mail*

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)
*Hand Delivery*

Dated: Wilmington, Delaware
April 4, 2008

Erin Edwards (No. 4392)

4