# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Re: 3318 |
| | ) |
| | ) |

**JOINT MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, FOR LEAVE TO FILE A REPLY BEYOND DEADLINE ESTABLISHED UNDER DEL. BANKR. L.R. 9006-1(d) IN SUPPORT OF JOINT MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, FOR ENTRY OF FINAL STIPULATION AND ORDER RESOLVING ALL REMAINING ISSUES WITH RESPECT TO THE FINAL ORDER (I) AUTHORIZING DEBTORS' LIMITED USE OF CASH COLLATERAL AND (II) GRANTING REPLACEMENT LIENS AND ADEQUATE PROTECTION TO <u>CERTAIN PRE-PETITION SECURED PARTIES</u>**

The Official Committee of Unsecured Creditors (the "Committee") and Bank of America, N.A., as administrative agent (the "Administrative Agent") for itself and certain other banking and financial institutions as pre-petition secured lenders under that certain Second Amended and Restated Credit Agreement, dated as of August 10, 2006, by and through their undersigned counsel, hereby move (the "Motion for Leave") for leave to file a reply related to their *Joint Motion of the Official Committee of Unsecured Creditors and Bank of America, N.A., as Administrative Agent, for Entry of Final Stipulation and Order Resolving all Remaining Issues with Respect to the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [D.I. 3318] beyond the deadline established under Del. Bankr. L.R. 9006-1(d) and represent as follows:

1. On or about March 14, 2008, the Committee and the Administrative Agent (collectively, the "Proponents") filed their *Joint Motion of the Official Committee of Unsecured Creditors and Bank of America, N.A., as Administrative Agent, for Entry of Final Stipulation and Order Resolving all Remaining Issues with Respect to the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [D.I. 3318] (the "Motion to Approve").

2. The proponents originally requested an order shortening the required notice period for the Motion to Approve so that a hearing could be held on March 27, 2008. The above-captioned Debtors filed an objection [D.I. 3322] (the "Notice Objection) and the Court denied the request to shorten notice.

3. On or about March 21, 2008, the Proponents served notice pursuant to Local Rule 2002-1(b) that the Motion to Approve will be heard on April 14, 2008.

4. Consistent with Del. Bankr. L.R. 9006-1(c)(ii), objections to the Motion to Approve are due on April 7, 2008.

5. Pursuant to Del. Bankr. L.R. 9006-1(d), the Proponents would be required to reply to any objection to the Motion to Approve no later than 4:00 p.m. EDT on April 9, 2008.

6. The Debtors' Notice Objection states that the Debtors will file an objection to the Motion to Approve. The Proponents anticipate that this objection will be extensive and will raise issues that the Proponents will need to address in written reply papers. Therefore, the Proponents request leave to file a reply to any objection to the Motion to Approve no later than 4:00 p.m. EDT on Thursday April 10, 2008 – essentially a 24 hour extension of the reply deadline.

7. The Debtors have consented to the relief requested in this Motion for Leave.

WHEREFORE, for all of the foregoing reasons, the Proponents respectfully request that the Court grant the Motion for Leave and enter an order substantially in the form attached hereto extending their deadline to reply to any objections to the Motion to Approve to 4:00 p.m. EDT on Thursday April 10, 2008.

Dated: April 4, 2008

/s/David W. Carickhoff
BLANK ROME LLP
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6423

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Mark T. Power
488 Madison Avenue
New York, NY 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Official Committee of Unsecured Creditors*

POTTER ANDERSON & CORROON LLP
Laurie Selber Silverstein (No. 2396)
Gabriel R. MacConaill (No. 4734)
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000

-and-

KAYE SCHOLER LLP
Margot B. Schonholtz
Ana M. Alfonso
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Counsel for Bank of America, N.A. as Administrative Agent under that certain Second Amended and Restated Credit Agreement, dated as of August 10, 2006*

PAC#858260

3