**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Holdings, Inc., et al, | ) | Case No. 07-11047 |
| | ) | |
| Debtor. | ) | Honorable Christopher S. Sontchi |
| | ) | Jointly Administered |

**NOTICE OF MOTION FOR RELIEF FROM STAY**

**TO:**   American Home Mortgage Holdings, Inc.          Office of the U. S. Trustee
             538 Broadhollow Road                                         844 King Street, RM 2207
             Melville, NY 11747                                               Lockbox #35
                                                                                          Wilmington, DE 19899-0035

             Donald J. Bowman, Jr., Esquire                           Bonnie Glantz Fatell, Esquire
             YOUNG CONAWAY STARGATT & TAYLOR    BLANK ROME LLP
             1000 West Street, 17th Floor                              1201 Market Street, Suite 800
             Wilmington, DE 19801                                        Wilmington, DE 19801

All other parties shall be served by ECF by the Court.

PLEASE TAKE NOTICE that Regions Bank dba Regions Mortgage (Movant) Motion for Relief from Stay is scheduled to be heard before the Honorable Christopher S. Sontchi,  on

**Monday, April 28, 2008 at 2:00 pm.**

Any objection to the attached Motion must be filed with the court on or before

<u>April 21, 2008</u>, with a copy forwarded to moving counsel: Adam R. Elgart, Esquire, John G. Mulford, Esquire, Mattleman, Weinroth & Miller, 200 Continental Drive, Ste 215, Newark, DE 19713.

                                                    MATTLEMAN, WEINROTH & MILLER, P.C.

Dated: *4/4/08*            BY:__*/s/ Adam R. Elgart*__
                                           Adam R. Elgart, Esquire, I.D. No. 3372
                                           John G. Mulford, Esquire, I.D. No. 0168
                                           200 Continental Drive, Suite 215
                                           Newark, DE 19713
                                           (302) 731-8349
                                           Attorney for Movant

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Holdings, Inc., et al. | ) | Case No. 07-11047 |
| | ) | |
| Debtor. | ) | Honorable Christopher S. Sontchi |
| | ) | Jointly Administered |

## MOTION FOR RELIEF FROM STAY

Regions Bank dba Regions Mortgage ("Regions ") (Movant), by and through its undersigned attorneys, Mattleman, Weinroth & Miller, P.C., and pursuant to 11 U.S.C. §362(d) and Federal Rules of Bankruptcy Procedure 4001 and 9014, hereby moves this Court to allow Movant to foreclose on its mortgage against certain real property in which the Debtor, American Home Mortgage Holdings, Inc., et al, has a possible security interest. In support of this Motion, Movant respectfully represents as follows:

### PARTIES

1. The Debtor in this matter include a number of entities which filed voluntary petitions for relief under Chapter 11 of Title 11 of the U.S. B.C. on August 6, 2007.

2. Regions is a holder of a perfected secured claim against property located at 7 Rose Lane, Westport, Connecticut 06880 (the "Mortgaged Premises").

### JURISDICTION AND VENUE

3. This court has jurisdiction of this motion pursuant to 28 U.S.C. §1334(b).

4. This motion is a contested matter under Rule 9014 of the Federal Rules of Bankruptcy Procedure and is a core matter properly heard by this court pursuant to 28 U.S.C. §157(b)(2)(G).

5. Venue of this motion is proper in this court pursuant to 28 U.S.C. §1409(a).

**BACKGROUND**

6.      On March 2, 2007, Anselmo Cirfalco ("the Borrower"), executed an Adjustable Rate Note (the "Note") in favor of Mortgage Electronic Registration Systems, Inc., as nominee for American Brokers Conduit, the original lender, in the principal sum of $2,000,000.00.  The Note is secured by a first priority perfected lien against the Mortgaged Premises and evidenced by an Open-End Mortgage Deed executed the same date and in the same amount.  A copy of the Note and Deed of Trust are attached hereto as Exhibit "A" and "B" respectively.

7.      The mortgage was acquired by and transferred to Regions Bank dba Regions Mortgage.

8.      The Borrower defaulted on said Mortgage and on October 15, 2007, Movant filed a Complaint in the Superior Court of Connecticut, Stamford, Docket No. CV-07-5005411-S. Subsequent to filing the Complaint in Foreclosure, Movant learned that American Brokers Conduit, dba American Home Mortgage Holdings, Inc., which is listed as a second lienholder, had filed for bankruptcy in the United States Bankruptcy Court for the District of Delaware. A copy of theTitle Search Report is attached hereto as Exhibit "C".

10.     The total amount due to Regions  on the first priority mortgage as of March 31, 2008 is $2,134,821.16.

11.      An Appraisal for the Mortgaged Property dated December 13, 2007 sets forth a fair market value at $2,425,000.00, a copy of which is attached hereto as Exhibit "D". Clearly there is insubstantial equity in the Mortgaged Premises and it is not necessary to Debtor's  rehabilitation in this case.

**RELIEF REQUESTED**

12.     Regions  requests relief from the automatic stay to allow Movant to continue the foreclosure on its Mortgages against the Property because of the foregoing default and because there is no equity in the Mortgaged Premises and Regions 's security interest is not adequately protected.

13. Movant respectfully requests this Court enter an Order modifying the automatic stay under section 362 of the bankruptcy code with respect to the Mortgaged Premises so as to permit Regions to foreclose on its mortgage and allow Movant or any other purchaser at Sheriff's Sale to take legal action for enforcement of its right to possession of said premises.

14. Movant has cause to have relief effective immediately and such relief should not be subject to the ten (10) day period set forth in Bankruptcy Rule 4001(a)(3), as Movant will incur substantial additional costs and expenses by the imposition of said ten (10) day period.

**WHEREFORE**, Regions prays that the Court will terminate the automatic stay of 11 U.S.C. §362(a) with respect to the Mortgaged Premises as to allow Movant to foreclose on its Mortgage against the Property; and permit Movant to name the Debtor as a defendant in its foreclosure action and enter a judgment accordingly.

MATTLEMAN, WEINROTH & MILLER, P.C.

Dated: *4/4/08*        _/s/ Adam R. Elgart__
Adam R. Elgart, Esquire, I.D. No. 3372
John G. Mulford, Esquire, I.D. No. 0168
200 Continental Drive
Suite 215
Newark, DE 19713
(302) 731-8349
Attorney for the Movant