# EXHIBIT "C"

COMMITMENT FOR TITLE INSURANCE
ISSUED BY



### FIRST AMERICAN TITLE INSURANCE COMPANY

185 Asylum Street, City Place II, Hartford, CT
Phone (860) 727-9908

FIRST AMERICAN TITLE INSURANCE COMPANY, herein called the Company, for valuable consideration, hereby commits to issue its policy or policies of title insurance, in favor of the proposed insured named in Schedule A, as owner or mortgagee of the estate or interest covered hereby in the land described or referred to in Schedule A, upon payment of the premiums and charges therefor; all subject to the provisions of Schedules A and B. This commitment shall be effective only when the identity of the proposed insured and the amount of the policy or policies committed for have been inserted in Schedule A hereof by the Company or its agent, either at the time of the issuance of this Commitment or by subsequent endorsement. This Commitment is preliminary to the issuance of such policy or policies of title insurance and all liabilities and obligations hereunder shall cease and terminate six (6) months after the effective date hereof or when the policy or policies committed for shall issue, whichever first occurs, provided that the failure to issue such policy or policies is not the fault of the Company, and the Company's liability shall be limited to the terms of its policy.

### SCHEDULE A

ORDER NO. HART1369285

ISSUED TO Keith Shaw
ATTN    Cindy          CLIENT NAME OR FILE NO.    Cirifalco

OWNER'S POLICY
INSURING _____  $ _____

LOAN POLICY
INSURING _____  $ _____

ENDORSEMENTS     Variable         Secondary Market Affirmative
                 Rate             Coverage
                                  Condominium      Other
                 Environmental

EFFECTIVE DATE: July 8, 2005 to September 25, 2007 at 8 AM

TITLE VESTED IN: Anselmo Cirifalco

THE LAND REFERRED TO IN THIS COMMITMENT IS LOCATED AT:
7 Rose Lane, Westport and Norwalk.

AND IS FURTHER DESCRIBED IN SCHEDULE A (DESCRIPTION) ATTACHED, AND IS SUBJECT TO THE MATTERS APPEARING IN SCHEDULE B ATTACHED.

FIRST AMERICAN TITLE INSURANCE COMPANY

By: *[signature]*

Duly Authorized

1

# SCHEDULE A
# DESCRIPTION

The premises situated partly in the Town of Norwalk, County of Fairfield and State of Connecticut, and partly in said Town of Westport, in quantity 1.01 acres, more or less, and shown and designated as Lot No. 3 on Map #4107, which map is on file in the Westport Town Clerk's Office, and bounded:

NORTHERLY: in part by land now or formerly of Boots Aircraft, Inc., and in part by land now or formerly of Rupert and May Conrad, 201.03 feet;

EASTERLY: by land now or formerly of Rupert and Mary Conrad, 168.69 feet;

SOUTHERLY: 25.00 feet and again, EASTERLY 60.02 feet by a private road;

SOUTHERLY AGAIN: by Lot No. 2 being land now or formerly of Rose Fiorilla, 171.41 feet;

WESTERLY: by land now or formerly of Boots Aircraft, Inc., 225.21 feet.

Together with the right, in common with others, to use said private road as shown on said map for any and all lawful purposes as if it were a public highway, including the right to locate public utility services thereon.

2

Schedule B - Exceptions

File No: HART1369285

Provided that document (s) creating the estate (s) or interest (s) to be insured are properly executed and duly recorded, the Company will issue polices of title insurance containing the following exceptions, unless said exceptions are eliminated by the Company or by an agent acting on behalf of the Company.

1. Rights of tenants and parties in possession.

2. Any state of facts which an accurate survey of personal inspection of the premises would disclose.

3. Any lien, or right to lien, for services, labor or materials previously or hereafter furnished, imposed by law and not shown by the public record.

4. Defects, liens, encumbrances, adverse claims or other matters, if any, created, first appearing in the public record or attaching subsequent to the effective date hereof but prior to the date the proposed insured acquires of record, for value, the estate or interest or mortgage thereon covered by the Commitment.

5. The Company or its agent may make other requirements or exceptions upon review of the proposed documents creating the estate or interest to be insured or otherwise ascertaining details of the insured transaction.

6. Real Estate Taxes to the Town/City of Westport on the List of October 1, 2006 due and payable quarterly.
   Total taxes: $5,331.36, two quarters paid.
   Assessment: $388,300.00      List No.: 09581
   Map A13    Lot 4             Sewer Use: None

   Real Estate Taxes to the City of Norwalk on the List of October 1, 2006 due and payable semi-annually.
   Total Taxes: $6,230.08, delinquent. Taxes on the Grand List of October 1, 2005 delinquent. See lien below.
   Assessment: $294,525.00      List No.: 219755
   District 5 Map 19NE Block 31 Lot 25   Sewer Use: None

7. Facts on Map No.: 4107 (Westport).

8. Together with the right, in common with others, to use said private road as shown on said map for any and all lawful purposes as if it were a public highway, including the right to locate public utility services thereon.

9. Effects, if any, of a Right of Way described in a deed from Thomas C. Hanford and others to Ambrose W. Goodsell, dated January 23, 1841 and recorded in Volume 3 at Page 41 of the Westport Land Records.

3

10. A Grant from Mrs. J. H. Bates and Miss S. F. Goodsell to the American Telephone and Telegraph Company dated July 24, 1905 and recorded in Volume 24 at Page 437 of the Westport Land Records.

11. Grants in favor of the Connecticut Light and Power Company as set forth in deeds recorded in Volume 142 at Page 210 and Volume 168 at Page 596 as affected by an instrument recorded in Volume 1012 at Page 299 of the Westport Land Records in favor of Yankee Gas Services Company.

12. The effect, if any, of a Right of Way Agreement to Aquarion Water Company of Connecticut dated February 7, 2003 and recorded August 14, 2003 in Volume 2266 at Page 343 of the Westport Land Records.

13. Rights of others in and to the use of the Private Road as shown on said Westport Town Clerk Map #4107.

14. Mortgage from CRC Real Estate Development, LLC in favor of Fairfield County Bank in the amount of $1,877,000.00 dated July 6, 2005 and recorded July 8, 2005 in Volume 2571 at Page 258 of the Westport Land Records and in Volume 5873 at Page 207 of the Norwalk Land Records. Assignment to Ridgefield Bank Mortgage Corporation dated July 6, 2005 and recorded July 8, 2005 in Volume 2571 at Page 275 of the Westport Land Records and in Volume 5873 at Page 224 of the Norwalk Land Records.

15. Mortgage from CRC Real Estate Development, LLC in favor of Hugma. Company, Inc. in the amount of $78,698.32 dated November 1, 2006 and recorded November 7, 2006 in Volume 2739 at Page 88 of the Westport Land Records. Not recorded on the Norwalk Land Records.

16. Mechanic's Lien by All Stone Work Building Design against CRC Real Estate Development, LLC in the amount of $13,000.00 dated December 8, 2006 and recorded December 15, 2006 in Volume 6400 Page 78 of the Norwalk Land Records. Not recorded on Westport Land Records.

17. Agreement of Sale between CRC Real Estate Development, LLC and Rana Dutta dated June 22, 2005 and recorded January 12, 2007 in Volume 2760 at Page 16 of the Westport Land Records. Not recorded on the Norwalk Land Records.

18. Mechanic's Lien by New England Stair Company, Inc. against CRC Real Estate Development Company, LLC in the amount of $8,000.23 dated February 1, 2007 and recorded February 5, 2007 in Volume 2766 at Page 218 of the Westport Land Records and in Volume 6445 at Page 305 of the Norwalk Land Records.

19. Mortgage from Anselmo Cirifalco in favor of MERS, Inc., as nominee for American Brokers Conduit in the amount of $2,000,000.00 dated March 2, 2007 and recorded March 16, 2007 in Volume 2778 at Page 1 of the Westport Land Records and in Volume 6476 at Page 133 of the Norwalk Land Records.

20. Mortgage from Anselmo Cirifalco in favor of MERS, Inc., as nominee for American Brokers Conduit in the amount of $500,000.00

dated March 2, 2007 and recorded March 16, 2007 in Volume 2778 at Page 24 of the Westport Land Records and in Volume 6476 at Page 156 of the Norwalk Land Records.

21. Certificate Continuing Real Estate Tax Lien against CRC Real Estate Development, LLC for the Grand List of October 1, 2005 in the amount of $2,632.56 dated April 26, 2007 and recorded April 27, 2007 in Volume 6518 at Page 96 of the Norwalk Land Records.

22. Judgment Lien by Peter Zaffina against Anselmo Cirifalco in the amount of $10,953.52 damages and $222.90 costs of suit dated May 21, 2007 and recorded May 22, 2007 in Volume 2800 at Page 334 of the Westport Land Records and in Volume 6543 at Page 219 of the Norwalk Land Records.

END OF ENCUMBRANCES

5

## 24 MONTH CHAIN OF TITLE

1. Warranty Deed from Diane McGarry and Frances M. McCabe to CRC Real Estate Development, LLC dated May 18, 2005 and recorded July 8, 2005 in Volume 2571 at Page 256 of the Westport Land Records and in Volume 5873 at Page 205 of the Norwalk Land Records.

2. Quit Claim Deed from CRC Real Estate Development, LLC to Anselmo Cirifalco dated March 2, 2007 and recorded March 16, 2007 in Volume 2777 at Page 349 of the Westport Land Records and in Volume 6476 at Page 132 of the Norwalk Land Records.