# EXHIBIT "D"

| Address: | 7 Rose Ln WESTPORT CT 06880 | | | | | |
|---|---|---|---|---|---|---|
| Borrower Name: | ANSELMO CIRFALCO | | Inspection Date: | 12/13/2007 | Delivery Date: | 12/17/2007 |
| Loan Number: | 1896018186 | APN: unknown | Property ID: | 1885528 | Order ID: | 371922 |

| Order Tracking ID: 1896018186 | Tracking ID 1: 1896018186 | Tracking ID 2: n/a | Tracking ID 3: n/a |
|---|---|---|---|

### I. General Conditions

| Property Type: | SFR |
|---|---|
| Occupancy: | Vacant   (Secure? Yes)   Doors and windows appear to be locked. |
| Property Condition: | Excellent |
| Condition Comments: | Subject property is new construction and is in excellent condition. Driveway is not paved. |

HOA? No

### II. Subject Sales & Listing History

Current Listing Status: Subject is currently listed.

| Date Listed | Date Sold | List Price | Sale Price | Notes |
|---|---|---|---|---|
| 06/12/2007 | | $ 2,695,000 | $ 0 | Under Deposit as of 11/3/07 |
| 04/06/2007 | | $ 2,895,000 | $ 0 | Listing Cancelled 6/7/07 |
| 03/12/2007 | | $ 3,200,000 | $ 0 | Listing Expired on 4/6/07 |

### III. Neighborhood & Market Data

| Location Type: | Suburban | Local Economy Is: Stable |
|---|---|---|
| Sales Price in this Neighborhood: | Low : $650,000   High :$3,730,000 | |
| Market for this type of property has: | remained Stable in the past 6 months. | |
| Normal Marketing Days: | <180 | |
| Neighborhood Comments: | Home is on Norwalk – Westport town line (subject property spans town lines). Neighborhood is well established with multi-million dollar homes and a few minutes away from shopping and major highway. | |

### IV. Current Listings

| | Subject | Listing #1 | Listing #2 * | Listing #3 |
|---|---|---|---|---|
| Street Address | 7 Rose Ln | 42 Park Ln | 10 Northgate | 3 Tulip Ln |
| | WESTPORT, CT | WESTPORT, CT | WESTPORT, CT | WESTPORT, CT |
| Zip Code | 06880 | 06880 | 06880 | 06880 |
| Datasource | MLS | MLS | MLS | MLS |
| Miles to Subj. [2] | | 2.45 [1] | 2.18 [1] | 3.05 [1] |
| List Price $ | $ 2,695,000 | $2,095,000 | $2,099,000 | $2,450,000 |
| Days on Mkt. | | 163 | 216 | 66 |
| Age | 0 | 0 | 0 | 0 |
| Condition | Excellent | Excellent | Excellent | Excellent |
| Style/Design | 2 Stories Colonial | 2 Stories Colonial | 2 Stories Colonial | 2 Stories Colonial |
| # Units | 1 | 1 | 1 | 1 |
| Living Sq. Feet | 7000 | 6000 | 6690 | 6000 |
| Bdrm/F Bths/½ Bths | 5/5/2 | 5/4/2 | 5/4/2 | 5/5/2 |
| Total Room # | 14 | 11 | 12 | 13 |
| Garage Style/Stalls | Attached 3 Car(s) | Attached 2 Car(s) | Attached 3 Car(s) | Attached 3 Car(s) |
| Basement (Yes/No) | Yes | Yes | Yes | Yes |
| Basement (% Fin) | 35% | 35% | 35% | 35% |
| Pool/Spa | | | | |
| Lot Size | 1.01 Ac. | .64 Ac. | 1 Ac. | 1.70 Ac. |
| Other | | | | |

* Listing #2 is the most comparable listing to the subject.

Comments (why the comparable listing is superior or inferior to the subject).

Listing #1: Listing #1 is inferior due to smaller living space, smaller garage, smaller lot size, and fewer bathrooms.

Listing #2: Listing #2 is very comparable to the subject property.

Listing #3: Listing #3 is superior due to the lot size.

[1] Comp's "Miles to Subject" was calc'd by the system.   [2] Comp's "Miles to Subject" provided by Broker.   [3] Subject $/ft based upon as-is sale price.

1

### V. Recent Sales

|  | Subject | Sold #1 | Sold #2 | Sold #3 * |
|---|---|---|---|---|
| Street Address | 7 Rose Ln | 2A Woodhill Rd | 15 Rices Ln | 5 Windy Hill Rd |
|  | WESTPORT, CT | WESTPORT, CT | WESTPORT, CT | WESTPORT, CT |
| Zip Code | 06880 | 06880 | 06880 | 06880 |
| Datasource | MLS | MLS | MLS | MLS |
| Miles to Subj. [2] |  | 4.79 [1] | 0.68 [1] | 2.66 [1] |
| List Price $ | $ 2,695,000 | $2,195,000 | $2,699,000 | $2,798,000 |
| Sale Price $ | $ | $2,100,000 | $2,660,000 | $2,750,000 |
| Type of Financing |  | Conventional | Conventional | Conventional |
| Date of Sale |  | 9/24/2007 | 9/28/2007 | 8/21/2007 |
| Days on Mkt. |  | 180 | 104 | 152 |
| Age (# of Years) | 0 | 0 | 0 | 0 |
| Condition | Excellent | Excellent | Excellent | Excellent |
| Style/Design | 2 Stories Colonial | 2 Stories Colonial | 2 Stories Colonial | 2 Stories Colonial |
| # Units | 1 | 1 | 1 | 1 |
| Living Sq. Feet | 7000 | 6100 | 6760 | 6600 |
| Bdrm/F Bths/½ Bths | 5/5/2 | 5/4/2 | 5/4/3 | 6/5/2 |
| Total Room # | 14 | 12 | 14 | 13 |
| Garage Style/Stalls | Attached 3 Car(s) | Attached 2 Car(s) | Attached 3 Car(s) | Attached 3 Car(s) |
| Basement (Yes/No) | Yes | Yes | Yes | Yes |
| Basement (% Fin) | 35% | 65% | 60% | 40% |
| Pool/Spa |  |  |  |  |
| Lot Size | 1.01 Ac. | .5 Ac. | 1.58 Ac. | 1.01 Ac. |
| Other |  |  |  |  |
| Adjustment $+/− (See notes below) |  | +$350,000 | −$250,000 | −$350,000 |
| Adjusted Value |  | $2,450,000 | $2,410,000 | $2,400,000 |

* recent sale #3 is the most comparable Sale to the subject.

Reasons for Adjustments (Why the comparable is superior or inferior to the subject.)
Sold #1: Sold #1 is inferior due to smaller living space, smaller garage, smaller lot size, and fewer bathrooms.
Sold #2: Sold #2 is superior due to larger lot size.
Sold #3: Sold #3 is superior due to downtown Westport location and extra bedroom.

[1] Comp's "Miles to Subject" was calc'd by the system.    [2] Comp's "Miles to Subject" provided by Broker.    [3] Subject $/ft based upon As-Is Value.

### VI. Marketing Strategy

|  | "As−is" Value | "Repaired" Value | Comments Regarding Pricing Strategy: |
|---|---|---|---|
| Suggested List Price: | $2,425,000 | $2,425,000 | Pricing was based on prices of comparable listed and sold properties and rising inventory of new construction listings in area. |
| Sale Price: | $2,400,000 | $2,400,000 |  |
| * Clear Capital Reviewer's Value Opinion: | $2,400,000 | $2,400,000 |  |

*Please see Clear Capital Quality Assurance Comments Addendum

### VII. Clear Capital Quality Assurance Comments Addendum

|  | "As−Is" Value | "Repaired" Value | Reviewer Notes: |
|---|---|---|---|
| Reviewer's Value Opinion: | $2,400,000 | $2,400,000 | The reviewer concurs with the broker's value conclusion. Listings and resales are reasonably current, physically similar and geographically proximate. Value conclusion appears to be adequately supported. |

2

| VIII. Repair Addendum | | |
|---|---|---|
| Estimated work to put the subject into "Repaired" condition (following FHA guidelines) | | |
| Category | Comments | Estimated Cost |
| Exterior Paint | | |
| Siding/Trim Repair | | |
| Exterior Doors | | |
| Windows | | |
| Garage | | |
| Roof/Gutters | | |
| Foundation | | |
| Fencing | | |
| Trashout/Landscaping | | |
| Pool | | |
| Other | Pave driveway | |
| Other | | |
| | **Estimated Exterior Repairs:** | $0 |
| Interior Paint | | |
| Wall &Ceiling Prep. | | |
| Carpet | | |
| Vinyl | | |
| Electrical System | | |
| Kitchen | | |
| cont. | | |
| Bathroom #1 | | |
| Bathroom #2 | | |
| Doors | | |
| Heating – A/C | | |
| Cleaning | | |
| Other | | |
| Other | | |
| Other | | |
| Other | | |
| Other | | |
| Other | | |
| | **Estimated Interior Repairs:** | $0 |
| | **Total Estimated Repairs:** | |

ClearMaps Addendum

Subject Property: 7 Rose Ln, WESTPORT, CT 06880



| Listing/Sale | Address | Dist. to Subject | Mapping Accuracy |
|---|---|---|---|
| Subject | 7 Rose Ln, WESTPORT, CT 06880 | | Exact Street Address |
| Current Listing 1 | 42 Park Ln, WESTPORT, CT 06880 | 2.45 Miles ¹ | Exact Street Address |
| Current Listing 2 | 10 Northgate, WESTPORT, CT 06880 | 2.18 Miles ¹ | Exact Street Address |
| Current Listing 3 | 3 Tulip Ln, WESTPORT, CT 06880 | 3.05 Miles ¹ | Exact Street Address |
| Recent Sale 4 | 2A Woodhill Rd, WESTPORT, CT 06880 | 4.79 Miles ¹ | Exact Street Address |
| Recent Sale 5 | 15 Rices Ln, WESTPORT, CT 06880 | 0.68 Miles ¹ | Exact Street Address |
| Recent Sale 6 | 5 Windy Hill Rd, WESTPORT, CT 06880 | 2.66 Miles ¹ | Exact Street Address |

\* Comparables in *italics* are not included in the ClearMap due to distance and/or ability to be GeoCoded.
¹ The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
² The Comparable "Distance from Subject" value has been provided by the broker.

© 2007 ClearCapital.com, Inc. web2.20071217.113956.FORMV27