**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **American Home Mortgage Holdings, Inc. et al.** | ) | Case No. 07-11047 |
| | ) | |
| Debtor. | ) | Honorable Christopher S. Sontchi |
| | ) | Jointly Administered |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**AND NOW**, this       day of                  , 2008, upon consideration of Regions Bank dba Regions Mortgage, (Movant) Motion for Relief from Stay, due notice having been served, and in consideration of any opposition or objection, this Court having jurisdiction over the parties and subject matter and being fully advised in the premises:

**IT IS HEREBY ORDERED THAT**:

1. The automatic stay of 11 U.S. C. §362(a) is hereby terminated to allow Regions Bank dba Regions Mortgage, its successors and/or assigns, to pursue its state court remedies to foreclose upon and take to a Sheriff's Sale, the following property:

    a.    7 Rose Lane,
          Westport, Connecticut 06880

2. The relief granted by this Order shall be effective immediately and shall not be subject to Bankruptcy Rule 401(a)(3).

BY THE COURT:

_____
Honorable Christopher S. Sontchi
UNITED STATES BANKRUPTCY JUDGE