EXHIBIT "A"

## AMERICAN HOME MORTGAGE
### Time Summary
#### February 1, 2008 to February 29, 2008

| Professional | Category | Hours | Rate | Amount |
|---|---|---|---|---|
| DAVID E BERLINER | PARTNER | 82.3 | 575.00 | $47,322.50 |
| MICHELE MICHAELIS | SENIOR MANAGER | 135.3 | 350.00 | 47,355.00 |
| KATE MATSON | SENIOR | 6.0 | 235.00 | 1,410.00 |
| SHANTE WILLIAMS | SENIOR | 2.2 | 235.00 | 517.00 |
| NAUSHON E VANDERHOOP | SENIOR | 6.4 | 185.00 | 1,184.00 |
| MATTHEW J STEWART | STAFF | 34.8 | 185.00 | 6,438.00 |
| KEVIN REINLE | STAFF | 85.8 | 175.00 | 15,015.00 |
| MIGDALIA MUFTUOGLU | PARA-PROF. | 4.8 | 150.00 | 720.00 |
| | SUBTOTAL: | 357.6 | | 119,961.50 |
| *Travel Time (Billed at ½ rate)* | | | | |
| DAVID E BERLINER | PARTNER | 4.0 | 287.50 | 1,150.00 |
| MICHELE MICHAELIS | SENIOR MANAGER | 3.7 | 175.00 | 647.50 |
| | SUBTOTAL: | 7.7 | | 1,797.50 |
| | **TOTAL:** | **365.3** | | **$121,759.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

---

### A.    ACCOUNTS PAYABLE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/8/2008 | M.M. | Reviewed New Century information for similar claims calculations. | 1.2 |
| 2/11/2008 | K.R. | Reviewed claims register and duplicate claims schedule and created a summary schedule by entity and additional questions that we have regarding the information received. | 3.5 |
| 2/14/2008 | K.R. | Discussion with M. Michaelis re: claims report and open issues. | 0.9 |
| 2/14/2008 | K.R. | Created a table for each of the Debtors' accounts with the amount swept in a certain time span and the remaining balances as of 12/31/07. | 3.3 |
| 2/14/2008 | M.M. | Reviewed claims issues. | 1.1 |
| 2/18/2008 | M.M. | Reviewed claims summary. | 1.1 |
| 2/21/2008 | M.M. | Reviewed lease rejection information received. | 0.8 |
| 2/21/2008 | M.M. | Reviewed BofA updated balance and prepared summary schedule. | 1.6 |
| | | **TOTAL:** | **13.5** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## A.   ACCOUNTS PAYABLE

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 5.8 | 350.00 | 2,030.00 |
| K. REINLE (K.R.) | 7.7 | 175.00 | 1,347.50 |
| **TOTAL:** | **13.5** | | **3,377.50** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## B.    INSIDER PREFERENCES

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/21/2008 | M.S. | Reviewed dividend schedule provided by the Debtor. | 0.2 |
| 2/22/2008 | D.B. | Reviewed analysis from Kroll of dividends paid to current and former insiders in 12 months preceding bankruptcy filing. | 0.2 |
| | | **TOTAL:** | **0.4** |

## INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 0.2 | 575.00 | 115.00 |
| M. STEWART (M.S.) | 0.2 | 185.00 | 37.00 |
| **TOTAL:** | **0.4** | | **152.00** |

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## C.    LITIGATION CONSULTING

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/4/2008 | D.B. | Reviewed emergency motion of Waldner's to compel AHM to comply with settlement and related issues. | 0.2 |
| 2/11/2008 | M.M. | Prepared summary for counsel for settlement discussions with BofA. | 0.9 |
| 2/12/2008 | D.B. | Reviewed draft complaint versus Deutche Bank, Bank of NY, BofA and Caylon re: release of estate funds. | 0.9 |
| 2/12/2008 | D.B. | Reviewed various objections filed re: AHM supplemental motion to abandon and destroy duplicate files. | 0.7 |
| 2/14/2008 | D.B. | Reviewed Motion to Approve 3rd stipulation with ABN re: post-petition advances, servicing payments and mortgage loan refinancings and supporting bonus schedules. | 0.7 |
| 2/21/2008 | D.B. | Reviewed analysis of BofA potential causes of action and amount due to BofA. | 0.4 |
| 2/26/2008 | D.B. | Reviewed motion of BofA for relief from automatic stay to sell or dispose of the mortgage loans and notice. | 0.4 |
| 2/28/2008 | D.B. | Reviewed amended agenda for 2/28/08 court hearing and AHM Motion approving stipulation with current and former directors and officers to enforce insurance policy in favor of insured persons. | 0.3 |
| | | **TOTAL:** | **4.5** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 3.6 | 575.00 | 2,070.00 |
| M. MICHAELIS (M.M.) | 0.9 | 350.00 | 315.00 |
| **TOTAL:** | **4.5** | | **2,385.00** |

## C.   LITIGATION CONSULTING

**INDIVIDUAL TOTALS**

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## D.    ASSET SALE/AUCTION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/4/2008 | M.M. | Reviewed construction loan information received. | 0.2 |
| 2/4/2008 | M.M. | Reviewed most recent asset recovery schedule versus employee bonus schedule. | 1.2 |
| 2/6/2008 | D.B. | Reviewed and revised report for sale of 424 non-performing loans with UPB of $152 million and revised time line. | 0.4 |
| 2/7/2008 | M.M. | Reviewed information related to delinquent loans and BofA issues. | 2.1 |
| 2/8/2008 | D.B. | Reviewed bids received for delinquent loan pools and discussed with M. Michaelis. | 0.9 |
| 2/8/2008 | M.M. | Updated BofA proposal for counsel. | 1.2 |
| 2/8/2008 | M.M. | Reviewed ABN- construction loan and related questions. | 1.4 |
| 2/8/2008 | M.M. | Discussion with D. Berliner re: upcoming settlement talks; construction loans and reviewed memo regarding  meeting with counsel. | 0.9 |
| 2/8/2008 | M.M. | Prepared summary of bids on delinquent loans. | 0.9 |
| 2/8/2008 | M.M. | Reviewed delinquent loan bids. | 1.1 |
| 2/11/2008 | D.B. | Reviewed additional bids received for delinquent loan auction and BDO summary schedule. | 0.4 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## D.    ASSET SALE/AUCTION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/11/2008 | M.M. | Discussion with D. Berliner re: delinquent loans, BofA and open issues. | 0.4 |
| 2/12/2008 | D.B. | Reviewed summary of bid qualifications for 19 bidders for delinquent loan bids. | 0.4 |
| 2/12/2008 | K.R. | Compared each construction loan from new format to the old format in order to create an appropriate schedule to compare to prior week schedules. | 2.4 |
| 2/12/2008 | K.R. | Created new schedule for construction loan pools based on the new information of the reports received. | 2.5 |
| 2/12/2008 | K.R. | Reviewed new construction loan data received. | 0.9 |
| 2/12/2008 | M.M. | Prepared summary of delinquent loans and review of bid information received. | 1.3 |
| 2/12/2008 | M.M. | Reviewed new construction loan related data. | 0.8 |
| 2/12/2008 | M.M. | Review and discussion related to BofA. | 0.9 |
| 2/12/2008 | M.S. | Reviewed construction loan update. | 0.4 |
| 2/13/2008 | K.R. | Reviewed construction loan data received and created a recovery outlook scenario for the construction loans and prepared an exhibit for the upcoming report. | 3.8 |
| 2/13/2008 | M.M. | Reviewed information on prposed Dovebid auction of fixed assets. | 0.6 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## D.    ASSET SALE/AUCTION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/13/2008 | M.M. | Reviewed information on ABN loan pools. | 0.7 |
| 2/14/2008 | M.M. | Reviewed additional Dovebid auction information. | 0.7 |
| 2/15/2008 | D.B. | Reviewed AHM schedule of Estimated Asset Sales & Recovery for 2/08-6/08. | 0.2 |
| 2/21/2008 | D.B. | Reviewed lease rejection computation re: IndyMac leases and discussed settlement with J. Nelligan (Milestone) and M. Taylor (Kroll). | 0.7 |
| 2/21/2008 | D.B. | Reviewed draft Escrow Agreement, amended Asset Purchase Agreement, Assignment and Assumption Agreement and Closing Statement re: IndyMac settlement proposal. | 1.2 |
| 2/21/2008 | M.M. | Reviewed information on individual Debtor recoveries. | 1.2 |
| 2/27/2008 | D.B. | Reviewed schedules from Kroll and Milestone re: IndyMac lease issues and WL Ross offer. | 0.6 |
| 2/28/2008 | D.B. | Reviewed 2/5/08 Draft of Stock Purchase Agreement for AH Bank. | 0.6 |
| 2/29/2008 | D.B. | Reviewed draft of order re: sale of JPM non-performing loans. | 0.2 |
| | | **TOTAL:** | **31.2** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

### D.    ASSET SALE/AUCTION

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 5.6 | 575.00 | 3,220.00 |
| M. MICHAELIS (M.M.) | 15.6 | 350.00 | 5,460.00 |
| M. STEWART (M.S.) | 0.4 | 185.00 | 74.00 |
| K. REINLE (K.R.) | 9.6 | 175.00 | 1,680.00 |
| **TOTAL:** | **31.2** | | **10,434.00** |

# AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## E.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/1/2008 | D.B. | Telephone call with K. Nystrom re: employee schedule and incentive bonus proposal. | 1.1 |
| 2/1/2008 | D.B. | Reviewed draft questions for Debtor re: BDO review of September 2007 MORs and prepared comments for M. Michaelis. | 0.5 |
| 2/1/2008 | M.M. | Edited MOR information requests for AHM. | 0.7 |
| 2/1/2008 | M.M. | Call with K. Nystrom re: new bonus plan. | 1.1 |
| 2/1/2008 | M.M. | Correspondence with Debtor re: open issues on MOR, Schedule G, budgets and bonuses. | 0.9 |
| 2/5/2008 | M.M. | Reviewed correspondence with and from Debtor. | 0.4 |
| 2/6/2008 | M.M. | Discussion with Debtor re: open issues. | 0.4 |
| 2/7/2008 | M.M. | Discussion of ABN proposal with B. Semple. | 0.3 |
| 2/8/2008 | D.B. | Met with Young Conaway and Hahn & Hessen re: miscellaneous case issues and plan of liquidation issues. | 2.8 |
| 2/11/2008 | D.B. | Reviewed emails from Debtor and prepared draft letter from ABN counsel and schedule of proposed CTP Group performance bonus proposal. | 0.4 |
| 2/11/2008 | D.B. | Conference call with Debtor and all professionals re: review and analysis of indicative bids received for delinquent loans. | 0.9 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## E.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/11/2008 | M.M. | Conference call with YC, H&H and Debtor re: delinquent loan pool sales. | 0.9 |
| 2/11/2008 | M.M. | Prepared for call with YC and Kroll. | 0.4 |
| 2/12/2008 | D.B. | Conference call with Debtor and professionals re: delinquent loan bids. | 0.8 |
| 2/12/2008 | K.R. | E-mails back and forth to M. Michaelis and C. Bonilla regarding KERP allocations. | 0.6 |
| 2/12/2008 | M.M. | Conference call with Committee and Debtor re: delinquent loan pools. | 0.8 |
| 2/12/2008 | M.S. | Correspondence with R. Semple and M. Michaelis regarding construction loans. | 0.2 |
| 2/13/2008 | D.B. | Emails with Kroll re: questions on DoveBid auction, construction loans and other issues and discussed open items with M. Michaelis. | 0.4 |
| 2/13/2008 | D.B. | Conference call with Debtor and professionals re: additional delinquent loan bid issues. | 0.8 |
| 2/13/2008 | D.B. | Various emails with Debtor and M. Powers re: delinquent loan bid issues. | 0.3 |
| 2/13/2008 | M.M. | Discussions with C. Bonilla regarding headcount. | 0.8 |
| 2/13/2008 | M.M. | Discussion with B. Semple regarding Dovebid auction. | 0.6 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2008 to February 29, 2008**

### E.   MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/13/2008 | M.M. | Conference call with Debtor and Counsel re: delinquent loans. | 0.9 |
| 2/14/2008 | D.B. | Telephone call and emails with B. Semple re: construction loan concessions, information needed by BDO for various items and answers to questions on DoveBid auction. | 0.9 |
| 2/14/2008 | M.M. | Call with Debtor re: substantive consolidation, MORs and other open issues needing to be addressed. | 0.6 |
| 2/18/2008 | M.M. | Reviewed correspondence related to 2/20 visit to AHM office. | 0.3 |
| 2/19/2008 | D.B. | Emails with Kroll re: meeting in Melville 2/20/08; discussed phone conversation with K. Nystrom with M. Michaelis. | 0.4 |
| 2/19/2008 | M.M. | Prepared for meeting at company on 2/20. | 1.8 |
| 2/19/2008 | M.M. | Discussion with K. Nystrom re: open issues, Kroll fees and incentive plan. | 0.9 |
| 2/20/2008 | D.B. | Conference call with Milestone re: proposed resolutions of IndyMac office issue. | 0.3 |
| 2/20/2008 | D.B. | Met with various Kroll personnel re: BofA issues, substantive consolidation issues and various other case issues. | 2.1 |
| 2/20/2008 | D.B. | Met with B. Johnson, M. Taylor and B. Fernandez re: loan recovery issues. | 1.2 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

### E.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/20/2008 | M.M. | Conference call with D. Berliner and Milestone re: proposed resolutions of Indy Mac office issue. | 0.3 |
| 2/20/2008 | M.M. | Met with Kroll and D. Berliner at Melville offices of AHM re: BofA, substantive consolidation, asset recovery, etc. | 5.1 |
| 2/21/2008 | D.B. | Telephone calls and emails with Kroll re: construction loan concession and 2/22 meeting at Kroll's offices. | 0.2 |
| 2/21/2008 | M.M. | Correspondence with Kroll re: open issues on incentive plan and BofA balance. | 0.6 |
| 2/21/2008 | M.M. | Prepared for meeting with Kroll on 2/22. | 0.4 |
| 2/22/2008 | D.B. | Planned for and attended meeting of professionals at Kroll with YCST and Hahn & Hessen. | 3.9 |
| 2/22/2008 | D.B. | Met with S. Cooper and M. Indelicato re: case issues. | 0.3 |
| 2/22/2008 | M.M. | Met at Kroll with Counsel, Kroll and YC to discuss BofA and other asset recovery issues. | 4.2 |
| 2/26/2008 | M.M. | Correspondence with Debtor/Kroll re: substantive consolidation information needed. | 0.4 |
| 2/26/2008 | M.M. | Edited information request from Kroll. | 1.1 |
| 2/26/2008 | M.S. | Prepared documents and items needed for visit to Debtors' facility. | 0.7 |

## AMERICAN HOME MORTGAGE

## RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## E.   MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/27/2008 | D.B. | Telephone call with M. Taylor and B. Fernandez re: IndyMac lease issues and AM Bank. | 0.6 |
| 2/27/2008 | D.B. | Conference call with Milestone, Kroll, Blank Rome and Hahn & Hessen re: WL Ross offer for AH Bank and issues. | 1.1 |
| 2/27/2008 | K.R. | Prepared questions for Kroll. | 0.8 |
| 2/27/2008 | K.R. | Met with Kroll regarding assumptions based on recovery model. | 1.5 |
| 2/27/2008 | M.M. | Discussions re: IndyMac lease deal to close on Thursday with D. Berliner and Kroll. | 1.1 |
| 2/27/2008 | M.M. | Met with Kroll and Debtor re: substantive consolidation issues. | 5.2 |
| 2/27/2008 | M.S. | Met with Kroll and Debtor regarding substantive consolidation issues. | 5.2 |
| 2/27/2008 | M.S. | Met with D. Berliner, M. Michaelis and Kroll regarding IndyMac leases. | 1.1 |
| 2/28/2008 | D.B. | E-mails with Kroll re: resolution of IndyMac lease issues, BofA loans and AH Bank. | 0.3 |
| 2/28/2008 | D.B. | Telephone call with M. Taylor re: sale of agency loans. | 0.2 |
| 2/28/2008 | M.M. | Correspondence with Debtor re: agency and bank information. | 0.4 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## E.    MEETINGS - DEBTOR

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/28/2008 | M.M. | Met with D. Berliner re: status of information received and meeting with Kroll on Wednesday. | 0.9 |
| 2/29/2008 | D.B. | Conference call with B. Johnson, M. Taylor and B. Fernandez re: status of negotiations with Countrywide re: Agency Loan Sale. | 0.3 |
| | | **TOTAL:** | **61.4** |

## INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 19.8 | 575.00 | 11,385.00 |
| M. MICHAELIS (M.M.) | 31.5 | 350.00 | 11,025.00 |
| M. STEWART (M.S.) | 7.2 | 185.00 | 1,332.00 |
| K. REINLE (K.R.) | 2.9 | 175.00 | 507.50 |
| **TOTAL:** | **61.4** | | **24,249.50** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## F.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/4/2008 | K.R. | Updated report and report exhibits for revised budget, construction loan pools and headcount updates. | 4.0 |
| 2/4/2008 | M.M. | Determination of report inclusions for Committee call during week. | 0.3 |
| 2/4/2008 | M.M. | Prepared BofA syndicate update portion of memo. | 2.8 |
| 2/4/2008 | M.S. | Assisted K. Reinle with preparation of exhibits for Committee call. | 0.3 |
| 2/5/2008 | D.B. | Met with M. Michaelis re: preparation of report to UCC for 2/7/08 meeting; reviewed initial sections of report and prepared comments. | 1.1 |
| 2/5/2008 | K.R. | Created schedule for updated construction loan pools for report. | 1.9 |
| 2/5/2008 | K.R. | Updated exhibits for report. | 3.1 |
| 2/5/2008 | M.M. | Edited report schedules. | 1.8 |
| 2/5/2008 | M.M. | Edited report memo. | 2.4 |
| 2/5/2008 | M.M. | Discussion with D. Berliner re: status of report information. | 0.4 |
| 2/6/2008 | D.B. | Reviewed draft report to UCC for 2/7/08 meeting and prepared comments and inserts for M. Michaelis. | 2.5 |
| 2/6/2008 | M.M. | Edited report and exhibits. | 3.2 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## F.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/7/2008 | D.B. | Reviewed final draft of BDO report to UCC and provided comments to M. Michaelis. | 0.5 |
| 2/7/2008 | M.M. | Edited report. | 1.1 |
| 2/8/2008 | K.R. | Updated Corporate budget in exhibits to include 2/1/08 data and updated head count tables for report. | 2.4 |
| 2/11/2008 | M.M. | Reviewed and edited current week report and exhibits. | 2.9 |
| 2/12/2008 | K.R. | Updated report exhibits. | 1.2 |
| 2/12/2008 | M.M. | Edited report exhibits. | 1.6 |
| 2/12/2008 | M.M. | Edited report memo. | 2.3 |
| 2/13/2008 | D.B. | Reviewed initial draft of BDO Report to UCC for 2/14 Committee meeting and provided comments to M. Michaelis. | 0.8 |
| 2/13/2008 | K.R. | Discussion with M. Michaelis re: edits/updates to report. | 1.4 |
| 2/13/2008 | K.R. | Created CTP Group Stay/Performance Bonus Proposal schedule for report. | 2.6 |
| 2/13/2008 | M.M. | Updated report notes. | 3.4 |
| 2/13/2008 | M.M. | Discussion with staff re: edits to report. | 1.4 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## F.    REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/14/2008 | D.B. | Reviewed revised draft of BDO Report to UCC for Committee meeting, prepared final comments and prepared for meeting. | 2.8 |
| 2/14/2008 | D.B. | Reviewed revised 2008 headcount schedule from Kroll and updated BDO memo. | 0.4 |
| 2/14/2008 | K.R. | Amended headcount table and exhibits for report. | 1.8 |
| 2/14/2008 | M.M. | Final edits to Committee report. | 1.4 |
| 2/14/2008 | M.S. | Assisted K. Reinle with employee headcount analysis. | 0.4 |
| 2/15/2008 | K.R. | Reviewed payments to BofA within 90 days of 8/6/07 and updated budget forecast for the next report to the Committee. | 1.6 |
| 2/18/2008 | M.M. | Discussion re: MOR for November and October with S. Williams. | 0.8 |
| 2/18/2008 | S.W. | Reviewed schedules provided by M. Michaelis. | 0.3 |
| 2/18/2008 | S.W. | Met with M. Michaelis re: November operating reports. | 0.5 |
| 2/22/2008 | D.B. | Met with M. Michaelis re: work to be done and prepared BDO report to UCC. | 0.4 |
| 2/22/2008 | M.S. | Prepared for Presentation to the Committee. | 3.2 |
| 2/25/2008 | D.B. | Reviewed initial draft of BDO report to UCC and provided comments to M. Michaelis. | 1.1 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## F.   REPORT PREPARATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/25/2008 | M.M. | Prepared report. | 2.2 |
| 2/25/2008 | M.S. | Prepared for Presentation to the Committee. | 1.2 |
| 2/26/2008 | D.B. | Prepared inserts and new sections of BDO Report to UCC for 2/28/08 meeting. | 2.1 |
| 2/26/2008 | M.M. | Edited report and exhibits. | 2.6 |
| 2/27/2008 | D.B. | Edited and prepared additional inserts for BDO Report to UCC for 2/28/08 meeting. | 2.7 |
| 2/27/2008 | M.M. | Reviewed and edited report and exhibits. | 1.1 |
| 2/28/2008 | D.B. | Finalized draft of BDO Report to UCC. | 1.4 |
| | | **TOTAL:** | **73.4** |

## INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 15.8 | 575.00 | 9,085.00 |
| M. MICHAELIS (M.M.) | 31.7 | 350.00 | 11,095.00 |
| S. WILLIAMS (S.W.) | 0.8 | 235.00 | 188.00 |
| M. STEWART (M.S.) | 5.1 | 185.00 | 943.50 |
| K. REINLE (K.R.) | 20.0 | 175.00 | 3,500.00 |
| **TOTAL:** | **73.4** | | **24,811.50** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## G.   MEETINGS OF CREDITORS / TRUSTEE

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/14/2008 | D.B. | Conference call with UCC and presented BDO Report. | 1.0 |
| 2/14/2008 | M.M. | Conference call with Committee. | 0.9 |
| 2/14/2008 | M.M. | Prepared for conference call with Committee. | 0.3 |
| 2/21/2008 | D.B. | Prepared and participated in conference call with UCC and presented BDO report. | 1.1 |
| 2/21/2008 | M.M. | Prepared for call with Committee. | 0.6 |
| 2/21/2008 | M.M. | Conference call with Committee. | 0.8 |
| 2/21/2008 | M.S. | Prepared and assisted M. Michaelis regarding Thursday weekly Committee call. | 1.6 |
| | | **TOTAL:** | **6.3** |

## INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.1 | 575.00 | 1,207.50 |
| M. MICHAELIS (M.M.) | 2.6 | 350.00 | 910.00 |
| M. STEWART (M.S.) | 1.6 | 185.00 | 296.00 |
| **TOTAL:** | **6.3** | | **2,413.50** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/1/2008 | D.B. | Reviewed draft employee termination schedule post 2/1/08 and incentive bonus proposal to prepare for conference call with Kroll. | 0.5 |
| 2/1/2008 | D.B. | Met with M. Michaelis re: work to be done on employee schedule and bonus proposal. | 0.3 |
| 2/1/2008 | K.R. | Reviewed the September MOR's and created a schedule comparing each of the Debtors' entities statement of income, balance sheet, cash receipts and disbursements. | 3.4 |
| 2/1/2008 | K.R. | Discussion with M. Michaelis re: MOR, intercompany accounts and KEIP. | 1.4 |
| 2/1/2008 | K.R. | Reviewed and compared data from the original KEIP incentive plan to the bonus schedule and raised some issues regarding some of the salaries and bonus totals. | 3.3 |
| 2/1/2008 | M.M. | Discussion with K. Reinle re: MOR, intercompany accounts and KEIP. | 1.4 |
| 2/1/2008 | M.M. | Reviewed MOR summary information on subs income prepared by staff. | 0.6 |
| 2/1/2008 | M.M. | Reviewed new bonus information and schedules to be prepared, comparative of other bonus information and thresholds and benchmarks. | 1.3 |
| 2/1/2008 | M.M. | Discussion with D. Berliner re: MORs, bonus and other open items. | 0.3 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/4/2008 | D.B. | Reviewed Kroll schedule re: initial draft of employee budget for 2008 and incentive bonus draft proposal and discussed with M. Michaelis. | 0.8 |
| 2/4/2008 | D.B. | Reviewed news article re: sale of AHM LI building. | 0.1 |
| 2/4/2008 | K.R. | Discussion with M. Michaelis re: employee bonus schedule to be updated. | 0.7 |
| 2/4/2008 | M.M. | Discussion with K. Reinle re: employee bonus schedule to be updated. | 0.7 |
| 2/4/2008 | M.M. | Reviewed employee information summary. | 0.8 |
| 2/4/2008 | M.M. | Reviewed current budget information received. | 0.3 |
| 2/5/2008 | D.B. | Reviewed actual versus budgeted cash flow results for week and 25 weeks ended 1/25/08. | 0.2 |
| 2/5/2008 | K.R. | Discussion with M. Michaelis re: corporate budget and construction loans. | 1.1 |
| 2/5/2008 | M.M. | Discussions with M. Stewart and K. Reinle re: corporate budget and construction loans. | 1.1 |
| 2/6/2008 | D.B. | Reviewed docket report for period 1/31/08-2/5/08. | 0.3 |
| 2/6/2008 | K.R. | Analyzed most recent headcount update and e-mailed Kroll with questions regarding the data provided. | 1.3 |
| 2/7/2008 | K.R. | Reviewed new headcount information. | 0.6 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/7/2008 | M.M. | Reviewed current information received on motions and other issues from Counsel. | 0.4 |
| 2/8/2008 | D.B. | Reviewed list of open items requested and not received from Kroll; met with M. Michaelis to discuss work to be done and next steps; prepared summary of meeting with counsel. | 0.7 |
| 2/8/2008 | D.B. | Reviewed 10 page schedule from C. Bonilla re: revised employee listing for period post 2/1/08. | 0.7 |
| 2/8/2008 | D.B. | Reviewed actual versus budgeted cash flow report for week and 26 weeks ended 2/1/08. | 0.1 |
| 2/11/2008 | K.R. | Reviewed payroll and created schedules of payroll by department and date. | 3.2 |
| 2/11/2008 | K.R. | Discussion with M. Michaelis re: payroll projections, claims and updates to memos. | 1.2 |
| 2/11/2008 | M.M. | Discussion with M. Stewart re: status. | 0.4 |
| 2/11/2008 | M.M. | Reviewed payroll updates. | 0.4 |
| 2/11/2008 | M.M. | Discussion with K. Reinle re: payroll projections, claims and updates to memos. | 1.2 |
| 2/13/2008 | D.B. | Reviewed Discussion Term Sheet for Plan of Liquidation. | 1.3 |
| 2/14/2008 | D.B. | Reviewed discussion term sheet for Plan of Liquidation. | 1.1 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## H.   BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/14/2008 | M.M. | Discussions with D. Berliner re: subs consolidation, BofA and other. | 0.9 |
| 2/14/2008 | M.M. | Discussion with staff of claims report, BofA updates and open issues. | 0.9 |
| 2/15/2008 | D.B. | Reviewed fee application for professionals filed through 2/14/08 and reviewed professional fee Summary Schedule. | 0.5 |
| 2/15/2008 | D.B. | Reviewed docket report for period 2/6/08-2/14/08. | 0.6 |
| 2/15/2008 | D.B. | Reviewed cash flow forecast for 13-week period: 2/8-5/2/08. | 0.8 |
| 2/15/2008 | D.B. | Reviewed AHM motion for order to modify existing procedures for compensation and reimbursement of expenses for foreclosure professionals and brokers for REO properties, AHM supplement to motion authorizing abandonment and destruction of certain duplicate mortgage loan files and US Trustee objection. | 0.3 |
| 2/15/2008 | D.B. | Reviewed MORs for each Debtor for October 2008. | 1.1 |
| 2/15/2008 | D.B. | Reviewed discussion term sheet for plan of liquidation. | 1.2 |
| 2/15/2008 | K.R. | Reviewed the October MOR's and created a schedule comparing each of the Debtors' entities statement of income, balance sheet and cash receipts and disbursements. | 3.1 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/15/2008 | K.R. | Created schedule comparing balance sheet and income statement from each of the October and September MOR's. | 1.9 |
| 2/18/2008 | D.B. | Reviewed actual versus budgeted cash flow results for week and 27 weeks ending 2/8/08. | 0.1 |
| 2/18/2008 | D.B. | Reviewed MORs for each Debtor for November 2008. | 1.2 |
| 2/18/2008 | D.B. | Finished review of discussion term sheet for plan of liquidation. | 1.3 |
| 2/18/2008 | D.B. | Reviewed highlights of joint Chapter 11 plan of liquidation dated 2/2/08 for New Century and compared to AHM term sheet. | 1.5 |
| 2/18/2008 | M.M. | Reviewed current budget. | 0.7 |
| 2/18/2008 | M.M. | Reviewed plan document draft presentation. | 1.4 |
| 2/18/2008 | M.M. | Reviewed current results for 2/8. | 0.8 |
| 2/18/2008 | M.M. | Discussion with staff re: MOR, BofA updates and open issues. | 1.1 |
| 2/18/2008 | S.W. | Reviewed current MOR's from bankruptcy docket for all American Home Entities. | 0.3 |
| 2/18/2008 | S.W. | Created detailed and summary schedule of American Home MOR's filed to date and note variances for review by M. Michaelis. | 1.1 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/19/2008 | D.B. | Reviewed highlights of joint Chapter 11 plan of liquidation dated 2/2/08 for New Century and compared to AHM term sheet. | 1.5 |
| 2/19/2008 | D.B. | Met with M. Michaelis and M. Stewart re: work to be done. | 0.5 |
| 2/19/2008 | M.M. | Reviewed information received on current Schedule G, intercompany, substantive consolidation and other issues. | 2.4 |
| 2/19/2008 | M.S. | Reviewed schedules prepared by K. Reinle. | 0.8 |
| 2/19/2008 | M.S. | Preparation and meeting with M. Michaelis regarding substantive consolidation,and trip to Melville. | 1.3 |
| 2/19/2008 | M.S. | Prepared files for D. Berliner and M. Michaelis for meeting tomorrow at Debtors'. | 0.6 |
| 2/19/2008 | M.S. | Updated Debtors' BofA warehouse collateral recovery schedule. | 0.2 |
| 2/19/2008 | M.S. | Updated analysis schedules created to show alternate scenarios of BofA recovery. | 1.2 |
| 2/19/2008 | M.S. | Organized and collaborated Debtors' schedules. | 0.8 |
| 2/20/2008 | D.B. | Reviewed various schedules provided by Kroll at 2/20 meeting at AHM offices. | 1.6 |
| 2/20/2008 | M.M. | Discussion with D. Berliner re: asset recovery, substantive consolidation and work to be done. | 1.1 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## H.   BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/20/2008 | M.M. | Reviewed documents received from Kroll and prepared summary of BofA loan analysis. | 0.9 |
| 2/20/2008 | M.M. | Reviewed documents received from Kroll re: BofA and prepared summary. | 1.3 |
| 2/20/2008 | M.S. | Collaborated October and November MOR information. | 1.7 |
| 2/20/2008 | M.S. | Correspondence and follow up answers with M. Michaelis regarding MOR and Dovebid auction of FFE. | 0.4 |
| 2/21/2008 | D.B. | Prepared work plan for BDO review and analysis of intercompany accounts and AHM plan to pursue a stand alone plan. | 1.5 |
| 2/21/2008 | M.M. | Discussion with D. Berliner re: substantive consolidation. | 0.6 |
| 2/21/2008 | M.M. | Reviewed substantive consolidation information. | 0.9 |
| 2/21/2008 | M.M. | Discussion with staff re: report to be prepared in upcoming week, meeting with Kroll on 2/27, BofA and substantive consolidation. | 1.1 |
| 2/21/2008 | M.S. | Researched substantive consolidation factors for American Home plan. | 0.6 |
| 2/21/2008 | M.S. | Prepared for and met with M. Michaelis regarding substantive consolidation and monthly operating reports. | 0.6 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## H.   BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/21/2008 | M.S. | Analyzed substantive consolidation due to and due from schedule provided by Debtor with prior documents received in August. | 0.7 |
| 2/22/2008 | D.B. | Reviewed actual versus budgeted cash flow results for week and 28 weeks ending 2/15/08 | 0.1 |
| 2/22/2008 | D.B. | Reviewed docket report for period 2/16-2/21/08. | 0.3 |
| 2/22/2008 | M.M. | Reviewed information and prepared procedures for review of consolidation and intercompany transactions. | 1.6 |
| 2/25/2008 | K.R. | Met with M. Stewart and M. Michaelis re: intercompany transactions and substantive consolidation. | 0.6 |
| 2/25/2008 | M.M. | Discussion with staff re: intercompany transactions and substantive consolidation. | 0.8 |
| 2/25/2008 | M.M. | Prepared procedures to be performed and key points re: substantive consolidation. | 2.3 |
| 2/25/2008 | M.M. | Reviewed rulings, guidelines and affidavits related to substantive consolidation. | 1.7 |
| 2/25/2008 | M.S. | Reviewed Debtors' assumptions for the Substantive Consolidation plan. | 0.7 |
| 2/26/2008 | D.B. | Reviewed docket report for period 2/22 - 2/25/08. | 0.2 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/26/2008 | D.B. | Reviewed information provided by Kroll re: assumptions used for substantive consolidation analysis. | 0.5 |
| 2/26/2008 | D.B. | Met with M. Michaelis and staff re: work to be performed at AHM re: review and analysis of substantive consolidation issues, intercompany accounts and other miscellaneous items. | 0.7 |
| 2/26/2008 | D.B. | Reviewed Debtors' application to employ CB Richard Ellis as real estate broker for Mt. Prospect, IL property and additional supporting materials provided by B. Semple. | 0.8 |
| 2/26/2008 | K.R. | Met with M. Stewart, M. Michaelis and D. Berliner re: visits to Melville and substantive consolidation issues. | 0.7 |
| 2/26/2008 | M.M. | Discussion with D. Berliner and staff re: visits to Melville and substantive consolidation issues. | 0.7 |
| 2/26/2008 | M.M. | Reviewed documents related to areas of concern in substantive consolidation and financial statement previously received. | 1.3 |
| 2/26/2008 | M.S. | Met with D. Berliner, M. Michaelis and K. Reinle regarding substantive consolidation issues and visit to Debtor. | 0.8 |
| 2/27/2008 | D.B. | Supervised M. Michaelis and staff in review of inter-company and consolidation issues at AHM offices. | 0.8 |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2008 to February 29, 2008**

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/27/2008 | K.R. | Discussion with M. Michaelis re: substantive consolidation issues to be reviewed and support being received. | 1.6 |
| 2/27/2008 | K.R. | Reviewed substantive consolidation documents and questions for meeting with Kroll. | 1.8 |
| 2/27/2008 | K.R. | Reviewed model given to us from Kroll and requested additional items for further review. | 2.5 |
| 2/27/2008 | M.M. | Discussion with staff re: substantive consolidation issues to be reviewed and support being received. | 1.6 |
| 2/27/2008 | M.M. | Reviewed substantive consolidation questions to be supported for meeting with Kroll. | 0.4 |
| 2/27/2008 | M.S. | Reviewed substantive consolidation model. | 1.0 |
| 2/28/2008 | D.B. | Reviewed recent news articles on AHM re: BofA and IndyMac. | 0.2 |
| 2/28/2008 | D.B. | Reviewed January 2008 financial statements for AH Bank. | 0.4 |
| 2/28/2008 | D.B. | Reviewed Kroll intercompany and substantive consolidation model. | 0.8 |
| 2/28/2008 | K.R. | Followed up on requested items from Kroll and AHM employees in Melville.  Received and began reviewing trial balances and general ledgers given to us. | 1.4 |
| 2/28/2008 | K.R. | Analyzed GL activity, particularly intercompany receivables and payables for each period requested for each of the Debtors' entities | 3.3 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/28/2008 | K.R. | Received and reviewed each Repurchase Loan document to compare to page 6 of the model given by Kroll. | 3.5 |
| 2/28/2008 | K.R. | Discussion with M. Michaelis re: tax returns, trial balances and loan documents. | 0.9 |
| 2/28/2008 | K.R. | Created a schedule for several of the Debtors' entities comparing the activity from each of the general ledgers received. | 3.5 |
| 2/28/2008 | M.M. | Reviewed financial documents received from pre-petition period for 8 Debtors. | 1.1 |
| 2/28/2008 | M.M. | Discussion with M. Stewart re: Model. | 0.9 |
| 2/28/2008 | M.M. | Discussion with K. Reinle re: tax returns, trial balances and loan documents. | 0.9 |
| 2/28/2008 | M.M. | Reviewed bank fianncials for January. | 0.4 |
| 2/28/2008 | M.M. | Prepared issues and notes re: intercompany. | 1.6 |
| 2/28/2008 | M.M. | Reviewed underlying model information. | 0.9 |
| 2/28/2008 | M.S. | Prepared table for Debtors to verify various dates for data input. | 0.3 |
| 2/28/2008 | M.S. | Analyzed substantive consolidation model prepared by Debtors. | 3.2 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/28/2008 | M.S. | Prepared and met with M. Michaelis regarding open issues and model. | 0.8 |
| 2/28/2008 | M.S. | Reviewed substantive consolidation model. | 0.7 |
| 2/29/2008 | D.B. | Reviewed actual cash flows versus forecast for week and 29 weeks ending 2/22/08. | 0.1 |
| 2/29/2008 | D.B. | Reviewed analysis of final IndyMac lease to be rejected and order modifying letter agreement with IndyMac. | 0.3 |
| 2/29/2008 | D.B. | Met with M. Michaelis, M. Stewart and K. Reinle re: results of investigation of intercompany accounts and work to be performed. | 0.8 |
| 2/29/2008 | D.B. | Reviewed docket report for period 2/26 - 2/28/08, professional fee applications filed and notice of bar dates for Heloc & Construction loans. | 0.4 |
| 2/29/2008 | K.M. | Reviewed corporate budget information. | 1.4 |
| 2/29/2008 | K.M. | Reviewed updated incentive related information. | 1.1 |
| 2/29/2008 | K.M. | Prepared and reviewed model. | 2.6 |
| 2/29/2008 | K.M. | Discussion with staff re: model and incentive plans. | 0.9 |
| 2/29/2008 | K.R. | Received and reviewed each of the Warehouse Line Loans to compare to page 6 of the model given by Kroll. | 3.2 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## H.    BUSINESS ANALYSIS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/29/2008 | K.R. | Analyzed activity schedule created earlier for abnormal events and prepared a question sheet for meeting with AHM. | 1.4 |
| 2/29/2008 | M.M. | Reviewed corporate budget information. | 1.4 |
| 2/29/2008 | M.M. | Reviewed updated incentive related information. | 1.2 |
| 2/29/2008 | M.M. | Prepared and reviewed model for substantive consolidation. | 3.4 |
| 2/29/2008 | M.M. | Discussion with staff re: model and incentive plans. | 1.1 |
| 2/29/2008 | M.S. | Created schedule of executives and Directors by Debtors' Entity. | 0.6 |
| 2/29/2008 | M.S. | Met with D. Berliner, K. Reinle and M. Michaelis regarding substantive consolidation issues. | 1.1 |
| 2/29/2008 | M.S. | Met with M. Michaelis regarding methodology for substantive consolidation model. | 0.9 |
| | | **TOTAL:** | **144.5** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## H.    BUSINESS ANALYSIS

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 26.2 | 575.00 | 15,065.00 |
| M. MICHAELIS (M.M.) | 46.3 | 350.00 | 16,205.00 |
| K. MATSON (K.M.) | 6.0 | 235.00 | 1,410.00 |
| S. WILLIAMS (S.W.) | 1.4 | 235.00 | 329.00 |
| M. STEWART (M.S.) | 19.0 | 185.00 | 3,515.00 |
| K. REINLE (K.R.) | 45.6 | 175.00 | 7,980.00 |
| **TOTAL:** | **144.5** | | **44,504.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## I.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/5/2008 | D.B. | Reviewed memos from Hahn & Hessen re: Fidelity motion for relief from stay and AHM motion approving settlement with Natix's Real Estate | 0.2 |
| 2/6/2008 | D.B. | Reviewed emails from J. Zawadski re: bi-monthly fee update for period 1/16/08-1/31/08. | 0.1 |
| 2/7/2008 | D.B. | Reviewed emails with M. Powers and M. Indelicato re: Kroll fees, ABN retention proposal bill for delinquent loan pools and planning for UCC conference call. | 0.6 |
| 2/7/2008 | D.B. | Met with M. Powers and M. Indelicato re: Kroll fees and BofA loan pools. | 0.4 |
| 2/11/2008 | D.B. | Prepared schedule for counsel re: meeting with BofA re: loan pools and discussed same with M. Michaelis. | 0.6 |
| 2/11/2008 | D.B. | Reviewed email from counsel and summary of indicative bids received for delinquent loan auction. | 0.3 |
| 2/11/2008 | M.S. | Conference call with counsel and M. Michaelis regarding auction. | 0.7 |
| 2/13/2008 | D.B. | Telephone call with M. Powers and M. Indelicato re: BofA negotiation and other items. | 0.4 |
| 2/13/2008 | D.B. | Reviewed email from J. Zawadzki and notice of plan of sale for auction of assets by DoveBid. | 0.4 |
| 2/13/2008 | M.M. | Conference call with Counsel and D. Berliner re: BofA. | 0.6 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

### I.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/14/2008 | D.B. | Emails with Hahn and Hessen re: agenda for UCC meeting, construction loan issues and delinquent loan bids. | 0.4 |
| 2/15/2008 | D.B. | Email to Hahn & Hessen re: Summary of Professional Fees filed thru 2/14. | 0.3 |
| 2/19/2008 | D.B. | Telephone call with M. Indelicato re: case issues and meeting with Kroll - 2/20. | 0.2 |
| 2/20/2008 | D.B. | Telephone call with M. Indelicato re: results of meeting at AHM offices and planing for UCC call. | 0.3 |
| 2/21/2008 | D.B. | Reviewed agenda for call with UCC and discussed with Hahn & Hessen; discussed next steps after call. | 1.0 |
| 2/21/2008 | D.B. | Telephone call and emails with M. Indelicato re: exclusivity extension, meeting at Kroll and construction loan concession. | 0.3 |
| 2/22/2008 | D.B. | Met with M. Indelicato and E. Schnitzer re: follow up post Kroll meeting. | 0.3 |
| 2/26/2008 | D.B. | Reviewed e-mails from J. Zawadski re: bi-monthly fee update for period 2/1 - 2/15/08. | 0.2 |
| 2/27/2008 | D.B. | Telephone calls and emails with Hahn & Hessen re: delinquent loan sales, IndyMac lease issues and AH Bank. | 0.6 |
| 2/28/2008 | D.B. | Telephone call and e-mails with M. Indelicato and E. Schnitzer re: IndyMac, BDO Report to UCC and planning for UCC conference call. | 0.3 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

### I.    TRUSTEE / COUNSEL DISCUSSIONS & COURT HEARINGS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/28/2008 | D.B. | Telephone call from J. McCahey, Esq. re: dividends re: UCC investigation. | 0.1 |
| | | **TOTAL:** | **8.3** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 7.0 | 575.00 | 4,025.00 |
| M. MICHAELIS (M.M.) | 0.6 | 350.00 | 210.00 |
| M. STEWART (M.S.) | 0.7 | 185.00 | 129.50 |
| **TOTAL:** | **8.3** | | **4,364.50** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## J.    FEE APPLICATIONS / MONTHLY STATEMENTS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/1/2008 | D.B. | Reviewed and approved BDO's 3rd monthly application for compensation for services rendered as financial advisors to UCC for December 2007 and Berliner Declaration. | 0.7 |
| 2/1/2008 | M.M. | Prepared 3rd monthly interim for forwarding to all interested parties. | 0.4 |
| 2/1/2008 | N.V. | Prepared first draft of Trenwith Fee Application. | 1.4 |
| 2/11/2008 | M.M. | Prepared data for submission of monthly application. | 1.2 |
| 2/12/2008 | M.M. | Prepared data for submission of monthly application. | 1.1 |
| 2/12/2008 | N.V. | Continued preparation of first Trenwith Fee Application. | 1.7 |
| 2/13/2008 | M.M. | Prepared data for submission of monthly application. | 0.4 |
| 2/18/2008 | N.V. | Reviewed and edited BDO's time detail for January 2008; updated work codes. | 1.2 |
| 2/19/2008 | D.B. | Reviewed and approved 4th application of BDO for compensation for services rendered as financial advisor to UCC for January 2008 and Berliner Declaration. | 1.3 |
| 2/19/2008 | N.V. | Reviewed and updated January 2008 Monthly Application; updated summary of services provided and time details where necessary. | 1.7 |
| 2/19/2008 | N.V. | Reviewed edits made by D. Berliner; forwarded to M. Muftuoglu to update document. | 0.2 |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

### J.    FEE APPLICATIONS / MONTHLY STATEMENTS

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/20/2008 | N.V. | Reviewed updated January 2008 Monthly Application. | 0.2 |
| 2/21/2008 | M.M. | Prepared data for submission of monthly application. | 1.7 |
| | | **TOTAL:** | **13.2** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 2.0 | 575.00 | 1,150.00 |
| N. VANDERHOOP (N.V.) | 6.4 | 185.00 | 1,184.00 |
| M. MUFTUOGLU (M.M.) | 4.8 | 150.00 | 720.00 |
| **TOTAL:** | **13.2** | | **3,054.00** |

## AMERICAN HOME MORTGAGE

### RECAP OF PROFESSIONAL SERVICES
### February 1, 2008 to February 29, 2008

## K.    CASE ADMINISTRATION

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/6/2008 | M.M. | Discussion with staff re: open issues. | 0.3 |
| 2/14/2008 | M.S. | Prepared and met with M. Michaelis regarding go forward issues. | 0.6 |
| | | **TOTAL:** | **0.9** |

### INDIVIDUAL TOTALS

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| M. MICHAELIS (M.M.) | 0.3 | 350.00 | 105.00 |
| M. STEWART (M.S.) | 0.6 | 185.00 | 111.00 |
| **TOTAL:** | **0.9** | | **216.00** |

**AMERICAN HOME MORTGAGE**

**RECAP OF PROFESSIONAL SERVICES**
**February 1, 2008 to February 29, 2008**

## L.   TRAVEL TIME

| Date | Name | Description | Time |
|------|------|-------------|------|
| 2/20/2008 | D.B. | Travel time to and from Penn Station to AHM, Melville office for meeting with Kroll & Debtors' personnel. | 3.3 |
| 2/21/2008 | M.M. | Travel time to AHM Melville, NY. | 1.9 |
| 2/22/2008 | D.B. | Travel time to and from Kroll office for meeting of professionals. | 0.7 |
| 2/27/2008 | M.M. | Travel time from AHM Melville, NY. | 1.8 |
| | | **TOTAL:** | **7.7** |

**INDIVIDUAL TOTALS**

| Name | Hour | Rate | Compensation |
|------|------|------|--------------|
| D. BERLINER (D.B.) | 4.0 | 287.50 | 1,150.00 |
| M. MICHAELIS (M.M.) | 3.7 | 175.00 | 647.50 |
| **TOTAL:** | **7.7** | | **1,797.50** |

American Home Mortgage Holdings, Inc.
Schedule of Expenses
February 1, 2008 through February 29, 2008

1.   PHOTOCOPYING
     a.   Internal
     b.   External

2.   TELECOMMUNICATIONS
     a.   Toll Charges                                              25.00
     b.   Facsimile
     c.   Out-of-State toll charges

3.   COURIER, FRIEGHT AND POSTAL SERVICES
     *For overnight and hand delivery to Counsel*
     *and Committee members*

4.   COURT REPORTER AND TRANSCRIPTS

5.   TECHNOLOGY SERVICES

6.   OUT-OF-TOWN TRAVEL
     a.   Transportation                                           40.00
     b.   Lodging
     c.   Meals

7.   OUTSIDE SERVICES

8.   LOCAL MEALS

9.   LOCAL TRANSPORTATION, TOLLS, MILEAGE                          12.00
     AND PARKING – for cabs to/from meetings, car service
     *for employees working after 8:00 p.m. and local mileage*
     *using personal auto*

10.  MISCELLANEOUS

     **TOTAL**                                            **$77.00**