IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                              :    Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :    Case No. 07-11047 (CSS)
a Delaware corporation, et al., [1]                                 :
                                                                    :    Jointly Administered
       Debtors.                                                     :
------------------------------------------------------------------------ x

Objection Deadline: April 24, 2008 at 4:00 p.m.
Hearing Date: N/A

## NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel for the Official Committee of Unsecured
       Creditors, Counsel for the Administrative Agent, Counsel for the DIP Agent, and Milestone
       Advisors, LLC.

       The **Seventh Monthly Application of Young Conaway Stargatt & Taylor, LLP
as Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and
Reimbursement of Expenses Incurred for the Interim Period February 1, 2008 through
February 29, 2008** (the "Application") has been filed with the Bankruptcy Court. The Application
seeks allowance of interim fees in the amount of $790,957.50 and interim expenses in the amount of
$129,737.02.

       Objections to the Application, if any, are required to be filed on or before **April 24,
2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy
Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

       At the same time, you must also serve a copy of the response so as to be received by
the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc.,
538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii)
Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington,
Delaware 19899-0391 (Attn.: James L. Patton, Jr.), counsel to the Debtors; (iii) Milestone
Advisors, LLC, 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn: Jeffrey M.
Levine); (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome
LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the Committee; (v) Kaye

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate
Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"),
a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York
11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Scholer LLP, 425 Park Avenue, New York, New York 10022 (Attn.: Margot B. Schonholtz and Scott D. Talmadge) and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801 (Attn.: Laurie Selber Silverstein), counsel to the Administrative Agent; (vi) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn.: Corinne Ball and Erica M. Ryland) and Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn.: Victoria Counihan), counsel to the DIP Agent; and (vii) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
        April 4, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Pauline K. Morgan*

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |

---

## SEVENTH MONTHLY APPLICATION OF
### YOUNG CONAWAY STARGATT & TAYLOR, LLP AS COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | February 1, 2008 through February 29, 2008 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $790,957.50 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $129,737.02 |

This is an:  __X__ interim   ____ final application

This application includes 8.70 hours and $3,588.00 in fees incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees ($) | Expenses($) | Fees | Expenses |
| 11/2/07; 1776 | 8/6/07-8/31/07 | 1,464,663.50 | 77,888.86 | 1,464,663.50 | 77,888.86 |
| 11/16/07; 2068 | 9/1/07-9/30/07 | 1,869,288.50 | 91,455.66 | 1,869,288.50 | 91,455.66 |
| 12/12/07; 2375 | 10/1/07-10/31/07 | 2,003,648.00 | 170,103.16 | 2,003,648.00 | 170,103.16 |
| 2/1/08 2870 | 11/1/07-11/30/07 | 984,999.50 | 162,512.71 | Pending | Pending |
| 3/4/08 3149 | 12/1/07-12/31/07 | 697,878.50 | 73,194.22 | Pending | Pending |
| 3/13/08 3273 | 1/1/08-1/31/08 | 1,061,822.00 | 71,502.73 | Pending | Pending |

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| James L. Patton, Jr. | Partner since 1989. Joined firm as an associate in 1983. Member of DE Bar since 1983. | 750.00 | 115.30 | 86,475.00 |
| Rolin Bissell | Partner since 2003. Joined the firm as a partner in 2003. Member of DE Bar since 2004. | 585.00 | 0.70 | 409.50 |
| Robert S. Brady | Partner since 1998. Joined firm as an associate in 1990. Member of DE Bar since 1990. Member of the NY Bar since 2007. | 560.00 | 146.90 | 82,264.00 |
| Pauline K. Morgan | Partner since 2000. Joined firm as an associate in 1997. Member of PA and NJ Bars since 1987. Member of DE Bar since 1997. Member of the NY Bar since 2007. | 545.00 | 27.20 | 14,824.00 |
| Craig D. Grear | Partner since 2000. Joined firm as an associate in 1996. Member of DE Bar since 1990. | 535.00 | 64.10 | 34,293.50 |
| James P. Hughes | Partner since 1999. Joined firm as an associate in 1992. Member of DE Bar since 1992. | 535.00 | 37.30 | 19,955.50 |
| Norman M. Powell | Partner since 2006. Joined firm as a partner in 2006. Member of the DE Bar since 1990. | 535.00 | 0.60 | 321.00 |
| John T. Dorsey | Partner since 2004. Joined firm as special counsel in 2003. Member of DE Bar since 1991. | 530.00 | 23.60 | 12,508.00 |
| M. Blake Cleary | Partner since 2005. Joined firm as an associate in 1998. Member of DE and PA Bars since 1997. | 485.00 | 0.50 | 242.50 |

| | | | | |
|---|---|---|---|---|
| Curtis J. Crowther | Special Counsel 2006. Joined the firm as an associate in 2001. Member of DE and PA Bars since 1994. | 440.00 | 13.00 | 5,720.00 |
| Timothy J. Snyder | Partner since 1991. Joined firm as an associate in 1985. Member of DE Bar since 1985 and PA Bar since 1981. | 425.00 | 1.40 | 595.00 |
| Edward J. Kosmowski | Joined firm as an associate in 1999. Member of DE, NJ and PA Bars since 1999. | 410.00 | 56.00 | 22,960.00 |
| Sean M. Beach | Joined firm as an associate in 2000. Member of DE Bar since 2001. Member of NY Bar since 2007. | 390.00 | 234.10 | 91,299.00 |
| Sharon M. Zieg | Joined firm as an associate in 2000. Member of NC Bar since 2000 and DE Bar since 2002. | 390.00 | 39.30 | 15,327.00 |
| Scott A. Holt | Partner since 2004. Joined firm as an associate in 1995. Member of DE Bar since 1995. | 375.00 | 58.20 | 21,825.00 |
| Matthew B. Lunn | Joined the firm as an associate in 2001. Member of DE Bar since 2001. | 355.00 | 135.40 | 48,067.00 |
| Jennifer Noel | Joined the firm as an associate in 2000. Member of DE Bar since 2000. | 350.00 | 1.60 | 560.00 |
| Donald J. Bowman | Joined the firm as an associates in 2004. Member of the DE Bar since 2003 | 305.00 | 141.10 | 43,035.50 |
| Erin Edwards | Joined firm as an associate in 2003. Member of the DE Bar since 2003. | 305.00 | 52.80 | 16,104.00 |
| Kara Hammond Coyle | Joined firm as an associate in 2003. Member of the DE Bar since 2003. | 305.00 | 148.70 | 45,353.50 |
| Sean T. Greecher | Joined firm as an associate in 2003. Member of the DE Bar since 2003. | 305.00 | 5.50 | 1,677.50 |
| Maribeth L. Minella | Joined the firm as an associate in 2001. Member of the DE Bar since 2002. | 300.00 | 44.70 | 13,410.00 |

| Ian S. Fredericks | Joined firm as an associate in 2004. Member of PA Bar since 2003. Member of NJ Bar since 2004. Member of DE Bar since 2005. | 290.00 | 1.80 | 522.00 |
|---|---|---|---|---|
| Kenneth Enos | Joined firm as an associate in 2004. Member of the DE Bar since 2004. | 290.00 | 101.90 | 29,551.00 |
| Margaret B. Whiteman | Joined firm as associate in 2004. Member of DE Bar since 2005. | 290.00 | 104.10 | 30,189.00 |
| James Gallagher | Joined firm as an associate in 2004. Member of the DE Bar since 2004. | 285.00 | 82.00 | 23,370.00 |
| Patrick Jackson | Joined firm as an associate in 2006. Member of the DE Bar since 2007. | 265.00 | 80.00 | 21,200.00 |
| Nathan D. Grow | Joined firm as an associate in 2007. Member of the DE BR since 2007 | 260.00 | 1.40 | 364.00 |
| Travis N. Turner | Joined firm as an associate in 2007. Member of the DE Bar since 2006. | 245.00 | 39.70 | 9,726.50 |
| Robert F. Poppiti | Joined firm as an associate in 2007. Member of the DE Bar since 2007. | 240.00 | 131.70 | 31,608.00 |
| Ryan Bartley | Joined firm as an associate in 2007. Member of DE Bar since 2007. | 240.00 | 73.40 | 17,616.00 |
| Evangelos Kostoulas | Joined firm as an associate in 2007. | 240.00 | 64.60 | 15,504.00 |
| Richard Thomas | Joined firm as an associate in 2007. Member of the DE Bar since 1008. | 220.00 | 9.20 | 2,024.00 |
| Debbie Laskin | Paralegal | 200.00 | 102.50 | 20,500.00 |
| Dennis Mason | Paralegal | 200.00 | 3.30 | 660.00 |
| Stefanie Boyle | Paralegal | 175.00 | 9.90 | 1,732.50 |
| William DuBois | Tech. Services | 175.00 | 0.80 | 140.00 |
| Casey Cathcart | Paralegal | 145.00 | 10.20 | 1,479.00 |
| Lisa Eden | Paralegal | 135.00 | 42.70 | 5,764.50 |
| Jill Randolph | Clerk | 60.00 | 14.10 | 846.00 |
| Patsy Petlock | Clerk | 55.00 | 1.90 | 104.50 |

| Beth Gaffney | Clerk | 50.00 | 3.80 | 190.00 |
|---|---|---|---|---|
| Candyce D. Taylor | Clerk | 50.00 | 12.80 | 640.00 |
| **Grand Total:** | | | **2239.80** | **790,957.50** |
| **Blended Rate:** | | **353.13** | | |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration  (1001) | 44.70 | 9,070.50 |
| Court Hearings (1002) | 98.60 | 36,389.50 |
| Cash Collateral/DIP Financing (1003) | 15.50 | 6,178.50 |
| Schedules & Statements, U.S. Trustee Reports (1004) | 6.80 | 2,038.00 |
| Lease/Executory Contract Issues (1005) | 77.40 | 22,580.50 |
| Use, Sale or Lease of Property (363 Issues) (1006) | 623.50 | 220,159.00 |
| Claims Analysis, Objections and Resolutions (1007) | 222.10 | 73,119.00 |
| Meetings (1008) | 144.30 | 66,662.50 |
| Stay Relief Matters (1009) | 116.10 | 40,082.00 |
| Reclamation Claims and Adversaries (1010) | 14.80 | 5,745.50 |
| Other Adversary Proceedings (1011) | 294.20 | 113,663.50 |
| Plan and Disclosure Statement (1012) | 170.30 | 66,911.00 |
| Creditor Inquiries (1013) | 21.10 | 6,343.00 |
| General Corporate Matters (1014) | 20.30 | 10,368.50 |
| Employee Matters (1015) | 164.50 | 49,609.50 |
| Retention of Professionals/Fee Issues (1017) | 178.20 | 47,971.50 |
| Fee Application Preparation (1018) | 8.70 | 3,588.00 |
| Travel (1019) | 14.60 | 9,251.00 |
| Utility Services (1020) | 4.10 | 1,226.50 |
| **TOTALS** | **2239.80** | **790,957.50** |

## INTERIM EXPENSE SUMMARY

| Expenses Category (Examples) | Total Expenses ($) |
|---|---:|
| Reproduction Charges | 27,839.10 |
| Long Distance Telephone | 1,452.98 |
| Federal Express | 19,857.88 |
| Mileage | 19.20 |
| Expert Fee | 66,750.00 |
| Air/Rail Travel | 1,453.50 |
| Staff Overtime | 375.00 |
| Deposition/Transcript | 331.75 |
| Delivery/Courier | 2,821.94 |
| Hotel/Lodging | 239.81 |
| Parking | 33.00 |
| Car/Bus/Subway Travel | 392.00 |
| Working Meals | 1,444.00 |
| Travel Meals | 32.30 |
| Teleconference/Video Conference | 484.31 |
| AP Fax | 2,204.03 |
| Postage | 3,328.45 |
| Computerized Legal Research | 677.77 |
| **TOTAL** | **129,737.02** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------------- x
In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                 :
                                                                :    Jointly Administered
        Debtors.                                                :
------------------------------------------------------------------------- x
```

**SEVENTH MONTHLY APPLICATION OF
YOUNG CONAWAY STARGATT & TAYLOR, LLP AS COUNSEL FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD FEBRUARY 1, 2008 THROUGH FEBRUARY 28, 2008**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, the law firm of Young Conaway Stargatt & Taylor, LLP (hereinafter

"YCS&T") hereby moves this Court for reasonable compensation for professional legal services

rendered as counsel to American Home Mortgage Holdings, Inc., *et al.*, the debtors and debtors-in-

possession in the above-captioned cases (the "Debtors"), in the amount of $790,957.50 together

with reimbursement for actual and necessary expenses incurred in the amount of $129,737.02 for

the interim period February 1, 2008 through February 29, 2008 (the "Interim Fee Period").  In

support of its Application, YCS&T respectfully represents as follows:

        1.      YCS&T was employed under a general retainer to represent the Debtors as

bankruptcy counsel in connection with this chapter 11 case effective as of August 6, 2007, pursuant

to an Order entered by this Court on September 4, 2007.  The Order authorized YCS&T to be

compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket

expenses.

        2.      All services for which compensation is requested by YCS&T were performed

for or on behalf of the Debtors.

## COMPENSATION PREVIOUSLY PAID

3.    YCS&T represented the Debtors in preparing for the filing of these chapter 11 cases and was paid pre-petition for those services.

## SUMMARY OF SERVICES RENDERED

4.    Attached hereto as Exhibit A is a detailed statement of fees incurred during the Interim Fee Period showing the amount of $790,957.50 due for fees. Exhibit B is a detailed statement of expenses paid during the Interim Fee Period showing the amount of $129,737.02 for reimbursement of expenses.

5.    The services rendered by YCS&T during the Interim Fee Period are grouped into the categories set forth in Exhibit A. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

6.    YCS&T has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $129,737.02. This disbursement sum is broken down into categories of charges, including, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

7.    Costs incurred for overtime and computer assisted research are not included in YCS&T's normal hourly billing rates and, therefore, are itemized and included in YCS&T's

disbursements. Pursuant to Local Rule 2016-2, YCS&T represents that its rate for duplication is

$.10 per page, its rate for outgoing telecopier transmissions is $1.00 per page (excluding related

long distance transmission charges), there is no charge for incoming telecopier transmissions and

there is no surcharge for computerized research.

### VALUATION OF SERVICES

8.    Attorneys and paraprofessionals of YCS&T have expended a total of

2,239.80 hours in connection with this matter during the Interim Fee Period.

9.    The amount of time spent by each of these persons providing services to the

Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are

YCS&T's normal hourly rates of compensation for work of this character. The reasonable value of

the services rendered by YCS&T for the Interim Fee Period as counsel for the Debtors in these

cases is $790,957.50.

10.    YCS&T believes that the time entries included in Exhibit A attached hereto

and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of

Local Rule 2016-2.

11.    In accordance with the factors enumerated in 11 U.S.C. §330, the amount

requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the

nature and extent of the services rendered, (d) the value of such services, and (e) the costs of

comparable services other than in a case under this title.

12.    This Application covers the Interim Fee Period February 1, 2008 through

February 29, 2008.

WHEREFORE, YCS&T requests that allowance be made to it in the sum of $790,957.50 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $129,737.02 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated: Wilmington, Delaware
April 4, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Pauline K. Morgan*

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

<u>VERIFICATION</u>

STATE OF DELAWARE    )
                              )    SS:
NEW CASTLE COUNTY    )

        Pauline K. Morgan, Esquire, after being duly sworn according to law, deposes and says:

        1.    I am a Partner in the applicant firm, Young Conaway Stargatt & Taylor, LLP, and have been admitted to the bar of the Supreme Court of Delaware since 1997.

        2.    I have personally performed many of the legal services rendered by Young Conaway Stargatt & Taylor, LLP, as counsel to the Debtors and am familiar with all other work performed on behalf of the lawyers and paraprofessionals in the firm.

        3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                              *Pauline K. Morgan*
                              PAULINE K. MORGAN

SWORN TO AND SUBSCRIBED before me this 4 day of April 2008.

                                *Marlene J. Maista*
                                Notary Public
                                My Commission Expires:_____

                                    MARLENE J. MAISTA
                                    NOTARY PUBLIC
                                   STATE OF DELAWARE
                           My Commission Expires Aug. 21, 2009

                                                     066585.1001