IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------- x
In re:                                            :   Chapter 11
                                                  :
                                                  :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                            :
HOLDINGS, INC., et al.,                           :
                                                  :
         Debtors.                                 :
                                                  :   Related to Docket Nos. 3318 & 3526
------------------------------------------------- x

**ORDER GRANTING JOINT MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, FOR LEAVE TO FILE A REPLY BEYOND DEADLINE ESTABLISHED UNDER DEL. BANKR. L.R. 9006-1(d) IN SUPPORT OF JOINT MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, FOR ENTRY OF FINAL STIPULATION AND ORDER RESOLVING ALL REMAINING ISSUES WITH RESPECT TO THE FINAL ORDER (I) AUTHORIZING DEBTORS' LIMITED USE OF CASH COLLATERAL AND (II) GRANTING REPLACEMENT LIENS AND ADEQUATE PROTECTION TO CERTAIN PRE-PETITION SECURED PARTIES**

Upon consideration of the *Joint Motion of the Official Committee of Unsecured Creditors and Bank of America, N.A., as administrative agent, for Leave to File a Reply Beyond Deadline Established Under Del. Bankr. L.R. 9006-1(d) in Support of Joint Motion of the Official Committee of Unsecured Creditors and Bank of America, N.A., as Administrative Agent, for Entry of Final Stipulation and Order Resolving all Remaining Issues with Respect to the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* (the "Motion for Leave"); and the Debtors having consented to the relief requested in the Motion for Leave; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1. The Motion for Leave is GRANTED.

2. The Official Committee of Unsecured Creditors and Bank of America, N.A., as Administrative Agent for itself and certain other banking and financial institutions as pre-petition secured lenders under that certain Second Amended and Restated Credit Agreement, dated as of August 10, 2006, shall have until April 10, 2008 at 4:00 p.m. EDT to reply to any objections to their *Joint Motion of the Official Committee of Unsecured Creditors and Bank of America, N.A., as Administrative Agent, for Entry of Final Stipulation and Order Resolving all Remaining Issues with Respect to the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* [D.I. 3318].

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

Dated: April 4, 2008

Pac#858286

2