IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x
In re:                                                                :    Chapter 11
                                                                      :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                       :
                                                                      :    Jointly Administered
          Debtors.                                                    :
--------------------------------------------------------------------- x    Ref. No. 3273

### CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 3273

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to Sixth Monthly Application of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period January 1, 2008 through January 31, 2008 (the "Application"). The Court's docket which was last updated April 4, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than April 2, 2008 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($849,457.60) of requested fees ($1,061,822.00) and 100% of requested expenses ($71,502.73) on an interim basis without further Court order.

Dated: Wilmington, Delaware
      April 4, 2008

           YOUNG CONAWAY STARGATT & TAYLOR, LLP

           */s/ Pauline K. Morgan*
           James L. Patton, Jr. (No. 2202)
           Joel A. Waite (No. 2925)
           Pauline K. Morgan (No. 3650)
           Sean M. Beach (No. 4070)
           Kenneth Enos (No. 4544)
           Margaret B. Whiteman (No. 4652)
           The Brandywine Building
           1000 West Street, 17th Floor
           Wilmington, Delaware 19801
           Telephone: (302) 571-6600
           Facsimile: (302) 571-1253

           Counsel for Debtors and
           Debtors in Possession