IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE HOLDINGS, | : Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, | : Jointly Administered |
| | : |
| Debtors. | : |
| | : **Related to Docket Nos. 3212 & 3342** |

## NOTICE OF WITHDRAWAL OF MOTION OF NORTHWEST TRUSTEE SERVICES, INC. FOR ORDER DIRECTING THE DEBTORS TO IMMEDIATELY COMPLY WITH ORDER ALLOWING AND APPROVING UNDISPUTED FEES AND COSTS CONTAINED IN APPLICATIONS OF NORTHWEST TRUSTEE SERVICES, INC. FOR ALLOWANCE AND APPROVAL OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FORECLOSURE PROFESSIONALS TO THE DEBTORS-IN-POSSESSION

PLEASE TAKE NOTICE THAT Northwest Trustee Services, Inc. ("NWTS"), by and through its undersigned counsel, HEREBY WITHDRAWS its *Motion for an Order Directing the Debtors to Immediately Comply with Order Allowing and Approving Undisputed Fees and Costs Contained in Applications of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession* (filed on March 10, 2008) [D.I. 3212], without prejudice.

Dated: April 7, 2008

CONNOLLY BOVE LODGE & HUTZ LLP

Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207 (19899)
Wilmington, Delaware 19801
Telephone: (302) 658-9141
*Attorneys for Northwest Trustee Services, Inc.*

#603153