# **<u>EXHIBIT A</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware | ) |
| Corporation, et al.,[1] | ) Jointly Administered |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |
| | ) |

**ORDER AUTHORIZING EMPLOYMENT OF LAW OFFICES OF JOSEPH J. BODNAR,**
**AS SPECIAL CONFLICTS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
*NUNC PRO TUNC* **AS OF MARCH 6, 2008 (relating to Docket Item No. _____)**

Upon review and consideration of the "Application For Order Authorizing Employment Of Law Offices of Joseph J. Bodnar, as Special Conflicts Counsel to The Debtors *Nunc Pro Tunc* to March 6, 2008" (the "Application") filed by the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") seeking entry of an order pursuant to sections 328 and 1103 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure authorizing and approving the employment and retention of Law Offices of Joseph J. Bodnar ("LOJJB") as special conflicts Delaware counsel to the Committee, consistent with the terms set forth in the Application; and upon consideration of the Application and the Court being satisfied that LOJJB represents no interest adverse to the Committee with respect to the matters upon which it is to be engaged, and that the employment of LOJJB is necessary and in the best interest of the Committee and the Debtors' general unsecured creditors; and it appearing that due

---

[1] The Debtors are the following entities: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

notice of the Application having been given; and that no other or further notice need be given; and sufficient cause appearing therefor; it is hereby

ORDERED that, in accordance with sections 328 and 1103 of the Bankruptcy Code, the Committee is hereby authorized to employ and retain LOJJB as special conflicts Delaware counsel upon the terms and conditions set forth in the Application, effective as of March 6, 2008; and it is further

ORDERED that LOJJB shall be compensated in accordance with the terms and conditions set forth in the Application.

Dated: _____, 2008

_____
HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE