# **SCHEDULE 1**

664008.02

**Parties-in-Interest for American Home Mortgage Holdings, Inc., et al.**

## Debtors

American Home Mortgage Holdings, Inc.
American Home Mortgage Investment Corp.
American Home Mortgage Acceptance, Inc.
American Home Mortgage Servicing, Inc.
American Home Mortgage Corp.
American Home Mortgage Ventures, Inc.
Homegate Settlement Services, Inc.
Great Oak Abstract Corp.
AHM SPV II, LLC

## Debtors' Affiliates

American Home Securities, LLC
American Home Bank
Baylis Trust
AHM Capital Trust I
American Home Mortgage Securities, LLC
AHM SPV III, LLC
Melville Funding, LLC
AHM LF, LLC
CNI Reinsurance, Ltd.
NAP Financial Services, LLC
CNI Title Services, LLC
Broadhollow Funding, LLC
AHM SPV I, LLC
American Home Mortgage Assets LLC
Melville Reinsurance Corporation
American Home Escrow, LLC
Mortgage First Limited, LLC
Array Mortgage, LLC
American Midwest Title Agency, LLC
HSS Mortgage, LLC
All Pro Mortgage, LLC
Silicon Mortgage, LLC
TDG Equities, LLC
Elite Lending Partners, LLC
Peak Experience Mortgage, LLC
U.S. Lending Company, LLC
American Home Mortgage V, LLC
Private Mortgage Group, LLC

## Warehouse Lenders

Bank of America, N.A.
Barclays Bank PLC

Credit Suisse First Boston Mortgage
    Capital LLC
IXIS Real Estate Capital, Inc.
Bear Stearns
UBS Real Estate Securities

## Counsel and Advisors to Debtors

Young, Conaway, Stargatt & Taylor, LLP
Quinn Emanuel Urquhart Oliver & Hedges
Milestone Advisors, LLC

## Official Committee of Unsecured Creditors (as of December 7, 2007)

Wilmington Trust Company
Law Debenture Trust Company of
    New York
Deutsche Bank National Trust Co.
Nomura Credit & Capital, Inc.
Impac Funding Corporation
Waldners Business Environments, Inc.
United Parcel Service

## Counsel and Advisors to Official Committee of Unsecured Creditors

Hahn & Hessen LLP
Blank Rome LLP
BDO Seidman, LLP

## Top 50 Creditors

Deutsche Bank
Wilmington Trust Company
JPMorgan Chase
Countrywide Capital
Bank of America
JPMorgan Chase Bank, National
    Association, as Trustee
406 Partners
CW
Morgan Stanley
Wells Fargo Bank, N.A., as Trustee
SunTrust Asset Funding, LLC
Impac Funding Corporation
Bear, Stearns & Co. Inc.

- 1 -

## Parties-in-Interest for American Home Mortgage Holdings, Inc., et al.

Bank of America, N.A.
Citigroup Global Markets Realty Corp.
Bank of America, N.A.
Wells Fargo Bank, N.A., as Trustee
Countrywide Capital
Nomura Credit & Capital, Inc.
Liquid Funding, Ltd.
EMC (Bear)
Greenwich Capital Financial Products, Inc.
Lehman Brothers Inc.
HSBC
UBS
Lehman Brothers Special Financing, Inc.
FNMA
Washington Mutual
Luminent Mtg (Barclays)
ALS
IndyMac Bank, F.S.B.
Morgan Stanley Capital Services Inc.
Credit Suisse
GMAC
Deutsche Bank AG
Triad Guaranty Insurance Corporation
The Royal Bank of Scotland plc
ZC Sterling Corporation
American Express
Deutsche Bank Securities Inc.
Opteum Financial Services, LLC
Lehman Commercial Paper Inc.

### Debtors' Shareholders

Michael Strauss
Goldman Sachs Asset Management, L. P.
Munder Capital Management
NWQ Investment Management
    Company, LLC
CEDE & Co
Margaret J. Cox Trust
Jack E. Dalton & Janol Lee Dalton
V E Lygrisse Truste
Lois I Pickett & Lawrence H. Pickett
Michael Rienstra
Lillian M. Schuman
David E. Wallin Trust
Bernard R. Werner & Shirley J. Werner

### Debtors' Officers and Directors

Michael Strauss
John A. Johnston
Nicholas R. Martino
Michael A. McManus, Jr.
C. Cathleen Raffaeli
Kristian R. Salovaara
Irving J. Thau
Donald Henig
John A. Manglardi
Ronald L. Bergum
Robert Bernstein
Christopher J. Cavaco
Al Crisanty
Doug Douglas
Thomas J. Fiddler
David M. Friedman
Kathleen R. Heck
Alan B. Horn
Stephen A. Hozie
Robert F. Johnson, Jr.
Marcia Kaufman
Dena L. Kwaschyn
Richard S. Loeffler
Thomas M. McDonagh
Craig S. Pino
Rick Pishalski
Ron Rosenblatt
Lisa M. Schreiber

### Other Creditors

A & F Construction
ABN Amro Bank, N.V.
ABN Amro Bank
All Pro Mortgage
American Express
American Stock Transfer & Trust Company
Banc of America Securities, LLC
Bank of New York
Broadhollow Funding, LLC
Calyon
Carpenter, Mitcheal E. and Adrian
CB Richard Ellis on behalf of Cascade
    II/Principal Life Insurance Company
    Citibank

**Parties-in-Interest for American Home Mortgage Holdings, Inc., et al.**

Corporate Cubes LLC
Countrywide
Diversified Commercial Investments, LLC
Duke University
Federal Credit Union EHED, LLC
Elite Lending Partners
Fidelity Mortgage Affiliates
First American Bank
Florida Certified Appraisers
HSS Mortgage
Huntington Bancshares Inc.
Janney Montgomery Scott LLC
Liquid Funding, Ltd.
MaineHousing
MassHousing
Melville Funding, LLC
Merrill Lynch Pierce
Fenner & Smith, Inc.
Merrill Lynch Bank USA
MnL Global, Inc.
Mortgage First Showcase
Mortgage First LTD
Showcase of Agents LLC
Natixis Real Estate Capital Inc.
Orix Capital Markets, LLC
Professional Risk Facilities, Inc.
Red Sky Properties
Regus Business Centre LLC
Skyview Marketing, LLC
Societe Generale
Stonehenge Capital, LLC
STWB Inc.
SunTrust Robinson Humphrey
Funding, LLC
TPRF/THC Haven Park, LLC
Transwestern
United Guaranty Services, Inc.
Wachovia Bank, N.A.
Westfield Mortgage, LLC
Zurich American Insurance Company

**Additional Parties in Interest**

American Corporate Record Center
AON Consulting
AT&T
AT&T Corp.
Bank of America
Bank of New York
Barclays Bank PLC and Barclays Capital
Bexar County
Calyon New York Branch
Cedar Hill City
Carroll ISD
Arlington ISD
Citibank
Citigroup Global
Citigroup Global Markets Inc.
County of Denton
CSFB
CSHV Southpark LLC
Dallas County
De Lage Financial Services, Inc.
Deutsche Bank
Empire Blue Cross Blue Shield
Empire HealthChoice Assurance/Empire
    Blue Cross
Fannie Mae
Federal Home Loan Mortgage Corp
GMAC
GNMA
Greenwich Capital Markets, Inc.
IndyMac
John Flatley and Gregory Stoyle, Trustees
    1993 Flatley Family Truste
JPMorgan Chase Bank, N.A.
Lewisville ISD, Garland ISD, Carrollton-
    Farmers Independent ISD
Morgan Stanley
ORIX Capital Markets, LLC
Rexco, LLC
Societe Generale
Sovereign Bank
UBS Securities
UBS Securities LLC
Morgan Stanley
Washington Mutual

664008.02

**Parties-in-Interest for American Home Mortgage Holdings, Inc., et al.**

Wells Fargo
WestLB AG
WLR Recovery
ZC Real Estate Tax Solutions

664008.02