## **CERTIFICATE OF SERVICE**

      I hereby certify that I am over 18 years of age and not a party to this case, and on April 7, 2008, a copy of the foregoing document was caused to be served by first class mail on the attached service:

                                          /s/ JOSEPH J. BODNAR
                                              JOSEPH J. BODNAR