IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: )<br>)<br>AMERICAN HOME MORTGAGE )<br>HOLDINGS, INC., ET AL., )<br>)<br>)<br>Debtors. )<br>)<br>) | Chapter 11<br><br>Case No. 07-11047 (CSS) |

**UNITED STATES OF AMERICA'S RESPONSE TO THE DEBTORS'
FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

The United States of America, a creditor in this bankruptcy case, responds to Debtors' First Omnibus Objection to claims 1369 and 1737 filed by the Internal Revenue Service as follows:

1.  Debtors object to claims 1369 and 1737 on the grounds that the claims have been amended and superseded.

2.  Claims 1369 and 1737 were amended by claim 9848 on January 29, 2008. Claim 9848 has now been amended by claim 10119. Amended claim 10119 asserts a priority claim in the amount of $879,550.61 and an unsecured claim in the amount of $22,011.82.

Dated: April 7, 2008.

                                                                              */s/ Jennifer L. Best*
JENNIFER L. BEST
Trial Attorney, Tax Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 307-0714
jennifer.best@usdoj.gov
Counsel for United States of America

3181421.11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:                                )<br>                                         )<br>AMERICAN HOME MORTGAGE )<br>HOLDINGS, INC., ET AL.,        )<br>                                         )<br>                                         )<br>            Debtors.               )<br>                                         )<br>                                         ) | Chapter 11<br><br>Case No. 07-11047 (CSS) |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on the 7th day of April 2008, I electronically caused the foregoing UNITED STATES OF AMERICA'S RESPONSE TO THE DEBTORS' FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1 to be filed with the Court under the CM/ECF system and to be served this same day by depositing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follow:

    James L. Patton, Jr.
    Pauline K. Morgan
    Edward J. Kosmowski
    Nathan D. Grow
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, DE 19801

    Office of the United States Trustee
    844 King Street
    Room 2207
    Wilmington, DE 19801

                                                                          /s/ Jennifer L. Best
                                                                          JENNIFER L. BEST