IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                     *
AMERICAN HOME MORTGAGE
HOLDINGS, INC.,
                Debtor.           *      Case No.: 07-11047-CSS
                                                            Chapter 11
                                                  *
                                                  *
                                    *******************

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on April 7, 2008, copies of the foregoing Motion for Relief from Automatic Stay Under § 361 of the Bankruptcy Code; Notice of Motion; and proposed Order were served upon the parties listed on the below in the manner stated:

VIA US MAIL
American Home Mortgage Holding, Inc.
538 Broadhollow Road
Melville, NY 11747
Debtor

VIA US MAIL
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899
Trustee

VIA US MAIL
Donald J. Bowman, Jr., Esquire
Edward J. Kosmowski, Esquire
Joel A. Waite, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Attorneys for Debtor

<u>VIA US MAIL</u>
Thomas G. Ciarlone, Esquire
Shalov Stone Bonner & Rocco, LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Attorney for Plaintiff

<u>VIA US MAIL</u>
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Attorney for Official Committee of Unsecured Creditors

    Respectfully submitted,

    WITTSTADT & WITTSTADT, P.A.

    /s/ *Lisa R. Hatfiled*
    Lisa R. Hatfield (DE No. 4967)
    284 East Main Street
    Newark, Delaware 19711
    (302) 444-4602
    (866) 503-4930 (toll free)