IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| AMERICAN HOME MORTGAGE | | |
| HOLDINGS, INC., | | |
|                Debtor. | * | Case No.: 07-11047-CSS |
| | | Chapter 11 |
| | * | |
| | * | Hearing Date: April 28, 2008 at 2:00 p.m. |
| ********************  | | |

ORDER TERMINATING AUTOMATIC STAY UNDER
SECTION 362 OF THE BANKRUPTCY CODE AS IT APPLIES TO
7433 W. 60th PLACE, SUMMIT ARGO, IL 60501
*(Relates to Docket # _____)*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay (the "Motion") filed by Aurora Loan Services, LLC as servicer for Mortgage Electronic Registration Systems, Inc., as nominee for HLB Mortgage (the "Movant"), and the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and in consideration of any response filed thereto, it is hereby **ORDERED** as follows:

      1. To the extent that the automatic stay of 11 U.S.C. § 362(a) is applicable, such stay is hereby terminated to allow the Movant and its successors and/or assignors to pursue any state court remedies to which Movant may be entitled under applicable law with respect to the following property: 7433 W. 60th Place, Summit Argo, IL 60501.

2.  This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

Dated: _____

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Court