Return To
HLB Mortgage
520 Broadhollow Road
Melville, NY 11747

... Y THAT THIS IS A TRUE AND
EXACT COPY OF ORIGINAL

LAW TITLE INSURANCE CO.-INC.

Prepared By
Andrea Heidorn
1245 E. Diehl Road
Suite 305
Naperville, IL
60563

———————————[Space Above This Line For Recording Data]———————————

LAW TITLE
256898L

# MORTGAGE

MIN  100024200010619118

PIN# 18-13-412-012

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21  Certain rules regarding the usage of words used in this document are also provided in Section 16

(A) "Security Instrument" means this document, which is dated November 23, 2005 , together with all Riders to this document
(B) "Borrower" is Maria C Campos, AN UNMARRIED WOMAN

Borrower is the mortgagor under this Security Instrument
(C) "MERS" is Mortgage Electronic Registration Systems, Inc  MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns  MERS is the mortgagee under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P O  Box 2026, Flint, MI 48501-2026, tel  (888) 679-MERS

DOC  # 323151            APPL # 0001061911

ILLINOIS - Single  Family - Fannie  Mae/Freddie  Mac UNIFORM  INSTRUMENT  WITH MERS        Form 3014  1/01

-6A(IL) (0010)
Page 1 of 15     UM31 9905 02     Initials: MCC

VMP MORTGAGE FORMS - (800)521 7291

(D) "Lender" is HLB Mortgage

Lender is a Corporation
organized and existing under the laws of State of New York
Lender's address is 520 Broadhollow Road, Melville, NY 11747

(E) "Note" means the promissory note signed by Borrower and dated November 23, 2005
The Note states that Borrower owes Lender Three Hundred Seventy Six Thousand and No/100 Dollars
(U S $376,000.00       ) plus interest Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than   December 1, 2035
(F) "Property" means the property that is described below under the heading "Transfer of Rights in the Property "
(G) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest
(H) "Riders" means all Riders to this Security Instrument that are executed by Borrower The following Riders are to be executed by Borrower [check box as applicable]

☐ Adjustable Rate Rider   ☐ Condominium Rider            ☐ Second Home Rider
☐ Balloon Rider           ☐ Planned Unit Development Rider  ☒ 1-4 Family Rider
☐ VA Rider                ☐ Biweekly Payment Rider       ☐ Other(s) [specify]

(I) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions
(J) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization
(K) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers
(L) "Escrow Items" means those items that are described in Section 3
(M) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for (i) damage to, or destruction of, the Property, (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation, or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property
(N) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on, the Loan
(O) "Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument
(P) "RESPA" means the Real Estate Settlement Procedures Act (12 U S C Section 2601 et seq ) and its implementing regulation, Regulation X (24 C F R Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA

DOC  # 323152                       APPL # 0001061911
                                                            Initials /MCC
VMP-6A(IL) (0010)                    Page 2 of 15                          Form 3014 1/01

(Q) **"Successor in Interest of Borrower"** means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument

TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note, and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note For this purpose, Borrower does hereby mortgage, grant and convey to MERS (solely as nominee for Lender and Lender's successors and assigns) and to the successors and assigns of MERS, the following described property located in the         County
[Type of Recording Jurisdiction]   of      Cook                        [Name of Recording Jurisdiction]

ATTACH LEGAL HERETO AND MADE A PART HEREOF

Parcel ID Number   18-13-412-012                     which currently has the address of
7433 W 60th Place                                                                   [Street]
Summit Argo                                          [City], Illinois  60501        [Zip Code]
("Property Address")

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property All replacements and additions shall also be covered by this Security Instrument All of the foregoing is referred to in this Security Instrument as the "Property" Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property, and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument
BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to mortgage, grant and convey the Property and that the Property is unencumbered, except for encumbrances of record Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record
THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property
UNIFORM COVENANTS Borrower and Lender covenant and agree as follows
1. **Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges.** Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note Borrower shall also pay funds for Escrow Items

DOC # 323153                APPL # 0001061911
                                                        Initials /AcC
VMP-6A(IL) (0010)           Page 3 of 15                                Form 3014 1/01

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Witnesses

_____   _____ (Seal)
                                    Maria C Campos                -Borrower

_____

                                    _____ (Seal)
                                                                   -Borrower

_____ (Seal)   _____ (Seal)
                               -Borrower                                   -Borrower

_____ (Seal)   _____ (Seal)
                               -Borrower                                   -Borrower

_____ (Seal)   _____ (Seal)
                               -Borrower                                   -Borrower

DOC   # 323164           APPL # 0001061911

VMP -6A(IL) (0010)          Page 14 of 15                    Form 3014  1/01

STATE OF ILLINOIS,   COOK                                                      County ss:
   I,         VANESSA  OROZCO       , a Notary Public in and for said county and
state do hereby certify that   Maria C Campos

personally known to me to be the same person(s) whose name(s) subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that he/she/they signed and delivered the said instrument as his/her/their free and voluntary act, for the uses and purposes therein set forth
   Given under my hand and official seal, this      23rd         day of   November, 2005

My Commission Expires

   9-30-06
                                   _____
                                         Notary Public

"OFFICIAL SEAL"
VANESSA OROZCO
COMMISSION EXPIRES 09/30/06

DOC # 323165                   APPL # 0001061911            Initials /M C.C
-6A(IL) (0010)                     Page 15 of 15                                Form 3014  1/01

Law Title Insurance Agency Inc -Naperville
2900 Ogden Ave , Suite 108
Lisle, Illinois 60532
(630)717-7500

Authorized Agent For    Lawyers Title Insurance Corporation
Commitment Number    256898L/REV 11/15/05

### SCHEDULE C - PROPERTY DESCRIPTION

The land referred to in this Commitment is described as follows

LOT 13 IN BLOCK 4 IN ARGO'S FIFTH ADDITION TO SUMMIT, A SUBDIVISION OF THE SOUTH 10.11 ACRES OF THE NORTHWEST 1/4 OF THE SOUTHEAST 1/4 OF SECTION 13, TOWNSHIP 38 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

ALTA Commitment
Schedule C

(256898 PFD/256898L/12)