**US RES**
*US Real Estate Services*

25520 Commercentre Dr
Lake Forest, CA 92630
Corporate    (949) 598-9920
Fax          (949) 598-9950

**EXTERIOR & INTERIOR PHOTOS REQUIRED**

# Broker Price Opinion

| Property Address: | City, State, Zip, County | Loan Number: |
|---|---|---|
| *7433 W 60TH PL* | *SUMMIT ARGO, IL, 60501,* | *0118627520* |
| AM Contact: | Broker Firm and Contact: | Phone No.: |
| *Shaw Scovel* | *RE/MAX PREFERRED PROPERTIES / JOHN MONINO* | *(630) 545-0414* |

## Neighborhood Data

Number of Listings in immediate area: **10**    Price Range: Low $ ____    Price Range: High $ ____
Number of Houses in direct competition with subject: **3**    Average Days to close loans **30**
Average marketing time of comparable Listings **120**    Avg Sale Days: **90**
Pride of Ownership:  ☐ Excellent  ☒ Fair  ☐ Poor  ☐ Vandalism?
Describe any new construction competition? *none*
Any special assessments proposed or pending? *none*
Describe any negative neighborhood factors that would detract from subject: *nnoe*
This Market is:  ☐ Appreciating  ☒ Stable  ☐ Depreciating   in value:    % Monthly

## Market Analysis

| Subject Property | Style | SqFt | Total | Bed | Bath | Pot. Rent | Bsmt (% fin) | Gar. | Lot Size | Age | DOM | Prev LP | Current LP | Condition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 story | 2592 | 10 | 6 | 4 | 1300 | 1 | 2 | 3750 | 3 | | | | average |

Comments: subject is a 2 story 2 unit brick with a full unfinished basement, 2 car garage and no fireplace.

RECOMMENDED ☐ Roof ☐ Structural ☐ Well ☐ Septic ☐ Electrical ☐ Mechanical ☐ Plumbing ☐ Radon ☐ Termite ☐ Other ____
INSPECTIONS (to be completed prior to ordering repair bids) Date Inspections Ordered: ____
Explain any possible hazardous conditions *n/a*
List personal property left on premises: *none*

Use Comps no Older than 6 months old (12 month Maximum)

| Comparable Sales | Sale Date | SqFt | Total | Bed | Bath | Prox to Sub. | Bsmt | Gar. | Lot Size | Age | DOM | LP@Sale | Sale $ | Owner* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5538 s. 72nd ct. | 9/14/2007 | 2580 | 10 | 6 | 4 | 0.6 | 1 | 2 | 3750 | 50 | 69 | 289,900 | 265,000 | occupied |
| 6720 s. oakley ave. | 12/12/2007 | 3125 | 10 | 6 | 4 | 0.4 | 1 | 2 | 3125 | 8 | 7 | 319,900 | 319,900 | occupied |
| 7954 s. nagle ave. | 7/26/2007 | 2569 | 10 | 6 | 4 | 0.2 | 1 | 2 | 6370 | 9 | 79 | 349,900 | 305,000 | occupied |

| | Condition | Type of Financing | Comments: Special Financing/Mktg Incentives/Seller Concessions (Disc, Pts, Etc) |
|---|---|---|---|
| Comp 1 | average | conv. | brick 2 story with a 2 car garage, and full partially finished basement. |
| Comp 2 | average | conv. | brick 2 story with a 2 car garage, hardwood floors and a full finished basement. |
| Comp 3 | average | conv. | brick 2 story with a 2 car garage, oak floors and a full unfinished basement. |

Indicate home most comparable to subject  ☒ 1  ☐ 2  ☐ 3
Indicate home(s) that were personally inspected  ☐ 1  ☐ 2  ☐ 3    Comments

| Comparable Listings | Style | SqFt | Total | Bed | Bath | Prox to Sub. | Bsmt | Gar. | Lot Size | Age | DOM | Orig LP $ | Cur LP $ | Owner* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7501 w. 63rd place. | 2 story | 2580 | 10 | 6 | 4 | 0.3 | 1 | 2 | 3750 | 5 | 300 | 295,000 | 295,000 | vacant |
| 7232 w. park ave. | 2 story | 2572 | 10 | 6 | 4 | 0.1 | 0 | 4 | 3600 | 8 | 55 | 300,000 | 300,000 | vacant |
| 7236 w. park ave. | 2 story | 2590 | 10 | 6 | 4 | 0.1 | 0 | 4 | 3750 | 44 | 155 | 325,000 | 325,000 | vacant |

| | Condition | Type of Financing | Comments: Special Financing/Mktg Incentives/Seller Concessions (Disc, Pts, Etc) |
|---|---|---|---|
| Comp 1 | average | conv. | 2 story brick with a 2 car garage, ceramic floors and a full finished basement. |
| Comp 2 | average | conv. | 2 story brick with a 2 car garage, and no basement. |
| Comp 3 | average | conv. | 2 sotry brick with a 2 car garage, ceramic floors and no basement. |

Indicate home most comparable to subject  ☐ 1  ☒ 2  ☐ 3
Indicate home(s) that were personally inspected  ☐ 1  ☐ 2  ☐ 3    Comments

* Please indicate owner type: REO (i.e. FNMA, HUD, VA...), Owner Occupant, Investor, Relo.

## Marketability of Subject

1) Explain any functional/economic obsolescence
   *none*
2) Identify any positive or negative site/location influences
   *located in a good and friendly neighborhood*
3) Describe any anticipated resale problems
   *n/a*

| Indicate type(s) of financing subject will not qualify for and why | Probable purchaser | Probable Financier |
|---|---|---|
| *all available* | ☐ First-Time  ☒ Investor  ☐ Other | *conv.* |

RECOMMENDED MARKETING AND/OR RENTAL STRATEGY
*recommend selling as is*

rpForm_Bpo

| Market Value | Suggested List Price |
|---|---|
| 90 - 120 Day Market Time | 90 - 120 Day Market Time |
| As Is         Fully Repaired | As Is         Fully Repaired |
| *315,000*         *342,000* | *319,000*         *349,000* |
| Comments:<br>recommend selling as is. | Comments:<br>recommend selling as is. |

Estimated Land/Lot Value $     *100,000*

## Homeowner's Association Information

Association Name          Address, City, State, Zip          Telephone Number

Homeowner's Association Dues/Condo Fees    When Due    Date of Last Payment    Any Delinquencies

List any maintenance and utilities included

## Broker Recommended Repairs

| Description of Item to be Repaired | Brokers Estimate of Cost of Repair |
|---|---|
| *cleaning* | *1,000* |
| *landscaping* | *500* |
| *paint 4 bedrooms areas neutral* | *1,500* |
| *appliances both kitchens need stoves, microwave, fridge* | *4,500* |
| *rear door repalce with frame* | *1,000* |

Total Cost $     *8,500*

**(Estimate of Repairs)**

| Broker's Signature | Telephone Number | Date |
|---|---|---|
| Broker/Agent Signature on file. | (949) 598-9920 | 03-11-08 |

The above information was obtained from sources deemed to be reliable, but is not guaranteed, and is submitted subject to errors and omissions. Vendor and Agent, make no warranties, either expressed or implied, as to the completeness and/or accuracy of any information

rpForm_Bpo