

31761-
Payoff Stmt.



**CODILIS & ASSOCIATES, P.C.**
**I L L I N O I S**

| ERNEST J. CODILIS, JR*** | SHARON DEVOY* | LAW OFFICES |
| WILLIAM A. McALISTER* | JAMES R. RIEGEL* | |
| GREGORY J. MOODY* | PETER C. BASTIANEN** | 15W030 NORTH FRONTAGE RD. |
| | MARICLARE O'CONNOR* | SUITE 100 |
| BERTON J. MALEY* | BROOKS E. BREHME* | BURR RIDGE, ILLINOIS 60527 |
| RICHARD S. SPENCER* | JEFFREY B. DOVITZ* | (630) 794-5300  FAX: (630) 794-9090 |
| CHRISTINA BABAKITIS* | ELAINE ADAMS***** | |
| MARTIN POTTER* | JOEL P. FONFERKO* | *LICENSED IN IL |
| THOMAS J. BELCZAK* | JOHN F. McCABE* | **LICENSED IN IL, WI, & MA |
| RHONDA PEEK* | STEPHEN C. NEEDHAM* | ***LICENSED IN CO, FL, IL, & TX |
| GLORIA C. TSOTSOS* | LOUIS J. MANETTI JR.* | ****LICENSED IN IL, FL, & MO |
| JOSE MORENO* | CARMEL R. HUSEMAN* | *****LICENSED IN IL & MO |
| DANIEL C. WALTERS* | JOSEPH CIRCELLI, Of Counsel**** | ******LICENSED IN IL & IN |
| RACHAEL A. STOKAS* | CRAIG C. SMITH, Of Counsel****** | |

March 26, 2008

Joel A. Waite
Fax: 302-571-0453
The Brandywine Bldg.  1000 West Street, 17th Floor  PO Box 391
Wilmington, DE 19899-0391

RE: Aurora Loan Services, LLC v. Maria Concepcion Campos a/k/a Maria C. Campos; et. al.
   Our File No.:   14-06-G735
   Loan No.:       0118627520
   Case No.:       06 CH 27994

Dear Sir or Madam:

This letter is being sent to you pursuant to your recent request for pay off figures good through 04/07/08. Please be advised, it is likely that the amount necessary to payoff your loan in full will change between the date of this letter and 04/07/08 for a variety of reasons. These reasons may include such items as additional late charges coming due, additional interest coming due, additional costs being incurred in relationship to foreclosure or other litigation, or other charges allowed under the mortgage. Because of this and in an effort to assist you in paying off your loan, it is necessary to estimate certain amounts

**We estimate that $458,709.25 will be due on 04/07/08.**

The attached breakdown indicates how that estimate was calculated.

The amount listed above may change on or subsequent to the date of this letter due to a variety of reasons. Please call our office 24 hours before you send payment to verify all figures. Please call (630) 794-5300 and ask for the DEFAULT RESOLUTION DEPARTMENT. If you do not verify these figures 24 hours in advance, you may send an incorrect amount and your mortgage may not be paid in full.

All figures are subject to clearance of funds and confirmation by the mortgage holder. The mortgage holder reserves the right to request additional funds, before or subsequent to the payoff of the loan, to correct an error or omission in the figures made in good faith, whether mathematical, clerical, typographical, or otherwise. The payoff figures are also subject to change to reflect any transactions that may occur on or subsequent to the date of this letter.

If you have any questions about these amounts, or if you would like any additional information about the amounts which are due, please call Codilis & Associates, P.C. at (630) 794-5300 and ask for the Default Resolution Department.

Payment pursuant to this letter will NOT be accepted after 5:00 P.M. on 04/07/08 and the amount may change if your payment is not received at the offices of Codilis & Associates, P.C. by that date and time. Payment should be in the form of a CASHIER'S CHECK, CERTIFIED CHECK or MONEY ORDER made payable to Aurora Loan Services LLC.

If these instructions are not fully complied with, your check may be returned and foreclosure may proceed.

**If for any reason, the judicial sale is scheduled to take place prior to 04/07/08, reinstatement or pay-off funds will not be accepted later than one (1) business day prior to the Judicial Sale.**

**This payoff letter shall not revive nor extend any right of redemption of any party. Pursuant to 735 ILCS 5/15-1603(c)(1): Once expired, the right of redemption provided for in Sections 15-1603 or 15-1604 shall not be revived.**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Very truly yours,

Codilis & Associates, P.C.

Breakdown of Estimated Amount Due Through 04/07/08.

| | |
|---|---|
| Principal Balance | $376,000.00 |
| Interest | $46,672.44 |
| Escrow Advances | $28,273.54 |
| Pre-Acceleration Accrued Late Charges: | $346.62 |
| Corporate Advances | $2,000.00 |
| Other (Appraisal Fees, NSF Fees, etc.) | $549.50 |
| Property Inspections/Maintenance Fees | $1,261.00 |
| Non C&A Bankruptcy Fees and Costs | $650.00 |
| **Foreclosure Attorney Fees:** | $1,000.00 |
| **Foreclosure Costs:** | |
| Complaint Filing Fees | $294.00 |
| Lis Pendens Recordation | $36.00 |
| Service of Process | $465.00 |
| Sale Publication | $380.00 |
| Title Charges | $475.00 |
| Cancel Sale Cost | $300.00 |
| Misc. FC Costs | $6.15 |

**Estimated Total to Payoff on 04/07/08:  $458,709.25**

Again, quotes for estimated amounts are made because services are ongoing and not final. Upon receipt of sufficient funds, our office will cease action on any pending foreclosure case and advise the court accordingly.

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.