IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------- x | Chapter 11 |
| In re: : | |
| : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE : | |
| HOLDINGS, INC., a Delaware corporation, et al., : | Jointly Administered |
| : | |
| Debtors. : | |
| ------------------------------------------------------------- x | |

**NOTICE OF SERVICE OF DISCOVERY MATERIAL RELATED TO MOTION OF BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, FOR RELIEF FROM AUTOMATIC STAY, PURSUANT TO 11 U.S.C. § 362(d), ALLOWING THE ADMINISTRATIVE AGENT TO EXERCISE ITS RIGHTS AS A SECURED CREDITOR**

PLEASE TAKE NOTICE that on the following dates, Bank of America, N.A., as Administrative Agent for itself and certain other banking and financial institutions as pre-petition secured lenders under that certain Second Amended and Restated Credit Agreement dated as of August 10, 2006, by and through its undersigned counsel caused a copy of the following documents to be served on counsel for the above-captioned debtors and debtors-in-possession:

    March 17, 2008 - OBJECTIONS OF BANK OF AMERICA, N.A. AS ADMINISTRATIVE AGENT TO DEBTORS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

    March 27, 2008 - OBJECTIONS AND RESPONSES OF BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, TO DEBTORS' FIRST SET OF INTERROGATORIES

    March 28, 2008 - DOCUMENTS PRODUCED IN RESPONSE TO DEBTORS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

    April 2, 2008 - EXPERT WITNESS REPORT OF ROBERT R. BRANTHOVER.

Dated: April 7, 2008

POTTER ANDERSON & CORROON LLP

/s/ Gabriel R. MacConaill
_____
Laurie Selber Silverstein (No. 2396)
Gabriel R. MacConaill (No. 4734)
P.O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19899
(302) 984-6000

-and-

KAYE SCHOLER LLP
Margot B. Schonholtz
Myron Kirschbaum
Scott D. Talmadge
425 Park Avenue
New York, NY 10022

*Counsel for Bank of America, N.A. as Administrative Agent under that certain Second Amended and Restated Credit Agreement, dated as of August 10, 2006*

PAC#858947

2