## CERTIFICATE OF SERVICE

    I, Gabriel R. MacConaill, hereby certify that I am not less than 18 years of age and that on this 7th day of February, 2008, I caused a true and correct copy of the within **Notice Of Service Of Discovery Material Related To Motion Of Bank Of America, N.A., As Administrative Agent, For Relief From Automatic Stay, Pursuant To 11 U.S.C. § 362(d), Allowing The Administrative Agent To Exercise Its Rights As A Secured Creditor** to be served on the following parties in the manner indicated below:

**VIA HAND DELIVERY**
Robert S. Brady, Esquire
Pauline K. Morgan, Esquire
M. Blake Cleary, Esquire
Sean Beach, Esquire
Matthew B. Lunn, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**VIA HAND DELIVERY**
Bonnie Glantz Fatell, Esquire
David Carickhoff, Esquire
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 10022

**FIRST CLASS MAIL/and EMAIL**
Mark T. Power, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

    Under penalty of perjury, I declare that the forgoing is true and correct.

                                                  Gabriel R. MacConaill

Pac#859043