# EXHIBIT A

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0075526
Invoice Date:  11/1/2007

Attention:                                                   7983.20249

Loan No: 1000719718                        Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|---|---|---|
| 11/1/2007 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 12/29/2006 | Date Notice of Default Recorded | $12.00 |
| 1/5/2007 | 10 Day Mailings Sent | $35.15 |
| 1/15/2007 | Date Trustee Sale Guarantee Received | $1,023.00 |
| 1/15/2007 | 1 Month Mailings Sent | $14.00 |
| 4/25/2007 | Date Notice of Sale Posted | $120.00 |
| 4/26/2007 | Title Cost Endorsement | $50.00 |
| 4/26/2007 | Date Publication Commenced (1st Pub) | $397.25 |
| 4/27/2007 | Date Notice of Sale Mailed | $63.27 |
| 5/1/2007 | Assignment Recorded | $9.00 |
| 5/1/2007 | Date Notice of Sale Recorded | $10.00 |
| 5/1/2007 | SOT/Appointment Recorded | $10.00 |
| 5/21/2007 | Title Cost Endorsement | $25.00 |
| 5/23/2007 | Title Cost Endorsement | $25.00 |
| 5/25/2007 | Title Cost Endorsement | $25.00 |
| 5/30/2007 | Title Cost Endorsement | $25.00 |
| 6/1/2007 | Title Cost Endorsement | $25.00 |
| 6/20/2007 | Title Cost Endorsement | $25.00 |
| 6/25/2007 | Title Cost Endorsement | $25.00 |
| 10/24/2007 | Title Cost Endorsement | $25.00 |
| 10/30/2007 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,958.67 |
| | PLEASE PAY AMOUNT DUE: | $2,558.67 |

Page 1