# EXHIBIT B

| Loan # | Fee App Month | Investor Name |
|--------|---------------|---------------|
| 1001524505 | January | Wrong Loan Number |