# **EXHIBIT C**

| Loan # | Fee App Month | Comments | Date | New Servicer |
|---|---|---|---|---|
| 1001411193 | December | REO Sold | | |
| 1001101663 | December | Service Release | 12/21/2007 | Countrywide |
| 1001050648 | December | Service Release | 12/21/2007 | Countrywide |
| 1001466818 | December | Loss Mit Sold | | |
| 1000782010 | December | Loss Mit Sold | | |
| 1000811950 | December | Loss Mit Sold | | |
| 1001198543 | December | Loss Mit Sold | | |
| 1000831580 | December | Loss Mit Sold | | |
| 1000860945 | December | Sold 3rd Party | | |
| 1001637463 | December | Paid Off | | |
| 1001498528 | December | Service Release | 11/1/2007 | Regions Mortgage |
| 1001569736 | December | Service Release | 11/1/2007 | Regions Mortgage |
| 1001063602 | December | Service Release | 12/21/2007 | Countrywide |
| 1000495057 | December | Service Release | 10/4/2007 | B of A |
| 1001190200 | December | Service Release | 2/1/2007 | Select Portfolio |
| 1000940401 | December | Loss Mit Sold | | |
| 1000679285 | December | Loss Mit Sold | | |
| 1001627617 | December | Service Release | 6/1/2007 | Chase Manhattan |
| 1000838829 | January | FC Sale | | |
| 1001088037 | January | Service Release | 12/21/2007 | Countrywide |
| 1000678096 | January | Sold REO | | |
| 1001212183 | January | Sold Loss Mit | | |
| 1001509277 | January | Sold Loss Mit | | |
| 1001291455 | January | Sold Loss Mit | | |
| 1000499494 | January | Sold FC | | |
| 1000738021 | January | Sold Loss Mit | | |
| 1000884218 | January | Sold Loss Mit | | |
| 1001519751 | January | Service Release | 11/1/2007 | Regions Mortgage |
| 1001208021 | January | Service Release | 4/1/2007 | Aurora Loan Services |
| 1001377009 | January | Service Release | 4/1/2007 | Aurora Loan Services |
| 1001028688 | January | Service Release | 4/1/2007 | Aurora Loan Services |
| 1001461929 | January | Service Release | 4/1/2007 | Aurora Loan Services |
| 1001628019 | January | Service Release | 12/21/2007 | Countrywide |
| 1001628884 | January | Service Release | 10/17/2007 | EMC Mortgage |
| 1000865766 | January | Sold Loss Mit | | |
| 1001038253 | January | Sold Loss Mit | | |
| 1001350694 | January | Sold Loss Mit | | |
| 1001253770 | January | Sold Loss Mit | | |
| 1000550456 | January | Sold 3rd Party | | |
| 1000735903 | January | Paid Off | | |
| 1000837052 | January | Paid Off | | |
| 1001704251 | January | Service Release | 4/1/2007 | Aurora Loan Services |
| 1001086726 | January | Service Release | 10/4/2007 | B of A |
| 1000802811 | January | Service Release | 1/11/2008 | GMAC Mortgage |
| 1001109173 | January | Service Release | 1/11/2008 | GMAC Mortgage |
| 1001055621 | January | Service Release | 1/11/2008 | GMAC Mortgage |
| 1001657015 | January | Service Release | 11/6/2007 | EMC Mortgage |
| 1001319505 | January | Service Release | 1/11/2008 | GMAC Mortgage |
| 1000952636 | January | Service Release | 1/11/2008 | GMAC Mortgage |
| 1000866708 | January | Service Release | 1/11/2008 | GMAC Mortgage |
| 1000986400 | January | Service Release | 1/11/2008 | GMAC Mortgage |
| 1000679793 | January | Service Release | 2/4/2008 | GMAC Mortgage |

Exhibit C                                    Page 1 of 1