IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x   Chapter 11
In re:                                                             :
                                                                   :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                             :
HOLDINGS, INC., a Delaware corporation, et al.,                    :   Jointly Administered
                                                                   :
                        Debtors.                                   :
------------------------------------------------------------------ x

### NOTICE OF DEPOSITION OF ROBERT JOHNSON

PLEASE TAKE NOTICE that Bank of America, N.A., as Administrative Agent, by its undersigned attorneys will take the deposition upon oral examination of Robert Johnson in connection with the Administrative Agent's Motion for Relief from the Automatic Stay, Pursuant to 11 U.S.C. § 362(d), Allowing the Administrative Agent to Exercise Its Rights as a Secured Creditor, pursuant to Federal Rule of Civil Procedure 30(b)(1) as applicable through Federal Rules of Bankruptcy Procedure 9014 and 7030. The deposition will take place before a Notary Public or other officer duly authorized to administer oaths at the time, place and date set forth below, and will be recorded by stenographic and videographic means.

| | |
|---|---|
| Name: | Robert Johnson |
| Date and Time: | April 11, 2008; 10:00 a.m. |
| Location: | Potter Anderson & Corroon LLP |
| | 1313 North Market Street |
| | Wilmington, DE  19801 |

The deposition is being taken for the purposes of discovery, for use at the Hearing on the Motion, and for such other purposes as are permitted under the Federal Rules of Civil Procedure.

Dated: April 7, 2008
      Wilmington, Delaware

                      POTTER ANDERSON & CORROON LLP

                      By: /s/ 
                      Laurie Selber Silverstein (No. 2396)
                      Gabriel R. MacConaill (No. 4734)
                      P. O. Box 951
                      1313 N. Market Street, 6th Floor
                      Wilmington, Delaware 19899
                      (302) 984-6000

                      - and -

                      KAYE SCHOLER LLP
                      Margot B. Schonholtz
                      Myron Kirschbaum
                      Scott D. Talmadge
                      425 Park Avenue
                      New York, NY 10022

                      *Counsel for Bank of America, N.A. as Administrative Agent under that certain Second Amended and Restated Credit Agreement, dated as of August 10, 2006*

PAC#859104