IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x   Chapter 11
In re:                                                       :
                                                             :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                       :
HOLDINGS, INC., a Delaware corporation, et al.,¹             :   Jointly Administered
                                                             :
                        Debtors.                             :
------------------------------------------------------------ x
```

## NOTICE OF DEPOSITION OF JAY WAMPLER

PLEASE TAKE NOTICE that the above-captioned Debtors will take the deposition upon oral examination of Jay Wampler in connection with the Administrative Agent's Motion for Relief from the Automatic Stay, Pursuant to 11 U.S.C. §362(d), Allowing the Administrative Agent to Exercise Its Rights as Secured Creditor (the "Motion"), pursuant to Federal Rule of Civil Procedure 30(b)(1) as applicable through Federal Rules of Bankruptcy Procedure 9014 and 7030. The deposition shall commence at 9:30 a.m. (ET) on April 10, 2008, at the offices of Kaye Scholer LLP, 425 Park Avenue, New York, NY 10022. The deposition will be taken pursuant to all applicable rules of the Court before a notary public or other such person authorized by law to administer oaths. The deposition will be recorded by stenographic means.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

The deposition is being taken for the purposes of discovery, for use at the hearing on the Motion, and for such other purposes as are permitted under the Federal Rules of Civil Procedure.

Dated: April 8, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Erin Edwards*

John T. Dorsey (No. 2988)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Phone: (302) 571-6600
Facsimile: (302) 571-1253
*Counsel to the Debtors*