IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

AMERICAN HOME MORTGAGE
HOLDINGS, INC., et al.,

                 Debtors.

Chapter 11
Case No. 07-11047-CSS, et seq.

**Objections due by: April 21, 2008, 4:00 p.m.**
**Hearing Date: April 28, 2008 at 2:00 p.m.**

**NOTICE OF MOTION OF HSBC BANK USA,
NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS
OF DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST,
SERIES 2007-AR2 MORTGAGE PASS-THROUGH CERTIFICATES
FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

TO:    Parties listed on the Certificate of Service

       HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-AR2 Mortgage Pass-Through Certificates has filed a Motion for Relief from Stay which seeks the following relief: Relief from the automatic stay to exercise its non-bankruptcy rights with respect to a parcel of real property in which the above-captioned debtor may hold an interest, located at 111 Bridge Way, Madera, CA 93638.

**HEARING ON THE MOTION WILL BE HELD ON APRIL 28, 2008 AT 2:00 P.M.**

       You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached motion at lease five business days before the above hearing date. At the same time, you must also serve a copy of the response upon movant's attorneys:

Adam Hiller, Esquire
Maria Aprile Sawzcuk, Esquire
Draper & Goldberg, PLLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone

       The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

       The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for

the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTING IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 7, 2008  
       Wilmington, Delaware

Respectfully submitted,

DRAPER & GOLDBERG, PLLC


**/s/ Adam Hiller**

Adam Hiller (DE No. 4105)  
Maria Aprile Suwzcuk (DE No 3320)  
1500 North French Street, 2nd Floor  
Wilmington, Delaware 19801  
(302) 339-8776 telephone  
(302) 213-0043 facsimile  
*Attorneys for Movant*