I am only claiming $250-00 not $500-00. When I send the first proof of claim they did not write to me telling me if they did get it, so when I received the form of proof of claim I did send it again just to make sure. Sorry for the confusion

The first one I print it myself online

Rachael Masilwa

FILED 2008 APR -7 PM 12:29 US BANKRUPTCY COURT DISTRICT OF DELAWARE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: April 7, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: April 14, 2008 at 10:00 a.m. (ET) |
| 07-11047 - Omni 1 - 2 | ) |

RACHAEL, MASIIVVA
48 MARTHA ST
INDIAN ORCHARD, MA 01151

## NOTICE OF DEBTORS' FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: RACHAEL, MASIIVVA
48 MARTHA ST
INDIAN ORCHARD, MA 01151

Basis For Objection: AMENDED

| | Claim Number | Claim Amount |
|---|---|---|
| Expunged Claim | 5166 | $250.00 |
| Surviving Claim | 452 | $250.00 |

    The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors have received multiple claims filed on your behalf and by this Objection seek to disallow one of your claims as duplicative or amended. The Objection seeks to alter your rights by disallowing your above listed claim in the 'Expunged Claim' row, but does not seek to alter your claim listed in the 'Surviving Claim' row.

    Responses to the Objection, if any, must be filed on or before **April 7, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

    At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

    A HEARING ON THE OBJECTION WILL BE HELD ON **APRIL 14, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 14, 2008
    Wilmington, Delaware