IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

AMERICAN HOME MORTGAGE
HOLDINGS, INC., et al.,

Debtors.

Chapter 11
Case No. 07-11047-CSS, et seq.

**ORDER TERMINATING AUTOMATIC
STAY UNDER SECTION 362 OF THE BANKRUPTCY
CODE WITH RESPECT TO REAL PROPERTY LOCATED
AT 43353 CHOKEBERRY SQUARE, ASHBURN, VA 20147**
*(relates to Docket No. _____)*

UPON CONSIDERATION of the Motion for Relief from Automatic Stay Under Section
362 of the Bankruptcy Code with Respect to Real Property Located at 43353 Chokeberry
Square, Ashburn, VA 20147 (the "Motion") filed by Deutsche Bank National Trust Company, as
Trustee Under the Pooling and Servicing Agreement Relating to IMPAC Secured Assets Corp.,
Mortgage Pass-Through Certificates, Series 2007-3 ("Movant"), and any response thereto; the
Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28
U.S.C. §§ 157 and 1334; (B) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C)
venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on
the Certificate of Service is adequate under the circumstances; and the Court having further
determined that cause exists to grant Movant relief from the automatic stay with respect to
Movant's exercise of any rights and remedies against the real property located at 43353
Chokeberry Square, Ashburn, VA 20147 (the "Property") under applicable non-bankruptcy law;
it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED**. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion**;** and it is further

**ORDERED,** that pursuant to 11 U.S.C. § 362(d), to the extent the automatic stay is otherwise applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is terminated, with respect to Movant's interest in the Property.  Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against the Property, including but not limited to foreclosure of the Mortgage; and it is further

**ORDERED,** that nothing in this order (i) shall constitute a determination that the Debtor holds any interest in the Property or (ii) shall estop the Debtor from denying that it holds any interest in the Property; and it is further

**ORDERED,** that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).


Date:_____    _____
        Wilmington, Delaware              UNITED STATES BANKRUPTCY JUDGE