

"Seegopaul, Josh"
<jseegopaul@wlross.com>

03/16/2008 10:12 PM

To  <scooper@kroll.com>

cc  <mstaylor@kroll.com>, <ekardos@kroll.com>, <jpatton@ycst.com>, <cgrear@ycst.com>, <jay.t.wampler@bankofamerica.com>, <mliscio@kayescholer.com>, <mindelicato@hahnhessen.com>, <mweinberg@jonesday.com>, <sstennett@jonesday.com>, "Ross, Wilbur L" <wlross@wlross.com>, "Storper, David H" <dstorper@wlross.com>

Subject  AHM/WLR Monthly Status Report

Pursuant to paragraph 58 of the Sale Approval Order (as defined in the Asset Purchase Agreement, dated September 25, 2007, among AH Mortgage Acquisition Co., Inc. ("Purchaser"), American Home Mortgage Investment Corp., American Home Mortgage Corp. and American Home Mortgage Servicing Inc.), this e-mail constitutes the Monthly Status Report from and on behalf of Purchaser.

Of the 44 licenses required of AH Mortgage Acquisition Co., Inc., 40 have either been issued or regulatory approval to proceed to closing has been obtained. The remaining 4 state approvals are District of Columbia, New Jersey, New York and Ohio.

Purchaser also remains conditionally approved by Fannie Mae and by Freddie Mac.

Purchaser hereby certifies that the information provided in this report is accurate and that Purchaser continues to proceed in a commercially reasonable manner to obtain any remaining state licenses.


Regards,

Josh Seegopaul
Vice President
WL Ross & Co. LLC
1166 Avenue of the Americas, 27th Flr.
New York, NY  10036
Tel: 212.829.7260
Fax: 212.317.4893
jseegopaul@wlross.com

****************************************************************
Confidentiality Note: The information contained in this
message, and any attachments, may contain confidential
and/or privileged material.  It is intended solely for the
person(s) or entity to which it is addressed.  Any review,
retransmission, dissemination, or taking of any action in
reliance upon this information by persons or entities other
than the intended recipient(s) is prohibited.  If you received
this in error, please contact the sender and delete the
material from any computer.
****************************************************************