**AH Mortgage Acquisition Co., Inc.**
**c/o WL Ross & Co. LLC**
**1166 Avenue of the Americas, 27th Floor**
**New York, New York 10036**

April 4, 2008

American Home Mortgage Investment Corp.
American Home Mortgage Corp.
American Home Mortgage Servicing Inc.
c/o American Home Mortgage Investment Corp.
538 Broadhollow Road
Melville, New York 11747
Attention: Mr. Steven Cooper

> Re: **Asset Purchase Agreement, dated as of September 25, 2007, by and among AH Mortgage Acquisition Co., Inc. ("Purchaser"), American Home Mortgage Investment Corp., American Home Mortgage Corp. and American Home Mortgage Servicing, Inc. (together with American Home Mortgage Investment Corp. and American Home Mortgage Corp., the "Sellers") (as modified, amended or supplemented, the "Asset Purchase Agreement")**

Mr. Cooper:

In accordance with Section 2.7(b) of the Asset Purchase Agreement, the Final Closing and the transfer of title to the Purchased Assets, Assumed Liabilities and Assumed Contracts contemplated thereby shall take place on the Business Day following the date on which the condition set forth in Section 8.4(a) of the Asset Purchase Agreement has been satisfied or waived by Purchaser. As you are aware, Purchaser has satisfied such condition prior to the date hereof. Additionally, if there is any doubt as to whether the condition set forth in Section 8.4(a) of the Asset Purchase Agreement has been satisfied, Purchaser hereby waives compliance with such condition.

As there are no additional conditions required for the Final Closing to occur, Purchaser hereby demands that Sellers comply with the Asset Purchase Agreement for the Final Closing to occur no later than Monday, April 7, 2008. If Sellers have not complied with the requirements for the Final Closing under the Asset Purchase Agreement, including the execution and delivery requirements set forth in Sections 2.8 and 2.10(b) thereof, by 1:30 pm Eastern Daylight Time on Monday, April 7, 2008, Purchaser will proceed to exercise any and all of its rights and remedies under the Asset Purchase Agreement and under law.

Purchaser hereby reserves all of its rights and Claims under the Asset Purchase Agreement and under law. Capitalized terms used herein and not otherwise defined herein shall have the meaning ascribed to them in the Asset Purchase Agreement.

*{Remainder of Page Intentionally Left Blank}*

Sincerely,

**AH Mortgage Acquisition Co., Inc.**

By: _____
David Storper, President

cc:  Kroll Zolfo Cooper
101 Eisenhower Parkway
Roseland, New Jersey  07068
Facsimile:  (973) 618-9430
Attention:  Elizabeth S. Kardos, Esq.

Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Facsimile:  (302) 571-1253
Attention:  James L. Patton, Jr., Esq.

Banc of America
Strategic Solutions, Inc.
901 Main Street, 66th Floor
Dallas, Texas  75202
Facsimile:  (214) 290-9475
Attention:  Jay T. Wampler

Kaye Scholer LLP
425 Park Avenue
New York, New York  10022
Facsimile:  (212) 836-6545
Attention:  Mark Liscio, Esq.

Hahn & Hessen LLP
488 Madison Avenue
New York, New York  10022
Facsimile:  (212) 478-7400
Attention:  Mark S. Indelicato, Esq.

Jones Day
222 East 41st Street
New York, New York  10017
Facsimile:  (212) 755-7306
Attention:  Robert A. Profusek, Esq.