IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          : Chapter 11
                                                                :
AMERICAN HOME MORTGAGE                                          : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]              :
                                                                : Jointly Administered
                        Debtors.                                :
                                                                : Re: Docket No. ___
---------------------------------------------------------------- x

### ORDER COMPELLING DEBTORS TO EFFECTUATE
### THE FINAL CLOSING UNDER THE ASSET PURCHASE AGREEMENT
### FOR THE SALE OF THE DEBTORS' MORTGAGE SERVICING BUSINESS

This matter coming before the Court on the Emergency Motion of AH Mortgage Acquisition Co., Inc. to Compel Debtors to Effectuate the Final Closing Under the Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business (the "Motion"),[2] filed by AH Mortgage Acquisition Co., Inc. (the "Purchaser"); the Court having reviewed the Motion and the Declaration of Josh R. Seegopaul attached to the Motion as Exhibit A (the "Seegopaul Declaration"); the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iii) notice of the Motion was sufficient under the circumstances; and the Court

---

[1] The debtors in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for American Home Mortgage Servicing, Inc., whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

having determined that the legal and factual bases set forth in the Motion and the Seegopaul Declaration establish just cause for the relief granted herein;

    IT IS HEREBY ORDERED THAT:

    1.    The Motion is GRANTED.

    2.    The Debtors are directed to effectuate the Final Closing no later than one business day after entry of this Order.

    3.    The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.


Dated: _____, 2008

    _____
    CHRISTOPHER S. SONTCHI
    UNITED STATES BANKRUPTCY JUDGE