IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       : Jointly Administered
        Debtors.                                                       :
---------------------------------------------------------------------- x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ROSS MATRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 28, 2008, I caused to be served the following:

a) A creditor specific Customized Exhibit to Debtors' Third Omnibus Objection to Claims (Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A, and

b) Notice of Debtors' Third Omnibus Objection to Claims (Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, dated March 28, 2008, to which is attached the Debtors' Third Omnibus Objection to Claims (Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, [Docket No. 3475], dated March 28, 2008,

by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Ross Matray

Sworn to before me this
2nd day of April, 2008

_____
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20 10

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) **Chapter 11** |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) **Jointly Administered** |
| | ) |
| | ) **Objection Deadline: April 21, 2008 at 4:00 p.m. (ET)** |
| | ) **Hearing Date: April 28, 2008 at 2:00 p.m. (ET)** |
| AHM OB3 3/28/2008 (merge2.txnum2) 4000096264 | ) |

BOYLE, SUZANNE
132 E WOODLANDER
EAGLE, ID 83616

# NOTICE OF DEBTORS' THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: BOYLE, SUZANNE
132 E WOODLANDER
EAGLE, ID 83616

**Basis For Objection:** Identical claims against multiple Debtors

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 2325 | $9,033.38 |
| Surviving Claim | 2061 | $9,033.38 |

The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#2061) was asserted against the correct Debtor.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow the claim listed above because the Debtors have determined, after review of their books and records, that you have filed identical claims against multiple Debtors. The Debtors have determined that the claims listed in the 'Surviving Claim' row above were either filed against the correct Debtor or will be reassigned to the correct Debtor through the Debtors' Second Omnibus (Non-Substantive) Objection to Claims. The Objection seeks to alter your rights by disallowing the above listed claim in the 'Expunged Claim' row.

Responses to the Objection, if any, must be filed on or before **April 21, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **APRIL 28, 2008 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 28, 2008
Wilmington, Delaware

**EXHIBIT B**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

CUSTOMIZED NOTICE OF DEBTORS' THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

Page 1 of 3

Notices mailed by March 28, 2008 and sent to the following:

ARNDT, LISA K.
59 BENJAMIN DRIVE
TROY, MO 63379

BAKER, LINDA A.
5319 MANOR DR
NEW PORT RICHEY, FL 34652

BARNEY, IVAN L.
2616 MERION HILLS COURT
CHARLOTTE, NC 28269

BEALL, CAROL A.
1918 CAMBRIDGE DR
CROFTON, MD 21114

BIERD, JESSICA
1323 E BALBOA BLVD # 1
NEWPORT BEACH, CA 92661

BLOOM, LINDA S.
4329 W ARROWHEAD RD
SPOKANE, WA 99208-4967

BODIE, DANNA L
8502 MAPLE BLUFF CT
NEW HAVEN, IN 46774

BOYLE, SUZANNE
132 E WOODLANDER
EAGLE, ID 83616

BRADY, AMY L.
214 E GEORGIA AVE
CONNELLSVILLE, PA 15425

BROWN, ELIZABETH DORNEY
429 ROBIN REED CT
PINEVILLE, NC 28134

CADIZ, JOY N.
1168 NAMDAC AVE
BAY SHORE, NY 11706

CARNEY, PATRICIA E.
2962 HARMENING AVE
PITTSBURGH, PA 15227

CLARK, PATRICIA
601 GRAY SQUIRREL CT
APOPKA, FL 32712

CLAY, DONNA M.
3311 FALLEN TREE CT
ALEXANDRIA, VA 22310

COLLINS PALLWITZ, DIANA K
1645 WATERS EDGE DRIVE
PLEASANT HILL, IA 50327

CONTRERAS, REANA
34889 NORTH
STETSON COURT
QUEEN CREEK, AZ 85242

CORBETT, HEATHER
4425 B301 PARRISH ST
PHILADELPHIA, PA 19104

CORDERO, NOEL JR.
148 GROVE AVE
PATCHOGUE, NY 11772

CORDTS, AUDRA LYNN
160 EAST 23RD STREET
SOUTH HUNTINGTON, NY 11746

D'ANGELI, JOSEPH
201 TINTON PL
EAST NORTHPORT, NY 11731

D'ANGELI, LINDA
201 TINTON PL
EAST NORTHPORT, NY 11731

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by March 28, 2008 and sent to the following:

CUSTOMIZED NOTICE OF DEBTORS' THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

DYCKA, CHRISTOPHER J.
1276 WAVERLY AVE
FARMINGVILLE, NY 11738

FERNANDEZ, FANNY L.
1156 JOSELSON AVE
BAY SHORE, NY 117062037
USA

GRENIER, KAREN
21 WINDING LN
ISLANDIA, NY 11749

HAYES, JAMES J.
9260 BOWERS BROOK PL
BRISTOW, VA 20136

HOUDE, ARTHUR E., IV
23 SOUTHAVEN DR
BROOKHAVEN, NY 11719

JANSEN, ELVA V.
9166 DAUCHY AVE
RIVERSIDE, CA 92508

KNAG, PAUL JR.
60 E 9TH ST # 505
NEW YORK, NY 10003

LALLI, JEANNE
379 SHERMAN AVE
HAWTHORNE, NY 10532

MACARTHUR, LAURA
8 LEO ST
PATCHOGUE, NY 11772

MACORMAC, EVELYN
106 W FAIR MEADOWS DR
CANONSBURG, PA 15317

MAPES, CAROLINE
5711 CAVALIER CT
BENSALEM, PA 19020

MAPLESON, TERI-ANN
5 LAKEWOOD AVE
LAKE RONKONKOMA, NY 11779

MATTHEWS, GEORGE T
ASSISTANT VICE PRESIDENT-AREA MANAGER
****NO ADDRESS PROVIDED****

MCERLEAN, JENNIFER
33 PARDAM KNOLL RD
MILLER PLACE, NY 11764

MONROE, MICHELE
391 MORS AVE
WHEELING, IL 60090

MORAN PILLE, KATHRYN A.
2031 N ARLENE DR
ARNOLD, MO 63010

MULLINS, STACY J.
177 BAYLAWN AVE
COPIAGUE, NY 11726

NEWMAN, JOHN H.
312 BAY AVENUE
HUNTINGTON, NY 11743

PAVONE, CHERYL L.
1744 SWORD DANCER DR
VIRGINIA BEACH, VA 23454

PEACOCK, VALORIE J
14712 E COLGATE DR
AURORA, CO 80014

PEACOCK, VALORIE J.
14712 E COLGATE DR
AURORA, CO 80014

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by March 28, 2008 and sent to the following:

**CUSTOMIZED NOTICE OF DEBTORS' THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

RICHARD, SHARON KUNTI
1516 KINGSTON AVE
BALDWIN, NY 11510

ROSENBLATT, KATHERINE (KATIE)
1741 PLUM THICKET LANE
WEST DES MOINES, IA 50266

SHEALEY, DORNETTA
114-83 228TH ST
CAMBRIA HEIGHTS, NY 11411

SLOWINSKI, MICHELLE L.
15014 N 150TH LN
SURPRISE, AZ 85379

SOMERMAN, STEVEN M.
17 TORTOISE SHELL
COTO DE CAZA, CA 92679

SWEENEY, RYAN
660 PIEDMONT DR
WESTFIELD, IN 46074

TODD, BEVERLY
10145 CALLE MARINERO
SPRING VALLEY, CA 91977

VELEZ, CYNTHIA R.
3262 DEER CHASE RUN
LONGWOOD, FL 32779

VELEZ, CYNTHIA R.
3262 DEER CHASE RUN
TANGERINE, FL 327779

WEINSTEIN, MINDY
572 N HAWTHORNE ST
N MASSAPEQUA, NY 11758

WEINSTEIN, MINDY
572 N HAWTHORNE ST
NORTH MASSAPEQUA, NY 11758

YARBRO, CRYSTAL D.
2125 CANTON HIGHWAY
CUMMING, GA 30040

Total Parties: 54