IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------------  x
In re:                                          :   Chapter 11
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                 :
                                                :   Jointly Administered
         Debtors.                               :
---------------------------------------------------------------  x
```

## AFFIDAVIT OF MAILING

```
STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NEW YORK     )
```

ROSS MATRAY, being duly sworn, deposes and says:

1.      I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.      On March 28, 2008, I caused to be served the following:

a)      A creditor specific Customized Exhibit to Debtors' Second Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A, and

b)      Notice of Debtors' Second Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, dated March 28, 2008, to which is attached the Debtors' Second Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, [Docket No. 3474], dated March 28, 2008,

by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit B.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Ross Matray

Sworn to before me this
2nd day of April, 2008

_____
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20 10

**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
| | ) **Chapter 11** |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, <u>et al.</u>, | ) **Case No. 07-11047 (CSS)** |
| | ) |
| Debtors. | ) **Jointly Administered** |
| | ) |
| | ) **Objection Deadline: April 21, 2008 at 4:00 p.m. (ET)** |
| | ) **Hearing Date: April 28, 2008 at 2:00 p.m. (ET)** |
| | ) |

AHM CM2 (3/28/08)

ADELSTEIN, SCOTT J.
532 DARYL DR
MEDFORD, NY 11763

## NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

**TO:** ADELSTEIN, SCOTT J.
532 DARYL DR
MEDFORD, NY 11763

| | **Basis For Objection:** | Claim asserted against wrong debtor | | |
|---|---|---|---|---|
| | | **Claim #** | **Claim Amount** | **New Case Number** |
| | **Claim to be Reassigned** | 990 | $438.46 | 07-11051 |

TO:    (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) COUNSEL FOR THE COMMITTEE; (III) COUNSEL TO THE ADMINISTRATIVE AGENT; (IV) COUNSEL TO THE DIP LENDER; AND (V) THOSE PARTIES WHO HAVE REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002, IN ACCORDANCE WITH DEL. BANKR. LR 2002-1(B).

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto.

Responses to the Objection, if any, must be filed on or before **April 21, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **APRIL 28, 2008 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 28, 2008
　　　 Wilmington, Delaware

**EXHIBIT B**

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**
Notices mailed by March 28, 2008 and sent to the following:

**CUSTOMIZED NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE)**
**OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY**
**CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

ADELSTEIN, SCOTT J.
532 DARYL DR
MEDFORD, NY 11763

AILEEN S. ANDREW FOUNDATION
10701 WINTERSET DRIVE
ORLAND PARK, IL 60467

ALAIMO, DIANE E
139 E MARIE ST
HICKSVILLE, NY 11801

ALBRECHT, MARSHA
837 N. MAPLE AVE.
PALATINE, IL 60067

ALBRITTON, LESLIE
1475 DOCKSIDE CT
FREDERICK, MD 21701

ALDRIDGE, EUGENE C.
7 FOREST PARK DRIVE
RICHARDSON, TX 75080

ANDERSON, BONNIE J.
10 PRIMROSE
IRVINE, CA 92604

ANGELLOTTI, ANTHONY
10648 GREAT EGRET DR
ORLAND PARK, IL 60467

ARBEITMAN, JASON
2245 FOURTH ST
EAST MEADOW, NY 11554

AUTENRIETH, VICTORIA R
110 FRANKLIN ST
NORTHPORT, NY 117683009

BACON, BERNADETTE
12 NIKIA DR
ISLIP, NY 11751

BAILEY, JACK H & WANDA M.
11242 CANTON DR.
STUDIO CITY, CA 91604

BAINGASSO, SUZANNE
21 VERMONT ST
MELVILLE, NY 11747

BAKER, LAYCE PATRICIA
7519 CEDAR DRIVE
CITRUS HEIGHTS, CA 95610

BARKLEY, SHANNON L.
22780 LAUREL GLEN RD # 111
CALIFORNIA, MD 20619

BARTOLOTTA, JOSEPH W.
23 HIGH RIDGE RD
WARWICK, NY 10990

BARTOSZKIEWICZ, RON E.
P.O. BOX 14607
SPRINGFIELD, MO 65814

BEAMSLEY, JOHANNA
711 SOUTH MAIN # A211
SYCAMORE, IL 60178

BECKMANN, JENNIFER
21 PENATAQUIT AVE
BAY SHORE, NY 11706

BELL, CHARLES RAY
PO BOX 363
BRENTWOOD, TN 37024

BELL, TERESA A.
9032 W HATCHER RD
PEORIA, AZ 85345

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by March 28, 2008 and sent to the following:

CUSTOMIZED NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

BELLEZZA, LEONARD
4697 SE WATERFORD DR
STUART, FL 34997

BERTI, MICHAEL B.
64 PINE GROVE AVE 33
KINGSTON, NY 12401-5408

BLOOM, GARY
114 POPLAR PT
PASS CHRISTIAN, MS 39571

BONNY, KENNETH F.
105 KEEPSAKE LN
CHADDS FORD, PA 19327

BOSSONG, EDWARD A.
186 COTTAGE BLVD
HICKSVILLE, NY 11801

BOWMAN, CHUCK
829 N AIR DEPOT BLVD.,
EDMOND, OK 73034-7541

BRCP AURORA MARKETPLACE, LLC
C/O DONALD D. FARLOW
303 E. 17TH AVE, #800
DENVER, CO 80203

BENEVENTANO, LOIS
PO BOX 62
EAST MEADOW, NY 11554

BILICKI, EUGENE
36 JULIAN ST
HICKSVILLE, NY 11801

BOKATH, SHANNON
300 VUEMONT PL NE # T103
RENTON, WA 98056

BORMANN, MARGARET & ANN
4003 CHARNCERY PLACE
FORT WAYNE, IN 46804

BOSTON PROPETIES LIMITED PARTNERSHIP
C/O J. DAVID FOLDS
DLA PIPER US LLP
500 8TH ST. NW
WASHINGTON, DC 20004

BRADFORD, ROBERT E & TERRY L REED JT
TEN
489 VANHOY DR
GREENWOOD, IN 46142-9065

BREEN, JOHN A., III
436 FOX MEADOW DRIVE
NORTHFIELD, IL 60093

BERNIA, MELVIN J. & ELAINE E.
1406 CEDAR BEND DRIVE
BLOOMFIELD HILLS, MI 48302

BLACKWELL, STACEY D.
7201 CHIPPENHAM PLACE
# 203
WINDSOR MILL, MD 21244

BOMANI, ERICA
182 RHODODENDRON DR
WESTBURY, NY 11590

BORRILLO, REGINA
2 BUD COURT
HAUPPAUGE, NY 11788

BOWLES, PIERRE L.
1987 VALLEY WOODS DR
RIVERDALE, GA 30296

BRAUNSTEIN, JOSEPH
7144 FRANCISCO BEND DR
DELRAY BEACH, FL 33446-5610

BREVITZ, R. BRUCE
10 OAKSIDE DRIVE
BATTLE CREEK, MI 49015

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by March 28, 2008 and sent to the following:

**CUSTOMIZED NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

BRIDE, DENISE
219-42 EDGEWOOD AVE
LAURELTON, NY 11413

BROWN, CHANTEL
6333 KING LOUIS DRIVE
ALEXANDRIA, VA 22312

BROWN, KERI R.
12708 JACOB GRACE CT
WINDERMERE, FL 34786

BRUNO, JILL
1186 DIVISION ST
HEWLETT, NY 11557

BRUNS, LUANN D.
26461 LA SCALA
LAGUNA HILLS, CA 92653

BUNN, DORIS B.
106 COCHET COURT
CARY, NC 27511

BYLLOTT, DEBRA
2 BUD COURT
HAUPPAUGE, NY 11788

CALCANDY, CANDICE M.
183 VINEYARD RD
HUNTINGTON, NY 11743

CAMPBELL, DOUG
1 VAN SISE COURT
SYOSSET, NY 11791

CAPUTO, ANTHONY M.
110 BANDY WINE DR
BETHANY BEACH, DE 19930

CARIILO, CHRISTY L.
1940 W 183RD ST #2D
HOMEWOOD, IL 60430

CARLEO, LUIGI
144 BERRY HILL RD
OYSTER BAY, NY 11771

CARROLL, MATTHEW
744 MAIN ST
FARMINGDALE, NY 11735

CASTILLO, BLANCA I.
165 BEDELL ST
FREEPORT, NY 11520

CATHOLIC BISHOP OF LINCOLN
ATTN TIMOTHY J THORBURN, VICE
PRESIDENT
PO BOX 80328
LINCOLN, NE 68501

CHA, JIN
5453 MAYFLOWER CT.
ROLLING MEADOWS, IL 60008

CHAMBLISS, ROBERT E.
4352 MAPLEWOOD DRIVE.
TRUSSVILLE, AL 35173

CHANDLER, DEBI SUE
10255 LIVE OAK AVE
CHERRY VALLEY, CA 92223

CHANDLER, DON
5507 SAN SABA CT
MIDLAND, TX 79707

CHEN, HAO
68 EMILY DRIVE
SOUTH SETAUKET, NY 11720

CHIN, GENE S.
614 DEDHAM ST
NEWTON CENTER, MA 02459

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by March 28, 2008 and sent to the following:

CUSTOMIZED NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

CHO, JUNGSOON
1082 NORWAY DR
COLUMBUS, OH 43221-1658

CIDER, CHARLOTTE S. (IRA)
9480 HUMMINGBIRD BLVD
PENSACOLA, FL 32514-1405

CIDER, EDWARD T. & CHARLOTTE S.
JT TEN
9480 HUMMINGBIRD BLVD
PENSACOLA, FL 32514-1405

CIT TECHNOLOGY FINANCING SERVICES,
INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

CITY CENTER SQUARE EQUITIES II LC
KORI CROUSE
COHEN MCNEILE & PAPPAS P.C.
4601 COLLEGE BLVD, SUITE 200
LEAWOOD, KS 66211

CLARK, KELLY
99 BOWMAN RD
HANOVER, PA 17331

CONRAD, FREDERICK D. & JEAN JT WROS
4009 WOOD END DR
EDINA, MN 55424-1441

COE, ALLISON M
1645 MADRID ST APT 4
SALINAS, CA 93906-8439

CONLEY, MICHEL R.
17707 EMERALD GREEN PLACE
TAMPA, FL 33647-2547

CORBIN, DAVID L.
1269 SW 46TH AVE #2403
POMPANO BEACH, FL 33069

CONTARINO, ELLEN
478 PHILADELPHIA AVE
MASSAPEQUA PARK, NY 11762

CONTI, PATRICIA A.
191 GLENARIFF RD
MASSAPEQUA PARK, NY 11762

CREGEEN, JOHN R.
1001 SEAFARER CIRCLE
APT 504
JUPITER, FL 33477-9040

COURTNEY, TERRESA K.
2012 WILSON FARM CT.
CHESTERFIELD, MO 63005

CRABILL, JULIE
4396 LUCILE AVE
AUBURN, IN 46706

CRYSTAL, NORMAN S & STEVEN B
NORMAN CRYSTAL TRUST
U/A DTD 4/19/04
PO BOX 71119
RENO, NV 89570

CREGEEN, JOHN R.
1001 SEAFARER CIRCLE #504
JUPITER, FL 33477-9040

CROSSFIELD, KATHY
7000 MONMOUTH DR
JOLIET, IL 60431

DAVID E WALLIN TR
UA 08/02/87
XOOIX TRUST
1009 N MARION ST
OAK PARK, IL 60302-1374

CUMMINGS PROPERTIES, LLC
CRAIG J. ZIADY, ESQ.
200 WEST CUMMINGS PARK
WOBURN, MA 01801

DARNALL, LINDA
33520 LIBERTY RD
YUCAIPA, CA 92399

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by March 28, 2008 and sent to the following:

**CUSTOMIZED NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

DAVIS, PETER Q.
1610 KEARSARGE RD
LA JOLLA, CA 92037

DE PINHO, FRANK
6 SUNRISE CIRCLE
HOLMDEL, NJ 07733

DESHONG, PATRICIA
135 WEST VILLAGE WAY
JUPITER, FL 33458

DESTEFANO, ROCCO
3983 STONESTHROW CT
NAPLES, FL 34109-0726

DIAZ, BEVERLY
1300 WALNUT HILL LANE
BALTIMORE, MD 21204

DINSEL, C. GARY
2121 SAINT ANNE COMMON
NORTH HUNTINGDON, PA 15642

DOLAN, MICHAEL
6 SKYVUE CT
SOUTH SETAUKET, NY 11720

DONOVAN, JOHN G., DR.
410 W 3RD ST
CARROLL, IA 51401

DORFF, JENNIFER
15551 BOLYEN CIR #D
TUSTIN, CA 92780

DOVE, JEANNE A.
625 N ST LUCAS ST # 7
ALLENTOWN, PA 18104

DSHONG, ROBERT J. & PATRICIA A.
135 WEST VILLAGE WAY
JUPITER, FL 33458

DUBIN, LESLIE
445 EAST 77TH ST. APT 6M
NEW YORK, NY 10021

DUHAMEL, GARY K.
3929 N. BUCKHORN DR.
BEVERLY HILLS, FL 34465

DYCKA, CHRISTOPHER
1276 WAVERLY AVE
FARMINGVILLE, NY 11738

DYCKA, CHRISTOPHER J.
1276 WAVERLY AVE
FARMINGVILLE, NY 11738

DYSON, RODNEY A., IRA
407 CRESTWATER TRAIL
HOUSTON, TX 77082-1526

E M HENDERSON LIVING TRUST
E M HENDERSON, TRUSTEE
UAD 3/13/07
P O BOX 770344
WINTER GARDEN, FL 34777-0344

E*TRADE Securities
P. O. Box 1542
Merrifield, VA 22116-1542

EICHSTADT, HAROLD J AND MARCELLA M
TRUSTEES EICHSTADT REVOCABLE TRUST
1820 VINLAND ROAD
OSHKOSH, WI 54901-2245

EININGER, MITCHELL
26 GREENWOODS RD
OLD TAPPAN, NJ 07675

EL AD US HOLDING, INC
ATTN SHEANA A ORBIT, SECRETARY
575 MADISON AVENUE
22ND FLR.
NEW YORK, NY 10022

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by March 28, 2008 and sent to the following:

**CUSTOMIZED NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

ESCORCIA, JUSTIN
829 HERBERT COURT
UNIONDALE, NY 11553

ESCORCIA, JUSTIN
829 HERBERT CT
UNIONDALE, NY 11553

FERGUSON, LLOYD
519 HOYT LANE
WINNETKA, IL 60093

FETT, HENRY
701 4TH ST
SECAUCUS, NJ 07094-3001

FONTANELLI, DAVID
3 SEABROOK CT
STONY BROOK, NY 11790-3305

FOREST ITY COMMERCIAL MANAGEMENT, INC.
AGENT FOR FC RICHMOND II, LLC
ATTN ROBERTA AYRES
50 PUBLIC SQUARE, SUITE 1360
CLEVELAND, OH 44113

FRIEDER, NATHAN & LILLIAN
52-54 65TH PLACE
MASPETH, NY 11378-1353

FRISHMAN, ISAAC, TRUSTEE
ISAAC & IDA FRISHMAN TRUST U/A/D 7/1/97
3084 SCOTTSBOROUGH WAY
RIVA, MD 21140-1421

FUJITA, MARGORIE M IRA
FCC AS CUSTODIAN
1668 HAKUAINA PLACE
HONOLULU, HI 96819-1642

GARMON, JOHN E. IRA
WACHOVIA BANK NA - C/F
8607 OLD HWY 10
HICKORY, NC 28602

GASPARRO, R.J.
10 TUNBRIDGE RD.
HAVERFORD, PA 19041

GERRITY, SEAN T.
2631 HEATHERSTONE DR
SAN RAFAEL, CA 94903

GLASEN, HOLLY
3503 HICKORY AVE
BALTIMORE, MD 21211

GLENN, WALTER H. SR
8326 WILDE LANE RD
PENSACOLA, FL 32526

GLENN, WALTER H. SR
PO BOX 824
PENSACOLA, FL 32594

GODWIN, THOMAS L.
10913 COLLEGE PLACE DR.
INDIANAPOLIS, IN 46280

GOGARTY, JAIME
255 BELMORE AVE
EAST ISLIP, NY 11730

GOLIAT, PAMELA
111 SHADOWLAWN DR
PITTSBURGH, PA 15236

GORSLINE, DAVID R.
215 HEATHER DRIVE
MARSHALL, MI 49068

GORDON MCDONALD TRUST
21 LINKSIDE
ISLE OF PALMS, SC 29451

GRAMLING, LEONA (TRUSTEE)
LEONA GRAMLING TRUST
DTD 12-12-1996
10400 45TH AVE # 214
PLYMOUTH, MN 55442-2579

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**
Notices mailed by March 28, 2008 and sent to the following:

CUSTOMIZED NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

GRAY, AYANA
86-20 PARK LANE SOUTH, APT 3A
WOODHAVEN, NY 11421

GREATAMERICA LEASING CORPORATION
ATTN DEBBIE BURNS, ADMIN. ASSISTANT
PO BOX 609
CEDAR RAPIDS, IA 52406

GROSSMAN, MARCA A
1080 S TAYLOR CT
ANAHEIM, CA 92808

GRUHLER, MURIEL E.,
4919 ALBEMARIE RD #101
CHARLOTTE, NC 28205

GUNTER, DAN L.
TOD ACCOUNT
185 KENWITH COURT
LAKELAND, FL 33803

HAGIS, STEVEN
1045 SINCLAIR AVE
STATEN ISLAND, NY 10309

HALL, KIMBRA
3500 SHARONWOOD RD
APT 1A
LAUREL, MD 20724

HAMBRICK, GEORGE M.
111 SE 9TH CT
POMPANO BEACH, FL 33060

HAMILL, JAMES F.
16119 CHALFONT CIRCLE
DALLAS, TX 75248

HARER, W BENSON JR.
1107 FIRST AVE #1601
SEATTLE, WA 98101

HASLER FINANCIAL SERVICES, LLC
ATTN STEVEN KLOAK
3400 BRIDGE PARKWAY, STE 201
REDWOOD CITY, CA 94065

HAYES, JAMES J
9260 BOWERS BROOK PL
BRISTOW, VA 20136

HECK, KATHLEEN
30 HIDEAWAY LN
SPARTA, NJ 07871

HEIDENREICH, RICHARD R & DARLENE
JTWROS
641 CEDAR LANE
LADY LAKE, FL 32159-3215

HEWITT, BRUCE L.
5 TOWER TERRACE
BURLINGTON, VT 05401

HIGGINBOTHAM, LYNN
1130 LILAC AVE
CHESAPEAKE, VA 23325

HIGHWOODS PROPERTIES, INC.
C/O SCOTT P VAUGHN
HELMS MULLISS & WICKER, PLLC
PO BOX 31247
CHARLOTTE, NC 28231

HOHLOCK, ELIZABETH
12322 FAIRBANKS RD
LINDEN, MI 48451

HOLLOWAY, MARK S.
7007 MARYLAND DR
URBANDALE, IA 50322

HOWARD HUGHES PROPERTIES, LP
ATTN SAMUEL B. GARBER, ESQ.
GENERAL GROWTH PROPERTIES, INC.
110 N. WACKER DR.
CHICAGO, IL 60606

HUBBELL, JUDY A.
1927 EDGEWATER DR
CHARLOTTE, NC 28210

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by March 28, 2008 and sent to the following:

CUSTOMIZED NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

IAMPIERI, CONSTANCE
2877 EVERGREEN WAY
ELLICOTT CITY, MD 21042

IGNACE, GLENN
88 SAYBROOK AVE
HAMILTON, NJ 08619

IMBURGIA, ANTHONY JOSEPH
111 E. CHESTNUT ST.
CHICAGO, IL 60611

IRA FBO ALLEN DOMESHEK
VFTC AS CUSTODIAN
901 THOUSAND OAKS DR
LAWRENCEVILLE, GA 30043-3121

JAY EARL ASSOCIATES LLC
C/O KAPLAN REALTY GROUP
170 WEST 74TH STREET
NEW YORK, NY 10023

JEGERLEHNER, TRAVIS
6141 CROFTON DR
FORT WAYNE, IN 46835

JETT, LINDA GAIL
429 CORDGRASS LN
LITTLE RIVER, SC 29566

JOHNSTON, CAROLYN E. & RALPH R. TTEESS
U/A DTD 6/29/91 FOR THE
CAROLYNE JOHNSTON TRUST
18413 ASH CREEK
MACOMB, MI 48044-4110

KAISER, CANDACE
2615 CO RD 75
BUTLER, IN 46721

KARI, RAJANI R.
34 SCOTT ST
DIX HILLS, NY 11746

KATONA, JESSICA
156 JEFFERSON ST
EAST ISLIP, NY 11730

KATZ, RHONDA E.
14 STRATFORD CT
NORTH BELLMORE, NY 11710

KEITH, DEBRA J.
40104 SAGEWOOD DR
PALM DESERT, CA 92260

KENION, CAROL M. & GEORGE A.
9931 43 AVE S
SEATTLE, WA 98118

KHANNA, SAMIR ROTH IRA
4 TANBARK RD
WINDHAM, NH 03087

KLOTZ-REUILLE, LORI
7724 E DISTO DRIVE
NEW HAVEN, IN 46774

KNAG, PAUL E. JR.
60 E 9TH ST #505
NEW YORK, NY 10003

KNAG, PAUL JR.
60 E 9TH ST # 505
NEW YORK, NY 10003

KNICOS, JAMES & TARA
1908 SAUCON LANE
BETHLEHEM, PA 18015

KOIFMAN, OLEG
2832 W 23RD ST APT 4E
BROOKLYN, NY 11224

KOPF, DAVID E.
16 PACIFIC GROVE DR
ALISO VIEJO, CA 92656

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by March 28, 2008 and sent to the following:

**CUSTOMIZED NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

KRAPPMAN, MATTHEW J. & SARAH TTEES
KRAPPMAN TRUST DTD 9/28/07
439 DAROCA AVE.
SAN GABRIEL, CA  91775

KREAMER, STEVEN
4855 PARKER RD.
HAMBURG, NY 14075

KREISS, RICHARD C. & KATY C. JT TEN
5100 AURORA DRIVE
LEESBURG, FL  34748

KRUSE WAY, LLC
DAVID M. WISEBLOOD, ESQ.
SEYFARTH SHAW LLP
560 MISSION STREET, SUITE 3100
SAN FRANCISCO, CA  94105

KUHLMEIER, PAUL D.
5296 E SOFTWOOD DR
BOISE, ID  83716

KUKES, JERRY W.
30024 SCENIC DR, N.E.
POULSBO, WA  98370

LACY, JULIE
49 BEACH AVENUE
HULL, MA  02045-2539

LANEY-LEAVITT, VICKI A
25080 ELK WAY
CALDWELL, ID  83607

LARSEN, LESLIE
0N611 SUZANNE DR
WINFIELD, IL  60190

LAVAN, EILEEN M.
165 CROWELL STREET
HEMPSTEAD, NY 11550

LAYNE, KARLEN H. & JOHN H.
8038 LANGHORNE RD
SCOTTSVILLE, VA 24590

LEE, JOHN E.
3010 LBJ FRWY #1200
DALLAS, TX  75234

LERCH, DALE L. TTEE
U/A DTD 03-20-96
1455 ORCHID ROAD
NORTH FORT MYERS, FL  33903

LEVINE, DEBBY HIL
235 WEST END AVE
APT 7D
NEW YORK, NY 10023

LEWIS, BETH D.
787 KIMBALL
HIGHLAND PARK, IL  60035

LISLE, HAMPTON H. FBO
ETRADE SECURITIES CUSTODIAN
PO BOX 641
GAMBRILLS, MD 21054

LISLE, RACHEL C. IRRV. TRUST
ETRADE SECURITIES
P.O. BOX 641
GAMBRILLS, MD  21054

LIU, KEN AND TRACY MD
26751 ALMADEN CT.
LOS ALTOS, CA  94022

LOEHR, JANET M., TTEE
U/A/D AUG 29, 1979
JANET M LOEHR LIVING TRUST
29 GREENBRIAR ST
GROSSE POINTE SHORES, MI 48236-1507

LOEHR, WALTER A., IRA
RAYMOND JAMES & ASSOC INC CSDN-
BROKER
29 GREENBRIAR ST
GROSSE POINTE, MI 48236-1507

LORENZI, GAIL L.
1770 CHURCH RD
AURORA, IL  60505

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by March 28, 2008 and sent to the following:

CUSTOMIZED NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

LUENEBURG, JANE
2311 FOREST DRIVE
TOMAHAWK, WI 54487-9356

MAC DONALD, DENNIS
5101 S. IRONTON WAY
GREENWOOD VILLAGE, CO 80111

MACIAS, ROSA S
1787 JUDSON ST
SEASIDE, CA 93955

MACKO, KEMBERLY L.
536 S WALNUT AVE
BREA, CA 92821

MACO, JOHN
5495 MAIN ST
STRATFORD, CT 06614

MADDEN, BARBARA
97 FIRESTONE PLACE
MEADOWLAKES, TX 78654

MARINE, VALERIE
914 N 70TH ST
SEATTLE, WA 98103

MARRAH, ROBERT G.
7804 CREST HAMMOCK WAY
SARASOTA, FL 34240

MARTIN, STEPHEN E. FBO
FMT CO CUST IRA ROLLOVER
PO BOX 2090
BOOTHWYN, PA 19061-8090

MASS BENITT, CLAUDIA
16 CAPTAIN RICHARDS LN
FORT SALONGA, NY 11768

MASSEY, JOHN H.
PO BOX 294329
KERRVILLE, TX 78029

MAXEY, BILLY J.
112 MORELOS AVE
RANCHO VIEJO, TX 78575

MAY-JAMES, ANGALEE M.
5508 CADILLAC AVE
BALTIMORE, MD 21207

MCBRIDE, JERRY
1305 AZURE HILLS DR
VAN BUREN, AR 72956

MCCAULEY, PAULA
12915 LAFAYETTE ST
UNIT G
THORTON, CO 80241

MCDONALD, JANE
21 LINKSIDE
ISLE OF PALMS, SC 29451

MCLAUGHLIN, JOHN C. IRA
FERRIS BAKER WATTS C/F
140 PINEWOOD RD.
ELKVIEW, WV 25071

MCNALLY, KRISTINE POLLICINO
11 GLENDALE DR
MELVILLE, NY 11747

MCNEIL, JERRY & MARY A.
9030 TERRY ESTATES DR.
ORANGE, TX 77630

MCNEIL, JERRY OR MARY
9030 TERRY ESTATES DR.
ORANGE, TX 77630

MCPHERSON INC.
ATTN D.M. SCHOEFFEL
7A STUART ROAD
CHELMSFORD, MA 01824

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by March 28, 2008 and sent to the following:

**CUSTOMIZED NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

MCQUEENEY, KATHLEEN A.
1 BATEAU LANDING
GRASONVILLE, MD 21638

MEYER, JANICE E.
7305 WAYNE TRACE
FORT WAYNE, IN 46816

MICHAUD, DAVID P.
1795 UPPER CHELSEA RCH
VIRGINIA BEACH, VA 23454

MOHSENZADEH, HOLLY
1415 SILVER LINDEN CT
FORT WAYNE, IN 46804

MORGAN, ROBERT S.
4908 TORREY PINES CT
CHARLOTTE, NC 28226

NEWSOM, DANA
1608 N ELM ST
ESCONDIDO, CA 92026

NOOR A NISAR LTD PARTNERSHIP
NOOR AFZA NISAR - GEN PT
M MOHAMMED NISAR - GEN PT
1895 OAK TREE RD
EDISON, NJ 08820

MEADOWS LAKE OSWEGO
DAVID M. WISEBLOOD, ESQ.
SEYFARTH SHAW LLP
560 MISSION STREET, SUITE 3100
SAN FRANCISCO, CA 94105

MICHALESKO, JENNIFER
325 RAVEN DR
MANTENO, IL 60950-9476

MILLER, PETER C
2739 LONG GROVE DRIVE
MARIETTA, GA 30062

MONROE, MICHELE
391 MORS AVE
WHEELING, IL 60090

MUSTILLE, ANTHONY N., TTEE
8321 PERSIMMON TREE RD
BETHESDA, MD 20817

NISAR, DR. MOHAMMED
1895 OARK TREE RD
EDISON, NJ 08820

O'HARA, DANIEL FRANCIS JR. & LINDA
JTWROS
4 ELLENITA DRIVE
HILTON HEAD ISLAND, SC 29926

MELVIN J & ELAINE E BERNIA CHARITABLE
REMAINDER TRUST U/A 6/15/2002
1406 CEDAR BEND DRIVE
BLOOMFIELD HILLS, MI 48302

MICHALESKO, JENNIFER
675 WARBLER LN
NEW LENOX, IL 60451

MINUTILLO, MARIE
12204 SUMMERWOOD LN
ALPHARETTA, GA 30005

MOORE, FURST M. & WILMA L.
4686 CURTIS BLACK RD
HALLSVILLE, TX 75650

NASRALLAH, ADEL
5727 ETIWANDA AVE. # 3
TARZANA, CA 91356

NISAR, MOHAMMED M. TTEE
MOHAMMED M. NISAR MD PA
EMPLOYEES PENSION PLAN TRUST
1895 OAK TREE RD.
EDISON, NJ 08820

PAPA, HERMAN D.
22 BATTERY ST, STE 333
SAN FRANCISCO, CA 94111

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by March 28, 2008 and sent to the following:

**CUSTOMIZED NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

PAPPAS, SPYROS
85 LUCAS AVENUE
KINGSTON, NY 12401

PEACOCK, VALORIE J
14712 E COLGATE DR
AURORA, CO 80014

PITNEY BOWES CREDIT CORPORATION
ATTN EVA MILANOWSKI, BANKRUPTCY ADMIN
27 WATERVIEW DRIVE
SHELTON, CT 06484-5151

PITNEY BOWES CREDIT CORPORATION
ATTN RECOVERY DEPT
27 WATERVIEW DR
SHELTON, CT 06484-4361

PITNEY BOWES CREDIT CORPORATION
EVA MILANOWSKY, BANKRUPTCY ADMIN
RECOVERY DEPARTMENT
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

QUATTRONE, LANA
9 STATE ST
BLACKWOOD, NJ 08012

RICH, ROBERT P.
1311 GOLDEN HILL DRIVE
INDIANAPOLIS, IN 46208

PARKINS, BARBARA E.
104D WENDOVER DRIVE
MONROE, CT 06468

PETRICK, JOSEPH & GLORIA
34 ATHENS AVE.
SOUTH AMBOY, NJ 08879

PITNEY BOWES CREDIT CORPORATION
ATTN EVA MILANOWSKI, BANKRUPTCY ADMIN
RECOVERY DEPT
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

PITNEY BOWES CREDIT CORPORATION
ATTT EVA MILANOWSKI
BANKRUPTCY ADMINISTRATOR
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

PITNEY BOWES CREDIT CORPORATION
GRISSELLE BETANCOURT, BANKRUPTCY
COORD
RECOVERY DEPARTMENT
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

RESTIVO, DINA
32 HASKEL LANE
STONY BROOK, NY 11790

RICHARDS, SHARON KUNTI
1516 KINGSTON AVE
BALDWIN, NY 11510

PASQUALE, LISA MARIE
2400 26TH AVE S
MINNEAPOLIS, MN 55406-1245

PHILLIPS BROTHERS LIMITED PARTNERSHIP
FBO GARY PHILLIPS
7908 NE LOOP 820
NORTH RICHLAND, TX 76180

PITNEY BOWES CREDIT CORPORATION
ATTN EVA MILANOWSKI, BANKRUPTCY
ADMIN.
27 WATERVIEW DR
SHELTON, CT 06484-4361

PITNEY BOWES CREDIT CORPORATION
EVA MILANOWSKI, BANKRUPTCY ADMIN
RECOVERY DEPARTMENT
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

PORTUGAL, VALERIY
1237 AVE Z APT 5P
BROOKLYN, NY 11235

REYES, JUDY I.
PO BOX 1352
RONKONKOMA, NY 11779

RICHTREE ENTERPRISES, LLC
C/O PETER D. BILOWZ
GOULSTON & STORRS, P.C.
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by March 28, 2008 and sent to the following:

**CUSTOMIZED NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

RIES, MICHAEL H.
***NO ADDRESS PROVIDED***

RL INVESTMENT LMTD PTN
C/O RICHARD M HORWOOD
HORWOOD MARCUS & BERK CHTD
230 EAST 107TH STREET CIRCLE
BLOOMINGTON, MN 55420-5315

ROSENTHAL, CAROLYN - ROLLOVER IRA
C/O CAROLYN ROSENTHAL
245 OAKRIDGE BLD O
DEERFIELD BEACH, FL 33442

ROTONDO, GUY J. & MARISA S.
178 HIRST RD
BRIARCLIFF MANOR, NY 10510

RYAN, JOHN & JAMES W.
JTWROS
3519 NE SHADY LANE DRIVE
KANSAS CITY, MO 64119-1953

SCHWARTZKOPF, DARRELL
11634 E EVANS AVE
AURORA, CO 80014

SCOURTOS, THOMAS C.
16 SHORE DRIVE N.
COPIAGUE, NY 11726

RIGSBY, JUDITH
100 CHACEY LN
WORTHINGTON, OH 43085

RL INVESTMENT LTD PARTNERSHIP
RICHARD HORWOOD, GEN PTNR
230 E 107TH STREET CIRCLE
BLOOMINGTON, MN 55420-5315

ROST, MICHELE D.
6730 BLUE MIST RD
FORT WAYNE, IN 46819

RUSSELL, GENE A.
401 2ND AVE S.
NASHVILLE, TN 37201

SAULS, REGINALD G. IV TRUSTEE FOR
SAULS FAMILY SURVIVORS TRUST
UA 04 09 92
475 HICKEYS FORK ROAD
MARSHALL, NC 28753

SCOTT, RENEE
3532 DELRAY DR
FORT WAYNE, IN 46815

SERBIN, LEW D.
POST OFFICE BOX 1058
SAN FRANCISCO, CA 94101

RIGSBY, JUDITH R.
100 CHASEY LN
WORTHINGTON, OH 43085

ROSENBLUM, RUTH
590 OCEAN AVE
MASSAPEQUA, NY 11758

ROTHROCK, CLIFFORD
5271 EASTBROOK CT
SHELBY TWP., MI 48316

RUTHERFORD, KRISTINA R.
K. RUTHERFORD
7071 SEAL CIRCLE
HUNTINGTON BEACH, CA 92648

SCHWARTZ, PATRICIA
35 PARKEDGE ST
ROCHESTER, NY 14606

SCOTTRADE INC TR FBO
HENRY LEWIS IRA
11510 HERRONVIEW DR
FREDERICKSBURG, VA 22408-8013

SERGEY, JOHN M.
517 FALCON POINT DRIVE
NEW HOPE, PA 18938

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by March 28, 2008 and sent to the following:

**CUSTOMIZED NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

SHAW, STEVEN
62 STRATFORD RD
WEST HEMPSTEAD, NY 11552

SHEARER, DENICE
1069 CRESCENT FALLS ST
HENDERSON, NV 89011

SHINN, VICKI LOMBARDI
23 ROANWOOD DRIVE
ROLLING HILLS EST, CA 90274

SHOCK, C NORA CO-TTEE
CLIFFORD AND NORA SHOCK FAM TRUST
5712 TAMARISK WAY
SAN LUIS OBISPO, CA 93401-8274

SIEMON, JEFFREY
7000 MONMOUTH DR
JOLIET, IL 60431

SIMON, KIMBERLY J.
961 HUMPHREY
BIRMINGHAM, MI 48009

SIU, ELLEN & ANGUS
1074 CITRON WAY
HAYWARD, CA 94545

SMITH, CATHERINE
167 THOMAS POWEL BLVD
FARMINGDALE, NY 11735

SMITH, KRISTOPHER
5029 SW 166TH LOOP
OCALA, FL 34473

SNEERINGER, EUGENE
17 VALLEY VIEW DR
ALBANY, NY 12208

SNEERINGER, EUGENE M. JR. TTEE
SNEERINGER, MONAHAN, PROVOST,
REDGRAVE
TIGLE AGENCY
50 CHAPEL ST.
ALBANY, NY 12207

SOCKO, LINDA
11481 SW 53RD AVE
OCALA, FL 34476

SOMERMAN, STEVEN M.
17 TORTOISE SHELL
COTO DE CAZA, CA 92679

SONNEBORN, WILLIAM C.
1419 AMALFI DR
PACIFIC PALISADES, CA 90272

SPURRIER, VANCE O.
7069 VALLEY TRAILS DRIVE
PLEASANTON, CA 94588

STELDT, PAUL M. & MARIANN M.
116 TRAILCREST
SAN ANTONIO, TX 78232

STERN, JOYCE
515 E 79TH ST APT 18F
NEW YORK, NY 10075-0784

STURMS, ALLAN
6005 TRENTCOURT
LEWIS CENTER, OH 43035

SUNTORY INTERNATIONAL CORP.
MAGED F RIAD, ESQ
200 PARK AVENUE STE 2000
NEW YORK, NY 10166

SWEENEY, ROBERT E.
696 WOODBINE DR
CARMEL, IN 46033

SWEENEY, RYAN
660 PIEDMONT DR
WESTFIELD, IN 46074

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by March 28, 2008 and sent to the following:

**CUSTOMIZED NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE)**
**OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY**
**CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

TANG, CECILIA
CT. FINANCIAL I LLC
8960 SPANISH RIDGE AVE.
LAS VEGAS, NV 89148

TEJEDA, DARBY L
26921 LA ALAMEDA  APT 3114
MISSION VIEJO, CA 92691

TINNIN, YANWEN
9401 HARVEST CT
SAINT LOUIS, MO 63132

TOWNSEND, PAULA E.
271 SADDLEBROOK CT
DELAWARE, OH 43015

TSE, JULIA SU
CHARLES SCHWAB & CO. INC. CUST
IRA ROLLOVER
1015 MILLRIDGE LN
MARIETTA, GA 30067

TUBB, CATHERINE D.
250 OLD CHESAPEAKE DR
WENTZVILLE, MO 63385

VENSKUS, MICHAEL
36 PRATT ST
ALLSTON, MA 02134

TEJEDA, DARBY
23141 LOS ALISOS APT 351
MISSION VIEJO, CA 92691

THOET, LANCE
10 HIGHLAND AVE
SEA CLIFF, NY 11579

TIPALDI, THERESA
923 11TH ST
WEST BABYLON, NY 11704

TPRF/THC HAVENPARK, LLC
DEAN G RALLIS JR / DIANE C STANFIELD ESQ
WESTON BENSHOOF ROCHEFORT  ET AL
333 S. HOPE STREET, 16TH FLOOR
LOS ANGELES, CA 90071

TSE, KAM CHUEN & JULIA SU
1015 MILLRIDGE LANE
MARIETTA, GA 30067

TULLY, EUGENE & ELIZABETH A., TTEES
TULLY FAMILY TRUST U/A DATED 11/01/89
23 ROCKY RIDGE ROAD
DENNIS, MA 02638-2241

VIRTUE, RICHARD & CATHERINE N. TTEES
UTD 01/17/84 FBO
RICHARD & CATHERINE VIRTUE TR
1905 WALNUT AVE
MANHATTAN BEACH, CA 90266

TEJEDA, DARBY
26921 LA ALAMEDA APT# 3114
MISSION VIEJO, CA 92691

THOMAS, JAMES E. II
P.O. BOX 1956
KILMARNOCK, VA 22482

TODD, BEVERLY
10145 CALLE MARINERO
SPRING VALLEY, CA 91977

TSATSAKIS, ANASTASIS
17859 ALTA DRIVE
LOCKPORT, IL 60441

TUBB, CATHERINE
250 OLD CHESAPEAKE DR.
WENTZVILLE, MO 63385

VENADAS, ROSE B.
1204 MIRA VALLEY ST
CORONA, CA 92879

VOGELSANG, KIMBERLY A
1539 FLETCHER ST
HOLLYWOOD, FL 33020-6510

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by March 28, 2008 and sent to the following:

**CUSTOMIZED NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE)**
**OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY**
**CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

VON BEHREN, JENNIFER
304 E ALMOND AVE # 10
ORANGE, CA  92866

WANER, VICTOR & SANDRA
10200 WISH AVE
NORTHRIDGE, CA  91325

WARD, SCOTT K.
46744 ABINGTON TER
POTOMAC FALLS, VA  20165

WARDELL, THOMAS E.
SEP IRA ETRADE 6859-7046
1425 ELIZABETH CREST
REDLANDS, CA  92373

WARREN, GENESS
722 SYCAMORE RD
DEKALB, IL  60115

WASMAN, ROGER & GOLDIE
765 NORTH SHORE DR
MIAMI BEACH, FL  33141

WATERHOUSE, DREW
C/O RONALD S. COOK, ESQ.
222 MIDDLE COUNTRY RD, SUITE 206
SMITHTOWN, NY  11787

WATKINS, LONNIE
885 BOARDWALK CT
PALATINE, IL  60067

WATKINS, THOMAS R., JR. & REBECCA P.
2148 LORDS LANDING
VIRGINIA BEACH, VA  23454-1163

WEIHS, WILLIAM H.
2 RAYMOND ST
OLD GREENWICH, CT  06870-1920

WEISSINGER, CHRISTINE A.
3121 CORTE LINDA
NEWPORT BEACH, CA  92660

WHEELER, R.H.
706 SAINT MICHAEL LN
ALTAMONTE SPRINGS, FL  32714

WIDO, THOMAS M.
17244 HAMPTON CHASE
STRONGSVILLE, OH  44136

WILDAY, SANDRA F.
4581 SUMAC LANE
LITTLETON, CO  80123

WILKINSON, FAITH CAMILLE
8775 CELESTE RD
SARALAND, AL  36571

WILLIAMS, JAMES, L.
730 ROCK BEACH RD
ROCHESTER, NY  14617

WINIKOFF, BENJAMIN
355 EAGLE DR.
JUPITER, FL  33477

WIRICK, LORI A.
6309 MAYWOOD CIR
FORT WAYNE, IN  46819

WITTNER, LILLIAN M. TRUSTEE
JOHN J. AND LILLIAN M. WITTNER
REVOCABLE
TRUST DATED 6/13/07
101 ELY BLVD. S. - APT. 255
PETALUMA, CA  94954-4808

WOODMAN, SUSAN E.
16 AVON AVE
METHUEN, MA  01844

WORBY, MARILYN
878 LITTLE E NECK ROAD
WEST BABYLON, NY  11704

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by March 28, 2008 and sent to the following:

**CUSTOMIZED NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

WROBLEWSKI, MARIA
659 BONNIE BRAE
ERIE, PA  16511

YANKURA, JOSEPH W.
7445 HARROW DR
NASHVILLE, TN  37221-1816

YING, AMY ZHE-ME
61-25 97 ST
APT 15M
REGO PARK, NY  11374

ZARING, STANLEY P., TTEE
STANLEY P. ZARING CHARITABLE
REMAINDER
TRUST U/A DTD 11-12-98
10960 NW 86TH CT
CHIEFLAND, FL  32626

ZARING, STANLEY PAUL
10960 NW 86TH CT
CHIEFLAND, FL  32626

ZIMMERMAN, JAMES
209 CYPRESS DRIVE
MASTIC BEACH, NY  11951

ZYGMUNT, TYSKA & BRONISLAWA JT TEN
420 OLD COUNTRY RD
MELVILLE, NY  11747

Total Parties: 343