IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                              :   Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,     :
                                                    :   Jointly Administered
                Debtors.                            :
---------------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE        )
                         ) SS
NEW CASTLE COUNTY        )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the above-captioned debtors, and that on March 25, 2008, she caused a copy of the following documents to be served as indicated upon the parties identified on the attached service list:

*Fourth Application of T.D. Service Co. [Docket No. 3410]*

*Sixth Application of Weltman, Weinberg & Reis, Co. [Docket No. 3409]*

*Fourth, Fifth, Sixth Applications of Orlans Associates [Docket Nos. 3405, 3406, 3407]*

                                                     _____
                                                     Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 8th day of April, 2008.

_____
Notary Public

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

## SERVICE LIST

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)
***Hand Delivery***

Mark Indelicato, Esq.
Mark Power, Esq.
Jeffrey L. Schwartz, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
(Official Committee of Unsecured Creditors)
***First Class Mail***

Alan Horn
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
***First Class Mail***

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
***Hand Delivery***