IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE                                          :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]              :
                                                                :   Jointly Administered
       Debtors.                                                 :
                                                                :
---------------------------------------------------------------- x

## RE-NOTICE OF HEARING

PLEASE TAKE NOTICE that at the request of the Court the omnibus hearing previously scheduled for April 28, 2008 at 2:00 p.m. has been re-scheduled to May 1, 2008 at 2:00 p.m. at 2:00 p.m.

PLEASE TAKE FURTHER NOTICE that any other matters previously scheduled for April 28, 2008 will now be heard on **May 1, 2008 at 2:00 p.m.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:6726339.1                                                                              066585.1001

Dated: Wilmington, Delaware
April 8, 2008

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          /s/ SM Beach
          James L. Patton, Jr. (No. 2202)
          Robert S. Brady (No 2847)
          Pauline K. Morgan (No. 3650)
          Sean M. Beach (No. 4070)
          Matthew B. Lunn (No. 4119)
          Kara Hammond Coyle (No. 4410)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253

          Counsel for Debtors and Debtors in Possession