IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : Case No. 07-11047 (CSS) |
| | : Jointly Administered |
| Debtors. | : Ref. No. 3269 |

## CERTIFICATION OF COUNSEL REGARDING SECOND MONTHLY APPLICATION OF CADWALADER, WICKERSHAM & TAFT LLP

On March 13, 2008, Cadwalader, Wickersham & Taft LLP ("CWT"), as special counsel to American Home Mortgage Holdings, Inc., *et al.*, the debtors and debtors in possession in the above-captioned cases (the "Debtors"), filed its "*Second Application of Cadwalader, Wickersham & Taft LLP As Special Counsel to the Debtors and Debtors In Possession for Allowance of Compensation and Reimbursement of Expenses for the Interim Period November 1, 2007 Through January 31, 2008*" (the "Application", *see* Docket No. 3269). By the Application, CWT sought interim approval of fees in the amount of $290,952.00 (the "Fees") and expenses in the amount of $16,093.60 (the "Expenses") to be paid in accordance with this Court's "*Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to 11 U.S.C. §§ 105(a) and 331*" (the "Compensation Procedures Order", *see* Docket No. 547). Objections to the relief requested in the Application were due to be filed by April 2, 2008 (the "Objection Deadline").

Prior to the Objection Deadline, the United States Trustee (the "Trustee") communicated an informal objection to the relief requested in the Application. To resolve the Trustee's informal objection, CWT has agreed to reduce the Fees being sought in the Application by $4,950.00 and to reduce the Expenses being sought in the Application by $899.40. Based on this

USActive 12516939.1

agreement, the Trustee has consented to the allowance of the Fees in the total amount of $286,002.00 (the "Adjusted Fees") and the Expenses in the total amount of $15,194.20 (the "Adjusted Expenses").

Therefore, in accordance with the Compensation Procedures Order, the Adjusted Fees are approved in the amount of $286,002.00 and the Adjusted Expenses are approved in the amount of $15,194.20, and the Debtors are authorized to pay 80% of the Adjusted Fees and 100% of the Adjusted Expenses without further order of the Court.

Dated: Wilmington, Delaware
April 8, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

USActive 12516939.1                                2