# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
In re:                                                    Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,                    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                        Jointly Administered

                                Debtors.             Re: Docket Nos. 3387 and 3580
------------------------------------------------------------X

## JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' OBJECTION TO MOTION OF WELLS FARGO BANK, N.A., AS SECURITIES ADMINISTRATOR, FOR RELIEF FROM THE AUTOMATIC STAY TO RECOVER A PAYMENT MADE IN ERROR TO ONE OF THE DEBTORS THROUGH RECOUPMENT, IMPOSITION OF A CONSTRUCTIVE TRUST, AND/OR AN EQUITABLE LIEN

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by their undersigned co-counsel, hereby joins the Debtors' objection (the "Objection") [Docket No. 3580] to the *Motion of Wells Fargo Bank, N.A., as Securities Administrator, for Relief from the Automatic Stay to Recover a Payment Made in Error to One of the Debtors through Recoupment, Imposition of a Constructive Trust, and/or an Equitable Lien* [Docket No. 3387] (the "Motion") filed on March 24, 2008 by Wells Fargo Bank, N.A., as Securities Administrator ("Wells Fargo"), and in support thereof represents as follows:

### JOINDER

1.  The Committee hereby adopts and incorporates the arguments and assertions set forth in the Objection and reserves all rights to be heard before this Court with regard to the Motion.

---

[1] The Debtors in these cases are: AHM Holdings; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

As set forth in the Objection, the Motion should be denied because Wells Fargo (a) is not entitled to recoup a payment made on one securitization against a payment owed on another separate securitization, (b) cannot meet the requirements for the imposition of a constructive trust as the funds were placed in the Debtors' general operating account and commingled with the Debtors' other funds, and (c) is not entitled to an equitable lien. For these reasons, and for the reasons set forth in the Objection, the Committee joins in the Debtors' objection to the relief sought in the Motion.

**WHEREFORE**, the Committee respectfully requests that the Court deny the Motion and grant such other and further relief as the Court may deem just and proper.

Dated: Wilmington, Delaware
April 8, 2008

BLANK ROME LLP

Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400 - Telephone
(302) 425-6464 - Facsimile

- and -

HAHN & HESSEN LLP
Mark S. Indelicato
Mark T. Power
Edward L. Schnitzer
488 Madison Avenue
New York, New York 10022
(212) 478-7200 - Telephone
(212) 478-7400 - Facsimile

Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*