IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11
In re:                                                           :
                                                                 :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :  Jointly Administered
                                                                 :
                       Debtors.                                  :  Re: Docket No. 3557, 3559
---------------------------------------------------------------- x

**ORDER SHORTENING NOTICE WITH RESPECT TO
EMERGENCY MOTION OF AH MORTGAGE
ACQUISITION CO., INC. TO COMPEL DEBTORS TO EFFECTUATE
THE FINAL CLOSING UNDER THE ASSET PURCHASE AGREEMENT
FOR THE SALE OF THE DEBTORS' MORTGAGE SERVICING BUSINESS**

This matter coming before the Court on the Motion of AH Mortgage Acquisition Co., Inc. for an Order Shortening Notice With Respect to Emergency Motion of AH Mortgage Acquisition Co., Inc. to Compel Debtors to Effectuate the Final Closing Under the Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business (the "Motion to Shorten"),[2] filed by AH Mortgage Acquisition Co., Inc. (the "Purchaser"); the Court having reviewed the Motion to Shorten and the Declaration of Josh R. Seegopaul attached to the Motion to Compel as Exhibit A (the "Seegopaul Declaration"); the Court finding that (i) the Court has

---

[1] The debtors in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for American Home Mortgage Servicing, Inc., whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion to Shorten.

DLI-6181172v3

-2-

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iii) notice of the Motion to Shorten was sufficient under the circumstances and the Motion to Shorten may be determined on an *ex parte* basis; and the Court having determined that the legal and factual bases set forth in the Motion to Shorten and the Seegopaul Declaration establish just cause for the relief granted herein;

        IT IS HEREBY ORDERED THAT:

        1.     The Motion to Shorten is GRANTED.

        2.     The Motion to Compel shall be heard on April 14, 2008 at 10:00 a.m., Delaware time.

        3.     Any responses to the Motion to Compel must be filed with the Court and served on counsel to the Purchaser so that they are received by April 11, 2008 at 4:00 p.m., Delaware time.

Dated: April 9, 2008

                                            CHRISTOPHER S. SONTCHI
                                            UNITED STATES BANKRUPTCY JUDGE