# EXHIBIT A

In re Aegis Mortgage Corp., Case No. 07-11119-BLS (Chap. 11)

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 3385 | Saxon Mortgage Services, Inc. | 24 Hudson Street<br>East Haven, CT 06512 |
| 3434 | Regions Mortgage, Inc. | 6100 Omega Lane<br>Manassas, VA 20112 |
| 3435 | Wells Fargo Bank, National Association, as Trustee for HSBC Bank USA, ACE 2006-ASAP1 | 9050 Double R Blvd. #725<br>Reno, NV 89521 |
| 3436 | Wells Fargo Bank, National Association, as Trustee for HSBC Bank USA, ACE 2006-ASAP1 | 10542 Danbury Ave<br>Bloomington, CA 92316 |
| 3437 | Regions Mortgage, Inc. | 1380 Airport Road Unit E1<br>Hot Springs National, AR 71913 |
| 3438 | MERS | 10116 Aberdeen Drive<br>Grand Blanc, MI 48439 |
| 3439 | Regions Mortgage, Inc. | 324 Kentucky St<br>Vacaville, CA 95688 |
| 3440 | Regions Mortgage, Inc. | 1529 S State St # 2302<br>Chicago, IL 60605 |
| 3441 | Regions Mortgage, Inc. | 10614 E Duckpoint<br>Way Clovis, CA 93619 |
| 3442 | Regions Mortgage, Inc. | 22484 Amber Eve Drive<br>Corona, CA 92883 |
| 3444 | Regions Mortgage, Inc. | 5429 Waterville Way<br>Sacramento, CA 95835 |
| 3445 | Regions Mortgage, Inc. | 3096 Panorama # A<br>Riverside, CA 92506 |
| 3446 | Regions Mortgage, Inc. | 618 Ashley Ave<br>Suffork, VA 23434 |