IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AEGIS MORTGAGE CORPORATION,<br><br>Debtor. | Chapter 11<br>Case No. 07-11119-BLS |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2008, copies of the foregoing Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under § 362 of the Bankruptcy Code were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.


Dated: April 9, 2008           /s/ **Adam Hiller**
      Wilmington, Delaware        Adam Hiller (DE No. 4105)
                                         Draper & Goldberg, PLLC
                                         1500 North French Street, 2nd Floor
                                         Wilmington, Delaware 19801
                                         (302) 339-8776 telephone
                                         (302) 213-0043 facsimile

| | |
|---|---|
| Aegis Mortgage Corporation<br>3250 Briarpark<br>Suite 400<br>Houston, TX 77042 | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899 |
| Laura Davis Jones, Esquire<br>James E. O'Neill, Esquire<br>Curtis A. Hehn, Esquire<br>Timothy P. Cairns, Esquire<br>Pachulski Stang Ziehl Young Jones<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19801 | Richard S. Cobb, Esquire<br>Kerri K. Mumford, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 600<br>PO Box 2087<br>Wilmington, DE 19899 |
| David M. Bertenthal, Esquire<br>Joshua M. Fried, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 94111-4500 | |