IN THE UNITED STATES BANKARUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation et, al., | Case No. 07-11047 (CSS) |
| Debtors. | **Objections Due By:** TBD<br>**Hearing Date:** TBD |

## NOTICE OF EMERGENCY MOTION

TO: Debtor's Counsel, Counsel for the Official Committee of unsecured Creditors, The United States Trustee and all other parties directly affected by this motion.

Laura Beall has filed an Emergency Motion for Relief from Automatic Stay which seeks the following relief:
To permit Laura Beall to initiate a complaint against Debtors in Federal Court to be able to exercise her right of due process in order to preserve her home ownership.

**HEARING ON THE EMERGENCY MOTION WILL BE HELD AT THE COURT'S CONVENIENCE.**

You are required to file a response and the supporting documentation required by Local Rule 4001-1(d) to the attached motion at least five business days before the above hearing date.

At the same time, you must also serve a copy of the response upon Movant.

Laura Beall, pro see
11002 Blue Roan Road
Oakton, Virginia 22124
(703) 691-9092

The hearing date specific above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The Debtor's counsel and Plaintiff shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

April 4, 2008                                                   By: /s/Laura Beall
                                                                                                      Laura Beall