# TABLE OF CONTENTS

A.   Standard & Poor confirmation that Wells Fargo is Master Servicer and/or Trustee of AHMIT 2004-2.

B.   Movant's servicing record with regards to her loan potential involved a CD and/or savings account in AH Bank.

C.   Letter from John Kalas stating Movant's loan in owned by AHMIT 2004-2.

D.   Delivery confirmation that American Home Mortgage and American Home Servicing received Movant's RESPA Qualified Written Request.

E.   Demand letter from American Home Mortgage Servicing.dated 11/13/07.

F.   First American Title Insurance Company with regards to their coverage of American Home Mortgage.

G.   First page of Movant's initial loan application for a 4.8% fixed, 20 year loan on 3/15/04.

H.   Lock in sheet stating Movant applied for the 3/27 "ARM"  the day she made loan application on 3/15/04..

I.   Addendum D of loan instructions for closing showing the fees American Home Mortgage paid to broker to origination Movant's loan.

J.   Federal Truth-In-Lending Disclosure and Good Faith Estimate provided for the 3/27 "ARM" with American Home Mortgage.

K.   Lock in sheet showing Countrywide's acceptance of Movant's loan application subject to Movant meeting minor conditions.

L.   Truth-In-Lending disclosure statement provided at closing.

M.   Bill from Fairfax County, Department of Tax Administration showing where American Home Mortgage didn't pay taxes out of Movant's escrow.

N.   Statement from First American Title Insurance Company stating overcharge of title insurance of $381.13 at closing.

# EXHIBIT A



Mortgage-Backed Notes
Distribution Date:    25-Feb-2008

Release    13:21 AM

Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone:    1-866-846-4526
Fax:          240-586-8675

American Home Mortgage Investment Trust
Mortgage-Backed Notes
Series 2004-3

Supplemental Reporting

**American Home Mortgage Investment Corporation Bankruptcy Note**

On August 6, 2007, American Home Mortgage Holdings Inc. and its affiliated entities ("American Home"), filed for bankruptcy in the United States Bankruptcy Court for the District of Delaware.  In its motion, American Home sought approval of the sale of its mortgage loan servicing business, the institution of bidding procedures, and the assumption and assignment of certain executory contracts and unexpired leases of American Home to the successful bidder.  American Home named, as its stalking horse bidder, WLR Recovery Fund III, L.P. ("WLR").

The Court approved the revised sale procedures on September 25, 2007 and an auction was scheduled for October 9, 2007.  The only other potential bidder dropped out, so the auction was cancelled.  The Court approved the sale of American Home's servicing platform to WLR on October 23, 2007, requiring adequate assurances of future performance from WLR.

American Home and WLR are actively working to complete the transfer of the servicing platform.  WLR has received assurances from Moody's, Fitch, and S&P of no ratings downgrade and is seeking Fannie Mae approval and the required state licensing.  WLR has until September 30, 2008 to complete the Servicing transfer.  American Home continues to service the loans in the interim.

Wells Fargo Bank, N.A., in its role as Master Servicer and/or Trustee, has retained Chapman and Cutler LLP as counsel to protect the interests of the certificate holders and monitor the servicing transfer.  Fees and expenses are recoverable pursuant to the Pooling and Servicing Agreement and/or Indenture.

# EXHIBIT B

```
DATE: 10/30/07                 AMERICAN HOME MTG SERVICING              EXT=979
TIME: 16:40:42                 COLLECTION HISTORY PROFILE               PAGE:   30

Loan 1000370969    Inv # 593  Agym:N Stat:N Int# 8.625  Pmt 4,454.32 Due: 9/01/07
Laura      Small                    DFB     523,832.98       PXI 3,765.06 TYPE    03
11002 Blue Rose Road               MBG    #1:17 #2:   #3:15      14.101.94 $PMTS 00003
Oakton        VA 22124      Phone [H] 703-691-5092      (N) 703-282-0533 CP: C.BAXTER
Cls Code Assgn/By   Entered   Time   Target      Amt/Pmt  Cleared       Amt/Pmt
```

| Cls | Code | Assgn/By | Entered | Time | Target | Amt/Pmt | Cleared | Amt/Pmt |
|---|---|---|---|---|---|---|---|---|
| | | | tt bl requesting to speak w/loss mit regarding possible short sale | | | | | |
| CS | IN00 | AB.FAHR / AB.FAHR | 7/09/07 | 11:13 | 7/09/07 | .00 | 7/09/07 | .00 |
| | | | INBOUND ANI CAPTURE: 7036919092 | | | | | |
| CS | TRFO | AB.FAHR / AB.FAHR | 7/09/07 | 11:13 | 7/09/07 | .00 | 7/09/07 | .00 |
| | | | TRANSFER: PAYOFF DEPARTMENT | | | | | |
| CS | CCB1 | O.MORIARA / O.MORIARA | 7/09/07 | 11:17 | 7/09/07 | .00 | 7/09/07 | .00 |
| | | | BORROWER 1: CUSTOMER CARE CALL | | | | | |
| CS | IN00 | O.MORIARA / O.MORIARA | 7/09/07 | 11:22 | 7/09/07 | .00 | 7/09/07 | .00 |
| | | | INBOUND ANI CAPTURE: 7036919092 | | | | | |
| CL | GEN | L.SANCHEZ / L.SANCHEZ | 7/09/07 | 11:32 | 7/09/07 | .00 | 7/09/07 | .00 |
| CL | OA | P.IRETON / P.IRETON | 7/09/07 | 11:25 | 7/09/07 | .00 | 7/31/07 | .00 |
| CL | TWPA | C.BAXTER / J.MOSIER | 7/10/07 | 14:36 | 7/10/07 | .00 | 7/31/07 | .00 |
| | | | TEL RES - N/A | | | | | |
| DX | IN76 | | | | 7/10/07 | .00 | 7/11/07 | .00 |
| | | | NO NUMBERS TO CALL | | | | | |
| CL | TJPA | C.BAXTER / JA.GONZAL | 7/11/07 | 14:07 | 7/11/07 | .00 | 7/31/07 | .00 |
| | | | TEL JOB - N/A | | | | | |
| DX | IN91 | | 7/11/07 | 18:07 | 7/31/07 | .00 | 7/12/07 | .00 |
| | | | OUTBOUND NO ANSWER | | | | | |
| CS | XCDS | ** / ARLINER | 7/12/07 | 13:23 | 8/11/07 | .00 | 7/12/07 | .00 |
| | | | X SELL-AR HOME CD | | | | | |
| CL | TRPA | C.BAXTER / C.BAXTER | 7/12/07 | 20:48 | 7/12/07 | .00 | 7/31/07 | .00 |
| | | | TEL RES - N/A | | | | | |
| DX | IN91 | C.BAXTER | 7/12/07 | 20:48 | 7/12/07 | .00 | 7/13/07 | .00 |
| | | | OUTBOUND NO ANSWER | | | | | |
| CL | TRLM | C.BAXTER / LUI.GARCI | 7/13/07 | 14:23 | 7/13/07 | .00 | 7/31/07 | .00 |

P. 30

NO. 9824

AMERICAN HM MORTGAGE

30. 2007  4:14PM

DATE: 10/10/07                    AMERICAN HOME MTG SERVICING
TIME: 16:40:42                    COLLECTION HISTORY PROFILE                    PAG

Loan 1000570969    Inv # 593  Asum:N Stat:R Intt  8.625  Pmt 4,454.32 Due:
Laura    Beall                   UPB    523,832.98           P&I 3,765.06 TYPE
11002 Blue Roan Road             MSG   #1:17 #2:    #3:15        14,101.94 FPMTS
Oakton        VA 22124  Phone (B) 703-691-9092    (W) 703-282-0533 CP: C.B

Cls Code Assgn/By      Entered   Time   Target       Amt/Pmt  Cleared
                     djusted your payment amount to $4,447.31.  Please be a
                     , American Home Mortgage is not obligated to provide
                     copies of our internal policies and procedures regardi
                     business practices.  Your correspondence has been for
                     to our Loss Mitigation Department, and they will addr
                     ur specific concerns regarding loss mitigation issues
                     separately.

CL  RPD  J.CHESHIR  9/07/07   9:21   9/10/07        .00  0/00/00
         J.CHESHIR  ████████████████████████████████████████████████
                    ████████████████████████████████████████████████
                    ████████████████████████████████████████████████

CL  R015 C.BAXTER  9/07/07   9:28   9/07/07        .00  9/07/07
         T.DAWSON  OTHER
                   talked to laura - says that we need to read the letter
                   sent - asked her what her intention with the loan woul
                   answer - then she hung up

CL  OA   C.BAXTER  9/07/07  10:01   9/07/07        .00  0/00/00
         T.DAWSON  "OTHER ACTIVITY"

DX  DX05           9/07/07   9:19   9/07/07        .00  9/10/07
                   REFUSED TO PAY

DX  DX62           9/07/07   9:05   9/07/07        .00  9/10/07
         CONCERTO  NO VOICE DETECTED

DX  DX01           9/07/07   8:56   9/07/07        .00  9/10/07
         CONCERTO  ABORT - CUSTOMER HUNG UP ON HOLD

CS  XSA9 **        9/10/07   9:32   9/10/07        .00  9/10/07
         XPOPE     X SELL - AH BANK SAVINGS ACCT

CL  R015 C.BAXTER  9/10/07  16:12   9/10/07        .00  9/10/07
         A.HENDERS ████████████████████████████████████████████████
                   ████████████████████████████████████████████████
                   ████████████████████████████████████████████████
                   ████████████████████████████████████████████████
                   ████████████████████████████████cl

NO. 9824   P. 40

AMERICAN HM MORTGAGE

15PM

# EXHIBIT C



# American Home Mortgage

538 Broadhollow Road • Melville, NY 11747

John Kalas
Senior Vice President
Legal Department

March 11, 2008

Laura Beall
11002 Blue Roan Road
Oakton, Virginia 22124

Re:    **Loan Number: 1000570969.**

Dear Ms. Beall:

Your letters to David Friedman and others requesting information on the above referenced loan obligation pursuant to the Truth in Lending Act, have been forwarded to me for response.

Section 1641(f)(2) of the Truth in Lending Act requires that upon your written request, the servicer provide information on the owner <u>or</u> the master servicer on your loan; nothing further.

The owner of the loan is **American Home Mortgage Investment Trust 2004-2.**

Contact information for this owner is as follows:

Care of:
American Home Mortgage Servicing, Inc.
4600 Regent Blvd Suite 200
Irving, TX 75063
Tel: 214-260-6902
Attn: Scott G. Ellerbee

So that we can be sure that we respond to your requests, and that your requests do not get misdirected, please limit further communications so they are to Mr. Ellerbee's attention.

Sincerely,

John J. Kalas

# EXHIBIT D

## Receipt 1 (top)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)    VICTOR CAHILL
C. Date of Delivery    8/09/

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

American Home Mtg.
P.O. Box 631730
Irving, TX
75063-1730

3. Service Type
☐ Certified Mail    ☑ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)    EB 70085 6344 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 2 (middle)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)    VICTOR CAHILL    C. Date of Delivery  9/4/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

AHM
P.O. Box 6317300
Irving, TX 75063-1730

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)    RA 196 086 153 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 3 (bottom)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery  8/30

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

AHM
520 Broadhollow
Melville NY 11747

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)    RA 196 086 167 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Sales Receipt

```
OAKTON BRANCH POST OFFICE
     OAKTON, Virginia
        221249998
    5165430232 -0097
08/27/2007  (800)275-8777   05:08:36 PM

             Sales Receipt
Product          Sale  Unit     Final
Description       Qty  Price     Price

Mail Pickup               Delivered
Label #: RD226720997TH
# of Mail Pieces :    1
Mail Pickup Date:    08/27/2007 04:49 PM
MELVILLE NY 11747                 $16.25
Zone-3 Express Mail
PO-Add Flat Rate
2.40 oz.
Label #:        EB700856335US
Next Day Noon / Normal
Delivery
Return Rcpt (Green Card)          $2.15
                               --------
Issue PVI:                       $18.40

IRVING TX 75063 Zone-6           $16.25
Express Mail PO-Add
Flat Rate
2.60 oz.
Label #:        EB700856344US
Next Day Noon / Normal
Delivery
Return Rcpt (Green Card)          $2.15
                               --------
Issue PVI:                       $18.40

IRVING TX 75063 Zone-6            $4.60
Priority Mail
2.10 oz.
Return Rcpt (Green Card)          $2.15
Registered                        $9.50
Insured Value :        $0.00
Article Value :        $0.00
Label #:        RA196086153US
                               --------
Issue PVI:                       $16.25

MELVILLE NY 11747                 $4.60
Zone-3 Priority Mail
2.20 oz.
Return Rcpt (Green Card)          $2.15
Registered                        $9.50
Insured Value :        $0.00
Article Value :        $0.00
Label #:        RA196086167US
                               --------
Issue PVI:                       $16.25

                               ========
Total:                           $69.30

Paid by:
Personal Check                   $69.30
```



**CERTIFIED MAIL**

7006 2760 0002 0300 8997
7006 2760 0002 0300 8997

**U.S. Postal Service…**
**CERTIFIED MAIL… RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

Sent To: AH Mortage
Street, Apt. No.: 520 Broadhollow R.d.
City, State: Melville NY 11747

---

Reg. Fee RA 196 086 1314 US

Handling Charge $9.50
Return Receipt
Postage $0.06      Restricted Delivery $2.15
Received by      $0.00

Customer Must Declare Full Value $      With Postal Insurance / Without Postal Insurance

Date Stamp — OAKTON VA USPS AUG 27 2002 22124

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse)

**OFFICIAL USE**

FROM: Laura Beall
11002 Blue Roan Rd.
Oakton VA 22124

TO: American Home mtg.
520 Broad hollow R.d.
Melville, NY 17747

PS Form 3806, **Receipt for Registered Mail**   *Copy 1 - Customer*
May 2004 (7530-02-000-9051)   *(See Information on Reverse)*
For domestic delivery information, visit our website at www.usps.com

---

7006 2760 0002 0300 9000

**CERTIFIED MAIL**

7006 2760 0002 0300 9000
7006 2760 0002 0300 9000

**U.S. Postal Service…**
**CERTIFIED MAIL… RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

Sent To: AHM Servicing
Street, Apt. No. or PO Box No.: P.O. Box 631730
City, State: Irving TX 75063-1730

---

Registered No. RA 196 086 1534 US      Date Stamp

Reg. Fee $9.50

Handling Charge $0.00      Return Receipt $2.15
Postage $4.59      Restricted Delivery $0.00
Received by

Customer Must Declare Full Value $ 0.00      With Postal Insurance / Without Postal Insurance

Date Stamp — OAKTON VA USPS AUG 27 2002 22124

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse)

**OFFICIAL USE**

FROM: Laura Beall
11002 BLUE ROAN RD.
Oakton VA 22124

TO: American Home Mtg. Svc.
P.O. Box 637300
Irving, TX 75063-1730

PS Form 3806, **Receipt for Registered Mail**   *Copy 1 - Customer*
May 2004 (7530-02-000-9051)   *(See Information on Reverse)*
For domestic delivery information, visit our website at www.usps.com



# EXHIBIT E

12/13/2007 THU 9:09 FAX 757 490 3149 SAMUEL I WHITE                    @003/008

# SAMUEL I. WHITE, P. .

## ATTORNEYS AND COUNSELORS AT LAW
### 209 BUSINESS PARK DRIVE
### VIRGINIA BEACH, VIRGINIA 23462
### TELEPHONE (757) 490-9284
### FACSIMILE (757) 497-2802

SAMUEL I. WHITE
WM. ADAM WHITE
ERIC D WHITE‡
D. CAROL SASSER (VA & GA)
EMMANUEL D. VOCES (VA & WV)
JODY M. LA (VA & GA)
ROBERT E FRAZIER(VA,MD, DC & WV)
LAURA D. POLLARD (VA, MD, DC & CA)
DANIEL J. PESACHOWITZ (VA,MD & DC)††
RANDA B. AZZAM (VA & MD)††
MICHAEL T. FREEMAN
JASON L. HAMLIN
CHRISTOPHER L.WALKER
SARAH A.CRICHIGNO (WV & VA)†††
FABIO CRICHIGNO (WV & VA)†††
CHRISTOPHER R. ARTHUR (WV).††††
CRYSTAL S. FLANIGAN (WV) ††††
JOHN E. DRISCOLL, III (MD)††
ROSALIE K. DOGGETT
NINA AQUILINA
JOSHUA A. MOGER
SARA K. TURNER

†1804 Staples Mill Road ~ Suite 200
RICHMOND, VIRGINIA 23230
TELEPHONE (804) 290-4390
FAX (804) 290-4298

††913King Street
ALEXANDRIA, VIRGINIA 22314
TELEPHONE (703) 739-1070
FAX (703) 739-2619

†††235 High Street Suite 311
MORGANTOWN, WV 36505
TELEPHONE (304) 413-0010
TOLL FREE (866) 839-8856
FAX(304) 413-0014

††††300 Capitol Street, Suite 1600
CHARLESTON, WV 25301
TELEPHONE (304) 414-0200
FAX (304) 414-0202

November 13, 2007
**CERTIFIED MAIL/RETURN RECEIPT REQUESTED**
**CERTIFIED MAIL TRACKING #7007 2560 0001 6128 9491**
Laura Beall
11002 Blue Roan Road
Oakton, VA 22124

Re:   American Home Mortgage Servicing, Inc.
      4600 Regent Blvd
      Irving , TX 75063-24432
      Loan No. 1000570969
      Property Address: 11002 Blue Roan Road, Oakton, VA 22124

Dear Laura Beall:

You have defaulted in the terms of the deed of trust which American Home Mortgage Servicing, Inc. holds on your property due to your failure to make timely monthly installments as required by the terms of the deed of trust and note.

American Home Mortgage Servicing, Inc. has requested that this form be forwarded to you, on its behalf in accordance with Section 55-59.1B, Code of Virginia, 1950, as amended, as notice that the original Note evidencing your indebtedness has been either lost, misplaced or destroyed, and is unavailable.

As a result of your default, all sums due on said Deed of Trust Note have been accelerated and, upon the expiration of fourteen (14) days from the date of mailing of this notice, the trustee, or substitute trustees, will be requested to schedule the sale of the property secured by said deed of trust. The substitute trustee, as of the date of this notice, is Samuel I. White, P.C., whose mailing address is shown above. If the original note is located, then the Trustee or Substitute Trustee will be requested to proceed to schedule the sale of the property immediately.

Notice is further given that if you believe you may be subject to a claim by another person or entity other than American Home Mortgage Servicing, Inc. to enforce the instrument of indebtedness, you may petition the Circuit Court of Fairfax, Virginia for an order requiring the beneficiary to provide adequate protection against any such claims.

Very truly yours,
SAMUEL I. WHITE, P.C.

/mb/8769-07

### NOTICE
PURSUANT TO THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT, WE ADVISE YOU THAT THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT THE INDEBTEDNESS REFERRED TO HEREIN AND ANY INFORMATION WE OBTAIN FROM YOU WILL BE USED FOR THAT PURPOSE.

# EXHIBIT F



**First American
Title Insurance Company**

Sender's Direct Dial: 703-480-9510
Sender's email: amcdonnell@firstam.com

December 7, 2007

Laura Beall
11002 Blue Roan Road
Oakton, VA 22124

        Re:    Potential Claim regarding Loan

Dear Ms. Beall:

        We have received and reviewed your documentation regarding issues you experienced with your loan with Eagle Funding and American Home Mortgage, as well as with Eastern Atlantic Title, an agent for this Company.

        It appears that all of your issues are relative to the loan and lending practices. It also appears that this transaction was a refinance, and therefore any policy issued through an agent of First American Title Insurance Company for this transaction would insure the lender only.

        Consequently, First American Title Insurance Company is unable to assist further with this matter.

                Sincerely,

                *Alice P. McDonnell*

                Alice P. McDonnell, Legal Assistant to
                Palma J. Collins, Vice President
                Agency Counsel/Regional Counsel

/apm

3859 Centerview Drive – Suite 300 – Chantilly, VA 20151
TEL 703-480-9500

# EXHIBIT G

EAGLE FUNDING GROUP, LTD

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☐ FHA | ☒ Conventional  ☐ Other: ☐ USDA/Rural Housing Service | Agency Case Number | Lender Case Number |
|---|---|---|---|---|

| Amount | Interest Rate | No. of Months | Amortization Type: | ☒ Fixed Rate   ☐ Other (explain): |
|---|---|---|---|---|
| $ 500000.00 | 4.875 % | 380 | | ☐ GPM   ☐ ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state & ZIP) | No. of Units |
|---|---|
| 11002 BLUE ROAN ROAD, OAKTON, FAIRFAX VA 22124 | 1 |

| Legal Description of Subject Property (attach description if necessary) | Year Built |
|---|---|
| See Preliminary Title Report | 1976 |

| Purpose of Loan: | ☐ Purchase   ☐ Construction   ☐ Other (explain): ☒ Refinance   ☐ Construction-Permanent | Property will be: ☒ Primary Residence   ☐ Secondary Residence   ☐ Investment |
|---|---|---|

**Complete this line if construction or construction-permanent loan.**

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

**Complete this line if this is a refinance loan.**

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☒ made ☐ to be made |
|---|---|---|---|---|
| 1984 | $ 195000.00 | $ 250000.00 | TO ACQUIRE A 20 YEAR LOAN | NEW ROOF NEW WINDOWS NEW CARPET FENCE |

| Title will be held in what Name(s) | Manner in which Title will be held | Estate will be held in: |
|---|---|---|
| LAURA A. BEALL | SOLE FEM | ☒ Fee Simple |

| Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain) | ☐ Leasehold (show expiration date) |
|---|---|

## III. BORROWER INFORMATION

| | Borrower | | | | Co-Borrower | | | |
|---|---|---|---|---|---|---|---|---|

| Borrower's Name (include Jr. or Sr. if applicable) | | | Co-Borrower's Name (include Jr. or Sr. if applicable) | | | |
|---|---|---|---|---|---|---|
| LAURA          BEALL | | | | | | |

| Social Security Number | Home Phone (incl. area code) | DOB (MM/DD/YYYY) | Yrs. School | Social Security Number | Home Phone (incl. area code) | DOB (MM/DD/YYYY) | Yrs. School |
|---|---|---|---|---|---|---|---|
| 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 | 703-691-9092 | | 15 | | | | |

| ☐ Married  ☒ Unmarried (include single, divorced, widowed)  ☐ Separated | Dependents (not listed by Co-Borrower) no. 0  ages | | ☐ Married  ☐ Unmarried (include single, divorced, widowed)  ☐ Separated | Dependents (not listed by Borrower) no.  ages |
|---|---|---|---|---|

| Present Address (street, city, state, ZIP) ☐ Own ☒ Rent No. Yrs. | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent No. Yrs. |
|---|---|
| 11002 BLUE ROAN ROAD OAKTON, VA 22124 | |

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |
|---|---|
| | |

**If residing at present address for less than two years, complete the following:**

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent No. Yrs. |
|---|---|

## IV. EMPLOYMENT INFORMATION

| | Borrower | | Co-Borrower | |
|---|---|---|---|---|

| Name & Address of Employer ☐ Self Employed | Yrs. in this job | Name & Address of Employer ☐ Self Employed | Yrs. on this job |
|---|---|---|---|
| RE/MAX PREFERRED PROPERTIES NANCY GALLER 380 WEST MAPLE AVENUE #100 VIENNA, VA 22180 | 27  Yrs. employed in this line of work/profession 27 | | Yrs. employed in this line of work/profession |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|
| BROKER ASSOCIATE | 703-255-9700 | | |

**If employed in current position for less than two years or if currently employed in more than one position, complete the following:**

| Name & Address of Employer ☐ Self Employed | Dates (from - to) | Name & Address of Employer ☐ Self Employed | Dates (from - to) |
|---|---|---|---|
| | Monthly Income $ | | Monthly Income $ |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

| Name & Address of Employer ☐ Self Employed | Dates (from - to) | Name & Address of Employer ☐ Self Employed | Dates (from - to) |
|---|---|---|---|
| | Monthly Income $ | | Monthly Income $ |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

Freddie Mac Form 65   01/04
1003PG1   04/03

Page 1 of 4
Printed by The Loan Handler from Contour Software, Inc.  (408) 370-1700  www.contoursoft.com

Fannie Mae Form 1003  01/04

# EXHIBIT H

570969    Beall

NIFA

1767

**Application Date**
3/15/04

( ) Face-to-Face
( ✓ ) Phone
( ✓ ) Mail

R+T Primary

**TIL Date**
3/15/04

**Credit Report Date** | Credit Ltr
4/21/04

VOE
2nd Signature

**VOE/PAYSTUB (B1) Date(s)** | Verbal
N/A

Vofn for Countrywide Prop
on Credit Supplement →

**VOE/PAYSTUB (B2) Date(s)** | Verbal

* 3mo PITI Reserves Req'd
( IRA info provided from 2002

**Bank Statement(s) Date**

**LOCK EXPIRES ON**
6/18/04
3/20          5.25%

**Appraisal Date**          ☑ License
Date: 5/5/04
Value $ 204000
Taxes $ 472.42
Bed: 5    Year Built 1979
HOA $ N/A    Det ✓ Att ___
( ) PUD / ( ) CONDO

| FEDERAL DISCLOSURES | Broker | ABC | Signature required | Signed at closing |
|---|---|---|---|---|
| ARM Disclosures | | X | No | |
| ✓ Good Faith Estimate | X | | No | |
| ✓ Mtg Servicing Disclosure | | X | Yes | Yes |
| ✓ Right to a Copy of Appr. | X | | No | |
| ✓ Truth-in-Lending (ext Mass.) | | X | No | |
| ✓ Assignment to ABC - Letter | | | | |
| ✓ B's Cert. & Auth. | | | | |
| ✓ ECOA | | | | |
| ✓ Mtg Broker Fee Discl. | | | | |
| ✓ Original True & Correct - Ltr | | | | |
| Rate Lock-in (PA) | X | | | Yes |
| ✓ Rate Lock Agreement (Req'd VA & MD) | | | | |
| STATE DISCLOSURES | | | | |
| (NC - Notice of Info.) | | | | |
| (MA. - Uniform Mtg. Info. Disc.) | | | | |

703-746-6075

CoC# 8609143337

# EXHIBIT I

Addendum D

# CORRESPONDENT/BROKER FEES

As the settlement agent, you are responsible for collecting from the borrower, all amounts due the correspondent / broker at the time of closing. The fees due are set forth below and on the Hud-1 statement. **These fees have not been deducted from the amount funded.**

The total amount due the correspondent must be deducted from the amount disclosed and a check issued by you for that amount, or you may collect certified funds for the amount due from the borrower.

In addition to the amounts due the correspondent /broker from the borrower, lender has included in the amount funded a servicing release premium in the amount of $6,562.50 which is reflected on the Hud-1 as a P.O.C. item from the lender to the correspondent.

Please issue a check for the premium payable to the correspondent/broker and forward same along with the amount due from the borrower, $10,916.00 directly to the correspondent at the address set forth below.

Correspondent / Broker Address:

Eagle Funding Group, Inc.
3863-A Plaza Drive
Fairfax VA 22030

| HUD # | DESCRIPTION | POC | BAMT | SAMT | OAMT |
|-------|-------------|-----|------|------|------|
| 816 | Broker Application Fee<br>to Eagle Funding Group, Inc. | | | | |
| 817 | Broker Credit Fee<br>to Eagle Funding Group, Inc. | | 11.00 | | |
| 818 | Broker Appraisal<br>to Eagle Funding Group, Inc. | ( 200.00 ) | | | |
| 819 | Broker vod Fee<br>to Eagle Funding Group, Inc. | | 10.00 | | |
| 820 | Processing<br>to Eagle Funding Group, Inc. | | 395.00 | | |
| 821 | Broker Origination<br>to Eagle Funding Group, Inc. | | 5,250.00 | | |
| 822 | Broker Discount<br>to Eagle Funding Group, Inc. | | 5,250.00 | | |
| 823 | to Eagle Funding Group, Inc. | | | | |
| 824 | to Eagle Funding Group, Inc. | | | | |

# EXHIBIT J

MAY. 7.2004   4:03PM   EAGLE FUNDING GROUP   NO.795   P.7

# FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (MADE IN COMPLIANCE WITH FEDERAL LAW)

| | | |
|---|---|---|
| Lender/Broker: | **EAGLE FUNDING GROUP, LTD** | |
| Loan No.: | **04CM-145A** | Date: **03/15/04** |
| Borrower(s): | **LAURA BEALL** | |

Property Address:   **11002 BLUE ROAN ROAD**
**OAKTON, VA 22124**

☒ Initial Disclosure estimated at time of application        ☐ Final Disclosure based on contract terms

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you assuming the annual percentage rate does not change. | The amount of credit provided to you or on your behalf as of loan closing. | The amount you will have paid after you have made all payments as scheduled assuming the annual percentage rate does not change. |
| E 5.800 % | $ E 898858.87 | $ E 512079.53 | $ E 1410938.40 |

## YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | * AMOUNT OF PAYMENTS | MONTHLY PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | * AMOUNT OF PAYMENTS | MONTHLY PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | 2460.94 | 07/01/2004 | | | |
| 1 | 527460.94 | 06/01/2034 | | | |

* Includes mortgage insurance premiums, exclude taxes, hazard insurance or flood insurance.

☐ **DEMAND FEATURE:**   This loan transaction has a demand feature.
☒ **REQUIRED DEPOSIT:**   The annual percentage rate does not take into account your required deposit.
☐ **VARIABLE RATE FEATURE:**   Your loan contains a Variable Rate Feature. Disclosures about the Variable Rate Feature have been provided to you separately.

**3/27 ARM**

**SECURITY INTEREST:**   You are giving a security interest in:
☐ the goods or property being purchased.   ☒ real property you already own.

**FILING OR RECORDING FEES:**   $ 75.00
**LATE CHARGE:**   If a payment is more than   15 days late, you will be charged $   129.05 /   5   % of the principal and interest past due.

**PREPAYMENT:**   If you pay off your loan early, you
☐ may   ☒ will not   have to pay a penalty.
☐ may   ☒ will not   be entitled to a refund of part of the finance charge.

**INSURANCE:**   Credit life, accident, health or loss of income insurance is not required in connection with this loan. This loan transaction requires the following insurance:
☒ Hazard Insurance   ☐ Flood Insurance   ☐ Private Mortgage Insurance   ☐ Mutual Mortgage Insurance
Borrower(s) may obtain hazard and flood insurance through any person of his/her choice, provided such carrier meets the requirements of the Lender. If Borrower desires Property Insurance to be obtained through the Lender's designated agency, the cost will be set forth in a separate insurance statement furnished by the Lender.

**ASSUMPTION:**   Someone buying your house
☐ may   ☐ may, subject to conditions,   ☒ may not assume the remainder of your loan on the original terms.

See your contract documents for additional information regarding nonpayment, default, right to accelerate the maturity of the obligation, prepayment rebates and penalties, and the Lender's policy regarding assumption of this obligation.
☒ all dates and numerical disclosure except late payment disclosures are estimates.   E   means an estimate.

*The undersigned hereby acknowledge receiving and reading a completed copy of this disclosure along with copies of the documents provided. The delivery and signing of this disclosure does not constitute an obligation on the part of the lender to make, or the Borrower(s) to accept, the loan as identified.

Read, acknowledged and accepted this _____ day of _____   By: **CURTIS MAILLOUX**
                                                                                                       Title

| | |
|---|---|
| **LAURA BEALL** | |
| (Borrower) | (Borrower) |
| (Borrower) | (Borrower) |

ISG230 (08/2000)

MAY. 7.2004   4:04PM   EAGLE FUNDING GROUP                                    NO.795   P.8

 

# GOOD FAITH ESTIMATE
### (Not a Loan Commitment)

This Good Faith Estimate is being provided by EAGLE FUNDING GROUP, LTD a mortgage broker, and no lender has yet been obtained.  A lender will provide you with an additional Good Faith Estimate within three business days of receipt of your loan application.

| | |
|---|---|
| Applicant(s): LAURA BEALL | Sales Price: |
| | Base Loan Amount: 525000.00 |
| Property Address: 11002 BLUE ROAN ROAD | Total Loan Amount: 525000.00 |
| OAKTON, VA 22124 | Interest Rate: 5.625 |
| Preparation Date: 03/16/04 | Type of Loan: Conventional |
| | Loan Number: 04CM-145A |

The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan.  The fees listed are estimates - actual charges may be more or less.  Your transaction may not involve a fee for every item listed.  The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 or HUD-1A settlement statement which you will be receiving at settlement.  The HUD-1 or HUD-1A settlement statement will show you the actual cost of items paid at settlement.

"A" designates these costs affecting APR.   "P" designates compensation to Broker not paid out of Loan Proceeds.
"(100.00 example)" designates those fees Paid Outside of Closing.

| 800 | ITEMS PAYABLE IN CONNECTION WITH LOAN: | | | 1000 | RESERVES DEPOSITED WITH LENDER: | |
|---|---|---|---|---|---|---|
| 801 A | Origination Due Lender @ 1.000 | $ | 5250.00 | 1001 | Hazard Insurance Impounds | $ 207.66 |
| 802 A | Discount @ 1.000 | $ | 5250.00 | 1002 A | Mortgage Insurance Impounds | $ |
| 803 | Appraisal Fee | (350.00) $ | | 1003 | City Property Tax Impounds | $ |
| 804 | Credit Report | $ | 11.00 | 1004 | Property Tax Impounds | $ 2775.36 |
| 805 A | Lender's Inspection Fee | $ | | 1005 | Annual Assessments | $ |
| 806 A | Mortgage Insurance Application Fee | $ | | 1006 | Flood Insurance Impounds | $ |
| 807 A | Assumption Fee | $ | | 1007 | | $ |
| 808 A | Tax Service Contract | $ | | 1008 | | $ |
| 809 A | Underwriting Review | $ | | 1009 | Aggregate Analysis Adjustment | $ |
| 810 A | Administration Fee | $ | 495.00 | | | |
| 811 A | Application Fee | $ | | 1100 | TITLE CHARGES: | |
| 812 A | Commitment Fee | $ | | 1101 A | Settlement or Closing Fee | $ 300.00 |
| 813 A | Warehouse Fee / Interest Differential | $ | | 1102 | Abstract or Title Search Fee | $ |
| 814 P | Yield Sprd. Prem. ____ % $ | | | 1103 | Title Examination Fee | $ 150.00 |
| 815 P | Serv. Rel. Prem. ____ % $ | $ | | 1104 | Title Insurance Binder | $ 100.00 |
| 816 A | Origination Due Broker @ | $ | | 1105 | Document Preparation Fee | $ 50.00 |
| 817 A | FHA Upfront MIP / VA Funding Fee | $ | | 1106 | Notary Fee | $ |
| 818 A | Processing Fee | $ | 395.00 | 1107 A | Attorney Fee | $ |
| 819 A | Flood Cert. & Courier Fee | $ | | 1108 | Title Insurance Premium | $ 1000.00 |
| 820 A | Ser. Rel. Prem. 0-4% | $ | | 1111 | Endorsement Fee | $ |
| 821 A | | $ | | 1112 | RELEASE AND RECORDING FEES | $ 150.00 |
| 822 A | | $ | | | | |
| 823 A | | $ | | 1200 | GOVERNMENT RECORDER AND TRANSFER CHARGES: | |
| 824 A | | $ | | 1201 | Recording Fee | $ 25.00 |
| 825 A | | $ | | 1202 | City/County tax / stamps | $ 1000.00 |
| | | | | 1203 | State tax / stamps | $ |
| | | | | 1204 | | $ |

| 900 | ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE: | | | 1300 | ADDITIONAL SETTLEMENT CHARGES: | |
|---|---|---|---|---|---|---|
| 901 A | Prepaid Interest   15 days @ $ 82.03 | $ | 1230.47 | 1301 | Survey | $ |
| 902 A | Mortgage Insurance Premium | $ | | 1302 | Termite Inspection | $ |
| 903 | Hazard Insurance Premium | $ | | 1303 | Property Inspection | $ |
| 904 | Flood Insurance Premium | $ | | 1304 | Photo Fee | $ |
| 905 | | $ | | 1305 | | $ |
| | | | | 1306 | | $ |
| | | | | 1307 | | $ |
| | | | | 1308 | | $ |

| TOTAL ESTIMATED MONTHLY PAYMENT: | | | TOTAL ESTIMATED FUNDS NEEDED TO CLOSE: | |
|---|---|---|---|---|
| Principal and Interest | $ | 2460.94 | Total Purchase Price / Existing Payoff | $ 506225.10 |
| Real Estate Taxes | $ | 472.42 | Estimated Closing Costs | $ 14328.00 |
| Hazard Insurance | $ | 103.83 | Estimated Prepaid Items / Reserves | $ 5217.49 |
| Mortgage Insurance | $ | | -Total Paid Items & Subordinate Financing | $ |
| Homeowners Association Dues | $ | | -Seller Paid Closing Costs | $ |
| Second Principal and Interest | $ | | -FHA UFMIP/VA Funding Fee | $ |
| Other | $ | | -Base Loan Amount | $ 525000.00 |
| TOTAL MONTHLY PAYMENT | $ | 3037.19 | TOTAL ESTIMATED FUNDS NEEDED TO CLOSE | $ -531.41 |

These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974, as amended (RESPA).  Additional information can be found in the HUD Special Information Booklet, which is to be provided to you by your Mortgage Broker or lender if your application is to purchase residential real property and the lender will take a first lien on the property.  The undersigned acknowledges receipt of a copy of the Special Information Booklet "Settlement Costs."

| | | | |
|---|---|---|---|
| Applicant LAURA BEALL | Date | Applicant | Date |

GFE0EKR (01/03)

Printed by The Loan Handler from Contour Software, Inc. (408) 370-1700  www.contoursoft.com

# EXHIBIT K

570969    Beall    NIFA    707

R+T Primary

VOE
2nd Signature

VOR for Countrywide Mtg
on Credit Supplement

* 3mo PITI Reserves Req'd
( IRA info provided from 2002

| | Application Date 3/15/04 | |
|---|---|---|
| | ( ) Face-to-Face | |
| | ( ) Phone | |
| | (✓) Mail | |
| | **TIL Date** 3/15/04 | |
| | **Credit Report Date** 4/21/04 | Credit Ltr |
| | **VOE/PAYSTUB (B1) Date(s)** NA | Verbal |
| | **VOE/PAYSTUB (B2) Date(s)** | Verbal |
| | **Bank Statement(s) Date** | |

LOCK EXPIRES ON 6/18/04
3/27        5.25%        ✓License

**Appraisal Date**
Date: 5/5/04
Value $ 204000
Taxes $ 472.43
Bed: 5    Year Built 1979
HOA $ NA    Det ✓ Att __
( ) PUD / ( ) CONDO

| FEDERAL DISCLOSURES | Broker | ABC | Signature required | Signed at closing |
|---|---|---|---|---|
| ARM Disclosures | | X | No | |
| ✓ Good Faith Estimate | X | | No | |
| ✓ Mtg Servicing Disclosure | | X | Yes | Yes |
| ✓ Right to a Copy of Appr. | X | | No | |
| ✓ Truth-in-Lending (ext Mass.) | | X | No | |
| ✓ Assignment to ABC - Letter | | | | |
| ✓ B's Cert. & Auth. | | | | |
| ✓ ECOA | | | | |
| Mtg Broker Fee Discl. | | | | |
| ✓ Original True & Correct - Ltr | | | | |
| Rate Lock-in (PA) | X | | | Yes |
| ✓ Rate Lock Agreement (Req'ed VA & MD) | | | | |
| STATE DISCLOSURES | | | | |
| (NC - Notice of Info.) | | | | |
| (MA. - Uniform Mtg. Info. Disc.) | | | | |

703-764-6075

VOE# -869143337



# EXHIBIT L

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

LENDER OR LENDER'S AGENT: American Brokers Conduit
520 Broadhollow Road
Melville, NY  11747

[ ] Preliminary  [X] Final
DATE: 05/20/04
LOAN NO.:

BORROWERS: Laura Beall

Type of Loan: Conventional
APP NO.: 0000570969

ADDRESS: 11002 Blue Roan Road
CITY/STATE/ZIP: North Springfield, VA  22151
PROPERTY: 11002 Blue Roan Road
Oakton, VA 22124

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 6.411 % | $ 694,507.78 | $ 512,205.78 | $ 1,206,713.56 |

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|
| 36 | $2,460.94 | July 1, 2004 | 24 | $2,789.06 | July 1, 2007 |
| 299 | $3,503.94 | July 1, 2009 | | $3,504.22 | June 1, 2034 |

**DEMAND FEATURE:** [XX] This loan does not have a Demand Feature.   [ ] This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**
[XX] This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.
### THE CURRENT INDEX RATE IS 1.348%

**SECURITY:** You are giving a security interest in the property located at: 11002 Blue Roan Road
Oakton, VA 22124

**ASSUMPTION:** Someone buying this property [XX] cannot assume the remaining balance due under original mortgage terms.
[ ] may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**FILING / RECORDING FEES:** $ 75.00

**PROPERTY INSURANCE:** [XX] Property hazard insurance in the amount of $ 525,000.00 with a mortgagee clause to the lender is a required condition of this loan. Borrower may purchase this insurance from any insurance company acceptable to the lender.
Hazard insurance [ ] is [XX] is not available through the lender at an estimated cost of N/A for a year term.

**LATE CHARGES:** If your payment is more than 15 days late, you will be charged a late charge of 5.000 % of the overdue payment.

**PREPAYMENT:** If you pay off your loan early, you
[XX] may [ ] will not have to pay a penalty.
[ ] may [XX] will not be entitled to a refund of part of the finance charge.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.
e means estimate

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Laura Beall_  05/20/04
Laura Beall   BORROWER / DATE

BORROWER / DATE

BORROWER / DATE

BORROWER / DATE

# EXHIBIT M



**FAIRFAX COUNTY**

**DEPARTMENT OF TAX ADMINISTRATION (DTA)**
REVENUE COLLECTION DIVISION
12000 Government Center Parkway, Suite 223
Fairfax, Virginia 22035
VOICE: (703) 222-8234    FAX: (703) 324-3935
TTY: (703) 222-7594
E-MAIL ADDRESS: dtarcd@fairfaxcounty.gov

V I R G I N I A

BEALL LAURA
11002 BLUE ROAN RD
OAKTON VA 22124

~~May 17, 2005~~

*Nov. 17/22   2954.55*

*was july's payment*

Parcel Number:  0471 08  0011
11002 BLUE ROAN RD
OAKTON          VA 22124

Dear Property Owner:

According to our records, unpaid real estate taxes are owed on property under the above referenced tax map number.  The total amount due is          $3,566.88

Please send your payment by check made payable to the County of Fairfax.  For other payment options, please visit www.fairfaxcounty.gov/dta and click on 'Payment Options'.

Please note, payments made within the past two weeks may not be reflected in this notice.  If you have already paid the above amount, please excuse this notice.  If you have any questions, please contact the Department of Tax Administration (DTA) at dtarcd@fairfaxcounty.gov , or call DTA at 703-222-8234 between 8:00 a.m. - 4:30 p.m., Monday - Friday.

Sincerely,

Delinquent Collection Staff,
Revenue Collection Division, DTA

cc:     Elizabeth J. Cole, Director
        Revenue Collection Division, DTA

AMERICAN HOME MORTGAGE SERVICING
7142 COLUMBIA GATEWAY DRIVE
PO BOX 3050
COLUMBIA  MD  21045-6050

1-800-444-7963

5437

aura Beall
1002 Blue Roan Road
akton VA 22124

Page 1 of 1

Your Loan Number: 1000570969

Date: 12/22/04

## Annual Escrow Account Disclosure Statement – Projections

Please review this statement closely – Your mortgage payment may be affected. This statement tells you of any changes in your mortgage payment, any surplus refunds, or any shortage or deficiency that you must pay.  It also shows you the anticipated escrow activity for your escrow cycle beginning December,2004 and ending November,2005.

### Anticipated Payments From Escrow

| | |
|---|---|
| HAZARD INS | 672.00 |
| COUNTY TAX | 5,909.06 |
| TOTAL | 6,581.06 |
| Periodic Payment to Escrow | 548.42    (1/12 of "Total from Escrow") |

### Anticipated Escrow Activity - December,2004 through November,2005

| Month | -- Anticipated Payments -- to Escrow | from Escrow | Description | -- Escrow Balance Comparison -- Anticipated | Required |
|---|---|---|---|---|---|
| | | Actual starting balance ===> | | 3,984.92 | 548.42 |
| Dec,04 | 548.42 | 0.00 | | 4,533.34 | 1,096.84 |
| Jan,05 | 548.42 | 0.00 | | 5,081.76 | 1,645.26 |
| Feb,05 | 548.42 | 0.00 | | 5,630.18 | 2,193.68 |
| Mar,05 | 548.42 | 0.00 | | 6,178.60 | 2,742.10 |
| Apr,05 | 548.42 | 0.00 | | 6,727.02 | 3,290.52 |
| May,05 | 548.42 | 0.00 | | 7,275.44 | 3,838.94 |
| Jun,05 | 548.42 | 0.00 | | 7,823.86 | 4,387.36 |
| Jul,05 | 548.42 | 2,954.53 | COUNTY TAX | 4,745.75 | 1,309.25 |
| | | 672.00 | HAZARD INS | | |
| Aug,05 | 548.42 | 0.00 | | 5,294.17 | 1,857.67 |
| Sep,05 | 548.42 | 0.00 | | 5,842.59 | 2,406.09 |
| Oct,05 | 548.42 | 0.00 | | 6,391.01 | 2,954.51 |
| Nov,05 | 548.42 | 0.00 | | 6,939.43 | 3,502.93 |

### Determining Your Required Escrow Balance

If the Anticipated Low Point balance (ALP) is greater than the Required Low Point balance (RLP), then you have an escrow surplus....        your escrow surplus is....  3,436.50

Federal law requires any surplus of $50.00 or more be automatically refunded to you.

### Calculations of Your New Payment Amount

| | | |
|---|---|---|
| P&I | 2,460.94 * | |
| ESCROW | 548.42 | |
| DISCRETIONARY | 0.00 | |
| Borrower payment starting with the payment due 12/01/04 ==> | | 3,009.36 |

*  If your loan is an adjustable rate mortgage, the principal & interest portion of your payment may change within this cycle in accordance with your loan documents.

Note:  Your escrow balance may contain a cushion.  A cushion is an amount of money held in your escrow account to prevent your escrow balance from being overdrawn when increases in the disbursements occur.  Federal law authorizes a maximum escrow cushion not to exceed 1/6th of the total annual anticipated escrow disbursements made during the above cycle.  Your loan documents or state law may require a lesser cushion.  When your escrow balance reaches its lowest point during the above cycle, that balance is targeted to be your cushion amount. Your escrow cushion for this cycle is $1,096.84.

**(See Reverse Side)**



# EXHIBIT N



**First American**
**Title Insurance Company**

Sender's Direct Dial: 703-480-9510
Sender's email: amcdonnell@firstam.com

December 17, 2007

Laura Beall
11002 Blue Roan Road
Oakton, VA 22124

      Re:    FATIC Claim SC6470
              FATIC Policy: 102365160SF

Dear Ms. Beall:

    Enclosed please find our check numbered 511620, payable to your order in the amount of $381.13, representing a refund over overpayment for a lender's policy.

    Thank you for allowing First American Title Insurance Company to be of service to you.

                     Sincerely,

                     Alice P. McDonnell, Legal Assistant to
                     Palma J. Collins, Vice President
                     Agency Counsel/Regional Counsel

/apm
Enclosure

**First American Title Insurance Company**

Date   12-13-07   Check No.   511620

| Invoice | | Description | Account | Description | Distribution |
|---|---|---|---|---|---|
| Number | 2007-6560 | CLAIM# SC6470/SETTLEMENT<br>Doc ID: 435685 | 230-01-03<br>210-01 | Res Title/Esc Losses -<br>Accts Payable -Trade | 381.13<br>-381.13 |
| Vendor | 23350 | | | | |
| Date | 12-13-07 | | | | |
| Payment | 381.13 | | | | |

First American Title Insurance Company
3859 Centerview Drive, Suite 300
Chantilly, Virginia 20151
Ph: (800) 733-3284 / Fax: (703) 480-9614

12-1000 KZAK         16-66-1220
Bank of America
Bank of America
275 Valencia Avenue, 2nd Floor
Brea, CA 92823-6340

**THREE HUNDRED EIGHTY-ONE AND 13/100 DOLLARS**

****381.13

Void after 90 days

Pay to the order of

**LAURA BEALL**

APN        FEDEX CHK TO
DESC       DEBBIE ASERO

⑈511620⑈ ⑆122000661⑆ 1235098589⑈