## CERTIFICATE OF SERVICE

I, Laura A. Beall, certify that I am not less than 18 years of age:

and that service of the Notice of Emergency Motion and a copy of the Emergency

Motion of Laura A. Beall for an Order For Relief from Automatic Stay Under § 362

of the Bankruptcy Code was made on April 4, 2008, upon:

**Debtor's Counsel, Counsel for the Official Committee of Unsecured Creditors and The United States Trusee.**

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 4, 2008

/s/ *Laura A. Beall*,
Laura A. Beall, pro se
11002 Blue Roan Road
Oakton, Virginia 22124
Telephone: (703) 691-9092
Facsimile: (703) 352-9602