IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME<br>MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered)<br><br>Hearing Date: April 14, 2008 at 10:00 a.m.<br>Objection Deadline: April 11, 2008 at 4:00 p.m. |

## NOTICE OF HEARING ON EMERGENCY MOTION

PLEASE TAKE NOTICE that on April 8, 2008, AH Mortgage Acquisition Co., Inc., filed the *Emergency Motion to Compel Debtors to Effectuate the Final Closing Under the Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business* (the "Motion") [Docket No. 3557] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). You were previously served with a copy of the Motion.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel, on or before **April 11, 2008 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion is scheduled to be held on **April 14, 2008 at 10:00 a.m.** before the Honorable Christopher S. Sontchi, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
April 9, 2008

GREENBERG TAURIG, LLP

*Victoria Counihan* (signature)

Victoria W. Counihan (No. 3488)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
counihanv@gtlaw.com

and

JONES DAY
Daniel P. Winikka (TX 00794873)
2727 North Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

Counsel for AH Mortgage Acquisition Co., Inc.