# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. |
| **Case Number:** | 07-11047-CSS   **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, APRIL 09, 2008 04:00 PM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | NICKITA BARKSDALE |

## Matter:

Teleconference

**R / M #:**   0 / 0

## Appearances:

See attached sign-in sheet

## Proceedings:

Hearing Matters

Teleconference held.