# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NO.:** 07-11047 (CSS)
**COURTROOM LOCATION:** Courtroom 6
**DATE:** April 9, 2008 @ 4:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mike Susinksi | Ecket Seaman | Calica New York Bank |
| Edvell Silver Silvestri | Dilen Anderson Corroury | Bank of America, N.A. |
| Sean Beach (telephonic) | YCST | AHM |
| Jeffrey Zawadzki | Helm + Hassen | Off. Committee of Unsecured Creditors |
| Ana Alfaro | Kaye Scholer | Bank of America |
| Benjamin Ackerly | Hunton Williams | Calyon |
| Jason Harbour | | |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.