Mark Browning
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4883
Fax: (512) 482-8341

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AMERICAN HOME MORTGAGE | § | CASE NO. 07-11047 |
| HOLDINGS, INC. | § | |
| | § | |
| Debtor | § | Chapter 11 |

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE

The undersigned, as counsel for the Texas Comptroller of Public Accounts, hereby withdraws the Notice of Appearance previously filed in this case and requests that he be removed from the service list.

Respectfully submitted,

        GREG ABBOTT
        Attorney General of Texas

        KENT C. SULLIVAN
        First Assistant Attorney General

        DAVID S. MORALES
        Deputy Attorney General for Civil Litigation

        RONALD R. DEL VENTO
        Assistant Attorney General
        Chief, Bankruptcy & Collections Division

        /s/ Mark Browning
        MARK BROWNING
        Assistant Attorney General
        State Bar No. 03223600

Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
(512) 475-4883
Fax No.: (512) 482-8341

ATTORNEYS FOR THE TEXAS COMPTROLLER
OF PUBLIC ACCOUNTS

## CERTIFICATE OF SERVICE

I certify that on April 9, 2008 a true copy of the foregoing was served by the method and to the following parties as indicated:

By Regular First Class Mail:

American Home Mortgage Holdings
538 Broadhollow Road
Melville, NY 11747

By Electronic Means as listed on the Court's ECF Noticing System:

Geoffrey S. Aaronson gaaronson@aaronsonpa.com
David G. Aelvoet davida@publicans.com
Elihu Ezekiel Allinson, III ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com
John R. Ashmead ashmead@sewkis.com
Mary E. Augustine bankserve@bayardlaw.com, maugustine@bayardlaw.com;tmatthews@bayardlaw.com;jvanhorn@mcquirewoods.com
James F. Bailey jbailey@jfbailey.com, jtravers@jfbailey.com
Elizabeth Banda kwilliams@pbfcm.com
Daniel I. Barness dbarness@smhbhlaw.com
Michael Jason Barrie mbarrie@schnader.com
Leonora K. Baughman lbaughman@kaalaw.com, ecf@kaalaw.com
Christopher R. Belmonte cbelmonte@ssbb.com, pbosswick@ssbb.com
Don A. Beskrone dbeskrone@ashby-geddes.com
Jennifer Leigh Best jennifer.best@usdoj.gov, Eastern.Taxcivil@usdoj.gov
Karen C Bifferato kbifferato@cblh.com
Peter Douglas Bilowz pbilowz@goulstonstorrs.com
Joseph J. Bodnar jbodnar@BodnarLaw.net, goldbergb@dicksteinshapiro.com;jbodnar7@juno.com
Hilary B Bonial notice@bkcylaw.com
William Pierce Bowden wbowden@ashby-geddes.com

Donald J. Bowman bankfilings@ycst.com
Amy D. Brown abrown@werbsullivan.com
Charles J. Brown cbrown@archerlaw.com
Jacob A. Brown jacob.brown@akerman.com, jennifer.meehan@akerman.com
William J. Burnett william.burnett@flastergreenberg.com
Michael G. Busenkell mbusenkell@eckertseamans.com
John W. Butler info@butler-butler.com, jbutler@butler-butler.com
Mary Caloway mcaloway@klettrooney.com
David W. Carickhoff carickhoff@blankrome.com, senese@blankrome.com
John T. Carroll jcarroll@cozen.com, jdeeney@cozen.com;pgiordano@cozen.com
Marc Stephen Casarino casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
William E. Chipman wchipman@eapdlaw.com
Shawn M. Christianson schristianson@buchalter.com, cmcintire@buchalter.com
Jeffrey S Cianciulli jcianciulli@weirpartners.com
M. Blake Cleary bankfilings@ycst.com
Ronald L. Cohen cohen@sewkis.com
Mark D. Collins collins@RLF.com, rbgroup@rlf.com
Nancy A. Connery ngoodman@schoeman.com, gcarrion@schoeman.com
Victoria Watson Counihan bankruptcydel@gtlaw.com, thomase@gtlaw.com
Donna L. Culver dculver@mnat.com
Julius O. Curling curlingj@michigan.gov
Teresa K.D. Currier currier@klettrooney.com, tercurrier@aol.com
Charlene D. Davis bankserve@bayardlaw.com, cdavis@bayardlaw.com
Eric M. Davis debank@skadden.com;cheaney@skadden.com;vskinner@skadden.com;lamorton@skadden.com
Eric M. Davis debank@skadden.com;cheaney@skadden.com;vskinner@skadden.com;lamorton@skadden.com
Martin J. Davis martin.davis@ots.treas.gov
Mary A. DeFalaise mary.defalaise@usdoj.gov
John P. Dillman houston_bankruptcy@publicans.com
John T. Dorsey bankfilings@ycst.com
Kristi J. Doughty bk.service@aulgur.com
Peter James Duhig duhig@klettrooney.com
Erin Edwards bankfilings@ycst.com
Adam R. Elgart aelgart@mwm-law.com, wgomes@mwm-law.com
Margaret Fleming England mengland@eckertseamans.com
Kenneth J. Enos bankfilings@ycst.com
Justin Cory Falgowski jfalgowski@reedsmith.com, jfalgowski@reedsmith.com
Brett Fallon bfallon@morrisjames.com, wweller@morrisjames.com
Sherry Ruggiero Fallon sfallon@trplaw.com
Bonnie Glantz Fatell fatell@blankrome.com, senese@blankrome.com
David L. Finger dfinger@delawgroup.com
Norman P. Fivel norman.fivel@oag.state.ny.us

David M. Fournier fournierd@pepperlaw.com, wlbank@pepperlaw.com,lanoc@pepperlaw.com
Joseph D. Frank jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
Susan R. Fuertes bnkatty@aldine.k12.tx.us
Samuel B. Garber ggpbk@generalgrowth.com, ggpbk@generalgrowth.com
Ronald S. Gellert delawarebankruptcy@escm.com
Gerald A. Gordon ggordon@pryorcashman.com
Thomas H. Grace hobankecf@lockeliddell.com
Robert E. Greenberg rgreenberg@dclawfirm.com
Kara Hammond Coyle bankfilings@ycst.com
Jason W. Harbour jharbour@hunton.com, phardwicke@hunton.com
Lee Harrington lharrington@nixonpeabody.com
Donna L. Harris dharris@php-law.com
Edwin J. Harron bankfilings@ycst.com
A. Michelle Hart bkmail@mrdefault.com, bkmail@mrdefault.com
Lisa R. Hatfield lisarhatfield@yahoo.com, dhill@wittstadtlaw.com;lhatfield@wittstadtlaw.com;gwwittstadt@wittstadtlaw.com
Curtis A. Hehn chehn@pszyj.com
Adam Hiller adamh@drapgold.com
Adam Hiller AdamH@drapgold.com, RobinR@drapgold.com;ngav@dragpold.com;PatriciaS@drapgold.com;MichelleH@drapgold.com;TheresaM@drapgold.com
Adam Hiller adamh@drapgold.com, RobinR@drapgold.com;DominetteC@drapgold.com;PatriciaS@drapgold.com;MichelleH@drapgold.com
Adam Hiller adamh@drapgold.com, RobinR@drapgold.com;DominetteC@drapgold.com;PatriciaS@drapgold.com;MichelleH@drapgold.com;TheresaM@drapgold.com
Daniel K. Hogan dkhogan@dkhogan.com, keharvey@dkhogan.com
Nancy Hotchkiss nhotchkiss@trainorfairbrook.com
James E. Huggett jhuggett@margolisedelstein.com
Mark T Hurford cl@camlev.com
Regina A. Iorii riorii@werbsullivan.com
Tyler B. Jones notice@bkcylaw.com
Benjamin W. Keenan bkeenan@ashby-geddes.com, bkeenan@ashby-geddes.com
Brya M. Keilson delawarebankruptcy@escm.com
Shelley A. Kinsella skinsella@coochtaylor.com
Adam T Klein atk@outtengolden.com
Steven K. Kortanek skortanek@wcsr.com, pgroff@wcsr.com
Jordan A. Kroop jkroop@ssd.com
David R. Kuney dhlee@sidley.com
Adam G. Landis landis@lrclaw.com, girello@lrclaw.com;adams@lrclaw.com
Michael R. Lastowski mlastowski@duanemorris.com
Kimberly Ellen Connolly Lawson klawson@reedsmith.com
Steven R. Lefkofsky tszewczul@lgpclaw.com

Raymond Howard Lemisch rlemisch@bfca.com,
svandyk@bfca.com;bsandler@bfca.com;jhoover@bfca.com;docket@aol.com
Ira M. Levee ilevee@lowenstein.com, krosen@lowenstein.com
Scott K. Levine slevine@platzerlaw.com, esalan@platzerlaw.com;;tsadutto@platzerlaw.com
R. Fredrick Linfesty bankruptcy@ironmountain.com
James M Liston jml@bostonbusinesslaw.com
Nancy F. Loftus Nancy.Loftus@fairfaxcounty.gov
Gaston Plantiff Loomis gloomis@reedsmith.com
Sherry D. Lowe sdlowe@lammrubenstone.com, mdenton@lammrubenstone.com
Margaret C. Lumsden mclumsden@ulslaw.com
Matthew Barry Lunn bankfilings@ycst.com
Gabriel R. MacConaill bankruptcy@potteranderson.com
Jason M. Madron madron@rlf.com, rbgroup@rlf.com
Sean D. Malloy smalloy@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
Kevin J Mangan kmangan@wcsr.com, hsasso@wcsr.com
Julie A. Manning bankruptcy@goodwin.com
Laura L. McCloud ICDelaware@state.tn.us
Garvan F. McDaniel gmcdaniel@bglawde.com
Lorraine S. McGowen lmcgowen@orrick.com, aenglund@orrick.com
Evelyn J. Meltzer meltzere@pepperlaw.com, lanoc@pepperlaw.com;wlbank@pepperlaw.com
Rachel B. Mersky rmersky@monlaw.com
Michael E. Meyers bdept@mrrlaw.net
Kristin T. Mihelic kmihelic@lawsgr.com
Maribeth L Minella bankfilings@ycst.com
Mark Minuti mminuti@saul.com, rwarren@saul.com
Joseph T. Moldovan bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com
Carol E. Momjian cmomjian@attorneygeneral.gov
Francis A. Monaco Jr. fmonaco@wcsr.com, kdalton@wcsr.com;hsasso@wcsr.com
Norman M. Monhait nmonhait@rmgglaw.com
Martin A. Mooney lmanke@deilylawfirm.com, twright@deilylawfirm.com
Sheryl L. Moreau deecf@dor.mo.gov
Pauline K. Morgan bankfilings@ycst.com
Zachary Mosner washbcu@atg.wa.gov
Guy B. Moss gmoss@riemerlaw.com
Tina Niehold Moss tmoss@pryorcashman.com
Mark Daniel Olivere molivere@eapdlaw.com
Ricardo Palacio rpalacio@ashby-geddes.com
Mona A. Parikh mparikh@crosslaw.com
Tally F. Parker shanimo1965@yahoo.com
James K. Pendergrass, Jr. tpoole@pendergrasslawfirm.com,
jpendergrass@pendergrasslawfirm.com
Marc J. Phillips mphillips@cblh.com
Dana S. Plon dplon@sirlinlaw.com
Stephen B. Porterfield sporterfield@sirote.com

Jack A. Raisner jar@outtengolden.com
Eric T. Ray eray@balch.com
Michael Reed danielle.goff@mvbalaw.com
Patrick J. Reilley preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
Richard W. Riley rwriley@duanemorris.com
Fred B. Ringel fbr@robinsonbrog.com
Christine A. Roberts bankruptcy@rocgd.com
Terri A. Roberts pcaocvbk.civil.camail@pcao.pima.gov
Martha E. Romero romero@dslextreme.com
Frederick Brian Rosner fbrosner@duanemorris.com
Frederick Brian Rosner fbrosner@duanemorris.com, fbrosner@duanemorris.com
Rene S. Roupinian rroupinian@outtengolden.com
Christopher M. Samis samis@rlf.com, rbgroup@rlf.com
Christopher M. Samis samis@rlf.com, rbgroup@rlf.com
Bradford J. Sandler bsandler@bfca.com, svandyk@bfca.com;rlemisch@bfca.com;jhoover@bfca.com;docket@aol.com;docket@bfca.com
Maria Aprile Sawczuk marias@drapgold.com
Todd Charles Schiltz tschiltz@wolfblock.com
Eric Lopez Schnabel schnabel.eric@dorsey.com
Andrea Sheehan sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com
Richard A. Sheils, Jr. rsheils@bowditch.com, rsheils@bowditch.com;slapointe@bowditch.com
Joseph Emil Shickich jshickich@riddellwilliams.com
Russell C. Silberglied silberglied@rlf.com, rbgroup@rlf.com
Laurie Selber Silverstein bankruptcy@potteranderson.com
Christopher Page Simon csimon@crosslaw.com
Elliot M. Smith esmith@ssd.com, slerner@ssd.com
Karen J. Stapleton Karen.Stapleton@loudoun.gov, bankrupt@loudoun.gov;Belkys.Escobar@loudoun.gov
Catherine Steege csteege@jenner.com, docketing@jenner.com
John H. Strock jstrock@wcsr.com
Eric Michael Sutty bankserve@bayardlaw.com, esutty@bayardlaw.com;lsuprum@bayardlaw.com
Justin M. Swartz jms@outtengolden.com
Gregory Alan Taylor gtaylor@ashby-geddes.com
William F. Taylor bankdel@comcast.net, bankruptcydel@mccarter.com
James C. Tecce jamestecce@quinnemanuel.com, susheelkirpalani@quinnemanuel.com
Prince Altee Thomas pthomas@foxrothschild.com
Christina Maycen Thompson cthompson@cblh.com
Marikae G. Toye marikae.toye@dol.lps.state.nj.us
Travis N. Turner bankruptcy@ycst.com
United States Trustee USTPREGION03.WL.ECF@USDOJ.GOV
Annie Verdries verdries@ldbb.com
Joel A. Waite bankfilings@ycst.com

Madeleine Carmel Wanslee mwanslee@gustlaw.com, rms@gustlaw.com
Christopher A. Ward cward@klehr.com
John R. Weaver jrweaverlaw@verizon.net
Helen Elizabeth Weller dallas.bankruptcy@publicans.com
Margaret B. Whiteman bankfilings@ycst.com
Michael Gregory Wilson mwilson@hunton.com, shislop@hunton.com
Amanda Marie Winfree awinfree@ashby-geddes.com
Jeffrey C. Wisler jwisler@cblh.com
Karon Y. Wright karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us
Kelly W. Wright kwright@slco.org
William G. Wright wgw_efn@farrlawnet.com, jl_efn@farrlawnet.com
James S. Yoder yoderj@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
German Yusufov pcaocvbk@pcao.pima.gov
Rafael Xavier Zahralddin-Aravena rxza@elliottgreenleaf.com
Craig J. Ziady legal@cummings.com
Sharon M Zieg bankfilings@ycst.com

                /s/ Mark Browning
                MARK BROWNING