IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                                                    :   Chapter 11
                                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                    :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                           :
                                                                          :   Jointly Administered
       Debtors.                                                           :
                                                                          :   Ref. No. 3344
------------------------------------------------------------------------- x

### CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 3344

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Debtors' Modification of the Automatic Stay for Certain Foreclosure Proceedings Where the Debtors Hold a Junior Lien or Interest Pursuant to Sections 105(a) and 362 of the Bankruptcy Code and Approving the Form of Consent to Modification of the Automatic Stay (the "Motion") has been received. The Court's docket which was last updated April 9, 2008, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than April 7, 2008 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
April 9, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kenneth J. Enos (No. 4544)
Robert F. Poppiti, Jr. (No. 5052)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession