IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
         Debtors.                                                        :
                                                                         : Ref. No. 3316
------------------------------------------------------------------------ x

## CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 3316

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Motion to Approve Compromise under Rule 9019 for an Order approving and Authorizing the Consent Order Between Certain Debtors and the Commissioner of the District of Columbia Department of Insurance (the "Motion") has been received. The Court's docket which was last updated April 9, 2008, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than April 7, 2008 at 4:00 p.m.

DB02:6683898.2                                                                                          066585.1001

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
April 9, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kenneth J. Enos (No. 4544)
Robert F. Poppiti, Jr. (No. 5052)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession