IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,

Debtors.

--- x

: Chapter 11
:
: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
: Ref. No. 3334

## CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 3334

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Ninth Motion for an Order, Pursuant to Sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rules 6006, Authorizing the Debtors to Reject a Certain Executory Contract (the "Motion") has been received. The Court's docket which was last updated April 9, 2008, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than April 7, 2008 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
April 9, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/*

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kenneth J. Enos (No. 4544)
Robert F. Poppiti, Jr. (No. 5052)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession