## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                     : ss.:
COUNTY OF QUEENS    )

FILED 2008 APR -7 AM 11: 13
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

   GIL QUENTIN ALVAREZ being duly sworn, deposes and says:

   I am a party to this action. I am over 18 years of age. I have an address of 542 Mt. Argyll Ct, Apopka, Florida 32712

   That on April 3, 2008 I served a true copy of the annexed **MOTION FOR LEAVE TO FILE LATE PROOF OF CLAIM** in the following manner: By mailing same in a sealed envelope, with prepaid postage thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

DONALD J. BOWAN JR., ESQ
YOUNG CONAWAY STARGATT & TAYLOR
1000 West Street, 17th Floor
Wilmington, DE 19801

_____
Gil Quentin Alvarez

Sworn to before me this
___ day of April, 2008

_____
Notary Public

Josephine Zephrine
Notary Public, State of New York
No. 01ZE6045005
Qualified in Nassau County
Commission Expires July 17, 2010