## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 (CSS) |
| HOLDINGS, INC., Delaware Corporation, et. al., | ) |
| | ) Jointly Administered |
| Debtors | ) |
| | ) Objection Deadline: April 21, 2008 at 4:00 p.m. (ET) |
| | ) |

ROCCO DESTEFANO
3983 STONESTHROW CT
NAPLES, FL 34109-0726
(239) 513-1669

### Motion To Dismiss

### NOTICE OF DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS

The debtors notice was received on April 1, 2008, which, on its face, constitutes an insufficient time for the creditor to prepare a proper defense, and response.

_Rocco DeStefano_
Rocco DeStefano, Esq.
Creditor

### Certification of Mailing

    I hereby certify that a true and correct copy of the foregoing motion to dismiss was supplied on April 2, 2008 to:

        Young, Conaway, Stargatt & Taylor
        1000 West Street, 17th Floor
        Wilmington, Delaware 19802

on this 2nd day of April, 2008.

_Rocco DeStefano_
Rocco DeStefano, Esq.