# JANE LUENEBURG

2311 Forest Dr.
Tomahawk, WI 54487
Phone 715-282-6864

April 2, 2008

United States Bankruptcy Court for District of Delaware
824 Market Street – 3rd Floor
Wilmington, Delaware 19801

To whom it may concern:

Reference Case No. 07-11047 (CSS)

Please consider this an objection to Claim Number 5721, in the amount of $57,776.40, being expunged. It is a portion of my retirement income which I cannot afford to lose.

Sincerely,

*Jane M. Lueneburg*

Jane M. Lueneburg