Thursday, April 03, 2008

US Bankruptcy Court for the District of Delaware
824 Market Street,, 3rd Floor
Wilmington, DE 19801

To Whom it May Concern:

The following is a response to to the US Bankruptcy Court for the district of Delaware regarding the Notice of Debtors' Second (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1

In re:

American Home Mortgage Holdings, Inc., Debtors
Chapter 11, Case No. 07-11047 (CSS)

by

Dennis MacDonald, Claimant
5101 S Ironton Way
Greenwood Village, CO 80111
Claim # 4817
Claim Amount $53,575.00

The basis for the claim is Preferred Stock default by the debtor as documented to the court prior to January 11th, 2008.

No other claims have been made on the above claim number.

Respectfully,

Dennis A. MacDonald

cc: Young Conway Stargatt & Taylor, LLP, Counsel to the Debtors