4/2/08

Untitled

tHE uNITED STATES Bankruptcy Court
for the District of Delaware
824 Market Street 3rd Floor
willmington Delaware 19801

FILED
2008 APR -7 PM 12: 27

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Dear Sir's

    My objection is the company doesn't feel any oblagation to there investors.I Beleived that the mortgage business was fairly safe and they should have some collateral.I kept investing while the stock was going down.An excutive from American Home Mortgage on a television news show stated that everything was on track when the stock was about twelve dollars.Maybe he meant to say they would go into bankruptcy.There is much more they could have done to inform the public.I Don't expect to be made whole but I do expect something.

                Sincerely,Richard Kreiss
                    5100  Aurora Drive
                    Leesburg, Florida 34748

Case No.07-11047 (css)
Claim Number 3161