IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x

In re:     :   Chapter 11

    :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]

    :   Jointly Administered

    :

      Debtors.     :

---------------------------------------------------------------------- x

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON APRIL 14, 2008 AT 10:00 A.M. (ET)

## ADJOURNED/RESOLVED MATTERS

1.    Motion of Natixis Real Estate Capital, Inc. f/k/a Ixis Real Estate Capital, Inc. for Relief from the Automatic Stay [D.I. 1701, 10/29/07]

    Objection Deadline:    November 7, 2007 at 4:00 p.m., extended for the Debtors and Committee

    Related Document:

        a)    Order Approving and Authorizing the Settlement Agreement by and Between the Debtors and Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital, Inc. [D.I. 2986, 2/15/08]

    Objections Filed:    None

    Status: This matter has been resolved in part.  The remainder of this matter will be adjourned to May 1, 2008 at 2:00 p.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2.   Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2395, 12/14/07]

Related Documents:

a)   Order Authorizing the Abandonment and Destruction of Certain Duplicate Mortgage Loan Files [D.I. 2724, 1/15/08]

b)   Debtors' Limited Reply and Supplement to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2888, 2/5/08]

c)   Notice of Filing of Exhibit A to Debtors' Limited Reply and Supplement to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2902, 2/8/08]

d)   Order (Second) Authorizing The (I)Abandonment And Destruction of Certain Duplicate Mortgage Loan Files or (II)Return of Mortgage Loan Files To The Owner of Such Loans Upon Payment of Reasonable Costs And Expenses [D.I. 3010, 2/19/08]

e)   Loan File Return Declaration of the Creditor Community Development Administration, a Division of the Maryland Department of Housing and Community Development [D.I. 3271, 3/13/08]

f)   Loan File Return Declaration of Aurora Loan Services LLC [D.I. 3275, 3/13/08]

g)   Declaration of Colorado Housing and Finance Authority [D.I. 3289, 3/13/08]

h)   Loan File Return Declaration of Wells Fargo Funding, Inc. [D.I. 3290, 3/14/08]

i)   Loan File Return Declaration of Goldman Sachs Mortgage Company [D.I. 3291, 3/14/08]

j)   Loan file Return Declaration of Marilyn Richardson on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3294, 3/14/08]

k)      Loan File Return Declaration of Debora Brown on Behalf of Countrywide
        Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the
        Debtors [D.I. 3297, 3/14/08]

l)      Loan File Return Declaration of Debora Brown on Behalf of Countrywide
        Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the
        Debtors [D.I. 3300, 3/14/08]

m)      Loan File Return Declaration of Kathleen Conte on Behalf of
        Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan
        Files from the Debtors [D.I. 3302, 3/14/08]

n)      Loan File Return Declaration of Bruce W. Good [D.I. 3304, 3/14/08]

o)      Loan File Return Declaration of Deutsche Bank National Trust Company,
        Solely in its Capacity as Trustee, and on Behalf of Certain Securitization
        Trusts [D.I. 3305, 3/14/08]

p)      Declaration of L. Steven Spears in Support of Loan File Return [D.I. 3317,
        3/14/08]

q)      Loan File Declaration of LaSalle Bank National Association, Solely in its
        Capacity as a Trustee, and on Behalf of Certain Securitization Trusts  [D.I.
        3347, 3/19/08]

Objections Filed:

r)      Objection and Reservation of Rights of Wells Fargo Bank, N.A. to the Bar
        Date Established Pursuant to the Second Order Pursuant to 11 U.S.C. §§5,
        363 and 554 Authorizing the (I) Abandonment and Destruction of Certain
        Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to
        the Owner of Such Loans Upon Payment of Reasonable Costs and
        Expenses [D.I. 3307, 3/14/08]

Status: This matter will be adjourned by agreement to May 1, 2008 at 2:00 p.m.

3.    Iron Mountain Information Management, Inc.'s Motion to Compel Payment of Administrative Expenses [D.I. 2465, 12/20/07]

    Objection Deadline:   December 28, 2007 at 4:00 p.m., extended to February 7, 2008 at 4:00 p.m. for the Debtors and the Committee

    Related Document:

        a)    Proposed Form of Order filed by Iron Mountain Information Management, Inc. [D.I. 2502, 12/26/07]

    Objections Filed:

        b)    Informal Response of the Debtors

    Status: This matter will be adjourned to May 1, 2008 at 2:00 p.m.

4.    CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2515, 12/27/07]

    Objection Deadline:   January 7, 2008 at 4:00 p.m., extended to January 9, 2008 at 12:00 p.m.

    Objections Filed:

        a)    Debtors' Objection to CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2635, 1/9/08]

    Status: This matter will be adjourned by agreement to May 1, 2008 at 2:00 p.m.

5.    Motion of National City Capital Commercial Corporation for Entry of Order Granting Allowance and Payment of Post-Petition Rent as an Administrative Expense Pursuant to 11 U.S.C. § 503(b)(1)(a) [D.I. 2791, 1/25/08]

    Objection Deadline:   February 21, 2008 at 4:00 p.m., extended to April 24, 2008 for the Debtors and Committee

    Objections Filed:   None to date

    Status: This matter will be adjourned by agreement to May 1, 2008 at 2:00 p.m.

6.  Motion of Northwest Trustee Services, Inc. for Order Directing the Debtors to Immediately Comply with Order Allowing and Approving Undisputed Fees and Costs Contained in Applications of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-In-Possession [D.I. 3212, 3/10/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:    None

Related Document:

a)  Notice of Withdrawal of Motion of Northwest Trustee Services, Inc. for Order Directing the Debtors to Immediately Comply with Order Allowing and Approving Undisputed Fees and Costs Contained in Applications of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-In-Possession [D.I. 3536, 4/7/08]

Status: This matter has been withdrawn.

7.  Motion of Countrywide for Entry of Order Allowing Late Filing of Proofs of Claim [D.I. 3224, 3/11/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Related Documents:

a)  Declaration of June Smith in Support of Motion of Countrywide for Entry of Order Allowing Late Filing of Proofs of Claim [D.I. 3225, 3/11/08]

b)  Declaration of Pamela Davis in Support of Motion of Countrywide for Entry of Order Allowing Late Filing of Proofs of Claim [D.I. 3226, 3/11/08]

c)  Declaration of Katherine M. Windler in Support of Motion of Countrywide for Entry of Order Allowing Late Filing of Proofs of Claim [D.I. 3227, 3/11/08]

d)  Certification of No Objection [D.I. 3511, 4/2/08]

e)  Order Approving Stipulation Deeming Proofs of Claim to be Timely Filed [D.I. 3522, 4/4/08]

Objections Filed:    None

Status: An Order has been entered.  No hearing is required.

8.     Motion for Short Order of Notice filed by Alison A. Zea [D.I. 3388, 3/24/08]

       Objection Deadline:   April 24, 2008 at 4:00 p.m.

       Related Document:

              a)     Order [D.I. 3392, 3/24/08]

       Objections filed:     None as of the filing of this Agenda

       Status: At the request of counsel for the movant, this matter will be adjourned to May 1,
              2008 at 2:00 p.m.

9.     Pre-Trial Conference:  Financial Guaranty Insurance Company v. American Home
       Mortgage Servicing, Inc. and American Home Mortgage Acceptance, Inc., Adv. No. 07-
       51725

       Status: This matter is adjourned by agreement of the parties to May 1, 2008 at 2:00 p.m.
              The parties anticipate submitting a settlement motion to the Court prior to the
              hearing scheduled for May 1, 2008 at 2:00 p.m.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

10.    Motion to Approve Compromise under Rule 9019 for an Order approving and
       Authorizing the Consent Order Between Certain Debtors and the Commissioner of the
       District of Columbia Department of Insurance [D.I. 3316, 3/14/08]

       Objection Deadline:   April 7, 2008 at 4:00 p.m.

       Objections Filed:     None

       Related Document:

              a)     Certificate of No Objection [D.I. 3608, 4/9/08]

       Status: A Certificate of No Objection has been filed.  No hearing is required.

11.    Ninth Motion for an Order, Pursuant to Sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rules 6006, Authorizing the Debtors to Reject a Certain Executory Contract [D.I. 3334, 3/18/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:    None

Related Document:

a)    Certificate of No Objection [D.I. 3609, 4/9/08]

Status: A Certificate of No Objection has been filed.  No  hearing is required.

12.    Debtors' Modification of the Automatic Stay for Certain Foreclosure Proceedings Where the Debtors Hold a Junior Lien or Interest Pursuant to Sections 105(a) and 362 of the Bankruptcy Code and Approving the Form of Consent to Modification of the Automatic Stay [D.I. 3344, 3/19/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:    None

Related Document:

a)    Certificate of No Objection [D.I. 3607, 4/9/08]

Status: A Certificate of No Objection has been filed.  No  hearing is required.

13.    Saxon Mortgage Services Inc.  for Motion for Relief from Automatic Stay Under Section 362, of the Bankruptcy Code with Respect to Real Property Located at 24 Hudson Street, East Haven, CT 06512 [D.I. 3385, 3/21/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:

a)    Debtors' Reservation of Rights  as to Certain Motions for Relief from Automatic Stay Under Sections 362 of the Bankruptcy Code [D.I. 3512, 4/2/08]

Related Document:

b)    Certification of Counsel [D.I. 3583, 4/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

DB02:6695550.1    066585.1001

14.    Regions Mortgage, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 6100 Omega Lane, Manassas, VA 20112 [D.I. 3434, 3/27/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:

      a)    Debtors' Reservation of Rights  as to Certain Motions for Relief from Automatic Stay Under Sections 362 of the Bankruptcy Code [D.I. 3512, 4/2/08]

Related Document:

      b)    Certification of Counsel [D.I. 3583, 4/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

15.    Motion of Wells Fargo Bank, N.A.'s as Trustee for HSBC Bank USA, Ace 2006-ASAP1 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 9050 Double R Blvd. #725, Reno, NV 89521 [D.I. 3435, 3/27/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:

      a)    Debtors' Reservation of Rights  as to Certain Motions for Relief from Automatic Stay Under Sections 362 of the Bankruptcy Code [D.I. 3512, 4/2/08]

Related Document:

      b)    Certification of Counsel [D.I. 3583, 4/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

16.     Motion of Wells Fargo Bank, N.A.'s as Trustee for HSBC Bank USA, Ace 2006-ASAP1
        for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect
        to Real Property Located at 10542 Danbury Ave., Bloomington, CA 92316 [D.I. 3436,
        3/27/08]

        Objection Deadline:    April 7, 2008 at 4:00 p.m.

        Objections Filed:

        a)      Debtors' Reservation of Rights as to Certain Motions for Relief from
                Automatic Stay Under Sections 362 of the Bankruptcy Code [D.I. 3512,
                4/2/08]

        Related Document:

        b)      Certification of Counsel [D.I. 3583, 4/9/08]

        Status: A Certification of Counsel has been filed.  No hearing is required.

17.     Motion of Regions Mortgage, Inc.'s for Relief from Automatic Stay Under Section 362
        of the Bankruptcy Code with Respect to Real Property Located at 1380 Airport Road,
        Unit E1, Hot Springs National, AR 71913 [D.I. 3437, 3/27/08]

        Objection Deadline:    April 7, 2008 at 4:00 p.m.

        Objections Filed:

        a)      Debtors' Reservation of Rights as to Certain Motions for Relief from
                Automatic Stay Under Sections 362 of the Bankruptcy Code [D.I. 3512,
                4/2/08]

        Related Document:

        b)      Certification of Counsel [D.I. 3583, 4/9/08]

        Status: A Certification of Counsel has been filed.  No hearing is required.

18.    Motion of MERS for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 10116 Aberdeen Drive, Grand Blanc, MI 48439 [D.I. 3438, 3/27/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:

a)    Debtors' Reservation of Rights  as to Certain Motions for Relief from Automatic Stay Under Sections 362 of the Bankruptcy Code [D.I. 3512, 4/2/08]

Related Document:

b)    Certification of Counsel [D.I. 3583, 4/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

19.    Motion of Regions Mortgage, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 324 Kentucky St., Vacaville, CA 95688 [D.I. 3439, 3/27/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:

a)    Debtors' Reservation of Rights  as to Certain Motions for Relief from Automatic Stay Under Sections 362 of the Bankruptcy Code [D.I. 3512, 4/2/08]

Related Document:

b)    Certification of Counsel [D.I. 3583, 4/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

066585.1001

20.     Motion of Regions Mortgage, Inc. for Relief from Automatic Stay Under Section 362 of
        the Bankruptcy Code with Respect to Real Property Located at 1529 S State St., #2302,
        Chicago, IL 60605 [D.I. 3440, 3/27/08]

        Objection Deadline:    April 7, 2008 at 4:00 p.m.

        Objections Filed:

                a)      Debtors' Reservation of Rights  as to Certain Motions for Relief from
                        Automatic Stay Under Sections 362 of the Bankruptcy Code [D.I. 3512,
                        4/2/08]

        Related Document:

                b)      Certification of Counsel [D.I. 3583, 4/9/08]

        Status: A Certification of Counsel has been filed.  No hearing is required.

21.     Motion of Regions Mortgage, Inc. for Relief from Automatic Stay Under Section 362 of
        the Bankruptcy Code with Respect to Real Property Located at 10614 E. Duckpoint, Way
        Clovis, CA 93619 [D.I. 3441, 3/27/08]

        Objection Deadline:    April 7, 2008 at 4:00 p.m.

        Objections Filed:

                a)      Debtors' Reservation of Rights  as to Certain Motions for Relief from
                        Automatic Stay Under Sections 362 of the Bankruptcy Code [D.I. 3512,
                        4/2/08]

        Related Document:

                b)      Certification of Counsel [D.I. 3583, 4/9/08]

        Status: A Certification of Counsel has been filed.  No hearing is required.

DB02:6695550.1                                                        066585.1001

22.    Motion of Regions Mortgage, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 22484 Amber Eve Drive, Corona, CA 92883 [D.I. 3442, 3/27/08]

Objection Deadline:   April 7, 2008 at 4:00 p.m.

Objections Filed:

     a)    Debtors' Reservation of Rights  as to Certain Motions for Relief from Automatic Stay Under Sections 362 of the Bankruptcy Code [D.I. 3512, 4/2/08]

Related Document:

     b)    Certification of Counsel [D.I. 3583, 4/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

23.    Motion of Regions Mortgage, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 5429 Waterville Way, Sacramento, CA 95835 [D.I. 3444, 3/27/08]

Objection Deadline:   April 7, 2008 at 4:00 p.m.

Objections Filed:

     a)    Debtors' Reservation of Rights  as to Certain Motions for Relief from Automatic Stay Under Sections 362 of the Bankruptcy Code [D.I. 3512, 4/2/08]

Related Document:

     b)    Certification of Counsel [D.I. 3583, 4/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

DB02:6695550.1               066585.1001

24.    Motion of Regions Mortgage, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 3096 Panorama #A, Riverside, CA 92506 [D.I. 3445, 3/27/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:

   a)    Debtors' Reservation of Rights  as to Certain Motions for Relief from Automatic Stay Under Sections 362 of the Bankruptcy Code [D.I. 3512, 4/2/08]

Related Document:

   b)    Certification of Counsel [D.I. 3583, 4/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

25.    Motion of Regions Mortgage, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 618 Ashley Ave., Suffolk, VA 23434 [D.I. 3446, 3/27/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:

   a)    Debtors' Reservation of Rights  as to Certain Motions for Relief from Automatic Stay Under Sections 362 of the Bankruptcy Code [D.I. 3512, 4/2/08]

Related Document:

   b)    Certification of Counsel [D.I. 3583, 4/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

DB02:6695550.1

066585.1001

**CONTESTED MATTERS GOING FORWARD**

26.    Gloria T. Kirk's Motion to Lift Stay [D.I. 2969, 2/13/08]

   Objection Deadline:    March 6, 2008 at 4:00 p.m.

   Objections Filed:

   a)    Debtors' Objection to Gloria T. Kirk's Motion to Lift Stay [D.I. 3177, 3/6/08]

   b)    Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to Gloria T. Kirk's Motion to Lift Stay [D.I. 3178, 3/6/08]

   Status: This matter will be going forward.

27.    Debtors' First Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rules 3007-1 [D.I. 3315, 3/14/08]

   Response Deadline:    April 7, 2008 at 4:00 p.m.

   Responses Filed:

   a)    United States of America's Response [D.I. 3538, 4/7/08]

   b)    Response of MBIA Insurance Corporation [D.I. 3555, 4/7/08]

   c)    Response of Rachel Masiivva [D.I. 3551, 4/7/08]

   Status: This matter will be going forward with respect to Items (a), (c) and the other claims that are the subject of the Objection.  With respect to Item (b), the Objection will be withdrawn.

28.    Joint Motion Of The Official Committee Of Unsecured Creditors And Bank Of America, N.A., As Administrative Agent, For Entry Of Final Stipulation And Order Resolving All Remaining Issues With Respect To The Final Order (I) Authorizing Debtors' Limited Use Of Cash Collateral And (II) Granting Replacement Liens And Adequate Protection To Certain Pre-Petition Secured Parties [D.I. 3318, 3/14/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Related Document:

   a)    Sixth Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties [D.I. 3505, 4/1/08]

   b)    Joint Certification of Counsel with Respect To Notice Of Joint Motion Of The Official Committee Of Unsecured Creditors And Bank Of America, N.A., As Administrative Agent, For Entry Of Final Stipulation And Order Resolving All Remaining Issues With Respect To The Final Order (I) Authorizing Debtors Limited Use Of Cash Collateral And (II) Granting Replacement Liens And Adequate Protection To Certain Pre-Petition Secured Parties [D.I. 3517, 4/3/08]

   c)    Order Granting Joint Motion Of The Official Committee Of Unsecured Creditors And Bank Of America, N.A., As Administrative Agent, For Leave To File A Reply Beyond Deadline Established Under Del. Bankr. L.R. 9006-1(d) In Support Of Joint Motion Of The Official Committee Of Unsecured Creditors And Bank Of America, N.A., As Administrative Agent, For Entry Of Final Stipulation And Order Resolving All Remaining Issues With Respect To The Final Order (I) Authorizing Debtors Limited Use Of Cash Collateral And (II) Granting Replacement Liens And Adequate Protection To Certain Pre-Petition Secured Parties [D.I. 3533, 4/4/08]

Objections Filed:

   d)    Joint Limited Objection of AH Mortgage Acquisition Co., Inc. and WLR Recovery Fund III, L.P. to the Joint Motion Of The Official Committee Of Unsecured Creditors And Bank Of America, N.A., As Administrative Agent, For Entry Of Final Stipulation And Order Resolving All Remaining Issues With Respect To The Final Order (I) Authorizing Debtors' Limited Use Of Cash Collateral And (Ii) Granting Replacement Liens And Adequate Protection To Certain Pre-Petition Secured Parties [D.I. 3541, 4/7/08]

e)  Corrected Debtors' Objection to Joint Motion Of The Official Committee Of Unsecured Creditors And Bank Of America, N.A., As Administrative Agent, For Entry Of Final Stipulation And Order Resolving All Remaining Issues With Respect To The Final Order (I) Authorizing Debtors' Limited Use Of Cash Collateral And (Ii) Granting Replacement Liens And Adequate Protection To Certain Pre-Petition Secured Parties [D.I. 3546, 4/7/08]

f)  Objection of the United States Trustee to the Joint Motion Of The Official Committee Of Unsecured Creditors And Bank Of America, N.A., As Administrative Agent, For Entry Of Final Stipulation And Order Resolving All Remaining Issues With Respect To The Final Order (I) Authorizing Debtors' Limited Use Of Cash Collateral And (Ii) Granting Replacement Liens And Adequate Protection To Certain Pre-Petition Secured Parties [D.I. 3552, 4/8/08]

Status: This matter will be going forward.

29.  Motion of Wells Fargo Bank, N.A. as Securities Administrator, for Relief from the Automatic Stay to Recover a Payment Made in Error to One of the Debtors through Recoupment, Imposition of a Constructive Trust, and/or an Equitable Lien [D.I. 3387, 3/24/08]

Objection Deadline:  April 7, 2008 at 4:00 p.m., extended for the Debtors to April 8, 2008

Objections Filed:

a)  Debtors' Objection to Motion of Wells Fargo, N.A., as Securities Administrator, for Relief from the Automatic Stay to Recover a Payment Made in Error to One of the Debtors Through Recoupment, Imposition of a Constructive Trust, and/or an Equitable Lien [Docket No. 3580, 4/8/08]

b)  Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to Motion of Wells Fargo, N.A., as Securities Administrator, for Relief from the Automatic Stay to Recover a Payment Made in Error to One of the Debtors Through Recoupment, Imposition of a Constructive Trust, and/or an Equitable Lien [D.I. 3581, 4/8/08]

Status: This matter will be going forward.

30. Emergency Motion of AH Mortgage Acquisition Co., Inc. to Compel Debtors to Effectuate the Final Closing Under the Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business [D.I. 3557, 4/8/08]

Objection Deadline:    April 11, 2008 at 4:00 p.m.

Related Document:

    a)    Order Shortening Notice with Respect to Emergency Motion of AH Mortgage Acquisition Co., Inc. to Compel Debtors to Effectuate the Final Closing Under the Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business [D.I. 3582, 4/9/08]

Objections Filed:    None as of the filing of this Agenda

Status: This matter will be going forward.

31. Interim Fee Requests.  Please refer to Exhibit 1, attached.

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Limited Objection to Interim Monthly Applications of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession [D.I. 2605, 1/7/08]

        i)    Notice of Filing of Exhibits [D.I. 2646, 1/9/08]

    b)    Limited Objection of the Official Committee of Unsecured Creditors to Northwest Trustee Services, Inc.'s Applications for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession [D.I. 2617, 1/7/08]

    c)    AH Mortgage Acquisition Co., Inc.'s Statement *and* Reservation of Rights to Northwest Trustee Services, Inc.'s Applications for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession [D.I. 2653, 1/10/08]

    d)     Debtors' Limited Objection to Second Quarterly Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession [D.I. 3544, 4/7/08]

Status: This matter will be going forward.

Dated: Wilmington, Delaware
      April 10, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

DB02:6695550.1      066585.1001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                                                      :    Chapter 11
                                                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                          :
                                                                            :    Jointly Administered
        Debtors.                                                            :
------------------------------------------------------------------------- x

**Exhibit 1**
**Index to Fee Applications**

A.     **Second Interim Fee Request of Young Conaway Stargatt & Taylor, LLP, Counsel to
       the Debtors for the Period November 1, 2007 through November 30, 2007 [Docket
       No. 3328, 3/17/08]**

       1.     Fourth Fee Application for the Period November 1, 2007 through November 30,
              2007 [D.I. 2870, 2/1/08]

       2.     Certification of Counsel [D.I. 3098, 2/27/08]

       3.     Fifth Fee Application for the Period December 1, 2007 through December 31,
              2007 [D.I. 3149, 3/4/08]

       4.     Certificate of No Objection [D.I. 3422, 3/26/08]

       5.     Sixth Fee Application for the Period January 1, 2008 through January 31, 2008
              [D.I. 3273, 3/13/08]

       6.     Certificate of No Objection [D.I. 3534, 4/4/08]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM
Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation
(1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American
Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC,
a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491);
and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538
Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd.,
Suite 200, Irving, Texas 75063.

B.  **Second Interim Fee Request of Cadwalader, Wickersham & Taft LLP as Special Counsel to the Debtors [D.I. 3328, 3/17/08]**

    1.  Fee Application for the Period November 1, 2007 through January 31, 2008 [D.I. 3269, 3/13/08]

    2.  Certification of Counsel [Pending]

C.  **Second Interim Fee Request of Allen & Overy, Special Regulatory Counsel to the Debtors for the Period November 1, 2007 through January 31, 2008 [D.I. 3328, 3/1/7/08]**

    1.  Third Fee Application for the Period November 1, 2007 through November 30, 2007 [D.I. 2600, 1/7/08]

    2.  Certificate of No Objection [D.I. 2844, 1/31/08]

    3.  Fourth Fee Application for the Period December 1, 2007 through December 31, 2007 [D.I. 2854, 2/1/08]

    4.  Certificate of No Objection  [D.I. 3261, 3/12/08]

    5.  Fifth Fee Application for the Period January 1, 2008 through January 31, 2008 [D.I. 3120, 2/28/08]

    6.  Certificate of No Objection [3477, 3/28/08]

D.  **Second Interim Fee Request of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Investigatory Litigation and Conflicts Counsel to the Debtors for the Period November 1, 2007 through January 31, 2008 [D.I. 3328, 3/17/08]**

    1.  Fourth Fee Application for the Period November 1, 2007 through November 30, 2007 [D.I. 2897, 2/7/08]

    2.  Certificate of No Objection [Pending]

    3.  Fifth Fee Application for the Period December 1, 2007 through December 31, 2007 [D.I. 3326, 3/17/08]

    4.  Certificate of No Objection [Pending]

    5.  Sixth Fee Application for the Period January 1, 2008 through January 31, 2008 [D.I. 3327, 3/17/08]

    6.  Certificate of No Objection [Pending]

E.  **Second Interim Fee Request of Milestone Advisors for the Period October 1, 2007 through November 30, 2007 [D.I. 3328, 3/17/08]**

    1.  Third Fee Application for the Period October 1, 2007 through October 31, 2007 [D.I. 2563, 12/7/07]

    2.  Certificate of No Objection [D.I. 2799, 1/29/08]

    3.  Fourth Fee Application for the Period November 1, 2007 through November 30, 2007 [D.I. 3310, 3/14/08]

    4.  Certificate of No Objection [Pending]

F.  **Second Interim Fee Request of Law Offices of Alan Weinreb, PLLC, Ordinary Course Professional to the Debtors for the Period November 1, 2007 through January 31, 2008 [D.I. 3328, 3/17/08]**

    1.  Fourth Fee Application for the Period November 1, 2007 through November 30, 2007 [D.I. 2404, 12/17/07]

    2.  Certificate of No Objection [D.I. 2756, 1/21/08]

    3.  Fifth Fee Application for the Period December 1, 2007 through December 31, 2007 [D.I. 2738, 1/15/08]

    4.  Certificate of No Objection [D.I. 3148, 3/3/08]

    5.  Sixth Fee Application for the Period January 1, 2008 through January 31, 2008 [D.I. 3018, 2/19/08]

    6.  Certificate of No Objection [D.I. 3257, 3/12/08]

G.    **Second Interim Fee Request of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional to the Debtors for the Period November 1, 2007 through January 31, 2008 [D.I. 3328, 3/17/08]**

    1.    Fourth Fee Application for the Period November 1, 2007 through November 30, 2007 [D.I. 2405, 12/17/07]

    2.    Certificate of No Objection [D.I. 2755, 1/21/08]

    3.    Fifth Fee Application for the Period December 1, 2007 through December 31, 2007 [D.I. 2967, 2/13/08]

    4.    Certification of Counsel [D.I. 3292, 3/14/08]

    5.    Sixth Fee Application for the Period January 1, 2008 through January 31, 2008 [D.I. 3122, 2/28/08]

    6.    Certificate of No Objection [D.I.3399, 3/24/08]

H.    **Second Interim Fee Request of Adorno & Yoss LLP, Ordinary Course Professional to the Debtors for the Period November 1, 2007 through January 31, 2008 [D.I. 3328, 3/17/08]**

    1.    Fourth Fee Application for the Period November 1, 2007 through November 30, 2007 [D.I. 2867, 2/1/08]

    2.    Certificate of No Objection [D.I. 3094, 2/26/08]

    3.    Fifth Fee Application for the Period December 1, 2007 through December 31, 2007 [D.I. 2868, 2/1/08]

    4.    Certificate of No Objection [D.I. 3129, 2/29/08]

    5.    Sixth Fee Application for the Period January 1, 2008 through January 31, 2008 [D.I. 3121, 2/28/08]

    6.    Certificate of No Objection [D.I. 3397, 3/24/08]

I.   **Second Interim Fee Request of Weltman, Weinberg & Reis, Ordinary Course Professional for the Debtors for the Period November 1, 2007 through December 31, 2007 [D.I. 3328, 3/17/08]**

   1.   Fourth Fee Application for the Period November 1, 2007 through November 30, 2007 [D.I. 3023, 2/20/08]

   2.   Certificate of No Objection [D.I. 3295, 3/14/08]

   3.   Fifth Fee Application for the Period December 1, 2007 through December 31, 2007 [D.I. 3024, 2/20/08]

   4.   Certificate of No Objection [D.I. 3296, 12/24/07]

J.   **Second Interim Fee Request of Law Offices of Daniel C. Consuegra, Ordinary Course Professional to the Debtors for the Period November 1, 2007 through January 31, 2008 [D.I. 3328, 3/17/08]**

   1.   Fourth Fee Application for the Period November 1, 2007 through November 30, 2007 [D.I. 2562, 1/2/08]

   2.   Certificate of No Objection [D.I. 2843, 1/31/08]

   3.   Fifth Fee Application for the Period December 1, 2007 through December 31, 2007 [D.I. 2766, 1/23/08]

   4.   Certificate of No Objection [D.I. 2881, 2/15/08]

   5.   Sixth Fee Application for the Period January 1, 2008 through January 31, 2008 [D.I. 3123, 2/28/08]

   6.   Certificate of No Objection [D.I. 3396, 3/24/08].

**K.** **First Interim Fee Request of Orlans Associates, Ordinary Course Professional to the Debtors for the Period August 6, 2007 through October 31, 2007 [D.I. 3328, 3/17/08]**

1.   First Fee Application for the Period August 6, 2007 through August 31, 2007 [S/I/ 2782, 1/24/08]

2.   Certificate of No Objection [D.I. 2992, 2/15/08]

3.   Second Fee Application for the Period September 1, 2007 through September 30, 2007 [D.I. 2783, 1/24/08]

4.   Certificate of No Objection [D.I. 2993, 2/15/08]

5.   Third Fee Application for the Period October 1, 2007 through October 31, 2007 [D.I. 2994, 1/24/08]

6.   Certificate of No Objection [D.I. 2994, 2/15/08]

**L.** **First Interim Fee Request of T.D. Service Co., Ordinary Course Professional to the Debtors, for the Period November 1, 2007 through January 31, 2008 [D.I. 3328, 3/17/08]**

1.   First Fee Application for the Period November 1, 2007 through November 31, 2007 [D.I. 2937, 2/11/08]

2.   Certificate of No Objection [D.I. 3158, 3/5/08]

3.   Second Fee Application for the Period December 1, 2007 through December 31, 2007 [D.I. 2938, 2/11/08]

4.   Certificate of No Objection [D.I. 3159, 3/5/08]

5.   Third Fee Application for the Period January 1, 2008 through January 31, 2008 [D.I. 3052, 2/22/08]

6.   Certificate of No Objection [D.I. 3323, 3/17/08]

M.    **First Interim Fee Request of Cohn, Goldberg & Deutsch, LLC, Ordinary Course Professional to the Debtors for the Period November 1, 2007 through December 31, 2007 [D.I. 3328, 3/17/08]**

    1.    First Fee Application for the Period November 1, 2007 through November 30, 2007 [D.I. 2785, 1/24/08]

    2.    Certificate of No Objection [D.I. 2995, 2/15/08]

    3.    Second Fee Application for the Period December 1, 2007 through December 31, 2007 [D.I. 3096, 2/26/08]

    4.    Certificate of No Objection [D.I. 3398, 3/24/08]

N.    **First Interim Fee Request of Samuel I. White, P.C., Ordinary Course Professional to the Debtors, for the Period August 6, 2007 through October 31, 2007 [D.I. 3328, 3/17/08]**

    1.    First Fee Application for the Period August 6, 2007 through August 31, 2007 [D.I. 2939, 2/11/08]

    2.    Certificate of No Objection [D.I. 3155, 3/5/08]

    3.    Second Fee Application for the Period September 1, 2007 through September 30, 2007 [D.I. 2940, 2/11/08]

    4.    Certificate of No Objection [D.I. 3156, 3/5/08]

    5.    Third Fee Application for the Period October 1, 2007 through October 31, 2007 [D.I. 2941, 2/11/08]

    6.    Certificate of No Objection [D.I. 3157, 3/5/08]

O.    **First Interim Fee Request of Robert J. Hopp & Associates, LLC, Ordinary Course Professional to the Debtors, for the Period October 1, 2007 through October 31, 2007 [D.I. 3328, 3/17/08]**

    1.    First Fee Application for the Period October 1, 2007 through October 31, 2007 [D.I. 3012, 2/19/08]

    2.    Certificate of No Objection [D.I. 3256, 3/12/08]

**P.**    **First Interim Fee Request of Codilis & Associates, P.C., Ordinary Course Professional to the Debtors, for the Period August 6, 2007 through November 30, 2007 [D.I. 3328, 3/17/08]**

1.    First Interim Fee Application for the Period August 6, 2007 through August 31, 2007 [D.I. 3026, 2/20/08]

2.    Certificate of No Objection [D.I. 3298, 3/14/08]

3.    Second Fee Application for the Period September 1, 2007 through September 30, 2007 [D.I. 3027, 2/20/08]

4.    Certificate of No Objection [D.I. 3299, 3/14/08]

5.    Third Fee Application for the Period October 1, 2007 through October 31, 2007 [D.I. 3028, 2/20/08]

6.    Certificate of No Objection [D.I. 3344, 3/14/08]

7.    Fourth Fee Application for the Period November 1, 2007 through November 30, 2007 [D.I. 3029. 2/20/08]

8.    Certificate of No Objection [D.I. 3312, 3/14/08]

**Q.**    **First Interim Fee Request of Pendergast & Jones, P.C., Ordinary Course Professional to the Debtors, for the Period November 1, 2007 through November 30, 2007 [D.I. 3328, 3/17/08]**

1.    First Fee Application for the Period November 1, 2007 through November 30, 2007 [D.I. 3043, 2/20/08

2.    Certificate of No Objection [D.I. 3313, 3/14/08]

**R.**    **First Interim Fee Request of Zeichner Ellman & Krause LLP, Ordinary Course Professional to the Debtors, for the Period December 1, 2007 through December 31, 2007 [D.I. 3328, 3/17/08]**

1.    First Fee Application for the Period December 1, 2007 through December 31, 2007 [D.I. 3147, 3/3/08]

2.    Certificate of No Objection [D.I. 3421, 3/26/08]

S.   **First Quarterly Application of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period August 6, 2007 through October 31, 2007 [D.I. 2403, 12/17/07]**

   1.   First Fee Application for the Period August 6, 2007 through August 31, 2007 [D.I. 2391, 12/14/07]

   2.   Second Fee Application for the Period September 1, 2007 through September 30, 2007 [D.I. 2392, 12/14/07]

   3.   Third Fee Application for the Period October 1, 2007 through October 31, 2007 [D.I. 2394, 12/14/07]

   4.   Supplement to Applications of Northwest Trustee Services, Inc. for the Period August 6, 2007 through November 30, 2007 [D.I. 2580, 1/3/08]

T.   **Second Quarterly Application of Application of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period November 1, 2007 through January 31, 2008 [D.I. 3324, 3/17/08]**

   1.   Fourth Fee Application for the Period November 1, 2007 through November 30, 2007 [D.I. 2551, 12/28/07]

   2.   Fifth Fee Application for the Period December 1, 2007 through December 31, 2007 [D.I. 2879, 2/4/08]

   3.   Certification of Counsel [D.I. 3168, 3/5/08]

   4.   Sixth Fee Application for the Period January 1, 2008 through January 31, 2008 [D.I. 3169, 3/5/08]

U.   **Second Interim Fee Application of Blank Rome LLP, Co-Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period November 1, 2007 through January 31, 2008 [D.I. 3376, 3/20/08]**

   1.   Combined Fourth and Fifth Fee Application for the Period November 1, 2007 through December 31, 2007 [D.I. 2983, 2/15/08]

   2.   Certificate of No Objection [D.I. 3335, 3/19/08]

   3.   Sixth Fee Application for the Period January 1, 2008 through January 31, 2008 [D.I. 3372, 3/19/08]

   4.   Certificate of No Objection [Pending]

V.    **Second Interim Fee Application of Hahn & Hessen LLP, Co-Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period November 1, 2007 through January 31, 2008 [D.I. 3383, 3/20/07]**

    1.    Fourth Fee Application for the Period August 14, 2007 through August 31, 2007 [D.I. 3379, 3/20/08]

    2.    Fifth Fee Application for the Period December 1, 2007 through December 31, 2007 [D.I. 3377, 3/20/08]

    3.    Sixth Fee Application for the Period January 1, 2008 through January 31, 2008 [D.I. 3382, 3/20/08]

    4.    Amended Exhibit [D.I. 3417, 3/26/08]

W.    **Second Interim Fee Application of BDO Seidman, LLP Financial Advisor to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period November 1, 2007 through January 31, 2008 [D.I. 3375, 3/20/08]**

    1.    Second Fee Application for the Period November 1, 2007 through November 30, 2007 [D.I. 2739, 1/15/08]

    2.    Certificate of No Objection [D.I. 2958, 2/12/08]

    3.    Third Fee Application for the Period December 1, 2007 through December 31, 2007 [D.I. 2895, 2/6/08

    4.    Certificate of No Objection [D.I. 3124, 2/29/08]

    5.    Fourth Fee Application for the Period January 1, 2008 through January 31, 2008 [D.I. 3032, 2/21/08]

    6.    Certificate of No Objection [D.I. 3336, 3/19/08]

X.    **First Interim Fee Application of Trenwith Securities, LLC as Investment Banking Advisors for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Period August 14, 2007 through January 31, 2008 [D.I. 3378, 3/20/08]**

    1.    First Fee Application for the Period August 14, 2007 through January 31, 2008 [D.I. 3019, 2/19/08]

    2.    Certificate of No Objection [D.I. 3254, 3/12/08]