IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME<br>MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   §
                    §   SS:
NEW CASTLE COUNTY   §

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for AH Mortgage Acquisition Co., Inc. and WLR Recovery Fund III, L.P., in the above-captioned action, and that on the 7th day of April 2008, she caused copies of the following to be served in the manner indicated upon the parties on the attached service list.

- Joint Limited Objection of AH Mortgage Acquisition Co., Inc. and WLR Recovery Fund III, L.P. to the Joint Motion Of The Official Committee Of Unsecured Creditors And Bank Of America, N.A., As Administrative Agent, For Entry Of Final Stipulation And Order Resolving All Remaining Issues With Respect To The Final Order (I) Authorizing Debtors' Limited Use Of Cash Collateral And (II) Granting Replacement Liens And Adequate Protection To Certain Pre-Petition Secured Parties [Docket No. 3541]

Dated: April 9, 2008

_____
Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED before me, a
Notary Public for the State and County
aforesaid, on the day and year aforesaid.

_____
Notary Public

POLLY JEAN HUNTOON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 13, 2008

VIA FACSIMILE & HAND DELIVERY:
Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Official Committee of Unsecured Creditors)

VIA FACSIMILE & US MAIL:
Mark Indelicato, Esq.
Mark Power, Esq.
Jeffrey L. Schwartz, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
(Official Committee of Unsecured Creditors)

VIA FACSIMILE & HAND DELIVERY:
Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

VIA FACSIMILE & HAND DELIVERY:
Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899
(Debtors' Counsel)

VIA FACSIMILE & US MAIL:
Margot B. Schonholtz, Esq.
Myron Kirschbaum, Esq.
Scott D. Talmadge, Esq.
W. Stewart Wallace, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596
(Bank of America)

VIA FACSIMILE & HAND DELIVERY:
Laurie S. Silverstein, Esq.
Gabriel R. MacConaill, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(Bank of America)