## EXHIBIT D

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                : Chapter 11
                                      :
AMERICAN HOME MORTGAGE                : Case No. 07-11047 (CSS)
HOLDINGS, INC.,                       :
a Delaware corporation, et al.,[1]    : Jointly Administered
                                      :
     Debtors.                         :
                                      : Ref. Docket No.: _____
---------------------------------------------------------------- x

**ORDER, PURSUANT TO BANKRUPTCY RULE 9019 AND SECTIONS 105 AND 362 OF THE BANKRUPTCY CODE, APPROVING THE (I) SETTLEMENT AGREEMENT BY AND BETWEEN THE DEBTORS AND ACE INDUSTRIES, LLC AND (II) RELEASE AND ACKNOWLEDGEMENT AGREEMENT BY AND BETWEEN THE DEBTORS AND TITLE INSURANCE COMPANY RESOLVING CERTAIN PENDING PREPETITION LITIGATION**

Upon consideration of the motion (the "Motion")[2] of the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") for entry of an order, pursuant to sections 105(a) and 362 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), approving (i) the settlement agreement by and between the Debtors and ACE Industries, LLC and (ii) the release and acknowledgement agreement by and between the Debtors and Title Insurance Company resolving certain prepetition litigation captioned ACE Industries, LLC v. Warren Sanford, William Hunter, Mortgage Electronic Registration Systems, Inc., American

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Complainte 200, Irving, Texas 75063.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

Home Mortgage Corp. and American Home Mortgage Acceptance, Inc., Case No. 06-631517, Circuit Court of Wayne County, State of Michigan; and it appearing that the Settlement Agreements and the relief requested in the Motion are in the best interests of the Debtors, their creditors and their estates; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein; and due notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED that pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, the Motion is granted and the Settlement Agreements are approved; and it is further

ORDERED that, to the extent necessary, the automatic stay pursuant to section 362 of the Bankruptcy Code shall be modified for the sole and limited purpose of effectuating the Settlement Agreements; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Date: Wilmington, Delaware
      May ___, 2008

_____
Christopher S. Sontchi
United States Bankruptcy Judge