IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
|  | : | Chapter 11 |
In re: | : | |
AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
a Delaware corporation, et al., | : | |
|  | : | Jointly Administered |
Debtors. | : | |
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 3345

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Fifth Monthly Statement of Kroll Zolfo Cooper as Restructuring Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period December 1, 2007 through December 31, 2007 (the "Application"). The Court's docket which was last updated April 10, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than April 8, 2008 at 4:00 p.m.

066585.1001

Pursuant to the Order Under Sections 105 and 363 of the Bankruptcy Code

Approving the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom

entered on September 5, 2007 [Docket No. 606], the Debtors are now authorized to pay 100% of

requested interim fees ($624,000.50) and 100% of requested interim expenses ($24,386.64) on

an interim basis without further Court order.

Dated: Wilmington, Delaware
      April 10, 2008

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                /s/ Matthew B. Lunn
                James L. Patton, Jr. (No. 2202)
                Joel A. Waite (No. 2925)
                Pauline K. Morgan (No. 3650)
                Sean M. Beach (No. 4070)
                Matthew B. Lunn (No. 4119)
                Kenneth Enos (No. 4544)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                Counsel for Debtors and
                Debtors in Possession