IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       : Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                       : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]           :
                                                             : Jointly Administered
           Debtors.                                          :
                                                             : Objection Deadline: April 30, 2008 @ 4 pm (ET)
                                                             :
------------------------------------------------------------ x Doc. Ref. Nos: 192, 643, 754, 1129, 2298, 2380,
                                                               2488, 2861 & 2996

**NOTICE OF FILING OF NINTH SUPPLEMENTAL LIST OF
ORDINARY COURSE PROFESSIONALS**

TO:  (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE;
(II) COUNSEL TO THE COMMITTEE; (III) ORDINARY COURSE
PROFESSIONALS LISTED ON EXHIBIT A; (IV) COUNSEL TO BANK OF
AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR THE LENDERS
UNDER THAT CERTAIN SECOND AMENDED AND RESTATED CREDIT
AGREEMENT DATED AUGUST 10, 2006; (V) THE DEBTORS'
POSTPETITION LENDER; (VI) THE SECURITIES AND EXCHANGE
COMMISSION; (VII) AND ALL PARTIES ENTITLED TO NOTICE UNDER
DEL. BANKR. LR 2002-1 (b)

PLEASE TAKE NOTICE that on September 7, 2007, the Court entered the Order

Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule

2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the

Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 643] (the "Order").

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the

Order, the above-captioned debtors and debtors in possession (the "Debtors") hereby file the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

supplemental list of ordinary course professionals (the "Supplemental List") which is attached hereto as Exhibit A.

PLEASE TAKE NOTICE that, objections to the Supplemental List, if any, must be filed on or before April 30, 2008 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the Order, any objections, if any, must be served by the Objection Deadline upon: (i) counsel for the Debtors, (ii) Ordinary Course Professionals identified on Exhibit A, (iii) the Office of the United States Trustee; (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the Committee; (v) counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006; (vi) counsel to the Debtors' postpetition lender; (vii) the Securities and Exchange Commission; and (viii) all other parties entitled to notice under Del. Bankr. LR 2002-1(b).

PLEASE TAKE NOTICE THAT, if no objections are filed on or before the objection deadline, **the Debtors shall be authorized to employ and compensate professionals on the Supplemental List after complying with the other procedures contained in the Order.**

Dated: April 10, 2008
       Wilmington, Delaware

                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                    */s/ Ryan M. Bartley*
                    James L. Patton, Jr. (No. 2202)
                    Joel A. Waite (No. 2925)
                    Pauline K. Morgan (No. 3650)
                    Matthew B. Lunn (No. 4119)
                    Ryan M. Bartley (No. 4985)
                    The Brandywine Building
                    1000 West Street, 17th Floor
                    Wilmington, Delaware 19801
                    Telephone: (302) 571-6600
                    Facsimile: (302) 571-1253

                    Counsel for Debtors and Debtors in Possession

EXHIBIT A

SUPPLEMENTAL LIST

Exhibit A to Ninth Supplemental Notice

| Firm Name | Firm Service Address | Proposed Cap | Services |
|---|---|---|---|
| Matheson, Mortensen, Olsen & Jeppson | 648 East First South, Salt Lake City, UT 84102 | 35,000/month | Legal counsel for foreclosure and bankruptcy related matters |
| Shapiro & Fishman | 10004 N Dale Mabry HWY, Suite 112, Tampa, FL 33618 | 35,000/month | Legal counsel for foreclosure and bankruptcy related matters |
| Shapiro & Swertfeger | 3300 N.E. Expressway, Suite 5C, Atlanta, Georgia 30341 | 35,000/month | Legal counsel for foreclosure and bankruptcy related matters |
| Slutzky & Blumenthal | 33 North Dearborn Street, Suite 800, Chicago, Illinois, 60602 | 35,000/month | Legal counsel for tax deed litigation |