**American Home Mortgage, Inc.**
**Distribution Example Under Settlement**

| Outstanding Pre-Petition Debt to Pre-Petition Secured Parties | |
|---|---|
| Debt as of Petition Date | $ 1,082,867,195 |
| Less: Paid | 592,012,261 |
| Current Balance @ 3/17/08 | $ 490,854,934 |

| Outstanding UPB of Pre-Petition Secured Parties' Portfolio | |
|---|---|
| UPB of Remaining Loans | $ 550,302,743 |
| Less: UPB of REOs turned over to the estate | 15,033,146 |
| Net UPB of Remaining Loans @ 3/31/08 | $ 535,269,597 |

| REO Recovery % of Total Appraisal Value as of 3/31/08 | | | | | |
|---|---|---|---|---|---|
| | Total UPB | Appraisal Value | 50% | 60% | 70% |
| 1st Lien REO | $ 12,875,823.33 | $ 17,032,151.51 | $ 8,516,075.75 | $ 10,219,290.90 | $ 11,922,506.06 |

| Recoveries from Sources Other Than Mortgage Loans | Percentage Recovery on Mortgage Loans Needed to Start Sharing | | Estate Share of Remaining UPB Recovery at | | |
|---|---|---|---|---|---|
| | | | 73% | 81% | 85% |
| Other Sources at $0: | 79.6% | $ 425,882,902 | $ - | $ 768,547 | $ 5,469,285 |
| Other Sources at $20 million: | 75.8% | 405,882,902 | - | 5,116,589 | 10,711,491 |
| Other Sources at $40 million: | 72.1% | $ 385,882,902 | $ 486,390 | $ 10,116,589 | $ 20,711,491 |

| Amount of Estate Share if Total Recoveries Equals Benchmark Pre-Petition Claim | |
|---|---|
| Total collections | 1,082,867,195 |
| Recovery on Mortgage Loans - 91.7% | 490,854,934 |
| BofA Deficiency Claim | (18,649,380) |
| Creditor Share on Mortgage Loans | 18,649,380 |
| REO Recovery (at 60% from above) | 10,219,291 |
| Total Creditor Recovery | $ 28,868,671 |

**American Home Mortgage, Inc.**
**Distribution Example Under Settlement**

| | |
|---|---:|
| Pre-Petition Debt | $ 1,082,867,195 |
| Estimated Post-Petition Interest & Fees | 40,000,000 |
| Total | $ 1,122,867,195 |

| | | Under the Settlement | | | Without the Settlement | |
|---|---|---|---|---|---|---|
| Recovery on Mortgage Loans (as a % of UPB) | Total Collections On Mortgage Loans and Pay downs | Estate Recovery on Mortgage Loans | REO's at 60% | Total Estate Share | Total Collections (Including REOs) | Total Estate Share |
| 73.0% | $ 982,759,067 | $ - | $ 10,219,291 | $ 10,219,291 | $ 992,978,358 | $ - |
| 81.0% | 1,025,580,635 | 768,547 | 10,219,291 | 10,987,838 | 1,035,799,925 | - |
| 85.0% | 1,046,991,418 | 5,469,285 | 10,219,291 | 15,688,576 | 1,057,210,709 | - |
| 91.7% | 1,082,867,195 | 18,649,380 | 10,219,291 | 28,868,671 | 1,093,086,486 | - |
| 95.0% | 1,100,518,378 | 27,474,971 | 10,219,291 | 37,694,262 | 1,110,737,669 | - |
| 98.7% | 1,120,165,954 | 37,298,759 | 10,219,291 | 47,518,050 | 1,130,385,245 | 7,518,050 |
| 100.0% | 1,127,281,858 | 40,856,711 | 10,219,291 | 51,076,002 | 1,137,501,149 | 14,633,954 |
| 103.0% | 1,143,339,946 | 48,885,755 | 10,219,291 | 59,105,046 | 1,153,559,237 | 30,692,042 |
| 105.0% | 1,154,045,338 | 54,238,451 | 10,219,291 | 64,457,742 | 1,164,264,629 | 41,397,434 |
| 110.0% | 1,180,808,818 | 67,620,191 | 10,219,291 | 77,839,482 | 1,191,028,109 | 68,160,914 |

**Summary:**

Minimum Recovery on Mortgage Loans Needed to Start Generating Recovery to the Estates (as a % of UPB)

| | |
|---|---:|
| With Settlement | 79.6% |
| Without Settlement | 97.3% |