IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047(CSS) |
| HOLDINGS INC., a Delaware | : | |
| corporation, et al. | : | |
| | : | Jointly Administered |
| | : | Related to Docket No. 3585 |
| Debtors. | : | |

### ORDER

Upon consideration of the Emergency Motion for Relief from Automatic Stay [D.I. 3585] filed on April 8, 2008; and after due deliberation and sufficient good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Court will conduct a hearing on this matter on April 24, 2008 at 10:00 a.m.. Objections, if any, are due on or before April 22, 2008 at 4:00 p.m..

SO ORDERED this 10 day of April, 2008.

Christopher S. Sontchi
United States Bankruptcy Court Judge