Joseph W. Yankura
7445 Harrow Drive
Nashville, TN 37221

April 3, 2008

The Honorable Christopher S. Sontchi
In The United States Bankruptcy Court for the District of Delaware
Third Floor, 824 Market Street
Wilmington, DE 19801

RE:    Case No. 07-11047 (CSS), Case Claim No. 3407

Your Honor:

I respectfully object to being expunged from Case No. 07-11047 (CSS).

Yours truly,

Joseph W. Yankura

c:    John Kalas

RECEIVED / FILED
APR 11 2008
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE