# JANE LUENEBURG

2311 Forest Dr.
Tomahawk, WI 54487
Phone 715-282-6864

April 2, 2008

Honorable Christopher S. Sontchi
United States Bankruptcy Court, District of Delaware
824 Market Street – 5th Floor - Courtroom No. 6
Wilmington, De 19801

To whom it may concern:

Reference Case No. 07-11047 (CSS)

Please consider this an objection to Claim Number 5721, in the amount of $57,776.40, being expunged. It is a portion of my retirement income which I cannot afford to lose.

Sincerely,

*Jane M. Lueneburg*

Jane M. Lueneburg

RECEIVED / FILED
APR 11 2008
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE