United States District Court
Southern District of New York

---

PATRICK MANLEY, FREYA DENITTO,
SHAWN O'NEIL, CHRISTIAN KOHL,
THOMAS MARINOVICH, THOMAS BYRNES,
DAVID LIVINGSTONE, KATHLEEN MAMER,
RANDY MAMER, and SCOTT ROBISCH,
individually and on behalf of
others similarly situated,

                      Plaintiffs,

   - against -                     04 Civ. 08606 (JGK)

                                         ORDER

AMERICAN HOME MORTGAGE INVESTMENT
CORPORATION and AMERICAN HOME
MORTGAGE COROPORATION,

                      Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/06/05

JOHN G. KOELTL, District Judge:

The plaintiffs' motion to proceed as a collective action and class action (Docket No. 25) is decided in accordance with the stipulation of the parties on the record on July 6, 2005.

SO ORDERED.

Dated: New York, New York
       July 6, 2005

                                            John G. Koeltl
                                    United States District Judge

1