## CERTIFICATE OF SERVICE

I, Gabriel R. MacConaill, hereby certify that I am not less than 18 years of age and that on this 11th day of April, 2008, I caused a true and correct copy of the within **Pre-Trial Memorandum Of Law In Support Of Motion Of Bank Of America, N.A., As Administrative Agent, For Relief From Automatic Stay, Pursuant To 11 U.S.C. § 362(d), Allowing The Administrative Agent To Exercise Its Rights As Secured Creditor** to be served on the following parties by manner indicated:

**Via Hand Delivery**
James L. Patton, Jr.
Pauline K. Morgan, Esq.
John T. Dorsey, Esq.
Sean Beach, Esq.
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**Via Hand Delivery**
Joseph J. MacMahon, Jr.
The Office of the United States Trustee
844 King Street, Room 2207
J. Caleb Boggs Federal Building
Wilmington, DE 19801

**Via Hand Delivery**
Victoria W. Counihan, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

**First Class Mail/and Email**
Daniel P. Winikka, Esq.
Jones Day
2727 North Harwood Street
Dallas, TX 75201

**First Class Mail/and Email**
Mark T. Power, Esq.
Mark S. Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

And on the attached 2002 service list by Prepaid First Class Mail.

Under penalty of perjury, I declare that the forgoing is true and correct.

_/s/ Gabriel R. MacConaill_
Gabriel R. MacConaill

Pac#859762

# AMERICAN HOME MORTGAGE HOLDINGS INC.
## 2002 SERVICE LIST

(Calyon New York Branch)
Benjamin C. Ackerly, Esquire
Michael G. Wilson, Esquire
Jason W. Harbour, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Doria Bachenheimer, Esquire
Securities & Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

(Cedar Hill City; Carroll ISD; Arlington ISD)
Elizabeth Banda, Esquire
Perdue Brandon Fielder Collins & Mott LLP
PO Box 13430
Arlington, TX 76094-0430

(ABN AMRO Bank)
Gregory A. Bray, Esquire
Fred Neufeld, Esquire
Milbank Tweed Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

(Societe Generale)
Matthew A. Clemente, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

(ABN AMBRO Bank NV)
Mark D. Collins, Esquire
John H. Knight, Esquire
Richards Layton & Finger PA
One Rodney Square
PO Box 551
Wilmington, DE 19899

Alison Conn, Esquire
Securities & Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

(Wilson Roth; WLR Recovery Fund III LLP)
Victoria Counihan, Esquire
Sandra G.M. Selzer, Esquire
Greenberg Traurig
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801

(Deutsche Bank)
Dennis J. Drebsky, Esquire
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

Mark Ellenberg, Esquire
Cadwalader Wickersham & Taft LLP
1201 F Street, NW
Washington, DC 20004

(CSFB)
Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

(JPMorgan Chase Bank NA)
Thomas H. Grace, Esquire
W. Steven Bryant, Esquire
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002

(Citigroup Global Markets Realty Corp;
    Citigroup Global Markets Inc.)
Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine LLC
800 North King Street, Suite 300
Wilmington, DE 19801

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202

# AMERICAN HOME MORTGAGE HOLDINGS INC.
## 2002 SERVICE LIST

(IndyMac Bank FSB)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Curtis A. Hehn, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705

(CSFB)
Steven K. Kortanek, Esquire
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

(JPMorgan Chase Bank NA)
Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

(Citigroup Global Markets Realty Corp;
    Citigroup Global Markets Inc.)
Paul M. Basta, Esquire
Joshua A. Sussberg, Esquire
Lisa G. Laukitis, Esquire
Citigroup Center
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022

(ZC Real Estate Tax Solutions)
Kimberly E. Lawson, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Joseph M. McMahon, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

(Barclays Bank PLC; Barclays Capital)
Richard Miller, Esquire
Robert Honeywell, Esquire
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022

(Debtors)
Pauline K. Morgan, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19899

(ABN AMRO Bank)
Eric K. Moser, Esquire
Wilbur F. Foster, Jr., Esquire
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

(ZC Real Estate Tax Solutions)
Richard P. Norton, Esquire
Reed Smith LLP
599 Lexington Ave., 29th Floor
New York, NY 10022

(Societe Generale)
Larry J. Nyhan, Esquire
David A. Hall, Esquire
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

(Calyon)
Peter S. Partee, Esquire
Scott H. Bernstein, Esquire
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY 10166-0136

**AMERICAN HOME MORTGAGE HOLDINGS INC.**
**2002 SERVICE LIST**

(Deutsche Bank)
John Rosenthal, Esquire
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600

(WLR Recovery Fund III LP)
Corinne Ball, Esquire
Erica Ryland, Esquire
I. Lewis H. Grimm, Esquire
Jones Day
222 East 41st Street
New York, NY 10017

(Bank of America)
Margot B. Schonholtz, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596

Patricia Schrage, Esquire
Securities & Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

(WestLB AG)
Stephen B. Selbst, Esquire
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173

(Lewisville ISD; Garland ISD; Carrollton-
    Farmers Independent ISD)
Andrea Sheehan, Esquire
Law Offices of Robert E. Luna PC
4411 North Central Expressway
Dallas, TX 75205

Vincent Sherman, Esquire
Securities & Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

(The Bank of New York)
Russell C. Silberglied, Esquire
Christoher M. Samis, Esquire
Richards Layton & Finger PA
920 North King Street
Wilmington, DE 19801

(Bank of America)
Laurie S. Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
PO Box 951
Wilmington, DE 19899

Ellen W. Slights, Esquire
Assistant United States Attorney
US Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899

(Bank of America)
Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

(Wells Fargo)
Franklin Top, III, Esquire
Chapman & Cutler LLP
111 West Monroe Street
Chicago, IL 60603

(IndyMac Bank FSB)
William P. Weintraub, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017

# AMERICAN HOME MORTGAGE HOLDINGS INC.
## 2002 SERVICE LIST

(Calyon)
Michael G. Wilson, Esquire
Jason W. Harbour, Esquire
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219

(WLR Recovery Fund III LP)
Brett P. Barragate, Esquire
Jones Day
901 Lakeside Avenue, North Point
Cleveland, OH  44114

(Citibank NA)
Jonathan Winnick, Esquire
Citibank Agency & Trust Co.
388 Greenwich Street, 19th Floor
New York, NY  10013

(ORIX Capital Markets LLC)
Mark A. Broude, Esquire
David M. Stewart, Esquire
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4068

(AT&T Inc.)
Charles J. Brown, III, Esquire
"J" Jackson Shrum, Esquire
Archer & Greiner PC
300 Delaware Avenue, Suite 1370
Wilmington, DE  19801

(AT&T Inc.)
Vincent A. D'Agostino, Esquire
Eric Horn, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

(County of Denton)
Michael Reed, Esquire
McCreary Veselka Bragg & Allen PC
PO Box 1269
Round Rock, TX  78680

(UBS Securities LLC; UBS Real Estate
    Securities Inc.)
Rick B. Antonoff, Esquire
Brandon R. Johnson, Esquire
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY  10036

(Calyon New York Branch)
Michael G. Busenkell, Esquire
Eckert Seamans Cherin & Mellott LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE  19801

(Wells Fargo Funding Inc.; Wells Fargo Bank NA)
Paul S. Caruso, Esquire
Jessica C. Knowles, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

(Wells Fargo Funding Inc.; Wells Fargo
    Bank NA; Washington Mutual)
Karen C. Bifferato, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
PO Box 2207
Wilmington, DE  19899

(Dallas County)
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201

# AMERICAN HOME MORTGAGE HOLDINGS INC.
## 2002 SERVICE LIST

(Bexar County)
David G. Aelvoet, Esquire
Linebarger Goggan Blair & Sampson LLP
711 Navarro, Suite 300
San Antonio, TX  78205

(Morgan Stanley & Co. Inc.; Morgan Stanley Capital Services Inc.; Morgan Stanley Market Products Inc.; CIFG Assurance north America Inc.)
William B. Bowden, Esquire
Don A. Beskrone, Esquire
Ashby & Geddes PA
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE  19899

(Morgan Stanley & Co. Inc.; Morgan Stanley Capital Services Inc.; Morgan Stanley Market Products Inc.)
Harold A. Olsen, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

(American Corporate Record Center Inc.)
Gerard R. Luckman, Esquire
Silverman Perlstein & Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY  11753

(Federal Home Loan Mortgage Corporation ("Freddie Mac"))
J. Cory Falgowski, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE  19801

George Kielman, Esquire
FREDDIE MAC
8200 Jones Branch Drive
MS 202
McLean, VA  22102

(Government National Mortgage Association ("GNMA"))
Mary A. DeFalaise, Esquire
US Department of Justice
1100 "L" Street, NW, Room 10002
Washington, DC  20005

(GMAC Mortgage Corporation)
Joseph O'Neil, Jr., Esquire
J. Cory Falgowski, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE  19801

(GMAC Mortgage Corporation)
Claudia Z. Springer, Esquire
Barbara K. Hager, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301

(GMAC Mortgage Corporation)
Robert P. Simons, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219

(Sovereign Bank)
Guy B. Moss, Esquire
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA  02108-2003

(Washington Mutual)
David H. Zielke, Esquire
VP & Asst. General Counsel
Washington Mutual
1301 Second Avenue
WMC 3501
Seattle, WA  98101

# AMERICAN HOME MORTGAGE HOLDINGS INC.
## 2002 SERVICE LIST

(Washington Mutual)
Michael Coyne, First VP
Washington Mutual
623 Fifth Avenue, 17th Floor
New York, NY 10022

(Societe Generale)
Teresa K.D. Currier, Esquire
Mary F. Caloway, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801

(Societe Generale)
Richard Stern, Esquire
Michael Luskin, Esquire
Luskin Stern & Eisler LLP
330 Madison Avenue
New York, NY 10017

(John J. Flatley; Gregory D. Stoyle, Trustees
    of the 1993 Flatley Family Trust)
James M. Liston, Esquire
Bartlett Hackett Feinberg PC
155 Federal Street, 9th Floor
Boston, MA 02110

(FANNIE MAE)
Catherine Steege, Esquire
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611-7603

(FANNIE MAE)
Ian H. Gershengorn, Esquire
Jenner & Block LLP
601 Thirteenth Street, NW, Suite 1200 So.
Washington, DC 20005-3823

Peter McGonigle, Esquire
FANNIE MAE
1835 Market Street, Suite 2300
Philadelphia, PA 19103

John B. Philip, Esquire
Crislip Philip & Associates
4515 Poplar Avenue, Suite 322
Memphis, TN 38117

(Aon Consulting)
Brian W. Bisignani, Esquire
Post & Schell PC
17 North Second Street, 12th Floor
Harrisburg, PA 17101-1601

(De Lage Landen Financial Services Inc.)
Scott K. Levine, Esquire
Platzer Swergold Karlin Levine
    Goldberg & Jaslow LLP
1065 Avenue of the Americas, 18th Floor
New York, NY 10018

(CSHV Southpark LLC)
Enid M. Colson, Esquire
Liner Yankelevitz Sunshine & Regenstreif LLP)
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

(Rexco LLC)
Thomas J. Polis, Esquire
Polis & Associates PLC
19900 MacArthur Boulevard, Suite 960
Irvine, CA 92612-8420

(SunTrust Bank; SunTrust Asset Funding LLC)
Kathleen M. O'Connell, Esquire
SunTrust Bank
303 Peachtree Street, 36th Floor
Mail Code 0662
Atlanta, GA 30308

(Missouri Dept. of Revenue)
Jeremiah W. (Jay) Nixon, Attorney General
Sheryl L. Moreau, Special Asst. Attorney General
Missouri Dept. of Revenue
General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO 65105-0475

## AMERICAN HOME MORTGAGE HOLDINGS INC.
## 2002 SERVICE LIST

(Deutsche Bank Trust Company Americas)
John R. Ashmead, Esquire
Laurie R. Binder, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

(Deutsche Bank Trust Company Americas)
Leo T. Crowley, Esquire
Margot P. Erlich, Esquire
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039

(Compass USA Ltd.)
Roberta A. Colton, Esquire
Trenam Kemker Scharf Barkin Frye
    O'Neill & Mullis PA
101 E. Kennedy Boulevard, Suite 2700
PO Box 1102 (33601-1102)
Tampa, FL 33602

(Cooperating Attorneys for the NLG Maurice
    & Jane Sugar Law Center for Economic &
    Social Justice)
James E. Huggett, Esquire
Margolis Edelstein
750 S. Madison Street, Suite 102
Wilmington, DE 19801

(Cooperating Attorneys for the NLG Maurice
    & Jane Sugar Law Center for Economic &
    Social Justice)
Stuart J. Miller, Esquire
Lankenau & Miller LLP
132 Nassau Street, Suite 423
New York, NY 10038

(Cooperating Attorneys for the NLG Maurice
    & Jane Sugar Law Center for Economic &
    Social Justice)
Mary E. Olsen, Esquire
M. Vance McCrary, Esquire
J. Cecil Gardner, Esquire
The Gardner Firm PC
1119 Government Street
PO Drawer 3102
Mobile, AL 36652

(Ahmad Rasheed; Michael S. Surowiec)
Maurice & Jane Sugar Law Center
    For Economic & Social Justice
2727 Second Avenue, Suite 327
Detroit, MI 48201

(Boston Properties Limited Partnership; BP
    Kingstowne Office Building K LLC)
J. David Folds, Esquire
DLA Piper US LLP
1200 Nineteenth Street, NW
Washington, DC 20036-2412

(Inland US Management LLC)
Karen C. Bifferato, Esquire
Christina M. Thompson, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
PO Box 2207
Wilmington, DE 19899

(Official Committee of Unsecured Creditors)
Mark S. Indelicato, Esquire
Mark T. Power, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

(Official Committee of Unsecured Creditors)
Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

# AMERICAN HOME MORTGAGE HOLDINGS INC.
## 2002 SERVICE LIST

(Financial Guaranty Insurance Company;
   Travelers Casualty & Surety Co. of America)
Donna L. Culver, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

(Financial Guaranty Insurance Company)
Bruce A. Wilson, Esquire
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102

(Lehman Brothers Inc.)
Douglas R. Davis, Esquire
Kelley A. Cornish, Esquire
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

(Lehman Brothers Inc.)
Neil B. Glassman, Esquire
Charlene D. Davis, Esquire
Eric M. Sutty, Esquire
Bayard PA
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

(Office of Thrift Supervision, US Dept.
   of Treasury)
Martin Jefferson Davis
Office of Thrift Supervision
Harborside Financial Center Plaza Five,
   Suite 1600
Jersey City, NJ 07311

(Aldine ISD)
Susan R. Fuertes, Esquire
Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032

(Kodiak Funding LP)
Norman M. Monhait, Esquire
Rosenthal Monhait & Goddess PA
919 Market Street, Suite 1401
PO Box 1070
Wilmington, DE 19899-1070

(Kodiak Funding LP)
Matthew J. Botica, esquire
David W. Wirt, Esquire
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

(Assured Guaranty)
Donna L. Culver, Esquire
Robert J. Dehney, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

Ling Chow
Andrew Pickering
Assured Guaranty
1325 Avenue of the Americas
New York, NY 10019

(Angelina County; Harris County)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

(Banc of America Leasing & Capital LLC)
William G. Wright, Esquire
Farr Burke Gambacorata & Wright PC
1000 Atrium Way, Suite 401
PO Box 669
Mt. Laurel, NJ 08054

# AMERICAN HOME MORTGAGE HOLDINGS INC.
## 2002 SERVICE LIST

(Waldner's Business Environments Inc.)
Patrick J. Reilley, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
PO Box 1266
Wilmington, DE 19899

(Waldner's Business Environments Inc.)
Harold S. Berzoe, Esquire
Ruskin Moscou Faltischek PC
East Tower, 15th Floor
1425 RexCorp Plaza
Uniondale, NY 11556

David W. Stack, Senior VP
ABN AMRO Bank NV
55 East 52nd Street, 2nd Floor
New York, NY 10055

(COWIFI Ironpoint LLC)
Nancy Hotchkiss, Esquire
Trainor Fairbrook
PO Box 255824
Sacramento, CA 95865

Susan D. Profant, CFCA, CLA, Paralegal
Ken Burton, Jr., Manatee Co. Tax Collector
819 US 301 Boulevard West
PO Box 25300 (34206-5300)
Bradenton, FL 34205

(STWB Inc.)
Nancy Connery, Esquire
Schoeman Updike & Kaufman LLP
60 East 42nd Street
New York, NY 10165

(Natixis Real Estate Capital Inc.)
Joseph F. Falcone, III, Dir., Counsel
Natixis Real Estate Capital Inc.
9 West 57th Street, 35th Floor
New York, NY 10019

(Natixis Real Estate Capital Inc.)
Joseph Cioffi, Esquire
Miles Baum, Esquire
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

(Natixis Real Estate Capital Inc.)
Steven M. Yoder, Esquire
Eric M. Sutty, Esquire
Bayard PA
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

(IndyMac Bank FSB)
Brad R. Godshall, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

(United Guaranty Services Inc.; United Guaranty
    Residential Insurance Company; United
    Guaranty Mortgage Indemnity Company
    ("United Guaranty"))
Ricardo Palacio, Esquire
Benjamin W. Keenan, Esquire
Ashby & Geddes PA
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE 19899

(NNN VF Four Resource Square LLC)
John H. Capitano, Esquire
Kennedy Covington Lobdell & Hickman LLP
214 N. Tryon Street, 47th Floor
Charlotte, NC 28202

(Liberty Property Limited Partnership)
Michael J. Barrie, Esquire
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 1001
Wilmington, DE 19801

**AMERICAN HOME MORTGAGE HOLDINGS INC.**
**2002 SERVICE LIST**

(Liberty Property Limited Partnership)
Barry E. Bressler, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

(Special Investigatory, Litigation &
    Conflicts Counsel)
Susheel Kirpalani, Esquire
James C. Tecce, Esquire
Joseph G. Minias, Esquire
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

(Richtree Enterprises LLC)
Peter D. Bilowz, Esquire
Goulston & Storrs PC
400 Atlantic Avenue
Boston, MA 02110-3333

(WestLB AG, NY Branch)
Alyssa D. Englund, Esquire
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

(American Express Travel Related Svcs.
    Co. Inc. Corp. Card; American Express
    Bank FSB)
Gilbert B. Weisman, esquire
Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Madeleine C. Wanslee
Gust Rosenfeld PLC
201 E. Washington, Suite 800
Phoenix, AZ 85004-2327

(Dept. of Tax Administration, Fairfax Co. VA)
Nancy F. Loftus, Asst. County Attorney
Office of the County Attorney
12000 Government Center Parkway, Suite 549
Fairfax, VA 22035

(Greenwich Capital Markets Inc.; Greenwich
    Capital Financial Products, Inc.)
Arnold Gulkowitz, Esquire
Brian E. Goldberg, Esquire
Dickstein Shapiro LLP
1177 Avenue of the Americas
New York, NY 10022

(Greenwich Capital Markets Inc.; Greenwich
    Capital Financial Products, Inc.)
Joseph J. Bodnar, Esquire
Law Offices of Joseph J. Bodnar
2101 N. Harrison Street
Wilmington, DE 19802

(Bracebridge Capital LLC on behalf of FFI
    Fund Ltd., FYI Ltd. & Olifant Fund Ltd.)
Douglas R. Davis, Esquire
Kelley A. Cornish, Esquire
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

(Bracebridge Capital LLC on behalf of FFI
    Fund Ltd., FYI Ltd. & Olifant Fund Ltd.)
Neil B. Glassman, Esquire
Charlene D. Davis, Esquire
Eric M. Sutty, Esquire
Bayard PA
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

(RREEF Management Company)
Thomas J. Leanse, Esquire
Dustin P. Branch, Esquire
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 900067-3012

(Chesterbrook Partners LP)
Richard L. Canel, Jr., Esquire
Spector Gadon & Rosen PC
1635 Market Street, 7th Floor
Philadelphia, PA 19103

## AMERICAN HOME MORTGAGE HOLDINGS INC.
## 2002 SERVICE LIST

(CIFG Assurance North America Inc.)
Stefanie Birbrower Greer, Esquire
King & Spalding LLP
1185 Avenue of the Americas
New York, NY  10036-4003

(Countrywide Bank Inc.; Countrywide Financial
    Corporation; Countrywide Home Loans Inc.;
    Countrywide Warehouse Lending;
    Countrywide Securities Corporation)
William E. Chipman, Jr., Esquire
Edwards Angell Palmer & Dodge LLP
919 North Market Street, Suite 1500
Wilmington, DE  19801

(Ada County Treasurer's Office)
Janice D. Newell, Deputy Prosecurity Atty.
Cecil Ingram, Ada County Treasurer
200 W. Front Street, 1st Floor
Boise, ID  83702

(Broward County)
Jeffrey J. Newton, County Attorney
Hollie N. Hawn, Asst. County Attorney
Government Center
115 South Andrews Avenue
Ft. Lauderdale, FL  33301

(BRCP Aurora Marketplace LLC)
Donald D. Farlow, Esquire
Burns Wall Smith & Mueller PC
303 E. 17th Avenue, Suite 800
Denver, CO  80203

(Duquesne Light Company)
S. James Wallace, Esquire
Griffith McCague & Wallace PC
The Gulf Tower, 38th Floor
707 Grant Street
Pittsburgh, PA  15219

(CitiMortgage Inc.)
Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE  19899-2306

(CitiMortgage Inc.)
Andrew J. Petrie, Esquire
Featherstone Petrie DeSisto LLP
600 – 17th Street, Suite 2400-S
Denver, CO  80202-5424

(Fairfax County, VA)
David Bobzien, County Attorney
Nancy F. Loftus, Asst. County Attorney
12000 Government Center Parkway, Suite 549
Fairfax, VA  22035

(Progress Energy Carolinas Inc.; Project
    Energy Florida Inc.)
Margaret C. Lumsden, Esquire
Unti & Lumsden LLP
302 Jefferson Street, Suite 200
Raleigh, NC  27605

(US Bank NA)
Katherine A. Constantine, Esquire
Charles F. Sawyer, Esquire
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402

(US Bank NA)
Eric Lopez Schnabel, Esquire
Dorsey & Whitney (Delaware) LLP
1105 North Market Street, 16th Floor
Wilmington, DE  19801

(Craven-Shaffer-North Bay Village)
Geoffrey S. Aaronson, Esquire
Geoffrey S. Aaronson PA
Bank of America Tower
100 SE Second Street, 27th Floor
Miami, FL  33131

## AMERICAN HOME MORTGAGE HOLDINGS INC.
## 2002 SERVICE LIST

(Brookwood Tamarac Plaza Investors LLC;
   Gateway Canyon Inc.)
Steven W. Kelly, Esquire
Silver & DeBoskey PC
1801 York Street
Denver, CO  80206

(EMC Corporation; Industrial Business Services)
Phyllis A. Hayes, Agent for Creditor
Receivable Management Services
PO Box 5126
Timonium, MD  21094

(3445 North Causeway Limited)
Fred B. Ringel, Esquire
Robinson Brog Leinwand Greene
   Genovese & Gluck PC
1345 Avenue of the Americas
New York, NY  10105

(County of Loudoun, VA)
Karen J. Stapleton, Att. County Attorney
One Harrison Street, SE, 5th Floor
PO Box 7000 (20177)
Leesburg, VA  20175

R. Frederick Linfesty, Esquire
Iron Mountain Information Management Inc.
745 Atlantic Avenue
Boston, MA  02111

(Realty Associates Fund V LP)
Robert E. Greenberg, Esquire
Friedlander Misler Sloan Kletzkin
   & Ochsman PLLC
1101 – 17th Street, NW, Suite 700
Washington, DC  20036-4704

(Prince George's County, MD;
   Charles County, MD)
Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers Rodbell & Rosenbaum PA
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD  20737-1385

(Waterfall Shopping Center Inc.)
William Novotny, Esquire
Mariscal Weeks McIntyre & Friedlander PA
2901 North Central Avenue, Suite 200
Phoenix, AZ  85012-2705

(Impac Funding Corporation)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801

(EMC Mortgage Corporation; CitiMortgage Inc.;
   Bank of America; Litton Loan Servicing LP)
Hilary B. Bonial, Esquire
Tyler B. Jones, Esquire
Brice Vander Linden & Wernick PC
9441 LBJ Freeway, Suite 350
Dallas, TX  75243

(Washington Mutual Bank ("WMB"))
Robert A. Trodella, Jr., Esquire
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104

(Jay Earl Associates LLC ("JEA"))
Gary Ginsburg, Esquire
Gary Meltzer, Esquire
Meltzer Lippe Goldstein & Breitstone LLP
190 Willis Avenue, The Chancery
Mineola, NY  11501

(Security Connections Inc.)
Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
PO Box 1266
Wilmington, DE  19899

**AMERICAN HOME MORTGAGE HOLDINGS INC.**
**2002 SERVICE LIST**

(Fidelity Court Associates)
Dana S. Plan, Esquire
Sirlin Gallogly & Lesser PC
1529 Walnut Street, Suite 600
Philadelphia, PA  19102

(Priority Sign Inc.)
Shawn G. Rice, Esquire
Rice & Gotzmer SC
605 N. 8th Street, Suite 350
Sheboygan, WI  53081

(Merrill Lynch Pierce Fenner & Smith Inc.;
    Merrill Lynch Bank USA ("Merrill Lynch"))
Lance N. Jurich, Esquire
Loeb & Loeb LLP
10100 Santa Monica Boulevard
Los Angeles, CA  90067

(Merrill Lynch Pierce Fenner & Smith Inc.;
    Merrill Lynch Bank USA ("Merrill Lynch"))
Vadim J. Rubinstein, Esquire
Loeb & Loeb LLP
345 Park Avenue
New York, NY  10154

(Merrill Lynch Pierce Fenner & Smith Inc.;
    Merrill Lynch Bank USA ("Merrill Lynch"))
Derek C. Abbott, Esquire
1201 N. Market Street
PO Box 1347
Wilmington, DE  19899-1347

(Waterfield Shareholders LLC; Union Federal
    Bank of Indianapolis)
Eric M. Davis, Esquire
Jason M. Liberi, Esquire
Skadden Arps Slate Meagher & Flom
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636

(Waterfield Shareholders LLC; Union Federal
    Bank of Indianapolis)
Eric J. Gorman, Esquire
Felicia G. Perlman, Esquire
Justin L. Heather, Esquire
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

(America's Servicing Company;
    National City Mortgage Co.;
    CitiMortgage Inc.)
A. Michelle Hart, Esquire
McCalla Raymer LLC
1544 Old Alabama Road
Roswell, GA  30076-2102

Sean D. Malloy, Esquire
McDonald Hopkins LLC
600 Superior Avenue, East, Suite 2100
Cleveland, OH  44114

(Citibank NA)
Ronald L. Cohen, Esquire
Arlene R. Alves, Esquire
Kalyan Das, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, NY  10004

(Sari E. Meador, Paralegal
Delinquency & Enforcement
Office of Joe G. Tedder CFC
Tax Collector for Polk County, FL
PO Box 2016
Bartow, FL  33831-2016

Michael S Margoli, Esquire
Moss Codilis LLP
6560 Greenwood Plaza Boulevard, Suite 100
Englewood, CO  80111

13

**AMERICAN HOME MORTGAGE HOLDINGS INC.**
**2002 SERVICE LIST**

(Oakland County Treasurer; Wayne
  County Treasurer)
Richardo I. Kilpatrick, Esquire
Kilpatrick & Associates PC
903 N. Opdyke Road, Suite C
Auburn Hills, MI  48326

(Travelers Casualty & Surety Co. of America)
Jonathan B. Alter, Esquire
Bingham McCutchen LLP
One State Street
Hartford, CT  06103

(East West Holdings LLC)
Lella Amiss E. Pape, Esquire
Rees Broome PC
8133 Leesburg Pike, 9th Floor
Vienna, VA  22182

(Citibank NA)
Jonathan A. Winnick, Esquire
Bernstein Shur
100 Middle Street
PO Box 9729
Portland, ME  04104-5029

(FRMC Financial Inc.)
Lisa C. McLaughlin, Esquire
Phillips Goldman & Spence PA
1200 N. Broom Street
Wilmington, DE  19806

(MarketWise Advisors LLC)
Jacob A. Brown, Esquire
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL  32202

(City of Irving, TX)
Tally F. Parker, Jr., Esquire
Parker & Marks PC
1333 Corporate Drive, Suite 209
Irving, TX  75038

Protection One
PO Box 740933
Dallas, TX  75374

(Galaxy Associates LLC)
Michael B. Reynolds, Esquire
Joe Coleman, Esquire
Eric S. Pezold, Esquire
Snell & Wilmer LLP
600 Anton Boulevard, Suite 1400
Costa Mesa, CA  92626

James L. Hardy
Galaxy Associates LLC
1220 Ensenada Avenue
Laguna Beach, CA  92651

(County of Imperial, CA)
Flora Garcia, Deputy Treasurer-Tax Collector
Imperial County Treasurer-Tax Collector
940 West Main Street, Suite 106
El Centro, CA  92243

Katrina Rumph
Ikon Office Solutions
Recovery & Bankruptcy Group
3920 Arkwright Road, Suite 400
Macon, GA  31210

(Corporate Center V LLC)
Richard F. Holley, Esquire
Ogonna M. Atamoh, Esquire
Santoro Driggs Walch Kearney Holley
  & Thompson
400 South Fourth Street, 3rd Floor
Las Vegas, NV  89101

(W2007 Seattle Office Bellefield
  Office Park Realty LLC)
Shawn B. Rediger, Esquire
Williams Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380

**AMERICAN HOME MORTGAGE HOLDINGS INC.**
**2002 SERVICE LIST**

(Mortgage Electronic Registration Systems Inc.)
Rebecca L. Booth, Esquire
Morgan Lewis & Bockhius LLP
1701 Market Street
Philadelphia, PA  19103-2921

(Oracle USA Inc.; Oracle Credit Corporation)
Shawn M. Christianson, Esquire
Buchalter Nemer PC
333 Market Street, 25th Floor
San Francisco, CA  94105-2126

(Texas Comptroller of Public Accounts of the
    State of Texas)
Mark Browning, Asst. Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX  78711-2548

(Verizon Business Global LLC)
William F. Taylor, Jr., Esquire
McCarter & English LLP
Renaissance Center
405 N. King Street, 8th Floor
Wilmington, DE  19801

(PPTS 361 LLC; PPTS FX Corp.; Plymouth
    Park Tax Services LLC)
Douglas Badaszewski, Agent
Plymouth Park Tax Services LLC
35 Airport Road, Suite 150
Morristown, NJ  07960

(Sun Life Assurance Company of Canada (US))
Andrea L. Niedermeyer, Esquire
Stutzman Bromberg Esserman & Plifka PC
2323 Bryan Street, Suite 2000
Dallas, TX  75201-2689

Rosa Dominy
Bankruptcy Administration
IKON Financial Services
1738 Bass Road
PO Box 13708
Macon, GA  31208-3708

(Clark County)
Christine A. Roberts, Esquire
Olson Cannon Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV  89129

(New England Teamsters & Trucking Industry
    Pension Fund; Iron Workers Local No. 25
    Pension Fund; Alaska Laborers Employers
    Retirement Fund; Iron Workers Tennessee
    Valley Pension; City of Philadelphia Board of
    Pensions & Retirement (the "Institutional
    Investors Group"))
Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

(New England Teamsters & Trucking Industry
    Pension Fund; Iron Workers Local No. 25
    Pension Fund; Alaska Laborers Employers
    Retirement Fund; Iron Workers Tennessee
    Valley Pension; City of Philadelphia Board of
    Pensions & Retirement (the "Institutional
    Investors Group"))
Samuel H. Rudman, Esquire
David A. Rosenfeld, Esquire
Mario Alba, Esquire
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747

(New England Teamsters & Trucking Industry
    Pension Fund; Iron Workers Local No. 25
    Pension Fund; Alaska Laborers Employers
    Retirement Fund; Iron Workers Tennessee
    Valley Pension; City of Philadelphia Board of
    Pensions & Retirement (the "Institutional
    Investors Group"))
Stuart Berman, Esquire
Sean Handler, Esquire
Schriffin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA  19087

**AMERICAN HOME MORTGAGE HOLDINGS INC.**
**2002 SERVICE LIST**

(Thomas W. Corbett, Jr., Attorney General
  of The Commonwealth of PA)
Carol E. Momjian, Sr. Deputy Atty. General
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

(Tower Place LP)
Stuart Finestone, Esquire
Finestone & Morris LLP
3340 Peachtree Road, NE, Suite 2540
Atlanta, GA 30326

Linda Boyle, esquire
Time Warner Telecom Inc.
10475 Park Meadows Drive, Suite 400
Littleton, CO 80124

(County of Placer; Monterey, CA)
Martha E. Romero, Esquire
Law Offices of Martha E. Romero & Assoc.
6516 Bright Avenue
Whittier, CA 90601

(Law Debenture Trust Co. of NY)
Tina M. Moss, Esquire
Pryor Cashman LLP
410 Park Avenue
New York, NY 10022

James D. Heaney, Vice President
Law Debenture Trust Co. of NY
400 Madison Avenue, Room 4D
New York, NY 10017-1992

Steven Pite, Esquire
John Duncan, Esquire
David E. McAllister, Esquire
Pite Duncan LLP
525 E. Main Street
PO Box 12289
El Cajon, CA 92022-2289

(InnerWorkings Inc.)
Steven R. Lefkofsky, Esquire
Lefkofsky & Gorosh PC
31500 Northwestern Highway, Suite 105
Farmington Hills, MI 48334

(Wilmington Trust Company)
Susan Power Johnston, Esquire
Amanda Weiss, Esquire
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018

(Wilmington Trust Company)
Shelley A. Kinsella, Esquire
824 Market Street, Suite 1000
PO Box 1680
Wilmington, DE 19899

Patrick Healy
Wilmington Trust Company
1100 N. Market Street
Rodney Square North
Wilmington, DE 19890-0001

(Moody's Investors Service)
Christopher R. Belmonte, Esquire
Pamela A. Bosswick, Esquire
Satterly Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

(NormanLoftis)
William D. Sullivan, Esquire
Elihu E Allinson, III, esquire
William D. Sullivan LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

(City of Fort Worth)
Christopher B. Mosley
Senior Assistant City Attorney
City Attorney's Office
1000 Throckmorton Street
Fort Worth, TX 76102

## AMERICAN HOME MORTGAGE HOLDINGS INC.
## 2002 SERVICE LIST

(FLSA Claimants)
James E. Huggett, Esquire
Sally E. Sobczyk, Esquire
Meghan M. Kelly, Esquire
Lucian B. Murley, Esquire
Margolis Edelstein
750 Madison Street, Suite 102
Wilmington, DE  19801

(FLSA Claimants)
Rene S. Roupinian, Esquire
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY  10016

(FLSA Claimants)
Matthew Helland, Esquire
Nichols Kaster & Anderson PLLP
80 South 8th Street, Suite 4600
Minneapolis, MN  55402

(FSI Realty Funding Inc.)
Stephen D. Lerner, Esquire
Elliot M. Smith, Esquire
Square Sanders & Dempsey LLP
221 E. Fourth Street, Suite 2900
Cincinnati, OH  45202

(Interested Parties)
Thomas J. Salerno, Esquire
Jordan A. Kroop, Esquire
Squire Sanders & Dempsey LLP
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, AZ  85004-4498

(City of Fraser)
Karen L. Rowse-Oberle, Esquire
Thomas M. Hensel, Jr., Esquire
Butler Butler & Rowse-Oberle PLLC
24525 Harper Avenue, Suite Two
St. Clair Shores, MI  48080

(First Horizon Home Loan Corporation)
Nicole C. Gazzo, Esquire
Steven J. Baum PC
220 Northpointe Parkway, Suite G
Amherst, NY  14228

(General Electric Capital Corporation)
Gaston P. Loomis, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE  19801

(General Electric Capital Corporation)
Elena P. Lazarou, Esquire
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, NY  10022

(National City Capital Commercial Corporation)
Jeffrey S. Cianciulli, Esquire
Weir & Partners LLP
824 Market Street, Suite 1001
PO Box 708
Wilmington, DE  19899

(City Commercial Capital Company LLC)
Sherry D. Lowe, Esquire
Lamm Rubenstone LLC
3600 Horizon Boulevard, Suite 200
Trevose, PA  19053

(Tennessee Dept. of Revenue)
TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN  37202-0207

(Thomas & Sara Chavez)
Elihu E. Allinson, III, Esquire
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801

17

**AMERICAN HOME MORTGAGE HOLDINGS INC.**
**2002 SERVICE LIST**

(Thomas & Sara Chavez)
Charles D. Richmond, Esquire
2537 Via Pisa
Del Mar, CA  92014

(NY State Dept. of Taxation & Finance)
Andrew M. Cuomo, Attorney General
Normal P. Fivel, Asst. Attorney General
Office of the NY State Attorney General
Civil Recoveries Bureau
The Capitol
Albany, NY  12224

Bank of America NA
475 Crosspoint Parkway
PO Box 9000
Getzville, NY  14068

(State of New Jersey, Div. of Taxation)
Marikae G. Toye, Deputy Attorney General
NJ Attorney General's Office
Division of Law
RJ Hughes Justice Complex
PO Box 106
Trenton, NJ  08625

Litton Loan Servicing LP
PO Box 829009
Dallas, TX  75382-9009