# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| American Home Mortgage Holdings, Inc., *et al.*[1] | Case No. 07-11047 (CSS)<br>(Jointly Administered) |
| Debtors. | |
| | Re: Docket Nos. 3618 and 3581 |

---

## AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY    )
                       ) SS:
COUNTY OF CAMDEN       )

Kathleen A. Senese, being duly sworn according to law, deposes and says that she is a member of the law firm of Blank Rome LLP, counsel for the Official Committee of Unsecured Creditors, in the above-captioned action, and that on the 10th day of April, 2008, she caused a copy of the following documents to be served via Facsimile or Overnight Mail (as indicated) upon the parties listed on the attached service list:

(i) *The Official Committee of Unsecured Creditors' Support of the Motion of Bank of America, N.A., as Administrative Agent, for Relief from Automatic Stay, Pursuant to 11 U.S.C. Section 362(d), Allowing the Administrative Agent to Exercise Its Rights as a Secured Creditor* [Dkt. 3618]; and

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21681337v.1

31c25dfade155a3b

(ii) ***Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to Motion of Wells Fargo Bank, N.A., as Securities Administrator, for Relief from the Automatic Stay to Recover a Payment Made in Error to One of the Debtors Through Recoupment, Imposition of a Constructive Trust, and/or Equitable Lien*** [Dkt. 3581].

_____
Kathleen A. Senese

Sworn to and subscribed before
me this 11th day of April, 2008

_____
Notary Public
My Commission Expires: _____

GLORIA J. FERRARO
A Notary Public of New Jersey
My Commission Expires June 18, 2010

# SERVICE LIST

VIA OVERNIGHT MAIL
Alan Horn, Esquire
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
*Debtors*

VIA FACSMILE (302) 571-1253
James L. Patton, Jr., Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Counsel for the Debtors*

VIA FACSIMILE (212) 836-8689
Margot B. Schonholtz, Esquire
Mark F. Liscio, Esquire
Scott D. Talmadge, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
*Counsel for the Administrative Agent*

VIA FACSIMILE (302) 658-1192
Laurie Selber Silverstein, Esquire
Gabriel R. MacConaill, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Counsel for the Administrative Agent*

VIA FACSIMILE (212) 755-7306
Corinne Ball, Esquire
Erica M. Ryland, Esquire
Jones Day
222 East 41st Street
New York, NY 10017
*Counsel for DIP Agent*

VIA FACSIMILE (302) 661-7360
Victoria Counihan, Esquire
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
*Counsel for DIP Agent*

VIA FACSIMILE (302) 573-6497
Joseph McMahon, Esquire
*Office of the United States Trustee*
844 King Street, Room 2313
Wilmington, DE 19801

VIA FACSIMILE (202) 367-3001
Jeffery M. Levine
Milestone Advisors, LLC
1775 Eye Street, NW, Suite 8800
Washington, DC 20006