IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., *et al.*, | ) Case No. 07-11047(CSS) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Daniel P. Winikka, Esquire from Jones Day, to represent A.H. Mortgage Acquisition Co., Inc. and WLR Recovery Fund III, L.P. in the above-referenced case.

Dated: April 11, 2008

GREENBERG TRAURIG, LLP

*/s/ Victoria W. Counihan*
Victoria W. Counihan (BAR #3488)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

Attorneys for A.H. Mortgage Acquisition Co., Inc.
and WLR Recovery Fund III, L.P.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Daniel P. Winikka*
Daniel P. Winikka
Jones Day
2727 North Harwood Street
Dallas, Texas 75201-1515
Tel: (214) 220-3939

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: April ___, 2008

_____
Christopher S. Sontchi
United States Bankruptcy Court Judge