IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                                 :
                                                                 :   Jointly Administered
         Debtors.                                                :
                                                                 :   **Ref. Docket No. 3557**
---------------------------------------------------------------- x

**DEBTORS' RESERVATION OF RIGHTS WITH RESPECT
TO EMERGENCY MOTION OF AH MORTGAGE ACQUISITION CO., INC. TO
COMPEL DEBTORS TO EFFECTUATE THE FINAL CLOSING UNDER
THE ASSET PURCHASE AGREEMENT FOR THE SALE OF
THE DEBTORS' MORTGAGE SERVICING BUSINESS**

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby submit this reservation of rights (the "Reservation of Rights") to object to the Emergency Motion of AH Mortgage Acquisition Co., Inc. (the "Purchaser") to Compel Debtors to Effectuate the Final Closing Under the Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business [Docket No. 3557] (the "Motion").² In support of this Reservation of Rights, the Debtors respectfully state as follows:

## BACKGROUND

On April 8, 2008, the Purchaser filed the Motion and a motion requesting that the applicable notice periods for the Motion be shortened to permit the Motion to be heard on April

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

14, 2008 [D.I. 3559] (the "Motion to Shorten"). On April 9, 2008, the Court approved the Motion to Shorten setting the hearing on the Motion for April 14, 2008 and establishing April 11, 2008 at 4:00 p.m. as the deadline for filing objections to the Motion (the "Objection Deadline").

## RESERVATION OF RIGHTS

The Debtors, the Purchaser, the Administrative Agent and Calyon have been engaged in around-the-clock negotiations concerning matters effecting the occurrence of the Final Closing. Based on these extensive negotiations, the Debtors anticipate that the Final Closing will occur today, April 11, 2008, thereby mooting the relief requested by the Motion. However, the documentation of certain resolutions may not be finalized until after 4:00 p.m. today, which is the Objection Deadline established by the Court.

The Purchaser has agreed to extend the Debtors' deadline to file an objection to the Motion to midnight on April 11, 2008. If the Final Closing does not occur prior to midnight on April 11, 2008, the Debtors will file and serve their response to the Motion and potentially seek affirmative relief. Accordingly, in order to preserve the objections to the Motion in the event the Final Closing does not occur, the Debtors submit this Reservation of Rights.

Dated: Wilmington, Delaware
April 11, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession