
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| American Home Mortgage Holdings, Inc., *et al.*[1] | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors. | Re: Docket Nos. 3660 |

## AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY   )
                      ) SS:
COUNTY OF CAMDEN      )

Kathleen A. Senese, being duly sworn according to law, deposes and says that she is a member of the law firm of Blank Rome LLP, counsel for the Official Committee of Unsecured Creditors, in the above-captioned action, and that on the 11th day of April, 2008, she caused a copy of the following document to be served via Facsimile upon the parties listed on the attached service list:

(i) *Reply of the Official Committee of Unsecured Creditors in Support of Joint Motion of Committee and Bank of America, N.A., as Administrative Agent, for Entry of Final Stipulation and Order Resolving All Remaining Issues With respect to the Final Cash Collateral Order* [Dkt. 3660]

_____
Kathleen A. Senese

Sworn to and subscribed before
me this 11th day of April, 2008

_____
Notary Public
My Commission Expires:

GLORIA J. FERRARO
Notary Public of New Jersey
My Commission Expires June 18, 2010

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

128189.01600/21681726v.1

## SERVICE LIST

VIA FACSMILE (302) 571-1253
James L. Patton, Jr., Esquire
Robert S. Brady, Esquire
Pauline Morgan, Esquire
Sean Beach, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Counsel for the Debtors*

VIA FACSIMILE (302) 658-1192
Laurie Selber Silverstein, Esquire
Gabriel R. MacConaill, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Counsel for the Administrative Agent*

VIA FACSIMILE (214) 969-5100
Daniel P. Winikka, Esquire
Jones Day
2727 North Harwood Street
Dallas, Texas 75201-1515
*Counsel for DIP Agent*

VIA FACSIMILE (212) 755-7306
Corinne Ball, Esquire
Erica M. Ryland, Esquire
Jones Day
222 East 41st Street
New York, NY 10017
*Counsel for DIP Agent*

VIA FACSIMILE (302) 661-7360
Victoria Counihan, Esquire
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
*Counsel for DIP Agent*

VIA FACSIMILE (302) 573-6497
Joseph McMahon, Esquire
*Office of the United States Trustee*
844 King Street, Room 2313
Wilmington, DE 19801