IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x
In re:                                                          :    Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al., [1]                             :
                                                                :    Jointly Administered
        Debtors.                                                :
------------------------------------------------------------------------- x

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 14, 2008 AT 10:00 A.M. (ET)

## ADJOURNED/RESOLVED MATTERS

1.      Motion of Natixis Real Estate Capital, Inc. f/k/a Ixis Real Estate Capital, Inc. for Relief from the Automatic Stay [D.I. 1701, 10/29/07]

        Objection Deadline:   November 7, 2007 at 4:00 p.m., extended for the Debtors and Committee

        Related Document:

                a)      Order Approving and Authorizing the Settlement Agreement by and Between the Debtors and Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital, Inc. [D.I. 2986, 2/15/08]

        Objections Filed:     None

        Status: This matter has been resolved in part.  The remainder of this matter will be adjourned to May 1, 2008 at 2:00 p.m.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.
[2]  **Amendments appear in bold.**

2.    Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2395, 12/14/07]

Related Documents:

a)    Order Authorizing the Abandonment and Destruction of Certain Duplicate Mortgage Loan Files [D.I. 2724, 1/15/08]

b)    Debtors' Limited Reply and Supplement to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2888, 2/5/08]

c)    Notice of Filing of Exhibit A to Debtors' Limited Reply and Supplement to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2902, 2/8/08]

d)    Order (Second) Authorizing The (I)Abandonment And Destruction of Certain Duplicate Mortgage Loan Files or (II)Return of Mortgage Loan Files To The Owner of Such Loans Upon Payment of Reasonable Costs And Expenses [D.I. 3010, 2/19/08]

e)    Loan File Return Declaration of the Creditor Community Development Administration, a Division of the Maryland Department of Housing and Community Development [D.I. 3271, 3/13/08]

f)    Loan File Return Declaration of Aurora Loan Services LLC [D.I. 3275, 3/13/08]

g)    Declaration of Colorado Housing and Finance Authority [D.I. 3289, 3/13/08]

h)    Loan File Return Declaration of Wells Fargo Funding, Inc. [D.I. 3290, 3/14/08]

i)    Loan File Return Declaration of Goldman Sachs Mortgage Company [D.I. 3291, 3/14/08]

j)    Loan file Return Declaration of Marilyn Richardson on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3294, 3/14/08]

2

k)      Loan File Return Declaration of Debora Brown on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3297, 3/14/08]

l)      Loan File Return Declaration of Debora Brown on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3300, 3/14/08]

m)     Loan File Return Declaration of Kathleen Conte on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3302, 3/14/08]

n)      Loan File Return Declaration of Bruce W. Good [D.I. 3304, 3/14/08]

o)      Loan File Return Declaration of Deutsche Bank National Trust Company, Solely in its Capacity as Trustee, and on Behalf of Certain Securitization Trusts [D.I. 3305, 3/14/08]

p)      Declaration of L. Steven Spears in Support of Loan File Return [D.I. 3317, 3/14/08]

q)      Loan File Declaration of LaSalle Bank National Association, Solely in its Capacity as a Trustee, and on Behalf of Certain Securitization Trusts  [D.I. 3347, 3/19/08]

Objections Filed:

r)      Objection and Reservation of Rights of Wells Fargo Bank, N.A. to the Bar Date Established Pursuant to the Second Order Pursuant to 11 U.S.C. §§5, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 3307, 3/14/08]

Status: This matter will be adjourned by agreement to May 1, 2008 at 2:00 p.m.

3.   Iron Mountain Information Management, Inc.'s Motion to Compel Payment of Administrative Expenses [D.I. 2465, 12/20/07]

Objection Deadline:   December 28, 2007 at 4:00 p.m., extended to February 7, 2008 at 4:00 p.m. for the Debtors and the Committee

Related Document:

a)      Proposed Form of Order filed by Iron Mountain Information Management, Inc. [D.I. 2502, 12/26/07]

3

Objections Filed:

      b)      Informal Response of the Debtors

Status: This matter will be adjourned to May 1, 2008 at 2:00 p.m.

4.      CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2515, 12/27/07]

      Objection Deadline:      January 7, 2008 at 4:00 p.m., extended to January 9, 2008 at 12:00 p.m.

      Objections Filed:

      a)      Debtors' Objection to CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2635, 1/9/08]

      Status: This matter will be adjourned by agreement to May 1, 2008 at 2:00 p.m.

5.      Motion of National City Capital Commercial Corporation for Entry of Order Granting Allowance and Payment of Post-Petition Rent as an Administrative Expense Pursuant to 11 U.S.C. § 503(b)(1)(a) [D.I. 2791, 1/25/08]

      Objection Deadline:      February 21, 2008 at 4:00 p.m., extended to April 24, 2008 for the Debtors and Committee

      Objections Filed:      None to date

      Status: This matter will be adjourned by agreement to May 1, 2008 at 2:00 p.m.

6.      Motion of Northwest Trustee Services, Inc. for Order Directing the Debtors to Immediately Comply with Order Allowing and Approving Undisputed Fees and Costs Contained in Applications of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-In-Possession [D.I. 3212, 3/10/08]

      Objection Deadline:      April 7, 2008 at 4:00 p.m.

      Objections Filed:      None

      

Related Document:

    a)    Notice of Withdrawal of Motion of Northwest Trustee Services, Inc. for Order Directing the Debtors to Immediately Comply with Order Allowing and Approving Undisputed Fees and Costs Contained in Applications of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-In-Possession [D.I. 3536, 4/7/08]

Status: This matter has been withdrawn.

7.    Motion of Countrywide for Entry of Order Allowing Late Filing of Proofs of Claim [D.I. 3224, 3/11/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Related Documents:

    a)    Declaration of June Smith in Support of Motion of Countrywide for Entry of Order Allowing Late Filing of Proofs of Claim [D.I. 3225, 3/11/08]

    b)    Declaration of Pamela Davis in Support of Motion of Countrywide for Entry of Order Allowing Late Filing of Proofs of Claim [D.I. 3226, 3/11/08]

    c)    Declaration of Katherine M. Windler in Support of Motion of Countrywide for Entry of Order Allowing Late Filing of Proofs of Claim [D.I. 3227, 3/11/08]

    d)    Certification of No Objection [D.I. 3511, 4/2/08]

    e)    Order Approving Stipulation Deeming Proofs of Claim to be Timely Filed [D.I. 3522, 4/4/08]

Objections Filed:    None

Status: An Order has been entered. No hearing is required.

8.    Motion for Short Order of Notice filed by Alison A. Zea [D.I. 3388, 3/24/08]

Objection Deadline:    April 24, 2008 at 4:00 p.m.

Related Document:

    a)    Order [D.I. 3392, 3/24/08]

Objections filed:        None as of the filing of this Agenda

Status: At the request of counsel for the movant, this matter will be adjourned to May 1, 2008 at 2:00 p.m.

9.      Pre-Trial Conference:  Financial Guaranty Insurance Company v. American Home Mortgage Servicing, Inc. and American Home Mortgage Acceptance, Inc., Adv. No. 07-51725

Status: This matter is adjourned by agreement of the parties to May 1, 2008 at 2:00 p.m. The parties anticipate submitting a settlement motion to the Court prior to the hearing scheduled for May 1, 2008 at 2:00 p.m.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

10.     Motion to Approve Compromise under Rule 9019 for an Order approving and Authorizing the Consent Order Between Certain Debtors and the Commissioner of the District of Columbia Department of Insurance [D.I. 3316, 3/14/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:        None

Related Document:

   a)      Certificate of No Objection [D.I. 3608, 4/9/08]

Status: A Certificate of No Objection has been filed.  No hearing is required.

11.     Ninth Motion for an Order, Pursuant to Sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rules 6006, Authorizing the Debtors to Reject a Certain Executory Contract [D.I. 3334, 3/18/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:        None

Related Document:

   a)      Certificate of No Objection [D.I. 3609, 4/9/08]

Status: A Certificate of No Objection has been filed.  No  hearing is required.

12.    Debtors' Modification of the Automatic Stay for Certain Foreclosure Proceedings Where the Debtors Hold a Junior Lien or Interest Pursuant to Sections 105(a) and 362 of the Bankruptcy Code and Approving the Form of Consent to Modification of the Automatic Stay [D.I. 3344, 3/19/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:    None

Related Document:

    a)    Certificate of No Objection [D.I. 3607, 4/9/08]

Status: A Certificate of No Objection has been filed. No  hearing is required.

13.    Saxon Mortgage Services Inc.  for Motion for Relief from Automatic Stay Under Section 362, of the Bankruptcy Code with Respect to Real Property Located at 24 Hudson Street, East Haven, CT 06512 [D.I. 3385, 3/21/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Reservation of Rights  as to Certain Motions for Relief from Automatic Stay Under Sections 362 of the Bankruptcy Code [D.I. 3512, 4/2/08]

Related Document:

    b)    Certification of Counsel [D.I. 3583, 4/9/08]

    c)    **Order Terminating Automatic Stay [D.I. 3626, 4/10/08]**

Status: **An Order has been entered.**  No hearing is required.

14.    Regions Mortgage, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 6100 Omega Lane, Manassas, VA 20112 [D.I. 3434, 3/27/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Reservation of Rights  as to Certain Motions for Relief from Automatic Stay Under Sections 362 of the Bankruptcy Code [D.I. 3512, 4/2/08]

7

Related Document:

    b)    Certification of Counsel [D.I. 3583, 4/9/08]

    c)    **Order Terminating Automatic Stay [D.I. 3628, 4/10/08]**

Status: **An Order has been entered.**  No hearing is required.

15.    Motion of Wells Fargo Bank, N.A.'s as Trustee for HSBC Bank USA, Ace 2006-ASAP1 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 9050 Double R Blvd. #725, Reno, NV 89521 [D.I. 3435, 3/27/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Reservation of Rights  as to Certain Motions for Relief from Automatic Stay Under Sections 362 of the Bankruptcy Code [D.I. 3512, 4/2/08]

Related Document:

    b)    Certification of Counsel [D.I. 3583, 4/9/08]

    c)    **Order Terminating Automatic Stay [D.I. 3629, 4/10/08]**

Status: **An Order has been entered.**  No hearing is required.

16.    Motion of Wells Fargo Bank, N.A.'s as Trustee for HSBC Bank USA, Ace 2006-ASAP1 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 10542 Danbury Ave., Bloomington, CA 92316 [D.I. 3436, 3/27/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Reservation of Rights  as to Certain Motions for Relief from Automatic Stay Under Sections 362 of the Bankruptcy Code [D.I. 3512, 4/2/08]

Related Document:

    b)    Certification of Counsel [D.I. 3583, 4/9/08]

    c)    **Order Terminating Automatic Stay [D.I. 3630, 4/10/08]**

DB02:6695550.2    066585.1001

Status: **An Order has been entered.** No hearing is required.

17.     Motion of Regions Mortgage, Inc.'s for Relief from Automatic Stay Under Section 362
        of the Bankruptcy Code with Respect to Real Property Located at 1380 Airport Road,
        Unit E1, Hot Springs National, AR 71913 [D.I. 3437, 3/27/08]

        Objection Deadline:   April 7, 2008 at 4:00 p.m.

        Objections Filed:

             a)     Debtors' Reservation of Rights as to Certain Motions for Relief from
                    Automatic Stay Under Sections 362 of the Bankruptcy Code [D.I. 3512,
                    4/2/08]

        Related Document:

             b)     Certification of Counsel [D.I. 3583, 4/9/08]

             c)     **Order Terminating Automatic Stay [D.I. 3631, 4/10/08]**

        Status: **An Order has been entered.** No hearing is required.

18.     Motion of MERS for Relief from Automatic Stay Under Section 362 of the Bankruptcy
        Code with Respect to Real Property Located at 10116 Aberdeen Drive, Grand Blanc, MI
        48439 [D.I. 3438, 3/27/08]

        Objection Deadline:   April 7, 2008 at 4:00 p.m.

        Objections Filed:

             a)     Debtors' Reservation of Rights as to Certain Motions for Relief from
                    Automatic Stay Under Sections 362 of the Bankruptcy Code [D.I. 3512,
                    4/2/08]

        Related Document:

             b)     Certification of Counsel [D.I. 3583, 4/9/08]

             c)     **Order Terminating Automatic Stay [D.I. 3632, 4/10/08]**

        Status: **An Order has been entered.** No hearing is required.

9

19.    Motion of Regions Mortgage, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 324 Kentucky St., Vacaville, CA 95688 [D.I. 3439, 3/27/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:

a)    Debtors' Reservation of Rights  as to Certain Motions for Relief from Automatic Stay Under Sections 362 of the Bankruptcy Code [D.I. 3512, 4/2/08]

Related Document:

b)    Certification of Counsel [D.I. 3583, 4/9/08]

c)    **Order Terminating Automatic Stay [D.I. 3633, 4/10/08]**

Status: **An Order has been entered.**  No hearing is required.

20.    Motion of Regions Mortgage, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1529 S State St., #2302, Chicago, IL 60605 [D.I. 3440, 3/27/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:

a)    Debtors' Reservation of Rights  as to Certain Motions for Relief from Automatic Stay Under Sections 362 of the Bankruptcy Code [D.I. 3512, 4/2/08]

Related Document:

b)    Certification of Counsel [D.I. 3583, 4/9/08]

c)    **Order Terminating Automatic Stay [D.I. 3636, 4/10/08]**

Status: **An Order has been entered.**  No hearing is required.

21.    Motion of Regions Mortgage, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 10614 E. Duckpoint, Way Clovis, CA 93619 [D.I. 3441, 3/27/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Sections 362 of the Bankruptcy Code [D.I. 3512, 4/2/08]

Related Document:

    b)    Certification of Counsel [D.I. 3583, 4/9/08]

    **c)    Order Terminating Automatic Stay [D.I. 3637, 4/10/08]**

Status: **An Order has been entered.** No hearing is required.

22.    Motion of Regions Mortgage, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 22484 Amber Eve Drive, Corona, CA 92883 [D.I. 3442, 3/27/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Sections 362 of the Bankruptcy Code [D.I. 3512, 4/2/08]

Related Document:

    b)    Certification of Counsel [D.I. 3583, 4/9/08]

    **c)    Order Terminating Automatic Stay [D.I. 3638, 4/10/08]**

Status: **An Order has been entered.** No hearing is required.

23.    Motion of Regions Mortgage, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 5429 Waterville Way, Sacramento, CA 95835 [D.I. 3444, 3/27/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Sections 362 of the Bankruptcy Code [D.I. 3512, 4/2/08]

    

Related Document:

    b)      Certification of Counsel [D.I. 3583, 4/9/08]

    **c)**      **Order Terminating Automatic Stay [D.I. 3639, 4/10/08]**

Status: **An Order has been entered.**  No hearing is required.

24.    Motion of Regions Mortgage, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 3096 Panorama #A, Riverside, CA 92506 [D.I. 3445, 3/27/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:

    a)      Debtors' Reservation of Rights  as to Certain Motions for Relief from Automatic Stay Under Sections 362 of the Bankruptcy Code [D.I. 3512, 4/2/08]

Related Document:

    b)      Certification of Counsel [D.I. 3583, 4/9/08]

    **c)**      **Order Terminating Automatic Stay [D.I. 3640, 4/10/08]**

Status: **An Order has been entered.**  No hearing is required.

25.    Motion of Regions Mortgage, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 618 Ashley Ave., Suffolk, VA 23434 [D.I. 3446, 3/27/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:

    a)      Debtors' Reservation of Rights  as to Certain Motions for Relief from Automatic Stay Under Sections 362 of the Bankruptcy Code [D.I. 3512, 4/2/08]

Related Document:

    b)      Certification of Counsel [D.I. 3583, 4/9/08]

    **c)**      **Order Terminating Automatic Stay [D.I. 3641, 4/10/08]**

Status: **An Order has been entered.**  No hearing is required.

    

**CONTESTED MATTERS GOING FORWARD**

26.    Gloria T. Kirk's Motion to Lift Stay [D.I. 2969, 2/13/08]

   Objection Deadline:    March 6, 2008 at 4:00 p.m.

   Objections Filed:

        a)    Debtors' Objection to Gloria T. Kirk's Motion to Lift Stay [D.I. 3177, 3/6/08]

        b)    Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to Gloria T. Kirk's Motion to Lift Stay [D.I. 3178, 3/6/08]

   Status: This matter will be going forward.

27.    Debtors' First Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rules 3007-1 [D.I. 3315, 3/14/08]

   Response Deadline:    April 7, 2008 at 4:00 p.m.

   Responses Filed:

        a)    United States of America's Response [D.I. 3538, 4/7/08]

        b)    Response of MBIA Insurance Corporation [D.I. 3555, 4/7/08]

        c)    Response of Rachel Masiivva [D.I. 3551, 4/7/08]

   Status: This matter will be going forward with respect to Items (a), (c) and the other claims that are the subject of the Objection.  With respect to Item (b), the Objection will be withdrawn.

28.    Joint Motion Of The Official Committee Of Unsecured Creditors And Bank Of America, N.A., As Administrative Agent, For Entry Of Final Stipulation And Order Resolving All Remaining Issues With Respect To The Final Order (I) Authorizing Debtors' Limited Use Of Cash Collateral And (II) Granting Replacement Liens And Adequate Protection To Certain Pre-Petition Secured Parties [D.I. 3318, 3/14/08]

   Objection Deadline:    April 7, 2008 at 4:00 p.m.

Related Document:

    a)    Sixth Stipulation and Order Regarding the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties [D.I. 3505, 4/1/08]

    b)    Joint Certification of Counsel with Respect To Notice Of Joint Motion Of The Official Committee Of Unsecured Creditors And Bank Of America, N.A., As Administrative Agent, For Entry Of Final Stipulation And Order Resolving All Remaining Issues With Respect To The Final Order (I) Authorizing Debtors Limited Use Of Cash Collateral And (II) Granting Replacement Liens And Adequate Protection To Certain Pre-Petition Secured Parties [D.I. 3517, 4/3/08]

    c)    Order Granting Joint Motion Of The Official Committee Of Unsecured Creditors And Bank Of America, N.A., As Administrative Agent, For Leave To File A Reply Beyond Deadline Established Under Del. Bankr. L.R. 9006-1(d) In Support Of Joint Motion Of The Official Committee Of Unsecured Creditors And Bank Of America, N.A., As Administrative Agent, For Entry Of Final Stipulation And Order Resolving All Remaining Issues With Respect To The Final Order (I) Authorizing Debtors Limited Use Of Cash Collateral And (II) Granting Replacement Liens And Adequate Protection To Certain Pre-Petition Secured Parties [D.I. 3533, 4/4/08]

Objections Filed:

    d)    Joint Limited Objection of AH Mortgage Acquisition Co., Inc. and WLR Recovery Fund III, L.P. to the Joint Motion Of The Official Committee Of Unsecured Creditors And Bank Of America, N.A., As Administrative Agent, For Entry Of Final Stipulation And Order Resolving All Remaining Issues With Respect To The Final Order (I) Authorizing Debtors' Limited Use Of Cash Collateral And (Ii) Granting Replacement Liens And Adequate Protection To Certain Pre-Petition Secured Parties [D.I. 3541, 4/7/08]

    e)    Corrected Debtors' Objection to Joint Motion Of The Official Committee Of Unsecured Creditors And Bank Of America, N.A., As Administrative Agent, For Entry Of Final Stipulation And Order Resolving All Remaining Issues With Respect To The Final Order (I) Authorizing Debtors' Limited Use Of Cash Collateral And (II) Granting Replacement Liens And Adequate Protection To Certain Pre-Petition Secured Parties [D.I. 3546, 4/7/08]

    

f)      Objection of the United States Trustee to the Joint Motion Of The Official Committee Of Unsecured Creditors And Bank Of America, N.A., As Administrative Agent, For Entry Of Final Stipulation And Order Resolving All Remaining Issues With Respect To The Final Order (I) Authorizing Debtors' Limited Use Of Cash Collateral And (Ii) Granting Replacement Liens And Adequate Protection To Certain Pre-Petition Secured Parties [D.I. 3552, 4/8/08]

g)      **Reply of Bank of America, N.A. as Administrative Agent (i) in Further Support of the Joint Motion Of The Official Committee Of Unsecured Creditors And Bank Of America, N.A., As Administrative Agent, For Entry Of Final Stipulation And Order Resolving All Remaining Issues With Respect To The Final Order (I) Authorizing Debtors' Limited Use Of Cash Collateral And (Ii) Granting Replacement Liens And Adequate Protection To Certain Pre-Petition Secured Parties [D.I. 3649, 4/10/08]**

h)      **Reply of the Official Committee of Unsecured Creditors in Support of Joint Motion of Committee and Bank of America, N.A., as Administrative Agent, for Entry of Final Stipulation and Order Resolving All Remaining Issues With respect to the Final Cash Collateral Order [D.I. 3660, 4/11/08]**

Status: This matter will be going forward.

29.    Motion of Wells Fargo Bank, N.A. as Securities Administrator, for Relief from the Automatic Stay to Recover a Payment Made in Error to One of the Debtors through Recoupment, Imposition of a Constructive Trust, and/or an Equitable Lien [D.I. 3387, 3/24/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m., extended for the Debtors to April 8, 2008

Objections Filed:

a)      Debtors' Objection to Motion of Wells Fargo, N.A., as Securities Administrator, for Relief from the Automatic Stay to Recover a Payment Made in Error to One of the Debtors Through Recoupment, Imposition of a Constructive Trust, and/or an Equitable Lien [Docket No. 3580, 4/8/08]

b)      Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to Motion of Wells Fargo, N.A., as Securities Administrator, for Relief from the Automatic Stay to Recover a Payment Made in Error to One of the Debtors Through Recoupment, Imposition of a Constructive Trust, and/or an Equitable Lien [D.I. 3581, 4/8/08]

Status: This matter will be going forward.

15

30.     Emergency Motion of AH Mortgage Acquisition Co., Inc. to Compel Debtors to
        Effectuate the Final Closing Under the Asset Purchase Agreement for the Sale of the
        Debtors' Mortgage Servicing Business [D.I. 3557, 4/8/08]

        Objection Deadline:    April 11, 2008 at 4:00 p.m.

        Related Document:

                a)     Order Shortening Notice with Respect to Emergency Motion of AH
                       Mortgage Acquisition Co., Inc. to Compel Debtors to Effectuate the Final
                       Closing Under the Asset Purchase Agreement for the Sale of the Debtors'
                       Mortgage Servicing Business [D.I. 3582, 4/9/08]

        Objections Filed:

                **b)    Debtors' Reservation of Rights with Respect to Emergency Motion of
                       AH Mortgage Acquisition Co., Inc. to Compel Debtors to Effectuate
                       the Final Closing Under the Asset Purchase Agreement for the Sale of
                       the Debtors' Mortgage Servicing Business [D.I. 3674, 4/11/08]**

        Status: This matter will be going forward.

31.     Interim Fee Requests.  Please refer to Exhibit 1, attached.

        Objection Deadline:    April 7, 2008 at 4:00 p.m.

        Objections Filed:

                a)     Debtors' Limited Objection to Interim Monthly Applications of Northwest
                       Trustee Services, Inc. for Compensation for Services Rendered and
                       Reimbursement of Expenses as Foreclosure Professionals to the Debtors-
                       in-Possession [D.I. 2605, 1/7/08]

                       i)      Notice of Filing of Exhibits [D.I. 2646, 1/9/08]

                b)     Limited Objection of the Official Committee of Unsecured Creditors to
                       Northwest Trustee Services, Inc.'s Applications for Allowance and
                       Approval of Compensation for Services Rendered and Reimbursement of
                       Expenses as Foreclosure Professionals to the Debtors-in-Possession [D.I.
                       2617, 1/7/08]

                c)     AH Mortgage Acquisition Co., Inc.'s Statement *and* Reservation of Rights
                       to Northwest Trustee Services, Inc.'s Applications for Allowance and
                       Approval of Compensation for Services Rendered and Reimbursement of
                       Expenses as Foreclosure Professionals to the Debtors-in-Possession [D.I.
                       2653, 1/10/08]

16

> d)    Debtors' Limited Objection to Second Quarterly Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession [D.I. 3544, 4/7/08]

Status: This matter will be going forward.

## ADVERSARY MATTERS

**Calyon New York Branch v. American Home Mortgage Corp., et al., Adv. No. 07-51704**

32.    **Motion of Calyon New York Branch to Obtain Advanced Funds and Other Mortgage Assets and Compel the Debtors to Comply with the September Stipulation and the January Stipulation [D.I. 95, 3/7/08]**

**Objection Deadline:  March 19, 2008 at 4:00 p.m.**

**Objections Filed:    None**

**Status:  This matter is going forward as a status conference only.**

Dated: Wilmington, Delaware
April 11, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession