UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>   AMERICAN HOME MORTGAGE<br>   HOLDINGS, INC, a Delaware<br>   corporation, *et al.*,<br><br>                        Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |
| WELLS FARGO BANK, N.A., in its<br>capacity as Securities Administrator,<br><br>                        Plaintiff,<br><br>                        v.<br><br>AMERICAN HOME MORTGAGE<br>INVESTMENT CORP., AMERICAN HOME<br>MORTGAGE ACCEPTANCE, INC., BEAR<br>STEARNS MORTGAGE CAPITAL CORP.,<br>BEAR, STEARNS & CO. INC., BEAR,<br>STEARNS INTERNATIONAL LIMITED,<br>AND STRATEGIC MORTGAGE<br>OPPORTUNITIES REIT INC.,<br><br>                        Defendants. | Adv. Proc. No. 07-51741 (CSS) |

## NOTICE OF SERVICE OF DISCOVERY MATERIAL

PLEASE TAKE NOTICE that on April 11, 2008, the above-captioned defendants Bear Stearns Mortgage Capital Corp., Bear, Stearns & Co. Inc., Bear, Stearns International Limited, and Strategic Mortgage Opportunities REIT Inc., by and through their undersigned counsel, served a copy of *Objections and Responses to American Home Mortgage Investment Corp. and American Home Mortgage Acceptance, Inc.'s First Set of Contention Interrogatories by Bear Stearns Mortgage Capital Corp., Bear, Stearns & Co. Inc., Bear, Stearns International*

*Limited, and Strategic Mortgage Opportunities REIT Inc.* upon the parties on the attached service list in the manner indicated.

Dated: Wilmington, Delaware
April 11, 2008

                    DUANE MORRIS LLP

                    /s/ Frederick B. Rosner
                    Frederick B. Rosner (DE 3995)
                    1100 North Market Street, Suite 1200
                    Wilmington, DE 19801-1246
                    Telephone: (302) 657-4943
                    Facsimile: (302) 657-4901

                    -and-

                    SIDLEY AUSTIN LLP
                    Andrew W. Stern
                    Jason R. Goldy
                    Owen Smith
                    787 Seventh Avenue
                    New York, NY 10019
                    Telephone: (212) 839-5300
                    Facsimile: (212) 839-5599

                    Attorneys for Defendants Bear Stearns
                    Mortgage Capital Corp., Bear, Stearns & Co. Inc.,
                    Bear, Stearns International Limited and Strategic
                    Mortgage Opportunities REIT Inc.

Case 07-11047-CSS    Doc 3678    Filed 04/11/08    Page 3 of 3

## SERVICE LIST
## 4/11/2008

Todd Charles Schiltz, Esq.
Wolf Block Schorr & Solis-Cohen, LLP
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE 19801
*Attorneys for Wells Fargo Bank, N.A.*
**By Federal Express and E-mail**

James C. Tecce, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue
New York, NY 10010
*Attorneys for American Home Mortgage Investment Corp., and American Home Mortgage Acceptance, Inc.*
**By Federal Express and E-mail**