IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| AMERICAN HOME MORTGAGE | § | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., | § | (Jointly Administered) |
| et al., | § | |
| | § | |
| Debtors. | § | |

### LIMITED OBJECTION OF CALYON NEW YORK BRANCH TO EMERGENCY MOTION OF AH MORTGAGE ACQUISITION CO., INC. TO COMPEL DEBTORS TO EFFECTUATE THE FINAL CLOSING UNDER THE ASSET PURCHASE AGREEMENT FOR THE SALE OF THE DEBTORS' MORTGAGE SERVICING BUSINESS

Calyon New York Branch, as Administrative Agent ("Calyon"), by and through counsel, hereby objects on the limited grounds set forth herein to the Emergency Motion of AH Mortgage Acquisition Co., Inc. to Compel Debtors to Effectuate the Final Closing Under the Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business [D.I. 3557] (the "Motion").[1] In support hereof, Calyon respectfully states as follows:

1. Calyon takes no position at this time as to the relief requested in the Motion.

2. Calyon expressly reserves all of its rights to raise objections to the relief requested in the Motion at the hearing on the Motion currently scheduled to be held on April 14, 2008.

3. Calyon objects to any allegations or suggestions in the Motion or otherwise that Calyon has caused or is in any way responsible for any alleged delay in the Final Closing.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

4. Calyon expressly reserves all of its rights in connection with such allegations or suggestions, including without limitation the right to submit evidence and further argument concerning such issues.

Dated: April 11, 2008

ECKERT SEAMANS CHERIN & MELLOTT, LLC

Michael G. Busenkell (DE No. 3933)
Margaret F. England (DE No. 4248)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Telephone: (302) 425-0430
Telecopier: (302) 425-0432

-and-

HUNTON & WILLIAMS LLP
Benjamin C. Ackerly
Jason W. Harbour (DE No. 4176)
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Telecopier: (804) 788-8218

-and-

Peter S. Partee
Scott H. Bernstein
200 Park Avenue, 53rd Floor
New York, New York 100166-0136
Telephone: (212) 309-1000
Telecopier: (212) 309-1100

*Counsel to Calyon New York Branch*