## CERTIFICATE OF SERVICE

I, Michael G. Busenkell, Esquire, hereby certify that on April 11, 2008, a copy of the attached Limited Objection of Calyon New York Branch to Emergency Motion of AH Mortgage Acquisition Co., Inc. to Compel Debtors to Effectuate the Final Closing Under the Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business was served in the manner indicated:

**Via Hand Delivery**

James L. Patton, Jr., Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

**Via Hand Delivery**

Victoria W. Counihan, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

**Via First Class Mail**

Mark S. Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

**Via Hand Delivery**

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**Via First Class Mail**

Daniel P. Winikka, Esq.
Daniel B. Prieto, Esq.
Eric N. McKay, Esq.
Jones Day
2727 North Harwood Street
Dallas, TX 75201

_____
Michael G. Busenkell, Esquire (No. 3933)