## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | Case No. 07-11047 (CSS) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF WITHDRAWAL OF MOTION [RE DOCKET NO. 3557]

PLEASE TAKE NOTICE that because the final closing has now occurred, AH Mortgage Acquisition Co., Inc. (the "Purchaser") hereby withdraws it's *Emergency Motion to Compel Debtors to Effectuate the Final Closing Under the Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business* [Docket No. 3557] filed on April 8, 2008 in the above-captioned bankruptcy cases. The Purchaser, however, reserves all of its rights and Claims for damages under the Asset Purchase Agreement relating to the Debtors' obligations to effectuate the Final Closing.

Dated:  April 11, 2008
        Wilmington, Delaware

GREENBERG TRAURIG, LLP

/s/ Victoria W. Counihan
Victoria W. Counihan (BAR #3488)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
counihanv@gtlaw.com

and

JONES DAY
Daniel P. Winikka
Daniel B. Prieto
Eric N. McKay
2727 North Harwood Street
Dallas, Texas  75201-1515
(214) 220-3939

Counsel for AH Mortgage Acquisition Co., Inc.