IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | Ref. No. 3326 |

**CERTIFICATION OF COUNSEL REGARDING FIFTH MONTHLY APPLICATION OF QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**

On March 17, 2008, Quinn Emanuel Urquhart Oliver & Hedges, LLP ("Quinn"), special counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed its *Application of Quinn Emanuel Urquhart Oliver & Hedges, LLP for Compensation and Reimbursement of Expenses for the Interim Period December 1, 2007 through December 31, 2007* (the "Application") [*see* Docket No. 3326]. By the Application, Quinn sought interim approval of $123,807.25 in fees (the "Fees") and $17,100.11 in expenses (the "Expenses") to be paid in accordance with this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to 11 U.S.C. §§ 105(a) and 331* (the "Compensation Procedures Order") [*see* Docket No. 547]. Objections to the relief requested in the Application were due to be filed by April 7, 2008 (the "Objection Deadline").

Prior to the Objection Deadline, the U.S. Trustee (the "Trustee") communicated a request for clarification of the relief requested in the Application. To resolve the Trustee's request, Quinn has agreed to a $1,815.05 reduction in its interim request for Expenses, subject to Quinn's right to seek reimbursement of such amounts in its final fee application. Based on this agreement, the Trustee has consented to the allowance of the Expenses in the amount of $15,285.06 (the "Adjusted Expenses").

      Therefore, in accordance with the Compensation Procedures Order, the Adjusted Expenses are approved in the amount of $15,285.06, and the Debtors are authorized to pay 80% of the Fees and 100% of the Expenses without further order of the Court.

Dated: Wilmington, Delaware
       April 11, 2008

                                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                    /s/ Patrick A. Jackson
                                    James L. Patton, Jr. (No. 2202)
                                    Joel A. Waite (No. 2925)
                                    Pauline K. Morgan (No. 3650)
                                    Sean M. Beach (No. 4070)
                                    Matthew B. Lunn (No. 4119)
                                    Patrick A. Jackson (No. 4976)
                                    The Brandywine Building
                                    1000 West Street, 17th Floor
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 571-6600
                                    Facsimile: (302) 571-1253

                                    Counsel for Debtors and
                                    Debtors in Possession