**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | Re:  Docket No 3382 |

**CERTIFICATE OF NO OBJECTION REGARDING SIXTH MONTHLY
APPLICATION OF HAHN & HESSEN LLP, CO-COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE
HOLDINGS, INC., *ET AL*., FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD OF JANUARY 1, 2008 THROUGH
JANUARY 31, 2008  [NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, he has received no written answer, objection or other responsive pleading to the *Sixth Monthly Application of Hahn & Hessen LLP, Co-Counsel to The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al., For Compensation and Reimbursement of Expenses for the Period January 1, 2008 through January 31, 2008 [Docket No. 3382]* filed on March 20, 2008 (the "Application").  The undersigned further certifies that he has caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than April 9, 2008 at 4:00 p.m.

Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code entered on September 4, 2007, the Debtors are authorized to pay Hahn & Hessen LLP $181,046.80, which represents 80% of the fees requested ($226,308.50) and $5,000.27 which represents 100% of the expenses requested in the Application for the period of January 1, 2008 through January 31, 2008 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:      April 11, 2008                                **BLANK ROME LLP**

By:   */s/ David W. Carickhoff*
         Bonnie Glantz Fatell (DE No. 3809)
         David W. Carickhoff (DE No. 3715)
         1201 Market Street, Suite 800
         Wilmington, DE  19801
         Telephone:  (302) 425-6400
         Facsimile:  (302) 425-6464

                         and

         Hahn & Hessen LLP
         Mark S. Indelicato
         488 Madison Avenue
         New York, NY  10022
         Telephone:  (212) 478-7200
         Facsimile:  (212) 478-7400

         *Co-Counsel for the Official Committee of Unsecured Creditors*