IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | Ref. No. 3327 |

**CERTIFICATION OF COUNSEL REGARDING SIXTH MONTHLY APPLICATION OF <u>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP</u>**

On March 17, 2008, Quinn Emanuel Urquhart Oliver & Hedges LLP ("Quinn"), special counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed its *Application of Quinn Emanuel Urquhart Oliver & Hedges, LLP for Compensation and Reimbursement of Expenses for the Interim Period January 1, 2008 through January 31, 2008* (the "Application") [*see* Docket No. 3327]. By the Application, Quinn sought interim approval of $204,209.75 in fees (the "Fees") and $7,435.31 in expenses (the "Expenses") to be paid in accordance with this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to 11 U.S.C. §§ 105(a) and 331* (the "Compensation Procedures Order") [*see* Docket No. 547]. Objections to the relief requested in the Application were due to be filed by April 7, 2008 (the "Objection Deadline").

Prior to the Objection Deadline, the U.S. Trustee (the "Trustee") communicated a request for clarification of the relief requested in the Application. To resolve the Trustee's request, Quinn has agreed to a $322.76 reduction in its interim request for Expenses, subject to Quinn's right to seek reimbursement for such amount in its final fee application. Based on this agreement, the Trustee has consented to the allowance of the Expenses in the amount of $7,112.55 (the "Adjusted Expenses").

Therefore, in accordance with the Compensation Procedures Order, the Adjusted Expenses are approved in the amount of $7,112.55, and the Debtors are authorized to pay 80% of the Fees and 100% of the Expenses without further order of the Court.

Dated: Wilmington, Delaware
April 11, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Patrick A. Jackson
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession