## EXHIBIT 1

Form of Consent to Modification of the Automatic Stay

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- 

Chapter 11

In re:                                                                    :   Case No. 07-11047 (CSS)
                                                                          :
AMERICAN HOME MORTGAGE                               :   Jointly Administered
HOLDINGS, INC., a Delaware corporation, et al.,[1]    :
                                                                          :
                                                                          :
                          Debtors.                                  :
-------------------------------------------------------- x

## CONSENT TO MODIFICATION OF THE AUTOMATIC STAY

American Home Mortgage Holdings, Inc., a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, "AHM"), hereby consent to a modification of the automatic stay (the "Consent to Modification") in the above captioned case for the limited purpose of allowing _____ (the "Lender") to institute foreclosure proceedings upon the property located at: _____ in the city of _____, county of _____, state of _____ (the "Property").

This Consent to Modification is given for the limited purposes of allowing the Lender to institute foreclosure proceedings upon the Property. This Consent to Modification shall have no effect on the rights that AHM, or any party for whom AHM may act as agent for,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

may have under non-bankruptcy law with respect to that Property and shall not excuse any obligations that third parties may have under non-bankruptcy law to AHM, or any party for whom AHM may act as agent for, including, but not limited to, any duty to conduct the foreclosure sale in a commercially reasonable manner and to account for and remit any surplus generated by such sale to junior interest holders in the order of their priority. The automatic stay shall not be modified with respect to any amounts that may inure to the benefit of AHM, or any party for whom AHM may act as agent for, from the prosecution of Foreclosure Actions shall have no effect on the rights, that AHM, or any party for whom AHM may act as agent for, may have under non-bankruptcy law with respect to that Property and shall not excuse any obligations that third parties may have under non-bankruptcy law to AHM, or any party for whom AHM may act as agent for, including, but not limited to, any duty to conduct the foreclosure sale in a commercially reasonable manner and to account for and remit any surplus generated by such sale to junior interest holders in the order of their priority.

The automatic stay shall not be modified with respect to any amounts that may inure to the benefit of AHM, or any party for whom AHM may act as agent for, from the prosecution of Foreclosure Actions.

The Consent to Modification shall not (i) constitute a determination that AHM holds any interest in the Property or (ii) estop AHM from denying that they hold any interest in the Property.

Except for the limited modification of the automatic stay provided herein, this Consent to Modification shall have no other affect on the automatic stay and shall not affect

2

whatever rights AHM has against third parties or in the Property.

Dated this ____ day of _____ 20__.

American Home Mortgage Servicing, Inc.
On behalf of AHM

By: _____

Title: _____