## EXHIBIT A

**Executory Contract to be Rejected**

## EXHIBIT A

### Executory Contract to be Rejected

| DESCRIPTION OF CONTRACT | COUNTERPARTY TO CONTRACT | EFFECTIVE DATE OF REJECTION |
|---|---|---|
| Master Agreement, dated as of February 23, 2007<br><br>(intellectual property license agreement) | Thompson NETg<br>14624 North Scottsdale Road<br>Scottsdale, AZ 85254 | March 18, 2008 |