IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :  Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                     :
                                                                       :  Jointly Administered
       Debtors.                                                        :
---------------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 16, 2008 AT 11:00 A.M. (ET)**

1.  Motion Of Bank of America, N.A., As Administrative Agent, For Relief From Automatic Stay, Pursuant To 11 U.S.C. Section 362(D), Allowing The Administrative Agent To Exercise Its Rights As A Secured Creditor [D.I. 3054, 2/22/08]

    Related Documents:

    a)  Declaration Of Laurie Selber Silverstein In Support Of Motion Of Bank Of America, N.A., As Administrative Agent, For Relief From Automatic Stay, Pursuant To 11 U.S.C. Section 362(D), Allowing The Administrative Agent To Exercise Its Rights As A Secured Creditor [D.I. 3056, 2/22/08]

    b)  Order Approving Stipulation and Order Regarding Motion of Bank of America, N.A., as Administrative Agent, for Relief From the Automatic Stay, Allowing the Administrative Agent to Exercise its Rights as a Secured Creditor [D.I. 3374, 3/20/08]

    c)  Joint Certification of Counsel with Respect To Notice Of Joint Motion Of The Official Committee Of Unsecured Creditors And Bank Of America, N.A., As Administrative Agent, For Entry Of Final Stipulation And Order Resolving All Remaining Issues With Respect To The Final Order (I) Authorizing Debtors Limited Use Of Cash Collateral And (II) Granting

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:6726701.1                                                                         066585.1001

          Replacement Liens And Adequate Protection To Certain Pre-Petition Secured Parties [D.I. 3517, 4/3/08]

d)    Official Committee of Unsecured Creditors' Support of the Motion of Bank of America, N.A., as Administrative Agent, for Relief from Automatic Stay, Pursuant to 11 U.S.C. § 362(d), Allowing the Administrative Agent to Exercise its Rights as Secured Creditor [D.I. 3618, 4/9/08]

e)    Pre-Trial Memorandum of Law in Support of Motion of Bank of America, N.A., as Administrative Agent, for Relief from Automatic Stay, Pursuant to 11 U.S.C. § 362(d), Allowing the Administrative Agent to Exercise its Rights as Secured Creditor [D.I. 3667, 4/11/08]

f)    Debtors' Corrected Pretrial Brief in Opposition to the Motion of Bank of America, N.A., as Administrative Agent, for Relief form the Automatic Stay [D.I. 3680, 4/11/08]

Objections Filed:

g)    Debtors' Preliminary Objection to Motion of Bank Of America, N.A., as Administrative Agent, for Relief From Automatic Stay, Pursuant to 11 U.S.C. Section 362(d), Allowing the Administrative Agent to Exercise its Rights as a Secured Creditor [D.I. 3175, 3/6/08]

Status: This matter will be going forward.

Dated: Wilmington, Delaware
       April 14, 2008

                                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                      /s/ *signature*
                                      James L. Patton, Jr. (No. 2202)
                                      Robert S. Brady (No 2847)
                                      Pauline K. Morgan (No. 3650)
                                      John T. Dorsey (No. 2988)
                                      Sharon M. Zieg (No. 4196)
                                      Erin D. Edwards (No. 4392)
                                      The Brandywine Building
                                      1000 West Street, 17th Floor
                                      Wilmington, Delaware 19801
                                      Telephone: (302) 571-6600
                                      Facsimile: (302) 571-1253

                                      Counsel for Debtors and Debtors in Possession