**EXHIBIT A**

**Second Interim Fee Request of Young Conaway Stargatt & Taylor, LLP, Counsel to the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/07-11/30/07 2/1/08, 2870[2] | 984,999.50 | 158,152.86 |
| 12/1/07-12/31/07 3/4/08, 3149 | 697,878.50 | 73,194.22 |
| 1/1/08-1/31/08 3/13/08, 3273 | 1,061,822.00 | 71,502.73 |
| Totals | 2,744,700.00 | 302,849.81 |

---

[2] Young Conaway agreed to a $3,999.85 reduction in expenses resolving an informal objection by the U.S. Trustee.

**Second Interim Fee Request of Law Offices Of Alan Weinreb, PLLC, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/07-11/30/07 12/17/07, 2404 | 40,104.25 | 66,495.03 |
| 12/1/07-12/31/07 1/15/08, 2738 | 30,029.50 | 50,675.81 |
| 1/1/08-1/31/08 2/19/08, 3018 | 46,525.90 | 58,177.68 |
| Totals | 116,659.65 | 175,348.52 |

**Second Interim Fee Request of Weiner Brodsky Sidman Kider PC, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/07-11/27/07 12/17/07, 2405 | 42,212.50 | 2,532.61 |
| 11/28/07-12/31/07 2/13/08, 2967 | 41,766.00 | 3,716.57 |
| 1/1/08-1/31/08 2/28/08, 3122 | 36,194.50 | 10,158.28 |
| Totals | 120,173.00 | 16,407.46 |

**Second Interim Fee Application of Adorno & Yoss LLP, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 11/1/07-11/30/07 2/1/08, 2867 | 89,473.00 | 107,380.34 |
| 12/1/07-12/31/07 2/1/08, 2868 | 105,061.50 | 125,461.65 |
| 1/1/08-1/31/08 2/28/08, 3121 | 162,278.00 | 185,545.51 |
| Totals | 356,812.50 | 418,387.50 |

**Second Interim Fee Request of Quinn Emanuel Urquhart Oliver & Hedges LLP, Special Litigation Counsel for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/07-11/30/07<br>2/7/08, 2897[4] | 287,397.00 | 13,289.64 |
| 12/1/07-12/31/07<br>3/17/08, 3326[5] | 123,807.25 | 15,285.06 |
| 1/1/08-1/31/08<br>3/17/08, 3327[6] | 204,209.75 | 7,112.55 |
| Totals | 615,414.00 | 35,687.25 |

---

[4] Quinn has agreed to a reduction in expenses of 45.00 resolving an informal inquiry by the U.S. Trustee.

[5] Quinn has agreed to a reduction in expenses of 1,815.05 resolving an informal inquiry by the U.S. Trustee.

[6] Quinn has agreed to a reduction in expenses of 322.76 resolving an informal inquiry by the U.S. Trustee.

**Second Interim Fee Request of Weltman, Weinberg & Reis Co. LPA, Ordinary Course
Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/07-11/30/07 2/20/08, 3023 | 65,840.25 | 98,411.09 |
| 12/1/07-12/31/07 2/20/08, 3024 | 35,539.50 | 53,574.18 |
| Totals | 101,379.75 | 151,985.27 |

**Second Interim Fee Request of Law Office of Daniel C. Consuegra, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/07-11/30/07 1/2/08, 2562 | 59,555.00 | 72,316.11 |
| 12/1/07-12/31/07 1/23/08, 2766 | 88,845.00 | 106,342.16 |
| 1/1/08-1/31/08 2/28/08, 3123 | 73,210.00 | 55,315.50 |
| Totals | 221,610.00 | 233,973.77 |

**Second Interim Fee Request of Milestone Advisors LLC, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 10/1/07-10/31/07 1/2/08, 2563 | 200,000.00 | 25,943.49 |
| 11/1/07-11/30/07 3/14/08, 3310 | 800,000.00 | 20,228.88 |
| Totals | 1,000,000.00 | 46,172.37 |

**First Interim Fee Request of Orlans Associates, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 8/6/07-8/31/07 1/24/08, 2782 | 27,652.50 | 85,597.87 |
| 9/1/07-9/30/07 1/24/08, 2783 | 34,527.50 | 46,999.33 |
| 10/1/07-10/31/07 1/24/08, 2784 | 7,927.50 | 16,240.13 |
| TOTALS | 70,107.50 | 148,837.33 |

066585.1001

**First Interim Fee Request of T.D. Service Co., Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/07-11/30/07 2/11/08, 2937 | 42,100.00 | 65,456.27 |
| 12/1/07-12/31/07 2/11/08, 2938 | 263,923.02 | 214,509.18 |
| 1/1/08-1/31/08 2/22/08, 3052 | 730,710.88 | 633,954.24 |
| Totals | 1,036,733.90 | 913,919.69 |

066585.1001

**First Interim Fee Request of Cohn, Goldberg & Deutsch, LLC., Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/07-11/30/07 1/24/08, 2785 | 42,750.00 | 72,561.86 |
| 12/1/07-12/31/07 2/26/08, 3096 | 31,600.00 | 51,212.37 |
| Totals | 74,350.00 | 123,774.23 |

**First Interim Fee Request of Samuel I. White, P.C., Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 8/6/07-8/31/07 2/11/07, 2939 | 27,290.00 | 21,596.79 |
| 9/1/07-9/30/07 2/11/07, 2940 | 3,385.00 | 6,742.72 |
| 10/1/07-10/31/07 2/11/07, 2941 | 2,350.00 | 2,225.84 |
| Totals | 33,025.00 | 30,565.35 |

066585.1001

**First Interim Fee Request of Robert J. Hopp & Associates, LLC, Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 10/1/07-10/31/07 2/19/08, 3012 | 15,850.00 | 72,204.52 |
| Totals | 15,850.00 | 72,204.52 |

066585.1001

**First Interim Fee Request of Codilis & Associates, P.C., Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 8/6/07-8/31/07 2/20/07, 3026 | 83,165.00 | 29,848.22 |
| 9/1/07-9/30/07 2/20/07, 3027 | 24,735.00 | 72,994.35 |
| 10/1/07-10/31/07 2/20/07, 3028 | 24,887.50 | 99,512.58 |
| 11/1/07-11/30/07 2/20/08, 3029 | 37,310.00 | 72,296.50 |
| Totals | 170,097.50 | 274,651.65 |

**First Interim Fee Request of Pendergast & Jones, P.C., Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/07-11/30/07 2/20/08, 3043 | 24,360.00 | 53,185.54 |
| Totals | 24,360.00 | 53,185.54 |

**First Interim Fee Request of Zeichner Ellman & Krause LLP., Ordinary Course Professional for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 12/1/07-12/31/07 3/3/08, 3147 | 77,554.00 | 0.00 |
| Totals | 77,554.00 | 0.00 |

**Second Interim Fee Request of Blank Rome LLP, Counsel to the Committee of Unsecured Creditors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/07-12/31/07 2/15/08, #2983[7] | 109,524.00 | 5,079.82 |
| 1/1/08-1/31/08 3/19/08, #3372 | 43,313.00 | 584.53 |
| Totals | 152,837.00 | 5,664.35 |

---

[7] Blank Rome has agreed to a voluntary reduction in fees of $7,300.50.

066585.1001

**Second Interim Fee Request of Hahn & Hessen LLP, Counsel to the Committee of Unsecured Creditors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/07-11/30/07 3/20/08, 3379 | 234,223.00 | 9,396.14 |
| 12/1/07-12/31/07 3/20/08, 3377 | 160,662.50 | 4,795.49 |
| 1/1/08-1/31/08 3/20/08, 3382 | 226,308.50 | 5,000.27 |
| Totals | 621,194.00 | 19,191.90 |

**Second Interim Fee Request of BDO Seidman, LLP, Financial Advisor to the Committee of Unsecured Creditors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/07-11/30/07 1/15/08, #2739 | 69,213.00 | 0.00 |
| 12/1/07-12/31/07 2/6/08, #2895 | 67,678.00 | 0.00 |
| 1/1/08-1/31/08 2/21/08, #3032 | 111,229.50 | 86.10 |
| Totals | 248,120.50 | 86.10 |

**First Interim Fee Request of Trenwith Securities, LLC, Investment Banking Advisor to the Committee of Unsecured Creditors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 8/14/07-1/31/08 2/19/08, #3019 | 18,070.00 | 474.94 |
| Totals | 18,070.00 | 474.94 |