# EXHIBIT A

Exhibit A

Duplicate Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| ACCURATE APPRAISAL GROUP INC<br>PO BOX 2459<br>CORNELIUS, NC 28031 | 690 | 9/13/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,600.00 (U)<br>$1,600.00 (T) | 689 | 9/13/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,600.00 (U)<br>$1,600.00 (T) |
| ALLENDE, DAPHNE<br>485 GRAND BLVD<br>BRENTWOOD, NY 11717 | 1468 | 10/9/07 | 07-11051 | Unspecified* | 8719 | 1/11/08 | 07-11051 | Unspecified* |
| ALLENDE, DAPHNE<br>485 GRAND BLVD<br>BRENTWOOD, NY 11717 | 1543 | 10/12/07 | 07-11051 | Unspecified* | 8719 | 1/11/08 | 07-11051 | Unspecified* |
| ALLIED DAMAGE ADJUSTERS, INC.<br>C/O LESLIE L. NEEDHAM, SEC.<br>PO BOX #54<br>VALLEY FALLS, KS 66088 | 7711 | 1/8/08 | No Case | $34,440.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$34,440.00 (T) | 7716 | 1/8/08 | No Case | $34,440.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$34,440.00 (T) |
| ALVAREZ, LISA L.<br>1803 BINGHAM ST<br>HONOLULU, HI 96825 | 283 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>$624.00 (P)<br>- (U)<br>$624.00 (T) | 3218 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>$624.00 (P)<br>- (U)<br>$624.00 (T) |
| ANHOUSE APPRAISAL<br>ATTN MICHAEL ANHOUSE, PRESIDENT<br>201 BRECKENRIDGE LN STE 200<br>LOUISVILLE, KY 40207 | 206 | 8/31/07 | No Case | - (S)<br>- (A)<br>$5,000.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | 4196 | 12/3/07 | No Case | - (S)<br>- (A)<br>$5,000.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) |
| BALTIMORE APPRAISAL & REALTY CO INC<br>5509 YORK RD<br>BALTIMORE, MD 21212 | 998 | 9/19/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$2,050.00 (U)<br>$2,050.00 (T) | 1030 | 9/19/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$2,050.00 (U)<br>$2,050.00 (T) |
| BARBOSA, MIGUEL A.<br>07-CV1724<br>100 NORTH 4TH STREET<br>EASTON, PA 18042 | 8856 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$255,000.00 (U)<br>$255,000.00 (T) | 8964 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$255,000.00 (U)<br>$255,000.00 (T) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| BLACKETER, A & J<br>A & J BLACKETER, INC.<br>ATTN STEPHEN P. IMHOFF, ATTORNEY<br>225 S. HURSTBOURNE PKWY., SUITE 103<br>LOUISVILLE, KY 40222 | 5595 | 12/17/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$8,752.57 (U)<br>$8,752.57 (T) | 5341 | 12/10/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$8,752.57 (U)<br>$8,752.57 (T) |
| BOETTCHER, JANET L. AND DECENDANTS TRUST<br>2070 N. POINTE LN<br>FLORISSANT, MO 63031 | 6265 | 12/24/07 | No Case | Unspecified* | 6263 | 12/24/07 | No Case | Unspecified* |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | 1815 | 10/29/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$600.85 (U)<br>$600.85 (T) | 1817 | 10/29/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$600.85 (U)<br>$600.85 (T) |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | 1818 | 10/29/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$5,550.42 (U)<br>$5,550.42 (T) | 1819 | 10/29/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$5,550.42 (U)<br>$5,550.42 (T) |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>ATTN STACEY GRAY<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | 1831 | 10/29/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$4,834.47 (U)<br>$4,834.47 (T) | 1832 | 10/29/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$4,834.47 (U)<br>$4,834.47 (T) |
| COLLINS PALLWITZ, DIANA<br>1645 WATERS EDGE DR.<br>PLEASANT HILL, IA 50327 | 1474 | 10/9/07 | 07-11051 | - (S)<br>- (A)<br>$5,184.80 (P)<br>- (U)<br>$5,184.80 (T) | 7493 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$5,184.80 (P)<br>- (U)<br>$5,184.80 (T) |
| DELTACOM<br>****NO ADDRESS PROVIDED**** | 66 | 8/27/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,339.01 (U)<br>$1,339.01 (T) | 163 | 8/27/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,339.01 (U)<br>$1,339.01 (T) |
| DOVE, JOSEPH F.<br>PERSHING LLC AS CUSTODIAN<br>6197 OLIVESBURG - FITCHVILLE RD<br>GREENWICH, OH 44837-9603 | 8322 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$2,898.35 (U)<br>$2,898.35 (T) | 8420 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$2,898.35 (U)<br>$2,898.35 (T) |
| EASTWOOD, TRITT AARON<br>744 HUNTERS CROSSING LANE<br>SPRINGFIELD, TN 37172 | 6371 | 12/24/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$339.94 (U)<br>$339.94 (T) | 6448 | 12/26/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$339.94 (U)<br>$339.94 (T) |

| | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| EXPRESS PERSONNEL SERVICES<br>ATTN JAY OLSON, PRESIDENT<br>3709 BROOKS ST<br>MISSOULA, MT 59801 | 82 | 8/27/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$4,525.68 (U)<br>$4,525.68 (T) | 2831 | 11/20/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$4,525.68 (U)<br>$4,525.68 (T) |
| FERRIS, KENNETH C. & ROBERTA T.<br>JT TEN<br>170 SHORELINE DR. S.H.<br>MALAKOFF, TX 75148-4755 | 5853 | 12/19/07 | No Case | - (S)<br>- (A)<br>$6,865.54 (P)<br>$6,865.54 (U)<br>$6,865.54 (T) | 4884 | 12/7/07 | No Case | - (S)<br>- (A)<br>$6,865.54 (P)<br>$6,865.54 (U)<br>$6,865.54 (T) |
| GOEPFERT, WILLIAM<br>18680 INGLEWOOD AVE.<br>ROCKY RIVER, OH 44116 | 6953 | 1/3/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | 6954 | 1/3/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$5,000.00 (U)<br>$5,000.00 (T) |
| GRAVELY-ROBINSON, KAREN<br>C/O ROBERT A WILLIAMS, ESQ.<br>45 JONES ST<br>MARTINSVILLE, VA 24112 | 1856 | 10/29/07 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$150,000.00 (U)<br>$150,000.00 (T) | 4031 | 11/30/07 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$150,000.00 (U)<br>$150,000.00 (T) |
| HASLER FINANCIAL SERVICES, LLC<br>ATTN STEVEN KLOAK<br>3400 BRIDGE PARKWAY, STE 201<br>REDWOOD CITY, CA 94065 | 4599 | 12/6/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,938.99 (U)<br>$1,938.99 (T) | 2982 | 11/23/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$1,938.99 (U)<br>$1,938.99 (T) |
| HERNANDO COUNTY TAX COLLECTOR<br>ATTN JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST ROOM 112<br>BROOKSVILLE, FL 34601-2892 | 150 | 8/24/07 | 07-11047 | $5,268.48 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,268.48 (T) | 1080 | 9/12/07 | 07-11047 | $5,268.48 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,268.48 (T) |
| HILLMAN, GERALD R.<br>11929 SOMERSET RD<br>ORLAND PARK, IL 60467 | 223 | 8/31/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) | 6519 | 12/28/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) |
| INDIANA DEPARTMENT OF REVENUE<br>ATTN CAROL LUSHELL, TAX ANALYST<br>BANKRUPTCY SECTION ROOM N-203<br>100 NORTH SENATE AVE<br>INDIANAPOLIS, IN 46204 | 1254 | 9/21/07 | 07-11047 | $363.97 (S)<br>- (A)<br>$67,716.93 (P)<br>$59,356.95 (U)<br>$127,437.85 (T) | 3346 | 11/26/07 | 07-11047 | $363.97 (S)<br>- (A)<br>$67,716.93 (P)<br>$59,356.95 (U)<br>$127,437.85 (T) |
| JENTSCH, HILDEGART E.<br>IRA FBO<br>PERSHING LLC AS CUST.<br>PO BOX 720542<br>JACKSON HEIGHTS, NY 11372-0542 | 3916 | 11/30/07 | No Case | Unspecified* | 4026 | 11/30/07 | No Case | Unspecified* |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| JOHNSON, JOSEPH H.<br>USAA FED SVGS BNK C/F SDIRA R/O<br>4608 RIVER CLOSE BLVD<br>VALRICO, FL 33594 | 7120 | 1/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$22,241.95 (U)<br>$22,241.95 (T) | 7196 | 1/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$22,241.95 (U)<br>$22,241.95 (T) |
| KEY EQUIPMENT FINANCE, INC.<br>1000 S. MCCASLIN BLVD<br>SUPERIOR, CO 80027 | 9256 | 1/10/08 | 07-11047 | $34,626.96 (S)<br>- (A)<br>- (P)<br>- (U)<br>$34,626.96 (T) | 9628 | 1/15/08 | 07-11047 | $34,626.96 (S)<br>- (A)<br>- (P)<br>- (U)<br>$34,626.96 (T) |
| LODWICK, CATHERINE A<br>2920 E VILLA THERESA DR<br>PHOENIX, AZ 85032 | 7259 | 1/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$10,751.00 (U)<br>$10,751.00 (T) | 7266 | 1/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$10,751.00 (U)<br>$10,751.00 (T) |
| LORETI, MICHAEL MD<br>352 CANTERBURY LANE<br>WYCKOFF, NJ 07481 | 5940 | 12/20/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$3,876.95 (U)<br>$3,876.95 (T) | 6053 | 12/21/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$3,876.95 (U)<br>$3,876.95 (T) |
| LOS ANGELES COUNTY TREASURER & TAX COLL.<br>ATTN JOYCE M. OWENS<br>REVENUE AND ENFORCEMENT<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | 8783 | 1/2/08 | 07-11047 | $107,421.79 (S)<br>- (A)<br>- (P)<br>- (U)<br>$107,421.79 (T) | 8832 | 1/2/08 | 07-11047 | $107,421.79 (S)<br>- (A)<br>- (P)<br>- (U)<br>$107,421.79 (T) |
| MILLS, JEFFERY J.<br>1440 LAKEVIEW RD<br>LAKE WALES, FL 33853-3901 | 20 | 8/21/07 | No Case | - (S)<br>- (A)<br>$350.00 (P)<br>- (U)<br>$350.00 (T) | 5684 | 12/17/07 | No Case | - (S)<br>- (A)<br>$350.00 (P)<br>- (U)<br>$350.00 (T) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| NACHMANN, SEFIKA<br>1066 OLD TOWN RD<br>CORAM, NY 117273726<br>USA | 95 | 8/27/07 | 07-11053 | - (S)<br>- (A)<br>$2,145.00 (P)<br>- (U)<br>$2,145.00 (T) | 99 | 8/27/07 | 07-11053 | - (S)<br>- (A)<br>$2,145.00 (P)<br>- (U)<br>$2,145.00 (T) |
| NEVADA DEPARTMENT OF TAXATION<br>ATTN BANKRUPTCY SECTION<br>555 E WASHINGTON AVE #1300<br>LAS VEGAS, NV 89101 | 1847 | 10/29/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$25,486.52 (U)<br>$25,486.52 (T) | 1848 | 10/29/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$25,486.52 (U)<br>$25,486.52 (T) |
| PORTNOY, EDWARD R.<br>60 CEDAR CRIST CT<br>NEWBURY PARK, CA 91320 | 5125 | 12/10/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$13,686.31 (U)<br>$13,686.31 (T) | 5124 | 12/10/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$13,686.31 (U)<br>$13,686.31 (T) |
| RALEY, ANNETTE<br>3603 FLOWING BROOK DR<br>FORT WAYNE, IN 46818 | 199 | 8/30/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$8,166.66 (U)<br>$8,166.66 (T) | 1161 | 9/24/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$8,166.66 (U)<br>$8,166.66 (T) |
| SERVICEMASTER MID STATE 2<br>5072 DUPONT PARKWAY<br>SMYRNA, DE 19977 | 1085 | 9/13/07 | 07-11051 | - (S)<br>- (A)<br>$44.91 (P)<br>$479.54 (U)<br>$524.45 (T) | 1334 | 10/1/07 | 07-11051 | - (S)<br>- (A)<br>$44.91 (P)<br>$479.54 (U)<br>$524.45 (T) |
| STATE OF WASHINGTON, DEPT OF REVENUE<br>ATTN DOUG HOUGHTON<br>2101 4TH AVE<br>STE 1400<br>SEATTLE, WA 98121-2300 | 2876 | 11/8/07 | 07-11051 | - (S)<br>- (A)<br>$56,804.07 (P)<br>- (U)<br>$56,804.07 (T) | 2877 | 11/8/07 | 07-11051 | - (S)<br>- (A)<br>$56,804.07 (P)<br>- (U)<br>$56,804.07 (T) |
| TOMAN, TAMMY S.<br>8635 SHOE OVERLOOK DR<br>FISHERS, IN 46038 | 19 | 8/21/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$550.00 (U)<br>$550.00 (T) | 3061 | 11/23/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$550.00 (U)<br>$550.00 (T) |
| TPRF/THC HAVENPARK, LLC<br>DEAN G RALLIS JR / DIANE C STANFIELD ESQ<br>WESTON BENSHOOF ROCHEFORT RUBALCAVA<br>MACCUISH, LLP - 333 S HOPE ST, 16TH FL<br>LOS ANGELES, CA 90071 | 8579 | 1/11/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$18,187.38 (U)<br>$18,187.38 (T) | 8608 | 1/11/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$18,187.38 (U)<br>$18,187.38 (T) |

| Name/Address of Claimant | ──── Objectionable Claims ──── | | | | ──── Surviving Claims ──── | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| Totals: | 42 Claims | | | $182,121.20 (S)<br>- (A)<br>$152,901.91 (P)<br>$442,835,212.42 (U)<br>$443,158,369.99 (T) | | | | $182,121.20 (S)<br>- (A)<br>$152,901.91 (P)<br>$442,835,212.42 (U)<br>$443,158,369.99 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

# Exhibit B
## Amended Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| ADAMS, PATRICIA<br>1640 HILLSIDE AVENUE<br>NORCO, CA 92860 | 1573 | 10/15/07 | 07-11051 | - (S)<br>- (A)<br>$3,553.67 (P)<br>- (U)<br>$3,553.67 (T) | 3589 | 11/27/07 | 07-11051 | - (S)<br>- (A)<br>$2,261.55 (P)<br>- (U)<br>$2,261.55 (T) |
| ARROW APPRAISAL CORP<br>ATTN TROY A. ENGLUND, PRESIDENT<br>4536 RACHEL BLVD<br>WEEKI WACHEE, FL 34607 | 2847 | 11/20/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$650.00 (U)<br>$650.00 (T) | 309 | 9/4/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$650.00 (U)<br>$650.00 (T) |
| BAILEY, BRENDA J.<br>1903 SPRUNGER AVE<br>FORT WAYNE, IN 46808 | 107 | 8/27/07 | 07-11047 | - (S)<br>- (A)<br>$922.88 (P)<br>- (U)<br>$922.88 (T) | 4975 | 12/10/07 | 07-11051 | - (S)<br>- (A)<br>$923.08 (P)<br>- (U)<br>$923.08 (T) |
| BENNETT, MICHELLE<br>6912 NORDALE DR<br>FORT WAYNE, IN 46804 | 91 | 8/27/07 | 07-11047 | - (S)<br>- (A)<br>$430.76 (P)<br>- (U)<br>$430.76 (T) | 6081 | 12/21/07 | 07-11051 | - (S)<br>- (A)<br>$430.77 (P)<br>- (U)<br>$430.77 (T) |
| BLANK, BRUCE<br>57 COLONY DR<br>HOLBROOK, NY 11741 | 84 | 8/27/07 | No Case | - (S)<br>- (A)<br>$2,884.62 (P)<br>- (U)<br>$2,884.62 (T) | 8648 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$2,884.62 (P)<br>- (U)<br>$2,884.62 (T) |
| BLANK, BRUCE<br>57 COLONY DR<br>HOLBROOK, NY 11741 | 7325 | 1/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$2,531.00 (U)<br>$2,531.00 (T) | 8646 | 1/11/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$2,553.00 (U)<br>$2,553.00 (T) |
| BLANK, BRUCE & TSILA<br>57 COLONY DR<br>HOLBROOK, NY 11741 | 7271 | 1/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$2,279.95 (U)<br>$2,279.95 (T) | 8647 | 1/11/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$2,279.95 (U)<br>$2,279.95 (T) |

| | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| CALAHAN, BARBARA BONNIE<br>2443 N. MEADOWCROFT AVE<br>PITTSBURGH, PA 15216 | 1693 | 10/22/07 | No Case | - (S)<br>- (A)<br>$1,834.56 (P)<br>- (U)<br>$1,834.56 (T) | 5711 | 12/18/07 | 07-11051 | - (S)<br>- (A)<br>$1,834.61 (P)<br>- (U)<br>$1,834.61 (T) |
| CLAYTON, DEBORAH L.<br>42 MEGAN DR<br>HENDERSON, NJ 89074 | 447 | 9/10/07 | No Case | - (S)<br>- (A)<br>$2,076.80 (P)<br>$2,076.80 (U)<br>$2,076.80 (T) | 4694 | 12/6/07 | 07-11051 | - (S)<br>- (A)<br>$2,076.92 (P)<br>- (U)<br>$2,076.92 (T) |
| COHN, DENISE<br>977 MARGINAL RD<br>LIDO BEACH, NY 11561 | 565 | 9/11/07 | No Case | - (S)<br>- (A)<br>$1,316.98 (P)<br>$1,316.98 (U)<br>$1,316.98 (T) | 2143 | 11/14/07 | 07-11051 | - (S)<br>- (A)<br>$1,234.62 (P)<br>- (U)<br>$1,234.62 (T) |
| CRISLIP, PHILLIP & ASSOCIATES<br>ATTN: JOHN B PHILIP<br>4515 POPLAR AVE STE 322<br>MEMPHIS, TN 38117 | 1120 | 9/18/07 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$8,540.14 (U)<br>$8,540.14 (T) | 8798 | 1/7/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$12,562.81 (U)<br>$12,562.81 (T) |
| DECARLO, ANITA A.<br>37 MARILYN BLVD<br>PLAINVIEW, NY 11803 | 184 | 8/30/07 | 07-11051 | - (S)<br>- (A)<br>$3,500.00 (P)<br>- (U)<br>$3,500.00 (T) | 2256 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$3,500.00 (P)<br>- (U)<br>$3,500.00 (T) |
| DEPARTMENT OF THE TREASURY<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201 | 1369 | 10/1/07 | 07-11047 | - (S)<br>- (A)<br>$100.00 (P)<br>- (U)<br>$100.00 (T) | 9848 | 1/29/08 | 07-11047 | - (S)<br>- (A)<br>$28,979,149.71 (P)<br>$22,011,161.82 (U)<br>$29,001,161.53 (T) |
| DEPARTMENT OF THE TREASURY<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA RM 1150<br>BALTIMORE, MD 21201 | 1737 | 10/23/07 | 07-11047 | - (S)<br>- (A)<br>$879,550.61 (P)<br>$22,011,82 (U)<br>$901,562.43 (T) | 9848 | 1/29/08 | 07-11047 | - (S)<br>- (A)<br>$28,979,149.71 (P)<br>$22,011,161.82 (U)<br>$29,001,161.53 (T) |
| DUFFY, JOSEPH<br>29 CAPE CORAL<br>ALISO VIEJO, CA 92656 | 109 | 8/28/07 | 07-11047 | - (S)<br>- (A)<br>$8,870.40 (P)<br>- (U)<br>$8,870.40 (T) | 8021 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>$9,466.09 (P)<br>- (U)<br>$9,466.09 (T) |
| EISELE, GARY B.<br>281 ELMORE AVE # 2<br>EAST MEADOW, NY 11554-2816 | 117 | 8/28/07 | 07-11053 | - (S)<br>- (A)<br>$928.20 (P)<br>$4,873.05 (U)<br>$5,801.25 (T) | 6933 | 1/3/08 | 07-11051 | - (S)<br>- (A)<br>$4,873.05 (P)<br>$696.30 (U)<br>$5,569.35 (T) |

| Name/Address of Claimant | Objectionable Claims ||||| Surviving Claims |||||
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
| IMPAC FUNDING CORPORATION<br>ATTN STEPHEN WICHMANN<br>19500 JAMBOREE RD<br>IRVINE, CA 926122401 | 3987 | 11/30/07 | 07-11051 | -<br>-<br>$63,000,000.00<br>$63,000,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 7814 | 1/9/08 | 07-11051 | -<br>-<br>-<br>$63,000,000.00<br>$63,000,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| JOAN T RINES TR UA 06/23/00<br>JOAN T RINES TRUST<br>WALNUT CREST<br>PO BOX 7405<br>COLUMBIA, MO 65205 | 7705 | 1/8/08 | No Case | Unspecified* | | 8477 | 1/10/08 | No Case | $6,463.93<br>-<br>-<br>$140.00<br>$6,603.93 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| KENTWOOD OFFICE FURNITURE LLC<br>ATTN DONALD BOERSMA<br>3063 BRETON RD SE<br>GRAND RAPIDS, MI 49512 | 157 | 8/27/07 | 07-11047 | -<br>-<br>-<br>$58,917.17<br>$58,917.17 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 588 | 9/5/07 | 07-11047 | $58,917.17<br>-<br>-<br>-<br>$58,917.17 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| LAW OFFICE OF KEITH S SHAW & ASSOC., LLC<br>ATTN KEITH S SHAW, MANAGING MEMBER<br>1160 SILAS DEANE HIGHWAY<br>WETHERSFIELD, CT 06109 | 1088 | 9/13/07 | 07-11047 | -<br>-<br>-<br>$5,653.92<br>$5,653.92 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 5587 | 12/17/07 | 07-11047 | -<br>-<br>-<br>$8,137.35<br>$8,137.35 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| LENDERS CHOICE NETWORK, INC.<br>1303 E GRAND AVE STE 115<br>ARROYO GRANDE, CA 93420 | 941 | 9/17/07 | No Case | -<br>-<br>-<br>$14,300.00<br>$14,300.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 6014 | 12/14/07 | 07-11051 | -<br>-<br>-<br>$14,300.00<br>$14,300.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| MENDELSOHN, MICHAEL<br>43 SELEY DR<br>NORTH BABYLON, NY 11703 | 105 | 8/27/07 | 07-11051 | -<br>-<br>$2,454.00<br>-<br>$2,454.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 2026 | 11/13/07 | 07-11051 | -<br>-<br>$2,492.21<br>-<br>$2,492.21 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| MONTEVAJO, FRANCA<br>1556 QUEEN ST<br>BELLMORE, NY 11710 | 93 | 8/27/07 | 07-11051 | -<br>-<br>$3,307.00<br>-<br>$3,307.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 2375 | 11/16/07 | 07-11051 | -<br>-<br>$3,365.00<br>-<br>$3,365.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |
| NANCE APPRAISALS, LLC<br>ATTN PATRICK C NANCE, OWNER<br>PO BOX 1055<br>GRAHAM, NC 27253 | 3267 | 11/26/07 | 07-11053 | -<br>-<br>$495.00<br>-<br>$495.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | 1127 | 9/21/07 | 07-11053 | -<br>-<br>-<br>$495.00<br>$495.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) |

| Name/Address of Claimant | Objectionable Claims ||||| Surviving Claims ||||
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| PEREZ, SCHANNIN<br>197 SAYBROOKE CROSSING<br>ACWORTH, GA 30101 | 190 | 8/30/07 | No Case | - (S)<br>- (A)<br>$2,219.36 (P)<br>- (U)<br>$2,219.36 (T) | 2097 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>$2,017.41 (P)<br>- (U)<br>$2,017.41 (T) |
| PRESTON LEETE SMITH REVOCABLE LIVING TR<br>PO BOX 030490<br>FORT LAUDERDALE, FL 33303 | 3618 | 11/27/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$1,260.00 (U)<br>$1,260.00 (T) | 4152 | 12/3/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$1,260.00 (U)<br>$1,260.00 (T) |
| RACHAEL, MASIIVVA<br>48 MARTHA ST<br>INDIAN ORCHARD, MA 01151 | 5166 | 12/10/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$250.00 (U)<br>$250.00 (T) | 452 | 9/10/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$250.00 (U)<br>$250.00 (T) |
| RADIN, JOHN C.<br>PO BOX 314<br>FAIRFAX STATION, VA 22032 | 145 | 8/23/07 | 07-11047 | - (S)<br>- (A)<br>$75,000.00 (P)<br>- (U)<br>$75,000.00 (T) | 1601 | 9/17/07 | 07-11047 | - (S)<br>- (A)<br>$82,200.00 (P)<br>- (U)<br>$82,200.00 (T) |
| REGIONAL APPRAISAL NW<br>ATTN R.D. LUKE, APPRAISER/OWNER<br>11636 NE 149TH ST<br>KIRKLAND, WA 98034 | 88 | 8/27/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$450.00 (U)<br>$450.00 (T) | 3404 | 11/26/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$477.00 (U)<br>$477.00 (T) |
| SHEARER, LYLE E.<br>4441 CLIPPEN DR<br>DISCOVERY BAY, CA 94505 | 140 | 8/29/07 | No Case | - (S)<br>- (A)<br>$223,561.02 (P)<br>- (U)<br>$223,561.02 (T) | 7215 | 1/7/08 | 07-11051 | $6,484.41 (S)<br>- (A)<br>$6,484.41 (P)<br>$223,561.02 (U)<br>$230,025.43 (T) |
| SMITH, PRESTON LEETE, IRA<br>PO BOX 030490<br>FORT LAUDERDALE, FL 33303 | 3617 | 11/27/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$21,005.00 (U)<br>$21,005.00 (T) | 4153 | 12/3/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$21,005.00 (U)<br>$21,005.00 (T) |
| ST. AMAND APPRAISALS<br>ATTN SHELLEY M ST. AMAND<br>PARTNER<br>28660 W 12 MILE RD<br>FARMINGTON HILLS, MI 48334 | 1074 | 9/20/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,975.00 (U)<br>$1,975.00 (T) | 5727 | 12/18/07 | 07-11051 | - (S)<br>- (A)<br>$950.00 (P)<br>- (U)<br>$950.00 (T) |
| STATE OF WASHINGTON, DEPT OF REVENUE<br>ATTN DOUG HOUGHTON<br>2101 4TH AVE<br>STE 1400<br>SEATTLE, WA 98121-2300 | 1849 | 10/29/07 | 07-11051 | - (S)<br>- (A)<br>$50,000.00 (P)<br>- (U)<br>$50,000.00 (T) | 2876 | 11/8/07 | 07-11051 | - (S)<br>- (A)<br>$56,804.07 (P)<br>- (U)<br>$56,804.07 (T) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| SURF HOUSECLEANING<br>HEATHER FOLLRATH, OWNER<br>1040 FAIR OAKS AVE<br>ALAMEDA, CA 94501 | 3 | 8/16/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$270.00 (U)<br>$270.00 (T) | 2048 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$360.00 (U)<br>$360.00 (T) |
| SUSAN KRUSE APPRAISAL SERVICE<br>ATTN SUSAN KRUSE<br>4060 NE 18 AVE<br>OAKLAND PARK, FL 33334 | 3194 | 11/23/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$525.00 (U)<br>$525.00 (T) | 988 | 9/18/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$525.00 (U)<br>$525.00 (T) |
| THOMPSON, STEPHANIE A.<br>3151 WINTERGREEN<br>FLORISSANT, MO 63033 | 1089 | 9/13/07 | 07-11047 | Unspecified* | 3851 | 11/30/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$507.84 (U)<br>$507.84 (T) |
| WILLIAMS, DEBORAH J.<br>315 CHESAPEAKE AVE<br>PRINCE FREDERICK, MD 20678 | 57 | 8/24/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$2,075.00 (U)<br>$2,075.00 (T) | 149 | 8/24/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$2,075.00 (U)<br>$2,075.00 (T) |
| WIRICK, LORI<br>6309 MAYWOOD CIR<br>FORT WAYNE, IN 46819 | 4682 | 12/6/07 | No Case | - (S)<br>- (A)<br>$1,216.80 (P)<br>- (U)<br>$1,216.80 (T) | 90 | 8/27/07 | 07-11047 | - (S)<br>- (A)<br>$1,216.80 (P)<br>- (U)<br>$1,216.80 (T) |
| Totals: | 38 Claims | | | - (S)<br>- (A)<br>$1,257,328.88 (P)<br>$63,154,460.83 (U)<br>$64,411,789.71 (T) | | | | $71,845.51 (S)<br>- (A)<br>$58,142,344.63 (P)<br>$63,336,808.91 (U)<br>$121,544,534.64 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.