# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | Case No. 07-11047 (CSS) |
| | Jointly Administered |
| Debtors. | |
| | Re: Docket No.:2969 |

## ORDER

Upon consideration of Gloria T. Kirk's Motion to Lift Stay [D. I. 2969] filed on February 13, 2008 (the "Motion"); the Court having reviewed the Motion and the objections thereto; the Court having heard the evidence and the statements of counsel and parties in interest regarding the Motion at a hearing before the Court on April 14, 2008(the "Hearing"); and the Court finding that (1) the Court has jurisdiction over these matters, pursuant to 28 U.S.C. § 1334; (2) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (3) notice of the Motion and the Hearing was adequate under the circumstances;

IT IS HEREBY ORDERED THAT, for the reasons set forth at the Hearing, the Motion is DENIED without prejudice.

Dated: April 14, 2008

Christopher S. Sontchi
United States Bankruptcy Judge