# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. |
| **Case Number:** | 07-11047-CSS   **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, APRIL 14, 2008 10:00 AM   CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | LESLIE MURIN |

## *Matters:*

1) **ADV: 1-07-51725**

   **Financial Guaranty Insurance Company vs American Home Mortgage Servicing, Inc.**

   Pre-Trial

   **R / M #:**   0 / 0

2) Omnibus

   **R / M #:**   0 / 0

3) Motion for Relief from Automatic Stay -Payment made in error
   Todd Schiltz' office scheduled

   **R / M #:**   0 / 0

4) **ADV: 1-07-51725**

   **Financial Guaranty Insurance Company vs American Home Mortgage Servicing, Inc.**

   Status Conference (moved from 4/10/08)

   **R / M #:**   0 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Hearing Matters

   Hearing held.
   Judge signed Order Approving Interim Fee Requests Regarding Professionals.
   Judge signed Order Granting Debtors' First Omnibus (Non-Substantive) Objection to Claims