# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NO.:** 07-11047 (CSS)
**Adv. No.:** 07-51725

**COURTROOM LOCATION:** Courtroom 6
**DATE:** April 14, 2008 @ 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Bailey | The Bailey Firm | Gloria Kirk |
| Margot Sutton Holtz | Kaye Scholer LLP | Bank of America |
| Ava Alfonso | " " | " " |
| Todd Schiltz | Wolf Block | Wells Fargo Bank |
| Frank Top | Chapman and Cutler LLP | Wells Fargo Bank as Securities Administrator |
| Laurie Selber Silverstein | Potter Anderson Corroon LLP | Bank of America |
| Mark Indelicato | Hahn & Hessen LLP | Committee |
| Mark Power | " | " |
| Edward Schnitzer | " | " |
| Eric Setty | Bayard | Natixis Real Estate Capital |
| Mona Parikh | Landis Rath + Cobb LLP | JP Morgan |
| Mike Busenkell | Eckert Seamans | Calyon New York Branch |
| Curtis J. Crowther | | Debtors |
| Jim Patton | | Debtors |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NO.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** April 14, 2008 @ 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeffrey Wisler | Connoly Bove | Narhwest Trustee |
| Christina Thomason | " | " |
| Victoria Counihan | Greenberg Traurig LLP | AtMortgage / WLR |
| Matthew Lunn | YCST | Debtors |
| Sean Beach | YCST | Debtors |
| David Carickhoff | Blank Rome | Creditors' Committee |
| Joe M^c^Ma | UDOJ | UST |
| Mitchell Taylor (telephonic) | Kroll Zolfo Cooper | AHM Holdings |
| Margot P. Erlich | Pillsbury Winthrop Shaw Pittman | Bank of NY |
| Caren Mundt | Orlans Assoc | Orlans Assoc. |
| Alan H. Weinreb | Law Offices of Alan Weinreb | Law Offices of Alan Weinreb |
| Mark Cogford | TD Service Financial | TD Service Financial |
| Eugene Weil | Milestone Advisors | Milestone Advisors |
| Sharon Ziey | YCST | AHM Holdings |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NO.:** 07-11047 (CSS)
**COURTROOM LOCATION:** Courtroom 6
**DATE:** April 14, 2008 @ 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Daniel Winkler (telephonic) | Jones Day | AH Mortgage Acquisition & WLR |
| Gregg S. Ahrens | Adorno + Yoss | AHM Holdings |
| John Kahas | AMH | AHM |
| Jason Harbour | Hunton + Williams | Calyon New York Branch |
| Robert J Hope | Hopp Law Firm | Hopp Law Firm |
| Pamela Chepiga | Allen + Overy | Allen + Overy |
| Fred Neufeld | Milbank Tweed Hadley + McCloy | ABN AMRO Bank |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.