IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE :
HOLDINGS, INC., et al., :
:
Debtors. :
: Related to Docket No. 3318
------------------------------------------------------- x

**ORDER GRANTING JOINT MOTION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS AND BANK OF AMERICA, N.A., AS ADMINISTRATIVE
AGENT, FOR ENTRY OF FINAL STIPULATION AND ORDER RESOLVING ALL
REMAINING ISSUES WITH RESPECT TO THE FINAL ORDER (I) AUTHORIZING
DEBTORS' LIMITED USE OF CASH COLLATERAL AND (II) GRANTING
REPLACEMENT LIENS AND ADEQUATE PROTECTION TO
CERTAIN PRE-PETITION SECURED PARTIES**

Upon consideration of the joint motion (the "Motion")[1] of the Official Committee of Unsecured Creditors and Bank of America, N.A., as Administrative Agent, seeking approval of the *Final Stipulation and Order Resolving all Remaining Issues with Respect to the Final Order (I) Authorizing Debtors' Limited Use of Cash Collateral and (II) Granting Replacement Liens and Adequate Protection to Certain Pre-Petition Secured Parties* (the "Final Stipulation"); upon consideration of any objections to Motion and replies in support of the Motion; upon the record of the hearing on the Motion and any arguments and evidence presented; and any unresolved objections to the Motion having been overruled; and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334 and that this matter is a core matter pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors' estates and their creditors; and it appearing that,

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

40174264v.4

consistent with Del. Bankr. L.R. 2002-1(b), due notice of the Motion has been given to the Debtors, the United States Trustee, and all parties that have requested such notice pursuant to Bankruptcy Rule 2002, and that no further notice need be given; and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Committee is hereby authorized to enter into the Final Stipulation, a copy of which is attached hereto as Exhibit 1 and incorporated herein.

3. The Final Stipulation and all of its terms are hereby approved subject to this Order.

4. Notwithstanding anything contained in the Final Stipulation to the contrary, (i) no funds received pursuant to the Final Stipulation will be distributed until the Court, either pursuant to a confirmed plan or further Court order on notice to all parties that have requested notice pursuant to Bankruptcy Rule 2002, allocates the funds received to the applicable Debtors, (ii) no funds received pursuant to the Final Stipulation and allocable to a particular Debtor will be distributed to holders of non-priority, unsecured claims until all administrative and priority claims of that particular Debtor are paid in full or the Court makes a finding that there will be sufficient funds available to pay allowed administrative and priority claimants of that particular Debtor in full, and (iii) all funds received pursuant to the Final Stipulation shall constitute funds of the Debtors' estates. To the extent that funds other than funds pursuant to the Final Stipulation exist in such Debtor's estate to satisfy any unpaid administrative and priority claims of that particular Debtor, then such other funds shall be used first to satisfy such administrative and priority claims before utilizing any funds received pursuant to the Final Stipulation.

40174264v.4

5. The Committee and the Administrative Agent are authorized to execute and deliver any documents or other instruments, if any, that may be reasonably necessary to consummate the resolution contemplated by the Final Stipulation.

6. This Court shall retain jurisdiction to implement, interpret and enforce the terms of the Final Stipulation and this Order.

Dated: April 14, 2008

*[signature]*
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

3

40174264v.4