IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------------- x
In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al., [1]

    Debtors.
-------------------------------------------------------------------------- x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

Objection Deadline: May 5, 2008 at 4:00 p.m.
Hearing Date: N/A

## NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel for the Official Committee of Unsecured Creditors, Counsel for the Administrative Agent, Counsel for the DIP Agent, and Milestone Advisors, LLC.

        The **Fifth Monthly Application of Milestone Advisors LLC as Financial Advisor and Investment Banker for the Debtors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses During the Period From December 1, 2007 through December 31, 2007** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $200,000.00 and interim expenses in the amount of $5,856.15.

        Objections to the Application, if any, are required to be filed on or before **May 5, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

        At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: James L. Patton, Jr.), counsel to the Debtors; (iii) Milestone

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

        

Advisors, LLC, 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn: Jeffrey M. Levine); (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the Committee; (v) Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Attn.: Margot B. Schonholtz and Scott D. Talmadge) and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801 (Attn.: Laurie Selber Silverstein), counsel to the Administrative Agent; (vi) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn.: Corinne Ball and Erica M. Ryland) and Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn.: Victoria Counihan), counsel to the DIP Agent; (vii), and the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
       April 15, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                              :    Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    :    Jointly Administered
        Debtors.                                    :
---------------------------------------------------------------- x

### FIFTH MONTHLY APPLICATION OF
### MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER
### FOR THE
### DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
### OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
### FOR THE INTERIM PERIOD DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

| | |
|---|---|
| Name of Applicant: | Milestone Advisors LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | December 1, 2007 through December 31, 2007 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $200,000.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $5,856.15 |

This is an: __X__ interim ___ final application

This application includes no hours incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 12/7/07 - #2316 | 8/6/2007- 8/31/07 | $167,741.94 | $67,661.78 | $167,741.94 | $67,661.78 |
| 12/13/07- #2378 | 9/1/2007- 9/30/07 | $200,000.00 | $47,954.43 | $200,000.00 | $47,954.43 |
| 1/2/08- #2563 | 10/1/2007-10/31/07 | $200,000.00 | $25,943.49 | $160,000.00 | $25,943.49 |
| 3/14/08- #3310 | 11/1/2007-11/30/07 | $800,000.00 | $20,228.88 | | |

**AMERICAN HOME MORTGAGE**

**MILESTONE ADVISORS LLC**
**SUMMARY OF HOURS WORKED BY PROFESSIONAL**
**FOR THE PERIOD DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007**

| PROFESSIONAL | POSITION | HOURS |
|---|---|---|
| Jeffrey Levine | Managing Director | 5.0 |
| John Nelligan | Managing Director | 5.0 |
| Eugene Weil | Managing Director | 24.5 |
| Richard Young | Associate | 14.0 |
| Emmelene Lee | Associate | 0.5 |
| Andrew Bernstein | Analyst | 21.0 |
| Darryl Conway | Analyst | 14.5 |
| Thomas (TJ) Humes | Analyst | 8.0 |
| Saad Irfani | Analyst | 15.5 |
| **Total** | | **108.0** |

**AMERICAN HOME MORTGAGE**

**MILESTONE ADVISORS LLC**
**SUMMARY OF HOURS WORKED BY PROJECY CODE**
**FOR THE PERIOD DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007**

| Project Code | Description of Activity | Hours |
|---|---|---|
| 102 | Negotiation, documentation, court approval process and closing of sale of servicing operation | 22.0 |
| 103 | Preparation of offering materials and due diligence set up for sale of bank | 1.0 |
| 104 | Contact prospective acquirers, execute confidentiality agreements, respond to due diligence requests, and participate in due diligence discussions with prospective acquirers of bank | 27.5 |
| 105 | Negotiation, documentation, court approval process and closing of sale of bank | 20.5 |
| 106 | Coordination of, and provide support to AHM personnel for, sale of various assets (other than servicing related assets and AHM Bank); internal AHM meetings and calls | 23.0 |
| 110 | Non working travel time | 14.0 |
| | | **108.0** |

**AMERICAN HOME MORTGAGE**

**MILESTONE ADVISORS LLC**
**INTERIM EXPENSE SUMMARY**
**FOR THE PERIOD DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007**

| Expense Category | Amount |
|---|---|
| Airfare | $1,560.37 |
| Lodging | 3,127.72 |
| Trainfare | 436.50 |
| Meals | 245.57 |
| Car Rental / Taxis | 373.00 |
| Telephone / Teleconference | 103.04 |
| Express courier | 9.95 |
| Total | $5,856.15 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x

In re:                                                         :    Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                :
                                                               :    Jointly Administered
        Debtors.                                               :

------------------------------------------------------------------------ x

### FIFTH MONTHLY APPLICATION OF
### MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER
### FOR THE
### DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
### OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
### FOR THE INTERIM PERIOD DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

Pursuant to 11 U.S.C. §§ 328, 330 and 331 and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, the financial advisory and investment banking firm of Milestone Advisors

LLC (hereinafter "Milestone") hereby moves this Court for reasonable compensation for

professional services rendered as financial advisor and investment banker to American Home

Mortgage Holdings, Inc., *et al.*, the debtors and debtors-in-possession in the above-captioned cases

(the "Debtors"), in the amount of $200,000.00 together with reimbursement for actual and

necessary expenses incurred in the amount of $5,856.15 for the interim period December 1, 2007

through December 31, 2007 (the "Interim Fee Period"). In support of its Application, Milestone

respectfully represents as follows:

### RELIEF REQUESTED

1. Milestone was employed under an engagement letter to represent the Debtors as

financial advisor and investment banker in connection with this chapter 11 case effective as of

August 6, 2007, pursuant to an Order entered by this Court on October 17, 2007. Pursuant to

Milestone's engagement letter with the Debtors, as approved and amended by the Retention Order,

Milestone is authorized to receive a monthly financial advisory fee of $200,000.00 (a "Monthly

Fee") for each month for the term of the engagement and to be reimbursed for its reasonable expenses incurred in connection with the engagement.

2. For the Interim Fee Period, Milestone seeks (i) allowance of compensation for professional services rendered to the Debtors in the aggregate amount of $200,000.00 for the Monthly Fees for December 2007 and (ii) reimbursement of Milestone's actual, reasonable and necessary expenses incurred and recorded in connection with the rendition of services during such Interim Fee Period in the amount of $5,856.15. The total compensation and expense reimbursement sought in this fee application is $205,856.15.

3. All services for which compensation is requested by Milestone were performed for or on behalf of the Debtors. Milestone respectfully submits that the requested compensation is appropriate and should be approved and Milestone further submits that the services that Milestone has rendered to the Debtors have been necessary and in the best interests of the Debtors and have furthered the goals of all parties in interest.

## TIME RECORDS

4. Milestone does not maintain, in the normal course of providing financial advisory and investment banking services to its clients, detailed written time records, and does not bill its clients based on the number of hours expended by its professionals. However, Milestone has agreed to and will maintain records of the time expended by its professionals in the rendition of professional services to the Debtors for the duration of these chapter 11 cases. The Court approved the Retention Order which expressly permits Milestone to maintain time records by day, by person, for this Interim Fee Period, and in half hour increments for all time expended thereafter.

## SUMMARY OF SERVICES RENDERED

5. During this Interim Fee Period, on behalf of the Debtors, in addition to providing customary financial advisory and investment banking services to the Debtor, Milestone continued to

work on follow on matters related to the sale of the Mortgage Servicing Rights ("MSR") and

Servicing Platform which was completed in the prior interim fee period; and Milestone

professionals participated in numerous conference calls and meetings in reference to the sale of

American Home Bank ("AHM Bank"). A detailed description of services rendered by Milestone by

professional during the Interim Fee Period, summarized by Project code, and the number of hours

expended in performing such services are set forth in Exhibit A.

6. The Asset Purchase Agreement was reviewed and detail reconciliations were

completed to insure that payments made for certain branch locations by various parties were in

accordance with the agreement. Detail schedules were created, and all supporting documentation

was provided to the parties. Reconciliations were also completed on payments made to vendors and

license agreement payments made to the Debtor and confirmed with the treasury department of the

Debtor. Reconciliations were created for 2007 property and sales taxes, and telecommunications

charges related to branch locations assumed by one of the purchasers. Discussions were held with

attorneys representing one of the parties that had purchased one of the branch locations but was

unwilling to meet the relocation provision as required by the sale agreement.

7. Meetings, conference calls and discussions were held between representatives of

the Debtor, Milestone professionals and various attorneys on the sale of AHM Bank. Milestone

facilitated and participated in meetings with potential purchasers of AHM Bank discussing various

options and possible terms of a transaction related AHM Bank.

### DISBURSEMENTS

8. Milestone has incurred out-of-pocket disbursements during the Interim Fee Period

in the amount of $5,856.15. This disbursement sum is broken down into categories of charges,

including, among other things, travel related items such as airfare, train fare, lodging, "working"

meals, and requisite local transportation. Other administrative expenses incurred were for telephone

and teleconference, mail and express couriers. A complete review of expenses incurred by category

for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

## VALUATION OF SERVICES

9. Investment bankers and analysts of Milestone have expended a total of 108.0 hours in connection with this matter during the Interim Fee Period. The amount of hours spent by each of these persons providing services to the Debtors for the Interim Fee Period is fully set forth in the detail attached hereto as Exhibit A.

10. Milestone believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

11. In accordance with the factors enumerated in 11 U.S.C. §328 and §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

12. This Application covers the Interim Fee Period December 1, 2007 through December 31, 2007.

WHEREFORE, Milestone requests that allowance be made to it in the sum of $200,000.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $5,856.15 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated: Wilmington, Delaware
       April 11, 2008

MILESTONE ADVISORS LLC

_____

Eugene S. Weil
1775 Eye Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 367-3000
Facsimile: (202) 367-3001

Financial Advisor and Investment Banker for Debtors and
Debtors in Possession

VERIFICATION

STATE OF DELAWARE   )
                        )    SS:
NEW CASTLE COUNTY  )

Eugene S. Weil, after being duly sworn according to law, deposes and says:

1.    I am a Managing Director and President in the applicant firm, Milestone Advisors LLC and have been employed by the applicant firm since 2001.

2.    I have personally performed many of the professional services rendered by Milestone Advisors LLC, as financial advisor and investment banker to the Debtors and am familiar with all other work performed on behalf of the professionals in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____

EUGENE S. WEIL

SWORN TO AND SUBSCRIBED before me this _11_ day of April 2008.

_____
Notary Public
My Commission Expires:____5/14/2012____

PERI S. DONNER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 14, 2012

## EXHIBIT A

### AMERICAN HOME MORTGAGE
### MILESTONE ADVISORS, LLC
### DETAIL OF SERVICES RENDERED BY PROJECT CODE
### FOR THE PERIOD DECEMBER 1, 2007 THROUGH DECEMBER 31, 2007

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Young, Richard | 12/2/2007 | 104 | 3.0 | Management Meeting Travel |
| Young, Richard | 12/3/2007 | 104 | 6.0 | Management Meeting with WL Ross. & Co. |
| Young, Richard | 12/3/2007 | 104 | 3.0 | Management Meeting Travel |
| Humes, TJ | 12/3/2007 | 104 | 1.5 | NDA and OM distribution and Call |
| Irfani, Saad | 12/3/2007 | 106 | 2.0 | Assisting IndyMac lease transfers |
| Bernstein, Andrew | 12/3/2007 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Weil, Gene | 12/4/2007 | 105 | 2.5 | Calls with Luce Gorman and internal bank group re: AHM Bank |
| Bernstein, Andrew | 12/4/2007 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Irfani, Saad | 12/4/2007 | 106 | 1.0 | Assisting IndyMac lease transfers |
| Conway, Darryl | 12/4/2007 | 110 | 4.0 | travel from DC to NYC |
| Conway, Darryl | 12/4/2007 | 106 | 3.5 | Follow up on Indymac lease transfer |
| Lee, Emmelene | 12/4/2007 | 106 | 0.5 | Collection of Security Deposits and Trailing Rejections |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Conway, Darryl | 12/4/2007 | 110 | 1.5 | Travel from NYC to Melville |
| Weil, Gene | 12/5/2007 | 105 | 2.0 | Calls with M Taylor and WL Ross re: AHM Bank |
| Conway, Darryl | 12/5/2007 | 110 | 1.5 | Travel from Melville to NYC |
| Conway, Darryl | 12/5/2007 | 110 | 4.0 | Travel from NYC to DC |
| Weil, Gene | 12/5/2007 | 102 | 1.0 | Internal calls and meeting re: servicing sale closing |
| Bernstein, Andrew | 12/5/2007 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Irfani, Saad | 12/6/2007 | 106 | 2.5 | Assisting IndyMac lease transfers |
| Levine, Jeff | 12/6/2007 | 104 | 1.0 | Marketing calls on AHM Bank |
| Bernstein, Andrew | 12/6/2007 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Bernstein, Andrew | 12/7/2007 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Irfani, Saad | 12/7/2007 | 106 | 3.0 | Assisting IndyMac lease transfers |
| Irfani, Saad | 12/10/2007 | 106 | 0.5 | Assisting IndyMac lease transfers |
| Humes, TJ | 12/10/2007 | 104 | 1.0 | NDA and OM distribution |
| Bernstein, Andrew | 12/11/2007 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Humes, TJ | 12/11/2007 | 104 | 1.5 | NDA and OM distribution |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Levine, Jeff | 12/11/2007 | 104 | 1.0 | Follow up on GNMA and FHLMC servicing sales |
| Irfani, Saad | 12/11/2007 | 106 | 2.0 | Assisting IndyMac lease transfers |
| Bernstein, Andrew | 12/12/2007 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Humes, TJ | 12/12/2007 | 104 | 1.5 | Diligence call and follow up |
| Weil, Gene | 12/12/2007 | 105 | 1.5 | AHM Bank status call with Kroll, AHM and Milestone |
| Young, Richard | 12/12/2007 | 104 | 0.5 | Manage Sales Process |
| Bernstein, Andrew | 12/13/2007 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Young, Richard | 12/14/2007 | 104 | 0.5 | Manage Sales Process |
| Humes, TJ | 12/14/2007 | 104 | 2.0 | Process update |
| Weil, Gene | 12/14/2007 | 105 | 2.0 | Call between Milestone, Kroll, Muldoon, Murphy; call with WL Ross re: AHM Bank |
| Bernstein, Andrew | 12/14/2007 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Young, Richard | 12/15/2007 | 104 | 0.5 | Manage Sales Process |
| Irfani, Saad | 12/17/2007 | 106 | 1.5 | Assisting IndyMac lease transfers |
| Humes, TJ | 12/17/2007 | 104 | 0.5 | NDA and OM distribution |
| Bernstein, Andrew | 12/17/2007 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Irfani, Saad | 12/18/2007 | 106 | 1.0 | Assisting IndyMac lease transfers |
| Young, Richard | 12/18/2007 | 104 | 0.5 | Manage Sales Process |
| Levine, Jeff | 12/18/2007 | 106 | 1.0 | Assist Gene / John in general follow-up on AHM |
| Nelligan, John | 12/18/2007 | 104 | 0.5 | Call with Indymac regarding closing options |
| Bernstein, Andrew | 12/18/2007 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Nelligan, John | 12/18/2007 | 103 | 1.0 | Preparation for the AH Bank Board meeting |
| Nelligan, John | 12/18/2007 | 106 | 1.5 | AH Bank Board call |
| Weil, Gene | 12/18/2007 | 105 | 2.5 | Calls to prepare for meeting on AHM Bank and plan mechanics meeting |
| Nelligan, John | 12/19/2007 | 104 | 1.5 | Various calls with IndyMac regarding closing economics |
| Nelligan, John | 12/19/2007 | 104 | 0.5 | Call with Young Conaway regarding IndyMac closing |
| Bernstein, Andrew | 12/19/2007 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Weil, Gene | 12/19/2007 | 110 | 3.0 | Travel to and from NYC for meetings |
| Weil, Gene | 12/19/2007 | 105 | 5.0 | Attend meeting at Kroll re: Sub Con versus standalone plan |
| Bernstein, Andrew | 12/20/2007 | 102 | 3.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Levine, Jeff | 12/21/2007 | 104 | 1.0 | Follow up on GNMA and FHLMC servicing sales |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Irfani, Saad | 12/21/2007 | 106 | 2.0 | Assisting IndyMac lease transfers |
| Weil, Gene | 12/23/2007 | 105 | 2.0 | Call with WL Ross and M Taylor re: AHM Bank |
| Bernstein, Andrew | 12/23/2007 | 102 | 2.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Bernstein, Andrew | 12/24/2007 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Weil, Gene | 12/24/2007 | 105 | 1.0 | Call with WL Ross re: AHM Bank |
| Bernstein, Andrew | 12/26/2007 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Levine, Jeff | 12/28/2007 | 106 | 1.0 | Assist Gene / John in general follow-up on AHM |
| Weil, Gene | 12/28/2007 | 105 | 2.0 | Calls with WL Ross and W Taylor re:AHM Bank |
| Bernstein, Andrew | 12/28/2007 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Bernstein, Andrew | 12/30/2007 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |

**Total Hours:**                            108.0

## Exhibit B

**Milestone Advisors LLC**
**Detail Expenses by Professional**
**December 1, 2007 - December 31, 2007**

| Date | Expense Category | Professional | Description | Amount |
|---|---|---|---|---|
| 12/1/2007 | Agency Fees | Weil, Eugene | Agency Fee | 45.00 |
| 12/1/2007 | Lodging | Weil, Eugene | Hotel Gansevort, 11/28 - 12/1 | 1,107.88 |
| 12/1/2007 | Rental Car, taxi | Irfani, Saad | Cab from 538 Broadhollow to hotel | 10.00 |
| 12/1/2007 | Rental Car, taxi | Irfani, Saad | Cab from Union Station,DC to home | 10.00 |
| 12/1/2007 | Lodging | Irfani, Saad | Hotel in Melville | 323.56 |
| 12/2/2007 | Rental Car, taxi | Irfani, Saad | Cab from hotel to 538 Broadhollow | 10.00 |
| 12/2/2007 | Meals | Young, Richard | Management Meeting w WL Ross & Co. | 45.00 |
| 12/2/2007 | Lodging | Young, Richard | W Hotel | 271.73 |
| 12/2/2007 | Rental Car, taxi | Young, Richard | Taxi to dinner | 10.00 |
| 12/2/2007 | Rental Car, taxi | Young, Richard | Taxi - Home to DCA | 30.00 |
| 12/2/2007 | Airfare | Young, Richard | United Airlines DCA - Chicago - DCA. | 504.80 |
| 12/2/2007 | Rental Car, taxi | Young, Richard | Taxi from dinner | 10.00 |
| 12/2/2007 | Rental Car, taxi | Young, Richard | Taxi - from O'Hare | 41.00 |
| 12/3/2007 | Rental Car, taxi | Young, Richard | Taxi - hotel to AH Bank | 8.00 |
| 12/3/2007 | Rental Car, taxi | Young, Richard | Taxi to Ohare | 40.00 |
| 12/3/2007 | Rental Car, taxi | Young, Richard | Taxi from DCA to home | 24.00 |
| 12/4/2007 | Meals | Conway, Darryl | Newstand | 8.00 |
| 12/4/2007 | Meals | Conway, Darryl | Water, Coffee on Amtrak Train | 6.25 |
| 12/4/2007 | Trainfare | Conway, Darryl | Amtrak DC to NY | 209.00 |
| 12/4/2007 | Meals | Conway, Darryl | Breakfast | 12.45 |
| 12/4/2007 | Rental Car, taxi | Conway, Darryl | Taxi from Train Station to AHM Offices | 20.00 |
| 12/4/2007 | Rental Car, taxi | Conway, Darryl | Taxi to Union Station | 16.00 |
| 12/5/2007 | Rental Car, taxi | Conway, Darryl | Taxi to Union Station | 16.00 |
| 12/5/2007 | Trainfare | Conway, Darryl | Amtrak NYC to DC | 209.00 |
| 12/5/2007 | Meals | Conway, Darryl | Amtrak - Water | 5.75 |
| 12/5/2007 | Meals | Conway, Darryl | Breakfast Newstand | 5.50 |
| 12/5/2007 | Meals | Conway, Darryl | Dinner- Penn Station | 12.93 |
| 12/5/2007 | Trainfare | Conway, Darryl | LIRR-Farmingdale to NYC | 18.50 |
| 12/5/2007 | Meals | Conway, Darryl | Lunch, Newstand | 10.03 |
| 12/5/2007 | Lodging | Conway, Darryl | Marriott Melville | 366.64 |
| 12/5/2007 | Rental Car, taxi | Conway, Darryl | Taxi AHM Office to Train Station | 10.00 |
| 12/6/2007 | Rental Car, taxi | Irfani, Saad | Cab from 538 Broadhollow to hotel | 10.00 |
| 12/6/2007 | Rental Car, taxi | Irfani, Saad | Cab from Union Station, Dc to home | 10.00 |
| 12/6/2007 | Lodging | Irfani, Saad | Hotel in Melville | 353.55 |
| 12/6/2007 | Meals | Irfani, Saad | Lunch | 11.26 |
| 12/6/2007 | Agency Fees | Irfani, Saad | Irfani - agency fee | 45.00 |
| 12/7/2007 | Rental Car, taxi | Irfani, Saad | Cab from hotel to 538 Broadhollow | 10.00 |
| 12/7/2007 | Lodging | Irfani, Saad | Irfani - one night stay in Melville | 323.56 |
| 12/8/2007 | Rental Car, taxi | Irfani, Saad | Cab from 1775 Eye St to home | 10.00 |
| 12/14/2007 | Airfare | Weil, Eugene | US Airways DCA to LGA 12/17 | 235.08 |
| 12/15/2007 | Lodging | Levine, Jeffrey | Levine 12/15/07 | 50.00 |
| 12/17/2007 | Airfare | Weil, Eugene | US Airways LGA to DCA 12/17 | 235.08 |
| 12/17/2007 | Meals | Weil, Eugene | Geisha Dinner | 128.40 |

**Exhibit B**

**Milestone Advisors LLC**
**Detail Expenses by Professional**
**December 1, 2007 - December 31, 2007**

| 12/18/2007 | Airfare | Weil, Eugene | US Airways, LGA to DCA, 12/18 | 334.41 |
|---|---|---|---|---|
| 12/18/2007 | Rental Car, taxi | Weil, Eugene | Artie Feit - NYC to LGA with stop | 78.00 |
| 12/18/2007 | Agency Fees | Weil, Eugene | Agency Fee | 45.00 |
| 12/19/2007 | Lodging | Weil, Eugene | Loews Hotel, 12/18 | 327.80 |
| 12/19/2007 | Agency Fees | Weil, Eugene | Agency Fee | 48.00 |
| 12/19/2007 | Agency Fees | Weil, Eugene | Agency Fee | 48.00 |
| 12/19/2007 | Agency Fees | Weil, Eugene | Agency Fee | 20.00 |
| 12/24/2007 | Telephone - Mobile | Bernstein, Andrew | Bernstein Conference Calls 12/24/07 | 30.00 |
| 12/31/2007 | Postage - Express | Fedex | FedEx 12/31/07 | (11.59) |
| 12/11/2007 | Postage - Express | Fedex | Fedex 12/11/07 | 9.95 |
| 12/18/2007 | Postage - Express | Fedex | Fedex 12/18/07 | 11.59 |
| 12/26/2007 | Telephone - Conference | Premiere | Premier Global Services 12/26/07 | 73.04 |
| | | | | 5,856.15 |