IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | : | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Re: Docket No.: 3387 |
| | : | |

## ORDER

      Upon consideration of the Motion of Wells Fargo Bank, N.A. as Securities Administrator, for Relief from the Automatic Stay to Recover a Payment Made in Error to One of the Debtors through Recoupment, Imposition of a Constructive Trust, and/or an Equitable Lien [D. I. 3387] filed on March 24, 2008 (the "Motion"); the Court having reviewed the Motion and the objections thereto; the Court having heard the evidence and the statements of counsel and parties in interest regarding the Motion at a hearing before the Court on April 14, 2008 (the "Hearing"); and the Court finding that (1) the Court has jurisdiction over these matters, pursuant to 28 U.S.C. § 1334; (2) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (3) notice of the Motion and the Hearing was adequate under the circumstances;

      IT IS HEREBY ORDERED THAT, for the reasons set forth at the Hearing, the Motion is DENIED.

Dated: April 15, 2008

Christopher S. Sontchi
United States Bankruptcy Judge