United States Bankruptcy Court
District of Delaware
824 North Market Street
3rd Floor
Wilmington, Delaware  19801

FILED

2008 APR 16  AM 9: 43

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

04-10-08

Attn: David D. Bird Clerk of Court

RE: American Home Mortgage Holdings Inc.a Delaware corportation, et.al.

Case No. 07-11047 (CSS)

To Whom It May Concern;

In response to your recent notice of Debtors' Second Omnibus Objection (attached)
claim# 6304 is NOT to be expunged.

Ron Bartoszkiewicz
P.O. Box 14607
Spfld. Mo. 65814
417-861-4658

CC: Young Conway STARgaT+Taylor LLP

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | **PROOF OF CLAIM** |
|---|---|

American Home Mortgage Claims Processing Center
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| American Home Mortgage Holdings, Inc., et al. | Case No. 07-11047 (CSS) |
| Debtors. | Jointly Administered |

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| *American Home Mortgage Investment Corp 07-11048* | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C § 503.

**THIS SPACE IS FOR COURT USE ONLY**

**Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)**

*Ron E. Bartoszkiewicz
P.O. Box 14607
Springfield Mo. 65814-607*

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Telephone number:** *417 861-4658*
**Email Address:** *Ronaldbart @ MSN. Com*

| Account or other number by which creditor identifies debtor: | Check here if this claim: |
|---|---|
| | ☐ replaces   ☐ amends a previously filed claim, dated: |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☑ Other *Stockholder  4500 Shares* (explain)

☐ Retiree benefits as defined in 11 U.S.C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)

Last Four Digits of your SS#: *4 1 3 3*

Unpaid compensation for services performed

from _____ to _____

**2. Date debt was incurred:** *Various dates*
*01-03-06  Thru  03-15-07*

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ *151,647.50* + _____ + _____ = *$151,647.50*
(unsecured nonpriority)    (secured)    (unsecured priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate   ☐ Motor Vehicle
- ☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim:** $ *151,647.50*
☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____

Specify the priority of the claim:
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
- ☐ Wages, salaries, or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
- ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

THIS SPACE IS FOR COURT USE ONLY

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**FILED / RECEIVED**

**DEC 2 4 2007**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| *12/16/07* | *Ron Bartoszkiew    Ronald E Bartoszkiewicz* |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )    **Chapter 11** |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, <u>et al.</u>, | )    **Case No. 07-11047 (CSS)** |
| | ) |
| Debtors. | )    **Jointly Administered** |
| | ) |
| | )    **Objection Deadline: April 21, 2008 at 4:00 p.m. (ET)** |
| | )    **Hearing Date: April 28, 2008 at 2:00 p.m. (ET)** |
| | ) |

AHM OB2 3/28/2008 (merge2.txnum2) 4000098902

BARTOSZKIEWICZ, RON E.
P.O. BOX 14607
SPRINGFIELD, MO 65814

### NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, <u>BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1</u>

| | | | |
|---|---|---|---|
| **TO:** BARTOSZKIEWICZ, RON E. | **Basis For Objection:** | Equity Interest | |
| P.O. BOX 14607 | | <u>Claim Number</u> | <u>Claim Amount</u> |
| SPRINGFIELD, MO 65814 | **Claim to be Expunged** | 6304 | $151,647.50 |

The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") have filed the **Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "<u>Objection</u>"), a copy of which is attached hereto. Your claim was filed on account of your equity interest in the Debtors and the Objection seeks to alter your rights by disallowing your above listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **April 21, 2008 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **APRIL 28, 2008 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 28, 2008
       Wilmington, Delaware