16 SHORE DRIVE N.
COPIAGUE NY 11726

To Whom It May Concern,

2008 APR 16 AM 9: 15

    I was an employee of American Home Mortgage, a company that went Bankrupt during the summer of 2007. I am writing in reference to a notice that I received concerning multiple claims for money owed to me by American Home for unused vacation and personal days. I sent a copy of this notice with this letter because I am unsure of what this notice is telling me about my claim.

    The notice came in two parts, one part being a single page, the other part being a pamphlet of pages. The single page is telling me that one claim is to be expunged and the other claim, labeled the "Surviving Claim" *does not seek to be altered by the Debtors*. I am assuming this means one claim is be expunged and the other claim; (the Surviving Claim) is still in tact and will not be expunged.

    However, what confuses me is the pamphlet of stapled pages, which seems to be a supplement for the single page going into more detail about the bankruptcy procedures. Perhaps I am misunderstanding either the single page or the pamphlet of pages but reading through the pamphlet seems to suggest that both my claims are to be expunged unless I choose to appeal.

    My intent was to only receive one claim and if one of the two claims is being expunged I have no objection to that. If the case is that both claims are seeking to be expunged then I do object.

    When the company first went Bankrupt, I received a lot of notices in the mail, but no papers to fill out for a claim. Keeping in contact with some of my ex co-workers, this concerned me, as a lot of them did receive the appropriate papers. When weeks went by, one of my ex co-workers gave me a number he had for the law group handling the Bankruptcy case. I called the number and they instructed me to download a claim document from a website. I filled out the claim and mailed it in to the appropriate address along with a copy of a printout report from the payroll system American Home used showing how many vacation/personal hours I was still entitled to. I also mailed with it a copy of a pay stub showing what I was making hourly at the company and showed the mathematics on the claim of how I came up with the $2,122.80 they owe me.

    Months went by and I received no word about my claim. I understood that these things could take long so I thought nothing of it. One day in the mail I finally received the same claim papers I had downloaded and paid no attention to them, since I had already filled them out. As more time passed I received the papers again this time with a typed amount telling me what the company said they owed me. The amount didn't match what I had calculated and since they sent me the claim papers twice my guess was that they didn't receive the original claim I had sent out earlier. Before I sent out the claim again I re-called the law group that I called originally and they told me to resend the claim with the proof I sent originally showing how I came up with my calculations.

    The fact that the multiple claims filed were for the same amount and were mailed with the same proof is evident that my only intention was to receive one claim for the money owed to me and it was not in my intention in anyway to take advantage of the company in receiving more than what I am entitled to. Please advise me if there is any further course of action I should take on my part to make sure my claim goes through. I

can be reached at my cell phone (631) 804-6544 or my email address, Extinger@aol.com. Thank you for your help in this matter.

Sincerely,

Thomas Scourtos

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: April 21, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: April 28, 2008 at 2:00 p.m. (ET) |
| | ) |

AHM OB2 3/28/2008 (merge2.txnum2) 4000001503

SCOURTOS, THOMAS C.
16 SHORE DRIVE N.
COPIAGUE, NY 11726

## NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: SCOURTOS, THOMAS C.
16 SHORE DRIVE N.
COPIAGUE, NY 11726

| | Basis For Objection: | Duplicative | |
|---|---|---|---|
| | | Claim Number | Claim Amount |
| | Claim to be Expunged | 1504 | $2,122.80 |
| | Surviving Claim | 3803 | $2,122.80 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors have received multiple claims filed on your behalf and by this Objection seek to disallow one of your claims as duplicative or amended. The Objection seeks to alter your rights by disallowing your above listed claim in the 'Claim to be Expunged' row, but does not seek to alter your claim listed in the 'Surviving Claim' row.

Responses to the Objection, if any, must be filed on or before **April 21, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **APRIL 28, 2008 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 28, 2008
Wilmington, Delaware