

# Lohra L. Miller
## Salt Lake County District Attorney

April 8, 2008

**Civil/Litigation Division**

**T.J. Tsakalos**
Division Administrator

**Mary Ellen Sloan**
Asst. Division Administrator

**Valerie Wilde**
Asst. Division Administrator

US Bankruptcy Court
Attn: Court Clerk
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

      RE:   *American Home Mortgage*
              Bankruptcy Case No. 07-11047(CSS)

Dear Clerk:

    I am the attorney of record for the Salt Lake County Treasurer in the above-referenced case. It is no longer necessary that I receive electronic mail of the court filings in this case. Therefore, I respectfully request that the following e-mail, kwright@slco.org, be removed from the electronic mail filing distribution list in the above-referenced case effective immediately.

    Please do not hesitate to contact my office if you have any questions relating to this matter. You may reach me at the number listed below.

                                      Sincerely,

                                      KELLY W. WRIGHT
                                      Deputy Salt Lake District Attorney
                                      Civil Division
                                      Telephone: (801) 468-3267



**SALT LAKE COUNTY**

2001 South State St, Ste S3600 • Salt Lake City, UT 84190-1210
Telephone 801.468.3420 • Fax 801.468.2646 • www.districtattorney@slco.org