## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x

In re:                                                     : Chapter 11
                                                           :
AMERICAN HOME MORTGAGE                                      : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]         :
                                                           : Jointly Administered
Debtors.                                                   :
                                                           : Objection Deadline: May 6, 2008 @ 4 pm (ET)
                                                           :
---------------------------------------------------------- x  Doc. Ref. Nos: 192, 643, 754, 1129, 2298, 2380,
                                                              2488, 2861, 2996, 3067 & 3645

## NOTICE OF FILING OF TENTH SUPPLEMENTAL LIST OF
## ORDINARY COURSE PROFESSIONALS

TO:   (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE;
      (II) COUNSEL TO THE COMMITTEE; (III) ORDINARY COURSE
      PROFESSIONALS LISTED ON EXHIBIT A; (IV) COUNSEL TO BANK OF
      AMERICA, N.A., AS ADMINISTRATIVE AGENT FOR THE LENDERS
      UNDER THAT CERTAIN SECOND AMENDED AND RESTATED CREDIT
      AGREEMENT DATED AUGUST 10, 2006; (V) THE DEBTORS'
      POSTPETITION LENDER; (VI) THE SECURITIES AND EXCHANGE
      COMMISSION; (VII) AND ALL PARTIES ENTITLED TO NOTICE UNDER
      DEL. BANKR. LR 2002-1 (b)

PLEASE TAKE NOTICE that on September 7, 2007, the Court entered the Order

Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code and Bankruptcy Rule

2014 Authorizing the Employment of Professionals Utilized in the Ordinary Course of the

Debtors' Business Nunc Pro Tunc to Petition Date [Docket No. 643] (the "Order").

PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the

Order, the above-captioned debtors and debtors in possession (the "Debtors") hereby file the

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

066585.1001

supplemental list of ordinary course professionals (the "Supplemental List") which is attached

hereto as Exhibit A.

       PLEASE TAKE NOTICE that, objections to the Supplemental List, if any, must

be filed on or before May 6, 2008 at 4:00 p.m. (ET) (the "Objection Deadline") with the United

States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware

19801.

       PLEASE TAKE NOTICE that, in accordance with the procedures set forth in the

Order, any objections, if any, must be served by the Objection Deadline upon: (i) counsel for the

Debtors, (ii) Ordinary Course Professionals identified on Exhibit A, (iii) the Office of the United

States Trustee; (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and

Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the

Committee; (v) counsel to Bank of America, N.A., as Administrative Agent for the lenders under

that certain Second Amended and Restated Credit Agreement dated August 10, 2006; (vi)

counsel to the Debtors' postpetition lender; (vii) the Securities and Exchange Commission; and

(viii) all other parties entitled to notice under Del. Bankr. LR 2002-1(b).

PLEASE TAKE NOTICE THAT, if no objections are filed on or before the objection deadline, **the Debtors shall be authorized to employ and compensate professionals on the Supplemental List after complying with the other procedures contained in the Order.**

Dated:  April 16, 2008
       Wilmington, Delaware

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                _____
                James L. Patton, Jr. (No. 2202)
                Joel A. Waite (No. 2925)
                Pauline K. Morgan (No. 3650)
                Matthew B. Lunn (No. 4119)
                Ryan M. Bartley (No. 4985)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Facsimile: (302) 571-1253

                Counsel for Debtors and Debtors in Possession

EXHIBIT A

SUPPLEMENTAL LIST

**Exhibit A to Tenth Supplemental Notice**

| Firm Name | Firm Service Address | Proposed Cap | Services |
|---|---|---|---|
| Butler & Hosch, P.A. | 3185 S. Conway Road, Suite E, Orlando FL 32812 | 35,000/month | Legal counsel for foreclosure and bankruptcy related matters |