IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x    Chapter 11
In re:

Case No. 07-11047 (CSS)

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,                                       Jointly Administered

        Debtors                                                             Objection Deadline:
---------------------------------------------------------------x

## EIGHTH MONTHLY APPLICATION OF THE LAW OFFICES OF ALAN WEINREB, PLLC AS FORECLOSURE SERVICE PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMEN OF EXPENSES INCURRED FOR THE INTERIM PERIOD MARCH 1, 2008 THROUGH MARCH 31, 2008

| | |
|---|---|
| Name of Applicant: | Law Offices of Alan Weinreb, PLLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement sought: | March 1, 2008 through March 31, 2008 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $24,937.50 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $100,665.73 |

This ia an:__X__interim  ____final application

Fees for this application are all flat fee billings or hourly billings if so noted pursuant to contract with one of the Debtors. This application includes no fee component in connection with the preparation of Fee Applications.

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $17,490.00 |
| Foreclosure-Hourly work | 30.10 Hours | $ 7,447.50 |
| TOTALS | 30.10 Hours | $24,937.50 |

## INTERIM EXPENSES

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Funds advanced for foreclosure costs. (i.e. Title searches, service of process, filing fees, clerk fees and sale fees) | N/A | $100,665.73 |

## VERIFICATION OF FEE APPLICATION

STATE OF NEW YORK   )
                                        )   SS:
COUNTY OF NASSAU   )

   ALAN H. WEINREB, after being duly sworn according to law, deposes and says:

   1. I am a member in the applicant firm (the "Firm") and have been admitted to the bar of the state of New York since October, 1983.

   2. I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

   3. The services and expenses were performed and incurred within the month subject to the foregoing Application.

   4. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                _____
                ALAN H. WEINREB, ESQ.
                The Law Offices of Alan Weinreb, PLLC
                6800 Jericho Turnpike, Suite 207 W
                Syosset, New York 11791
                516-945-6055

SWORN TO AND SUBSCRIBED
Before me this ____ day of April, 2008.

_____
Notary Public