# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

# Minute Entry

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | American Home Mortgage Holdings, Inc. |
| **Case Number:** | 07-11047-CSS    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, APRIL 16, 2008 11:00 AM    CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | DANIELLE GADSON |
| **Reporter / ECR:** | NICKITA BARKSDALE |

### Matter:

Motion for Relief from Stay

**R / M #:**    0 / 0

### Appearances:

See attached sign-in sheet

### Proceedings:

Hearing Matters

Agenda Items:

Judge denies Motion in Limine w/o prejudice.
Hearing will continue to 4/17/08.