# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NO.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** April 16, 2008 @ 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Nicholas Cremona (telephonic) | Kaye Scholer | Bank of America |
| Ana M. Alfonso (telephonic) (in person) | | |
| Robert J. Moore (telephonic) | Milbank, Tweed, Hadley & McCloy | ABN AMRO Bank |
| Fred Neufeld (telephonic) | | |
| Matt Lunn (telephonic) | | |
| Sean Beach (telephonic) | YCST | AHM |
| Mitchell Taylor (telephonic) | Kroll, Zolfo & Cooper | AHM |
| Sander Esserman | Greenberg Traurig | WLR Recovery Fund |
| Mark T Power | Hahn & Hessen LLP | Committee |
| Edward L Schnitzer | " | " |
| Mildred Schnutter | Kaye Scholer | BofA |
| William Kirschbaum | Kaye Scholer | BofA |
| Laurie Selber Silverstein | Potter Anderson | BofA |
| Robert Bradly | YCST | Debtors |
| John Dorsey | YCST | " |
| Robin Bissel | YCST | " |