# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage  
**CASE NO.:** 07-11047 (CSS)  
**COURTROOM LOCATION:** Courtroom 6  
**DATE:** April 17, 2008 @ 11:00 A.M. 12 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Nicholas Cremona (telephonic) | Kaye Scholer | Bank of America |
| Matthew Lunn (telephonic) Sean Beach (telephonic) | YCST | American Home Mortgage |
| Mitchell Taylor (telephonic) | Kroll Zolfo & Cooper | American Home Mortgage |
| Bonnie Fatell | Blank Rome | The Creditors Committee |
| Mark Power | Hahn & Hessen | " |
| Robert Brady | Young Conaway | Debtors |
| John Dorsey | " | " |
| Robin Bissell | " | " |
| James Patton | " | " |
| Lynne Silverstein | Potter Anderson Corroon | Bank of America |
| Michael Sherrett | Kaye Scholer | " |
| Marion Kirchheim | " | " |
| Scott Talmadge | " | " |
| Jeff Fisher | " | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**