IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------  x
In re:                                                        :   Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,  1                            :
                                                             :   Jointly Administered
                                                             :
        Debtors.                                             :   Objection Deadline: May 7, 2008 at 4:00
------------------------------------------------------------  x   p.m.
                                                                 Hearing Date: N/A
```

## NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel for the Official Committee of Unsecured
Creditors, Counsel for the Administrative Agent, Counsel for the DIP Agent, and
Milestone Advisors, LLC.

      The **Sixth Monthly Application of Milestone Advisors LLC as Financial
Advisor and Investment Banker for the Debtors, for Allowance of Compensation for
Services Rendered and for Reimbursement of Expenses During the Period From January
1, 2008 through January 31, 2008** (the "Application") has been filed with the Bankruptcy
Court.  The Application seeks allowance of interim fees in the amount of $200,000.00 and
interim expenses in the amount of $2,827.00.

      Objections to the Application, if any, are required to be filed on or before **May 7,
2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States
Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington,
Delaware 19801.

      At the same time, you must also serve a copy of the response so as to be received by the
following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538
Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young
Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington,
Delaware 19899-0391 (Attn.: James L. Patton, Jr.), counsel to the Debtors; (iii) Milestone

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.

Advisors, LLC, 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn: Jeffrey M. Levine); (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the Committee; (v) Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Attn.: Margot B. Schonholtz and Scott D. Talmadge) and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801 (Attn.: Laurie Selber Silverstein), counsel to the Administrative Agent; (vi) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn.: Corinne Ball and Erica M. Ryland) and Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn.: Victoria Counihan), counsel to the DIP Agent; (vii), and the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

      PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

      PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
     April 17, 2008

             YOUNG CONAWAY STARGATT & TAYLOR, LLP


             James L. Patton, Jr. (No. 2202)
             Pauline K. Morgan (No. 3650)
             Sean M. Beach (No. 4070)
             Matthew B. Lunn (No. 4119)
             Margaret B. Whiteman (No. 4652)
             The Brandywine Building
             1000 West Street, 17th Floor
             Wilmington, Delaware 19801
             Telephone: (302) 571-6600
             Facsimile: (302) 571-1253


             Counsel for Debtors and
             Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------- x
In re:                                          :   Chapter 11
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                 :
                                                :   Jointly Administered
        Debtors.                                :
--------------------------------------------------------- x
```

## SIXTH MONTHLY APPLICATION OF
## MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER
## FOR THE
## DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
## OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
## FOR THE INTERIM PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008

| | |
|---|---|
| Name of Applicant: | Milestone Advisors LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | January 1, 2008 through January 31, 2008 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $200,000.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $2,827.00 |

This is an: __X__ interim ____ final application

This application includes no hours incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 12/7/07 - #2316 | 8/6/2007- 8/31/07 | $167,741.94 | $67,661.78 | $167,741.94 | $67,661.78 |
| 12/13/07- #2378 | 9/1/2007- 9/30/07 | $200,000.00 | $47,954.43 | $200,000.00 | $47,954.43 |
| 1/2/08- #2563 | 10/1/2007-10/31/07 | $200,000.00 | $25,943.49 | $200,000.00 | $25,943.49 |
| 3/14/08- #3310 | 11/1/2007-11/30/07 | $800,000.00 | $20,228.88 | $800,000.00 | $20,228.88 |
| 4/15/08- #3701 | 12/1/2007-12/31/07 | $200,000.00 | $5,856.15 | | |

**AMERICAN HOME MORTGAGE**

**MILESTONE ADVISORS LLC**
**SUMMARY OF HOURS WORKED BY PROFESSIONAL**
**FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008**

| PROFESSIONAL | POSITION | HOURS |
|---|---|---|
| Jeffrey Levine | Managing Director | 5.0 |
| John Nelligan | Managing Director | 18.0 |
| Eugene Weil | Managing Director | 37.0 |
| Emmelene Lee | Senior Associate | 2.5 |
| Richard Young | Associate | 13.5 |
| Andrew Bernstein | Analyst | 19.0 |
| Darryl Conway | Analyst | 64.5 |
| Thomas (TJ) Humes | Analyst | 14.5 |
| Saad Irfani | Analyst | 30.5 |
| **Total** | | **204.5** |

**AMERICAN HOME MORTGAGE**

**MILESTONE ADVISORS LLC**
**SUMMARY OF HOURS WORKED BY PROJECY CODE**
**FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008**

| Project Code | Description of Activity | Hours |
|---|---|---|
| 102 | Negotiation, documentation, court approval process and closing of sale of servicing operation | 19.0 |
| 104 | Contact prospective acquirers, execute confidentiality agreements, respond to due diligence requests, and participate in due diligence discussions with prospective acquirers of bank | 31.5 |
| 105 | Negotiation, documentation, court approval process and closing of sale of bank | 37.5 |
| 106 | Coordination of, and provide support to AHM personnel for, sale of various assets (other than servicing related assets and AHM Bank); internal AHM meetings and calls | 110.0 |
| 110 | Non working travel time | 6.5 |
| | | **204.5** |

# AMERICAN HOME MORTGAGE

## MILESTONE ADVISORS LLC
### INTERIM EXPENSE SUMMARY
### FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008

| Expense Category | Amount |
| --- | --- |
| Airfare | $994.09 |
| Lodging | 519.36 |
| Meals | 155.92 |
| Car Rental / Taxis | 262.73 |
| Telephone / Teleconference | 32.98 |
| Express courier | 35.04 |
| Total | $2,827.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- x

In re:                                                    : Chapter 11
                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                    : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                           :
                                                          : Jointly Administered
                                                          :
            Debtors.                                      :

-------------------------------------------------------------- x

### SIXTH MONTHLY APPLICATION OF
### MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER
### FOR THE
### DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
### OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
### FOR THE INTERIM PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008

Pursuant to 11 U.S.C. §§ 328, 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the financial advisory and investment banking firm of Milestone Advisors LLC (hereinafter "Milestone") hereby moves this Court for reasonable compensation for professional services rendered as financial advisor and investment banker to American Home Mortgage Holdings, Inc., *et al.*, the debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), in the amount of $200,000.00 together with reimbursement for actual and necessary expenses incurred in the amount of $2,827.00 for the interim period January 1, 2008 through January 31, 2008 (the "Interim Fee Period"). In support of its Application, Milestone respectfully represents as follows:

### RELIEF REQUESTED

1. Milestone was employed under an engagement letter to represent the Debtors as financial advisor and investment banker in connection with this chapter 11 case effective as of August 6, 2007, pursuant to an Order entered by this Court on October 17, 2007. Pursuant to Milestone's engagement letter with the Debtors, as approved and amended by the Retention Order, Milestone is authorized to receive a monthly financial advisory fee of $200,000.00 (a "Monthly

Fee") for each month for the term of the engagement and to be reimbursed for its reasonable expenses incurred in connection with the engagement.

2. For the Interim Fee Period, Milestone seeks (i) allowance of compensation for professional services rendered to the Debtors in the aggregate amount of $200,000.00 for the Monthly Fees for January 2008 and (ii) reimbursement of Milestone's actual, reasonable and necessary expenses incurred and recorded in connection with the rendition of services during such Interim Fee Period in the amount of $2,827.00. The total compensation and expense reimbursement sought in this fee application is $202,827.00.

3. All services for which compensation is requested by Milestone were performed for or on behalf of the Debtors. Milestone respectfully submits that the requested compensation is appropriate and should be approved and Milestone further submits that the services that Milestone has rendered to the Debtors have been necessary and in the best interests of the Debtors and have furthered the goals of all parties in interest.

## TIME RECORDS

4. Milestone does not maintain, in the normal course of providing financial advisory and investment banking services to its clients, detailed written time records, and does not bill its clients based on the number of hours expended by its professionals. However, Milestone has agreed to and will maintain records of the time expended by its professionals in the rendition of professional services to the Debtors for the duration of these chapter 11 cases. The Court approved the Retention Order which expressly permits Milestone to maintain time records by day, by person, for this Interim Fee Period, and in half hour increments for all time expended thereafter.

## SUMMARY OF SERVICES RENDERED

5. During this Interim Fee Period, on behalf of the Debtors, Milestone continued to provide its customary financial advisory and investment banking services to the Debtor and handled

follow on matters related to the sale of the Mortgage Servicing Rights ("MSR") and Servicing

Platform. Additionally, Milestone professionals expended a significant amount of time in relation

to the marketing and sale of American Home Bank ("AHM Bank") and also started the sale of the

non performing loan pools. A detailed description of services rendered by Milestone by

professional during the Interim Fee Period, summarized by Project code, and the number of hours

expended in performing such services are set forth in Exhibit A.

6. Milestone continued to work on matters related to the Asset Purchase Agreement

("APA"), completing reconciliations to insure that payments made to the Debtor were in accordance

with the APA. Discrepancies were identified, researched and handled with the appropriate parties.

Calculations of funding due to the Purchaser from the Debtor were performed.

7. Marketing calls, meetings, and conference calls with various parties in relation to

the sale of AHM Bank. Financial models were created and data on comparable banks and bank sales

were compiled to assist in the sale process. Milestone professionals managed the sale process

through the facilitation of meetings and conference calls with potential purchasers of AHM Bank

and the Debtor. Meetings were held with the attorneys in preparation for and with the Unsecured

Creditors Committee to discuss status of the sale.

8. In this Interim Fee Period, Milestone began the process for the sale of the Debtors

non-performing loans which consisted of three separate pools with a varied amount of loans and

underlying UPB in each pool. Milestone developed the contact list of potential buyers, and drafted

the Non Disclosure Agreement used in the process. Confidentiality agreements were distributed to

343 individual parties and ultimately 43 parties executed such agreements.

9. Milestone gathered and uploaded all relevant loan sale documents to the data

room, and granted access to all parties that had executed confidentiality agreements. Milestone

responded to all requests for additional data and coordinated with the appropriate personnel at the

Debtor to fulfill all requests for additional information and assisting buyers with their diligence

efforts and requests.

## DISBURSEMENTS

10.     Milestone has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $2,827.00.  This disbursement sum is broken down into categories of charges, including, among other things, travel related items such as airfare, train fare, lodging, "working" meals, and requisite local transportation.  Other administrative expenses incurred were for telephone and teleconference, mail and express couriers.  A complete review of expenses incurred by category for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

## VALUATION OF SERVICES

11.     Investment bankers and analysts of Milestone have expended a total of 204.5 hours in connection with this matter during the Interim Fee Period.  The amount of hours spent by each of these persons providing services to the Debtors for the Interim Fee Period is fully set forth in the detail attached hereto as Exhibit A.

12.     Milestone believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

13.     In accordance with the factors enumerated in 11 U.S.C. §328 and §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

14.     This Application covers the Interim Fee Period January 1, 2008 through January 31, 2008.

WHEREFORE, Milestone requests that allowance be made to it in the sum of $200,000.00

as compensation for necessary professional services rendered to the Debtors for the Interim

Fee Period, and the sum of $2,827.00 for reimbursement of actual necessary costs and

expenses incurred during that period, and further requests such other and further relief as

this Court may deem just and proper.

Dated: Wilmington, Delaware
   April 16, 2008

         MILESTONE ADVISORS LLC

         Eugene S. Weil
         1775 Eye Street NW, Suite 800
         Washington, DC 20006
         Telephone: (202) 367-3000
         Facsimile: (202) 367-3001

         Financial Advisor and Investment Banker for Debtors and
         Debtors in Possession

## VERIFICATION

STATE OF DELAWARE      )
                       )        SS:
NEW CASTLE COUNTY      )

Eugene S. Weil, after being duly sworn according to law, deposes and says:

1.      I am a Managing Director and President in the applicant firm, Milestone

Advisors LLC and have been employed by the applicant firm since 2001.

2.      I have personally performed many of the professional services rendered by

Milestone Advisors LLC, as financial advisor and investment banker to the Debtors and am familiar

with all other work performed on behalf of the professionals in the firm.

3.      The facts set forth in the foregoing Application are true and correct to the

best of my knowledge, information and belief.

_____

EUGENE S. WEIL

SWORN TO AND SUBSCRIBED before me this _16_ day of April 2008.

PER! S. D*
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 14, 2012

_____
Notary Public
My Commission Expires:_5|14|12_

# EXHIBIT A

## AMERICAN HOME MORTGAGE
## MILESTONE ADVISORS, LLC
## DETAIL OF SERVICES RENDERED BY PROJECT CODE
## FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Lee, Emmelene | 1/2/2008 | 106 | 0.5 | Analysis of leases that has not been rejected |
| Weil, Gene | 1/2/2008 | 105 | 2.5 | Calls with M Taylor and WL Ross re: AHM Bank; internal calls re: same |
| Bernstein, Andrew | 1/3/2008 | 102 | 1.0 | Calculation of funding due to WLR from AHM Corp for advances on excluded portfolio |
| Lee, Emmelene | 1/3/2008 | 106 | 1.0 | Determination of services at locations that need to be terminated and location of US Bank Equipment Leases |
| Nelligan, John | 1/3/2008 | 106 | 4.0 | Reviewing AH Bank SPA |
| Young, Richard | 1/3/2008 | 104 | 0.5 | Manage Sales Process |
| Humes, TJ | 1/3/2008 | 105 | 2.0 | Dealing with extending the lease rejection day |
| Irfani, Saad | 1/3/2008 | 106 | 0.0 | Assisting IndyMac lease transfers |
| Weil, Gene | 1/3/2008 | 105 | 4.0 | Review AHM bank SPA; calls with Nelligan and M Taylor re: same |
| Irfani, Saad | 1/4/2008 | 106 | 2.0 | Non-performing loan sale-Assisting buyer diligence |
| Weil, Gene | 1/4/2008 | 105 | 3.0 | Conference call with Milestone, Kroll, Muldoon Murphy and Cadwalader re: SPA |
| Humes, TJ | 1/4/2008 | 105 | 1.0 | Dealing with extending the lease rejection day |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Bernstein, Andrew | 1/4/2008 | 102 | 1.0 | Calculation of funding due to WLR from AHM Corp for advances on excluded portfolio |
| Humes, TJ | 1/4/2008 | 104 | 1.0 | NDA and OM distribution |
| Nelligan, John | 1/4/2008 | 106 | 2.5 | Conference call with AH Counsel and Kroll to review SPA |
| Bernstein, Andrew | 1/7/2008 | 102 | 1.0 | Calculation of funding due to WLR from AHM Corp for advances on excluded portfolio |
| Irfani, Saad | 1/7/2008 | 106 | 2.5 | Assisting IndyMac lease transfers |
| Bernstein, Andrew | 1/8/2008 | 102 | 1.0 | Calculation of funding due to WLR from AHM Corp for advances on excluded portfolio |
| Humes, TJ | 1/8/2008 | 104 | 1.5 | Diligence distribution |
| Levine, Jeff | 1/8/2008 | 104 | 1.0 | Follow up on GNMA and FHLMC servicing sales |
| Irfani, Saad | 1/8/2008 | 106 | 1.5 | Assisting IndyMac lease transfers |
| Weil, Gene | 1/8/2008 | 105 | 3.5 | Meeting with WL Ross re: AHM Bank; meeting with M Taylor and K. Nystrom re: status |
| Humes, TJ | 1/9/2008 | 104 | 1.0 | Comparable bank data collection |
| Bernstein, Andrew | 1/9/2008 | 102 | 1.0 | Calculation of funding due to WLR from AHM Corp for advances on excluded portfolio |
| Weil, Gene | 1/9/2008 | 105 | 2.0 | Calls and internal meeting in preparation for UCC call |
| Nelligan, John | 1/10/2008 | 106 | 0.5 | Internal meeting re: IndyMac Branch Sale |
| Bernstein, Andrew | 1/10/2008 | 102 | 1.0 | Calculation of funding due to WLR from AHM Corp for advances on excluded portfolio |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Weil, Gene | 1/10/2008 | 105 | 2.0 | Calls with UCC. M Taylor and AHM Bank executives |
| Humes, TJ | 1/10/2008 | 104 | 1.0 | Process update |
| Nelligan, John | 1/10/2008 | 104 | 2.0 | UCC / Kroll / Milestone conference call |
| Nelligan, John | 1/10/2008 | 106 | 0.5 | Call with AH Bank CEO |
| Young, Richard | 1/10/2008 | 104 | 0.5 | Manage Sales Process |
| Irfani, Saad | 1/10/2008 | 106 | 2.0 | Non-performing loan sale-Assisting buyer diligence |
| Bernstein, Andrew | 1/11/2008 | 102 | 1.0 | Calculation of funding due to WLR from AHM Corp for advances on excluded portfolio |
| Irfani, Saad | 1/11/2008 | 106 | 1.0 | Assisting IndyMac lease transfers |
| Young, Richard | 1/14/2008 | 104 | 2.0 | Manage Sales Process |
| Levine, Jeff | 1/14/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Bernstein, Andrew | 1/14/2008 | 102 | 1.0 | Calculation of funding due to WLR from AHM Corp for advances on excluded portfolio |
| Weil, Gene | 1/14/2008 | 105 | 3.5 | Telephone hearing on AHM Bankruptcy; calls with M Taylor and Josh Seegopaul of WLR |
| Irfani, Saad | 1/14/2008 | 106 | 2.0 | Assisting IndyMac lease transfers |
| Nelligan, John | 1/14/2008 | 104 | 0.5 | Conference call with AIG United Guaranty regarding Mortgage reinsurance subsidiaries |
| Irfani, Saad | 1/15/2008 | 106 | 3.0 | Non-performing loan sale-Assisting buyer diligence |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Bernstein, Andrew | 1/15/2008 | 102 | 1.0 | Calculation of funding due to WLR from AHM Corp for advances on excluded portfolio |
| Irfani, Saad | 1/16/2008 | 106 | 2.5 | Non-performing loan sale-Assisting buyer diligence |
| Bernstein, Andrew | 1/16/2008 | 102 | 1.0 | Calculation of funding due to WLR from AHM Corp for advances on excluded portfolio |
| Young, Richard | 1/16/2008 | 104 | 2.0 | Manage Sales Process |
| Humes, TJ | 1/16/2008 | 104 | 1.5 | AHM Bank "Teaser" preparation |
| Lee, Emmelene | 1/16/2008 | 106 | 0.5 | Determination of locations for equipment leases |
| Nelligan, John | 1/16/2008 | 106 | 1.5 | Various calls with IndyMac regarding sale of branches |
| Conway, Darryl | 1/17/2008 | 106 | 1.0 | Non performing loan sale; nda prep |
| Levine, Jeff | 1/17/2008 | 104 | 1.0 | Follow up on GNMA and FHLMC servicing sales |
| Bernstein, Andrew | 1/17/2008 | 102 | 1.0 | Calculation of funding due to WLR from AHM Corp for advances on excluded portfolio |
| Humes, TJ | 1/17/2008 | 104 | 1.0 | Bank model analysis |
| Bernstein, Andrew | 1/18/2008 | 102 | 1.0 | Calculation of funding due to WLR from AHM Corp for advances on excluded portfolio |
| Weil, Gene | 1/18/2008 | 105 | 3.0 | Calls with M Tayolor and Josh Seegopaul; analysis of WLR transaction re: AHM Bank; internal call re: same |
| Irfani, Saad | 1/18/2008 | 106 | 3.0 | Assisting IndyMac lease transfers |
| Lee, Emmelene | 1/18/2008 | 106 | 0.5 | Determination of locations for equipment leases |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Conway, Darryl | 1/19/2008 | 106 | 4.5 | Non performing loan sale; send out 300 NDAs |
| Conway, Darryl | 1/20/2008 | 106 | 3.0 | Non performing loan sale; respond to questions concerning sale process and nda |
| Conway, Darryl | 1/20/2008 | 106 | 2.0 | Non performing loan sale; continue to send out more ndas |
| Conway, Darryl | 1/21/2008 | 106 | 2.5 | Non performing loan sale; respond to questions concerning nda |
| Conway, Darryl | 1/21/2008 | 106 | 1.5 | Non performing loan sale; send out more ndas |
| Bernstein, Andrew | 1/21/2008 | 102 | 1.0 | Calculation of funding due to WLR from AHM Corp for advances on excluded portfolio |
| Humes, TJ | 1/21/2008 | 104 | 3.0 | Preparation of business plan comps |
| Young, Richard | 1/21/2008 | 104 | 2.0 | Manage Sales Process |
| Weil, Gene | 1/21/2008 | 105 | 2.0 | Calls with M Taylor and Josh Seegpaul; prepare for Kroll meeting on AHM Bank |
| Irfani, Saad | 1/21/2008 | 106 | 2.0 | Assisting IndyMac lease transfers |
| Conway, Darryl | 1/21/2008 | 106 | 1.5 | Non performing loan sale; answer questions concerning loan sale process |
| Irfani, Saad | 1/22/2008 | 106 | 1.0 | Assisting IndyMac lease transfers |
| Humes, TJ | 1/22/2008 | 104 | 0.5 | Sending CIMs |
| Conway, Darryl | 1/22/2008 | 106 | 5.5 | Non performing loan sale; begin granting access to the data room |
| Young, Richard | 1/22/2008 | 104 | 2.0 | Manage Sales Process |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Bernstein, Andrew | 1/22/2008 | 102 | 1.0 | Calculation of funding due to WLR from AHM Corp for advances on excluded portfolio |
| Nelligan, John | 1/22/2008 | 110 | 4.0 | Travel time |
| Nelligan, John | 1/22/2008 | 106 | 2.5 | Meeting with Kroll, AH Bank Management team to discuss business plan |
| Weil, Gene | 1/22/2008 | 105 | 4.0 | Meeting in NYC with Kroll; AHM Bank executives. Milestone and Strauss re: AHM Bank status and alternative business plan |
| Weil, Gene | 1/22/2008 | 110 | 2.5 | Travel to and from NYC |
| Conway, Darryl | 1/22/2008 | 106 | 2.5 | Non performing loan sale; posting items to the data site |
| Bernstein, Andrew | 1/23/2008 | 102 | 1.0 | Calculation of funding due to WLR from AHM Corp for advances on excluded portfolio |
| Conway, Darryl | 1/23/2008 | 106 | 2.5 | Non performing loan sale; grant data room access |
| Conway, Darryl | 1/23/2008 | 106 | 1.5 | Non performing loan sale; answer questions concerning NDAs |
| Levine, Jeff | 1/23/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Irfani, Saad | 1/24/2008 | 106 | 3.0 | Non-performing loan sale-Assisting buyer diligence |
| Bernstein, Andrew | 1/24/2008 | 102 | 1.0 | Calculation of funding due to WLR from AHM Corp for advances on excluded portfolio |
| Conway, Darryl | 1/24/2008 | 106 | 1.5 | Non performing loan sale; post documents on the data site |
| Conway, Darryl | 1/24/2008 | 106 | 2.0 | Non performing loan sale; grant access to the data room |
| Humes, TJ | 1/25/2008 | 104 | 1.0 | Bank conference call |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Conway, Darryl | 1/25/2008 | 106 | 3.5 | Non performing loan sale; grant access to the data room |
| Conway, Darryl | 1/25/2008 | 106 | 1.5 | Non performing loan sale; answer questions concerning NDA |
| Irfani, Saad | 1/25/2008 | 106 | 2.5 | Non-performing loan sale-Assisting buyer diligence |
| Weil, Gene | 1/25/2008 | 105 | 3.5 | Calls with M Taylor and AHM Bank management team; internal calls re: business plan analysis; calls with Josh Seegopaul and WLR |
| Young, Richard | 1/25/2008 | 104 | 1.0 | Manage Sales Process |
| Conway, Darryl | 1/25/2008 | 106 | 2.0 | Non performing loan sale; answer questions concerning loan pools |
| Conway, Darryl | 1/26/2008 | 106 | 0.5 | Non performing loan sale; answer questions concerning loan sale process |
| Conway, Darryl | 1/26/2008 | 106 | 0.5 | Non performing loan sale; grant access to the data room |
| Conway, Darryl | 1/27/2008 | 106 | 0.5 | Non performing loan sale; answer questions concerning loan sale process/NDA |
| Irfani, Saad | 1/28/2008 | 106 | 1.0 | Assisting IndyMac lease transfers |
| Young, Richard | 1/28/2008 | 104 | 0.5 | Manage Sales Process |
| Conway, Darryl | 1/28/2008 | 106 | 1.0 | Non performing loan sale; upload items to the data room |
| Bernstein, Andrew | 1/28/2008 | 102 | 1.0 | Calculation of funding due to WLR from AHM Corp for advances on excluded portfolio |
| Conway, Darryl | 1/28/2008 | 106 | 2.5 | Non performing loan sale; grant data room access |
| Conway, Darryl | 1/28/2008 | 106 | 2.0 | Non performing loan sale; NDA process (send out/ respond to revisions) |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Levine, Jeff | 1/28/2008 | 106 | 1.0 | Assist Gene / John in general follow-up on AHM |
| Conway, Darryl | 1/28/2008 | 106 | 0.5 | Non performing loan sale; update contact list |
| Conway, Darryl | 1/29/2008 | 106 | 0.5 | Non performing loan sale; send out NDAs |
| Conway, Darryl | 1/29/2008 | 106 | 1.5 | Non performing loan sale; answer questions concerning loan sale process |
| Conway, Darryl | 1/29/2008 | 106 | 2.0 | Non performing loan sale; grant access to the data room |
| Weil, Gene | 1/29/2008 | 105 | 1.5 | AHM conference call re: AHM bank sale process |
| Young, Richard | 1/29/2008 | 104 | 2.0 | Manage Sales Process |
| Conway, Darryl | 1/29/2008 | 106 | 1.5 | Non performing loan sale; contact parties concerning collateral cds |
| Irfani, Saad | 1/29/2008 | 106 | 1.5 | Assisting IndyMac lease transfers |
| Conway, Darryl | 1/30/2008 | 106 | 1.5 | Non performing loan sale; NDAs |
| Conway, Darryl | 1/30/2008 | 106 | 2.0 | Non performing loan sale; grant access to the data room |
| Conway, Darryl | 1/30/2008 | 106 | 2.5 | Non performing loan sale; send out collateral cds |
| Young, Richard | 1/30/2008 | 104 | 1.0 | Manage Sales Process |
| Bernstein, Andrew | 1/30/2008 | 102 | 1.0 | Calculation of funding due to WLR from AHM Corp for advances on excluded portfolio |
| Conway, Darryl | 1/30/2008 | 106 | 1.5 | Non performing loan sale; answer questions concerning loan pool |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Conway, Darryl | 1/31/2008 | 106 | 1.5 | Non performing loan sale; contact list updates |
| Bernstein, Andrew | 1/31/2008 | 102 | 1.0 | Calculation of funding due to WLR from AHM Corp for advances on excluded portfolio |
| Conway, Darryl | 1/31/2008 | 106 | 2.5 | Non performing loan sale; send out NDAs/ answer questions |
| Conway, Darryl | 1/31/2008 | 106 | 1.5 | Non performing loan sale; grant access to the data room |
| **Total Hours:** | | | 204.5 | |

**Exhibit B**

**Milestone Advisors LLC**
**Detail Expenses by Professional**
**January 1, 2008 - January 31, 2008**

| Date | Expense Category | Professional | Description | Amount |
|------|------------------|--------------|-------------|--------|
| 01/08/08 | Airfare | Weil, Eugene | US Air Shuttle/ AHM Meeting | 235.18 |
| 01/13/08 | Rental Car, taxi | Weil, Eugene | Artie Felt | 148.00 |
| 01/16/08 | Airfare | Weil, Eugene | Delta Air DCA-LGA | 158.55 |
| 01/16/08 | Agency Fees | Weil, Eugene | Premier Travel | 45.00 |
| 01/16/08 | Agency Fees | Weil, Eugene | Premier Travel | 45.00 |
| 01/17/08 | Meals | Weil, Eugene | Nobu 57 | 143.84 |
| 01/17/08 | Telephone - Conference | Court Call | Court Call | 25.00 |
| 01/18/08 | Lodging | Weil, Eugene | Loews Hotel 1/17-1/18/08 | 519.36 |
| 01/21/08 | Airfare | Nelligan, John | US Airways - DCA - LGA | 235.18 |
| 01/22/08 | Agency Fees | Weil, Eugene | Baker Travel | 40.00 |
| 01/22/08 | Airfare | Weil, Eugene | US Airways DCA-LGA | 235.18 |
| 01/26/08 | Telephone - Conference | Premier | Premier Global service | 7.98 |
| 01/28/08 | Postage - Express | Zoom | Zoom Delivery | 23.45 |
| 01/28/08 | Printing | Video Files | Cuminate Video Files- Loan Disc Dupl 1/28/08 | 330.75 |
| 01/31/08 | Printing | Video Files | Cuminate VideoFiles- Loan Disc Dupl 1/31/08 | 498.13 |
| 01/31/08 | Rental Car, taxi | Red Top | Red Top Cab | 114.73 |
| 1/1/2008 | Postage - Express | Fedex | Fedex | 11.59 |
| 1/8/2008 | Meals | Bernstein, Andrew | Marvelous Market | 12.08 |
| | | | | 2,827.00 |