IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| American Home Mortgage Holdings, Inc, a Delaware Corporation, *et al.,* | Case No. 07-11047(CSS) |
| Debtors. | Jointly Administered |

## MOTION OF AT&T REQUESTING ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)

AT&T and its affiliated entities[1] (collectively, "AT&T") by and through its counsel, Lowenstein Sandler PC and Archer & Grenier, P.C., hereby file this Motion requesting allowance and payment of its administrative expense claim against American Home Mortgage Holdings, Inc., a Delaware Corporation, and its affiliated debtors (the "Debtors") pursuant to 11 U.S.C. § 503(b), and respectfully represent as follows:

### JURISDICTION

1.     This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the statutory basis for relief requested herein is 11 U.S.C. § 503(b). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND

2.     On August 6, 2007 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy

---

[1] On or about November 19, 2005, AT&T Corp. merged into and with SBC Communications Inc. with SBC Communications Inc. being the surviving entity. SBC Communications Inc. subsequently changed its name to AT&T Inc. In addition, on or about December 29, 2006, AT&T Inc. purchased Bellsouth Telecommunications, Inc. with AT&T Inc. being the surviving entity.

Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

3.      During the course of these Chapter 11 cases, AT&T has provided telecommunications and related services to the Debtors. The Debtors, however, have not paid for those services.

4.      As of March 28, 2008, the unpaid post-petition charges for AT&T's services total $232,589.70. *See* spreadsheet annexed hereto as Exhibit A.

## RELIEF REQUESTED

5.      AT&T respectfully seeks immediate payment of the outstanding $232,589.70 amount as an administrative expense.

## ARGUMENT

6.      Pursuant to §§ 503 (a) and (b) of the Bankruptcy Code, AT&T is entitled to receive payment for post-petition services rendered as an administrative expense claim. Section 503(a) and (b) provide as follows:

> (a) An entity may timely file a request for payment of an administrative expense, or may tardily file such request if permitted by the court for cause.

> (b) After notice and a hearing, there shall be allowed, administrative expenses, other than claims allowed under section 502(f) of this title, including --

>> (1) (A) the actual, necessary costs and expenses of preserving the estate . . .

11 U.S.C. §§ 503(a) and (b).

7.    The Debtors' post-petition use of AT&T's services constitute "actual, necessary costs and expenses of preserving the estate," as contemplated by § 503(b)(1)(A) of the Bankruptcy Code, and as such, should be paid in full. *See In re Crystal Apparel, Inc.*, 220 B.R. 816, 830 (Bankr. S.D.N.Y. 1998) (finding that "[t]ransactions in the ordinary course of business of the debtor-in-possession create expenses of administration"). Indeed, the telecommunications and related services provided by AT&T to the Debtors serve a critical function in the Debtors' communications structure.

8.    Accordingly, AT&T should immediately be paid the outstanding $232,589.70 as an administrative expense.[2]

## NOTICE

9.    Notice has been provided to (a) counsel to the Debtors, (b) the United States Trustee, (c) counsel to the Creditors Committee and (d) all parties who have requested and are receiving notices through the Bankruptcy Court's electronic filing system.

10.    No previous request for the relief sought in this Motion has been made to this or any other Court.

*[remainder of page intentionally left blank]*

---

[2]    The $232,589.70 amount reflects amounts owing from the Petition Date through March 28, 2008. AT&T reserves all rights, including the right to amend that amount and to request additional amounts owing after March 28, 2008.

**WHEREFORE,** AT&T respectfully requests the entry of an order allowing the administrative expense claim of AT&T and directing the immediate payment in the amount of $232,589.70.

Dated: April 17, 2008

Respectfully submitted,

 */s/Charles J. Brown, III*
Charles J. Brown, III, Esq. (DE-3368)
ARCHER & GREINER PC
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801
Phone: 302.777.4350
Fax:    302.777.4352
cbrown@archerlaw.com

-and-

Vincent A. D'Agostino, Esq.
Eric H. Horn, Esq.
Joseph M. Yar, Esq.
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey  07068
Phone: 973.597.2500
Fax:    973.597.2400
vdagostino@lowenstein.com
ehorn@lowenstein.com
jyar@lowenstein.com

*Attorneys for AT&T*

# EXHIBIT A

## American Home Mortgage Holdings Inc.

| BTN/Account No. | Post Amt |
|---|---|
| 217 546-6500 110 | $240.38 |
| 248 822-3019 665 | $488.85 |
| 262 796-8295 323 | $3,605.20 |
| 317 883-2000 481 | $3,338.42 |
| 419 425-5032 071 | $40.35 |
| 419 425-5114 317 | $0.00 |
| 440 356-1722 617 | $32.57 |
| 608 274-6956 631 | $1,079.28 |
| 614 825-1632 825 | $367.07 |
| 614 866-5129 305 | $143.60 |
| 614 891-6102 317 | $177.92 |
| 614 895-0147 147 | $186.70 |
| 614 R01-6745 017 | $204.02 |
| 630 505-5101 268 | $183.59 |
| 630 513-8028 174 | $0.09 |
| 630 527-2116 065 | $867.24 |
| 630 955-0036 773 | $366.67 |
| 630 R06-1108 738 | $2,611.06 |
| 708 524-8941 315 | $269.98 |
| 740 654-6397 503 | $576.05 |
| 773 404-8575 734 | $312.32 |
| 810 385-5829 938 | $825.44 |
| 810 953-4830 298 | $1.41 |
| 812 476-5000 728 | $1,659.22 |
| 815 444-7420 700 | $0.00 |
| 847 480-5895 271 | $4,544.21 |
| 847 640-4180 712 | $4,377.02 |
| 847 R16 0425 629 | $19,685.87 |
| 210 481-5837 318 | $48.52 |
| 281 296-0370 672 | $6,363.16 |
| 281 448-8098 978 | $1,756.55 |
| 281 464-3200 659 | $980.48 |
| 314 439-0133 796 | $395.05 |
| 314 487-2750 630 | $2,118.10 |
| 314 576-0892 008 | $81.27 |
| 314 835-1204 850 | $0.00 |
| 479 254-8895 611 | $976.61 |
| 573 365-6079 076 | $596.81 |
| 636 207-1613 155 | $197.14 |
| 636 527-0120 337 | $443.94 |
| 785 271-0103 197 | $46.74 |
| 816 221-0614 333 | $500.24 |
| 956 546-5759 151 | $28.44 |
| 956 687-8777 336 | $27.27 |
| 972 788-0290 431 | $1,232.29 |
| 972 788-0762 901 | $409.39 |
| 972 980-7494 152 | $75.24 |
| 209 477-5825 965 | $125.57 |
| 209 478-9123 347 | $257.51 |

| | |
|---|---|
| 209 575-4800 551 | $104.62 |
| 209 723-4355 755 | $557.49 |
| 408 626-7065 108 | $221.74 |
| 408 626-7293 591 | $231.22 |
| 530 666-5626 551 | $175.01 |
| 530 822-9975 822 | $194.73 |
| 530 892-1817 100 | $141.70 |
| 775 826-1170 373 | $3,398.67 |
| 831 759-8051 605 | $187.05 |
| 916 920-0274 629 | $436.56 |
| 916 984-8117 114 | $309.57 |
| 925 356-0130 433 | $151.37 |
| 960 456-4290 555 | $66,840.21 |
| 310 325-5849 282 | |
| 310 539-6694 253 | |
| 760 351-2345 459 | |
| 960 732-9357 555 | $1,012.40 |
| 960 733-4540 555 | $2,340.71 |
| 960 738-5064 555 | $41,221.63 |
| 209 223-5800 325 | $0.00 |
| 209 578-3450 294 | |
| 209 736-4250 271 | |
| 209 736-4627 410 | |
| 408 364-0117 768 | |
| 510 748-9851 619 | |
| 530 753-3738 450 | |
| | |
| 1717898050965 | $51,420.04 |
| 0302474870001 | ($34.56) |
| 8310000031857 | $500.33 |
| 0542729287001 | $0.00 |
| 0508304385001 | $27.81 |
| 0518468216001 | $100.12 |
| 0518468682001 | $66.90 |
| 0518468916001 | $66.67 |
| 0518476325001 | $72.86 |
| | |
| Total: | $232,589.70 |