UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., | ) |
| a Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: May 5, 2008 |
| | ) Hearing Date: May 12, 2008 @ 10:00 am |

## NOTICE OF MOTION OF AT&T REQUESTING ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)

PLEASE TAKE NOTICE that AT&T and its affiliated entities[1] (collectively, "AT&T") has filed papers with the Court seeking allowance and payment of $232,589.70 as an administrative expense claim.

If you oppose the *Motion* or if you want the court to consider your views regarding the Motion, you must file a written response with the Bankruptcy Court detailing your objection or response by **MAY 5, 2008.** You must also serve a copy of your response upon the following:

Charles J. Brown, III, Esq.
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
Telephone: 302.777.4350
Facsimile: 704.343.4352

-and-

Vincent A. D'Agostino, Esq.
Eric H. Horn, Esq.
Joseph M. Yar, Esq.
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
Phone: 973.597.2500
Fax:    973.597.2400

---

[1] On or about November 19, 2005, AT&T Corp. merged into and with SBC Communications Inc. with SBC Communications Inc. being the surviving entity. SBC Communications Inc. subsequently changed its name to AT&T Inc. In addition, on or about December 29, 2006, AT&T Inc. purchased Bellsouth Telecommunications, Inc. with AT&T Inc. being the surviving entity.

**THE HEARING IS SCHEDULED FOR MAY 12, 2008 AT 10:00 A.M. IN COURTROOM No. 6, ON THE FIFTH FLOOR UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, WILMINGTON, DELAWARE 19801.**

IF YOU DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

Dated: April 17, 2008

Respectfully submitted,

*/s/Charles J. Brown, III*
Charles J. Brown, III, Esq. (DE-3368)
ARCHER & GREINER PC
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801
Phone: 302.777.4350
Fax:   302.777.4352
cbrown@archerlaw.com

-and-

Vincent A. D'Agostino, Esq.
Eric H. Horn, Esq.
Joseph M. Yar, Esq.
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
Phone: 973.597.2500
Fax:   973.597.2400
vdagostino@lowenstein.com
ehorn@lowenstein.com
jyar@lowenstein.com

*Attorneys for AT&T*