IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:*  American Home Mortgage Holdings, Inc, a Delaware Corporation, *et al.,*  Debtors. | Chapter 11  Case No. 07-11047(CSS)  Jointly Administered |

### ORDER GRANTING MOTION OF AT&T FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §503(b)

**THIS MATTER,** having been opened to the Court upon the motion ("the Motion") of AT&T[1] for the entry of an Order requesting allowance and payment of its administrative expense claim pursuant to 11 U.S.C. §503(b); and it appearing that good and sufficient notice has been given; and after due deliberation and sufficient cause appearing therefore;

**WHEREFORE, THE COURT FINDS AND CONCLUDES:**

A.    The Court has jurisdiction over this matter pursuant to §§ 157 and 1334 of Title 28 of the United States Code.

B.    Due and adequate notice has been given to all parties entitled thereto, and no other or further notice is necessary or required.

**THEREFORE, IT IS HEREBY ORDERED:**

That the Motion is hereby GRANTED; and

**IT IS FURTHER ORDERED** that AT&T shall have an allowed administrative expense claim in the amount of $232,589.70; and

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.

12459/1251
04/17/2008 2081136.2

-2-

**IT IS FURTHER ORDERED** the Debtors shall pay AT&T $232,589.70 for post-petition services that have been rendered from the Petition Date through March 28, 2008 within 20 days of entry of this order.

Dated: _____
Wilmington, DE

                                       _____
                                       HONORABLE CHRISTOPHER S. SONTCHI
                                       UNITED STATES BANKRUPTCY JUDGE