UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., | ) |
| a Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**CERTIFICATE OF SERVICE**

CHARLES J. BROWN III, an attorney duly admitted to the bar of the State of Delaware, hereby certifies that on April 17, 2008, I caused a copy of the AT&T's Motion to Compel Payment of an Administrative Claim to be served by in the manner indicated on the parties on the annexed service list.

Charles J. Brown III (Bar No. 3368)

FIRST CLASS MAIL
James L. Patton, Jr.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Bldg.
1000 West St., 17th Floor
Wilmington, DE 19801

FIRST CLASS MAIL
Bonnie Glantz Tatell, Fatell, Esq.
Blank Rome LLP
1201 Market St., Suite 800
Wilmington, DE 19801

FIRST CLASS MAIL
Milestone Advisors, LLC
Attn: Jeffrey M. Levine
1775 Eye Street, NW, Suite 800
Washington, DC 20006

FIRST CLASS MAIL
Victoria Counihan, Esq.
Greenberg Traurig LLP
1007 North Orange St., Suite 1200
Wilmington, DE 19801

FIRST CLASS MAIL
Barry N. Seidel, Esq.
Stefanie Birbrower Greer, Esq.
King & Spalding, LLP
1185 Ave. of the Americas
New York, NY 10036

FIRST CLASS MAIL
Joseph McMahon, Esq.
Office of the United States Trustee
844 King St., Room 2207
Lockbox #35
Wilmington, DE 19899-0035

FIRST CLASS MAIL
Mark S. Indelicato
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

FIRST CLASS MAIL
Laurie Selber Silverstein, Esq
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, De 19801

FIRST CLASS MAIL
Robert A. Profusek, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

FIRST CLASS MAIL
Bruce A. Wilson, Esq.
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102

FIRST CLASS MAIL
American Home Mortgage Holdings, Inc.
Attn: Alan Horn, Gen. Counsel
538 Broadhollow Road
Melville, NY 11747

FIRST CLASS MAIL
Scott D. Talmadge, Esq.
Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

FIRST CLASS MAIL
Corinne Ball, Esq.
Erica M. Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

FIRST CLASS MAIL
William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Ave., 8th Floor
Wilmington, DE 19801

FIRST CLASS MAIL
Robert J. Denhey, Esq.
Donna Culver, Esq.
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market St., 18th Floor
Wilmington, DE 19801