IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :    Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :    Jointly Administered
        Debtors.                                                   :
------------------------------------------------------------------ x    Ref. No. 3405

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 3405

The undersigned hereby certifies that, as of the date hereof, the undersigned has received no answer, objection or other responsive pleading to Fourth Monthly Statement of Orlans Associates as Foreclosure Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period November 1, 2007 through November 30, 2007 (the "Application"). The Court's docket which was last updated April 17, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than April 14, 2008 at 4:00 p.m.

Pursuant to the Order Modifying Existing Procedures for the Compensation and

Reimbursement of Expenses of Certain Foreclosure Professionals and Real Estate Brokers

Utilized in the Ordinary Course and Granting Limited Nunc Pro Tunc Relief [Docket No. 2985]

the Debtors are now authorized to pay 100% ($28,902.50) of requested fees and 100% of

requested expenses ($35,442.18) on an interim basis without further Court order.

Dated: Wilmington, Delaware
          April 17, 2008

                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                    /s/ Ryan M. Bartley
                    James L. Patton, Jr. (No. 2202)
                    Joel A. Waite (No. 2925)
                    Pauline K. Morgan (No. 3650)
                    Sean M. Beach (No. 4070)
                    Kenneth Enos (No. 4544)
                    Margaret B. Whiteman (No. 4652)
                    Ryan M. Bartley (No. 4985)
                    The Brandywine Building
                    1000 West Street, 17th Floor
                    Wilmington, Delaware 19801
                    Telephone: (302) 571-6600
                    Facsimile: (302) 571-1253

                    Counsel for Debtors and
                    Debtors in Possession