IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-11047-CSS, et seq. |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 18, 2008, copies of the foregoing Motion for Relief from Automatic Stay Under § 362 of the Bankruptcy Code, notice, and proposed order were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.


Dated: April 18, 2008                  /s/ **Adam Hiller**
       Wilmington, Delaware          Adam Hiller (DE No. 4105)
                                                     Draper & Goldberg, PLLC
                                                     1500 North French Street, 2nd Floor
                                                     Wilmington, Delaware 19801
                                                     (302) 339-8776 telephone
                                                     (302) 213-0043 facsimile

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Rebecca L. Booth
Morgan, Lewis & Bockius LLP
1701 Market St
Philadelphia, PA 19103-2921

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Edward J. Kosmowski
Joel A. Waite
Young, Conway, Stargatt & Taylor
The Brandywine Bldg.
100 West Street, 17th Floor
P.O. Box 391 Wilmington, DE 19899