IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       : Jointly Administered
        Debtors.                                                       :
                                                                       : Ref. No. 3461
---------------------------------------------------------------------- x

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 3461

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Fifth Monthly Application of Samuel I. White, P.C. as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period December 1, 2007 through December 31, 2007 (the "Application") has been received. The Court's docket which was last updated April 18, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than April 16, 2008 at 4:00 p.m.

Pursuant to the Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals and Real Estate Brokers Utilized in the Ordinary Course and Granting Limited Nunc Pro Tunc Relief [Docket No. 2985] the Debtors are now authorized to pay 100% ($33,420.00) of requested fees and 100% of requested expenses ($76,974.79) on an interim basis without further Court order.

Dated: Wilmington, Delaware
April 18, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession