FILED
2008 APR 17 AM 11:41

In re: ) Case No.: 07-11047 (CSS)
AMERICAN HOME MORTGAGE, HOLDINGS, ) 
INC., Delaware corporation, et al., ) Response to Objection
       Debtor. )
) Objection to Expunge Claim
) Number 8017 on Equity interest Basis
)
)

HAMBRICK, GEORGE M.
111 SE 9TH CT
POMPANO BEACH, FL 33060


TO: Judge Christopher S. Sontchi


I object to the court allowing any claim of Equity Interest be expunged from this bankruptcy hearing. I believe the management of American Home Mortgage and subsidiaries along with the board of directors acted with malice and contempt toward their stockholders and withheld information about the health of the company in July 2007. I feel this company intended to deceive stockholders by purposely issuing a dividend on July 27 that they were going to retract. The dividend was entered into stockholders portfolios, but was subsequently cancelled before the funds could be collected (attachment 2). This caused the stock price to drop 98% the next day, before investors could react. Had the company acted in good faith there would be no claim. However, the perceived callousness of this company demonstrates that, as with Enron and Arthur Anderson Accounting, companies who use apparent illegal methods must be held accountable. It is obvious that many people were significantly affected in their 401K, IRA and retirement plans. I am convinced that everyone on the board of directors and the senior leadership

made a lot of money in this action and will further benefit from these bankruptcy proceedings. I ask you to look favorably on all requests from stockholders during your deliberations on this matter. I thank the court for taking responsible action in this matter.

Dated this 15th day of April, 2008

George M Hambrick

Cc: Young Conway Stargatt & Taylor

Attachment: 1. Notice of Second Omnibus Objection
2. Copy of Dividend Retraction