**In re:** objection of American Home Mortgage Holdings, Inc.
to my claim #6836 in Case No. 07-11047

FILED
2008 APR 17 AM 9:43
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**From:**
Jerry McBride
1305 Azure Hills Drive
Van Buren, AR 72956
April 14, 2008

**To:**
The Honorable Christopher S. Sontchi
United States Bankruptcy Court for the District of Delaware
Courtroom # 6
824 Market Street
Wilmington, Delaware 19801

In response to the objection of the debtors in case No. 07-11047 (CSS) to claim #6836 filed on January 2, 2008 with the United States Bankruptcy Court for the District of Delaware, I, Jerry McBride, stock holder of 13,000 shares in American Home Mortgage **believe that my claim should NOT be expunged.**

From May 10th through June 21st of 2007, I invested all of my self-directed IRA retirement funds in 13,000 shares of American Home Mortgage Invt. The AHM filing for bankruptcy has left me with a loss of $293,103.33 ($284,003.33 in stocks and $9100 in dividend payments which were shown deposited in my IRA account on July 27th and then removed by AHM on July 30th of 2007).

I believe my **unsecured priority** claim should be included with the other interest holders' claims against American Home Mortgage.

I humbly ask the court to include my case. I do not understand why "equity interest" would be a basis for the debtors to ask to expunge the case of a stock holder of 13,000 shares of American Home Mortgage Invt. I am hoping to recover some of my retirement funds, and asking for your assistance.

Jerry McBride

*Jerry M. Bride*