

April 14, 2008

United States Bankruptcy Court
For the District of Delaware
824 Market Street
3Rd Floor
Wilmington, DE 19801

RE:   American Home Mortgage
      Claim Number #2528

To: The Honorable Christopher S. Sontchi

I respectfully submit the attached termination/layoff letter with American Home Mortgage dated July 26, 2007. My termination is clearly before the company's filing. I was with American Home Mortgage for almost 4 years and for that I was given two (2) weeks wages for my severance package to be paid August 25th. For which this money is still owed.

Again, because of my termination was prior to American Home Mortgage filing bankruptcy this claim #2528 should not be disallowed.

Sincerely,

*Judith R. Rigsby* (signature)

Judith R. Rigsby
100 Chacey Lane
Worthington, OH 43085
614-286-0041



July 26, 2007

Judith Rigsby
100 Chacey Ln
Worthington, OH 43085

Dear Judith:

A review of business conditions and the need for support in our Retail Operation has been conducted by senior management. At their direction, we have decided to make adjustments to our staffing levels. Effective today, July 26, 2007, your position at American Home Mortgage is being eliminated. The following information is important to your separation from the company.

**TRANSITION**

American Home Mortgage will provide you with the equivalent of two (2) weeks of wages, which will be paid to you over the appropriate number of pay periods as salary continuation. The value of any earned but unused vacation benefits will be paid to you, in accordance with OH state law and American Home Mortgage Policy.

**BENEFIT PLANS**
Your health plan benefits will end on July 31, 2007 and **your regular monthly employee contributions** will be deducted from any money you receive. You will be entitled to elect to continue your health coverage under *COBRA* effective August 1, 2007. To assist you during the initial transition period, American Home Mortgage will pay the employer cost to continue current coverage under COBRA for the period through August 31, 2007. **Please note you must elect to continue your coverage under COBRA in order to be eligible for the company subsidy**. Our *COBRA* Administrator, ADP COBRA Services, will provide you with COBRA continuation information within fourteen (14) days of the coverage end date as stated above. Note that COBRA information packages are mailed directly from ADP COBRA Services following electronic notification of the coverage end date.

Life, accident and disability and any other voluntary insurance coverage will end on your last day of active employment.

If you are participating in the Flexible Spending Account program, any balance remaining in your Flexible Spending Account(s) may be reimbursed to you for eligible expenses incurred prior to your last day of employment. You may file a claim for reimbursement of eligible expenses through March 15, 2008 for 2007 expenses. Our Flexible Spending Account administrator is *ADP Benefits Services – Flex Direct*.

**401K PLAN**
If you are participating in the American Home Mortgage 401(k) plan, you may elect to rollover your 401K account balance to an IRA or another employer's qualified retirement plan or you may elect to take a cash distribution account. If your account balance is greater than $5,000, you may elect to keep your account invested in the AHM 401(k) plan. You may request a Termination Kit at any time after September 1, 2007, which includes a Distribution at Termination form and/or a Direct Rollover Out of the Plan form by calling Charles Schwab and Co. at 1-800-724-7526 or through the web at www.schwabplan.com.

Should you have any questions about your **COBRA** benefits, please contact Collette Karey, Senior Benefits Administrator, in the Human Resources Department at 847-590-2973 or by e-mail collette.karey@americanhm.com **for all other Benefit inquiries** please contact our Benefits Department at 888-474-2461.

Sincerely,

John C (Christopher) Rapp
Regional Operations Manager

Cc: employee file
    Collette Karey
    Payroll

Judith Rigsby
100 Chacey Ln
Worthington, OH 43085

Dear Judith:

A review of business conditions and the need for support in our Retail Operation has been conducted by senior management. At their direction, we have decided to make adjustments to our staffing levels. Effective today, July 26, 2007, your position at American Home Mortgage is being eliminated. The following information is important to your separation from the company.

### TRANSITION PAY
American Home Mortgage will provide you with the equivalent of two (2) weeks of wages, which will be paid to you over the appropriate number of pay periods as salary continuation. The value of any earned but unused vacation benefits will be paid to you, in accordance with OH state law and American Home Mortgage Policy.

### BENEFIT PLANS
Your health plan benefits will end on July 31, 2007 and **your regular monthly employee contributions** will be deducted from any money you receive. You will be entitled to elect to continue your health coverage under **COBRA** effective August 1, 2007. To assist you during the initial transition period, American Home Mortgage will pay the employer cost to continue current coverage under COBRA for the period through August 31, 2007. **Please note you must elect to continue your coverage under COBRA in order to be eligible for the company subsidy.** Our **COBRA** Administrator, ADP COBRA Services, will provide you with COBRA continuation information within fourteen (14) days of the coverage end date as stated above. Note that COBRA information packages are mailed directly from ADP COBRA Services following electronic notification of the coverage end date.

Life, accident and disability and any other voluntary insurance coverage will end on your last day of active employment.

If you are participating in the Flexible Spending Account program, any balance remaining in your Flexible Spending Account(s) may be reimbursed to you for eligible expenses incurred prior to your last day of employment. You may file a claim for reimbursement of eligible expenses through March 15, 2008 for 2007 expenses. Our Flexible Spending Account administrator is *ADP Benefits Services – Flex Direct*.

### 401K PLAN
If you are participating in the American Home Mortgage 401(k) plan, you may elect to rollover your 401K account balance to an IRA or another employer's qualified retirement plan or you may elect to take a cash distribution account. If your account balance is greater than $5,000, you may elect to keep your account invested in the AHM 401(k) plan. You may request a Termination Kit at any time after September 1, 2007, which includes a Distribution at Termination form and/or a Direct Rollover Out of the Plan form by calling Charles Schwab and Co. at 1-800-724-7526 or through the web at www.schwabplan.com.

Should you have any questions about your **COBRA** benefits, please contact Collette Karey, Senior Benefits Administrator, in the Human Resources Department at 847-590-2973 or by e-mail collette.karey@americanhm.com **for all other Benefit inquiries** please contact our Benefits Department at 888-474-2461.

Sincerely,

John C (Christopher) Rapp
Regional Operations Manager

Cc: employee file
    Collette Karey
    Payroll