# Paul D. Kuhlmeier, Ph.D, PE, PG
5296 E Softwood Drive; Boise, ID 83716

April 12, 2008

United States Bankruptcy Court for District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

Re: **Case No. 07-11047 (CSS) Notice of Objection to American Home Mortgage Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, etc.**
**Claim Number: 4433**

This communication is in response to the above captioned document sent via regular mail on or about March 28, 2008. I object to the plaintiffs' characterization of my claim (No. 4433) as an equity interest. The claim is equity interest only in part. The majority of the claim is related to preferred shares which are superior to common equity.

On information and belief the plaintiffs are attempting to mischaracterize claims in a veiled effort to avoid fair and just distribution of the badly mismanaged corporate assets. Plaintiffs have made a concerted effort to create the most draconian language possible such that it can concoct a web of unsupportable objections, fully knowing that it can crush whatever trivial defense small and unsophisticated investors such as me may put in its path.

Upon review, the motion filed by plaintiffs is overly broad, none of the arguments presented are supported with even so much as a single fact, and there are no supporting documents to verify any statement in their motion. None of the exhibits purportedly filed with the court are found in the document to which I am responding.

Further, the time frame required for response is overly burdensome on me and all defendants as it provides less than 3 weeks for response. The schedule demanded for response does not allow for any meaningful opportunity to conduct research into the basis for plaintiffs claim objection, nor does it afford me with an opportunity to consult with counsel.

On behalf of myself and the 10,000 small investors the company boldly notes they intend to defraud, I urge the court to deny the plaintiffs plea for relief described in this motion.

Sincerely,

*Paul D Kuhlmeier*

Paul D. Kuhlmeier

Cc:   Honorable Mike Crapo, U.S. Senate
      Honorable Mike Simpson, U.S. House of Representatives
      James Patton, Young Conaway Stargatt & Taylor

phone: 208-631-6500                                           fax: 208-343-2520