**The United States Bankcruptcy Court**
**For The District Of Delaware**
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

April 17th, 2008

RE: Liu, Ken and Tracy MD
    CLAIMS NUMBER: 4840
    OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b)
    OF THE BANKRUPTCY CODE,

Dear Judge:

This is to response to the document of American Home Mortgage Holdings Charpter 11, case No. 07-11047(CSS).

We have held 3000 shares of American Home Mortgage of total cost of $92,460.00 in our retiment account. It's a lot of money to us. Ken is 67 years old and he is going to retire this year. This money is very important to us. We really can not afford to take this big lose. Therefore, we can not accept this offer-second omnibus objection. Please kindly reconsider this claim. Thank you.

Sincerely,

Ken H. Liu, MD    and Tracy E. Liu, MD
26751 Almaden Ct.,
Los Altos Hills, CA 94022

CC: Young Conaway Stargatt & Taylor, LLP
    James L. Patton, Jr. (No. 2202)
    Pauline K. Morgan (No. 3650)
    Edward J. Kosmowski (No. 3849)
    Nathan D. Grow (No. 5014)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801
    Fax: (302) 571-1253