April 19, 2008

FILED
2008 APR 21  AM 9: 35
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To Whom It May Concern:

RE:  Marie Minutillo
     Case No. 07-11047 (CSS) – American Home Mortgage
     Claim # 3042 - $2,980.77

Hello

I am a former employee of American Home Mortgage and just received documents from American Home Mortgage's attorney stating, Notice of Debtors Second Omnibus (Non-Substantive) Objection To Claims Pursuant To Section 502(b) Of The Bankruptcy Code, Bankruptcy Rules 3003 and 3007 And Local Rule 3007-1.

Sorry I don't understand what this means, all I know is I was never paid for my earned vacation time and the amount of my servicing claim which is $2,980.77 is the revised dollar amount from the courts which American Home Mortgage HR Department verified to the courts, this amount is what is owed to me.

When I received the documents, again I did not understand what this meant, I was told by the cover later my response had to be in the court by April 21, 2008 at 4:00PM. When I received this document which was only on Wednesday April 16, 2008 I placed a call to the attorney which was the only number on the documents. They only called me back the close of the business day on Thursday April 17, 2008; I asked them how do I respond, since there was no formal form to complete and no address to respond to. I also ask who they were. They did tell me they were the attorney's for American Home Mortgage and there is no formal form to complete and what this form is, they are objecting to paying the claim. They told me to just send a letter to the courts and at least they gave me your address.

I just wanted to let you know why I haven't responded sooner and I had no time to place my letter in regular mail.

I hope this letter reaches you on time and finally have some closer to all of this by receiving the monies that are due to me.

Thank you,

*Marie Minutillo*
Marie Minutillo