FILED
2008 APR 21 AM 9: 52
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

April 18, 2008

United States Bankruptcy Court for the District of Delaware
824 Market Street
3rd Floor
Wilmington, Delaware 19801

Claim Number 1442

To Whom It May Concern:

This letter is being written in objection to my claim being expunged. I have included all the paperwork as back-up for my claim that I have in my possession.

In May 2005, while in my current position at our Mount Prospect office as Closing and Processing Manager, I received an increase to $90,000/yr. Before the raise actually showed up on my paycheck, I took a position in the TPI Department (letter attached). I was suppose to receive a bonus of $1250.00 per quarter to make up the difference of accepting $85,000/year and the balance of $5000/yr in bonus monies ($1250/quarter). Pay stubs are included. In January 2006 I was sent to Fort Wayne, Indiana for the acquisition of Waterfield Corp. and was given a special bonus for that period of time, as my time was extended to being in Fort Wayne for three months to oversee the closings of their files.

I did not get my bonus for the last quarter worked in 2007 (April-May-June 2007) payable in July of 2007.

I believe I am due this bonus as it was a part of my agreement when I signed on with the TPI Department.

Thank you for the consideration given to this claim. If you have further questions, please do not hesitate to contact me.

*Marsha Albrecht* (signature)
Marsha Albrecht
837 N. Maple Avenue
Palatine, IL 60067
847-991-8009

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: April 21, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: April 28, 2008 at 2:00 p.m. (ET) |

AHM OB2 3/28/2008 (merge2.txnum2) 4000001439

ALBRECHT, MARSHA
837 N. MAPLE AVE.
PALATINE, IL 60067

## NOTICE OF DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

**TO:** ALBRECHT, MARSHA
837 N. MAPLE AVE.
PALATINE, IL 60067

**Basis For Objection:** Claim has been satisfied

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 1442 | $1,250.00 |

Claim based on quarterly bonus. Claimant was paid in accordance with the Employee Wage Order [Docket No. 69].

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors assert that your claim has already been satisfied post-petition in accordance with the Bankruptcy Code, applicable rules or an order of the Court, and therefore, the Debtors seek by this Objection to disallow your claim. The Objection seeks to alter your rights by disallowing your above listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **April 21, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **APRIL 28, 2008 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 28, 2008
Wilmington, Delaware

**Earnings Statement**

ADP

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Period Ending: 05/31/2006
Pay Date: 06/09/2006

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 0
    State: 1

00000001451
MARSHA ALBRECHT
837 N. MAPLE
PALATINE, IL 60067

Social Security Number: XXX-XX-1654

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Bonus | | | 3,750.00 | 3,750.00 |
| Regular | | | | 38,958.37 |
| Incentives | | | | 3,000.00 |
| **Gross Pay** | | | **$3,750.00** | 45,708.37 |

*Handwritten note: Waterfield 3000 — regular bonus 150 —*

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -572.98 | 6,933.72 |
| | Social Security Tax | -232.50 | 2,795.46 |
| | Medicare Tax | -54.38 | 653.78 |
| | IL State Income Tax | -110.00 | 1,322.66 |
| | **Other** | | |
| | Checking | -2,780.14 | |
| | Ins Pretax Epr | | 550.00 |
| | Life-Spouse | | 170.50 |
| | Ltd Epr | | 254.76 |
| | Optional Life | | 341.00 |
| | Pretax Vision | | 70.29 |
| | Short Term Dis | | 244.20 |
| | 401K Loan | | 1,225.52 |
| **Net Pay** | | **$0.00** | |

Your federal taxable wages this period are
$3,750.00

© 1991 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Advice number: 00000231472
Pay date: 06/09/2006

**THIS IS NOT A CHECK**

Deposited to the account of
MARSHA ALBRECHT

| account number | transit ABA | amount |
|---|---|---|
| 1110010947204 | 0710 0001 | $2,780.14 |

VOID AFTER 180 DAYS

CHASE MANHATTAN BANK
SYRACUSE, NY

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR. NO. | 040 |
|---|---|---|---|---|---|
| R4F | 026589 | 000483 | 1HM | 00000171809 | |

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

**Earnings Statement**  ADP

Period Beginning:  04/01/2007
Period Ending:     04/15/2007
Pay Date:          04/25/2007

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:  0
  IL:       1

Social Security Number: XXX-XX-1654

00000001746
MARSHA ALBRECHT
837 N. MAPLE
PALATINE, IL 60067

*handwritten: 1st 1/4 2007 Jan-Feb-March*

*handwritten: Reg pay + Bonus*

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3541.67 | 86.67 | 3,541.67 | 28,333.36 |
| Qtrly Bonus | | | 1,250.00 | 2,500.00 |
| **Gross Pay** | | | **$4,791.67** | 30,833.36 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -803.90 | | 4,556.20 |
| Social Security Tax | -292.75 | | 1,876.99 |
| Medicare Tax | -68.46 | | 438.97 |
| IL State Income Tax | -139.15 | | 888.20 |
| **Other** | | | |
| Checking | -3,189.15 | | |
| Dental Pre-Tax | -15.51* | | 124.08 |
| Ins Pretax Epr | -48.50* | | 388.00 |
| Life-Spouse | -10.75 | | 86.00 |
| Ltd Epr | -16.44 | | 131.52 |
| Optional Life | -21.50 | | 172.00 |
| Pretax Vision | -5.90* | | 47.20 |
| Short Term Dis | -26.47 | | 211.76 |
| 401K Loan | -153.19 | | 1,225.52 |
| T & E Reemburs | | | -11,247.75 |
| **Net Pay** | | | **$0.00** |

* Excluded from federal taxable wages

Your federal taxable wages this period are $4,721.76

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Advice number:  00000171809
Pay date:       04/25/2007

Deposited to the account of
MARSHA ALBRECHT

| account number | transit ABA | amount |
|---|---|---|
| 1110010947204 | 0710 0001 | $3,189.15 |

*THIS IS NOT A CHECK*

Bank of America
BANK OF AMERICA, N.A.

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

Earnings Statement

ADP

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Period Beginning: 01/16/2007
Period Ending: 01/31/2007
Pay Date: 02/09/2007

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  IL: 1

00000001537
MARSHA ALBRECHT
837 N. MAPLE
PALATINE, IL 60067

Social Security Number: XXX-XX-1654

*oct - nov - Dec 2007*
*4th 1/4 - 2006*

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Qtrly Bonus | | | 1,250.00 | 1,250.00 |
| Regular | | | | 10,625.01 |
| **Gross Pay** | | | **$1,250.00** | 11,875.01 |

*Bonus*

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -312.50 | 1,786.70 |
| Social Security Tax | | -77.50 | 723.25 |
| Medicare Tax | | -18.13 | 169.15 |
| IL State Income Tax | | -37.50 | 342.45 |
| Other | | | |
| Checking | | -804.37 | |
| Dental Pre-Tax | | | 46.53 |
| Ins Pretax Epr | | | 145.50 |
| Life-Spouse | | | 32.25 |
| Ltd Epr | | | 49.32 |
| Optional Life | | | 64.50 |
| Pretax Vision | | | 17.70 |
| Short Term Dis | | | 79.41 |
| T & E Reemburs | | | -1,528.86 |
| 401K Loan | | | 459.57 |
| **Net Pay** | | **$0.00** | |

Your federal taxable wages this period are $1,250.00

© 2001 ADP, Inc.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTO

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Advice number: 00000061595
Pay date: 02/09/2007

Deposited to the account of
MARSHA ALBRECHT

| account number | transit ABA | amount |
|---|---|---|
| 1110010947204 | 0710 0001 | $804.37 |

*THIS IS NOT A CHECK*

Bank of America
BANK OF AMERICA, N.A.

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

# Earnings Statement

![ADP]

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Period Beginning: 04/16/2007
Period Ending:    04/30/2007
Pay Date:         05/10/2007

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  IL:      1

00000001776
MARSHA ALBRECHT
837 N. MAPLE
PALATINE, IL 60067

Social Security Number: XXX-XX-1654

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3541.67 | 86.67 | 3,541.67 | 31,875.03 |
| Qtrly Bonus | | | 2,500.00 | 5,000.00 |
| **Gross Pay** | | | **$6,041.67** | 36,875.03 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -1,128.29 | | 5,684.49 |
| Social Security Tax | -370.25 | | 2,247.24 |
| Medicare Tax | -86.59 | | 525.56 |
| IL State Income Tax | -176.65 | | 1,064.85 |
| **Other** | | | |
| Checking | -3,981.63 | | |
| Dental Pre-Tax | -15.51* | | 139.59 |
| Ins Pretax Epr | -48.50* | | 436.50 |
| Life-Spouse | -10.75 | | 96.75 |
| Ltd Epr | -16.44 | | 147.96 |
| Optional Life | -21.50 | | 193.50 |
| Pretax Vision | -5.90* | | 53.10 |
| Short Term Dis | -26.47 | | 238.23 |
| 401K Loan | -153.19 | | 1,378.71 |
| T & E Reemburs | | | -11,247.75 |
| **Net Pay** | | | **$0.00** |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$5,971.76

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 2000 ADP, Inc

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Advice number: 00000191840
Pay date:      05/10/2007

**Deposited to the account of**
MARSHA ALBRECHT

| account number | transit ABA | amount |
|---|---|---|
| 1110010947204 | 0710 0001 | $3,981.63 |

THIS IS NOT A CHECK

Bank of America
BANK OF AMERICA, N.A.

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

**Marsha Albrecht**

| | | | |
|---|---|---|---|
| **From:** | Kevin_Nitz@Countrywide.Com [Kevin_Nitz@Countrywide.Com] | **Sent:** | Thu 4/17/2008 10:03 AM |
| **To:** | marshaa@comcast.net; Marsha Albrecht | | |
| **Cc:** | | | |
| **Subject:** | Fw: Albrecht | | |
| **Attachments:** | | | |

Kevin Nitz
AVP, Government Lending
Countrywide Bank, FSB

Direct 847-590-7533
Cell 847-456-1734
Fax 888-584-3407

----- Forwarded by Kevin Nitz/CMD/CF/CCI on 04/17/2008 10:00 AM -----

"Laura Ogden" <Laura.Ogden@americanhm.com>

04/17/2008 09:56 AM

To <Kevin_Nitz@Countrywide.Com>
cc
Subject FW: Albrecht


Kevin - please pass along to Marsha.   No formal agreements were found and not sure this will help.

PAF's do not support a 90K salary – or a 2500 [1500] quarterly bonus payment. Payroll records show the 88,500. There was one payment of 2500 in April 2007  - PAF does not state reason for payment.

Last PAF raised her to 88,500 with a 1250 quarterly bonus (she transferred to Training in 12/06 [7-1-05]) All PAFs authorizing bonus payment show 1250, except for her work relative to Waterfield (a one time 3000 payment)

Nothing after that in our system – checked the Mt Prospect personnel files and there is no employment letter in her file relative to salary and bonus.


That's all we have  - I guess Dieter never formalized anything.




Laura D. Ogden
Vice President, Operations
American Home Mortgage
631 390-1454  Direct Dial
631 252-9714  Cell

========================================================================
Confidentiality Notice: The information contained in and transmitted with this communication is strictly confidential, is intended only for the use of the intended recipient, and is the property of Countrywide Financial Corporation or its affiliates and subsidiaries. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.
========================================================================

 American Home Mortgage

Date:       May 19, 2005        *Started in TPI on 7-1-05*

Name:      Marsha Albrecht

Re:        Letter of Understanding

Dear Marsha:

I am pleased to confirm your internal transfer within American Home Mortgage, in the position of Acclimator. You will report to TPI, under the supervision of David Lopshire, V.P., National Acclimation Manager. Your compensation package will be as follows:

1. American Home Mortgage agrees to pay you an annual salary of $85,000.00. Pay dates are the 10th and the 25th of every month.

2. It is further understood that you will receive Management Based Objectives for each quarter of the calendar year. On a going forward basis, American Home Mortgage agrees to pay you a quarterly bonus of up to $1250.00 per quarter. MBO's will be set and discussed during the first part of each quarter.

This letter constitutes a final and fully binding integrated agreement with respect to the at-will nature of the employment relationship between you and American Home Mortgage. During or at the end of the initial employment period of 90 days, you and your supervisor will discuss your performance. American Home Mortgage possess the right to extend this period or discharge an employee at any time during this period if your supervisor concludes you are not progressing or performing satisfactorily.

Please acknowledge your acceptance of this Letter of Understanding by signing and returning a copy of this letter to my attention.

Sincerely,


_____        _____
David Lopshire                              Date
VP, National Acclimation Manager


_____        _____
Marsha Albrecht                             Date


950 North Elmhurst Road, Mount Prospect, Illinois 60056
Phone: (888) 378-4663 / Fax: (847) 394-0792