# TREVOR R. CORSO
### ATTORNEY AT LAW
### 1249 PATERSON PLANK ROAD
### SECOND FLOOR
### SECAUCUS, NEW JERSEY 07096-1286

FAX: (201) 865-7411

TELE (201) 865-4222
PLEASE REPLY TO: P.O. BOX 1286

April 16, 2008

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street
3rd Floor
Wilmington, DE 19801

Re: American Home Mortgage Holding, Inc.
    Case no. 07-11047 (CSS)
    My client: Henry Fett
    Claim #: 2257

Dear Judge:

This office represents Henry Fett. My client hereby objects to the above claim being expunged. He further objects to the entry of an order as requested by the moving party namely, Debtors' Second Omnibus Objection to Claims. This matter should not be entered in a summary judgement matter without a full plenary hearing.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

Trevor R. Corso, Esq.

TRC/kcl
cc: Henry Fett, Esq.