**Edwin R. Anderson**
**2454 FM 1827**
**McKinney, Texas 75071-0663**

April 17, 2008

United States Bankruptcy Court for the District of Delaware
824 Market Street, 3rd floor
Wilmington, Delaware 19801

RE: Hearing for American Home Mortgage Chapter 11, Case No. 07-11047(CSS) to be held May 12, 2008 on 5th Floor Courtroom No. 6 concerning Claim numbers 9392 and 9393 for Claim amounts of $38,831.53 and $32,414.37, respectively

Dear Sir:

Correspondences concerning the above matters dated April 11, 2008 were received on April 15, 2008. The correspondences invited response to the "Objection" described in subject received correspondences dated April 11, 2008

A hearing will be held on the "Objection", May 12, 2008 before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801, concerning the "Objection".

It is respectfully submitted to the Bankruptcy Court of the Honorable Christopher S. Sontchi that when an investor invests in equities, that there is an implied obligation of the debtor to conduct business affairs in a manner to allow investors to recover all, part or more than the equity debt of Claim No. 9392 and Claim No. 9393, therefore, motion of the debtor to disallow and expunge the valid claims contained in Claims No. 9392 and 9393 of Case No. 07-11047(CSS) should be denied.

Yours very truly,

*[signature]*

Edwin R. Anderson

Anderson, Edwin R. (IRA) and (Roth IRA)
FCC as Custodian
2454 FM 1827
McKinney, TX 75071-0663
Fax/Phone (972) 529-1551

Copy of letter to:
    Young Conaway Stargatt & Taylor, LLP
    Attention: Nathan D. Grow (No. 5014)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801