Allan Sturms
6005 Trent Court
Lewis Center, OH 43035

April 15, 2008

The Honorable Christopher S. Sontchi
In The United States Bankruptcy Court for the District of Delaware
Third Floor, 824 Market Street
Wilmington, DE 19801

RE:  Case No.07-11047 (CSS), Case Claim No. 4891
     Case No.07-11047 (CSS), Case Claim No. 5054
     Case No.07-11047 (CSS), Case Claim No. 5089

Your Honor:

I respectfully object to being expunged from Case No.07-11047 (CSS), Claims 4891, 5054, 5089. To my knowledge no other claims have been made or other case numbers been assigned for the above stated claim numbers.

Sincerely,

*[signature]*

Allan Sturms

c:   John Kalas

*[Stamp: RECEIVED/FILED APR 21 2008 U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE]*