April 17, 2008

United States Bankruptcy Court for the District of Delaware
824 Market Street
3rd Floor
Wilmington, DE 19801

RECEIVED / FILED
APR 21 2008
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re American Home Mortgage Holdings, Case # 07-11047 (CCS)

Dear Judge Sonchi:

As a claimant in the above-referenced matter, I am advised by your clerk that a letter is a sufficient reply to Debtor's Second Omnibus objection. I am including my declaration on the points to which I would testify if I was present. For your convenience, I have also attached a copy of various and relevant parts of California's Labor Code and other supporting documents.

Kindly note, I am significantly increasing my claim based on the penalty that may be assessed against a California employer who fails to timely pay an employee. I was not previously aware of this law.

Thank you for considering my response in this matter.

Sincerely,

Jennifer vonBehren

# DECLARATION IN REPLY TO DEBTOR'S OBJECTION

I, Jennifer vonBehren, hereby declare:

1. I am a Claimant in the Chapter 11 matter of American Home Mortgage Holdings, 07-11047 (CCS), before the Honorable Christopher S. Sonchi, in the United States Bankruptcy Court of Delaware.

2. This is in response to Debtor's Second Omnibus objection which erroneously seeks to expunge Claim Number 299 for $2,350.08. Claimant asserts that Debtor has no basis to remove this claim.

**VACATION AND SICK DAYS, 2007**

3. Debtor owes Claimant $2,350.08 based on the following:

A. Claimant accrued 10 vacations days of which 9 were unused in 2007.
B. Claimant accrued 7 sick days of which 5 were unused in 2007.
C. Claimant accrued 6 unused vacation days in 2007 from 2006 of which 3 were unused in 2007
D. Claimant's hourly wage relevant to these time periods was $17.28 per hour.
E. Claimant maintains that (9+5+3) x 8hrs x 17.28/hour yields an amount owing of $2,350.08.

4. Claimant's employer provided a minimum of 10 vacation days and 7 sick days which vested within the first year of Claimant's employment (i.e. One-half vacation and sick pay vested in the first 6 months, and one-half vesting at the first year of employment). Claimant was employed with American Home Mortgage for approximately 3 years before Debtor terminated her employment on August 3, 2008. California Labor Code Sections 201 and 227.3, respectively, treat unused vacation and sick days as compensable.

5. Vacation pay accrues as it is earned, and cannot be forfeited, even upon termination of employment, regardless of the reason for the termination. (*Suastez v. Plastic Dress Up* (1982) 31 C3d 774) Upon termination of employment all earned and **unused** vacation must be paid to the employee at his or her final rate of pay. **Labor Code** Section 227.3

6. The State of California forbids a "use it or lose" policy for an employer to take back or undo accrued vacation pay. Further, vacation and sick days that are lumped together under a general plan may be all be considered vacation days, otherwise referred to as "paid time off" (PTO), or they may be paid separately. California Labor Code Section 201.

**CALIFORNIA LAW PENALIZES AN EMPLOYER THE EQUIVALENT OF 30 DAYS WAGES IF FINAL WAGES ARE NOT TIMELY PAID.**

7. Debtor has not paid Claimant the wages due her for over 9 months.

**8.** Claimant asserts that Debtor owes an additional claim of $4,147.20, and hereby amends her claim accordingly as a penalty. California Labor Code Section 203 provides: If an employer willfully fails to pay an employee any wages that are owed once an employee has quit or has been terminated, then the wages continue as a penalty from the due date (at the same rate) until the wages are paid. This can continue for up to 30 days.

**9.** Claimant requests this Court to take Judicial Notice of the California statutes referred to herein and the claim previously submitted by Claimant which is incorporated herein by reference.

**10.** The Claimant has not made any duplicate claims on this matter.

**CONCLUSION**

Based on the foregoing points, Debtor owes Claimant wages for unused vacation and sick days ($2,350.08 ) and a penalty assessment for their gross failure to timely pay wages ($4,147.20). Debtor owes Claimant a total amount of $6497.28.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the States of California and the United States of America.

Jennifer vonBehren

Date 4/17/08

**PROOF OF SERVICE FORM**

PART 1: **Delivery by Federal Express**:

I, Jennifer vonBehren, declare that I am over the age of eighteen years and not a party to the action. My address is 304 East Almond Avenue, Orange, CA 92866

On, April 17, 2008, I served the Declaration in Reply to Debtor's Objection by placing a true copy with Federal Express as follows:

tracking # 8625 2997 1651

PART 2: I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 17, 2008 at Orange, California.

[signature]

Signature

Jennifer vonBehren

Type or Print Name

Labor codes

201. (a) If an employer discharges an employee, the wages earned and unpaid at the time of discharge are due and payable immediately. An employer who lays off a group of employees by reason of the termination of seasonal employment in the curing, canning, or drying of any variety of perishable fruit, fish or vegetables, shall be deemed to have made immediate payment when the wages of said employees are paid within a reasonable time as necessary for computation and payment thereof; provided, however, that the reasonable time shall not exceed 72 hours, and further provided that payment shall be made by mail to any employee who so requests and designates a mailing address therefor.

(b) Notwithstanding any other provision of law, the state employer shall be deemed to have made an immediate payment of wages under this section for any unused or accumulated vacation, annual leave, holiday leave, or time off to which the employee is entitled by reason of previous overtime work where compensating time off was given by the appointing power, provided, at least five workdays prior to his or her final day of employment, the employee submits a written election to his or her appointing power authorizing the state employer to tender payment for any or all leave to be contributed on a pretax basis to the employee's account in a state-sponsored supplemental retirement plan as described under Sections 401(k), 403(b), or 457 of the Internal Revenue Code provided the plan allows those contributions. The contribution shall be tendered for payment to the employee's 401(k), 403(b), or 457 plan account no later than 45 days after the employee's discharge from employment. Nothing in this section is intended to authorize contributions in excess of the annual deferral limits imposed under federal and state law or the provisions of the supplemental retirement plan itself.

(c) Notwithstanding any other provision of law, when the state employer discharges an employee, the employee may, at least five workdays prior to his or her final day of employment, submit a written election to his or her appointing power authorizing the state employer to defer into the next calendar year payment of any or all of the employee's unused or accumulated vacation, annual leave, holiday leave, or time off to which the employee is entitled by reason of previous overtime work where compensating time off was given by the appointing power. To qualify for the deferral of payment under this section, only that portion of leave that extends past the November pay period for state employees shall be deferred into the next calendar year. An employee electing to defer payment into the next calendar year under this section may do any of the following:

(1) Contribute the entire payment to his or her 401(k), 403(b), or 457 plan account.

(2) Contribute any portion of the deferred payment to his or her 401(k), 403(b), or 457 plan account and receive cash payment for the remaining noncontributed unused leave.

(3) Receive a lump-sum payment for all of the deferred unused leave as described above.

Payments shall be tendered under this section no later than February 1 in the year following the employee's last day of employment. Nothing in this section is intended to authorize contributions in excess of the annual deferral limits imposed under

federal and state law or the provisions of the supplemental retirement plan itself.

227.3. Unless otherwise provided by a collective-bargaining agreement, whenever a contract of employment or employer policy provides for paid vacations, and an employee is terminated without having taken off his vested vacation time, all vested vacation shall be paid to him as wages at his final rate in accordance with such contract of employment or employer policy respecting eligibility or time served; provided, however, that an employment contract or employer policy shall not provide for forfeiture of vested vacation time upon termination. The Labor Commissioner or a designated representative, in the resolution of any dispute with regard to vested vacation time, shall apply the principles of equity and fairness.

203. If an employer willfully fails to pay, without abatement or reduction, in accordance with Sections 201, 201.5, 202, and 205.5, any wages of an employee who is discharged or who quits, the wages of the employee shall continue as a penalty from the due date thereof at the same rate until paid or until an action therefor is commenced; but the wages shall not continue for more than 30 days. An employee who secretes or absents himself or herself to avoid payment to him or her, or who refuses to receive the payment when fully tendered to him or her, including any penalty then accrued under this section, is not entitled to any benefit under this section for the time during which he or she so avoids payment.

Suit may be filed for these penalties at any time before the expiration of the statute of limitations on an action for the wages from which the penalties arise.

# Earnings Statement



AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Period Beginning: 01/01/2007
Period Ending: 01/15/2007
Pay Date: 01/25/2007

00000003702
**JENNIFER VON BEHREN**
**937 E. MARDALL AVE.**
**ORANGE, CA 92866**

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
CA: 1

Social Security Number: XXX-XX-5657

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.2805 | 72.00 | 1,244.20 | 1,935.42 |
| Adjustment | | | 256.99 | 256.99 |
| Awards | | | -100.00 | |
| Holiday | 17.2805 | 16.00 | 276.49 | 414.73 |
| Gross Pay | | | $1,677.68 | 3,160.12 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| | Federal Income Tax | -213.50 | 354.15 |
| | Social Security Tax | -101.25 | 190.40 |
| | Medicare Tax | -23.68 | 44.53 |
| | CA State Income Tax | -54.33 | 83.14 |
| | CA SUI/SDI Tax | -9.80 | 18.43 |
| Other | | | |
| | Checking | -1,278.05 | |
| | Dental Pre-Tax | -19.07* | 38.14 |
| | Ins Pretax Epr | -25.00* | 50.00 |
| | Pretax Vision | -0.50* | 1.00 |
| | Short Term Dis | -2.17 | 4.34 |
| | 401K | -50.33* | 94.80 |
| Adjustment | | | |
| | Awards | +100.00 | |
| | Net Pay | $0.00 | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,582.78

©2001 Automatic Data Processing, Inc.

TEAR HERE

© 1991 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

**Advice number:** 00000043857
Pay date: 01/25/2007

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JENNIFER VON BEHREN | 028051053 | 1222 3414 | $1,278.05 |

THIS IS NOT A CHECK

**Bank of America**
BANK OF AMERICA, N.A.

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

ADP

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Period Beginning: 01/16/2007
Period Ending: 01/31/2007
Pay Date: 02/09/2007

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
CA: 1

00000003480
JENNIFER VON BEHREN
937 E. MARDALL AVE.
ORANGE, CA 92866

Social Security Number: XXX-XX-5657

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.2805 | 96.00 | 1,658.93 | 3,594.35 |
| Adjustment | | | | 256.99 |
| Holiday | | | | 414.73 |
| Gross Pay | | | $1,658.93 | 4,819.05 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -183.96 | 538.11 |
| Social Security Tax | -100.09 | 290.49 |
| Medicare Tax | -23.41 | 67.94 |
| CA State Income Tax | -45.08 | 128.22 |
| CA SUI/SDI Tax | -9.68 | 28.11 |
| **Other** | | |
| Checking | -1,200.20 | |
| Dental Pre-Tax | -19.07* | 57.21 |
| Ins Pretax Epr | -25.00* | 75.00 |
| Pretax Vision | -0.50* | 1.50 |
| Short Term Dis | -2.17 | 6.51 |
| 401K | -49.77* | 144.57 |
| Net Pay | $0.00 | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,564.59

©2001 Automatic Data Processing, Inc.

TEAR HERE

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Advice number: 00000063626
Pay date: 02/09/2007

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JENNIFER VON BEHREN | 028051053 | 1222 3414 | $1,200.20 |

THIS IS NOT A CHECK

Bank of America
BANK OF AMERICA, N.A.

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO | FILE | DEPT | CLOCK | VCHR NO. | 040 |
|---|---|---|---|---|---|
| R4F | 07[illegible] | | | [illegible]837[illegible] | |

# Earnings Statement

ADP®

*AMERICAN HOME MORTGAGE*
*PAYROLL ACCOUNT*
*538 BROADHOLLOW RD*
*MELVILLE NY 11747*

Period Beginning: 02/01/2007
Period Ending: 02/15/2007
Pay Date: 02/23/2007

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
CA: 1

00000003570
JENNIFER VON BEHREN
937 E. MARDALL AVE.
ORANGE, CA 92866

Social Security Number: XXX-XX-5657

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.2805 | 88.00 | 1,520.68 | 5,115.03 |
| Bonus | | | 431.14 | 431.14 |
| Adjustment | | | | 256.99 |
| Holiday | | | | 414.73 |
| **Gross Pay** | | | **$1,951.82** | 6,770.87 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -254.98 | 793.09 |
| | Social Security Tax | -118.25 | 408.74 |
| | Medicare Tax | -27.65 | 95.59 |
| | CA State Income Tax | -67.60 | 195.82 |
| | CA SUI/SDI Tax | -11.45 | 39.56 |
| | **Other** | | |
| | Checking | -1,366.60 | |
| | Dental Pre-Tax | -19.07* | 76.28 |
| | Ins Pretax Epr | -25.00* | 100.00 |
| | Pretax Vision | -0.50* | 2.00 |
| | Short Term Dis | -2.17 | 8.68 |
| | 401K | -58.55* | 203.12 |
| | **Net Pay** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,848.70

©2001 Automatic Data Processing, Inc.

▼ TEAR HERE

© 2000 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

**Advice number:** 00000083719
Pay date: 02/23/2007

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JENNIFER VON BEHREN | 028051053 | 1222 3414 | $1,366.60 |

THIS IS NOT A CHECK

VOID

**BankofAmerica**
BANK OF AMERICA, N.A.

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

CO. FILE DEPT. CLOCK VCHR NO 040
R4F

# Earnings Statement



AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Period Beginning: 02/16/2007
Period Ending: 02/28/2007
Pay Date: 03/09/2007

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
CA: 1

00000003416
JENNIFER VON BEHREN
937 E. MARDALL AVE.
ORANGE, CA 92866

Social Security Number: XXX-XX-5657

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.2805 | 55.75 | 963.39 | 6,078.42 |
| Ot | 25.9207 | 1.25 | 32.40 | 32.40 |
| Holiday | 17.2805 | 8.00 | 138.24 | 552.97 |
| Vacation | 17.2805 | 8.00 | 138.24 | 138.24 |
| Adjustment Feb 16th | | | | 256.99 |
| Bonus | | | | 431.14 |
| Gross Pay | | | $1,272.27 | 8,043.14 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| | Federal Income Tax | -125.07 | 918.16 |
| | Social Security Tax | -76.12 | 484.86 |
| | Medicare Tax | -17.80 | 113.39 |
| | CA State Income Tax | -22.57 | 218.39 |
| | CA SUI/SDI Tax | -7.36 | 46.92 |
| Other | | | |
| | Checking | -938.44 | |
| | Dental Pre-Tax | -19.07* | 95.35 |
| | Ins Pretax Epr | -25.00* | 125.00 |
| | Pretax Vision | -0.50* | 2.50 |
| | Short Term Dis | -2.17 | 10.85 |
| | 401K | -38.17* | 241.29 |
| | Net Pay | $0.00 | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,189.53

©2001 Automatic Data Processing, Inc.

TEAR HERE

© 2000 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Advice number: 00000103566
Pay date: 03/09/2007

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JENNIFER VON BEHREN | 028051053 | 1222 3414 | $938.44 |

THIS IS NOT A CHECK

Bank of America
BANK OF AMERICA, N.A.

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

ADP

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Period Beginning: 03/01/2007
Period Ending: 03/15/2007
Pay Date: 03/23/2007

00000003774
JENNIFER VON BEHREN
937 E. MARDALL AVE.
ORANGE, CA 92866

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
CA: 1

Social Security Number: XXX-XX-5657

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.2805 | 87.75 | 1,516.36 | 7,594.78 |
| Incentives | | | 424.00 | 424.00 |
| Sick '06 | | | 829.46 | |
| Ot | | | | 32.40 |
| Adjustment | | | | 256.99 |
| Bonus | | | | 431.14 |
| Holiday | | | | 552.97 |
| Vacation | | | | 138.24 |
| **Gross Pay** | | | **$2,769.82** | 10,812.96 |

unused sick time form — 2006

Your federal taxable wages this period are $2,642.16

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -453.35 | 1,371.51 |
| | Social Security Tax | -168.96 | 653.82 |
| | Medicare Tax | -39.52 | 152.91 |
| | CA State Income Tax | -140.02 | 358.41 |
| | CA SUI/SDI Tax | -16.35 | 63.27 |
| **Other** | | | |
| | Checking | -1,821.79 | |
| | Dental Pre-Tax | -19.07* | 114.42 |
| | Ins Pretax Epr | -25.00* | 150.00 |
| | Pretax Vision | -0.50* | 3.00 |
| | Short Term Dis | -2.17 | 13.02 |
| | 401K | -83.09* | 324.38 |
| | **Net Pay** | **$0.00** | |

* Excluded from federal taxable wages

©2001 Automatic Data Processing, Inc.

TEAR HERE

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Advice number: 00000123940
Pay date: 03/23/2007

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JENNIFER VON BEHREN | 028051053 | 1222 3414 | $1,821.79 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS




NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement



AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Period Beginning: 04/01/2007
Period Ending: 04/15/2007
Pay Date: 04/25/2007

00000003973
JENNIFER VON BEHREN
937 E. MARDALL AVE.
ORANGE, CA 92866

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
CA: 1

Social Security Number: XXX-XX-5657

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.2805 | 80.00 | 1,382.44 | 10,497.90 |
| Ot | 25.9207 | .75 | 19.44 | 58.32 |
| Incentives | | | 387.64 | 811.64 |
| Adjustment | | | | 256.99 |
| Bonus | | | | 431.14 |
| Holiday | | | | 552.97 |
| Vacation | | | | 138.24 |
| Gross Pay | | | $1,789.52 | 14,129.64 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -215.62 | 1,749.28 |
| | Social Security Tax | -108.19 | 853.93 |
| | Medicare Tax | -25.30 | 199.71 |
| | CA State Income Tax | -55.01 | 450.83 |
| | CA SUI/SDI Tax | -10.47 | 82.64 |
| | **Other** | | |
| | Checking | -1,274.50 | |
| | Dental Pre-Tax | -19.07* | 152.56 |
| | Ins Pretax Epr | -25.00* | 200.00 |
| | Pretax Vision | -0.50* | 4.00 |
| | Short Term Dis | -2.17 | 17.36 |
| | 401K | -53.69* | 423.88 |
| | Net Pay | $0.00 | |

* **Excluded from federal taxable wages**
Your federal taxable wages this period are $1,691.26

©2001 Automatic Data Processing, Inc.

TEAR HERE

© 2000 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Advice number: 00000174139
Pay date: 04/25/2007

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JENNIFER VON BEHREN | 028051053 | 1222 3414 | $1,274.50 |

THIS IS NOT A CHECK

Bank of America
BANK OF AMERICA, N.A.

VOID AFTER 180 DAYS

NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

CO FILE DEPT. CLOCK VCHR. NO. 040
R4F

# Earnings Statement

ADP®

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Period Beginning: 04/16/2007
Period Ending: 04/30/2007
Pay Date: 05/10/2007

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
CA: 1

00000003910
JENNIFER VON BEHREN
937 E. MARDALL AVE.
ORANGE, CA 92866

Social Security Number: XXX-XX-5657

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.2805 | 80.00 | 1,382.44 | 11,880.34 |
| Ot | 25.9207 | 1.25 | 32.40 | 90.72 |
| Production Bon | | | 1,200.00 | 1,200.00 |
| Sick | 17.2805 | 8.00 | 138.24 | 138.24 |
| Adjustment April 16th | | | | 256.99 |
| Bonus | | | | 431.14 |
| Holiday | | | | 552.97 |
| Incentives | | | | 811.64 |
| Vacation | | | | 138.24 |
| **Gross Pay** | | | **$2,753.08** | 16,882.72 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,625.92

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -449.29 | 2,198.57 |
| | Social Security Tax | -167.93 | 1,021.86 |
| | Medicare Tax | -39.27 | 238.98 |
| | CA State Income Tax | -138.51 | 589.34 |
| | CA SUI/SDI Tax | -16.25 | 98.89 |
| **Other** | | | |
| | Checking | -1,812.50 | |
| | Dental Pre-Tax | -19.07* | 171.63 |
| | Ins Pretax Epr | -25.00* | 225.00 |
| | Pretax Vision | -0.50* | 4.50 |
| | Short Term Dis | -2.17 | 19.53 |
| | 401K | -82.59* | 506.47 |
| | **Net Pay** | **$0.00** | |

©2001 Automatic Data Processing, Inc.

TEAR HERE

© 2000 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY: COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Advice number: 00000194072
Pay date: 05/10/2007

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JENNIFER VON BEHREN | 028051053 | 1222 3414 | $1,812.50 |

THIS IS NOT A CHECK

Bank of America
BANK OF AMERICA, N.A.

VOID AFTER 180 DAYS

NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

CO. FILE DEPT. CLOCK VCHR NO. 040
R4F [illegible]

# Earnings Statement



*AMERICAN HOME MORTGAGE*
*PAYROLL ACCOUNT*
*538 BROADHOLLOW RD*
*MELVILLE NY 11747*

Period Beginning: 05/01/2007
Period Ending: 05/15/2007
Pay Date: 05/25/2007

00000004057
**JENNIFER VON BEHREN**
**937 E. MARDALL AVE.**
**ORANGE, CA 92866**

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
CA: 1

Social Security Number: XXX-XX-5657

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.2805 | 80.00 | 1,382.44 | 13,262.78 |
| Incentives | | | 145.64 | 957.28 |
| Vac 06 (handwritten: May 8 11th) | 17.2805 | 8.00 | 138.24 | |
| Ot | | | | 90.72 |
| Adjustment | | | | 256.99 |
| Bonus | | | | 431.14 |
| Holiday | | | | 552.97 |
| Production Bon | | | | 1,200.00 |
| Sick | | | | 138.24 |
| Vacation | | | | 138.24 |
| **Gross Pay** | | | **$1,666.32** | 18,549.04 |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,571.76

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | Federal Income Tax | -185.75 | 2,384.32 |
| | Social Security Tax | -100.55 | 1,122.41 |
| | Medicare Tax | -23.52 | 262.50 |
| | CA State Income Tax | -45.51 | 634.85 |
| | CA SUI/SDI Tax | -9.73 | 108.62 |
| Other | Checking | -1,204.53 | |
| | Dental Pre-Tax | -19.07* | 190.70 |
| | Ins Pretax Epr | -25.00* | 250.00 |
| | Pretax Vision | -0.50* | 5.00 |
| | Short Term Dis | -2.17 | 21.70 |
| | 401K | -49.99* | 556.46 |
| | **Net Pay** | **$0.00** | |

©2000 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Advice number: 00000214220
Pay date: 05/25/2007

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JENNIFER VON BEHREN | 028051053 | 1222 3414 | $1,204.53 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

**Bank of America**
BANK OF AMERICA, N.A.

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

©2001 Automatic Data Processing, Inc

# Earnings Statement

ADP®

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Period Beginning: 05/16/2007
Period Ending: 05/31/2007
Pay Date: 06/08/2007

00000003932
JENNIFER VON BEHREN
937 E. MARDALL AVE.
ORANGE, CA 92866

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
CA: 1

Social Security Number: XXX-XX-5657

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.2805 | 85.00 | 1,468.84 | 14,731.62 |
| Holiday | 17.2805 | 8.00 | 138.24 | 691.21 |
| Vac 06 | 17.2805 | 4.00 | 69.12 | |
| Ot | | | | 90.72 |
| Adjustment | | | | 256.99 |
| Bonus | | | | 431.14 |
| Incentives | | | | 957.28 |
| Production Bon | | | | 1,200.00 |
| Sick | | | | 138.24 |
| Vacation | | | | 138.24 |
| Gross Pay | | | $1,676.20 | 20,225.24 |

May 25th

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,581.34

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| | Federal Income Tax | -188.14 | 2,572.46 |
| | Social Security Tax | -101.16 | 1,223.57 |
| | Medicare Tax | -23.66 | 286.16 |
| | CA State Income Tax | -46.21 | 681.06 |
| | CA SUI/SDI Tax | -9.79 | 118.41 |
| Other | | | |
| | Checking | -1,210.21 | |
| | Dental Pre-Tax | -19.07* | 209.77 |
| | Ins Pretax Epr | -25.00* | 275.00 |
| | Pretax Vision | -0.50* | 5.50 |
| | Short Term Dis | -2.17 | 23.87 |
| | 401K | -50.29* | 606.75 |
| | Net Pay | $0.00 | |

©2001 Automatic Data Processing, Inc.

TEAR HERE

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Advice number: 00000234090
Pay date: 06/08/2007

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JENNIFER VON BEHREN | 028051053 | 1222 3414 | $1,210.21 |

THIS IS NOT A CHECK

Bank of America
BANK OF AMERICA, N.A.



VOID AFTER 180 DAYS

NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

CO. R4F FILE 071838 DEPT. 000388 CLOCK P24OC VCHR. NO. 0000254268 040

# Earnings Statement



AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Period Beginning: 06/01/2007
Period Ending: 06/15/2007
Pay Date: 06/25/2007

00000004113
JENNIFER VON BEHREN
937 E. MARDALL AVE.
ORANGE, CA 92866

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
CA: 1

Social Security Number: XXX-XX-5657

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.2805 | 85.00 | 1,468.84 | 16,200.46 |
| Ot | 25.9207 | .25 | 6.48 | 97.20 |
| Incentives | | | 402.44 | 1,359.72 |
| Vac 06 (June 1st) | 17.2805 | 4.00 | 69.12 | |
| Adjustment | | | | 256.99 |
| Bonus | | | | 431.14 |
| Holiday | | | | 691.21 |
| Production Bon | | | | 1,200.00 |
| Sick | | | | 138.24 |
| Vacation | | | | 138.24 |
| Gross Pay | | | $1,946.88 | 22,172.12 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,843.90

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| | Federal Income Tax | -253.78 | 2,826.24 |
| | Social Security Tax | -117.94 | 1,341.51 |
| | Medicare Tax | -27.58 | 313.74 |
| | CA State Income Tax | -67.22 | 748.28 |
| | CA SUI/SDI Tax | -11.41 | 129.82 |
| Other | | | |
| | Checking | -1,363.80 | |
| | Dental Pre-Tax | -19.07* | 228.84 |
| | Ins Pretax Epr | -25.00* | 300.00 |
| | Pretax Vision | -0.50* | 6.00 |
| | Short Term Dis | -2.17 | 26.04 |
| | 401K | -58.41* | 665.16 |
| | Net Pay | $0.00 | |

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Advice number: 00000254268
Pay date: 06/25/2007

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JENNIFER VON BEHREN | 028051053 | 1222 3414 | $1,363.80 |

THIS IS NOT A CHECK

Bank of America
BANK OF AMERICA, N.A.

VOID AFTER 180 DAYS

NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

CO. FILE DEPT. CLOCK VCHR. NO.
R4F 071838 000388 P24OO 0000274044 1

# Earnings Statement

ADP

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Period Beginning: 06/16/2007
Period Ending: 06/30/2007
Pay Date: 07/10/2007

00000003889
JENNIFER VON BEHREN
937 E. MARDALL AVE.
ORANGE, CA 92866

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
CA: 1

Social Security Number: XXX-XX-5657

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.2805 | 80.00 | 1,382.44 | 17,582.90 |
| Ot | | | | 97.20 |
| Adjustment | | | | 256.99 |
| Bonus | | | | 431.14 |
| Holiday | | | | 691.21 |
| Incentives | | | | 1,359.72 |
| Production Bon | | | | 1,200.00 |
| Sick | | | | 138.24 |
| Vacation | | | | 138.24 |
| Gross Pay | | | $1,382.44 | 23,554.56 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -141.10 | 2,967.34 |
| | Social Security Tax | -82.95 | 1,424.46 |
| | Medicare Tax | -19.40 | 333.14 |
| | CA State Income Tax | -28.99 | 777.27 |
| | CA SUI/SDI Tax | -8.03 | 137.85 |
| | **Other** | | |
| | Checking | -1,013.76 | |
| | Dental Pre-Tax | -19.07* | 247.91 |
| | Ins Pretax Epr | -25.00* | 325.00 |
| | Pretax Vision | -0.50* | 6.50 |
| | Short Term Dis | -2.17 | 28.21 |
| | 401K | -41.47* | 706.63 |
| | Net Pay | $0.00 | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,296.40

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

© 2000 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Advice number: 00000274044
Pay date: 07/10/2007

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JENNIFER VON BEHREN | 028051053 | 1222 3414 | $1,013.76 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

Bank of America
BANK OF AMERICA, N.A.

NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

CO. FILE DEPT. CLOCK VCHR. NO. 040
R4F 071888 000388 P24OO 0000303712

# Earnings Statement



*AMERICAN HOME MORTGAGE*
*PAYROLL ACCOUNT*
*538 BROADHOLLOW RD*
*MELVILLE NY 11747*

Period Beginning: 07/01/2007
Period Ending: 07/15/2007
Pay Date: 07/25/2007

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
CA: 1

00000003572
**JENNIFER VON BEHREN**
**937 E. MARDALL AVE.**
**ORANGE, CA 92866**

Social Security Number: XXX-XX-5657

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.2805 | 72.00 | 1,244.20 | 18,827.10 |
| Ot | 25.9207 | .25 | 6.48 | 103.68 |
| Holiday | 17.2805 | 8.00 | 138.24 | 829.45 |
| Incentives | | | 400.00 | 1,759.72 |
| Adjustment | | | | 256.99 |
| Bonus | | | | 431.14 |
| Production Bon | | | | 1,200.00 |
| Sick | | | | 138.24 |
| Vacation | | | | 138.24 |
| **Gross Pay** | | | **$1,788.92** | 25,343.48 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,690.68

| Deductions | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -215.48 | 3,182.82 |
| | Social Security Tax | -108.15 | 1,532.61 |
| | Medicare Tax | -25.29 | 358.43 |
| | CA State Income Tax | -54.96 | 832.23 |
| | CA SUI/SDI Tax | -10.47 | 148.32 |
| | **Other** | | |
| | Checking | -1,274.16 | |
| | Dental Pre-Tax | -19.07* | 266.98 |
| | Ins Pretax Epr | -25.00* | 350.00 |
| | Pretax Vision | -0.50* | 7.00 |
| | Short Term Dis | -2.17 | 30.38 |
| | 401K | -53.67* | 760.30 |
| | **Net Pay** | **$0.00** | |

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

**Advice number:** 00000303712
Pay date: 07/25/2007

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JENNIFER VON BEHREN | 028051053 | 1222 3414 | $1,274.16 |

THIS IS NOT A CHECK

**Bank of America**
BANK OF AMERICA, N.A.

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

CO. FILE DEPT. CLOCK VCHR. NO. 040
R4F 074838 000388 R2400 0000323667 1

# Earnings Statement



*AMERICAN HOME MORTGAGE*
*PAYROLL ACCOUNT*
*538 BROADHOLLOW RD*
*MELVILLE NY 11747*

Period Beginning: 07/16/2007
Period Ending: 07/31/2007
Pay Date: 08/07/2007

00000003527
JENNIFER VON BEHREN
937 E. MARDALL AVE.
ORANGE, CA 92866

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
CA: 1

Social Security Number: XXX-XX-5657

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.2805 | 80.00 | 1,382.44 | 20,209.54 |
| Sick 27th | 17.2805 | 8.00 | 138.24 | 276.48 |
| Vac 06 30th | 17.2805 | 8.00 | 138.24 | |
| Ot | | | | 103.68 |
| Adjustment | | | | 256.99 |
| Bonus | | | | 431.14 |
| Holiday | | | | 829.45 |
| Incentives | | | | 1,759.72 |
| Production Bon | | | | 1,200.00 |
| Vacation | | | | 138.24 |
| Gross Pay | | | $1,658.92 | 27,002.40 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,614.35

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | Federal Income Tax | -196.40 | 3,379.22 |
| | Social Security Tax | -100.09 | 1,632.70 |
| | Medicare Tax | -23.41 | 381.84 |
| | CA State Income Tax | -48.85 | 881.08 |
| | CA SUI/SDI Tax | -9.68 | 158.00 |
| Other | Checking | -1,233.75 | |
| | Dental Pre-Tax | -19.07* | 286.05 |
| | Ins Pretax Epr | -25.00* | 375.00 |
| | Pretax Vision | -0.50* | 7.50 |
| | Short Term Dis | -2.17 | 32.55 |
| | 401K | | 760.30 |
| | Net Pay | $0.00 | |

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

© 2000 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Advice number: 00000323667
Pay date: 08/07/2007

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JENNIFER VON BEHREN | 028051053 | 1222 3414 | $1,233.75 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

Bank of America
BANK OF AMERICA, N.A.

NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

CO. FILE DEPT. CLOCK VCHR. NO. R4F 071838 000388 P24OO 0000325401 1

# Earnings Statement



AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Period Beginning: 08/01/2007
Period Ending: 08/03/2007
Pay Date: 08/08/2007

00000001317
JENNIFER VON BEHREN
937 E. MARDALL AVE.
ORANGE, CA 92866

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
CA: 1

Social Security Number: XXX-XX-5657

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.2805 | 21.75 | 375.85 | 20,585.39 |
| Ot | | | | 103.68 |
| Adjustment | | | | 256.99 |
| Bonus | | | | 431.14 |
| Holiday | | | | 829.45 |
| Incentives | | | | 1,759.72 |
| Production Bon | | | | 1,200.00 |
| Sick | | | | 276.48 |
| Vacation | | | | 138.24 |
| Gross Pay | | | $375.85 | 27,378.25 |

Your federal taxable wages this period are $375.85

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| | Federal Income Tax | -12.38 | 3,391.60 |
| | Social Security Tax | -23.30 | 1,656.00 |
| | Medicare Tax | -5.45 | 387.29 |
| | CA SUI/SDI Tax | -2.26 | 160.26 |
| | CA State Income Tax | | 881.08 |
| Other | | | |
| | Checking | -332.46 | |
| | Dental Pre-Tax | | 286.05 |
| | Ins Pretax Epr | | 375.00 |
| | Pretax Vision | | 7.50 |
| | Short Term Dis | | 32.55 |
| | 401K | | 760.30 |
| Net Pay | | $0.00 | |

©1998, 2006, ADP, Inc. All Rights Reserved.

TEAR HERE

© 2000 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

AMERICAN HOME MORTGAGE
PAYROLL ACCOUNT
538 BROADHOLLOW RD
MELVILLE NY 11747

Advice number: 00000325401
Pay date: 08/08/2007

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JENNIFER VON BEHREN | 028051053 | 1222 3414 | $332.46 |

THIS IS NOT A CHECK

Bank of America
BANK OF AMERICA, N.A.



VOID AFTER 180 DAYS

NON-NEGOTIABLE