UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: American Home Mortgage Acceptance, Inc.
Case No. 07-11049
Reporting Period: February 2008

**MONTHLY OPERATING REPORT**

File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|:---:|:---:|:---:|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
|   Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
|   Schedule of Professional Fees Paid | MOR-1b | X | | |
|   Copies of bank statements | | X | | |
|   Cash disbursements journals | | X | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
|   Copies of IRS Form 6123 or payment receipt | | | | |
|   Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
|   Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C Section 1746) that this report and the related attached documents are true
and correct to the best of my knowledge and belief.

_____
Signature of Debtor


_____
Signature of Joint Debtor


*Robert C. Bernstein*
_____
Signature of Authorized Individual*

_____4/17/08_____
Date


Robert C. Bernstein
_____
Printed Name of Authorized Individual

Controller
_____
Title of Authorized Individual

* Authorized Individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager if debtor is
a limited liability company.

**American Home Mortgage Acceptance, Inc.**
**Case No. 07-11049**

NOTES TO MONTHLY OPERATING REPORT

The Monthly Operating Report contains financial information that has been prepared by the Debtors' management and has not been audited or reviewed by independent registered public accountants. Some of the financial information in the Monthly Operating Report is not presented in accordance with generally accepted accounting principles ("GAAP") and may be subject to future reconciliation and adjustments. While management of the Debtors has made every effort to ensure that the Monthly Operating Report is accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may exist and the subsequent receipt of information may result in material changes in the data contained in the Monthly Operating Report that would warrant amendment of same. The Debtors reserve the right to amend the Monthly Operating Report as necessary or appropriate and expect to do so as new or additional information becomes available.

The Debtors reserve the right to dispute, or to assert offsets or defenses to, any claim reflected on the Monthly Operating Report as to amount, liability or classification.

The Debtors utilize a consolidated cash management system whereby American Home Mortgage Corp. makes certain disbursements on behalf of other Debtors. The accompanying Schedule of Cash Receipts and Disbursements reflects the specific Debtor and Debtor's account from which these disbursements occur. However, for the purposes of identifying disbursements used in calculating U.S. Trustee quarterly fees, these disbursements will be allocated to the beneficiary Debtor based upon the Operating Expenses contained in the Statement of Operations. These allocations are based upon the books and records maintained on a basis consistent with historical accounting practices, and are not intended to reflect a comprehensive allocation of overhead and operating expenses across Debtors and non-Debtor affiliates.

As provided by GAAP, the Debtors' books and records have characterized the loan repurchase agreements as secured financing arrangements, including the estimated total liability as a secured claim and the underlying mortgage loans and residual Interests as assets of the Debtors. This treatment is also reflected in this Monthly Operating Report. The loan repurchase agreements, however, generally provide that the Debtors sold mortgage loans (or residual interests) to the counterparties subject to a right and obligation to repurchase these mortgage loans or residual interests at a subsequent date or upon the occurrence of certain events. The Debtors reserve all rights with respect to the loan repurchase agreements, including the proper characterization, the underlying assets and outstanding amounts.

**American Home Mortgage Acceptance, Inc.**
**Schedule of Cash Receipts and Disbursements**
**Case No. 07-11049**
**February 29, 2008**

| | Bank Accounts | | | | Total |
|---|---|---|---|---|---|
| | Operating | Payroll | Tax | Other | |
| Cash Beginning of Month - (2/1/2008) | $ 226,076 | $ - | $ - | $ - | $ 226,076 |
| | | | | | |
| Receipts: | | | | | |
| Cash Sales | | | | | |
| Accounts Receivable | | | | | |
| Sale of Assets | | | | | |
| Loans and Advances | | | | | |
| Administrative | | | | | |
| Net Payroll | | | | | |
| Other | | | | | |
| Transfers (From DIP Accounts) | | | | | |
| | | | | | |
| Total Receipts: | - | - | - | - | - |
| | | | | | |
| | | | | | |
| Disbursements: | | | | | |
| Net Payroll | | | | | |
| Payroll Taxes | | | | | |
| Sales, Use, & Other Taxes | | | | | |
| Loans and Advances | 19,095 | | | | |
| Inventory Purchases | | | | | |
| Secured/Rental/Leases | | | | | |
| Insurance | | | | | |
| Administrative | | | | | |
| Selling | | | | | |
| Other | | | | | |
| Transfers (To DIP Accounts) | | | | | |
| Professional Fees | | | | | |
| U.S. Trustee Quarterly Fees | | | | | |
| Court Costs | | | | | |
| | | | | | |
| Total Disbursements: | 19,095 | - | - | - | 19,095 |
| | | | | | |
| NET CASH FLOW | | | | | |
| (Receipts less Disbursements) | | | | | (19,095) |
| | | | | | |
| | | | | | |
| Cash End of Month - (2/29/2008) | $ 206,981 | $ - | $ - | $ - | $ 206,981 |

| | |
|---|---|
| Total Disbursements | 19,095 |
| Less: Transfers to Debtor in Possession Accounts | |
| Plus: Estate Disbursements made by outside sources (i.e. from escrow accounts) | |
| Total Disbursements for Calculating U.S. Trustee Quarterly Fees | 19,095 |

American Home Mortgage Acceptance, Inc.
Net Disbursements
Case No. 07-11049
February 29, 2008

| Category | Acct Type | Acct | RefNbr | Dr/Amt | Cr/Amt | Net | TranDesc |
|---|---|---|---|---|---|---|---|
| Loans & Advances | Operating | 11558 | | 20,000.00 | - | 20,000.00 | Feb Heloc Draws |
| Loans & Advances | Operating | 11558 | | 8,065.65 | - | 8,065.65 | To Cover Heloc Draws |
| Loans & Advances | Operating | 11558 | 713399 | | 2,900.00 | 2,900.00 | Dec Heloc Draw Inv 800 |
| Loans & Advances | Operating | 11558 | | 37,718.25 | - | 37,718.25 | To Cover Heloc Draws |
| Loans & Advances | Operating | 11558 | | 33,699.97 | - | 33,699.97 | To Cover Heloc Draws |
| Loans & Advances | Operating | 11558 | | 69,282.48 | - | 69,282.48 | To Covery Heloc Draws |
| Loans & Advances | Operating | 11558 | | 67,965.64 | - | 67,965.64 | To Cover Heloc Draws |
| Loans & Advances | Operating | 11558 | | 11,657.50 | - | 11,657.50 | To Cover Heloc Draws |
| Loans & Advances | Operating | 11558 | | 72,000.00 | - | 72,000.00 | To Cover Heloc Draws |
| Loans & Advances | Operating | 11558 | | 5,503.92 | - | 5,503.92 | To Cover Heloc Draws |
| Loans & Advances | Operating | 11558 | | 10,000.00 | - | 10,000.00 | To cover Heloc Draws |
| Loans & Advances | Operating | 11558 | | 30,220.93 | - | 30,220.93 | To cover Heloc Draws |
| Loans & Advances | Operating | 11558 | | 52,564.99 | - | 52,564.99 | To cover Heloc Draws |
| Loans & Advances | Operating | 11558 | | 28,325.00 | - | 28,325.00 | To Cover Heloc Draws |
| Loans & Advances | Operating | 11558 | | | 5,403.09 | (5,403.09) | Feb Heloc Draws |
| Loans & Advances | Operating | 11558 | | | 3,278.55 | (3,278.55) | Feb Heloc Draws |
| Loans & Advances | Operating | 11558 | | | 13,200.00 | (13,200.00) | Feb Heloc Draws |
| Loans & Advances | Operating | 11558 | | | 10,000.00 | (10,000.00) | Feb Heloc Draws |
| Loans & Advances | Operating | 11558 | | | 61,460.38 | (61,460.38) | Feb Heloc Draws |
| Loans & Advances | Operating | 11558 | | | 1,839.03 | (1,839.03) | Feb Heloc Draws |
| Loans & Advances | Operating | 11558 | | | 52,564.99 | (52,564.99) | Feb Heloc Draws |
| Loans & Advances | Operating | 11558 | | | 6,657.50 | (6,657.50) | Feb Heloc Draws |
| Loans & Advances | Operating | 11558 | | 5,403.09 | - | 5,403.09 | Heloc Funding |
| Loans & Advances | Operating | 11558 | | | 30,220.93 | (30,220.93) | Feb Heloc Draws |
| Loans & Advances | Operating | 11558 | | 14,500.00 | - | 14,500.00 | Feb Heloc Draws |
| Loans & Advances | Operating | 11558 | | | 100,325.00 | (100,325.00) | Feb Heloc Draws |
| Loans & Advances | Operating | 11558 | | | 22,615.22 | (22,615.22) | Feb Heloc Draws |
| Loans & Advances | Operating | 11558 | | | 57,718.25 | (57,718.25) | Feb Heloc Draws |
| Loans & Advances | Operating | 11558 | | | 67,965.64 | (67,965.64) | Feb Heloc Draws |
| Loans & Advances | Operating | 11558 | | | 33,699.97 | (33,699.97) | Feb Heloc Draws |
| Loans & Advances | Operating | 11558 | | | 8,065.65 | (8,065.65) | Feb Heloc Draws |
| Loans & Advances | Operating | 11558 | 1809902 | 22,615.22 | - | 22,615.22 | To Cover Heloc Draws |
| Loans & Advances | Operating | 11558 | | 14,500.00 | - | 14,500.00 | To cover Heloc Draws |
| Loans & Advances | Operating | 11558 | | 61,460.38 | - | 61,460.38 | To Cover Heloc Draws |
| Loans & Advances | Operating | 11558 | | | 69,282.48 | (69,282.48) | Feb Heloc Draws |
| Loans & Advances | Operating | 11558 | | | 5,754.50 | (5,754.50) | Feb Heloc Draws |
| Loans & Advances | Operating | 11558 | | | 2,225.30 | (2,225.30) | Feb Heloc Draws |
| Loans & Advances | Operating | 11558 | | | 6,201.46 | (6,201.46) | Feb Heloc Draws |
| | | | | 553,883.02 | 572,977.94 | (19,094.92) | |

| American Home Mortgage Acceptance, Inc. | | | | | | |
|---|---|---|---|---|---|---|
| Account Reconciliation | | | | | | |
| DB Funding Account AHMAC | | | | | | |
| GL Account # 10322 | | | | | | |
| Bank Account # 00-446-432 | | | | | | |
| February 29, 2008 | | | | | | |
| | | | | | | |
| GL Balance: | | | | | | 214,890.09 |
| | | | | | | |
| Reconciling Items: | | | | | | |
| Loan # 1816441- Rejected wire 7/26/07 | | | | | | |
| | | | | | | |
| | | | | | | |
| Subtotal: | | | | | | 0.00 |
| | | | | | | |
| Bank Balance: | | | | | | 214,890.09 |
| | | | | | | |
| Difference: | | | | | | 0.00 |

**American Home Mortgage**
**Account Reconciliation**
**BONY HELOC Account # 890-0566-272**
**GL # 11558**
**February 29, 2008**

| | | |
|---|---|---:|
| **Bank Balance:** | | 469.99 |
| | | |
| **GL Balance:** | | |
| AHMAC | | 6,291.71 |
| | | |
| | | |
| | | -469.99 |
| **Reconciling Items:** | | |
| 8/1/2007 Withdrawal not posted | | -7,721.64 |
| rec item from Oct | | 1,899.99 |
| | | |
| Subtotal: | | -5,821.65 |
| | | |
| Difference: | | -0.07 |

**American Home Mortgage Acceptance, Inc.**
**Case Number: 07-11049**
**Schedule Of Professional Fees And Expenses Paid**
**Reporting Period: February 1 through February 29, 2008**

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| No activity | | | | | | | | | |

American Home Mortgage Acceptance Inc. - Case No. 07-11049
Parent-Only Statement of Income

| | Month Ended February 29, 2008 | August 6 through February 29, 2008 |
|---|---:|---:|
| Net interest income: | | |
| Interest income | $ 1,384,560 | $ 11,510,475 |
| Interest expense | - | (1) |
| Net interest income | 1,384,560 | 11,510,474 |
| Provision for loan losses | - | - |
| Net interest income after provision for loan losses | 1,384,560 | 11,510,474 |
| | | |
| Non-interest income: | | |
| Gain (loss) on mortgage loans | 25,601,449 | (28,839,802) |
| Gain on securities and derivatives | - | 39,301 |
| Loan servicing fees | - | (499,113) |
| Changes in fair value of MSR | - | (10,841,315) |
| Net loan servicing fees | - | (11,340,428) |
| Income from subsidiaries | (6,114) | 3,142,352 |
| Non-interest income | 25,595,335 | (36,998,577) |
| | | |
| Salaries, commissions and benefits, net | 279,844 | 3,179,631 |
| Office supplies and expenses | - | (4,322) |
| Marketing and promotion | - | 10 |
| Professional fees | - | 7,500 |
| Other real estate operating (income) expense | 119,040 | 1,389,388 |
| Other | - | (4,505) |
| Total expenses | 398,884 | 4,567,702 |
| | | |
| (Loss) Income before income taxes | 26,581,011 | (30,055,805) |
| Income taxes | - | - |
| Net income | $ 26,581,011 | $ (30,055,805) |

**American Home Mortgage Acceptance Inc. - Case No. 07-11049**
**Schedule of Other Income and Other Expense**

| | Month Ended February 29, 2008 | August 6 through February 29, 2008 |
|---|---|---|
| Other Expense: | | |
| Licenses and Permits | $ - | $ 401 |
| Minority Interest Expense | - | 201 |
| Net Losses on Discontinued Business | - | 19,174 |
| Other Taxes and Tax Penalties | - | (22,731) |
| Outsourced Services | - | 51 |
| Other | - | (1,601) |
| Total other expense | $ - | $ (4,505) |

**American Home Mortgage Acceptance, Inc. - Case No. 07-11049**
**Parent-Only Statements of Financial Condition**

|  | 8/5/2007 | 2/29/2008 |
|---|---|---|
| **ASSETS** | | |
| Cash and cash equivalents | $ 722,409 | $ 206,982 |
| Restricted cash | 48,925 | - |
| Accounts receivable | 3,584,146 | 2,177,983 |
| Intercompany receivable | 479,912,597 | 517,059,825 |
| Mortgage loans | 471,583,017 | 134,235,834 |
| Mortgage servicing rights | 27,316,058 | 16,744,758 |
| Other real estate, net | 3,509,981 | 4,092,208 |
| Investment in subsidiaries | (28,806,603) | (25,664,254) |
| Other assets | 309,446 | 156,271 |
| Total assets | $ 958,179,976 | $ 649,009,607 |
| | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| | | |
| **Liabilities:** | | |
| Warehouse lines of credit | $ 397,312,428 | $ 144,618,085 |
| Accrued expenses and other liabilities | 1,106,467 | 18,032,637 |
| Intercompany payable | 715,932,804 | 672,586,413 |
| Total liabilities | $ 1,114,351,699 | $ 835,237,135 |
| | | |
| **Stockholders' Equity:** | | |
| Additional paid-in capital | $ 40,298,920 | $ 40,298,920 |
| Retained earnings | (196,470,643) | (226,526,448) |
| Total stockholders' equity | $ (156,171,723) | $ (186,227,528) |
| | | |
| Total liabilities and stockholders' equity | $ 958,179,976 | $ 649,009,607 |
| | - | - |

**American Home Mortgage Acceptance, Inc. - Case No. 07-11049**
**Statements of Other Assets and Other Liabilities**

|  | 8/5/2007 | 2/29/2008 |
|---|---|---|
| Other Assets: | | |
| Prepaid expenses | $ 166,040 | $ 156,271 |
| Other | 143,406 | - |
| Total Other Assets | $ 309,446 | $ 156,271 |
| | | |
| Accrued expenses and other liabilities: | | |
| Accrued expenses | $ 837,359 | $ 882,930 |
| Accrued payroll expense | - | 146,334 |
| Payable to WLR | - | 16,753,757 |
| Escrow payable | - | (19,495) |
| Deferred compensation plan liability | 32,821 | 32,824 |
| Drafts payable | 236,287 | 236,287 |
| Total Accrued expenses and other liabilities | $ 1,106,467 | $ 18,032,637 |

**American Home Mortgage Acceptance, Inc.**
**Case Number: 07-11049**
**Status Of Postpetition Taxes**
**Reporting Period: February 1 through February 29, 2008**

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | 4,011 | 2/08/08, 2/25/08 | | |
| FICA-Employee | | | 8,415 | 2/08/08, 2/25/08 | | |
| FICA-Employer | | | 8,415 | 2/08/08, 2/25/08 | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | 20,841 | | | |
| **State and Local** | | | | | | |
| Withholding | | | 17,811 | 1/10/08, 1/25/08, 1/31/08 | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | 17,811 | | | |
| **Total Taxes** | | | 38,652 | | | |

## Summary Of Unpaid Postpetition Debts

| | Current | Number of Days Past Due | | | | Total |
|---|---|---|---|---|---|---|
| | | 0-30 | 31-60 | 61-90 | Over 90 | |
| Accounts Payable | | | | | | |
| Wages Payable | 88,114 | | | | | 88,114 |
| Taxes Payable | 58,220 | | | | | 58,220 |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | 146,334 | | | | | 146,334 |

**American Home Mortgage Acceptance Corp**
**Accounts Receivable Reconciliation and Aging**
**Case No. 07-11049**
**February 29, 2008**

|  | Total |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period - 1/31/2008 | 4,148,547 |
| + Amounts billed during the period | 157,579 |
| - Amounts collected during the period* | (2,128,143) |
| Total Accounts Receivable at the end of the reporting period - 2/29/2008 | $ 2,177,983 |

| Accounts Receivable Aging: | Total |
|---|---|
| 0 - 30 days old | 142,448 |
| 31 - 60 days old | 155,035 |
| 61 - 90 days old | 428,189 |
| 91+ days old | 1,452,312 |
| Total Accounts Receivable | 2,177,983 |
| Amount considered uncollectible (Bad Debt) | - |
| Accounts Receivable (Net) | $ 2,177,983 |

## Debtor Questionnaire

|  | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below |  | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, please provide an explanation below. |  | X |
| 3. Have all post petition tax returns been filed timely?  If no, provide an explanation below. | X |  |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X |  |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account (s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. |  | X |

* Includes 1,312,039 writeoff of interest receivable on encumbered loans.