IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x   Chapter 11

In re:                                                             :
                                                                   :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :
a Delaware corporation, et al., [1]                                :   Jointly Administered
                                                                   :
     Debtors.                                                      :   Objection Deadline: May 12, 2008 at 4:00
                                                                       p.m.
------------------------------------------------------------------ x   Hearing Date: N/A

### NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the
       Official Committee of Unsecured Creditors

       The **Eighth Monthly Application of Weltman, Weinberg & Reis Co. LPA as
Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of
Compensation and Reimbursement of Expenses Incurred for the Interim Period March 1,
2008 through March 31, 2008** (the "Application") has been filed with the Bankruptcy Court.
The Application seeks allowance of interim fees in the amount of $53,757.50 and interim
expenses in the amount of $62,378.63.

       Objections to the Application, if any, are required to be filed on or before **May
12, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States
Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington,
Delaware 19801.

       At the same time, you must also serve a copy of the response so as to be received
by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings,
Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel);
(ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391,
Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii)
Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and
Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER MODIFYING EXISTING PROCEDURES FOR THE COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CERTAIN FORECLOSURE PROFESSIONALS AND REAL ESTATE BROKERS UTILIZED IN THE ORDINARY COURSE AND GRANTING LIMITED NUNC PRO TUNC RELIEF [DOCKET NO. 2985], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 100% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
      April 21, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| --------------------------------------------------------------- x | | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | |
| a Delaware corporation, et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: |
| | : | Hearing Date: N/A |
| --------------------------------------------------------------- x | | |

**EIGHTH MONTHLY APPLICATION OF
WELTMAN, WEINBERG & REIS CO. LPA AS FORECLOSURE SERVICE
PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR
ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
<u>FOR THE INTERIM PERIOD MARCH 1, 2008 THROUGH MARCH 31, 2008 AND
SUPPLEMENTAL COMPENSATION AND REIMBURSEMENT OF EXPENSES
INCURRED IN PREVIOUS MONTHS</u>**

| | |
|---|---|
| Name of Applicant: | **Weltman, Weinberg & Reis Co. LPA** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **Effective as of August 6, 2007** |
| Period for which compensation and reimbursement is sought: | **March 1, 2008 through March 31, 2008 and fees and costs inadvertently omitted from previous applications ("Dropped Invoices")** |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | **$53,194.50 (March 2008)
    563.00 (Dropped Invoices)**<br><br>**$53,757.50 (Total)** |

066585.1001

Amount of Interim Expense Reimbursement sought

as actual, reasonable and necessary:  **$62,521.63  (March 2008)**

   **(143.00) (Dropped Invoices)**

   **$62,378.63 (Total)**

This is an:  __X__ interim  ___ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors. This application includes no fee component in connection with the preparation of Fee Applications.

066585.1001

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $ 48,668.00 |
| Foreclosure- related work | 26.1 (March $5,089.50) 0.0 (Dropped $.00) (Total) | $    5,089.50 |
| Totals | | $ 53,757.50 |

## INTERIM EXPENSES

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Funds advanced for foreclosure related costs. (i.e. Title Searches, Service of Process, Filing Fees, Clerk Fees and Sale Fees) | N/A | $62,378.63 |

Attached to this application are Exhibits A, B, C.  Exhibits A and C is a spreadsheet containing an itemization of all fees and costs advanced for March 2008 and the Dropped Invoices. Exhibits B is a copy of invoices that provide an itemization of all work performed on an hourly basis in March 2008.

**VERIFICATION OF FEE APPLICATION**

STATE OF OHIO                        }

COUNTY OF FRANKLIN        }        ss.

     Geoffrey J. Peters, after being duly sworn according to law, deposes and says:

     1.  I am Shareholder of the applicant firm (the "Firm") and have been admitted to the bar of the State of Ohio.  I am a member in good standing.

     2.  The Firm performed legal services as foreclosure professionals for the Debtors in the ordinary course of their business.  I am familiar with the work performed on behalf of the Debtors by the lawyers and legal assistants in the Firm.

     3.  The services and expenses were performed and incurred within the month subject to the foregoing Application.

     4.  The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                                   Geoffrey J. Peters

SWORN TO AND SUBSCRIBED
Before me this _17_ day of April, 2008.

     Annette Rains

ANNETTE RAINS
Notary Public, State of Ohio
My Commission Expires 05-27-2012

**American Home Mortgage**
**\*\* SUMMARY STATEMENT \*\***
**Billing Period: 03/01/2008 thru 03/31/2008**

| Dated | Loan# | Debtor Name | WWR# | Bill # | Description | Attorney Fees | Court Costs |
|---|---|---|---|---|---|---|---|
| 03/03/08 | 1001080388 | Ledyard, Daniel | 10009600 | 17033 | FLAT FEE-3RD PARTY FORECLOSURE | 500.00 | |
| 03/03/08 | 1001062390 | May, Danny | 10010834 | 17052 | FORECLOSURE COMPLAINT DEPOSIT | | 475.00 |
| 03/04/08 | 1001062390 | May, Danny | 10010834 | 17052 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 03/06/08 | 1001661621 | Gainer, Kevin | 10010805 | 17104 | ATTORNEY FEES | 550.00 | |
| 03/06/08 | 1001661621 | Gainer, Kevin | 10010805 | 17104 | FORECLOSURE COMPLAINT DEPOSIT | | 475.00 |
| 03/06/08 | 1000982245 | Locke, Michael C. & Constance E. | 10010853 | 17105 | ATTORNEY FEES | 550.00 | |
| 03/06/08 | 1000982245 | Locke, Michael C. & Constance E. | 10010853 | 17105 | PREP OF DOCUMENTS | 75.00 | |
| 03/07/08 | 1000982245 | Locke, Michael C. & Constance E. | 10010853 | 17105 | FORECLOSURE COMPLAINT DEPOSIT | | 475.00 |
| 03/03/08 | 1000683266 | Carter, Vanessa E. | 10006708 | 17123 | PRECIPE - FORECLOSURE | | 620.00 |
| 03/03/08 | 1001166092 | Herring, Archie | 10007942 | 17124 | PRECIPE - FORECLOSURE | | 500.00 |
| 03/06/08 | 1001632828 | Lubell, Jeffrey D. | 10008179 | 17125 | Partial Attorney Fee - Foreclosure | 250.00 | |
| 03/06/08 | 1001632828 | Lubell, Jeffrey D. | 10008179 | 17125 | FORECLOSURE COMPLAINT DEPOSIT | | 300.00 |
| 03/07/08 | 1001632828 | Lubell, Jeffrey D. | 10008179 | 17125 | PREP OF DOCUMENTS - Lost Note Affidavit | 75.00 | |
| 03/07/08 | 1001135968 | Smith, Bryan M. | 10009182 | 17126 | PRECIPE -FORECLOSURE | | 500.00 |
| 03/06/08 | 1000850784 | Zollner, Christopher | 10010843 | 17128 | ATTORNEY FEES | 550.00 | |
| 03/07/08 | 1000850784 | Zollner, Christopher | 10010843 | 17128 | FORECLOSURE COMPLAINT DEPOSIT | | 550.00 |
| 03/07/08 | 1001271065 | Hutchins, Mary | 10004092 | 17184 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/07/08 | 1001271065 | Hutchins, Mary | 10004092 | 17184 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 03/12/08 | 1001271065 | Hutchins, Mary | 10004092 | 17184 | Reset sale | 100.00 | |
| 03/11/08 | 1000777864 | Auman, Clinton T. | 10004622 | 17185 | PRECIPE - FORECLOSURE | | 500.00 |
| 03/12/08 | 1000777864 | Auman, Clinton T. | 10004845 | 17185 | PRECIPE - FORECLOSURE | | 540.00 |
| 03/03/08 | 1000841128 | Burdine, Floyd C. | 10007254 | 17188 | PRECIPE - FORECLOSURE | | 500.00 |
| 03/03/08 | 1001628410 | Gainer, Kevin | 10010839 | 17190 | ASSIGNMENT | 100.00 | |
| 03/03/08 | 1001628410 | Gainer, Kevin | 10010839 | 17190 | ASSIGNMENT - 2nd Mortgage | 100.00 | |
| 03/12/08 | 1001628410 | Gainer, Kevin | 10010839 | 17190 | ATTORNEY FEES | 550.00 | |
| 03/12/08 | 1001628410 | Gainer, Kevin | 10010839 | 17190 | FORECLOSURE COMPLAINT DEPOSIT | | 475.00 |
| 03/03/08 | 1001083366 | Rogers, Paul | 10010169 | 17220 | ASSIGNMENT | 100.00 | |
| 03/03/08 | 1001083366 | Rogers, Paul | 10010169 | 17220 | ATTORNEY FEES | 550.00 | |
| 03/11/08 | 1001083366 | Rogers, Paul | 10010169 | 17220 | FORECLOSURE COMPLAINT DEPOSIT | | 400.00 |
| 03/03/08 | 1001839547 | Williams, Brent | 10011025 | 17221 | ASSIGNMENT | 100.00 | |
| 03/12/08 | 1001839547 | Williams, Brent | 10011025 | 17221 | ATTORNEY FEES | 550.00 | |
| 03/13/08 | 1001839547 | Williams, Brent | 10011025 | 17221 | FORECLOSURE COMPLAINT DEPOSIT | | 84.00 |
| 03/12/08 | 1000875577 | Patton Jr., Earl | 10022278 | 17236 | PRECIPE - FORECLOSURE | | 500.00 |



EXHIBIT 4

| Dated | Loan# | Debtor Name | WWR# | Bill # | Description | Attorney Fees | Court Costs |
|---|---|---|---|---|---|---|---|
| 03/12/08 | 1001022180 | Benson, Denisha | 10003965 | 17253 | ATTORNEY FEES TO WITHDRAW SALE- | 355.00 | |
| 03/10/08 | 1000801586 | Page, Jamie M. | 10001745 | 17258 | SERVICE BY PUBLICATION | | 250.00 |
| 03/07/08 | 1000718115 | Auman, Clinton T. | 10004593 | 17260 | AMENDED PRELIMINARY JUDICIAL REPORT | | 135.00 |
| 03/13/08 | 1000718115 | Auman, Clinton T. | 10004593 | 17260 | ASSIGNMENT | | 100.00 |
| 03/12/08 | 1000637080 | Stevens, Matthew R. | 10007173 | 17261 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 03/19/08 | 1000637080 | Stevens, Matthew R. | 10007173 | 17261 | MOTION FOR SUMMARY JUDGMENT | 600.00 | |
| 03/12/08 | 1000637080 | Stevens, Matthew R. | 10007173 | 17261 | Outsourcing foreclosure fee | 150.00 | |
| 03/19/08 | 1000729778 | Casteel, Sharon M. | 10007176 | 17262 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 03/19/08 | 1000729778 | Casteel, Sharon M. | 10007176 | 17262 | MOTION FOR SUMMARY JUDGMENT | 600.00 | |
| 03/19/08 | 1000729778 | Casteel, Sharon M. | 10007176 | 17262 | Outsourcing foreclosure fee | 150.00 | |
| 03/19/08 | 1001310557 | Deuble, Paul W. and Amy B. | 10007405 | 17263 | MOTION FOR SUMMARY JUDGMENT | 600.00 | |
| 03/03/08 | 1001310557 | Deuble, Paul W. and Amy B. | 10007405 | 17263 | Outsourcing foreclosure fee | 150.00 | |
| 03/03/08 | 1000831199 | Cenicola, Christopher | 10008959 | 17264 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 03/19/08 | 1001248862 | Stoudmire, Anthony | 10009075 | 17265 | FINAL JUDICIAL REPORT | | 155.00 |
| 03/10/08 | 1001617211 | Stoudmire, Anthony | 10009075 | 17266 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 03/11/08 | 1001617211 | Stoudmire, Anthony | 10009175 | 17266 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 03/03/08 | 1000582225 | Willis, Willie L. and Barbara L. | 10009175 | 17266 | FINAL JUDICIAL REPORT | | 155.00 |
| 03/10/08 | 1000582225 | Willis, Willie L. and Barbara L. | 10009177 | 17267 | MOTION FOR SUMMARY JUDGMENT | 600.00 | |
| 03/12/08 | 1001281072 | Trivissonno, John L. and Susan | 10009327 | 17267 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 03/10/08 | 1000900880 | Boros, Matthew | 10009327 | 17268 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 03/06/08 | 1000795978 | Locke, Michael | 10010850 | 17269 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 03/06/08 | 1000795978 | Locke, Michael | 10010850 | 17269 | ASSIGNMENT | | 100.00 |
| 03/03/08 | 1000795978 | Locke, Michael | 10010850 | 17297 | FORECLOSURE COMPLAINT DEPOSIT | | 475.00 |
| 03/12/08 | 1000795978 | Locke, Michael | 10010850 | 17297 | FORECLOSURE COMPLAINT DEPOSIT | | 475.00 |
| 03/11/08 | 1001163087 | Billhoulis, Theodoros I. | 10002490 | 17311 | SALES PUBLICATION | | 204.00 |
| 03/20/08 | 1007718115 | Auman, Clinton T. | 10004928 | 17313 | FORECLOSURE COMPLAINT DEPOSIT | | 475.00 |
| 03/19/08 | 1001269522 | Larsen, Kevin E. | 10005639 | 17315 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/19/08 | 1000026716 | Gongwer, Katherine R. | 10005669 | 17316 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/11/08 | 1001412689 | Larsen, Kevin E. | 10006332 | 17318 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/07/08 | 1001246635 | Person, Michelle N. | 10007261 | 17319 | RECORDING FEE - ASSIGNMENT | | 28.00 |
| 03/19/08 | 1000841093 | Burdine, Floyd C. | 10007404 | 17320 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/19/08 | 1001152229 | Moore, Terry A. | 10008044 | 17323 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/11/08 | 1001112651 | Genlee, Christopher D. | 10008063 | 17324 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/11/08 | 1001213384 | Herring, Archie | 10008179 | 17326 | PRECIPE - FORECLOSURE | | 500.00 |
| 03/18/08 | 1001632228 | Lubell, Jeffrey D. | 10008182 | 17327 | RECORDING FEE | | 64.00 |
| 03/18/08 | 1001302966 | Brownfield, Dale R. & Geraldine | 10008951 | 17328 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/10/08 | 1001355604 | Smith, Scott | 10009074 | 17329 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/07/08 | 1001131127 | Miracola, Tina | 10009093 | 17333 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/11/08 | 1000758488 | Wion, Steven A. | 10009093 | 17335 | RECORDING FEE | | 32.00 |
| 03/03/08 | 1001635933 | Spivey, John and Arlene | 10009504 | 17336 | FINAL JUDICIAL REPORT | | 135.00 |

| Dated | Loan# | Debtor Name | WWR# | Bill # | Description | Attorney Fees | Court Costs |
|---|---|---|---|---|---|---|---|
| 03/15/08 | 1000655724 | Rader, Jeremy D. | 10009508 | 17337 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/18/08 | 1000615792 | Midkiff, Johnny K. and Marilyn S. | 10009631 | 17338 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/18/08 | 1001283147 | Darcangelo, Susan | 10009778 | 17340 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/15/08 | 1001623254 | Ramos, Hector | 10009829 | 17341 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/15/08 | 1000826414 | Spalding, Kevin and Tiffany | 10009831 | 17342 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/19/08 | 1001131006 | Cerny, Irwin | 10009832 | 17343 | FINAL JUDICIAL REPORT | | 155.00 |
| 03/19/08 | 1001000183 | Krakiewiecz, Sean | 10009863 | 17344 | FINAL JUDICIAL REPORT | | 155.00 |
| 03/19/08 | 1001082793 | Kljun, Luann | 10009865 | 17345 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/06/08 | 1001720033 | Adams, Michael and Nancy | 10009874 | 17346 | SPECIAL PROCESS SERVER | | 350.00 |
| 03/06/08 | 1001720031 | Adams, Michael | 10009880 | 17347 | SPECIAL PROCESS SERVER | | 650.00 |
| 03/11/08 | 1001720036 | Adams, Mike | 10009883 | 17348 | SPECIAL PROCESS SERVER | | 500.00 |
| 03/15/08 | 1000720036 | Adams, Mike | 10009883 | 17348 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/21/08 | 1001272408 | Taylor, Lillian | 10009880 | 17349 | FINAL JUDICIAL REPORT | | 155.00 |
| 03/11/08 | 1000660613 | Westfere, John E. and Eleanor V. | 10010353 | 17351 | RECORDING FEE | | 32.00 |
| 03/21/08 | 1001292097 | Collier, Darrin L. | 10010454 | 17352 | SPECIAL PROCESS SERVER | | 200.00 |
| 03/11/08 | 1001292097 | Collier, Darrin L. | 10010454 | 17352 | SPECIAL PROCESS SERVER | | 200.00 |
| 03/21/08 | 1001661621 | Gainer, Kevin | 10010805 | 17353 | RECORDING FEE | | 56.00 |
| 03/12/08 | 1001661621 | Gainer, Kevin | 10010834 | 17354 | RECORDING FEE - ASSIGNMENT | | 28.00 |
| 03/21/08 | 1001062390 | May, Danny | 10010834 | 17354 | SPECIAL PROCESS SERVER | | 200.00 |
| 03/21/08 | 1001062390 | May, Danny | 10010839 | 17355 | RECORDING FEE - ASSIGNMENT | | 56.00 |
| 03/18/08 | 1001062390 | Gainer, Kevin | 10010843 | 17356 | RECORDING FEE - ASSIGNMENT | | 32.00 |
| 03/03/08 | 100085078 | Zollner, Christopher | 10010843 | 17356 | ASSIGNMENT | | 32.00 |
| 03/03/08 | 1000757824 | Henderson, Arvel | 10010925 | 17358 | ASSIGNMENT | | 100.00 |
| 03/03/08 | 1000757824 | Henderson, Arvel | 10010925 | 17358 | PRELIMINARY JUDICIAL REPORT | | 147.00 |
| 03/10/08 | 1000757824 | Henderson, Arvel | 10010925 | 17358 | ATTORNEY FEES | 550.00 | |
| 03/12/08 | 1000757824 | Henderson, Arvel | 10010925 | 17358 | FORECLOSURE COMPLAINT DEPOSIT | 550.00 | |
| 03/12/08 | 1000757824 | Henderson, Arvel | 10010925 | 17358 | RECORDING FEE | | 28.00 |
| 03/19/08 | 1000757824 | Henderson, Arvel | 10010925 | 17358 | ASSIGNMENT | | 100.00 |
| 03/19/08 | 1000660582 | Westfere, John E. and Eleanor V. | 10011107 | 17363 | FORECLOSURE COMPLAINT DEPOSIT | 300.00 | |
| 03/03/08 | 1000660582 | Westfere, John E. and Eleanor V. | 10011107 | 17363 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 03/18/08 | 1000660582 | Westfere, John E. and Eleanor V. | 10011107 | 17363 | Legal services rendered - (reformation of deed) - 2hr. of non-routine fees at $195/hr = $390 | 390.00 | |
| 03/18/08 | 1000660582 | Westfere, John E. and Eleanor V. | 10011107 | 17363 | RECORDING FEE | | 32.00 |
| 03/18/08 | 1000660582 | Westfere, John E. and Eleanor V. | 10011107 | 17363 | ASSIGNMENT | | 32.00 |
| 03/19/08 | 1000660582 | Westfere, John E. and Eleanor V. | 10011107 | 17363 | ASSIGNMENT | 100.00 | |
| 03/24/08 | 1001276036 | Westbrooks, Jerry L. | 10005640 | 17396 | ASSIGNMENT | 100.00 | |
| 03/24/08 | 1001578898 | Nelson, Vanessa D. | 10005652 | 17397 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/21/08 | 1000821147 | Baker, Timothy C. | 10007276 | 17400 | FINAL JUDICIAL REPORT | | 155.00 |
| 03/24/08 | 1001327325 | Geniec, Christopher D. | 10008014 | 17401 | PRECIPE - FORECLOSURE | | 620.00 |
| 03/21/08 | 1001237137 | Geniec, Christopher | 10008043 | 17402 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/24/08 | 1001198527 | Ward, Nancy | 10008591 | 17403 | FINAL JUDICIAL REPORT | | 135.00 |

| Dated | Loan# | Debtor Name | WWR# | Bill # | Description | Attorney Fees | Court Costs |
|---|---|---|---|---|---|---|---|
| 03/03/08 | 1001317357 | Miller, Tyna and Jeromy | 10011246 | 17412 | PRELIMINARY JUDICIAL REPORT | | 1,071.00 |
| 03/10/08 | 1001317357 | Miller, Tyna and Jeromy | 10011246 | 17412 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 03/10/08 | 1001317357 | Miller, Tyna and Jeromy | 10011246 | 17412 | PREPARATION OF ASSIGNMENT | 100.00 | |
| 03/26/08 | 1000801586 | Page, Jamie M. | 10001745 | 17467 | SERVICE BY PUBLICATION | | 175.60 |
| 03/21/08 | 1001121520 | Slone, Tonya | 10003533 | 17470 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/26/08 | 1001269338 | Larsen, Kevin E. | 10004934 | 17470 | SALES PUBLICATION | | 321.12 |
| 03/26/08 | 1001269338 | Larsen, Kevin E. | 10004934 | 17475 | RECORDING FEE - ASSIGNMENT | | 28.00 |
| 03/12/08 | 1000731769 | Shaughnessy, Paul | 10007151 | 17475 | FINAL JUDICIAL REPORT | | 155.00 |
| 03/26/08 | 1000731769 | Shaughnessy, Paul | 10007151 | 17475 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/26/08 | 1000731769 | Shaughnessy, Paul | 10007151 | 17477 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/13/08 | 1001305979 | Cowley, Tyson | 10009830 | 17477 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 03/27/08 | 1001305979 | Cowley, Tyson | 10009830 | 17477 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 03/20/08 | 1000795978 | Locke, Michael | 10010850 | 17481 | RECORDING FEE - ASSIGNMENT | | 28.00 |
| 03/21/08 | 1000795978 | Locke, Michael | 10010850 | 17481 | RECORDING FEE - ASSIGNMENT | | 28.00 |
| 03/21/08 | 1000982245 | Locke, Michael C. & Constance E. | 10010853 | 17482 | RECORDING FEE - ASSIGNMENT | | 40.00 |
| 03/26/08 | 1000757824 | Henderson, Arvel | 10010925 | 17648 | SPECIAL PROCESS SERVER | | 200.00 |
| 03/27/08 | 1001839547 | Williams, Brent | 10011025 | 17484 | RECORDING FEE | | 40.00 |
| 03/26/08 | 1001839547 | Williams, Brent | 10011025 | 17484 | SPECIAL PROCESS SERVER | | 200.00 |
| 03/27/08 | 1001839547 | Williams, Brent | 10011025 | 17484 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 03/27/08 | 1001269522 | Larsen, Kevin E. | 10004928 | 17589 | AMENDED PRELIMINARY JUDICIAL REPORT | | 135.00 |
| 03/13/08 | 1001230943 | Lee, Johnny | 10007156 | 17592 | ASSIGNMENT | 100.00 | |
| 03/20/08 | 1001230943 | Lee, Johnny | 10007156 | 17592 | ASSIGNMENT | 100.00 | |
| 03/27/08 | 1001632828 | Lubell, Jeffrey D. | 10008179 | 17600 | SPECIAL PROCESS SERVER | | 350.00 |
| 03/27/08 | 1001083066 | Rogers, Paul | 10010169 | 17631 | SPECIAL PROCESS SERVER | | 200.00 |
| 03/27/08 | 1000757824 | Henderson, Arvel | 10010925 | 17648 | SPECIAL PROCESS SERVER | | 200.00 |
| 03/25/08 | 1001839547 | Williams, Brent | 10011025 | 17649 | RECORDING FEE | | 40.00 |
| 03/13/08 | 1000675624 | Westfere, John E. and Eleanor V. | 10011483 | 17672 | PRELIMINARY JUDICIAL REPORT | | 528.00 |
| 03/18/08 | 1000675624 | Westfere, John E. and Eleanor V. | 10011483 | 17672 | ASSIGNMENT | 100.00 | |
| 03/14/08 | 1001676860 | Evans, Cherie | 10011505 | 17673 | PRELIMINARY JUDICIAL REPORT | | 567.00 |
| 03/25/08 | 1001676860 | Evans, Cherie | 10011505 | 17673 | ASSIGNMENT | 100.00 | |
| 03/19/08 | 1001676860 | Evans, Cherie | 10011505 | 17673 | ASSIGNMENT | 100.00 | |
| 03/21/08 | 1001676860 | Evans, Cherie | 10011505 | 17673 | ASSIGNMENT - 2nd Mortgage | 100.00 | |
| 03/20/08 | 1001676860 | Evans, Cherie | 10011505 | 17673 | PRELIMINARY JUDICIAL REPORT | | 1,215.00 |
| 03/21/08 | 1000947176 | Riffe, Daniel | 10011526 | 17674 | PRELIMINARY JUDICIAL REPORT | | 567.00 |
| 03/19/08 | 1000947176 | Riffe, Daniel | 10011526 | 17674 | ASSIGNMENT | 100.00 | |
| 03/19/08 | 1001466276 | Ashley, Sheldon | 10011527 | 17675 | PRELIMINARY JUDICIAL REPORT | | 594.00 |
| 03/25/08 | 1001466276 | Ashley, Sheldon | 10011527 | 17675 | ASSIGNMENT | 100.00 | |
| 03/25/08 | 1001221036 | O'Brien, Timothy | 10011529 | 17676 | PRELIMINARY JUDICIAL REPORT | | 804.00 |
| 03/19/08 | 1001221036 | O'Brien, Timothy | 10011529 | 17676 | ASSIGNMENT | 100.00 | |
| 03/25/08 | 1001221036 | O'Brien, Timothy | 10011529 | 17676 | PRELIMINARY JUDICIAL REPORT | | 654.00 |
| 03/19/08 | 1001229139 | Pivnicka, Sebastian | 10011530 | 17677 | ASSIGNMENT | 100.00 | |
| 03/19/08 | 1001229139 | Pivnicka, Sebastian | 10011530 | 17677 | ASSIGNMENT | 100.00 | |
| 03/24/08 | 1001664109 | Pivnicka, Sebastian | 10011534 | 17678 | PRELIMINARY JUDICIAL REPORT | | 555.00 |
| 03/24/08 | 1001664109 | Pivnicka, Sebastian | 10011534 | 17678 | ASSIGNMENT | 100.00 | |

| Dated | Loan# | Debtor Name | WWR# | Bill # | Description | Attorney Fees | Court Costs |
|---|---|---|---|---|---|---|---|
| 03/20/08 | 1001672368 | Lance, Randall | 10011536 | 17679 | PRELIMINARY JUDICIAL REPORT | | 657.00 |
| 03/21/08 | 1001672368 | Lance, Randall | 10011536 | 17679 | ASSIGNMENT | | |
| 03/19/08 | 1001455610 | Giovinazzi, Michael | 10011541 | 17680 | PRELIMINARY JUDICIAL REPORT | | 1,770.00 |
| 03/21/08 | 1001455610 | Giovinazzi, Michael | 10011541 | 17680 | ASSIGNMENT | | |
| 03/19/08 | 1000819941 | Weaver, Adam | 10001118 | 18003 | RECORDING FEE | | 100.00 |
| 03/28/08 | 1001166473 | Moffet, James and Edna | 10002049 | 18011 | Endorsement- K | | 4.00 |
| 03/24/08 | 1001464238 | Netherton, Bonny | 10002725 | 18015 | RECORDING FEE | | 175.00 |
| 03/28/08 | 1001174360 | Hughes, Gary E. | 10003517 | 18023 | Endorsement- K | | 17.00 |
| 03/26/08 | 1001207670 | Crandall, D. K. | 10003753 | 18026 | MASTER COMMISSIONER COST | | 175.00 |
| 03/11/08 | 1001232385 | Thomas, Ava A. | 10004507 | 18028 | FINAL JUDICIAL REPORT | | 50.50 |
| 03/06/08 | 1000807172 | Earl, Judith | 10004407 | 18032 | PRECIPE - FORECLOSURE | 550.00 | |
| 03/06/08 | 1001223951 | Crandall, D. K. | 10004528 | 18035 | Attorney fee - preparation of assignment of note | 100.00 | |
| 03/18/08 | 1001168310 | Wohnhas, Gayanna | 10004653 | 18038 | WARNING ORDER ATTORNEY | 175.00 | |
| 03/26/08 | 1000904577 | Rastikis, Julius | 10004840 | 18040 | Endorsement - K | | 175.00 |
| 03/06/08 | 1001168310 | Ragle, Bradley & Flannery, Kristina | 10004639 | 18036 | SALES PUBLICATION | | 150.00 |
| 03/06/08 | 1001168310 | Ragle, Bradley & Flannery, Kristina | 10004639 | 18037 | PRECIPE - FORECLOSURE | 450.00 | |
| 03/11/08 | 1001168310 | Ragle, Bradley & Flannery, Kristina | 10004639 | 18042 | Check # 2102362 AOC FEE | | 100.00 |
| 03/11/08 | 1001153295 | Caruso, Thomas A. & Nancy L. | 10004944 | 18041 | Remaining Attorney Fee - Foreclosure | 163.24 | |
| 03/04/08 | 1001375628 | Hughes, Gary | 10005027 | 18042 | Endorsement - K | | 108.43 |
| 03/31/08 | 1001191289 | Hughes, Gary | 10005027 | 18044 | MOTION FOR SUMMARY JUDGMENT | 600.00 | |
| 03/27/08 | 1001375628 | Resatka, Doris J. | 10005027 | 18048 | PRECIPE - FORECLOSURE | 600.00 | |
| 03/07/08 | 1000985775 | Resatka, Richard R. Trustee | 10005509 | 18050 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 03/07/08 | 1000692022 | Resatka, Richard R. Trustee | 10005532 | 18050 | FINAL JUDICIAL REPORT | | 125.00 |
| 03/18/08 | 1001160343 | Resatka-Thomas, Doris J. | 10005533 | 18051 | PRECIPE - FORECLOSURE | 600.00 | |
| 03/07/08 | 1000781191 | Resatka, Richard R. Trustee | 10005537 | 18052 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 03/07/08 | 1000781191 | Resatka, Richard R. Trustee | 10005537 | 18052 | MOTION FOR SUMMARY JUDGMENT | 600.00 | |
| 03/11/08 | 1000781191 | Resatka, Richard R. Trustee | 10005537 | 18053 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 03/06/08 | 1000652008 | Resatka, Richard R. Trustee | 10005540 | 18053 | MOTION FOR SUMMARY JUDGMENT | 600.00 | |
| 03/06/08 | 1000652008 | Resatka, Richard R. Trustee | 10005540 | 18054 | PRECIPE - FORECLOSURE | 600.00 | |
| 03/06/08 | 1000652008 | Resatka, Richard R. | 10005540 | 18054 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 03/06/08 | 1000652008 | Resatka, Richard R. | 10005540 | 18055 | PRECIPE - FORECLOSURE | 600.00 | |
| 03/11/08 | 1000652008 | Resatka, Richard R. Trustee | 10005540 | 18056 | PRECIPE - FORECLOSURE | 600.00 | |
| 03/06/08 | 1000867785 | Resatka, Richard R. Trustee | 10005542 | 18056 | MOTION FOR SUMMARY JUDGMENT | 600.00 | |
| 03/06/08 | 1000867785 | Resatka, Richard R. Trustee | 10005542 | 18054 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 03/27/08 | 1000867785 | Resatka, Richard R. Trustee | 10005542 | 18054 | PRECIPE - FORECLOSURE | 600.00 | |
| 03/07/08 | 1000867785 | Resatka, Richard R. Trustee | 10005542 | 18055 | PRECIPE - FORECLOSURE | 600.00 | |
| 03/06/08 | 1000652926 | Resatka, Richard R. Trustee | 10005552 | 18056 | PRECIPE - FORECLOSURE | 550.00 | |
| 03/07/08 | 1000868789 | Resatka, Richard R. Trustee | 10005556 | 18056 | Remaining Attorney Fee - Foreclosure | 600.00 | |
| 03/17/08 | 1000868789 | Resatka, Richard R. Trustee | 10005565 | 18057 | Remaining Attorney Fee - Foreclosure | 600.00 | |
| 03/03/08 | 1001131116 | Resatka, Doris J. | 10005577 | 18058 | FINAL JUDICIAL REPORT | | 125.00 |

| Dated | Loan# | Debtor Name | WWR# | Bill # | Description | Attorney Fees | Court Costs |
|---|---|---|---|---|---|---|---|
| 03/31/08 | 1000985748 | Resatka, Doris J. | 10005578 | 18059 | MOTION FOR SUMMARY JUDGMENT | 600.00 | |
| 03/06/08 | 1001255545 | Resatka, Doris J. | 10005579 | 18060 | PRECIPE - FORECLOSURE | | 600.00 |
| 03/06/08 | 1001255545 | Resatka, Doris J. | 10005579 | 18060 | Remaining Attorney Fee - Foreclosure | | |
| 03/27/08 | 1001220561 | Resatka-Thomas, Doris J. | 10005581 | 18061 | PRECIPE - FORECLOSURE | | 550.00 |
| 03/27/08 | 1001220561 | Resatka-Thomas, Doris J. | 10005581 | 18061 | Remaining Attorney Fee - Foreclosure | 600.00 | |
| 03/21/08 | 1000694752 | Bennett, Cindy J. | 10005655 | 18062 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/25/08 | 1000694752 | Bennett, Cindy J. | 10005669 | 18063 | SPECIAL PROCESS SERVER | | 275.00 |
| 03/25/08 | 1000694752 | Bennett, Cindy J. | 10005665 | 18062 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 03/27/08 | 1001412689 | Larsen, Kevin E. | 10005747 | 18065 | Check # 2102580  AOC FEE | | 100.00 |
| 03/12/08 | 1001153619 | Cottingham, Lawrence L. | 10005747 | 18065 | Check # 2102580  AOC FEE | | 100.00 |
| 03/12/08 | 1001153619 | Cottingham, Lawrence L. | 10005747 | 18064 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 03/06/08 | 1001222260 | Crandall, D. K. | 10005750 | 18066 | MASTER COMMISSIONER COST | | 50.50 |
| 03/26/08 | 1000193170 | Stone, David | 10005751 | 18067 | MASTER COMMISSIONER COST | | 50.50 |
| 03/26/08 | 1001331338 | Stone, David E | 10005752 | 18068 | MASTER COMMISSIONER COST | | 50.50 |
| 03/17/08 | 1000735519 | Cottingham, Lawrence L. | 10005777 | 18069 | Check # 2102576  AOC FEE | | 100.00 |
| 03/25/08 | 1000907504 | Cottingham, Lawrence L. | 10005821 | 18070 | MASTER COMMISSIONER COST | | 50.75 |
| 03/26/08 | 1001208099 | Crandall, D. K. | 10006277 | 18072 | MASTER COMMISSIONER COST | | 50.50 |
| 03/12/08 | 1001208099 | Crandall, D. K. | 10006277 | 18072 | MASTER COMMISSIONER COST | | 50.50 |
| 03/12/08 | 1001208064 | Crandall, D. K. | 10006297 | 18073 | MASTER COMMISSIONER COST | | 150.00 |
| 03/26/08 | 1001222412 | Crandall, D. K. | 10006303 | 18074 | WARNING ORDER ATTORNEY | | 200.00 |
| 03/25/08 | 1001222412 | Crandall, D. K. | 10006303 | 18074 | MASTER COMMISSIONER COST | | 50.50 |
| 03/26/08 | 1001147458 | Alexander, Kevin J. | 10006330 | 18075 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 03/26/08 | 1001183684 | McQueen, Joel | 10006425 | 18077 | Check # 2103083  AOC FEE | | 100.00 |
| 03/26/08 | 1001208099 | Stone, David E. | 10006330 | 18076 | Check # 2102886  AOC FEE | | 100.00 |
| 03/26/08 | 1001303105 | Stone, David E. | 10006631 | 18079 | Partial Attorney Fee - Foreclosure | 250.00 | |
| 03/17/08 | 1001303105 | Crandall, D. K. | 10006631 | 18079 | MASTER COMMISSIONER COST | | 50.50 |
| 03/25/08 | 1001223746 | Crandall, D. K. | 10006425 | 18077 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 03/26/08 | 1001223746 | Crandall, D. K. | 10006648 | 18080 | MASTER COMMISSIONER COST | | 50.50 |
| 03/29/08 | 1001223746 | Crandall, D K. | 10006649 | 18081 | MASTER COMMISSIONER COST | | 225.00 |
| 03/26/08 | 1000130105 | Crandall, D K | 10006673 | 18082 | WARNING ORDER ATTORNEY | | 150.00 |
| 03/18/08 | 1000088615 | Kalnins, Edward C. | 10006683 | 18083 | MASTER COMMISSIONER COST | | 50.50 |
| 03/25/08 | 1000331978 | Lewis, Mark E. | 10006648 | 18080 | SALES PUBLICATION | | 50.50 |
| 03/26/08 | 1000670244 | Wesaw, Jill L. | 10006972 | 18086 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/26/08 | 3217735 | Hargis, Myrtle | 10006710 | 18084 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 03/31/08 | 3217735 | Hargis, Myrtle | 10006710 | 18084 | PRECIPE - FORECLOSURE | | 550.00 |
| 03/17/08 | 1000130105 | Crandall, D. K. | 10006683 | 18083 | FINAL JUDICIAL REPORT | | 150.00 |
| 03/20/08 | 1001091817 | Alexander, Kevin | 10007029 | 18087 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 03/11/08 | 1001155525 | Wheeler, Alicia M. | 10006972 | 18086 | SALES PUBLICATION | | 1,186.50 |
| 03/28/08 | 1001187723 | Alexander, Kevin | 10007030 | 18088 | MASTER COMMISSIONER COST | | 50.50 |
| 03/28/08 | 1001118723 | Erwin, Connie M. & Timothy M. | 10007035 | 18089 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 03/26/08 | 1001155426 | Harper, Susan and Travis S. | 10007036 | 18090 | Endorsement - K | | 175.00 |
| 03/27/08 | 1001153603 | Alexander, Kevin | 10007036 | 18091 | MASTER COMMISSIONER COST | | 50.75 |
| 03/03/08 | 1001155426 | Alexander, Kevin J. | 10007038 | 18092 | MASTER COMMISSIONER COST | | 50.75 |
| 03/26/08 | 1001643697 | Johnson, Daryl R. | 10007077 | 18094 | SALES PUBLICATION | | 150.00 |

| Dated | Loan# | Debtor Name | WWR# | Bill # | Description | Attorney Fees | Court Costs |
|---|---|---|---|---|---|---|---|
| 03/04/08 | 100164751 | Johnson, Daryl R. | 10007116 | 18096 | SALES PUBLICATION | | 360.00 |
| 03/26/08 | 1007158901 | Moss, Paul G. | 10007258 | 18098 | SPECIAL PROCESS SERVER | | 150.00 |
| 03/11/08 | 1007720264 | Loos, Andrew A. | 10007260 | 18100 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/04/08 | 1001080482 | Stone, David E. | 10007300 | 18101 | Endorsement - K | | 175.00 |
| 03/19/08 | 1000848661 | Kalnins, Edward C. | 10007358 | 18102 | FINAL JUDICIAL REPORT | | 125.00 |
| 03/18/08 | 1000840571 | Larsen, Renee A. | 10007389 | 18104 | ATTORNEY FEES | 550.00 | |
| 03/31/08 | 1000840571 | Larsen, Renee A. | 10007389 | 18104 | FORECLOSURE COMPLAINT DEPOSIT | | 550.00 |
| 03/29/08 | 1001152229 | Moore, Terry A. | 10007404 | 18105 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 03/10/08 | 1001013261 | Davis, Nicole M. | 10007679 | 18116 | ATTORNEY FEES TO BID AT SALE | 200.00 | |
| 03/10/08 | 1000651850 | Resatka, Richard R. | 10007731 | 18119 | FINAL JUDICIAL REPORT | | 125.00 |
| 03/10/08 | 1007046876 | Brown, Melanie L. | 10007780 | 18120 | PRECIPE - FORECLOSURE | | 550.00 |
| 03/21/08 | 1001207993 | Crandall, D. K. | 10007775 | 18121 | RECORDING FEE | | 13.00 |
| 03/17/08 | 1000918543 | Resatka, Doris J. | 10007869 | 18124 | PRECIPE - FORECLOSURE | | 600.00 |
| 03/17/08 | 1000918543 | Resatka, Doris J. | 10007869 | 18124 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 03/07/08 | 1000918537 | Resatka, Doris J. | 10007869 | 18128 | MOTION FOR SUMMARY JUDGMENT | 600.00 | |
| 03/07/08 | 1000918545 | Resatka, Doris J. | 10007907 | 18126 | PRECIPE - FORECLOSURE | | 600.00 |
| 03/17/08 | 1000918545 | Resatka, Doris J. | 10007907 | 18126 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 03/27/08 | 1000918545 | Resatka, Doris J. | 10007907 | 18126 | FINAL JUDICIAL REPORT | | 125.00 |
| 03/03/08 | 1000918538 | Resatka, Doris J. | 10007911 | 18127 | MOTION FOR SUMMARY JUDGMENT | 600.00 | |
| 03/07/08 | 1000918538 | Resatka, Doris J. | 10007911 | 18127 | FINAL JUDICIAL REPORT | | 125.00 |
| 03/18/08 | 1000918533 | Resatka, Doris J. | 10007949 | 18129 | FINAL JUDICIAL REPORT | | 125.00 |
| 03/18/08 | 1000918543 | Resatka, Doris J. | 10007949 | 18130 | MOTION FOR SUMMARY JUDGMENT | 600.00 | |
| 03/25/08 | 1000918539 | Resatka, Doris J. | 10007949 | 18130 | PRECIPE - FORECLOSURE | | 600.00 |
| 03/17/08 | 1000918539 | Resatka, Doris J. | 10007949 | 18130 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 03/18/08 | 1000918537 | Resatka, Doris J. | 10007949 | 18131 | MOTION FOR SUMMARY JUDGMENT | 600.00 | |
| 03/18/08 | 1000918533 | Resatka, Doris J. | 10007954 | 18131 | FINAL JUDICIAL REPORT | | 125.00 |
| 03/19/08 | 1000918545 | Resatka, Doris J. | 10007954 | 18131 | FINAL JUDICIAL REPORT | | 125.00 |
| 03/26/08 | 1001176330 | Herring, Archie | 10008025 | 18132 | SPECIAL PROCESS SERVER | | 250.00 |
| 03/26/08 | 1001176330 | Herring, Archie | 10008017 | 18131 | SPECIAL PROCESS SERVER | | 150.00 |
| 03/31/08 | 1001176330 | Herring, Archie | 10008017 | 18131 | SPECIAL PROCESS SERVER | | 100.00 |
| 03/26/08 | 1001167446 | Herring, Archie | 10008067 | 18135 | MOTION FOR SUMMARY JUDGMENT | 600.00 | |
| 03/11/08 | 1001176330 | Herring, Archie | 10008067 | 18135 | Check # 2102523  AOC FEE | | 100.00 |
| 03/25/08 | 1000952071 | Wimsatt, Bryan K. | 10008081 | 18136 | WARNING ORDER ATTORNEY | | 104.33 |
| 03/26/08 | 1000952071 | Wimsatt, Bryan K. | 10008081 | 18136 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 03/14/08 | 1000951876 | Wimsatt, Bryan K. | 10008085 | 18137 | Check # 2102625  AOC FEE | | 100.00 |
| 03/27/08 | 1000951876 | Wimsatt, Bryan K. | 10008085 | 18137 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 03/18/08 | 1000951959 | Wimsatt, Bryan K. | 10008091 | 18138 | Endorsement - K | | 175.00 |
| 03/26/08 | 1000534854 | Ledbetter, Harold and Jean | 10008109 | 18139 | SECRETARY OF STATE SERVICE | | 5.00 |
| 03/26/08 | 1000534854 | Ledbetter, Harold and Jean | 10008109 | 18139 | REISSUE OF SUMMONS-CERTIFIED | | 7.00 |
| 03/19/08 | 1000674513 | Herring, Archie | 10008122 | 18140 | FINAL JUDICIAL REPORT | | 125.00 |
| 03/26/08 | 1000674513 | Herring, Archie | 10008122 | 18140 | SPECIAL PROCESS SERVER | | 450.00 |

| Dated | Loan# | Debtor Name | WWR# | Bill # | Description | Attorney Fees | Court Costs |
|---|---|---|---|---|---|---|---|
| 03/03/08 | 100347336 | Majka, James | 10009040 | 18165 | RECORDING FEE | | 32.00 |
| 03/21/08 | 100144072 | Foster, Adrian D. | 10009163 | 18168 | RECORDING FEE | | 13.00 |
| 03/17/08 | 100126735 | Lampton, Larry | 10009172 | 18169 | Check # 2102669  COPIES | | 1.00 |
| 03/19/08 | 100126735 | Lampton, Larry | 10009172 | 18169 | Endorsement - K | | 175.00 |
| 03/21/08 | 100126735 | Lampton, Larry | 10009172 | 18169 | RECORDING FEE | | 13.00 |
| 03/21/08 | 100720079 | Yow, Eugene E. | 10009184 | 18170 | RECORDING FEE | | 13.00 |
| 03/31/08 | 100779852 | Tyree, Gwendolyn | 10009326 | 18175 | SPECIAL PROCESS ATTORNEY | | 250.00 |
| 03/26/08 | 100289018 | Evans, Sanfra | 10009330 | 18176 | WARNING ORDER ATTORNEY | | 100.00 |
| 03/21/08 | 100686880 | Truitt, Tracy | 10009335 | 18177 | RECORDING FEE | | 13.00 |
| 03/13/08 | 100153994 | Gaeth, Carl E. and Sally L. | 10009513 | 18179 | REISSUE OF SUMMONS-CERTIFIED | | 18.62 |
| 03/21/08 | 100153994 | Gaeth, Carl E. and Sally L. | 10009513 | 18179 | RECORDING FEE | | 13.00 |
| 03/26/08 | 100147162 | Matthews, Robert | 10009517 | 18180 | SPECIAL PROCESS SERVER | | 200.00 |
| 03/31/08 | 100147162 | Matthews, Robert | 10009517 | 18180 | SPECIAL PROCESS SERVER | | 125.00 |
| 03/12/08 | 100170910 | Kirchner, Michael | 10009593 | 18182 | REISSUE OF SUMMONS-CERTIFIED | | 9.31 |
| 03/12/08 | 100170910 | Kirchner, Michael | 10009593 | 18182 | SECRETARY OF STATE SERVICE | | 10.00 |
| 03/19/08 | 100106771 | VanDurmen, Alice | 10009594 | 18183 | Endorsement - K | | 175.00 |
| 03/07/08 | 1001825469 | Rezabek, David | 10009597 | 18184 | SHERIFF SERVICE | | 40.00 |
| 03/07/08 | 1001663862 | Prince, Adrienne & Boylan, Reed | 10009603 | 18185 | WARNING ORDER ATTORNEY | | 200.00 |
| 03/27/08 | 1000615792 | Midkiff, Johnny K. and Marilyn S. | 10009631 | 18186 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 03/25/08 | 1001209833 | Goins, Cynthia L. | 10009633 | 18187 | SPECIAL PROCESS SERVER | | 200.00 |
| 03/27/08 | 1001283147 | Darcangelo, Susan | 10009778 | 18198 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 03/17/08 | 1001165657 | Jarvis, Stacy | 10009799 | 18199 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/25/08 | 1001165657 | Jarvis, Stacy | 10009799 | 18199 | SPECIAL PROCESS SERVER | | 200.00 |
| 03/27/08 | 1001165657 | Jarvis, Stacy | 10009799 | 18199 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 03/18/08 | 1001148070 | Jordan, Stephanie | 10009804 | 18200 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/25/08 | 1001148070 | Jordan, Stephanie | 10009804 | 18200 | Remaining Attorney Fee - Foreclosure | 425.00 | |
| 03/25/08 | 1001259962 | Clarke, Jerome | 10009806 | 18201 | SPECIAL PROCESS SERVER | | 275.00 |
| 03/07/08 | 1000754571 | Long, Dale and Ruth | 10009819 | 18202 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/25/08 | 1001259982 | Clarke, Jerome | 10009828 | 18203 | SPECIAL PROCESS SERVER | | 500.00 |
| 03/26/08 | 1001623254 | Ramos, Hector | 10009829 | 18204 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 03/29/08 | 1000028414 | Spalding, Kevin and Tiffany | 10009831 | 18205 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 03/31/08 | 1001131006 | Cerny, Irwin | 10009832 | 18206 | Remaining Attorney Fee - Foreclosure | 550.00 | |
| 03/18/08 | 1000782550 | Tackett, Nicole | 10010181 | 18219 | FINAL JUDICIAL REPORT | | 135.00 |
| 03/25/08 | 1000782550 | Tackett, Nicole | 10010181 | 18219 | SPECIAL PROCESS SERVER | | 350.00 |
| 03/26/08 | 1001093365 | Kainins, Edward | 10010184 | 18220 | PREPARATION OF ASSIGNMENT OF MORTGAGE | | 100.00 |
| 03/03/08 | 1000420111 | Maraugha, Dennis and Kimberly | 10010299 | 18227 | RECORDING FEE | | 32.00 |
| 03/06/08 | 1000420111 | Maraugha, Dennis and Kimberly | 10010299 | 18227 | SPECIAL PROCESS SERVER | | 350.00 |
| 03/13/08 | 1001129658 | Luke, Philip J. | 10010725 | 18250 | Preparation of Lost Note Affidavit | 100.00 | |
| 03/14/08 | 1001129658 | Luke, Philip J. | 10010725 | 18250 | RECORDING FEE | | 32.00 |

| Dated | Loan# | Debtor Name | WWR# | Bill # | Description | Attorney Fees | Court Costs |
|---|---|---|---|---|---|---|---|
| 03/27/08 | 1001460614 | Miller, Lora | 10010754 | 18251 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 03/27/08 | 1001460614 | Miller, Lora | 10010754 | 18251 | FORECLOSURE COMPLAINT DEPOSIT | | 300.00 |
| 03/11/08 | 1001237588 | Evans, Michelle L. | 10010760 | 18252 | Preparation of Lost Note Affidavit | 100.00 | |
| 03/12/08 | 1001237588 | Evans, Michelle L. | 10010760 | 18252 | RECORDING FEE | | 28.00 |
| 03/31/08 | 1001237588 | Evans, Michelle L. | 10010760 | 18252 | RECORDING FEE | | 425.00 |
| 03/06/08 | 1001161845 | Garcia, Florencio E. | 10010762 | 18253 | RECORDING FEE | | 28.00 |
| 03/12/08 | 1001161845 | Garcia, Florencio E. | 10010762 | 18253 | RECORDING FEE | | 10.00 |
| 03/21/08 | 1001161845 | Garcia, Florencio E. | 10010762 | 18253 | LIS PENDENS | | 10.00 |
| 03/21/08 | 1001161845 | Garcia, Florencio E. | 10010762 | 18253 | LIS PENDENS | | 2.00 |
| 03/27/08 | 1001161845 | Garcia, Florencio E. | 10010762 | 18253 | SPECIAL PROCESS SERVER | | 350.00 |
| 03/06/08 | 1001131974 | Marsh, Kevin S. | 10010777 | 18254 | RECORDING FEE | | 28.00 |
| 03/27/08 | 1001131974 | Marsh, Kevin S. | 10010777 | 18254 | SPECIAL PROCESS SERVER | | 400.00 |
| 03/28/08 | 1000850784 | Zollner, Christopher | 10010843 | 18259 | SPECIAL PROCESS SERVER | | 350.00 |
| 03/26/08 | 1001120412 | Spicer, Anthony K. | 10010846 | 18260 | RECORDING FEE | | 32.00 |
| 03/28/08 | 1000982245 | Locke, Michael C. & Constance E. | 10010853 | 18261 | SPECIAL PROCESS SERVER | | 350.00 |
| 03/12/08 | 1001151169 | Chaney, Anna | 10011453 | 18297 | PRELIMINARY JUDICIAL REPORT | | 888.00 |
| 03/26/08 | 1001151169 | Chaney, Anna | 10011453 | 18297 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 03/26/08 | 1001151169 | Chaney, Anna | 10011453 | 18297 | FORECLOSURE COMPLAINT DEPOSIT | | 300.00 |
| 03/13/08 | 1007036998 | Baker, Heather | 10011455 | 18298 | PRELIMINARY JUDICIAL REPORT | | 511.00 |
| 03/31/08 | 1007036998 | Baker, Heather | 10011455 | 18298 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 03/31/08 | 1007036998 | Baker, Heather | 10011455 | 18298 | PREPARATION OF ASSIGNMENT OF MORTGAGE | 100.00 | |
| 03/31/08 | 1007036998 | Baker, Heather | 10011455 | 18298 | FORECLOSURE COMPLAINT DEPOSIT | | 300.00 |
| 03/13/08 | 1001640980 | McGinn, Shawna | 10011457 | 18299 | PRELIMINARY JUDICIAL REPORT | | 613.00 |
| 03/25/08 | 1001640980 | McGinn, Shawna | 10011457 | 18299 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 03/25/08 | 1001640980 | McGinn, Shawna | 10011457 | 18299 | PREPARATION OF ASSIGNMENT OF MORTGAGE | 100.00 | |
| 03/25/08 | 1001640980 | McGinn, Shawna | 10011457 | 18299 | FORECLOSURE COMPLAINT DEPOSIT | | 300.00 |
| 03/13/08 | 1001187531 | Schaefer, John | 10011462 | 18300 | PRELIMINARY JUDICIAL REPORT | | 735.00 |
| 03/19/08 | 1001187531 | Schaefer, John | 10011462 | 18300 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 03/19/08 | 1001187531 | Schaefer, John | 10011462 | 18300 | PREPARATION OF ASSIGNMENT OF MORTGAGE | 100.00 | |
| 03/20/08 | 1001187531 | Schaefer, John | 10011462 | 18300 | FORECLOSURE COMPLAINT DEPOSIT | | 300.00 |
| 03/14/08 | 1001286581 | Dixon, Arlena | 10011502 | 18304 | PRELIMINARY JUDICIAL REPORT | | 831.00 |
| 03/18/08 | 1001286581 | Dixon, Arlena | 10011502 | 18304 | ASSIGNMENT | 100.00 | |
| 03/19/08 | 1001358610 | Robare, Curtis | 10011503 | 18305 | PRELIMINARY JUDICIAL REPORT | | 756.00 |
| 03/19/08 | 1001358610 | Robare, Curtis | 10011503 | 18305 | ASSIGNMENT | 100.00 | |
| 03/14/08 | 1007788545 | Brady, Larry | 10011504 | 18306 | PRELIMINARY JUDICIAL REPORT | | 516.00 |
| 03/18/08 | 1007788545 | Brady, Larry | 10011504 | 18306 | ASSIGNMENT | 100.00 | |
| 03/19/08 | 1001204892 | Gaietto, Cheryl | 10011528 | 18307 | PRELIMINARY JUDICIAL REPORT | | 1,035.00 |
| 03/25/08 | 1001204892 | Gaietto, Cheryl | 10011528 | 18307 | ASSIGNMENT | 100.00 | |
| 03/29/08 | 1001204892 | Gaietto, Cheryl | 10011528 | 18307 | Partial Attorney Fee - Foreclosure | 350.00 | |

| Dated | Loan# | Debtor Name | WWR# | Bill # | Description | Attorney Fees | Court Costs |
|---|---|---|---|---|---|---|---|
| 03/20/08 | 1000867242 | Castillo, Miriam | 10011539 | 18308 | PRELIMINARY JUDICIAL REPORT | 100.00 | 699.00 |
| 03/28/08 | 1000867242 | Castillo, Miriam | 10011539 | 18308 | ASSIGNMENT | 585.00 | - |
| 03/31/08 | 1209833 | GOINS, CYNTHIA | 6680489 | IBEC01249564 | INVOICED SERVICES | 97.50 | - |
| 03/31/08 | 1000868284 | FANSLER, DAVID | 6294300 | IBEC01249569 | INVOICED SERVICES | 292.50 | - |
| 03/31/08 | 1001030245 | HEINLEIN, KENT | 6504958 | IBEC01249571 | INVOICED SERVICES | 600.00 | - |
| 03/27/08 | 1000798496 | WAMER, CURTIS | 4976709 | IBEH01248140 | INVOICED SERVICES | 600.00 | - |
| 03/31/08 | 1001211589 | DINGWALL, ARTHUR | 6490341 | IBKR01249119 | REVIEW OF FILE | 150.00 | - |
| 03/10/08 | 1000558909 | SPENCER, VALENCIA | 6616004 | IBRS01239502 | INVOICED SERVICES | 150.00 | - |
| 03/12/08 | 1001134318 | SULLIVAN, CHRISTOPHER | 6412063 | IBSC01240167 | INVOICED SERVICES | 450.00 | - |
| 03/18/08 | 1000824046 | SULLIVAN, CHRISTOPHER | 6412069 | IBSC01243100 | INVOICED SERVICES | 450.00 | - |
| 03/19/08 | 1001285844 | DURHAM, DIANNE | 6634341 | IBWO01243713 | COURT COST FOR MOTION FOR RELIEF FROM STAY | - | 150.00 |
| 03/19/08 | 1001285844 | DURHAM, DIANNE | 6634341 | IBWO01243713 | RELIEF FROM STAY PROCEEDINGS | 650.00 | - |
| 03/10/08 | 5445982 | CIAVARRO, FRANCIS | 5445982 | ICOL01242215 | MI - BANK ATTACHMENT | - | 16.00 |
| 03/10/08 | 5445982 | CIAVARRO, FRANCIS | 5445982 | ICOL01242215 | MI- GARNISHEE DISCLOSURE | - | 5.38 |
| 03/20/08 | 1000651368 | WALTER, LEANNE | 6268914 | IDPE01243722 | EXPENDED COST FOR FILING FEE | - | 475.00 |
| 03/21/08 | 1000651368 | WALTER, LEANNE | 6268914 | IDPE01245128 | EXPENDED COST FOR LITIGATION EXPENSE | - | 1,575.00 |
| 03/21/08 | 1000651368 | WALTER, LEANNE | 6288914 | IDPE01248996 | INVOICED SERVICES | 292.50 | - |
| 03/26/08 | 1000547618 | JOHNSTON, GREGORY | 6677765 | IJDJ01248130 | MOTION FOR RELIEF FROM STAY | 650.00 | - |
| 03/27/08 | 1000547618 | JOHNSTON, GREGORY | 6677765 | IJDJ01248130 | STAY COURT COSTS | - | 150.00 |
| 03/21/08 | 100088161S | LEWIS, MARK | 6671120 | IJDJ01246313 | MOTION FOR RELIEF FROM STAY | 650.00 | - |
| 03/21/08 | 100088161S | LEWIS, MARK | 6671120 | IJDJ01246313 | MOTION FOR RELIEF FROM STAY COURT COSTS | - | 150.00 |
| 03/31/08 | 1000845803 | PRODONOVICH, DANIEL | 5564213 | IJNM01238906 | EXPENDED COST FOR COURT REPORTER FEE | - | 144.00 |
| 03/31/08 | 1000861706 | SZABO, DENNIS | 5370308 | IJNM01249185 | INVOICED SERVICES | 487.50 | - |
| 03/31/08 | 1000804235 | EDER, PAUL | 5368158 | IJNM01249720 | INVOICED SERVICES | 175.50 | - |
| 03/31/08 | 1000845803 | PRODONOVICH, DANIEL | 5564213 | IJNM01249884 | INVOICED SERVICES | 546.00 | - |
| 03/31/08 | 423 ELM CT.., NILES, OH | MIRANDA, CLYDE | 6587379 | IJRB01249778 | INVOICED SERVICES | 546.00 | - |
| 03/31/08 | 332 W. OAKLA... | EATON, JACQUELINE | 6587370 | IJRB01249901 | INVOICED SERVICES | 175.50 | - |
| 03/31/08 | 1000725983 | MATTHEWS, DERRICK | 4944771 | IKB001248217 | TITLE CO INV. #85658 RECORDING AND CONVEYANCE | - | 120.10 |
| 03/26/08 | 1001203240 | CANNON, JAMIN | 6431155 | IMGB01249640 | INVOICED SERVICES | 1,501.50 | - |
| 03/31/08 | 1001204892 | GAIETTO, CHERYL | 6663680 | INNO01249545 | COURT COST FILING MOTION FOR RELIEF FROM STAY | - | 150.00 |

ahm 03.01.08 03.31.08 cost fees

| Dated | Loan# | Debtor Name | WWR# | Bill # | Description | Attorney Fees | Court Costs |
|-------|-------|-------------|------|--------|-------------|---------------|-------------|
| 03/31/08 | 1001204.892 | GAIETTO, CHERYL | 6663680 | INNO01249545 | MOTION FOR RELIEF FROM STAY AND ABAND | 450.00 | - |
| 03/07/08 | 1001347136 | DIAMOND, RANDALL | 6566664 | ISDF01239509 | COURT COST FOR FILING MOTION FOR RELIEF FROM STAY | - | 150.00 |
| 03/07/08 | 1001347136 | DIAMOND, RANDALL | 6566664 | ISDF01239509 | PREPARATION & FILING OF MOTION FOR RELIEF FROM STAY & ABAND | 450.00 | - |
| | | | | | Total | $ 53,194.50 | $62,521.63 |

Grand Total  $  115,716.13

ahm 03.01.08 03.31.08 cost fees

# WELTMAN, WEINBERG & REIS CO., L.P.A.
### ATTORNEYS AT LAW

March 25, 2008

American Home Mortgage Servicing, Inc.
FC/BK Services
P.O. Box 631730
Irving, TX 75063-1730

# *INVOICE*

Matter ID: 10011107
Client ID: 4873001

Invoice # 17363
Federal ID # 34-1095923

Loan #: 1000660582
Borrower: Westfere, John E. and Eleanor V.
Property Address: 6434 Harris Harbor Drive

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/03/2008 | ASSIGNMENT | $100.00 |
| 03/19/2008 | Partial Attorney Fee - Foreclosure | $550.00 |
| 03/19/2008 | Legal services rendered - (reformation of deed) - 2hr. of non-routine fees at $195/hr = $390 | $390.00 |
| | Total Professional Services: | *$1,040.00* |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 03/18/2008 | FORECLOSURE COMPLAINT DEPOSIT | $300.00 |
| 03/19/2008 | RECORDING FEE | $32.00 |
| 03/19/2008 | RECORDING FEE | $32.00 |
| | Total Disbursements Incurred: | *$364.00* |

## *INVOICE SUMMARY*

| | |
|---|---|
| For Professional Services: | *$1,040.00* |
| For Disbursements Incurred: | *$364.00* |
| **Total Due:** | **$1,404.00** |

**To process your payments correctly, please make payable to Weltman, Weinberg & Reis Co., L.P.A.,**
**P.O. Box 72245, Cleveland, OH  44192**
**and return with the enclosed additional copy of this invoice.**
**For questions, please direct all inquires to our Billing Analyst Team at**
**wwr-billinganalysts@weltman.com or call 216-739-5139.**
**We appreciate your business.**



EXHIBIT
B

*Page 1*

PAGE:    1

# WELTMAN, WEINBERG & REIS
### Co., L.P.A.
**(216) 739-5140 ● FAX (216) 739-5127**
**CLEVELAND ● COLUMBUS ● CINCINNATI ● PITTSBURGH ● DETROIT**

INVOICE NO: I-BEC01249564
REMIT TO: P.O. BOX 71263
CLEVELAND, OHIO 44191
TAX ID NO: 34-1095923

CLIENT NO: 4873-001
CYNTHIA L. GOINS

OUR FILE NO.:   06680489
YOUR ACCT. NO.
1209833

AMERICAN HOME MORTGAGE
FC/BK SERVICES
P.O. BOX 631730
IRVING, TX 75063-1730

## ITEMIZATION OF LEGAL SERVICES RENDERED

| Invoice No | Invoice Date | Terms | Office |
|---|---|---|---|
| I-BEC01249564 | 03/31/08 | DUE UPON RECEIPT | Cincinnati |

| DATE | DESCRIPTION OF SERVICES | | |
|---|---|---|---|
| 03/31/08 | PREPARE REPLY TO COUNTERCLAIM | 1.00 | $195.00 |
| 03/31/08 | PREPARE INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS | 1.00 | $195.00 |
| 03/31/08 | PREPARE REQUEST FOR ADMISSIONS | 1.00 | $195.00 |
| * TOTAL HOURS BILLED: | | 3.00 | |

INVOICE AMOUNT DUE ..................................    $585.00

PAGE:    1

# WELTMAN, WEINBERG & REIS
### Co., L.P.A.

**(216) 739-5140 • FAX (216) 739-5127**

**CLEVELAND • COLUMBUS • CINCINNATI • PITTSBURGH • DETROIT**

INVOICE NO: I-BEC01249569

REMIT TO: P.O. BOX 71263
CLEVELAND, OHIO 44191
TAX ID NO: 34-1095923

```
AMERICAN HOME MORTGAGE
FC/BK SERVICES
P.O. BOX 631730
IRVING, TX 75063-1730
```

CLIENT NO: 4873-001
DAVID C FANSLER
SOCIAL SEC NO:    XXX-XX-3444
OUR FILE NO.:    06294300
YOUR ACCT. NO.
1000868284

## ITEMIZATION OF LEGAL SERVICES RENDERED

| Invoice No | Invoice Date | Terms | Office |
|---|---|---|---|
| I-BEC01249569 | 03/31/08 | DUE UPON RECEIPT | Cincinnati |

| DATE | DESCRIPTION OF SERVICES | | |
|---|---|---|---|
| 03/31/08 | LETTER TO CLIENT | .50 | $97.50 |
| | * TOTAL HOURS BILLED: | .50 | |
| | INVOICE AMOUNT DUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $97.50 |

PLEASE RETURN REMITTANCE COPY OF INVOICE AND NOTE YOUR CLIENT NUMBER ON ALL REMITTANCE
**REMITTANCE COPY**

PAGE:    1

# WELTMAN, WEINBERG & REIS
### Co., L.P.A.

**(216) 739-5140 • FAX (216) 739-5127**

**CLEVELAND • COLUMBUS • CINCINNATI • PITTSBURGH • DETROIT**

INVOICE NO: I-BEC01249571
REMIT TO: P.O. BOX 71263
CLEVELAND, OHIO 44191
TAX ID NO: 34-1095923

CLIENT NO: 4873-001
KENT M HEINLEIN

OUR FILE NO.:   06504958
YOUR ACCT. NO.
10010030245

AMERICAN HOME MORTGAGE
FC/BK SERVICES
P.O.BOX 631730
IRVING, TX 75063-1730

## ITEMIZATION OF LEGAL SERVICES RENDERED

| Invoice No | Invoice Date | Terms | Office |
|---|---|---|---|
| I-BEC01249571 | 03/31/08 | DUE UPON RECEIPT | Cincinnati |

| DATE | DESCRIPTION OF SERVICES | | |
|---|---|---|---|
| 03/31/08 | REVIEW LOAN FILE DOCUMENTS | 1.00 | $195.00 |
| 03/31/08 | LETTER TO CLIENT | .50 | $97.50 |
| * TOTAL HOURS BILLED: | | 1.50 | |

INVOICE AMOUNT DUE ...................................    $292.50

PAGE:    1

# WELTMAN, WEINBERG & REIS
Co., L.P.A.

**(216) 739-5140 ● FAX (216) 739-5127**

**CLEVELAND ● COLUMBUS ● CINCINNATI ● PITTSBURGH ● DETROIT**

INVOICE NO: I-DPE01248996
REMIT TO: P.O. BOX 71263
CLEVELAND, OHIO 44191
TAX ID NO: 34-1095923

CLIENT NO: 4873-001
LEANNE  WALTER
SOCIAL SEC NO:   XXX-XX-0396
OUR FILE NO.:    06268914
YOUR ACCT. NO.
1000651368

```
AMERICAN HOME MORTGAGE
FC/BK SERVICES
P.O.BOX 631730
IRVING, TX 75063-1730
```

## ITEMIZATION OF LEGAL SERVICES RENDERED

| Invoice No | Invoice Date | Terms | Office |
|---|---|---|---|
| I-DPE01248996 | 03/31/08 | DUE UPON RECEIPT | Cleveland |

| DATE | DESCRIPTION OF SERVICES |
|---|---|

INVOICE AMOUNT DUE ...................................... $292.50

**PLEASE RETURN REMITTANCE COPY OF INVOICE AND NOTE YOUR CLIENT NUMBER ON ALL REMITTANCE**
**REMITTANCE COPY**

# WELTMAN, WEINBERG & REIS CO., L.P.A.

### ATTORNEYS AT LAW

**BROOKLYN HTS., OH**
216.739.5100

**BURLINGTON, NJ**
609.914.0437

**CHICAGO, IL**
312.782.9676

**CINCINNATI, OH**
513.723.2200

**COLUMBUS, OH**
614.228.7272

*celebrating* **75** *years*
OF INNOVATION
GROWTH • RESULTS

**DANIELLE CULLEN**
**Attorney at Law**
**216.685.1104**
**Fax  216.363.4121**
dpecenkacullen@weltman.com

**DEERFIELD, IL**
847.940.9812

**DETROIT, MI**
248.362.6100

**GROVE CITY, OH**
614.801.2600

**PHILADELPHIA, PA**
215.599.1500

**PITTSBURGH, PA**
412.434.7955

April 1, 2008

Mr. Robert Hardman
American Home Mortgage
P.O. Box 631730
Irving, TX  75063-1730

Re:    *American Home Mortgage Servicing, Inc. vs. Leanne Walter, et al.*
Cuyahoga County Court of Common Pleas Case No. CV 07 628536
Our File No. 6268914

Dear Mr. Hardman:

Enclosed please find an itemized invoice for my services rendered to date with regard to the above-captioned case.

As always, it is a pleasure working with you.  If you have any questions, please do not hesitate to contact me.

Very truly yours,

Danielle Cullen

DPE/jup
Enclosure

Re: _American Home Mortgage Servicing, Inc. vs. Leanne Walter, et al._
Cuyahoga County Common Pleas Court Case No. CV 07 628536
Our File No. 06268914

| DATE | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|
| 03/03/08 | Review of file in order to refile Complaint. | 0.50 |
| 03/19/08 | Prepare Complaint for filing along with Preliminary Judicial Report and other documents required by Court. | 0.50 |
| 03/21/08 | Reviewed, executed and filed Complaint and Preliminary Judical Report with Cuyahoga County Court of Common Pleas. | 0.50 |
| | TOTAL | 1.50 |

1.50 Hours at $195.00 Per Hour  =                                                                    $292.50

PAGE:    1

# WELTMAN, WEINBERG & REIS
### Co., L.P.A.
**(216) 739-5140 ● FAX (216) 739-5127**
**CLEVELAND ● COLUMBUS ● CINCINNATI ● PITTSBURGH ● DETROIT**

INVOICE NO: I-JNM01249185
REMIT TO: P.O. BOX 71263
CLEVELAND, OHIO 44191
TAX ID NO: 34-1095923

AMERICAN HOME MORTGAGE
FC/BK SERVICES
P.O. BOX 631730
IRVING, TX 75063-1730

CLIENT NO: 4873-001
DENNIS M SZABO
SOCIAL SEC NO:    XXX-XX-7370
OUR FILE NO.:    05370308
YOUR ACCT. NO.
1000861706

## ITEMIZATION OF LEGAL SERVICES RENDERED

| Invoice No | Invoice Date | Terms | Office |
|---|---|---|---|
| I-JNM01249185 | 03/31/08 | DUE UPON RECEIPT | Cleveland |

| DATE | DESCRIPTION OF SERVICES | | |
|---|---|---|---|
| 03/04/08 | REVIEW MOTION FOR EXTENSION OF TIME FROM ATTORNEY WILLIAMS | .40 | $78.00 |
| 03/07/08 | REVIEW MEMO IN OPPOSITION TO MOTION FOR EXTENSION OF TIME. | .40 | $78.00 |
| 03/14/08 | DRAFT BRIEF IN OPPOSITION TO MOTION FOR EXTENSION OF TIME. | .50 | $97.50 |
| 03/26/08 | TELEPHONE CALL FROM VESPER WILLIAMS REGARDING DEED IN LIEU. | .30 | $58.50 |
| 03/26/08 | DRAFT LETTER TO CLIENT REGARDING DEED IN LIEU | .50 | $97.50 |
| 03/27/08 | TELEPHONE CONFERENCE WITH OPPOSING COUNSEL REGARDING CASE. | .40 | $78.00 |

\* TOTAL HOURS BILLED:                                                   2.50

INVOICE AMOUNT DUE .....................................    $487.50

## WELTMAN, WEINBERG & REIS CO., L.P.A.

**ATTORNEYS AT LAW**

**BROOKLYN HTS., OH**
216.739.5100

**BURLINGTON, NJ**
609.914.0437

**CHICAGO, IL**
312.782.9676

**CINCINNATI, OH**
513.723.2200

**CLEVELAND, OH**
216.685.1000

*celebrating over* **75** *years* OF INNOVATION · GROWTH · RESULTS

**JENNIFER M. MONTY**
**Attorney at Law**
216.685.1136
Fax 216.685.4345
jmonty@weltman.com

**COLUMBUS, OH**
614.228.7272

**DETROIT, MI**
248.362.6100

**GROVE CITY, OH**
614.801.2600

**PHILADELPHIA, PA**
215.599.1500

**PITTSBURGH, PA**
412.434.7955

March 31, 2008

Deborah Cutchshaw
American Home Mortgage
P.O. Box 631730
Irving, TX 75063-1730

Re:  <u>American Home Mortgage Servicing vs. Dennis Szabo, et al.</u>
Lucas County Common Pleas Court, Case No. CI-200604801, et seq.
Account No. 1000861706
Our File No. 05370308 (Lead)

Dear Ms. Cutchshaw:

Enclosed please find an itemized invoice for services rendered to date with regard to the above-captioned case.

As always, it is a pleasure working with you.  If you have any questions, please do not hesitate to contact me.

Very truly yours,

Jennifer M. Monty

JNM:san
Enclosure

PAGE:    1

# WELTMAN, WEINBERG & REIS
### Co., L.P.A.

**(216) 739-5140 • FAX (216) 739-5127**
**CLEVELAND • COLUMBUS • CINCINNATI • PITTSBURGH • DETROIT**

INVOICE NO: I-JNM01249720
REMIT TO: P.O. BOX 71263
CLEVELAND, OHIO 44191
TAX ID NO: 34-1095923

CLIENT NO: 4873-001
PAUL  EDER
SOCIAL SEC NO:   XXX-XX-2779
OUR FILE NO.:    05368158
YOUR ACCT. NO.
1000804235

AMERICAN HOME MORTGAGE
CONTACT: DEBORAH CUTCHSHAW
FC/BK SERVICES
P.O.BOX 631730
IRVING, TX 75063-1730

## ITEMIZATION OF LEGAL SERVICES RENDERED

| Invoice No | Invoice Date | Terms | Office |
|---|---|---|---|
| I-JNM01249720 | 03/31/08 | DUE UPON RECEIPT | Cleveland |

| DATE | DESCRIPTION OF SERVICES | |
|---|---|---|
| | INVOICE AMOUNT DUE ................................ | $175.50 |

PLEASE RETURN REMITTANCE COPY OF INVOICE AND NOTE YOUR CLIENT NUMBER ON ALL REMITTANCE
**REMITTANCE COPY**

# WELTMAN, WEINBERG & REIS CO., L.P.A.

### ATTORNEYS AT LAW

**BROOKLYN HTS., OH**
216.739.5100

**BURLINGTON, NJ**
609.914.0437

**CHICAGO, IL**
312.782.9676

**CINCINNATI, OH**
513.723.2200

**CLEVELAND, OH**
216.685.1000



**JENNIFER M. MONTY**
Attorney at Law
216.685.1136
Fax 216.685.4345
jmonty@weltman.com

**COLUMBUS, OH**
614.228.7272

**DETROIT, MI**
248.362.6100

**GROVE CITY, OH**
614.801.2600

**PHILADELPHIA, PA**
215.599.1500

**PITTSBURGH, PA**
412.434.7955

March 31, 2008

Deborah Cutchshaw
American Home Mortgage
P.O. Box 631730
Irving, TX 75063-1730

Re:    *American Home Mortgage vs. Paul Eder, et al.*
*Sandusky County Common Pleas Court, Case No. 06 CV 0710*
*Account No. 1000804235*
*Our File No. 05368158*

Dear Ms. Cutchshaw:

Enclosed please find an itemized invoice for services rendered to date with regard to the above-captioned case.

As always, it is a pleasure working with you. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Jennifer M. Monty

JNM:san
Enclosure

Re: *American Home Mortgage vs. Paul Eder, et al.*
Sandusky County Common Pleas Court, Case No. 06 CV 0710
Client No. 5692001
Our File No. 05368158

| DATE | DESCRIPTION OF SERVICES | HOURS |
|------|------------------------|-------|
| 03/20/08 | Review of court docket. | 0.40 |
| 03/20/08 | Draft Motion to have pretrial set. | 0.50 |
| | TOTAL | 0.90 |

0.90 Hours at $195.00 Per Hour  =                                    $175.50

PAGE:    1

# WELTMAN, WEINBERG & REIS
### Co., L.P.A.
**(216) 739-5140 ● FAX (216) 739-5127**
**CLEVELAND ● COLUMBUS ● CINCINNATI ● PITTSBURGH ● DETROIT**

INVOICE NO: I-JNM01249884
REMIT TO: P.O. BOX 71263
CLEVELAND, OHIO 44191
TAX ID NO: 34-1095923

```
AMERICAN HOME MORTGAGE
CONTACT: DEBORAH CUTCHSHAW
FC/BK SERVICES
P.O.BOX 631730
IRVING, TX 75063-1730
```

CLIENT NO: 4873-001
DANIEL   PRODONOVICH
SOCIAL SEC NO:   XXX-XX-5557
OUR FILE NO.:      05564213
YOUR ACCT. NO.
1000845803

## ITEMIZATION OF LEGAL SERVICES RENDERED

| Invoice No | Invoice Date | Terms | Office |
|---|---|---|---|
| I-JNM01249884 | 03/31/08 | DUE UPON RECEIPT | Cleveland |

| DATE | DESCRIPTION OF SERVICES | | |
|---|---|---|---|
| 03/05/08 | LETTER TO OPPOSING COUNSEL REGARDING DEED IN LIEU. | .50 | $97.50 |
| 03/12/08 | EMAILS (9) TO AND FROM CLIENT REGARDING DEED IN LIEU | 1.80 | $351.00 |
| 03/26/08 | DRAFT LETTER TO ATTORNEY SHEARER REGARDING SETTLEMENT. | .50 | $97.50 |
| * TOTAL HOURS BILLED: | | 2.80 | |

INVOICE AMOUNT DUE ...................................     $546.00

# WELTMAN, WEINBERG & REIS CO., L.P.A.

### ATTORNEYS AT LAW

*celebrating over 75 years*
OF INNOVATION
GROWTH • RESULTS

**JENNIFER M. MONTY**
**Attorney at Law**
216.685.1136
Fax 216.685.4345
jmonty@weltman.com

**BROOKLYN HTS., OH**
216.739.5100

**BURLINGTON, NJ**
609.914.0437

**CHICAGO, IL**
312.782.9676

**CINCINNATI, OH**
513.723.2200

**CLEVELAND, OH**
216.685.1000

**COLUMBUS, OH**
614.228.7272

**DETROIT, MI**
248.362.6100

**GROVE CITY, OH**
614.801.2600

**PHILADELPHIA, PA**
215.599.1500

**PITTSBURGH, PA**
412.434.7955

March 31, 2008

Deborah Cutchshaw
American Home Mortgage
P.O. Box 631730
Irving, TX 75063-1730

*Re:*    *American Home Mortgage Servicing, Inc. vs. Daniel Prodonovich, et al.*
*Cuyahoga County Common Pleas Court, Case No. CV 06-607171*
*Account No. 1000845803*
*Our File No. 05564213*

Dear Ms. Cutchshaw:

Enclosed please find an itemized invoice for costs expended with regard to the above-captioned case.

As always, it is a pleasure working with you. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Jennifer M. Monty

JNM:san
Enclosure

PAGE:    1

# WELTMAN, WEINBERG & REIS
#### Co., L.P.A.

**(216) 739-5140** ● **FAX (216) 739-5127**

**CLEVELAND ● COLUMBUS ● CINCINNATI ● PITTSBURGH ● DETROIT**

INVOICE NO: I-JRB01249778

REMIT TO: P.O. BOX 71263
CLEVELAND, OHIO 44191
TAX ID NO: 34-1095923

```
AMERICAN HOME MORTGAGE
CONTACT: ASHLEY BRIDGES
FC/BK SERVICES
P.O.BOX 631730
IRVING, TX 75063-1730
```

CLIENT NO: 4873-001
CLYDE W MIRANDA

OUR FILE NO.:   06587379
YOUR ACCT. NO.
423 ELM CT., NILES, OH

## ITEMIZATION OF LEGAL SERVICES RENDERED

| Invoice No | Invoice Date | Terms | Office |
|---|---|---|---|
| I-JRB01249778 | 03/31/08 | DUE UPON RECEIPT | Cleveland |

| DATE | DESCRIPTION OF SERVICES |
|---|---|

INVOICE AMOUNT DUE ................................    $546.00

## WELTMAN, WEINBERG & REIS CO., L.P.A.

### ATTORNEYS AT LAW

**BROOKLYN HTS., OH**
216.739.5100

**CHICAGO, IL**
312.782.9676

**CINCINNATI, OH**
513.723.2200

**CLEVELAND, OH**
216.685.1000

**COLUMBUS, OH**
614.228.7272



**J. CHARLES RUIZ-BUENO**
**Attorney at Law**
216.685.1169
Fax 216.685.4345
jruizbueno@weltman.com

**DETROIT, MI**
248.362.6100

**GROVE CITY, OH**
614.801.2600

**PHILADELPHIA, PA**
215.599.1500

**PITTSBURGH, PA**
412.434.7955

April 1, 2008

Michael Pucciarello
Asset Manager
American Home Mortgage, D.I.P.
4600 Regent Blvd., Suite 200
Irving, TX  75063

Re:    ***Mortgage Electronic Registration Systems, Inc. vs. Clyde Miranda, et al.***
Trumbull County Common Pleas Court, Case No.  2005 CV 00593
Our File No. 06587379

Dear Mr. Pucciarello:

Enclosed please find an itemized invoice for my services rendered to date with regard to the above-captioned case.

As always, it is a pleasure working with you.  If you have any questions, please do not hesitate to contact me.

Very truly yours,

J. Charles Ruiz-Bueno

JRB/dml
Enclosure

Re: _Clyde W. Miranda_
   File No. 06587379

## DESCRIPTION OF SERVICES

| DATE | | TOTAL |
|------|---|------:|
| 03/31/08 | Review file and court docket. | 0.50 |
| 03/31/08 | Telephone conference with Niles building inspector. | 0.50 |
| 03/31/08 | Telephone conference with City Law Department. | 0.40 |
| 03/31/08 | Draft email to client. | 0.40 |
| 03/31/08 | Review fax from law department. | 0.50 |
| 03/31/08 | Draft letter to client. | 0.50 |
| | **Total** | **2.80** |

**2.80** hours at $195.00 per hour =                    **$546.00**

PAGE:    1

# WELTMAN, WEINBERG & REIS
### Co., L.P.A.

**(216) 739-5140 • FAX (216) 739-5127**

**CLEVELAND • COLUMBUS • CINCINNATI • PITTSBURGH • DETROIT**

INVOICE NO: I-JRB01249901

REMIT TO: P.O. BOX 71263
CLEVELAND, OHIO 44191
TAX ID NO: 34-1095923

```
AMERICAN HOME MORTGAGE
CONTACT: ASHLEY BRIDGES
FC/BK SERVICES
P.O.BOX 631730
IRVING, TX 75063-1730
```

CLIENT NO: 4873-001
JACQUELINE  EATON
SOCIAL SEC NO:  XXX-XX-8714
OUR FILE NO.:   06587370
YOUR ACCT. NO.
332 W. OAKLAND

## ITEMIZATION OF LEGAL SERVICES RENDERED

| Invoice No | Invoice Date | Terms | Office |
|---|---|---|---|
| I-JRB01249901 | 03/31/08 | DUE UPON RECEIPT | Cleveland |

| DATE | DESCRIPTION OF SERVICES | |
|---|---|---|
| | INVOICE AMOUNT DUE ................................ | $175.50 |

# WELTMAN, WEINBERG & REIS CO., L.P.A.

### ATTORNEYS AT LAW



**BROOKLYN HTS., OH**
216.739.5100

**CHICAGO, IL**
312.782.9676

**CINCINNATI, OH**
513.723.2200

**CLEVELAND, OH**
216.685.1000

**COLUMBUS, OH**
614.228.7272

**J. CHARLES RUIZ-BUENO**
Attorney at Law
216.685.1169
Fax 216.685.4345
jruizbueno@weltman.com

**DETROIT, MI**
248.362.6100

**GROVE CITY, OH**
614.801.2600

**PHILADELPHIA, PA**
215.599.1500

**PITTSBURGH, PA**
412.434.7955

April 1, 2008

Michael Pucciarello
Asset Manager
American Home Mortgage, D.I.P.
4600 Regent Blvd., Suite 200
Irving, TX  75063

> Re: *Mortgage Electronic Registration Systems, Inc. vs. Jacqueline Eaton*
> Our File No. 06587370

Dear Mr. Pucciarello:

Enclosed please find an itemized invoice for my services rendered to date with regard to the above-captioned case.

As always, it is a pleasure working with you.  If you have any questions, please do not hesitate to contact me.

Very truly yours,

J. Charles Ruiz-Bueno

JRB/dml
Enclosure

Re: *Jacqueline Eaton*
File No. 06587370

## DESCRIPTION OF SERVICES

| DATE | | TOTAL |
|------|---|-------|
| 03/31/08 | Email communications with Lori Rutkowski, Code Enforcement Supervisor for city of Toledo. | 0.40 |
| 03/31/08 | Draft letter to client. | 0.50 |

| | Total | 0.90 |
|---|-------|------|

0.90  hours at $195.00 per hour =                    $175.50

PAGE:    1

# WELTMAN, WEINBERG & REIS
### Co., L.P.A.

**(216) 739-5140 • FAX (216) 739-5127**
**CLEVELAND • COLUMBUS • CINCINNATI • PITTSBURGH • DETROIT**

INVOICE NO: I-MGB01249640
REMIT TO: P.O. BOX 71263
CLEVELAND, OHIO 44191
TAX ID NO: 34-1095923

CLIENT NO: 4873-001
JAMIN P CANNON

OUR FILE NO.:    06431155
YOUR ACCT. NO.
1001203240

```
AMERICAN HOME MORTGAGE
CONTACT: DEBORAH CUTCHSHAW
FC/BK SERVICES
P.O.BOX 631730
IRVING, TX 75063-1730
```

## ITEMIZATION OF LEGAL SERVICES RENDERED

| Invoice No | Invoice Date | Terms | Office |
|---|---|---|---|
| I-MGB01249640 | 03/31/08 | DUE UPON RECEIPT | Cleveland |

| DATE | DESCRIPTION OF SERVICES |
|---|---|

INVOICE AMOUNT DUE ..................................    $1,501.50

# WELTMAN, WEINBERG & REIS CO., L.P.A.

### ATTORNEYS AT LAW



**BROOKLYN HTS., OH**
216.739.5100

**CHICAGO, IL**
312.782.9676

**CINCINNATI, OH**
513.723.2200

**CLEVELAND, OH**
216.685.1000

**COLUMBUS, OH**
614.228.7272

**MATTHEW G. BURG**
Attorney at Law
216.685.1111
Fax 216.685.4345
mburg@weltman.com

**DETROIT, MI**
248.362.6100

**GROVE CITY, OH**
614.801.2600

**PHILADELPHIA, PA**
215.599.1500

**PITTSBURGH, PA**
412.434.7955

April 7, 2008

Deborah Cutchshaw
American Home Mortgage
P.O. Box 631730
Irving, TX 75063-1730

Re: *American Home Mortgage v. Jamin P. Cannon*
Lucas County Common Pleas Court, Case No. CI 2007 06 079
Account No. 1001203240
Our File No. 06431155

Dear Ms. Cutchshaw:

Enclosed please find an itemized invoice for my services rendered to date with regard to the above-captioned case.

As always, it is a pleasure working with you. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Matthew G. Burg

MGB:jup
Enclosure

Re:     *American Home Mortgage v. Jamin P. Cannon*
        Lucas County Court of Common Pleas, Case No. CI-02007-06079
        WWR No. 06431155

| DATE | DESCRIPTION OF SERVICES | HOURS |
|------|------------------------|-------|
| 03/05/08 | Preparation of discovery responses. | 2.00 |
| 03/06/08 | Review file. | 0.30 |
| 03/07/08 | Review client email. | 0.20 |
| 03/14/08 | Prepare email to client regarding status of settlement proposal. | 0.30 |
| 03/19/08 | Review and respond to client email. | 0.30 |
| 03/21/08 | Prepare email to counsel regarding 30-day extension to respond to Defendant's discovery; review file. | 0.30 |
| 03/25/08 | Review email from counsel regarding extension of time. | 0.30 |
| 03/26/08 | Preparation, with legal research, of motion to withdraw admissions and leave to respond. | 4.00 |

                                                                    7.70

        7.70 Hours at $125.00 Per Hour                        $1,501.50
                      195.00



EXHIBIT
C

## American Home Mortgage Dropped Invoices From March 2008

| Dated | Loan# | WWR# | Bill# | Description | Attorney Fees | Court Costs |
|---|---|---|---|---|---|---|
| 02/29/08 | 1001080388 | 10009600 | 17033 | Check # 2106662  Lucas County Clerk of Courts | | 50.00 |
| 08/06/07 | 1001191289 | 10004640 | 18037 | SPECIAL PROCESS SERVER | | (225.00) |
| 12/27/07 | 1001191289 | 10004640 | 18037 | Partial Attorney Fee - Foreclosure | 550.00 | |
| 11/02/07 | 1000985748 | 10005578 | 18059 | RECORDING FEE | | 32.00 |
| 02/05/08 | 1000951876 | 10008085 | 18137 | RECORDING FEE | 13.00 | |
| | | | | Total | $ 563.00 | $ (143.00) |
| | | | | | | |
| | | | | Grand Total | $ 420.00 | |

4/14/2008, 3:43 PM

1of1

ahm dropped inv from 03.01.08 03.31.08

# Weltman, Weinberg & Reis Co., L.P.A.

### Attorneys At Law

March 03, 2008

American Home Mortgage Servicing, Inc.
FC/BK Services
P.O. Box 631730
Irving, TX 75063-1730

# INVOICE

Matter ID: 10009600
Client ID: 4873001

Invoice # 17033
Federal ID # 34-1095923

Loan #: 1001080388
Borrower: Ledyard, Daniel
Property Address: 1112 Woodville Road

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/03/2008 | FLAT FEE-3RD PARTY FORECLOSURE | $500.00 |
| | Total Professional Services: | *$500.00* |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 02/29/2008 | Check # 2106662   Lucas County Clerk of Courts | $50.00 ✓ |
| | Total Disbursements Incurred: | *$50.00* |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | *$500.00* |
| For Disbursements Incurred: | *$50.00* |
| **Total Due:** | *$550.00* |

**To process your payments correctly, please make payable to Weltman, Weinberg & Reis Co., L.P.A.,
P.O. Box 72245, Cleveland, OH  44192
and return with the enclosed additional copy of this invoice.
For questions, please direct all inquires to our Billing Analyst Team at
wwr-billinganalysts@weltman.com or call 216-739-5139.
We appreciate your business.**

# WELTMAN, WEINBERG & REIS CO., L.P.A.
## ATTORNEYS AT LAW

March 31, 2008

American Home Mortgage Servicing, Inc.
FC/BK Services
P.O. Box 631730
Irving, TX 75063-1730

# I N V O I C E

Matter ID: 10004640
Client ID: 4873001

Invoice # 18037
Federal ID # 34-1095923

Loan #: 1001191289
Borrower: Alacantara, Guillermo E.
Property Address: 22471 Coulter Avenue

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 12/27/2007 | Partial Attorney Fee - Foreclosure | $550.00 |
| 03/31/2008 | Attorney fee - preparation of assignment of note | $100.00 |
| | Total Professional Services: | $650.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 08/06/2007 | SPECIAL PROCESS SERVER | ($225.00) |
| | Total Disbursements Incurred: | ($225.00) |

### INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $650.00 |
| For Disbursements Incurred: | ($225.00) |
| **Total Due:** | $425.00 |

To process your payments correctly, please make payable to Weltman, Weinberg & Reis Co., L.P.A.,
P.O. Box 72245, Cleveland, OH  44192
and return with the enclosed additional copy of this invoice.
For questions, please direct all inquires to our Billing Analyst Team at
wwr-billinganalysts@weltman.com or call 216-739-5139.
We appreciate your business.

# WELTMAN, WEINBERG & REIS CO., L.P.A.
### ATTORNEYS AT LAW

March 31, 2008

American Home Mortgage Servicing, Inc.
FC/BK Services
P.O. Box 631730
Irving, TX 75063-1730

# *INVOICE*

Matter ID: 10005578
Client ID: 4873001

Invoice # 18059
Federal ID # 34-1095923

Loan #: 1000985748
Borrower: Resatka, Doris J.
Property Address: 1185 North Grant Avenue

**For Professional Services Rendered:**

| | | |
|---|---|---|
| 03/31/2008 | MOTION FOR SUMMARY JUDGMENT | $600.00 |
| | Total Professional Services: | $600.00 |

**For Disbursements Incurred:**

| | | |
|---|---|---|
| 11/02/2007 | RECORDING FEE | $32.00 |
| | Total Disbursements Incurred: | $32.00 |

### INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $600.00 |
| For Disbursements Incurred: | $32.00 |
| **Total Due:** | **$632.00** |

To process your payments correctly, please make payable to Weltman, Weinberg & Reis Co., L.P.A.,
P.O. Box 72245, Cleveland, OH  44192
and return with the enclosed additional copy of this invoice.
For questions, please direct all inquires to our Billing Analyst Team at
wwr-billinganalysts@weltman.com or call 216-739-5139.
We appreciate your business.

*Page 1*

# WELTMAN, WEINBERG & REIS CO., L.P.A.
### ATTORNEYS AT LAW

March 31, 2008

American Home Mortgage Servicing, Inc.
FC/BK Services
P.O. Box 631730
Irving, TX 75063-1730

# INVOICE

Matter ID: 10008085
Client ID: 4873001

Invoice # 18137
Federal ID # 34-1095923

Loan #: 1000951876
Borrower: Wimsatt, Bryan K.
Property Address: 5418 Ripple Lane

**For Professional Services Rendered:**

| Date | Description | Amount |
|---|---|---|
| 03/27/2008 | Remaining Attorney Fee - Foreclosure | $550.00 |
| | Total Professional Services: | $550.00 |

**For Disbursements Incurred:**

| Date | Description | Amount |
|---|---|---|
| 02/05/2008 | RECORDING FEE | $13.00 |
| 03/14/2008 | Check # 2102625   AOC FEE | $100.00 |
| | Total Disbursements Incurred: | $113.00 |

## INVOICE SUMMARY

| | |
|---|---|
| For Professional Services: | $550.00 |
| For Disbursements Incurred: | $113.00 |
| **Total Due:** | **$663.00** |

To process your payments correctly, please make payable to Weltman, Weinberg & Reis Co., L.P.A.,
P.O. Box 72245, Cleveland, OH 44192
and return with the enclosed additional copy of this invoice.
For questions, please direct all inquires to our Billing Analyst Team at
wwr-billinganalysts@weltman.com or call 216-739-5139.
We appreciate your business.