**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | * | |
| AMERICAN HOME MORTGAGE | | |
| HOLDINGS, INC., | * | Case No.: 07-11047-CSS |
| Debtor | | Chapter 11 |
| | * | |
| | | Hearing Date: May 1, 2008 at 2:00 PM[1] |

*******************

## CERTIFICATE OF NO OBJECTION
(Relates to Docket # 3539)

Aurara Loan Services, LLC as servicer for Mortgage Electronic Registration, Inc., as nominee for HLB Mortgage, by its attorney, Lisa R. Hatfield and WITTSTADT & WITTSTADT, P.A., certifies to the Court as follows:

1. On April 7, 2008, the undersigned, on behalf of Aurara Loan Services, LLC as servicer for Mortgage Electronic Registration, Inc., as nominee for HLB Mortgage filed a Motion for Relief from Automatic Stay with respect to the real property and improvements thereon known 7433 W. 60th Place, Summit Argo, Illinois 60601.

2. The Notice of Motion states "If you fail to respond in accordance with this Notice, the relief demanded by the motion will be granted." The Notice provides that a response to the Motion needs to be filed by April 21, 2008. As of April 22, 2008, no response has been filed by the Debtor or any other interested person.

3. Accordingly, Movant respectfully requests the Court to enter the Proposed Order Terminating Automatic Stay.

---

[1] This matter was originally set for April 28, 2008 at 2:00 PM, but the hearing date was re-noticed by Debtor's counsel on April 8, 2008 for May 1, 2008 at 2:00 PM.

Date: April 22, 2008               Respectfully submitted,

                                   WITTSTADT & WITTSTADT, P.A.

                                   */s/ Lisa R. Hatfield*
                                   Lisa R. Hatfield (DE No. 4967)
                                   284 E. Main Street
                                   Newark, DE 19711
                                   (302) 444-4602
                                   (866) 503-4930 (toll free)

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 22, 2008, copies of the foregoing Certificate of No Objection was served upon the parties listed on the below in the manner stated:

VIA US MAIL
American Home Mortgage Holding, Inc.
538 Broadhollow Road
Melville, NY 11747
Debtor

VIA US MAIL
United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19899
Trustee

VIA US MAIL
Donald J. Bowman, Jr., Esquire
Edward J. Kosmowski, Esquire
Joel A. Waite, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
Attorneys for Debtor

VIA US MAIL
Thomas G. Ciarlone, Esquire
Shalov Stone Bonner & Rocco, LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Attorney for Plaintiff

<u>VIA US MAIL</u>
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome, LLP
1201 Market Street, Suuite 800
Wilmington, DE 19801
Attorney for Official Committee of Unsecured Creditors

| | |
|---|---|
| Date: April 22, 2008 | Respectfully submitted, |
| | WITTSTADT & WITTSTADT, P.A. |
| | */s/ Lisa R. Hatfield* |
| | Lisa R. Hatfield (DE No. 4967) |
| | 284 E. Main Street |
| | Newark, DE 19711 |
| | (302) 444-4602 |
| | (866) 503-4930 (toll free) |