IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :    Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                                             :
                                                                             :    Jointly Administered
        Debtors.                                                             :
                                                                             :    Ref. Docket No. 2600
---------------------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL REGARDING THIRD MONTHLY APPLICATION OF ALLEN & OVERY, LLP AS SPECIAL REGULATORY COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

On January 7, 2008 Allen & Overy LLP ("A&O"), Special Regulatory Counsel for the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed its *Third Monthly Application of Allen & Overy, LLP as Special Regulatory Counsel for the Debtors for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period November 1, 2007 through November 30, 2007* (the "Application") [*see* Docket 2600]. By the Application A&O sought the approval of $325,630.50 in fees (the "Fees") and $274,672.83 in expenses (the "Expenses") to be paid in accordance with this Court's *Order Authorizing the Debtors and Debtors in Possession to Employ and Retain Allen & Overy LLP, as Special Regulatory, Securities, and Class Action Litigation Counsel Pursuant to Section 327 of the Bankruptcy Code, Nunc Pro Tunc to September 7, 2007* (the "Retention Order") [*see* Docket No. 1320]. Objections to the relief requested in the Application were due to be filed by January 27, 2008.

At the Hearing on the Application, on April 14, 2008, the Court requested that A&O provide additional detail with respect to a time entry by an A&O attorney, Nicholas Mitchell, for work performed on November 19, 2007. Specifically, the Court requested additional information about a time entry for 5.4 hours on the date that included the following billing narrative: "Conducted research on legal issue in connection with DOJ/SEC investigation."

A&O has provided the following additional information regarding the November 19, 2007 time entry. In response to inquiries from the staff of the Securities and Exchange Commission

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

("SEC") concerning the Order Authorizing Payment of Incentive Pay to Senior Management then under consideration by the Court, Robert Knuts, an A&O partner, directed Mr. Mitchell to research and prepare a brief memorandum. The purpose of this assignment was to enable Mr. Knuts to address any future concerns that may have been raised by the SEC.

Accordingly, Mr. Mitchell conducted electronic research of applicable caselaw, treatises and statutory authority, including Sarbanes-Oxley, to address both standing issues and the relevant regulatory standards. Mr. Knuts and Mr. Mitchell spent 0.3 hours discussing the question initially. Mr. Mitchell then conducted 3.7 hours of research. Finally, Mr. Mitchell spent an additional 1.4 hours drafting a memorandum reflecting his findings.

Dated: Wilmington, Delaware
April 22, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302 571-1253