IN THE UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------X
In re:                                              Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,              Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,[1]                Jointly Administered

                    Debtors.                        Re: Docket Nos. 3585, 3661 and 3796
-----------------------------------------------------------------X

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS TO THE DEBTORS' LIMITED OBJECTION TO
THE EMERGENCY MOTION OF LAURA BEALL FOR AN
ORDER RELIEF FROM THE AUTOMATIC STAY UNDER
SECTION 362 OF THE BANKRUPTCY CODE**

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by its undersigned counsel, hereby joins the Debtors' Limited Objection (the "Objection") [Docket No. 3796] to the emergency motion (the "Motion") of Laura Beall ("Beall") for an order for relief from the automatic stay under section 362 of the Bankruptcy Code [Docket No. 3585] and in support thereof represents as follows:

**JOINDER**

1.    The Committee hereby adopts and incorporates the arguments and assertions set forth in the Objection and reserves all rights to be heard before this Court with regard to the Motion.

2.    As set forth in the Objection, the Motion should be denied as Beall has failed to provide adequate information concerning the litigation that she seeks to commence against the Debtors or why stay relief is warranted rather than simply resolving such claim as

---

[1] The Debtors in these cases are: AHM Holdings; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

703159.009-1438180.1

part of the claims resolution process.

       3.      For these reasons, and for the reasons set forth in the Objection, the Committee objects to the relief sought in the Motion.

**WHEREFORE**, the Committee respectfully requests that the Court sustain the Objection and grant any further relief as the Court may deem just and proper.

Dated: Wilmington, Delaware
      April 22, 2008

              BLANK ROME LLP

              By:/s/ *David W. Carickhoff*
                 Bonnie Glantz Fatell (No. 3809)
                 David W. Carickhoff (No. 3715)
                 1201 Market Street, Suite 800
                 Wilmington, Delaware 19801
                 (302) 425-6400 - Telephone
                 (302) 425-6464 - Facsimile

                 - and -

              HAHN & HESSEN LLP
              488 Madison Avenue
              New York, New York 10022
              (212) 478-7200 - Telephone
              (212) 478-7400 - Facsimile
              Attn:   Mark S. Indelicato
                          Edward L. Schnitzer

              Co-Counsel to the Official Committee
              of Unsecured Creditors of American Home
              Mortgage Holdings, Inc., *et al*.

703159.009-1438180.1