**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Home Mortgage Holdings, Inc., et al, | ) | Case No. 07-11047 |
| | ) | |
| Debtor. | ) | Honorable Christopher S. Sontchi |
| | ) | Jointly Administered |
| | ) | |
| | ) | Motion #3528 |

**CERTIFICATE OF NO OBJECTION**

Regions Bank dba Regions Mortgage (Movant) by and through its counsel, Adam R. Elgart, Esquire and/or John G. Mulford, Esquire, hereby avers and certifies as follows:

1. The Debtor is American Home Mortgage Holdings, Inc.

2. On April 4, 2008, Movant filed a Motion for Relief from the Automatic Stay with the Court pursuant to Section 362 of the United States Bankruptcy Code.

3. On or about April 4, 2008, Mattleman, Weinroth & Miller, PC, attorneys for Movant sent a copy of Movant's Motion for Relief from the Automatic Stay to the Office of the United States Trustee, Debtor's counsels of record, the Debtor and all other parties of interest who entered an appearance through ECF notification.

4. The Debtor has not filed an answer or objection to the Motion.

5. No other party has filed an answer or objection to the Motion.

6. Movant is entitled to relief from the automatic stay pursuant to 11 U.S.C. Section 362.

WHEREFORE, Movant respectfully requests this Court enter an Order modifying the automatic stay under section 362 with respect to the mortgaged premises so as to permit Movant to foreclose on its mortgage and allow Movant to name the Debtor as a defendant in its foreclosure action and enter a judgment accordingly.

Respectfully Submitted,

Dated: *4/23/08*     _/s/ Adam R. Elgart__
Adam R. Elgart, Esquire
John G. Mulford, Esquire
Mattleman, Weinroth & Miller, P.C.
200 Continental Drive, Suite 215
Newark, DE 19713
(302) 731-8349