4009 WOOD END DRIVE
EDINA, MN 55424-1441
APRIL 16, 2008

TO: UNITED STATES BANKRUPTCY
    COURT FOR THE DISTRICT OF DELAWARE
    824 MARKET STREET, 3RD FLOOR
    WILMINGTON, DELAWARE 19801

IN RE: AMERICAN HOME MORTGAGE HOLDINGS, INC. CHAPTER 11
       DELAWARE CORPORATION, et al.    CASE 07-11047 (CSS)
                                        JOINTLY ADMIN.

SIR:

WITH REGARDS TO MAKING ANY FURTHER CHARGE, AND
AFTER READING AND REREADING THE FILE EXCEPT THAT I HAVE
NOT RECEIVED EXHIBITS A, B, C, D AND E NOR RECEIVED A
CURRENT CONSOLIDATED FINANCIAL STATEMENT, I FEEL THAT
THE ONLY RIGHT THING FOR ME IS TO BACK OFF AND LET
THE LAW TAKE ITS NORMAL COURSE.

                        SINCERELY YOURS,

                        Frederick D Conrad

                        CONRAD, FREDERICK D. & JEAN  JT WROS
                        CLAIM NO. 3909  AMOUNT $64,746.29

CC: NATHAN D. GROW (5014)
    YOUNG CONAWAY STARGATT + TAYLOR, LLP
    BRANDYWINE BUILDING, 17TH FLOOR
    WILMINGTON DEL 19801