CLAIMANT:

ELIZABETH HOHLOCH
12322 FAIRBANKS RD
LINDEN, MICH.
48423

DEBTORS:

AMERICAN HOME
MORTGAGE HOLDINGS
INC. DELAWARE CORP.
ET AL

CHAPTER 11

CASE NO. 07-11047 (CSS)

FILED 2008 APR 22 AM 9:34
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

RESPONSE TO DEBTORS' SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS.

BASIS FOR OBJECTION: EQUITY INTEREST
CLAIM TO BE EXPUNGED    5244
CLAIM AMOUNT            $86,533.00

CLAIMANTS' EQUITY INTEREST WAS PURCHASED BASED ON DEBTORS' INFORMATION THAT AMERICAN HOME MORTGAGE WAS SOLVENT WITH CASH TO PAY ALL BILLS PLUS DIVIDENDS. CLAIMANT IS RETIRED AND PURCHASED AMERICAN HOME MORTGAGE STOCK FOR THE DIVIDEND. PURCHASE OF STOCK WAS DONE ON THE ASSURANCE AND GOOD FAITH OF AMERICAN HOME MORTGAGE. AMERICAN HOME MORTGAGE BROKE THEIR WORD THEY WERE SELLING WORTHLESS STOCK, THIS IS CRIMINAL. AMERICAN HOME MORTGAGE IS NOW PROTECTED BY THE COURT TO RE-ORGANIZE, WHERE IS MY JUSTICE. I AM OBJECTING TO DEBTORS SECOND OMNIBUS AND HEREBY ENTER THIS OBJECTION FOR YOUR CONSIDERATION.

APRIL 15, 2008

*Elizabeth Hohloch*
ELIZABETH HOHLOCH

COPIES ARE BEING SERVED ON:

        JAMES L PATTON, JR (NO 2202)
        PAULINE K. MORGAN (NO 3650)
        EDWARD J KOSMOWSKI (NO. 3849)
        NATHAN D. GROW (NO. 5014)
        THE BRANDYWINE BUILDING
        1000 WEST STREET 17th FLOOR
        WILMINGTON, DELWARE 19801

COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION

P.O. Box 2044
Lakewood, NJ 08701



```
I..II..I..I..I.II.I....III....I..II..I..II..I..I..I..I.I.II
**********AUTO**MIXED AADC 088
T16517 0017060 T58 P4 .368
```

ELIZABETH HOHLOCH
12322 FAIRBANKS RD
LINDEN MI 48451

Merrill Lynch
Office Serving Your Account
8121 TRILLIUM CIRCLE
GRAND BLANC, MI 48439
(800) 283-5468

**TOTAL MERRILL**

Account Number:   678-74664



# TRADE CONFIRMATION

Date: June 14, 2007

We confirm the following transaction(s) subject to the agreement below.

**BOUGHT**  AMERICAN HOME MTG INVT CORP REIT

| Quantity | 2500 | Price | 22.15 | Amount | 55375.00 | Trade Date | 06/14/07 |
|---|---|---|---|---|---|---|---|
| Processing Fee | | | | | | Settle Date | 06/19/07 |
| Transaction Fee | | | | | | ML Symbol | AHM |
| Accrued Interest/Dividends | | | | | | Security # | 020Y9 |
| | | | | | | Cusip # | 02660R107 |
| NET AMOUNT | | | | | 55375.00 | FA # | 8521 |

CLIENT ENTERED.  PER UNLIMITED ADVANTAGE AGREEMENT

EXECUTED ON THE N.Y.S.E.   WE ACTED AS YOUR AGENT

Payment for securities or other investment purchased, and delivery of securities or other investments instruments sold, are due on SETTLEMENT DATE unless otherwise indicated by a DATE DUE.  Delivery on or before settlement date will avoid premium charges. Please preserve this confirmation for income tax purposes.  If submitting payment or correspondence please write your account number, shown on the bottom of this page, and forward to "Merrill Lynch Office Serving your Account", shown on top right of page 1.  If you have moved or plan to move, notify your Financial Advisor of your new address.

Account Number: 678-74664

Date: 06/14/2007

Page 1 of 2

143333

P.O. Box 2044
Lakewood, NJ 08701



**AUTO** MIXED AADC 088
T04517 0017965 T67 P5 .326

ELIZABETH HOHLOCH
12322 FAIRBANKS RD
LINDEN MI 48451

Merrill Lynch
Office Serving Your Account
8121 TRILLUM CIRCLE RD 2ND FL
GRAND BLANC, MI 48439
(800) 283-5468

TOTAL MERRILL

Account Number:    678-74664



# TRADE CONFIRMATION

Date: February 14, 2007

We confirm the following transaction(s) subject to the agreement below.

**BOUGHT** AMERICAN HOME MTG INVT CORP REIT

| Quantity | 800 | Price | 32.23 | Amount | 25784.00 | Trade Date | 02/14/07 |
|---|---|---|---|---|---|---|---|
| Processing Fee | | | | | | Settle Date | 02/20/07 |
| Transaction Fee | | | | | | ML Symbol | AHM |
| Accrued Interest/Dividends | | | | | | Security # | 020Y9 |
| | | | | | | Cusip # | 02660R107 |
| NET AMOUNT | | | | | 25784.00 | FA # | 9521 |

CLIENT ENTERED.   PER UNLIMITED ADVANTAGE AGREEMENT

EXECUTED ON THE N.Y.S.E.   WE ACTED AS YOUR AGENT

Payment for securities or other investment purchased, and delivery of securities or other investments instruments sold, are due on SETTLEMENT DATE unless otherwise indicated by a DATE DUE. Delivery on or before settlement date will avoid premium charges. Please preserve this confirmation for income tax purposes. If submitting payment or correspondence please write your account number, shown on the bottom of this page, and forward to "Merrill Lynch Office Serving your Account", shown on top right of page 1. If you have moved or plan to move, notify your Financial Advisor of your new address.

Account Number: 678-74664

Date: 02/14/2007

Page 1 of 2

P.O. Box 2044
Lakewood, NJ 08701



**TOTAL MERRILL**

|..|.||..|..|..|.||.|....|||.|..|..||..|..|..||...|..|.|..|..|..|..|..|||
**********AUTO** MIXED AADC 088
T08017 0017288 T85 P5 .326

ELIZABETH HOHLOCH
12322 FAIRBANKS RD
LINDEN MI 48451

Merrill Lynch
Office Serving Your Account
8121 TRILLIUM CIRCLE
GRAND BLANC, MI 48439
(800) 283-5468

Account Number:   678-74684



# TRADE CONFIRMATION       Date: March 21, 2007

We confirm the following transaction(s) subject to the agreement below.

**BOUGHT** *AMERICAN HOME MTG INVT CORP REIT*

| Quantity | 200 | Price | 26.87 | Amount | 5374.00 | Trade Date | 03/21/07 |
| Processing Fee | | | | | | Settle Date | 03/26/07 |
| Transaction Fee | | | | | | ML Symbol | AHM |
| Accrued Interest/Dividends | | | | | | Security # | 020Y9 |
| | | | | | | Cusip # | 02660R107 |
| NET AMOUNT | | | | | 5374.00 | FA # | 9521 |

CLIENT ENTERED.   PER UNLIMITED ADVANTAGE AGREEMENT

EXECUTED ON THE N.Y.S.E.   WE ACTED AS YOUR AGENT

**BOUGHT** *FREMONT GENL CORP*

| Quantity | 500 | Price | 10.07 | Amount | 5035.00 | Trade Date | 03/21/07 |
| Processing Fee | | | | | | Settle Date | 03/26/07 |
| Transaction Fee | | | | | | ML Symbol | FMT |
| Accrued Interest/Dividends | | | | | | Security # | 30T55 |
| | | | | | | Cusip # | 357286109 |
| NET AMOUNT | | | | | | FA # | 9521 |

CLIENT ENTERED.   PER UNLIMITED ADVANTAGE AGREEMENT

EXECUTED ON THE N.Y.S.E.   WE ACTED AS YOUR AGENT

**SOLD**    *ALTRIA GROUP INC*

| Quantity | 100 | Price | 85.86 | Amount | 8586.00 | Trade Date | 03/21/07 |
| Processing Fee | | | | | | Settle Date | 03/26/07 |
| Transaction Fee | | | | | 0.14 | ML Symbol | MO |
| Accrued Interest/Dividends | | | | | | Security # | 007B0 |
| | | | | | | Cusip # | 02209S103 |
| NET AMOUNT | | | | | 8585.86 | FA # | 9521 |

CLIENT ENTERED.   PER UNLIMITED ADVANTAGE AGREEMENT

EXECUTED ON THE N.Y.S.E.   WE ACTED AS YOUR AGENT

Payment for securities or other investment purchased, and delivery of securities or other investments instruments sold, are due on SETTLEMENT DATE unless otherwise indicated by a DATE DUE.  Delivery on or before settlement date will avoid premium charges. Please preserve this confirmation for income tax purposes.  If submitting payment or correspondence please write your account number, shown on the bottom of this page, and forward to "Merrill Lynch Office Serving your Account", shown on top right of page 1.  If you have moved or plan to move, notify your Financial Advisor of your new address.

Account Number: 678-74684                Date: 03/21/2007                Page 1 of 2