UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------x

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.,

              Debtors

-----------------------------------------------------------x

Chapter 11
Case No. 07-11047(CSS)

Jointly Administered

AFFIDAVIT IN OPPOSITION
TO DEBTORS' SECOND
OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS
<u>DATED MARCH 28, 2008</u>

STATE OF NEW YORK  )
                            ) ss.:
COUNTY OF NASSAU  )

      LILLIAN FRIEDER, being duly sworn, deposes and states the following under the penalties of perjury:

      1.    I am married to Nathan Frieder. We both reside at <u>52-54 65th Place, Maspeth, New York 11378</u>. I make this affidavit on my behalf and on behalf of my husband in opposition to the Debtor's effort to expunge our Proof of Claim annexed hereto as Exhibit "A". All of statements contained in Nathan Frieder's April 19, 2008 affidavit are true. I adopt all of those statements as if they were set forth here in full. I plead with and urge the Court to not expunge our Proof of Claim for all of the reasons set forth in my husband's affidavit.

                                                       _____
                                                         Lillian Frieder

Sworn to before me this
19th day of April, 2008

_____
Notary Public



# PROOF OF CLAIM

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
American Home Mortgage Claims Processing Center
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re:
American Home Mortgage Holdings, Inc., et al.
Debtors.

Chapter 11
Case No. 07-11047 (CSS)
Jointly Administered

Name of Debtor Against Which Claim is Held
**American Home Mortgage Investment Corp.**

Case No. of Debtor
**07-11048**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Nathan Frieder & Lillian Frieder
52-54 65th Place
Maspeth, New York 11378-1353

Telephone number: 718-424-6309
Email Address:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

Check here if this claim:
☐ replaces  ☐ amends a previously filed claim, dated:_____

1. Basis for Claim
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☒ Other **Capital Investment** (explain)
   **See Addendum attached**

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: ___ ___ ___ ___
   Unpaid compensation for services performed
   from _____ to _____
         (date)      (date)

2. Date debt was incurred:
   **See attached**

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ _____ + _____ + _____ = **$656,970.68**
   (unsecured nonpriority)   (secured)   (unsecured priority)   (see attached)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

5. Secured Claim.
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other _____

   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. Unsecured Nonpriority Claim: $_____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. Unsecured Priority Claim.
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. Supporting Documents: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**FILED / RECEIVED**
**DEC 21 2007**
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 12-21-07
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
*Nathan Frieder*    *Lillian Frieder*

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NATHAN FRIEDER   LILLIAN FRIEDER       EXHIBIT "A"

## ADDENDUM

The within Proof of Claim also constitutes a Proof of Interest as it represents the loss of the Creditors' Capital Investment in the Debtor.

Member NASD/SIPC
Harborside Financial Plaza IVA, 135 Gree
Jersey City, NJ 07302
(800) 934-4448

#5/49B/57/216/22

**TRADE CONFIRMATION**

| TRADE DATE | ACCOUNT NUMBER |
|---|---|
| 01/29/2007 | 353-10546-2-9 |

| PROCESS DATE | ACCOUNT TYPE |
|---|---|
| 01/29/2007 | MARGIN |

| SETTLEMENT DATE | CUSIP NO. |
|---|---|
| 02/01/2007 | 02660R107000 |

| SECURITY NUMBER |
|---|
| A015086 |

| INTERNAL USE ONLY |
|---|
| C3540 I 00161 |

| M | C | R.R. |
|---|---|---|
| 6 | 1 | YDN |

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY  11378-1353

| YOU BOUGHT | YOU SOLD | SYMBOL | PRICE |
|---|---|---|---|
| 2,000 | | AHM | 33.79900 |

DESCRIPTION

AMERICAN HOME MORTGAGE
INVESTMENT CORP

| GROSS AMOUNT | INTEREST | COMMISSION | STATE TAX | MISC. FEE | SERVICE CHG | NET AMOUNT |
|---|---|---|---|---|---|---|
| 67,598.00 | | 9.95 | | | | $67,607.95 |

PLEASE NOTIFY US IMMEDIATELY IF CONFIRMATION IS NOT CORRECT.

(DETACH HERE)                                                                                                    (DETACH HERE)

**FOR REMITTANCE ONLY** (IF SUFFICIENT FUNDS ARE NOT ON DEPOSIT)

| NET AMOUNT | ACCOUNT NUMBER | SETTLEMENT DATE |
|---|---|---|
| $67,607.95 | 353-10546-2-9 | 02/01/2007 |

SEC REGULATIONS REQUIRE FUNDS/SECURITIES (IF NOT ON DEPOSIT) BY SETTLEMENT DATE. PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE PAYABLE TO:  **TD AMERITRADE, Inc.**

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY  11378-1353

TD AMERITRADE, Inc.
PO Box 2654
Omaha, NE 68172-2654

Rev. 05/18/05                                                                                                                                                    WHDA0

**TD AMERITRADE, Inc.**
Member NASD/SIPC
Harborside Financial Plaza IVA, 135 Gree
Jersey City, NJ 07302
(800) 934-4448

#5/496/57/214/22

## TRADE CONFIRMATION

| TRADE DATE | ACCOUNT NUMBER |
|---|---|
| 01/29/2007 | 353-10546-2-9 |

| PROCESS DATE | ACCOUNT TYPE |
|---|---|
| 01/29/2007 | MARGIN |

| SETTLEMENT DATE | CUSIP NO. |
|---|---|
| 02/01/2007 | 02660R107000 |

SECURITY NUMBER
A015086

INTERNAL USE ONLY
B5645 D 00775

| M | C | R.R. |
|---|---|---|
| 6 | 1 | YDN |

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY  11378-1353

| YOU BOUGHT | YOU SOLD | SYMBOL | PRICE |
|---|---|---|---|
| 5,000 | | AHM | 33.85000 |

DESCRIPTION

AMERICAN HOME MORTGAGE
INVESTMENT CORP

| GROSS AMOUNT | INTEREST | COMMISSION | STATE TAX | MISC. FEE | SERVICE CHG | NET AMOUNT |
|---|---|---|---|---|---|---|
| 169,250.00 | | 44.99 | | | | $169,294.99 |

PLEASE NOTIFY US IMMEDIATELY IF CONFIRMATION IS NOT CORRECT.

(DETACH HERE)                                                                                                                                         (DETACH HERE)

**FOR REMITTANCE ONLY** (IF SUFFICIENT FUNDS ARE NOT ON DEPOSIT)

| NET AMOUNT | ACCOUNT NUMBER | SETTLEMENT DATE |
|---|---|---|
| $169,294.99 | 353-10546-2-9 | 02/01/2007 |

SEC REGULATIONS REQUIRE FUNDS/SECURITIES (IF NOT ON DEPOSIT) BY SETTLEMENT DATE. PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE PAYABLE TO:  **TD AMERITRADE, Inc.**

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY  11378-1353

TD AMERITRADE, Inc.
PO Box 2654
Omaha, NE 68172-2654

Rev. 05/18/05                                                                                                                                                    WHD

TD AMERITRADE, Inc.
Member NASD/SIPC
Harborside Financial Plaza 1VA, 135 Gree
Jersey City, NJ 07302
(800) 934-4448

#3/3096/728/550/92

TRADE CONFIRMATION

| TRADE DATE | ACCOUNT NUMBER |
|---|---|
| 02/05/2007 | 353-10546-2-9 |

| PROCESS DATE | ACCOUNT TYPE |
|---|---|
| 02/05/2007 | MARGIN |

| SETTLEMENT DATE | CUSIP NO. |
|---|---|
| 02/08/2007 | 02660R107000 |

SECURITY NUMBER
A015086

INTERNAL USE ONLY
C3954 I 00161

| M | C | R.R. |
|---|---|---|
| 6 | 1 | YMO |

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY   11378-1353

| YOU BOUGHT | YOU SOLD | SYMBOL | PRICE |
|---|---|---|---|
| 6,000 |  | AHM | 35.23900 |

DESCRIPTION

AMERICAN HOME MORTGAGE
INVESTMENT CORP

| GROSS AMOUNT | INTEREST | COMMISSION | STATE TAX | MISC. FEE | SERVICE CHG | NET AMOUNT |
|---|---|---|---|---|---|---|
| 211,434.00 |  | 44.99 |  |  |  | $211,478.99 |

PLEASE NOTIFY US IMMEDIATELY IF CONFIRMATION IS NOT CORRECT.

⇧ (DETACH HERE)                                                                                                (DETACH HERE)

**FOR REMITTANCE ONLY** (IF SUFFICIENT FUNDS ARE NOT ON DEPOSIT)

| NET AMOUNT | ACCOUNT NUMBER | SETTLEMENT DATE |
|---|---|---|
| $211,478.99 | 353-10546-2-9 | 02/08/2007 |

SEC REGULATIONS REQUIRE FUNDS/SECURITIES (IF NOT ON DEPOSIT) BY SETTLEMENT DATE. PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE PAYABLE TO:  TD AMERITRADE, Inc.

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY   11378-1353

TD AMERITRADE, Inc.
PO Box 2654
Omaha, NE 68172-2654

Rev. 05/18/05                                                                                                                        WHDA

TD AMERITRADE, Inc.
Member NASD/SIPC
Harborside Financial Plaza IVA, 135 Gree
Jersey City, NJ 07302
(800) 934-4448

#58/802/88/62/7

**TRADE CONFIRMATION**

| TRADE DATE | ACCOUNT NUMBER |
|---|---|
| 02/12/2007 | 353-10546-1-1 |

| PROCESS DATE | ACCOUNT TYPE |
|---|---|
| 02/12/2007 | CASH |

| SETTLEMENT DATE | CUSIP NO. |
|---|---|
| 02/15/2007 | 02660R107000 |

| | SECURITY NUMBER |
|---|---|
| | A015086 |

| | INTERNAL USE ONLY |
|---|---|
| | E0391 D 00642 |

| M | C | R.R. |
|---|---|---|
| 6 | 1 | YNG |

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY  11378-1353

| YOU BOUGHT | YOU SOLD | SYMBOL | PRICE |
|---|---|---|---|
| 3,000 | | AHM | *SEE BELOW |

**DESCRIPTION**

AMERICAN HOME MORTGAGE
INVESTMENT CORP
PART OF   3000 SHR

| REF. NO. | QUANTITY | *PRICE | GROSS AMOUNT | COMMISSION | SEC FEE | NET AMOUNT |
|---|---|---|---|---|---|---|
| E0391 | 1,100 | 30.70000 | 33,770.00 | 18.17 | | $33,788.17 |
| E0384 | 1,800 | 30.68000 | 55,224.00 | 26.82 | | $55,250.82 |
| E0389 | 100 | 30.69000 | 3,069.00 | | | $3,069.00 |

AN AFFILIATE IS A MARKET MAKER IN THIS OPTION AND MAY HAVE ACTED AS PRINCIPAL

| GROSS AMOUNT | INTEREST | COMMISSION | STATE TAX | MISC. FEE | SERVICE CHG | NET AMOUNT |
|---|---|---|---|---|---|---|
| 92,063.00 | | 44.99 | | | | $92,107.99 |

PLEASE NOTIFY US IMMEDIATELY IF CONFIRMATION IS NOT CORRECT.

↑ (DETACH HERE)                                                                               (DETACH HERE

**FOR REMITTANCE ONLY** (IF SUFFICIENT FUNDS ARE NOT ON DEPOSIT)

| NET AMOUNT | ACCOUNT NUMBER | SETTLEMENT DATE |
|---|---|---|
| $92,107.99 | 353-10546-1-1 | 02/15/2007 |

SEC REGULATIONS REQUIRE FUNDS/SECURITIES (IF NOT ON DEPOSIT) BY SETTLEMENT DATE. PLEASE INCLUDE YOUR
ACCOUNT NUMBER ON YOUR CHECK AND MAKE PAYABLE TO:  TD AMERITRADE, Inc.

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY   11378-1353

TD AMERITRADE, Inc.
PO Box 2654
Omaha, NE 68172-2654

Rev. 05/18/05                                                                                                WHDA

TD AMERITRADE, Inc.
Member NASD/SIPC
Harborside Financial Plaza IVA, 135 Gree
Jersey City, NJ 07302
(800) 934-4448

15B/808/88/68/7

**TRADE CONFIRMATION**

| TRADE DATE | ACCOUNT NUMBER |
|---|---|
| 02/12/2007 | 353-10546-2-9 |

| PROCESS DATE | ACCOUNT TYPE |
|---|---|
| 02/12/2007 | MARGIN |

| SETTLEMENT DATE | CUSIP NO. |
|---|---|
| 02/15/2007 | 02660R107000 |

| SECURITY NUMBER |
|---|
| A015086 |

| INTERNAL USE ONLY |
|---|
| D7978 D 00642 |

| M | C | R.R. |
|---|---|---|
| 6 | 1 | YNG |

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY   11378-1353

| YOU BOUGHT | YOU SOLD | SYMBOL | PRICE |
|---|---|---|---|
| 3,000 | | AHM | *SEE BELOW |

**DESCRIPTION**

AMERICAN HOME MORTGAGE
INVESTMENT CORP
PART OF  3000 SHR

| REF. NO. | QUANTITY | *PRICE | GROSS AMOUNT | COMMISSION | SEC FEE | NET AMOUNT |
|---|---|---|---|---|---|---|
| D7978 | 500 | 30.46000 | 15,230.00 | 7.74 | | $15,237.74 |
| D7970 | 2,100 | 30.44000 | 63,924.00 | 31.29 | | $63,955.29 |
| D7975 | 400 | 30.45000 | 12,180.00 | 5.96 | | $12,185.96 |

AN AFFILIATE IS A MARKET MAKER IN THIS OPTION AND MAY HAVE ACTED AS PRINCIPAL

| GROSS AMOUNT | INTEREST | COMMISSION | STATE TAX | MISC. FEE | SERVICE CHG | NET AMOUNT |
|---|---|---|---|---|---|---|
| 91,334.00 | | 44.99 | | | | $91,378.99 |

PLEASE NOTIFY US IMMEDIATELY IF CONFIRMATION IS NOT CORRECT.

↑ (DETACH HERE)                                                                                              (DETACH HERE

**FOR REMITTANCE ONLY** (IF SUFFICIENT FUNDS ARE NOT ON DEPOSIT)

| NET AMOUNT | ACCOUNT NUMBER | SETTLEMENT DATE |
|---|---|---|
| $91,378.99 | 353-10546-2-9 | 02/15/2007 |

SEC REGULATIONS REQUIRE FUNDS/SECURITIES (IF NOT ON DEPOSIT) BY SETTLEMENT DATE. PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE PAYABLE TO:  TD AMERITRADE, Inc.

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY   11378-1353

TD AMERITRADE, Inc.
PO Box 2654
Omaha, NE 68172-2654

Rev. 05/18/05                                                                                                           WHDA

**TD AMERITRADE, Inc.**
Member NASD/SIPC
Harborside Financial Plaza IVA, 135 Gree
Jersey City, NJ 07302
(800) 934-4448

#18/3064/1531/376/188

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY  11378-1353

## TRADE CONFIRMATION

| TRADE DATE | ACCOUNT NUMBER |
|---|---|
| 03/20/2007 | 353-10546-1-1 |

| PROCESS DATE | ACCOUNT TYPE |
|---|---|
| 03/20/2007 | CASH |

| SETTLEMENT DATE | CUSIP NO. |
|---|---|
| 03/23/2007 | 02660R107000 |

| SECURITY NUMBER |
|---|
| A015086 |

| INTERNAL USE ONLY |
|---|
| B7760  D  00775 |

| M | C | R.R. |
|---|---|---|
| 6 | 1 | XY4 |

| YOU BOUGHT | YOU SOLD | SYMBOL | PRICE |
|---|---|---|---|
| 400 | | AHM | *SEE BELOW |

**DESCRIPTION**
AMERICAN HOME MORTGAGE
INVESTMENT CORP
PART OF   400 SHR

| REF. NO. | QUANTITY | *PRICE | GROSS AMOUNT | COMMISSION | SEC FEE | NET AMOUNT |
|---|---|---|---|---|---|---|
| B7760 | 100 | 25.46000 | 2,546.00 | | | $2,546.00 |
| B7758 | 300 | 25.45667 | 7,637.00 | 44.99 | | $7,681.99 |

AN AFFILIATE IS A MARKET MAKER IN THIS OPTION AND MAY HAVE ACTED AS PRINCIPAL

| GROSS AMOUNT | INTEREST | COMMISSION | STATE TAX | MISC. FEE | SERVICE CHG | NET AMOUNT |
|---|---|---|---|---|---|---|
| 10,183.00 | | 44.99 | | | | $10,227.99 |

PLEASE NOTIFY US IMMEDIATELY IF CONFIRMATION IS NOT CORRECT.

↑ (DETACH HERE)                                                                                      (DETACH HERE)

**FOR REMITTANCE ONLY (IF SUFFICIENT FUNDS ARE NOT ON DEPOSIT)**

| NET AMOUNT | ACCOUNT NUMBER | SETTLEMENT DATE |
|---|---|---|
| $10,227.99 | 353-10546-1-1 | 03/23/2007 |

SEC REGULATIONS REQUIRE FUNDS/SECURITIES (IF NOT ON DEPOSIT) BY SETTLEMENT DATE. PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE PAYABLE TO: **TD AMERITRADE, Inc.**

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY  11378-1353

TD AMERITRADE, Inc.
PO Box 2654
Omaha, NE 68172-2654

WHDA

**TD AMERITRADE, Inc.**
Member NASD/SIPC
Harborside Financial Plaza IVA, 135 Gree
Jersey City, NJ 07302
(800) 934-4448

#1/1946/972/1944/972

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY  11378-1353

## TRADE CONFIRMATION

| TRADE DATE | ACCOUNT NUMBER |
|---|---|
| 04/09/2007 | 353-10546-2-9 |
| PROCESS DATE | ACCOUNT TYPE |
| 04/09/2007 | MARGIN |
| SETTLEMENT DATE | CUSIP NO. |
| 04/12/2007 | 02660R107000 |

SECURITY NUMBER
A015086

INTERNAL USE ONLY
E2018 D 00775

M 6 | C 1 | R.R. YRC

| YOU BOUGHT | YOU SOLD | SYMBOL | PRICE |
|---|---|---|---|
| 200 | | AHM | 21.51900 |

**DESCRIPTION**

AMERICAN HOME MORTGAGE
INVESTMENT CORP

| GROSS AMOUNT | INTEREST | COMMISSION | STATE TAX | MISC. FEE | SERVICE CHG | NET AMOUNT |
|---|---|---|---|---|---|---|
| 4,303.80 | | 44.99 | | | | $4,348.79 |

PLEASE NOTIFY US IMMEDIATELY IF CONFIRMATION IS NOT CORRECT.

(DETACH HERE)

‡ (DETACH HERE)

**FOR REMITTANCE ONLY** (IF SUFFICIENT FUNDS ARE NOT ON DEPOSIT)

| NET AMOUNT | ACCOUNT NUMBER | SETTLEMENT DATE |
|---|---|---|
| $4,348.79 | 353-10546-2-9 | 04/12/2007 |

SEC REGULATIONS REQUIRE FUNDS/SECURITIES (IF NOT ON DEPOSIT) BY SETTLEMENT DATE. PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE PAYABLE TO: **TD AMERITRADE, Inc.**

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY  11378-1353

TD AMERITRADE, Inc.
PO Box 2654
Omaha, NE 68172-2654

**TD AMERITRADE, Inc.**
Member NASD/SIPC
Harborside Financial Plaza IVA, 135 Gree
Jersey City, NJ 07302
(800) 934-4448

#1/3246/1622/3244/1622

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY  11378-1353

## TRADE CONFIRMATION

| TRADE DATE | ACCOUNT NUMBER |
|---|---|
| 05/09/2007 | 353-10546-2-9 |

| PROCESS DATE | ACCOUNT TYPE |
|---|---|
| 05/09/2007 | MARGIN |

| SETTLEMENT DATE | CUSIP NO. |
|---|---|
| 05/14/2007 | 02660R107000 |

SECURITY NUMBER
A015086

INTERNAL USE ONLY
B7358 D 00542

| M | C | R.R. |
|---|---|---|
| 6 | 1 | YVU |

| YOU BOUGHT | YOU SOLD | SYMBOL | PRICE |
|---|---|---|---|
| 500 | | AHM | 20.96000 |

**DESCRIPTION**
AMERICAN HOME MORTGAGE
INVESTMENT CORP

| GROSS AMOUNT | INTEREST | COMMISSION | STATE TAX | MISC. FEE | SERVICE CHG | NET AMOUNT |
|---|---|---|---|---|---|---|
| 10,480.00 | | 44.99 | | | | $10,524.99 |

PLEASE NOTIFY US IMMEDIATELY IF CONFIRMATION IS NOT CORRECT.

(DETACH HEF

↑ (DETACH HERE)

**FOR REMITTANCE ONLY** (IF SUFFICIENT FUNDS ARE NOT ON DEPOSIT)

| NET AMOUNT | ACCOUNT NUMBER | SETTLEMENT DATE |
|---|---|---|
| $10,524.99 | 353-10546-2-9 | 05/14/2007 |

SEC REGULATIONS REQUIRE FUNDS/SECURITIES (IF NOT ON DEPOSIT) BY SETTLEMENT DATE. PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE PAYABLE TO: **TD AMERITRADE, Inc.**

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY  11378-1353

TD AMERITRADE, Inc.
PO Box 2654
Omaha, NE 68172-2654

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------------x

In re:

AMERICAN HOME MORTGAGE HOLDINGS,
INC., et al.,

                Debtors

-----------------------------------------------------------------x

Chapter 11
Case No. 07-11047(CSS)

Jointly Administered

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                               ) ss.:
COUNTY OF NASSAU  )

        RICHARD C. GOLDBERG, being duly sworn, deposes and states the following under penalties of perjury:

        1.    I am not a party in the instant matter, am over 18 years of age and reside in Merrick, New York.

        2    On April 21, 2008, prior to 4 p.m., I served the annexed Affidavit In Opposition of Lillian Frieder, by faxing same to the following at the fax number noted below as set forth on the fax confirmation report, a copy of which is also annexed:

        Ryan M. Bartley, Esq.
        Young Conaway Stargatt &Taylor, LLP
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Fax Number 302-576-3464 (direct fax to Mr. Bartley with whom I spoke on April 18, 2008).

        3.    On April 21, 2008, I also sent an additional copy of the above-referenced Affidavit to Mr. Bartley's attention at the law firm noted above, by Federal Express overnight delivery courier service.

                                                                       _/s/ Richard C. Goldberg_
                                                                     Richard C. Goldberg

Sworn to before me this
21st day of April, 2008

_/s/ Rebecca R. Greene_
Notary Public

        REBECCA R. GREENE
    Notary Public, State of New York
          No. 01GR6021251
     Qualified in Nassau County
   Commission Expires March 8, 20 11

```
*********************************************************************
*                                                              P. 01 *
*                       TRANSACTION REPORT                           *
*                       _____                          *
*                                              APR-21-2008 MON 12:47 PM *
*     FOR:  FCSMCC              5162481729                           *
*_____*
*     SEND                                                           *
*   DATE  START    RECEIVER      TX TIME  PAGES TYPE    NOTE    M#  DP*
*_____*
*   APR-21 12:43 PM 13025763464   4' 33"    17  FAX TX   OK    954   *
*_____*
*                                   TOTAL :   4M 33S  PAGES:  17     *
*********************************************************************
```

# FORCHELLI, CURTO, SCHWARTZ, MINEO, CARLINO & COHN, LLP
### COUNSELORS AT LAW

JEFFREY D. FORCHELLI
ANTHONY V. CURTO, P.C.
DONALD JAY SCHWARTZ
PETER R. MINEO
TERENCE E. SMOLEV, P.C.
JOSEPH F. CARLINO (Retired)
PETER MILLS ALPERT
JOHN V. TERRANA
BRIAN R. SAHN
BARBARA SHAHSEN ALESI
ANTHONY B. BARTON
JAMES RICCA
GARY M. KUSHNER
ROBERT CHICCO
ROBERT N. GROMAN
RUSSELL G. TISMAN
WARREN S. ARTHUR
RICHARD A. BLUMBERG
WILLIAM F. BONESSO
JAMES E. CANTANNO
ANDREW E. CURTO
STEVEN O. GAEBLER
AARON GERSHONOWITZ
JUDY SIMONCIC JACOBY

330 OLD COUNTRY ROAD
P.O. BOX 31
MINEOLA, NEW YORK 11501
TELEPHONE: (516) 248-1700
FACSIMILE: (516) 248-1729

WEB SITE: fcsmcc.com
E-MAIL: info@fcsmcc.com

COUNSEL
WILLIAM S. COHN
HON. JOHN J. FLANAGAN
JANET GANJO
RICHARD C. GOLDBERG
ANTHONY J. SABINO

OF COUNSEL
ARMAND P. D'AMATO
ROBERT A. MELILLO
JOHN M. STOLFI

ASSOCIATES
DOUGLAS W. ATKINS
BARRY C. FELDMAN
MARY E. MONDIOI
LISA A. PERILLO
ANDREA TSOUKALAS

### FACSIMILE COVER SHEET

TO:         Ryan Bartley, Esq.
            Young, Conway, Stargatt & Taylor

FAX NUMBER: 302-576-3464

FROM:       Richard Goldberg

DATE:       April 21, 2008

RE:         In re: American Home Mortgage Holdings, Inc., et al.
            United States Bankruptcy Court, District of Delaware
            Case No. 07-11047(CSS)

FILE NO.

NUMBER OF PAGES (including this facsimile cover sheet): 17

*If you have any questions or problems regarding this transmittal, please contact: (516) 248-1700*

Comments:

    Enclosed are copies of the affidavit of Nathan Frieder (with Exhibit) and the affidavit of Lillian Frieder opposing the Debtor's application to expunge their proof of claim (#6149) which we discussed with you this past Friday, April 18th. These documents have also been sent to you today by Federal Express. Please give me a call regarding this matter. Thank you.

#### CONFIDENTIALITY NOTICE

*The documents accompanying this telecopy transmission contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any reliance on the contents of this telecopied information is strictly prohibited, and that the documents should be returned to this firm immediately. In this regard, if you have received this telecopy in error, please notify us by telephone immediately so that we can arrange the return of the documents.*

IRS CIRCULAR 230 DISCLOSURE: As required by U.S. Treasury Regulations, we advise you that any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of avoiding penalties under the United States federal tax laws.