UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------x

In re:

AMERICAN HOME MORTGAGE HOLDINGS,
INC., et al.,
                Debtors

Chapter 11
Case No. 07-11047(CSS)

Jointly Administered

AFFIDAVIT IN OPPOSITION
TO DEBTORS' SECOND
OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS
<u>DATED MARCH 28, 2008</u>

-----------------------------------------------------------x

STATE OF NEW YORK  )
                             ) ss.:
COUNTY OF NASSAU  )

       NATHAN FRIEDER, being duly sworn, deposes and states the following under the penalties of perjury:

       1.    I am married to Lillian Frieder. We both reside at <u>52-54 65th Place, Maspeth, New York 11378</u>. I make this affidavit on my behalf and on behalf of my wife in opposition to the Debtor's effort to expunge our Proof of Claim annexed hereto as Exhibit "A". My wife is 84 years old. I am 82 years old. We have been married for 60 years. Neither of us are lawyers.

       2.    On December 21, 2007, we filed a Proof of Claim annexed hereto as Exhibit 'A". The annexed Proof of Claim was filed as a Proof of Claim and also as Proof of Interest as is shown on Exhibit "A". It appears that our Proof of Claim was assigned Claim Number 6149 in this case.

       3.    As noted in Exhibit "A", we bought stock, jointly, in American Home Mortgage Investment Corp. between January and May, 2007. The documents showing when we made our stock purchases and the amounts we paid are attached to the Proof of Claim.

4. The Proof of Claim form we received did not state that we were required to specify the facts concerning our Proof of Claim. However, what we stated in our Proof of Claim was that we lost our total investment in the American Home Mortgage Investment Corp. stock we bought, which amounted to more than $650,000.00, representing a substantial portion of our life savings.

5. The reason we filed a Proof of Claim was that we wanted to preserve our claim for damages or other possible recovery against the Debtor. We relied on the Debtor's offering materials when we bought and held the stock in the Debtor. The Debtor's offering materials and other statements made by or on behalf of the Debtor stated that the Debtor had favorable earnings, would continue to have favorable earnings, and that the Debtor would be paying significant and favorable dividends to its shareholders. Relying on these representations, we bought and held the Debtor's stock.

6. However, shortly after we made these purchases, the Debtor announced, shockingly, that it was not going to pay the dividends it represented, its earnings were not as represented and that the Debtor suddenly declared bankruptcy within a very short time after the Debtor had made the favorable representations concerning its earning and payment of dividends referred to above and within a very short time after we had purchased our stock relying on those favorable representations.

7. We believe the Debtor committed securities fraud and other violations that caused the loss of our investment in the Debtor and that give rise to our claim against the Debtor which is the subject of our Proof of Claim.

8. The Debtor now seeks to expunge our Proof of Claim on the grounds that it only represents our proof of Interest in the Debtor as shareholders. That is not the case. We filed our Proof of Claim as a proof of Interest <u>and</u> as a Proof of Claim for the loss of our investment in

the Debtor based on the wrongful acts of the Debtor noted above which gives rise to our claim for damages against the Debtor.

9. We believe that a number of class actions have been commenced, and others may be commenced, against the Debtor, and possibly other defendants concerning the securities fraud and other violations noted above. We want to preserve our claim against the Debtor and be in a position to join a proper class action as plaintiffs aimed at suing the Debtor and possibly others, who were responsible for the securities fraud and other violations that caused us to lose our investment in the Debtor.

10. We are very concerned that the Debtor is, wrongfully, trying to prevent us from pursuing our claims by seeking to expunge our Proof of Claim improperly, by narrowly reading it only as a Proof of Interest, which it is not.

11. We plead with the Court to not expunge our Proof of Claim so that, in fairness, justice and equity, we preserve our claim against the Debtor so that we can seek recovery of the loss perpetrated on us and by the Debtor, and possibly others working for and with the Debtor as noted above.

_____
NATHAN FRIEDER

Sworn to before me this
19th day of April, 2008

_____
NOTARY PUBLIC


RICHARD C. GOLDBERG
Notary Public, State of New York
No. 02GO6111908
Qualified in Nassau County
Commission Expires June 30, 20__

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**
American Home Mortgage Claims Processing Center
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**PROOF OF CLAIM**

| In Re: American Home Mortgage Holdings, Inc., et al., Debtors. | Chapter 11 Case No. 07-11047 (CSS) Jointly Administered |
|---|---|
| Name of Debtor Against Which Claim is Held: **American Home Mortgage Investment Corp.** | Case No. of Debtor: **07-11048** |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Nathan Frieder & Lillian Frieder
52-54 65th Place
Maspeth, New York 11378-1353

Telephone number: 718-424-6309
Email Address:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces   ☐ amends a previously filed claim, dated:_____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☒ Other **Capital Investment** (explain)
   **See Addendum attached**

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: ___ ___ ___ ___
   Unpaid compensation for services performed
   from _____ to _____
   (date)           (date)

2. Date debt was incurred: **See attached**

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ _____ + _____ + _____ = **$656,970.68**
   (unsecured nonpriority)   (secured)   (unsecured priority)   (see attached)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. Unsecured Nonpriority Claim: $_____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. Supporting Documents: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**FILED / RECEIVED**
**DEC 21 2007**
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: **12-21-07**
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
*[signatures: Nathan Frieder, Lillian Frieder]*

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

NATHAN FRIEDER   LILLIAN FRIEDER

Exhibit "A"

## ADDENDUM

The within Proof of Claim also constitutes a Proof of Interest as it represents the loss of the Creditors' Capital Investment in the Debtor.

Member NASD/SIPC
Harborside Financial Plaza IVA, 135 Gree
Jersey City, NJ 07302
(800) 934-4448

#5/498/57/216/22

## TRADE CONFIRMATION

| TRADE DATE | ACCOUNT NUMBER |
|---|---|
| 01/29/2007 | 353-10546-2-9 |

| PROCESS DATE | ACCOUNT TYPE |
|---|---|
| 01/29/2007 | MARGIN |

| SETTLEMENT DATE | CUSIP NO. |
|---|---|
| 02/01/2007 | 02660R107000 |

SECURITY NUMBER
A015086

INTERNAL USE ONLY
C3540 I 00161

| M | C | R.R. |
|---|---|---|
| 6 | 1 | YDN |

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY   11378-1353

| YOU BOUGHT | YOU SOLD | SYMBOL | PRICE |
|---|---|---|---|
| 2,000 | | AHM | 33.79900 |

DESCRIPTION

AMERICAN HOME MORTGAGE
INVESTMENT CORP

| GROSS AMOUNT | INTEREST | COMMISSION | STATE TAX | MISC. FEE | SERVICE CHG | NET AMOUNT |
|---|---|---|---|---|---|---|
| 67,598.00 | | 9.95 | | | | $67,607.95 |

PLEASE NOTIFY US IMMEDIATELY IF CONFIRMATION IS NOT CORRECT.

↑ (DETACH HERE)                                                                                                (DETACH HERE)

**FOR REMITTANCE ONLY** (IF SUFFICIENT FUNDS ARE NOT ON DEPOSIT)

| NET AMOUNT | ACCOUNT NUMBER | SETTLEMENT DATE |
|---|---|---|
| $67,607.95 | 353-10546-2-9 | 02/01/2007 |

SEC REGULATIONS REQUIRE FUNDS/SECURITIES (IF NOT ON DEPOSIT) BY SETTLEMENT DATE. PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE PAYABLE TO: **TD AMERITRADE, Inc.**

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY   11378-1353

TD AMERITRADE, Inc.
PO Box 2654
Omaha, NE 68172-2654

Rev. 05/18/05                                                                                                     WHDA01

**TD AMERITRADE, Inc.**
Member NASD/SIPC
Harborside Financial Plaza IVA, 135 Gree
Jersey City, NJ 07302
(800) 934-4448

15/496/57/214/22

## TRADE CONFIRMATION

| TRADE DATE | ACCOUNT NUMBER |
|---|---|
| 01/29/2007 | 353-10546-2-9 |

| PROCESS DATE | ACCOUNT TYPE |
|---|---|
| 01/29/2007 | MARGIN |

| SETTLEMENT DATE | CUSIP NO. |
|---|---|
| 02/01/2007 | 02660R107000 |

| SECURITY NUMBER |
|---|
| A015086 |

| INTERNAL USE ONLY |
|---|
| B5645 D 00775 |

| M/C | C | R.R. |
|---|---|---|
| 6 | 1 | YDN |

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY  11378-1353

| YOU BOUGHT | YOU SOLD | SYMBOL | PRICE |
|---|---|---|---|
| 5,000 | | AHM | 33.85000 |

**DESCRIPTION**

AMERICAN HOME MORTGAGE
INVESTMENT CORP

| GROSS AMOUNT | INTEREST | COMMISSION | STATE TAX | MISC. FEE | SERVICE CHG | NET AMOUNT |
|---|---|---|---|---|---|---|
| 169,250.00 | | 44.99 | | | | $169,294.99 |

PLEASE NOTIFY US IMMEDIATELY IF CONFIRMATION IS NOT CORRECT.

↑ (DETACH HERE)                                                                                                    (DETACH HERE)

**FOR REMITTANCE ONLY (IF SUFFICIENT FUNDS ARE NOT ON DEPOSIT)**

| NET AMOUNT | ACCOUNT NUMBER | SETTLEMENT DATE |
|---|---|---|
| $169,294.99 | 353-10546-2-9 | 02/01/2007 |

SEC REGULATIONS REQUIRE FUNDS/SECURITIES (IF NOT ON DEPOSIT) BY SETTLEMENT DATE. PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE PAYABLE TO: **TD AMERITRADE, Inc.**

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY  11378-1353

TD AMERITRADE, Inc.
PO Box 2654
Omaha, NE 68172-2654

Rev. 05/18/05                                                                                                                     WHDA

**TD AMERITRADE, Inc.**
Member NASD/SIPC
Harborside Financial Plaza IVA, 135 Gree
Jersey City, NJ 07302
(800) 934-4448

#3/3096/726/550/92

**TRADE CONFIRMATION**

| TRADE DATE | ACCOUNT NUMBER |
|---|---|
| 02/05/2007 | 353-10546-2-9 |

| PROCESS DATE | ACCOUNT TYPE |
|---|---|
| 02/05/2007 | MARGIN |

| SETTLEMENT DATE | CUSIP NO. |
|---|---|
| 02/08/2007 | 02660R107000 |

| SECURITY NUMBER |
|---|
| A015086 |

| INTERNAL USE ONLY |
|---|
| C3954 I 00161 |

| M | C | R.R. |
|---|---|---|
| 6 | 1 | YMD |

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY  11378-1353

| YOU BOUGHT | YOU SOLD | SYMBOL | PRICE |
|---|---|---|---|
| 6,000 |  | AHM | 35.23900 |

**DESCRIPTION**

AMERICAN HOME MORTGAGE
INVESTMENT CORP

| GROSS AMOUNT | INTEREST | COMMISSION | STATE TAX | MISC. FEE | SERVICE CHG | NET AMOUNT |
|---|---|---|---|---|---|---|
| 211,434.00 |  | 44.99 |  |  |  | $211,478.99 |

PLEASE NOTIFY US IMMEDIATELY IF CONFIRMATION IS NOT CORRECT.

↑ (DETACH HERE)                                                                                                                    (DETACH HERE)

**FOR REMITTANCE ONLY** (IF SUFFICIENT FUNDS ARE NOT ON DEPOSIT)

| NET AMOUNT | ACCOUNT NUMBER | SETTLEMENT DATE |
|---|---|---|
| $211,478.99 | 353-10546-2-9 | 02/08/2007 |

SEC REGULATIONS REQUIRE FUNDS/SECURITIES (IF NOT ON DEPOSIT) BY SETTLEMENT DATE. PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE PAYABLE TO:  **TD AMERITRADE, Inc.**

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY  11378-1353

TD AMERITRADE, Inc.
PO Box 2654
Omaha, NE 68172-2654

Rev. 05/18/05                                                                                                                          WHDA

TD AMERITRADE, Inc.
Member NASD/SIPC
Harborside Financial Plaza IVA, 135 Gree
Jersey City, NJ 07302
(800) 934-4448

#5B/802/8B/62/7

## TRADE CONFIRMATION

| TRADE DATE | ACCOUNT NUMBER |
|---|---|
| 02/12/2007 | 353-10546-1-1 |

| PROCESS DATE | ACCOUNT TYPE |
|---|---|
| 02/12/2007 | CASH |

| SETTLEMENT DATE | CUSIP NO. |
|---|---|
| 02/15/2007 | 02660R107000 |

| | SECURITY NUMBER |
|---|---|
| | A015086 |

| | INTERNAL USE ONLY |
|---|---|
| | E0391 D 00642 |

| M | C | R.R. |
|---|---|---|
| 6 | 1 | YNG |

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY    11378-1353

| YOU BOUGHT | YOU SOLD | SYMBOL | PRICE |
|---|---|---|---|
| 3,000 | | AHM | *SEE BELOW |

### DESCRIPTION

AMERICAN HOME MORTGAGE
INVESTMENT CORP
PART OF   3000 SHR

| REF. NO. | QUANTITY | *PRICE | GROSS AMOUNT | COMMISSION | SEC FEE | NET AMOUNT |
|---|---|---|---|---|---|---|
| E0391 | 1,100 | 30.70000 | 33,770.00 | 18.17 | | $33,788.17 |
| E0384 | 1,800 | 30.68000 | 55,224.00 | 26.82 | | $55,250.82 |
| E0389 | 100 | 30.69000 | 3,069.00 | | | $3,069.00 |

AN AFFILIATE IS A MARKET MAKER IN THIS OPTION AND MAY HAVE ACTED AS PRINCIPAL

| GROSS AMOUNT | INTEREST | COMMISSION | STATE TAX | MISC. FEE | SERVICE CHG | NET AMOUNT |
|---|---|---|---|---|---|---|
| 92,063.00 | | 44.99 | | | | $92,107.99 |

PLEASE NOTIFY US IMMEDIATELY IF CONFIRMATION IS NOT CORRECT.

↑ (DETACH HERE)                                                                                                  (DETACH HERE)

**FOR REMITTANCE ONLY** (IF SUFFICIENT FUNDS ARE NOT ON DEPOSIT)

| NET AMOUNT | ACCOUNT NUMBER | SETTLEMENT DATE |
|---|---|---|
| $92,107.99 | 353-10546-1-1 | 02/15/2007 |

SEC REGULATIONS REQUIRE FUNDS/SECURITIES (IF NOT ON DEPOSIT) BY SETTLEMENT DATE. PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE PAYABLE TO:   TD AMERITRADE, Inc.

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY    11378-1353

TD AMERITRADE, Inc.
PO Box 2654
Omaha, NE 68172-2654

Rev. 05/18/05                                                                                                                    WHDAI

**TD AMERITRADE, Inc.**
Member NASD/SIPC
Harborside Financial Plaza IVA, 135 Gree
Jersey City, NJ 07302
(800) 934-4448

#58/808/8B/68/7

## TRADE CONFIRMATION

| TRADE DATE | ACCOUNT NUMBER |
|---|---|
| 02/12/2007 | 353-10546-2-9 |

| PROCESS DATE | ACCOUNT TYPE |
|---|---|
| 02/12/2007 | MARGIN |

| SETTLEMENT DATE | CUSIP NO. |
|---|---|
| 02/15/2007 | 02660R107000 |

| SECURITY NUMBER |
|---|
| A015086 |

| INTERNAL USE ONLY |
|---|
| D7978 D 00642 |

| M | C | R.R. |
|---|---|---|
| 6 | 1 | YNG |

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY  11378-1353

| YOU BOUGHT | YOU SOLD | SYMBOL | PRICE |
|---|---|---|---|
| 3,000 | | AHM | *SEE BELOW |

**DESCRIPTION**

AMERICAN HOME MORTGAGE
INVESTMENT CORP
PART OF  3000 SHR

| REF. NO. | QUANTITY | *PRICE | GROSS AMOUNT | COMMISSION | SEC FEE | NET AMOUNT |
|---|---|---|---|---|---|---|
| D7978 | 500 | 30.46000 | 15,230.00 | 7.74 | | $15,237.74 |
| D7970 | 2,100 | 30.44000 | 63,924.00 | 31.29 | | $63,955.29 |
| D7975 | 400 | 30.45000 | 12,180.00 | 5.96 | | $12,185.96 |

AN AFFILIATE IS A MARKET MAKER IN THIS OPTION AND MAY HAVE ACTED AS PRINCIPAL

| GROSS AMOUNT | INTEREST | COMMISSION | STATE TAX | MISC. FEE | SERVICE CHG | NET AMOUNT |
|---|---|---|---|---|---|---|
| 91,334.00 | | 44.99 | | | | $91,378.99 |

PLEASE NOTIFY US IMMEDIATELY IF CONFIRMATION IS NOT CORRECT.

↑ (DETACH HERE)                                                                                           (DETACH HERE

**FOR REMITTANCE ONLY** (IF SUFFICIENT FUNDS ARE NOT ON DEPOSIT)

| NET AMOUNT | ACCOUNT NUMBER | SETTLEMENT DATE |
|---|---|---|
| $91,378.99 | 353-10546-2-9 | 02/15/2007 |

SEC REGULATIONS REQUIRE FUNDS/SECURITIES (IF NOT ON DEPOSIT) BY SETTLEMENT DATE. PLEASE INCLUDE YOUR
ACCOUNT NUMBER ON YOUR CHECK AND MAKE PAYABLE TO:  **TD AMERITRADE, Inc.**

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY  11378-1353

TD AMERITRADE, Inc.
PO Box 2654
Omaha, NE 68172-2654

Rev. 05/18/05                                                                                                                WHDA

TD AMERITRADE, Inc.
Member NASD/SIPC
Harborside Financial Plaza IVA, 135 Gree
Jersey City, NJ 07302
(800) 934-4448

#18/3064/1531/376/188

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY  11378-1353

## TRADE CONFIRMATION

| TRADE DATE | ACCOUNT NUMBER |
|---|---|
| 03/20/2007 | 353-10546-1-1 |

| PROCESS DATE | ACCOUNT TYPE |
|---|---|
| 03/20/2007 | CASH |

| SETTLEMENT DATE | CUSIP NO. |
|---|---|
| 03/23/2007 | 02660R107000 |

| SECURITY NUMBER |
|---|
| A015086 |

| INTERNAL USE ONLY |
|---|
| B7760 D 00775 |

| M | C | R.R. |
|---|---|---|
| 6 | 1 | XY4 |

| YOU BOUGHT | YOU SOLD | SYMBOL | PRICE |
|---|---|---|---|
| 400 | | AHM | *SEE BELOW |

### DESCRIPTION
AMERICAN HOME MORTGAGE
INVESTMENT CORP
PART OF   400 SHR

| REF. NO. | QUANTITY | *PRICE | GROSS AMOUNT | COMMISSION | SEC FEE | NET AMOUNT |
|---|---|---|---|---|---|---|
| B7760 | 100 | 25.46000 | 2,546.00 | | | $2,546.00 |
| B7758 | 300 | 25.45667 | 7,637.00 | 44.99 | | $7,681.99 |

AN AFFILIATE IS A MARKET MAKER IN THIS OPTION AND MAY HAVE ACTED AS PRINCIPAL

| GROSS AMOUNT | INTEREST | COMMISSION | STATE TAX | MISC. FEE | SERVICE CHG | NET AMOUNT |
|---|---|---|---|---|---|---|
| 10,183.00 | | 44.99 | | | | $10,227.99 |

PLEASE NOTIFY US IMMEDIATELY IF CONFIRMATION IS NOT CORRECT.

↑ (DETACH HERE)                                                                                                   (DETACH HERE)

**FOR REMITTANCE ONLY** (IF SUFFICIENT FUNDS ARE NOT ON DEPOSIT)

| NET AMOUNT | ACCOUNT NUMBER | SETTLEMENT DATE |
|---|---|---|
| $10,227.99 | 353-10546-1-1 | 03/23/2007 |

SEC REGULATIONS REQUIRE FUNDS/SECURITIES (IF NOT ON DEPOSIT) BY SETTLEMENT DATE. PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE PAYABLE TO:  **TD AMERITRADE, Inc.**

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY  11378-1353

TD AMERITRADE, Inc.
PO Box 2654
Omaha, NE 68172-2654

Rev. 05/18/05                                                                                                                                     WHDA0

**TD AMERITRADE, Inc.**
Member NASD/SIPC
Harborside Financial Plaza IVA, 135 Gree
Jersey City, NJ 07302
(800) 934-4448

#1/1946/972/1944/972

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY  11378-1353

## TRADE CONFIRMATION

| TRADE DATE | ACCOUNT NUMBER |
|---|---|
| 04/09/2007 | 353-10546-2-9 |

| PROCESS DATE | ACCOUNT TYPE |
|---|---|
| 04/09/2007 | MARGIN |

| SETTLEMENT DATE | CUSIP NO. |
|---|---|
| 04/12/2007 | 02660R107000 |

| SECURITY NUMBER |
|---|
| A015086 |

| INTERNAL USE ONLY |
|---|
| E2018 D 00775 |

| M | C | R.R. |
|---|---|---|
| 6 | 1 | YRC |

| YOU BOUGHT | YOU SOLD | SYMBOL | PRICE |
|---|---|---|---|
| 200 |  | AHM | 21.51900 |

**DESCRIPTION**

AMERICAN HOME MORTGAGE
INVESTMENT CORP

| GROSS AMOUNT | INTEREST | COMMISSION | STATE TAX | MISC. FEE | SERVICE CHG | NET AMOUNT |
|---|---|---|---|---|---|---|
| 4,303.80 |  | 44.99 |  |  |  | $4,348.79 |

PLEASE NOTIFY US IMMEDIATELY IF CONFIRMATION IS NOT CORRECT.

(DETACH HERE)                                                                                                                  (DETACH HERE)

**FOR REMITTANCE ONLY** (IF SUFFICIENT FUNDS ARE NOT ON DEPOSIT)

| NET AMOUNT | ACCOUNT NUMBER | SETTLEMENT DATE |
|---|---|---|
| $4,348.79 | 353-10546-2-9 | 04/12/2007 |

SEC REGULATIONS REQUIRE FUNDS/SECURITIES (IF NOT ON DEPOSIT) BY SETTLEMENT DATE. PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE PAYABLE TO:  **TD AMERITRADE, Inc.**

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY  11378-1353

TD AMERITRADE, Inc.
PO Box 2654
Omaha, NE 68172-2654

**TD AMERITRADE, Inc.**
Member NASD/SIPC
Harborside Financial Plaza IVA, 135 Gree
Jersey City, NJ 07302
(800) 934-4448

#1/3246/1622/3244/1622

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY  11378-1353

## TRADE CONFIRMATION

| TRADE DATE | ACCOUNT NUMBER |
|---|---|
| 05/09/2007 | 353-10546-2-9 |
| PROCESS DATE | ACCOUNT TYPE |
| 05/09/2007 | MARGIN |
| SETTLEMENT DATE | CUSIP NO. |
| 05/14/2007 | 02660R107000 |

SECURITY NUMBER
A015086

INTERNAL USE ONLY
B7358 D 00642

M/B: 6   C: 1   R.R.: YVU

| YOU BOUGHT | YOU SOLD | SYMBOL | PRICE |
|---|---|---|---|
| 500 | | AHM | 20.96000 |

**DESCRIPTION**

AMERICAN HOME MORTGAGE
INVESTMENT CORP

| GROSS AMOUNT | INTEREST | COMMISSION | STATE TAX | MISC. FEE | SERVICE CHG | NET AMOUNT |
|---|---|---|---|---|---|---|
| 10,480.00 | | 44.99 | | | | $10,524.99 |

PLEASE NOTIFY US IMMEDIATELY IF CONFIRMATION IS NOT CORRECT.

(DETACH HER

↕ (DETACH HERE)

**FOR REMITTANCE ONLY (IF SUFFICIENT FUNDS ARE NOT ON DEPOSIT)**

| NET AMOUNT | ACCOUNT NUMBER | SETTLEMENT DATE |
|---|---|---|
| $10,524.99 | 353-10546-2-9 | 05/14/2007 |

SEC REGULATIONS REQUIRE FUNDS/SECURITIES (IF NOT ON DEPOSIT) BY SETTLEMENT DATE. PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE PAYABLE TO: **TD AMERITRADE, Inc.**

NATHAN FRIEDER &
LILLIAN FRIEDER JT TEN
52-54 65TH PLACE
MASPETH NY  11378-1353

TD AMERITRADE, Inc.
PO Box 2654
Omaha, NE 68172-2654

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------------x

In re:

AMERICAN HOME MORTGAGE HOLDINGS,
INC., et al.,

                Debtors

-----------------------------------------------------------------x

Chapter 11
Case No. 07-11047(CSS)

Jointly Administered

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
                       ) ss.:
COUNTY OF NASSAU )

      RICHARD C. GOLDBERG, being duly sworn, deposes and states the following under penalties of perjury:

      1.    I am not a party in the instant matter, am over 18 years of age and reside in Merrick, New York.

      2    On April 21, 2008, prior to 4 p.m., I served the annexed Affidavit In Opposition of Nathan Frieder, together with the Exhibit annexed thereto, by faxing same to the following at the fax number noted below as set forth on the fax confirmation report, a copy of which is also annexed:

> Ryan M. Bartley, Esq.
> Young Conaway Stargatt &Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> Fax Number 302-576-3464 (direct fax to Mr. Bartley with whom I spoke on April 18, 2008).

      3.    On April 21, 2008, I also sent an additional copy of the above-referenced Affidavit and Exhibit to Mr. Bartley's attention at the law firm noted above, by Federal Express overnight delivery courier service.

                                                */s/ Richard C. Goldberg*
                                                Richard C. Goldberg

Sworn to before me this
21st day of April, 2008

*/s/ Rebecca R. Greene*
Notary Public

      REBECCA R. GREENE
  Notary Public, State of New York
       No. 01GR6021251
    Qualified in Nassau County
  Commission Expires March 8, 20 11

```
*****************************************************************
*                         TRANSACTION REPORT                 P.01 *
*                         ─────────────────                       *
*                                              APR-21-2008 MON 12:47 PM *
*   FOR:   FCSMCC              5162481729                         *
*─────────────────────────────────────────────────────────────────*
*   SEND                                                          *
*  DATE   START   RECEIVER     TX TIME  PAGES TYPE   NOTE    M#  DP*
*─────────────────────────────────────────────────────────────────*
*  APR-21 12:43 PM 13025763464  4'33"    17  FAX TX  OK     954   *
*─────────────────────────────────────────────────────────────────*
*                                TOTAL :    4M 33S   PAGES:  17   *
*****************************************************************
```

## FORCHELLI, CURTO, SCHWARTZ, MINEO, CARLINO & COHN, LLP
### COUNSELORS AT LAW

JEFFREY D. FORCHELLI
ANTHONY V. CURTO, P.C.
DONALD JAY SCHWARTZ
PETER R. MINEO
TERENCE E. SMOLEV, P.C.
JOSEPH F. CARLINO (Retired)
PETER MILLS ALPERT
JOHN V. TERRANA
BRIAN R. SAHN
BARBARA SHAHEEN ALESI
ANTHONY B. BARTON
JAMES RICCA
GARY M. KUSHNER
ROBERT CHICCO
ROBERT H. GROMAN
RUSSELL G. TIEMAN
WARREN S. ARTHUR
RICHARD A. BLUMBERG
WILLIAM F. BONESSO
JAMES E. CANTANNO
ANDREW E. CURTO
STEVEN G. GAEBLER
AARON GERSHONOWITZ
JUDY SIMONCIC JACOBY

330 OLD COUNTRY ROAD
P.O. BOX 31
MINEOLA, NEW YORK 11501
TELEPHONE: (516) 248-1700
FACSIMILE: (516) 248-1729

WEB SITE: fcsmcc.com
E-MAIL: info@fcsmcc.com

COUNSEL
WILLIAM S. COHN
HON. JOHN J. FLANAGAN
JANET GANIO
RICHARD C. GOLDBERG
ANTHONY J. SABINO

OF COUNSEL
ARMAND P. D'AMATO
ROBERT A. MELILLO
JOHN M. STOLFI

ASSOCIATES
DOUGLAS W. ATKINS
BARRY C. FELDMAN
MARY E. MONGIOI
LISA A. PERILLO
ANDREA TSOUKALAS

### FACSIMILE COVER SHEET

**TO:** Ryan Bartley, Esq.
Young, Conway, Stargatt & Taylor

**FAX NUMBER:** 302-576-3464

**FROM:** Richard Goldberg

**DATE:** April 21, 2008

**RE:** In re: American Home Mortgage Holdings, Inc., et al.
United States Bankruptcy Court, District of Delaware
Case No. 07-11047(CSS)

**FILE NO.**

**NUMBER OF PAGES** (including this facsimile cover sheet): 17

*If you have any questions or problems regarding this transmittal, please contact: (516) 248-1700*

**Comments:**

Enclosed are copies of the affidavit of Nathan Frieder (with Exhibit) and the affidavit of Lillian Frieder opposing the Debtor's application to expunge their proof of claim (#6149) which we discussed with you this past Friday, April 18th. These documents have also been sent to you today by Federal Express. Please give me a call regarding this matter. Thank you.

**CONFIDENTIALITY NOTICE**

The documents accompanying this telecopy transmission contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any reliance on the contents of this telecopied information is strictly prohibited, and that the documents should be returned to this firm immediately. In this regard, if you have received this telecopy in error, please notify us by telephone immediately so that we can arrange the return of the documents.

IRS CIRCULAR 230 DISCLOSURE: As required by U.S. Treasury Regulations, we advise you that any tax advice contained in this communication ( including any attachments) is not intended to be used for, and cannot be used for, the purpose of avoiding penalties under the United States federal tax laws.