*Stephen J. Homola*
6609 Shelburn Drive
Crestwood, Kentucky 40014
*stevehomola@gmail.com*

**April 16, 2008**

United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Case No. 07-11047 (CSS)
Claim Number: 4112

Gentlemen:

Please find this letter in response to American Home Mortgage Holdings Inc. objection to Claims Pursuant to Section 502 (b) of the Bankruptcy Code (attached) to expunge its debt to me in the amount of $39,715.00.

I am protesting their objection and consider all monies due me in Claim 4112 to be honored and fulfilled. I see no reason that American Home Mortgage should be granted any relief due to their mismanagement of my monies and good faith expectations on investment.

Per your request, a forwarded copy is being sent to the Honorable Christopher S. Sontchi in the United States Bankruptcy for the District of Delaware.

Please consider this as full response to your attached request.

Sincerely,

Stephen J. Homola

Cc:     The Honorable Christopher S. Sontchi
        United States Bankruptcy Court District of Delaware
        824 Market Street, 5th Floor, Courtroom No. 6
        Wilmington, Delaware 19801

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, et al., | ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |
| | ) | Objection Deadline: May 5, 2008 at 4:00 p.m. (ET) |
| | ) | Hearing Date: May 12, 2008 at 10:00 a.m. (ET) |
| | ) | |

AHM OB4 4/11/2008 (merge2.txmum2) 4000097338

HOMOLA, STEPHEN J.
6609 SHELBURN DR
CRESTWOOD, KY  40014

## NOTICE OF DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO:  HOMOLA, STEPHEN J.
       6609 SHELBURN DR
       CRESTWOOD, KY  40014

| | **Basis For Objection:** | Claim based on Equity Interest | |
|---|---|---|---|
| | | **Claim Number** | **Claim Amount** |
| | **Claim to be Expunged** | 4112 | $39,715.00 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of your equity interest in the Debtors. The Objection seeks to alter your rights by disallowing your above listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **May 5, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 12, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 11, 2008
       Wilmington, Delaware