

18 April 2008

Case Number 07-11047(CSS)
United States Bankruptcy Court for the District of Delaware
824 Market Steeet, Third Floor
Wilmington, Delaware 19801

Regarding Claim Number 9651 in the amount of $57,740.60 of
Lew D. SERBIN
Post Office Box 1058
San Francisco, California 94101

I am neither an attorney nor do I know who is representing my interest in this matter and beg the
Court's indulgence in my language and to abide by the intent of my perhaps improper words:

If American Home Mortgage Holdings is objecting to my claim of loss indicated above, I object
to that objection.

The intent of the preceding sentence is to remain a claimant in this matter. It is an honest,
legitimate, accurate, and serious claim from a retired citizen who has lost not only the the amount
invested but also the income it generated. It is a serious financial injurry.

Thank you,

Lew D. Serbin