IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | Case No. 07-11047 (CSS) |
|  | Jointly Administered |
| Debtors. |  |

**SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF DEBTORS' APPLICATION PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE FOR APPROVAL OF THE AGREEMENT WITH KROLL ZOLFO COOPER LLC, STEPHEN F. COOPER AND KEVIN NYSTROM**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

**KEVIN N. NYSTROM** being duly sworn according to law, upon his oath, deposes and says:

1. I am a senior director of Kroll Zolfo Cooper LLC (either "KZC" or the "Firm") a wholly-owned first-tier subsidiary of Kroll, Inc., which is a wholly-owned first-tier subsidiary of Marsh & McLennan Companies ("MMC"). MMC has four main operating subsidiaries: Marsh, Oliver Wyman, Mercer and Kroll. The information included in this supplemental affidavit (the "Supplemental Affidavit") concerning KZC is based upon my personal knowledge. The information concerning MMC is based upon publicly available information which either I or KZC personnel under my direction and control have reviewed. I am fully familiar with the facts set forth herein, and I am authorized to make this Supplemental Affidavit to supplement the prior disclosures made by KZC.

2. I submit this Supplemental Affidavit in furtherance of the original Affidavit of Stephen F. Cooper in Support of Debtors' Application for Approval of a Services Agreement with KZC, Stephen F. Cooper and Kevin Nystrom dated August 6, 2007(the "Cooper Affidavit"), and the previous Supplemental Affidavit of Stephen F. Cooper dated August 23, 2007 (the "First Supplemental") and Supplemental Affidavit of Kevin Nystrom dated November 30, 2007 (the 2nd Supplemental", and collectively with the Cooper Affidavit and the First Supplemental, the "KZC Disclosures"), to supplement and expand upon the disclosures that were made in the KZC Disclosures. Such disclosures are set forth on Schedule 1 annexed hereto.

3. KZC acknowledges its continuing obligation to supplement KZC's prior disclosures.

4. All of the statements contained in the Cooper Affidavit are repeated herein as if the statements were more fully set forth in detail below.

_____
Kevin Nystrom

Sworn and subscribed to
before me this 23 day
of April, 2008

_____
Notary Public
MARY DENUDE
Notary Public, State of New Jersey
My Commission Expires May 6, 2012

SCHEDULE 1

| Party in Interest | Nature of Interest in AHM Chapter 11 Case | Description of Current Relationship of: Kroll Zolfo Cooper ("KZC") Kroll, Inc. and its subsidiaries: |
|---|---|---|
| | | Corporate Advisory & Restructuring Group ("CARG")<br>    Kroll Ltd UK ("KL-CARG")<br>    Kroll Zolfo Cooper ("KZC-CARG")<br>Consulting Services Group ("CSG")<br>    Kroll Associates, Inc. - Business Intelligence &<br>        Investigations ("KA-CSG")<br>    Kroll Associates, Inc. - Forensic Accounting and<br>        Litigation Consulting ("FLC") ("KA-FLC")<br>    Kroll Associates, Inc. - Valuation Services ("VSG")<br>        ("KA-VSG")<br>Insurances Services Group ("ISG")<br>    Marsh Risk Consulting ("MRC-ISG")<br>Security Services Group ("SSG")<br>    Kroll Associates, Inc. ("KA-SSG")<br>    Kroll Government Services ("KA-SSG")<br>Technology Services Group ("TSG")<br>    Kroll Ontrack Inc. ("KO-TSG")<br>    Kroll Background America Inc. ("KBA-TSG")<br>    Kroll Factual Data ("KFD-TSG") |
| ABN Amro | Counterparty | KO-TSG is currently retained by Counsel to ABN Amro to provide professional services.<br><br>KZC-CARG is currently retained by counsel to the bank group in an out-of-court situation where ABN Amro is a member.<br><br>KZC-CARG is currently providing management services in the TOUSA chapter 11 where ABN Amro Bank is a lienholder.<br><br>KZC-CARG is currently retained by the debtors in the Buffets chapter 11 where ABN Amro is a creditor.<br><br>KZC-CARG is currently providing management services in an out-of-court situation where ABN Amro is a lender. |
| American Express | Counterparty & Creditor | KO-TSG is currently retained by counsel to plaintiffs to provide professional services in several situations where American Express is a defendant.<br><br>KO-TSG is currently retained by an entity to provide professional services in several situations where American |

| | | |
|---|---|---|
| | | Express is a related party.<br><br>KZC-CARG is currently providing management services to the debtors in the TOUSA chapter 11 case where American Express is a related party. |
| Bank of America | Counterparty & Creditor | KFD-TSG is currently retained by Bank of America to provide background screening services in several situations.<br><br>KBA-TSG is currently retained by Bank of America to provide background screening services in several situations.<br><br>KA-CSG is currently retained by Bank of America to provide consulting services in several situations.<br><br>KA-CSG is currently retained by an entity to provide consulting services in a situation where Bank of America is a related party.<br><br>KO-TSG is currently retained by counsel to Bank of American to provide professional services in several situations.<br><br>KO-TSG is currently retained by counsel to plaintiffs to provide professional services in situations where Bank of America is the defendant.<br><br>KO-TSG is currently retained by a defendant to provide professional services in a situation where Bank of America is also a defendant.<br><br>KZC-CARG is currently retained by Debtors in an out-of-court situation where Bank of America is a creditor.<br><br>KZC-CARG is currently retained by the Debtors in the Wornick chaper 11 case where Bank of America is a DIP lender.<br><br>KZC-CARG is currently retained by the debtors in the Buffets chapter 11 where Bank of America is a creditor.<br><br>KZC-CARG is currently providing management services to the debtors in the TOUSA chapter 11 case where Bank of America is a related party.<br><br>KZC-CARG is currently providing management services in an out-of-court situation where Bank of America is a lender.<br><br>KZC-CARG is currently in the process of being retained by |

|  |  | the debtors in the Interep chapter 11 case where Bank of America is a depository and disbursement bank. |
|--|--|---|

| Bear, Stearns & Co., Inc. ("Bear Stearns") | Creditor | KZC-CARG is currently providing management services in an out-of-court situation where Bear Stearns is a lender. |
|---|---|---|
| Citibank/Citicorp/ Citigroup/Citicapital (collectively "Citibank") | Counterparty | KO-TSG is currently retained by counsel to Citibank to provide professional services in several situations.<br><br>KO-TSG is currently retained by counsel to plaintiffs to provide professional services in a situation where Citibank is a defendant.<br><br>KBA-TSG is currently retained by Citibank to provide background screening services in several situations.<br><br>KA-CSG is currently retained by an entity to provide consulting services in a situation where Citibank is a related party.<br><br>KA-CSG is currently retained by Citibank to provide consulting services in several situations.<br><br>MRC-ISG is currently retained by an entity to provide professional services in a situation where Citibank is a related party.<br><br>KZC-CARG is currently retained by counsel to the bank group in an out-of-court situation where Citigroup is a member.<br><br>KZC-CARG is currently providing management services to the debtors in the TOUSA chapter 11 case where Citigroup is creditor and a party to a joint venture or land bank agreement and a lienholder.<br><br>KZC-CARG is currently retained by counsel to Citibank as Agent to the bank group in an out-of-court situation.<br><br>KZC-CARG is currently retained by the debtors in the Buffets chapter 11 case where Citibank is a creditor.<br><br>KZC-CARG is currently providing management services in an out-of-court situation where Citibank is a lender. |
| Credit Suisse Asset Management/Credit Suisse First Boston (CSFB) | Creditor | KFD-TSG is currently retained by CSFB to provide background screening services in several situations.<br><br>KA-CSG is currently retained by CSFB to provide consulting services in several situations. |

| | | |
|---|---|---|
| | | KO-TSG is currently retained by CSFB to provide professional services.<br><br>KO-TSG is currently retained by counsel to CSFB to provide professional services in several situations.<br><br>KO-TSG is currently retained by counsel to plaintiffs to provide professional services in a situation where CSFB is a related party.<br><br>KO-TSG is currently retained by counsel to plaintiffs to provide professional services in a situation where CSFB is a defendant.<br><br>KL-CARG is currently retained in a situation where CSFB is the appointer organization.<br><br>KZC-CARG is currently retained by counsel to the bank group in an out-of-court situation where CSFB is the agent.<br><br>KZC-CARG is currently retained by the Debtors in the Wornick chapter 11 case CSFB is a member of the Ad Hoc Committee.<br><br>KZC-CARG is currently retained by the debtors in the Buffets chapter 11 where CSFB is a creditor.<br><br>KZC-CARG is currently providing management services in an out-of-court situation where CSFB is a lender. |
| Deutsche Bank and DG Bank ("Deutsche Bank") | Creditor | KA-CSG is currently retained by Deutsche Bank to provide consulting services in several situations.<br><br>KO-TSG is currently retained by counsel to Deutsche Bank to provide professional services in several situations.<br><br>KO-TSG is currently retained by counsel to plaintiffs to provide professional services in situations where Deutsche Bank is a defendant.<br><br>KL-CARG is currently retained as an administrative receiver in situations in which Deutsche Bank is an appointed organization.<br><br>KL-CARG is currently retained by Deutsche Bank to provide consulting services.<br><br>KZC-CARG is currently providing management services to the debtors in the TOUSA chapter 11 case where Deutsche Bank is a lienholder. |

| | | |
|---|---|---|
| | | KZC-CARG is currently retained by the debtors in the Buffets chapter 11 case where Deutsche Bank is a creditor.<br><br>KZC-CARG is currently providing management services in an out-of-court situation where Deutsche Bank is a lender. |
| Fidelity | Counterparty | KBA-TSG is currently retained by Fidelity to provide background screening services in several situations.<br><br>KZC-CARG is currently retained by the debtors in the Solutia chapter 11 case where Fidelity is a bondholder.<br><br>KZC-CARG is currently providing management services to the debtors in the TOUSA chapter 11 case where Fidelity is a lienholder.<br><br>KZC-CARG is currently providing management services in an out-of-court situation where Fidelity is a lender and trade creditor. |
| GMAC Commercial Credit LLC ("GMAC") | Creditor | KA-CSG is currently retained by a third party to provide consulting services for GMAC.<br><br>KA-CSG is currently retained by GMAC to provide consulting services in several situations.<br><br>KZC-CARG is currently providing management services to the debtors in the TOUSA chapter 11 case where GMAC is a party to a joint venture or land bank agreement. |
| Goldman Sachs & Co. ("Goldman") | Shareholder | KA-CSG is currently retained by Goldman to provide consulting services in several situations.<br><br>KO-TSG is currently retained by counsel to Goldman to provide professional services in several situations.<br><br>KO-TSG is currently retained by counsel to plaintiffs to provide professional services in situations where Golman is a defendant.<br><br>KBA-TSG is currently retained by Goldman to provide background screening services in several situations.<br><br>KFD-TSG is currently retained by Goldman to provide background screening services in several situations.<br><br>KA-SSG is currently retained by an entity to provide consulting services in a situation where Goldman is a |

| | | |
|---|---|---|
| | | related party.<br><br>KA-CSG is currently retained by counsel to Goldman to provide consulting services in several situations.<br><br>KZC-CARG is currently retained by the Chapter 11 Trustee in the Manhattan Investment Fund chapter 11 case where Goldman was an investor.<br><br>KZC-CARG is currently retained by the debtors in the Solutia chapter 11 case where Goldman is a bondholder.<br><br>KZC-CARG recently provided management services in the LeNature's chapter 11 case where Goldman is an unsecured bondholder.<br><br>KZC-CARG is currently providing management services to the debtors in the TOUSA chapter 11 case where Goldman Sachs is a lienholder.<br><br>KZC-CARG is currently retained by the debtors in the Buffets chapter 11 case where Goldman is a creditor.<br><br>KZC-CARG is currently providing management services in an out-of-court situation where Goldman is a lender. |
| HSBC Bank (aka Hong Kong Shanghai Bank) | Creditor | KL-CARG is currently retained as an administrative receiver in numerous situations in which HSBC is an appointed organization.<br><br>KA-CSG is currently retained by HSBC to provide consulting services in several situations.<br><br>KA-CSG is currently retained by an entity to provide consulting services in a situation where HSBC is a related party.<br><br>KO-TSG is currently retained by counsel to plaintiffs to provide professional services in a situation where HSBC is a related party.<br><br>KO-TSG is currently retained by HSBC to provide professional services.<br><br>KO-TSG is currently retained by counsel to HSBC to provide professional services.<br><br>KZC-CARG is currently providing management services to the debtors in the TOUSA chapter 11 case where HSBC is |

| | | |
|---|---|---|
| | | creditor. |
| JP Morgan Chase ("JPMorgan") | Creditor | KA-CSG is currently retained by JPMorgan to provide consulting services in several situations.<br><br>KO-TSG is currently retained by JPMorgan to provide professional services.<br><br>KO-TSG is currently retained by counsel to JPMorgan to provide professional services.<br><br>KO-TSG is currently retained by counsel to defendants to provide professional services in situations where JPMorgan is a plaintiff<br><br>KO-TSG is currently retained by counsel to plaintiffs to provide professional services in situations where JP Morgan is a defendant.<br><br>KZC-CARG is currently retained by the bank group in an out of court situation where JPM is a member of the bank group.<br><br>KZC-CARG is currently providing management services in the Friedman's chapter 11 case where JPMorgan is a professional.<br><br>KZC-CARG is currently providing management services in the TOUSA chapter 11 case where JP Morgan is a party to a joint venture or land bank agreement.<br><br>KZC-CARG is currently retained by the debtors in the Buffets chapter 11 case where JP Morgan is a creditor.<br><br>KZC-CARG is currently providing management services in an out-of-court situation where JP Morgan is a lender.<br><br>KZC-CARG is currently in the process of being retained by the debtors in the Interep chapter 11 case where JP Morgan is a depository and disbursement bank. |
| Lehman Brothers | Creditor | KZC-CARG is currently providing management services in an out-of-court situation where Lehman is a lender. |
| Merrill Lynch | Counterparty & Creditor | KA-CSG is currently retained by Merrill Lynch to provide consulting services in several situations. |

| | | |
|---|---|---|
| | | KA-CSG is currently retained by counsel to Merrill Lynch to provide consulting services in several situations.<br><br>KA-CSG is currently retained by an entity to provide consulting services in a situation where Merrill is a related party.<br><br>KO-TSG is currently retained by counsel to Merrill Lynch to provide professional services.<br><br>KO-TSG is currently retained by counsel to plaintiffs to provide professional services in situations where Merrill is a defendant.<br><br>KO-TSG is currently retained by Merrill Lynch to provide professional services.<br><br>KO-TSG is currently retained by counsel to defendants to provide professional services in a situation where Merrill Lynch is a plaintiff.<br><br>KO-TSG is currently retained by an entity to provide professional services in a situation where Merrill Lynch is a defendant.<br><br>KZC-CARG is currently retained by the debtors in an out-of-court situation where Merrill Lynch is a lender.<br><br>KZC-CARG is currently retained by the debtors in the Wornick chapter 11 case where Merrill Lynch is a DIP lender.<br><br>KZC-CARG is currently providing management services in an out-of-court situation where Merrill Lynch is a lender. |
| Morgan Stanley | Creditor | KA-CSG is currently retained by Morgan Stanley to provide consulting services in numerous situations.<br><br>KFD-TSG is currently retained by Morgan Stanley to provide background screening services in several situations.<br><br>KA-SSG is currently retained by an entity to provide consulting services in a situation where Morgan Stanley is a related party.<br><br>KO-TSG is currently retained by counsel to Morgan Stanley to provide professional services in several situations. |

| | | |
|---|---|---|
| | | KO-TSG is currently retained by counsel to plaintiffs to provide professional services in situations where Morgan Stanley is a defendant.<br><br>KZC-CARG is currently providing management services to the debtors in the TOUSA chapter 11 case where Morgan Stanley is a lienholder.<br><br>KZC-CARG is currently providing management services in an out-of-court situation where Morgan Stanley is a lender. |

| Natexis Banque | Counterparty | KA-CSG is currently retained by Natexis Banque to provide consulting services in several situations.<br><br>KA-CSg is currently retained by counsel to Natexis Banque to provide consulting services.<br><br>KZC-CARG is currently retained by counsel to the Bank group of which Natexis Banque is a member in an out-of-court situation.<br><br>KZC-CARG is currently retained by the Chapter 11 Trustee in the Manhattan Investment Fund chapter 11 case where Natexis was an investor.<br><br>KZC-CARG is currently providing management services to the debtors in the TOUSA chapter 11 case where Natexis is a lienholder.<br><br>KZC-CARG is currently providing management services in an out-of-court situation where Natexis is a lender. |
| --- | --- | --- |
| Royal Bank of Scotland ("RBS") | Creditor | KA-CSG is currently retained by RBS to provide consulting services in several situations.<br><br>KZC-CARG is currently providing management services to the debtors in the TOUSA chapter 11 case where RBS is a related party. |
| UBS AG and UBS Securities ("UBS") | Creditor | KA-CSG is currently retained by counsel to UBS to provide consulting services in several situations.<br><br>KA-CSG is currently retained by UBS to provide consulting services in several situations.<br><br>KA-SSG is currently retained by UBS to provide consulting services.<br><br>KO-TSG is currently retained by UBS to provide professional services in several situations.<br><br>KO-TSG is currently retained by counsel to UBS to provide professional services.<br><br>KO-TSG is currently retained by counsel to plaintiffs to provide professional services in situations where UBS is a defendant. |

| | | |
|---|---|---|
| | | KO-TSG is currently retained by counsel to defendants to provide professional services in situations where UBS is the plaintiff. |
| | | KZC-CARG is currently retained by counsel to defendants in a situation where UBS is a related party. |
| | | KZC-CARG is currently retained by the debtors in the Buffets chapter 11 case where UBS is a creditor. |
| | | KZC-CARG is currently providing management services to the debtors in the TOUSA chapter 11 case where UBS is a related party. |
| | | KZC-CARG is currently in the process of being retained by the debtors in the Interep chapter 11 case where UBS is a noteholder. |
| Wachovia (aka First Union National Bank ("First Union" or "Wachovia")) | Counterparty | KO-TSG is currently retained by counsel to defendants to provide professional services in a situation where Wachovia is a defendant. |
| | | KO-TSG is currently retained by counsel to defendants to provide professional services in situations where Wachovia is a plaintiff. |
| | | KO-TSG is currently retained by counsel to Wachovia to provide professional services in several situations. |
| | | KO-TSG is currently retained by counsel to plaintiffs to provide professional services in situations where Wachovia is a defendant. |
| | | KBA-TSG is currently retained by an entity to provide background screening services for Wachovia in several situations. |
| | | KFD-TSG is currently retained by an entity to provide background screening services for Wachovia in several situations. |
| | | MRC-ISG is currently retained by counsel to Wachovia to provide professional services. |
| | | KA-CSG is currently retained by Wachovia to provide consulting services. |
| | | KZC-CARG is currently retained by the debtors in the |

| | | |
|---|---|---|
| | | Solutia chapter 11 case where Wachovia is a bondholder.<br><br>KZC-CARG recently provided management services in the LeNature's chapter 11 case where Wachovia is a lender and potential party to litigation.<br><br>KZC-CARG is currently retained by the debtors in the Buffets chapter 11 case where Wachovia is a creditor.<br><br>KZC-CARG is currently providing management services to the debtors in the TOUSA chapter 11 case where Wachovia is a creditor.<br><br>KZC-CARG is currently providing management services in an out-of-court situation where Wachovia is a lender. |
| Washington Mutual | Creditor | KFD-TSG is currently retained by Washington Mutual to provide background screening services in several situations.<br><br>KBA-TSG is currently retained by Washington Mutual to provide background screening services.<br><br>KZC-CARG is currently providing management services to the debtors in the TOUSA chapter 11 case where Washington Mutual is a related party. |
| Wells Fargo | Creditor | KA-CSG is currently retained by Wells Fargo to provide consulting services in several situations.<br><br>KO-TSG is currently retained by counsel to plaintiffs to provide professional services in a situation where Wells Fargo is a defendant.<br><br>KO-TSG is currently retained by a defendant to provide professional services in a situation where Wells Fargo is also a defendant.<br><br>KO-TSG is currently retained by counsel to defendants to provide professional services in a situation where Wells Fargo is a plaintiff.<br><br>KO-TSG is currently retained by counsel to Wells Fargo to provide professional services.<br><br>KZC-CARG is currently providing management services to the debtors in the TOUSA chapter 11 case where Wells Fargo is creditor and a party to a joint venture or land bank agreement. |

|  |  |  |
|---|---|---|
|  |  | KZC-CARG is currently providing managements services in the Friedman's chapter 11 case where Wells Fargo is a lender. |
|  |  | KZC-CARG is currently retained by the debtors in an out-of-court situation where Wells Fargo is a joint venture party. |
|  |  | KZC-CARG is currently providing management services in an out-of-court situation where Wells Fargo is a lender. |
|  |  | KZC-CARG is currently in the process of being retained by the debtors in the Interep chapter 11 case where Wells Fargo is a related party. |
| Wilmington Trust |  | KZC-CARG is currently providing management services to the debtors in the TOUSA chapter 11 case where Wilmington Trust is creditor. |
| Young Conaway Stargatt & Taylor ("YCST") | Debtor's Counsel | KO-TSG is currently retained by counsel to the plaintiffs to provide professional services in a situation where YCST is counsel to defendants. |
|  |  | KO-TSG is currently retained by counsel to the defendants to provide professional services in a situation where YCST is counsel to plaintiffs. |
|  |  | KZC-CARG is currently retained by the debtors in the Buffets Holdings chapter 11 case where YCST is counsel to the debtors. |