# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x

In re:                                            : Chapter 11

                                      :

AMERICAN HOME MORTGAGE                            : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1] :

                                      : Jointly Administered

        Debtors.                                 :

------------------------------------------------------------ x **Docket Ref:  60 & 1711**

## CERTIFICATION OF COUNSEL FOR AN ORDER MODIFYING
## THE ORDER AUTHORIZING JOINT ADMINISTRATION PURSUANT TO
## BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1

      1.         On August 7, 2007, this Court entered its *Order Authorizing Joint Administration Pursuant To Bankruptcy Rule 1015 And Local Rule 1015-1* [D.I. 60] (the "Joint Administration Order") which ordered the consolidation of these cases for procedural purposes only and the joint administration of these cases under Case No. 07-11047 (CSS).

      2.         On October 30, 2007, this Court entered its *Order Pursuant To Sections 105, 363, 364, 365, And 503(B) Of The Bankruptcy Code, And Rules 2002, 4001, 6004, 6006, 7062, 9007, And 9014 Of The Federal Rules Of Bankruptcy Procedure (A) Approving (I) The Sale Of The Debtors' Mortgage Servicing Business Free And Clear Of Liens, Claims And Interests, (II) The Assumption And Assignment Of Certain Executory Contracts And Unexpired*

---

[1]       The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

                                                              

*Leases Related Thereto, And (B) Granting Certain Related Relief* [D.I. 1711] (the "Sale Order")

which approved the sale of the Debtors' mortgage servicing business to AH Mortgage

Acquisition Co., Inc. (the "Purchaser") pursuant to the terms of that certain Asset Purchase

Agreement dated as of September 25, 2007 (as amended) (the "APA")[2] between the Purchaser,

American Home Mortgage Investment Corp., American Home Mortgage Corp. and American

Home Mortgage Servicing, Inc.

      3.     Pursuant to section 2.2(n) of the APA, as of the Final Closing, the Debtors

agreed to transfer to the Purchaser:

> all goodwill and other intangible assets associated with the Business (including
> the rights in and to the name "American Home Mortgage Servicing" and similar
> names thereto and the goodwill associated with the Transferred Intellectual
> Property and all properties, rights an assets acquired by Seller in connection with
> the operation of the Business between the Initial Closing and the Final Closing.

APA, § 2.1(n).  To comply with section 2.2(n) of the APA, the Debtors have changed the legal

name of American Home Mortgage Servicing, Inc. to AHM SV, Inc.

      4.     The Final closing of the Sale occurred on April 11, 2008.  Pursuant to the

authority granted in Paragraph 2 of the Sale Order, the Debtors request that this Court enter an

order modifying the Joint Administration Order so that the caption appears as:

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------- x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE | : Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] | : |
| | : Jointly Administered |
| Debtors. | : |

---------------------------------------------------- x

---

[2]     Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the APA.

DB02:6719124.1                                                                                                    066585.1001

And so that the footnote to the caption appears as:

> [1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

5.    Accordingly, the Debtors request that the Court enter the Order attached hereto as Exhibit A at its earliest convenience without further notice or hearing.

Dated: April 23, 2008
     Wilmington, Delaware

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          James L. Patton, Jr. (No. 2202)
          Pauline K. Morgan (No. 3650)
          Sean M. Beach (No. 4070)
          Matthew B. Lunn (No. 4119)
          Ryan M. Bartley (No. 4985)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253

          Counsel for Debtors and Debtors in Possession

          

**EXHIBIT A**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------- x
In re:                                                   :  Chapter 11
                                                         :
AMERICAN HOME MORTGAGE                                    :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,¹         :
                                                         :  Jointly Administered
        Debtors.                                         :
-------------------------------------------------------- x  Docket Ref:
```

### ORDER MODIFYING THE ORDER AUTHORIZING
### JOINT ADMINISTRATION PURSUANT TO BANKRUPTCY
### RULE 1015 AND LOCAL RULE 1015-1

Upon consideration of the certification of counsel of the above captioned debtors and debtors-in-possession dated April 23, 2008 with respect to the *Order Authorizing Joint Administration Pursuant To Bankruptcy Rule 1015 And Local Rule 1015-1* [D.I. 60] (the "Joint Administration Order"); and it appearing that American Home Mortgage Servicing, Inc. has changed its legal name to AHM SV, Inc.; it is hereby:

ORDERED, that the Joint Administration Order is modified as set forth herein; and it is further

ORDERED, that the caption in these jointly administered cases shall read as:

---

¹       The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------- x
In re:                                       :  Chapter 11
                                             :
AMERICAN HOME MORTGAGE                       :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,¹ :
                                             :  Jointly Administered
         Debtors.                            :
-------------------------------------------------------------- x
```

And the footnote to the caption in these jointly administered cases shall read as:

> ¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters

arising from or related to the implementation of this order.

Dated: Wilmington, Delaware
       April ___, 2008

_____
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2