IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x  Chapter 11

In re:                                                             :
                                                                   : Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                             :
HOLDINGS, INC., a Delaware corporation, et al.,[1]                 : Jointly Administered
                                                                   :
                            Debtors.                               : Ref. Docket Nos. 11, 113, 403, 674, 962,
                                                                   : 1711 & 2166
------------------------------------------------------------------ x

## NOTICE OF (I) FINAL CLOSING OF SERVICING SALE AND (II) DEADLINE FOR FILING TRANSFER COST CLAIMS

**PLEASE TAKE NOTICE** that on October 30, 2007, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an Order [Docket No. 1711] (the "Sale Order")[2] approving the sale of the mortgage loan servicing business (the "Servicing Business") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") to AH Mortgage Acquisition Co., Inc. (the "Purchaser") pursuant to the terms of that certain Asset Purchase Agreement dated September 25, 2007 (as amended and together with all exhibits and schedules thereto, the "APA"). Pursuant to the Sale Order, the Sellers assumed and assigned or transferred certain unexpired leases, license agreements and executory contracts to the Purchaser (the "Assumed Contracts"). The Initial Closing of the sale of the Servicing Business occurred on November 16, 2007.

**PLEASE TAKE FURTHER NOTICE** that the Final Closing of the sale of the Servicing Business occurred on **April 11, 2008** and, as a result, the Sellers transferred title to the Purchased Assets, Assumed Liabilities and Assumed Contracts to the Purchaser.

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 39 of the Sale Order, any claim (a "Transfer Cost Claim") by a Counterparty to an Assumed Contract for unpaid reasonable out of pocket costs and expenses incurred by such Counterparty as a result of the assumption and assignment or transfer and chargeable under such Assumed Contract (the "Transfer Costs"), must be filed and served *on or before 4:00 p.m. (prevailing Eastern Time) on May 7, 2008* (the "Transfer Cost Claim Bar Date").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Sale Order.

**PLEASE TAKE FURTHER NOTICE** that as further provided in paragraph 39 of the Sale Order, to the extent a Counterparty asserts a claim for the alleged amount of Transfer Costs, such amount is not permitted to exceed the good faith estimate provided to the Debtors pursuant to provisions of paragraph 34 of the Sale Order (a "Transfer Cost Claim").

**PLEASE TAKE FURTHER NOTICE** that a Transfer Cost Claim must (a) be in writing; (b) set forth, in a schedule or exhibit attached thereto, (i) the name of the Counterparty to the Assumed Contract, (ii) the title or nature of the Assumed Contract subject to the Transfer Cost Claim, (iii) the amount of the Counterparty's asserted Transfer Cost Claim for such Assumed Contract, and (iv) the basis for the Transfer Costs asserted in the Transfer Cost Claim; (c) comply with the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware; (d) be filed with the clerk of the Bankruptcy Court, Third Floor, 824 Market Street, Wilmington, Delaware 19801, *on or before 4:00 p.m. (prevailing Eastern Time) on May 7, 2008*; and (e) be served so as to be received on or before 4:00 p.m. (prevailing Eastern Time) on the same day, upon (i) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Matthew B. Lunn), counsel to the Debtors, (ii) Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Attn.: Margot B. Schonholtz and Scott D. Talmadge) and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801 (Attn.: Laurie Selber Silverstein), counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement, dated August 10, 2006, and (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn.: Mark S. Indelicato), counsel to the Committee.

*PLEASE TAKE FURTHER NOTICE that if the Counterparty to an Assumed Contract fails to file a Transfer Cost Claim on or before the Transfer Cost Claim Bar Date, such Counterparty shall be forever barred from filing a claim for Transfer Costs incurred by the Counterparty as a result of the assumption and assignment or transfer of such Assumed Contract.*

Dated: Wilmington, Delaware
April 23, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession