IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                :   Jointly Administered
     Debtors.                                                   :
                                                                :   Ref. Docket Nos. 3054, 3175, 3618,
                                                                :   3667, and 3680
---------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING ORDER DENYING
MOTION OF BANK OF AMERICA, N.A., AS ADMINISTRATIVE
AGENT, FOR RELIEF FROM AUTOMATIC STAY, PURSUANT TO
11 U.S.C. § 362(d), ALLOWING THE ADMINISTRATIVE AGENT
TO EXERCISE ITS RIGHTS AS A SECURED CREDITOR**

On February 22, 2008, Bank of America, N.A., as Administrative Agent (the "Administrative Agent") filed its Motion for Relief from Automatic Stay, Pursuant to 11 U.S.C. § 362(d), Allowing the Administrative Agent to Exercise its Rights as a Secured Creditor [D.I. 3054] (the "Stay Relief Motion"). On March 6, 2008, the Debtors filed their Preliminary Objection to the Stay Relief Motion [D.I. 3175]. On April 9, 2008, the Official Committee of Unsecured Creditors filed a statement in support of the Stay Relief Motion [D.I. 3618]. On April 11, 2008, the Administrative Agent and the Debtors filed pretrial briefs in support of their respective positions [D.I. 3667 and 3680, respectively].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware corporation (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

An evidentiary hearing on the Stay Relief Motion (the "Hearing") was held on April 16, 2008, at which the Administrative Agent presented its case in chief. At the conclusion of the Administrative Agent's case in chief, the Debtors made an oral motion pursuant to Fed. R. Civ. P. 52(c) (the "Rule 52(c) Motion") to dismiss the Stay Relief Motion for failure to establish a *prima facie* case. At the continuation of the Hearing on April 17, 2008, the Court ruled that the Rule 52(c) Motion was granted and directed the Debtors to submit a form of order denying the Stay Relief Motion.

Attached hereto as Exhibit A is the form of order (the "Order") denying without prejudice the Stay Relief Motion. The Debtors have circulated the Order to counsel for the Administrative Agent. The Administrative Agent does not object to the form of the Order. The Debtors respectfully submit that the Order is consistent with the Court's ruling at the Hearing and respectfully request that the Court enter the Order at its earliest convenience without further notice or hearing.

Dated: Wilmington, Delaware
April 23, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Robert S. Brady (No. 2847)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

## Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x
In re:                                                            :   Chapter 11
                                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                            :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                   :
                                                                  :   Jointly Administered
   Debtors.                                                       :
                                                                  :   Ref. Docket No. 3054
                                                                  :
----------------------------------------------------------------- x

**ORDER DENYING MOTION OF BANK OF AMERICA, N.A., AS
ADMINISTRATIVE AGENT, FOR RELIEF FROM AUTOMATIC STAY,
PURSUANT TO 11 U.S.C. § 362(d), ALLOWING THE ADMINISTRATIVE
AGENT TO EXERCISE ITS RIGHTS AS A SECURED CREDITOR**

Upon consideration of the Motion of Bank of America, N.A., as Administrative Agent, for Relief from the Automatic Stay, Pursuant to 11 U.S.C. § 362(d), Allowing the Administrative Agent to Exercise its Rights as a Secured Creditor (the "Motion") and the brief in support thereof, the Debtors' objection to the Motion and the brief in support thereof, the Official Committee of Unsecured Creditors' statement in support of the Motion, and the evidence presented at the evidentiary hearing on the Motion held on April 16 and 17, 2008 (the "Hearing"); and after due deliberation and for the reasons stated on the record at the Hearing, it is hereby

ORDERED that the Motion is DENIED without prejudice.

Dated:   Wilmington, Delaware
         April __, 2008

                                                    _____
                                                    Christopher S. Sontchi
                                                    United States Bankruptcy Judge