# EXHIBIT B

Northwest Trustee Services, Inc.
Period from March 1, 2008 through March 31, 2008

| Loan # | Completion Date | Fees | Cost | Billed | Undisputed Costs |
|---|---|---|---|---|---|
| 1000797376 | 3/3/2008 | 600.00 | 1,252.59 | 1,852.59 | 1,252.59 |
| 1001350915 | 3/3/2008 | | 567.96 | 567.96 | 597.96 |
| 1001341565 | 3/3/2008 | | 805.77 | 805.77 | 805.77 |
| 1001089123 | 3/3/2008 | 600.00 | 1,994.33 | 2,594.33 | 1,994.33 |
| 1001114150 | 3/3/2008 | 600.00 | 1,470.07 | 2,070.07 | 1,470.07 |
| 1001599000 | 3/3/2008 | 600.00 | 1,416.00 | 2,016.00 | 1,416.00 |
| 1001538902 | 3/3/2008 | 600.00 | 1,397.50 | 1,997.50 | 1,397.50 |
| 1000833828 | 3/3/2008 | | 629.80 | 629.80 | 629.80 |
| 1000813492 | 3/3/2008 | 600.00 | 1,519.20 | 2,119.20 | 1,519.20 |
| 1000899618 | 3/3/2008 | 600.00 | 1,538.86 | 2,138.86 | 1,538.86 |
| 1001311697 | 3/3/2008 | 600.00 | 1,163.50 | 1,763.50 | 1,163.50 |
| 1001242346 | 3/3/2008 | 50.00 | | 50.00 | |
| 1001006820 | 3/3/2008 | 600.00 | 1,369.00 | 1,969.00 | 1,369.00 |
| 1001309229 | 3/3/2008 | 600.00 | 1,547.93 | 2,147.93 | 1,547.93 |
| 1001237854 | 3/3/2008 | 600.00 | 1,350.41 | 1,950.41 | 1,350.41 |
| 1001052116 | 3/3/2008 | 600.00 | 1,590.29 | 2,190.29 | 1,590.29 |
| 1001033839 | 3/3/2008 | 600.00 | 1,489.11 | 2,089.11 | 1,489.11 |
| 1001066495 | 3/3/2008 | 600.00 | 2,018.70 | 2,618.70 | 2,018.70 |
| 1001006509 | 3/3/2008 | 600.00 | 1,575.00 | 2,175.00 | 1,575.00 |
| 1001035464 | 3/3/2008 | 600.00 | 1,317.40 | 1,917.40 | 1,317.40 |
| 1001269691 | 3/3/2008 | 600.00 | 1,374.38 | 1,974.38 | 1,374.38 |
| 1001607384 | 3/3/2008 | 600.00 | 1,486.00 | 2,086.00 | 1,486.00 |
| 1001639708 | 3/3/2008 | 600.00 | 1,973.11 | 2,573.11 | 1,973.11 |
| 1001056050 | 3/3/2008 | 600.00 | 2,163.66 | 2,763.66 | 2,163.66 |
| 1001059311 | 3/3/2008 | 600.00 | 1,452.16 | 2,052.16 | 1,452.16 |
| 1001263492 | 3/3/2008 | 600.00 | 1,322.33 | 1,922.33 | 1,322.33 |
| 1001495266 | 3/3/2008 | 600.00 | 1,615.55 | 2,215.55 | 1,615.55 |
| 1001151471 | 3/3/2008 | 600.00 | 1,510.01 | 2,110.01 | 1,510.01 |
| 1001682601 | 3/3/2008 | 600.00 | 1,418.20 | 2,018.20 | 1,418.20 |
| 1001094050 | 3/3/2008 | 600.00 | 1,147.80 | 1,747.80 | 1,147.80 |

| | | | | | |
|---|---|---|---|---|---|
| 1000992534 | 3/3/2008 | | 1,503.00 | 2,103.00 | 1,503.00 |
| 1001667189 | 3/3/2008 | 600.00 | 2,838.10 | 3,438.10 | 2,838.10 |
| 1012218085 | 3/3/2008 | 600.00 | 1,242.80 | 1,842.80 | 1,242.80 |
| 1001041855 | 3/3/2008 | 600.00 | 1,295.15 | 1,895.15 | 1,295.15 |
| 1007753734 | 3/3/2008 | 600.00 | 1,798.43 | 2,398.43 | 1,798.43 |
| 1008870608 | 3/3/2008 | 600.00 | 1,335.80 | 1,935.80 | 1,335.80 |
| 1007768511 | 3/3/2008 | 600.00 | 1,763.09 | 2,363.09 | 1,763.09 |
| 1000894473 | 3/3/2008 | 600.00 | 1,529.09 | 2,129.09 | 1,529.09 |
| 1000707041 | 3/3/2008 | 600.00 | 1,395.97 | 1,995.97 | 1,395.97 |
| 1000764633 | 3/3/2008 | 600.00 | 1,838.49 | 2,438.49 | 1,838.49 |
| 1000890150 | 3/3/2008 | 600.00 | 1,404.19 | 2,004.19 | 1,404.19 |
| 1001396736 | 3/3/2008 | 600.00 | 1,212.00 | 1,812.00 | 1,212.00 |
| 1000862399 | 3/3/2008 | 600.00 | 1,265.50 | 1,865.50 | 1,265.50 |
| 1001387995 | 3/3/2008 | 600.00 | 1,158.50 | 1,758.50 | 1,158.50 |
| 1001554212 | 3/3/2008 | 600.00 | 1,530.38 | 2,130.38 | 1,530.38 |
| 1000841684 | 3/3/2008 | 600.00 | 1,266.00 | 1,866.00 | 1,266.00 |
| 1001427228 | 3/3/2008 | 600.00 | 1,387.37 | 1,987.37 | 1,387.37 |
| 1001493327 | 3/3/2008 | 600.00 | 1,509.76 | 2,109.76 | 1,509.76 |
| 1001447951 | 3/3/2008 | 600.00 | 1,617.71 | 2,217.71 | 1,617.71 |
| 1001378907 | 3/3/2008 | 600.00 | 1,431.09 | 2,031.09 | 1,431.09 |
| 1001423362 | 3/3/2008 | 600.00 | 1,470.50 | 2,070.50 | 1,470.50 |
| 1001334077 | 3/3/2008 | 600.00 | 1,311.79 | 1,911.79 | 1,311.79 |
| 1000860399 | 3/3/2008 | 600.00 | 1,221.00 | 1,821.00 | 1,221.00 |
| 1000878631 | 3/3/2008 | 600.00 | 1,577.70 | 2,177.70 | 1,577.70 |
| 1001317173 | 3/3/2008 | 600.00 | 1,289.11 | 1,889.11 | 1,289.11 |
| 1001493956 | 3/3/2008 | 600.00 | 1,396.50 | 1,996.50 | 1,396.50 |
| 1001246589 | 3/3/2008 | 600.00 | 1,150.50 | 1,750.50 | 1,150.50 |
| 1001451118 | 3/3/2008 | 600.00 | 1,084.00 | 1,684.00 | 1,084.00 |
| 1001614464 | 3/3/2008 | 600.00 | 3,294.24 | 3,894.24 | 3,294.24 |
| 1001147351 | 3/3/2008 | 200.00 | | 200.00 | |
| 1000943375 | 3/3/2008 | 200.00 | | 200.00 | |
| 1001538165 | 3/4/2008 | 600.00 | 1,643.27 | 2,243.27 | 1,643.27 |
| 1001140238 | 3/4/2008 | 500.00 | 812.00 | 1,312.00 | 812.00 |
| 1001091728 | 3/4/2008 | 600.00 | 1,380.09 | 1,980.09 | 1,380.09 |
| 1001682147 | 3/4/2008 | 200.00 | | 200.00 | |
| 1001675717 | 3/4/2008 | 200.00 | | 200.00 | |

| | | | | |
|---|---|---|---|---|
| 1001310198 | 3/5/2008 | 500.00 | 1,059.01 | 1,559.01 | |
| 1001092030 | 3/5/2008 | 600.00 | 842.49 | 1,442.49 | 842.49 |
| 1000843535 | 3/5/2008 | 600.00 | 1,170.50 | 1,770.50 | 1,170.50 |
| 1001422757 | 3/5/2008 | 600.00 | 1,821.23 | 2,421.23 | 1,821.23 |
| 1001697477 | 3/5/2008 | 600.00 | 1,591.50 | 2,191.50 | 1,591.50 |
| 1001044462 | 3/5/2008 | 600.00 | 575.72 | 1,175.72 | 575.72 |
| 1000744212 | 3/5/2008 | 600.00 | 688.03 | 1,288.03 | 688.03 |
| 1001230234 | 3/5/2008 | 600.00 | 1,624.32 | 2,224.32 | 1,624.32 |
| 1001250084 | 3/6/2008 | 675.00 | 2,138.70 | 2,813.70 | 2,138.70 |
| 1001679267 | 3/6/2008 | 600.00 | 815.36 | 1,415.36 | 815.36 |
| 1000798522 | 3/6/2008 | 600.00 | 1,620.50 | 2,220.50 | 1,620.50 |
| 1001421705 | 3/6/2008 | 600.00 | 1,610.76 | 2,210.76 | 1,610.76 |
| 1001544073 | 3/6/2008 | 600.00 | 1,141.54 | 1,741.54 | 1,141.54 |
| 1001041832 | 3/6/2008 | 600.00 | 1,469.79 | 2,069.79 | 1,469.79 |
| 1001374408 | 3/6/2008 | 725.00 | 1,845.20 | 2,570.20 | 1,845.20 |
| 1001063302 | 3/6/2008 | 600.00 | 2,485.99 | 3,085.99 | 2,485.99 |
| 1001710433 | 3/6/2008 | 600.00 | 1,493.40 | 2,093.40 | 1,493.40 |
| 1001109147 | 3/6/2008 | 300.00 | 778.00 | 1,078.00 | 778.00 |
| 1001631809 | 3/7/2008 | 200.00 | | 200.00 | |
| 1001168702 | 3/10/2008 | 600.00 | 711.63 | 1,311.63 | 711.63 |
| 1001232623 | 3/10/2008 | 600.00 | 1,536.50 | 2,136.50 | 1,536.50 |
| 1001349428 | 3/10/2008 | 600.00 | 1,374.55 | 1,974.55 | 1,374.55 |
| 1000896107 | 3/10/2008 | 600.00 | 586.35 | 1,186.35 | 586.35 |
| 1001704841 | 3/10/2008 | 600.00 | 2,152.36 | 2,752.36 | 2,152.36 |
| 1001353396 | 3/10/2008 | 200.00 | | 200.00 | |
| 1001093187 | 3/10/2008 | 200.00 | | 200.00 | |
| 1001572253 | 3/10/2008 | 200.00 | | 200.00 | |
| 1001543913 | 3/10/2008 | 200.00 | 598.82 | 598.82 | 598.82 |
| 1001197339 | 3/11/2008 | | 1,292.50 | 1,792.50 | 1,292.50 |
| 1001070538 | 3/11/2008 | 500.00 | 1,345.04 | 1,945.04 | 1,345.04 |
| 1001559077 | 3/11/2008 | 600.00 | 1,583.59 | 2,083.59 | 1,583.59 |
| 1001124646 | 3/11/2008 | 500.00 | 1,071.72 | 1,671.72 | 1,071.72 |
| 1001570019 | 3/11/2008 | 600.00 | 1,221.00 | 1,821.00 | 1,221.00 |
| 1001819066 | 3/11/2008 | 600.00 | 3,564.99 | 4,064.99 | 3,564.99 |
| 1001213912 | 3/12/2008 | 500.00 | 1,479.59 | 2,079.59 | 1,479.59 |
| 1001185682 | 3/12/2008 | 600.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 10007899979 | 3/12/2008 | 600.00 | 1,709.68 | 2,429.68 | 1,709.68 |
| 1001108551 | 3/12/2008 | 600.00 | 879.63 | 1,479.63 | 879.63 |
| 1000571430 | 3/13/2008 | 100.00 | 65.00 | 165.00 | 65.00 |
| 1001662516 | 3/13/2008 | | 9.00 | 9.00 | 9.00 |
| 10007899979 | 3/14/2008 | | | -120.00 | |
| 1000837068 | 3/14/2008 | 100.00 | 786.90 | 886.90 | 762.90 |
| 1000969615 | 3/14/2008 | | 454.64 | 454.64 | 454.64 |
| 1001389047 | 3/14/2008 | 600.00 | 1,290.90 | 1,890.90 | 1,290.90 |
| 1001225621 | 3/14/2008 | 600.00 | 1,136.44 | 1,736.44 | 1,136.44 |
| 1001601082 | 3/14/2008 | 600.00 | 1,319.50 | 1,919.50 | 1,319.50 |
| 1001170484 | 3/14/2008 | 500.00 | 1,534.50 | 2,034.50 | 1,534.50 |
| 1001485771 | 3/14/2008 | 500.00 | 2,010.12 | 2,510.12 | 2,010.12 |
| 1001112254 | 3/14/2008 | 600.00 | 1,666.85 | 2,266.85 | 1,666.85 |
| 1001515409 | 3/14/2008 | 50.00 | | 50.00 | |
| 1000630546 | 3/17/2008 | 725.00 | 1,103.89 | 1,828.89 | |
| 1001623666 | 3/17/2008 | 725.00 | 2,878.29 | 3,603.29 | 2,878.29 |
| 1001562147 | 3/17/2008 | 725.00 | 1,848.40 | 2,573.40 | 1,848.40 |
| 1000672522 | 3/17/2008 | 200.00 | | 200.00 | |
| 1001104235 | 3/17/2008 | 200.00 | | 200.00 | |
| 1001425897 | 3/18/2008 | | 50.00 | 50.00 | 50.00 |
| 1001475737 | 3/18/2008 | 600.00 | 1,384.00 | 1,984.00 | 1,384.00 |
| 1001001319 | 3/18/2008 | 600.00 | 1,500.25 | 2,100.25 | 1,500.25 |
| 1001348689 | 3/18/2007 | 600.00 | 1,719.75 | 2,319.75 | 1,719.75 |
| 1001694763 | 3/18/2008 | 600.00 | 986.14 | 1,586.14 | 986.14 |
| 1001528577 | 3/18/2008 | 600.00 | 1,181.50 | 1,781.50 | 1,181.50 |
| 1001338189 | 3/18/2008 | 600.00 | 1,252.50 | 1,852.50 | 1,252.50 |
| 1001285257 | 3/18/2008 | 600.00 | 1,229.99 | 1,829.99 | 1,229.99 |
| 1001335391 | 3/18/2008 | 600.00 | 1,435.28 | 2,035.28 | 1,435.28 |
| 1001370167 | 3/18/2008 | 600.00 | 1,491.41 | 2,091.41 | 1,491.41 |
| 1001095251 | 3/18/2008 | 600.00 | 1,768.40 | 2,368.40 | 1,768.40 |
| 1001206125 | 3/18/2008 | 600.00 | 1,277.50 | 1,877.50 | 1,277.50 |
| 1001574472 | 3/18/2008 | 600.00 | 1,442.49 | 2,042.49 | 1,442.49 |
| 1001594045 | 3/18/2008 | 600.00 | 1,565.81 | 2,165.81 | 1,565.81 |
| 1001196889 | 3/18/2008 | 600.00 | 1,673.91 | 2,273.91 | 1,673.91 |
| 1001568699 | 3/18/2008 | 600.00 | 1,407.96 | 2,007.96 | 1,407.96 |
| 1001319960 | 3/18/2008 | 600.00 | 1,447.75 | 2,047.75 | 1,447.75 |

| | | | | | |
|---|---|---|---|---|---|
| 1001268664 | 3/18/2008 | 725.00 | 2,110.64 | 2,835.64 | 2,110.64 |
| 1001559067 | 3/18/2008 | 600.00 | 1,297.41 | 1,897.41 | 1,297.41 |
| 1001568292 | 3/18/2008 | 500.00 | 1,505.09 | 2,005.09 | 1,505.09 |
| 1001300583 | 3/18/2008 | 600.00 | 1,807.05 | 2,407.05 | 1,807.05 |
| 1001193529 | 3/18/2008 | 600.00 | 1,447.00 | 2,047.00 | 1,447.00 |
| 1001306439 | 3/18/2008 | 600.00 | 1,671.41 | 2,271.41 | 1,671.41 |
| 1001769999 | 3/18/2008 | 600.00 | 1,722.55 | 2,322.55 | 1,722.55 |
| 1000495606 | 3/18/2008 | 600.00 | 1,106.50 | 1,706.50 | 1,106.50 |
| 1001204682 | 3/18/2008 | 600.00 | 1,226.09 | 1,826.09 | 1,226.09 |
| 1001443135 | 3/18/2008 | 600.00 | 1,402.50 | 2,002.50 | 1,402.50 |
| 1000808027 | 3/18/2008 | 600.00 | 742.50 | 1,342.50 | 742.45 |
| 1001276557 | 3/19/2008 | 725.00 | 1,769.85 | 2,494.85 | 1,769.85 |
| 1001583482 | 3/19/2008 | 600.00 | 1,382.64 | 1,982.64 | 1,382.64 |
| 1001094525 | 3/20/2008 | 600.00 | 1,530.50 | 2,130.50 | 1,530.50 |
| 1001020158 | 3/20/2008 | 600.00 | 1,447.08 | 2,047.08 | 1,447.08 |
| 1001600721 | 3/20/2008 | | 13.00 | 13.00 | 13.00 |
| 1001165376 | 3/21/2008 | 600.00 | 1,513.00 | 2,113.00 | 1,513.00 |
| 1000945789 | 3/21/2008 | 600.00 | 1,735.27 | 2,335.27 | 1,735.27 |
| 1001313592 | 3/21/2008 | 600.00 | 1,675.27 | 2,275.27 | 1,675.27 |
| 1001454830 | 3/21/2008 | 600.00 | 1,595.04 | 2,195.04 | 1,595.04 |
| 1001511373 | 3/21/2008 | 600.00 | 1,135.70 | 1,735.70 | 1,135.70 |
| 1001403492 | 3/21/2008 | 600.00 | 1,012.10 | 1,612.10 | 1,012.10 |
| 1000828743 | 3/21/2008 | 600.00 | 1,184.00 | 1,784.00 | 1,184.00 |
| 1001699649 | 3/21/2008 | 600.00 | 1,560.50 | 2,160.50 | 1,560.50 |
| 1001403922 | 3/21/2008 | | 200.64 | 200.64 | 200.64 |
| 1001524784 | 3/25/2008 | 450.00 | 1,405.20 | 1,855.20 | 1,405.20 |
| 1000596544 | 3/25/2008 | 600.00 | 1,513.66 | 2,113.66 | 1,513.66 |
| 1000748235 | 3/25/2008 | 600.00 | 1,649.50 | 2,249.50 | 1,649.50 |
| 1001153669 | 3/25/2008 | 600.00 | 1,366.80 | 1,966.80 | 1,366.80 |
| 1001814793 | 3/25/2008 | 600.00 | 1,781.00 | 2,381.00 | 1,781.00 |
| 1001640298 | 3/25/2008 | 725.00 | 1,832.90 | 2,557.90 | 1,832.90 |
| 1000571653 | 3/25/2008 | 600.00 | 3,060.90 | 3,660.90 | 3,060.90 |
| 1001672982 | 3/25/2008 | 600.00 | 1,462.00 | 2,062.00 | 1,462.00 |
| 1001104275 | 3/25/2008 | 500.00 | 1,163.25 | 1,663.25 | 1,163.25 |
| 1001546307 | 3/25/2008 | 600.00 | 1,455.50 | 2,055.50 | 1,455.50 |
| 1001139172 | 3/25/2008 | 600.00 | 1,350.50 | 1,950.50 | 1,350.50 |

| | | | | |
|---|---|---|---|---|
| 1001611402 | 3/25/2008 | 500.00 | 1,559.34 | 2,059.34 | 1,559.34 |
| 1001390220 | 3/25/2008 | 200.00 | | 200.00 | |
| 1001071349 | 3/26/2008 | 100.00 | 451.05 | 551.05 | 451.05 |
| 1001569633 | 3/26/2008 | 100.00 | 572.17 | 672.17 | 572.17 |
| 1001079898 | 3/26/2008 | 600.00 | 721.72 | 1,321.72 | 721.72 |
| 1001617106 | 3/26/2008 | 600.00 | 1,516.27 | 2,116.27 | 1,516.27 |
| 1001286927 | 3/26/2008 | 600.00 | 1,327.15 | 1,927.15 | 1,327.15 |
| 1001291531 | 3/26/2008 | 600.00 | 1,799.41 | 2,399.41 | 1,799.41 |
| 1001071355 | 3/26/2008 | 600.00 | 267.36 | 867.36 | 767.36 |
| 1001232804 | 3/26/2008 | 50.00 | | 50.00 | |
| 1000972007 | 3/27/2008 | | 40.00 | 40.00 | 40.00 |
| 1001348512 | 3/27/2008 | 450.00 | 1,280.50 | 1,730.50 | 1,280.50 |
| 1001418135 | 3/27/2008 | 600.00 | 1,410.50 | 2,010.50 | 1,410.50 |
| 1001213314 | 3/27/2008 | 600.00 | 1,568.78 | 2,168.78 | 1,568.78 |
| 1000947493 | 3/27/2008 | 600.00 | 1,474.81 | 2,074.81 | 1,474.81 |
| 1001200159 | 3/27/2008 | 600.00 | 1,057.00 | 1,657.00 | 1,057.00 |
| 1001107997 | 3/27/2008 | 600.00 | 1,739.75 | 2,339.75 | 1,739.75 |
| 1001117989 | 3/27/2008 | 600.00 | 1,059.90 | 1,659.90 | 1,059.90 |
| 1001197152 | 3/27/2008 | 600.00 | 1,448.32 | 2,048.32 | 1,448.32 |
| 1001251279 | 3/27/2008 | 600.00 | 1,300.00 | 1,900.00 | 1,300.00 |
| 1000842932 | 3/27/2008 | 600.00 | 1,462.75 | 2,062.75 | 1,462.75 |
| 1001525709 | 3/27/2008 | 600.00 | 1,213.95 | 1,813.95 | 1,213.95 |
| 1001730310 | 3/27/2008 | 600.00 | 1,088.90 | 1,688.90 | 1,088.90 |
| 1001673752 | 3/27/2008 | 500.00 | 1,552.70 | 2,052.70 | 1,552.70 |
| 1001050922 | 3/27/2008 | 600.00 | 1,256.50 | 1,856.50 | 1,256.50 |
| 1001337094 | 3/27/2008 | 600.00 | 1,546.50 | 2,146.50 | 1,546.50 |
| 1001340088 | 3/27/2008 | 600.00 | 1,367.36 | 1,967.36 | 1,367.36 |
| 1001097558 | 3/27/2008 | 600.00 | 1,249.50 | 1,849.50 | 1,249.50 |
| 1001732887 | 3/27/2008 | 600.00 | 1,318.50 | 1,918.50 | 1,318.50 |
| 1001299908 | 3/27/2008 | 600.00 | 1,887.10 | 2,487.10 | 1,887.10 |
| 1001309446 | 3/27/2008 | 600.00 | 1,329.00 | 1,929.00 | 1,329.00 |
| 1001185063 | 3/27/2008 | 600.00 | 1,300.90 | 1,900.90 | 1,300.90 |
| 1001284630 | 3/27/2008 | 600.00 | 1,443.29 | 2,043.29 | 1,443.29 |
| 1001275642 | 3/27/2008 | 600.00 | 1,482.35 | 2,082.35 | 1,482.35 |
| 1001291580 | 3/27/2008 | 600.00 | 1,529.06 | 2,129.06 | 1,529.06 |
| 1001296376 | 3/27/2008 | 600.00 | 1,748.00 | 2,348.00 | 1,748.00 |

| | | | | |
|---|---|---|---|---|
| 1001178384 | 3/27/2008 | 600.00 | 1,214.18 | 1,814.18 | 1,214.18 |
| 1001178795 | 3/27/2008 | 725.00 | 1,901.40 | 2,626.40 | 1,901.40 |
| 1001308836 | 3/27/2008 | 600.00 | 1,517.79 | 2,117.79 | 1,517.79 |
| 1000839944 | 3/27/2008 | 600.00 | 798.59 | 1,398.59 | 798.59 |
| 1001284042 | 3/27/2008 | 600.00 | 1,367.60 | 1,967.60 | 1,367.60 |
| 1000886227 | 3/27/2008 | 600.00 | 1,479.50 | 2,079.50 | 1,479.50 |
| 1001692936 | 3/27/2008 | 600.00 | 1,321.50 | 1,921.50 | 1,321.50 |
| 1001346811 | 3/27/2008 | 600.00 | 1,586.00 | 2,186.00 | 1,586.00 |
| 1000889104 | 3/27/2008 | 600.00 | 1,556.00 | 2,156.00 | 1,556.00 |
| 1000696423 | 3/27/2008 | 600.00 | 1,408.00 | 2,008.00 | 1,408.00 |
| 1001745420 | 3/27/2008 | 600.00 | 1,581.34 | 2,181.34 | 1,581.34 |
| 1001084946 | 3/27/2008 | 600.00 | 1,335.72 | 1,935.72 | 1,335.72 |
| 1001174880 | 3/27/2008 | 600.00 | 1,449.00 | 2,049.00 | 1,449.00 |
| 1000973281 | 3/27/2008 | 600.00 | 1,443.39 | 2,043.39 | 1,443.39 |
| 1001119288 | 3/27/2008 | 600.00 | 1,659.70 | 2,259.70 | 1,659.70 |
| 1000909073 | 3/27/2008 | 600.00 | 1,280.79 | 1,880.79 | 1,280.79 |
| 1001250010 | 3/27/2008 | 600.00 | 1,598.00 | 2,198.00 | 1,598.00 |
| 1001628743 | 3/27/2008 | 600.00 | 1,291.50 | 1,891.50 | 1,291.50 |
| 1001540711 | 3/27/2008 | 200.00 | | 200.00 | |
| 1001413116 | 3/27/2008 | 200.00 | | 200.00 | |
| 1001679361 | 3/27/2008 | 200.00 | | 200.00 | |
| 1001500143 | 3/27/2008 | 200.00 | | 200.00 | |
| 1000753668 | 3/28/2008 | | 1,444.85 | 1,444.85 | 1,444.85 |
| 1001327426 | 3/28/2008 | 600.00 | 814.56 | 1,414.56 | 814.56 |
| 1000901877 | 3/28/2008 | 725.00 | 1,744.49 | 2,469.49 | 1,744.49 |
| 1001306037 | 3/28/2008 | 600.00 | 1,598.82 | 2,198.82 | 1,598.82 |
| 1001517243 | 3/28/2008 | 600.00 | 1,821.78 | 2,421.78 | 1,821.78 |
| 1001038904 | 3/28/2008 | 600.00 | 552.92 | 1,152.92 | 552.92 |
| 1001469751 | 3/28/2008 | | 547.23 | 547.23 | 547.23 |
| 1001162975 | 3/28/2008 | 600.00 | 1,791.57 | 2,391.57 | 1,791.57 |
| 1001237657 | 3/28/2008 | 600.00 | 1,270.50 | 1,870.50 | 1,270.50 |
| 1001402452 | 3/28/2008 | 600.00 | 1,638.50 | 2,238.50 | 1,638.50 |
| 1001768101 | 3/28/2008 | 600.00 | 1,684.05 | 2,284.05 | 1,684.05 |
| 1001577222 | 3/28/2008 | 600.00 | 1,350.77 | 1,950.77 | 1,350.77 |
| 1001600986 | 3/28/2008 | 600.00 | 1,627.00 | 2,227.00 | 1,627.00 |
| 1001293768 | 3/28/2008 | 600.00 | 1,606.93 | 2,206.93 | 1,606.93 |

| | | | | |
|---|---|---|---|---|
| 1001180316 | 3/28/2008 | 600.00 | 853.11 | 1,453.11 | 853.11 |
| 1000672511 | 3/28/2008 | 600.00 | 1,186.00 | 1,786.00 | 1,186.00 |
| 1000959277 | 3/28/2008 | 600.00 | 1,498.91 | 2,098.91 | 1,498.91 |
| 1000821366 | 3/28/2008 | 600.00 | 1,499.98 | 2,099.98 | 1,499.98 |
| 1000844581 | 3/28/2008 | 600.00 | 1,401.50 | 2,001.50 | 1,401.50 |
| 1001444664 | 3/28/2008 | 500.00 | 1,825.23 | 2,325.23 | 1,825.23 |
| 1000808014 | 3/28/2008 | 600.00 | 1,205.50 | 1,805.50 | 1,205.50 |
| 1001760647 | 3/28/2008 | 600.00 | 1,392.00 | 1,992.00 | 1,392.00 |
| 1001142034 | 3/28/2008 | 600.00 | 1,855.75 | 2,455.75 | 1,855.75 |
| 1001479630 | 3/28/2008 | 600.00 | 2,338.34 | 2,938.34 | 2,338.34 |
| 1001175391 | 3/28/2008 | 600.00 | 1,681.02 | 2,281.02 | 1,681.02 |
| 1001080208 | 3/28/2008 | 600.00 | 1,523.50 | 2,123.50 | 1,523.50 |
| 1001120709 | 3/28/2008 | 600.00 | 1,219.94 | 1,819.94 | 1,219.94 |
| 1001171470 | 3/28/2008 | 600.00 | 1,354.97 | 1,954.97 | 1,354.97 |
| 1001018174 | 3/28/2008 | 600.00 | 1,217.00 | 1,817.00 | 1,217.00 |
| 1001023196 | 3/28/2008 | 600.00 | 1,272.26 | 1,872.26 | 1,272.26 |
| 1000969301 | 3/28/2008 | 600.00 | 1,158.40 | 1,758.40 | 1,158.40 |
| 1000967598 | 3/28/2008 | 600.00 | 1,555.60 | 2,155.60 | 1,555.60 |
| 1000889739 | 3/28/2008 | 600.00 | 1,329.59 | 1,929.59 | 1,329.59 |
| 1000930731 | 3/28/2008 | 600.00 | 1,211.09 | 1,811.09 | 1,211.09 |
| 1000821528 | 3/28/2008 | 600.00 | 1,299.91 | 1,899.91 | 1,299.91 |
| 1000846420 | 3/28/2008 | 600.00 | 1,407.59 | 2,007.59 | 1,407.59 |
| 1000703267 | 3/28/2008 | 600.00 | 1,232.39 | 1,832.39 | 1,232.39 |
| 1001197203 | 3/28/2008 | 600.00 | 1,181.50 | 1,781.50 | 1,181.50 |
| 1001271438 | 3/28/2008 | 600.00 | 1,406.60 | 2,006.60 | 1,406.60 |
| 1001225907 | 3/28/2008 | 600.00 | 1,323.26 | 1,923.26 | 1,323.26 |
| 1001228343 | 3/28/2008 | 600.00 | 1,137.00 | 1,737.00 | 1,137.00 |
| 1001222892 | 3/28/2008 | 600.00 | 1,520.58 | 2,120.58 | 1,520.58 |
| 1001222822 | 3/28/2008 | 600.00 | 1,767.50 | 2,367.50 | 1,767.50 |
| 1001350064 | 3/28/2008 | 600.00 | 1,219.54 | 1,819.54 | 1,219.54 |
| 1001552624 | 3/28/2008 | 600.00 | 1,339.00 | 1,939.00 | 1,339.00 |
| 1001545024 | 3/28/2008 | 600.00 | 1,476.50 | 2,076.50 | 1,476.50 |
| 1001406807 | 3/28/2008 | 600.00 | 1,484.00 | 2,084.00 | 1,484.00 |
| 1001321043 | 3/28/2008 | 600.00 | 1,982.50 | 2,582.50 | 1,982.50 |
| 1001537922 | 3/28/2008 | 600.00 | 1,387.32 | 1,987.32 | 1,387.32 |
| 1001306703 | 3/28/2008 | 600.00 | 1,691.00 | 2,291.00 | 1,691.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1001417984 | 3/28/2008 | 600.00 | 1,552.28 | 2,152.28 | 1,552.28 |
| 1001328582 | 3/28/2008 | 600.00 | 1,432.41 | 2,032.41 | 1,432.41 |
| 1001328564 | 3/28/2008 | 600.00 | 1,419.32 | 2,019.32 | 1,419.32 |
| 1001328601 | 3/28/2008 | 600.00 | 1,534.41 | 2,134.41 | 1,534.41 |
| 1001339478 | 3/28/2008 | 600.00 | 1,924.98 | 2,524.98 | 1,924.98 |
| 1001611598 | 3/28/2008 | 600.00 | 1,558.50 | 2,158.50 | 1,558.50 |
| 1001823870 | 3/28/2008 | 600.00 | 1,495.10 | 2,095.10 | 1,495.10 |
| 1001062328 | 3/28/2008 | 600.00 | 1,985.26 | 2,585.26 | 1,985.60 |
| 1001293270 | 3/28/2008 | 600.00 | 1,660.61 | 2,260.61 | 1,660.61 |
| 1000791212 | 3/28/2008 | 600.00 | 1,440.23 | 2,040.23 | 1,440.23 |
| 1000824103 | 3/28/2008 | 600.00 | 1,411.65 | 2,011.65 | 1,411.65 |
| 1000846612 | 3/28/2008 | 600.00 | 1,482.54 | 2,082.54 | 1,482.54 |
| 1000808027 | 3/28/2008 | | 887.63 | 887.63 | 887.63 |
| 1000880300 | 3/28/2008 | 600.00 | 1,410.23 | 2,010.23 | 1,410.23 |
| 1000796834 | 3/28/2008 | 600.00 | 1,342.90 | 1,942.90 | 1,342.90 |
| 1000873206 | 3/28/2008 | 600.00 | 1,555.88 | 2,155.88 | 1,555.88 |
| 1001178337 | 3/28/2008 | 200.00 | | 200.00 | |
| 1000753668 | 3/31/2008 | | 150.00 | 150.00 | 150.00 |
| 1000781842 | 3/31/2008 | 600.00 | 1,200.55 | 1,800.55 | 633.19 |
| 1000579004 | 3/31/2008 | 600.00 | 1,252.64 | 1,852.64 | 1,252.64 |
| 1001344246 | 3/31/2008 | 600.00 | 1,334.87 | 1,934.87 | 1,334.87 |
| 1001444128 | 3/31/2008 | 600.00 | 1,633.29 | 2,233.29 | 1,633.29 |
| 1001358180 | 3/31/2008 | 600.00 | 1,373.75 | 1,973.75 | 1,373.75 |
| 1001517766 | 3/31/2008 | 600.00 | 2,006.51 | 2,606.51 | 2,006.51 |
| 1000742790 | 3/31/2008 | 600.00 | 1,654.91 | 2,254.91 | 1,654.91 |
| 1000763332 | 3/31/2008 | 600.00 | 2,585.88 | 3,185.88 | 2,585.88 |
| 1000730689 | 3/31/2008 | 600.00 | 1,946.49 | 2,546.49 | 1,946.49 |
| 1000649772 | 3/31/2008 | 600.00 | 4,878.49 | 5,478.49 | 4,878.49 |
| 1001641004 | 3/31/2008 | 600.00 | 4,775.15 | 5,375.15 | 4,775.15 |
| 1001696581 | 3/31/2008 | 600.00 | 537.81 | 1,137.81 | 537.81 |
| 1001701932 | 3/31/2008 | 600.00 | 1,668.95 | 2,268.95 | 1,668.95 |
| 1001748999 | 3/31/2008 | 600.00 | 1,561.50 | 2,161.50 | 1,561.50 |
| 1001719815 | 3/31/2008 | 600.00 | 1,711.37 | 2,311.37 | 1,711.37 |
| 1001701013 | 3/31/2008 | 600.00 | 1,191.91 | 1,791.91 | 1,191.91 |
| 1001250062 | 3/31/2008 | 600.00 | 1,613.22 | 2,213.22 | 1,613.22 |
| 1001171548 | 3/31/2008 | 600.00 | 1,311.95 | 1,911.95 | 1,311.95 |

| | | | | | |
|---|---|---|---|---|---|
| 1001169548 | 3/31/2008 | 600.00 | 1,451.45 | 2,051.45 | 1,451.45 |
| 1000808655 | 3/31/2008 | 600.00 | 1,163.50 | 1,763.50 | 1,163.50 |
| 1001157343 | 3/31/2008 | 600.00 | 1,651.81 | 2,251.81 | 1,651.81 |
| 1000897969 | 3/31/2008 | 600.00 | 1,931.41 | 2,531.41 | 1,931.41 |
| 1000670266 | 3/31/2008 | 600.00 | 1,312.04 | 1,912.04 | 1,312.04 |
| 1001208946 | 3/31/2008 | 600.00 | 1,352.50 | 1,952.50 | 1,352.50 |
| 1001229133 | 3/31/2008 | 600.00 | 1,530.00 | 2,130.00 | 1,530.00 |
| 1001185111 | 3/31/2008 | 600.00 | 1,453.75 | 2,053.75 | 1,453.75 |
| 1001224252 | 3/31/2008 | 600.00 | 1,198.00 | 1,798.00 | 1,198.00 |
| 1001206388 | 3/31/2008 | 600.00 | 1,547.00 | 2,147.00 | 1,547.00 |
| 1001235501 | 3/31/2008 | 600.00 | 1,625.28 | 2,225.28 | 1,625.28 |
| 1001360512 | 3/31/2008 | 600.00 | 1,679.00 | 2,279.00 | 1,679.00 |
| 1001361842 | 3/31/2008 | 600.00 | 1,218.00 | 1,818.00 | 1,218.00 |
| 1001547560 | 3/31/2008 | 600.00 | 1,485.00 | 2,085.00 | 1,485.00 |
| 1001453262 | 3/31/2008 | 600.00 | 1,241.03 | 1,841.03 | 1,241.03 |
| 1001560702 | 3/31/2008 | 600.00 | 1,393.31 | 1,993.31 | 1,393.31 |
| 1001298237 | 3/31/2008 | 600.00 | 1,333.82 | 1,933.82 | 1,333.82 |
| 1001832330 | 3/31/2008 | 600.00 | 1,716.77 | 2,316.77 | 1,716.77 |
| 1001383830 | 3/31/2008 | 600.00 | 1,700.60 | 2,300.60 | 1,700.60 |
| 1001630044 | 3/31/2008 | 600.00 | 1,568.31 | 2,168.31 | 1,568.31 |
| 1001327679 | 3/31/2008 | | 1,213.67 | 1,213.67 | 1,213.67 |
| 1001240170 | 3/31/2008 | 600.00 | 2,471.17 | 3,071.17 | 2,471.17 |
| 1001026099 | 3/31/2008 | 200.00 | | 200.00 | |
| | Total: | 183,550.00 | 457,874.17 | 641,424.17 | 455,650.20 |