# EXHIBIT C PART 2

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0087185
Invoice Date:  3/3/2008

Attention:                                                                    7983.21634

Loan No: 1001423362                          Type:  Non-Jud Foreclosure/ CONV
Borrower:  ~~GONZALEZ, MARTHA~~
                 ~~533 STONEFORD AVENUE~~
                 ~~Oakland, CA   94605~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 3/3/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 10/15/2007 | Date Notice of Default Recorded | $13.00 |
| 10/17/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 10/29/2007 | Date Trustee Sale Guarantee Received | $785.00 |
| 2/4/2008 | Title Cost Endorsement | $50.00 |
| 2/7/2008 | Date Notice of Sale Mailed (Required by Statute) | $7.41 |
| 2/8/2008 | Date Publication Commenced (1st Pub) | $420.00 |
| 2/8/2008 | Date Notice of Sale Posted | $120.00 |
| 2/11/2008 | Assignment Recorded | $9.00 |
| 2/11/2008 | Date Notice of Sale Recorded | $9.00 |
| 2/11/2008 | SOT/Appointment Recorded | $10.00 |
| 2/28/2008 | Title Cost Endorsement | $25.00 |
| 3/1/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,470.50 |

*Post Cost*

PLEASE PAY AMOUNT DUE:     $2,070.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0087138
Invoice Date:  3/3/2008

Attention:                                                                      7983.21640

Loan No: 1001334077                          Type:  Non-Jud Foreclosure/ CONV
Borrower: MONTOYA, RICARDO
749 NORTH PEARWOOD
RIALTO, CA  92376

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 3/3/2008 | Trustee Fee | | $600.00 |
| | | **TOTAL FEES:** | $600.00 |
| 10/15/2007 | Date Notice of Default Recorded | | $13.00 |
| 10/18/2007 | 10 Day Mailings Sent (Required by Statute) | | $7.09 |
| 11/12/2007 | 1 Month Mailings Sent (Required by Statute) | | $7.08 |
| 11/12/2007 | Date Trustee Sale Guarantee Received | | $511.80 |
| 2/6/2008 | Date Notice of Sale Mailed (Required by Statute) | | $14.82 |
| 2/7/2008 | SOT/Appointment Recorded | | $15.00 |
| 2/7/2008 | Date Publication Commenced (1st Pub) | | $503.00 |
| 2/7/2008 | Assignment Recorded | | $15.00 |
| 2/7/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/7/2008 | Date Notice of Sale Recorded | | $15.00 |
| 2/26/2008 | Publication Endorsement Received | | $50.00 |
| 2/27/2008 | Title Cost Endorsement | | $25.00 |
| 3/1/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | **TOTAL EXPENSES:** | $1,311.79 |

*Post Cost*

PLEASE PAY AMOUNT DUE:    $1,911.79

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0087139
Invoice Date:  3/3/2008

Attention:                                                                7983.21647

Loan No: 1000860399                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~O"CAMPO, FERNANDO~~
~~2~~~~0 S ANITA AVENUE~~
~~CALEXICO, CA  92231~~

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 3/3/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/16/2007 | Date Notice of Default Recorded | | $9.00 |
| 10/19/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 11/12/2007 | Date Trustee Sale Guarantee Received | | $395.00 |
| 11/13/2007 | 1 Month Mailings Sent (Required by Statute) | | $21.27 |
| 2/5/2008 | Publication Endorsement Received | | $50.00 |
| 2/6/2008 | Date Notice of Sale Mailed (Required by Statute) | | $37.05 |
| 2/7/2008 | Date Publication Commenced (1st Pub) | | $489.50 |
| 2/7/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/8/2008 | Assignment Recorded | | $15.00 |
| 2/8/2008 | Date Notice of Sale Recorded | | $15.00 |
| 2/8/2008 | SOT/Appointment Recorded | | $15.00 |
| 2/27/2008 | Sale Endorsement Received | | $25.00 |
| 3/1/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,221.00 |

PLEASE PAY AMOUNT DUE:     $1,821.00

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No: FTS0087186
Invoice Date:  3/3/2008

Attention:                                                                7983.21648

Loan No: 1000878631                        Type:  Non-Jud Foreclosure/ CONV
Borrower: Cornejo, Leticia

254 Cinsolm Trail

Imperial, CA  92251

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/3/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 10/16/2007 | Date Notice of Default Recorded | $9.00 |
| 10/19/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 11/12/2007 | Date Trustee Sale Guarantee Received | $659.00 |
| 11/13/2007 | 1 Month Mailings Sent (Required by Statute) | $42.54 |
| 2/5/2008 | Publication Endorsement Received | $50.00 |
| 2/6/2008 | Date Notice of Sale Mailed (Required by Statute) | $51.87 |
| 2/8/2008 | Date Publication Commenced (1st Pub) | $546.11 |
| 2/8/2008 | Assignment Recorded | $15.00 |
| 2/8/2008 | Date Notice of Sale Recorded | $15.00 |
| 2/8/2008 | SOT/Appointment Recorded | $15.00 |
| 2/8/2008 | Date Notice of Sale Posted | $120.00 |
| 2/28/2008 | Title Cost Endorsement | $25.00 |
| 3/1/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,577.70 |

PLEASE PAY AMOUNT DUE:    $2,177.70

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0087187
Invoice Date:   3/3/2008

Attention:                                                                7983.21668

Loan No: 1001317173
Borrower: ~~PAYNE, SCOTT~~
          ~~13 SOUTH 19TH STREET~~
          ~~RICHMOND, CA   94804~~

Type:   Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|-----------------|--|--------|
| 3/3/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 10/16/2007 | Date Notice of Default Recorded | | $12.00 |
| 10/18/2007 | 10 Day Mailings Sent (Required by Statute) | | $7.09 |
| 11/13/2007 | Date Trustee Sale Guarantee Received | | $625.00 |
| 2/5/2008 | Publication Endorsement Received | | $50.00 |
| 2/6/2008 | Date Notice of Sale Mailed (Required by Statute) | | $14.82 |
| 2/8/2008 | SOT/Appointment Recorded | | $9.00 |
| 2/8/2008 | Date Publication Commenced (1st Pub) | | $390.20 |
| 2/8/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/8/2008 | Date Notice of Sale Recorded | | $6.00 |
| 2/28/2008 | Sale Endorsement Received | | $25.00 |
| 2/28/2008 | Assignment Recorded | | $15.00 |
| 2/28/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,289.11 |

PLEASE PAY AMOUNT DUE:    $1,889.11

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0087188
Invoice Date:  3/3/2008

Attention:                                                                 7983.21669

Loan No: 1001493956                              Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~O'GONDATTAR, PUSCHED~~
~~6667 WEST RIVER DRIVE~~
SACRAMENTO, CA   95830

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 3/3/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 10/16/2007 | Date Notice of Default Recorded | | $12.00 |
| 10/18/2007 | 10 Day Mailings Sent (Required by Statute) | | $7.09 |
| 11/13/2007 | Date Trustee Sale Guarantee Received | | $765.00 |
| 2/6/2008 | Title Cost Endorsement | | $50.00 |
| 2/6/2008 | Date Notice of Sale Mailed (Required by Statute) | | $7.41 |
| 2/7/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/8/2008 | Date Publication Commenced (1st Pub) | | $355.00 |
| 2/14/2008 | Date Notice of Sale Recorded | | $11.00 |
| 2/14/2008 | SOT/Appointment Recorded | | $14.00 |
| 2/28/2008 | Title Cost Endorsement | | $25.00 |
| 3/1/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 3/1/2008 | Assignment Recorded | | $15.00 |
| | | TOTAL EXPENSES: | $1,396.50 |

PLEASE PAY AMOUNT DUE:    $1,996.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0087189
Invoice Date:  3/3/2008

Attention:

7983.21679

Loan No: 1001246589
Borrower: CLARKE, ~~JEREMIAH~~
~~5552 45TH STREET~~
S~~ACRAMENTO, CA   95820~~

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 3/3/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/16/2007 | Date Notice of Default Recorded | | $12.00 |
| 10/19/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 11/14/2007 | Date Trustee Sale Guarantee Received | | $494.00 |
| 11/15/2007 | 1 Month Mailings Sent (Required by Statute) | | $7.09 |
| 2/6/2008 | Title Cost Endorsement | | $50.00 |
| 2/6/2008 | Date Notice of Sale Mailed (Required by Statute) | | $22.23 |
| 2/7/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/8/2008 | Date Publication Commenced (1st Pub) | | $355.00 |
| 2/11/2008 | Assignment Recorded | | $11.00 |
| 2/11/2008 | Date Notice of Sale Recorded | | $11.00 |
| 2/11/2008 | SOT/Appointment Recorded | | $14.00 |
| 2/28/2008 | Title Cost Endorsement | | $25.00 |
| 3/1/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,150.50 |

*Post Cost*

PLEASE PAY AMOUNT DUE:   $1,750.50

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0087140
Invoice Date:  3/3/2008

Attention:                                                          7983.21681

Loan No: 1001451118                          Type:  Non-Jud Foreclosure/ CONV
Borrower:  ~~DULAY, EDUARDO~~
~~31 31ST STREET~~
~~SAN DIEGO, CA 92102~~

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 3/3/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 10/16/2007 | Date Notice of Default Recorded | | $15.00 |
| 10/18/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 11/13/2007 | Date Trustee Sale Guarantee Received | | $515.00 |
| 2/5/2008 | Date Notice of Sale Mailed (Required by Statute) | | $14.82 |
| 2/6/2008 | Publication Endorsement Received | | $50.00 |
| 2/6/2008 | Date Publication Commenced (1st Pub) | | $270.00 |
| 2/6/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/7/2008 | Date Notice of Sale Recorded | | $15.00 |
| 2/7/2008 | SOT/Appointment Recorded | | $15.00 |
| 2/7/2008 | Assignment Recorded | | $15.00 |
| 2/26/2008 | Sale Endorsement Received | | $25.00 |
| 3/1/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,084.00 |

*Post Cost*

PLEASE PAY AMOUNT DUE:    $1,684.00

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0087116
Invoice Date:  3/3/2008

Attention:                                                          7983.21823

Loan No: 1001614464                          Type:  Non-Jud Foreclosure/ CONV
Borrower: SMITH, LYNNE
          1~~040 CRESCENT FALLS ST~~
          H~~ENDERSON, NV  89011~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/3/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 10/30/2007 | Date Notice of Default Recorded | $15.00 |
| 11/7/2007 | Date Trustee Sale Guarantee Received | $1,436.00 |
| 11/8/2007 | 10 Day Mailings Sent (Required by Statute) | $42.54 |
| 1/11/2008 | Publication Endorsement Received | $50.00 |
| 2/2/2008 | Date Notice of Sale Mailed (Required by Statute) | $84.12 |
| 2/4/2008 | Date Notice of Sale Posted | $120.00 |
| 2/4/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 2/6/2008 | Assignment Recording | $15.00 |
| 2/6/2008 | Date Notice of Sale Recorded | $15.00 |
| 2/6/2008 | SOT/Appointment Recorded | $15.00 |
| 2/22/2008 | Sale Endorsement Received | $25.00 |
| 3/1/2008 | Date Transfer Tax Advanxced | $1,141.58 |
| 3/1/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $3,294.24 |

*Post Cost*

PLEASE PAY AMOUNT DUE:      $3,894.24

Page 1

## Northwest Trustee Services, Inc.
**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

\*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0117701-IN |
| DATE : | Mar 03, 2008 |
| TRUSTEE NO : | 0079838     0093 |

CONTACT:                                                                                    Page 1 of 1

Loan No: 1001147351                                          Type:
Borrower: H■■■■■ ■■■■■■
Property Address: ■■■■ Southeast Henderson Stree■

Portland, OR 97266

| | | |
|---|---|---|
| 03/03/2008  Trustee - Monitor Fee/OR | | 200.00 |
| | TOTAL FEES: | $200.00 |

**PLEASE PAY AMOUNT DUE**.................................  **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,550.00 | $ 5,000.00 | $ 4,050.00 | $ 7,000.00 | $ 4,900.00 | $ 24,500.00 |

**This is the total outstanding invoices for your client number at this date.**

## Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA 98006**
**(425) 586-1900**

\*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX 75063

| | |
|---|---|
| INVOICE NO : | 0117702-IN |
| DATE : | Mar 03, 2008 |
| TRUSTEE NO : | 0079838     0097 |

CONTACT:                                                                                          Page 1 of 1

Loan No: 1000943375                               Type:
Borrower: ████████████████
Property Address: ████████████████
ROSEVILLE, CA 95678 ███

| | | |
|---|---|---:|
| 03/03/2008 | Trustee - Monitor Fee/CA | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**.................................. **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,550.00 | $ 5,000.00 | $ 4,050.00 | $ 7,000.00 | $ 4,900.00 | $ 24,500.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0087438
Invoice Date:  3/4/2008

Attention:                                                                      7983.21635

Loan No: 1001538165
Borrower: ~~PABLO, ARTURO~~
~~4055 AVONDALE LANE~~
~~HAYWARD, CA   94545~~

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|-----------------|--------|
| 3/4/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 10/16/2007 | Date Notice of Default Recorded | $13.00 |
| 10/17/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 10/29/2007 | Date Trustee Sale Guarantee Received | $845.00 |
| 11/9/2007 | 1 Month Mailings Sent (Required by Statute) | $7.09 |
| 2/5/2008 | Publication Endorsement Received | $50.00 |
| 2/6/2008 | Date Notice of Sale Mailed (Required by Statute) | $14.82 |
| 2/8/2008 | SOT/Appointment Recorded | $10.00 |
| 2/8/2008 | Date Notice of Sale Recorded | $9.00 |
| 2/12/2008 | Date Notice of Sale Posted | $120.00 |
| 2/12/2008 | Date Publication Commenced (1st Pub) | $512.27 |
| 3/3/2008 | Sale Endorsement Received | $25.00 |
| 3/3/2008 | Cost - Record Trustee's Deed | $15.00 |
| 3/3/2008 | Assignment Recorded | $15.00 |
| | **TOTAL EXPENSES:** | $1,643.27 |

PLEASE PAY AMOUNT DUE:     $2,243.27

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0087439
Invoice Date:  3/4/2008

Attention:                                                        7983.21696

Loan No: 1001140238                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~JUVAN, RODOLFO~~
~~8869 MELODY WAY~~
~~RIVERSIDE, CA  92504~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/4/2008 | Trustee Fee | $500.00 |
| | TOTAL FEES: | $500.00 |
| | | |
| 10/18/2007 | Date Notice of Default Recorded | $12.00 |
| 10/24/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 11/14/2007 | Date Trustee Sale Guarantee Received | $225.00 |
| 11/14/2007 | 1 Month Mailings Sent (Required by Statute) | $14.18 |
| 2/13/2008 | Date Notice of Sale Mailed (Required by Statute) | $29.64 |
| 2/15/2008 | SOT/Appointment Recorded | $10.00 |
| 2/15/2008 | Date Notice of Sale Recorded | $7.00 |
| 2/15/2008 | Date Publication Commenced (1st Pub) | $380.00 |
| 2/15/2008 | Date Notice of Sale Posted | $120.00 |
| | TOTAL EXPENSES: | $812.00 |

PLEASE PAY AMOUNT DUE:      $1,312.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0087440
Invoice Date:  3/4/2008

Attention:

7983.21752

Loan No: 1001091728                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~ELLAO, JORGE~~
~~1104 68th AVENUE~~
~~OAKLAND, CA   94621~~

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 3/4/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/19/2007 | Date Notice of Default Recorded | | $13.00 |
| 10/24/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 11/6/2007 | Date Trustee Sale Guarantee Received | | $650.00 |
| 11/14/2007 | 1 Month Mailings Sent (Required by Statute) | | $35.45 |
| 2/8/2008 | Publication Endorsement Received | | $50.00 |
| 2/9/2008 | Date Notice of Sale Mailed (Required by Statute) | | $44.46 |
| 2/13/2008 | Date Publication Commenced (1st Pub) | | $420.00 |
| 2/14/2008 | Date Notice of Sale Recorded | | $10.00 |
| 2/14/2008 | SOT/Appointment Recorded | | $13.00 |
| 2/29/2008 | Date Notice of Sale Posted | | $120.00 |
| 3/3/2008 | Assignment Recorded | | $10.00 |
| | | TOTAL EXPENSES: | $1,380.09 |

*Post Cost*

PLEASE PAY AMOUNT DUE:     $1,980.09

### Northwest Trustee Services, Inc.
**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0117706-IN |
| DATE : | Mar 04, 2008 |
| TRUSTEE NO : | 0079838    0271 |

CONTACT:                                                                     Page 1 of 1

Loan No: 1001682147                               Type:
Borrower: ~~Bonnwell, Rebecca~~
Property Address: ~~xxxxxxxxxxxxxxxx~~

~~Claremont, CA 91711~~

| | | |
|---|---|---|
| 03/04/2008 | Trustee - Monitor Fee/CA | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE..................................** **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,750.00 | $ 4,400.00 | $ 4,650.00 | $ 6,800.00 | $ 5,100.00 | $ 24,700.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**
3535 Factoria Blvd SE, #220
Bellevue, WA 98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX  75063

| | |
|---|---|
| INVOICE NO : | 0117707-IN |
| DATE : | Mar 04, 2008 |
| TRUSTEE NO : | 0079838    0229 |

CONTACT:

Page 1 of 1

Loan No: 1001675717
Borrower: ~~Condomino, Eduardo M~~
Property Address: ~~3423 Waterville Way~~

Type:

~~Sacramento, CA 95826~~

| | | |
|---|---|---|
| 03/04/2008  Trustee - Monitor Fee/CA | | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**.................................  **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,950.00 | $ 4,400.00 | $ 4,650.00 | $ 6,800.00 | $ 5,100.00 | $ 24,900.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd, Suite 200
Irving,  TX   75063

Invoice No:  FTS0087476
Invoice Date:  3/5/2008

Attention:                                                                          7983.21316

Loan No: 1001310198                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~VARGAS, CORINA~~
~~3600 SIERRA AVENUE~~
~~NOROO, CA  92860~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/5/2008 | Trustee Fee | $500.00 |
| | TOTAL FEES: | $500.00 |
| 9/14/2007 | Date Notice of Default Recorded | $12.00 |
| 9/19/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 10/1/2007 | Date Trustee Sale Guarantee Received | $450.00 |
| 10/2/2007 | 1 Month Mailings Sent (Required by Statute) | $7.09 |
| 1/8/2008 | Title Cost Endorsement | $50.00 |
| 1/8/2008 | Date Notice of Sale Mailed (Required by Statute) | $14.82 |
| 1/10/2008 | Assignment Recorded | $10.00 |
| 1/10/2008 | Date Notice of Sale Recorded | $10.00 |
| 1/10/2008 | Date Publication Commenced (1st Pub) | $335.92 |
| 1/10/2008 | SOT/Appointment Recorded | $10.00 |
| 1/10/2008 | Date Notice of Sale Posted | $120.00 |
| 2/29/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,059.01 |

PLEASE PAY AMOUNT DUE:      $1,559.01

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0087494
Invoice Date:  3/5/2008

Attention:                                                                 7983.21756

Loan No: 1001092030                     Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~SHERMAN, MICHELLE~~
~~106 WEST 6TH STREET~~
~~ANTIOCH, CA   94509~~

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 3/5/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 12/10/2007 | Date Notice of Default Recorded | | $12.00 |
| 12/12/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 1/4/2008 | Date Trustee Sale Guarantee Received | | $765.00 |
| 1/5/2008 | 1 Month Mailings Sent (Required by Statute) | | $51.31 |
| | | TOTAL EXPENSES: | $842.49 |

PLEASE PAY AMOUNT DUE:     $1,442.49

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0087477
Invoice Date:  3/5/2008

Attention:                                                          7983.21846

Loan No: 1000843535                      Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~MELLO, MART~~
~~119 WEST GETTYSBURG~~
~~FRESNO, CA  93706~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 3/5/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/2/2007 | Date Notice of Default Recorded | $12.00 |
| 11/6/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 11/8/2007 | Date Trustee Sale Guarantee Received | $540.00 |
| 11/28/2007 | 1 Month Mailings Sent (Required by Statute) | $14.18 |
| 2/6/2008 | Publication Endorsement Received | $50.00 |
| 2/8/2008 | Date Notice of Sale Mailed (Required by Statute) | $22.23 |
| 2/14/2008 | SOT/Appointment Recorded | $15.00 |
| 2/14/2008 | Date Notice of Sale Recorded | $15.00 |
| 2/15/2008 | Date Notice of Sale Posted | $120.00 |
| 2/15/2008 | Date Publication Commenced (1st Pub) | $375.00 |
| | TOTAL EXPENSES: | $1,170.50 |

PLEASE PAY AMOUNT DUE:     $1,770.50

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0087478
Invoice Date:  3/5/2008

Attention:                                                                    7983.21899

Loan No: 1001422757                         Type:  Non-Jud Foreclosure/ CONV
Borrower:  ~~HELEN, LESLIE~~
~~36614 EMPEROR DRIVE~~
~~CANYON LAKE, CA   92587~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/5/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 11/9/2007 | Date Notice of Default Recorded | $12.00 |
| 11/13/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 11/30/2007 | Date Trustee Sale Guarantee Received | $1,260.00 |
| 12/4/2007 | 1 Month Mailings Sent (Required by Statute) | $35.45 |
| 2/20/2008 | Publication Endorsement Received | $50.00 |
| 2/20/2008 | Date Notice of Sale Mailed (Required by Statute) | $66.69 |
| 2/22/2008 | Date Notice of Sale Recorded | $15.00 |
| 2/22/2008 | Date Publication Commenced (1st Pub) | $240.00 |
| 2/22/2008 | SOT/Appointment Recorded | $15.00 |
| 2/24/2008 | Date Notice of Sale Posted | $120.00 |
| | **TOTAL EXPENSES:** | $1,821.23 |

**PLEASE PAY AMOUNT DUE:**     $2,421.23

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0087479
Invoice Date:  3/5/2008

Attention:                                                                  7983.21910

Loan No: 1001697477                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~MASOUDIAN, DEAN~~
~~64 SHORTHORN STREET~~
~~PATTERSON, CA  95363~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/5/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/9/2007 | Date Notice of Default Recorded | $12.00 |
| 11/10/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/5/2007 | Date Trustee Sale Guarantee Received | $765.00 |
| 2/28/2008 | Date Notice of Sale Recorded | $15.00 |
| 2/28/2008 | SOT/Appointment Recorded | $15.00 |
| 3/3/2008 | Publication Endorsement Received | $50.00 |
| 3/3/2008 | Date Notice of Sale Mailed (Required by Statute) | $7.41 |
| 3/4/2008 | Date Publication Commenced (1st Pub) | $600.00 |
| 3/4/2008 | Date Notice of Sale Posted | $120.00 |
| | TOTAL EXPENSES: | $1,591.50 |

PLEASE PAY AMOUNT DUE:    $2,191.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0087480
Invoice Date:  3/5/2008

Attention:                                                          7983.21942

Loan No: 1001044462                        Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~RODRIGUEZ, ALFREDO~~
~~7686 VICTOR AVENUE~~
~~HESPERIA, CA  92345~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 3/5/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 12/12/2007 | Date Notice of Default Recorded | $13.00 |
| 12/17/2007 | 10 Day Mailings Sent (Required by Statute) | $21.27 |
| 1/10/2008 | Date Trustee Sale Guarantee Received | $506.00 |
| 1/11/2008 | 1 Month Mailings Sent (Required by Statute) | $35.45 |
| | TOTAL EXPENSES: | $575.72 |

PLEASE PAY AMOUNT DUE:    $1,175.72

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0087481
Invoice Date:  3/5/2008

Attention:                                                                    7983.21956

Loan No: 1000744212                              Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~OGBODO, SUNDAY~~
~~7901 ORD VINE ROAD~~
~~SACRAMENTO, CA  96828~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/5/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/14/2007 | Date Notice of Default Recorded | $12.00 |
| 11/20/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/12/2007 | Date Trustee Sale Guarantee Received | $412.00 |
| 12/13/2007 | 1 Month Mailings Sent (Required by Statute) | $21.27 |
| 2/22/2008 | Publication Endorsement Received | $50.00 |
| 2/26/2008 | Date Publication Commenced (1st Pub) | $176.67 |
| 3/3/2008 | Recission Recording | $9.00 |
| | TOTAL EXPENSES: | $688.03 |

PLEASE PAY AMOUNT DUE:          $1,288.03

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0087482
Invoice Date: 3/5/2008

Attention:                                                              7983.21974

Loan No: 1001230234                          Type: Non-Jud Foreclosure/ CONV
Borrower: MORENO, JOSE

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/5/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/15/2007 | Date Notice of Default Recorded | $12.00 |
| 11/17/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 12/13/2007 | Date Trustee Sale Guarantee Received | $725.00 |
| 12/13/2007 | 1 Month Mailings Sent (Required by Statute) | $21.27 |
| 2/28/2008 | SOT/Appointment Recorded | $15.00 |
| 2/29/2008 | Publication Endorsement Received | $50.00 |
| 2/29/2008 | Date Notice of Sale Recorded | $15.00 |
| 2/29/2008 | Date Notice of Sale Mailed (Required by Statute) | $51.87 |
| 3/1/2008 | Date Publication Commenced (1st Pub) | $600.00 |
| 3/3/2008 | Date Notice of Sale Posted | $120.00 |
| | TOTAL EXPENSES: | $1,624.32 |

PLEASE PAY AMOUNT DUE:      $2,224.32

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0087681
Invoice Date:  3/6/2008

Attention:                                                                7983.21147

Loan No: 1001250084                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~Nguyen, Thanh~~
~~34138 Callaway Avenue~~
~~Bend, OR   97702~~

| Date | Item Description | | Amount |
|------|------------------|--|-------:|
| 3/6/2008 | Trustee Fee | | $675.00 |
| | | TOTAL FEES: | $675.00 |
| 9/20/2007 | Trustee Sale Guarantee Received | | $853.00 |
| 10/31/2007 | Notice of Default Recorded | | $36.00 |
| 10/31/2007 | Appointment Recorded | | $31.00 |
| 10/31/2007 | Assignment Recorded | | $31.00 |
| 11/5/2007 | Notice of Sale Mailed (Required by Statute) | | $12.00 |
| 11/19/2007 | Notice of Sale Served | | $77.50 |
| 12/6/2007 | Publication Commenced | | $866.20 |
| 2/22/2008 | Affidavits Package Recorded | | $81.00 |
| 3/5/2008 | Cost - Record Trustee's Deed | | $41.00 |
| 3/5/2008 | Sale Completed/Read | | $110.00 |
| | | TOTAL EXPENSES: | $2,138.70 |

PLEASE PAY AMOUNT DUE:          $2,813.70

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0087586
Invoice Date:  3/6/2008

Attention:                                                    7983.21184

Loan No: 1001679267                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~EHSAN, MOHAMMAD~~
~~1300 RIVERSIDE COURT~~
~~MERCED, CA   95340~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/6/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/18/2007 | Date Notice of Default Recorded | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | $725.00 |
| 10/7/2007 | 1 Month Mailings Sent (Required by Statute) | $21.27 |
| 1/11/2008 | Publication Endorsement Received | $50.00 |
| | TOTAL EXPENSES: | $815.36 |

PLEASE PAY AMOUNT DUE:   $1,415.36

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0087587
Invoice Date:  3/6/2008

Attention:

7983.21642

Loan No: 1000798522                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~PERSON, MARINIC~~
~~8 SOUTH KNOTT AVEN~~
~~ANAHEIM, CA  92804~~

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 3/6/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/16/2007 | Date Notice of Default Recorded | | $9.00 |
| 10/18/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 11/12/2007 | Date Trustee Sale Guarantee Received | | $837.00 |
| 11/13/2007 | 1 Month Mailings Sent (Required by Statute) | | $63.81 |
| 2/12/2008 | Title Cost Endorsement | | $50.00 |
| 2/12/2008 | Date Notice of Sale Mailed (Required by Statute) | | $81.51 |
| 2/13/2008 | Date Publication Commenced (1st Pub) | | $375.00 |
| 2/13/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/15/2008 | Assignment Recorded | | $15.00 |
| 2/15/2008 | Date Notice of Sale Recorded | | $15.00 |
| 2/15/2008 | SOT/Appointment Recorded | | $15.00 |
| 3/4/2008 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $1,620.50 |

PLEASE PAY AMOUNT DUE:          $2,220.50

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0087579
Invoice Date:  3/6/2008

Attention:

7983.21666

Loan No: 1001421705
Borrower: ~~DELGADO, FRANCISCO~~
~~3434 CHRISTINA AVENUE~~
~~STOCKTON, CA  95204~~

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|---|---|---|
| 3/6/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 10/17/2007 | Date Notice of Default Recorded | $12.00 |
| 10/18/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 11/13/2007 | 1 Month Mailings Sent (Required by Statute) | $7.08 |
| 11/13/2007 | Date Trustee Sale Guarantee Received | $675.00 |
| 2/8/2008 | Publication Endorsement Received | $50.00 |
| 2/11/2008 | Date Notice of Sale Mailed (Required by Statute) | $22.23 |
| 2/13/2008 | Date Publication Commenced (1st Pub) | $641.27 |
| 2/14/2008 | SOT/Appointment Recorded | $11.00 |
| 2/14/2008 | Date Notice of Sale Recorded | $8.00 |
| 2/14/2008 | Assignment Recorded | $10.00 |
| 2/17/2008 | Date Notice of Sale Posted | $120.00 |
| 3/4/2008 | Sale Endorsement Received | $25.00 |
| 3/4/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,610.76 |

PLEASE PAY AMOUNT DUE:    $2,210.76

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0087580
Invoice Date:  3/6/2008

7983.21676

Attention:

Loan No:  1001544073          Type:  Non-Jud Foreclosure/ CONV

Borrower: ~~SIMMONS, DENNIS~~
~~500 TANGERINE STREET~~
~~BAKERSFIELD, CA   93306~~

| Date | Item Description | | Amount |
|------|-----------------|--|--------|
| 3/6/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/17/2007 | Date Notice of Default Recorded | | $11.00 |
| 10/18/2007 | 10 Day Mailings Sent (Required by Statute) | | $7.09 |
| 10/29/2007 | Date Trustee Sale Guarantee Received | | $510.00 |
| 11/13/2007 | 1 Month Mailings Sent (Required by Statute) | | $7.08 |
| 2/8/2008 | Publication Endorsement Received | | $50.00 |
| 2/11/2008 | Date Notice of Sale Mailed (Required by Statute) | | $14.82 |
| 2/13/2008 | Date Publication Commenced (1st Pub) | | $352.55 |
| 2/13/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/14/2008 | Assignment Recorded | | $10.00 |
| 2/14/2008 | Date Notice of Sale Recorded | | $8.00 |
| 2/14/2008 | SOT/Appointment Recorded | | $11.00 |
| 3/4/2008 | Sale Endorsement Received | | $25.00 |
| 3/4/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,141.54 |

PLEASE PAY AMOUNT DUE:   $1,741.54

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0087588
Invoice Date: 3/6/2008

Attention:                                                                          7983.21698

Loan No: 1001041832                               Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/6/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 10/18/2007 | Date Notice of Default Recorded | $12.00 |
| 10/24/2007 | 10 Day Mailings Sent (Required by Statute) | $21.27 |
| 11/14/2007 | Date Trustee Sale Guarantee Received | $615.60 |
| 11/14/2007 | 1 Month Mailings Sent (Required by Statute) | $77.99 |
| 2/7/2008 | Publication Endorsement Received | $50.00 |
| 2/7/2008 | Date Notice of Sale Recorded | $15.00 |
| 2/8/2008 | SOT/Appointment Recorded | $15.00 |
| 2/8/2008 | Assignment Recorded | $15.00 |
| 2/8/2008 | Date Notice of Sale Mailed (Required by Statute) | $96.33 |
| 2/15/2008 | Date Publication Commenced (1st Pub) | $431.60 |
| 2/24/2008 | Date Notice of Sale Posted | $120.00 |
| | TOTAL EXPENSES: | $1,469.79 |

PLEASE PAY AMOUNT DUE:      $2,069.79

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0087673
Invoice Date:  3/6/2008

Attention:                                                                          7983.21817

Loan No: 1001374408                              Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~Cervela, Leonard~~
~~1200 Brant Drive~~
~~Sandy, OR 97055~~

| Date | Item Description | Amount |
|---|---|---|
| 10/30/2007 | Assignment Prepared | $50.00 |
| 3/6/2008 | Trustee Fee | $675.00 |
| | TOTAL FEES: | $725.00 |
| | | |
| 10/31/2007 | Trustee Sale Guarantee Received | $690.00 |
| 11/9/2007 | Notice of Default Recorded | $36.00 |
| 11/9/2007 | Appointment Recorded | $31.00 |
| 11/9/2007 | Assignment Recorded | $31.00 |
| 11/13/2007 | Notice of Sale Mailed (Required by Statute) | $36.00 |
| 11/16/2007 | Notice of Sale Served | $150.00 |
| 12/20/2007 | Publication Commenced | $749.20 |
| 2/15/2008 | Affidavits Package Recorded | $81.00 |
| 3/6/2008 | Record Recission of NODES | $41.00 |
| | TOTAL EXPENSES: | $1,845.20 |

PLEASE PAY AMOUNT DUE:        $2,570.20

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0087589
Invoice Date:  3/6/2008

Attention:                                                                    7983.21847

Loan No:  1001063302                          Type:  Non-Jud Foreclosure/ CONV
Borrower:  ~~BOOEY, DANIEL~~
~~9~~ ~~OAK VISTA COURT~~
~~Lafayette, CA   94549~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/6/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/2/2007 | Date Notice of Default Recorded | $12.00 |
| 11/7/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 11/21/2007 | Date Trustee Sale Guarantee Received | $1,419.60 |
| 11/30/2007 | 1 Month Mailings Sent (Required by Statute) | $56.72 |
| 2/8/2008 | Assignment Recorded | $15.00 |
| 2/8/2008 | Publication Endorsement Received | $50.00 |
| 2/8/2008 | SOT/Appointment Recorded | $15.00 |
| 2/8/2008 | Date Notice of Sale Recorded | $15.00 |
| 2/9/2008 | Date Notice of Sale Mailed (Required by Statute) | $66.69 |
| 2/15/2008 | Date Publication Commenced (1st Pub) | $701.80 |
| 2/15/2008 | Date Notice of Sale Posted | $120.00 |
| | TOTAL EXPENSES: | $2,485.99 |

PLEASE PAY AMOUNT DUE:    $3,085.99

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0087583
Invoice Date:  3/6/2008

Attention:

7983.21872

Loan No: 1001710433

Type:  Non-Jud Foreclosure/ CONV

Borrower: ~~RODRIGUEZ, HELMIRA~~
~~120 WELD STREET~~
~~Oakland, CA  94612~~

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 3/6/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 11/5/2007 | Date Notice of Default Recorded | | $13.00 |
| 11/7/2007 | 10 Day Mailings Sent (Required by Statute) | | $7.09 |
| 11/28/2007 | Date Trustee Sale Guarantee Received | | $785.00 |
| 11/28/2007 | 1 Month Mailings Sent (Required by Statute) | | $7.08 |
| 2/8/2008 | Publication Endorsement Received | | $50.00 |
| 2/9/2008 | Date Notice of Sale Mailed (Required by Statute) | | $22.23 |
| 2/13/2008 | Date Publication Commenced (1st Pub) | | $420.00 |
| 2/14/2008 | Assignment Recorded | | $10.00 |
| 2/14/2008 | Date Notice of Sale Recorded | | $8.00 |
| 2/14/2008 | SOT/Appointment Recorded | | $11.00 |
| 2/17/2008 | Date Notice of Sale Posted | | $120.00 |
| 3/4/2008 | Title Cost Endorsement | | $25.00 |
| 3/4/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,493.40 |

PLEASE PAY AMOUNT DUE:   $2,093.40

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0087600
Invoice Date:  3/6/2008

Attention:                                                                7983.22231

Loan No: 1001109147                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~Jeremy Robinson~~
~~4100 Holmes Road~~
~~Coeur d' Alene  ID  83815~~

| Date | Item Description | | Amount |
|------|-----------------|--|--------|
| 3/6/2008 | Trustee Fee | | $300.00 |
| | | TOTAL FEES: | $300.00 |
| 2/26/2008 | Trustee Sale Guarantee Received | | $778.00 |
| | | TOTAL EXPENSES: | $778.00 |
| | | PLEASE PAY AMOUNT DUE: | $1,078.00 |

Page 1

## Northwest Trustee Services, Inc.
**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0118077-IN |
| DATE : | Mar 07, 2008 |
| TRUSTEE NO : | 0079838      0328 |

CONTACT:                                                                                                Page 1 of 1

Loan No: 1001631809                                          Type:
Borrower: ▓▓▓▓▓▓▓▓▓▓
Property Address: ▓▓▓▓ ALFALFA ▓▓▓▓▓ ▓▓▓▓

▓▓▓▓, OR ▓▓▓▓▓

| | | |
|---|---|---:|
| 03/07/2008 | Trustee - Monitor Fee/OR | 200.00 |
| | TOTAL FEES: | **$200.00** |

**PLEASE PAY AMOUNT DUE.................................   $200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,750.00 | $ 4,800.00 | $ 3,850.00 | $ 6,400.00 | $ 6,300.00 | $ 25,100.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0087865
Invoice Date:  3/10/2008

Attention:                                                          7983.21112

Loan No: 1001168702                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~LAVERNE, RICHARD~~
~~1661 DALTON AVE.~~
~~CAMDER, Ohio 03657~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 3/10/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 8/16/2007 | Date Notice of Default Recorded | $12.00 |
| 8/22/2007 | Date Trustee Sale Guarantee Received | $650.00 |
| 8/23/2007 | 1 Month Mailings Sent (Required by Statute) | $21.27 |
| 8/24/2007 | 10 Day Mailings Sent (Required by Statute) | $28.36 |
| | TOTAL EXPENSES: | $711.63 |

*post cost* (handwritten)

PLEASE PAY AMOUNT DUE:     $1,311.63

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0087866
Invoice Date:  3/10/2008

Attention:                                                7983.21748

Loan No: 1001232623                      Type:  Non-Jud Foreclosure/CONV
Borrower: ~~LUDLOW, CHRISTOPHER~~
~~5423 MIMOSA WAY~~
~~PALMDALE, CA  93551~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 3/10/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 10/19/2007 | Date Notice of Default Recorded | $12.00 |
| 10/24/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 11/14/2007 | Date Trustee Sale Guarantee Received | $567.00 |
| 11/16/2007 | 1 Month Mailings Sent (Required by Statute) | $28.36 |
| 2/7/2008 | Publication Endorsement Received | $50.00 |
| 2/13/2008 | Date Notice of Sale Posted | $120.00 |
| 2/13/2008 | Date Notice of Sale Mailed (Required by Statute) | $37.05 |
| 2/14/2008 | Title Cost Endorsement | $50.00 |
| 2/15/2008 | Date Publication Commenced (1st Pub) | $620.00 |
| 2/20/2008 | SOT/Appointment Recorded | $15.00 |
| 2/20/2008 | Date Notice of Sale Recorded | $15.00 |
| 2/20/2008 | Assignment Recorded | $15.00 |
| | **TOTAL EXPENSES:** | $1,536.50 |

PLEASE PAY AMOUNT DUE:      $2,136.50

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0087873
Invoice Date:  3/10/2008

Attention:

7983.21995

Loan No:  1001349428
Borrower:  ~~CHRISTIAN, PAULETTE~~
~~41 CAROLINA ST.~~
~~NAPA, CA   94000~~

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/10/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/16/2007 | Date Notice of Default Recorded | $10.00 |
| 11/22/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/15/2007 | Date Trustee Sale Guarantee Received | $623.00 |
| 12/15/2007 | 1 Month Mailings Sent (Required by Statute) | $28.36 |
| 2/14/2008 | Publication Endorsement Received | $50.00 |
| 2/20/2008 | Date Notice of Sale Mailed (Required by Statute) | $37.05 |
| 2/22/2008 | Date Publication Commenced (1st Pub) | $499.05 |
| 2/24/2008 | Date Notice of Sale Posted | $120.00 |
| | TOTAL EXPENSES: | $1,374.55 |

*Post Cost*

PLEASE PAY AMOUNT DUE:   $1,974.55

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0087867
Invoice Date:  3/10/2008

Attention:                                                      7983.22134

Loan No: 1000896107
Borrower: ~~██████████~~
~~████ Diablo Court~~
~~██ Valley, NY ██████~~

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|-----------------|--------|
| 3/10/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 12/5/2007 | Date Notice of Default Recorded | $16.00 |
| 12/8/2007 | 10 Day Mailings Sent (Required by Statute) | $40.35 |
| 12/13/2007 | Date Trustee Sale Guarantee Received | $480.00 |
| 3/7/2008 | Publication Endorsement Received | $50.00 |
| | TOTAL EXPENSES: | $586.35 |

*Post Cost*

PLEASE PAY AMOUNT DUE:      $1,186.35

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0087868
Invoice Date:  3/10/2008

Attention:                                                    7983.22138

Loan No: 1001704841                    Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 3/10/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 12/6/2007 | Date Notice of Default Recorded | $30.00 |
| 12/11/2007 | Date Trustee Sale Guarantee Received | $2,044.00 |
| 12/11/2007 | 10 Day Mailings Sent (Required by Statute) | $28.36 |
| 3/5/2008 | Publication Endorsement Received | $50.00 |
| | TOTAL EXPENSES: | $2,152.36 |

*Post Cost*

PLEASE PAY AMOUNT DUE:      $2,752.36

Page 1

**Northwest Trustee Services, Inc.**
3535 Factoria Blvd SE, #220
Bellevue, WA 98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX  75063

| INVOICE NO : | 0118132-IN |
| DATE : | Mar 10, 2008 |
| TRUSTEE NO : | 0079838    0311 |

CONTACT:                                                               Page 1 of 1

Loan No: 1001353396                                    Type:
Borrower: ~~Medrano, Florentino Dolores~~
Property Address: 3~~047 Cotton Avenue~~

~~North Las Vegas, NV 89052~~

| 03/10/2008 | Trustee - Monitor Fee/NV | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE**................................. **$200.00**

.

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,700.00 | $ 4,650.00 | $ 3,850.00 | $ 6,800.00 | $ 6,300.00 | $ 25,300.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**

3535 Factoria Blvd SE, #220
Bellevue, WA 98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX  75063

| | | |
|---|---|---|
| INVOICE NO : | 0118133-IN | |
| DATE : | Mar 10, 2008 | |
| TRUSTEE NO : | 0079838 | 0265 |

CONTACT:                                                                    Page 1 of 1

Loan No: 1001093187                                      Type:
Borrower: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Property Address: 1▓▓▓▓▓▓▓▓▓▓▓▓
                        ▓▓▓▓▓▓▓▓▓▓▓▓

| | | |
|---|---|--:|
| 03/10/2008   Trustee - Monitor Fee/CA | | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE...............................    $200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,900.00 | $ 4,650.00 | $ 3,850.00 | $ 6,800.00 | $ 6,300.00 | $ 25,500.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**
3535 Factoria Blvd SE, #220
Bellevue, WA 98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX 75063

| | | |
|---|---|---|
| INVOICE NO : | 0118134-IN | |
| DATE : | Mar 10, 2008 | |
| TRUSTEE NO : | 0079838 | 0289 |

CONTACT:                                                                         Page 1 of 1

Loan No: 1001572253                              Type:
Borrower:
Property Address:

San Francisco, CA 94124

| | | | |
|---|---|---|---|
| 03/10/2008 | Trustee - Monitor Fee/CA | | 200.00 |
| | | TOTAL FEES: | $200.00 |

PLEASE PAY AMOUNT DUE.................................    **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,100.00 | $ 4,650.00 | $ 3,850.00 | $ 6,800.00 | $ 6,300.00 | $ 25,700.00 |

**This is the total outstanding invoices for your client number at this date.**

## Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0118137-IN |
| DATE : | Mar 10, 2008 |
| TRUSTEE NO : | 0079838    0156 |

CONTACT:

Page 1 of 1

Loan No: 1001543913
Borrower: ~~Demboffe, Joseph Otis and~~
Property Address: ~~4540-1550 83rd Avenue~~
~~Oakland, CA 94621~~

Type:

| | | |
|---|---|---|
| 03/10/2008   Trustee - Monitor Fee/CA | | 200.00 |
| | TOTAL FEES: | $200.00 |

PLEASE PAY AMOUNT DUE.................................  $200.00

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,300.00 | $ 4,650.00 | $ 3,850.00 | $ 6,800.00 | $ 6,300.00 | $ 25,900.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0088059
Invoice Date:  3/11/2008

Attention:                                                    7983.21694

Loan No: 1001197339                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ▓▓▓▓▓, DOROTH▓▓▓
          2▓ ▓NTE VIEW PLACE
          S▓▓▓▓▓▓▓▓▓▓▓▓▓▓, ▓▓▓

| Date | Item Description | Amount |
|------|-----------------|--------|
| 2/6/2008 | Title Cost Endorsement | $50.00 |
| 2/19/2008 | Date Notice of Sale Mailed (Required by Statute) | $14.82 |
| 2/20/2008 | Date Publication Commenced (1st Pub) | $365.00 |
| 2/20/2008 | Date Notice of Sale Posted | $120.00 |
| 2/21/2008 | Date Notice of Sale Recorded | $7.00 |
| 2/21/2008 | Assignment Recorded | $7.00 |
| 2/21/2008 | SOT/Appointment Recorded | $10.00 |
| 3/11/2008 | Title Cost Endorsement | $25.00 |

TOTAL EXPENSES:    $598.82

PLEASE PAY AMOUNT DUE:    $598.82

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0088058
Invoice Date: 3/11/2008

Attention:                                                    7983.21773

Loan No: 1001070538                      Type: Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/11/2008 | Trustee Fee | $500.00 |
| | TOTAL FEES: | $500.00 |
| 10/22/2007 | Date Notice of Default Recorded | $12.00 |
| 10/24/2007 | 10 Day Mailings Sent (Required by Statute) | $35.45 |
| 11/14/2007 | Date Trustee Sale Guarantee Received | $669.00 |
| 11/20/2007 | 1 Month Mailings Sent (Required by Statute) | $14.18 |
| 2/13/2008 | Publication Endorsement Received | $50.00 |
| 2/14/2008 | Date Notice of Sale Mailed (Required by Statute) | $51.87 |
| 2/19/2008 | SOT/Appointment Recorded | $15.00 |
| 2/19/2008 | Assignment Recorded | $15.00 |
| 2/19/2008 | Date Notice of Sale Recorded | $15.00 |
| 2/19/2008 | Date Notice of Sale Posted | $120.00 |
| 2/19/2008 | Date Publication Commenced (1st Pub) | $270.00 |
| 3/10/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,292.50 |

Post cost

PLEASE PAY AMOUNT DUE:     $1,792.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0088103
Invoice Date:   3/11/2008

Attention:                                                                7983.21866

Loan No: 1001559077                        Type:   Non-Jud Foreclosure/ CONV
Borrower: ▓▓▓▓, ▓▓▓▓
                ▓▓▓▓ 58th Ave.
                ▓▓▓▓▓▓, OR ▓▓▓▓▓

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 3/11/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 11/7/2007 | Date Notice of Default Recorded | | $10.00 |
| 11/8/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 11/28/2007 | Date Trustee Sale Guarantee Received | | $480.00 |
| 11/29/2007 | 1 Month Mailings Sent (Required by Statute) | | $21.27 |
| 2/12/2008 | Publication Endorsement Received | | $50.00 |
| 2/14/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/14/2008 | Date Notice of Sale Mailed (Required by Statute) | | $37.05 |
| 2/19/2008 | Date Notice of Sale Recorded | | $7.00 |
| 2/19/2008 | SOT/Appointment Recorded | | $10.00 |
| 2/19/2008 | Assignment Recorded | | $7.00 |
| 2/20/2008 | Date Publication Commenced (1st Pub) | | $548.54 |
| 3/11/2008 | Title Cost Endorsement | | $25.00 |
| 3/11/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,345.04 |

PLEASE PAY AMOUNT DUE:     $1,945.04

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0088087
Invoice Date:  3/11/2008

Attention:                                                                7983.21923

Loan No: 1001124646
Borrower: ~~PEDROZA, MARCO~~
~~THIRD STREET~~
~~CALEXICO, CA  92231~~

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 3/11/2008 | Trustee Fee | | $500.00 |
| | | TOTAL FEES: | $500.00 |
| 11/14/2007 | Date Notice of Default Recorded | | $9.00 |
| 11/17/2007 | 10 Day Mailings Sent (Required by Statute) | | $21.27 |
| 12/12/2007 | Date Trustee Sale Guarantee Received | | $750.00 |
| 12/13/2007 | 1 Month Mailings Sent (Required by Statute) | | $21.27 |
| 2/15/2008 | SOT/Appointment Recorded | | $15.00 |
| 2/15/2008 | Publication Endorsement Received | | $50.00 |
| 2/15/2008 | Date Notice of Sale Recorded | | $15.00 |
| 2/16/2008 | Date Notice of Sale Mailed (Required by Statute) | | $37.05 |
| 2/21/2008 | Date Publication Commenced (1st Pub) | | $530.00 |
| 2/24/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/26/2008 | Assignment Recorded | | $15.00 |
| | | TOTAL EXPENSES: | $1,583.59 |

Post Cost

PLEASE PAY AMOUNT DUE:          $2,083.59

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0088011
Invoice Date:  3/11/2008

Attention:                                                          7983.22079

Loan No: 1001570019                      Type:  Non-Jud Foreclosure/ CONV
Borrower:
~~8078 FOXHALE DR.~~
~~CORONA, CA   92883~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 3/11/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/27/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | $953.00 |
| 12/20/2007 | 1 Month Mailings Sent (Required by Statute) | $42.54 |
| 3/3/2008 | Publication Endorsement Received | $50.00 |
| | **TOTAL EXPENSES:** | $1,071.72 |

Post Cost

PLEASE PAY AMOUNT DUE:        $1,671.72

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0088088
Invoice Date:  3/11/2008

Attention:                                                                            7983.22099

Loan No: 1001819066                         Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/11/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/27/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | $636.00 |
| 12/21/2007 | 1 Month Mailings Sent (Required by Statute) | $7.09 |
| 2/27/2008 | Publication Endorsement Received | $50.00 |
| 2/27/2008 | Date Notice of Sale Mailed (Required by Statute) | $14.82 |
| 2/29/2008 | Date Notice of Sale Recorded | $9.00 |
| 2/29/2008 | SOT/Appointment Recorded | $12.00 |
| 2/29/2008 | Assignment Recorded | $9.00 |
| 2/29/2008 | Date Publication Commenced (1st Pub) | $455.00 |
| 3/11/2008 | Recission Recording | $9.00 |
| | **TOTAL EXPENSES:** | $1,221.00 |

*Post Cost*

PLEASE PAY AMOUNT DUE:     $1,821.00

Page 1