# EXHIBIT C PART 7

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing          Invoice No:  FTS0090386
4600 Regent Blvd., Suite 200              Invoice Date:  3/31/2008
Irving,  TX   75063

Attention:                                                7983.21630

Loan No: 1000579004                        Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~MikeAyrtonWHITE~~
~~7000 NORTHGATE WAY~~
~~Anchorage, AK 99504~~

| Date | Item Description | Amount |
|---|---|---|
| 3/31/2008 | Trustee Fee | $600.00 |
|  | TOTAL FEES: | $600.00 |
| 10/16/2007 | Date Notice of Default Recorded | $12.00 |
| 10/17/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 11/7/2007 | Date Trustee Sale Guarantee Received | $570.00 |
| 11/8/2007 | 1 Month Mailings Sent (Required by Statute) | $49.63 |
| 2/7/2008 | Date Notice of Sale Posted | $120.00 |
| 2/7/2008 | Date Notice of Sale Mailed (Required by Statute) | $88.92 |
| 2/8/2008 | Date Publication Commenced (1st Pub) | $335.00 |
| 2/29/2008 | SOT/Appointment Recorded | $15.00 |
| 2/29/2008 | Date Notice of Sale Recorded | $15.00 |
| 3/20/2008 | Title Cost Endorsement | $25.00 |
| 3/27/2008 | Cost - Record Trustee's Deed | $15.00 |
|  | TOTAL EXPENSES: | $1,252.64 |

*Post cost*

PLEASE PAY AMOUNT DUE:     $1,852.64

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0090387
Invoice Date:  3/31/2008

Attention:                                                            7983.21706

Loan No: 1001344246                         Type:  Non-Jud Foreclosure/ CONV
Borrower:
~~592 FAIRFAX DRIVE~~
~~SAN BERNARDINO, CA  92404~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/31/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 10/18/2007 | Date Notice of Default Recorded | $13.00 |
| 10/23/2007 | 10 Day Mailings Sent (Required by Statute) | $28.36 |
| 11/14/2007 | Date Trustee Sale Guarantee Received | $225.00 |
| 11/15/2007 | 1 Month Mailings Sent (Required by Statute) | $42.54 |
| 2/6/2008 | Title Cost Endorsement | $50.00 |
| 2/21/2008 | Date Publication Commenced (1st Pub) | $620.00 |
| 2/21/2008 | Date Notice of Sale Posted | $120.00 |
| 2/28/2008 | Date Notice of Sale Mailed (Required by Statute) | $125.97 |
| 2/29/2008 | Assignment Recorded | $15.00 |
| 2/29/2008 | SOT/Appointment Recorded | $15.00 |
| 2/29/2008 | Date Notice of Sale Recorded | $15.00 |
| 3/12/2008 | Title Cost Endorsement | $25.00 |
| 3/20/2008 | Title Cost Endorsement | $25.00 |
| 3/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,334.87 |

*Post Cost* (handwritten)

PLEASE PAY AMOUNT DUE:     $1,934.87

Page 2

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0090388
Invoice Date:  3/31/2008

Attention:

7983.21715

Loan No: 1001444128
Borrower:

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/31/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 10/19/2007 | Date Notice of Default Recorded | $10.00 |
| 10/23/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 11/15/2007 | Date Trustee Sale Guarantee Received | $970.00 |
| 2/13/2008 | Date Notice of Sale Mailed (Required by Statute) | $7.41 |
| 2/15/2008 | Date Notice of Sale Recorded | $9.00 |
| 2/15/2008 | Assignment Recorded | $9.00 |
| 2/15/2008 | SOT/Appointment Recorded | $12.00 |
| 2/16/2008 | Date Publication Commenced (1st Pub) | $488.79 |
| 3/28/2008 | Date Notice of Sale Posted | $120.00 |
| | TOTAL EXPENSES: | $1,633.29 |

Post
cost

PLEASE PAY AMOUNT DUE:    $2,233.29

Page 3

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:  FTS0090551
4600 Regent Blvd., Suite 200                        Invoice Date:  3/31/2008
Irving,  TX   75063

Attention:                                          7983.21741

Loan No: 1001358180                     Type:  Non-Jud Foreclosure/ CONV
Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/31/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/4/2007 | 1 Month Mailings Sent (Required by Statute) | $77.88 |
| 11/4/2007 | Date Trustee Sale Guarantee Received | $534.00 |
| 11/28/2007 | Date Notice of Default Recorded | $24.00 |
| 12/1/2007 | 10 Day Mailings Sent (Required by Statute) | $56.72 |
| 2/5/2008 | Publication Endorsement Received | $50.00 |
| 2/29/2008 | Date Notice of Sale Mailed (Required by Statute) | $111.15 |
| 3/3/2008 | Date Notice of Sale Posted | $120.00 |
| 3/4/2008 | Date Publication Commenced (1st Pub) | $355.00 |
| 3/5/2008 | Assignment Recorded | $11.00 |
| 3/5/2008 | Date Notice of Sale Recorded | $11.00 |
| 3/5/2008 | SOT/Appointment Recorded | $14.00 |
| 3/31/2008 | Recission Recording | $9.00 |
| | TOTAL EXPENSES: | $1,373.75 |

PLEASE PAY AMOUNT DUE:        $1,973.75

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0090433
Invoice Date:  3/31/2008

Attention:                                                                 7983.21803

Loan No: 1001517766                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~ALESSANDRO, ANTHONY~~
~~4700 ALPINE PLACE~~
~~LAS VEGAS, NV 89108~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 3/31/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 10/29/2007 | Date Notice of Default Recorded | $12.00 |
| 10/31/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 11/9/2007 | Date Trustee Sale Guarantee Received | $540.00 |
| 2/26/2008 | Date Notice of Sale Mailed (Required by Statute) | $22.23 |
| 2/27/2008 | Publication Endorsement Received | $50.00 |
| 2/27/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 2/27/2008 | Date Notice of Sale Posted | $120.00 |
| 2/29/2008 | Date Notice of Sale Recorded | $15.00 |
| 2/29/2008 | Assignment Recording | $14.00 |
| 2/29/2008 | SOT/Appointment Recorded | $15.00 |
| 3/18/2008 | Sale Endorsement Received | $25.00 |
| 3/27/2008 | Date Transfer Tax Advanxced | $851.19 |
| 3/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $2,006.51 |

*Post Cost*

PLEASE PAY AMOUNT DUE:     $2,606.51

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0090389
Invoice Date:  3/31/2008

Attention:                                                          7983.21871

Loan No: 1000742790
Borrower: ~~David DAVID~~
          ~~1011 GLENWOOD SPRING~~
          ~~CHULA VISTA, CA  91913~~

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/31/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/5/2007 | Date Notice of Default Recorded | $12.00 |
| 11/7/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 11/9/2007 | Date Trustee Sale Guarantee Received | $881.00 |
| 12/1/2007 | 1 Month Mailings Sent (Required by Statute) | $7.09 |
| 2/26/2008 | Publication Endorsement Received | $50.00 |
| 2/28/2008 | Date Notice of Sale Mailed (Required by Statute) | $22.23 |
| 2/29/2008 | Date Publication Commenced (1st Pub) | $467.41 |
| 2/29/2008 | Date Notice of Sale Posted | $120.00 |
| 3/3/2008 | Date Notice of Sale Recorded | $12.00 |
| 3/3/2008 | SOT/Appointment Recorded | $15.00 |
| 3/3/2008 | Assignment Recorded | $14.00 |
| 3/20/2008 | Title Cost Endorsement | $25.00 |
| 3/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,654.91 |

PLEASE PAY AMOUNT DUE:      $2,254.91

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0090437
Invoice Date:  3/31/2008

Attention:                                                                7983.21875

Loan No: 1000763332                     Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~MORENO, ALEJANDRO~~
~~2009 MITZI PL~~
~~LAS VEGAS, NV  89101~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 3/31/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 11/5/2007 | Date Notice of Default Recorded | $15.00 |
| 11/8/2007 | Date Trustee Sale Guarantee Received | $1,004.00 |
| 11/9/2007 | 10 Day Mailings Sent (Required by Statute) | $49.63 |
| 2/26/2008 | Publication Endorsement Received | $50.00 |
| 2/26/2008 | Date Notice of Sale Mailed (Required by Statute) | $66.69 |
| 2/27/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 2/27/2008 | Date Notice of Sale Posted | $120.00 |
| 2/29/2008 | SOT/Appointment Recorded | $39.00 |
| 2/29/2008 | Date Notice of Sale Recorded | $17.00 |
| 2/29/2008 | Assignment Recording | $15.00 |
| 3/18/2008 | Sale Endorsement Received | $25.00 |
| 3/27/2008 | Date Transfer Tax Advanxced | $849.56 |
| 3/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $2,585.88 |

Post
Cost

**PLEASE PAY AMOUNT DUE:**      $3,185.88

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0090436
Invoice Date:  3/31/2008

Attention:                                                          7983.21886

Loan No: 1000730689                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~DICKERHARION~~
~~9646 VILLA LA MORA AV~~
~~LAS VEGAS, NV  89144~~

| Date | Item Description | | Amount |
|------|------------------|--|--------|
| 3/31/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 11/5/2007 | Date Notice of Default Recorded | | $15.00 |
| 11/7/2007 | 10 Day Mailings Sent (Required by Statute) | | $28.36 |
| 11/12/2007 | Date Trustee Sale Guarantee Received | | $480.00 |
| 2/19/2008 | Assignment Recording | | $15.00 |
| 2/19/2008 | SOT/Appointment Recorded | | $15.00 |
| 2/19/2008 | Date Notice of Sale Recorded | | $15.00 |
| 2/26/2008 | Publication Endorsement Received | | $50.00 |
| 2/26/2008 | Date Notice of Sale Mailed (Required by Statute) | | $29.64 |
| 2/27/2008 | Date Publication Commenced (1st Pub) | | $320.00 |
| 2/27/2008 | Date Notice of Sale Posted | | $120.00 |
| 3/18/2008 | Sale Endorsement Received | | $25.00 |
| 3/27/2008 | Cost - Record Trustee's Deed | | $18.00 |
| 3/27/2008 | Date Transfer Tax Advanxced | | $815.49 |
| | | TOTAL EXPENSES: | $1,946.49 |

PLEASE PAY AMOUNT DUE:    $2,546.49

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0090435
Invoice Date:  3/31/2008

Attention:                                                                7983.21888

Loan No: 1000649772                          Type:  Non-Jud Foreclosure/ CONV
Borrower:  CAREY, SUSIE
~~EUROPEAN DR~~
HENDERSON, NV  89052

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/31/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/6/2007 | Date Notice of Default Recorded | $15.00 |
| 11/12/2007 | Date Trustee Sale Guarantee Received | $2,308.00 |
| 11/13/2007 | 10 Day Mailings Sent (Required by Statute) | $70.90 |
| 2/19/2008 | Publication Endorsement Received | $50.00 |
| 2/26/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 2/26/2008 | Date Notice of Sale Mailed (Required by Statute) | $74.10 |
| 2/27/2008 | Date Notice of Sale Posted | $120.00 |
| 2/29/2008 | Assignment Recording | $15.00 |
| 2/29/2008 | SOT/Appointment Recorded | $15.00 |
| 2/29/2008 | Date Notice of Sale Recorded | $15.00 |
| 3/18/2008 | Sale Endorsement Received | $25.00 |
| 3/27/2008 | Date Transfer Tax Advanxced | $1,835.49 |
| 3/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $4,878.49 |

*Post Cost*

PLEASE PAY AMOUNT DUE:   $5,478.49

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0090434
Invoice Date: 3/31/2008

Attention:                               7983.21890

Loan No: 1001641004
Borrower: CHAPDON, ▓▓▓▓▓▓
          70▓▓▓▓▓▓▓▓▓▓▓▓▓▓
          NORTH LAS VEGAS, ▓▓▓▓▓▓▓▓

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|---|---|---|
| 3/31/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/6/2007 | Date Notice of Default Recorded | $15.00 |
| 11/13/2007 | Date Trustee Sale Guarantee Received | $2,074.00 |
| 11/16/2007 | 10 Day Mailings Sent (Required by Statute) | $28.36 |
| 2/26/2008 | Publication Endorsement Received | $50.00 |
| 2/27/2008 | Date Notice of Sale Posted | $120.00 |
| 2/27/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 2/27/2008 | Date Notice of Sale Mailed (Required by Statute) | $66.69 |
| 2/29/2008 | Assignment Recording | $14.00 |
| 2/29/2008 | SOT/Appointment Recorded | $14.00 |
| 2/29/2008 | Date Notice of Sale Recorded | $37.00 |
| 3/18/2008 | Sale Endorsement Received | $25.00 |
| 3/27/2008 | Date Transfer Tax Advanxced | $1,996.10 |
| 3/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $4,775.15 |

*Post Cost*

PLEASE PAY AMOUNT DUE:      $5,375.15

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0090390
Invoice Date: 3/31/2008

Attention:                                                                7983.21902

Loan No: 1001696581

Type:  Non-Jud Foreclosure/ CONV

Borrower: MCDANIEL, CHARLES

| Date | Item Description | Amount |
|------|-----------------|--------|
| 3/31/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/9/2007 | Date Notice of Default Recorded | $12.00 |
| 11/16/2007 | 10 Day Mailings Sent (Required by Statute) | $21.27 |
| 12/4/2007 | Date Trustee Sale Guarantee Received | $462.00 |
| 12/5/2007 | 1 Month Mailings Sent (Required by Statute) | $42.54 |
| | TOTAL EXPENSES: | $537.81 |

*Post Cost*

PLEASE PAY AMOUNT DUE:      $1,137.81

Page 5

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0090391
Invoice Date: 3/31/2008

Attention:                                                    7983.21904

Loan No: 1001701932                          Type:  Non-Jud Foreclosure/ CONV
Borrower: P███████████████
          2███ KODIAK DRIVE
          █████████ ██ ███55

| Date | Item Description | Amount |
|------|-----------------|--------|
| 3/31/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/9/2007 | Date Notice of Default Recorded | $12.00 |
| 11/9/2007 | Date Trustee Sale Guarantee Received | $881.00 |
| 11/16/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 2/23/2008 | Publication Endorsement Received | $50.00 |
| 2/26/2008 | Date Notice of Sale Mailed (Required by Statute) | $14.82 |
| 2/28/2008 | Date Notice of Sale Recorded | $7.00 |
| 2/28/2008 | Date Notice of Sale Posted | $120.00 |
| 2/28/2008 | SOT/Appointment Recorded | $10.00 |
| 2/28/2008 | Assignment Recorded | $9.00 |
| 2/29/2008 | Date Publication Commenced (1st Pub) | $510.95 |
| 3/20/2008 | Title Cost Endorsement | $25.00 |
| 3/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,668.95 |

PLEASE PAY AMOUNT DUE:      $2,268.95

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0090392
Invoice Date: 3/31/2008

Attention:                                                    7983.21905

Loan No: 1001748999                    Type: Non-Jud Foreclosure/ CONV
Borrower: KUMAR, STANLEY
          27 BOULDER AVENUE
          LATHROP, CA 79068

| Date | Item Description | Amount |
|------|-----------------|--------|
| 3/31/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/9/2007 | Date Notice of Default Recorded | $12.00 |
| 11/14/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/5/2007 | Date Trustee Sale Guarantee Received | $795.00 |
| 2/25/2008 | Publication Endorsement Received | $50.00 |
| 2/26/2008 | Date Notice of Sale Mailed (Required by Statute) | $7.41 |
| 2/28/2008 | Date Notice of Sale Posted | $120.00 |
| 2/29/2008 | Date Publication Commenced (1st Pub) | $485.00 |
| 3/3/2008 | Assignment Recorded | $15.00 |
| 3/3/2008 | SOT/Appointment Recorded | $15.00 |
| 3/3/2008 | Date Notice of Sale Recorded | $15.00 |
| 3/20/2008 | Title Cost Endorsement | $25.00 |
| 3/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,561.50 |

PLEASE PAY AMOUNT DUE:    $2,161.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0090432
Invoice Date:  3/31/2008

Attention:                                                             7983.21907

Loan No: 1001719815                       Type:  Non-Jud Foreclosure/ CONV
Borrower:  ~~HERNANDEZ, ~~

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 3/31/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 11/9/2007 | Date Notice of Default Recorded | | $12.00 |
| 11/13/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 12/5/2007 | Date Trustee Sale Guarantee Received | | $785.00 |
| 2/20/2008 | Publication Endorsement Received | | $50.00 |
| 2/20/2008 | Date Notice of Sale Mailed (Required by Statute) | | $29.64 |
| 2/25/2008 | Date Notice of Sale Recorded | | $8.00 |
| 2/25/2008 | Assignment Recorded | | $10.00 |
| 2/25/2008 | SOT/Appointment Recorded | | $11.00 |
| 2/25/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/27/2008 | Date Publication Commenced (1st Pub) | | $631.55 |
| 3/18/2008 | Title Cost Endorsement | | $25.00 |
| 3/18/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,711.37 |

PLEASE PAY AMOUNT DUE:     $2,311.37

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0090431
Invoice Date: 3/31/2008

Attention:                                                      7983.21909

Loan No:  1001701013                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~███████████~~
~~████████████~~
~~████████████~~

| Date | Item Description | Amount |
|---|---|---|
| 3/31/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/9/2007 | Date Notice of Default Recorded | $12.00 |
| 11/10/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 11/15/2007 | Date Trustee Sale Guarantee Received | $290.00 |
| 2/21/2008 | Date Notice of Sale Mailed (Required by Statute) | $7.41 |
| 2/26/2008 | Assignment Recorded | $10.00 |
| 2/26/2008 | Publication Endorsement Received | $50.00 |
| 2/26/2008 | Date Notice of Sale Recorded | $8.00 |
| 2/26/2008 | SOT/Appointment Recorded | $11.00 |
| 2/27/2008 | Date Publication Commenced (1st Pub) | $636.41 |
| 2/27/2008 | Date Notice of Sale Posted | $120.00 |
| 3/18/2008 | Title Cost Endorsement | $25.00 |
| 3/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,191.91 |

PLEASE PAY AMOUNT DUE:     $1,791.91

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0090393
Invoice Date:  3/31/2008

Attention:                                                                                    7983.21916

Loan No: 1001250062                              Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~A~~                  
           ~~GALAHAD COURT~~
           S~~AN JOSE, CA  95123~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/31/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/14/2007 | Date Notice of Default Recorded | $12.00 |
| 11/16/2007 | 10 Day Mailings Sent (Required by Statute) | $21.27 |
| 12/7/2007 | Date Trustee Sale Guarantee Received | $899.00 |
| 12/8/2007 | 1 Month Mailings Sent (Required by Statute) | $26.90 |
| 2/26/2008 | Publication Endorsement Received | $50.00 |
| 2/28/2008 | Date Notice of Sale Mailed (Required by Statute) | $37.05 |
| 2/29/2008 | Date Publication Commenced (1st Pub) | $375.00 |
| 2/29/2008 | Date Notice of Sale Posted | $120.00 |
| 3/4/2008 | Assignment Recorded | $11.00 |
| 3/4/2008 | Date Notice of Sale Recorded | $9.00 |
| 3/4/2008 | SOT/Appointment Recorded | $12.00 |
| 3/20/2008 | Title Cost Endorsement | $25.00 |
| 3/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,613.22 |

PLEASE PAY AMOUNT DUE:   $2,213.22

Page 8

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0090394
Invoice Date:  3/31/2008

Attention:                                                                      7983.21927

Loan No: 1001171548                              Type:  Non-Jud Foreclosure/ CONV
Borrower:  A̶L̶V̶A̶R̶A̶D̶O̶,̶ ̶E̶P̶I̶F̶A̶N̶I̶O̶
2̶6̶2̶0̶ ̶C̶A̶N̶Y̶O̶N̶ ̶D̶R̶ ̶A̶P̶#̶1̶
M̶O̶D̶E̶S̶T̶O̶,̶ ̶C̶A̶ ̶9̶5̶3̶5̶1̶

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/31/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 11/14/2007 | Date Notice of Default Recorded | $12.00 |
| 11/20/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 12/10/2007 | Date Trustee Sale Guarantee Received | $505.00 |
| 2/25/2008 | Publication Endorsement Received | $50.00 |
| 2/26/2008 | Date Notice of Sale Mailed (Required by Statute) | $14.82 |
| 2/28/2008 | Date Notice of Sale Recorded | $15.00 |
| 2/28/2008 | Assignment Recorded | $15.00 |
| 2/28/2008 | Date Notice of Sale Posted | $120.00 |
| 2/28/2008 | SOT/Appointment Recorded | $15.00 |
| 2/29/2008 | Date Publication Commenced (1st Pub) | $510.95 |
| 3/20/2008 | Title Cost Endorsement | $25.00 |
| 3/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,311.95 |

Post Cut

PLEASE PAY AMOUNT DUE:    $1,911.95

Page 9

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0090395
Invoice Date:  3/31/2008

Attention:

7983.21929

Loan No: 1001169548

Type:  Non-Jud Foreclosure/ CONV

Borrower: ~~ALVARADO, EFRAIN~~
~~1122 ARGENT DRIVE~~
~~MODESTO, CA~~

| Date | Item Description | | Amount |
|---|---|---|---|
| 3/31/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 11/14/2007 | Date Notice of Default Recorded | | $12.00 |
| 11/16/2007 | 10 Day Mailings Sent (Required by Statute) | | $7.09 |
| 12/10/2007 | Date Trustee Sale Guarantee Received | | $675.00 |
| 2/25/2008 | Publication Endorsement Received | | $50.00 |
| 2/26/2008 | Date Notice of Sale Mailed (Required by Statute) | | $7.41 |
| 2/28/2008 | Date Notice of Sale Recorded | | $10.00 |
| 2/28/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/28/2008 | Assignment Recorded | | $9.00 |
| 2/28/2008 | SOT/Appointment Recorded | | $10.00 |
| 2/29/2008 | Date Publication Commenced (1st Pub) | | $510.95 |
| 3/20/2008 | Title Cost Endorsement | | $25.00 |
| 3/27/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,451.45 |

PLEASE PAY AMOUNT DUE:    $2,051.45

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0090396
Invoice Date:  3/31/2008

Attention:                                                    7983.21936

Loan No: 1000808655                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~WATERKAMP, JARED~~
          ~~1808 BRIGHTON COURT~~
          ~~ATWATER, CA  95301~~

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 3/31/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 11/15/2007 | Date Notice of Default Recorded | | $12.00 |
| 11/21/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 12/14/2007 | Date Trustee Sale Guarantee Received | | $450.00 |
| 12/14/2007 | 1 Month Mailings Sent (Required by Statute) | | $28.36 |
| 2/25/2008 | Publication Endorsement Received | | $50.00 |
| 2/26/2008 | Date Notice of Sale Mailed (Required by Statute) | | $44.46 |
| 2/28/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/29/2008 | Date Publication Commenced (1st Pub) | | $349.50 |
| 3/3/2008 | Assignment Recorded | | $15.00 |
| 3/3/2008 | Assignment Recorded | | $10.00 |
| 3/3/2008 | SOT/Appointment Recorded | | $15.00 |
| 3/3/2008 | Date Notice of Sale Recorded | | $15.00 |
| 3/20/2008 | Title Cost Endorsement | | $25.00 |
| 3/27/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,163.50 |

*Post Cost*

PLEASE PAY AMOUNT DUE:    $1,763.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0090397
Invoice Date:  3/31/2008

Attention:                                                                7983.21952

Loan No:  1001157343                         Type:  Non-Jud Foreclosure/ CONV
Borrower: NGUYEN, DESTINIE
           WHIREAWAY LANE
           TRACY, CA  95577

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 3/31/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 11/14/2007 | Date Notice of Default Recorded | | $12.00 |
| 11/16/2007 | 10 Day Mailings Sent (Required by Statute) | | $35.45 |
| 12/12/2007 | Date Trustee Sale Guarantee Received | | $845.00 |
| 12/13/2007 | 1 Month Mailings Sent (Required by Statute) | | $28.36 |
| 2/26/2008 | Publication Endorsement Received | | $50.00 |
| 2/27/2008 | Date Notice of Sale Mailed (Required by Statute) | | $66.69 |
| 2/29/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/29/2008 | Date Publication Commenced (1st Pub) | | $420.31 |
| 3/3/2008 | Assignment Recorded | | $15.00 |
| 3/3/2008 | SOT/Appointment Recorded | | $11.00 |
| 3/3/2008 | Date Notice of Sale Recorded | | $8.00 |
| 3/28/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 3/28/2008 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $1,651.81 |

*Post cost*

PLEASE PAY AMOUNT DUE:      $2,251.81

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0090398
Invoice Date:  3/31/2008

Attention:                                                        7983.21961

Loan No: 1000897969                        Type:  Non-Jud Foreclosure/ CONV
Borrower: ███████████

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/31/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/15/2007 | Date Notice of Default Recorded | $12.00 |
| 11/22/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/12/2007 | Date Trustee Sale Guarantee Received | $1,139.00 |
| 12/13/2007 | 1 Month Mailings Sent (Required by Statute) | $21.27 |
| 2/26/2008 | Publication Endorsement Received | $50.00 |
| 2/28/2008 | Date Notice of Sale Mailed (Required by Statute) | $29.64 |
| 2/29/2008 | Date Publication Commenced (1st Pub) | $467.41 |
| 2/29/2008 | Date Notice of Sale Posted | $120.00 |
| 3/4/2008 | Assignment Recorded | $15.00 |
| 3/4/2008 | Date Notice of Sale Recorded | $15.00 |
| 3/4/2008 | SOT/Appointment Recorded | $15.00 |
| 3/20/2008 | Title Cost Endorsement | $25.00 |
| 3/20/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,931.41 |

PLEASE PAY AMOUNT DUE:        $2,531.41

Page 13

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0090399
Invoice Date:  3/31/2008

Attention:                                                    7983.21962

Loan No: 1000670266                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~ERROR CORP.~~
2~~000 CHESTNUT WAY~~
~~MODESTO, CA  95356~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/31/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/15/2007 | Date Notice of Default Recorded | $12.00 |
| 11/20/2007 | 10 Day Mailings Sent (Required by Statute) | $21.27 |
| 12/12/2007 | Date Trustee Sale Guarantee Received | $462.00 |
| 12/13/2007 | 1 Month Mailings Sent (Required by Statute) | $14.18 |
| 2/25/2008 | Publication Endorsement Received | $50.00 |
| 2/26/2008 | Date Notice of Sale Mailed (Required by Statute) | $29.64 |
| 2/28/2008 | Date Notice of Sale Posted | $120.00 |
| 2/29/2008 | Date Publication Commenced (1st Pub) | $510.95 |
| 3/3/2008 | SOT/Appointment Recorded | $15.00 |
| 3/3/2008 | Date Notice of Sale Recorded | $15.00 |
| 3/3/2008 | Assignment Recorded | $15.00 |
| 3/3/2008 | SOT/Appointment Recorded | $7.00 |
| 3/20/2008 | Title Cost Endorsement | $25.00 |
| 3/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,312.04 |

PLEASE PAY AMOUNT DUE:        $1,912.04

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0090400
Invoice Date:  3/31/2008

Attention:

7983.21968

Loan No: 1001208946                              Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~ARCHY, MICHAEL~~
         1~~GLENMORE DRIVE~~
         ~~MENLO, CA 94025~~

| Date | Item Description | Amount |
|---|---|---|
| 3/31/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/15/2007 | Date Notice of Default Recorded | $12.00 |
| 11/21/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 12/13/2007 | Date Trustee Sale Guarantee Received | $695.00 |
| 12/14/2007 | 1 Month Mailings Sent (Required by Statute) | $14.18 |
| 2/26/2008 | Publication Endorsement Received | $50.00 |
| 2/27/2008 | Date Notice of Sale Mailed (Required by Statute) | $29.64 |
| 2/29/2008 | Date Notice of Sale Posted | $120.00 |
| 2/29/2008 | Date Publication Commenced (1st Pub) | $345.50 |
| 3/3/2008 | SOT/Appointment Recorded | $11.00 |
| 3/3/2008 | Assignment Recorded | $10.00 |
| 3/3/2008 | Date Notice of Sale Recorded | $11.00 |
| 3/20/2008 | Title Cost Endorsement | $25.00 |
| 3/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,352.50 |

PLEASE PAY AMOUNT DUE:      $1,952.50

Page 15

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0090401
Invoice Date:  3/31/2008

Attention:                                                                7983.21973

Loan No: 1001229133                     Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~RICHARD GUTIERREZ GARIBALD~~
~~301 DONATELLO PLACE~~
~~MANTECA, CA 95337~~

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 3/31/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 11/15/2007 | Date Notice of Default Recorded | | $12.00 |
| 11/17/2007 | 10 Day Mailings Sent (Required by Statute) | | $7.09 |
| 11/26/2007 | Date Trustee Sale Guarantee Received | | $765.00 |
| 12/13/2007 | 1 Month Mailings Sent (Required by Statute) | | $7.09 |
| 2/25/2008 | Publication Endorsement Received | | $50.00 |
| 2/26/2008 | Date Notice of Sale Mailed (Required by Statute) | | $14.82 |
| 2/28/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/28/2008 | Date Notice of Sale Recorded | | $8.00 |
| 2/28/2008 | SOT/Appointment Recorded | | $11.00 |
| 2/28/2008 | Assignment Recorded | | $10.00 |
| 2/29/2008 | Date Publication Commenced (1st Pub) | | $485.00 |
| 3/20/2008 | Title Cost Endorsement | | $25.00 |
| 3/27/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,530.00 |

*Post Cost*

PLEASE PAY AMOUNT DUE:      $2,130.00

Page 16

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0090402
Invoice Date:  3/31/2008

Attention:                                                                7983.21976

Loan No:  1001185111
Borrower:  ~~THOMAS, GRANTIM~~
~~1744 DOVER CIRCLE~~
~~CARSON CITY, NV   84505~~

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/31/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/15/2007 | Date Notice of Default Recorded | $12.00 |
| 11/21/2007 | 10 Day Mailings Sent (Required by Statute) | $21.27 |
| 12/14/2007 | Date Trustee Sale Guarantee Received | $814.00 |
| 2/26/2008 | Publication Endorsement Received | $50.00 |
| 2/27/2008 | Date Notice of Sale Mailed (Required by Statute) | $22.23 |
| 2/29/2008 | Date Notice of Sale Posted | $120.00 |
| 2/29/2008 | Date Publication Commenced (1st Pub) | $340.25 |
| 3/3/2008 | Date Notice of Sale Recorded | $8.00 |
| 3/3/2008 | SOT/Appointment Recorded | $11.00 |
| 3/3/2008 | Assignment Recorded | $15.00 |
| 3/20/2008 | Title Cost Endorsement | $25.00 |
| 3/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,453.75 |

PLEASE PAY AMOUNT DUE:      $2,053.75

Page 17

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0090403
Invoice Date: 3/31/2008

Attention: 7983.21983

Loan No: 1001224252      Type: Non-Jud Foreclosure/ CONV
Borrower: ~~MCINTOSH, CHRISTINE~~
~~xxxx CAMINITO COBRTO~~
~~SAN DIEGO, CA 92108~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 3/31/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/15/2007 | Date Notice of Default Recorded | $12.00 |
| 11/17/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 12/13/2007 | Date Trustee Sale Guarantee Received | $625.00 |
| 2/21/2008 | Publication Endorsement Received | $50.00 |
| 2/23/2008 | Date Notice of Sale Mailed (Required by Statute) | $14.82 |
| 2/25/2008 | Date Notice of Sale Posted | $120.00 |
| 2/26/2008 | Date Publication Commenced (1st Pub) | $270.00 |
| 2/26/2008 | Date Notice of Sale Recorded | $12.00 |
| 2/26/2008 | SOT/Appointment Recorded | $15.00 |
| 3/17/2008 | Title Cost Endorsement | $25.00 |
| 3/20/2008 | Title Cost Endorsement | $25.00 |
| 3/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,198.00 |

PLEASE PAY AMOUNT DUE:     $1,798.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0090404
Invoice Date:  3/31/2008

Attention:                                                                     7983.21984

Loan No:  1001206388                         Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~MOON, YOUNG~~
~~1999 CANTANIA WAY~~
~~FONTANA , CA   92336~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 3/31/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 11/15/2007 | Date Notice of Default Recorded | $13.00 |
| 11/20/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 12/13/2007 | Date Trustee Sale Guarantee Received | $636.00 |
| 12/14/2007 | 1 Month Mailings Sent (Required by Statute) | $21.27 |
| 2/26/2008 | Publication Endorsement Received | $50.00 |
| 2/27/2008 | Date Notice of Sale Mailed (Required by Statute) | $37.05 |
| 2/28/2008 | Date Notice of Sale Posted | $120.00 |
| 2/29/2008 | Date Publication Commenced (1st Pub) | $570.50 |
| 2/29/2008 | SOT/Appointment Recorded | $15.00 |
| 2/29/2008 | Date Notice of Sale Recorded | $15.00 |
| 2/29/2008 | Assignment Recorded | $15.00 |
| 3/20/2008 | Title Cost Endorsement | $25.00 |
| 3/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,547.00 |

*Post Cost* (handwritten)

PLEASE PAY AMOUNT DUE:    $2,147.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0090405
Invoice Date:  3/31/2008

Attention:                                                                 7983.21989

Loan No: 1001235501                          Type:  Non-Jud Foreclosure/ CONV

Borrower: ~~SHAH, VIPUL~~
~~3061 HOLLAND AVE.~~
~~CLOVIS, CA 93611~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/31/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 11/15/2007 | Date Notice of Default Recorded | $12.00 |
| 11/17/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 12/14/2007 | Date Trustee Sale Guarantee Received | $765.00 |
| 12/14/2007 | 1 Month Mailings Sent (Required by Statute) | $28.36 |
| 2/25/2008 | Publication Endorsement Received | $50.00 |
| 2/26/2008 | Date Notice of Sale Mailed (Required by Statute) | $44.46 |
| 2/28/2008 | Date Notice of Sale Recorded | $11.00 |
| 2/28/2008 | SOT/Appointment Recorded | $14.00 |
| 2/28/2008 | Assignment Recorded | $15.00 |
| 2/29/2008 | Date Publication Commenced (1st Pub) | $511.28 |
| 2/29/2008 | Date Notice of Sale Posted | $120.00 |
| 3/20/2008 | Title Cost Endorsement | $25.00 |
| 3/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,625.28 |

Cost
Cost

PLEASE PAY AMOUNT DUE:     $2,225.28

Page 20

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0090406
Invoice Date:  3/31/2008

Attention:                                                                 7983.21992

Loan No: 1001360512                          Type:  Non-Jud Foreclosure/ CONV
Borrower: FREDERICK, PATRICK
           JOHN WRONKO, SINGLE
           SACRAMENTO, CA  95855

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/31/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/19/2007 | Date Notice of Default Recorded | $12.00 |
| 11/22/2007 | 10 Day Mailings Sent (Required by Statute) | $28.36 |
| 12/14/2007 | Date Trustee Sale Guarantee Received | $983.00 |
| 2/22/2008 | Publication Endorsement Received | $50.00 |
| 2/23/2008 | Date Notice of Sale Mailed (Required by Statute) | $29.64 |
| 2/25/2008 | Date Notice of Sale Posted | $120.00 |
| 2/26/2008 | Date Publication Commenced (1st Pub) | $355.00 |
| 2/27/2008 | SOT/Appointment Recorded | $14.00 |
| 2/27/2008 | Date Notice of Sale Recorded | $11.00 |
| 2/27/2008 | Assignment Recorded | $11.00 |
| 3/17/2008 | Title Cost Endorsement | $25.00 |
| 3/20/2008 | Title Cost Endorsement | $25.00 |
| 3/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,679.00 |

*Post Cost* (handwritten)

PLEASE PAY AMOUNT DUE:        $2,279.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0090429
Invoice Date:  3/31/2008

Attention:                                                        7983.21993

Loan No: 1001361842                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~GIBSON, JACQUELYN~~
         ~~80000 AVENIDA CAMARIL~~
         ~~INDIO, CA 92000~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 3/31/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 11/16/2007 | Date Notice of Default Recorded | $12.00 |
| 11/20/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 12/13/2007 | Date Trustee Sale Guarantee Received | $625.00 |
| 2/21/2008 | Publication Endorsement Received | $50.00 |
| 2/22/2008 | Date Notice of Sale Mailed (Required by Statute) | $14.82 |
| 2/26/2008 | Date Notice of Sale Recorded | $7.00 |
| 2/26/2008 | SOT/Appointment Recorded | $10.00 |
| 2/28/2008 | Date Notice of Sale Posted | $120.00 |
| 2/28/2008 | Date Publication Commenced (1st Pub) | $350.00 |
| 3/19/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,218.00 |

**PLEASE PAY AMOUNT DUE:**      $1,818.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0090407
Invoice Date:  3/31/2008

Attention:

7983.22002

Loan No: 1001547560
Borrower: ~~VINCENT OSLAY GEORGIO~~
~~10910 WILLOW DR.~~
~~ESMARTINEZ, CA  94553~~

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/31/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/16/2007 | Date Notice of Default Recorded | $13.00 |
| 11/20/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/13/2007 | Date Trustee Sale Guarantee Received | $632.00 |
| 2/26/2008 | Publication Endorsement Received | $50.00 |
| 2/27/2008 | Date Notice of Sale Mailed (Required by Statute) | $7.41 |
| 2/29/2008 | Assignment Recorded | $15.00 |
| 2/29/2008 | Date Notice of Sale Posted | $120.00 |
| 2/29/2008 | Date Notice of Sale Recorded | $15.00 |
| 2/29/2008 | SOT/Appointment Recorded | $15.00 |
| 2/29/2008 | Date Publication Commenced (1st Pub) | $570.50 |
| 3/20/2008 | Title Cost Endorsement | $25.00 |
| 3/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,485.00 |

PLEASE PAY AMOUNT DUE:     $2,085.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0090408
Invoice Date:  3/31/2008

Attention:                                                              7983.22009

Loan No: 1001453262                     Type:  Non-Jud Foreclosure/ CONV
Borrower: CORREA, JAVIER
~~6619 HAMMOND WAY~~
~~BAKERSFIELD, CA  93309~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/31/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/20/2007 | Date Notice of Default Recorded | $11.00 |
| 11/27/2007 | 10 Day Mailings Sent (Required by Statute) | $35.45 |
| 11/29/2007 | Date Trustee Sale Guarantee Received | $570.00 |
| 12/14/2007 | 1 Month Mailings Sent (Required by Statute) | $7.08 |
| 2/26/2008 | Publication Endorsement Received | $50.00 |
| 2/27/2008 | Date Notice of Sale Mailed (Required by Statute) | $37.05 |
| 2/29/2008 | Date Publication Commenced (1st Pub) | $341.45 |
| 2/29/2008 | Date Notice of Sale Posted | $120.00 |
| 3/3/2008 | Date Notice of Sale Recorded | $8.00 |
| 3/3/2008 | Assignment Recorded | $10.00 |
| 3/3/2008 | SOT/Appointment Recorded | $11.00 |
| 3/20/2008 | Title Cost Endorsement | $25.00 |
| 3/27/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,241.03 |

*Post*

PLEASE PAY AMOUNT DUE:      $1,841.03

Page 23

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0090409
Invoice Date:  3/31/2008

Attention:                                                                                  7983.22046

Loan No: 1001560702                              Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~████████████████~~
~~████ WHITTIERAVE ██~~
~~██████, ██████ ███76~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/31/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/21/2007 | Date Notice of Default Recorded | $12.00 |
| 11/29/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/19/2007 | Date Trustee Sale Guarantee Received | $661.00 |
| 12/20/2007 | 1 Month Mailings Sent (Required by Statute) | $21.27 |
| 3/6/2008 | Publication Endorsement Received | $50.00 |
| 3/6/2008 | Date Notice of Sale Mailed (Required by Statute) | $29.64 |
| 3/7/2008 | Date Notice of Sale Posted | $120.00 |
| 3/7/2008 | Date Publication Commenced (1st Pub) | $420.31 |
| 3/10/2008 | Date Notice of Sale Recorded | $11.00 |
| 3/10/2008 | Assignment Recorded | $10.00 |
| 3/10/2008 | SOT/Appointment Recorded | $11.00 |
| 3/28/2008 | Title Cost Endorsement | $25.00 |
| 3/28/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,393.31 |

PLEASE PAY AMOUNT DUE:     $1,993.31

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0090410
Invoice Date:  3/31/2008

Attention:                                                    7983.22055

Loan No: 1001298237                     Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~JACHOON, SHIRNITA~~
~~EAST AVENUE Q13~~
~~PALMDALE, CA  93550~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 3/31/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/22/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/19/2007 | Date Trustee Sale Guarantee Received | $225.00 |
| 12/20/2007 | 1 Month Mailings Sent (Required by Statute) | $35.45 |
| 2/27/2008 | Publication Endorsement Received | $50.00 |
| 2/27/2008 | Date Notice of Sale Mailed (Required by Statute) | $59.28 |
| 2/29/2008 | Date Notice of Sale Recorded | $15.00 |
| 2/29/2008 | Date Notice of Sale Posted | $120.00 |
| 2/29/2008 | Date Publication Commenced (1st Pub) | $740.00 |
| 2/29/2008 | SOT/Appointment Recorded | $15.00 |
| 2/29/2008 | Assignment Recorded | $15.00 |
| 3/20/2008 | Cost - Record Trustee's Deed | $15.00 |
| 3/20/2008 | Title Cost Endorsement | $25.00 |
| | **TOTAL EXPENSES:** | $1,333.82 |

*Post Cost*

PLEASE PAY AMOUNT DUE:        $1,933.82

Page 25

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0090411
Invoice Date:  3/31/2008

Attention:

7983.22076

Loan No: 1001832330
Borrower: MOJARRO, MARTINA

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 3/31/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 11/20/2007 | Date Notice of Default Recorded | | $11.00 |
| 11/29/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | | $847.00 |
| 12/20/2007 | 1 Month Mailings Sent (Required by Statute) | | $14.18 |
| 2/27/2008 | Publication Endorsement Received | | $50.00 |
| 2/27/2008 | Date Notice of Sale Mailed (Required by Statute) | | $29.64 |
| 2/29/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/29/2008 | Date Publication Commenced (1st Pub) | | $555.77 |
| 3/3/2008 | SOT/Appointment Recorded | | $15.00 |
| 3/3/2008 | Date Notice of Sale Recorded | | $15.00 |
| 3/3/2008 | Assignment Recorded | | $15.00 |
| 3/20/2008 | Title Cost Endorsement | | $15.00 |
| 3/27/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,716.77 |

*Post Cost*

PLEASE PAY AMOUNT DUE:    $2,316.77

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0090454
Invoice Date:  3/31/2008

Attention:                                                          7983.22080

Loan No: 1001383830                        Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~BARRIOS, ANGELINA~~
~~64 KEMPTON ST.~~
~~SPRING VALLEY, CA 91977~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 3/31/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/22/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | $715.00 |
| 3/4/2008 | Publication Endorsement Received | $50.00 |
| 3/4/2008 | Date Notice of Sale Mailed (Required by Statute) | $14.82 |
| 3/6/2008 | Assignment Recorded | $15.00 |
| 3/6/2008 | Date Notice of Sale Recorded | $15.00 |
| 3/6/2008 | SOT/Appointment Recorded | $15.00 |
| 3/6/2008 | Date Publication Commenced (1st Pub) | $704.60 |
| 3/6/2008 | Date Notice of Sale Posted | $120.00 |
| 3/26/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,700.60 |

*Post Cost*

PLEASE PAY AMOUNT DUE:     $2,300.60

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0090412
Invoice Date:  3/31/2008

Attention:                                                                7983.22087

Loan No: 1001630044                        Type:  Non-Jud Foreclosure/ CONV
Borrower:  ~~DUARTE, JOSEPH~~
            ~~4 WEST COURT~~
            ~~TRACY, CA~~

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 3/31/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 11/21/2007 | Date Notice of Default Recorded | | $12.00 |
| 11/27/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | | $863.00 |
| 3/5/2008 | Publication Endorsement Received | | $50.00 |
| 3/5/2008 | Date Notice of Sale Mailed (Required by Statute) | | $14.82 |
| 3/7/2008 | Date Notice of Sale Posted | | $120.00 |
| 3/7/2008 | Date Publication Commenced (1st Pub) | | $420.31 |
| 3/10/2008 | Date Notice of Sale Recorded | | $8.00 |
| 3/10/2008 | Assignment Recorded | | $15.00 |
| 3/10/2008 | SOT/Appointment Recorded | | $11.00 |
| 3/28/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 3/28/2008 | Sale Endorsement Received | | $25.00 |
| | | TOTAL EXPENSES: | $1,568.31 |

*Post Cost* (handwritten)

PLEASE PAY AMOUNT DUE:     $2,168.31

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0090413
Invoice Date:  3/31/2008

Attention:                                                              7983.22100

Loan No: 1001327679                     Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~MUDMIO, ALBERTO~~
~~1809 BOLERO AVENUE~~
~~SALINAS, CA 93906~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/6/2008 | Publication Endorsement Received | $50.00 |
| 3/7/2008 | Date Notice of Sale Mailed (Required by Statute) | $7.35 |
| 3/8/2008 | Date Notice of Sale Posted | $120.00 |
| 3/8/2008 | Date Publication Commenced (1st Pub) | $963.32 |
| 3/12/2008 | SOT/Appointment Recorded | $12.00 |
| 3/12/2008 | Date Notice of Sale Recorded | $12.00 |
| 3/12/2008 | Assignment Recorded | $9.00 |
| 3/28/2008 | Cost - Record Trustee's Deed | $15.00 |
| 3/28/2008 | Title Cost Endorsement | $25.00 |

TOTAL EXPENSES:   $1,213.67

PLEASE PAY AMOUNT DUE:   $1,213.67

Page 28

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0090438
Invoice Date:  3/31/2008

Attention:

7983.22113

Loan No: 1001240170
Borrower: ~~MARYBERT McBOWERTT~~
3~~680 WHITE PLAINS DR~~
~~LAS VEGAS, NV  89129~~

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/31/2008 | Trustee Fee | $600.00 |
|  | TOTAL FEES: | $600.00 |
| 11/21/2007 | Date Notice of Default Recorded | $16.00 |
| 11/27/2007 | 10 Day Mailings Sent (Required by Statute) | $49.63 |
| 11/30/2007 | Date Trustee Sale Guarantee Received | $570.00 |
| 2/26/2008 | Publication Endorsement Received | $50.00 |
| 2/27/2008 | Date Notice of Sale Posted | $120.00 |
| 2/27/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 2/27/2008 | Date Notice of Sale Mailed (Required by Statute) | $37.05 |
| 2/29/2008 | Assignment Recording | $15.00 |
| 2/29/2008 | SOT/Appointment Recorded | $15.00 |
| 2/29/2008 | Date Notice of Sale Recorded | $15.00 |
| 3/18/2008 | Sale Endorsement Received | $25.00 |
| 3/27/2008 | Date Transfer Tax Advanxced | $1,223.49 |
| 3/27/2008 | Cost - Record Trustee's Deed | $15.00 |
|  | TOTAL EXPENSES: | $2,471.17 |

*Post Cost* (handwritten)

PLEASE PAY AMOUNT DUE:    $3,071.17

Page 1

## Northwest Trustee Services, Inc.

**3535 Factoria Blvd SE, #220**
**Bellevue, WA  98006**
**(425) 586-1900**

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX   75063

| | |
|---|---|
| INVOICE NO : | 0119965-IN |
| DATE : | Mar 31, 2008 |
| TRUSTEE NO : | 0079838    0233 |

CONTACT:

Page 1 of 1

Loan No: 1001026099
Borrower: ~~████████████~~
Property Address: 14955 Herschell Drive

~~San Jose, CA 95127~~

Type:

| | | |
|---|---|---:|
| 03/31/2008 | Trustee - Monitor Fee/CA | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE...................................**   **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,650.00 | $ 3,350.00 | $ 6,000.00 | $ 3,050.00 | $ 5,700.00 | $ 21,750.00 |

**This is the total outstanding invoices for your client number at this date.**