## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 23rd day of April, 2008, I caused a copy of the *Eighth Interim Monthly Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-n-Possession for the Period from March 1, 2008 Through March 31, 2008* to be served in the manner indicated on the following parties.

**BY HAND DELIVERY**

James L. Patton, Jr., Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Victoria Counihan, Esq.
Greenberg Traurig LLP
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Jr., Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE 19801

Joseph McMahon, Esq.
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801

**BY FIRST CLASS MAIL**

Jeffrey M. Levine, Esq.
Milestone Advisors, LLC
1775 Eye Street, NW, Suite 800
Washington, DC 20006

Mark S. Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Margot B. Schonholtz, Esq.
Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Corinne Ball, Esq.
Erica M. Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Alan Horn, Esq.
General Counsel
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

_____
Christina M. Thompson

#606957