IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: Docket No. 3388** |

<u>**NOTICE OF WITHDRAWAL OF DOCKET NO. 3388**</u>

PLEASE TAKE NOTICE that Alison A. Zea, by and through her undersigned counsel, hereby withdraws the **Motion for Short Order of Notice** [Docket No. 3388] (the "Motion") filed in the above-captioned case on March 24, 2008.

Dated: April 24, 2008        FERRY, JOSEPH & PEARCE, P.A.

/s/Rick S. Miller
Rick S. Miller (No. 3418)
Steven G. Weiler (No. 4934)
824 Market Street, Suite 904
Wilmington, DE 19801
Telephone: (302) 575-1555

Attorneys for Alison A. Zea