**CERTIFICATE OF SERVICE**

I, Rick S. Miller, hereby certify that on this 24th day of April, 2008, I caused one copy of the foregoing **NOTICE OF WITHDRAWAL OF DOCKET NO. 3388** to be served upon the below listed parties in the manner indicated:

**By Hand Delivery**

James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Matthew B. Lunn, Esq.
Kara Hammond Coyle, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Fl.
Wilmington, DE 19801

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lock Box #35
Wilmington, DE 19801

/s/ Rick S. Miller
Rick S. Miller (No. 3418)