# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., A Delaware Corporation,<br>et. al.,<br><br>Debtors. | Chapter 11<br><br>Case Number 07-11047 (CSS)<br><br>Objections Due by: TBD<br><br>Hearing Date: TBD |

## ORDER GRANTING EMERGENCY MOTION FOR
## RELIEF FROM THE AUTOMATIC STAY

Upon the emergency motion (the "Motion") of Laura A. Beall ("Movant"), for relief from the automatic stay; and adequate notice was sufficient and proper; and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the automatic stay imposed by Section 362 of Bankruptcy Code is modified in order to permit Movant to initiate her claims against the Debtor (as defined in the Motion); and to satisfy any judgement awarded or settlement reached from the Debtors' insurance; and it is further

ORDERED that Movant may not pursue the Debtor for any judgement in her favor, other than from the Debtor's available insurance, and set off, without first seeking further modification of the automatic stay, except as might be permitted by future orders of this Court (including, but not limited to, any plan or plans of reorganization which may be confirmed in the above-captioned bankruptcy cases).

Dated April 24, 2008

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge