IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, | : | Case No. 07-11047 (CSS) |
| INC., a Delaware Corporation, et al., | : | |
| | : | |
| Debtors. | : | |

## NOTICE OF WITHDRAWAL AND REQUEST
## FOR REMOVAL FROM ELECTRONIC FILING

**PLEASE TAKE NOTICE** that the undersigned counsel hereby requests to be removed from the Court's Electronic Service List (jbailey@jfbailey.com and lharris@jfbailey.com) in the above matter.

THE BAILEY LAW FIRM

/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR., I.D. #336
*Email: jbailey@jfbailey.com*
Three Mill Road, Suite 306A
Wilmington, DE  19806
(302) 658-5686
*Counsel for Petitioner, Gloria T. Kirk*

Dated:  April 24, 2008