# EXHIBIT A

 Client Home  Filed Claims  Documents  Docket  Contact Us  

**(646) 282-2500** & Schedules

**Bankruptcy Services LLC** *is now* **Epiq Systems - Bankruptcy Solutions**

**American Home Mortgage Corp.** [Change Client]



|   | Claim # | Schedule # | Creditor Name | Date | Total Claim Value |   |
|---|---------|-----------|---------------|------|-------------------|---|
| + |  | 751060530 | GREENWICH CAPITAL ACCEPTANCE, INC. |  | Schedule G |  |
| + |  | 751060540 | GREENWICH CAPITAL ACCEPTANCE, INC. |  | Schedule G |  |
| + |  | 751060550 | GREENWICH CAPITAL ACCEPTANCE, INC. |  | Schedule G |  |
| + |  | 751060560 | GREENWICH CAPITAL ACCEPTANCE, INC. |  | Schedule G |  |
| + |  | 751060570 | GREENWICH CAPITAL ACCEPTANCE, INC. |  | Schedule G |  |
| + |  | 751060580 | GREENWICH CAPITAL FINANCIAL PRODUCTS |  | Schedule G |  |
| + |  | 751060600 | GREENWICH CAPITAL FINANCIAL PRODUCTS, |  | Schedule G |  |
| + | 8960 |  | GREENWICH CAPITAL FINANCIAL PRODUCTS, | 1/11/2008 | $0.00 | Image |
| + | 8959 |  | GREENWICH CAPITAL FINANCIAL PRODUCTS, | 1/11/2008 | $0.00 | Image |
| + | 8958 |  | GREENWICH CAPITAL FINANCIAL PRODUCTS, | 1/11/2008 | $0.00 | Image |
| + | 8957 |  | GREENWICH CAPITAL FINANCIAL PRODUCTS, | 1/11/2008 | $0.00 | Image |
| + | 8952 |  | GREENWICH CAPITAL FINANCIAL PRODUCTS, | 1/11/2008 | $0.00 | Image |
| + | 8951 |  | GREENWICH CAPITAL FINANCIAL PRODUCTS, | 1/11/2008 | $0.00 | Image |
| + |  | 750000440 | GREENWICH CAPITAL FINANCIAL PRODUCTS, |  | Schedule G |  |
| + |  | 750000450 | GREENWICH CAPITAL FINANCIAL PRODUCTS, |  | Schedule G |  |
| + |  | 748000480 | GREENWICH CAPITAL FINANCIAL PRODUCTS, |  | $0.00 |  |
| + |  | 749000120 | GREENWICH CAPITAL FINANCIAL PRODUCTS, |  | $0.00 |  |
| + |  | 751060590 | GREENWICH CAPITAL FINANCIAL PRODUCTS, |  | $0.00 |  |
| + |  | 750000460 | GREENWICH CAPITAL FINANCIAL PRODUCTS, |  | $0.00 |  |
| + |  | 748000490 | GREENWICH CAPITAL FINANCIAL PRODUCTS, |  | $0.00 |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| + | 8956 | | GREENWICH CAPITAL MARKETS, INC | 1/11/2008 | $0.00 | Image |
| + | 8954 | | GREENWICH CAPITAL MARKETS, INC | 1/11/2008 | $0.00 | Image |
| + | 8953 | 751115060 | GREENWICH CAPITAL MARKETS, INC | 1/11/2008 | $0.00 | Image |
| + | 8962 | | GREENWICH CAPITAL MARKETS, INC | 1/11/2008 | $0.00 | Image |
| + | 8961 | | GREENWICH CAPITAL MARKETS, INC | 1/11/2008 | $0.00 | Image |
| Claims 1-25 of 25 | | | | | | |

---

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our terms of use. Please review our privacy statement for additional information regarding the data maintained on this website.

Copyright © Epiq Systems, Inc. 2006-2008. All rights reserved.