## EXHIBIT A

| Name of Agreement | Type of Agreement | Deal to which Agreement is Related | BNY's Role |
|---|---|---|---|
| RMBS Servicing Agreement dated as of December 21, 2004 by and among American Home Mortgage Trust 2004-4, as Issuer, AHM Servicing, as RMBS Master Servicer and The Bank of New York, as Indenture Trustee (the "2004-4 RMBS Servicing Agreement") | Servicing Agreement | American Home Mortgage Investment Trust Series 2004-4 Mortgage-Backed Notes | Indenture Trustee, Certificate Registrar, Certificate Paying Agent and Securities Intermediary |
| Mortgage Loan Sale and Servicing Agreement dated as of December 1, 2005 by and among American Home Mortgage Corp., as seller, AHM Servicing as servicer and Goldman Sachs Mortgage Company as purchaser (the "2006-6 and 2006-9 Servicing Agreement") | Servicing Agreement | GSAA Home Equity Trust 2006-6 Asset Back Certificates Series 2006-6 and GSAA Home Equity Trust 2006-6 Asset Back Certificates Series 2006-9 | Master Servicer, Securities Administrator and Custodian |
| Assignment and Assumption and Recognition Agreement dated as of April 28, 2006 by and among AHM Servicing, as servicer American Home Mortgage Corp., GS Mortgage Securities Corp., as assignor, U.S. Bank National Association, as trustee and assignee and acknowledged by JPMorgan Chase Bank, National Association, as master servicer | Third Party Securitization | GSAA Home Equity Trust 2006-6 Asset Back Certificates Series 2006-6 | Master Servicer, Securities Administrator and Custodian |
| Assignment and Assumption and Recognition Agreement dated as of May 26, 2006 by and among AHM Servicing, as servicer American Home Mortgage Corp, Goldman Sachs Mortgage Company, as assignor and GS Mortgage Securities Corp., as assignee | Third Party Securitization | GSAA Home Equity Trust 2006-6 Asset Back Certificates Series 2006-9 | Master Servicer, Securities Administrator and Custodian |