IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :   Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                               :
                                                              :   Jointly Administered
       Debtors.                                               :
                                                              :   **Ref. Docket No. 3054**
                                                              :
------------------------------------------------------------- x

**ORDER DENYING MOTION OF BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, FOR RELIEF FROM AUTOMATIC STAY, PURSUANT TO 11 U.S.C. § 362(d), ALLOWING THE ADMINISTRATIVE AGENT TO EXERCISE ITS RIGHTS AS A SECURED CREDITOR**

Upon consideration of the Motion of Bank of America, N.A., as Administrative Agent, for Relief from the Automatic Stay, Pursuant to 11 U.S.C. § 362(d), Allowing the Administrative Agent to Exercise its Rights as a Secured Creditor (the "Motion") and the brief in support thereof, the Debtors' objection to the Motion and the brief in support thereof, the Official Committee of Unsecured Creditors' statement in support of the Motion, and the evidence presented at the evidentiary hearing on the Motion held on April 16 and 17, 2008 (the "Hearing"); and after due deliberation and for the reasons stated on the record at the Hearing, it is hereby

ORDERED that the Motion is DENIED without prejudice.

Dated:   Wilmington, Delaware
         April 25, 2008

                                            _____
                                            Christopher S. Sontchi
                                            United States Bankruptcy Judge