IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x  Chapter 11
In re:                                                           :
                                                                 :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                           :
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :  Jointly Administered
                                                                 :
                     Debtors.                                    :  Ref. Docket No. 3209
---------------------------------------------------------------- x

**DEBTORS' STATEMENT OF NO OPPOSITION WITH RESPECT
TO MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER
SECTION 362 OF THE BANKRUPTCY CODE [DOCKET NO. 3209]**

The debtors and debtors in possession in the above captioned cases (collectively, the "Debtors") hereby file this statement of no opposition (the "Statement") with respect to the motion for relief from stay [D.I. 3209] (the "Motion") filed by HSBC Bank USA, N.A. (the "Movant") seeking *nunc pro tunc* relief related to a foreclosure upon certain real property located at 15674 Lappin, Detroit, Michigan (the "Property") in which the Debtors allegedly have a junior mortgage interest.

The Debtors have reviewed its books and records and have determined that, on or about November 23, 2005, the Debtors sold their junior mortgage interest in the Property. Accordingly, the Debtors do not believe that the automatic stay is implicated. For this reason, the Debtors take no position with respect to the relief

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

requested in the Motion and further reserve all rights in connection therewith including, but not limited to, whether nunc pro tunc relief from the automatic stay is permissible.

This Statement is further without prejudice to the Debtors' rights with respect to the factual allegations in the Motion including, but not limited to, whether the Movant had knowledge of these chapter 11 proceedings. Nothing herein shall be construed to waive any or all claims the Debtors may have against the Movant.

Dated:   Wilmington, Delaware
         April 25, 2008

                              YOUNG CONAWAY STARGATT &
                              TAYLOR, LLP


                              /s/ Margaret B. Whiteman
                              James L. Patton, Jr. (No. 2202)
                              Pauline K. Morgan (No. 3650)
                              Matthew B. Lunn (No. 4119)
                              Margaret B. Whiteman (No. 4652)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              Counsel for Debtors and Debtors in Possession