IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2008 APR 24  AM 9: 38
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: )
) Chapter 11
AMERICAN HOME MORTGAGE )
HOLDINGS, INC., Delaware corporation, et al. ) Case No. 07-11047 (CCS)
)
Debtors. ) Jointly Administered
)
) Objection Deadline: May 5, 2007 at 4:00 p.m. (ET)
) Hearing Date: May 12, 2007 at 10:00 a.m. (ET)

CARPENTER, MITCHEAL E. (MITCH)
15077 SE ST. ANDREWS
HAPPY VALLEY, OR 97086

### CREDITOR MITCHEAL E. CARPENTER'S OBJECTION TO DEBTOR'S OBJECTIONS TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

Claimant Mitcheal E. Carpenter, being in receipt of Debtor's Fourth Omnibus Objection To Claims, hereby files his objection to the extent his claim is disallowed, expunged, or reassigned. In filing his claim, Mr. Carpenter used the pre-printed Proof of Claim form received from Debtor, and therefore any such "wrong claim number" or argument that a wrong claim number was used, would unduly prejudice the Claimant, as he was entitled to rely on such forms.

Therefore, Claimant respectfully requests denial of an entry and an Order that would effect Claimant's priority position in this matter.

Dated this 21st, day of April, 2008. Portland Oregon

JORDAN/CAPLAN

_____
SCOTT D. CAPLAN, OSB #86165
921 S.W. Washington St.
Suite 755
Portland, Oregon 97205
Phone: (503) 224-0417
Fax:    (503) 294-7941
Email: scott@jordancaplan.com

Counsel to the Claimant