

**MONTAUK**
FINANCIAL GROUP

**Account Number:  LMJ-092126**

050630  270  002010262   C    1
FIRST MONTAUK SECURITIES CORP.
204 ALBERTA LANE,P.O. BOX 1037
WASHINGTON      MO 63090

NFS/FMTC ROLLOVER IRA
FBO HILDA R GAMBLE
426 WESTVIEW ESTATES  DR
UNION MO 63084

YOUR FINANCIAL ADVISOR
ERIN WIDEMAN
RR#: FI2

FOR QUESTIONS OR UP-TO-DATE ACCOUNT INFORMATION:
Local:                            866 910 3000

Portfolio Value
(in hundreds of dollars)



A portfolio value less than $100.00 may not be displayed.

March 2005 / This Period
September 2004 / December 2004

**Statement Date: 06/01/05  to  06/30/05**

# SNAPSHOT

**TOTAL PORTFOLIO**
**$600,949.56**

| PORTFOLIO VALUE | This Period | Prior Period |
|---|---|---|
| Cash and Cash Equivalents | $11,976.69 | $11,339.65 |
| Securities | $578,082.87 | $568,654.28 |
| Other Securities | $10,890.00 | $10,515.00 |
| **TOTAL PORTFOLIO VALUE** | **$600,949.56** | **$591,008.93** |

| ACCOUNT ACTIVITY | This Period | Year-To-Date |
|---|---|---|
| Net Trading | ($3,693.95) | ($2,506.39) |
| Net Core Fund Activity | $1,146.87 | ($46.91) |
| Net Income and Expenses | $2,547.08 | $2,553.30 |
| Net Miscellaneous Activity | $0.00 | $0.00 |

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

**LEGEND**
( ) Numbers in parenthesis
are debits or subtractions
NFS = National Financial
Services LLC

Page 1 of 14
050630 270 002010262



**MONTAUK** FINANCIAL GROUP

Account Number: LMJ-092126
Account Name: GAMBLE H

Statement Date:    06/01/2005 to 06/30/2005

**ALERT:**
All income is tax deferred
until it is distributed from
the account.

# SUMMARY

| PORTFOLIO VALUE | This Period | Prior Period |
|---|---|---|
| Cash and Cash Equivalents | | |
| Money Markets | $11,976.69 | $11,839.65 |
| Securities | | |
| Equities | | |
| Equity | $146,841.00 | $142,303.00 |
| Unit Investment Trusts | $134,195.32 | $133,364.96 |
| Fixed Income | | |
| Corporate Bonds | $80,935.35 | $79,163.75 |
| Mutual Funds | | |
| Equity | $216,111.20 | $213,822.57 |
| Total Securities | $578,082.87 | $568,654.28 |
| Other Securities | $10,890.00 | $10,515.00 |
| **TOTAL PORTFOLIO VALUE** | **$600,949.56** | **$591,008.93** |

| ACCOUNT ACTIVITY | This Period | Year To Date |
|---|---|---|
| BEGINNING BALANCE | $0.00 | |
| Trading | | |
| Securities Purchased | ($14,265.15) | ($38,187.91) |
| Securities Sold | $10,571.20 | $35,681.52 |
| **NET TRADING** | **($3,693.95)** | **($2,506.39)** |
| Core Fund Activity | | |
| Core Funds Purchased | ($990.28) | ($2,184.06) |
| Core Funds Sold | $2,137.15 | $2,137.15 |
| **NET CORE FUND ACTIVITY** | **$1,146.87** | **($46.91)** |
| Income and Expenses | | |
| Taxable Income | | |
| Tax Deferred Dividends | $1,797.08 | $1,803.30 |
| Taxable Interest | $750.00 | $750.00 |
| **NET TAXABLE INCOME** | **$2,547.08** | **$2,553.30** |
| **TOTAL INCOME** | **$2,547.08** | **$2,553.30** |
| **NET INCOME AND EXPENSES** | **$2,547.08** | **$2,553.30** |
| NET MISCELLANEOUS ACTIVITY | $0.00 | $0.00 |
| **ENDING BALANCE** | **$0.00** | |

## PORTFOLIO ALLOCATION

| | | |
|---|---|---|
| ▦ | Money Markets | 1.99% |
| ▨ | Equities | 82.73% |
| ▧ | Fixed Income | 13.47% |
| ■ | Other Securities | 1.81% |

Allocations for equities, fixed income, and other categories may include mutual funds and may be net of short positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds listed on an exchange may be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.

See last page for important information about your brokerage account and this statement.

*Account carried with National Financial Services LLC, Member NYSE, SIPC*



**MONTAUK**
FINANCIAL GROUP

Account Number: LMJ-092126
Account Name: GAMBLE H

Statement Date: 06/01/2005 to 06/30/2005

## CLOSED LOT GAIN (LOSS) SUMMARY

|  | This Period | Year To Date |
|---|---|---|
| Net Gain (Loss) from Trading | ($1,788.89) | ($3,754.27) |

The above section is a summary of gain (loss) for transactions in your account as of the trade date. These figures exclude transactions where cost basis information is incomplete.

Retirement account cost and associated gain (loss) information is provided for informational purposes only and should not be used for tax-reporting purposes. Such information is provided to help you estimate and track the change in market value of each position relative to your investment into this security (not including reinvestments). NFS makes no warranties with respect to, and specifically disclaims any liability arising out of your use of, or any position taken in reliance upon, NFS-provided cost and net change information.

NFS determines gain (loss) using the first-in, first-out (FIFO) method on all transactions in a retirement account. All cost and gain (loss) information is provided as of the previous market close. Cost information for debt securities has not been adjusted for amortization or accretion.

## DETAIL

## PORTFOLIO VALUE

Retirement account cost and net change information is provided for informational purposes only and should not be used for tax-reporting purposes. Such information is provided to help you estimate and track the change in market value of each position relative to your investment into this security (not including reinvestments). NFS makes no warranties with respect to, and specifically disclaims any liability arising out of your use of, or any position taken in reliance upon, NFS-provided cost and net change information.

### CASH AND CASH EQUIVALENTS 1.99%

| Description | Symbol/Cusip Account Type | Quantity | Price on 06/30/05 | Current Market Value | Prior Market Value | Estimated Annual Income |
|---|---|---|---|---|---|---|
| **Money Markets** | | | | | | |
| PRIME FUND - CAPITAL RESERVES CLASS | FPRXX CASH | 11,976.69 | $1.00 | $11,976.69 | $11,839.65 | |
| 7 DAY AVG NET YIELD 2.32% | | | | | | |
| Dividend Option Reinvest | | | | | | |
| Capital Gain Option Reinvest | | | | | | |
| **Total Cash and Cash Equivalents** | | | | $11,976.69 | | |

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

**Account Number: LMJ-092126**
**Account Name: GAMBLE H**

**Statement Date:    06/01/2005 to 06/30/2005**



## EQUITIES 46.77%

| Description | Symbol/Cusip Account Type | Quantity | Price on 06/30/05 | Current Market Value | Prior Market Value | Estimated Annual Income | Cost | Net Change |
|---|---|---|---|---|---|---|---|---|
| **Equity** | | | | | | | | |
| AMERICAN HOME MTG INVT CORP PFD STK SER A 9.75% CALLABLE 07/07/2009 @ 25.0000 Estimated Yield 8.66% Next Dividend Payable: 08/01/05 | AHMPRA CASH | 500 | $28.14 | $14,070.00 | unavailable | $1,218.75 | $13,458.35 | $611.65 |
| AMERICAN HOME MTG INVT CORP PFD STK SER B 9.25% CALLABLE 12/15/2009 @ 25.0000 Estimated Yield 8.67% Next Dividend Payable: 08/01/05 | AHMPRB CASH | 2,000 | $26.66 | $53,320.00 | $52,360.00 | $4,625.00 | $51,808.35  T | $1,511.65 |
| ENTERTAINMENT PPTYS TR PFD 9.50 % Estimated Yield 8.79% Next Dividend Payable: 07/15/05 | EPRPRA CASH | 1,000 | $27.01 | $27,010.00 | $27,000.00 | $2,375.00 | $27,329.22  T | ($319.22 ) |
| I-FLOW CORP COM NEW Dividend Option Cash Capital Gain Option Cash | IFLO CASH | 500 | $16.54 | $8,320.00 | $8,170.00 | | $7,862.50  T | $457.50 |
| INTEL CORP Estimated Yield 1.23% Dividend Option Cash Capital Gain Option Cash | INTC CASH | 300 | $26.02 | $7,806.00 | $8,098.00 | $96.00 | $9,246.35  T | ($1,440.35 ) |
| MICROSOFT CORP Estimated Yield 1.28% Dividend Option Cash Capital Gain Option Cash Next Dividend Payable: 09/08/05 | MSFT CASH | 500 | $24.84 | $12,420.00 | $12,900.00 | $160.00 | $13,388.35  T | ($968.35 ) |
| RELIV INTL INC Estimated Yield 0.65% Dividend Option Cash Capital Gain Option Cash | RELV CASH | 2,250 | $10.62 | $23,895.00 | $23,625.00 | $157.50 | | |
| **Total Equity** | | | | **$146,841.00** | | **$8,632.25** | **$123,093.12** | **($147.12 )** |
| **Unit Investment Trusts** | | | | | | | | |
| FT UNIT 789 MERGER & ACQUISITION PORT SER 2003 SEMI ANNUAL CASH | 302670578 CASH | 1,000 | $10.87 | $10,870.00 | $10,560.00 | | $10,008.35  T | $861.65 |

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

**Account Number: LMJ-092126**
**Account Name: GAMBLE H**

**Statement Date:  06/01/2005 to 06/30/2005**



## EQUITIES  46.77%

| Description | Symbol/Cusip Account Type | Quantity | Price on 06/30/05 | Current Market Value | Prior Market Value | Estimated Annual Income | Cost | Net Change |
|---|---|---|---|---|---|---|---|---|
| FT UNIT 841 CONV CLOSED END PORT SER 2 MONTHLY CASH | 302688620 CASH | 13,009 | $9.48 | $123,325.32 | $122,804.96 | | $134,141.38 T | (10,816.06) |
| **Total Unit Investment Trusts** | | | | $134,195.32 | | | $134,141.38 | (9,954.41) |
| **Total Equities** | | | | $281,036.32 | | $8,632.25 | $267,242.85 | (10,101.53) |

## FIXED INCOME  13.47%

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 06/30/05 | Estimated Current Market Value | Estimated Prior Market Value | Estimated Annual Income | Cost | Net Change |
|---|---|---|---|---|---|---|---|---|
| **Corporate Bonds** | | | | | | | | |
| GENERAL MTRS ACCEP CORP 5.850% 07/14/2009 SR NT MOODY'S Baa2 /S&P BB B/E CPN PMT SEMI-ANNUAL ON JUL 14, JAN 14 Next Interest Payable: 07/14/05 | 37042SRD4 CASH | 20,000 | $93.741 | $18,748.20 | $18,252.00 | $1,170.00 | $19,258.35 T | (510.15) |
| FORD MOTOR CR CO GLBL SECS 7.375% 10/28/2009 MOODY'S Baa2 /S&P BB+ B/E CPN PMT SEMI-ANNUAL ON APR 28, OCT 28 Next Interest Payable: 10/28/05 | 345397SM6 CASH | 25,000 | $97.719 | $24,429.75 | $24,192.75 | $1,843.75 | $23,789.60 | $640.15 |
| GENERAL MTRS ACCEP CPSMARTNRE 7.500% 12/15/2016 CALL MOODY'S Baa2 /S&P BB B/E CPN PMT SEMI-ANNUAL ON JUN 15, DEC 15 NEXT CALLABLE 12/15/2005 @ 100.0000 CALLABLE 12/15/2004 @ 100.0000 Next Interest Payable: 12/15/05 | 37042GUA2 CASH | 20,000 | $87.888 | $17,577.60 | $16,675.00 | $1,500.00 | $23,789.60 | |

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

**Account Number: LMJ-092126**
**Account Name: GAMBLE H**

**Statement Date:   06/01/2005 to 06/30/2005**



## FIXED INCOME 13.47%

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 06/30/05 | Estimated Current Market Value | Estimated Prior Market Value | Estimated Annual Income | Cost | Net Change |
|---|---|---|---|---|---|---|---|---|
| PROVIDENT COS INC SR NT 7.000% | 743862AD6 CASH | 20,000 | $100.899 | $20,179.80 | $20,054.00 | $1,400.00 | $19,958.35 T | $221.45 |
| MOODY'S Ba1 /S&P BB+ B/E | | | | | | | | |
| CPN PMT SEMI-ANNUAL | | | | | | | | |
| ON JAN 15, JUL 15 | | | | | | | | |
| Next Interest Payable 07/15/05 | | | | | | | | |
| **Total Corporate Bonds** | | 85,000 | | | | $5,913.75 | $63,006.30 | $351.45 |
| **Total Fixed Income** | | 85,000 | | $80,935.35 | | $5,913.75 | $63,006.30 | $351.45 |

## MUTUAL FUNDS 35.96%

| Description | Symbol/Cusip Account Type | Quantity | Price on 06/30/05 | Estimated Current Market Value | Prior Market Value | Estimated Annual Income | Cost | Net Change |
|---|---|---|---|---|---|---|---|---|
| **Equity** | | | | | | | | |
| AMERICAN GROWTH FUND OF AMERICA CLASS A | AGTHX CASH | 973,431 | $27.84 | $27,100.32 | $26,681.74 | $87.61 | $26,095.64 T | $1,004.68 |
| Estimated Yield  0.32% | | | | | | | | |
| Dividend Option Reinvest | | | | | | | | |
| Capital Gain Option Reinvest | | | | | | | | |
| AMERICAN INCOME FUND OF AMERICA CLASS A | AMECX CASH | 1,765,557 | $18.37 | $32,433.47 | $31,811.78 | $1,094.65 | $31,347.43 T | $1,085.04 |
| Estimated Yield  3.37% | | | | | | | | |
| Dividend Option Reinvest | | | | | | | | |
| Capital Gain Option Reinvest | | | | | | | | |
| AMERICAN INVESTMNT CO OF AMERICA CL A | AIVSX CASH | 2,551,692 | $30.54 | $77,928.67 | $77,190.08 | $1,326.88 | | |
| Estimated Yield  1.70% | | | | | | | | |
| Dividend Option Reinvest | | | | | | | | |
| Capital Gain Option Reinvest | | | | | | | | |
| DODGE & COX BALANCE | DODBX CASH | 419,577 | $79.03 | $33,159.17 | $32,963.68 | $717.48 | $31,587.88 T | $1,571.29 |
| Estimated Yield  2.16% | | | | | | | | |
| Dividend Option Reinvest | | | | | | | | |
| Capital Gain Option Reinvest | | | | | | | | |
| HERITAGE MID CAP STOCK CLASS A | HMCAX CASH | 424,809 | $26.56 | $11,282.93 | $11,104.51 | | | |
| Dividend Option Reinvest | | | | | | | | |
| Capital Gain Option Reinvest | | | | | | | | |

*Account carried with National Financial Services LLC, Member NYSE, SIPC*



**Account Number: LM-J-092126**
**Account Name: GAMBLE H**

**Statement Date:** 06/01/2005 to 06/30/2005

## MONTAUK
FINANCIAL GROUP

## MUTUAL FUNDS 35.96%

| Description | Symbol/Cusip Account Type | Quantity | Price on 06/30/05 | Current Market Value | Prior Market Value | Estimated Annual Income | Cost | Net Change |
|---|---|---|---|---|---|---|---|---|
| OPPENHEIMER MAIN STREET CL A | MSIGX | 970.401 | $35.25 | $34,206.64 | $34,070.78 | $399.62 | | |
| Estimated Yield 1.16% | CASH | | | | | | | |
| Dividend Option Reinvest | | | | | | | | |
| Capital Gain Option Reinvest | | | | | | | | |
| **Total Equity** | | | | $216,111.20 | | $3,626.24 | $89,030.95 | $3,662.01 |
| **Total Mutual Funds** | | | | $216,111.20 | | $3,626.24 | $89,030.95 | $3,662.01 |
| **Total Securities** | | | | $578,082.87 | | $18,172.24 | $419,280.10 | ($6,088.07 ) |

## OTHER SECURITIES 1.81%

Investments reported in this section such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate investment trusts which are not listed on any exchange), commodity pools, and hedge funds are generally illiquid investments and their current values will be different from the purchase price. Unless otherwise indicated, the values shown in this statement for such investments have been provided by the management, administrator or sponsor of each program or a third-party vendor without independent verification by National Financial Services LLC (NFS) or your broker/dealer and represent their estimate of the value of the investor's participation in the program, as of a date no greater than 12 months from the date of this statement. Therefore, the estimated values shown herein may not necessarily reflect actual market values or be realized upon liquidation. If an estimated value is not provided, accurate valuation information is not available.

| Description | Symbol/Cusip Account Type | Quantity | Price on 06/30/05 | Current Market Value | Prior Market Value | Estimated Annual Income | Cost | Net Change |
|---|---|---|---|---|---|---|---|---|
| PLUM CREEK TIMBER CO INC | PCL | 300 | $36.30 | $10,890.00 | $10,515.00 | $456.00 | $8,856.35  T | $2,033.65 |
| Estimated Yield 4.18% | CASH | | | | | | | |
| **Total Other Securities** | | | | $10,890.00 | | $456.00 | $8,856.35 | $2,033.65 |

## TOTAL PORTFOLIO VALUE

| | | | | $600,949.56 | | $18,628.24 | $428,136.45 | ($4,054.42 ) |
|---|---|---|---|---|---|---|---|---|

## ACCOUNT ACTIVITY

Retirement account cost and associated gain (loss) information is provided for informational purposes only and should not be used for tax-reporting purposes. Such information is provided to help you estimate and track the change in market value of each position relative to your investments into this security (not including reinvestments). NFS makes no warranties with respect to, and specifically disclaims any liability arising out of your use of, or any position taken in reliance upon, NFS-provided cost and net change information.

## TRADING

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

**Account Number: LMJ-092126**
**Account Name: GAMBLE H**

**Statement Date:  06/01/2005 to 06/30/2005**

 **MONTAUK** FINANCIAL GROUP

## Securities Purchased

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Cost | Transaction Gain (Loss) |
|---|---|---|---|---|---|---|---|
| 06/06/05 | CASH | REINVESTMENT | AMERICAN INVESTMNT CO OF AMERICA CL A REINVESTED @ $30.38 | 10.873 | ($330.37 ) | | |
| 06/15/05 | CASH | YOU BOUGHT | AMERICAN HOME MTG INVT CORP PFD STK SER A 9.75% SOLICITED ORDER @ 26.70 | 500 | ($13,458.35 ) | $13,458.35 | |
| 06/27/05 | CASH | REINVESTMENT | AMERICAN INCOME FUND OF AMERICA CLASS A REINVESTED @ $18.34 | 15.744 | ($288.75 ) | | |
| 06/28/05 | CASH | REINVESTMENT | DODGE & COX BALANCE REINVESTED @ $79.29 AS OF 06/28/05 | 2.368 | ($187.74 ) | | |

**Net Securities Purchased**  ($14,265.15 )

## Securities Sold

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Cost | Transaction Gain (Loss) |
|---|---|---|---|---|---|---|---|
| 06/15/05 | CASH | YOU SOLD | GENL MTRS ACCEP CORP PFD SR NTS 7.25% 02/07/2033 @ 21.36 | (500) | $10,571.20 | $9,898.35 T | $672.85 |

**Net Securities Sold**  $10,571.20

**NET TRADING**  ($3,693.95 )

## CORE FUND ACTIVITY

### Core Funds Purchased

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 06/30/05 | CASH | YOU BOUGHT | PRIME FUND - CAPITAL RESERVES CLASS @ 1 | 968.31 | ($968.31 ) |
| 06/30/05 | CASH | REINVESTMENT | PRIME FUND - CAPITAL RESERVES CLASS REINVESTED @ $1.00 | 21.97 | ($21.97 ) |

**Net Core Funds Purchased**  ($990.28 )

Account carried with National Financial Services LLC, Member NYSE, SIPC



MONTAUK
FINANCIAL GROUP

## Core Funds Sold

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 06/15/05 | CASH | YOU SOLD | PRIME FUND - CAPITAL RESERVES CLASS @ 1 | (2,137.15) | $2,137.15 |

**Net Core Funds Sold** $2,137.15

## NET CORE FUND ACTIVITY $1,146.87

## INCOME AND EXPENSES
### Taxable Income

| Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Tax Deferred Dividends** | | | | | |
| 06/06/05 | CASH | DIVIDEND RECEIVED | AMERICAN INVESTMNT CO OF AMERICA CL A | | $330.31 |
| 06/27/05 | CASH | DIVIDEND RECEIVED | AMERICAN INCOME FUND OF AMERICA CLASS A | | $288.75 |
| 06/28/05 | CASH | DIVIDEND RECEIVED | DODGE & COX BALANCE | | $187.74 |
| 06/30/05 | CASH | DIVIDEND RECEIVED | FT UNIT 789 MERGER & ACQUISITION PORT SER 2003 SEMI ANNUAL CASH | | $83.70 |
| 06/30/05 | CASH | DIVIDEND RECEIVED | FT UNIT 841 CONV CLOSED END PORT SER 2 MONTHLY CASH | | $884.61 |
| 06/30/05 | CASH | DIVIDEND RECEIVED | PRIME FUND - CAPITAL RESERVES CLASS DIVIDEND RECEIVED | | $21.97 |
| **Taxable Interest** | | | | | |
| 06/15/05 | CASH | INTEREST | GENERAL MTRS ACCEP CPSMARTNBE 7.500% 12/15/2016 CALL | | $750.00 |

**Net Taxable Income** $2,547.08

**Total Income** $2,547.08

## NET INCOME AND EXPENSES $2,547.08

*Account carried with National Financial Services LLC, Member NYSE, SIPC*



**Account Number: LMJ-092126**
**Account Name: GAMBLE H**

**Statement Date:    06/01/2005 to 06/30/2005**

## MISCELLANEOUS ACCOUNT ACTIVITY

| Date | Account Type | Transaction | Description | Quantity | Amount | Cost | Transaction Gain (Loss) |
|------|------|------|------|------|------|------|------|
| 06/01/05 | CASH | CONVERSION | PRIME FUND - CAPITAL RESERVES CLASS TFR FROM FISERV | 1,129.91 | $0.00 | | |
| 06/15/05 | CASH | CONVERSION | PRIME FUND - CAPITAL RESERVES CLASS TFR FROM FISERV | 154 | $0.00 | | |

## NET MISCELLANEOUS ACCOUNT ACTIVITY

$0.00

### TRADES PENDING SETTLEMENT

These trades settle after the closing date of this statement and will be reflected on your next statement.

| Trade Date | Settlement Date | Transaction | Description | Quantity | Amount | Cost | Transaction Gain (Loss) |
|------|------|------|------|------|------|------|------|
| 06/28/05 | 07/05/05 | BOUGHT | ENTERTAINMENT PPTYS TR PFD 9.50 % SOLICITED ORDER AVERAGE PRICE TRADE | 1,000 | ($27,256.35 ) | $27,256.35 | |
| 06/29/05 | 07/05/05 | SOLD | FT UNIT 841 CONV CLOSED END PORT SER 2 MONTHLY CASH | (2,859 ) | $27,018.64 | $29,480.38   T | ($2,461.74 ) |

### Net Trades Pending Settlement

($237.71 )

### OPEN LOT DETAIL

Retirement account cost and net change information is provided for informational purposes only and should not be used for tax-reporting purposes. Such information is provided to help you estimate and track the change in market value of each position relative to your investments into this security (not including reinvestments). NFS makes no warranties with respect to, and specifically disclaims any liability arising out of your use of, or any position taken in reliance upon, NFS-provided cost and net change information.

**EQUITIES**

| Description | Account Type | Date Acquired | Symbol/ Cusip | Price on 06/30/05 | Quantity | Market Value | Cost | Net Change |
|------|------|------|------|------|------|------|------|------|
| AMERICAN HOME MTG INVT CORP PFD STK SER A 9.75% | CASH | 06/10/05 | AHMPRA | $28.14 | 500 | $14,070.00 | $13,456.35 | $611.65 |
| AMERICAN HOME MTG INVT CORP PFD | CASH | 01/13/05 | AHMPRB | $26.66 | 2,000 | $53,320.00 | $51,808.35   T | $1,511.65 |

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

**Account Number: LMJ-092126**
**Account Name: GAMBLE H**

**Statement Date:   06/01/2005 to 06/30/2005**

MONTAUK FINANCIAL GROUP

## EQUITIES
STK SER B 9.25%

| Description | Account Type | Date Acquired | Symbol/Cusip | Price on 06/30/05 | Quantity | Market Value | Cost | | Net Change |
|---|---|---|---|---|---|---|---|---|---|
| ENTERTAINMENT PPTYS TR PFD 9.50 % | CASH | 07/23/04 | EPRPRA | $27.01 | 100 | $2,701.00 | $2,744.96 | T | ($43.96) |
| | CASH | 07/23/04 | | | 500 | $13,505.00 | $13,574.97 | T | ($69.97) |
| | CASH | 07/27/04 | | | 400 | $10,804.00 | $11,009.29 | T | ($205.29) |
| | CASH | 06/29/05 | | | 1,000 | $27,010.00 | $27,256.35 | T | ($246.35) |
| | Position Total | | EPRPRA | | 2,000 | $54,020.00 | $54,585.57 | | ($565.57) |
| FT UNIT 789 MERGER & ACQUISITION PORT SER 2003 SEMI ANNUAL CASH | CASH | 12/12/03 | 302670S78 | $10.87 | 1,000 | $10,870.00 | $10,008.35 | T | $861.65 |
| FT UNIT 841 CONV CLOSED END PORT SER 2 MONTHLY CASH | CASH | 09/01/04 | 30269B620 | $9.48 | 10,150 | $96,222.00 | $104,661.00 | T | ($8,439.00) |
| I-FLOW CORP COM NEW | CASH | 12/11/03 | IFLO | $16.64 | 300 | $4,992.00 | $4,263.35 | T | $728.65 |
| | CASH | 01/13/05 | | | 200 | $3,328.00 | $3,599.15 | T | ($271.15) |
| | Position Total | | IFLO | | 500 | $8,320.00 | $7,862.50 | | $457.50 |
| INTEL CORP | CASH | 12/11/03 | INTC | $26.02 | 300 | $7,806.00 | $9,246.35 | T | ($1,440.35) |
| MICROSOFT CORP | CASH | 01/13/05 | MSFT | $24.84 | 257 | $6,383.88 | $6,885.67 | T | ($501.79) |
| | CASH | 01/13/05 | | | 243 | $6,036.12 | $6,502.68 | T | ($466.56) |
| | Position Total | | MSFT | | 500 | $12,420.00 | $13,388.35 | | ($968.35) |
| RELIV INTL INC | CASH | 05/12/03 | RELV | $10.62 | 500 | $5,310.00 | $2,295.85 | T | $3,014.15 |
| | CASH | 05/12/03 | | | 100 | $1,062.00 | $457.50 | T | $604.50 |
| | CASH | 05/12/03 | | | 400 | $4,248.00 | $1,830.00 | T | $2,418.00 |
| | CASH | | | | 1,250 | $13,275.00 | Unknown | | |
| | Position Total | | RELV | | 2,250 | $23,895.00 | Unknown | | |

| Total Equities | | | | | 19,200 | $280,943.00 | Unknown | |
|---|---|---|---|---|---|---|---|---|

## FIXED INCOME

| Description | Account Type | Date Acquired | Symbol/Cusip | Price on 06/30/05 | Quantity | Market Value | Cost | Net Change |
|---|---|---|---|---|---|---|---|---|
| FORD MOTOR CR CO GLBL SECS 7.375% 10/28/2009 | CASH | 05/19/05 | 345397SM6 | $97.719 | 25,000 | $24,429.75 | $23,789.60 | $640.15 |
| GENERAL MTRS ACCEP CPSMARTMBE | CASH | | 370425GUA2 | $87.888 | 20,000 | $17,577.60 | Unknown | |

**Account Number: LMJ-092126**
**Account Name: GAMBLE H**

**Statement Date:    06/01/2005 to 06/30/2005**

**MONTAUK** FINANCIAL GROUP

### FIXED INCOME

| Description | Account Type | Date Acquired | Symbol/ Cusip | Price on 06/30/05 | Quantity | Market Value | Cost | | Net Change |
|---|---|---|---|---|---|---|---|---|---|
| 7.500% *12/15/2016 CALL | | | | | | | | | |
| GENERAL MTRS ACCEP CORP 5.850% 01/14/2009 SR NT | CASH | 03/17/05 | 37042SR04 | $93.741 | 20,000 | $18,748.20 | $19,258.35 | T | ($510.15) |
| PROVIDENT COS INC SR NT 7.000% 07/15/2018 | CASH | 04/23/04 | 74386ZAD6 | $100.899 | 20,000 | $20,179.80 | $19,958.35 | T | $221.45 |
| **Total Fixed Income** | | | | | 85,000 | $80,935.35 | Unknown | | |

### MUTUAL FUNDS

| Description | Account Type | Date Acquired | Symbol/ Cusip | Price on 06/30/05 | Quantity | Market Value | Cost | | Net Change |
|---|---|---|---|---|---|---|---|---|---|
| DODGE & COX BALANCE | | | DODBX | $79.03 | | | | | |
| | CASH | 03/12/04 | | | 396,825 | $31,351.08 | $30,044.61 | T | $1,316.47 |
| | CASH | 03/23/04 | | | 1.956 | $154.58 | $148.09 | T | $6.49 |
| | CASH | 03/23/04 | | | 1.004 | $79.35 | $76.01 | T | $3.34 |
| | CASH | 01/10/04 | | | 2.083 | $164.62 | $157.70 | T | $6.92 |
| | CASH | 09/30/04 | | | 2.306 | $182.24 | $174.59 | T | $7.65 |
| | CASH | 01/03/05 | | | 2.09 | $165.17 | $158.23 | T | $6.94 |
| | CASH | 01/10/05 | | | 6.065 | $479.32 | $459.19 | T | $20.13 |
| | CASH | 01/10/05 | | | 1.529 | $120.84 | $115.76 | T | $5.08 |
| | CASH | 04/01/05 | | | 1.085 | $85.75 | $82.14 | T | $3.61 |
| | CASH | 04/01/05 | | | 0.032 | $2.53 | $2.42 | T | $0.11 |
| | CASH | 04/01/05 | | | 2.234 | $176.55 | $168.14 | T | $7.41 |
| | CASH | 06/29/05 | | | 2.368 | $187.14 | $0.00 | | $107.74 |
| **Position Total** | | | **DODBX** | | 419,577 | $33,159.17 | $31,587.88 | | $1,571.29 |
| AMERICAN GROWTH FUND OF AMERICA CLASS A | CASH | 11/03/04 | AGTHX | $27.84 | 970.149 | $27,008.95 | $26,007.66 | T | $1,001.29 |
| | CASH | 12/14/04 | | | 3.282 | $91.37 | $87.98 | T | $3.39 |
| **Position Total** | | | **AGTHX** | | 973.431 | $27,100.32 | $26,095.64 | | $1,004.68 |
| HERITAGE MID CAP STOCK CLASS A | CASH | 03/12/04 | HMCAX | $25.56 | 424.609 | $11,282.93 | Unknown | | |
| AMERICAN INCOME FUND OF AMERICA CLASS A | CASH | 03/12/04 | AMECX | $18.37 | 1,675.042 | $30,770.52 | $30,007.78 | T | $762.74 |
| | CASH | 03/30/04 | | | 1.793 | $32.94 | $32.12 | T | $0.82 |
| | CASH | 06/23/04 | | | 15.149 | $278.29 | $271.38 | T | $5.91 |
| | CASH | 09/28/04 | | | 15.043 | $276.34 | $269.49 | T | $6.85 |
| | CASH | 12/28/04 | | | 1.382 | $25.39 | $24.75 | T | $0.64 |
| | CASH | 12/28/04 | | | 12.252 | $225.07 | $219.49 | T | $5.58 |

*Account carried with National Financial Services LLC, Member NYSE, SIPC*



**Account Number: LMJ-092126**
**Account Name:   GAMBLE H**

**Statement Date:   06/01/2005 to 06/30/2005**

## MUTUAL FUNDS

| Description | Account Type | Date Acquired | Symbol/ Cusip | Price on 06/30/05 | Quantity | Market Value | Cost | | Net Change |
|---|---|---|---|---|---|---|---|---|---|
| | | | AMECX | | | | | | |
| AMERICAN INVESTMANT CO OF AMERICA CL A | CASH | 12/28/04 | | | 14.28 | $262.32 | $255.32 | T | $6.50 |
| | CASH | 03/29/05 | | | 14.882 | $273.38 | $266.60 | T | $6.78 |
| | CASH | 06/27/05 | | | 15.744 | $289.22 | $0.00 | | $289.22 |
| | **Position Total** | | | | 1,765.567 | $32,433.47 | $31,347.43 | | **$1,086.04** |
| | | | AIVSX | $30.54 | | | | | |
| AMERICAN INVESTMANT CO OF AMERICA CL A | CASH | 03/05/03 | | | 13.944 | $425.85 | $0.00 | T | $425.85 |
| | CASH | 06/10/03 | | | 12.211 | $372.92 | $0.00 | T | $372.92 |
| | CASH | 09/09/03 | | | 11.906 | $363.61 | $0.00 | T | $363.61 |
| | CASH | 12/18/03 | | | 18.281 | $558.30 | $0.00 | T | $558.30 |
| | CASH | 12/18/03 | | | 11.317 | $345.62 | $0.00 | T | $345.62 |
| | CASH | 03/09/04 | | | 10.735 | $327.85 | $0.00 | T | $327.85 |
| | CASH | 06/08/04 | | | 11.196 | $341.93 | $0.00 | T | $341.93 |
| | CASH | 09/08/04 | | | 11.18 | $341.44 | $0.00 | T | $341.44 |
| | CASH | 12/15/04 | | | 10.647 | $325.16 | $0.00 | T | $325.16 |
| | CASH | 12/15/04 | | | 29.074 | $887.92 | $0.00 | T | $887.92 |
| | CASH | 03/08/05 | | | 10.526 | $321.46 | $0.00 | T | $327.46 |
| | CASH | | | | 2,388.802 | $72,984.55 | Unknown | | |
| | CASH | 06/06/05 | | | 10.873 | $332.06 | $0.00 | | $332.06 |
| | **Position Total** | | AIVSX | | 2,551.692 | $77,928.67 | Unknown | | |
| | | | MSIGX | $35.25 | | | | | |
| OPPENHEIMER MAIN STREET CL A | CASH | 12/06/03 | | | 6.008 | $211.78 | $0.00 | T | $211.78 |
| | CASH | 12/04/04 | | | 11.352 | $400.16 | $0.00 | T | $400.16 |
| | CASH | | | | 953.041 | $33,594.70 | Unknown | | |
| | **Position Total** | | MSIGX | | 970.401 | $34,206.64 | Unknown | | |
| **Total Mutual Funds** | | | | | 7,105.477 | $216,111.19 | Unknown | | |

## OTHER SECURITIES

| Description | Account Type | Date Acquired | Symbol/ Cusip | Price on 06/30/05 | Quantity | Market Value | Cost | | Net Change |
|---|---|---|---|---|---|---|---|---|---|
| PLUM CREEK TIMBER CO INC | CASH | 12/11/03 | PCL | $36.30 | 300 | $10,890.00 | $8,856.35 | T | $2,033.65 |
| **Total Other securities** | | | | | 300 | $10,890.00 | $8,856.35 | | **$2,033.65** |

**FOOTNOTES AND COST INFORMATION**
Cost and gain(loss) information is included for your convenience and is based on information you provided or that is otherwise known to NFS at the time the statement is issued. Gains (losses) realized in retirement accounts are not required to be reported for US federal tax purposes.

*Account carried with National Financial Services LLC, Member NYSE, SIPC*



**Account Number: LMJ-092126**
**Account Name: GAMBLE H**

**Statement Date:    06/01/2005 to 06/30/2005**

## FOOTNOTES AND COST INFORMATION

**T -** This information has been provided by a third party. Your Broker/Dealer and NFS are not responsible for its accuracy.

*Account carried with National Financial Services LLC, Member NYSE, SIPC*



# MONTAUK
FINANCIAL GROUP

051031  280   001217646   C   1
FIRST MONTAUK SECURITIES CORP.
204 ALBERTA LANE, P.O. BOX 1037
WASHINGTON      MO 63090

**Account Number:  LMJ-092126**

NFS/FMTC ROLLOVER IRA
FBO HILDA R GAMBLE
426 WESTVIEW ESTATES  DR
UNION MO 63084

YOUR FINANCIAL ADVISOR
ERIN WIDEMAN
RR#: FI2

FOR QUESTIONS OR UP-TO-DATE ACCOUNT INFORMATION:
Local                                                    866 910 3000

**Statement Date: 10/01/05 to 10/31/05**

## SNAPSHOT

TOTAL PORTFOLIO
**$602,954.93**

### PORTFOLIO VALUE

|  | This Period | Prior Period |
|---|---|---|
| Cash and Cash Equivalents | $44,408.56 | $66,538.55 |
| Securities | $546,876.37 | $528,507.09 |
| Other Securities | $11,670.00 | $11,373.00 |
| **TOTAL PORTFOLIO VALUE** | **$602,954.93** | **$606,418.64** |

### ACCOUNT ACTIVITY

|  | This Period | Year-To-Date |
|---|---|---|
| Net Trading | ($25,858.35) | $20,063.22 |
| Net Core Fund Activity | $22,053.42 | ($32,478.78) |
| Net Income and Expenses | $3,728.36 | $12,415.56 |

Portfolio Value
(in hundreds of dollars)

- ▨ September 2005
- ■ This Period
- ▤ March 2005
- ▦ June 2005

6,300 —
4,200 —
2,100 —
0 —

A portfolio value less than $100.00 may not be displayed.

### RETIREMENT ACCOUNT

2005 RMD Amount            $23,534.72 U
Retirement account maintenance fee waived or subsidized for 2005

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

**LEGEND**
() Numbers in parenthesis
are debits or subtractions
NFS = National Financial
Services LLC



**Account Number: LM-092126**
**Account Name: GAMBLE H**

**Statement Date:    10/01/2005 to 10/31/2005**

**ALERT:**
All income is tax deferred until it is distributed from the account.

# SUMMARY

## PORTFOLIO VALUE

| | This Period | Prior Period |
|---|---|---|
| **Cash and Cash Equivalents** | | |
| Cash | $0.00 | $76.57 |
| Money Markets | $44,408.56 | $66,461.98 |
| **Securities** | | |
| **Equities** | | |
| Equity | $186,350.00 | $165,135.00 |
| Unit Investment Trusts | $10,810.00 | $10,850.00 |
| **Fixed Income** | | |
| Corporate Bonds | $80,284.45 | $78,400.35 |
| **Mutual Funds** | | |
| Equity | $269,431.92 | $274,121.74 |
| **Total Securities** | $546,876.37 | $528,507.09 |
| **Other Securities** | $11,670.00 | $11,373.00 |
| **TOTAL PORTFOLIO VALUE** | $602,954.93 | $606,418.64 |

## ACCOUNT ACTIVITY

| | This Period | Year-To-Date |
|---|---|---|
| **BEGINNING BALANCE** | $76.57 | |
| **Trading** | | |
| Securities Purchased | ( $25,858.35) | ( $142,337.11) |
| Securities Sold | $0.00 | $162,400.33 |
| **NET TRADING** | ( $25,858.35) | $20,063.22 |
| **Core Fund Activity** | | |
| Core Funds Purchased | ( $3,804.93) | ( $77,347.73) |
| Core Funds Sold | $25,858.35 | $44,868.95 |
| **NET CORE FUND ACTIVITY** | $22,053.42 | ( $32,478.78) |
| **Income and Expenses** | | |
| **Taxable Income** | | |
| Tax Deferred Dividends | $2,806.48 | $9,458.68 |
| Taxable Interest | $921.88 | $2,956.88 |
| **NET TAXABLE INCOME** | $3,728.36 | $12,415.56 |
| **TOTAL INCOME** | $3,728.36 | $12,415.56 |
| **NET INCOME AND EXPENSES** | $3,728.36 | $12,415.56 |
| **ENDING BALANCE** | $0.00 | |

## PORTFOLIO ALLOCATION



| | |
|---|---|
| Money Markets | 7.37% |
| Equities | 77.37% |
| Fixed Income | 13.32% |
| Other Securities | 1.94% |

Allocations for equities, fixed income, and other categories may include mutual funds and may be net of short positions. NFS has made assumptions concerning how certain mutual funds are allocated. Closed-end mutual funds listed on an exchange may be included in the equity allocation. The chart may not reflect your actual portfolio allocation. Consult your broker/dealer prior to making investment decisions.

Page 2 of 9
0510311 280 001217646      See last page for important information about your brokerage account and this statement.

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

**Account Number: LMJ-092126**
**Account Name: GAMBLE H**

**Statement Date:    10/01/2005 to 10/31/2005**


MONTAUK
FINANCIAL GROUP

## CLOSED LOT GAIN (LOSS) SUMMARY

|  | This Period | Year To Date |
|---|---|---|
| Net Gain (Loss) from Trading | $0.00 | ($8,715.10) |

The above section is a summary of gain (loss) for transactions in your account as of the trade date. These figures exclude transactions where cost basis information is incomplete.

Retirement account cost and associated gain (loss) information is provided for informational purposes only and should not be used for tax-reporting purposes. Such information is provided to help you estimate and track the change in market value of each position relative to your investment into this security (not including reinvestments). NFS makes no warranties with respect to, and specifically disclaims any liability arising out of your use of, or any position taken in reliance upon, NFS-provided cost and net change information.

NFS determines gain (loss) using the first-in, first-out (FIFO) method on all transactions in a retirement account. All cost and gain (loss) information is provided as of the previous market close. Cost information for debt securities has not been adjusted for amortization or accretion.

## DETAIL

## PORTFOLIO VALUE

Retirement account cost and net change information is provided for informational purposes only and should not be used for tax-reporting purposes. Such information is provided to help you estimate and track the change in market value of each position relative to your investment into this security (not including reinvestments). NFS makes no warranties with respect to, and specifically disclaims any liability arising out of your use of, or any position taken in reliance upon, NFS-provided cost and net change information.

## CASH AND CASH EQUIVALENTS 7.37%

| Description | Symbol/Cusip Account Type | Quantity | Price on 10/31/05 | Current Market Value | Prior Market Value | Estimated Annual Income |
|---|---|---|---|---|---|---|
| **Money Markets** | | | | | | |
| PRIME FUND - CAPITAL RESERVES CLASS | FPRXX CASH | 44,408.56 | $1.00 | $44,408.56 | $66,461.98 | |
| 7 DAY AVG NET YIELD  3.03% | | | | | | |
| Dividend Option Reinvest | | | | | | |
| Capital Gain Option Reinvest | | | | | | |
| **Total Cash and Cash Equivalents** | | | | $44,408.56 | | |

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

**Account Number: LMJ-092126**
**Account Name: GAMBLE H**
**Statement Date: 10/01/2005 to 10/31/2005**



## EQUITIES  32.68%

| Description | Symbol/Cusip Account Type | Quantity | Price on 10/31/05 | Current Market Value | Prior Market Value | Estimated Annual Income | Cost | Net Change |
|---|---|---|---|---|---|---|---|---|
| **Equity** | | | | | | | | |
| AMERICAN HOME MTG INVT CORP PFD STK SER A 9.75% CALLABLE 07/07/2009 @ 25.0000 Estimated Yield 9.55% | AIMPRA CASH | 1,500 | $25.50 | $38,250.00 | $73,310.00 | $3,656.25 | $39,316.70 | ($1,066.70) |
| AMERICAN HOME MTG INVT CORP PFD STK SER B 9.25% CALLABLE 12/15/2009 @ 25.0000 Estimated Yield 9.21% | AIMPRB CASH | 2,000 | $25.09 | $50,180.00 | $52,000.00 | $4,625.00 | $51,808.35 T | ($1,628.35) |
| ENTERTAINMENT PPTYS TR PFD 9.50 % Estimated Yield 9.17% | EPRPRA CASH | 2,000 | $25.89 | $51,780.00 | $52,100.00 | $4,750.00 | $54,585.57 T | ($2,805.57) |
| I-FLOW CORP COM NEW Dividend Option Cash Capital Gain Option Cash | IFLO CASH | 500 | $12.07 | $6,035.00 | $6,855.00 | | $7,862.50 T | ($1,827.50) |
| INTL CORP Estimated Yield 1.36% Dividend Option Cash Capital Gain Option Cash Next Dividend Payable: 12/07/05 | INTC CASH | 300 | $23.50 | $7,050.00 | $7,395.00 | $96.00 | $9,246.35 T | ($2,196.35) |
| MICROSOFT CORP Estimated Yield 1.24% Dividend Option Cash Capital Gain Option Cash Next Dividend Payable: 12/08/2005 | MSFT CASH | 500 | $25.70 | $12,850.00 | $12,865.00 | $160.00 | $13,388.35 T | ($538.35) |
| RELIV INTL INC Estimated Yield 0.78% Dividend Option Cash Capital Gain Option Cash | RELV CASH | 2,250 | $8.98 | $20,205.00 | $20,610.00 | $157.50 | | |
| **Total Equity** | | | | **$186,350.00** | | $13,444.75 | $176,207.82 | ($10,062.82) |
| **Unit Investment Trusts** | | | | | | | | |
| FT UNIT 789 MERGER & ACQUISITION PORT SER 2003 SEMI ANNUAL CASH | 302670578 CASH | 1,000 | $10.81 | $10,810.00 | $10,850.00 | | $10,008.35 T | $801.65 |
| **Total Equities** | | | | **$197,160.00** | | **$13,444.75** | **$186,216.17** | **($9,261.17)** |

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

**Account Number: LMJ-092126**
**Account Name: GAMBLE H**

**Statement Date:    10/01/2005 to 10/31/2005**

**MONTAUK**
FINANCIAL GROUP

## FIXED INCOME 13.32%

For an explanation of fixed income pricing, please see the last page. Redemption schedule(s), bond rating(s), and other information are provided where available. If information does not appear regarding a particular investment, it is not available. The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 10/31/05 | Estimated Current Market Value | Estimated Prior Market Value | Estimated Annual Income | Cost | Net Change |
|---|---|---|---|---|---|---|---|---|
| **Corporate Bonds** | | | | | | | | |
| GENERAL MTRS ACCEP CORP 5.850% 01/14/2009 SR MT MOODY'S Ba1 /S&P BB CPN PMT SEMI-ANNUAL ON JUL 14, JAN 14 Next Interest Payable: 01/14/06 | 370425RD4 CASH | 20,000 | $95.598 | $19,119.60 | $18,623.60 | $1,170.00 | $19,258.35  T | ($138.75 ) |
| FORD MOTOR CR CO GLBL SECS 7.375% 10/28/2009 MOODY'S Baa3 /S&P BB+ CPN PMT SEMI-ANNUAL ON APR 28, OCT 28 Next Interest Payable: 04/28/06 | 345397SM6 CASH | 25,000 | $95.417 | $23,854.25 | $24,148.75 | $1,843.75 | $23,789.60 | $64.65 |
| GENERAL MTRS ACCEP CPISMARTINOE 7.500% 12/15/2016 CALL MOODY'S Ba1 /S&P BB CPN PMT SEMI-ANNUAL ON JUN 15, DEC 15 NEXT CALLABLE 12/15/2005 @ 100.0000 CALLABLE 12/15/2004 @ 100.0000 Next Interest Payable: 12/15/05 | 37047GUA2 CASH | 20,000 | $87.057 | $17,411.40 | $15,810.40 | $1,500.00 | | |
| PROVIDENT CDS INC SR NT 7.000% 07/15/2018 MOODY'S Ba1 /S&P BB+ CPN PMT SEMI-ANNUAL ON JAN 15, JUL 15 Next Interest Payable: 01/15/06 | 743867AD6 CASH | 20,000 | $99.496 | $19,899.20 | $19,817.60 | $1,400.00 | $19,958.35  T | ($59.15 ) |
| **Total Corporate Bonds** | | 85,000 | | **$80,284.45** | | **$5,913.75** | **$63,006.30** | **($133.25 )** |
| **Total Fixed Income** | | 85,000 | | **$80,284.45** | | **$5,913.75** | **$63,006.30** | **($133.25 )** |

## MUTUAL FUNDS 44.69%

| Description | Symbol/Cusip Account Type | Quantity | Price on 10/31/05 | Current Market Value | Prior Market Value | Estimated Annual Income | Cost | Net Change |
|---|---|---|---|---|---|---|---|---|
| **Equity** | | | | | | | | |

Account carried with National Financial Services LLC, Member NYSE, SIPC

**Account Number:** LMJ-092126
**Account Name:** GAMBLE H

**Statement Date:** 10/01/2005 to 10/31/2005



## MUTUAL FUNDS 44.69%

| Description | Symbol/Cusip Account Type | Quantity | Price on 10/31/05 | Current Market Value | Prior Market Value | Estimated Annual Income | Cost | Net Change |
|---|---|---|---|---|---|---|---|---|
| AMERICAN GROWTH FUND OF AMERICA CLASS A<br>Estimated Yield 0.30%<br>Dividend Option Reinvest<br>Capital Gain Option Reinvest | AGTHX<br>CASH | 973.431 | $29.25 | $28,472.86 | $28,979.04 | $87.61 | $26,095.64 T | $2,377.22 |
| AMERICAN INCOME FUND OF AMERICA CLASS A<br>Estimated Yield 3.52%<br>Dividend Option Reinvest<br>Capital Gain Option Reinvest | AMECX<br>CASH | 1,781.309 | $18.17 | $32,366.38 | $33,150.16 | $1,140.04 | $31,347.43 T | $1,018.95 |
| AMERICAN INVESTMNT CO OF AMERICA CL A<br>Estimated Yield 1.70%<br>Dividend Option Reinvest<br>Capital Gain Option Reinvest | AIVSX<br>CASH | 2,563.037 | $31.14 | $79,812.97 | $81,222.64 | $1,358.41 | | |
| DODGE & COX BALANCE<br>Estimated Yield 2.18%<br>Dividend Option Reinvest<br>Capital Gain Option Reinvest | DODBX<br>CASH | 790.403 | $80.26 | $63,437.74 | $64,220.24 | $1,383.21 | $61,596.23 T | $1,841.51 |
| HERITAGE MID CAP STOCK CLASS A<br>Dividend Option Reinvest<br>Capital Gain Option Reinvest | HMCAX<br>CASH | 424.809 | $27.79 | $11,805.44 | $12,209.01 | | | |
| OPPENHEIMER MAIN STREET CL A<br>Estimated Yield 1.14%<br>Dividend Option Reinvest<br>Capital Gain Option Reinvest | MSIGX<br>CASH | 970.401 | $36.09 | $35,021.77 | $35,613.72 | $399.62 | | |
| WM EQUITY INCOME CLASS A<br>Estimated Yield 1.90%<br>Dividend Option Cash<br>Capital Gain Option Cash | CMPBX<br>CASH | 922.509 | $20.07 | $18,514.76 | $18,726.93 | $353.32 | $20,008.35 | ($1,493.59) |
| **Total Equity** | | | | **$269,431.92** | | **$4,722.21** | | **$3,744.09** |
| **Total Mutual Funds** | | | | **$269,431.92** | | **$4,722.21** | **$139,047.65** | **$3,744.09** |
| **Total Securities** | | | | **$546,876.37** | | **$24,080.71** | **$388,270.12** | **($5,650.33)** |

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

Account Number: LMJ-092126
Account Name: GAMBLE H

Statement Date:  10/01/2005 to 10/31/2005



## OTHER SECURITIES 1.94%

Investments reported in this section such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate investment trusts which are not listed on any exchange), commodity pools, and hedge funds are generally illiquid investments and their current values will be different from the purchase price. Unless otherwise indicated, the values shown in this statement for such investments have been provided by the management, administrator or sponsor of each program or a third-party vendor without independent verification by National Financial Services LLC (NFS) or your broker/dealer and represent their estimate of the value of the investor's participation in the program, as of a date no greater than 12 months from the date of this statement. Therefore, the estimated values shown herein may not necessarily reflect actual market values or be realized upon liquidation. If an estimated value is not provided, accurate valuation information is not available.

| Description | Symbol/Cusip Account Type | Quantity | Price on 10/31/05 | Current Market Value | Prior Market Value | Estimated Annual Income | Cost | Net Change |
|---|---|---|---|---|---|---|---|---|
| PLUM CREEK TIMBER CO INC Estimated Yield 3.90% | PCL CASH | 300 | $38.90 | $11,670.00 | $11,373.00 | $456.00 | $8,856.35 T | $2,813.65 |
| **Total Other Securities** | | | | **$11,670.00** | | **$456.00** | **$8,856.35** | **$2,813.65** |

| **TOTAL PORTFOLIO VALUE** | | | | **$602,954.93** | | **$24,536.71** | **$397,126.47** | **($2,836.68 )** |

## ACCOUNT ACTIVITY

Retirement account cost and associated gain (loss) information is provided for informational purposes only and should not be used for tax-reporting purposes. Such information is provided to help you estimate and track the change in market value of each position relative to your investments into this security (not including reinvestments). NFS makes no warranties with respect to, and specifically disclaims any liability arising out of your use of, or any position taken in reliance upon, NFS-provided cost and net change information.

### TRADING

### Securities Purchased

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount | Cost | Transaction Gain (Loss) |
|---|---|---|---|---|---|---|---|
| 10/26/05 | CASH | YOU BOUGHT | AMERICAN HOME MTG INVT CORP PFD STK SER A 9.75% SOLICITED ORDER @ 25.45 | 1,000 | ($25,658.35 ) | $25,658.35 | |

**Net Securities Purchased** ($25,658.35 )

### NET TRADING ($25,658.35 )

### CORE FUND ACTIVITY

Account carried with National Financial Services LLC, Member NYSE, SIPC


**MONTAUK**
FINANCIAL GROUP

**Account Number: LMJ-092126**
**Account Name: GAMBLE H**

**Statement Date:   10/01/2005 to 10/31/2005**

## Core Funds Purchased

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 10/03/05 | CASH | YOU BOUGHT | PRIME FUND - CAPITAL RESERVES CLASS @ 1 | 76.57 | (\$76.57) |
| 10/14/05 | CASH | YOU BOUGHT | PRIME FUND - CAPITAL RESERVES CLASS @ 1 | 1,187.5 | (\$1,187.50) |
| 10/28/05 | CASH | YOU BOUGHT | PRIME FUND - CAPITAL RESERVES CLASS @ 1 | 921.88 | (\$921.88) |
| 10/31/05 | CASH | YOU BOUGHT | PRIME FUND - CAPITAL RESERVES CLASS @ 1 | 1,460.94 | (\$1,460.94) |
| 10/31/05 | CASH | REINVESTMENT | PRIME FUND - CAPITAL RESERVES CLASS REINVESTED @ \$1.00 | 158.04 | (\$158.04) |

**Net Core Funds Purchased** (\$3,804.93 )

## Core Funds Sold

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 10/26/05 | CASH | YOU SOLD | PRIME FUND - CAPITAL RESERVES CLASS @ 1 | (25,858.35) | \$25,858.35 |

**Net Core Funds Sold** **\$25,858.35**

**NET CORE FUND ACTIVITY** **\$22,053.42**

## INCOME AND EXPENSES
### Taxable Income

| Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| **Tax Deferred Dividends** | | | | | |
| 10/14/05 | CASH | DIVIDEND RECEIVED | ENTERTAINMENT PPTYS TR PFD 9.50 % | | \$1,187.50 |
| 10/31/05 | CASH | DIVIDEND RECEIVED | AMERICAN HOME MTG INVT CORP PFD STK SER A 9.75% | | \$304.69 |
| 10/31/05 | CASH | DIVIDEND RECEIVED | AMERICAN HOME MTG INVT CORP PFD STK SER B 9.25% | | \$1,156.25 |

Account carried with National Financial Services LLC, Member NYSE, SIPC



**Account Number:** LMJ-092126
**Account Name:** GAMBLE H

**Statement Date:** 10/01/2005 to 10/31/2005

## INCOME AND EXPENSES

### Taxable Income

| Date | Account Type | Transaction | Description | Quantity | Amount |
|------|------|------|------|------|------|
| 10/3/05 | CASH | DIVIDEND RECEIVED | PRIME FUND - CAPITAL RESERVES CLASS DIVIDEND RECEIVED | | $158.04 |
| **Taxable Interest** | | | | | |
| 10/28/05 | CASH | INTEREST | FORD MOTOR CR CO GLBL SECS 7.375% 10/28/2009 | | $921.88 |

**Net Taxable Income**     $3,728.36

**Total Income**     $3,728.36

### NET INCOME AND EXPENSES     $3,728.36

### FOOTNOTES AND COST INFORMATION

Cost and gain(loss) information is included for your convenience and is based on information you provided or that is otherwise known to NFS at the time the statement is issued. Gains (losses) realized in retirement accounts are not required to be reported for US Federal tax purposes.

**T** - This information has been provided by a third party. Your Broker/Dealer and NFS are not responsible for its accuracy.

### FOOTNOTES

**U** - As required by the Internal Revenue Service (IRS) and noted on your Form 5498, you must take minimum required distributions (RMD) by April 1st of the calendar year following the year in which you turn 70 1/2. Subsequent withdrawals must be completed by December 31st every year thereafter. The RMD Amount for this account was calculated based upon your primary beneficiary information (or unknown beneficiary) as of January 1st of the current calendar year, your life expectancy factor taken from the IRS Uniform Life Expectancy Table, and the prior year end value of your retirement account. If your beneficiary information changed during the calendar year, your RMD calculation may be impacted. The calculation is based on information submitted to NFS by your broker/dealer. You are responsible for withdrawing RMDs on a timely basis, otherwise tax penalties may apply. You must calculate your RMD separately for each IRA you have at NFS and at any other financial institution. The RMD may be satisfied from this account or any other existing IRAs. If you need additional information or have any questions on how the RMD is calculated, please consult IRS Publication 590 or a tax professional.

*Account carried with National Financial Services LLC, Member NYSE, SIPC*