TO: BANKRUPTCY SERVICES LLC

RE: CASE NO. 07-11047 CHAPTER 11

RE: AMERICAN HOME MORTGAGE

FM: JOE M. ROGERS
P.O. BOX 276
GLOUCESTER VA. 23061

FILED
2008 APR 25  AM 10: 30
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

THIS IS TO INFORM YOU THAT CLAIM NO. 65 IN THE AMOUNT OF $250.00 HAS NOT BEEN SATISFIED. I HAVE TRIED TO CONTACT THE AMERICAN HOME MORTGAGE, BUT THEY WONT TALK TO ME. THE $250.00 WAS ADVANCE PAYMENT FOR REFINANCE. TELL AMERICAN HOME MORTGAGE TO SHOW HOW AND WHEN IT WAS PAID.
THE LAST TIME I TALKED TO THE THEY SHOWED A $250.00 OVERPAYMENT, AND THEY HAVE NOT SENT ME MY MONEY.

Joe M. Rogers

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: May 5, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: May 12, 2008 at 10:00 a.m. (ET) |
| | ) |

AHM OB4 4/11/2008 (merge2.txnum2) 4000000064

ROGERS, JOE M.
PO BOX 276
GLOUCESTER, VA 23061

## NOTICE OF DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: ROGERS, JOE M.
PO BOX 276
GLOUCESTER, VA 23061

Basis For Objection: Claim has been satisfied postpetition

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 65 | $250.00 |
| Funds returned to claimant | | |

*[Handwritten: THIS HAS NOT BEEN SATISFIED.]*

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors assert that your claim has already been satisfied post-petition in accordance with the Bankruptcy Code, applicable rules or an order of the Court, and therefore, the Debtors seek by this Objection to disallow your claim. The Objection seeks to alter your rights by disallowing your above listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **May 5, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 12, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 11, 2008
Wilmington, Delaware