*may to octobe* ↓

**MAX AND DORIS GENDELMAN**

825. N. PROSPECT AVE. 1601
MILWAUKEE, WI 53202
TEL: (414)-273-1221
FAX:(414)-273-1229
E-MAIL: MGENDELMAN@AOL.COM

7515 PELICAN BAY BLVD.
NAPLES, FL. 34108
TEL: (239)-566-3785
FAX: (239)-566-3792
dngend@aol.com

FILED
2008 APR 25
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITES STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE
824 MARKET ST.  3RD FLOOR
WILMINGTON, DELAWARE 19801


RE: CASE NO. 07-11047 (CSS)

CLAIM TO BE EXPUNGED

CLAIM # 3906   AMOUNT $33,355.79
DEBTOR: AMERICAN HOME MORTGAGE HOLDINGS, INC

I, HEREBY DO OFFICIALLY OBJECT TO THE ATTEMPT TO EXPUNGE OUR CLAIM. WE DEALT WITH THE FIRM IN GOOD FAITH. I AM A RETIRED VETERAN, 84 YEARS OF AGE, AND LOOKED FORWARD TO THIS INVESTMENT IN AND FOR MY RETIREMENT..
WHY–AND HOW–CAN THEY ARBITRARILY WIPE OUT OUR LEGITIMATE LOSS CLAIM.

PLEASE DULY RECORD MY OBJECTION.

SINCERELY
*[signature]*
MAX GENDELMAN


CC: YOUNG CONAWAY STARGATT & TAYLOR, LLP
    THE BRANDYWINE BUILDING
    1000 WEST STREET   17 TH FLOOR
    WILMINGTON, DELAWARE 19801