**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| American Home Mortgage Holdings, et al., | ) Case No. 07-11047 CSS<br>) Chapter 11<br>) Jointly Administered<br>) Ref. Nos. 3209 |
| Debtors, | ) |

**<u>CERTIFICATION OF COUNSEL</u>**

I, Kristi J. Doughty, hereby certifies to the Court as follows:

1. On or about March 10, 2008 Whittington & Aulgur, counsel for HSBC Bank USA, National Association as Trustee for the Holders of Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2005-6 filed a Motion for Relief from the Automatic Stay Seeking *Nunc Pro Tunc* Relief with respect to Property located at 15674 Lappin, Detroit, MI ("Motion") due to default in the mortgage payments by the Borrower, Antonio Andrews, Ref. No. 3209.

2. Counsel for the Debtors filed a Statement of No Opposition on April 25, 2008 in which they represent that the second mortgage held by the Debtor was sold to a third party on November 23, 2005 prior to the sheriff's sale of the subject property and thus no automatic stay was in effect when the property was sold at sheriff's sale on January 24, 2008. Notwithstanding the above, the Debtor does not oppose the relief requested.

3. Except as otherwise provided above, the undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to either of the Motion. The undersigned further certifies that she has reviewed the Court's docket in this case and, except as otherwise provided above, no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the notice filed in connection with the motions, objection to the Motion was to be filed and served no later than April 21, 2008. The undersigned extended the response deadline to April 25, 2008.

Based upon the above representation, the undersigned respectfully requests that the order for the motion attached hereto as Exhibit "A" be entered at the convenience of the Court.

                        WHITTINGTON & AULGUR

                        /s/ Kristi J. Doughty
                        Robert T. Aulgur, Jr. (No. 165)
                        Kristi J. Doughty (No. 3826)
                        651 N. Broad Street., Suite 206
                        P.O. Box 1040
                        Middletown, DE  19709-1040
                        (302) 378-1661
                        Attorneys for HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2005-6

Dated:  4/25/08