**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| American Home Mortgage Holdings, Inc., a Delaware corporation, *et al.*, | ) ) | Case No. 07-11047(CSS) |
|  | ) |  |
| Debtors | ) | Jointly Administered |

## NOTICE OF APPEAL

Wells Fargo Bank, National Association (*"Wells Fargo"*), as Securities Administrator, the movant in that certain Motion of Wells Fargo Bank, N.A., as Securities Administrator, for Relief from the Automatic Stay to Recover a Payment Made in Error to one of the Debtors Through Recoupment, Imposition of a Constructive Trust, and/or an Equitable Lien (D.I. 3387), appeals under 28 U.S.C. §158(a) or (b) from the Order of the Honorable Judge Christopher Sontchi denying the movant relief from the automatic stay, entered in this proceeding on the 16th day of April, 2008 (D.I. 3702).

The names of the parties to the Order and the names, addresses and telephone numbers of their respective attorneys are as follows:

| American Home Mortgage Investment Corp.<br><br>Represented by:<br>James L. Patton, Jr.<br>Sean M. Beach<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware  19801<br>(302) 571 - 6600 | The Official Committee of Unsecured Creditor Committee<br><br>Represented by:<br>Bonnie Glantz Fatell, Esquire<br>David W. Carickhoff, Jr., Esquire<br>Blank Rome LLP<br>1201 Market Street<br>Suite 800<br>Wilmington, DE  19801<br>(302 425-6423 |
|---|---|

71603_1.DOC

- 2 -

Dated:  April 25, 2008

**WolfBlock, LLP**

/s/ Todd C. Schiltz
Todd C. Schiltz (#3253)
1100 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 777-0313
tschiltz@wolfblock.com


and


**CHAPMAN AND CUTLER LLP**
FRANKLIN H. TOP, III
111 WEST MONROE STREET
CHICAGO, IL 60603
TELEPHONE:  (312) 845-3824
top@chapman.com

*Attorneys for Wells Fargo Bank, National Association,
as Securities Administrator*

- 2 -