IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------- x   Chapter 11

In re:                                                               :
                                                                     :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                               :
HOLDINGS, INC., a Delaware corporation, et al.,[1]                   :   Jointly Administered
                                                                     :
                          Debtors.                                   :   **Ref. Docket No.  3418 & 3485**
-------------------------------------------------------------------- x

### DEBTORS' LIMITED OBJECTION WITH RESPECT TO MOTIONS FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE [DOCKET NO. 3418 & 3485]

The debtors and debtors in possession in the above captioned cases (collectively, the "Debtors") hereby file this limited objection (the "Objection") with respect to certain motions for relief from stay [D.I. 3418 & 3485] (the "Motions") filed by CitiMorgage, Inc. (the "Movant") seeking *nunc pro tunc* relief related to the Assignments (as defined below) related to the Movant's senior mortgage interest in certain real properties (collectively, the "Properties") and potential foreclosures upon the Properties in which the Debtors allegedly have a junior mortgage interest.

Pursuant to the Motions, the Movant seeks *nunc pro tunc* relief to ratify certain Deed of Trust assignments (the "Assignments") to the Movant, effectuated by Mortgage Electronic Registration Systems, Inc. ("MERS") on behalf of the Debtors.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

According to the Debtors' books and records, the Debtors had sold the senior mortgage interest in the Properties to the Movant prior to the commencement of the Debtors' chapter 11 cases on August 6, 2007. The Debtors believe that the Assignments were ministerial acts performed by MERS in the ordinary course of business. Accordingly, the Debtors do not believe that the automatic stay is implicated. For this reason, the Debtors take no position regarding the relief requested in the Motion with respect to the Assignments and further reserve all rights in connection therewith including, but not limited to, whether *nunc pro tunc* relief from the automatic stay is permissible.

With respect to future foreclosures upon the Properties for which the Debtors may have a junior interest, the Debtors generally consent to the relief sought in the Motion and are willing to stipulate that "cause" for relief from the stay exists within the meaning of 11 U.S.C. § 362(d)(1).

However, the Debtors have reviewed the proposed form of order (the "Proposed Order") and object to the Motion to assert that certain language should be included to clarify that nothing in the Proposed Order affects the automatic stay in effect for other purposes, e.g., to protect any surplus from the foreclosure sales that might inure to the Debtors' account. Moreover, the Proposed Order should not constitute a determination that the Debtors hold any interest in the Property or estop the Debtors from asserting or denying that they hold any interest in the Property. The Debtors reserve all rights with respect to the Properties, including, but not limited to, the Debtors' right to protect their interests under applicable non-bankruptcy law

This Limited Objection is further without prejudice to the Debtors' rights with respect to the factual allegations in the Motion including, but not limited to, whether

the Movant had knowledge of these chapter 11 proceedings.  Nothing herein shall be

construed to waive any or all claims the Debtors may have against the Movant.

Dated:      Wilmington, Delaware
            April 25, 2008

                         YOUNG CONAWAY STARGATT &
                         TAYLOR, LLP


                         /s/ Margaret B. Whiteman
                         James L. Patton, Jr. (No. 2202)
                         Pauline K. Morgan (No. 3650)
                         Matthew B. Lunn (No. 4119)
                         Margaret B. Whiteman (No. 4652)
                         The Brandywine Building
                         1000 West Street, 17th Floor
                         Wilmington, Delaware 19801
                         Telephone: (302) 571-6600
                         Facsimile: (302) 571-1253

                         Counsel for Debtors and Debtors in Possession