UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                        : Chapter 11
                                                              :
AMERICAN HOME MORTGAGE                                        : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]            :
                                                              : Jointly Administered
    Debtors.                                                  :
------------------------------------------------------------ x Docket Ref: 60 & 1711

## ORDER MODIFYING THE ORDER AUTHORIZING JOINT ADMINISTRATION PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1

Upon consideration of the certification of counsel of the above captioned debtors and debtors-in-possession dated April 23, 2008 with respect to the *Order Authorizing Joint Administration Pursuant To Bankruptcy Rule 1015 And Local Rule 1015-1* [D.I. 60] (the "Joint Administration Order"); and it appearing that American Home Mortgage Servicing, Inc. has changed its legal name to AHM SV, Inc.; it is hereby:

ORDERED, that the Joint Administration Order is modified as set forth herein; and it is further

ORDERED, that the caption in these jointly administered cases shall read as:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       : Chapter 11
                                                             :
AMERICAN HOME MORTGAGE                                       : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]           :
                                                             : Jointly Administered
          Debtors.                                           :
------------------------------------------------------------ x

And the footnote to the caption in these jointly administered cases shall read as:

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: Wilmington, Delaware
       April 25, 2008

                                                    _____
                                                    CHRISTOPHER S. SONTCHI
                                                    UNITED STATES BANKRUPTCY JUDGE