# EXHIBIT A

In re Aegis Mortgage Corp., Case No. 07-11119-BLS (Chap. 11)

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 3548 | HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-AR2 Mortgage Pass-Through Certificates | 111 Bridge Way<br>Madera, CA 93638 |
| 3549 | HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-AR2 Mortgage Pass-Through Certificates | 15030 Cobalt Road<br>Victorville, CA 92394 |
| 3550 | CHL | 22-24 West Street<br>New Haven, CT 06519 |
| 3553 | CHL | 1301 Kismet Parkway West<br>Cape Coral, FL 33993 |
| 3554 | Deutsche Bank National Trust Company, as Trustee Under the Pooling and Servicing Agreement Relating to IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2007-3 | 43353 Chokeberry Square<br>Ashburn, VA 20147 |
| 3556 | The Bank of New York as Trustee for the Certificate Holders CWABS, Inc. Asset-Backed Certificates, Series 2006-6 | 3466 Todd Street<br>Madera, CA 93637 |
| 3558 | The Bank of New York as Trustee for the Certificate Holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB 1 Mortgage Pass-Through Certificates, Series 2006-HYB1 | 83-155 Singing Hills Drive<br>Indio, CA 92203 |
| 3567 | MERS | 102 W. Frederick Drive<br>Sterling, VA 20164 |
| 3588 | Wells Fargo Bank, N.A. | 2401 Boldt<br>Dearborn, MI 48124 |
| 3589 | Wells Fargo Bank, N.A. | 507 W Caroline St<br>Fenton, MI 48430 |
| 3590 | Wells Fargo Bank, N.A. | 170 Cedarhurst Place<br>Detroit, MI 48203 |
| 3591 | Wells Fargo Bank, N.A. | 24358 Notre Dame<br>Dearborn, MI 43124 |
| 3592 | Wells Fargo Bank, N.A. | 12283 Flanders Street<br>Detroit, MI 48213 |
| 3593 | Bank of New York as Trustee for the Certificate holders CWALT, Inc. Alternative Loan Trust 2006-J1 Mortgage Pass-Through Certificates, Series 2006-J1 | 6380 Obispo Avenue<br>Long Beach, CA 90805 |
| 3594 | Saxon Mortgage Services Inc | 9340 Home Court<br>Des Plaines, IL 60016 |
| 3595 | U.S. Bank National Association, as Trustee, for the Benefit of Harbor view 2005-3 Trust Fund | 927 Mill Iron Way<br>San Jacinta, CA 92583 |
| 3598 | Wells Fargo Bank, N.A. | 22959 Pleasant Street<br>Saint Clair Shores, MI 48080 |
| 3600 | Wells Fargo Bank, N.A. | 24101 Oneida<br>Oak Park, MI 48237 |