AMERICAN HOME MORTGAGE COMPANY
PROFESSIONAL BACKGROUND
FEBRUARY 1 - 29, 2008

| Name of Professional | Position of the Professional, Number of Years in that Position, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Eckstein, A. | Partner Since 2001, Member of NY Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Business Restructuring and Bankruptcy | $615.00 | 3.10 | $1,906.50 |
| Fatell, B. | Partner Since 2000, Member of PA Bar Since 1981, Member of DE Bar Since 1999, Area of Expertise - Business Restructuring and Bankruptcy | $600.00 | 7.50 | $4,500.00 |
| Storero, J. | Partner Since 1999, Member of PA Bar Since 1986, Member of NJ Bar Since 1986, Area of Expertise - Public Companies and Capital Formation | $580.00 | 3.00 | $1,740.00 |
| Carickhoff, D. | Associate Since 2005, Member of DE Bar Since 1998, Member of PA Bar Since 1998, Area of Expertise - Business Restructuring and Bankruptcy | $420.00 | 13.80 | $5,796.00 |
| Vonngtama, M. | Associate Since 2006, Member of IL Bar Since 2003, Area of Expertise - Business Restructuring and Bankruptcy | $345.00 | 2.20 | $759.00 |
| Senese, K. | Paralegal | $225.00 | 15.60 | $3,510.00 |
| Moody, T. | Paralegal | $200.00 | 5.60 | $1,120.00 |
| Grand Total: | | | **50.80** | **$19,331.50** |
| Blended Rate: | | | | 380.54 |

AMERICAN HOME MORTGAGE COMPANY
PROJECT CODE SUMMARY
FEBRUARY 1 - 29, 2008

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 5.60 | $1,971.50 |
| 2 | Other Professionals' Fee/Employment Issues | 11.80 | $4,250.50 |
| 3 | Executory Contracts and Unexpired Leases | 0.50 | $229.50 |
| 4 | Claims Analysis and Objections | 0.40 | $148.50 |
| 5 | Committee Business and Meetings | 3.90 | $2,024.50 |
| 6 | Case Administration | 11.10 | $3,399.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 1.40 | $582.00 |
| 8 | Employee Benefits/General Labor | | |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | | |
| 10 | Financing Issues | 0.10 | $22.50 |
| 11 | Regulatory Matters | | |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 3.40 | $1,651.50 |
| 13 | Stay Relief Issues | 0.40 | $165.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.20 | $45.00 |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | | |
| 17 | Hearings - Attendance/Preparation | 9.30 | $3,672.00 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | | |
| 21 | Adversary Litigation | 2.70 | $1,170.00 |
| | **TOTALS** | **50.80** | **$19,331.50** |

AMERICAN HOME MORTGAGE COMPANY
EXPENSE SUMMARY
FEBRUARY 1 - 29, 2008

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---:|
| Facsimile | In-House @ $.35/page | $3.11 |
| Reproduction of Documents | In-House @ $.10/copy | $65.20 |
|  | Contracted Photocopying - Parcels | $1,617.90 |
| Courier and Express Services | Federal Express | $338.10 |
| Hand Delivery Service | Parcels | $432.00 |
| Special Mailing Charges |  | $99.63 |
| Word Processing |  | $52.50 |
| Record/Docket Searches |  | $231.60 |
| **TOTAL** |  | **$2,840.04** |