AMERICAN HOME MORTGAGE COMPANY
PROJECT CODE SUMMARY
FEBRUARY 1 - 29, 2008

| PROJECT CODE | PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|
| 1 | Blank Rome Fee/Employment Applications | 5.60 | $1,971.50 |
| 2 | Other Professionals' Fee/Employment Issues | 11.80 | $4,250.50 |
| 3 | Executory Contracts and Unexpired Leases | 0.50 | $229.50 |
| 4 | Claims Analysis and Objections | 0.40 | $148.50 |
| 5 | Committee Business and Meetings | 3.90 | $2,024.50 |
| 6 | Case Administration | 11.10 | $3,399.00 |
| 7 | Debtor's Business Operations (i.e. evaluation of operating reports, schedules, statement of financial affairs and other financial information) | 1.40 | $582.00 |
| 8 | Employee Benefits/General Labor | | |
| 9 | Evaluation and Negotiations of Debtor's Plan and Disclosure Statement and Exclusivity Requests | | |
| 10 | Financing Issues | 0.10 | $22.50 |
| 11 | Regulatory Matters | | |
| 12 | Sale of Assets/Asset Purchase Agreement (includes Debtor's mortgage loan sales) | 3.40 | $1,651.50 |
| 13 | Stay Relief Issues | 0.40 | $165.00 |
| 14 | Secured Creditor/Equipment Lessor Issues | 0.20 | $45.00 |
| 15 | Tax Issues | | |
| 16 | Asset Analysis and Recovery (identification and review of potential assets including causes of action & non-litigation recoveries) | | |
| 17 | Hearings - Attendance/Preparation | 9.30 | $3,672.00 |
| 18 | Loan Servicing Transfer Issues | | |
| 19 | D&O Issues/E&O Issues | | |
| 20 | Non-Working Travel Time | | |
| 21 | Adversary Litigation | 2.70 | $1,170.00 |
| | **TOTALS** | **50.80** | **$19,331.50** |

# Project Code 1

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE: 01 | | | | |
| Feb 06 08 | REVIEW B. FATELL EDITS TO NOVEMBER/DECEMBER PROFORMA; FORWARD MARKED UP VERSION TO H. ROSCOE REQUESTING CLEAN EXHIBIT SHEETS AND RESPECTIVE SUMMARY SHEETS NECESSARY TO FINALIZE BLANK ROME'S MONTHLY | SENESE | 0.40 | $90.00 |
| Feb 06 08 | E-MAIL EXCHANGE WITH J. BOWERS REGARDING STATUS OF BLANK ROME JANUARY PROFORMA AND TURN-AROUND TIME FOR OBTAINING SAME | SENESE | 0.10 | $22.50 |
| Feb 11 08 | E-MAIL EXCHANGE WITH B. FATELL REGARDING CURRENT STATUS OF BLANK ROME'S OUTSTANDING FEE APPLICATIONS; E-MAIL TO H. ROSCOE REGARDING STATUS OF CLEAN NOVEMBER/DECEMBER EXHIBIT SHEETS AND SUMMARIES | SENESE | 0.10 | $22.50 |
| Feb 13 08 | REVIEW DRAFT MONTHLY FEE APPLICATION AND EDIT | FATELL | 0.40 | $240.00 |
| Feb 13 08 | REVISE BLANK ROME'S COMBINED FOURTH AND FIFTH MONTHLY FEE APPLICATION | VONGTAMA | 2.20 | $759.00 |
| Feb 14 08 | REVIEW E-MAIL FROM H. ROSCOE REGARDING REVISED FINAL FIGURES (AND W/ORGANIZATION OF CASE PLEADINGS/DOCUMENTS AND UPDATE FILE INDEX AMOUNT) REGARDING NOVEMBER/DECEMBER FEES; REVIEW BLACK-LINE CHANGES TO PROJECT CODE NARRATIVES MADE BY M. VONGTAMA; FINALIZE DRAFT BLANK ROME'S COMBINED NOVEMBER/DECEMBER MONTHLY; DISTRIBUTE TO B. FATELL FOR FURTHER REVIEW AND E-FILING APPROVAL | SENESE | 0.60 | $135.00 |
| Feb 15 08 | REVIEW AND REVISE BLANK ROME FOURTH AND FIFTH FEE APPLICATION | FATELL | 0.60 | $360.00 |
| Feb 15 08 | FINALIZE BLANK ROME'S FOURTH AND FIFTH MONTHLY FEE APPLICATION; ORGANIZE AND FORMAT EXHIBIT DOCUMENTATION FOR E-FILING PURPOSES; PREPARE FOR SERVICE OF NOTICE UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL; E-FILE AND OVERSEE SERVICE OF SAME VIA FEDERAL EXPRESS UPON NOTICE PARTIES, WITH NOTICE, ONLY, GOING TO 2002 SERVICE LIST | SENESE | 0.90 | $202.50 |
| Feb 19 08 | E-MAIL WITH KROLL REPRESENTATIVE REGARDING FEES | FATELL | 0.20 | $120.00 |
| Feb 20 08 | REVIEW UPDATED DOCKET SHEETS REGARDING STATUS OF BLANK ROME'S FEE APPLICATIONS; E-MAIL TO H. ROSCOE IN ACCOUNTING REGARDING SAME | MOODY | 0.10 | $20.00 |
| PROJECT CODE TOTALS 01 | TOTAL VALUE: | $1,971.50 | 5.60 | |

# Project Code 2

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE: 02 | | | | |
| Feb 01 08 | REVIEW DRAFT BDO THIRD MONTHLY FEE APPLICATION; E-MAIL TO B. FATELL REGARDING TIME FRAME FOR FILING SAME | SENESE | 0.10 | $22.50 |
| Feb 03 08 | REVIEW AND DISTRIBUTE VARIOUS PROFESSIONALS' FEE APPLICATIONS, INCLUDING YOUNG CONAWAY'S FOURTH MONTHLY FEE APPLICATION, WITH EXTENSIVE EXHIBIT DOCUMENTATION | SENESE | 0.30 | $67.50 |
| Feb 04 08 | FURTHER REVIEW OF BDO'S THIRD MONTHLY; E-MAIL EXCHANGE WITH N. VANDERHOOP REGARDING DISCREPANCY IN 80% CALCULATED FIGURE IN FOOTNOTE 2; REVIEW REVISED PLEADING; DRAFT NOTICE AND CERTIFICATE OF SERVICE WITH RESPECT TO SAME; FORWARD TO D. CARICKHOFF FOR REVIEW AND E-FILING APPROVAL | SENESE | 0.80 | $180.00 |
| Feb 05 08 | TELEPHONE CONFERENCE WITH R. BARTLEY REGARDING MOTION TO AMEND OCP PROCEDURES | ECKSTEIN | 0.20 | $123.00 |
| Feb 05 08 | TELEPHONE CONFERENCE WITH R. BENTLY REGARDING OCP PROCEDURES MODIFICATION (.1); REVIEW OF PROPOSED FORECLOSURE PROFESSIONALS OCP PROCEDURES MODIFICATION PROPOSAL (.4); E-MAIL FROM E. SCHNITZER REGARDING SAME (.1); E-MAIL TO R. BENTLY REGARDING SAME ( .2) | ECKSTEIN | 0.80 | $492.00 |
| Feb 06 08 | REVISE AND FINALIZE BDO THIRD MONTHLY (REVISED) DRAFT, AND RELATED DOCUMENTATION, FOR REVIEW AND E-FILING APPROVAL BY B. FATELL | SENESE | 0.30 | $67.50 |
| Feb 06 08 | REVISE NOTICE; FINALIZE BDO'S THIRD MONTHLY AND RELATED PLEADINGS/DOCUMENTS; E-FILE SAME AND SERVE (APPLICATION UPON NOTICE PARTIES VIA OVERNIGHT MAIL AND A COPY OF THE NOTICE, ONLY, UPON ALL PARTIES LISTED ON THE 2002 SERVICE LIST VIA FIRST CLASS MAIL) | SENESE | 0.70 | $157.50 |
| Feb 06 08 | REVIEW BDO'S THIRD MONTHLY FEE APPLICATION AND FINALIZE NOTICE REGARDING SAME | CARICKHOFF | 0.40 | $168.00 |
| Feb 07 08 | RECEIVE AND REVIEW E-MAILS FROM E. SCHNITZER AND FORM OF MOTION MODIFYING OCP PROCEDURES (.5); E-MAIL TO E. SCHNITZER REGARDING SAME (.1) | ECKSTEIN | 0.60 | $369.00 |
| Feb 08 08 | E-MAILS FROM R. BARTLEY AND E. SCHNITZER REGARDING PROPOSED AMENDMENT TO OCP PROCEDURES; E-MAIL TO E. SCHNITZER REGARDING SAME | ECKSTEIN | 0.40 | $246.00 |
| Feb 11 08 | REVIEW CURRENT DOCKET TO VERIFY NO OBJECTIONS FILED WITH RESPECT TO BDO'S SECOND MONTHLY FEE APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION; | SENESE | 0.10 | $22.50 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| | DISTRIBUTE FOR REVIEW AND E-FILING APPROVAL | | | |
| Feb 12 08 | REVIEW AND DISTRIBUTE SEVERAL FORECLOSURE PROFESSIONALS' MONTHLY FEE APPLICATIONS | SENESE | 0.20 | $45.00 |
| Feb 12 08 | REVIEW DOCKET TO CONFIRM NO OBJECTIONS TO BDO'S SECOND MONTHLY FEE APPLICATION; DRAFT AND E-FILE CERTIFICATE OF NO OBJECTION WITH RESPECT TO SAME | SENESE | 0.20 | $45.00 |
| Feb 12 08 | E-MAIL FROM D. CARICKHOFF; REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS FILED TO TRENWITH RETENTION APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION WITH RESPECT TO SAME; E-FILE AND SERVE CNO VERSION REVISED BY D. CARICKHOFF | SENESE | 0.50 | $112.50 |
| Feb 12 08 | REVIEW AND REVISE CNO FOR APPLICATION OF COMMITTEE TO RETAIN TRENWITH (.1); REVIEW AND REVISE CNO REGARDING BDO'S NOVEMBER MONTHLY FEE APPLICATION (.1) | CARICKHOFF | 0.20 | $84.00 |
| Feb 15 08 | REVIEW AND DISTRIBUTE TRENWITH RETENTION ORDER; E-MAIL TO D. CARICKHOFF REGARDING SAME | SENESE | 0.10 | $22.50 |
| Feb 19 08 | PREPARE AND REVISE TRENWITH FIRST MONTHLY FEE APPLICATION PAPERS; CORRESPONDENCE WITH N. VANDERHOOP AT BDO REGARDING SAME | MOODY | 0.80 | $160.00 |
| Feb 19 08 | SCAN, E-FILE, COORDINATE AND FINALIZE SERVICE OF TRENWITH'S FIRST MONTHLY FEE APPLICATION PAPERS; E-MAIL TO N. VANDERHOOP AT BDO ATTACHING SAME | MOODY | 0.50 | $100.00 |
| Feb 20 08 | OFFICE CONFERENCE WITH I. BAUMGARTEN REGARDING EVALUATING OF OCPS' FEE REQUESTS AND ISSUES AND COMMENTS REGARDING SAME; TELEPHONE CONFERENCE WITH I. BAUMGARTEN REGARDING SAME AND REGARDING VETTING CONTINGENCY FEE REQUESTS WITH CO-COUNSEL; REVIEW OF E-MAIL FROM R. BENTLEY REGARDING ABOVE | ECKSTEIN | 0.50 | $307.50 |
| Feb 21 08 | OFFICE CONFERENCES WITH I. BAUMGARTEN AND E-MAILS REGARDING OCP'S FEE REQUESTS | ECKSTEIN | 0.20 | $123.00 |
| Feb 21 08 | PREPARE AND REVISE BDO'S 4TH MONTHLY FEE APPLICATION PAPERS | MOODY | 1.00 | $200.00 |
| Feb 21 08 | REVIEW BDO'S FOURTH MONTHLY FEE APPLICATION | CARICKHOFF | 0.40 | $168.00 |
| Feb 24 08 | REVIEW AND DISTRIBUTE MULTIPLE MONTHLY FEE APPLICATIONS FILED BY OR ON BEHALF OF CERTAIN OF DEBTORS' OTHER PROFESSIONALS (PRIMARILY FORECLOSURE PROFESSIONALS) | SENESE | 0.30 | $67.50 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| Feb 26 08 | REVIEW HAHN'S BI-MONTHLY PROFESSIONALS' BILLING/FEE SUMMARY REPORT | SENESE | 0.10 | $22.50 |
| Feb 27 08 | REVIEW EPIQ FEE STATEMENT, NOTICE OF NEW OCP RETENTION | FATELL | 0.10 | $60.00 |
| Feb 27 08 | REVIEW CURRENT DOCKET TO CONFIRM NO OBJECTIONS FILED IN CONNECTION WITH BDO'S THIRD MONTHLY FEE APPLICATION; DRAFT CERTIFICATE OF NO OBJECTION WITH REGARD TO SAME AND DISTRIBUTE TO D. CARICKHOFF FOR E-FILING APPROVAL | SENESE | 0.20 | $45.00 |
| Feb 27 08 | REVIEW RETENTION AFFIDAVIT OF PWC AS PROPOSED ORDINARY COURSE PROFESSIONAL | CARICKHOFF | 0.20 | $84.00 |
| Feb 27 08 | REVIEW 1ST, 2ND, 3RD AND 4TH FEE APPLICATIONS OF CODILIS & ASSOCIATES AS FORECLOSURE SERVICE PROVIDER TO DEBTORS | CARICKHOFF | 0.40 | $168.00 |
| Feb 27 08 | REVIEW SIXTH MONTHLY FEE APPLICATION OF ALAN WEINREB AS FORECLOSURE SERVICE PROVIDER TO DEBTORS | CARICKHOFF | 0.20 | $84.00 |
| Feb 27 08 | REVIEW FOURTH AND FIFTH MONTHLY FEE APPLICATIONS OF WELTMAN WEINBERG AS FORECLOSURE SERVICE PROVIDER TO DEBTORS | CARICKHOFF | 0.30 | $126.00 |
| Feb 28 08 | DISCUSSION WITH M. POWER AND M. INDELICATO REGARDING KROLL ENGAGEMENT | FATELL | 0.20 | $120.00 |
| Feb 28 08 | REVIEW J. ZAWADZKI E-MAIL SUMMARIZING FEE APPLICATIONS FILED IN FIRST HALF OF FEBRUARY | CARICKHOFF | 0.30 | $126.00 |
| Feb 29 08 | E-FILE CERTIFICATE OF NO OBJECTION WITH REGARD TO BDO'S THIRD MONTHLY FEE APPLICATION | SENESE | 0.10 | $22.50 |
| Feb 29 08 | REVIEW AND REVISE CNO FOR BDO'S DECEMBER 2007 MONTHLY FEE APPLICATION | CARICKHOFF | 0.10 | $42.00 |
| PROJECT CODE TOTALS 02 | TOTAL VALUE: | $4,250.50 | 11.80 | |

# Project Code 3

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE: 03 | | | | |
| Feb 03 08 | REVIEW AND DISTRIBUTE WALDNER'S BUSINESS' MOTION TO COMPEL, WITH MULTIPLE EXHIBITS, AND ORDER SHORTENING NOTICE WITH RESPECT TO SAME; UPDATE CALENDAR OF CRITICAL DATES AND EVENTS TO REFLECT SHORTENED OBJECTION DEADLINE AND HEARING DATE AND TIME | SENESE | 0.20 | $45.00 |
| Feb 21 08 | E-MAILS FROM/TO G. WINIARSKI REGARDING ASSUMPTION/REJECTION MOTIONS | ECKSTEIN | 0.30 | $184.50 |
| PROJECT CODE TOTALS 03 | TOTAL VALUE: | $229.50 | 0.50 | |

# Project Code 4

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE: 04 | | | | |
| Feb 03 08 | REVIEW AND DISTRIBUTE BAR DATE MOTION REGARDING CONSTRUCTION LOANS AND HELOC BORROWERS; UPDATE CALENDAR OF CRITICAL DATES AND EVENTS TO REFLECT OBJECTION DEADLINE AND HEADING DATE/TIME | SENESE | 0.10 | $22.50 |
| Feb 27 08 | REVIEW 9019 MOTION RESOLVING MARTIN PRE-PETITION LITIGATION | CARICKHOFF | 0.30 | $126.00 |
| PROJECT CODE TOTALS 04 | TOTAL VALUE: | $148.50 | 0.40 | |

# Project Code 5

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE: 05 | | | | |
| Feb 12 08 | TELEPHONE CALL WITH CREDITOR REGARDING STATUS OF CASE | FATELL | 0.30 | $180.00 |
| Feb 14 08 | VERIFY COVERAGE FOR TODAY'S COMMITTEE CONFERENCE CALL | SENESE | 0.10 | $22.50 |
| Feb 14 08 | REVIEW BDO SEIDMAN MEMO ON VARIOUS CASE ISSUES AND ATTEND PART OF COMMITTEE CONFERENCE CALL | CARICKHOFF | 1.00 | $420.00 |
| Feb 22 08 | PARTICIPATION ON CONFERENCE CALL; E-MAIL MEMO; E-MAIL B. FATELL | STORERO | 2.20 | $1,276.00 |
| Feb 27 08 | REVIEW OMNIBUS SETTLEMENT PROCEDURES ORDER REGARDING AFFIRMATIVE ACTIONS OF DEBTORS (.2); REVIEW NOTICE OF PROPOSED SETTLEMENT WITH MCCOY, LOWRY AND FIRST HORIZON HOME LOANS (.1) | CARICKHOFF | 0.30 | $126.00 |
| PROJECT CODE TOTALS 05 | TOTAL VALUE: | $2,024.50 | 3.90 | |

# Project Code 6

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE: 06 | | | | |
| Feb 01 08 | REVIEW DOCKET AND RECENT PLEADINGS TO MONITOR CASE | FATELL | 0.20 | $120.00 |
| Feb 03 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.30 | $67.50 |
| Feb 04 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS (EXTENSIVE) | SENESE | 1.00 | $225.00 |
| Feb 04 08 | UPDATE 2002 SERVICE LIST/DATA SOURCE IN LIGHT OF NEWLY FILED REQUEST FOR SERVICE | SENESE | 0.10 | $22.50 |
| Feb 05 08 | REVIEW DOCKET AND RECENT PLEADINGS TO MONITOR CASE | FATELL | 0.40 | $240.00 |
| Feb 06 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.80 | $180.00 |
| Feb 07 08 | REVIEW OF STATUS E-MAIL FROM M. INDELICATO REGARDING CASE | ECKSTEIN | 0.10 | $61.50 |
| Feb 12 08 | REVIEW DOCKET AND PLEADINGS TO MONITOR CASE | FATELL | 0.30 | $180.00 |
| Feb 12 08 | REVIEW CORRESPONDENCE FROM L. BEALL | FATELL | 0.20 | $120.00 |
| Feb 12 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND CERTAIN PLEADINGS LISTED THEREON (INCLUDING MULTIPLE OBJECTIONS TO DEBTORS' MOTION TO ABANDON) | SENESE | 0.50 | $112.50 |
| Feb 15 08 | TELECONFERENCE WITH M. INDELICATO REGARDING UPDATE | FATELL | 0.30 | $180.00 |
| Feb 15 08 | TELECONFERENCE WITH D. CARICKHOFF REGARDING MEETING WITH KROLL | FATELL | 0.20 | $120.00 |
| Feb 15 08 | REVIEW AND DISTRIBUTE CURRENT CALENDAR AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.40 | $90.00 |
| Feb 15 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.40 | $90.00 |
| Feb 19 08 | TELECONFERENCE WITH I. BAUMGARTEN REGARDING MEETING WITH DEBTORS | FATELL | 0.20 | $120.00 |
| Feb 20 08 | UPDATE, DOWNLOAD AND E-MAIL DOCKET, PLEADINGS AND CALENDAR TO GROUP; | MOODY | 3.00 | $600.00 |
| Feb 24 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND PLEADINGS | SENESE | 0.20 | $45.00 |
| Feb 24 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.30 | $67.50 |

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| Feb 26 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET AND A COPY OF CERTAIN PLEADINGS LISTED THEREON | SENESE | 0.60 | $135.00 |
| Feb 26 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.40 | $90.00 |
| Feb 27 08 | UPDATE CALENDAR OF CRITICAL DATES AND EVENTS; DISTRIBUTE | SENESE | 0.20 | $45.00 |
| Feb 27 08 | UPDATE 2002 SERVICE LIST/DATA SOURCE IN LIGHT OF NEWLY FILED REQUESTS FOR SERVICE OF PAPERS | SENESE | 0.10 | $22.50 |
| Feb 28 08 | MEETING WITH MARK INDELICATO AND TELEPHONE CALL WITH J. MCMAHON (.2); TELEPHONE CALL WITH D. BERLINES (.2) REGARDING VARIOUS CASE ISSUES | FATELL | 0.40 | $240.00 |
| Feb 28 08 | REVIEW AND DISTRIBUTE BAR DATE NOTICES WITH RESPECT TO HELOC BORROWERS AND CONSTRUCTION LOAN BORROWERS; CALENDAR DATE(S) ACCORDINGLY | SENESE | 0.10 | $22.50 |
| Feb 29 08 | REVIEW DOCKET AND RECENT PLEADINGS | FATELL | 0.30 | $180.00 |
| Feb 29 08 | UPDATE 2002 SERVICE LIST/DATA SOURCE IN LIGHT OF NEWLY FILED REQUEST FOR SERVICE OF PAPERS | SENESE | 0.10 | $22.50 |
| PROJECT CODE TOTALS 06 | TOTAL VALUE: | $3,399.00 | 11.10 | |

# Project Code 7

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE: 07 | | | | |
| Feb 09 08 | REVIEW AND DISTRIBUTE MONTHLY OPERATING REPORTS FOR ALL EIGHT DEBTOR ENTITIES | SENESE | 0.20 | $45.00 |
| Feb 12 08 | REVIEW MOR'S | FATELL | 0.40 | $240.00 |
| Feb 24 08 | REVIEW AND DISTRIBUTE EACH DEBTOR'S OPERATING REPORT | SENESE | 0.20 | $45.00 |
| Feb 27 08 | REVIEW NOVEMBER 2007 MONTHLY OPERATING REPORTS | CARICKHOFF | 0.60 | $252.00 |
| PROJECT CODE TOTALS 07 | TOTAL VALUE: | $582.00 | 1.40 | |

# Project Code 10

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE: 10 | | | | |
| Feb 15 08 | REVIEW AND DISTRIBUTE 9019 MOTION REGARDING ENTRY OF THIRD STIPULATION WITH ABN AMRO AND ORDER SHORTENING NOTICE WITH RESPECT TO SAME | SENESE | 0.10 | $22.50 |
| PROJECT CODE TOTALS 10 | TOTAL VALUE: | $22.50 | 0.10 | |

# Project Code 12

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE: 12 | | | | |
| Feb 06 08 | REVIEW DOCKET; RETRIEVE WILBUR ROSS SALE DOCUMENTS FOR J. STAIB | MOODY | 0.20 | $40.00 |
| Feb 12 08 | REVIEW AND DISTRIBUTE NOTICE OF PLAN OF SALE OF CERTAIN ASSETS (DOVEBID AS AUCTIONEER), HIGHLIGHTING OBJECTION DEADLINE | SENESE | 0.10 | $22.50 |
| Feb 19 08 | REVIEW DETAILED MEMO REGARDING SALE OF THRIFT; E-MAIL J. STORERO; E-MAIL CO-COUNSEL | FATELL | 0.80 | $480.00 |
| Feb 24 08 | REVIEW AND DISTRIBUTE DEBTORS' MOTION FOR COMPROMISE TO MODIFYING LETTER AGREEMENT WITH INDYMAC AND SALE/ASSUMPTION - REJECTION ORDER, TOGETHER WITH MOTION TO SHORTEN WITH RESPECT TO SAME; REVISE CALENDAR TO REFLECT REQUESTED OBJECTION DEADLINE AND HEARING DATE AND TIME | SENESE | 0.10 | $22.50 |
| Feb 27 08 | TELECONFERENCE WITH J. STORERO REGARDING MEETING WITH KROLL AND DEBTORS COUNSEL; E-MAIL CORRESPONDENCE | FATELL | 0.30 | $180.00 |
| Feb 27 08 | E-MAIL TO D. BERHLINER; TELEPHONE CALL TO B. FATELL; PARTICIPATE ON CALL; E-MAIL TO B. FATELL; REVIEW ACQUISITION AGREEMENT | STORERO | 0.80 | $464.00 |
| Feb 27 08 | REVIEW AND DISTRIBUTE BLACKLINED ASSET PURCHASE AGREEMENT BETWEEN DEBTORS AND INDYMAC BANK | SENESE | 0.10 | $22.50 |
| Feb 27 08 | TELECONFERENCE WITH DEBTORS' FINANCIAL ADVISORS, BDO AND CO-COUNSEL REGARDING POSSIBLE SALE OF ASSETS | CARICKHOFF | 1.00 | $420.00 |
| PROJECT CODE TOTALS 12 | TOTAL VALUE: | $1,651.50 | 3.40 | |

# Project Code 13

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE: 13 | | | | |
| Feb 03 08 | REVIEW AND DISTRIBUTE CERTAIN MOTIONS FOR RELIEF; UPDATE CALENDAR OF CRITICAL DATES AND EVENTS TO REFLECT THE RESPECTIVE OBJECTION DEADLINES AND HEARING DATES/TIMES | SENESE | 0.20 | $45.00 |
| Feb 07 08 | REVIEW NATIONAL CITY MOTION TO PAY ADMINISTRATIVE EXPENSES | FATELL | 0.20 | $120.00 |
| PROJECT CODE TOTALS 13 | TOTAL VALUE: | $165.00 | 0.40 | |

# Project Code 14

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE: 14 | | | | |
| Feb 24 08 | REVIEW AND DISTRIBUTE BANK OF AMERICA'S MOTION FOR APPROVAL TO EXERCISE ITS RIGHTS AS A SECURED CREDITOR, TOGETHER WITH RELATED DOCUMENTS AND PLEADINGS; MODIFY CALENDAR TO REFLECT RESPECTIVE OBJECTION DEADLINE AND HEADING DATE/TIME | SENESE | 0.20 | $45.00 |
| PROJECT CODE TOTALS 14 | TOTAL VALUE: | $45.00 | 0.20 | |

# Project Code 17

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE: 17 | | | | |
| Feb 12 08 | REVIEW AND DISTRIBUTE AGENDA FOR FEBRUARY 14, 2008 HEARING; INITIAL PREPARATION FOR SAME | SENESE | 0.10 | $22.50 |
| Feb 12 08 | REVIEW AGENDA FOR FEBRUARY 14, 2008 HEARING | CARICKHOFF | 0.40 | $168.00 |
| Feb 13 08 | ADDITIONAL PREPARATION FOR FEBRUARY 14, 2008 HEARING | SENESE | 0.30 | $67.50 |
| Feb 13 08 | REVIEW AND DISTRIBUTE TRANSCRIPT OF HEARING HELD FEBRUARY 8, 2008 | SENESE | 0.10 | $22.50 |
| Feb 13 08 | REVIEW AND DISTRIBUTE AMENDED AGENDA FOR FEBRUARY 14, 2008 HEARING | SENESE | 0.10 | $22.50 |
| Feb 14 08 | PREPARE FOR AND ATTEND HEARING REGARDING DEBTORS' MOTION TO APPROVE PROCEDURES CONCERNING FILES THAT DEBTORS WOULD LIKE TO DESTROY | CARICKHOFF | 4.90 | $2,058.00 |
| Feb 26 08 | REVIEW AND DISTRIBUTE AGENDA FOR FEBRUARY 28, 2008 HEARING; INITIAL PREPARATION FOR SAME | SENESE | 0.10 | $22.50 |
| Feb 27 08 | PREPARATION FOR FEBRUARY 28, 2008 HEARING | SENESE | 0.30 | $67.50 |
| Feb 27 08 | REVIEW AND DISTRIBUTE AMENDED AGENDA FOR FEBRUARY 28, 2008 HEARING | SENESE | 0.10 | $22.50 |
| Feb 27 08 | REVIEW AND DISTRIBUTE TRANSCRIPT OF HEARINGS HELD JANUARY 25, 2008 (TELEPHONIC) AND JANUARY 31, 2008 | SENESE | 0.10 | $22.50 |
| Feb 27 08 | REVIEW AGENDA AND AMENDED AGENDA FOR FEBRUARY 28, 2008 HEARING | CARICKHOFF | 0.30 | $126.00 |
| Feb 28 08 | PREPARE FOR AND ATTEND HEARING REGARDING SETTLEMENTS WITH ABN AMRO AND INDYMAC BANK (INCLUDES REVIEW OF 9019 MOTIONS AND EXHIBITS) | CARICKHOFF | 2.50 | $1,050.00 |
| PROJECT CODE TOTALS 17 | TOTAL VALUE: | $3,672.00 | 9.30 | |

# Project Code 21

Client Number/Name: 128189 AMERICAN HOME MORTGAGE COMPANY,
Matter Number/Name: 128189-01600 IN re AMERICAN HOME MORTGAGE

| DATE | NARRATIVE | TIMEKEEPER | HOURS | BILLABLE VALUE |
|---|---|---|---|---|
| PROJECT CODE: 21 | | | | |
| Feb 01 08 | REVIEW STATUS REPORT IN TRIAD GUARANTY INSURANCE LITIGATION | FATELL | 1.00 | $600.00 |
| Feb 01 08 | REVIEW NATIXIS' SETTLEMENT | FATELL | 0.50 | $300.00 |
| Feb 06 08 | REVIEW AND DISTRIBUTE CURRENT DOCKET FOR EACH OF NINE CURRENTLY PENDING ADVERSARY PROCEEDINGS (TOGETHER WITH CERTAIN PLEADINGS FILED RECENTLY IN MOST CASES) | SENESE | 0.90 | $202.50 |
| Feb 13 08 | REVIEW AND DISTRIBUTE FIRST AMENDED SCHEDULING ORDER (IN CONNECTION WITH RASHEED/CLASS ACTION ADVERSARY PROCEEDING); MODIFY ADVERSARY CHART TO REFLECT SAME | SENESE | 0.10 | $22.50 |
| Feb 27 08 | REVIEW AND DISTRIBUTE CURRENT ADVERSARY PROCEEDING DOCKET AND CERTAIN OF THE PLEADINGS (INCLUDING THE SECOND AMENDED COMPLAINT) (RASHEED - CLASS ACTION ADVERSARY PROCEEDING) | SENESE | 0.20 | $45.00 |
| PROJECT CODE TOTALS 21 | TOTAL VALUE: | $1,170.00 | 2.70 | |