AMERICAN HOME MORTGAGE COMPANY
EXPENSE SUMMARY
FEBRUARY 1 - 29, 2008

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL EXPENSES |
|---|---|---:|
| Facsimile | In-House @ $.35/page | $3.11 |
| Reproduction of Documents | In-House @ $.10/copy | $65.20 |
|  | Contracted Photocopying - Parcels | $1,617.90 |
| Courier and Express Services | Federal Express | $338.10 |
| Hand Delivery Service | Parcels | $432.00 |
| Special Mailing Charges |  | $99.63 |
| Word Processing |  | $52.50 |
| Record/Docket Searches |  | $231.60 |
| **TOTAL** |  | **$2,840.04** |