# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
American Home Mortgage Holdings, Inc.

**Case No.:** 07–11047–CSS

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that Wells Fargo Bank, National Association filed a Notice of Appeal on 4/25/2008 regarding the order denying the movant relief from the automatic stay. The Notice of Appeal may be viewed at docket number 3860. The order on appeal may be viewed at docket number 3702.

                          David D. Bird  
                          CLERK OF COURT

Date: 4/28/08  
(VAN–440)