# Intended Notice Recipients – Method of Notice

District/Off: 0311−1                    User: Teresa                    Date Created: 4/28/2008
Case: 07−11047−CSS                 Form ID: van440               Total: 444

**Notice Recipients submitted to the BNC and flagged as likely to be bypassed due to defective/missing address information:**

| | |
|---|---|
| cr | Barclays Capital Inc. |
| cr | ORIX Capital Markets, LLC |
| cr | American Corporate Record Center, Inc. |
| cr | Bexar County          Linebarger Goggan et al |
| intp | Post &Schell, P.C. |
| intp | Pryor &Mandelup, LLP |
| intp | Polis &Associates |
| intp | Crislip, Philip &Associates |
| intp | Assured Guaranty |
| intp | DLA Piper US LLP |
| intp | Sun Trust Bank |
| intp | Susan D. Profant |
| clmag | Epiq Bankrputcy Solutions, LLC |
| cr | American Express Travel Related Svcs Co Inc Corp Card          c/o Becket and Lee LLP          POB 3001          Malvern PA 19355−0701 |
| intp | John H. Capitano          Kennedy Covington Lobdell &Hickman |
| intp | Bernadette Gordy |
| intp | Katten Muchin Rosenman LLP |
| crcm | Special Conflicts Counsel to the Committee |
| intp | Jeffrey J. Newton |
| intp | Barbara Ford–Coates, Sarasota County Tax Collector |
| intp | Ada County Treasurer |
| intp | R O Jacobs &Assoc., Inc. dba Jacobs OK Real Estate |
| cr | Patricia L. Shepherd |
| intp | Multnomah County Oregon Dept. of Business &Community Services |
| cr | Richard W. Horvath |
| intp | Peyton C. Cochrane |
| intp | Griffith, McCague &Wallace, P.C. |
| cr | Capax Management and Insurance Services |
| intp | Receivable Management Service |
| intp | Silver &DeBoskey, A Professional Corporation |
| intp | Caldwell Commercial, LLC |
| intp | Silver &DeBoskey, A Professional Corporation |
| cr | Highwoods Properties, Inc.          300 E. Lombard Street, MD 21202 |
| cr | RAM International I, L.L.C. |
| cr | SLO LLC |
| cr | Vintage Park, LLC |
| cr | Waterson &Zappolo, P.A. |
| cr | George E. Hart |
| intp | Travelers Casualty and Surety Company of America |
| aty | Quinn Emanuel |
| cr | Mark R. James |
| intp | Merrill Lynch Pierce Fenner &Smith, Inc. and Merrill Lynch Bank USA |
| intp | Rice &Gotzmer |
| intp | Merrill Lynch Mortgage Lending, Inc. |
| intp | Tax Collector for Polk County, Florida |
| intp | Spector Gadon &Rosen, P.C. |
| cr | Anca M. Nicolaescu |
| cr | Moss Codilis, L.L.P. |
| op | Kroll Zolfo Cooper |
| intp | Rees Broome, PC |
| intp | Lee J. Mondshein |
| intp | Paula Rush |
| intp | Mona Dobben |
| intp | Laura Beall |
| intp | Softlanding Software |
| intp | Tuscaloosa County Tax Collector |
| intp | Creditors Bankruptcy Service |
| intp | Snell &Wilmer L.L.P. |
| intp | H. William Marrero |
| intp | Santoro, Driggs, Walch, Kearney, Holley &Thompson |
| intp | Williams, Kastner &Gibbs PLLC |
| intp | IKON OFFICE SOLUTIONS |
| cr | David Gebhardt |
| cr | Idaho State Tax Commission |
| intp | Douglas County Treasurer |
| intp | Douglas Badazewski |
| op | Weiner Brodsky Sidman Kider PC |
| intp | Lee County Tax Collector |

| | |
|---|---|
| intp | Robin &Timothy Guertin |
| op | Law Offices of Alan Weinreb, PLLC |
| op | Adorno &Yoss LLP |
| intp | Time Warner Telecom Inc. |
| intp | Palm Beach County Tax Collector |
| intp | Jeffrey M. Tzerman |
| intp | Finestone &Morris |
| op | Deputy Clerk, United States Bankruptcy Court |
| op | Allen &Overy, LLP |
| op | Weltman, Weinberg &Reis Co. LPA |
| op | Law Office of Daniel C. Consuegra |
| intp | Pite Duncan, LLP |
| cr | Palm Beach County |
| fa | BDO Seidman, LLP |
| intp | Satterlee Stephens Burke &Burke LLP |
| op | Milestone Advisors LLC |
| intp | Robert J. Hopp |
| aty | Pillsbury Winthrop Shaw Pittman LLP |
| intp | City of Fort Worth |
| intp | Mark R. Lembright |
| aty | Donald D. Farlow |
| intp | Peter Spindel |
| intp | Merced County Tax Collector |
| op | Orlans Associates |
| op | Cohn, Goldberg &Deutsch, LLC |
| intp | Frank C. Estes Estes |
| op | T.D. Service Co. |
| op | Samuel I. White, P.C. |
| op | Robert J. Hopp &Associates, LLC |
| op | Codilis &Associates, P.C. |
| aty | Marikae G. Toye |
| op | Trenwith Securities, LLC |
| op | Cadwalader, Wickersham &Taft LLP |
| intp | Laurie J. O'Brien |
| intp | Mark Hollingsworth |
| intp | Alison Zea |
| aty | Steven G. Powrozek |
| op | Zeichner Ellman &Krause LLP |
| cr | Gil Quentin Alvarez |
| intp | McPherson, Inc. |
| intp | Rocco DeStefano |
| intp | Jane M. Lueneburg |
| intp | Dennis A. MacDonald |
| intp | Richard Kreiss |
| op | Phoenix Capital, Inc. |
| intp | Ron Bartoszkiewicz |
| intp | Thomas Scourtos |
| aty | Kelly W. Wright |
| intp | George Hambrick |
| intp | Jerry McBride |
| intp | Judith R. Rigsby |
| intp | Paul D. Kuhlmeier |
| intp | Ken H. and Tracy E. Liu, MD |
| intp | Marie Minutillo |
| intp | Marsha Albrecht |
| intp | Trevor R. Corso, Esq. |
| intp | Edwin R. Anderson |
| intp | Allan Sturms |
| intp | Jennifer vonBehren |
| cr | Frederick D. &Jean Conrad |
| cr | Elizabeth Hohloch |
| cr | Lillian Frieder |
| cr | Nathan Frieder |
| cr | Stephen J. Homola |
| cr | Lew D. Serbin |
| intp | Scott D. Caplin |
| cr | Hilda R. Gamble |
| cr | Joe M. Rogers |
| cr | Max Gendelman |
| aty | Quinn Emanuel        Quinn Emanuel Urquhart Oliver &Hedges |

TOTAL: 138

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*

| | |
|---|---|
| db | American Home Mortgage Holdings, Inc.        538 Broadhollow Road        Melville, NY 11747 |
| ust | United States Trustee        844 King Street, Room 2207        Lockbox #35        Wilmington, DE 19899–0035 |
| cr | Lewisville Independent School District        c/o Andrea Sheehan        Law Offices of Robert E. Luna, P.C.        4411 N. Central Expressway        Dallas, TX 75205 |

| | | | |
|---|---|---|---|
| cr | Garland Independent School District    c/o Andrea Sheehan    Law Offices of Robert E. Luna, PC    4411 North Central Expressway    Dallas, TX 75205 | | |
| cr | Carrollton–Farmers Branch ISD    c/o Andrea Sheehan    Law Offices of Robert E. Luna, PCA    4411 North Central Expressway    Dallas, TX 75205 | | |
| intp | WestLB AG, New York Branch    McDermott Will &Emery LLP    Att: Stephen B. Selbst, Esq.    340 Madison Avenue    New York, NY 10173–1922 | | |
| res | Citigroup Global Markets Inc.    Kirkland &Ellis LLP    Citigroup Center    153 East 53rd Street    New York, NY 10022 | | |
| res | Citigroup Global Markets Realty Corp.    Kirkland &Ellis LLP    Citigroup Center    153 East 53rd Street    New York, NY 10022 | | |
| cr | Carroll Independent School District    c/o Perdue, Brandon, Fielder, et al    P. O. Box 13430    Arlington, TX 76094 | | |
| cr | Arlington ISD    c/o Perdue Brandon Fielder, et al.    PO Box 13430    Arlington, TX 76094 | | |
| cr | City of Cedar Hill    c/o Perdue, Brandon, Fielder, et al    Elizabeth Banda    PO BOX 13430    Arlington, TX 76094–0430 | | |
| intp | Citibank, N.A.    Seward &Kissel LLP    One Battery Park Plaza    New York, NY 10004 | | |
| cr | County Of Denton    co Michael Reed    P.O. Box 1269    Round Rock, TX 78680 | | |
| cr | Dallas County    c/o Linebarger Goggan Blair &Sampson    2323 Bryan St., Suite 1600    Dallas, TX 75201 | | |
| cr | General Growth Management, Inc.    Samuel B. Garber, Esq.    110 North Wacker Drive    Chicago, IL 60606 | | |
| cr | United States of America (on behalf of the Government National Mortgage Association)    1100 L St. NW    Room 10002    Washington, DC 20005 | | |
| cr | SOVEREIGN BANK    c/o Riemer &Braunstein LLP    Three Center Plaza    Boston, MA 02170 | | |
| cr | 1993 Flatley Family Trust    c/o James M. Liston    155 Federal Street, 9th Floor    Boston, MA 02110 | | |
| intp | Liner Yankelevitz Sunshine &Regenstreif LLP    1100 Glendon Avenue    14th Floor    Los Angeles, CA 90024–3503 | | |
| intp | Deutsche Bank Trust Company Americas    Seward &Kissel LLP    One Battery Park Plaza    New York, NY 10004 | | |
| cr | Pima County, Arizona    C/O Pima County Attorney's Office    32 N. Stone, Suite 2100    Tucson, AR 85701 | | |
| cr | Morgan Stanley Mortgage Capital Holdings LLC    1585 Broadhollow Road    Melville, NY 11747 | | |
| cr | ALDINE INDEPENDENT SCHOOL DISTRICT    Susan R. Fuertes    14910 Aldine Westfield Road    Houston, TX 77032 | | |
| intp | Lehman Brothers Inc.    The Bayard Firm    222 Delaware Avenue    Suite 900    Wilmington, DE 19801 | | |
| intp | Office of Thrift Supervision    Harborside Financial Center Plaza Five    Suite 1600    Jersey City, NJ 07311 | | |
| cr | Kodiak Funding LP    Rosenthal, Monhait &Goddess, P.A.    919 Market Street    Suite 1401    Wilmington, DE 19801 | | |
| cr | Harris County    c/o John P. Dillman    Post Office Box 3064    Houston, TX 77253–3064 | | |
| cr | Angelina County    c/o John P. Dillman    Post Office Box 3064    Houston, TX 77253–3064 | | |
| cr | Missouri Department Of Revenue    301 W. High Street    PO Box 475    Jefferson City, MO 65105 | | |
| cr | COWIFI Ironpoint    Nancy Hotchkiss, Esq.    C/O Trainor Fairbrook    980 Fulton Ave    Sacramento, CA 95825 | | |
| intp | Natixis Real Estate Capital Inc.    The Bayard Firm    222 Delaware Avenue    Suite 900    Wilmington, DE 19801 | | |
| cr | Chesterbrook Partners, LP    c/o Spector Gadon &Rosen, P.C.    1635 Market Street    7th Floor    Philadelphia, PA 19103 | | |
| cr | Maricopa County Treasurer    c/o Madeleine C. Wansle    Gust Rosenfeld P.L.C.    201 E. Washington St.    Suite 800    Phoenix, AZ 85004–2327 | | |
| cr | Alabama Power Company    Balch &Bingham LLP    1901 Sixth Avenue North    Suite 2600    Birmingham, AL 35203 | | |
| intp | Bracebridge Capital, LLC    The Bayard Firm    222 Delaware Avenue    Suite 900    Wilmington, DE 19801 | | |
| cr | Fairfax County, VA    Office of the County Attorney    12000 Government Center Pkwy.    Suite 549    Fairfax, VA 22035 | | |
| aty | Paul, Weiss, Rifkind, Wharton &Garrison LLP    1285 Avenue of the Americas    New York, NY 10019–6064 | | |
| cr | Progress Energy Carolinas, Inc.    327 Hillsborough Street    Raleigh, NC 27603 | | |
| aty | Seward &Kissel LLP    One Battery Park Plaza    New York, NY 10004 | | |
| cr | County of Loudoun, Virginia    c/o K. Stapleton, Asst. Cty. Atty.    Post Office Box 7000    Leesburg, VA 20177 | | |
| cr | Craven–Shaffer–North Bay Village    2631 S. Tamiami Trail, Suite 300    Bonita Springs, FL 34134 | | |
| cr | Sun Life Assurance Company of Canada    1 Sun Life Executive Park    Wellesley Hills, MA 02481 | | |
| cr | Iron Mountain Information Management, Inc.    745 Atlantic Avenue, 10th Floor    Boston, MA 02111 | | |
| cr | American Express Bank FSB    c/o Becket and Lee LLP    POB 3001    Malvern, PA 19355–0701 | | |
| cr | Charles County, Maryland    c/o Meyers, Rodbell &Rosenbaum, P.A.    M. Evan Meyers    6801 Kenilworth Avenue, Suite 400    Riverdale Park, md 20737–1385 | | |
| cr | Prince George's County, Maryland    Meyers, Rodbell &Rosenbaum, P.A.    M. Evan Meyers    6801 Kenilworth Avenue, Suite 400    Riverdale Park, md 20737–1385 | | |
| cr | Gail Thakarar    2 Fenbrook Drive    Larchmont, NY 10538 | | |
| cr | Atlantic Detroit Diesel Allison LLC    P.O. Box 2030    19C Chapin Road    Pine Brook, NJ 07058 | | |
| cr | Phillip Carnes &Associates, Inc.    4939 Lower Roswell Rd.    Suite 103    Marietta, GA 30068 | | |
| cr | EMC Mortgage Corporation    McCalla, Raymer, et al.    Bankruptcy Department    1544 Old Alabama Road    Roswell, GA 30076 | | |
| cr | Fidelity Court Associates    c/o Dana S. Plon, Esquire    Sirlin Gallogly &Lesser, P.C.    1529 Walnut Street, Suite 600    Philadelphia, PA 19103 | | |

| | | | | |
|---|---|---|---|---|
| cr | Americas Servicing Company | McCalla, Raymer, et al. | Bankruptcy Department | 1544 Old Alabama Road    Roswell, GA 30076 |
| aty | John T. Carroll, III | Cozen O'Connor | 1201 North Market Street | Suite 1400    Wilmington, DE 19801 |
| intp | Certain Participants in the Non–Qualified Deferred Compensation Plan of American Home Mortgage Holdings, Inc. | c/o McDonald Hopkins LLC    Sean Malloy    600 Superior Avenue, East    Suite 2100    Cleveland, OH 44114 | | |
| cr | c/o Karon Y. Wright Travis County | P.O. Box 1748    Austin, TX 78767 | | |
| cr | CitiMortgage, Inc. | P .O .Box 829009    Dallas, TX 75382–9009 | | |
| aty | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Chase Manhattan Centre | 1201 N. Market Street    Suite 800    Wilmington    DE, 19801 | |
| cr | Mortgage Electronic Registration Systems, Inc. | c/o Washington Mutual Home Loans, Inc. | 9451 Corbin Avenue    Northridge, CA 91324 | |
| intp | Farr, Burke, Gambacorta &Wright, PC | 1000 Atrium Way, Suite 401 | P O Box 669    Mount Laurel,, NJ 08054–0669 | |
| cr | Hoover Court, LLC    Sirote &Permutt, P.C. | c/o Stephen B. Porterfield | 2311 Highland Avenue South    Birmingham, AL 35205 | |
| cr | MarketWise Advisors, LLC | c/o Jacob A. Brown, Esq. | Akerman Senterfitt | 50 North Laura Street    Suite 2500    Jacksonville, FL 32202 |
| cr | City of Irving, TX (Tax) | c/o Parker &Marks, P.C. | 1333 Corporate Drive | Suite 209    Irving, TX 75038 |
| intp | Imperial County Treasurer–Tax Collector | Attn: Karen Vogel–Treasurer | 940 West Main Street    Suite 106    El Centro, CA 92243 | |
| cr | Oracle USA, Inc. | Buchalter Nemer | 333 Market St., 25th Floor. | San Francisco, CA 94105 |
| cr | State of Washington Department of Revenue | Attorney General | 800 Fifth Avenue, Suite 2000    Seattle, WA 98104–3188 | |
| cr | Mortgage Electronic Registration Systems, Inc. as nominee for Greenpoint Mortgage Funding, Inc. | 2300 Brookstone Center    Columbus, GA 31904 | | |
| cr | Wells Fargo Bank, N.A. | Draper &Goldberg, PLLC | 1500 North French Street | 2nd Floor    Wilmington, DE 19801 |
| cr | Mortgage Electronic Registration Systems, Inc. c/o Aurora Loan Services, LLC | Draper &Goldberg, PLLC    1500 North French Street    2nd Floor    Wilmington, DE 19801 | | |
| cr | Cummings Properties, LLC | 200 West Cummings Park | Woburn, MA 01801 | |
| intp | Cutisha Cauthorne | c/o The Hogan Firm | 1311 Delaware Avenue | Wilmington, DE 19806 |
| intp | Clark County | 500 S. Grand Central Pkwy | 5th Floor | Las Vegas, NV 89155 |
| intp | IKON Financial Services | 1738 Bass Road | P.O. Box 13708    Macon, GA 31208–3708 | |
| cr | Commonwealth of PA | PA Department of Revenue | PO Box 280946    Harrisburg, PA 17128–0946 | |
| cr | PPTS FX Corp. | c/o Plymouth Park Tax Services LLC | 35 Airport Road, Ste.150    Morristown, NJ 07960 | |
| cr | Plymouth Park Tax Services LLC | 35 Airport Road, Ste.150 | Morristown, NJ 07960 | |
| intp | Law Debenture Trust Company of New York, as Indenture Trustee | 400 Madison Avenue, 4th Floor    New York, NY 10017 | | |
| aty | Hahn &Hesssen LLP | Attn: Mark S. Indelicato, Esquire | 488 Madison Avenue | New York, NY 10022 |
| aty | Sidley Austin LLP | c/o Sidley Austin LLP | 1501 K. Street N.W. | Washington D.C., DC 20005 |
| aty | Blank Rome LLP | Blank Rome LLP | 1201 Market Street | Suite 800    Wilmington, DE 19801 |
| cr | EMC Mortgage | P O Box 829009 | Dallas, Tx 75382 | |
| cr | National City Mortgage Company | McCalla, Raymer, et al. | Bankruptcy Department | 1544 Old Alabama Road    Roswell, GA 30076 |
| cr | Bank of New York, as Trustee c/o Countrywide Home Loans, Inc. | Draper &Goldberg, PLLC    1500 North French Street    2nd Floor    Wilmington, DE 19801 | | |
| cr | Spring–Ford Area School District/Limerick Township Tax Collector | c/o Prince Altee Thomas, Esquire    Fox Rothschild LLP    2000 Market Street – Tenth Floor    Philadelphia, PA 19103–3291 | | |
| cr | CitiMortgage, Inc. | McCalla, Raymer, et al. | Bankruptcy Department | 1544 Old Alabama Road    Roswell, GA 30076 |
| aty | Hunton &Williams LLP | Riverfront Plaza, East Tower | 951 East Byrd Street | Richmond, VA 23219 |
| cr | Salt Lake County Treasurer | 2001 South State Street N1200 | Salt Lake City, UT 84190 | |
| cr | FIRST HORIZON HOME LOAN CORPORATION | Whittington &Aulgur | 651 N. Broad Street, Ste. 206    P.O. Box 1040    Middletown, DE 19709–1040 | |
| cr | Microsoft Corporation | c/o Joseph E. Shickich, Jr. | Riddell Williams P.S. | 1001 – 4th Avenue    Suite 4500    Seattle, WA 98154 |
| intp | Squire, Sanders &Dempsey L.L.P. | Thomas J. Salerno | Jordan A. Kroop | 40 N. Central Ave., #2700    Phoenix, AZ 85004 |
| cr | DCFS Trust | Whittinton &Aulgur | 651 N. Broad Street | Suite 206    P.O. Box 1040    Middletown, DE 19709–1040 |
| cr | MNL Global Inc | Annie Verdries | Lewis Brisbois Bisgaard &Smith LLP | 650 Town Center Drive # 1400    Costa Mesa, CA 91765 |
| cr | National City Capital Capital Commercial Corporation | c/o Jeffrey S. Cianciulli, Esquire | Weir &Partners LLP    824 Market Street, Suite 1001    Wilmington, DE 19899 | |
| intp | LaSalle Bank National Association, as Trustee | Draper &Goldberg, PLLC | P.O. Box 947 | 512 East Market Street    Georgetown, DE 19947 |
| aty | Draper &Goldberg, P.L.L.C. | 1500 N French St | 2nd Floor | Wilmington, DE 19801 |
| cr | Tennessee Department of Revenue | c/o TN Attorney General's Office | Bankruptcy Division    P.O. Box 20207    Nashville, TN 37202–0207 | |
| cr | National City Commercial Capital Company, LLC | c/o Sherry D. Lowe, Esquire | Lamm Rubenstone LLC    3600 Horizon Boulevard    Suite 200    Trevose, PA 19053 | |
| cr | Aurora Loan Services LLC | Whittington &Aulgur | 651 N. Broad Street | Ste. 206    P.O. Box 1040    Middletown, De 19709–1040 |

| | | | |
|---|---|---|---|
| cr | New York State Department of Taxation and Finance | Attn: Norman P. Fivel, Esq. | NYS Department of Law    The Capitol    Albany, NY 1224 |
| cr | CitiMortgage, Inc | P.O. Box 140334 | Coppell, TX 75014 |
| cr | HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche Alt–A Securities, Inc., Mortgage Loan Trust, Series 2005–6    Whittington &Aulgur    651 N. Broad Street    Suite 206    P.O. Box 1040    Middletown, DE 19709–1040 | | |
| cr | Bank of America N.A.    475 Crosspoint Parkway    P.O. Box 9000    Getzville, Ny 14068 | | |
| cr | California Housing Finance Agency    Paul J. Pascuzzi    Felderstein Fitzgerald et al.    400 Capitol Mall, Suite 1450    Sacramento, CA 95814 | | |
| intp | DETR    Nevada Department of Employment    500 E.Third Street    Carson City, NV 89713 | | |
| cr | Saxon Mortgage Services, Inc.    1270 Northland Drive    Suite 200    Mendota Heights, MN 55120 | | |
| cr | Washington Mutual Bank FA    Whittington &Aulgur    651 N. Broad Street    Suite 206    P.O. Box 1040    Middletown, DE 19709–1040 | | |
| intp | Kathleen Heck    30 Hideaway Lane    Sparta, NJ 07871 | | |
| cr | Litton Loan Servicing LP    P .O .Box 829009    Dallas, TX 75382 | | |
| cr | United States Internal Revenue Service    U.S. Department of Justice, Tax Division    PO Box 227    Ben Franklin Station    Washington, DC 20044 | | |
| intp | Rachael Masiivva    48 Martha St    Indian Orchard, MA 01151 | | |
| intp | Joseph W. Yankura    7445 Harrow Drive    Nashville, TN 37221 | | |
| intp | HSBC BANK USA    Richards, Layton &Finger    One Rodney Square    P.O. Box 551    Wilmington, DE 19899 | | |
| cr | Washington Mutual Bank    c/o McCalla, Raymer, et al.    Bankruptcy Department    1544 Old Alabama Road    Roswell, GA 30076 | | |
| aty | John T. Carroll, III    Cozen O'Connor    1201 North Market Street    Suite 1400    Wilmington, DE 19801 | | |
| aty | Mark Browning    Office of the Attorney General    300 West 15th Street    8th Floor    Austin, TX 78701 | | |
| aty | A. Michelle Hart    McCalla Raymer LLC    1544 Old Alabama Rd.    Roswell, GA 30076 | | |
| aty | Adam Hiller    Draper &Goldberg, PLLC    1500 North French Street    2nd Floor    Wilmington, DE | | |
| aty | Adam Hiller    Draper &Goldberg, PLLC    1500 North French Street    2nd Floor    Wilmington, DE 19801 | | |
| aty | Adam Hiller    Draper &Goldberg, PLLC    1500 North French Street    2nd Floor    Wilmington, DE 19801 | | |
| aty | Adam Hiller    Draper &Goldberg, PLLC    1500 North French Street    2nd Floor    Wilmington, DE 19801 | | |
| aty | Adam Hiller    Draper &Goldberg, PLLC    1500 North French Street    2nd Floor    Wilmington, DE 19801 | | |
| aty | Adam G. Landis    Landis Rath &Cobb LLP    919 Market Street    Suite 600    Wilmington, DE 19801 | | |
| aty | Adam R. Elgart    Mattleman, Weinroth &Miller    200 Continental Drive, Suite 211    Newark, DE 19713 | | |
| aty | Amanda Marie Winfree    Ashby &Geddes, P.A.    222 Delaware Avenue    17th Floor, PO Box 1150    Wilmington, DE 19899 | | |
| aty | Amy D. Brown    Werb &Sullivan    300 Delaware Ave.    10th Floor    Wilmington, DE 19801 | | |
| aty | Andrea Sheehan    Law Offices of Robert E. Luna, P.C.    4411 North Central Expressway    Dallas, TX 75205 | | |
| aty | Annie Verdries    Lewis D'Amato Brisbois &Brisgaard    650 Town Center Drive    Suite 1400    Costa Mesa, CA 92626 | | |
| aty | Benjamin W. Keenan    Ashby &Geddes    222 Delaware Avenue    17th Floor, PO Box 1150    Wilmington, DE 19899 | | |
| aty | Bonnie Glantz Fatell    Blank Rome LLP    1201 Market Street, Suite 800    Wilmington, DE 19801 | | |
| aty | Bradford J. Sandler    Benesch Friedlander Coplan &Aronoff    222 Delaware Avenue    Suite 801    Wilmington, DE 19801 | | |
| aty | Brett Fallon    Morris James LLP    500 Delaware Avenue, Suite 1500    P.O. Box 2306    Wilmington, DE 19899–2306 | | |
| aty | Bruce A. Wilson    Kutak Rock LLP    1650 Farnam Street    Omaha, NE 68102 | | |
| aty | Brya M. Keilson    Eckert Seamans Cherin &Mellot, LLC    300 Delaware Avenue    Suite 1360    Wilmington, DE 19801 | | |
| aty | Carol E. Momjian    PA Office of Attorney General    21 South 12 Street    3rd Floor    Philadelphia, PA 19107 | | |
| aty | Catherine Steege    Jenner &Block    330 North Wabash Avenue    Chicago, IL 60611 | | |
| aty | Charlene D. Davis    Bayard, P.A.    222 Delaware Avenue, Suite 900    P.O. Box 25130    Wilmington, DE 19899 | | |
| aty | Charles J. Brown    Archer &Greiner, P.C.    300 Delaware Avenue, Suite 1370    Wilmington, DE 19801 | | |
| aty | Christina Maycen Thompson    Connolly Bove Lodge &Hutz LLP    The Nemours Building    1007 N. Orange Street    P.O. Box 2207    Wilmington, DE 19899 | | |
| aty | Christine A. Roberts    Rawlings, Olson, Cannon, Gormley, Desrui    9950 West Cheyenne Avenue    Las Vegas, NV 89129 | | |
| aty | Christopher A. Ward    Klehr Harrison Harvey Branzburg &Ellers    919 N. Market Street    Suite 1000    Wilmington, DE 19801 | | |
| aty | Christopher M. Samis    Richards, Layton &Finger, P.A.    920 N. King Street    One Rodney Square    Wilmington, DE 19801 | | |
| aty | Christopher M. Samis    Richards, Layton &Finger, P.A.    920 N. King Street    One Rodney Square    Wilmington, De 19801 | | |
| aty | Christopher Page Simon    Cross &Simon, LLC    913 North Market Street    11th Floor    Wilmington, DE 19899 | | |
| aty | Christopher R. Belmonte    Satterlee Stephens Burke &Burke LLP    230 Park Avenue    New York, NY 10169 | | |

| | | | | | |
|---|---|---|---|---|---|
| aty | Craig J. Ziady | Cummings Properties, LLC | 200 West Cummings Park | Woburn, MA 01801–6396 | |
| aty | Curtis A. Hehn | Pachulski Stang Ziehl &Jones LLP | 919 N. Market Street | 17th Floor | Wilmington, DE 19801 |
| aty | Dana S. Plon | Sirlin Gallogly &Lesser, P.C. | 1529 Walnut Street | Suite 600 | Philadelphia, PA 19102 |
| aty | Daniel I. Barness | Siro,Moss,Barness &Harrison, LLP | 11377 West Olympic Blvd. | 5th Floor | Los Angeles, CA 90064 |
| aty | Daniel K. Hogan | The Hogan Firm | 1311 Delaware Ave | Wilmington, DE 19806 | |
| aty | David G. Aelvoet | Linebarger Goggan Blair &Sampson LLP | 711 Navarro, Suite 300 | San Antonio, TX 78205 | |
| aty | David L. Finger | Finger &Slanina, P.A. | One Commerce Center | 1201 Orange Street, Suite 725 | Wilmington, DE 19801–1155 |
| aty | David M. Fournier | Pepper Hamilton LLP | Hercules Plaza, Suite 5100 | 1313 Market Street | Wilmington, DE 19899–1709 |
| aty | David R. Kuney | Sidley Austin LLP | 1501 K Street, NW | Washington, DC 20005 | |
| aty | David W. Carickhoff, Jr | Blank Rome LLP | Chase Manhattan Centre | 1201 Market Street, Suite 800 | Wilmington, DE 19801 |
| aty | Don A. Beskrone | Ashby &Geddes | 222 Delaware Avenue | PO Box 1150 | Wilmington, DE 19899 |
| aty | Donald J. Bowman, Jr. | Young, Conaway, Stargatt &Taylor | 1000 West Street | 17th Floor | Wilmington, DE 19801 |
| aty | Donna L. Culver | Morris, Nichols, Arsht &Tunnell | 1201 N. Market Street | P. O. Box 1347 | Wilmington, DE 19899 |
| aty | Donna L. Harris | Pinckney &Harris, LLC | 1220 N. Market Street | Suite 950 | Wilmington, DE 19801 |
| aty | Edward J. Kosmowski | Young, Conaway, Stargatt &Taylor | 1000 West Street, 17th Floor | PO Box 391 | Wilmington, DE 19899 |
| aty | Edwin J. Harron | Young, Conaway, Stargatt &Taylor | The Brandywine Building | 1000 West Street, 17th Floor | PO Box 391 Wilmington, DE 19899–0391 |
| aty | Elihu Ezekiel Allinson, III | Sullivan Hazeltine Allinson LLC | 4 East 8th Street | Suite 400 | Wilmington, DE 19801 |
| aty | Elizabeth Banda | Perdue Brandon Fielder Collins &Mott | P.O. Box 13430 | Arlington, TX 76094–0430 | |
| aty | Elliot M. Smith | Squire Sanders &Dempsey L.L.P. | 221 E. Fourth Street | Suite 2900 | Cincinnati, OH 45202 |
| aty | Eric Lopez Schnabel, Esq | Dorsey &Whitney LLP | 1105 N. Market Street | 16th Floor | Wilmington, DE 19801 |
| aty | Eric M. Davis | Skadden Arps Slate Meagher &Flom LLP | One Rodney Square | P.O. Box 636 | Wilmington, DE 19899 |
| aty | Eric M. Davis | Skadden Arps Slate Meagher &Flom LLP | One Rodney Square | PO Box 636 | Wilmington, DE 19899 |
| aty | Eric Michael Sutty | Bayard, P.A. | 222 Delaware Avenue | Suite 900 | Wilmington, De 19899 |
| aty | Eric T. Ray | Balch &Bingham LLP | 1901 Sixth Avenue North | Suite 2600 | Birmingham, AL 35203 |
| aty | Erin Edwards | Young, Conaway, Stargatt &Taylor | The Brandywine Building | 17th Floor | 1000 West Street Wilmington, DE 19801 |
| aty | Evelyn J. Meltzer | Pepper Hamilton LLP | Hercules Plaza | Suite 5100, 1313 N. Market Street | Wilmington, DE 19899 |
| aty | Francis A. Monaco Jr. | Womble Carlyle Sandridge &Rice | 222 Delaware Avenue | Suite 1501 | Wilmington, DE 19801 |
| aty | Fred B. Ringel | Robinson Brog Leinward et al. | 1345 Avenue of the Americas | 31st Floor | New York, NY 10105 |
| aty | Frederick Brian Rosner | Duane Morris LLP | 1100 North Market Street | Wilmington, DE 19801 | |
| aty | Frederick Brian Rosner | Duane Morris LLP | 1100 North Market Street | Wilmington, DE 19801 | |
| aty | Gabriel R. MacConaill | Potter Anderson &Corroon LLP | 1313 North Market Street | Wilmington, DE 19801 | |
| aty | Garvan F. McDaniel | Bifferato Gentilotti LLC | 800 N. King Street | Plaza Level | Wilmington, DE 19801 |
| aty | Gaston Plantiff Loomis, II | Reed Smith LLP | 1201 Market Street | Suite 1500 | Wilmington, DE 19801 |
| aty | Gaston Plantiff Loomis, II | Reed Smith LLP | 1201 Market Street | Suite 1500 | Wilmington, DE 19801 |
| aty | Geoffrey S. Aaronson | Geoffrey S Aaronson P.A. | Bank of America Tower | 100 SE 2nd Street, 27th Floor | Miami, FL 33131 |
| aty | Gerald A. Gordon | Pryor Cashman Sherman &Flynn LLP | 410 Park Avenue | New York, NY 10022 | |
| aty | German Yusufov | Pima County Attorney's Office, Civil Div | 32 N. Stone Ave. | Suite 2100 | Tucson, AZ 85701 |
| aty | Gregory Alan Taylor | Ashby &Geddes | 222 Delaware Avenue | 17th Floor | Wilmington, DE 19899 |
| aty | Guy B. Moss | Riemer &Braunstein, LLP | Three Center Plaza | Boston, MA 02108 | |
| aty | Helen Elizabeth Weller | Linebarger Goggan Blair &Sampson, LLP | 2323 Bryan Street, Suite 1600 | Dallas, TX 75201 | |
| pc | Hilary B Bonial | Brice Vander Linden &Pernick PC | 9441 LBJ Freeway | Suite 350 | Dallas, TX 75243 |
| aty | Ira M. Levee | Lowenstein Sandler P.C. | 65 Livingston Avenue | Roseland, NJ 07068 | |
| aty | Jacob A. Brown | Akerman Senterfitt | 50 North Laura Street, Suite 2500 | Jacksonville, FL 32202 | |
| aty | James C. Tecce | Milbank, Tweed, Hadley &McCloy LLP | 1 Chase Manhattan Plaza | New York, NY | |
| aty | James E. Huggett | Margolis Edelstein | 750 Shipyard Drive | Suite 102 | Wilmington, DE 19801 |

aty    James F. Bailey, Jr    James F. Bailey &Associates, P.A.    Suite 306A    3 Mill Road    Wilmington, DE 19806

aty    James K. Pendergrass, Jr.    Pendergrass Law Firm, PLLC    1511 Sunday Drive    Sutie 220    Raleigh, NC 27607

aty    James M Liston    Bartlett, Hackett Feinberg, P.C.    10 High Street    Suite 920    Boston, MA 02110

aty    James S. Yoder    White and Williams LLP    824 North Market Street    Suite 902    P.O. Box 709    Wilmington, DE 19899–0709

aty    Jason M. Madron    Richards, Layton &Finger, P.A.    One Rodney Square    P.O. Box 551    Wilmington, DE 19899

aty    Jason W. Harbour    Hunton &Williams    951 E. Byrd Street    Riverfront Plaza, East Tower    Richmond, VA 23219

aty    Jeffrey C. Wisler    Connolly Bove Lodge &Hutz LLP    The Nemours Building    1007 North Orange Street    P.O. Box 2207    Wilmington, DE 19899–2207

aty    Jeffrey S Cianciulli    Weir &Partners LLP    824 Market Street    Wilmington, DE 19801

aty    Jennifer Leigh Best    U.S. Department of Justice    Tax Division, Civil Trial Section    P.O. Box 227, Ben Franklin Station    Washington, DC 20044

aty    Joel A. Waite    Young, Conaway, Stargatt &Taylor    The Brandywine Bldg.    1000 West Street, 17th Floor    PO Box 391    Wilmington, DE 19899–0391

aty    John H. Strock, III    Womble Carlyle Sandridge &Rice, PLLC    222 Delaware Ave.    Suite 1501    Wilmington, DE 19801

aty    John P. Dillman    Linebarger Goggan Blair &Sampson, LLP    P.O. Box 3064    Houston, TX 77253–3064

aty    John R. Ashmead    Seward &Kissel, LLP    One Battery Park Plaza    New York, NY 10004

aty    John R. Weaver, Jr.    John R. Weaver, Jr. P.A.    831 North Tatnall Street    Suite 200    Wilmington, De 19801

aty    John W. Butler    Butler, Butler &Rowse–Oberle P.L.L.C    24525 Haprer Ave. Ste. 2    St. Clair Shores, MI 48080

aty    Jordan A. Kroop    Squire, Sanders &Dempsey, L.L.P.    40 North Central Avenue    Suite 2700    Phoenix, AZ 85004

aty    Joseph D. Frank    Frank / Gecker LLP    325 North LaSalle Street    Suite 625    Chicago, IL 60610

aty    Joseph Emil Shickich, Jr.    Riddell Williams P.S.    1001 4th Ave Ste 4500    Seattle, WA 98154–1192

aty    Joseph J. Bodnar    Law Offices of Joseph J. Bodnar    2101 North Harrison Street    Suite 101    Wilmington, DE 19802

aty    Joseph T. Moldovan, Esq.    Morrison Cohen LLP    909 Third Avenue    New York, NY 10022

aty    Julie A. Manning    Shipman &Goodwin    One American Row    Hartford, CT 06103

aty    Julius O. Curling    Office of Attorney General, State of MI    3030 W. Grand Blvd.    Suite 10–200    Detroit, MI 48202

aty    Justin Cory Falgowski    Reed Smith LLP    1201 North Market Street    Suite 1500    Wilmington, DE 19801

aty    Kara Hammond Coyle    Young Conaway Stargatt &Taylor LLP    1000 West St., 17th Floor    Brandywine Building    Wilmington, DE 19801

aty    Karen C Bifferato    Connolly, Bove, Lodge &Hutz    The Nemours Building    1007 North Orange Street    P.O. Box 2207    Wilmington, DE 19899

aty    Karen J. Stapleton    County of Loudoun, Office of Attorney    One Harrison Street S.E. 5th Floor    PO BOX 7000 (MSC #06)    Leesburg, Va 20177–7000

aty    Karon Y. Wright    Travis County Attorney's Office    314 W. 11th Street    PO Box 1748    Austin, TX 78767

aty    Kelly W. Wright    Salt Lake District Attorney's Office    2001 South State Street    S–3600    Salt Lake City, UT 84190–1210

aty    Kenneth J. Enos    Young, Conaway, Stargatt &Taylor    1000 West Street    17th Floor    Wilmington, DE 19801

aty    Kevin J Mangan    Womble Carlyle Sandridge &Rice PLLC    222 Delaware Avenue    15th Floor    Wilmington, DE 19801

aty    Kimberly Ellen Connolly Lawson    Reed Smith LLP    1201 Market Street    Suite 1500    Wilmington, DE 19801–1163

aty    Kristi J. Doughty    Whittington &Aulgur    651 N. Broad Street, Suite 206    P.O. Box 1040    Middletown, DE 19709–1040

aty    Kristin T. Mihelic    Spector Gadon &Rosen, P.C.    7 Penn Center    1635 Market Street    7th Floor    Philadelphia, PA 19103

aty    Laura L. McCloud    Tennessee Attorney General's Office    P.O. Box 20207    Nashville, TN 37202

aty    Laurie Selber Silverstein    Potter Anderson &Corroon LLP    1313 N. Market St.    Hercules Plaza    6th Floor    Wilmington, DE 19801

aty    Lee Harrington    Nixon Peabody LLP    100 Summer Street    Boston, MA 02110

aty    Leonora K. Baughman    Kilpatrick &Associates, P.C.    903 North Opdyke Road    Suite C    Auburn Hills, MI 48326

aty    Lisa Cresci McLaughlin    Phillips, Goldman &Spence    1200 N. Broom Street    Wilmington, DE 19806

aty    Lisa R. Hatfield    WITTSTADT &WITTSTADT, P.A.    284 East Main STreet    Newark, DE 19711

aty    Lorraine S. McGowen    Orrick, Herrington &Sutcliffe LLP    666 Fifth Avenue    New York, NY 10103

aty    Madeleine Carmel Wanslee    Gust Rosenfeld, P.L.C.    201 East Washington Street    Suite 800    Phoenix, AZ 85004

aty    Marc J. Phillips    Connolly Bove Lodge &Hutz LLP    The Nemours Building    1007 North Orange Street    Wilmington, DE 19801

aty    Marc Stephen Casarino    White and Williams LLP    824 Market Street    Suite 902    Wilmington, DE 19899

aty    Margaret B. Whiteman    Young, Conaway, Stargatt &Taylor    1000 West Street    17th Floor    Wilmington, DE 19801

aty    Margaret C. Lumsden    Unti &Lumsden    302 Jefferson Street    Suite 200    Raleigh, NC 27607

aty

|  | Maria Aprile Sawczuk | Draper &Goldberg, PLLC | 1500 North French Street, 2nd floor | Wilmington, DE 19801 |
| aty | Marikae G. Toye | Attorney General of New Jersey | 25 Market Street | P.O. Box 106 | Trenton, NJ 08625–0106 |
| aty | Mark Minuti | Saul Ewing LLP | 222 Delaware Ave, Suite 1200 | P.O. Box 1266 | Wilmington, DE 19899 |
| aty | Mark D. Collins | Richards Layton &Finger | One Rodney Square | PO Box 551 | Wilmington, DE 19899 |
| aty | Mark Daniel Olivere | Edwards Angell Palmer &Dodge LLP | 919 N. Market Street | Suite 1500 | Wilmington, DE 19801 |
| aty | Mark T Hurford | Campbell &Levine, LLC | 800 King Street | Suite 300 | Wilmington, DE 19801 |
| aty | Martha E. Romero | Romero Law Firm | 7743 South Painter Avenue | Suite E | Whittier, CA 90602 |
| aty | Martin J. Davis | Office of Thrift Supervision | Harborside Financial Center Plaza Five | Suite 1600 | Jersey City, NJ 07311 |
| aty | Mary Caloway | Buchanan Ingersoll &Rooney PC | 1000 West Street | Ste 1410 | Wilmington, DE 19801 |
| aty | Mary A. DeFalaise | United States Department of Justice | P.O. Box 875 | Ben Franklin Station | Washington, DC 20044 |
| aty | Mary E. Augustine | Bayard, P.A. | 222 Delaware Avenue | Suite 900 | PO Box 25130 | Wilmington, DE 19899–5130 |
| aty | Matthew Barry Lunn | Young, Conaway, Stargatt &Taylor | The Brandywine Building, 17th Floor | 1000 West Street | PO Box 391 | Wilmington, DE 19899 |
| aty | Michael Reed | McCreary, Veselka, Bragg &Allen P.C. | P.O. Box 1269 | Round Rock, TX 78680 |
| aty | Michael E. Meyers | Meyers, Rodbell &Rosenbaum, P.A. | 6801 Kenilworth Avenue | Suite 400 | Riverdale Park, MD 20737–1385 |
| aty | Michael G. Busenkell | Eckert Seamans Cherin &Mellot, LLC | 300 Delaware Avenue | Suite 1210 | Wilmington, DE 19801 |
| aty | Michael Gregory Wilson | Hunton &Williams | 951 E. Byrd Street | Richmond, VA 23219 |
| aty | Michael Jason Barrie | Schnader Harrison Segal &Lewis LLP | 824 Market Street | Suite 1001 | Wilmington, DE 19801 |
| aty | Michael R. Lastowski | Duane Morris LLP | 1100 North Market Street | Suite 1200 | Wilmington, DE 19801–1246 |
| aty | Nancy Hotchkiss | Trainor Fairbrook | 980 Fulton Avenue | Sacramento, CA 95825 |
| aty | Nancy A. Connery | Schoeman Updike &Kaufman, LLP | 60 East 42 Street | Suite 3906 | New York, NY 10165 |
| aty | Nancy F. Loftus | Office of the County Attorney | Fairfax County | 12000 Government Center Parkway | Suite 549 | Fairfax, VA 22035 |
| aty | Norman M. Monhait | Rosenthal Monhait &Goddess, P.A | 919 Market Street | Suite 1401 | Citizens Bank Center | Wilmington, DE 19801 |
| aty | Norman P. Fivel | NYS Department of Law | The Capitol | Albany, NY 12224 |
| aty | Patrick J. Reilley | Cole, Schotz, Meisel, Forman &Leonard, | 1000 N. West Street | Suite 1200 | Wilmington, DE 19801 |
| aty | Paul J. Pascuzzi | Felderstein Fitzgerald Willoughby | &Pascuzzi LLP | 400 Capitol Mall, Suite 1450 | Sacramento, CA 95814–4434 |
| aty | Pauline K. Morgan | Young, Conaway, Stargatt &Taylor | 1000 West Street, 17th Floor | PO Box 391 | Wilmington, DE 19899–0391 |
| aty | Peter Douglas Bilowz | Goulston &Storrs, P.C. | 400 Atlantic Avenue | Boston, MA 02110 |
| aty | Peter James Duhig | Buchanan Ingersoll &Rooney PC | The Brandywine Building | 1000 West Street | Suite 1410, P.O. Box 1397 | Wilmington, DE 19899 |
| aty | Prince Altee Thomas | Fox Rothschild LLP | 2000 Market Street | 10th Floor | Philadelphia, PA 19103 |
| aty | R. Fredrick Linfesty | Iron Mountain Information Management Inc | 745 Atlantic Avenue | Boston, MA 649675 |
| aty | Rachel B. Mersky | Monzack &Monaco, P. A. | 1201 Orange St. | Suite 400 | Wilmington, DE 19801 |
| aty | Rafael Xavier Zahralddin–Aravena | Elliott Greenleaf &Siedzikowski PC | 1000 West Street | Suite 1440 | Wilmington, DE 19801 |
| aty | Raymond Howard Lemisch | Benesch Friedlander Coplan &Aronoff, LL | 222 Delaware Avenue | Suite 801 | Wilmington, DE 19801 |
| aty | Rebecca L. Booth | Morgan Lewis &Bockius | 1701 Market Street | Philadelphia, PA 19103 |
| aty | Regina A. Iorii | Werb &Sullivan | 300 Delaware Avenue | Suite 1300 | Wilmington, DE 19801 |
| aty | Ricardo Palacio, Esq | Ashby &Geddes, P. A. | 500 Delaware Avenue | 8th Floor | Wilmington, DE 19801 |
| aty | Richard A. Sheils, Jr. | Bowditch &Dewey, LLP | 311 Main Street | P.O. Box 15156 | Worcester, MA 01615–0156 |
| aty | Richard W. Riley | Duane Morris LLP | 1100 North Market Street | Suite 1200 | Wilmington, DE 19801 |
| aty | Rick S. Miller | Ferry, Joseph &Pearce, P.A. | 824 Market Street | Suite 904 | Wilmington, DE 19899 |
| aty | Robert E. Greenberg | Friedlander Misler | 1101 Seventeenth Street, NW | Suite 700 | Washington, DC 20036 |
| aty | Robert S. Brady | Young, Conaway, Stargatt &Taylor | The Brandywine Bldg. | 1000 West Street, 17th Floor | PO Box 391 | Wilmington, DE 19899–0391 |
| aty | Ronald L. Cohen | Seward &Kissel LLP | One Battery Park Plaza | New York, NY 10004 |
| aty | Ronald S. Gellert | Eckert Seamans Cherin &Mellott LLC | 300 Delaware Avenue | Suite 1360 | Wilmington, DE 19801 |
| aty |  |  |  |  |

|  | Russell C. Silberglied   Richards, Layton &Finger   One Rodney Square   P.O. BOX 551   Wilmington, DE 19899 |
| aty | Samuel B. Garber   General Growth Properties, Inc.   110 N. Wacker Drive   Chicago, IL 60606 |
| aty | Scott K. Levine   Platzer Swergold Karlin Levine Goldberg   1065 Avenue of the Americas   18th Floor   New York, NY 10018 |
| aty | Sean D. Malloy   McDonald Hopkins LLC   600 Superior Ave., E   Suite #2100   Cleveland, OH 44114 |
| aty | Sharon M Zieg   Young, Conaway, Stargatt &Taylor   The Brandywine Bldg., 17th Floor   1000 West Street   PO Box 391   Wilmington, DE 19899 |
| aty | Shawn M. Christianson   Buchalter Nemer, P.C.   333 Market Street, 25th Floor   San Francisco, CA 94105–2130 |
| aty | Shelley A. Kinsella   Cooch and Taylor, P.A.   824 Market Street   Suite 1000   Wilmington, DE 19801 |
| aty | Sherry D. Lowe   Lamm Rubenstone Lesavoy Butz &David LLC   3600 Horizon Blvd.   Suite 200   Trevose, PA 19053 |
| aty | Sherry Ruggiero Fallon   Tybout, Redfearn &Pell   300 Delaware Avenue, Ste 1100   Wilmington, DE 19801 |
| aty | Sheryl L. Moreau   Missouri Department of Revenue   P.O. Box 475   301 W. High Street   Room 670   Jefferson City, MO 65105 |
| aty | Stephen B. Porterfield   Sirote &Permutt, P.C.   2311 Highland Avenue, South   Birmingham, AL 35205 |
| aty | Steven K. Kortanek   Womble Carlyle Sandridge &Rice, PLLC   222 Delaware Avenue, Suite 1501   Wilmington, DE 19801 |
| aty | Steven R. Lefkofsky   Lefkofsky &Gorosh, PC   31500 Northwestern Highway   Suite 105   Farmington Hills, MI 48334 |
| aty | Susan R. Fuertes   Aldine Independent School District   14910 Aldine–Westfield Road   Houston, TX 77032 |
| aty | Tally F. Parker, Jr.   Parker &Marks, P.C.   1333 Corporate Drive #209   Irving, TX 75038 |
| aty | Teresa K.D. Currier   Buchanan Ingersoll &Rooney PC   1000 West St., Ste. 1410   Wilmington, DE 19801 |
| aty | Terri A. Roberts   Pima County Attorney   32 North Stone   Suite 2100   Tucson, AZ 85701 |
| aty | Thomas H. Grace   Locke Liddell &Sapp LLP   600 Travis St.   Suite 3500   Houston, TX 77002–3095 |
| aty | Tina Niehold Moss   Pryor Cashman LLP   410 Park Avenue   New York, NY 10022 |
| aty | Todd Charles Schiltz, Esq   Wolf, Block, Schorr &Solis–Cohen   Wilmington Trust Center   1100 N. Market Street   Suite 1001   Wilmington, DE 19801 |
| aty | Travis N. Turner   Young Conaway Stargatt &Taylor, LLP   The Brandywine Bldg., 17th Fl.   1000 West Street   Wilmington, DE 19801 |
| aty | Tyler B. Jones   Brice, Vander, Linden &Wernick   9441 LBJ Freeway   Suite 250   Dallas, TX 75243 |
| aty | Victoria Watson Counihan   Greenberg Traurig, LLP   The Nemours Building   1007 North Orange Street   Suite 1200   Wilmington, DE 19801 |
| aty | William Novotny   Mariscal, Weeks, McIntyre &Friedlander   2901 North Centrala Ave., #200   Phoenix, AZ 85012–2705 |
| aty | William E. Chipman, Jr.   Edwards Angell Palmer &Dodge   919 North Market Street   Suite 1500   Wilmington, DE 19801 |
| aty | William F. Taylor   McCarter &English LLP   919 N. Market Street   Suite 1800, P.O. Box 111   Wilmington, DE 19899 |
| aty | William G. Wright   Farr, Burke, Gambacorata &Wright PC   1000 Atrium Way   Suite 401   P.O. Box 669   Mt. Laurel, NJ 08054 |
| aty | William J. Burnett   Flaster Greenberg   Eight Penn Center   1628 JFK Blvd., 15th Floor   Philadelphia, PA 19103 |
| aty | William Pierce Bowden   Ashby &Geddes   222 Delaware Avenue   17th Floor   Wilmington, DE 19899 |
| aty | Zachary Mosner   Office of the Attorney General   Bankruptcy &Collections Unit   900 Fourth Avenue   Suite 2000   Seattle, WA 98164–1012 |

TOTAL: 306