IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                                           :    Chapter 11
In re:                                                     :
                                                           :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                     :
HOLDINGS, INC., et al.,                                    :
                                                           :
            Debtors.                                       :
                                                           :    **Re: D.I. 3850**
---------------------------------------------------------- x

**MOTION OF BANK OF AMERICA, N.A., AS ADMINISTRATIVE
AGENT, UNDER FEDERAL RULES OF BANKRUPTCY PROCEDURE 8002 AND 9006
TO EXTEND TIME FOR FILING NOTICE OF APPEAL OF ORDER DENYING
MOTION OF BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, FOR
<u>RELIEF FROM AUTOMATIC STAY</u>**

Bank of America, N.A., as administrative agent (the "Administrative Agent"), by its undersigned attorneys, hereby moves (the "Motion") under Federal Rules of Bankruptcy Procedure 8002 and 9006 to extend the Administrative Agent's time to file a notice of appeal of the *Order Denying Motion of Bank of America, N.A., as Administrative Agent, for Relief from Automatic Stay, Pursuant to 11 U.S.C. § 362(d), Allowing the Administrative Agent to Exercise Its Rights as a Secured Creditor* [D.I. 3850] (the "Order"). The Administrative Agent requests that the Court extend the time for filing a notice of appeal of the Order to May 27, 2008. In support of the Motion, the Administrative Agent states as follows.

1. On February 22, 2008, the Administrative Agent filed the *Motion of Bank of America, N.A., as Administrative Agent, for Relief from the Automatic Stay, Pursuant to 11 U.S.C. § 362(d), Allowing the Administrative Agent to Exercise its Rights as a Secured Creditor* [D.I. 3054] (the "Stay Relief Motion").

2. On April 16 and 17, 2008, the Court held a hearing on the Stay Relief Motion. On April 25, 2008, the Court signed the Order pursuant to which the Court denied the relief

sought in the Stay Relief Motion and the Order was entered on the Court's docket on the same day.

3. Pursuant to Federal Rule of Bankruptcy Procedure 8002(a), the Administrative Agent has 10 days from entry of the Order on the docket to file a notice of appeal. Accordingly, the deadline for filing a notice of appeal is May 5, 2008.

4. Representatives of the Administrative Agent and the Debtors are currently scheduled to meet in mid-May to discuss whether a resolution of the remaining issues that exist in these cases between them can be reached without further litigation. Such a resolution would moot any appeal from the Order.

5. Bankruptcy Rule 8002(c) allows this Court to grant an extension of the time for filing a notice of appeal if a written motion is filed before the time for filing a notice of appeal has expired and that "[a]n extension of time for filing a notice of appeal may not exceed 20 days from the expiration of the time for filing a notice of appeal . . . ."

6. The Administrative Agent submits that the Court should extend the time for filing a notice of appeal of the Order while the parties are attempting to negotiate a resolution of their remaining issues. Moreover, the Administrative Agent submits that no party would be prejudiced by an order extending the Administrative Agent's time to file a notice of appeal.

7. The Administrative Agent has discussed the relief sought herein with counsel for the Debtors who have advised that they have no objection to the Court granting such relief.

8. The 20th day following May 5th is a Sunday and the next day is Memorial Day. Pursuant to Bankruptcy Rule 9006(a), if the last day of a period of time to be computed under the Bankruptcy Rules is a Sunday or legal holiday (including Memorial Day), the period to be

computed runs to the next day. Accordingly, the Administrative Agent requests that the time to file a notice of appeal of the Order be extended to May 27, 2008.

WHEREFORE, the Administrative Agent requests that the Court enter an order, substantially in the form attached hereto, extending the time for the for the Administrative Agent to file a notice of appeal of the Order to Tuesday, May 27, 2008.

Dated:   April 28, 2008

POTTER ANDERSON & CORROON LLP

By: *[signature]*
Laurie Selber Silverstein (No. 2396)
Gabriel R. MacConaill (No. 4734)
P. O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, Delaware  19899
(302) 984-6000

- and -

KAYE SCHOLER LLP
Margot B. Schonholtz
Myron Kirschbaum
Scott D. Talmadge
425 Park Avenue
New York, NY  10022

*Counsel for Bank of America, N.A. as Administrative Agent under that certain Second Amended and Restated Credit Agreement, dated as of August 10, 2006*