IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                                           :   Chapter 11
In re:                                                     :
                                                           :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE                                     :
HOLDINGS, INC., et al.,                                    :
                                                           :   **No Hearing Required**
                              Debtors.                     :
                                                           :
---------------------------------------------------------- x

## NOTICE OF MOTION

      PLEASE TAKE NOTICE that Bank of America, N.A., as Administrative Agent, in the above-captioned case ("Administrative Agent") has filed the attached **MOTION OF BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, UNDER FEDERAL RULES OF BANKRUPTCY PROCEDURE 8002 AND 9006 TO EXTEND TIME FOR FILING NOTICE OF APPEAL OF ORDER DENYING MOTION OF BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, FOR RELIEF FROM AUTOMATIC STAY** (the "Motion").

      PLEASE TAKE FURTHER NOTICE that as provided in the Motion, the Administrative Agent is asking the Court to extend its deadline to file a notice of appeal of the *Order Denying Motion of Bank of America, N.A., as Administrative Agent, for Relief from Automatic Stay, Pursuant to 11 U.S.C. § 362(d), Allowing the Administrative Agent to Exercise Its Rights as a Secured Creditor* [D.I. 3850] (the "Order"). The Order was entered on April 25, 2008. The Administrative Agent asks in the Motion for an extension of its time to file a notice of appeal of the Order under Federal Rule of Bankruptcy Procedure 8002(c) to May 27, 2008. **No hearing is required on the relief sought in the Motion and Bank of America, N.A. is presenting the Motion to chambers for consideration.**

Dated: April 28, 2008

                                              POTTER ANDERSON & CORROON LLP

                                  By: */s/ Laurie Selber Silverstein*
                                              Laurie Selber Silverstein (No. 2396)
                                              Gabriel R. MacConaill (No. 4734)
                                              P. O. Box 951
                                              1313 N. Market Street, 6th Floor
                                              Wilmington, Delaware  19899
                                              (302) 984-6000

                                              - and -

                                              KAYE SCHOLER LLP
                                              Margot B. Schonholtz
                                              Myron Kirschbaum
                                              Scott D. Talmadge
                                              425 Park Avenue
                                              New York, NY  10022

                                              *Counsel for Bank of America, N.A. as*
                                              *Administrative Agent under that certain Second*
                                              *Amended and Restated Credit Agreement, dated as*
                                              *of August 10, 2006*