IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
       Debtors.                                                  :
                                                                 :   Ref. Docket No. 2600, 3328 and
---------------------------------------------------------------- x   3799

**CERTIFICATION OF COUNSEL WITH RESPECT TO THIRD MONTHLY APPLICATION OF ALLEN & OVERY, LLP AS SPECIAL REGULATORY COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007**

On March 17, 2008, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the Second Interim Quarterly Fee Requests of Debtors' Professionals (D.I. 3328; the "Interim Fee Request"), which included the fee request of Allen & Overy, LLP ("A&O"). On April 14, 2008, the Court held a hearing (the "Hearing") to consider the Interim Fee Request. At the Hearing, the Court requested that, prior to approving the Interim Fee Request with respect to A&O, A&O provide additional detail regarding one of the time entries included in an application that was the subject of the Interim Fee Request [D.I. 2600].

Consistent with the Court's request, attached hereto as Exhibit A is the *Certification of Counsel Regarding Third Monthly Application of Allen & Overy, LLP as Special Regulatory Counsel for the Debtors for Allowance of Compensation and Reimbursement of*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

*Expenses Incurred for the Interim Period November 1, 2007 through November 30, 2007* [D.I. 3799]. In addition, attached hereto as <u>Exhibit B</u> is a proposed order approving the Interim Fee Request (the "<u>Second Order</u>"), with respect to A&O

WHEREFORE, the Debtors respectfully request that the Court enter the Second Order at the Court's earliest convenience.

Dated: Wilmington, Delaware
April 28, 2008

                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                        /s/ Kenneth J. Enos
                        James L. Patton, Jr. (No. 2202)
                        Joel A. Waite (No. 2925)
                        Pauline K. Morgan (No. 3650)
                        Sean M. Beach (No. 4070)
                        Matthew B. Lunn (No. 4119)
                        Kenneth J. Enos (No. 4544)
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        Wilmington, Delaware 19801
                        Telephone: (302) 571-6600
                        Facsimile: (302 571-1253

                        Counsel to the Debtors and Debtors in Possession

# EXHIBIT A

**(The Certification of Counsel)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :  Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :  Case No. 07-11047 (CSS)
a Delaware corporation, et al., [1]                             :
                                                                :  Jointly Administered
    Debtors.                                                    :
                                                                :  Ref. Docket No. 2600
---------------------------------------------------------------- x

### CERTIFICATION OF COUNSEL REGARDING THIRD MONTHLY APPLICATION OF ALLEN & OVERY, LLP AS SPECIAL REGULATORY COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007

On January 7, 2008 Allen & Overy LLP ("A&O"), Special Regulatory Counsel for the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed its *Third Monthly Application of Allen & Overy, LLP as Special Regulatory Counsel for the Debtors for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period November 1, 2007 through November 30, 2007* (the "Application") [*see* Docket 2600]. By the Application A&O sought the approval of $325,630.50 in fees (the "Fees") and $274,672.83 in expenses (the "Expenses") to be paid in accordance with this Court's *Order Authorizing the Debtors and Debtors in Possession to Employ and Retain Allen & Overy LLP, as Special Regulatory, Securities, and Class Action Litigation Counsel Pursuant to Section 327 of the Bankruptcy Code, Nunc Pro Tunc to September 7, 2007* (the "Retention Order") [*see* Docket No. 1320]. Objections to the relief requested in the Application were due to be filed by January 27, 2008.

At the Hearing on the Application, on April 14, 2008, the Court requested that A&O provide additional detail with respect to a time entry by an A&O attorney, Nicholas Mitchell, for work performed on November 19, 2007. Specifically, the Court requested additional information about a time entry for 5.4 hours on the date that included the following billing narrative: "Conducted research on legal issue in connection with DOJ/SEC investigation."

A&O has provided the following additional information regarding the November 19, 2007 time entry. In response to inquiries from the staff of the Securities and Exchange Commission

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:6760812.1                                                                      066585.1001

4/22/08
3799

("SEC") concerning the Order Authorizing Payment of Incentive Pay to Senior Management then under consideration by the Court, Robert Knuts, an A&O partner, directed Mr. Mitchell to research and prepare a brief memorandum. The purpose of this assignment was to enable Mr. Knuts to address any future concerns that may have been raised by the SEC.

Accordingly, Mr. Mitchell conducted electronic research of applicable caselaw, treatises and statutory authority, including Sarbanes-Oxley, to address both standing issues and the relevant regulatory standards. Mr. Knuts and Mr. Mitchell spent 0.3 hours discussing the question initially. Mr. Mitchell then conducted 3.7 hours of research. Finally, Mr. Mitchell spent an additional 1.4 hours drafting a memorandum reflecting his findings.

Dated: Wilmington, Delaware
       April 22, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/_____
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302 571-1253

# EXHIBIT B

## (The Second Order)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : Case No. 07-11047 (CSS) |
| a Delaware corporation, et al.,[2] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Ref. Docket No. 2600, 3328 and 3799 |

---

## SECOND ORDER APPROVING SECOND INTERIM QUARTERLY FEE REQUESTS OF DEBTORS' PROFESSIONALS

Upon consideration of the application set forth in Exhibit A hereto (the "Application") and the second interim quarterly fee requests (the "Fee Requests") of the above-captioned debtors' (the "Debtors") professionals, which included the request (the "Allen & Overy, LLP Request") of Allen & Overy ("A&O"), in the above-captioned chapter 11 cases, for allowance of compensation and reimbursement of expenses; and the Court having held a hearing to consider the Fee Requests on April 14, 2008 (the "Hearing"); and, as a result of having learned at the Hearing that the Court required additional information from A&O; the Debtors agreed to submit a revised exhibit to the Order (as defined herein) with respect to the A&O Request under certification of counsel following the Hearing; and, following the Hearing, the Court having entered the Order Approving Second Interim Quarterly Fee Requests of Debtors' Professionals (D.I. 3695; (the "Order"), which did not include an exhibit page with respect to A&O; and it appearing to the Court that all of the requirements of sections 327, 328, 330, 331

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200,

and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure, have been satisfied; and it further appearing that the fees and expenses incurred were reasonable and necessary; and that notice of the Application and of the Fee Requests was appropriate; and after due deliberation and good and sufficient cause appearing therefor, it is hereby

ORDERED, that the Application and the A&O Request are APPROVED in the amounts set forth in Exhibit A; and it is further

ORDERED, that A&O is granted interim allowance of compensation in the amount set forth on Exhibit A; and it is further

ORDERED, that A&O is allowed, on an interim basis, reimbursement of reasonable and necessary expenses in the amount set forth on Exhibit A; and it is further

ORDERED, that the Debtors are authorized and directed to remit payment to A&O in the amounts set forth on Exhibit A, less all amounts previously paid on account of such fees and expenses.

Dated: Wilmington, Delaware
       April ____, 2008

                                        CHRISTOPHER S. SONTCHI
                                        UNITED STATES BANKRUPTCY JUDGE

---

Irving, Texas 75063.

# EXHIBIT A

**Second Interim Fee Request Of Allen & Overy, LLP, Special Counsel for the Debtors**

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---:|---:|
| 11/1/07-11/30/07 1/7/08, 2600 | 325,630.50 | 274,672.83 |
| 12/1/07-12/31/07 2/1/07, 2854 | 209,588.50 | 105,192.08 |
| 1/1/08-1/31/08 2/28/08, 3120 | 242,791.50 | 25,388.41 |
| Totals | 778,010.50 | 405,253.32 |

5277163.2

064657.1001