**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| American Home Mortgage Holdings, et al., | ) Case No. 07-11047 BLS<br>) Chapter 11<br>) Jointly Administered<br>) Ref. No. 3481 |
| Debtors, | ) |

## CERTIFICATION OF COUNSEL

I, Kristi J. Doughty, hereby certifies to the Court as follows:

1. On or about March 31, 2008 Whittington & Aulgur, counsel for Aurora Loan Services, LLC filed a Motion for Relief from the Automatic Stay ("Motion") due to defaults in the mortgage payments by the Borrower, Deoranie Yudeopersaud, Ref. No. 3481.

2. The Objection deadline was April 21, 2008 and was extended informally to April 24, 2008 due to rescheduling of the hearing to May 1, 2008.

3. On April 2, 2008 Aurora Loan Services, LLC and its affiliated Debtors filed a timely protective response to Motions Ref. No. 3512 (the "Reservation of Rights"), reserving the Debtors' rights but not objecting to the relief requested in the Motions.

4. The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Motion. The undersigned further certifies that she has reviewed the Court's docket in this case and, no answer, objection or other responsive pleading to the Motion appears thereon.

The undersigned respectfully requests that the revised order attached hereto as Exhibit "A" be entered at the convenience of the Court.

WHITTINGTON & AULGUR

/s/ Kristi J. Doughty
Robert T. Aulgur, Jr. (No. 165)
Kristi J. Doughty (No. 3826)
651 N. Broad Street., Suite 206
P.O. Box 1040
Middletown, DE  19709-1040
(302) 378-1661

Dated: 4/28/08        Attorneys for Aurora Loan Services, LLC