IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                                  :    Chapter 11
                                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,             :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                      :
                                                                        :    Jointly Administered
        Debtors.                                                     :
------------------------------------------------------------------ x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK       )
                                       ) ss.:
COUNTY OF NEW YORK   )

        ROSS MATRAY, being duly sworn, deposes and says:

        1.      I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC
(f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017.  I
am over the age of eighteen years and am not a party to the above-captioned action.

        2.      On April 11, 2008, I caused to be served the following:

        a)      A creditor specific Customized Exhibit to Debtors' Fourth Omnibus (Non-
                Substantive) Objection to Claims Pursuant to Section 502(b) of the
                Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-
                1, a sample of which is attached hereto as Exhibit A, and

        b)      Notice of Debtors' Fourth Omnibus (Non-Substantive) Objection to Claims
                Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003
                and 3007 and Local Rule 3007-1, dated April 11, 2008, to which is attached
                the Debtors' Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant
                to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007
                and Local Rule 3007-1, [Docket No. 3677], dated April 11, 2008,

by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to
be delivered by first class mail to those parties listed on the annexed Exhibit B.

3.      All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Ross Matray*

Ross Matray

Sworn to before me this
23rd day of  April, 2008

*Diane M. Streany*

Notary Public

**DIANE M. STREANY**
**Notary Public, State of New York**
**No. 01ST5003825**
**Qualified in Westchester County**
**Commission Expires November 2, 2010**

**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, <u>et al.</u>, | ) | **Case No. 07-11047 (CSS)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |
| | ) | |
| | ) | **Objection Deadline: May 5, 2008 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: May 12, 2008 at 10:00 a.m. (ET)** |
| | ) | |

AHM OB4 4/11/2008 (merge2.txnum2) 4000089634

100 MARKET STREET
ATTN DAVID W. HAMILTON, COMPTROLLER
P.O. BOX 1267
MICHAEL SIMICHIK
PORTSMOUTH, NH  03802


## NOTICE OF DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO:  100 MARKET STREET
ATTN DAVID W. HAMILTON, COMPTROLLER
P.O. BOX 1267

| | Claim asserted against wrong debtor | | |
|---|---|---|---|
| **Basis For Objection:** | **Claim #** | **Claim Amount** | **New Case Number** |
| **Claim to be Reassigned** | 5406 | $97,367.84 | 07-11051 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto.  The Debtors assert that your claim has been asserted under the wrong case number and therefore, the Debtors seek, by this Objection, to alter your rights by reassigning your claim listed above in the 'Claim Number' column to the case number listed in the 'New Case Number' column.

Responses to the Objection, if any, must be filed on or before **May 5, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 12, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 11, 2008
     Wilmington, Delaware

**EXHIBIT B**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by April 11, 2008 and sent to the following:

**NOTICE OF DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

100 MARKET STREET
ATTN DAVID W. HAMILTON, COMPTROLLER
P.O. BOX 1267
MICHAEL SIMICHIK
PORTSMOUTH, NH 03802

ADAM PREUSS APPRAISAL SERVICES, INC.
ADAM PREUSS
936 U.S. HWY 1, STE A
SEBASTIAN, FL 32958

ADL PARTNERS LTD
ATTN ALAN D. LACOSTE, GENERAL PARTNER
11 RIVER LANE
LAKE CHARLES, LA 70605

ALBERT, WILLIAM L.
11005 BRADLEY CIR.
FORNEY, TX 75126

ALTERMAN, JOEL
3015 HAYNES TRAIL
ALPHARETTA, GA 30022

ANDERSON, LARRY JOE
1572 KIMBERWICKE DR.
SANTA ANA, CA 92705-2430

APPRAISAL UNLIMITED 9834
9834 HANS WAY
ELK GROVE, CA 95624

A & J BLACKETER, INC.
ATTN STEPHEN P. IMHOFF, ATTORNEY
225 S. HURSTBOURNE PKWY., SUITE 103
LOUISVILLE, KY 40222

ADAMS, PAUL STEPHEN
750 SE 3RD AVENUE, STE 201
FORT LAUDERDALE, FL 33316

ADORNO & YOSS LLP, ATTNY @ LAW
ATTN: GREGG S. AHRENS, ESQ.
2525 PONCE DE LEON BLVD, SUITE 400
MIAMI, FL 33134

ALLIED DAMAGE ADJUSTERS, INC.
C/O LESLIE L. NEEDHAM, SEC.
PO BOX #54
VALLEY FALLS, KS 66088

ANDERSON, EDWIN R. (IRA)
FCC AS CUSTODIAN
2454 FM 1827
MC KINNEY, TX 75071-0663

ANHOUSE APPRAISAL
ATTN MICHAEL ANHOUSE, PRESIDENT
201 BRECKENRIDGE LN STE 200
LOUISVILLE, KY 40207

APPRAISING IN DELAWARE INC
ATTN PATTI PERSIA, OWNER
129 SCHOOL PL
MILFORD, DE 19963

A-1 PROFESSIONAL CLEANNING &
MAINTENACE SERVICES INC.
80 WHITEHALL ST
LYNBROOK, NY 11563

ADAMS, TIMOTHY A.
14548 BIG BRUSH LANE
JACKSONVILLE, FL 32258

AGF WOODFIELD OWNER LLC
C/O JONES LANG LASALLE
ATTN GENERAL MANAGER
1375 E. WOODFIELD ROAD
SCHAUMBURG, IL 60173

ALLSTAR COMMUNICATIONS INC
ATTN BRENDA BATEMAN, A/R
PO BOX 933022
ATLANTA, GA 31193

ANDERSON, EDWIN R. (ROTH IRA)
FCC AS CUSTODIAN
2454 FM 1827
MC KINNEY, TX 75071-0663

APARTMENT HOUSE SUPPLY CO. INC.
PENSION PLAN FBO BENJAMIN WINIKOFF
12/12/03
2416 AMSTERDAM AVE
NEW YORK, NY 10003

ARAJ, JEFFREY / ROTH IRA
7575 S. TROPICAL TRL.
MERRITT ISLAND, FL 32952

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by April 11, 2008 and sent to the following:

NOTICE OF DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

ARTIGUE, WADE J.
135 HEARTWOOD CIRCLE
LAFAYETTE, LA 70503

ATKINS, DEBBIE
10601 CATHARPIN RD
SPOTSYLVANIA, VA 22551

ATLAS PRINCIPAL MORTGAGE, INC.
1710 C PLUM LANE
REDLANDS, CA 92374

BALTES, PATRICIA A.
910 SMITH ST.
UNIONDALE, NY 11553

BANNER WILLIAMS APPRAISERS INC
CRYSTAL PEEPLES, CORPORATE
TREASURER
6443 OLD BRANCH AVE
CAMP SPRINGS, MD 20748

BARNETT, SANDRA
SANDRA BARNETT LTD DB PENSION PLAN
PO BOX 44298
PHOENIX, AZ 85064

BARR, EDNA
1122 NORFOLK RD
LIVERMORE, CA 945511817

BARR, EDNA
C/O BRADERICK, TIMOTHY B.
ATTORNEY AT LAW
2600 EL CAMINO REAL SUITE 500
PALO ALTO, CA 94306

BEAUMONT TITLE
ATTN RUBY MARTIN, L.O.
3195 DOWLEN RD # 108
BEAUMONT, TX 77706

BELL, MARY P.
18 E FERRY DR
ATLANTA, GA 30318

BELLEZZA, VALERIE
4 HAMILTON DR
WEST WINDSOR, NJ 08550

BELLSOUTH TELECOM DBA AT&T S.E.
ATTN LINDA GOODIN
AT&T ACCOUNTS RECEIVABLE
220 SOUTH ST RM 317
GASTONIA, NC 28052

BELLSOUTH TELECOMMUNICATIONS, INC.
ATTN LINDA GOODIN
220 SOUTH ST. ROOM 317
GASTONIA, NC 28052

BERGER, CHARLES L.
7408 E. SYCAMORE ST
EVANSVILLE, IN 47715

BETTY AUTON-BECK, APLC
300 E STATE ST, STE 200
REDLANDS, CA 92373

BISTERFELT, PATSY (IRA)
FCC AS CUSTODIAN
P.O. BOX 96
TOM BEAN, TX 75489

BLEYMAN, WALTER
20 RUSFIELD DR
GLENMONT, NY 12077

BLOOMER, ALAN
40 ALPINE WAY
RARITAN, NJ 08869

BOWMAN, CLARENCE E. JR IRA
FERRIS BAKER WATTS C/F
3319 CAMPBELL LANE
ST. ALBANS, WV 25177

BRANDENBURG TELECOM
200 TELCO DR
PO BOX 599
ATTN JEAN E HUBBARD, COLLECTION DEPT
BRANDENBURG, KY 40108

BRCH GROVE PLAZA
4335 24TH AVENUE
FORT GRATIOT, MI 48059

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by April 11, 2008 and sent to the following:

**NOTICE OF DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

BRINKMAN, WILLIAM H.
IRA ROLLOVER
6075 ROSWELL RD STE 610
ATLANTA, GA  30350-1625

BROWN, SHELLY SUCESSOR TRUSTEE
GLORIA RUTLEDGE REV LIV TRUST
12339 BORCHERDING
ST. LOUIS, MO  63131

BUTTERWORTH, BYRON E.
4820 REGALWOOD DR
RALEIGH, NC  27613-7041

CAMPBELL, DOUGLAS E.
3803 OAKLAND COURT
MISSOURI CITY, TX  77459

CARPENTER, MITCHEAL E (MITCH)
15077 SE ST ANDREWS
HAPPY VALLEY, OR  97086

CASCADE NATURAL GAS CORPORATION
ATTN MARGARET GRANT
222 FAIRVIEW AVE NORTH
SEATTLE, WA  98109

CDR OF SOUTHWEST FLORIDA, LLC
ATTN CAROL J. D., MGR/ MEMBER
950 TAMIAMI TRL 101
PT CHARLOTTE, FL  339533100

BROMER, JOHN
412 SPORT HILL RD
EASTON, CT  06612

BUDD, JOEL K
102 N CUMINA AVE
WRIGHTSVILLE BEACH, NC  28480

CABLE PLUS INC
ATTN ANNETTE ROMAINE, CREDIT MANAGER
5330 N LOCKWOOD
CHICAGO, IL  60630

CARBERRY, MICHAEL & EILEEN
1 ASTER CT
MEDFORD, NJ  08055

CARVER WOODS EXEC. CTR LLC
5101 CREEK ROAD, SUITE 3
CINCINNATI, OH  452423931

CDR OF SOUTHWEST FLORIDA LLC
ATTN CAROL J. D.,- MGR. /MEMBER
950 TAMIAMI TRAIL
#101
PORT CHARLOTTE, FL  33953

CECCUCCI, ROBERT
6 BAKER AVENUE
COHOES, NY  12047

BROWN, AUSTIN L. & DANA L.
141 TYSEN STREET
STATEN ISLAND, NY  10301

BURDICK RESIDENTIAL APPRAISALS
JULIE BURDICH, OWNER
5930 E PIMA #120
TUCSON, AZ  85712

CAGLIERO, ROBERT
74 KNOLLWOOD DR
LARCHMONT, NY  10538

CARPENTER, BASIL
333 A CALL ROAD
CHARLESTON, WV  25312

CASCADE NATURAL GAS CORPORATION
ATTN DAVID BELZ
222 FAIRVIEW AVE NORTH
SEATTLE, WA  98109

CDR OF SOUTHWEST FLORIDA, LLC
950 TAMIAMI TRL UNIT 101
PT CHARLOTTE, FL  339533102

CESTARO, JOAN C. & JOSEPH M. TRUSTEES
JOAN C. CESTARO TRUST
U/A DTD 11/05/2004
6841 DERBY RUN WAY
GAINESVILLE, VA  20155-3040

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

Notices mailed by April 11, 2008 and sent to the following:

NOTICE OF DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

CHARLES SCHWAB TRUST CO CUST
COLO ANESTHESIA CONSULT 401K
FBO LEONARD L. GRIFFITHS III
2020 E. 9TH AVE.
DENVER, CO 80206

CIERRA INVESTMENT CORPORATION
P O BOX 940
LAKE OZARK, MO 65049

CITY WATER, LIGHT AND POWER
ATTN NANCY HAMER
BILLING SUPPORT SUPERVISOR
RM 105 MUNICIPAL CENTER WEST
SPRINGFIELD, IL 62757

CLEMENTS, JACK J. AND MARION Y. TTEES
JACK J CLEMENTS TRUST
U/A/D 12/15/00
13761 SE 140TH AVE
NORWICH, KS 67118

COLLINS BOLLING, LINDA
134 ISLAND VIEW
ANNAPOLIS, MD 21401

COLUMBIA GAS OF PENNSYLVANIA INC.
ATTN R. TANNER, BANKRUPTCY SPECIALIST
200 CIVIC CENTER DR., 8TH FL
COLUMBUS, OH 43215

CORT FURNITURE RENTAL
ATTN DEANNE FARRELL
801 HAMPTON PARK BLVD
INDIANAPOLIS, IN 46254

CHIN, WALTER & KAM FONG
399 WEST ST
NEW YORK, NY 10014

CINCINNATI BELL TELEPHONE
ATTN: LISA Y ANDERSON
221 E 4TH ST
ML346-325
CINCINNATI, OH 45202

CLARK PROPERTIES L.L.C.
5515 CAMERON FOREST PKWY
ALPHARETTA, GA 30022

COBB, D.C. TTEE
****NO ADDRESS PROVIDED****

COLUMBIA GAS OF KENTUCKY, INC.
ATTN R. TANNER, BANKRUPTCY SPECIALIST
200 CIVIC CENTER DR., 8TH FL
COLUMBUS, OH 43215

COLUMBIA GAS OF VIRGINIA, INC.
ATTN R. TANNER, BANKRUPTCY SPECIALIST
200 CIVIC CENTER DR., 11TH FL
COLUMBUS, OH 43215

CORWIN, ELAINE AND ALVIN
900 PARK AVE 14C
NEW YORK, NY 10021

CHUTE, MORTIMER H. JR. AND JANE A.
27 CHESTNUT ST.
GARDEN CITY, NY 11530

CIRCLE 22 INVESTORS LLC
ATTN JAMEY A. SHANDLEY, VP/CFM
C/O HAMILTON REAL ESTATE
4057 28TH STREET NW, SUITE 200
ROCHESTER, MN 55901

CLARK, SHARON D.
4463 SUN FLOWER CIR
CLARKSTON, MI 48346-4956

COCKINOS APPRAISAL SERVICE
ATTN JAMES M. DEVERS, IV, PRESIDENT
618 CHESTNUT ROAD, SUITE 103
MYRTLE BEACH, SC 29572

COLUMBIA GAS OF OHIO, INC.
ATTN R. THORNTON, BANKRUPTCY
SPECIALIST
200 CIVIC CENTER DR., 11TH FL
COLUMBUS, OH 43215

CONSOLIDATED EDISON COMPANY OF NY,
INC.
ATTN GALE D DAKERS, SUPERVISOR
4 IRVING PL RM 1875-S
NEW YORK, NY 10003

COVE COMMERCIAL, LLC
14901 N. SCOTTSDALE RD # 304
SCOTTSDALE, AZ 85254

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by April 11, 2008 and sent to the following:

NOTICE OF DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

CRAWLEY, LESLIE L., JR.
148 TENNIS COURT
WINTER SPRINGS, FL 32708

CRYSTAL SPRING WATER
ATTN KAREN L. PRUNTY
POB 48
MARIETTA, OH 45750

CURTIS, EUGENE M.
2100 CASTLEFORD RD. GS-6
MIDLAND, TX 79705

DAGHESTANI, ALA AND CATHERINE
12212 MONROVIA
OVERLAND PARK, KS 66218

DAY, KEVIN THOMAS
3600 WORTHINGTON WAY
PLANO, TX 75023

DDRTC SOUTHERN PINES MARKETPLACE,
LLC
C/O ERIC C COTTON, ASSOCIATE GEN.
COUNS.
DEVELOPERS DIVERSIFIED REALTY CORP.
3300 ENTERPRISE PARKWAY
BEACHWOOD, OH 44122

DELMARVA POWER
ATTN D L COCHRAN
PEPCO HOLDINGS INC
5 COLLINS DRIVE, SUITE 2133
CARNEYS POINT, NJ 08069

DEMITZ, DWIGHT & ELEANOR
7001 BIRCH POINT RD.
TRAVERSE CITY, MI 49684

DESHONG, ROBERT J. IRA R/O
OPPENHEIMER CO CUST
135 WEST VILLAGE WAY
JUPITER, FL 33458

DODD, JOHN R.
622 LAUREL RIDGE CT.
GAHANNA, OH 43230

DODS, CRAIG R.
10393 MORNING DEW LN
MECHANICSVILLE, VA 23116

DOLCE VITA, INC
ATTN ANTHONY MARSIGLIO
6100 CLARKS CREEK ROAD
UNIT 100
PLAINFIELD, IN 46168

DOUGLAS B. THOMAS
4400 E WEST HWY
BETHESDA, MD 20814-4524

DWAYNE LEMMON APPRAISAL SERVICE
ATTN DWAYNE LEMMON, APPRAISER
390 FM 1635
ATLANTA, TX 75551

EARNERST, MARGARET E.
4618 S GLENN
WICHITA, KS 67217

EAST N. ST. ASSOC. LLC
C/O ANDREW J WHITE, JR
HAYNSWORTH SINKLER BOYD, PA
PO BOX 2048
GREENVILLE, SC 29602-2048

EGGLESTON, RICHARD D
1512 W. MURDOCK
WICHITA, KS 67203

ELER, GARY L.
P.O. BOX 774
HAYS, KS 67601

ERICKA HEIDRICK PHOTOGRAPHY
ERICKA HEIDRICK
7726 SE 17TH AVE.
PORTLAND, OR 97202

ERNST, JOSEPH
1616 TARTAN WAY
LOUISVILLE, KY 40205-2474

EVANS, JOSEPH C.
1412 HUNTER ROAD
FRANKLIN, TN 37064-4502

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by April 11, 2008 and sent to the following:

**NOTICE OF DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

FARMERS INSURANCE COMPANY, INC.
ATTN JERRI L SOLOMON, ESQ
4680 WILSHIRE BLVD
LOS ANGELES, CA 90010

FAUBION, THOMAS W.
4705 WINDING CREEK
COLLEGE STATION, TX 77845

FIRST HORIZON HOME LOANS
C/O FIRST HORIZON HOME LOAN
CORPORATION
ATTN STEVEN J BAUM, PC
220 NORTHPOINTE PARKWAY, STE G
AMHERST, NY 14228

FREEMAN, JACK B.
20 MEADOW RD
BRIARCLIFF MANOR, NY 10510

FROWNFELTER, JAMES B.
4604 MAPLE AVENUE
BETHESDA, MD 20814

GAMBLE, HILDA R.
NFS/FMTC ROLLOVER IRA
1514 FIRST PARKWAY
WASHINGTON, MO 63090

GAUL, FRANCESCA
PELICAN APPRAISALS
1300 16TH CT #5
KEY WEST, FL 33040

FARMERS INSURANCE COMPANY, INC.
ATTN: JERRI L. SOLOMON, ESQ.
4680 WILSIRE BLVD.
LOS ANGELES, CA 90010

FIACABLE, JOSEPH P.
P.O. BOX 5482
FORT WAYNE, IN 46895

FISHKIN, BARRIE JAMES
2407 ELMWOOD CIR
DALLAS, NC 28034

FRIEDER, NATHAN & LILLIAN
52-54 65TH PLACE
MASPETH, NY 11378-1353

FUNDERBURKE, RICK B & CAROL, JT TEN
PO BOX 4146
ROANOKE, VA 24015

GATEWAY CHULA VISTA
333 "H" STREET
SUITE 6000
CHULA VISTA, CA 91910

GENDELMAN, MAX & DORIS
7515 PELICAN BAY BLVD
APT 14A
NAPLES, FL 34108

FAUBION, LINDA S.
4705 WINDING CREEK
COLLEGE STATION, TX 77845

FIRST HORIZON HOME LOANS
4000 HORIZON WAY
IRVING, TX 75063

FORT COLLINS UTILITIES
PO BOX 1580
FORT COLLINS, CO 80522-1580

FRITZ, SUZAN K
13925 FARMINGTON WAY
APPLE VALLEY, MN 55124-3313

GALIK, SUSAN M. & JOHN
408 RIO GRANDE DRIVE
MISSION, TX 78572

GATEWAY CHULA VISTA
C/O DENNIS J. WICKHAM, ESQ.
SELTZER CAPLAN MCMAHON VITEK
750 "B" STREET, STE. 2100
SAN DIEGO, CA 92101

GERKEN, KERRI & JEFF
15711 E. VALLEY CHAPEL RD.
FAIRFIELD, WA 99012

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by April 11, 2008 and sent to the following:

**NOTICE OF DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

GHORMLEY, BART
5131 ASHBROOK RD
DALLAS, TX 75227

GORFAIN, JOAN
19 NORTHLITE CIRCLE
SACRAMENTO, CA 95831-2122

GREATER METRO APPRAISAL SVCS
CHRIS CAPUTO
2001 BROADWAY ST
VANCOUVER, WA 98663

GS & ASSOC, LLC
1601 W CENTRE AV
PORTAGE, MI 49024

HAGAN, JAMES P.
615 WOODLAND HILLS DR.
TYLER, TX 75701

HALL, GARY L.
HALL-HOUSTON EXPLORATION PARTNERS
4605 POST OAK PLACE SUITE 100
HOUSTON, TX 77027

HANSON, JAMES J.
UTA CHARLES SCHWAB & CO. INC.
IRA 4096-5030
420 SOUTH 4TH AVE
PRINCETON, MN 55371

GLENN, WALTER H. SR
8326 WILDE LANE RD
PENSACOLA, FL 32526

GRAEBER, MARK P.
1009 BLOSSOM RIVERWAY APT 34C
SAN JOSE, CA 95123

GREGOIRE, PHILIPPE R
858 MIDDLE STREET
FALL RIVER, MA 02721

GU, WEI
610 TWIN PEAKS ST
SIMI VALLEY, CA 93065

HAHN, HERBERT R., TTEE
IRMOLOT CHARITABLE REMAINDER TR
PO BOX 8
BANNER ELK, NC 28604

HANDBERG, ROGER EUGENE & CAROL
TTEES FBO
ROGER HANDBERG UA DTD 6/11/91
PO BOX 47945
PLYMOUTH, MN 55447-0945

HEIFFERON, DONALD J. & CAROL C.
FCC AS CUSTODIAN
363 REEF PT. CIR.
WEBSTER, NY 14580

GORDON, ZACHARY L.
PHILIP LUBITZ
5523 MEADOW WOOD BL
LYNDHURST, OH 44124

GRANITE TELECOMMUNICATIONS
ATTN THEODORE F. RODRIGUEZ,
GENERAL COUNSEL
100 NEWPORT AVENUE EXT.
QUINCY, MA 02171

GROSS, DAVID
7248 BALLANTRAE CT
BOCA RATON, FL 33496

GUPTA, SUSHILA
6 THEIS LANE
BLAUVELT, NY 10913

HAKES, ALMA R.
2113 NEW STATE RD
NORWALK, OH 44857-9165

HANSEN, STEVEN M., TRUSTEE
STEVEN M. HANSEN FAMILY TRUST
3953 BROCKBANK WAY
SALT LAKE CITY, UT 84124

HEIFFERON, DONALD J. IRA
FCC AS CUSTODIAN
363 REEF PT. CIR.
WEBSTER, NY 14580

**NOTICE OF DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by April 11, 2008 and sent to the following:

HENDON/ATLANTIC RIM JOHNS CREEK, LLC
C/O ERIC C COTTON, ASSOCIATE GEN.
COUNS.
DEVELOPERS DIVERSIFIED REALTY CORP.
3300 ENTERPRISE PARKWAY
BEACHWOOD, OH  44122

HERNANDO COUNTY TAX COLLECTOR
JUANITA B SIKES, TAX COLLECTOR
20 N MAIN ST RM 112
BROOKSVILLE, FL  34601-2892

HOMOLA, STEPHEN J.
6609 SHELBURN DR
CRESTWOOD, KY  40014

HUGHES, STEPHEN, IRA
TD AMERITRADE INC CUSTODIAN
71 TOWER STREET
DEDHAM, MA  02026

INTERTHINX, INC. / SYSDOME, INC./
APPINTELLIGENCE INC / ISO, INC LAW DEPT
ATTN KENNETH E. THOMPSON, SECRETARY
545 WASHINGTON BLVD
JERSEY CITY, NJ  07310

JAHN, CURTIS F.
342 CENTER GROVE RD
DOVER, NJ  07869

JESELNIK, DENISE
C/O RONALD S COOK ESQ
180 E MAIN ST STE 308
SMITHTOWN, NY  11787

HENNING, KENT S. IRA
2138 STANLEY DRIVE
FORT WORTH, TX  76110-1836

HIROKAWA, ROY KIYOSHI, SEP IRA
SCOTTRADE INC TR FBO
45-525 UALANI PLACE
KANEOHE, HI  96744

HORDESKI, THEODORE J
107 OCEAN AVE
WARETOWN, NJ  08758

IMBURGIA, ANTHONY JOSEPH
111 E. CHESTNUT
CHICAGO, IL  60611

INTERTHINX, INC./SYSDOME, INC./
APPINTELLIGENCE INC
C/O ISO, INC./LAW DEPT.-KENNETH
THOMPSON
545 WASHINGTON BLVD
JERSEY CITY, NJ  07310

JAM, ROBET B. JR
P.O. BOX 772
RED LODGE, MT  59068

JOE AND GRACE YEE TRUST
UAD 01/26/2007
6091 MANORFIELD DR
HUNTINGTON BEACH, CA  92648

HERMOSILLO, C J
453 RADCLIFFE CT
LAGUNA BEACH, CA  92651-3635

HOLTZ, BRIAN PAUL & JOY A.
JT TEN
308 LITTLE JOHN TRAIL
HOT SPRINGS, AR  71913

HUBER, CARY
C/O SUZAN FRITZ
13925 FARMINGTON WAY
APPLE VALLEY, MN  55124-3313

INTER-TEL TECHNOLOGIES, INC
C/O LEGAL DEPARTMENT - DIANE CLINE
7300 W BOSTON ST
CHANDLER, AZ  85226

ISOMEDIA INC.
C/O BARRY MAULDING
2033 SIXTH AVE, SUITE 740
SEATTLE, WA  98121

JEFFREYS, JOHN S.
10533 GREEN MOUNTAIN CIRCLE
COLUMBIA, MD  21044

JOHN D. CLUNK, L.P.A.
LAW OFFICES OF JOHN D. CLUNK, L.P.A.
5601 HUDSON DRIVE
SUITE 400
HUDSON, OH  44236

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by April 11, 2008 and sent to the following:

# NOTICE OF DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

JOHNSON, KEN & MARY-ANN
2788 MADERIA CIRCLE
MONACO ESTATES
MELBOURNE, FL 32935-5599

JUSTIN MARTELLA
C/O RICHARD D. ALTIMUS, ESQ.
802 N. IRWIN ST., STE 102
HANFORD, CA 93230-3845

KASS, KAREN
(ROTH IRA)
2206 CLOVER DR NW
GRAND RAPIDS, MI 49504

KEYSPAN GAS EAST CORP DBA KEYSPAN ENERGY
DELIVERY LONG ISLAND
ELISA M PUGLIESE, ESQ
175 E OLD COUNTRY RD
HICKSVILLE, NY 11801

KOFFMAN FOUR ACCOUNT ET AL
ATTN BARRY KOFFMAN (AGENT)
224 MAIN STREET
BINGHAMTON, NY 13905

LASSEIGNE, PRISCILLA
1322 CROSSFIELD DR
KATY, TX 77450

LEVITT BAKERSFIELD, LLC
C/O GREGORY D. BYNUM & ASSOC., INC
ATTN ROY SCARAZZO, AUTHORIZED AGENT
5601 TRUXTUN AVENUE SUITE 190
BAKERSFIELD, CA 93309-0627

JOHNSON, KEN & MARY-ANN
329 COLINGTON DR
KILL DEVIL HILLS, NC 27948

KAGEY, WILLIAM J.
4932 BALSAM DR
ROANOKE, VA 24018

KENNEDY, CARRIE M., DAVIS, SYLVIA K., & MINIR, GAYLE K., JTD
208 DIANA STREET
TROY, AL 36081

KHAN, SAHEED, A.
P.O. BOX 8884
WOODLAND, CA 95776

KRUSE, LARRY W.
1243 170TH AVE
DONNELLSON, IA 52625-9306

LAUTERBACH, STUART
10590 GRANDE PALLADIUM WY
BOYNTON BEACH, FL 33436

LILLEY, GEORGE TRUSTEE
GEORGE W. LILLY, NON EXEMPT TR.
173 POPLAR DRIVE
MORGANTOWN, WV 26505

JUSTIN MARTELLA
C/O Richard D. Altimus, Esq.
802 N. Irwin St, Ste 102
Hanford, CA 93230

KASS, DAVID E. ROTH IRA
2206 CLOVER DR. NW
GRAND RAPIDS, MI 49504

KEOWN, SAMUEL GARLAND AND LAURA JOAN
6706 WIMBLEDON ESTATE DR.
SPRING, TX 77379

KINNIEBREW, ROBERT L
PO BOX 567
WILLINGBORO, NJ 08046

LAMB, DARLENE C.
FREEDOM APPRAISAL SERVICES
4397 OWENS RD
EVANS, GA 30809

LAW OFC OF S. SHAW & ASSOCIATES, LLC
ATTN KEITH S. SHAW, ITS MANAGING MEMBER
1160 SILAS DEANE HIGHWAY
WETHERSFIELD, CT 06109

LIPINSKI, DONALD
30 N 58TH ST
SUPERIOR, WI 54880

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by April 11, 2008 and sent to the following:

NOTICE OF DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

LISLE, HAMPTON H.
STATE STREET BANK TTEE
NORTHROP GRUMMAN PLAN
PO BOX 61
MOUNT AIRY, MD 21771

LOSEY, HAROLD D. JR. IRA
RBC DAIN RAUSCHER, CUSTODIAN
253 BEAR HILL RD.
CHICHESTER, NH 03258

LUTTINEN, CARLYLE H.
3385 PLEASANT BEACH DR. NE
BAINBRIDGE ISLAND, WA 98110

MARLIN LEASING CORPORATION
ATTN REBECCA MENDEZ, PARALEGAL
300 FELLOWSHIP RD
MOUNT LAUREL, NJ 08054

MATSUMOTO & CLAPPERTON ADVERTISING, LLC
ATTN ED CLAPPERTON, PRESIDENT
705 S KING ST # 104
HONOLULU, HI 96813

MEADOW OAKS SHOPPING CENTER
ATTN REAGAN BROWN, MANAGER
PO BOX 8229
NO. 14 CROSSROADS SHOPPING VILLAGE # 201
CORPUS CHRISTI, TX 78412

MEYER, LARRY J.
1061 BRISTOL MANOR DR
BALLWIN, MO 63011-5106

LONG ISLAND LIGHTING COMPANY DBA LIPA
ELISA M PUGLIESE, ESQ
175 E OLD COUNTRY RD
HICKSVILLE, NY 11801

LOUISVILLE GAS AND ELECTRIC COMPANY
ATTN C. MICHAEL COOPER, MANAGER
820 WEST BROADWAY
LOUISVILLE, KY 40202

MALIZIA, ROSE
37 ALLEN DR
BREWSTER, NY 10509

MARSH APPRAISAL
ATTN GARY A. MARSH, OWNER
5701 STEUBENVILLE PIKE
MC KEES ROCKS, PA 15136

MAYNARD R BRANKNEY TRUST
C/O MARCIA B EMERSON, TRUSTEE
6 PINE VALLEY LANE
AMARILLO, TX 79124

MERISA ENTERPRISES
C/O JACK STUMPF & ASSOC. INC.
ATTN JOSEPH MAERKE, PROPERTY MGR.
1700 CENTRAL BOULEVARD
HARVEY, LA 70058

MIDLOTHIAN ARBORETUM C/O DNA PARTNERS
P.O. BOX 270
GREENVALE, NY 11548-0270

LONG ISLAND LIGHTING COMPANY DGA LIPA
ELISA M PUGLIESE, ESQ
175 E OLD COUNTRY RD
HICKSVILLE, NY 11801

LOVELL APPRAISAL SERVICE
ATTN JIMMIE C. LOVELL
PO BOX 1389
CENTER, TX 75935

MARKOVIC, DAVID, IRA FBO
ROLLOVER ACCOUNT - VFTC, CUSTODIAN
1442 - E 71ST STREET
BROOKLYN, NY 11234-5730

MATSUMOTO & CLAPPERTON
ATTN ED CLAPPERTON, PRESIDENT
STANDARD FINANCIAL PLAZA
705 S KING ST STE 104
HONOLULU, HI 96813

MEAD APPRAISALS
ATTN SCOTT MEAD - OWNER
11378 NIAGARA DRIVE
FISHERS, IN 46038

MEYER, COLLEEN
77 RIDGE AVE
NEPTUNE, NJ 07753

MILLER, EUGENE
1990 SW 70TH ST
FL LAUDERDALE, FL 33317

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

Notices mailed by April 11, 2008 and sent to the following:

**NOTICE OF DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

MILLER, RICHARD C.
735 NE 6TH STREET
BOCA RATON, FL 33432

MISSISSIPPI POWER COMPANY
ATTN: JAN STUART
401 W MAIN AVE
LUMBERTON, MS 39455

MKM REALTY TRUST II
C/O CAROLE LITTMAN
300 CONGRESS STREET
QUINCY, MA 02169

MONAGHAN, JOHN
511-2007-02477
SONIA C LAWSON, PA
PO BOX 320901
TAMPA, FL 33679

MONAGHAN, JOHN
SONIA C. LAWSON PA
PO BOX 320901
TAMPA, FL 33679

MONTGOMERY, LYNN & SHIRLEY
289 TWIN LAKES DR
UNION, MO 63084

MOSELEY, NATHANIEL C. AND BETTY E.
6715 NW BLAIR ROAD
PARKVILLE, MO 64152

MOSS CODILIS, L.L.P.
ATTN MICHAEL S. MARGOLF, VICE
PRESIDENT
6560 GREENWOOD PLAZA BLVD., SUITE 100
ENGLEWOOD, CO 80111

MULL & ASSOCIATES FINANCIAL SERVICES
LLC
91760 OVERSEAS HWY
TAVERNIER, FL 33070

MULTI PROPERTIES, INC
ATTN RICHARD S. HANTGAN, VICE PRES.
EMMORTON VILLAGE, LLC
PIKESVILLE PROFESS. BLDG-P.O. BOX 21579
BALTIMORE, MD 21282

NASH, ROGER
5734 N. DRAKE
CHICAGO, IL 60659

NATHANSON, LEONARD
4200 HARDING RD APT. 301
NASHVILLE, TN 37205

NEW HAMPSHIRE ELECTRIC
COOPERATIVE
ATTN LINDA LYDEN
579 TENNEY MTN HIGHWAY
PLYMOUTH, NH 03264

NISAR, DR. MOHAMMED
1895 OARK TREE RD
EDISON, NJ 08820

NOORTHOEK, ROGER
ATTORNEY AT LAW
CERTIFIED PUBLIC ACCOUNTANT
4240 PROMENADE WAY # 332
MARINA DEL REY, CA 90292

OGOREK, JOHN S.
29531 FIARWAY BLVD
WILLOWICK, OH 440954631

OLIVER, PRESTON C.
C/O JOHN T. OLIVER, SON W/POA
2205 NORDOH PLACE
ALEXANDRIA, VA 22306

OPTION DIRECT
ATTN MORTON A.
610 NE 173RD TERRACE
MIAMI, FL 33317

PACE, SALVATORE TRUSTEE FBO
SALVATORE PACE AND SOPHIE PACE TRUST
DTD DEC 22, 1992
1071 POINT RD
BROADALBIN, NY 12025

PACIFIC CREST BANK
ATTN SHANNON SPERRY, ATTORNEY
3500 188TH ST SW
LYNNWOOD, WA 98037-4763

PACIFIC POWER
ATTN BANKRUPTCY DEPT.
LISA FORTUNE, CUSTOMER SERVICE
PO BOX 25308
SALT LAKE CITY, UT 84125

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by April 11, 2008 and sent to the following:

**NOTICE OF DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

PALMER, THOMAS A.
179 WOODSTOCK RD.
VILLANOVA, PA 19085

PARRISH APPRAISAL SERVICE LTD.
ATTN TERESE PARRISH, TREASURER
6121 LAKESIDE DRIVE, SUITE 100
RENO, NV 89511

PFITZER, SANDRA MARTHA
34771 MORAVIAN, APT. 212
STERLING HEIGHTS, MI 48312

POTOMAC ELECTRIC POWER COMPANY
ATTN S. SPEARS, SUPERVISOR
COLLECTIONS
PEPCO
PO BOX 97274
WASHINGTON, DC 20090-7274

PROFESSIONAL APPRAISAL ASSOC.
ATTN THOMAS S. KACHELRIESS, PRES
469 MORRIS AVE
SUMMIT, NJ 07902

QIN, WEI ZE
470 MIKASA DR
ALPHARETTA, GA 30022

RAM INTERNATIONAL I, L.L.C.
10013-59TH AVE. SW
LAKEWOOD, WA 98499

PANSKY FAMILY TRUST, THE
IRIS PANSKY, TTEE
2647 S.W. VISTA AVE.
PORTLAND, OR 97201-1793

PAULINE M CLARK
5721 CHETHAM HILL
PINSON, AL 35126-3561

PHELAN HALLINAN & SCHMIEG, LLP
ATTN JUDITH T ROMANO, ESQ
1617 JOHN F KENNEDY BLVD
ST 1400
PHILADELPHIA, PA 19103

POUCH RECORDS MANAGEMENT LP
C/O R GIBSON PAGTER, JR
PAGTER AND MILLER
525 N CABRILLO PARK DRIVE SUITE 104
SANTA ANA, CA 92701

PURDON, ERIL
PURDON APPRAISALS
PO BOX 128
HARWOOD, MD 20776

QUIGLEY, PATRICIA
7201 CRESHEIM ROAD
PHILADELPHIA, PA 19119

RAPPOLD, RONALD
31 NE 28TH COURT
WILTON MANORS, FL 33334

PAPPAS, YOTA
85 LUAS AVENUE
KINGSTON, NY 12401

PENTALPHA GROUP LLC
ATTN JILL GILBERT CALLAHAN, PRESIDENT
ONE GREENWICH OFFICE PARK NORTH
GREENWICH, CT 06831

PINE CREEK AGAWAM L.P.
ATTN JEFFREY M STROLE, ASST VICE PRES.
380 UNION STREET
WEST SPRINGFIELD, MA 01089

PRESTIFILIPPO, JOHN
1731 PALOMINO LANE
KINGWOOD, TX 77339

PURKERSON, DARREL R. FBO
FMT CO CUST URA ROLLOVER
225 RIVER WAY
SAINT HELENS, OR 97051-1515

R.K. ASSOCIATES
17100 COLLINS AVE
SUITE 225
ATTN: DANIEL KATZ
SUNNY ISLES BEACH, FL 33160

REGSDATA
C/O ISO, INC. LAW DEPT
KENNETH E. THOMPSON, SECRETARY
545 WASHINGTON BLVD
JERSEY CITY, NJ 07310-1686

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by April 11, 2008 and sent to the following:

NOTICE OF DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

RESOURCE DEVELOPMENT GROUP, LLC
ATTN ALEN D LACOSTE, GENERAL PARTNER
11 RIVER LANE
LAKE CHARLES, LA 70605

RICHARD & GAYLE DEVIRIAN FAMILY TRUST
OF
8/3/06
23326 HAWTHORNE BLVD #380
TORRANCE, CA 90505

RILEY, RANDALL & SHARON
3360 MCKEAN DR
CONCORD, CA 94518-2334

RODRIGUEZ, CATHERINE B IRA
3 ORCHARD ST
WELLESLEY, MA 02481

RUBIN, WENDY S.
ARTHUR S. RUBIN CO-TRUSTEES
WENDY S. RUBINE 2002 REV TR
3171 NO 36TH ST
HOLLYWOOD, FL 33021

SAKUDA, ALEX J & VICKY T JT TEN
557 POKOLE STREET
HONOLULU, HI 96816-2324

SAUNDERS, LARRY L & BETTY D. SAUNDERS
TR
U/A/D 04/17/1998
FBO LARRY L SAUNDERS & BETTY D.
SAUNDERS
12242 TAVARES RIDGE CIRCLE
TAVARES, FL 32778-4474

REXCO MAGNOLIA, LLC
THOMAS J. POLIS, ESQ.
POLIS & ASSOCIATES, APLC
19800 MACARTHUR BOULEVARD, SUITE 1000
IRVINE, CA 92612

RIDGEVIEW PLAZA, LLC.
ATTN CHRIS D NICHOLS, ATTORNEY
PO BOX 70399
RENO, NV 89570

ROBERTS, TODD
1595 W. CENTRE AVE
PORTAGE, MI 49024

ROGERS, JOE M.
PO BOX 276
GLOUCESTER, VA 23061

RUCKER, JERRY D.
2311 TANGLEY
HOUSTON, TX 77005

SALTZMAN, RONALD
10664 FAWN RIVER TRAIL
BOYNTON BEACH, FL 33437-3996

SAUTNER, DONALD & JEANNE M.
548 BEACH 66 ST
ARVERNE, NY 11692

RICH, ROBERT P.
1311 GOLDEN HILL DRIVE
INDIANAPOLIS, IN 46208

RIDGEVIEW PLAZA, LLC.
C/O BELDING HARRIS & PETRONI, LTD
417 WEST PLUMB LANE
CHRIS D NICHOLS, ESQ
RENO, NV 89509

RODERICK, GREG A.
17400 SW UPPER BOONES FERRY RD
STE #230
DURHAM, OR 97224-7094

ROMAN, MARIA EVA
414 PEACHTREE DR
PALESTINE, TX 75803

RURY, CHARLES A. AND BETTY A. TTEE
THE REV TRUST OF CHARLES A & BETTY
RURY
1504 HARRIS DR.
BARTLESVILLE, OK 74006-5705

SAULS, REGINALD G. IV TRUSTEE FOR
SAULS FAMILY DECEDENTS TRUST
UA 4992
475 HICKEYS FORK ROAD
MARSHALL, NC 28753

SAWNEE EMC
ATTN MICHAEL A.
PO BOX 100002
CUMMING, GA 30028

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by April 11, 2008 and sent to the following:

**NOTICE OF DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

SCHAN, LYN
507 FISHERS ROAD
BRYN MAWR, PA 19010

SEEBER, ALFREDA V.
7130 S.W. HAVERHILL RD
EL DORADO, KS 67042-7953

SHERAR, MYRON D.
4100 INTERNATIONAL PLAZA
SUITE 150
FORT WORTH, TX 76109

SIKON, LEE C., & STEPHANIE FISKE
C/O DAVID SIKON
POA FOR LEE C SIKON
7532 MONTEREY BAY DR #6
MENTOR ON THE LAKE, OH 44060

SNEERINGER, EUGENE M. JR. TTEE
17 VALLEY VIEW DR
ALBANY, NY 12208

SPAGNOLA, CAROL G.
10 ENGLISH WOODS
ROCHESTER, NY 14616-1670

SPRINT NEXTEL
ATTN ABIGAIL LATOURIETTE, BANKRUPTCY
PO BOX 7949
OVERLAND PARK, KS 66207-0949

SCHMIDT, DAVE M., JR & CHERYL (JT)
107 MALLARD LN
GEORGETOWN, TX 78633

SERVEY, JAMES N. AND ROBERTA A.
1317 CHURCH ROAD
ORELAND, PA 19075-2228

SHOCK, CLIFFORD L.
5712 TAMARISK WAY
SAN LUIS OBISPO, CA 93401-8274

SINGLE SOURCE VALUATIONS, LLC
ATTN THOMAS O'BRIEN, OWNER
P.O. BOX 773
HUNTINGTOWN, MD 20639

SNEERINGER, EUGENE M. JR. TTEE
EM SNEERINGER JR CHAR REM TR
17 VALLEY VIEW SR
ALBANY, NY 12208

SPECTOR INVESTMENTS, I.P.
ATTN M SPECTOR
PO BOX 15273
SAN ANTONIO, TX 78212

ST TAMMANY NEWS ACCT. DEPT.
ATTN GENIA BAUGHMAN
PO BOX 820
BOGALUSA, LA 70429-0820

SCHWARTZ, CYNTHIA & LEONARD
103 TAYLOR COURT
LOCUST GROVE, VA 22508

SHARIFF, SHAJAHAN
33 BALTIC ST
EDISON, NJ 08820

SHOOK, STEPHEN & BECKY
5381 KINGS HWY.
DOUGLASVILLE, GA 30135

SLATER, RUTH
16 WATKINS PLACE
NEW ROCHELLE, NY 10801

SOPKIN, JACK
1155 WESTOVER RD
STAMFORD, CT 06902

SPECTOR, D & M, TRUSTEES
MORRIS SPECTOR M.D. PA RET PLAN
U/A DTD 01/01/92
PO BOX 15273
SAN ANTONIO, TX 78212

STANFORD & FEUERBORN, LLC.
4550 W. 109TH ST.
OVERLAND PARK, KS 66211

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by April 11, 2008 and sent to the following:

**NOTICE OF DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

STEIN, PAUL LAWRENCE
6616 FERNSHAW DR.
DALLAS, TX 75248

STRADA, TORY
602 WEST COMSTOCK AVENUE
GLENDORA, CA 91741

SYKES, THADDEUS J (THAD)
2003 CRIMSON
MEADOWS DRIVE
O FALLON, MO 63366

TORGOVE, JOYCE & LLOYD
40 CLIFTON HEIGHTS LA
MARBLEHEAD, MA 01945

TRANSWESTERN SL GALE NAPERVILLE, LLC
C/O ADAM E BERMAN, ATTORNEY
MASON WENK & BERMAN, LLC
1033 SKOKIE BOULEVARD SUITE 250
NORTHBROOK, IL 60062

TURNER, MEL
961 SWALLOW AVE., PH 301-A
MARCO ISLAND, FL 34145

VAN FLEET, BRUCE, III
89 CLUB CREST DR
MAGGIE VALLEY, NC 28751

STERN, FREDERICKA G. IRA
MLPF & S CUST FPO
90 NORTH AVE
WESTPORT, CT 06880

STURMS, ALLAN
6005 TRENTCOURT
LEWIS CENTER, OH 43035

TAKAHASHI, MAKOTO
1400 GEARY BLVD
APT 507
SAN FRANCISCO, CA 94109

TOWER PLACE L.P.
C/O MARK S. MARANI, ESQ.
COHEN POLLOCK MERLIN & SMALL, P.C.
3350 RIVERWOOD PKWY.
SUITE 1600
ATLANTA, GA 30339

TROUT, JAMES G.
10104 DUBLIN ROAD
WALKERSVILLE, MD 21793

ULRICH, EUGENE F.
316 METZ RD
SEASIDE, CA 93955

VANN, RICHARD K.
2535 HALCYON DOWNS LOOP
MONTGOMERY, AL 36117

STONE, CLIFFORD W.
PO BOX 528
EL DORADO, KS 67042-0528

SUMETSKY, OLGA
4165 EMPIRE LANE
PLYMOUTH, MN 55446

TOBAK, MARK MD PC PSP
1600 HARRISON AVE STE 105A
MAMARONECK, NY 10543

TOWER PLACE L.P.
C/O REGENT PARTNERS LLC
3348 PEACHTREE RD. NE
SUITE 100
ATLANTA, GA 30326

TRUEBLOOD, RICHARD K.
6139 MESA ROAD
RENO, NV 89511

VAN BOESCHOTEN, EARL
4453 TAN GLEWOOD WAY
NAPA, CA 94558

VEGA, JANELLE
1715 N. WILKE RD.
ARLINGTON HEIGHTS, IL 60004

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by April 11, 2008 and sent to the following:

NOTICE OF DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

VERICOMM, INC
ATTN: DON BURK
27200 TOURNEY ROAD
SUITE 315
VALENCIA, CA 91355

WARD, MICKEY
501 WELCH RD
TIMMONSVILLE, SC 29161

WATSON, MARINA
9511 BEACH MILL RD
GREAT FALLS, VA 22066

WELCHER, KENNETH
135 CAMINO DEL SOL
SANTA CRUZ, CA 95065

WINIKOFF, LYNN C/F
JOSHUA WINIKOFF
1530 PALISADE AVE APT # 175
FORT LEE, NJ 07024

YOUNGMAN, JAMES L.
395 COUNTY RD. 414
KILLEN, AL 35645

ZELEZNIK APPRAISAL CO.
ATTN PAUL A. ZELEZNIK, PRES.
201 FOXTON RD
MATTHEWS, NC 281047308

WALKER, BRIAN & JEANNE
3703 E. MENAN-LORENZO HWY
MENAN, ID 83434

WARNER, ROBERT JOSEPH TTEE
UNIV BOOKSTORE INC RETIREMENT
UA DTD 4/1/92
3904 PINE GLADE - 2529 W MICHIGAN AVE.
KALAMAZOO, MI 49002

WECHSLER, ELAINE
20310 FAIRWAY OAKS DRIVE #144
BOCA RATON, FL 33434-3228

WETZEL, E. SCOTT III
519 N. 41ST ST.
SEATTLE, WA 98103-7717

WORTHINGTON, ELIZABETH
***NO ADDRESS PROVIDED***

YOUR PRIVATE LIMOUSINE
ATTN TRACY HODGE, PRESIDENT
3255 N. ARLINGTON HEIGHTS ROAD
ARLINGTON HIEGHTS, IL 60004

ZELEZNIK APPRAISAL CO.
ATTN PAUL A. ZELEZNIK, PRESIDENT
201 FOXTON RD
MATTHEWS, NC 28104-7308

WALTER A LOEHR TRUST
U/A/D 8/29/78
WALTER A LOEHR TRUSTEE
29 GREENBRIAR LANE
GROSSE POINTE, MI 48236-1507

WASMAN, GOLDIE
765 NORTH SHORE DR
MIAMI BEACH, FL 33141

WEISMAN, JANET K. & ALFRED L.
9330 LAGOON PLACE # 409
DAVIE, FL 33324

WHERRY, KEN A.
102 8TH LANE
KIRKLAND, WA 98033

YODER PERENNIAL GARDENS
C/O ROBERT M SULLIVAN, OWNER
1055 EDISON RD
BOX 21
YODER, CO 80864

ZAK, JEFFREY
32 CYPRESS DRIVE
PARLIN, NJ 08859

ZHU, LIMAN
432 S. CURSON AVE., APT. 6F
LOS ANGELES, CA 90036-5228

NOTICE OF DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by April 11, 2008 and sent to the following:

ZUCKERMAN, JUDIM & MICHAEL
280 RANGEGROVE
IRVINE, CA  92604

Total Parties: 337