IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :   Jointly Administered
    Debtors.                                                       :
------------------------------------------------------------------ x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 14, 2008, I caused to be served true and correct copies of the "Order Granting Debtors' First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1," [Docket No. 3696] dated April 14, 2008, enclosed securely in separate postage pre-paid envelopes, by first class mail to those parties listed on <u>Exhibit A</u> annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this

22nd day of April, 2008

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 20 10

T:\Clients\AHM\Affidavits\CM #1 Order_Aff 4-14-08.doc

**EXHIBIT A**

AHM 1ST OMNIBUS ORDER

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | ST ZIP |
|---|---|---|---|---|---|
| ACCURATE APPRAISAL GROUP INC | PO BOX 2459 | | | CORNELIUS | NC 28031 |
| ADAMS, PATRICIA | 1640 HILLSIDE AVENUE | | | NORCO | CA 92860 |
| ALLENDE, DAPHNE | 485 GRAND BLVD | | | BRENTWOOD | NY 11717 |
| ALLIED DAMAGE ADJUSTERS, INC. | C/O LESLIE L. NEEDHAM, SEC. | PO BOX #54 | | VALLEY FALLS | KS 66088 |
| ALVAREZ, LISA L. | 1803 BINGHAM ST | | | HONOLULU | HI 96826 |
| ANHOUSE APPRAISAL | ATTN MICHAEL ANHOUSE, PRESIDENT | 201 BRECKENRIDGE LN STE 200 | | LOUISVILLE | KY 40207 |
| ARROW APPRAISAL CORP | ATTN TROY A. ENGLUND, PRESIDENT | 4536 RACHEL BLVD | | WEEKI WACHEE | FL 34607 |
| BAILEY, BRENDA J. | 1903 SPRUNGER AVE | | | FORT WAYNE | IN 46808 |
| BALTIMORE APPRAISAL & REALTY CO INC | 5509 YORK RD | | | BALTIMORE | MD 21212 |
| BARBOSA, MIGUEL A 07-CV1724 | 100 NORTH 4TH STREET | | | EASTON | PA 18042 |
| BENNETT, MICHELLE | 6912 NORDALE DR | | | FORT WAYNE | IN 46804 |
| BLACKETER, A & J | A & J BLACKETER, INC. | | | LOUISVILLE | KY 40222 |
| BLANK, BRUCE | 57 COLONY DR | | | HOLBROOK | NY 11741 |
| BLANK, BRUCE & TSILA | 57 COLONY DR | | | HOLBROOK | NY 11741 |
| BOETTCHER, JANET L. AND DECENDANTS TR | 2070 N. POINTE LN | | | PITTSBURGH | PA 15216 |
| CALAHAN, BARBARA BONNIE | 2443 N. MEADOWCROFT AVE | | | SAN ANTONIO | TX 78258 |
| CIT TECHNOLOGY FINANCING SERVICES, INC | ATTN STACEY GRAY | BANKRUPTCY PROCESSING SOLUTIONS, INC | 800 E SONTERRA BLVD., SUITE 240 | SAN ANTONIO | TX 78258 |
| CLAYTON, DEBORAH L. | 42 MEGAN DR | | | HENDERSON | NJ 89074 |
| COHN, DENISE | 977 MARGINAL RD | | | LIDO BEACH | NY 11561 |
| COLLINS PALLWITZ, DIANA | 1645 WATERS EDGE DR. | | | PLEASANT HILL | IA 50327 |
| CRISLIP, PHILLIP & ASSOCIATES | ATTN: JOHN B PHILIP | | | MEMPHIS | TN 38117 |
| DECARLO, ANITA A. | 37 MARILYN BLVD | | | PLAINVIEW | NY 11803 |
| DELTACOM | POB 740597 | | | ATLANTA | GA 30374-0597 |
| DEPARTMENT OF THE TREASURY | RICHARD RUSSELL, ADVISOR, INSOLVENCY C | INTERNAL REVENUE SERVICE | 31 HOPKINS PLAZA | BALTIMORE | MD 21201 |
| DEPARTMENT OF THE TREASURY | RICHARD RUSSELL, ADVISOR, INSOLVENCY C | INTERNAL REVENUE SERVICE | 31 HOPKINS PLAZA RM 1150 | BALTIMORE | MD 21201 |
| DOVE, JOSEPH F. | PERSHING LLC AS CUSTODIAN | 6197 OLIVESBURG - FITCHVILLE RD | | GREENWICH | OH 44837-9603 |
| DUFFY, JOSEPH | 29 CAPE CORAL | | | ALISO VIEJO | CA 92656 |
| EASTWOOD, TRITT AARON | 744 HUNTERS CROSSING LANE | | | SPRINGFIELD | TN 37172 |
| EISELE, GARY B. | 281 ELMORE AVE # 2 | | | EAST MEADOW | NY 11554-2816 |
| EXPRESS PERSONNEL SERVICES | ATTN JAY OLSON, PRESIDENT | 3709 BROOKS ST | | MISSOULA | MT 59801 |
| FERRIS, KENNETH C. & ROBERTA T. | JT TEN | 170 SHORELINE DR. S.H. | | MALAKOFF | TX 75148-4755 |
| GOEPFERT, WILLIAM | 18660 INGLEWOOD AVE. | | | ROCKY RIVER | OH 44116 |
| GRAVELY-ROBINSON, KAREN | C/O ROBERT A WILLIAMS, ESQ. | 45 JONES ST | | MARTINSVILLE | VA 24112 |
| HASLER FINANCIAL SERVICES, LLC | ATTN STEVEN KLOAK | 3400 BRIDGE PARKWAY, STE 201 | | REDWOOD CITY | CA 94065 |
| HERNANDO COUNTY TAX COLLECTOR | ATTN JUANITA B SIKES, TAX COLLECTOR | 20 N MAIN ST ROOM 112 | | BROOKSVILLE | FL 34601-2892 |
| HILLMAN, GERALD R. | 11929 SOMERSET RD | | | ORLAND PARK | IL 60467 |
| IMPAC FUNDING CORPORATION | ATTN STEPHEN WICHMANN | 19500 JAMBOREE RD | | IRVINE | CA 926122401 |
| INDIANA DEPARTMENT OF REVENUE | ATTN CAROL LUSHELL, TAX ANALYST | BANKRUPTCY SECTION ROOM N-203 | 100 NORTH SENATE AVE | INDIANAPOLIS | IN 46204 |
| JENTSCH, HILDEGART E. | IRA FBO | PERSHING LLC AS CUST. | PO BOX 720542 | JACKSON HEIGHTS | NY 11372-0542 |
| JOAN T RINES TR UA 06/23/00 | JOAN T RINES TRUST | WALNUT CREST | PO BOX 7405 | COLUMBIA | MO 65205 |
| JOHNSON, JOSEPH H. | USAA FED SVGS BNK C/F SDIRA R/O | 4608 RIVER CLOSE BLVD | | VALRICO | FL 33594 |
| KENTWOOD OFFICE FURNITURE LLC | ATTN DONALD BOERSMA | 3063 BRETON RD SE | | GRAND RAPIDS | MI 49512 |
| KEY EQUIPMENT FINANCE, INC. | 1000 S. MCCASLIN BLVD | | | SUPERIOR | CO 80027 |
| LAW OFFICE OF KEITH S SHAW & ASSOC., LLC | ATTN KEITH S SHAW, MANAGING MEMBER | 1160 SILAS DEANE HIGHWAY | | WETHERSFIELD | CT 06109 |
| LENDERS CHOICE NETWORK, INC. | 1303 E GRAND AVE STE 115 | | | ARROYO GRANDE | CA 93420 |
| LODWICK, CATHERINE A | 2920 E VILLA THERESA DR | | | PHOENIX | AZ 85032 |
| LORETI, MICHAEL MD | 352 CANTERBURY LANE | | | WYCKOFF | NJ 07481 |
| LOS ANGELES COUNTY TREASURER & TAX C | ATTN JOYCE M. OWENS | REVENUE AND ENFORCEMENT | PO BOX 54110 | LOS ANGELES | CA 90054-0110 |
| MENDELSOHN, MICHAEL | 43 SELEY DR | | | NORTH BABYLON | NY 11703 |
| MILLS, JEFFERY J. | 1440 LAKEVIEW RD | | | LAKE WALES | FL 33853-3901 |
| MONTEVAJO, FRANCA | 1556 QUEEN ST | | | BELLMORE | NY 11710 |
| NACHMANN, SEFIKA | 1066 OLD TOWN RD | | | CORAM | NY 117273726 |
| NANCE APPRAISALS, LLC | ATTN PATRICK C NANCE, OWNER | | | GRAHAM | NC 27253 |
| NEVADA DEPARTMENT OF TAXATION | ATTN BANKRUPTCY SECTION | 555 E WASHINGTON AVE #1300 | | LAS VEGAS | NV 89101 |
| PEREZ, SCHANNIN | 197 SAYBROOKE CROSSING | PO BOX 1055 | | ACWORTH | GA 30101 |
| PORTNOY, EDWARD R. | 60 CEDAR CRIST CT | | | NEWBURY PARK | CA 91320 |
| PRESTON LEETE SMITH REVOCABLE LIVING 1 | PO BOX 030490 | | | FORT LAUDERDALE | FL 33303 |
| RACHAEL, MASIIVVA | 48 MARTHA ST | | | INDIAN ORCHARD | MA 01151 |

Page 1 of 2

AHM 1ST OMNIBUS ORDER

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|
| RADIN, JOHN C. | PO BOX 314 | | | FAIRFAX STATION | VA | 22032 |
| RALEY, ANNETTE | PO BOX 165551 | | | IRVING | TX | 75016 |
| REGIONAL APPRAISAL NW | ATTN R.D. LUKE, APPRAISER/OWNER | 11636 NE 149TH ST | | KIRKLAND | WA | 98034 |
| SERVICEMASTER MID STATE 2 | 5072 DUPONT PARKWAY | | | SMYRNA | DE | 19977 |
| SHEARER, LYLE E. | 4441 CLIPPEN DR | | | DISCOVERY BAY | CA | 94505 |
| SMITH, PRESTON LEETE, IRA | PO BOX 030490 | | | FORT LAUDERDALE | FL | 33303 |
| ST. AMAND APPRAISALS | ATTN SHELLEY M ST. AMAND | PARTNER | 28680 W 12 MILE RD STE 1400 | FARMINGTON HILLS | MI | 48334 |
| STATE OF WASHINGTON, DEPT OF REVENUE | ATTN DOUG HOUGHTON | 2101 4TH AVE | | SEATTLE | WA | 98121-2300 |
| SURF HOUSECLEANING | HEATHER FOLLRATH, OWNER | 1040 FAIR OAKS AVE | | ALAMEDA | CA | 94501 |
| SUSAN KRUSE APPRAISAL SERVICE | ATTN SUSAN KRUSE | 4060 NE 18 AVE | | OAKLAND PARK | FL | 33334 |
| THOMPSON, STEPHANIE A. | 3151 WINTERGREEN | | | FLORISSANT | MO | 63033 |
| TOMAN, TAMMY S. | 8635 SHOE OVERLOOK DR | | | FISHERS | IN | 46038 |
| TPRF/THC HAVENPARK, LLC | DEAN G RALLIS JR / DIANE C STANFIELD ESQ | WESTON BENSHOOF ROCHEFORT RUBALCAVA MACCUISH, LLP - 333 S HOPE ST, 16TH FL | | LOS ANGELES | CA | 90071 |
| WILLIAMS, DEBORAH J. | 315 CHESAPEAKE AVE | | | PRINCE FREDERICK | MD | 20678 |
| WIRICK, LORI | 6309 MAYWOOD CIR | | | FORT WAYNE | IN | 46819 |