IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x    Chapter 11

In re:                                                           :
                                                                 :    Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,  :
a Delaware corporation, et al.,                                  :    Jointly Administered
                                                                 :
                                                                 :
      Debtors.                                                   :    Objection Deadline:
                                                                 :    Hearing Date: N/A
---------------------------------------------------------------- x

**EIGHTH MONTHLY APPLICATION OF LAW OFFICES OF DANIEL C.
CONSUEGRA AS FORECLOSURE SERVICE PROVIDER FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES
INCURRED FOR THE INTERIM PERIOD
March 1, 2008 THROUGH March 31, 2008**

| | |
|---|---|
| Name of Applicant: | **Law Offices of Daniel C. Consuegra** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **Effective as of August 6, 2007** |
| Period for which compensation and reimbursement is sought: | **March 1, 2008 through March 31, 2008** |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | **$148,220.00** |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | **$142,259.01** |

This is an:  __X__ interim  ____ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors. This application includes no fee component in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fee | Expenses | Fees | Expenses |
| 12.4.07\2278 | August 6, 2007 through August 31, 2007 | $3,875.00 | $5,159.00 | $3,875.00 100% Approved | $5,159.00 100% Approved |
| **Date Filed / Docket No.** | **Period Covered** | **Fee** | **Expenses** | **Fees** | **Expenses** |
| 12.5.07\2299 | September 1, 2007 through September 30, 2007 | $71,275.00 | $73,198.50 | $71,275.00 100% Approved | $73,198.50 100% Approved |
| **Date Filed / Docket No.** | **Period Covered** | **Fee** | **Expenses** | **Fees** | **Expenses** |
| 12.13.07\2381 | October 1, 2007 through October 30, 2007 | $53,050.00 | $58,664.32 | $53,050.00 100% Approved | $58,664.32 100% Approved |
| **Date Filed / Docket No.** | **Period Covered** | **Fee** | **Expenses** | **Fees** | **Expenses** |
| 1.2.08\2562 | November 1, 2007 through November 30, 2007 | $59,555.00 | $72,316.11 | $59,555.00 80% Approved | $72,316.11 100% Approved |
| **Date Filed / Docket No.** | **Period Covered** | **Fee** | **Expenses** | **Fees** | **Expenses** |
| 1.23.08\2766 | December 1, 2007 through December 31, 2007 | $88,845.00 | $106,342.16 | $88,845.00 80% Approved | $106,342.16 100% Approved |
| **Date Filed / Docket No.** | **Period Covered** January 1, 2008 through January 31, 2008 | **Fee** $73,210.00 | **Expenses** $55,315.50 | **Fees** Approved | **Expenses** Approved |
| **Date Filed / Docket No.** | **Period Covered** February 1, 2008 through February 29, 2008 | **Fee** $75,545.00 | **Expenses** $60,126.34 | **Fees** Pending | **Expenses** Pending |

### INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $141,800.00 |
| Foreclosure-related work | 42.8 Hours at $150.00 per hour performed by Peter E. Lanning, Esquire Senior Associate. | $6,420.00 |
| TOTALS | N/A | $148,220.00 |

### INTERIM EXPENSES

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Funds advanced for foreclosure costs (i.e. title searches, searches, service of process, filing fees, clerk fees and sale fees) | N/A | $142,259.01 |

# Law Offices of Daniel C. Consuegra
## Attorneys at Law

Daniel C. Consuegra
Jennifer A. Sesta
———————
Peter E. Lanning
Amanda R. Duffy
Laura L. Walker

9204 King Palm Drive
Tampa, Florida 33619-1328
Tel: (813) 915-8660
Fax: (813) 915-0559
dan@consuegralaw.com
www.consuegralaw.com

July 12, 2007

RE: American Home Mortgage\AHM Rates

### Foreclosure Professional Flat Fees

| | | |
|---|---|---|
| 1. | Demand Letter: Fee Incurred and billed when sent. | $50.00 |
| 2. | Foreclosure Lawsuit: From Complaint to sale. Covers one court appearance. Half fee incurred and billed when suit filed, and half when sale occurs or case closed. | $1,200.00 |
| 3. | Answer Foreclosure Lawsuit: From Complaint to conclusion. Fee incurred and billed at the time the answer is filed. | $200.00 |
| 4. | Deed in Lieu of Foreclosure: Prepare special warranty deed and supporting affidavits; Supervise execution, delivery, and recording of instruments; assist in delivery of title insurance commitment. Fee incurred and billed when deed recorded or case closed. | $350.00 |
| 5. | Writ of Possession After Foreclosure. Fee incurred and billed when writ filed. | $350.00 |
| 6. | Bankruptcy Prepare Proof of Claim: Approve Chapter 13 Plan; monitor initial payments. Fee incurred and billed when filed. | $200.00 |
| 7. | Bankruptcy, Motion to Lift Stay: Covers one Court appearance. Fee incurred and billed when filed. | $525.00 |
| 8. | Bankruptcy, Response to Motion to Value, Motion to redeem, or Motion to avoid Lien: Covers one Court appearance. Fee incurred and billed when filed. | $525.00 |

Page 2

9.  <u>Bankruptcy, Objection to Plan or Proof of Claim:</u> Covers          $375.00
    one court appearance. Fee incurred and billed when filed.

10. <u>Stipulation:</u> Prepare and file stipulation, secure order          $250.00
    ratifying. Fee incurred and billed at the time the
    stipulation is prepared.

11. <u>Reset Sale:</u> Prepare and file motion to reset sale,               $350.00
    publish, and attend the new sale. Fee incurred
    and billed at the time the motion is filed.

12. <u>Assignment:</u> Prepare, have executed and recorded. Fee            $125.00
    incurred and billed when prepared.

13. <u>Title Claim:</u> Prepare and send secure resolution. Fee incurred   $300.00
    and billed when claim sent.

## VERIFICATION OF FEE APPLICATION

STATE OF FLORIDA        )
                               )     SS: 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

COUNTY OF HILLSBOROUGH   )

       Daniel C. Consuegra, after being duly sworn according to law, deposes and says:

       1.     I am a MANAGING PARTNER in the applicant firm (the "Firm") and have been admitted to the bar of the state of Florida since October 27, 1983.

       2.     I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

       3.     The services and expenses were performed and incurred within the month subject to the foregoing Application.

       4.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                           Daniel C. Consuegra, Managing Partner

SWORN TO AND SUBSCRIBED
before me this 23 day of April, 2008.

Notary Public





Date 4/23/08                   DANIEL C. CONSUEGRA
Time 10:18 am                   Invoice Listing                                        Page 1
         Invoice #  Date            Billed          Paid        Balance

| # | Invoice # | Date | Billed | Paid | Balance |
|---|-----------|------|--------|------|---------|
| 1 | 113697 | 4/19/08 | $1,131.23 | 0 | $1,131.23 |
| 2 | 113702 | 4/19/08 | $807.38 | 0 | $807.38 |
| 3 | 114279 | 4/19/08 | $361.50 | 0 | $361.50 |
| 4 | 114222 | 4/19/08 | $60.00 | 0 | $60.00 |
| 5 | 113710 | 4/19/08 | $445.00 | 0 | $445.00 |
| 6 | 113713 | 4/19/08 | $104.18 | 0 | $104.18 |
| 7 | 113716 | 4/19/08 | $130.00 | 0 | $130.00 |
| 8 | 113718 | 4/19/08 | $898.50 | 0 | $898.50 |
| 9 | 113719 | 4/19/08 | $1,388.00 | 0 | $1,388.00 |
| 10 | 113722 | 4/19/08 | $1,354.00 | 0 | $1,354.00 |
| 11 | 114280 | 4/19/08 | $1,354.00 | 0 | $1,354.00 |
| 12 | 113729 | 4/19/08 | $1,347.00 | 0 | $1,347.00 |
| 13 | 113732 | 4/19/08 | $17.50 | 0 | $17.50 |
| 14 | 113733 | 4/19/08 | $1,395.00 | 0 | $1,395.00 |
| 15 | 113734 | 4/19/08 | $728.76 | 0 | $728.76 |
| 16 | 113735 | 4/19/08 | $1,986.00 | 0 | $1,986.00 |
| 17 | 113736 | 4/19/08 | $1,169.00 | 0 | $1,169.00 |
| 18 | 113737 | 4/19/08 | $60.00 | 0 | $60.00 |
| 19 | 113738 | 4/19/08 | $891.06 | 0 | $891.06 |
| 20 | 113739 | 4/19/08 | $764.20 | 0 | $764.20 |
| 21 | 114000 | 4/19/08 | $420.00 | 0 | $420.00 |
| 22 | 113740 | 4/19/08 | $30.50 | 0 | $30.50 |
| 23 | 113742 | 4/19/08 | $1,007.00 | 0 | $1,007.00 |
| 24 | 113745 | 4/19/08 | $1,344.00 | 0 | $1,344.00 |
| 25 | 113750 | 4/19/08 | $1,345.00 | 0 | $1,345.00 |
| 26 | 113753 | 4/19/08 | $1,271.00 | 0 | $1,271.00 |
| 27 | 113759 | 4/19/08 | $1,316.00 | 0 | $1,316.00 |
| 28 | 113779 | 4/19/08 | $50.00 | 0 | $50.00 |
| 29 | 113780 | 4/19/08 | $17.50 | 0 | $17.50 |
| 30 | 114264 | 4/19/08 | $840.00 | 0 | $840.00 |
| 31 | 113783 | 4/19/08 | $149.50 | 0 | $149.50 |
| 32 | 113784 | 4/19/08 | $730.38 | 0 | $730.38 |
| 33 | 113785 | 4/19/08 | $57.50 | 0 | $57.50 |
| 34 | 114287 | 4/19/08 | $420.00 | 0 | $420.00 |
| 35 | 113787 | 4/19/08 | $115.95 | 0 | $115.95 |
| 36 | 113788 | 4/19/08 | $1,388.00 | 0 | $1,388.00 |
| 37 | 113790 | 4/19/08 | $838.75 | 0 | $838.75 |
| 38 | 113792 | 4/19/08 | $1,061.70 | 0 | $1,061.70 |
| 39 | 113793 | 4/19/08 | $1,270.00 | 0 | $1,270.00 |
| 40 | 113795 | 4/19/08 | $1,075.20 | 0 | $1,075.20 |
| 41 | 113798 | 4/19/08 | $166.06 | 0 | $166.06 |
| 42 | 113803 | 4/19/08 | $1,505.00 | 0 | $1,505.00 |
| 43 | 113804 | 4/19/08 | $1,446.56 | 0 | $1,446.56 |
| 44 | 114288 | 4/19/08 | $420.00 | 0 | $420.00 |
| 45 | 113807 | 4/19/08 | $19.50 | 0 | $19.50 |
| 46 | 113810 | 4/19/08 | $1,512.00 | 0 | $1,512.00 |
| 47 | 113817 | 4/19/08 | $298.50 | 0 | $298.50 |

| | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 48 | 114266 | 4/19/08 | $60.00 | 0 | $60.00 |
| 49 | 114257 | 4/19/08 | $285.00 | 0 | $285.00 |
| 50 | 114462 | 4/19/08 | $18.50 | 0 | $18.50 |
| 51 | 113828 | 4/19/08 | $817.23 | 0 | $817.23 |
| 52 | 114267 | 4/19/08 | $210.00 | 0 | $210.00 |
| 53 | 113830 | 4/19/08 | $440.50 | 0 | $440.50 |
| 54 | 113831 | 4/19/08 | $875.00 | 0 | $875.00 |
| 55 | 113832 | 4/19/08 | $1,393.50 | 0 | $1,393.50 |
| 56 | 113833 | 4/19/08 | $1,282.00 | 0 | $1,282.00 |
| 57 | 113834 | 4/19/08 | $1,331.00 | 0 | $1,331.00 |
| 58 | 113835 | 4/19/08 | $115.57 | 0 | $115.57 |
| 59 | 113836 | 4/19/08 | $340.00 | 0 | $340.00 |
| 60 | 113849 | 4/19/08 | $330.00 | 0 | $330.00 |
| 61 | 113850 | 4/19/08 | $1,217.00 | 0 | $1,217.00 |
| 62 | 113851 | 4/19/08 | $741.50 | 0 | $741.50 |
| 63 | 113852 | 4/19/08 | $1,290.00 | 0 | $1,290.00 |
| 64 | 113853 | 4/19/08 | $814.70 | 0 | $814.70 |
| 65 | 113857 | 4/19/08 | $177.13 | 0 | $177.13 |
| 66 | 113858 | 4/19/08 | $1,465.00 | 0 | $1,465.00 |
| 67 | 113860 | 4/19/08 | $702.15 | 0 | $702.15 |
| 68 | 113862 | 4/19/08 | $786.44 | 0 | $786.44 |
| 69 | 114289 | 4/19/08 | $490.00 | 0 | $490.00 |
| 70 | 113865 | 4/19/08 | $60.00 | 0 | $60.00 |
| 71 | 113866 | 4/19/08 | $1,052.62 | 0 | $1,052.62 |
| 72 | 113867 | 4/19/08 | $23.50 | 0 | $23.50 |
| 73 | 114423 | 4/19/08 | $75.00 | 0 | $75.00 |
| 74 | 113868 | 4/19/08 | $1,226.00 | 0 | $1,226.00 |
| 75 | 113881 | 4/19/08 | $1,400.50 | 0 | $1,400.50 |
| 76 | 113882 | 4/19/08 | $626.50 | 0 | $626.50 |
| 77 | 113883 | 4/19/08 | $834.90 | 0 | $834.90 |
| 78 | 113884 | 4/19/08 | $1,501.00 | 0 | $1,501.00 |
| 79 | 113885 | 4/19/08 | $1,626.15 | 0 | $1,626.15 |
| 80 | 113886 | 4/19/08 | $1,584.50 | 0 | $1,584.50 |
| 81 | 113888 | 4/19/08 | $160.25 | 0 | $160.25 |
| 82 | 113889 | 4/19/08 | $137.76 | 0 | $137.76 |
| 83 | 113890 | 4/19/08 | $60.00 | 0 | $60.00 |
| 84 | 113892 | 4/19/08 | $1,239.00 | 0 | $1,239.00 |
| 85 | 113893 | 4/19/08 | $179.00 | 0 | $179.00 |
| 86 | 114260 | 4/19/08 | $888.21 | 0 | $888.21 |
| 87 | 113898 | 4/19/08 | $158.50 | 0 | $158.50 |
| 88 | 113899 | 4/19/08 | $675.00 | 0 | $675.00 |
| 89 | 113902 | 4/19/08 | $675.00 | 0 | $675.00 |
| 90 | 113905 | 4/19/08 | $158.50 | 0 | $158.50 |
| 91 | 113907 | 4/19/08 | $145.50 | 0 | $145.50 |
| 92 | 113909 | 4/19/08 | $35.50 | 0 | $35.50 |
| 93 | 113911 | 4/19/08 | $1,599.00 | 0 | $1,599.00 |
| 94 | 113916 | 4/19/08 | $1,063.00 | 0 | $1,063.00 |

| | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 95 | 113917 | 4/19/08 | $27.50 | 0 | $27.50 |
| 96 | 113918 | 4/19/08 | $853.20 | 0 | $853.20 |
| 97 | 113920 | 4/19/08 | $849.70 | 0 | $849.70 |
| 98 | 113923 | 4/19/08 | $853.20 | 0 | $853.20 |
| 99 | 113929 | 4/19/08 | $2,002.00 | 0 | $2,002.00 |
| 100 | 114290 | 4/19/08 | $2,199.00 | 0 | $2,199.00 |
| 101 | 113936 | 4/19/08 | $1,653.00 | 0 | $1,653.00 |
| 102 | 113938 | 4/19/08 | $1,515.50 | 0 | $1,515.50 |
| 103 | 113942 | 4/19/08 | $1,634.50 | 0 | $1,634.50 |
| 104 | 114291 | 4/19/08 | $480.00 | 0 | $480.00 |
| 105 | 113945 | 4/19/08 | $1,573.00 | 0 | $1,573.00 |
| 106 | 113946 | 4/19/08 | $1,459.00 | 0 | $1,459.00 |
| 107 | 114424 | 4/19/08 | $780.00 | 0 | $780.00 |
| 108 | 113948 | 4/19/08 | $1,448.00 | 0 | $1,448.00 |
| 109 | 113951 | 4/19/08 | $64.00 | 0 | $64.00 |
| 110 | 113953 | 4/19/08 | $172.00 | 0 | $172.00 |
| 111 | 113955 | 4/19/08 | $519.00 | 0 | $519.00 |
| 112 | 113957 | 4/19/08 | $1,341.00 | 0 | $1,341.00 |
| 113 | 113961 | 4/19/08 | $372.20 | 0 | $372.20 |
| 114 | 113962 | 4/19/08 | $25.00 | 0 | $25.00 |
| 115 | 114432 | 4/19/08 | $943.97 | 0 | $943.97 |
| 116 | 114425 | 4/19/08 | $345.00 | 0 | $345.00 |
| 117 | 113964 | 4/19/08 | $350.00 | 0 | $350.00 |
| 118 | 113967 | 4/19/08 | $1,429.00 | 0 | $1,429.00 |
| 119 | 113969 | 4/19/08 | $1,351.50 | 0 | $1,351.50 |
| 120 | 113970 | 4/19/08 | $445.00 | 0 | $445.00 |
| 121 | 113972 | 4/19/08 | $1,472.50 | 0 | $1,472.50 |
| 122 | 113989 | 4/19/08 | $1,439.00 | 0 | $1,439.00 |
| 123 | 114107 | 4/19/08 | $32.50 | 0 | $32.50 |
| 124 | 114108 | 4/19/08 | $403.00 | 0 | $403.00 |
| 125 | 114111 | 4/19/08 | $206.50 | 0 | $206.50 |
| 126 | 114112 | 4/19/08 | $1,478.25 | 0 | $1,478.25 |
| 127 | 114115 | 4/19/08 | $1,200.00 | 0 | $1,200.00 |
| 128 | 114116 | 4/19/08 | $314.20 | 0 | $314.20 |
| 129 | 114121 | 4/19/08 | $960.60 | 0 | $960.60 |
| 130 | 114123 | 4/19/08 | $23.50 | 0 | $23.50 |
| 131 | 114124 | 4/19/08 | $1,271.00 | 0 | $1,271.00 |
| 132 | 114126 | 4/19/08 | $1,240.00 | 0 | $1,240.00 |
| 133 | 114129 | 4/19/08 | $40.00 | 0 | $40.00 |
| 134 | 114426 | 4/19/08 | $1,397.50 | 0 | $1,397.50 |
| 135 | 114145 | 4/19/08 | $420.00 | 0 | $420.00 |
| 136 | 114146 | 4/19/08 | $95.50 | 0 | $95.50 |
| 137 | 114147 | 4/19/08 | $1,460.00 | 0 | $1,460.00 |
| 138 | 114150 | 4/19/08 | $9.50 | 0 | $9.50 |
| 139 | 114151 | 4/19/08 | $1,255.50 | 0 | $1,255.50 |
| 140 | 114152 | 4/19/08 | $1,376.00 | 0 | $1,376.00 |
| 141 | 114154 | 4/19/08 | $202.80 | 0 | $202.80 |

| | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 142 | 114156 | 4/19/08 | $43.50 | 0 | $43.50 |
| 143 | 114157 | 4/19/08 | $60.00 | 0 | $60.00 |
| 144 | 114195 | 4/19/08 | $299.50 | 0 | $299.50 |
| 145 | 114196 | 4/19/08 | $1,389.50 | 0 | $1,389.50 |
| 146 | 114197 | 4/19/08 | $1,082.70 | 0 | $1,082.70 |
| 147 | 114198 | 4/19/08 | $927.20 | 0 | $927.20 |
| 148 | 114201 | 4/19/08 | $1,251.00 | 0 | $1,251.00 |
| 149 | 114202 | 4/19/08 | $28.50 | 0 | $28.50 |
| 150 | 114203 | 4/19/08 | $269.04 | 0 | $269.04 |
| 151 | 114204 | 4/19/08 | $1,140.00 | 0 | $1,140.00 |
| 152 | 114205 | 4/19/08 | $22.50 | 0 | $22.50 |
| 153 | 114206 | 4/19/08 | $145.50 | 0 | $145.50 |
| 154 | 114209 | 4/19/08 | $580.00 | 0 | $580.00 |
| 155 | 114211 | 4/19/08 | $350.00 | 0 | $350.00 |
| 156 | 114212 | 4/19/08 | $420.00 | 0 | $420.00 |
| 157 | 114214 | 4/19/08 | $45.00 | 0 | $45.00 |
| 158 | 114215 | 4/19/08 | $5.00 | 0 | $5.00 |
| 159 | 114216 | 4/19/08 | $280.40 | 0 | $280.40 |
| 160 | 114218 | 4/19/08 | $40.50 | 0 | $40.50 |
| 161 | 114219 | 4/19/08 | $123.50 | 0 | $123.50 |
| 162 | 114221 | 4/19/08 | $1,309.50 | 0 | $1,309.50 |
| 163 | 114225 | 4/19/08 | $1,003.15 | 0 | $1,003.15 |
| 164 | 114226 | 4/19/08 | $17.50 | 0 | $17.50 |
| 165 | 114228 | 4/19/08 | $60.00 | 0 | $60.00 |
| 166 | 114229 | 4/19/08 | $21.50 | 0 | $21.50 |
| 167 | 114295 | 4/19/08 | $420.00 | 0 | $420.00 |
| 168 | 114296 | 4/19/08 | $1,088.40 | 0 | $1,088.40 |
| 169 | 113682 | 4/19/08 | $1,305.00 | 0 | $1,305.00 |
| 170 | 114281 | 4/19/08 | $450.00 | 0 | $450.00 |
| 171 | 113686 | 4/19/08 | $1,285.00 | 0 | $1,285.00 |
| 172 | 113698 | 4/19/08 | $165.43 | 0 | $165.43 |
| 173 | 113699 | 4/19/08 | $1,278.00 | 0 | $1,278.00 |
| 174 | 113707 | 4/19/08 | $1,397.50 | 0 | $1,397.50 |
| 175 | 113709 | 4/19/08 | $35.50 | 0 | $35.50 |
| 176 | 113712 | 4/19/08 | $780.20 | 0 | $780.20 |
| 177 | 113715 | 4/19/08 | $623.50 | 0 | $623.50 |
| 178 | 113717 | 4/19/08 | $502.20 | 0 | $502.20 |
| 179 | 113720 | 4/19/08 | $1,631.50 | 0 | $1,631.50 |
| 180 | 113721 | 4/19/08 | $654.00 | 0 | $654.00 |
| 181 | 114030 | 4/19/08 | $58.00 | 0 | $58.00 |
| 182 | 114298 | 4/19/08 | $1,270.00 | 0 | $1,270.00 |
| 183 | 114037 | 4/19/08 | $168.50 | 0 | $168.50 |
| 184 | 114299 | 4/19/08 | $420.00 | 0 | $420.00 |
| 185 | 114300 | 4/19/08 | $675.00 | 0 | $675.00 |
| 186 | 114041 | 4/19/08 | $1,307.00 | 0 | $1,307.00 |
| 187 | 114043 | 4/19/08 | $38.50 | 0 | $38.50 |
| | 114062 | 4/19/08 | $671.00 | 0 | $671.00 |

| | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 188 | 114063 | 4/19/08 | $1,132.00 | 0 | $1,132.00 |
| 189 | 114066 | 4/19/08 | $1,426.50 | 0 | $1,426.50 |
| 190 | 114068 | 4/19/08 | $1,157.50 | 0 | $1,157.50 |
| 191 | 114069 | 4/19/08 | $29.50 | 0 | $29.50 |
| 192 | 114465 | 4/19/08 | $2,122.50 | 0 | $2,122.50 |
| 193 | 114071 | 4/19/08 | $1,292.00 | 0 | $1,292.00 |
| 194 | 114072 | 4/19/08 | $795.50 | 0 | $795.50 |
| 195 | 114073 | 4/19/08 | $25.50 | 0 | $25.50 |
| 196 | 114301 | 4/19/08 | $1,314.00 | 0 | $1,314.00 |
| 197 | 114075 | 4/19/08 | $869.00 | 0 | $869.00 |
| 198 | 114076 | 4/19/08 | $776.20 | 0 | $776.20 |
| 199 | 114083 | 4/19/08 | $150.00 | 0 | $150.00 |
| 200 | 114084 | 4/19/08 | $262.40 | 0 | $262.40 |
| 201 | 114086 | 4/19/08 | $263.38 | 0 | $263.38 |
| 202 | 114087 | 4/19/08 | $180.60 | 0 | $180.60 |
| 203 | 114302 | 4/19/08 | $708.50 | 0 | $708.50 |
| 204 | 114089 | 4/19/08 | $1,498.50 | 0 | $1,498.50 |
| 205 | 114091 | 4/19/08 | $187.50 | 0 | $187.50 |
| 206 | 114092 | 4/19/08 | $1,362.50 | 0 | $1,362.50 |
| 207 | 114427 | 4/19/08 | $350.00 | 0 | $350.00 |
| 208 | 114093 | 4/19/08 | $149.50 | 0 | $149.50 |
| 209 | 114094 | 4/19/08 | $17.50 | 0 | $17.50 |
| 210 | 114095 | 4/19/08 | $22.50 | 0 | $22.50 |
| 211 | 114097 | 4/19/08 | $185.50 | 0 | $185.50 |
| 212 | 114098 | 4/19/08 | $1,362.00 | 0 | $1,362.00 |
| 213 | 114099 | 4/19/08 | $1,294.00 | 0 | $1,294.00 |
| 214 | 114100 | 4/19/08 | $1,164.80 | 0 | $1,164.80 |
| 215 | 114101 | 4/19/08 | $31.50 | 0 | $31.50 |
| 216 | 114103 | 4/19/08 | $261.95 | 0 | $261.95 |
| 217 | 114105 | 4/19/08 | $1,096.00 | 0 | $1,096.00 |
| 218 | 114110 | 4/19/08 | $31.50 | 0 | $31.50 |
| 219 | 114303 | 4/19/08 | $420.00 | 0 | $420.00 |
| 220 | 114122 | 4/19/08 | $75.00 | 0 | $75.00 |
| 221 | 114125 | 4/19/08 | $30.50 | 0 | $30.50 |
| 222 | 114131 | 4/19/08 | $782.70 | 0 | $782.70 |
| 223 | 114133 | 4/19/08 | $125.00 | 0 | $125.00 |
| 224 | 114468 | 4/19/08 | $876.00 | 0 | $876.00 |
| 225 | 114161 | 4/19/08 | $399.00 | 0 | $399.00 |
| 226 | 114163 | 4/19/08 | $1,463.50 | 0 | $1,463.50 |
| 227 | 114165 | 4/19/08 | $1,268.00 | 0 | $1,268.00 |
| 228 | 114166 | 4/19/08 | $1,277.00 | 0 | $1,277.00 |
| 229 | 114167 | 4/19/08 | $717.84 | 0 | $717.84 |
| 230 | 114168 | 4/19/08 | $1,132.00 | 0 | $1,132.00 |
| 231 | 114169 | 4/19/08 | $1,140.00 | 0 | $1,140.00 |
| 232 | 114170 | 4/19/08 | $1,160.50 | 0 | $1,160.50 |
| 233 | 114171 | 4/19/08 | $707.80 | 0 | $707.80 |
| 234 | 114173 | 4/19/08 | $605.20 | 0 | $605.20 |

| | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 235 | 114174 | 4/19/08 | $1,023.50 | 0 | $1,023.50 |
| 236 | 114175 | 4/19/08 | $23.50 | 0 | $23.50 |
| 237 | 114176 | 4/19/08 | $1,435.00 | 0 | $1,435.00 |
| 238 | 114177 | 4/19/08 | $268.38 | 0 | $268.38 |
| 239 | 114178 | 4/19/08 | $277.71 | 0 | $277.71 |
| 240 | 114469 | 4/19/08 | $1,146.00 | 0 | $1,146.00 |
| 241 | 114181 | 4/19/08 | $1,556.25 | 0 | $1,556.25 |
| 242 | 114182 | 4/19/08 | $769.38 | 0 | $769.38 |
| 243 | 114183 | 4/19/08 | $1,598.50 | 0 | $1,598.50 |
| 244 | 114184 | 4/19/08 | $6.00 | 0 | $6.00 |
| 245 | 114185 | 4/19/08 | $226.30 | 0 | $226.30 |
| 246 | 114316 | 4/19/08 | $350.00 | 0 | $350.00 |
| 247 | 114187 | 4/19/08 | $1,107.00 | 0 | $1,107.00 |
| 248 | 114188 | 4/19/08 | $770.70 | 0 | $770.70 |
| 249 | 114189 | 4/19/08 | $833.19 | 0 | $833.19 |
| 250 | 114190 | 4/19/08 | $1,156.00 | 0 | $1,156.00 |
| 251 | 114191 | 4/19/08 | $141.50 | 0 | $141.50 |
| 252 | 114192 | 4/19/08 | $1,370.00 | 0 | $1,370.00 |
| 253 | 114193 | 4/19/08 | $283.00 | 0 | $283.00 |
| 254 | 114194 | 4/19/08 | $135.00 | 0 | $135.00 |
| 255 | 114318 | 4/19/08 | $420.00 | 0 | $420.00 |
| 256 | 114200 | 4/19/08 | $312.88 | 0 | $312.88 |
| 257 | 114207 | 4/19/08 | $1,001.00 | 0 | $1,001.00 |
| 258 | 114208 | 4/19/08 | $1,505.00 | 0 | $1,505.00 |
| 259 | 114210 | 4/19/08 | $1,197.00 | 0 | $1,197.00 |
| 260 | 114223 | 4/19/08 | $1,421.00 | 0 | $1,421.00 |
| 261 | 114230 | 4/19/08 | $1,341.00 | 0 | $1,341.00 |
| 262 | 114231 | 4/19/08 | $1,512.00 | 0 | $1,512.00 |
| 263 | 114232 | 4/19/08 | $28.50 | 0 | $28.50 |
| 264 | 114233 | 4/19/08 | $1,192.00 | 0 | $1,192.00 |
| 265 | 114428 | 4/19/08 | $1,549.43 | 0 | $1,549.43 |
| 266 | 114320 | 4/19/08 | $675.00 | 0 | $675.00 |
| 267 | 114241 | 4/19/08 | $1,316.00 | 0 | $1,316.00 |
| 268 | 114322 | 4/19/08 | $1,131.00 | 0 | $1,131.00 |
| 269 | 114243 | 4/19/08 | $175.00 | 0 | $175.00 |
| 270 | 114244 | 4/19/08 | $17.50 | 0 | $17.50 |
| 271 | 114245 | 4/19/08 | $60.00 | 0 | $60.00 |
| 272 | 114246 | 4/19/08 | $957.00 | 0 | $957.00 |
| 273 | 114247 | 4/19/08 | $72.50 | 0 | $72.50 |
| 274 | 114249 | 4/19/08 | $1,040.50 | 0 | $1,040.50 |
| 275 | 114250 | 4/19/08 | $398.50 | 0 | $398.50 |
| 276 | 113610 | 4/19/08 | $350.00 | 0 | $350.00 |
| 277 | 113612 | 4/19/08 | $1,141.00 | 0 | $1,141.00 |
| 278 | 113614 | 4/19/08 | $1,189.84 | 0 | $1,189.84 |
| 279 | 113615 | 4/19/08 | $1,107.30 | 0 | $1,107.30 |
| 280 | 113617 | 4/19/08 | $1,371.00 | 0 | $1,371.00 |
| 281 | 113619 | 4/19/08 | $627.50 | 0 | $627.50 |

|     | Invoice # | Date    | Billed     | Paid | Balance    |
|-----|-----------|---------|------------|------|------------|
| 282 | 113620    | 4/19/08 | $1,382.00  | 0    | $1,382.00  |
| 283 | 113622    | 4/19/08 | $1,072.00  | 0    | $1,072.00  |
| 284 | 113623    | 4/19/08 | $1,309.00  | 0    | $1,309.00  |
| 285 | 113624    | 4/19/08 | $95.18     | 0    | $95.18     |
| 286 | 113626    | 4/19/08 | $1,371.00  | 0    | $1,371.00  |
| 287 | 113627    | 4/19/08 | $1,130.00  | 0    | $1,130.00  |
| 288 | 114323    | 4/19/08 | $195.90    | 0    | $195.90    |
| 289 | 113629    | 4/19/08 | $1,185.00  | 0    | $1,185.00  |
| 290 | 113668    | 4/19/08 | $1,220.00  | 0    | $1,220.00  |
| 291 | 113670    | 4/19/08 | $776.60    | 0    | $776.60    |
| 292 | 113672    | 4/19/08 | $809.38    | 0    | $809.38    |
| 293 | 113673    | 4/19/08 | $97.95     | 0    | $97.95     |
| 294 | 113676    | 4/19/08 | $1,193.00  | 0    | $1,193.00  |
| 295 | 113675    | 4/19/08 | $33.50     | 0    | $33.50     |
| 296 | 114475    | 4/19/08 | $19.50     | 0    | $19.50     |
| 297 | 113679    | 4/19/08 | $15.00     | 0    | $15.00     |
| 298 | 113683    | 4/19/08 | $1,245.00  | 0    | $1,245.00  |
| 299 | 113691    | 4/19/08 | $1,475.50  | 0    | $1,475.50  |
| 300 | 113690    | 4/19/08 | $1,349.50  | 0    | $1,349.50  |
| 301 | 113687    | 4/19/08 | $18.50     | 0    | $18.50     |
| 302 | 114477    | 4/19/08 | $1,383.50  | 0    | $1,383.50  |
| 303 | 113689    | 4/19/08 | $275.00    | 0    | $275.00    |
| 304 | 113693    | 4/19/08 | $318.00    | 0    | $318.00    |
| 305 | 113694    | 4/19/08 | $1,632.00  | 0    | $1,632.00  |
| 306 | 113700    | 4/19/08 | $1,240.00  | 0    | $1,240.00  |
| 307 | 113701    | 4/19/08 | $101.40    | 0    | $101.40    |
| 308 | 113704    | 4/19/08 | $359.00    | 0    | $359.00    |
| 309 | 113706    | 4/19/08 | $1,637.50  | 0    | $1,637.50  |
| 310 | 113708    | 4/19/08 | $1,137.00  | 0    | $1,137.00  |
| 311 | 113757    | 4/19/08 | $22.50     | 0    | $22.50     |
| 312 | 113748    | 4/19/08 | $22.50     | 0    | $22.50     |
| 313 | 113749    | 4/19/08 | $125.00    | 0    | $125.00    |
| 314 | 113756    | 4/19/08 | $817.80    | 0    | $817.80    |
| 315 | 114325    | 4/19/08 | $18.50     | 0    | $18.50     |
| 316 | 113761    | 4/19/08 | $6.50      | 0    | $6.50      |
| 317 | 113762    | 4/19/08 | $185.50    | 0    | $185.50    |
| 318 | 114327    | 4/19/08 | $420.00    | 0    | $420.00    |
| 319 | 113764    | 4/19/08 | $853.63    | 0    | $853.63    |
| 320 | 113766    | 4/19/08 | $623.50    | 0    | $623.50    |
| 321 | 113767    | 4/19/08 | $1,147.00  | 0    | $1,147.00  |
| 322 | 114479    | 4/19/08 | $369.00    | 0    | $369.00    |
| 323 | 113770    | 4/19/08 | $500.00    | 0    | $500.00    |
| 324 | 113771    | 4/19/08 | $30.50     | 0    | $30.50     |
| 325 | 114282    | 4/19/08 | $45.00     | 0    | $45.00     |
| 326 | 113772    | 4/19/08 | $805.55    | 0    | $805.55    |
| 327 | 113773    | 4/19/08 | $1,274.00  | 0    | $1,274.00  |
| 328 | 113774    | 4/19/08 | $1,850.50  | 0    | $1,850.50  |

| | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 329 | 114328 | 4/19/08 | $729.20 | 0 | $729.20 |
| 330 | 113776 | 4/19/08 | $845.55 | 0 | $845.55 |
| 331 | 113816 | 4/19/08 | $1,430.00 | 0 | $1,430.00 |
| 332 | 113815 | 4/19/08 | $1,122.00 | 0 | $1,122.00 |
| 333 | 113814 | 4/19/08 | $143.50 | 0 | $143.50 |
| 334 | 114429 | 4/19/08 | $1,461.25 | 0 | $1,461.25 |
| 335 | 113818 | 4/19/08 | $199.00 | 0 | $199.00 |
| 336 | 113819 | 4/19/08 | $1,031.00 | 0 | $1,031.00 |
| 337 | 114329 | 4/19/08 | $34.00 | 0 | $34.00 |
| 338 | 113821 | 4/19/08 | $843.50 | 0 | $843.50 |
| 339 | 113822 | 4/19/08 | $744.42 | 0 | $744.42 |
| 340 | 114330 | 4/19/08 | $1,330.06 | 0 | $1,330.06 |
| 341 | 113826 | 4/19/08 | $766.60 | 0 | $766.60 |
| 342 | 113827 | 4/19/08 | $125.00 | 0 | $125.00 |
| 343 | 113931 | 4/19/08 | $19.50 | 0 | $19.50 |
| 344 | 113932 | 4/19/08 | $306.00 | 0 | $306.00 |
| 345 | 114431 | 4/19/08 | $1,005.00 | 0 | $1,005.00 |
| 346 | 114501 | 4/19/08 | $1,454.00 | 0 | $1,454.00 |
| 347 | 114331 | 4/19/08 | $880.86 | 0 | $880.86 |
| 348 | 113939 | 4/19/08 | $1,130.00 | 0 | $1,130.00 |
| 349 | 113940 | 4/19/08 | $301.00 | 0 | $301.00 |
| 350 | 114333 | 4/19/08 | $25.50 | 0 | $25.50 |
| 351 | 113943 | 4/19/08 | $204.00 | 0 | $204.00 |
| 352 | 113944 | 4/19/08 | $1,507.00 | 0 | $1,507.00 |
| 353 | 113947 | 4/19/08 | $1,142.00 | 0 | $1,142.00 |
| 354 | 113950 | 4/19/08 | $1,562.50 | 0 | $1,562.50 |
| 355 | 113952 | 4/19/08 | $148.50 | 0 | $148.50 |
| 356 | 114334 | 4/19/08 | $40.50 | 0 | $40.50 |
| 357 | 113956 | 4/19/08 | $1,132.00 | 0 | $1,132.00 |
| 358 | 114337 | 4/19/08 | $350.00 | 0 | $350.00 |
| 359 | 113960 | 4/19/08 | $157.95 | 0 | $157.95 |
| 360 | 114339 | 4/19/08 | $10.00 | 0 | $10.00 |
| 361 | 113966 | 4/19/08 | $1,390.00 | 0 | $1,390.00 |
| 362 | 114517 | 4/19/08 | $600.00 | 0 | $600.00 |
| 363 | 113971 | 4/19/08 | $1,026.00 | 0 | $1,026.00 |
| 364 | 114340 | 4/19/08 | $1,538.00 | 0 | $1,538.00 |
| 365 | 114342 | 4/19/08 | $155.50 | 0 | $155.50 |
| 366 | 114024 | 4/19/08 | $1,409.00 | 0 | $1,409.00 |
| 367 | 114344 | 4/19/08 | $161.50 | 0 | $161.50 |
| 368 | 114345 | 4/19/08 | $29.50 | 0 | $29.50 |
| 369 | 114347 | 4/19/08 | $15.50 | 0 | $15.50 |
| 370 | 114032 | 4/19/08 | $1,336.50 | 0 | $1,336.50 |
| 371 | 114031 | 4/19/08 | $1,487.00 | 0 | $1,487.00 |
| 372 | 114349 | 4/19/08 | $24.50 | 0 | $24.50 |
| 373 | 114350 | 4/19/08 | $420.00 | 0 | $420.00 |
| 374 | 114351 | 4/19/08 | $1,064.20 | 0 | $1,064.20 |
| 375 | 114042 | 4/19/08 | $875.00 | 0 | $875.00 |

| | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 376 | 114044 | 4/19/08 | $1,134.00 | 0 | $1,134.00 |
| 377 | 114352 | 4/19/08 | $420.00 | 0 | $420.00 |
| 378 | 114047 | 4/19/08 | $1,993.00 | 0 | $1,993.00 |
| 379 | 114048 | 4/19/08 | $32.50 | 0 | $32.50 |
| 380 | 114049 | 4/19/08 | $1,396.00 | 0 | $1,396.00 |
| 381 | 114051 | 4/19/08 | $281.50 | 0 | $281.50 |
| 382 | 114284 | 4/19/08 | $600.00 | 0 | $600.00 |
| 383 | 114353 | 4/19/08 | $13.00 | 0 | $13.00 |
| 384 | 114466 | 4/19/08 | $60.00 | 0 | $60.00 |
| 385 | 114056 | 4/19/08 | $100.00 | 0 | $100.00 |
| 386 | 114057 | 4/19/08 | $125.00 | 0 | $125.00 |
| 387 | 114058 | 4/19/08 | $170.00 | 0 | $170.00 |
| 388 | 114059 | 4/19/08 | $391.14 | 0 | $391.14 |
| 389 | 114505 | 4/19/08 | $1,695.00 | 0 | $1,695.00 |
| 390 | 114061 | 4/19/08 | $18.50 | 0 | $18.50 |
| 391 | 114128 | 4/19/08 | $2,056.50 | 0 | $2,056.50 |
| 392 | 114132 | 4/19/08 | $1,142.50 | 0 | $1,142.50 |
| 393 | 114135 | 4/19/08 | $1,595.50 | 0 | $1,595.50 |
| 394 | 114137 | 4/19/08 | $42.30 | 0 | $42.30 |
| 395 | 114139 | 4/19/08 | $867.00 | 0 | $867.00 |
| 396 | 114141 | 4/19/08 | $1,154.00 | 0 | $1,154.00 |
| GRAND TOTAL | | | $290,479.01 | 0 | $290,479.01 |

L
L

Client

AHM.ADDISON #2
AHM.ADDISON CON
AHM.AGOSTINI D
AHM.ALGIER FO
AHM.ALMORA
AHM.ALVAREZ JUA
AHM.ALVAREZROSR
AHM.AUGUSTE
AHM.AUGUSTINE
AHM.BABCOCK
AHM.BAKER
AHM.BALAUAT
AHM.BARANOWSKI
AHM.BELCHER JOE
AHM.BHAGWANDIN
AHM.BILLINGS LA
AHM.BLACK
AHM.BLAKELY ING
AHM.BOLANO ALBA
AHM.BOMBARA
AHM.BORJA ENR
AHM.BOURBEAU L
AHM.BOWKER
AHM.BRANDE
AHM.BRAUN
AHM.BRAUN #2
AHM.BRAUN #3
AHM.BRENNAN D
AHM.BRIENZA P
AHM.BROWNDEAN
AHM.BROWNEDGAR
AHM.BURGOS JUAN
AHM.CACERES-RUL
AHM.CAETANO
AHM.CARBO ERNES
AHM.CARTER
AHM.CASEY STEPH
AHM.CASTILLO VE
AHM.CHARLES
AHM.CHAVEZ FRA
AHM.CHITTUM DON
AHM.CHOI
AHM.CHRISTOPH
AHM.CHRISTOPH2E
AHM.CHURILOV J
AHM.CLAEYS
AHM.CLARK LYN

Client

AHM.CLIFTON LYN
AHM.COLLADO P
AHM.COLLINS THE
AHM.CONCEICAOMA
AHM.CONE G
AHM.CONGO TANYA
AHM.CONTE LAWRE
AHM.COOK
AHM.CORREDOR
AHM.CORTES AUR
AHM.COSTA WELLI
AHM.COSTAR
AHM.COX
AHM.COX J
AHM.CRAMERLINDA
AHM.CRERAR
AHM.CRESPO WILL
AHM.CRUZALEGUI
AHM.CULLOM
AHM.CURRY JENNI
AHM.CUSICK MADE
AHM.CUTOLO N
AHM.D'AGOSTIN
AHM.D'AGOSTINO
AHM.DALTON ANIT
AHM.DANIEL PAM
AHM.DARNELL
AHM.DAVIDSON
AHM.DAVILA LUIS
AHM.DAVIS MARY
AHM.DE OCA
AHM.DECASTRO W
AHM.DEERWESTER
AHM.DENNIS
AHM.DEROGENE 2
AHM.DEROZIERES
AHM.DESPEINES
AHM.DIAGO ANA
AHM.DOS SANTOS
AHM.DOSANTOS Y
AHM.DOYLE
AHM.DOYLE W
AHM.DUBE JEFF
AHM.DUDLEYCHAD
AHM.DYESS #1
AHM.DYESS #2
AHM.DYESS #3

Client

AHM.ECHEVARRIA
AHM.ECHOLS T2
AHM.ECHOLS T3
AHM.ECHOLS T4
AHM.EDWARDS
AHM.EHRLICH S
AHM.ELATY
AHM.EMIGH
AHM.ESPOSITO M
AHM.FAJARDO P
AHM.FALE
AHM.FALE DANIEL
AHM.FELLMAN
AHM.FERGUSON
AHM.FIGUEROA ZU
AHM.FLEITAS M
AHM.FLORES
AHM.FOLKS DON
AHM.FOLMAR W
AHM.FONDA B2
AHM.FOTI FRANK
AHM.FRANKLIN BU
AHM.FREEDBERG
AHM.GADOTTI JEA
AHM.GALLIMORE
AHM.GAMBOA PED
AHM.GANTZER J
AHM.GARCIA FRAN
AHM.GEARY
AHM.GEARY #3
AHM.GEARY WILL
AHM.GHIOTTO
AHM.GHULAM
AHM.GIANNOTTI A
AHM.GILBERTSON
AHM.GILL STEPHE
AHM.GILLILAND
AHM.GIPSON
AHM.GOMEZ ALEJA
AHM.GOMEZ C
AHM.GONZALEZ R
AHM.GOSEIN MUKE
AHM.GOULD
AHM.GRAHAM L2
AHM.GRANITZ
AHM.GUADALUPE
AHM.GUEVARA J

Client

AHM.GULER M2
AHM.GULER MUJ
AHM.GUNNING
AHM.GUNNING DAR
AHM.GUTIERREZ A
AHM.HAIDINGER
AHM.HALL LONA
AHM.HAMPTON #3
AHM.HARRINGTONJ
AHM.HART JOHN
AHM.HAYES GERAL
AHM.HEAD BERNIC
AHM.HERD CLARA
AHM.HERNAND ANS
AHM.HERNANDEZ
AHM.HERRERA M
AHM.HICKS RICH
AHM.HIGDON #2
AHM.HIGDON RAY
AHM.HO Y
AHM.HOWELL MINE
AHM.HUDANICH
AHM.HUELSMAN KE
AHM.HUFF SHANE
AHM.HUYNH THU
AHM.IGNACIO J
AHM.INGELS STE
AHM.IRIZARRY
AHM.IRMISCHER K
AHM.IZOR KATHY
AHM.JAMES ALLEN
AHM.JAMES D
AHM.JANNIKSEN
AHM.JANSSONJASO
AHM.JAOUHARI RA
AHM.JOHNSON AP
AHM.JOHNSON G
AHM.JOLLY
AHM.JONES ANTH
AHM.KAYE SOPHIE
AHM.KEMMETT
AHM.KENT DONALD
AHM.KILEY
AHM.KILEY  BK
AHM.KIPP
AHM.KOERBER J
AHM.KORNBLATT

Client

AHM.KRENKEL AND
AHM.KROTZER
AHM.KULEV
AHM.LARA LUIS
AHM.LE LUONG
AHM.LEONARD
AHM.LEPZINSKI
AHM.LEVY ILENE
AHM.LEWIS R
AHM.LEWIS RHO#2
AHM.LIAMPETCHAK
AHM.LIMA
AHM.LINARES #2
AHM.LINARES ROB
AHM.LINDBAEK C
AHM.LOFFREDO AN
AHM.LOPEZ LEARI
AHM.LUBIK S4
AHM.LUCIEN
AHM.LUGENBEEL
AHM.LYNCH PAUL
AHM.MACLIN #1
AHM.MACLIN #2
AHM.MAHARAJ
AHM.MALFA
AHM.MALFA #2
AHM.MALINOSKI B
AHM.MAMUDOSKI M
AHM.MARIE COLAS
AHM.MARRERO MAR
AHM.MARTIN I
AHM.MARTINEZ TA
AHM.MASON KENNE
AHM.MAXCY KENNE
AHM.MAYCOCK
AHM.MAYO HAROLD
AHM.MCCARTHY
AHM.MCCOY ROGER
AHM.MCINTOSH
AHM.MCLACHLAN
AHM.MCLEARY
AHM.MCNALLY SHI
AHM.MEJIA
AHM.MEJIAS #2
AHM.MEJIAS C
AHM.MELIANS SIL
AHM.MELO F1

Client

AHM.MELTON JOY
AHM.MERCADO R
AHM.MILLER DAVI
AHM.MIRSKIY MIK
AHM.MITCHELL D
AHM.MONCADA
AHM.MONESTIME M
AHM.MONTILLA J
AHM.MOORE
AHM.MOORE WALTE
AHM.MORALES J
AHM.MORALES R
AHM.MORELAND J
AHM.MORENO L
AHM.MORENO L2
AHM.MORGAN R
AHM.MORRIS #3
AHM.MORRIS #5
AHM.MORRIS DAV
AHM.MORRIS DAVE
AHM.MOSELLO
AHM.MOURACADE S
AHM.MOYER
AHM.MUJICA
AHM.MULLICAN V
AHM.NAURANG
AHM.NEGRON J
AHM.NEWTON
AHM.NGUYEN AN
AHM.NGUYEN C
AHM.NICHOLAS M
AHM.NIETO EDUAR
AHM.NODARSE
AHM.NOEL-JEUNE
AHM.NORENA
AHM.NUNEZ ELIZA
AHM.NUNEZ-COSTA
AHM.OBRIEN
AHM.OLARTE
AHM.ORAK KEVIN
AHM.ORDONEZ
AHM.PANORA MA
AHM.PAPADOPOULO
AHM.PAQUIN #1
AHM.PAQUIN #2
AHM.PARODI RAF
AHM.PATEL

Client

AHM.PATEL #2
AHM.PATEL KAMLE
AHM.PATINO
AHM.PAYTON JEN
AHM.PENA CELEST
AHM.PERALTA A
AHM.PEREZ ADRIA
AHM.PEREZ EDNA
AHM.PEREZ F
AHM.PEREZ JOSE
AHM.PERRAS HAR
AHM.PETLACK ATH
AHM.PHAN
AHM.PINTO MARGA
AHM.PITEIRA
AHM.PLOURDE JOH
AHM.POMPA
AHM.POOK #1
AHM.POOK #2
AHM.PORTOGHE D
AHM.PORTOGHESE
AHM.PORTOGHESED
AHM.POSEY
AHM.POWELL
AHM.PUCHUELA
AHM.PYATT SARAH
AHM.QUITES A
AHM.RAHIJA
AHM.RAZO
AHM.REHMETULLAH
AHM.REISEN D
AHM.RENDUELES
AHM.RICHTER RON
AHM.RILEY #2
AHM.RILEYHELEN
AHM.RINALDI
AHM.RIVARD
AHM.RIVERA ADE
AHM.RIVERA ANA
AHM.RIVERA JORG
AHM.ROBBY
AHM.ROBERTS S
AHM.ROJAS DIEG
AHM.ROMAN CARLO
AHM.ROMERO LUIS
AHM.ROOD
AHM.RUSSELL #2

Client

AHM.RUSSELL J
AHM.SAEKI KAEKO
AHM.SAHBAZ
AHM.SALDANA
AHM.SALSBURY MI
AHM.SANDERS B1
AHM.SANTIAGO
AHM.SCANTLEBURY
AHM.SEARS MATTH
AHM.SERENO JESS
AHM.SETABOUHA#2
AHM.SETABOUHANE
AHM.SHAKER RICH
AHM.SHETLER
AHM.SHON
AHM.SIGLER #1
AHM.SIGLER #2
AHM.SIGLER #3
AHM.SINCLAIRPER
AHM.SINGH R
AHM.SINGLETON C
AHM.SINHA PR2
AHM.SIRMEYER
AHM.SLATER SARA
AHM.SNAIDER
AHM.SOLDADO
AHM.SOLOMON W
AHM.SOUTO MARTA
AHM.SOWDER JAME
AHM.SPARKS 2
AHM.SPARKS L1
AHM.STUMPFHAUSE
AHM.SUBERO-SIGL
AHM.TAM ROBIN
AHM.TASKAN M
AHM.TCHAKAROVA
AHM.TEIJEIRO M
AHM.TESTA
AHM.THOMAS MARY
AHM.THOMAS-JACO
AHM.THOMPSON FC
AHM.THURDEKOOS
AHM.TRAPUZZANO
AHM.TYRE BILLIE
AHM.VACARRO
AHM.VANEGAS GLA
AHM.VASQUEZ MA

Client

AHM.VAZQUEZ
AHM.VELAZCO W
AHM.VIGO
AHM.VILLANUEVA
AHM.VIROSTEK
AHM.VOGT
AHM.WALKER MICH
AHM.WALKER VICT
AHM.WEYANTJENNI
AHM.WIDMAR JAM
AHM.WILHITE MAT
AHM.WILLIAMS AS
AHM.WILLIAMS J
AHM.WOLDEAB
AHM.WOLDEAB G
AHM.WORCESTER
AHM.YAMPOLSKIY
AHM.YOUNG
AHM.ZAVYALOV LU
AHM.ZOOK RICHAR
AHM.ZORRILLA

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/

    Account No. 1001375779
    Our File No. 14093
    Status - Foreclosure
    Referral Date 12/20/2007

    Invoice Number  113697

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---:|
| 3/26/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---:|
| 3/11/08- | Publication of Notice of Action | 109.73 |
| 3/26/08- | Court Filing Fee | 255.00 |
| 3/26/08- | Instrument Recording Fee | 1.00 |
| 3/26/08- | Instrument Recording Fee | 10.50 |
| 3/26/08- | Service of Process | 120.00 |
| 3/26/08- | Service of Process | 35.00 |

    Total Amount This Invoice             $1,131.23

    Total Current Charges                $1,131.23

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing.

Account No. 1001460706
Our File No. 14090
Status - Foreclosure
Referral Date 12/20/2007

Invoice Number  113702

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---:|
| 3/3/08- Hydra Skiptrace | 45.00 |
| 3/10/08- Court Call | 60.00 |
| 3/14/08- Instrument Recording Fee | 32.50 |
| 3/24/08- Publication of Notice of Action | 669.88 |
| Total Amount This Invoice | $807.38 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001218787
Our File No. 14778
Status - Foreclosure
Referral Date 1/4/2008

Invoice Number  114279

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/27/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/6/08- | Service of Process | 219.00 |
| 3/21/08- | Instrument Recording Fee | 17.50 |
| | Total Amount This Invoice | $361.50 |
| | Total Current Charges | $361.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001349565
Our File No. 11638
Status - Foreclosure
Referral Date 10/20/2007

Invoice Number  114222

Tax ID # 59-2885854

---

Professional Costs:

3/27/08- Sale Fee                                   60.00

Total Amount This Invoice                   $60.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE: American Home Mortgage Servicing

Account No. 1000902455
Our File No. 14851
Status - Foreclosure
Referral Date 1/8/2008

Invoice Number  113710

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/10/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/12/08- | Title Fee | 275.00 |
| 3/21/08- | Hydra Skiptrace | 45.00 |

Total Amount This Invoice          $445.00

Total Current Charges          $445.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001568162
Our File No. 11850
Status - Foreclosure
Referral Date 10/25/2007

Invoice Number  113713

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 3/11/08- Publication of Notice of Sale | 104.18 |
| Total Amount This Invoice | $104.18 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

1aa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

    Account No. 1001670015
    Our File No. 12211
    Status - Foreclosure
    Referral Date 11/4/2007

    Invoice Number  113716

Tax ID # 59-2885854

---

    Professional Costs:

| | |
|---|---|
| 3/13/08- Publication of Notice of Action | 130.00 |
| Total Amount This Invoice | $130.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001591943
Our File No. 15904
Status - Foreclosure
Referral Date 1/31/2008

Invoice Number  113718

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/12/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/12/08- | Title Search | 275.00 |
| 3/13/08- | Recording Fee | 23.50 |
| | Total Amount This Invoice | $898.50 |
| | Total Current Charges | $898.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328

813/915-8660

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001326395
Our File No. 15945
Status - Foreclosure
Referral Date 1/31/2008

Invoice Number  113719

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---:|
| 3/17/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---:|
| 3/17/08 - | Court Filing Fee | 259.00 |
| 3/17/08 - | Instrument Recording Fee | 17.00 |
| 3/17/08 - | Service of Process | 512.00 |
| | Total Amount This Invoice | $1,388.00 |
| | Total Current Charges | $1,388.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001231250
Our File No. 16291
Status - Foreclosure
Referral Date 2/10/2008

Invoice Number  113722

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/14/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/13/08- | Title Search | 340.00 |
| 3/14/08- | Court Filing Fee | 255.00 |
| 3/14/08- | Service of Process | 158.00 |
| 3/14/08- | Instrument Recording Fee | 1.00 |
| | Total Amount This Invoice | $1,354.00 |
| | Total Current Charges | $1,354.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063


RE:  American Home Mortgage Servicing

Account No. 1001305418
Our File No. 15632
Status - Foreclosure
Referral Date 1/24/2008

Invoice Number  114280

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/10/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/7/08- | Title Search | 305.00 |
| 3/10/08- | Court Filing Fee | 257.00 |
| 3/10/08 - | Recording Fee | 3.00 |
| 3/10/08 - | Instrument Recording Fee | 9.00 |
| 3/10/08 - | Service of Process | 180.00 |
| | Total Amount This Invoice | $1,354.00 |
| | Total Current Charges | $1,354.00 |


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001635571
Our File No. 15911
Status - Foreclosure
Referral Date 1/31/2008

Invoice Number  113729

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/13/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/12/08- | Title Search | 275.00 |
| 3/13/08- | Court Filing Fee | 259.00 |
| 3/13/00- | Instrument Recording Fee | 3.00 |
| 3/13/08- | Service of Process | 210.00 |
| | Total Amount This Invoice | $1,347.00 |
| | Total Current Charges | $1,347.00 |
| | Total current balance due | $1,347.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001427628
    Our File No. 11811
    Status - Foreclosure
    Referral Date 10/24/2007

    Invoice Number  113732

Tax ID # 59-2885854

_____

    Professional Costs:


3/25/08- Instrument Recording Fee                    17.50

       Total Amount This Invoice             $17.50
_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001220310
    Our File No. 13515
    Status - Foreclosure
    Referral Date 12/10/2007

    Invoice Number  113733

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---:|
| 3/13/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 3/24/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---:|
| 3/12/08- | Title Search | 275.00 |
| 3/13/08- | Court Filing Fee | 255.00 |
| 3/13/08- | Service of Process | 140.00 |
| | Total Amount This Invoice | $1,395.00 |
| | Total Current Charges | $1,395.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

   Account No. 1001200809
   Our File No. 12887
   Status - Foreclosure
   Referral Date 11/21/2007

   Invoice Number  113734

Tax ID # 59-2885854

---

   Professional services:

| | | |
|---|---|---|
| 3/20/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

   Professional Costs:

| | | |
|---|---|---|
| 3/12/08 - | Sale Fee | 60.00 |
| 3/20/08 - | Instrument Recording Fee | 4.50 |
| 3/20/08 - | Documentary Stamps | 0.70 |
| 3/28/08 - | Publication of Notice of Sale | 63.56 |
| | Total Amount This Invoice | $728.76 |
| | Total Current Charges | $728.76 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001231225
Our File No. 14656
Status - Foreclosure
Referral Date 1/3/2008

Invoice Number  113735

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---:|
| 3/7/08 | Flat fee for foreclosure lawsuit- first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---:|
| 3/1/08- | Title Search | 275.00 |
| 3/7/08- | Court Filing Fee | 269.00 |
| 3/7/08- | Recording Fee | 7.00 |
| 3/7/08- | Service of Process | 150.00 |
| 3/17/08- | Service of Process | 336.00 |
| 3/20/08- | Service of Process | 35.00 |
| 3/21/08- | Hydra Skiptrace | 45.00 |
| 3/26/08- | Service of Process | 224.00 |
| 3/31/08- | Hydra Skiptrace | 45.00 |

Total Amount This Invoice          $1,986.00

Total Current Charges          $1,986.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing.
         :
       Account No. 1001398903
       Our File No. 16292
       Status - Foreclosure
       Referral Date 2/10/2008

       Invoice Number  113736

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/21/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/21/08- | Court Filing Fee | 257.00 |
| 3/21/08- | Service of Process | 312.00 |
| | Total Amount This Invoice | $1,169.00 |
| | Total Current Charges | $1,169.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001246387
    Our File No. 09059
    Status - Foreclosure
    Referral Date - 7/20/2007

    Invoice Number  113737

Tax ID # 59-2885854

---

Professional Costs:

3/31/08- Sale Fee | 60.00

Total Amount This Invoice | $60.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing                    ,

    Account No. 1001242212
    Our File No. 13509
    Status - Foreclosure
    Referral Date 12/10/2007

    Invoice Number  113738

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---:|
| 3/5/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| | | |
|---|---|---:|
| 3/10/08- | Court Call | 60.00 |
| 3/17/08- | Publication of Notice of Action | 685.56 |
| 3/26/08- | Court Filing Fee | 2.00 |
| 3/26/08- | Instrument Recording Fee | 18.50 |

    Total Amount This Invoice                    $891.06

    Total Current Charges                        $891.06

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1000589020
    Our File No. 13356
    Status - Foreclosure
    Referral Date 12/6/2007

    Invoice Number  113739

Tax ID # 59-2885854

---

    Professional Costs:

| | |
|---|---:|
| 3/12/08- Attorney Ad Litem Fee | 585.00 |
| 3/27/08- Publication of Notice of Sale | 179.20 |
| **Total Amount This Invoice** | **$764.20** |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage,
      Account No. 1001284880
      Our File No. 11489

      Status - Eviction
      Referral Date 10/17/2007

      Invoice Number  114000

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/3/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/3/08- | Writ of Possession | 70.00 |
| | Total costs | $70.00 |
| | Total Current Charges | $420.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001520824
Our File No. 12931
Status - Foreclosure
Referral Date 11/21/2007

Invoice Number  113740

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 3/25/08- | Instrument Recording Fee | 25.50 |
| 3/25/08- | Hydra Skiptrace | 5.00 |
| | Total Amount This Invoice | $30.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001728531
Our File No. 16294
Status - Foreclosure
Referral Date 2/10/2008

Invoice Number  113742

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/25/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/25/08- | Court Filing Fee | 257.00 |
| 3/25/08- | Service of Process | 150.00 |
| | Total Amount This Invoice | $1,007.00 |
| | Total Current Charges | $1,007.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001393440
Our File No. 15667
Status - Foreclosure
Referral Date 1/25/2008

Invoice Number  113745

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/10/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/7/08- | Title Search | 340.00 |
| 3/10/08- | Court Filing Fee | 255.00 |
| 3/10/08 - | Instrument Recording Fee | 1.00 |
| 3/10/08- | Service of Process | 148.00 |
| | Total Amount This Invoice | $1,344.00 |
| | Total Current Charges | $1,344.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001302989
Our File No. 15672
Status - Foreclosure
Referral Date 1/25/2008

Invoice Number  113750

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/10/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/7/08- | Title Search | 275.00 |
| 3/10/08- | Court Filing Fee | 257.00 |
| 3/10/08- | Instrument Recording Fee | 3.00 |
| 3/10/08- | Service of Process | 210.00 |
| | Total Amount This Invoice | $1,345.00 |
| | Total Current Charges | $1,345.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063


RE:  American Home Mortgage Servicing        ,

     Account No. 1001289192
     Our File No. 15872
     Status - Foreclosure
     Referral Date 1/30/2008

     Invoice Number  113753

Tax ID # 59-2885854

_____

          Professional services:


3/11/08   Flat fee for foreclosure lawsuit - first half.        600.00

_____

          Professional Costs:

3/10/08-  Title Search                                   275.00
3/11/08-  Court Filing Fee                               255.00
3/11/08-  Recording Fee                                    2.00
3/11/08-  Instrument Recording Fee                         9.00
3/11/08-  Service of Process                              60.00
3/26/08-  Service of Process                              70.00

          Total Amount This Invoice               $1,271.00


          Total Current Charges                   $1,271.00


          Total current balance due               $1,271.00

_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001359385
Our File No. 15946
Status - Foreclosure
Referral Date 1/31/2008

Invoice Number  113759

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/20/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/19/08 - | Title Search | 275.00 |
| 3/20/08 - | Court Filing Fee | 255.00 |
| 3/20/08 - | Instrument Recording Fee | 2.00 |
| 3/20/08 - | Instrument Recording Fee | 9.00 |
| 3/20/08 - | Service of Process | 175.00 |
| | Total Amount This Invoice | $1,316.00 |
| | Total Current Charges | $1,316.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing                ,

      Account No. 1001086776
      Our File No. 10049                   .

      Status - Foreclosure
      Referral Date 8/29/2007

      Invoice Number  113779

Tax ID # 59-2885854
_____

        Professional Costs:


3/21/08- Court Filing Fee                            50.00
                                                    _____
        Total Amount This Invoice                   $50.00
_____


              PAYMENT DUE UPON RECEIPT
   PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                  *****THANK YOU*****
laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001048747
Our File No. 11396
Status - Foreclosure
Referral Date 10/12/2007

Invoice Number  113780

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 3/25/08- Instrument Recording Fee | 17.50 |
| Total Amount This Invoice | $17.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001618271
     Our File No. 12463
     Status - Foreclosure
     Referral Date 11/10/2007

     Invoice Number  114264

Tax ID # 59-2885854

---

Professional services:

| | | Hrs/Rate | |
|---|---|---|---|
| 3/7/08 | Telephone communications with client (.1); correspondence to client (.1). (PEL) | 0.20 150.00/hr | 30.00 |
| 3/10/08 | Communications with client. (PEL) | 0.20 150.00/hr | 30.00 |
| 3/12/08 | Correspondence to client. (PEL) | 0.10 150.00/hr | 15.00 |
| 3/13/08 | Telephone communications with client. (PEL) | 0.40 150.00/hr | 60.00 |
| 3/20/08 | Correspondence to client (.2); correspondence to Atty McKillop (.6). (PEL) | 0.80 150.00/hr | 120.00 |
| 3/24/08 | Correspondence with client. (PEL) | 0.10 150.00/hr | 15.00 |
| 3/25/08 | Correspondence with client (.1); Telephone communications with client (.3). (PEL) | 0.40 150.00/hr | 60.00 |
| 3/26/08 | Telephone communications with Atty McKillop. (PEL) | 0.90 150.00/hr | 135.00 |

Page    2

|  |  | Hrs/Rate |  |
|---|---|---|---|
| 3/31/08 | Prepare and Attend Final Summary Judgement hearing. (PEL) | 2.50 150.00/hr | 375.00 |
|  | Total Amount This Invoice | 5.60 | $840.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001307537
Our File No. 12213
Status - Foreclosure
Referral Date 11/4/2007

Invoice Number  113783

Tax ID # 59-2885854

---

Professional Costs:

| Date | Description | Amount |
|------|-------------|-------:|
| 3/3/08- | Service of process | 70.00 |
| 3/13/08- | Court Filing Fee | 1.00 |
| 3/15/00- | Instrument Recording Fee | 18.50 |
| 3/31/08- | Sale Fee | 60.00 |
| | Total Amount This Invoice | $149.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000836427
Our File No. 12828
Status - Foreclosure
Referral Date- 11/20/2007

Invoice Number  113784

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/10/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/5/08- | Sale Fee | 60.00 |
| 3/6/08- | Publication of Notice of Sale | 65.18 |
| 3/14/08- | Instrument Recording Fee | 4.50 |
| 3/14/08- | Documentary Stamps | 0.70 |

Total Amount This Invoice          $730.38

Total Current Charges              $730.38

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1000791353
    Our File No. 13384
    Status - Foreclosure
    Referral Date 12/6/2007

    Invoice Number  113785

Tax ID # 59-2885854

---

    Professional Costs:

| | | |
|---|---|---:|
| 3/4/08- | Instrument Recording Fee | 29.50 |
| 3/4/08 - | Hydra Skiptrace | 15.00 |
| 3/4/08 - | Instrument Recording Fee | 13.00 |
| | Total Amount This Invoice | $57.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001023608
Our File No. 10036-EVC
Status - Eviction
Referral Date 8/29/2007

Invoice Number  114287

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/17/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/25/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001101923
Our File No. 13304
Status - Foreclosure
Referral Date 12/4/2007

Invoice Number  113787

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 3/3/08- Publication of Notice of Action | 115.95 |
| Total Amount This Invoice | $115.95 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063


RE:  American Home Mortgage Servicing

    Account No. 1001002731
    Our File No. 14713
    Status - Foreclosure
    Referral Date 1/4/2008

    Invoice Number  113788

Tax ID # 59-2885854

---

    Professional services:


| | | |
|---|---|---:|
| 3/12/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---:|
| 3/11/08- | Title Search | 340.00 |
| 3/12/08- | Court Filing Fee | 260.00 |
| 3/12/08- | Instrument Recording Fee | 3.00 |
| 3/12/08- | Service of Process | 150.00 |
| 3/20/08- | Service of Process | 35.00 |
| | Total Amount This Invoice | $1,388.00 |
| | Total Current Charges | $1,388.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001344996 OR 1001304996
Our File No. 14594
Status - Foreclosure
Referral Date- 1/2/2008

Invoice Number  113790

Tax ID # 59-2885854

---

Professional Costs:

| | | |
|---|---|---:|
| 3/19/08- | Service of Process | 240.00 |
| 3/31/08- | Publication of Notice of Action | 198.75 |
| 3/31/08- | Attorney Ad Litem Fee | 400.00 |
| | Total Amount This Invoice | $838.75 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001136731
Our File No. 10543

Status - Foreclosure
Referral Date 9/14/2007

Invoice Number  113792

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/3/08 | Flat fee for title claim/title curative. | 300.00 |
| 3/31/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/17/08- | Sale Fee | 60.00 |
| 3/28/08- | Publication of Notice of Sale | 97.50 |
| 3/31/08- | Instrument Recording Fee | 3.50 |
| 3/31/08- | Documentary Stamps | 0.70 |

Total Amount This Invoice          $1,061.70

Total Current Charges              $1,061.70

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001355004
Our File No. 14870
Status - Foreclosure
Referral Date 1/8/2008

Invoice Number  113793

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/6/08 | Flat fee for foreclosure lawsuit- first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/5/08- | Title Search | 275.00 |
| 3/6/08- | Court Filing Fee | 255.00 |
| 3/6/08- | Service of Process | 140.00 |
| | Total Amount This Invoice | $1,270.00 |
| | Total Current Charges | $1,270.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001062484
    Our File No. 11769
    Status - Foreclosure
    Referral Date 10/23/2007

    Invoice Number  113795

Tax ID # 59-2885854

---

Professional services:

| Date | Description | Amount |
|---|---|---|
| 3/3/08 | Flat fee for title claim/title curative. | 300.00 |
| 3/18/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 3/6/08- | Publication of Notice of Sale | 110.00 |
| 3/10/08- | Sale Fee | 60.00 |
| 3/25/08- | Instrument Recording Fee | 4.50 |
| 3/25/08 | Documentary Stamps | 0.70 |

Total Amount This Invoice      $1,075.20

Total Current Charges      $1,075.20

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000829863
Our File No. 13383
Status - Foreclosure
Referral Date 12/6/2007

Invoice Number  113798

Tax ID # 59-2885854

---

Professional Costs:

| | | |
|---|---|---|
| 3/6/08- Instrument Recording Fee | | 8.00 |
| 3/6/08- Publication of Notice of Action | | 98.06 |
| 3/26/08- Sale Fee | | 60.00 |
| Total Amount This Invoice | | $166.06 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing/

Account No. 1001332326
Our File No. 14922
Status - Foreclosure
Referral Date 1/8/2008

Invoice Number  113803

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---:|
| 3/3/08 | Prepare and send acceleration letter. | 50.00 |
| 3/6/08 | Flat fee for foreclosure lawsuit- first half. | 600.00 |
| 3/26/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---:|
| 3/5/08- | Title Search | 275.00 |
| 3/6/08- | Court Filing Fee | 255.00 |
| 3/6/08 - | Recording Fee | 3.00 |
| 3/6/08- | Instrument Recording Fee | 9.00 |
| 3/6/08- | Service of Process | 120.00 |
| 3/13/08- | Service of Process | 35.00 |
| 3/26/08- | Instrument Recording Fee | 18.50 |
| 3/28/08- | Instrument Recording Fee | 14.50 |

|  |  |
|---|---:|
| Total Amount This Invoice | $1,505.00 |

|  |  |
|---|---:|
| Total Current Charges | $1,505.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

Account No. 1001032243
Our File No. 10055

Status - Foreclosure
Referral Date 8/29/2007

Invoice Number  113804

Tax ID # 59-2885854

Professional services:

| Date | Description | Amount |
|------|-------------|-------:|
| 3/3/08 | Flat fee for title claim/title curative. | 300.00 |
| 3/18/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| Date | Description | Amount |
|------|-------------|-------:|
| 3/10/08- | Sale Fee | 60.00 |
| 3/24/08- | Instrument Recording Fee | 4.50 |
| 3/24/08 | Documentary Stamps | 0.70 |
| 3/28/08- | Publication of Notice of Sale | 481.36 |

Total Amount This Invoice                        $1,446.56

Total Current Charges                            $1,446.56

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

    Account No. 1001115514
    Our File No. 10097-EVIC
    Status - Eviction
    Referral Date 8/30/2007

    Invoice Number  114288

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 3/3/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 3/3/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001094676
Our File No. 13507
Status - Foreclosure
Referral Date 12/10/2007

Invoice Number  113807

Tax ID # 59-2885854

---

Professional Costs:

| | | |
|---|---|---|
| 3/13/08- | Court Filing Fee | 1.00 |
| 3/13/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $19.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001342541
Our File No. 15622
Status - Foreclosure
Referral Date 1/24/2008

Invoice Number  113810

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/7/08 | Flat fee for foreclosure lawsuit- first half. | 600.00 |
| 3/12/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/6/08- | Title Search | 275.00 |
| 3/7/08- | Service of Process | 100.00 |
| 3/7/08- | Court Filing Fee | 255.00 |
| 3/31/08- | Hydra Skiptrace | 45.00 |
| 3/31/08- | Service of Process | 112.00 |

Total Amount This Invoice     $1,512.00

Total Current Charges     $1,512.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,
      Account No. 1001553326
      Our File No. 14092
      Status - Foreclosure
      Referral Date 12/20/2007

      Invoice Number  113817

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/7/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/3/08- | Service of Process | 155.00 |
| 3/26/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $298.50 |
| | Total Current Charges | $298.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001356443
Our File No. 11637
Status - Foreclosure
Referral Date 10/20/2007

Invoice Number  114266

Tax ID # 59-2885854

| | Professional services: | Hrs/Rate | |
|---|---|---|---|
| 3/5/08 | Correspondence with client. (PEL) | 0.40 150.00/hr | 60.00 |
| | Total Amount This Invoice | 0.40 | $60.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001462355
Our File No. 12938
Status - Foreclosure
Referral Date 11/23/2007
Invoice Number  114257

Tax ID # 59-2885854

---

|  | Professional services: | Hrs/Rate | |
|---|---|---|---|
| 3/21/08 | Review Collado's Motion to Dismiss and First Request for Production of Documents. (PEL) | 0.10 150.00/hr | 15.00 |
| 3/21/08 | Draft Reply to Affirmative Defenses (1.2); draft correspondence to client (.6). (PEL) | 1.80 150.00/hr | 270.00 |
| | Total Amount This Invoice | 1.90 | $285.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001742380
   Our File No. 14591
   Status - Foreclosure

   Invoice Number  114462

Tax ID # 59-2885854

_____

      Professional Costs:


| | |
|---|---|
| 3/13/08- Instrument Recording Fee | 18.50 |
| Total Amount This Invoice | $18.50 |


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000689306
Our File No. 12548
Status - Foreclosure
Referral Date 11/14/2007

Invoice Number  113828

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/17/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/3/08- | Publication of Notice of Sale | 91.73 |
| 3/5/08- | Instrument Recording Fee | 15.50 |
| 3/5/08- | Sale Fee | 60.00 |
| 3/17/08- | Court Filing Fee | 50.00 |
| | Total Amount This Invoice | $817.23 |
| | Total Current Charges | $817.23 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001181721
   Our File No. 10105

   Status - Foreclosure
   Referral Date 8/30/2007
   Invoice Number  114267

Tax ID # 59-2885854

Professional services:

| | | Hrs/Rate | |
|---|---|---|---|
| 3/5/08 | Telephone communications with opposing counsel (.4); correspondence with client (.2). (PEL) | 0.60 150.00/hr | 90.00 |
| 3/10/08 | Telephone communications with Atty Juste. (PEL) | 0.50 150.00/hr | 75.00 |
| 3/26/08 | Correspondence with co-counsel. (PEL) | 0.30 150.00/hr | 45.00 |
| | Total Amount This Invoice | 1.40 | $210.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1000853944
Our File No. 12864
Status - Foreclosure
Referral Date 11/20/2007

Invoice Number  113830

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/3/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/25/08- | Publication of Notice of Sale | 255.50 |
| 3/26/08- | Sale Fee | 60.00 |
| | Total Amount This Invoice | $440.50 |
| | Total Current Charges | $440.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing
            :
      Account No. 1001367504
      Our File No. 17781
      Status - Foreclosure
      Referral Date 3/12/2008

      Invoice Number  113831

Tax ID # 59-2885854

---

        Professional services:


3/27/08  Flat fee for foreclosure lawsuit- first half.         600.00

---

        Professional Costs:

3/27/08- Title Search                                          275.00

        Total Amount This Invoice                            $875.00

        Total Current Charges                               $875.00

---

                PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                 *****THANK YOU*****
laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001443641
Our File No. 16728
Status - Foreclosure
Referral Date 2/19/2008

Invoice Number  113832

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/31/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/28/08- | Title Search | 275.00 |
| 3/31/08- | Court Filing Fee | 257.00 |
| 3/31/08 - | Instrument Recording Fee | 3.00 |
| 3/31/08- | Instrument Recording Fee | 18.50 |
| 3/31/08- | Service of Process | 240.00 |

Total Amount This Invoice          $1,393.50

Total Current Charges          $1,393.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001567888
Our File No. 16819
Status - Foreclosure
Referral Date 2/21/2008

Invoice Number  113833

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/27/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/26/08 - | Title Search | 275.00 |
| 3/27/08 - | Court Filing Fee | 255.00 |
| 3/27/08 - | Instrument Recording Fee | 1.00 |
| 3/27/08 - | Instrument Recording Fee | 17.00 |
| 3/27/08 - | Service of Process | 64.00 |
| 3/27/08 - | Service of Process | 70.00 |

Total Amount This Invoice        $1,282.00

Total Current Charges            $1,282.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001179382
Our File No. 14579
Status - Foreclosure
Referral Date 1/2/2008

Invoice Number  113834

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/10/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/7/08- | Title Search | 275.00 |
| 3/10/08- | Court Filing Fee | 267.00 |
| 3/10/08- | Instrument Recording Fee | 5.00 |
| 3/10/08- | Instrument Recording Fee | 9.00 |
| 3/10/08 - | Service of Process | 120.00 |
| 3/10/08 - | Service of Process | 35.00 |
| 3/21/08- | Service of Process | 20.00 |

| | |
|---|---|
| Total Amount This Invoice | $1,331.00 |
| Total Current Charges | $1,331.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001249296
Our File No. 11810
Status - Foreclosure
Referral Date 10/24/2007

Invoice Number  113835

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 3/13/08- Publication of Notice of Sale | 115.57 |
| Total Amount This Invoice | $115.57 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001343905
Our File No. 14733
Status - Foreclosure
Referral Date 1/4/2008

Invoice Number  113836

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/10/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/5/08- | Service of Process | 125.00 |
| 3/5/08 - | Hydra Skiptrace | 90.00 |
| | Total Amount This Invoice | $340.00 |
| | Total Current Charges | $340.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001185371
Our File No. 14716
Status - Foreclosure
Referral Date 1/4/2008

Invoice Number  113849

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/26/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/12/08- | Service of Process | 160.00 |
| 3/19/08- | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $330.00 |
| | Total Current Charges | $330.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001426803
     Our File No. 16295
     Status - Foreclosure
     Referral Date 2/10/2008

     Invoice Number  113850

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/14/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/14/08- | Court Filing Fee | 257.00 |
| 3/14/08 - | Instrument Recording Fee | 3.00 |
| 3/14/08- | Service of Process | 312.00 |
| 3/28/08- | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $1,217.00 |
| | Total Current Charges | $1,217.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001382153
    Our File No. 12201
    Status - Foreclosure
    Referral Date 11/4/2007

    Invoice Number  113851

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---:|
| 3/6/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---:|
| 3/5/08- | Sale Fee | 60.00 |
| 3/12/08- | Instrument Recording Fee | 4.50 |
| 3/12/08- | Documentary Stamps | 77.00 |
| | Total Amount This Invoice | $741.50 |
| | Total Current Charges | $741.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

## DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001149655
Our File No. 16846
Status - Foreclosure
Referral Date 2/21/2008

Invoice Number  113852

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/26/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/25/08- | Title Search | 275.00 |
| 3/26/08- | Court Filing Fee | 263.00 |
| 3/26/08- | Instrument Recording Fee | 5.00 |
| 3/26/08- | Hydra Skiptrace | 45.00 |
| 3/26/08- | Instrument Recording Fee | 17.00 |
| 3/26/08- | Service of Process | 50.00 |
| 3/28/08- | Service of Process | 35.00 |

| | |
|---|---|
| Total Amount This Invoice | $1,290.00 |
| Total Current Charges | $1,290.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

  Account No. 1001548446
  Our File No. 12896
  Status - Foreclosure
  Referral Date 11/21/2007

  Invoice Number  113853

Tax ID # 59-2885854

_____

          Professional services:

3/27/08   Flat fee for foreclosure lawsuit - second half        600.00

_____

          Professional Costs:

 3/6/08-  Publication of Notice of Sale                         150.50
3/17/08-  Sale Fee                                               60.00
3/27/08-  Instrument Recording Fee                                3.50
3/27/08-  Documentary Stamps                                      0.70
                                                                 _____

          Total Amount This Invoice                            $814.70


          Total Current Charges                                $814.70

_____


               PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****
laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001026435
Our File No. 13675
Status - Foreclosure
Referral Date 12/13/2007

Invoice Number  113857

Tax ID # 59-2885854

_____

Professional Costs:


3/17/08- Publication of Notice of Action                      177.13

Total Amount This Invoice                     $177.13
_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing.

     Account No. 1000839268
     Our File No. 14907
     Status - Foreclosure
     Referral Date 1/8/2008

     Invoice Number  113858

Tax ID # 59-2885854

_____

        Professional services:


3/13/08  Flat fee for foreclosure lawsuit - first half.      600.00
_____

        Professional Costs:

3/12/08- Title Search                                        275.00
3/13/08- Court Filing Fee                                    269.00
3/13/08- Instrument Recording Fee                              8.00
3/13/08- Instrument Recording Fee                            13.00
3/13/08- Service of Process                                  300.00
                                                           _____
        Total Amount This Invoice                         $1,465.00


        Total Current Charges                              $1,465.00
                                                           =========
_____

                  PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**

**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001681240
   Our File No. 11852
   Status - Foreclosure/Sale
   Referral Date 10/25/2007

   Invoice Number  113860

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/3/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/5/08- | Instrument Recording Fee | 3.50 |
| 3/5/08- | Documentary Stamps | 0.70 |
| 3/11/08- | Publication of Notice of Sale | 97.95 |
| | Total Amount This Invoice | $702.15 |
| | Total Current Charges | $702.15 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001182420
   Our File No. 11171
   Status - Foreclosure
   Referral Date 10/4/2007

   Invoice Number  113862

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/11/08 | Flat fee for foreclosure lawsuit - second half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/3/08- | Publication of Notice of Sale | 121.24 |
| 3/6/08- | Sale Fee | 60.00 |
| 3/11/08- | Documentary Stamps | 0.70 |
| 3/11/08- | Instrument Recording Fee | 4.50 |
| | Total Amount This Invoice | $786.44 |
| | Total Current Charges | $786.44 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001164702
Our File No. 15676-EVC
Status - Eviction
Referral Date 1/25/2008
Invoice Number  114289

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/3/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/3/08 | Writ of Possession | 90.00 |
| 3/3/08 | Court Filing Fee | 50.00 |
| | Total Amount This Invoice | $490.00 |
| | Total Current Charges | $490.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001438703
Our File No. 12926
Status - Foreclosure
Referral Date 11/21/2007

Invoice Number  113865

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---:|
| 3/7/08- Sale Fee | 60.00 |
| Total Amount This Invoice | $60.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001438480
Our File No. 12922
Status - Foreclosure
Referral Date 11/21/2007

Invoice Number  113866

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/12/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/3/08- | Sale Fee | 60.00 |
| 3/3/08- | Publication of Notice of Sale | 388.42 |
| 3/17/08- | Instrument Recording Fee | 3.50 |
| 3/17/08 | Documentary Stamps | 0.70 |
| | Total Amount This Invoice | $1,052.62 |
| | Total Current Charges | $1,052.62 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001224941
     Our File No. 11015
     Status- Foreclosure
     Referral Date- 9/28/2007

     Invoice Number  113867

Tax ID # 59-2885854

                Professional Costs:

| | | |
|---|---|---|
| 3/3/08- Instrument Recording Fee | | 18.50 |
| 3/3/08- Hydra skiptrace | | 5.00 |
| Total Amount This Invoice | | $23.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa



**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001220330
Our File No. 09033

Status - Foreclosure
Referral Date 7/19/2007

Invoice Number  114423

Tax ID # 59-2885854

| | Professional services: | Hrs/Rate | |
|---|---|---|---|
| 3/4/08 | Telephone communications with Atty Rabin. (PEL) | 0.50 150.00/hr | 75.00 |
| | Total Amount This Invoice | 0.50 | $75.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001670087
Our File No. 16822
Status - Foreclosure
Referral Date 2/21/2008

Invoice Number  113868

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/28/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/27/08- | Title Search | 275.00 |
| 3/28/08- | Court Filing Fee | 259.00 |
| 3/28/08- | Instrument Recording Fee | 3.00 |
| 3/28/08- | Instrument Recording Fee | 9.00 |
| 3/28/08- | Service of Process | 80.00 |

Total Amount This Invoice          $1,226.00

Total Current Charges          $1,226.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing               1,

Account No. 1001502659
Our File No. 16815
Status - Foreclosure
Referral Date 2/21/2008

Invoice Number  113881

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---:|
| 3/31/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---:|
| 3/28/08 - | Title Search | 275.00 |
| 3/31/08 - | Court Filing Fee | 259.00 |
| 3/31/08 - | Recording Fee | 3.00 |
| 3/31/08 - | Hydra Skiptrace | 45.00 |
| 3/31/08 - | Instrument Recording Fee | 18.50 |
| 3/31/08 - | Service of Process | 200.00 |
| | Total Amount This Invoice | $1,400.50 |
| | Total Current Charges | $1,400.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001539302
   Our File No. 12929
   Status - Foreclosure
   Referral Date 11/21/2007

   Invoice Number  113882

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/10/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/14/08- | Instrument Recording Fee | 21.50 |
| 3/14/08- | Hydra Skiptrace | 5.00 |
| | Total Amount This Invoice | $626.50 |
| | Total Current Charges | $626.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.
     Account No. 1001406756
     Our File No. 13359
     Status - Foreclosure
     Referral Date 12/6/2007

     Invoice Number  113883

Tax ID # 59-2885854

---

Professional services:


| | | |
|---|---|---|
| 3/27/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/5/08- | Hydra Skiptrace | 5.00 |
| 3/17/08- | Publication of Notice of Action | 229.90 |
| | Total Amount This Invoice | $834.90 |
| | Total Current Charges | $834.90 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001341195
Our File No. 15827
Status - Foreclosure
Referral Date 1/29/2008

Invoice Number  113884

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/14/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 3/24/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/13/08 - | Title Search | 275.00 |
| 3/14/08 - | Court Filing Fee | 257.00 |
| 3/14/08 - | Service of Process | 104.00 |
| 3/24/08 - | Service of Process | 140.00 |

|   |   |
|---|---|
| Total Amount This Invoice | $1,501.00 |
| Total Current Charges | $1,501.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001596257
Our File No. 13321
Status - Foreclosure
Referral Date 12/5/2007

Invoice Number  113885

Tax ID # 59-2885854

Professional Costs:

| Date | Description | Amount |
|------|-------------|--------|
| 3/7/08- | Attorney Ad Litem Fee | 585.00 |
| 3/12/08- | Attorney Ad Litem Fee | 585.00 |
| 3/17/08- | Publication of Notice of Action | 298.15 |
| 3/19/08- | Instrument Recording Fee | 28.00 |
| 3/21/08- | Service of Process | 60.00 |
| 3/31/08- | Service of Process | 70.00 |
| | Total Amount This Invoice | $1,626.15 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing       r

    Account No. 1001355623
    Our File No. 16729
    Status - Foreclosure
    Referral Date 2/19/2008

    Invoice Number  113886

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 3/26/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

    Professional Costs:

| | | |
|---|---|---|
| 3/25/08- | Title Search | 275.00 |
| 3/26/08- | Court Filing Fee | 259.00 |
| 3/26/08- | Instrument Recording Fee | 3.00 |
| 3/26/08- | Hydra Skiptrace | 45.00 |
| 3/26/08 - | Instrument Recording Fee | 18.50 |
| 3/26/08- | Service of Process | 160.00 |
| 3/28/08- | Service of Process | 224.00 |

| | |
|---|---|
| Total Amount This Invoice | $1,584.50 |
| Total Current Charges | $1,584.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001692010
Our File No. 14590
Status - Foreclosure
Referral Date 1/2/2008

Invoice Number  113888

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/10/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/8/08- | Death Certificate | 35.25 |
| | Total Amount This Invoice | $160.25 |
| | Total Current Charges | $160.25 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001378970
Our File No. 14088
Status - Foreclosure
Referral Date 12/20/2007

Invoice Number  113889

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 3/17/08- Publication of Notice of Action | 92.76 |
| 3/18/08- Hydra Skiptrace | 45.00 |
| Total Amount This Invoice | $137.76 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001268054
Our File No. 12819
Status - Foreclosure
Referral Date 11/20/2007

Invoice Number  113890

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 3/12/08- Service of Process | 60.00 |
| Total Amount This Invoice | $60.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001363315
     Our File No. 16736
     Status - Foreclosure
     Referral Date 2/19/2008

     Invoice Number  113892

Tax ID # 59-2885854

---

     Professional services:

| | | |
|---|---|---|
| 3/31/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

     Professional Costs:

| | | |
|---|---|---|
| 3/28/08- | Title Search | 275.00 |
| 3/31/08- | Court Filing Fee | 257.00 |
| 3/31/08 - | Instrument Recording Fee | 3.00 |
| 3/31/08 - | Hydra Skiptrace | 45.00 |
| 3/31/08 - | Instrument Recording Fee | 9.00 |
| 3/31/08 - | Service of Process | 50.00 |

     Total Amount This Invoice    $1,239.00

     Total Current Charges    $1,239.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001060708
      Our File No. 14089
      Status - Foreclosure
      Referral Date 12/20/2007

      Invoice Number  113893

Tax ID # 59-2885854

_____

          Professional services:


3/10/08   Flat fee to prepare assignment of mortgage.          125.00

_____

          Professional Costs:

  3/7/08-  Instrument Recording Fee                              27.50
  3/7/08   Hydra Skiptrace                                        5.00
  3/26/08- Recording Fee                                          3.00
  3/26/08  Instrument Recording Fee                              18.50

          Total Amount This Invoice                          $179.00
                                                             _____

          Total Current Charges                              $179.00
                                                             ========

_____

                PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                  *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing,

Account No. 1000705337
Our File No. 13382
Status - Foreclosure
Referral Date 12/6/2007

Invoice Number  114260

Tax ID # 59-2885854

Professional services:

|  |  | Hrs/Rate |  |
|---|---|---|---|
| 3/3/08 | Flat fee to prepare assignment of mortgage. |  | 125.00 |
| 3/3/08 | Review defendant's motion to dismiss. | 0.50 150.00/hr | 75.00 |
| 3/4/08 | Draft cost bond (.2); Draft Notice of Filing (.3); Work on Motion to Dismiss hearing issues (1.1). (PEL) | 1.60 150.00/hr | 240.00 |
| 3/7/08 | Correspondence with client. (PEL) | 0.20 150.00/hr | 30.00 |
| 3/19/08 | Telephone communications with opposing counsel. (PEL) | 0.40 150.00/hr | 60.00 |

Professional Costs:

| | | | |
|---|---|---|---|
| 3/3/08- | Court Filing Fee | | 2.00 |
| 3/3/08 - | Instrument Recording Fee | | 18.50 |
| 3/3/08- | Recording Fee | | 0.60 |
| 3/31/08- | Publication of Notice of Action | | 337.11 |
| | Total Amount This Invoice | 2.70 | $888.21 |
| | Total Current Charges | | $888.21 |

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001090613
Our File No. 13510
Status - Foreclosure
Referral Date 12/10/2007

Invoice Number  113898

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/10/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/11/08 - | Instrument Recording Fee | 28.50 |
| 3/11/08 - | Hydra Skiptrace | 5.00 |
| | Total Amount This Invoice | $158.50 |
| | Total Current Charges | $158.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001108270
Our File No. 11894-bk
Status - BK CH 13, 8:07-bk-11044-KRM, 11/14/2007
Referral Date 2/19/2008

Invoice Number  113899

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/4/08 | Flat fee for Bankruptcy Motion to Lift Automatic Stay. | 525.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/3/08- | Court Filing Fee | 150.00 |
| | Total Amount This Invoice | $675.00 |
| | Total Current Charges | $675.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

        Account No. 1001134364
        Our File No. 10565-bk
        Status - BK CH 13, 8:07-bk-11044-KRM, 11/14/2007
        Referral Date 2/19/2008

        Invoice Number  113902

Tax ID # 59-2885854

---

        Professional services:


3/3/08  Flat fee for Bankruptcy Motion to Lift Stay.          525.00

---

        Professional Costs:

3/3/08- Court Filing Fee                                       150.00

        Total Amount This Invoice                             $675.00

        Total Current Charges                                 $675.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1000807184
    Our File No. 13393
    Status - Foreclosure
    Referral Date 12/6/2007

    Invoice Number  113905

Tax ID # 59-2885854

---

    Professional services:

| Date | Description | Amount |
|---|---|---|
| 3/12/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 3/5/08- | Instrument Recording Fee | 14.00 |
| 3/26/08- | Court Filing Fee | 1.00 |
| 3/26/00- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $158.50 |
| | Total Current Charges | $158.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000751149
Our File No. 12212
Status - Foreclosure
Referral Date 11/4/2007

Invoice Number  113907

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/14/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/13/08- | Court Filing Fee | 2.00 |
| 3/13/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $145.50 |
| | Total Current Charges | $145.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001656788
Our File No. 12918
Status - Foreclosure
Referral Date 11/21/2007

Invoice Number  113909

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---:|
| 3/21/08 - Instrument Recording Fee | 30.50 |
| 3/21/08 - Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $35.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001656708
    Our File No. 12961
    Status - Foreclosure
    Referral Date 11/25/2007

    Invoice Number  113911

Tax ID # 59-2885854

---

    Professional services:


3/31/08  Flat fee for foreclosure lawsuit - first half.          600.00

---

    Professional Costs:

3/28/08 - Title Search                                           275.00
3/31/08 - Court Filing Fee                                       263.00
3/31/00 - Hydra Skiptrace                                         45.00
3/31/08 - Service of Process                                     416.00

    Total Amount This Invoice                             $1,599.00


    Total Current Charges                                 $1,599.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001656632
Our File No. 12962
Status - Foreclosure
Referral Date 11/25/2007

Invoice Number  113916

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/26/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/26/08 - | Court Filing Fee | 255.00 |
| 3/26/08 - | Service of Process | 208.00 |
| | Total Amount This Invoice | $1,063.00 |
| | Total Current Charges | $1,063.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001535194
    Our File No. 13496
    Status - Foreclosure
    Referral Date 12/10/2007

    Invoice Number  113917

Tax ID # 59-2885854

---

    Professional Costs:

| | | |
|---|---|---|
| 3/5/08- Instrument Recording Fee | | 22.50 |
| - Hydra Skiptrace | | 5.00 |
| Total Amount This Invoice | | $27.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

Account No. 1001263113
Our File No. 11772
Status - Foreclosure
Referral Date 10/23/2007

Invoice Number  113918

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/25/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/14/08- | Sale Fee | 60.00 |
| 2/14/08- | Publication of Notice of Sale | 189.00 |
| 3/28/08- | Instrument Recording Fee | 3.50 |
| 3/28/08- | Documentary Stamps | 0.70 |
| | Total Amount This Invoice | $853.20 |
| | Total Current Charges | $853.20 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001263785
Our File No. 11773
Status - Foreclosure
Referral Date 10/23/2007

Invoice Number  113920

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/25/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/14/08- | Sale Fee | 60.00 |
| 3/24/08- | Publication of Notice of Sale | 185.50 |
| 3/28/08- | Instrument Recording Fee | 3.50 |
| 3/29/08 | Documentary Stamps | 0.70 |
| | Total Amount This Invoice | $849.70 |
| | Total Current Charges | $849.70 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001263607
     Our File No. 11775
     Status - Foreclosure
     Referral Date 10/23/2007

     Invoice Number  113923

Tax ID # 59-2885854

_____

       Professional services:


3/13/08  Flat fee for foreclosure lawsuit- second half.        600.00

_____

       Professional Costs:

3/14/08- Publication of Notice of Sale                         189.00
3/17/08- Sale Fee                                               60.00
3/28/08- Instrument Recording Fee                               3.50
3/29/08- Documentary Stamps                                     0.70
                                                              _____

       Total Amount This Invoice                             $853.20

                                                              _____
       Total Current Charges                                 $853.20
                                                              =======

_____


              PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                   *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001675025
     Our File No. 14865
     Status - Foreclosure
     Referral Date 1/8/2008

     Invoice Number  113929

Tax ID # 59-2885854

     Professional services:

| | | |
|---|---|---:|
| 3/3/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 3/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

     Professional Costs:

| | | |
|---|---|---:|
| 3/3/08- | Court Filing Fee | 259.00 |
| 3/3/08- | Service of Process | 175.00 |
| 3/3/08- | Title Search | 395.00 |
| 3/20/08- | Service of Process | 448.00 |
| | Total Amount This Invoice | $2,002.00 |
| | Total Current Charges | $2,002.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

     Account No. 1001217585
     Our File No. 12464
     Status - Foreclosure
     Referral Date 11/10/2007

     Invoice Number  114290

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/28/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/6/08- | Publication of Notice of Sale | 127.50 |
| 3/20/08- | Sale Fee | 60.00 |
| 3/28/08- | Instrument Recording Fee | 4.50 |
| 3/20/08- | Documentary Stamps | 1,407.00 |
| | Total Amount This Invoice | $2,199.00 |
| | Total Current Charges | $2,199.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001419696
Our File No. 15863
Status - Foreclosure
Referral Date 1/30/2008

Invoice Number  113936

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/17/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/14/08- | Title Search | 340.00 |
| 3/17/08- | Court Filing Fee | 260.00 |
| 3/17/08- | Recording Fee | 4.00 |
| 3/17/08- | Hydra Skiptrace | 45.00 |
| 3/17/08- | Service of Process | 100.00 |
| 3/20/08- | Service of Process | 35.00 |
| 3/27/08- | Service of Process | 224.00 |
| 3/27/08- | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $1,653.00 |
| | Total Current Charges | $1,653.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE: American Home Mortgage Servicing

Account No. 1001325528
Our File No. 15631
Status - Foreclosure
Referral Date 1/24/2008

Invoice Number 113938

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/10/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/7/08- | Title Search | 305.00 |
| 3/10/08- | Court Filing Fee | 259.00 |
| 3/10/08- | Instrument Recording Fee | 3.00 |
| 3/10/08- | Instrument Recording Fee | 18.50 |
| 3/13/08- | Service of Process | 240.00 |
| 3/25/08- | Hydra Skiptrace | 90.00 |
| | Total Amount This Invoice | $1,515.50 |
| | Total Current Charges | $1,515.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing                ,

   Account No. 1001029822
   Our File No. 14857
   Status - Foreclosure
   Referral Date 1/8/2008

   Invoice Number  113942

Tax ID # 59-2885854

---

   Professional services:

| | | |
|---|---|---|
| 3/6/08 | Flat fee for foreclosure lawsuit- first half. | 600.00 |
| 3/10/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

   Professional Costs:

| | | |
|---|---|---|
| 3/5/08- | Title Search | 340.00 |
| 3/6/08- | Court Filing Fee | 259.00 |
| 3/6/08 - | Recording Fee | 4.00 |
| 3/6/08 - | Recording Fee | 9.00 |
| 3/6/08 | Service of Process | 240.00 |
| 3/10/08- | Service of Process | 35.00 |
| 3/26/08- | Instrument Recording Fee | 17.50 |
| 3/26/08- | Hydra Skiptrace | 5.00 |

| | |
|---|---|
| Total Amount This Invoice | $1,634.50 |
| Total Current Charges | $1,634.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001357071
Our File No. 11661
Status - Foreclosure
Referral Date 10/22/2007

Invoice Number  114291

Tax ID # 59-2885854

---

Professional services:

|  |  | Hrs/Rate |  |
|---|---|---|---|
| 3/10/08 | Receive, review and analyze Discovery Request (.3); analyze and review file and documents (.5); communicate with client (.3); obtain, review and analyze documents from client (.5); organize documents (.3); prepare, draft and file Response to Discovery Request (1.3). (PEL) | 3.20 150.00/hr | 480.00 |
|  | Total Amount This Invoice | 3.20 | $480.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001492029
     Our File No. 15910
     Status - Foreclosure
     Referral Date 1/31/2008

     Invoice Number  113945

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/14/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/13/08- | Title Search | 275.00 |
| 3/14/08- | Court Filing Fee | 257.00 |
| 3/14/08- | Service of Process | 105.00 |
| 3/26/08- | Service of Process | 336.00 |
| | Total Amount This Invoice | $1,573.00 |
| | Total Current Charges | $1,573.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001502319
Our File No. 16821
Status - Foreclosure
Referral Date 2/21/2008

Invoice Number  113946

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/28/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/27/08- | Title Search | 275.00 |
| 3/28/08- | Court Filing Fee | 255.00 |
| 3/28/08 | Service of Process | 105.00 |
| 3/31/08- | Service of Process | 224.00 |
| | Total Amount This Invoice | $1,459.00 |
| | Total Current Charges | $1,459.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa



**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 000926429
Our File No. 17805
Status - Misc.
Referral Date 3/12/2008

Invoice Number  114424

Tax ID # 59-2885854

Professional services:

Hrs/Rate

| Date | Description | Hrs/Rate | Amount |
|------|-------------|----------|--------|
| 3/12/08 | Telephone communications with Bob Hardman (.5); Review new matter (.3); Telephone communications with Thomas Fellman (.5). (PEL) | 1.30 150.00/hr | 195.00 |
| 3/13/08 | Telephone communications with Thomas Fellman (.3); telephone communications with Bob Hardman (.5); Draft correspondence to Bob Hardeman (.4) (PEL) | 1.20 150.00/hr | 180.00 |
| 3/14/08 | Telephone conversation with Thomas Fellman (.1); draft email to Bob Hardman (.1); review court docket (.2) (PEL) | 0.40 150.00/hr | 60.00 |
| 3/4/08 | Telephone communications with Bob Hardman. (PEL) | 0.20 150.00/hr | 30.00 |
| 3/19/08 | Review pleadings from action filed by Thomas Fellman against American Home. (PEL) | 0.80 150.00/hr | 120.00 |
| 3/20/08 | Telephone communications with an attorney Popetti (.2); work on automatic stay issue (.4). (PEL) | 0.60 150.00/hr | 90.00 |

Page    2

|  |  | Hrs/Rate |  |
|---|---|---|---|
| 3/20/08 | Send email to Bob Hardman. (PEL) | 0.30<br>150.00/hr | 45.00 |
| 3/20/08 | Telephone communications with Thomas<br>Fellman (.2); email correspondence with<br>Robert Poppetti (.2). (PEL) | 0.40<br>150.00/hr | 60.00 |
| | Total Amount This Invoice | 5.20 | $780.00 |
| | Total current balance due | | $780.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001127837
Our File No. 15873
Status - Foreclosure
Referral Date 1/30/2008

Invoice Number  113948

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/14/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/13/08- | Title Search | 395.00 |
| 3/14/08- | Court Filing Fee | 259.00 |
| 3/14/08- | Service of Process | 150.00 |
| 3/14/08- | Instrument Recording Fee | 9.00 |
| 3/20/08- | Service of Process | 35.00 |
| | Total Amount This Invoice | $1,448.00 |
| | Total Current Charges | $1,448.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001560574
Our File No. 11768
Status - Foreclosure
Referral Date 10/23/2007

Invoice Number  113951

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 3/27/08- Service of Process | 64.00 |
| Total Amount This Invoice | $64.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001339280
    Our File No. 13367
    Status - Foreclosure
    Referral Date 12/6/2007

    Invoice Number  113953

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 3/13/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

    Professional Costs:

| | | |
|---|---|---|
| 3/5/08- | Instrument Recording Fee | 28.50 |
| 3/31/08- | Recording Fee | 18.50 |
| | Total Amount This Invoice | $172.00 |
| | Total Current Charges | $172.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001039502
    Our File No. 14730
    Status - Foreclosure
    Referral Date 1/4/2008

    Invoice Number  113955

Tax ID # 59-2885854

---

Professional Costs:

| Date | Description | Amount |
|------|-------------|-------:|
| 3/7/08- | Hydra Skiptrace | 90.00 |
| 3/10/08- | Service of Process | 140.00 |
| 3/18/08- | Court Filing Fee | 1.00 |
| 3/18/08 - | Instrument Recording Fee | 18.50 |
| 3/19/08- | Service of process | 240.00 |
| 3/28/08- | Instrument Recording Fee | 29.50 |
| | Total Amount This Invoice | $519.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1000930122
Our File No. 15860
Status - Foreclosure
Referral Date 1/30/2008

Invoice Number  113957

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/13/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/12/08- | Title Search | 340.00 |
| 3/13/08- | Court Filing Fee | 256.00 |
| 3/13/08 - | Service of Process | 100.00 |
| 3/28/08- | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $1,341.00 |
| | Total Current Charges | $1,341.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063


RE:  American Home Mortgage Servicing

Account No. 1001430699
Our File No. 14640
Status - Foreclosure
Referral Date 1/3/2008

Invoice Number  113961

Tax ID # 59-2885854

_____

        Professional Costs:


3/17/08- Publication of Notice of Action                    372.20

        Total Amount This Invoice                          $372.20
_____


                  PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                   *****THANK YOU*****
laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

Account No. 1001032438
Our File No. 11652
Status - Foreclosure
Referral Date 10/22/2007

Invoice Number  113962

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 3/20/08- | Instrument Recording Fee | 20.00 |
| 3/20/08 - | Hydra Skiptrace | 5.00 |
| | Total Amount This Invoice | $25.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001590991
      Our File No. 14637
      Status - Foreclosure / BK filed
      Referral Date 1/3/2008

      Invoice Number  114432

Tax ID # 59-2885854

      Professional services:

| | | |
|---|---|---|
| 3/26/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

      Professional Costs:

| | | |
|---|---|---|
| 3/17/08- | Publication of Notice of Action 3/24, 31/08 | 343.97 |
| | Total Amount This Invoice | $943.97 |
| | Total Current Charges | $943.97 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001194602
Our File No. 18659
Status - Misc.
Referral Date 3/28/2008
Invoice Number  114425

Tax ID # 59-2885854

Professional services:

| | | Hrs/Rate | |
|---|---|---|---|
| 3/26/08 | Received, reviewed new matter (1); Telephone communications with client (.4). (PEL) | 1.40 150.00/hr | 210.00 |
| 3/27/08 | Correspondence with co-counsel. (PEL) | 0.50 150.00/hr | 75.00 |
| 3/28/08 | Telephone communications with co-counsel. (PEL) | 0.40 150.00/hr | 60.00 |
| | Total Amount This Invoice | 2.30 | $345.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001050355
Our File No. 15290
Status - Answer
Referral Date 1/16/2008

Invoice Number  113964

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/13/08 | Flat fee to answer foreclosure/monitor. | 200.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/13/08- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing/

    Account No. 1001545159
    Our File No. 12960
    Status - Foreclosure
    Referral Date 11/25/2007

    Invoice Number  113967

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/27/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/26/08 - | Title Search | 275.00 |
| 3/27/08 - | Court Filing Fee | 267.00 |
| 3/27/08 - | Instrument Recording Fee | 7.00 |
| 3/27/08 - | Service of Process | 280.00 |
| | Total Amount This Invoice | $1,429.00 |
| | Total Current Charges | $1,429.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001378970
    Our File No. 16849
    Status - Foreclosure
    Referral Date 2/21/2008

    Invoice Number  113969

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---:|
| 3/28/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---:|
| 3/27/08- | Title Search | 275.00 |
| 3/28/08- | Court Filing Fee | 259.00 |
| 3/28/08 - | Instrument Recording Fee | 4.00 |
| 3/28/08 - | Instrument Recording Fee | 18.50 |
| 3/29/08 - | Service of Process | 160.00 |
| 3/31/08- | Service of Process | 35.00 |
| | Total Amount This Invoice | $1,351.50 |
| | Total Current Charges | $1,351.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001376096
Our File No. 15685
Status - Eviction
Referral Date 1/25/2008

Invoice Number  113970

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/3/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/3/08- | Writ of Possession | 95.00 |
| | Total Amount This Invoice | $445.00 |
| | Total Current Charges | $445.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001233602
Our File No. 16818
Status - Foreclosure
Referral Date 2/21/2008

Invoice Number  113972

Tax ID # 59-2885854

_____

Professional services:

| | | |
|---|---|---|
| 3/28/08 | Prepare and send acceleration letter. | 50.00 |
| | Flat fee for foreclosure lawsuit - first half. | 600.00 |

_____

Professional Costs:

| | | |
|---|---|---|
| 3/27/08- | Title Search | 275.00 |
| 3/28/08- | Court Filing Fee | 255.00 |
| 3/28/08 - | Instrument Recording Fee | 2.00 |
| 3/20/00- | Instrument Recording Fee | 18.50 |
| 3/20/08 - | Service of Process | 160.00 |
| 3/31/08- | Service of Process | 112.00 |

| | |
|---|---|
| Total Amount This Invoice | $1,472.50 |
| Total Current Charges | $1,472.50 |

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001405360
Our File No. 12959
Status - Foreclosure
Referral Date 11/25/2007

Invoice Number  113989

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/27/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/26/08 - | Title Search | 275.00 |
| 3/27/08 - | Court Filing Fee | 255.00 |
| 3/27/08 - | Instrument Recording Fee | 1.00 |
| 3/27/08 - | Service of Process | 84.00 |
| 3/31/08 - | Service of Process | 224.00 |

Total Amount This Invoice                     $1,439.00

Total Current Charges                         $1,439.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1000809048
Our File No. 14635
Status - Foreclosure
Referral Date 1/3/2008

Invoice Number  114107

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 3/14/08 - Instrument Recording Fee | | 22.50 |
| 3/14/08 - Hydra Skiptrace | | 10.00 |
| Total Amount This Invoice | | $32.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063


RE:  American Home Mortgage Servicing,

Account No. 1000877184
Our File No. 14908
Status - Foreclosure
Referral Date 1/8/2008

Invoice Number  114108

Tax ID # 59-2885854

---

Professional Costs:


| | |
|---|---:|
| 3/12/08- Title Search | 275.00 |
| 3/13/08- Service of Process | 128.00 |
| Total Amount This Invoice | $403.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1000820375
   Our File No. 14863
   Status - Foreclosure
   Referral Date 1/8/2008

   Invoice Number  114111

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/26/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/13/08- | Service of Process | 64.00 |
| 3/21/08- | Instrument Recording Fee | 17.50 |
| | Total Amount This Invoice | $206.50 |
| | Total Current Charges | $206.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing                ,

     Account No. 1001137894
     Our File No. 16299
     Status - Foreclosure
     Referral Date 2/10/2008

     Invoice Number  114112

Tax ID # 59-2885854

_____

     Professional services:


3/27/08  Flat fee for foreclosure lawsuit - first half.          600.00

_____

     Professional Costs:

3/26/08 - Title Search                                 275.00
3/27/08 - Court Filing Fee                             261.00
3/27/08 - Instrument Recording Fee                       3.00
3/27/08 - Hydra Skiptrace                               45.00
3/27/08 - Instrument Recording Fee                      27.00
3/27/08 - Service of Process                           200.00
3/27/08 - Death Certificate                             35.25
3/31/08 - Service of Process                            32.00
                                                 _____

     Total Amount This Invoice                         $1,478.25

                                                 _____

     Total Current Charges                             $1,478.25
                                                 =========

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1000964628
    Our File No. 16813
    Status - Foreclosure
    Referral Date 2/21/2008

    Invoice Number  114115

Tax ID # 59-2885854

___

    Professional services:


| | | |
|---|---|---|
| 3/26/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

___

    Professional Costs:

| | | |
|---|---|---|
| 3/24/08 - | Title Search | 275.00 |
| 3/26/08 - | Court Filing Fee | 255.00 |
| 3/26/08 - | Service of Process | 70.00 |
| | Total Amount This Invoice | $1,200.00 |
| | Total Current Charges | $1,200.00 |

___

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1000725186
    Our File No. 13504
    Status - Foreclosure
    Referral Date 12/10/2007

    Invoice Number  114116

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 3/12/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 3/5/08- | Instrument Recording Fee | 25.50 |
| 3/17/08- | Publication of Notice of Action | 144.20 |
| 3/26/08- | Recording Fee | 1.00 |
| 3/26/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $314.20 |
| | Total Current Charges | $314.20 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa