**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing,

   Account No. 1001664549
   Our File No. 10546

   Status - Foreclosure
   Referral Date 9/15/2007
   Invoice Number  114121

Tax ID # 59-2885854

---

   Professional services:

| | | |
|---|---|---:|
| 3/24/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

   Professional Costs:

| | | |
|---|---|---:|
| 3/12/08- | Publication of Notice of Sale | 295.40 |
| 3/14/08- | Sale Fee | 60.00 |
| 3/24/08- | Documentary Stamps | 0.70 |
| 3/24/08 - | Instrument Recording Fee | 4.50 |
| | Total Amount This Invoice | $960.60 |
| | Total Current Charges | $960.60 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001690577
Our File No. 10685

Status - Foreclosure
Referral Date 9/19/2007

Invoice Number  114123

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 3/14/08- Instrument Recording Fee | 23.50 |
| Total Amount This Invoice | $23.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001668827
Our File No. 16826
Status - Foreclosure
Referral Date 2/21/2008

Invoice Number  114124

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/28/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/27/08- | Title Search | 275.00 |
| 3/28/08- | Court Filing Fee | 255.00 |
| 3/28/08- | Instrument Recording Fee | 1.00 |
| 3/28/08- | Service of Process | 140.00 |
| | Total Amount This Invoice | $1,271.00 |
| | Total Current Charges | $1,271.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing/

Account No. 1001258564
Our File No. 16288
Status - Foreclosure
Referral Date 2/10/2008

Invoice Number  114126

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---:|
| 3/24/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---:|
| 3/21/08- | Title Search | 275.00 |
| 3/24/08- | Court filing fee | 255.00 |
| 3/24/08 - | Instrument Recording Fee | 1.00 |
| 3/24/08 - | Instrument Recording Fee | 9.00 |
| 3/24/08 - | Service of Process | 100.00 |
| | Total Amount This Invoice | $1,240.00 |
| | Total Current Charges | $1,240.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**

**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing/

Account No. 1001281328
Our File No. 14588
Status - Foreclosure
Referral Date 1/2/2008

Invoice Number  114129

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---:|
| 3/6/08- Service of Process | 35.00 |
| 3/21/08- Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $40.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000903379
Our File No. 13358
Status - Fcl
Referral Date 12/6/2007
Invoice Number  114426

Tax ID # 59-2885854

Professional services:

|  |  | Hrs/Rate |  |
|---|---|---|---|
| 3/3/08 | Telephone communications with with Atty Cohen (.5); correspondence with client (.5). (PEL) | 1.00 150.00/hr | 150.00 |
| 3/7/08 | Correspondence with client. (PEL) | 0.30 150.00/hr | 45.00 |
| 3/14/08 | Flat fee to prepare assignment of mortgage. |  | 125.00 |
| 3/17/08 | Telephone communications with client (.2); Telephone communications with Atty Cohen (.4); Telephone communications with Silva (.4); Telephone communications with client about payments (.3). (PEL) | 1.30 150.00/hr | 195.00 |
| 3/18/08 | Flat fee for foreclosure lawsuit - second half |  | 600.00 |
| 3/18/08 | Correspondence with client. (PEL) | 0.40 150.00/hr | 60.00 |
| 3/25/08 | Correspondence with client. (PEL) | 0.20 150.00/hr | 30.00 |

Page   2

Professional Costs:

| | | | |
|---|---|---|---|
| 3/11/08 - | Publication of Notice of Action | | 137.50 |
| 3/12/08 - | Hydra Skiptrace | | 5.00 |
| - | Instrument Recording Fee | | 31.50 |
| 3/31/08 - | Instrument Recording Fee | | 18.50 |
| | | Hours | |
| | Total Amount This Invoice | 3.20 | $1,397.50 |
| | Total Current Charges | | $1,397.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**

**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage/
      Account No. 1001497438
      Our File No  16125

      Status - Eviction
      Referral Date 2/6/2008

      Invoice Number  114145

Tax ID # 59-2885854

---

        Professional services:

| | | |
|---|---|---|
| 3/12/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

---

        Professional Costs:

| | | |
|---|---|---|
| 3/12/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001514156
Our File No. 12932
Status - Foreclosure
Referral Date 11/21/2007

Invoice Number  114146

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 3/21/08- | Instrument Recording Fee | 17.50 |
| 3/24/08- | Death Certificate | 35.50 |
| 3/31/08- | Death Certificate | 42.50 |
| | Total Amount This Invoice | $95.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001464588
    Our File No. 15922
    Status - Foreclosure
    Referral Date 1/31/2008

    Invoice Number  114147

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 3/13/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 3/11/08- | Title Search | 340.00 |
| 3/13/08- | Court Filing Fee | 259.00 |
| 3/13/08- | Instrument Recording Fee | 4.00 |
| 3/13/08- | Service of Process | 232.00 |
| 3/27/08- | Service of Process | 25.00 |
| | Total Amount This Invoice | $1,460.00 |
| | Total Current Charges | $1,460.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001648105
Our File No. 11783
Status - Foreclosure
Referral Date 10/23/2007

Invoice Number  114150

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 3/25/08- Instrument Recording Fee | 9.50 |
| Total Amount This Invoice | $9.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001606673
Our File No. 15899
Status - Foreclosure
Referral Date 1/31/2008

Invoice Number  114151

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/12/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/11/08 - | Title Search | 275.00 |
| 3/12/08 - | Court Filing Fee | 255.00 |
| 3/12/08 - | Instrument Recording Fee | 2.00 |
| 3/12/08 - | Instrument Recording Fee | 18.50 |
| 3/12/08 - | Service of Process | 105.00 |
| | Total Amount This Invoice | $1,255.50 |
| | Total Current Charges | $1,255.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE: American Home Mortgage Servicing

Account No. 1001488096
Our File No. 15847
Status - Foreclosure
Referral Date 1/30/2008

Invoice Number  114152

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/14/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/13/08 - | Title Search | 275.00 |
| 3/14/08 - | Court Filing Fee | 257.00 |
| 3/14/08 - | Service of Process | 244.00 |
| | Total Amount This Invoice | $1,376.00 |
| | Total Current Charges | $1,376.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000825414
Our File No. 12205
Status - Foreclosure
Referral Date 11/4/2007

Invoice Number  114154

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 3/11/08- Publication of NOS 02/09,16/08 | 101.40 |
| 3/26/08- Publication of NOS 3/15, 22/08 | 101.40 |
| Total Amount This Invoice | $202.80 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
813/915-8660

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001336985
    Our File No. 11655
    Status - Foreclosure
    Referral Date 10/22/2007

    Invoice Number  114156

Tax ID # 59-2885854
_____

    Professional Costs:


3/3/08- Instrument Recording Fee                    28.50
3/3/09- Hydra Skiptrace                             15.00
                                                  _____
    Total Amount This Invoice                       $43.50
_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001357382
Our File No. 11646
Status - Foreclosure
Referral Date 10/20/2007

Invoice Number  114157

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 3/27/08- Sale Fee | 60.00 |
| Total Amount This Invoice | $60.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001178186
Our File No. 14711
Status - Foreclosure
Referral Date 1/4/2008

Invoice Number  114195

Tax ID # 59-2885854

---

Professional Costs:

| Date | Description | Amount |
|------|-------------|-------:|
| 3/6/08- | Service of Process | 200.00 |
| 3/14/08- | Service of Process | 80.00 |
| 3/18/08- | Recording Fee | 1.00 |
| 3/18/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $299.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001135865
      Our File No. 16300
      Status - Foreclosure
      Referral Date 2/10/2008

      Invoice Number  114196

Tax ID # 59-2885854

_____

          Professional services:


3/27/08   Flat fee for foreclosure lawsuit - first half.          600.00

_____

          Professional Costs:

3/26/08-  Title Search                                    275.00
3/27/08-  Court Filing Fee                                261.00
3/27/08-  Instrument Recording Fee                          3.00
3/27/08-  Instrument Recording Fee                         18.50
3/29/08-  Service of Process                              200.00
3/31/08-  Service of Process                               32.00
                                                          _____
          Total Amount This Invoice                    $1,389.50


          Total Current Charges                         $1,389.50
                                                       =========

_____

                   PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                     *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001499576
Our File No. 11647
Status - Foreclosure
Referral Date 10/20/2007

Invoice Number  114197

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/3/08 | Flat fee for title claim/curative. | 300.00 |
| 3/31/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/25/08- | Sale Fee | 60.00 |
| 3/28/08- | Publication of Notice of Sale | 117.50 |
| 3/31/08- | Instrument Recording Fee | 4.50 |
| 3/31/08- | Documentary Stamp Tax | 0.70 |
| | Total Amount This Invoice | $1,082.70 |
| | Total Current Charges | $1,082.70 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

       Account No. 1001185804
       Our File No. 12847
       Status - Foreclosure
       Referral Date 11/20/2007

       Invoice Number  114198

Tax ID # 59-2885854

---

       Professional services:

| | | |
|---|---|---|
| 3/7/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

       Professional Costs:

| | | |
|---|---|---|
| 3/3/08- | Sale Fee | 60.00 |
| 3/3/08- | Publication of Notice of Sale | 262.00 |
| 3/12/08- | Instrument Recording Fee | 4.50 |
| 3/12/08- | Documentary Stamps | 0.70 |
| | Total Amount This Invoice | $927.20 |
| | Total Current Charges | $927.20 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:    American Home Mortgage Servicing
       Account No. 1001332228
       Our File No. 11828
       Status - Foreclosure
       Referral Date 10/24/2007

       Invoice Number  114201

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/26/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/25/08- | Title Search | 275.00 |
| 3/26/08- | Court Filing Fee | 259.00 |
| 3/26/08 | Instrument Recording Fee | 17.00 |
| 3/26/08 - | Service of Process | 100.00 |
| | Total Amount This Invoice | $1,251.00 |
| | Total Current Charges | $1,251.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1000785597
     Our File No. 13591
     Status - Foreclosure
     Referral Date 12/11/2007

     Invoice Number  114202

Tax ID # 59-2885854
_____

     Professional Costs:


3/21/08- Instrument Recording Fee                    23.50
3/24/08- Hydra Skiptrace                              5.00
                                               _____
         Total Amount This Invoice                 $28.50
_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001221199
    Our File No. 10557

    Status - Foreclosure
    Referral Date 9/15/2007

    Invoice Number  114203

Tax ID # 59-2885854

    Professional Costs:

| | | |
|---|---|---:|
| 3/20/08- | Sale Fee | 60.00 |
| 3/27/08- | Publication of Notice of Sale | 159.04 |
| 3/28/08- | Court Filing Fee | 50.00 |
| | Total Amount This Invoice | $269.04 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing/
    Account No. 1001257601
    Our File No. 10759

    Status - Foreclosure
    Referral Date 9/21/2007

    Invoice Number  114204

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/3/08 | Flat fee for title claim/title curative. | 300.00 |
| 3/19/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/1/08 - | Hydra Skiptrace | 90.00 |
| 3/11/08 - | Sale fee | 60.00 |
| 3/14/08 - | Publication of Notice of Sale | 84.80 |
| 3/19/08 - | Instrument Recording Fee | 4.50 |
| 3/19/08 - | Documentary Stamps | 0.70 |
| | Total Amount This Invoice | $1,140.00 |
| | Total Current Charges | $1,140.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000824982
Our File No. 13380
Status - Foreclosure
Referral Date 12/6/2007

Invoice Number  114205

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---:|
| 3/25/08- Hydra Skiptrace | 5.00 |
| 3/26/08- Instrument Recording Fee | 17.50 |
| Total Amount This Invoice | $22.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001314612
Our File No. 12882
Status - Foreclosure
Referral Date 11/21/2007

Invoice Number  114206

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/12/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/26/08 - | Court Filing Fee | 2.00 |
| 3/26/08 - | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $145.50 |
| | Total Current Charges | $145.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001129168
     Our File No. 14816
     Status - Foreclosure
     Referral Date 1/7/2008

     Invoice Number  114209

Tax ID # 59-2885854

_____

        Professional Costs:

| | |
|---|---:|
| 3/5/08- Service of Process | 225.00 |
| 3/10/08- Service of Process | 35.00 |
| 3/17/08- Service of Process | 50.00 |
| 3/21/08- Service of Process | 225.00 |
| 3/31/08- Hydra Skiptrace | 45.00 |
| Total Amount This Invoice | $580.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001599370
Our File No. 11887
Status - Answer/Monitor
Referral Date 10/26/2007

Invoice Number  114211

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/26/08 | Flat fee to answer foreclosure/monitor. | 200.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/26/08- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001201552
Our File No. 10211-EVIC
Status - Eviction
Referral Date 9/4/2007
Invoice Number  114212

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/14/08 | Flat feefor Writ of Possession after the foreclosure. | 350.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/14/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001656113
Our File No. 14623
Status - Foreclosure
Referral Date 1/2/2008

Invoice Number  114214

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 3/28/08- Hydra Skiptrace | 45.00 |
| Total Amount This Invoice | $45.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1000891202
     Our File No. 12907
     Status - Foreclosure
     Referral Date 11/21/2007

     Invoice Number  114215

Tax ID # 59-2885854

     Professional Costs:

| | |
|---|---:|
| 3/25/08- Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $5.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000602921
Our File No. 13368
Status - Foreclosure
Referral Date 12/6/2007

Invoice Number  114216

Tax ID # 59-2885854

Professional Costs:

| Date | Description | Amount |
|------|-------------|-------:|
| 3/3/08- | Instrument Recording Fee | 25.50 |
| 3/3/08- | Hydra Skiptrace | 10.00 |
| 3/21/08- | Publication of Notice of Action | 244.90 |
| | Total Amount This Invoice | $280.40 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,
     Account No. 1000602924
     Our File No. 13357
     Status - Foreclosure
     Referral Date 12/6/2007

     Invoice Number  114218

Tax ID # 59-2885854

---

Professional Costs:

| Date | Description | Amount |
|------|-------------|--------|
| 3/25/08 - | Hydra Skiptrace | 10.00 |
| 3/25/08 - | Instrument Recording Fee | 25.50 |
| 3/25/08 - | Hydra Skiptrace | 5.00 |
| | Total Amount This Invoice | $40.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001388168
     Our File No. 10539

     Status - Foreclosure
     Referral Date 9/14/2007

     Invoice Number  114219

Tax ID # 59-2885854

_____

        Professional Costs:


  3/6/08- Publication of Notice of Sale              106.00
  3/25/08- Instrument Recording Fee                   17.50
                                                    _____
        Total Amount This Invoice                   $123.50

_____

              PAYMENT DUE UPON RECEIPT
  PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
              *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001409397
Our File No. 15940
Status - Foreclosure
Referral Date 1/31/2008

Invoice Number  114221

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/17/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/14/08 - | Title Search | 275.00 |
| 3/17/08 - | Court Filing Fee | 255.00 |
| 3/17/08 - | Instrument Recording Fee | 1.00 |
| 3/17/08 - | Instrument Recording Fee | 18.50 |
| 3/17/08 - | Service of Process | 160.00 |

Total Amount This Invoice    $1,309.50

Total Current Charges    $1,309.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001250828
    Our File No. 10050

    Status - Foreclosure
    Referral Date- 8/29/2007

    Invoice Number  114225

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/3/08 | Flat fee for title claim/title curative. | 300.00 |
| 3/25/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/6/08- | Publication of Notice of Sale | 97.95 |
| 3/28/08- | Instrument Recording Fee | 4.50 |
| 3/29/08- | Documentary Stamps | 0.70 |
| | Total Amount This Invoice | $1,003.15 |
| | Total Current Charges | $1,003.15 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/

Account No. 1000917540
Our File No. 12029
Status - Foreclosure
Referral Date 10/31/2007

Invoice Number  114226

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---:|
| 3/25/08- Instrument Recording Fee | 17.50 |
| Total Amount This Invoice | $17.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001171727
     Our File No. 11846
     Status - Foreclosure
     Referral Date 10/25/2007

     Invoice Number  114228

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 3/27/08- Sale Fee | 60.00 |
| Total Amount This Invoice | $60.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/
     Account No. 1001000511
     Our File No. 11660
     Status - Foreclosure
     Referral Date 10/22/2007

     Invoice Number  114229

Tax ID # 59-2885854
_____

          Professional Costs:


3/25/08- Instrument Recording Fee                    16.50
3/25/08- Hydra Skiptrace                              5.00
                                                   _____
          Total Amount This Invoice                $21.50
_____


                PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000945135
Our File No. 10186-EVIC
Status - Eviction
Referral Date 9/4/2007

Invoice Number  114295

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/3/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/3/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/

        Account No. 1000787431
        Our File No. 09343

        Status - Foreclosure
        Referral Date 8/1/2007

        Invoice Number  114296

Tax ID # 59-2885854

_____

            Professional services:


| | | |
|---|---|---:|
| 3/31/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

_____

            Professional Costs:

| | | |
|---|---|---:|
| 3/14/08- | Publication of NOS 3/14, 21/08 | 423.20 |
| 3/20/08- | Sale fee | 60.00 |
| 3/31/08- | Instrument Recording Fee | 4.50 |
| 3/31/08 - | Documentary Stamps | 0.70 |
| | Total Amount This Invoice | $1,088.40 |
| | Total Current Charges | $1,088.40 |

_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001544955
Our File No. 15892
Status - Foreclosure

Invoice Number 113682

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/18/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/17/08- | Title Search | 275.00 |
| 3/18/08- | Clerk's Filing Fee | 255.00 |
| 3/18/08- | Service of Process | 175.00 |
| | Total Amount This Invoice | $1,305.00 |
| | Total Current Charges | $1,305.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001476147
Our File No. 12872
Status - Foreclosure
Referral Date 11/21/2007

Invoice Number  114281

Tax ID # 59-2885854

Professional services:

| | | Hrs/Rate | |
|---|---|---|---|
| 3/7/08 | Received, reviewed defendant's response to Discovery (.1); correspondence with client (.6). (PEL) | 1.60 150.00/hr | 240.00 |
| 3/13/08 | File Amended Discovery. (PEL) | 0.20 150.00/hr | 30.00 |
| 3/17/08 | Order denying Motion to Dismiss. (PEL) | 0.30 150.00/hr | 45.00 |
| 3/26/08 | Review Motion for Default. (PEL) | 0.30 150.00/hr | 45.00 |
| 3/27/08 | Review of file. (PEL) | 0.20 150.00/hr | 30.00 |
| 3/28/08 | Telephone communications with Atty Brunson. (PEL) | 0.40 150.00/hr | 60.00 |
| | Total Amount This Invoice | 3.00 | $450.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001299550
     Our File No. 15851
     Status – Foreclosure
     Referral Date 1/30/2008

     Invoice Number  113686

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/17/08 | Flat fee for foreclosure lawsuit – first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/14/08- | Title Search | 275.00 |
| 3/17/08- | Court Filing Fee | 263.00 |
| 3/17/08- | Instrument Recording Fee | 3.00 |
| 3/17/08- | Instrument Recording Fee | 9.00 |
| 3/17/08- | Service of Process | 135.00 |
| | Total Amount This Invoice | $1,285.00 |
| | Total Current Charges | $1,285.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001314085
    Our File No. 12881
    Status - Foreclosure

    Invoice Number  113698

Tax ID # 59-2885854

---

    Professional Costs:

| | |
|---|---|
| 3/3/08- Court Call | 60.00 |
| 3/24/08- Publication of Notice of Sale | 45.43 |
| 3/27/08- Sale Fee | 60.00 |
| Total Amount This Invoice | $165.43 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001831424
Our File No. 17042
Status - Foreclosure

Invoice Number  113699

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/28/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/27/08- | Title Search | 275.00 |
| 3/28/08- | Court Filing Fee | 255.00 |
| 3/28/08 - | Service of Process | 148.00 |
| | Total Amount This Invoice | $1,278.00 |

| | |
|---|---|
| Total Current Charges | $1,278.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001550435
Our File No. 15888
Status – Foreclosure

Invoice Number  113707

Tax ID # 59-2885854

_____

Professional services:

3/14/08  Flat fee for foreclosure lawsuit – first half.          600.00

_____

Professional Costs:

| | |
|---|---:|
| 3/13/08– Title Search | 275.00 |
| 3/14/08– Court Filing Fee | 259.00 |
| 3/14/08 – Instrument Recording Fee | 5.00 |
| 3/14/08 – Instrument Recording Fee | 18.50 |
| 3/14/08 – Service of Process | 240.00 |

Total Amount This Invoice          $1,397.50

Total Current Charges          $1,397.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

Account No. 1000784832
Our File No. 12203
Status - Foreclosure

Invoice Number  113709

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 3/24/08- Hydra Skiptrace | 5.00 |
| 3/24/08 - Instrument Recording Fee | 13.00 |
| 3/25/08- Instrument Recording Fee | 17.50 |
| Total Amount This Invoice | $35.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,                    ,

Account No. 1001653753
Our File No. 10558

Invoice Number  113712

Tax ID # 59-2885854

_____

Professional services:

| | | |
|---|---|---|
| 3/27/08 | Flat fee for foreclosure lawsuit – second half | 600.00 |

_____

Professional Costs:

| | | |
|---|---|---|
| 3/17/08– | Sale Fee | 60.00 |
| 3/18/08– | Publication of Notice of Sale | 115.00 |
| 3/27/08– | Instrument Recording Fee | 5.20 |
| | Total Amount This Invoice | $780.20 |
| | Total Current Charges | $780.20 |

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001298051
   Our File No. 08987
   Status - Foreclosure

   Invoice Number  113715

Tax ID # 59-2885854

---

        Professional services:

3/21/08   Flat fee for foreclosure lawsuit - second half        600.00

---

        Professional Costs:

3/21/08-  Recording Fee                                           23.50

        Total Amount This Invoice                               $623.50

        Total Current Charges                                   $623.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001668679
Our File No. 14650
Status - Foreclosure

Invoice Number 113717

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 3/17/08- Publication of Notice of Action | 152.20 |
| 3/18/08- Attorney Ad Litem fee | 350.00 |
| Total Amount This Invoice | $502.20 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001542386
Our File No. 14904
Status – Foreclosure

Invoice Number  113720

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/7/08 | Flat fee for foreclosure lawsuit – first half. | 600.00 |
| 3/27/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/6/08– | Title Search | 275.00 |
| 3/7/08– | Clerk's Filing Fee | 257.00 |
| 3/7/08 – | Instrument Recording Fee | 14.00 |
| 3/19/08– | Service of Process | 295.00 |
| 3/26/08– | Clerk's Filing Fee | 2.00 |
| 3/27/08– | Instrument Recording Fee | 18.50 |
| 3/31/08– | Hydra Skiptrace | 45.00 |

Total Amount This Invoice                          $1,631.50

Total Current Charges                          $1,631.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing          '

    Account No. 1001360763
    Our File No. 13360
    Status - Foreclosure

    Invoice Number  113721

Tax ID # 59-2885854

---

    Professional services:

| Date | Description | Amount |
|---|---|---|
| 3/11/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

    Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 3/4/08- | Instrument Recording Fee | 25.50 |
| 3/4/08- | Hydra Skiptrace | 5.00 |
| 3/11/08- | Instrument Recording Fee | 23.50 |
| | Total Amount This Invoice | $654.00 |
| | Total Current Charges | $654.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001097410
Our File No. 13419
Status - Foreclosure

Invoice Number  114030

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---:|
| 3/5/08- Instrument Recording Fee | 18.50 |
| 3/5/08 - Hydra Skiptrace | 5.00 |
| 3/25/08- Instrument Recording Fee | 25.50 |
| 3/25/08 - Hydra Skiptrace | 5.00 |
| 3/25/08 - Instrument Recording Fee | 4.00 |
| Total Amount This Invoice | $58.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing               ,

Account No. 1001560329
Our File No. 15897
Status - Foreclosure
Referral Date 1/30/2008

Invoice Number  114298

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/18/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/17/08- | Title Search | 275.00 |
| 3/18/08- | Court Filing Fee | 255.00 |
| 3/18/08- | Instrument Recording Fee | 10.00 |
| 3/29/08- | Service of Process | 50.00 |
| 3/31/08- | Service of Process | 80.00 |

Total Amount This Invoice          $1,270.00

Total Current Charges          $1,270.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

      Account No. 1001722180
      Our File No. 12871
      Status - Foreclosure

      Invoice Number  114037

Tax ID # 59-2885854

      Professional Costs:

| | |
|---|---:|
| 3/6/08- Instrument Recording Fee | 28.50 |
| 3/6/08 - Service of Process | 140.00 |
| Total Amount This Invoice | $168.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage,
     Account No. 1000856474
     Our File No. 10713-EVIC

     Status - Eviction
     Referral Date 9/20/2007

     Invoice Number  114299

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/12/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/12/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage
     Account No. 1000856474
     Our File No. 10713-BK

     Status - BK CH 7, 8:08-bk-02593-MGW, 02/28/2008
     Referral Date 3/12/2008
     Invoice Number  114300

Tax ID # 59-2885854

---

         Professional services:

| | | |
|---|---|---|
| 3/19/08 | Flat fee for Bankruptcy Motion to Lift Stay. | 525.00 |

---

         Professional Costs:

| | | |
|---|---|---|
| 3/19/08- | Court Filing Fee | 150.00 |
| | Total Amount This Invoice | $675.00 |
| | Total Current Charges | $675.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001825698
    Our File No. 14790
    Status - Foreclosure
    Invoice Number  114041

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 3/6/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 3/5/08- | Title Search | 275.00 |
| 3/6/08- | Court Filing Fee | 255.00 |
| 3/6/08 - | Instrument Recording Fee | 2.00 |
| 3/15/08- | Service of Process | 175.00 |
| | Total Amount This Invoice | $1,307.00 |
| | Total Current Charges | $1,307.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001330111
Our File No. 09154

Invoice Number  114043

Tax ID # 59-2885854
_____

Professional Costs:

| | |
|---|---|
| 3/5/08- Hydra Skiptrace | 5.00 |
| 3/6/08- Instrument Recording Fee | 28.50 |
| 3/6/08 - Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $38.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001484552
Our File No. 11927
Status - Foreclosure

Invoice Number  114062

Tax ID # 59-2885854

_____

Professional Costs:

| | |
|---|---:|
| 3/26/08- Court Filing Fee | 269.00 |
| 3/26/08 - Instrument Recording Fee | 8.00 |
| 3/26/08 - Instrument Recording Fee | 9.00 |
| 3/26/08 - Service of Process | 350.00 |
| 3/26/08 - Service of Process | 35.00 |
| Total Amount This Invoice | $671.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001137781
Our File No. 12870
Status - Foreclosure

Invoice Number  114063

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/26/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/25/08- | Title Search | 275.00 |
| 3/26/08- | Court Filing Fee | 257.00 |
| | Total Amount This Invoice | $1,132.00 |
| | Total Current Charges | $1,132.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001310860
Our File No. 15626
Status - Foreclosure

Invoice Number  114066

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/11/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 3/27/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/11/08- | Clerk's Filing Fee | 257.00 |
| 3/11/08 - | Title Search | 275.00 |
| 3/13/08- | Service of Process | 150.00 |
| 3/26/08- | Clerk's Filing Fee | 1.00 |
| 3/27/08- | Instrument Recording Fee | 18.50 |

Total Amount This Invoice     $1,426.50

Total Current Charges     $1,426.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001519660
    Our File No. 16284
    Status - Foreclosure

    Invoice Number  114068

Tax ID # 59-2885854

---

    Professional services:

3/28/08  Flat fee for foreclosure lawsuit - first half.      600.00

---

    Professional Costs:

3/27/08- Title Search      275.00
3/28/08- Court Filing Fee      265.00
3/28/08 - Instrument Recording Fee      17.50

    Total Amount This Invoice      $1,157.50

    Total Current Charges      $1,157.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001364912
      Our File No. 12863
      Status - Foreclosure
      Referral Date 11/20/2007

      Invoice Number  114069

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 3/25/08- Instrument Recording Fee | 29.50 |
| Total Amount This Invoice | $29.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001067780
      Our File No. 14759
      Status - Foreclosure
      Referral Date 1/4/2008

      Invoice Number  114465

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---:|
| 3/3/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 3/26/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---:|
| 3/3/08 - | Clerk's Filing Fee | 265.00 |
| 3/3/08 - | Instrument Recording Fee | 5.00 |
| 3/3/08 - | Title Search | 275.00 |
| 3/14/08 - | Service of Process | 833.00 |
| 3/26/08 - | Clerk's Filing Fee | 1.00 |
| 3/26/08 - | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $2,122.50 |
| | Total Current Charges | $2,122.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing                    ,

    Account No. 1001324699
    Our File No. 15830
    Status - Foreclosure

    Invoice Number  114071

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 3/17/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 3/14/08- | Title Search | 275.00 |
| 3/17/08- | Court Filing Fee | 257.00 |
| 3/24/08- | Service of Process | 160.00 |
| | Total Amount This Invoice | $1,292.00 |
| | Total Current Charges | $1,292.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing                    ,

    Account No. 1001122160
    Our File No. 14767
    Status - Foreclosure

    Invoice Number  114072

Tax ID # 59-2885854

---

        Professional services:


| | | |
|---|---|---|
| 3/24/08 | Flat fee to prepare assignment of mortgage. | 125.00 |
| | Flat fee for foreclosure lawsuit- second half. | 600.00 |

---

        Professional Costs:

| | | |
|---|---|---|
| 3/10/08- | Instrument Recording Fee | 18.50 |
| 3/24/08- | Clerk's Filing Fee | 1.00 |
| 3/24/08 - | Instrument Recording Fee | 27.50 |
| 3/24/08 - | Instrument Recording Fee | 23.50 |
| | Total Amount This Invoice | $795.50 |
| | Total Current Charges | $795.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001393267
      Our File No. 12842
      Status – Foreclosure
      Referral Date 11/20/2007

      Invoice Number  114073

Tax ID # 59-2885854

_____

        Professional Costs:


 3/4/08- Instrument Recording Fee                          25.50
                                                      _____
         Total Amount This Invoice                        $25.50

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001556825
Our File No. 15881
Status - Foreclosure
Referral Date 1/30/2008

Invoice Number  114301

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/12/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/11/08 - | Title Search | 275.00 |
| 3/12/08 - | Court Filing Fee | 257.00 |
| 3/12/08 - | Recording Fee | 12.00 |
| 3/19/08 - | Service of Process | 170.00 |
| | Total Amount This Invoice | $1,314.00 |
| | Total Current Charges | $1,314.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001556816
Our File No. 16298
Status - Foreclosure

Invoice Number  114075

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/27/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/27/08- | Court Filing Fee | 257.00 |
| 3/27/08- | Instrument Recording Fee | 12.00 |
| | Total Amount This Invoice | $869.00 |
| | Total Current Charges | $869.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001475331
    Our File No. 11640
    Status - Foreclosure
    Referral Date 10/20/2007

    Invoice Number  114076

Tax ID # 59-2885854

---

    Professional services:


| | | |
|---|---|---:|
| 3/24/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---:|
| 3/14/08- | Sale Fee | 60.00 |
| 3/14/08 - | Publication of NOS 3/8, 15/08 | 111.00 |
| 3/24/08- | Instrument Recording Fee | 5.20 |
| | Total Amount This Invoice | $776.20 |
| | Total Current Charges | $776.20 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001360047
     Our File No. 14758
     Status - Foreclosure
     Referral Date 1/4/2008

     Invoice Number  114083

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 3/7/08- Hydra Skiptrace | 45.00 |
| 3/19/08- Service of Process | 35.00 |
| 3/25/08- Service of Process | 70.00 |
| Total Amount This Invoice | $150.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001365401
Our File No. 14561
Status – Foreclosure
Referral Date 1/2/2008
Invoice Number  114084

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/3/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/3/08– | Instrument Recording Fee | 27.00 |
| 3/17/08– | Publication of Notice of Action | 110.40 |
| | Total Amount This Invoice | $262.40 |
| | Total Current Charges | $262.40 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001364051
Our File No. 13598
Status - Foreclosure
Referral Date 12/11/2007

Invoice Number  114086

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 3/17/08- Publication of Notice of Action | 263.38 |
| Total Amount This Invoice | $263.38 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000790707
Our File No. 13315
Status – Foreclosure
Referral Date 12/5/2007

Invoice Number  114087

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---:|
| 3/17/08– Publication of Notice of Action | 180.60 |
| Total Amount This Invoice | $180.60 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001159522
     Our File No. 14326
     Status - Foreclosure
     Referral Date 12/24/2007

     Invoice Number  114302

Tax ID # 59-2885854

---

     Professional Costs:

| Date | Description | Amount |
|------|-------------|-------:|
| 3/5/08- | Hydra Skiptrace | 15.00 |
| 3/12/08- | Instrument Recording Fee | 18.50 |
| 3/13/08- | Court Call | 60.00 |
| 3/24/08- | Publication of Notice of Action | 615.00 |
| | Total Amount This Invoice | $708.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001317556
Our File No. 14788
Status - Foreclosure
Referral Date 1/5/2008

Invoice Number  114089

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/3/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 3/26/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/3/08- | Clerk's Filing Fee | 257.00 |
| 3/3/08 - | Instrument Recording Fee | 2.00 |
| 3/3/08 - | Title Search | 275.00 |
| 3/6/08- | Service of Process | 175.00 |
| 3/19/08- | Hydra Skiptrace | 45.00 |
| 3/26/08- | Clerk's Filing Fee | 1.00 |
| 3/26/08 - | Instrument Recording Fee | 18.50 |

|  |  |
|---|---|
| Total Amount This Invoice | $1,498.50 |

| | |
|---|---|
| Total Current Charges | $1,498.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001517606
Our File No. 09126
Status - Foreclosure

Invoice Number  114091

Tax ID # 59-2885854

_____

Professional Costs:


3/19/08- Publication of Notice of Sale                     127.50
3/26/08- Sale Fee                                           60.00
                                                          _____
        Total Amount This Invoice                         $187.50
_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001319408
    Our File No. 14789
    Status - Foreclosure

    Invoice Number  114092

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 3/7/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 3/6/08- | Foreclosure Title Search | 275.00 |
| 3/7/08- | Court Filing Fee | 259.00 |
| 3/7/08 - | Instrument Recording Fee | 13.50 |
| 3/27/08- | Service of Process | 215.00 |
| | Total Amount This Invoice | $1,362.50 |
| | Total Current Charges | $1,362.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  AMERICAN HOME MORTGAGE,
     ACCOUNT NO. 1000854200
     OUR FILE NO. 10374-ANS

     STATUS- MONITOR
     REFERRAL DATE- 9/17/2007

     Invoice Number  114427

Tax ID # 59-2885854
_____

        Professional services:


3/3/08  Flat fee for answer foreclosure/monitor.            200.00
_____

        Professional Costs:

3/3/08- Title Search                                        150.00
                                                            _____

        Total Amount This Invoice                          $350.00

                                                           _____
        Total Current Charges                             $350.00
                                                          ========
_____

                    PAYMENT DUE UPON RECEIPT
       PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001375815
     Our File No. 13363
     Status - Foreclosure
     Referral Date 12/6/2007

     Invoice Number  114093

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/12/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/4/08- | Instrument Recording Fee | 24.50 |
| | Total Amount This Invoice | $149.50 |
| | Total Current Charges | $149.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

Account No. 1001640316
Our File No. 12924
Status - Foreclosure
Referral Date 11/21/2007

Invoice Number 114094

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 3/25/08- Instrument Recording Fee | 17.50 |
| Total Amount This Invoice | $17.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001604065
    Our File No. 12937
    Status - Foreclosure
    Referral Date 11/23/2007

    Invoice Number  114095

Tax ID # 59-2885854

---

    Professional Costs:

| | |
|---|---:|
| 3/25/08- Instrument Recording Fee | 17.50 |
| 3/25/08- Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $22.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001409790
Our File No. 14761
Status - Foreclosure

Invoice Number  114097

Tax ID # 59-2885854

---

Professional Costs:

| | | |
|---|---|---|
| 3/5/08- | Service of Process | 64.00 |
| 3/17/08- | Publication of Notice of Action | 121.50 |
| | Total Amount This Invoice | $185.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001938419
Our File No. 15664
Status - Foreclosure

Invoice Number  114098

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/10/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/7/08- | Title Search | 275.00 |
| 3/10/08- | Clerk's Filing Fee | 265.00 |
| 3/10/08- | Instrument Recording Fee | 23.00 |
| 3/17/08- | Service of Process | 199.00 |
| | Total Amount This Invoice | $1,362.00 |
| | Total Current Charges | $1,362.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

 Account No. 1001483842
 Our File No. 15865
 Status - Foreclosure

 Invoice Number  114099

Tax ID # 59-2885854

---

 Professional services:


3/12/08 Flat fee for foreclosure lawsuit - first half.  600.00

---

 Professional Costs:

3/11/08- Title Search          275.00
3/12/08- Clerk's Filing Fee       257.00
3/12/08- Instrument Recording Fee   12.00
3/20/08- Service of Process (x6)    150.00

 Total Amount This Invoice    $1,294.00


 Total Current Charges     $1,294.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001250381
Our File No. 13502
Status - Foreclosure
Referral Date 12/10/2007

Invoice Number  114100

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---:|
| 3/26/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---:|
| 3/25/08- | Title Search | 275.00 |
| 3/26/08- | Court Filing Fee | 264.00 |
| 3/26/08- | Instrument Recording Fee | 25.80 |
| | Total Amount This Invoice | $1,164.80 |
| | Total Current Charges | $1,164.80 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001380652
     Our File No. 12866
     Status - Foreclosure
     Referral Date 11/20/2007

     Invoice Number  114101

Tax ID # 59-2885854

_____

        Professional Costs:


3/21/08- Instrument Recording Fee                      31.50

        Total Amount This Invoice                    $31.50
_____

              PAYMENT DUE UPON RECEIPT
   PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                *****THANK YOU*****
sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

Account No. 1001661011
Our File No. 13494
Status - Foreclosure

Invoice Number  114103

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---:|
| 3/17/08- Publication of Notice of Action | 261.95 |
| Total Amount This Invoice | $261.95 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001604369
    Our File No. 14094
    Status - Foreclosure

    Invoice Number  114105

Tax ID # 59-2885854

---

        Professional services:

3/10/08   Flat fee for foreclosure lawsuit - first half.        600.00

---

        Professional Costs:

3/10/08- Court Filing Fee                                        257.00
3/10/08 - Instrument Recording Fee                                14.00
3/12/08- Service of Process                                      180.00
3/19/08- Hydra Skiptrace                                          45.00

        Total Amount This Invoice                             $1,096.00

        Total Current Charges                                 $1,096.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001310454
Our File No. 13506
Status - Foreclosure

Invoice Number  114110

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 3/21/08- | Instrument Recording Fee | 26.50 |
| 3/21/08- | Hydra Skiptrace | 5.00 |
| | Total Amount This Invoice | $31.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage
      Account No. 1001422878
      Our File No. 10058-EVC

      Status - Eviction
      Referral Date 8/29/2007
      Invoice Number  114303

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/7/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/7/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1000909680
     Our File No. 13592
     Status - Foreclsoure

     Invoice Number  114122

Tax ID # 59-2885854

     Professional Costs:

| | |
|---|---|
| 3/3/08- Service of Process | 75.00 |
| Total Amount This Invoice | $75.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001182291
Our File No. 11789
Status - Foreclosure

Invoice Number  114125

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---:|
| 3/21/08- Instrument Recording Fee | 13.00 |
| 3/25/08- Instrument Recording Fee | 17.50 |
| Total Amount This Invoice | $30.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing                    ,

　　　Account No. 1001436416
　　　Our File No. 11757
　　　tatus - Foreclosure

　　　Invoice Number  114131

Tax ID # 59-2885854

_____

　　　　　Professional services:


3/31/08  Flat fee for foreclosure lawsuit - second half          600.00

_____

　　　　　Professional Costs:
                                                                  60.00
3/25/08- Sale Fee                                                117.50
3/28/08- Publication of Notice of Sale                            5.20
3/31/08- Instrument Recording Fee                              _____

　　　　　Total Amount This Invoice                              $782.70


　　　　　Total Current Charges                                  $782.70

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001352483
Our File No. 12874
Status - Foreclosure

Invoice Number  114133

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/13/08 | Flat fee to prepare assignment of mortgage. | 125.00 |
| | Total Amount This Invoice | $125.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001606732
Our File No. 16301
Status - Foreclosure
Referral Date 2/10/2008

Invoice Number  114468

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/28/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/28/08- | Court Filing Fee | 269.00 |
| - | Instrument Recording Fee | 7.00 |
| | Total Amount This Invoice | $876.00 |
| | Total Current Charges | $876.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

Account No. 1001178651
Our File No. 09139
Status - Foreclosure

Invoice Number 114161

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/13/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/13/08- | Instrument Recording Fee | 18.50 |
| 3/17/08- | Publication of Notice of Action | 255.50 |
| | Total Amount This Invoice | $399.00 |
| | Total Current Charges | $399.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001150552
Our File No. 15049
Status - Foreclosure

Invoice Number  114163

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/7/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 3/26/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/6/08- | Title Search | 275.00 |
| 3/7/08- | Clerk's Filing Fee | 259.00 |
| 3/11/08- | Service of Process | 185.00 |
| 3/26/08- | Clerk's Filing Fee | 1.00 |
| 3/26/08 - | Instrument Recording Fee | 18.50 |

| | |
|---|---|
| Total Amount This Invoice | $1,463.50 |

| | |
|---|---|
| Total Current Charges | $1,463.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001505504
    Our File No. 17036
    Status – Foreclosure
    Referral Date 2/26/2008

    Invoice Number  114165

Tax ID # 59-2885854

---

    Professional services:

| | |
|---|---|
| 3/28/08  Flat fee for foreclosure lawsuit – first half. | 600.00 |

---

    Professional Costs:

| | |
|---|---|
| 3/27/08– Title Search | 275.00 |
| 3/28/08– Court Filing Fee | 255.00 |
| 3/28/08 – Instrument Recording Fee | 10.00 |
| 3/28/08 – Service of Process | 128.00 |
| Total Amount This Invoice | $1,268.00 |
| Total Current Charges | $1,268.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001216856
Our File No. 15846
Status - Foreclosure

Invoice Number  114166

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---:|
| 3/12/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---:|
| 3/11/08- | Title Search | 275.00 |
| 3/12/08- | Clerk's Filing Fee | 259.00 |
| 3/12/08 - | Instrument Recording Fee | 3.00 |
| 3/18/08- | Service of Process | 140.00 |
| | Total Amount This Invoice | $1,277.00 |
| | Total Current Charges | $1,277.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001257092
Our File No. 09125
Status – Foreclosure

Invoice Number 114167

Tax ID # 59-2885854

_____

Professional services:

3/6/08  Flat fee for foreclosure lawsuit – second half          600.00

_____

Professional Costs:

3/3/08-  Publication of Notice of Sale                          112.64
3/11/08- Instrument Recording Fee                                 0.70
3/11/08 - Instrument Recording Fee                                4.50
                                                               _____

Total Amount This Invoice                                     $717.84

                                                               _____
Total Current Charges                                         $717.84
                                                               =======

_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001295846
      Our File No. 15875
      Status - Foreclosure
      Referral Date 1/30/2008

      Invoice Number  114168

Tax ID # 59-2885854

---

         Professional services:

3/21/08   Flat fee for foreclosure lawsuit - first half.        600.00

---

         Professional Costs:

3/20/08-  Title Search                                          275.00
3/21/08-  Court Filing Fee                                      257.00

         Total Amount This Invoice                           $1,132.00

         Total Current Charges                               $1,132.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001114669
Our File No. 15927
Status - Foreclosure

Invoice Number  114169

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/24/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/21/08- | Title Fee | 275.00 |
| 3/24/08- | Instrument Recording Fee | 10.00 |
| 3/24/08 - | Clerk's Filing Fee | 255.00 |
| | Total Amount This Invoice | $1,140.00 |
| | Total Current Charges | $1,140.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001467157
    Our File No. 15924
    Status - Foreclosure

    Invoice Number  114170

Tax ID # 59-2885854

---

    Professional services:

3/21/08  Flat fee for foreclosure lawsuit - first half.          600.00

---

    Professional Costs:

|  |  |  |
|---|---|---|
| 3/20/08- | Title Search | 275.00 |
| 3/21/08- | Court Filing Fee | 263.00 |
| 3/21/08 - | Instrument Recording Fee | 15.50 |
| 3/25/08- | Instrument Recording Fee | 7.00 |

    Total Amount This Invoice          $1,160.50

    Total Current Charges              $1,160.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001240936
     Our File No. 11676
     Status – Foreclosure
     Invoice Number  114171

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/6/08 | Flat fee for foreclosure lawsuit – second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/6/08– | Instrument Recording Fee | 0.70 |
| 3/6/08 – | Instrument Recording Fee | 4.50 |
| 3/10/08– | Publication of Notice of Sale | 102.60 |
| | Total Amount This Invoice | $707.80 |

| | |
|---|---|
| Total Current Charges | $707.80 |

---

PAYMENT DUE UPON RECEIPT
PLEASE  INCLUDE  A  COPY  OF  THIS  INVOICE  WITH  YOUR  REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001023934
     Our File No. 10215
     Address - 6115 Metrowest Blvd Unit # 104,
     Orlando, Fl, 34711
     Status - Foreclosure
     Referral Date 9/4/2007

     Invoice Number  114173

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/6/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| | | 5.20 |
| 3/6/08- | Instrument Recording Fee | |
| | Total Amount This Invoice | $605.20 |
| | Total Current Charges | $605.20 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001406882
Our File No. 09130
Status - Foreclosure
Referral Date 7/24/2007

Invoice Number  114174

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/6/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |
| | Flat fee for cancel sale. | 350.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/5/08- | Court Filing Fee | 50.00 |
| 3/28/08- | Recording Fee | 23.50 |
| | Total Amount This Invoice | $1,023.50 |
| | Total Current Charges | $1,023.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001308967
Our File No. 11842
Status - Foreclosure

Invoice Number  114175

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 3/21/08- Instrument Recording Fee | 23.50 |
| Total Amount This Invoice | $23.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001152285
   Our File No. 15844
   Status - Foreclosure

   Invoice Number  114176

Tax ID # 59-2885854

_____

   Professional services:

3/12/08  Flat fee for foreclosure lawsuit - first half.        600.00

_____

   Professional Costs:

|  |  |  |
|---|---|---|
| 3/11/08- | Title Search | 275.00 |
| 3/12/08- | Clerk's Filing Fee | 255.00 |
| 3/12/08 - | Instrument Recording Fee | 11.00 |
| 3/12/08 - | Hydra Skiptrace | 45.00 |
| 3/12/08 - | Service of Process | 25.00 |
| 3/18/08- | Service of Process | 224.00 |

   Total Amount This Invoice        $1,435.00

   Total Current Charges        $1,435.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

## DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001330175
    Our File No. 12880
    Status - Foreclosure

    Invoice Number  114177

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/4/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/4/08- | Instrument Recording Fee | 18.50 |
| 3/19/08- | Instrument Recording Fee | 26.50 |
| 3/24/08- | Publication of Notice of Sale | 38.38 |
| 3/27/08- | Sale Fee | 60.00 |
| | Total Amount This Invoice | $268.38 |
| | Total Current Charges | $268.38 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001087114
    Our File No. 09280

    Invoice Number  114178

Tax ID # 59-2885854

_____

        Professional Costs:


3/24/08- Publication of Notice of Sale               217.71
3/31/08- Sale Fee                                     60.00
                                                    _____
        Total Amount This Invoice                    $277.71
_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001277936
     Our File No. 16283
     Status - Foreclosure

     Invoice Number  114469

Tax ID # 59-2885854

---

     Professional services:

3/28/08  Flat fee for foreclosure lawsuit - first half.          600.00

---

     Professional Costs:
                                                                 275.00
3/27/08- Title Search                                            259.00
3/28/08- Court Filing Fee
       - Instrument Recording Fee                                 12.00

     Total Amount This Invoice                               $1,146.00

     Total Current Charges                                   $1,146.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001751630
Our File No. 13511
Status - Foreclosure
Referral Date 12/10/2007

Invoice Number 114181

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/28/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/12/08- | Attorney Ad Litem Fee | 585.00 |
| 3/17/08- | Publication of Notice of Action | 311.25 |
| 3/18/08- | Instrument Recording Fee | 31.50 |
| 3/18/08- | Hydra Skiptrace | 5.00 |
| 3/28/08- | Instrument Recording Fee | 23.50 |
| | Total Amount This Invoice | $1,556.25 |
| | Total Current Charges | $1,556.25 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001262948
Our File No. 13323
Status - Foreclosure

Invoice Number  114182

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/24/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/14/08- | Sale Fee | 60.00 |
| 3/17/08- | Publication of Notice of Sale | 104.18 |
| 3/24/08- | Instrument Recording Fee | 5.20 |
| | Total Amount This Invoice | $769.38 |
| | Total Current Charges | $769.38 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 10U0865902
    Our File No. 15324
    Status - Foreclosure
    Referral Date 1/17/2008
    Invoice Number  114183

Tax ID # 59-2885854

---

    Professional services:

| | |
|---|---|
| 3/10/08  Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

    Professional Costs:

| | |
|---|---|
| 3/7/08- Title Search | 275.00 |
| 3/10/08- Court Filing Fee | 261.00 |
| 3/10/08 - Instrument Recording Fee | 15.50 |
| 3/10/08 - Hydra Skiptrace | 90.00 |
| 3/12/08- Service of Process | 357.00 |
| Total Amount This Invoice | $1,598.50 |
| Total Current Charges | $1,598.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

  Account No. 1001517500
  Our File No. 11760
  Status - Foreclosure

  Invoice Number  114184

Tax ID # 59-2885854

---

    Professional services:


3/11/08- Instrument Recording Fee                          6.00

    Total Amount This Invoice                             $6.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001343985
    Our File No. 13362
    Status - Foreclosure

    Invoice Number  114185

Tax ID # 59-2885854

      Professional Costs:

3/17/08- Publication of Notice of Action         226.30

    Total Amount This Invoice     $226.30

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001426683
Our File No. 15886
Status - Eviction
Referral Date 1/30/2008

Invoice Number  114316

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/3/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |
| | Total Amount This Invoice | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001494028
    Our File No. 14859
    Status - Foreclosure

    Invoice Number  114187

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 3/3/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 3/3/08- | Court Filing Fee | 255.00 |
| 3/3/08- | Instrument Recording Fee | 2.00 |
| 3/8/08- | Service of Process | 205.00 |
| 3/19/08- | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $1,107.00 |
| | Total Current Charges | $1,107.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001586388
    Our File No. 09129
    Status - Foreclosure

    Invoice Number  114188

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 3/7/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 3/3/08- | Sale Fee | 60.00 |
| 3/3/08- | Publication of Notice of Sale | 105.50 |
| 3/7/08- | Instrument Recording Fee | 0.70 |
| 3/7/08- | Instrument Recording Fee | 4.50 |
| | Total Amount This Invoice | $770.70 |
| | Total Current Charges | $770.70 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001631478
    Our File No. 10294

    Status - Foreclosure

    Invoice Number  114189

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 3/18/08 | Flat fee for foreclosure lawsuit- second half. | 600.00 |

    Professional Costs:

| | |
|---|---|
| 3/3/08- Publication of Notice of Sale | 99.69 |
| 3/5/08- Sale Fee | 60.00 |
| 3/18/08- Court Filing Fee | 50.00 |
| 3/18/08 - Instrument Recording Fee | 23.50 |
| Total Amount This Invoice | $833.19 |
| Total Current Charges | $833.19 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063


RE:  American Home Mortgage Servicing.

Account No. 1001006346
Our File No. 16297
Status - Foreclosure

Invoice Number  114190

Tax ID # 59-2885854

_____

Professional services:


| | | |
|---|---|---|
| 3/28/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

_____

Professional Costs:

| | | |
|---|---|---|
| 3/27/08- | Title Search | 275.00 |
| 3/28/08- | Court Filing Fee | 265.00 |
| 3/28/08 - | Instrument Recording Fee | 16.00 |
| | Total Amount This Invoice | $1,156.00 |
| | Total Current Charges | $1,156.00 |

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001009991
Our File No. 14325
Status - Foreclosure

Invoice Number  114191

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 3/7/08- Instrument Recording Fee | 21.50 |
| 3/19/08- Service of Process | 120.00 |
| Total Amount This Invoice | $141.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001009971
    Our File No. 16085
    Status - Foreclosure
    Invoice Number  114192

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/24/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/21/08- | Title Search | 340.00 |
| 3/24/08- | Court Filing Fee | 256.00 |
| 3/24/08- | Instrument Recording Fee | 3.00 |
| 3/29/08- | Service of Process | 171.00 |
| | Total Amount This Invoice | $1,370.00 |

| | |
|---|---|
| Total Current Charges | $1,370.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1000884698
    Our File No. 13361
    Status - Foreclosure

    Invoice Number 114193

Tax ID # 59-2885854

---

    Professional Costs:

| | |
|---|---:|
| 3/13/08- Publication of Notice of Sale | 223.00 |
| 3/25/08- Sale Fee | 60.00 |
| Total Amount This Invoice | $283.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001134249
Our File No. 12862
Status - Foreclosure

Invoice Number  114194

Tax ID # 59-2885854

---

Professional services:

3/10/08   Flat fee to prepare assignment of mortgage.          125.00

---

Professional Costs:

3/14/08- Hydra Skiptrace                                         10.00

Total Amount This Invoice                                     $135.00

Total Current Charges                                         $135.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage
     Account No. 1001031805
     Our File No. 16596

     Status - Eviction
     Referral Date 2/17/2008

     Invoice Number  114318

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/31/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/31/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000531704
Our File No. 13418
Status - Foreclosure

Invoice Number  114200

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 3/5/08- Instrument Recording Fee | 22.50 |
| 3/17/08- Publication of Notice of Action | 290.38 |
| Total Amount This Invoice | $312.88 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063


RE:  American Home Mortgage Servicing.

    Account No. 1001563383
    Our File No. 14906
    Status - Foreclosure

    Invoice Number  114207

Tax ID # 59-2885854

---

    Professional services:


3/3/08  Flat fee for foreclosure lawsuit - first half.    600.00

---

    Professional Costs:

3/3/08- Clerk's Filing Fee    257.00
3/3/08 - Instrument Recording Fee    14.00
3/12/08- Service of Process    130.00

    Total Amount This Invoice    $1,001.00


    Total Current Charges    $1,001.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000942368
Our File No. 14860
Status - Foreclosure

Invoice Number  114208

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/3/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/3/08- | Court Filing Fee | 271.00 |
| 3/3/08- | Instrument Recording Fee | 9.00 |
| 3/3/08- | Title Search | 275.00 |
| 3/12/08- | Service of Process | 350.00 |
| | Total Amount This Invoice | $1,505.00 |
| | Total Current Charges | $1,505.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001221858
    Our File No. 15869
    Status - Foreclosure
    Referral Date 1/30/2008

    Invoice Number  114210

Tax ID # 59-2885854

---

    Professional services:

| | |
|---|---|
| 3/18/08  Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

    Professional Costs:

| | |
|---|---|
| 3/17/08- Title Search | 340.00 |
| 3/18/08- Clerk's Filing Fee | 256.00 |
| 3/18/08- Instrument Recording Fee | 1.00 |
| Total Amount This Invoice | $1,197.00 |
| Total Current Charges | $1,197.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001030540
    Our File No. 15874
    Status - Foreclosure

    Invoice Number  114223

Tax ID # 59-2885854

---

     Professional services:

| | |
|---|---|
| 3/17/08  Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

     Professional Costs:

| | |
|---|---|
| 3/14/08- Title Search | 275.00 |
| 3/17/08- Court Filing Fee | 257.00 |
| 3/17/08- Hydra Skiptrace | 45.00 |
| 3/24/08- Service of Process | 244.00 |
| Total Amount This Invoice | $1,421.00 |
| Total Current Charges | $1,421.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001289737
Our File No. 15848
Status - Foreclosure

Invoice Number 114230

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/13/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/12/08- | Title Search | 275.00 |
| 3/13/08- | Clerk's Filing Fee | 255.00 |
| 3/13/08 - | Instrument Recording Fee | 2.00 |
| 3/19/08- | Service of Process | 209.00 |
| | Total Amount This Invoice | $1,341.00 |
| | Total Current Charges | $1,341.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing                   ,

      Account No. 1001359292
      Our File No. 15322
      Status – Foreclosure

      Invoice Number  114231

Tax ID # 59-2885854

----

         Professional services:


3/10/08  Flat fee for foreclosure lawsuit – first half.        600.00

----

         Professional Costs:

 3/7/08- Title Search                                          275.00
 3/10/08- Court Filing Fee                                     259.00
 3/10/08 – Instrument Recording Fee                              3.00
 3/18/08- Service of Process                                   330.00
 3/28/08- Hydra Skiptrace                                       45.00

         Total Amount This Invoice                          $1,512.00


         Total Current Charges                             $1,512.00

----

                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001087345
     Our File No. 14557
     Status - Foreclosure
     Referral Date 1/2/2008

     Invoice Number  114232

Tax ID # 59-2885854
_____

       Professional Costs:


3/25/08- Instrument Recording Fee                    23.50
3/25/08- Hydra Skiptrace                              5.00
                                                   _____
       Total Amount This Invoice             $28.50
_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls