### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001337418
   Our File No. 16816
   Status – Foreclosure

   Invoice Number  114233

Tax ID # 59-2885854

---

Professional services:

| Date | Description | Amount |
|---|---|---|
| 3/11/08 | Prepare and send acceleration letter. | 50.00 |
| 3/28/08 | Flat fee for foreclosure lawsuit – first half. | 600.00 |

---

Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 3/27/08– | Title Search | 275.00 |
| 3/28/08– | Court Filing Fee | 263.00 |
| 3/28/08– | Instrument Recording Fee | 4.00 |

|  |  |
|---|---|
| Total Amount This Invoice | $1,192.00 |
| Total Current Charges | $1,192.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls



### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001061233
Our File No. 10542

Status - Foreclosure
Referral Date 9/14/2007

Invoice Number  114428

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/10/08 | Flat fee to cancel 3/11/08 sale. | 350.00 |
| 3/10/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |
| 3/10/08 | Receive notice to cancel sale (.1); Prepare and file motion to cancel (.6); Prepare letter to Judge (.4); Prepare order (.4); Telephone communications with court and clerk (1.2). (PEL) | 405.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/3/08- | Publication of Notice of Sale | 144.43 |
| 3/10/08- | Clerk's Filing Fee | 50.00 |
| | Total Amount This Invoice | $1,549.43 |
| | Total Current Charges | $1,549.43 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1000892797
Our File No. 10376-bk
Status - BK CH 7, 08-10549-PGH, 01/17/2008
Referral Date 3/14/2008
Invoice Number  114320

Tax ID # 59-2885854

Professional services:

| Date | Description | Amount |
|---|---|---|
| 3/17/08 | Flat fee for Bankruptcy Motion to Lift Stay. | 525.00 |

Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 3/20/08- | Court Filing Fee | 150.00 |
| | Total Amount This Invoice | $675.00 |
| | Total Current Charges | $675.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001559013
Our File No. 15907
Status - Foreclosure

Invoice Number  114241

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/13/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/12/08- | Title Search | 275.00 |
| 3/13/08- | Court Filing Fee | 255.00 |
| 3/13/08- | Instrument Recording Fee | 1.00 |
| 3/19/08- | Service of Process | 140.00 |
| 3/25/08- | Hydra Skiptrace | 45.00 |

|  |  |
|---|---|
| Total Amount This Invoice | $1,316.00 |

| | |
|---|---|
| Total Current Charges | $1,316.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001327385
   Our File No. 15944
   Status - Foreclosure
   Referral Date 1/31/2008

   Invoice Number  114322

Tax ID # 59-2885854

---

   Professional services:


| | | |
|---|---|---|
| 3/21/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

   Professional Costs:

| | | |
|---|---|---|
| 3/20/08- | Title Search | 275.00 |
| 3/21/08- | Court Filing Fee | 255.00 |
| 3/21/08- | Recording Fee | 1.00 |
| | Total Amount This Invoice | $1,131.00 |
| | Total Current Charges | $1,131.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001124186
Our File No. 14858
Status - Foreclosure

Invoice Number  114243

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 3/3/08- Service of Process | 175.00 |
| Total Amount This Invoice | $175.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001007123
Our File No. 10494

Status - Foreclosure
Invoice Number  114244

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 3/21/08- Instrument Recording Fee | 17.50 |
| Total Amount This Invoice | $17.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001277930
    Our File No. 12814
    Status - Foreclosure
    Referral Date 11/20/2007

    Invoice Number  114245

Tax ID # 59-2885854

      Professional Costs:

| | |
|---|---:|
| 3/31/08- Sale Fee | 60.00 |
| Total Amount This Invoice | $60.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001186025
     Our File No. 15867
     Status - Foreclosure

     Invoice Number  114246

Tax ID # 59-2885854

---

     Professional services:

| Date | Description | Amount |
|---|---|---|
| 3/14/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

     Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 3/14/08- | Court Filing Fee | 257.00 |
| 3/19/08- | Service of Process | 100.00 |
| | Total Amount This Invoice | $957.00 |
| | Total Current Charges | $957.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001344285
Our File No. 14563
Status - Foreclosure

Invoice Number  114247

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 3/21/08- Instrument Recording Fee | 17.50 |
| 3/21/08- Hydra Skiptrace | 10.00 |
| 3/19/08- Hydra Skiptrace | 45.00 |
| Total Amount This Invoice | $72.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

   Account No. 1001757559
   Our File No. 14785
   Status - Foreclosure
   Referral Date 1/5/2008
   Invoice Number  114249

Tax ID # 59-2885854

   Professional services:

 3/3/08  Flat fee for foreclosure lawsuit - first half.        600.00

   Professional Costs:

                                                                 259.00
 3/3/08- Court Filing Fee                                         14.50
 3/3/08 - Instrument Recording Fee                              167.00
 3/22/08- Service of Process

   Total Amount This Invoice                                  $1,040.50

   Total Current Charges                                      $1,040.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

     Account No. 1001544233
     Our File No. 14631
     Status - Foreclosure
     Invoice Number  114250

Tax ID # 59-2885854

     Professional services:

| | | |
|---|---|---|
| 3/13/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

     Professional Costs:

| | | |
|---|---|---|
| 3/1/08- | Service of Process | 140.00 |
| 3/6/08- | Hydra Skiptrace | 45.00 |
| 3/13/08- | Service of Process | 70.00 |
| 3/13/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $398.50 |
| | Total Current Charges | $398.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001075427
Our File No. 12160
Status - Answer/Monitor

Invoice Number  113610

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/26/08 | Flat fee to answer foreclosure/monitor. | 200.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/26/08- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001551843
Our File No. 15902
Status - Foreclosure
Referral Date 1/31/2008

Invoice Number  113612

Tax ID # 59-2885854

Professional services:

| | |
|---|---|
| 3/13/08   Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | |
|---|---|
| 3/12/08- Title Search | 275.00 |
| 3/13/08- Court Filing Fee | 256.00 |
| 3/13/00- Instrument Recording Fee | 1.00 |
| 3/13/00- Instrument Recording Fee | 9.00 |
| Total Amount This Invoice | $1,141.00 |
| Total Current Charges | $1,141.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001386158
    Our File No. 12869
    Status - Foreclosure
    Referral Date 11/20/2007

    Invoice Number 113614

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 3/11/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 3/11/08- | Clerk's Sale Fee | 60.00 |
| 3/11/08 - | Instrument Recording Fee | 4.50 |
| 3/11/08 - | Documentary Stamp Tax | 0.70 |
| 3/11/08 - | Publication of Notice of Sale | 524.64 |
| | Total Amount This Invoice | $1,189.84 |

| | | |
|---|---|---|
| | Total Current Charges | $1,189.84 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

Account No. 1001413069
Our File No. 12935
Status – Foreclosure
Referral Date 11/23/2007

Invoice Number 113615

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/21/08 | Flat fee for foreclosure lawsuit – second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/3/08– | Hydra Skiptrace | 15.00 |
| 3/14/08– | Publication of Notice of Sale | 358.80 |
| 3/14/08– | Clerk's Sale Fee | 60.00 |
| 3/21/08– | Court Filing Fee | 50.00 |
| 3/21/08 – | Instrument Recording Fee | 23.50 |
| | Total Amount This Invoice | $1,107.30 |
| | Total Current Charges | $1,107.30 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001339097
Our File No. 14783
Status - Foreclosure

Invoice Number 113617

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/7/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/6/08- | Foreclosure Title Search | 275.00 |
| 3/7/08- | Court Filing Fee | 261.00 |
| 3/7/08 - | Instrument Recording Fee | 4.00 |
| 3/7/08 - | Instrument Recording Fee | 17.00 |
| 3/13/08- | Service of Process | 214.00 |
| | Total Amount This Invoice | $1,371.00 |
| | Total Current Charges | $1,371.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE: American Home Mortgage Servicing

    Account No. 1001036818
    Our File No. 14854
    Status - Foreclosure

    Invoice Number  113619

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 3/27/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 3/3/08- | Title Search | 275.00 |
| 3/11/08- | Service of Process | 205.00 |
| 3/25/08- | Instrument Recording Fee | 17.50 |
| 3/25/08- | Hydra Skiptrace | 5.00 |
| | Total Amount This Invoice | $627.50 |
| | Total Current Charges | $627.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001032702
Our File No. 16742
Status - Foreclosure
Referral Date 2/19/2008

Invoice Number 113620

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/27/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/26/08- | Title Search | 275.00 |
| 3/27/08- | Court Filing Fee | 259.00 |
| 3/27/08 - | Instrument Recording Fee | 3.00 |
| 3/27/08 - | Service of Process | 245.00 |
| | Total Amount This Invoice | $1,382.00 |
| | Total Current Charges | $1,382.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001032259
Our File No. 14717
Status - Foreclosure

Invoice Number  113622

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/3/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/3/08- | Court Filing Fee | 263.00 |
| 3/3/08- | Instrument Recording Fee | 4.00 |
| 3/11/08- | Service of Process | 205.00 |
| | Total Amount This Invoice | $1,072.00 |
| | Total Current Charges | $1,072.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001121445
Our File No. 14721
Status - Foreclosure

Invoice Number  113623

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/3/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 3/27/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/3/08- | Court Filing Fee | 255.00 |
| 3/3/08- | Service of Process | 329.00 |
| | Total Amount This Invoice | $1,309.00 |
| | Total Current Charges | $1,309.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
813/915-8660

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

     Account No. 1001688848
     Our File No. 11767
     Status – Foreclosure

     Invoice Number  113624

Tax ID # 59-2885854

_____

       Professional Costs:


3/26/08- Publication of Notice of Sale                  95.18
                                                    _____

         Total Amount This Invoice               $95.18
_____


                    PAYMENT DUE UPON RECEIPT
       PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****
hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001407900
    Our File No. 15868
    Status - Foreclosure

    Invoice Number  113626

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/20/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/19/08- | Title Search | 275.00 |
| 3/20/08- | Court Filing Fee | 256.00 |
| 3/27/08- | Service of Process | 240.00 |
| | Total Amount This Invoice | $1,371.00 |
| | Total Current Charges | $1,371.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

     Account No. 1001553929
     Our File No. 12898
     Status - Foreclosure
     Referral Date 11/21/2007

     Invoice Number  113627

Tax ID # 59-2885854

---

     Professional services:

| | |
|---|---:|
| 3/26/08   Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

     Professional Costs:

| | |
|---|---:|
| 3/25/08- Title Search | 275.00 |
| 3/26/08- Court Filing Fee | 255.00 |
| Total Amount This Invoice | $1,130.00 |
| Total Current Charges | $1,130.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001538846
    Our File No. 13322
    Status - Foreclosure
    Referral Date 12/5/2007

    Invoice Number  114323

Tax ID # 59-2885854

---

    Professional Costs:

| | | |
|---|---|---:|
| 3/11/08- | Publication of Notice of Action | 176.40 |
| 3/18/08- | Court Filing Fee | 1.00 |
| 3/18/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $195.90 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063


RE:  American Home Mortgage Servicing

     Account No. 1001439405
     Our File No. 16732
     Status - Foreclosure
     Referral Date 2/19/2008

     Invoice Number  113629

Tax ID # 59-2885854

---

          Professional services:


| | | |
|---|---|---:|
| 3/27/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

          Professional Costs:

| | | |
|---|---|---:|
| 3/26/08- | Title Search | 275.00 |
| 3/27/08- | Court Filing Fee | 261.00 |
| 3/27/08 - | Instrument Recording Fee | 4.00 |
| 3/31/08- | Hydra Investigation Yahaira Claudio | 45.00 |
| | Total Amount This Invoice | $1,185.00 |
| | Total Current Charges | $1,185.00 |

---

          PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                 *****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001287275
Our File No. 15879
Status - Foreclosure
Invoice Number  113668

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/14/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/13/08- | Title Search | 275.00 |
| 3/14/08- | Court Filing Fee | 255.00 |
| 3/14/08 - | Instrument Recording Fee | 1.00 |
| 3/14/08- | Instrument Recording Fee | 9.00 |
| 3/26/08- | Service of Process | 80.00 |
| | Total Amount This Invoice | $1,220.00 |
| | Total Current Charges | $1,220.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001375493
     Our File No. 11663
     Status - Foreclosure
     Referral Date 10/22/2007

     Invoice Number  113670

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/20/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/5/08- | Publication of Notice of Sale | 110.40 |
| 3/12/08- | Clerk's Sale Fee | 60.00 |
| 3/26/08- | Instrument Recording Fee | 5.50 |
| 3/26/08 - | Documentary Stamp Tax | 0.70 |
| | Total Amount This Invoice | $776.60 |
| | Total Current Charges | $776.60 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001615696
    Our File No. 11784
    Status - Foreclosure

    Invoice Number 113672

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 3/19/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 3/11/08- | Clerk's Sale Fee | 60.00 |
| 3/14/08- | Publication of Notice of Sale | 145.18 |
| 3/25/08- | Instrument Recording Fee | 3.50 |
| 3/25/08 - | Documentary Stamp Tax | 0.70 |
| | Total Amount This Invoice | $809.38 |
| | Total Current Charges | $809.38 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

        Account No. 1001685417
        Our File No. 10707

        Invoice Number  113673

Tax ID # 59-2885854

        Professional Costs:

| | |
|---|---|
| 3/11/08- Publication of Notice of Sale . | 97.95 |
| Total Amount This Invoice | $97.95 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001136845
    Our File No. 16828
    Status - Foreclosure
    Invoice Number  113676

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/27/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/26/08- | Title Search | 275.00 |
| 3/27/08- | Clerk's Filing Fee | 267.00 |
| 3/27/08- | Instrument Recording Fee | 6.00 |
| 3/31/08- | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $1,193.00 |
| | Total Current Charges | $1,193.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001479438
Our File No. 12956
Status - Foreclosure
Invoice Number 113675

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 3/7/08- Instrument Recording Fee | | 28.50 |
| 3/7/08 - Hydra Skiptrace | | 5.00 |
| Total Amount This Invoice | | $33.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

     Account No. 1001254991
     Our File No. 14655
     Status - Foreclosure
     Referral Date 1/3/2008

     Invoice Number  114475

Tax ID # 59-2885854

_____

     Professional Costs:


3/13/08- Instrument Recording Fee                          1.00
3/13/08 - Instrument Recording Fee                        18.50
                                                          _____
     Total Amount This Invoice                           $19.50
_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001256452
Our File No. 11003

Status - Foreclosure
Invoice Number  113679

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 3/14/08- Hydra Skiptrace | 15.00 |
| Total Amount This Invoice | $15.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001369018
Our File No. 16289
Status - Foreclosure
Referral Date 2/10/2008

Invoice Number  113683

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/31/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/28/08- | Title Search | 340.00 |
| 3/31/08- | Court Filing Fee | 258.00 |
| 3/31/08 - | Instrument Recording Fee | 2.00 |
| 3/31/08 - | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $1,245.00 |
| | Total Current Charges | $1,245.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE: American Home Mortgage Servicing.

Account No. 1001227616
Our File No. 14712
Status - Foreclosure

Invoice Number  113691

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/26/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 3/27/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/25/08- | Title Search | 275.00 |
| 3/26/08- | Court Filing Fee | 259.00 |
| 3/26/00 - | Instrument Recording Fee | 3.00 |
| 3/26/08 - | Instrument Recording Fee | 18.50 |
| 3/31/08- | Service of Process | 195.00 |
| | Total Amount This Invoice | $1,475.50 |
| | Total Current Charges | $1,475.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001217747
Our File No. 14715
Status – Foreclosure

Invoice Number  113690

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/7/08 | Flat fee for foreclosure lawsuit – first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/6/08– | Title Search | 275.00 |
| 3/7/08– | Court Filing Fee | 259.00 |
| 3/7/00– | Instrument Recording Fee | 2.00 |
| 3/7/00– | Instrument Recording Fee | 18.50 |
| 3/11/08– | Service of Process | 195.00 |
| | Total Amount This Invoice | $1,349.50 |
| | Total Current Charges | $1,349.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001401941
Our File No. 14620
Status - Foreclosure

Referral Date 1/2/2008

Invoice Number  113687

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---:|
| 3/13/08- Instrument Recording Fee | 18.50 |
| Total Amount This Invoice | $18.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001403930
    Our File No. 14861
    Status - Foreclosure
    Referral Date 1/8/2008
    Invoice Number  114477

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/7/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 3/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/6/08- | Title Search | 275.00 |
| 3/7/08- | Court Filing Fee | 255.00 |
| 3/7/08 - | Instrument Recording Fee | 1.00 |
| 3/7/08 - | Instrument Recording Fee | 9.00 |
| 3/13/08- | Service of Process | 100.00 |
| 3/26/08- | Instrument Recording Fee | 18.50 |

Total Amount This Invoice                     $1,383.50

Total Current Charges                         $1,383.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001401925
Our File No. 14784
Status - Foreclosure

Referral Date 1/5/2008

Invoice Number  113689

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/7/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/4/08- | Service of Process | 150.00 |
| | Total Amount This Invoice | $275.00 |
| | Total Current Charges | $275.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001164348
Our File No. 14764
Status - Foreclosure

Invoice Number  113693

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/19/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/3/08- | Service of Process | 193.00 |
| | Total Amount This Invoice | $318.00 |
| | Total Current Charges | $318.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001196564
Our File No. 14853
Status - Complaint
Invoice Number 113694

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/3/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 3/13/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/29/08- | Title Search | 340.00 |
| 3/3/08- | Court Filing Fee | 259.00 |
| 3/3/08 - | Instrument Recording Fee | 4.00 |
| 3/10/08- | Serivce of Process | 259.00 |
| 3/19/08- | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $1,632.00 |
| | Total Current Charges | $1,632.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001071984
Our File No. 14856
Status - Foreclosure

Invoice Number  113700

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/26/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 2/28/08- | Title Search | 275.00 |
| 3/13/08- | Service of Process | 840.00 |
| | Total Amount This Invoice | $1,240.00 |
| | Total Current Charges | $1,240.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
****THANK YOU****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1001474875
    Our File No. 12955
    Status – Foreclosure

    Invoice Number  113701

Tax ID # 59-2885854

    Professional Costs:

3/11/08- Publication of Notice of Action            101.40

    Total Amount This Invoice           $101.40

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing                ,

      Account No. 1001506548
      Our File No. 14648
      Status - Foreclosure

      Invoice Number  113704

Tax ID # 59-2885854

--------------------------------------------------------------------

        Professional services:


3/19/08  Flat fee to prepare assignment of mortgage.        125.00


--------------------------------------------------------------------

        Professional Costs:

3/18/08- Service of Process                              234.00

        Total Amount This Invoice                        $359.00


        Total Current Charges                            $359.00
        ============================================================

                    PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                     *****THANK YOU*****
hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001003231
Our File No. 15252
Status – Foreclosure

Invoice Number  113706

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/10/08 | Flat fee for foreclosure lawsuit – first half. | 600.00 |
| 3/12/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/7/08– | Title Search | 275.00 |
| 3/10/08– | Court Filing Fee | 263.00 |
| 3/10/08 – | Instrument Recording Fee | 4.00 |
| 3/10/08 – | Instrument Recording Fee | 18.50 |
| 3/18/08– | Service of Process | 352.00 |
| | Total Amount This Invoice | $1,637.50 |
| | Total Current Charges | $1,637.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001169812
     Our File No. 16840
     Status - Foreclosure
     Referral Date 2/21/2008

     Invoice Number  113708

Tax ID # 59-2885854

---

        Professional services:


3/28/08   Flat fee for foreclosure lawsuit - first half.          600.00

---

        Professional Costs:

3/27/08-  Title Search                                            275.00
3/28/08-  Court Filing Fee                                        259.00
3/28/08   Instrument Recording Fee                                  3.00
                                                           ─────────────
          Total Amount This Invoice                            $1,137.00

                                                           ─────────────
          Total Current Charges                                $1,137.00
                                                           ═════════════

---

                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****
hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1000770262
    Our File No. 13499
    Status - Answer
    Referral Date 12/10/2007

    Invoice Number  113757

Tax ID # 59-2885854

---

    Professional Costs:

| | |
|---|---:|
| 3/21/08- Instrument Recording Fee | 17.50 |
| 3/21/08 - Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $22.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing                    ,

Account No. 1001377740
Our File No. 10297

Status - Foreclosure
Invoice Number 113748

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 3/21/08- Instrument Recording Fee | 17.50 |
| 3/21/08 - Hydra Skiptrace | 5.00 |
| Total Amount This Invoice | $22.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001233331
Our File No. 14786
Status - Foreclosure

Invoice Number  113749

Tax ID # 59-2885854

---

Professional services:

| Date | Description | Amount |
|------|-------------|--------|
| 3/24/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Total Amount This Invoice                 $125.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicinç
     ì
     Account No. 1001120371
     Our File No. 10567


     Invoice Number  113756

Tax ID # 59-2885854

---

        Professional services:


| 3/6/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |
|---|---|---|

---

        Professional Costs:

| 3/6/08- | Publication of Notice of Sale | 152.60 |
| 3/6/08- | Clerk's Sale Fee | 60.00 |
| 3/6/08- | Instrument Recording Fee | 4.50 |
| 3/6/08- | Documentary Stamp Tax | 0.70 |
| | Total Amount This Invoice | $817.80 |
| | Total Current Charges | $817.80 |

---

                PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                *****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001284429
Our File No. 14559
Status - Foreclosure
Referral Date 1/2/2008

Invoice Number  114325

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---:|
| 3/13/08- Instrument Recording Fee | 18.50 |
| Total Amount This Invoice | $18.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001284441
     Our File No. 12210
     Status - Foreclosure
     Invoice Number  113761

Tax ID # 59-2885854

     Professional Costs:

| | |
|---|---:|
| 3/21/08- Instrument Recording Fee | 6.50 |
| Total Amount This Invoice | $6.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001450232
Our File No. 14585
Status - Foreclosure

Invoice Number  113762

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---:|
| 3/18/08- | Court Filing Fee | 2.00 |
| 3/10/08 - | Instrument Recording Fee | 18.50 |
| 3/28/08- | Service of process | 120.00 |
| 3/20/08- | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $185.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001293211
Our File No. 16600
Status - Eviction
Referral Date 2/17/2008

Invoice Number  114327

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/3/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/3/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1001019765
    Our File No. 10213

    Status - Foreclosure

    Invoice Number  113764

Tax ID # 59-2885854

---

    Professional services:

| | |
|---|---:|
| 3/4/08   Flat fee for foreclosure lawsuit - second half | 600.00 |

---

    Professional Costs:

| | |
|---|---:|
| 3/4/08- Court Filing Fee | 50.00 |
| 3/4/08- Publication of Notice of Sale. | 98.63 |
| 3/4/08- Clerk's Sale Fee | 60.00 |
| 3/4/08- Hydra Skiptrace | 45.00 |
| Total Amount This Invoice | $853.63 |
| | |
| Total Current Charges | $853.63 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001773727
     Our File No. 12916
     Status - Foreclosure
     Referral Date 11/21/2007

     Invoice Number  113766

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/3/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/3/08- | Instrument Recording Fee | 23.50 |
| | Total Amount This Invoice | $623.50 |
| | Total Current Charges | $623.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1000980106
Our File No. 14602
Status - Foreclosure
Invoice Number  113767

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---:|
| 3/26/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---:|
| 3/25/08- | Title Search | 275.00 |
| 3/26/08- | Court Filing Fee | 259.00 |
| 3/26/08 - | Instrument Recording Fee | 4.00 |
| 3/26/08 - | Instrument Recording Fee | 9.00 |
| | Total Amount This Invoice | $1,147.00 |
| | Total Current Charges | $1,147.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001402721
Our File No. 14625
Status - Foreclosure

Referral Date 1/2/2008

Invoice Number  114479

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/7/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/6/08- | Service of Process | 104.00 |
| - | Service of Process | 140.00 |
| | Total Amount This Invoice | $369.00 |
| | Total Current Charges | $369.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063


RE:  American Home Mortgage Servicing,

     Account No. 1001543791
     Our File No. 14900
     Status - Foreclosure
     Invoice Number 113770

Tax ID # 59-2885854

---

     Professional services:

| | | |
|---|---|---|
| 3/26/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

     Professional Costs:

| | | |
|---|---|---|
| 3/12/08- | Title Search | 275.00 |
| 3/13/08- | Service of Process | 100.00 |
| | Total Amount This Invoice | $500.00 |
| | Total Current Charges | $500.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001147809
    Our File No. 11616
    Status - Foreclosure

    Invoice Number  113771

Tax ID # 59-2885854

---

    Professional Costs:

| | |
|---|---|
| 3/26/08- Instrument Recording Fee | 30.50 |
| Total Amount This Invoice | $30.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw



**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1000881078
Our File No. 13421
Status - Foreclosure
Referral Date 12/6/2007

Invoice Number  114282

Tax ID # 59-2885854

---

Professional services:

| | | Hrs/Rate | |
|---|---|---|---|
| 3/4/08 | Correspondence with client. (PEL) | 0.30<br>150.00/hr | 45.00 |
| | Total Amount This Invoice | 0.30 | $45.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001572272
     Our File No. 10554

     Status - Foreclosure
     Invoice Number  113772

Tax ID # 59-2885854

          Professional services:


  3/6/08  Flat fee for foreclosure lawsuit - second half          600.00


          Professional Costs:

  3/3/08- Clerk's Sale Fee                                          60.00
  3/6/08- Documentary Stamp Tax                                      0.70
  3/6/08- Publication of Notice of Sale                            140.35
  3/6/08- Instrument Recording Fee                                   4.50

          Total Amount This Invoice                              $805.55


          Total Current Charges                                  $805.55


                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                        *****THANK YOU*****
hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1000953353
      Our File No. 16296
      Status - Foreclosure
      Referral Date 2/10/2008

      Invoice Number  113773

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/21/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | |
|---|---|
| 3/20/08- Title Search | 275.00 |
| 3/21/08- Court Filing Fee | 265.00 |
| 3/21/08 - Instrument Recording Fee | 5.00 |
| 3/21/08 - Instrument Recording Fee | 9.00 |
| 3/21/08 - Service of Process | 120.00 |
| Total Amount This Invoice | $1,274.00 |
| | |
| Total Current Charges | $1,274.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063


RE:  American Home Mortgage Servicing,

    Account No. 1000950952
    Our File No. 14641
    Status - Foreclosure
    Invoice Number 113774

Tax ID # 59-2885854

---

Professional services:


| | | |
|---|---|---:|
| 3/7/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 3/10/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---:|
| 3/6/08- | Foreclosure Title Search | 275.00 |
| 3/7/08- | Court Filing Fee | 263.00 |
| 3/7/08 - | Instrument Recording Fee | 5.00 |
| 3/7/08 - | Hydra Skiptrace | 45.00 |
| 3/7/08 - | Instrument Recording Fee | 18.50 |
| 3/19/08- | Service of Process | 424.00 |
| 3/19/08 - | Hydra Skiptrace | 45.00 |
| 3/26/08- | Court Filing Fee | 1.00 |
| 3/26/08 - | Instrument Recording Fee | 18.50 |
| 3/27/08- | Instrument Recording Fee | 17.50 |
| 3/28/08- | Instrument Recording Fee | 13.00 |

Total Amount This Invoice                     $1,850.50


Total Current Charges                          $1,850.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001270287
     Our File No  11016

     Status - Foreclosure
     Referral Date 9/28/2007

     Invoice Number  114328

Tax ID # 59-2885854

_____

         Professional services:


3/6/08   Flat fee for foreclosure lawsuit - second half          600.00

_____

         Professional Costs:

3/3/08 - Publication of Notice of Sale                           110.00
3/6/08 - Instrument Recording Fee                                 15.00
3/10/08- Instrument Recording Fee                                  3.50
3/10/08 - Documentary Stamp Tax                                    0.70
                                                                 _____

         Total Amount This Invoice                              $729.20


         Total Current Charges                                  $729.20
                                                                =======

_____

                    PAYMENT DUE UPON RECEIPT
       PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1000864265
    Our File No. 10715

    Invoice Number  113776

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 3/6/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 3/6/08- | Court Filing Fee | 50.00 |
| 3/6/00 - | Instrument Recording Fee | 23.50 |
| 3/12/08- | Publication of Notice of Sale | 172.05 |
| | Total Amount This Invoice | $845.55 |
| | Total Current Charges | $845.55 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001458586
Our File No. 15831
Status - Foreclosure

Invoice Number  113816

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/13/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 3/19/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/12/08- | Title Search | 275.00 |
| 3/13/08- | Court Filing Fee | 255.00 |
| 3/25/08- | Service of Process | 175.00 |

Total Amount This Invoice        $1,430.00

Total Current Charges        $1,430.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000593765
Our File No. 14555
Status - Foreclosure
Referral Date 1/2/2008

Invoice Number  113815

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---:|
| 3/3/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---:|
| 3/3/08- | Hydra Skiptrace | 45.00 |
| 3/3/08 - | Court Filing Fee | 263.00 |
| 3/3/08 - | Instrument Recording Fee | 5.00 |
| 3/3/08 - | Instrument Recording Fee | 17.00 |
| 3/22/08- | Service of Process | 192.00 |
| | Total Amount This Invoice | $1,122.00 |
| | Total Current Charges | $1,122.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001311294
    Our File No. 12886
    Status – Foreclosure
    Referral Date 11/21/2007

    Invoice Number  113814

Tax ID # 59-2885854

---

    Professional services:

| | |
|---|---|
| 3/7/08  Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| | |
|---|---|
| 3/26/08- Instrument Recording Fee | 18.50 |
| Total Amount This Invoice | $143.50 |
| Total Current Charges | $143.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001024900
    Our File No. 10052
    Status - Foreclosure
    Referral Date 8/29/2007

    Invoice Number  114429

Tax ID # 59-2885854

        Professional services:

| | | |
|---|---|---:|
| 3/3/08 | Flat fee for title claim/title curative. | 300.00 |
| 3/18/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |
| 3/18/08 | Flat fee to reset sale. | 350.00 |

        Professional Costs:

| | | |
|---|---|---:|
| 3/13/08 - | Court Filing Fee | 50.00 |
| 3/25/08 - | Publication of Notice of Sale 3/7, 14/08 | 161.25 |

        Total Amount This Invoice        $1,461.25

        Total Current Charges            $1,461.25

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001261697
Our File No. 14766
Status - Foreclosure

Invoice Number  113818

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---:|
| 3/3/08- Service of Process | 199.00 |
| Total Amount This Invoice | $199.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001111046
Our File No. 14815
Status - Foreclosure
Referral Date 1/7/2008

Invoice Number  113819

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/3/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 3/27/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/3/08- | Court Filing Fee | 261.00 |
| 3/19/08- | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $1,031.00 |
| | Total Current Charges | $1,031.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1000884280
    Our File No. 12861
    Status - Foreclosure
    Referral Date 11/20/2007

    Invoice Number  114329

Tax ID # 59-2885854

---

    Professional Costs:

| | |
|---|---:|
| 3/25/08- Instrument Recording Fee | 13.00 |
| 3/26/08- Instrument Recording Fee | 21.00 |
| Total Amount This Invoice | $34.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001257069
Our File No. 10767

Invoice Number  113821

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/6/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/6/08- | Clerk's Sale Fee | 60.00 |
| 3/6/08- | Court Filing Fee | 50.00 |
| 3/6/08- | Publication of Notice of Sale | 110.00 |
| 3/6/08- | Instrument Recording Fee | 23.50 |
| | Total Amount This Invoice | $843.50 |
| | Total Current Charges | $843.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001646369
    Our File No. 12465
    Status - Foreclosure
    Referral Date 11/10/2007

    Invoice Number  113822

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 3/11/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 3/3/08- | Clerk's Sale Fee | 60.00 |
| 3/7/08- | Publication of Notice of Sale | 79.22 |
| 3/17/08- | Instrument Recording Fee | 4.50 |
| 3/17/08 - | Documentary Stamp Tax | 0.70 |
| | Total Amount This Invoice | $744.42 |
| | Total Current Charges | $744.42 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001636500
Our File No. 12215
Status - Foreclosure
Referral Date 11/4/2007

Invoice Number  114330

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/3/08 | Flat fee to reset sale. | 350.00 |
| 3/6/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/6/08- | Sale Fee | 60.00 |
| 3/6/08- | Instrument Recording Fee | 50.00 |
| 3/6/08- | Publication of Notice of Sale | 80.30 |
| 3/6/08- | Court Filing Fee | 50.00 |
| 3/26/08- | Publication of Notice of Sale | 79.76 |
| 3/31/08- | Sale Fee | 60.00 |

Total Amount This Invoice            $1,330.06

Total Current Charges              $1,330.06

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001145969
Our File No. 10541

Invoice Number  113826

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/6/08  Flat fee for foreclosure lawsuit - second half | | 600.00 |

Professional Costs:

| | |
|---|---|
| 3/6/08- Clerk's Sale Fee | 60.00 |
| 3/6/00 - Instrument Recording Fee | 4.50 |
| 3/6/00 - Documentary Stamp Tax | 0.70 |
| 3/11/08- Publication of Notice of Sale | 101.40 |
| Total Amount This Invoice | $766.60 |
| Total Current Charges | $766.60 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001110887
    Our File No. 14818
    Status - Foreclosure

    Invoice Number  113827

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 3/27/08 | Flat fee to prepare assignment of mortgage. | 125.00 |
| | Total Amount This Invoice | $125.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001223442
     Our File No. 14820
     Status - Foreclosure
     Referral Date 1/7/2008
     Invoice Number  113931

Tax ID # 59-2885854

---

Professional Costs:

| | | |
|---|---|---|
| 3/18/08- | Court Filing Fee | 1.00 |
| 3/18/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $19.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001454756
Our File No. 14638
Status - Foreclosure

Referral Date 1/3/2008

Invoice Number  113932

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/31/08 | Flat fee for response to defendant's motion for extension of time. | 250.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/13/08- | Instrument Recording Fee | 18.50 |
| 3/28/08- | Cost of Certified Court Documents | 32.50 |
| 3/28/08- | Hydra Skiptrace | 5.00 |
| | Total Amount This Invoice | $306.00 |
| | Total Current Charges | $306.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1001454364
    Our File No. 14760
    Status - Foreclosure
    Referral Date 1/4/2008
    Invoice Number  114431

Tax ID # 59-2885854

---

Professional services:

| | | Hrs/Rate | |
|---|---|---|---|
| 3/3/08 | Flat fee to receive and review motion for extension of time (.2); Telephone communications with opposing counsel (.5); set hearing (.4); prepare notice of hearing (.6). (PEL) | 1.70 150.00/hr | 255.00 |
| 3/14/08 | Received, reviewed defendant's Answer and Affirmative defenses and defendants Request to Produce. (PEL) | 1.30 150.00/hr | 195.00 |
| 3/17/08 | Correspondence with client. (PEL) | 0.30 150.00/hr | 45.00 |
| 3/19/08 | Prepare and file Response to Affirmative Defenses. (PEL) | 2.50 150.00/hr | 375.00 |
| | Prepare and file extension to defendant's Request to Produce. (PEL) | 0.40 150.00/hr | 60.00 |
| 3/31/08 | Correspondence with client. (PEL) | 0.20 150.00/hr | 30.00 |

---

Professional Costs:

| | | | |
|---|---|---|---|
| 3/14/08- | Hydra Skiptrace | | 45.00 |
| | Total Amount This Invoice | 6.40 | $1,005.00 |

Page    2

|                        |            |
| ---------------------- | ---------- |
| Total Current Charges  | $1,005.00  |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001454602
Our File No. 14762
Status - Foreclosure
Referral Date 1/4/2008

Invoice Number  114501

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/7/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/6/08- | Foreclosure Title Search | 275.00 |
| 3/7/08- | Court Filing Fee | 263.00 |
| - | Instrument Recording Fee | 4.00 |
| 3/24/08- | Service of Process | 312.00 |
| | Total Amount This Invoice | $1,454.00 |
| | Total Current Charges | $1,454.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001312428
Our File No. 12207
Status - Foreclosure
Referral Date 11/4/2007

Invoice Number  114331

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/20/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/10/08- | Publication of Notice of Sale | 215.66 |
| 3/12/08- | Sale Fee | 60.00 |
| 3/26/08- | Instrument Recording Fee | 4.50 |
| 3/26/08- | Documentary Stamp Tax | 0.70 |
| | Total Amount This Invoice | $880.86 |
| | Total Current Charges | $880.86 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE: American Home Mortgage Servicing

Account No. 1001362301
Our File No. 16734
Status - Foreclosure

Invoice Number 113939

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/28/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 2/20/08- | Title Search | 275.00 |
| 3/28/08- | Court Filing  Fee | 255.00 |
| | Total Amount This Invoice | $1,130.00 |
| | Total Current Charges | $1,130.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

　　　Account No. 1001035008
　　　Our File No. 13498
　　　Status - Foreclosure
　　　Referral Date 12/10/2007

　　　Invoice Number 113940

Tax ID # 59-2885854

　　　Professional Costs:

3/3/08- Publication of Notice of Action                    301.00

　　　　Total Amount This Invoice                        $301.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mort. Serv.
     Account No. 1001150193
     Our File No. 09087

     Status - Foreclosure
     Referral Date 7/23/2007

     Invoice Number  114333

Tax ID # 59-2885854

          Professional Costs:


 3/3/08- Instrument Recording Fee                          25.50

          Total Amount This Invoice                      $25.50


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001460591
    Our File No. 14780
    Status - Foreclosure

    Invoice Number  113943

Tax ID # 59-2885854

      Professional Costs:

| | |
|---|---|
| 3/3/08- Service of Process | 204.00 |
| Total Amount This Invoice | $204.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE: American Home Mortgage Servicing

    Account No. 1001232174
    Our File No. 14862
    Status - Foreclosure

    Invoice Number 113944

Tax ID # 59-2885854

---

    Professional services:

| Date | Description | Amount |
|------|-------------|--------|
| 3/3/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 3/27/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| Date | Description | Amount |
|------|-------------|--------|
| 3/3/08- | Court Filing Fee | 257.00 |
| 3/5/08- | Service of Process | 150.00 |
| 3/12/08- | Title Search | 275.00 |
| 3/19/08- | Service of Process | 100.00 |
| | Total Amount This Invoice | $1,507.00 |
| | Total Current Charges | $1,507.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001276666
Our File No. 16286
Status - Foreclosure

Invoice Number 113947

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/26/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/25/08- | Title Search | 275.00 |
| 3/26/08- | Court Filing Fee | 263.00 |
| 3/26/08- | Instrument Recording Fee | 4.00 |
| | Total Amount This Invoice | $1,142.00 |
| | Total Current Charges | $1,142.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001320634
    Our File No. 15628
    Status - Foreclosure

    Invoice Number  113950

Tax ID # 59-2885854

---

Professional services:

| Date | Description | Amount |
|---|---|---|
| 3/10/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 3/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 3/7/08- | Title Search | 275.00 |
| 3/10/08- | Court Filing Fee | 267.00 |
| 3/10/08 - | Instrument Recording Fee | 6.00 |
| 3/14/08- | Service of Process | 270.00 |
| 3/26/08- | Court Filing Fee | 1.00 |
| 3/26/08- | Instrument Recording Fee | 18.50 |

Total Amount This Invoice     $1,562.50

Total Current Charges     $1,562.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001545226
    Our File No. 12911
    Status - Foreclosure

    Invoice Number  113952

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 3/10/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 3/4/08- | Hydra Skiptrace | 5.00 |
| 3/26/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $148.50 |
| | Total Current Charges | $148.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

Account No. 1001023650
Our File No. 12879
Status - Foreclosure
Referral Date 11/21/2007

Invoice Number 114334

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 3/14/08- Instrument Recording Fee | | 30.50 |
| 3/14/08- Hydra Skiptrace | | 10.00 |
| Total Amount This Invoice | | $40.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001273520
Our File No. 12860
Status - Foreclosure

Invoice Number  113956

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/26/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/25/08- | Title Search | 275.00 |
| 3/26/08- | Court Filing Fee | 257.00 |
| | Total Amount This Invoice | $1,132.00 |
| | Total Current Charges | $1,132.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001265760
Our File No. 11813-EVC
Status - Eviction
Referral Date 10/24/2007

Invoice Number  114337

Tax ID # 59-2885854

Professional services:

| Date | Description | Amount |
|------|-------------|-------:|
| 3/18/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |
| | Total Amount This Invoice | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001081709
Our File No. 11766
Status - Foreclosure

Invoice Number  113960

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 3/26/08- Publication of Notice of Sale | - | 97.95 |
| 3/31/08- Clerk's Sale Fee | | 60.00 |
| Total Amount This Invoice | | $157.95 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000949279
Our File No. 13602
Status - Foreclosure
Referral Date 12/11/2007

Invoice Number  114339

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 3/28/08- Hydra Skiptrace | 10.00 |
| Total Amount This Invoice | $10.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001423533
Our File No. 16293
Status - Foreclosure
Referral Date 2/10/2008
Invoice Number  113966

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/24/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/21/08- | Title Search | 275.00 |
| 3/24/08- | Court Filing Fee | 265.00 |
| 3/24/08 - | Instrument Recording Fee | 5.00 |
| 3/24/08 - | Hydra Skiptrace | 45.00 |
| 3/28/08- | Service of Process | 200.00 |

Total Amount This Invoice                                    $1,390.00

Total Current Charges                                        $1,390.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001059806
     Our File No. 11848
     Status - Foreclosure
     Referral Date 10/25/2007

     Invoice Number  114517

Tax ID # 59-2885854

---

        Professional services:


3/3/08  Flat fee for foreclosure lawsuit - second half         600.00

                                                             _____
        Total Amount This Invoice                            $600.00

---

                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****
sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001601810
Our File No. 12928
Status - Foreclosure

Invoice Number  113971

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/20/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 3/26/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/20/08- | Court Filing Fee | 255.00 |
| 3/20/08- | Instrument Recording Fee | 1.00 |
| 3/28/08- | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $1,026.00 |
| | Total Current Charges | $1,026.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001587197
    Our File No. 14896
    Status - Foreclosure
    Referral Date 1/8/2008

    Invoice Number  114340

Tax ID # 59-2885854

---

Professional services:

| Date | Description | Amount |
|---|---|---|
| 3/3/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 3/27/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 2/29/08- | Title Search | 275.00 |
| 3/3/08- | Court Filing Fee | 255.00 |
| 3/3/08 - | Instrument Recording Fee | 2.00 |
| 3/3/08 - | Instrument Recording Fee | 18.50 |
| 3/7/08- | Service of Process | 200.00 |
| 3/20/08- | Hydra Skiptrace | 45.00 |
| 3/21/08- | Instrument Recording Fee | 17.50 |

|  |  |  |
|---|---|---|
| | Total Amount This Invoice | $1,538.00 |
| | Total Current Charges | $1,538.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001435615
    Our File No. 13303
    Status - Foreclosure
    Referral Date 12/4/2007

    Invoice Number  114342

Tax ID # 59-2885854

        Professional services:

3/7/08   Flat fee to prepare assignment of mortgage.        125.00

        Professional Costs:

3/4/08-  Instrument Recording Fee                            18.50
3/21/08- Instrument Recording Fee                            12.00

        Total Amount This Invoice                          $155.50

        Total Current Charges                              $155.50


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001170453
Our File No. 15821
Status - Foreclosure

Invoice Number  114024

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---:|
| 3/14/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---:|
| 3/13/08- | Title Search | 275.00 |
| 3/14/08- | Court Filing Fee | 259.00 |
| 3/14/08 - | Instrument Recording Fee | 4.00 |
| 3/14/08 - | Instrument Recording Fee | 9.00 |
| 3/20/08- | Service of Process | 217.00 |
| 3/28/08- | Hydra Skiptrace | 45.00 |

| | |
|---|---:|
| Total Amount This Invoice | $1,409.00 |
| Total Current Charges | $1,409.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001645777
Our File No. 12936
Status - Foreclosure
Referral Date 11/23/2007

Invoice Number  114344

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/13/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/18/08 - | Instrument Recording Fee | 26.50 |
| 3/18/08 - | Hydra Skiptrace | 10.00 |
| | Total Amount This Invoice | $161.50 |
| | Total Current Charges | $161.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001683583
Our File No. 12876
Status - Foreclosure
Referral Date 11/21/2007

Invoice Number  114345

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 3/19/08- Instrument Recording Fee | 29.50 |
| Total Amount This Invoice | $29.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001114437
Our File No. 09027
Status - Foreclosure
Referral Date 7/19/2007

Invoice Number  114347

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 3/14/08 - Instrument Recording Fee | 15.50 |
| Total Amount This Invoice | $15.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001194189
Our File No. 14710
Status - Foreclosure
Referral Date 1/4/2008
Invoice Number  114032

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---:|
| 3/24/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---:|
| 3/21/08- | Foreclosure Title Search | 275.00 |
| 3/24/08- | Court Filing Fee | 259.00 |
| 3/24/08 - | Instrument Recording Fee | 2.00 |
| 3/24/08 - | Instrument Recording Fee | 18.50 |
| 3/31/08- | Service of Process | 182.00 |
| | Total Amount This Invoice | $1,336.50 |
| | Total Current Charges | $1,336.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001111414
Our File No. 15938
Status - Foreclosure

Invoice Number  114031

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/13/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 3/24/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/12/08- | Title Search | 275.00 |
| 3/13/08- | Court Filing fee | 263.00 |
| 3/13/08 - | Instrument Recording Fee | 3.00 |
| 3/13/08 - | Instrument Recording Fee | 9.00 |
| 3/27/08- | Service of Process | 212.00 |

Total Amount This Invoice          $1,487.00

Total Current Charges              $1,487.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing,

    Account No. 1001087515
    Our File No. 12855
    Status - Foreclosure
    Referral Date 11/20/2007

    Invoice Number  114349

Tax ID # 59-2885854

---

    Professional Costs:

| | |
|---|---:|
| 3/12/08- Instrument Recording Fee | 17.50 |
| 3/26/08- Instrument Recording Fee | 7.00 |
| Total Amount This Invoice | $24.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:                ----------
        Account No. 1001303122
        Our File No. 16595
        Status - Eviction
        Referral Date 2/17/2008

        Invoice Number  114350

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/4/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/3/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001034348
    Our File No. 11615
    Status - Foreclosure
    Referral Date 10/19/2007

    Invoice Number  114351

Tax ID # 59-2885854

---

    Professional services:

| Date | Description | Amount |
|------|-------------|-------:|
| 3/3/08 | Flat fee for title claim/title curative. | 300.00 |
| 3/24/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

    Professional Costs:

| Date | Description | Amount |
|------|-------------|-------:|
| 3/14/08 - | Sale Fee | 60.00 |
| 3/14/08 - | Publication of Notice of Sale | 99.00 |
| 3/24/08 - | Documentary Stamp Tax | 0.70 |
| 3/24/08 - | Instrument Recording Fee | 4.50 |

    Total Amount This Invoice    $1,064.20

    Total Current Charges    $1,064.20

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001438361
Our File No. 17061
Status - Foreclosure

Invoice Number  114042

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/4/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/3/08- | Title Search | 275.00 |
| | Total Amount This Invoice | $875.00 |
| | Total Current Charges | $875.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001571858
    Our File No. 14583
    Status - Foreclosure
    Invoice Number 114044

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/26/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/25/08- | Foreclosure Title Search | 275.00 |
| 3/26/08- | Court Filing Fee | 259.00 |
| | Total Amount This Invoice | $1,134.00 |
| | Total Current Charges | $1,134.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001225810
Our File No. 09157
Status - Foreclosure
Referral Date 7/24/2007

Invoice Number  114352

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 3/27/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

Professional Costs:

| | | |
|---|---|---|
| 3/27/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,
     Account No. 1001546479
     Our File No. 15890
     Status - Foreclosure
     Referral Date 1/30/2008
     Invoice Number 114047

Tax ID # 59-2885854

___

Professional services:

| | | |
|---|---|---|
| 3/20/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

___

Professional Costs:

| | | |
|---|---|---|
| 3/19/08- | Title Search | 275.00 |
| 3/20/08- | Court Filing Fee | 267.00 |
| 3/20/08- | Instrument Recording Fee | 8.00 |
| 3/20/08- | Hydra Skiptrace | 90.00 |
| 3/21/08- | Hydra Skiptrace | 45.00 |
| 3/27/08- | Service of Process | 708.00 |
| | Total Amount This Invoice | $1,993.00 |
| | Total Current Charges | $1,993.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

    Account No. 1000741349
    Our File No. 13416
    Status - Foreclosure

    Invoice Number  114048

Tax ID # 59-2885854

---

    Professional Costs:


3/4/08- Instrument Recording Fee                    27.50
3/4/08- Hydra Skiptrace                              5.00
                                                   _____
      Total Amount This Invoice                     $32.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063


RE:  American Home Mortgage Servicing

    Account No. 1001023607
    Our File No. 15919
    Status - Foreclosure
    Invoice Number  114049

Tax ID # 59-2885854

---

    Professional services:

| Date | Description | Amount |
|---|---|---|
| 3/13/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 3/14/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 3/12/08- | Title Search | 275.00 |
| 3/13/08- | Court Filing Fee | 255.00 |
| 3/13/08 - | Instrument Recording Fee | 1.00 |
| 3/18/08- | Service of Process | 140.00 |

    Total Amount This Invoice      $1,396.00

---

    Total Current Charges      $1,396.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001389009
     Our File No. 17342
     Status - Foreclosure
     Referral Date 3/3/2008

     Invoice Number  114051

Tax ID # 59-2885854

---

          Professional Costs:


| | |
|---|---|
| 3/11/08- Court Filing Fee | 271.00 |
| 3/11/08 - Instrument Recording Fee | 10.50 |
| Total Amount This Invoice | $281.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1001189052
    Our File No. 12850
    Status - Foreclosure
    Referral Date 11/20/2007

    Invoice Number  114284

Tax ID # 59-2885854

| | Professional services: | Hrs/Rate | |
|---|---|---|---|
| 3/3/08 | Telephone communications with opposing counsel. (PEL) | 0.60 150.00/hr | 90.00 |
| 3/5/08 | Receive, review and analyze Qualified Written Request (.6); analyze and review file and documents (.5); communicate with client (.3); receive review and analyze documents from client (.3); organize documents (.4); prepare, draft and file response to Qualified Written Request (1); schedule and calendar response dates (.3). (PEL) | 3.40 150.00/hr | 510.00 |
| | Total Amount This Invoice | 4.00 | $600.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000864851
Our File No. 10708

Status - Foreclosure
Referral Date 9/20/2007

Invoice Number  114353

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 3/19/08- Instrument Recording Fee | 13.00 |
| Total Amount This Invoice | $13.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001307750
Our File No. 12214
Status - Foreclosure
Referral Date 11/4/2007

Invoice Number  114466

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 3/27/08- Clerk's Sale Fee | 60.00 |
| Total Amount This Invoice | $60.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001568277
     Our File No. 10051

     Status - Foreclosure
     Invoice Number  114056

Tax ID # 59-2885854

          Professional Costs:

3/13/08- Court Call                                          60.00
3/20/08- Service of Process                                  40.00

          Total Amount This Invoice                       $100.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1001167899
    Our File No. 14787
    Status - Foreclosure
    Referral Date 1/5/2008
    Invoice Number  114057

Tax ID # 59-2885854

    Professional services:

3/14/08  Flat fee to prepare assignment of mortgage.        125.00

    Total Amount This Invoice              $125.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1001675190
    Our File No. 11853
    Status - Foreclosure

    Invoice Number  114058

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---:|
| 3/20/08- Publication of Notice of Sale | 110.00 |
| 3/25/08- Clerk's Sale Fee | 60.00 |
| Total Amount This Invoice | $170.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001313775
     Our File No. 12857
     Status - Foreclosure

     Invoice Number  114059

Tax ID # 59-2885854
_____

          Professional Costs:


3/13/08- Service of Process                        224.00
3/17/08- Publication of Notice of Action           167.14
                                                 _____
        Total Amount This Invoice                 $391.14
_____


                PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                 *****THANK YOU*****
hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001211996
Our File No. 15321
Status - Foreclosure
Referral Date 1/17/2008

Invoice Number  114505

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/10/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 3/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/7/08- | Title Search | 275.00 |
| 3/10/08- | Court Filing Fee | 263.00 |
| - | Instrument Recording Fee | 5.00 |
| - | Instrument Recording Fee | 17.00 |
| 3/19/08- | Service of Process | 320.00 |
| - | Hydra Skiptrace | 45.00 |
| 3/25/08- | Hydra Skiptrace | 45.00 |

Total Amount This Invoice                     $1,695.00

Total Current Charges                         $1,695.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001211996
Our File No. 09135
Status - Foreclosure
Referral Date 7/24/2007

Invoice Number  114061

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 3/26/08- Instrument Recording Fee | 18.50 |
| Total Amount This Invoice | $18.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**

**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing                    ,

Account No. 1001660504
Our File No. 14868
Status - Foreclosure
Invoice Number  114128

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/6/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 3/13/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/5/08- | Title Search | 275.00 |
| 3/6/08- | Court Filing Fee | 259.00 |
| 3/6/08 - | Service of Process | 312.00 |
| 3/6/08 - | Service of Process | 35.00 |
| 3/21/08- | Hydra Skiptrace | 90.00 |
| 3/26/08- | Court Filing Fee | 2.00 |
| 3/26/08- | Instrument Recording Fee | 18.50 |
| 3/31/08- | Title Search | 340.00 |

Total Amount This Invoice                    $2,056.50

Total Current Charges                    $2,056.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001631422
Our File No. 16814
Status - Foreclosure
Referral Date 2/21/2008

Invoice Number  114132

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/27/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/26/08- | Title Search | 275.00 |
| 3/27/08- | Court Filing Fee | 255.00 |
| 3/27/08 - | Instrument Recording Fee | 2.00 |
| 3/27/08 - | Instrument Recording Fee | 10.50 |
| | Total Amount This Invoice | $1,142.50 |
| | Total Current Charges | $1,142.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing.
      Account No. 1001404004
      Our File No. 15678
      Status –
      Invoice Number  114135

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/11/08 | Flat fee for foreclosure lawsuit – first half. | 600.00 |
| 3/13/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/11/08- | Court Filing Fee | 263.00 |
| 3/11/08 - | Instrument Recording Fee | 4.00 |
| 3/11/08 - | Instrument Recording Fee | 18.50 |
| 3/11/08 - | Title Search | 275.00 |
| 3/19/08- | Hydra Skiptrace | 45.00 |
| 3/20/08- | Service of Process | 265.00 |

Total Amount This Invoice      $1,595.50

Total Current Charges      $1,595.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001593919
Our File No. 09817                         - - - - -

Status - Foreclosure
Invoice Number  114137

Tax ID # 59-2885854

---

Professional Costs:


3/28/08- Publication of Notice of Sale                    42.30
                                                         _____
         Total Amount This Invoice                        $42.30

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

April 19, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001201031
Our File No. 11133
Status - Deed-in-Lieu
Referral Date 10/3/2007

Invoice Number  114139

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/11/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/11/08- | Court Filing Fee | 267.00 |
| | Total Amount This Invoice | $867.00 |
| | Total Current Charges | $867.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**

**813/915-8660**

April 19, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001405099
     Our File No. 15866
     Status - Foreclosure

     Invoice Number  114141

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 3/26/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 3/25/08- | Title Search | 275.00 |
| 3/26/08- | Court Filing Fee | 259.00 |
| 3/26/08- | Instrument Recording Fee | 3.00 |
| 3/26/08- | Instrument Recording Fee | 17.00 |
| | Total Amount This Invoice | $1,154.00 |
| | Total Current Charges | $1,154.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

hkw