## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- x

|  |  |
|---|---|
| In re: | : Chapter 11 |
| : |  |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al.,[1] : |  |
| : | Jointly Administered |
| Debtors. : |  |
| : | **Objection Deadline: May 20, 2008 at 4:00 p.m. (ET)** |
|  | **Hearing Date: May 28, 2008 at 11:00 a.m. (ET)** |

-------------------------------------------------------------- x

### DEBTORS' SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION
### TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
### BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

The above-captioned debtors and debtors in possession (the "Debtors") hereby

object (the "Objection") to each of the claims and interests (the "Disputed Claims") listed in

Exhibits A, B, C, D, E, F, G, H, and I to the proposed form of order (the "Proposed Order")

attached hereto, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy

Code"), Rules 3003 and 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules") and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United

States Bankruptcy Court for the District of Delaware (the "Local Rules") and request the entry of

an order disallowing and expunging in full or in part, reassigning, reclassifying and/or affixing a

value to such Disputed Claims.  In support of this Objection, the Debtors rely on the Declaration

of John Kalas in Support of the Debtors' Sixth Omnibus (Substantive) Objection to Claims

Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland
corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home
Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York
corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407);
Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York
corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except
for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Rule 3007-1, attached hereto as Exhibit I.  In further support, the Debtors respectfully represent as follows:

## JURISDICTION

1.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), in that it is a matter concerning the administration of the Debtors' estates.  Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief sought herein are section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007.

## BACKGROUND

2.     On August 6, 2007 (the "Petition Date"), the Debtors each filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  Each Debtor is continuing to operate its business and manage its properties as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.     The Debtors' cases have been consolidated for procedural purposes only and are being jointly administered pursuant to an order of this Court.

4.     On August 14, 2007, the United States Trustee for the District of Delaware appointed an Official Committee of Unsecured Creditors (the "Committee").  No trustee or examiner has been appointed.

## BAR DATE AND PROOFS OF CLAIM

5.     On August 17, 2007, this Court entered an order appointing Epiq Bankruptcy Solutions, LLC ("Epiq") as claims and noticing agent in these chapter 11 cases. Epiq is authorized to maintain (i) all proofs of claim filed against the Debtors and (ii) an official claims register by docketing all proofs of claim in a claims database containing, inter alia, information regarding the name and address of each claimant, the date the proof of claim was

received by Epiq, the claim number assigned to the proof of claim, and the asserted amount and classification of the claim.

6.      On October 30, 2007, this Court entered an order (the "Bar Date Order") establishing January 11, 2008 at 4:00 p.m. (ET) (the "Bar Date") as the final date and time for filing proofs of claim against the Debtors' estates on account of claims arising, or deemed to have arisen pursuant to section 501(d) of the Bankruptcy Code, prior to the Petition Date (the "Claims") and approving the form and manner of notice of the Bar Date.  Pursuant to the Bar Date Order, actual notice of the Bar Date was sent to (i) all known entities holding potential prepetition claims and their counsel (if known); (ii) all parties that have requested notice in these cases; (iii) all equity security holders; (iv) the United States Trustee; (v) the Securities and Exchange Commission; and (vi) all taxing authorities for the jurisdictions in which the Debtors do business.  In addition, notice of the Bar Date was published in the Dallas Morning Star, the Saint Louis Post-Dispatch and the national edition of The New York Times on November 6, 2007.  Affidavits of service and publication confirming such actual and publication notice of the Bar Date have been filed with this Court.

7.      To date, in excess of 10,000 proofs of claim have been filed in these chapter 11 cases.

### RELIEF REQUESTED

8.      By this Objection, the Debtors seek entry of an order, pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1, disallowing and expunging in full or in part, reassigning, reclassifying and/or affixing a value to the Disputed Claims listed in Exhibits A, B, C, D, E, F, G, H, and I of the Proposed Order for the reasons set forth below.  This Objection complies in all respects with Local Rule 3007-1.

## I.    No Liability Claims

9.    After reconciling each of the Disputed Claims and supporting materials against their books and records, the Debtors have determined that they are not liable in whole or in part with respect to the claims identified in Exhibit A of the Proposed Order (the "No Liability Claims"). Consequently, the Debtors believe the No Liability Claims identified in Exhibit A should be disallowed and expunged in their entirety. The Debtors believe they are not liable for the No Liability Claims because the Debtors' books and records, which the Debtors believe to be accurate, do not reflect that any prepetition amounts are due and owing on account of the No Liability Claims. Failure to disallow the No Liability Claims will result in the applicable claimants receiving an unwarranted recovery against the Debtors' estates, to the detriment of other creditors in this case. Accordingly, the Debtors hereby object to the No Liability Claims and request entry of an order disallowing in full and expunging each of the No Liability Claims identified in Exhibit A.

## II.    Multiple Debtor Claims

10.    The claimants asserting the claims listed in Exhibit B of the Proposed Order (the "Multiple Debtor Claims") filed identical claims against multiple Debtors. After review of their books and records, the Debtors have determined that the claims listed under the column titled "Objectionable Claims" in Exhibit B were filed against the wrong Debtor. As indicated in the column titled "Comments" in Exhibit B, each claimant has a surviving claim filed against the correct Debtor. The Debtors believe that it was not the intention of the claimants asserting the Multiple Debtor Claims to seek a double recovery against the Debtors' estates. Rather, the claimants may not have known which Debtor to assert their claims against and therefore filed multiple claims against multiple Debtors. Regardless of the claimants' reason

for filing the Multiple Debtor Claims, however, only one claim against the appropriate Debtor should be allowed for each claimant.

11.     Failure to disallow the Multiple Debtor Claims will result in the applicable claimants receiving an unwarranted double recovery against the Debtors' estates, to the detriment of other unsecured creditors in these cases.  Accordingly, the Debtors hereby object to the Multiple Debtor Claims and request entry of an order disallowing in full and expunging each of the Multiple Debtor Claims identified in Exhibit B.

### III.    Reduced Claims

12.     After reconciling each of the Disputed Claims and supporting materials against their books and records, the Debtors have determined that they are not liable for the full amounts asserted in the claims identified in Exhibit C of the Proposed Order (the "Reduced Claims").  Consequently, the Debtors believe the Reduced Claims identified under the column titled "Objectionable Claims" in Exhibit C should be disallowed and expunged in part, reducing the claims to the amounts listed under the column titled "Reduced Amount" in Exhibit C.  The Debtors believe they are not liable for the full amount of the Reduced Claims because the Debtors' books and records, which the Debtors believe to be accurate, reflect that smaller prepetition amounts (listed under the column titled "Reduced Amount" in Exhibit C) are due and owing on account of the Reduced Claims.  Failure to disallow in part the Reduced Claims will result in the applicable claimants receiving an unwarranted recovery against the Debtors' estates, to the detriment of other creditors in this case.  Accordingly, the Debtors hereby object to the Reduced Claims and request entry of an order disallowing and expunging in part each of the Reduced Claims identified in Exhibit C.

### IV.    Reduced Wrong Debtor Claims

13.    Similar to the Reduced Claims, the Debtors have reviewed their books and records and determined that they are not liable for the whole amounts asserted in the claims identified in Exhibit D of the Proposed Order (the "Reduced Wrong Debtor Claims").  In addition to showing that the Reduced Wrong Debtor Claims should be reduced to the amounts listed under the column titled "Reduced Amount" in Exhibit D, the Debtors books and records, which the Debtors believe to be accurate, show that the Reduced Wrong Debtor Claims should be reassigned to the case numbers listed under the column titled "New Case Number" in Exhibit D.  Failure to disallow in part and reassign the Reduced Wrong Debtor Claims will result in the applicable claimants receiving an unwarranted recovery from the Debtors' estates against which such claimants do not have a claim and to the detriment of other creditors in this case.  Accordingly, the Debtors hereby object to the Reduced Wrong Debtor Claims and request entry of an order (i) disallowing and expunging in part and (ii) reassigning each of the Reduced Wrong Debtor Claims to the new case numbers listed in Exhibit D.

### V.    Reclassified Claims

14.    After reconciling each of the Disputed Claims and supporting materials against their books and records, the Debtors have determined that the claims identified in Exhibit E of the Proposed Order (the "Reclassified Claims") were not asserted under the appropriate priority level.  Consequently, the Debtors believe that the Reclassified Claims should be reclassified to the priority levels listed in the column titled "Reclassified Amount" in Exhibit E.  Failure to reclassify the Reclassified Claims would award the claimants undue priority.  Accordingly, the Debtors request entry of an order reclassifying the Reclassified Claims as indicated in Exhibit E.

## VI.    Reclassified Wrong Debtor Claims

15.    Similar to the Reclassified Claims, the Debtors have reviewed their books and records and determined that the claims identified in Exhibit F of the Proposed Order (the "Reclassified Wrong Debtor Claims") were not asserted under the appropriate priority level. Consequently, the Debtors believe that the Reclassified Claims should be reclassified to the priority levels listed in the column titled "Reclassified Amount" in Exhibit F. In addition to showing that the Reclassified Wrong Debtor Claims should be reduced to the amounts listed under the column titled "Reclassified Amount" in Exhibit F, the Debtors books and records, which the Debtors believe to be accurate, show that the Reclassified Wrong Debtor Claims should be reassigned to the case numbers listed under the column titled "New Case Number" in Exhibit F. Failure to reassign and reclassify the Reclassified Claims will result in the applicable claimants recovering from a Debtor against which they hold no claim and at an undue level of priority. Accordingly, to rectify this issue, the Debtors request entry of an order (i) reassigning each of the Reclassified Wrong Debtor Claims to the new case numbers listed in Exhibit F and (ii) reclassifying the Reclassified Wrong Debtor Claims as indicated in Exhibit F.

## VII.    Undetermined Value Claims

16.    The claimants asserting the claims identified in Exhibit G of the Proposed Order (the "Undetermined Value Claims") failed to assert a dollar amount for their claims. The Debtors have reviewed their books and records, which the Debtors believe to be accurate, and determined that the appropriate amounts of the Undetermined Value Claims are the amounts listed in the column titled "Book Amount" in Exhibit G (the "Book Amounts"). Accordingly, the Debtors request entry of an order affixing the Book Amounts as the amounts of the Undetermined Value Claims.

## VIII.   Undetermined Value Wrong Debtor Claim

17.    The claimant asserting the claim identified in Exhibit H of the Proposed Order (the "Undetermined Value Wrong Debtor Claim") failed to assert a dollar amount for the claim and asserted the claim against the wrong Debtor.  The Debtors have reviewed their books and records, which the Debtors believe to be accurate, and determined that the Undetermined Value Wrong Debtor Claim should have been asserted in case number 07-11051 in the amount of $1,635.68.  Accordingly, the Debtors request entry of an order reassigning and affixing the above value to the Undetermined Value Wrong Debtor Claim as indicated in Exhibit H.

## IX.   Satisfied Reduced Claims

18.    After reconciling each of the Disputed Claims and supporting materials against their books and records, the Debtors have determined that they are not liable for the full amounts asserted in the claims identified in Exhibit I of the Proposed Order (the "Satisfied Reduced Claims").  The Debtors' books and records indicate that the Debtors are only liable for smaller amounts listed in the column titled "Comments" in Exhibit I, which amounts have been satisfied by the Debtors post-petition in accordance with the Bankruptcy Code, applicable rules or an order of this Court.  Having already satisfied the Satisfied Reduced Claims to the extent necessary as indicated in the Debtors' books and records, the Debtors believe that the Satisfied Reduced Claims should be disallowed in full and expunged.  Failure to disallow and expunge the Satisfied Reduced Claims will result in the applicable claimants receiving an unwarranted recovery against the Debtors' estates, to the detriment of other creditors in this case.  Accordingly, the Debtors request entry of an order disallowing in full and expunging the Satisfied Reduced Claims listed in Exhibit I.

## RESERVATION OF RIGHTS

19.     The Debtors expressly reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, non-substantive objections to proofs of claim, or any other claims (filed or not) against the Debtors.

## NOTICE

20.     The Debtors have provided notice of this Objection to (i) the Office of the United States Trustee; (ii) counsel for the Committee; (iii) counsel to the Administrative Agent; (iv) counsel to the DIP Lender; and (v) those parties who have requested notice pursuant to Bankruptcy Rule 2002, in accordance with Del. Bankr. LR 2002-1(b).

21.     The Debtors will also provide an individualized notice, in one of the forms attached hereto as Exhibits II, III, IV, V, VI, VII, and VIII to each of the claimants identified in Exhibits A, B, C, D, E, F, G, H, and I of the Proposed Order.  Each claimant's notice will list the claimant's name and address, the basis for the Debtors' objection, the number, and amount of their claim that is covered by this Objection and any other information relevant to the Debtors' objection.

22.     In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is required.

## NO PREVIOUS REQUEST

23.     No previous request for the relief sought herein has been made to this or any other Court.

WHEREFORE, the Debtors respectfully request entry of an order, substantially in the form attached hereto as Exhibit IX, granting this Objection in all respects and granting such other and further relief as the Court deems just and proper.

Dated: April 28, 2008
     Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# EXHIBIT I

**Declaration of John Kalas**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x

In re:                                                        :    Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                         :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                            :
                                                              :    Jointly Administered
        Debtors.                                              :

------------------------------------------------------------------ x

## DECLARATION OF JOHN KALAS IN SUPPORT OF DEBTORS' SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

I, John Kalas, pursuant to 28 U.S.C. § 1746, declare:

1.      I am the Senior Vice President and Deputy General Counsel of the above-captioned debtors and debtors in possession (the "Debtors").  In this capacity, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' chapter 11 cases.  I have read the Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 (the "Objection"), and am directly, or by and through my personnel or agents, familiar with the information contained therein, the proposed form of order (the "Proposed Order") and the exhibits attached thereto.

2.      Considerable resources and time have been expended to ensure that there existed a high level of diligence in reviewing and reconciling the proofs of claim filed or pending against

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

the Debtors in these cases. The claims were carefully reviewed and analyzed in good faith utilizing due diligence by the appropriate personnel, including the Debtors' claims agent Epiq Bankruptcy Solutions, LLC ("Epiq"). These efforts resulted in the identification of the "No Liability Claims," "Multiple Debtor Claims," "Reduced Claims," "Reduced Wrong Debtor Claims," "Reclassified Claims," "Reclassified Wrong Debtor Claims," "Undetermined Value Claims," "Undetermined Value Wrong Debtor Claim," and "Satisfied Reduced Claims" as defined in the Objection and identified respectively in Exhibits A, B, C, D, E, F, G, H, and I to the Proposed Order.

3.    The information contained in Exhibits A, B, C, D, E, F, G, H, and I is true and correct to the best of my knowledge.

4.    The Debtors have reviewed their books and records and determined that they have no record of any liability on account of the claims identified in Exhibit A to the Proposed Order. Accordingly, to prevent the claimants from receiving an unwarranted recovery, the Debtors seek to expunge and disallow in full the No Liability Claims.

5.    The Debtors have reviewed their books and records and determined that the claimants asserting the claims identified in Exhibit B to the Proposed Order filed identical claims against multiple Debtors. The Debtors have determined that these claims are duplicative of other claims that were filed against the correct Debtor. Therefore, the Debtors seek to expunge and disallow in full the Multiple Debtor Claims.

6.    The Debtors have reviewed their books and records and determined that the claims identified in Exhibit C to the Proposed Order should be reduced to the amounts listed in Exhibit C. Accordingly, to prevent the claimants from receiving an unwarranted recovery, the Debtors seek to expunge and disallow in part the Reduced Claims.

066585.1001

7.    The Debtors have reviewed their books and records and determined that the claims identified in Exhibit D to the Proposed Order should be reduced to the amounts listed in Exhibit D and reassigned to the new case numbers listed in Exhibit D. Accordingly, to prevent the claimants from receiving an unwarranted recovery against the wrong Debtors, the Debtors seek to expunge and disallow in part and reassign the Reduced Wrong Debtor Claims.

8.    The Debtors have reviewed their books and records and determined that the claims identified in Exhibit E to the Proposed Order should be reclassified to a different level of priority as indicated in Exhibit E. Accordingly, to prevent these claims from receiving undue priority, the Debtors seek to reclassify the Reclassified Claims.

9.    The Debtors have reviewed their books and records and determined that the claims identified in Exhibit F to the Proposed Order should be reassigned to the new case numbers listed in Exhibit F and reclassified as indicated in Exhibit F. Accordingly, the Debtors seek to reassign and reclassify the Reclassified Wrong Debtor Claims.

10.    The Debtors have reviewed their books and records and determined the appropriate values that should be affixed to the claims identified in Exhibit G to the Proposed Order, which were filed without any amount listed. Accordingly, the Debtors seek to affix the amounts listed in Exhibit G to the Undetermined Value Claims.

11.    The Debtors have reviewed their books and records and determined (i) the appropriate value that should be affixed to the claim identified in Exhibit H to the Proposed Order, which was filed without any amount listed and (ii) that the claim identified in Exhibit H should be reassigned to the new case number listed in Exhibit H. Accordingly, the Debtors seek to affix the amount listed in Exhibit H, and reassign to the new case number listed in Exhibit H, the Undetermined Value Wrong Debtor Claim.

3

12.    I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Executed on April 28, 2008

John Kalas
Senior Vice President and Deputy General Counsel

2

# EXHIBIT II

**Notice for Claimants Listed in <u>Exhibit A</u> of the Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                              :  Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                    :
                                                    :  Jointly Administered
                                                    :
     Debtors.                                       :  Objection Deadline: May 20, 2008 at 4:00 p.m. (ET)
                                                    :  Hearing Date: May 28, 2008 at 11:00 a.m. (ET)
------------------------------------------------------------ x
```

### NOTICE OF DEBTORS' SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION
### TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
### BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

| TO: [Claimant's Name | **Basis for Objection:** No Liability | |
|---|---|---|
| and Address] | | **Claim Number** | **Claim Amount** |
| | **Expunged Claim:** | [Claim Number] | [Claim Amount] |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow the claim listed above because the Debtors have determined, after review of their books and records, that they have no record of any liability on account of this claim. The Objection seeks to alter your rights by disallowing the above listed claim in the 'Expunged Claim' row.

Responses to the Objection, if any, must be filed on or before **May 20, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 28, 2008 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 28, 2008
      Wilmington, Delaware

066585.1001

# EXHIBIT III

**Notice for Claimants Listed in <u>Exhibit B</u> of the Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x

In re:                                                      :    Chapter 11
                                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,  :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                          :
                                                            :    Jointly Administered
                                                            :
Debtors.                                                    :    **Objection Deadline: May 20, 2008 at 4:00 p.m. (ET)**
                                                            :    **Hearing Date: May 28, 2008 at 11:00 a.m. (ET)**

------------------------------------------------------------ x

### NOTICE OF DEBTORS' SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

**TO:** [Claimant's Name         **Basis for Objection:** Identical claims against multiple Debtors
and Address]

|                     | **Claim Number** | **Claim Amount** |
|---------------------|------------------|------------------|
| **Expunged Claim:** | [Claim Number]   | [Claim Amount]   |
| **Surviving Claim:**| [Claim Number]   | [Claim Amount]   |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto.  The Debtors seek by this Objection to disallow the claim listed above because you have filed identical claims against multiple Debtors.  The Debtors have determined, after review of their books and records, that the claims listed in the 'Surviving Claim' row above were filed against the correct Debtor.  The Objection seeks to alter your rights by disallowing the above listed claim in the 'Expunged Claim' row.

Responses to the Objection, if any, must be filed on or before **May 20, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 28, 2008 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 28, 2008
        Wilmington, Delaware

3

# EXHIBIT IV

**Notice for Claimants Listed in <u>Exhibit C</u> of the Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al.,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Objection Deadline: May 20, 2008 at 4:00 p.m. (ET)** |
| ------------------------------------------------------------------ x | : | **Hearing Date: May 28, 2008 at 11:00 a.m. (ET)** |

**NOTICE OF DEBTORS' SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

| **TO:** [Claimant's Name and Address] | **Basis for Objection:** | Debtors' books and records show reduced liability |
|---|---|---|

| | | **Claim Number** | **Claim Amount** | **Reduced Amount** |
|---|---|---|---|---|
| | **Claim to be Reduced:** | [Claim Number] | [Claim Amount] | [Reduced Amount] |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow in part the claim listed above because the Debtors have determined, after review of their books and records, that they are not liable for the whole amounts asserted. The Objection seeks to alter your rights by decreasing your claim to the reduced amount listed above.

Responses to the Objection, if any, must be filed on or before **May 20, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 28, 2008 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 28, 2008
      Wilmington, Delaware

3

# EXHIBIT V

**Notice for Claimants Listed in <u>Exhibit D</u> of the Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x
In re:                                          :   Chapter 11
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :        Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                :
                                                :   Jointly Administered
        Debtors.                                :
                                                :   Objection Deadline: May 20, 2008 at 4:00 p.m. (ET)
                                                :   Hearing Date: May 28, 2008 at 11:00 a.m. (ET)
------------------------------------------------------------- x
```

### NOTICE OF DEBTORS' SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION
### TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
### BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: [Claimant's Name          **Basis for Objection:**        Debtors' books and records show claim should be reduced
    and Address]                                              and reassigned to another case number

                                                              **Claim Number**          **Claim Amount**
                                                              [Claim Number]            [Claim Amount]

**Claim to be Reduced and Reassigned:**

                                                              **New Case Number**       **Reduced Amount**
                                                              [New Case Number]         [Reduced Amount]

The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") have filed the **Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "<u>Objection</u>"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow in part the claim listed above because the Debtors have determined, after review of their books and records, that such claim should be reduced and reassigned to the 'New Case Number' listed above. The Objection seeks to alter your rights by decreasing your claim to the reduced amount listed above and by reassigning your claim to the 'New Case Number' listed above.

Responses to the Objection, if any, must be filed on or before **May 20, 2008 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 28, 2008 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 28, 2008
      Wilmington, Delaware

066585.1001

# EXHIBIT VI

**Notice for Claimants Listed in <u>Exhibits E</u> and <u>F</u> of the Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------- x
In re:                                            :    Chapter 11
                                                  :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                  :
                                                  :    Jointly Administered
                                                  :
      Debtors.                                    :    Objection Deadline: May 20, 2008 at 4:00 p.m. (ET)
                                                  :    Hearing Date: May 28, 2008 at 11:00 a.m. (ET)
-------------------------------------------------- x
```

### NOTICE OF DEBTORS' SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

| | | |
|---|---|---|
| TO: [Claimant's Name and Address] | **Basis for Objection:** | Debtors' books and records show claim should be reclassified [and reassigned] |
| | | **Claim Number**          **Claim Amount** |
| | | [Claim Number]            [Claim Amount] |
| **Claim to be Reassigned and Reclassified** | | |
| | | **New Priority Level**    **New Case Number** |
| | | [Priority level]          [New Case Number] |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors have determined, after review of their books and records, that your claim should be reclassified to the priority level listed above as your "New Priority Level." Further, to the extent that a "New Case Number" is listed above, the Debtors have determined that your claim should be reassigned to that "New Case Number." The Objection seeks to alter your rights by reclassifying your claim to the priority level listed above and, if applicable, by reassigning your claim to the "New Case Number" listed above.

Responses to the Objection, if any, must be filed on or before **May 20, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 28, 2008 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 28, 2008
    Wilmington, Delaware

066585.1001

# EXHIBIT VII

**Notice for Claimants Listed in <u>Exhibits G</u> and <u>H</u> of the Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- x
|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : Case No. 07-11047 (CSS) |
| a Delaware corporation, et al.,[1] | : |
|  | : Jointly Administered |
| Debtors. | : |
|  | : **Objection Deadline: May 20, 2008 at 4:00 p.m. (ET)** |
|  | **Hearing Date: May 28, 2008 at 11:00 a.m. (ET)** |

-------------------------------------------------------------- x

### NOTICE OF DEBTORS' SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION
### TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
### BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: [Claimant's Name        **Basis for Objection:**        No amount listed. Debtors books and records show that
     and Address]                                           claim should be for amount provided below.

**Claim Number**            **Claim Amount Asserted**
[Claim Number]              No amount asserted

**Claim to be adjusted**

**Book Amount**             **New Case Number**
[Book Amount]               [New Case Number]

The above-captioned debtors and debtors in possession (the "Debtors") have filed the
**Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the
Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a
copy of which is attached hereto. The claim you filed did not have an amount listed. The Debtors
have determined, after review of their books and records, that the appropriate amount of your claim
is the "Book Amount" listed above. Further, to the extent that a "New Case Number" is listed
above, the Debtors have determined that you claim should be reassigned to the "New Case Number"
listed. The Objection seeks to alter your rights by affixing the "Book Amount" listed above to your
claim and, if applicable, by reassigning your claim to the "New Case Number" listed above.

Responses to the Objection, if any, must be filed on or before **May 20, 2008 at 4:00 p.m.
(ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of
Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland
corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home
Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York
corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407);
Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York
corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except
for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

DB02:6767855.2                                                                        066585.1001

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 28, 2008 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 28, 2008
      Wilmington, Delaware

# EXHIBIT VIII

**Notice for Claimants Listed in <u>Exhibit I</u> of the Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------- x
In re:                                              :    Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,:   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                    :
                                                    :    Jointly Administered
                                                    :
      Debtors.                                      :
                                                    :  Objection Deadline: May 20, 2008 at 4:00 p.m. (ET)
                                                    :  Hearing Date: May 28, 2008 at 11:00 a.m. (ET)
-------------------------------------------------------------- x
```

## NOTICE OF DEBTORS' SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

| TO: [Claimant's Name and Address] | **Basis for Objection:** | Debtors' books and records show liability for a reduced amount, which amount the Debtors have already paid |
|---|---|---|
| | | **Claim Number** **Claim Amount** **Reduced Amount** |
| | **Claim to be Reduced:** | [Claim Number] [Claim Amount] [Reduced Amount] |

The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") have filed the **Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "<u>Objection</u>"), a copy of which is attached hereto.  The Debtors have reviewed their books and records with respect to the claim listed above in the 'Claim to be Reduced' row, and the Debtors have determined that they were only liable for the amount listed in the column titled 'Reduced Amount.'  Furthermore, the Debtors assert that your claim has already been satisfied post-petition in accordance with the Bankruptcy Code, applicable rules or an order of the Court, and therefore, the Debtors seek by this Objection to disallow and expunge your claim.  The Objection seeks to alter your rights by disallowing and expunging your above listed claim.

Responses to the Objection, if any, must be filed on or before **May 20, 2008 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 28, 2008 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 28, 2008
      Wilmington, Delaware

066585.1001