IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| AMERICAN HOME MORTGAGE | § | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | § | |
| | § | (Jointly Administered) |
| | § | |
| Debtors. | § | |

_____

| | | |
|---|---|---|
| CALYON NEW YORK BRANCH | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 07-51704 |
| | § | |
| AMERICAN HOME | § | |
| MORTGAGE CORP., AMERICAN HOME | § | |
| MORTGAGE SERVICING, INC., | § | |
| AMERICAN HOME MORTGAGE | § | |
| ACCEPTANCE, INC., and | § | |
| AMERICAN HOME MORTGAGE | § | |
| INVESTMENT CORP., | § | |
| | § | |
| Defendants. | § | |

**CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 3682 and 118**

The undersigned hereby certifies that, as of the date hereof, no answer, objection

or other responsive pleading to Debtors' Motion Pursuant to Federal Bankruptcy Rule 9019(a)

for an Order Approving and Authorizing the Stipulation Between the Debtors and Calyon New

York Branch, as Administrative Agent (the "Motion") has been received.  The Court's docket

which was last updated April 28, 2008, reflects that no objections to the Motion have been filed.

Objections to the Motion were to be filed and served no later than April 24, 2008 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be

entered at the earliest convenience of the Court.

Dated:  Wilmington, Delaware
        April 28, 2008

                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                              James L. Patton, Jr. (No. 2202)
                              Joel A. Waite (No. 2925)
                              Pauline K. Morgan (No. 3650)
                              Sean M. Beach (No. 4070)
                              Kara Hammond Coyle (No. 4410)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              Counsel for Debtors and
                              Debtors in Possession