34771 Moravian, Apt. 212
Sterling Heights, MI 48312
April 22, 2008    248-642-9751

FILED
2008 APR 28  PM 12: 39
CLERK
US BANKRUPTCY COURT

In re:

AMERICAN HOME MORTGAGE
HOLDING, INC., a Delaware Corporationm

Case No. 07-11047(CSS)

Debtors

PFITZER, SANDRA MARTHA
34771 MORAVIAN, APT. 212
STERLING HEIGHTS, MI 48312

Claim Number: 8410

TO:     United States Bankrupcy Court for the District of Delaware
        824 Market Street, 3rd Floor
        Wilmington, Delaware 19801

This letter is in response to Debtors' Fourth Omnibus (Non-Substantive) Objection, dated April 11, 2008 at Wilmington, Delaware, to Claims Pursuant to Section 502(b) of the Bankrupcy Code, Bankrupcy Rules 3003 and 3007 and Local Rule 3007-1 and more specifically to Exhibit C which concerns "Equity Interest Claims".

Sandra Martha Pfitzer strongly disagrees with Debtors' Fourth Omnibus Objection to Exhibit C and its request to the Court to enter an order disallowing and expunging in full her claim. Page 5, Section III Equity Interest Claims, Item 13 of the Objection document states that the claims filed by shareholders were "...based solely on ownership of stock of the Debtors, and not on account of damages or a claim against the Debtors...." This is not true.

Sandra Martha Pfitzer purchased 1900 shares of American Home Mortgage *Class A preferred stock* in January 2007. At that time American Home Mortgage was giving company earnings guidance for each quarter of 2007 to be in the range of 9% to 15% higher than comparable 2006 calendar quarters. She purchased these 1900 shares at a transaction cost of $51,054.04. In addition to this loss, Ms. Pfitzer was deprived of $1,157.81 of quarterly dividends which were payable July 31, 2007 (for a total loss of $52,221.85). These dividends were in fact declared by American Home Mortgage's Board of Directors on June 15, 2007, to stockholders of record July 7, 2007, and payable July 31, 2007.

This $1,157.81 was in fact credited to Ms. Pfitzer's brokerage account on July 31, 2007, but was then removed from said account on August 3, 2007 without her knowledge or consent.

Therefore, the Court _should not_, as requested by Debtors, enter an order "disallowing in full and expunging each of the Equity Interest Claims.". Ms. Pfitzer's claim is indeed valid and honorable.

Very truly yours,

Sandra Martha Pfitzer

Copy to:  Nathan D. Grow
          Young Conoway Stargatt & Taylor LLP
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, De