SAHEED A KHAN  
P.O. BOX 8884  
WOODLAND, CA.95776  
CASE NO. 07-11047(CSS)  
APRIL 20,2008



FILED  
2008 APR 28 PM 12: 41  
CLERK  
US BANKRUPTCY COURT  
DISTRICT OF DELAWARE

UNITED STATES BANKRUPCY COURT  
824 MARKET STREET, 3RD FLOOR  
WILMINGTON, DELAWARE 19801

RE: REPONSE TO OBJECTION.

The claim that was submitted was correct based on the number of shares that I have with vanguard 750 shares and with scottrade 2425 shares of stock. I have not filed any duplicated claims.

I request the court not to expunge claim number 6915 in the amount of $41,162.22.

SAHEED A KHAN

COPY TO  
YOUNG CONAWAY STARGATT & TAYLOR, LLP  
THE BRANDYWINE BUILDING  
1000 WEST STREET, 17TH FLOOR  
WILMINGTON, DELAWARE 19801