IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x

In re:                                  :      Chapter 11

                                      :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :      Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]

                                      :      Jointly Administered

       Debtors.                            :

------------------------------------------------------------------------ x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON MAY 1, 2008 AT 2:00 P.M. (ET)

### ADJOURNED/RESOLVED MATTERS

1.      Motion of Natixis Real Estate Capital, Inc. f/k/a Ixis Real Estate Capital, Inc. for Relief from the Automatic Stay [D.I. 1701, 10/29/07]

         Objection Deadline:    November 7, 2007 at 4:00 p.m., extended for the Debtors and Committee

         Related Document:

              a)       Order Approving and Authorizing the Settlement Agreement by and Between the Debtors and Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital, Inc. [D.I. 2986, 2/15/08]

         Objections Filed:      None

         Status: This matter has been resolved in part. The remainder of this matter will be adjourned to May 12, 2008 at 10:00 a.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2.    Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2395, 12/14/07]

Related Documents:

a)    Order Authorizing the Abandonment and Destruction of Certain Duplicate Mortgage Loan Files [D.I. 2724, 1/15/08]

b)    Debtors' Limited Reply and Supplement to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2888, 2/5/08]

c)    Notice of Filing of Exhibit A to Debtors' Limited Reply and Supplement to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2902, 2/8/08]

d)    Order (Second) Authorizing The (I)Abandonment And Destruction of Certain Duplicate Mortgage Loan Files or (II)Return of Mortgage Loan Files To The Owner of Such Loans Upon Payment of Reasonable Costs And Expenses [D.I. 3010, 2/19/08]

e)    Loan File Return Declaration of the Creditor Community Development Administration, a Division of the Maryland Department of Housing and Community Development [D.I. 3271, 3/13/08]

f)    Loan File Return Declaration of Aurora Loan Services LLC [D.I. 3275, 3/13/08]

g)    Declaration of Colorado Housing and Finance Authority [D.I. 3289, 3/13/08]

h)    Loan File Return Declaration of Wells Fargo Funding, Inc. [D.I. 3290, 3/14/08]

i)    Loan File Return Declaration of Goldman Sachs Mortgage Company [D.I. 3291, 3/14/08]

j)    Loan file Return Declaration of Marilyn Richardson on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3294, 3/14/08]

k)      Loan File Return Declaration of Debora Brown on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3297, 3/14/08]

l)      Loan File Return Declaration of Debora Brown on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3300, 3/14/08]

m)      Loan File Return Declaration of Kathleen Conte on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3302, 3/14/08]

n)      Loan File Return Declaration of Bruce W. Good [D.I. 3304, 3/14/08]

o)      Loan File Return Declaration of Deutsche Bank National Trust Company, Solely in its Capacity as Trustee, and on Behalf of Certain Securitization Trusts [D.I. 3305, 3/14/08]

p)      Declaration of L. Steven Spears in Support of Loan File Return [D.I. 3317, 3/14/08]

q)      Loan File Declaration of LaSalle Bank National Association, Solely in its Capacity as a Trustee, and on Behalf of Certain Securitization Trusts [D.I. 3347, 3/19/08]

Objections Filed:

r)      Objection and Reservation of Rights of Wells Fargo Bank, N.A. to the Bar Date Established Pursuant to the Second Order Pursuant to 11 U.S.C. §§5, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 3307, 3/14/08]

Status: This matter will be adjourned by agreement to May 12, 2008 at 10:00 a.m.

3.      Iron Mountain Information Management, Inc.'s Motion to Compel Payment of Administrative Expenses [D.I. 2465, 12/20/07]

Objection Deadline:    December 28, 2007 at 4:00 p.m., extended to February 7, 2008 at 4:00 p.m. for the Debtors and the Committee

Related Document:

a)      Proposed Form of Order filed by Iron Mountain Information Management, Inc. [D.I. 2502, 12/26/07]

3

Objections Filed:

    b)    Informal Response of the Debtors

Status: This matter will be adjourned by agreement to May 12, 2008 at 10:00 a.m.

4.    CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2515, 12/27/07]

    Objection Deadline:    January 7, 2008 at 4:00 p.m., extended to January 9, 2008 at 12:00 p.m.

    Objections Filed:

    a)    Debtors' Objection to CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2635, 1/9/08]

    Status: This matter will be adjourned by agreement to May 12, 2008 at 10:00 a.m.

5.    Motion of National City Capital Commercial Corporation for Entry of Order Granting Allowance and Payment of Post-Petition Rent as an Administrative Expense Pursuant to 11 U.S.C. § 503(b)(1)(a) [D.I. 2791, 1/25/08]

    Objection Deadline:    February 21, 2008 at 4:00 p.m., extended to May 21, 2008 for the Debtors and Committee

    Objections Filed:    None to date

    Status: This matter will be adjourned by agreement of the parties to May 28, 2008 at 11:00 a.m.

6.    Motion for Short Order of Notice filed by Alison A. Zea [D.I. 3388, 3/24/08]

    Objection Deadline:    April 24, 2008 at 4:00 p.m.

    Related Document:

    a)    Order [D.I. 3392, 3/24/08]

    b)    Notice of Withdrawal of Motion for Short Order of Notice [D.I. 3842, 4/24/08]

Objections filed:      None

Status: This matter has been withdrawn.

7.   Motion of McLain Partners II, LLC for Payment of Administrative Expense Claim [D.I. 3465, 3/28/08]

   Objection Deadline:   April 24, 2008 at 4:00 p.m., extended for the Debtors to May 5, 2008 at 4:00 p.m.

   Objections Filed:     None

   Status:  This matter is adjourned to May 12, 2008 at 10:00 a.m.

8.   HSBC Bank USA, National Association's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 111 Bridge Way, Madera, CA 93638 [D.I. 3548, 4/8/08]

   Objection Deadline:   April 24, 2008 at 4:00 p.m.

   Objections Filed:

      a)   Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3832, 4/23/08]

   Related Document:

      b)   Certification of Counsel [D.I. 3865, 4/25/08]

      c)   Order Terminating Automatic Stay [D.I. 3902, 4/29/08]

   Status: An Order has been entered.  No hearing is required.

9.   HSBC Bank USA, National Association's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 15030 Cobalt Road, Victorville, CA 92324 [D.I. 3549, 4/8/08]

   Objection Deadline:   April 24, 2008 at 4:00 p.m.

   Objections Filed:

      a)   Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3832, 4/23/08]

Related Documents:

    b)       Certification of Counsel [D.I. 3865, 4/25/08]

    c)       Order Terminating Automatic Stay [D.I. 3901, 4/29/08]

Status: An Order has been entered. No hearing is required.

10.    CHL's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 22-24 West Street, New Haven, CT 06519 [D.I. 3550, 4/8/08]

Objection Deadline:   April 24, 2008 at 4:00 p.m.

Objections Filed:

    a)       Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3832, 4/23/08]

Related Documents:

    b)       Certification of Counsel [D.I. 3865, 4/25/08]

    c)       Order Terminating Automatic Stay [D.I. 3900, 4/29/08]

Status: An Order has been entered. No hearing is required.

11.    CHL's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1301 Kismet Parkway West, Cape Coral, FL 33993 [D.I. 3553, 4/8/08]

Objection Deadline:   April 24, 2008 at 4:00 p.m.

Objections Filed:

    a)       Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3832, 4/23/08]

Related Documents:

    b)       Certification of Counsel [D.I. 3865, 4/25/08]

    c)       Order Terminating Automatic Stay [D.I. 3899, 4/29/08]

Status: An Order has been entered.  No hearing is required.

12.    Deutsche Bank National Trust Company's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 43353 Chokeberry Square, Ashburn, VA 20147 [D.I. 3554, 4/8/08]

Objection Deadline:   April 24, 2008 at 4:00 p.m.

Objections Filed:

a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3832, 4/23/08]

Related Documents:

b)    Certification of Counsel [D.I. 3865, 4/25/08]

c)    Order Terminating Automatic Stay [D.I. 3897, 4/29/08]

Status: An Order has been entered.  No hearing is required.

13.    Bank of New York's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 3466 Todd Street, Madera, CA 93637 [D.I. 3556, 4/8/08]

Objection Deadline:   April 24, 2008 at 4:00 p.m.

Objections Filed:

a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3832, 4/23/08]

Related Documents:

b)    Certification of Counsel [D.I. 3865, 4/25/08]

c)    Order Terminating Automatic Stay [D.I. 3896, 4/29/08]

Status: An Order has been entered.  No hearing is required.

14.     Bank of New York's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 83-155 Singing Hills Drive, Indio, CA 92203 [D.I. 3558, 4/8/08]

Objection Deadline:    April 24, 2008 at 4:00 p.m.

Objections Filed:

     a)     Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3832, 4/23/08]

Related Documents:

     b)     Certification of Counsel [D.I. 3865, 4/25/08]

     c)     Order Terminating Automatic Stay [D.I. 3895, 4/29/08]

Status: An Order has been entered. No hearing is required.

15.     MERS' Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 102 W. Frederick Drive, Sterling, VA 20164 [D.I. 3567, 4/8/08]

Objection Deadline:    April 24, 2008 at 4:00 p.m.

Objections Filed:

     a)     Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3832, 4/23/08]

Related Documents:

     b)     Certification of Counsel [D.I. 3865, 4/25/08]

     c)     Order Terminating Automatic Stay [D.I. 3893, 4/29/08]

Status: An Order has been entered. No hearing is required.

        

16.    Wells Fargo Bank, N.A.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2401 Boldt, Dearborn, MI 48124 [D.I. 3588, 4/9/08]

Objection Deadline:    April 24, 2008 at 4:00 p.m.

Objections Filed:

      a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3832, 4/23/08]

Related Documents:

      b)    Certification of Counsel [D.I. 3865, 4/25/08]

      c)    Order Terminating Automatic Stay [D.I. 3892, 4/29/08]

Status: An Order has been entered.  No hearing is required.

17.    Wells Fargo Bank, N.A.'s Motion for Relief from Automatic Stay Under Section 362 of he Bankruptcy Code with Respect to Real Property Located at 507 W Caroline Str., Fenton, MI 48430 [D.I. 3589, 4/9/08]

Objection Deadline:    April 24, 2008 at 4:00 p.m.

Objections Filed:

      a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3832, 4/23/08]

Related Documents:

      b)    Certification of Counsel [D.I. 3865, 4/25/08]

      c)    Order Terminating Automatic Stay [D.I. 3891, 4/29/08]

Status: An Order has been entered.  No hearing is required.

18.    Wells Fargo Bank, N.A.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 170 Cedarhurst PL, Detroit, MI 48203 [D.I. 3590, 4/9/08]

Objection Deadline:   April 24, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3832, 4/23/08]

Related Documents:

    b)    Certification of Counsel [D.I. 3865, 4/25/08]

    c)    Order Terminating Automatic Stay [D.I. 3890, 4/29/08]

Status: An Order has been entered.  No hearing is required.

19.    Wells Fargo Bank, N.A.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 24358 Notre Dame, Dearborn, MI 43124 [D.I. 3591, 4/9/08]

Objection Deadline:   April 24, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3832, 4/23/08]

Related Documents:

    b)    Certification of Counsel [D.I. 3865, 4/25/08]

    c)    Order Terminating Automatic Stay [D.I. 3889, 4/29/08]

Status: An Order has been entered.  No hearing is required.

DB02:6745503.1    066585.1001

20.    Wells Fargo Bank, N.A.'s Motion for Relief from Automatic Stay Under Section 362 of
       the Bankruptcy Code with Respect to Real Property Located at 12283 Flanders Street,
       Detroit, MI 48213 [D.I. 3592, 4/9/08]

       Objection Deadline:    April 24, 2008 at 4:00 p.m.

       Objections Filed:

           a)    Debtors' Reservation of Rights as to Certain Motions for Relief from
                 Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3832,
                 4/23/08]

       Related Documents:

           b)    Certification of Counsel [D.I. 3865, 4/25/08]

           c)    Order Terminating Automatic Stay [D.I. 3888, 4/29/08]

       Status: An Order has been entered.  No hearing is required.

21.    Bank of New York's Motion for Relief from Automatic Stay Under Section 362 of the
       Bankruptcy Code with Respect to Real Property Located at 6380 Obispo Avenue, Long
       Beach, CA 90805 [D.I. 3593, 4/9/08]

       Objection Deadline:    April 24, 2008 at 4:00 p.m.

       Objections Filed:

           a)    Debtors' Reservation of Rights as to Certain Motions for Relief from
                 Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3832,
                 4/23/08]

       Related Documents:

           b)    Certification of Counsel [D.I. 3865, 4/25/08]

           c)    Order Terminating Automatic Stay [D.I. 3887, 4/29/08

       Status:  An Order has been entered.  No hearing is required.

DB02:6745503.1                                                                066585.1001

22.    Saxon Mortgage Services, Inc.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 9340 Home Court, Des Plaines, IL 60016 [D.I. 3594, 4/9/08]

Objection Deadline:    April 24, 3008 at 4:00 p.m.

Objections Filed:

a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3832, 4/23/08]

Related Documents:

b)    Certification of Counsel [D.I. 3865, 4/25/08]

c)    Order Terminating Automatic Stay [D.I. 3886, 4/29/08]

Status: An Order has been entered.  No hearing is required.

23.    U.S. Bank National Association's Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 927 Mill Iron Way, San Jacinta, CA 92583 [D.I. 3595, 4/9/08]

Objection Deadline:    April 24, 2008 at 4:00 p.m.

Objections Filed:

a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3832, 4/23/08]

Related Documents:

b)    Certification of Counsel [D.I. 3865, 4/25/08]

c)    Order Terminating Automatic Stay [D.I. 3885, 4/29/08]

Status: An Order has been entered.  No hearing is required.

24.    Wells Fargo Bank, N.A.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 22959 Pleasant Street, Saint Clair Shores, MI 48080 [D.I. 3598, 4/9/08]

Objection Deadline:    April 24, 2008 at 4:00 p.m.

Objections Filed:

      a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3832, 4/23/08]

Related Documents:

      b)    Certification of Counsel [D.I. 3865, 4/25/08]

      c)    Order Terminating Automatic Stay [D.I. 3884, 4/29/08]

Status: An Order has been entered.  No hearing is required.

25.    Wells Fargo Bank, N.A.'s Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 24101 Oneida, Oak Park, MI 48237 [D.I. 3600, 4/9/08]

Objection Deadline:    April 24, 2008 at 4:00 p.m.

Objections Filed:

      a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3832, 4/23/08]

Related Documents:

      b)    Certification of Counsel [D.I. 3865, 4/25/08]

      c)    Order Terminating Automatic Stay [D.I. 3883, 4/29/08]

Status: An Order has been entered.  No hearing is required.

DB02:6745503.1    066585.1001

26.　Debtors' Motion for Order, Pursuant to Bankruptcy Rule 9019 and Sections 105 and 362 of the Bankruptcy Code, Approving the (I) Settlement Agreement by and Between the Debtors and ACE Industries, LLC and (II) Release and Acknowledgement Agreement by and Between the Debtors and Title Insurance Company Resolving Certain Pending Prepetition Litigation [D.I. 3642, 4/10/08]

　　Objection Deadline:　April 24, 2008 at 4:00 p.m., extended for the Committee to May 5, 2008 at 4:00 p.m.

　　Objections Filed:　None

　　Status: This matter has been adjourned by agreement of the parties to May 12, 2008 at 10:00 a.m.

27.　Pre-Trial Conference:  Financial Guaranty Insurance Company v. American Home Mortgage Servicing, Inc. and American Home Mortgage Acceptance, Inc., Adv. No. 07-51725

　　Status: The parties anticipate submitting a settlement motion to the Court prior to the hearing scheduled May 12, 2008 at 10:00 a.m.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

28.　Debtors' Motion Pursuant to Federal Bankruptcy Rule 9019(a) for an Order Approving and Authorizing the Stipulation Between the Debtors and Calyon New York Branch, as Administrative Agent [D.I. 3682, 4/11/08]

　　Objection Deadline:　April 24, 2008 at 4:00 p.m.

　　Objections Filed:　None

　　Related Document:

　　　a)　Certificate of No Objection [D.I. 3881, 4/28/08]

　　Status: A Certificate of No Objection has been filed.  No hearing is required.

DB02:6745503.1　　　　　　　　　　　　　　　　　　　　　　　066585.1001

**UNCONTESTED MATTERS- MOTIONS FOR RELIEF FROM STAY (FIRST LIEN FORECLOSURES) - CERTIFICATE OF NO OBJECTION**

29.    Motion of Citimortgage, Inc.'s for Relief from the Automatic Stay Under 11 U.S.C. §362(d)(1) as to 3524 Kagan Court, Las Vegas, NV 89081 [D.I. 3173, 3/7/08]

Objection Deadline:    April 24, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3512, 4/2/08]

Related Document:

    b)    Certification of Counsel [D.I. 3871, 4/28/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

30.    Motion of HSBC Bank USA, National Association as Trustee for the Holders of Deutsche ALT-A Securities, Inc. Mortgage Loan Trust, Series 2005-6's for Relief from the Automatic Stay Under 11 U.S.C. §362(d)(1) Nunc Pro Tunc as to 15674 Lappin, Detroit, MI 48234 [D.I. 3209, 3/10/08]

Objection Deadline:    April 24, 2008 at 4:00 p.m.

Objections Filed:    None

Related Documents:

    a)    Debtors' Statement of No Opposition with Respect to Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3851, 4/25/08]

    b)    Certification of Counsel [D.I. 3856, 4/25/08]

Status: A Certification of Counsel had been filed.  No hearing is required.

31.    Motion of Washington Mutual Bank FA's for Relief from the Automatic Stay Under 11 U.S.C. §362(d)(1) as to 6N472 Barberry Str., Charles, Illinois [D.I. 3478, 4/1/08]

Objection Deadline:    April 24, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Reservation of Rights [D.I. 3846, 4/24/08]

Related Document:

    b)       Certification of Counsel [D.I. 3870, 4/28/08]

Status: A Certification of Counsel has been filed. No hearing is required.

32.    Motion of Aurora Loan Services LLC's for Relief from the Automatic Stay Under 11 U.S.C. §362(d)(1) as to 956 East 231st Street, Bronx, NY [D.I. 3481, 3/31/08]

Objection Deadline:   April 24, 2008 at 4:00 p.m.

Objections Filed:

    a)       Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3512, 4/2/08]

Related Document:

    b)       Certification of Counsel [D.I. 3873, 4/28/08]

Status: A Certification of Counsel has been filed. No hearing is required.

33.    U.S. Bank, N.A.'s Motion for Relief from the Automatic Stay Under 11 U.S.C. §362(d)(1) Seeking Relief as to 12986 SW 21st Street, Miramar, Florida [D.I. 3483, 3/31/08]

Objection Deadline:   April 24, 2008 at 4:00 p.m.

Objections Filed:

    a)       Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3512, 4/2/08]

Related Document:

    b)       Certification of Counsel [D.I. 3872, 4/28/08]

Status: A Certification of Counsel has been filed. No hearing is required.

DB02:6745503.1                                                       066585.1001

34.     Regions Bank dba Regions Mortgage's Motion for Relief from Stay as to 8013 SE
        Towhee Court, Milwaukie, Oregon 97267 [D.I. 3518, 4/3/08]

        Objection Deadline:    April 24, 2008 at 4:00 p.m.

        Objections Filed:

               a)      Debtors' Reservation of Rights as to Certain Motions for Relief from
                       Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3832,
                       4/23/08]

        Related Document:

               b)      Certification of Counsel [D.I. 3839. 4/24/08]

        Status: A Certification of Counsel has been filed.  No hearing is required.

35.     Regions Bank dba Regions Mortgage's Motion for Relief from Stay as to 7 Rose Lane,
        Westport, Connecticut 06880 [D.I. 3528, 4/4/08]

        Objection Deadline:    April 24, 2008 at 4:00 p.m.

        Objections Filed:

               a)      Debtors' Reservation of Rights as to Certain Motions for Relief from
                       Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3832,
                       4/23/08]

        Related Document:

               b)      Certification of Counsel [D.I. 3840, 4/24/08]

        Status: A Certification of Counsel has been filed.  No hearing is required.

36.     Aurora Loan Services, LLC as servicer for Mortgage Electronic Registration Systems,
        Inc., as nominee for HLB Mortgage's Motion for Relief from Automatic Stay as to 7433
        W. 60th Place, Summit Argo, IL 60501 [D.I. 3539, 4/7/08]

        Objection Deadline:    April 24, 2008 at 4:00 p.m.

        Objections Filed:

               a)      Debtors' Reservation of Rights as to Certain Motions for Relief from
                       Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 3832,
                       4/23/08]

Related Document:

b)        Certificate of No Objection [D.I. 3798, 4/22/08]

Status: A Certificate of No Objection has been filed.  No hearing is required.

## UNCONTESTED MATTERS GOING FORWARD

37.    Second Interim Fee Request of Cadwalader, Wickersham & Taft LLP as Special Counsel to the Debtors [D.I. 3328, 3/17/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:    None

Status: Cadwalader anticipates submitting a declaration that addresses the questions raised by the Court at the April 14, 2008 hearing prior to the hearing.  In the event the declaration is not submitted prior to the hearing, this matter will be adjourned to May 12, 2008 at 10:00 a.m.

38.    Second Interim Fee Request of Allen & Overy, Special Regulatory Counsel to the Debtors for the Period November 1, 2007 through January 31, 2008 [D.I. 3328, 3/1/7/08]

Objection Deadline:    April 7, 2008 at 4:00 p.m.

Objections Filed:    None

Related Documents:

a)        Certification of Counsel [D.I. 3869, 4/28/08]

Status: A Certification of Counsel has been filed that addresses the questions raised by the Court on the April 14, 2008 hearing.  This matter will be going forward.

39.    Debtors' Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3475, 3/28/08]

Response Deadline:    April 24, 2008 at 4:00 p.m.

Related Document:

a)        Notice of Submission of Copies of Proofs of Claim [D.I. 3716, 4/17/08]

Responses Filed:    None

Status: This matter will be going forward.

**CONTESTED MATTERS GOING FORWARD**

40. Motion of Citimortgage, Inc.'s for Relief from the Automatic Stay Under 11 U.S.C. §362(d)(1) as to 1761 Clover Tree Court, Chula Vista, CA 91913 [D.I. 3418, 3/26/08]

Objection Deadline:    April 24, 2008 at 4:00 p.m.

Objections Filed:

   a)    Debtors' Limited Objection with Respect to Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code  [D.I. 3862, 4/25/08]

Status: This matter will be going forward.

41. Application for Order Authorizing Employment of Hennigan, Bennett & Dorman LLP, as Special Conflicts Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc as of March 3, 2008 [D.I. 3472, 3/18/08]

Objection Deadline:    April 24, 2008 at 4:00 p.m.

Objections Filed:    None

Status: The United States Trustee raised certain informal concerns with respect to the terms and conditions of the Committee's retention of Hennigan, Bennett & Dorman LLP, which have been resolved through revisions to the proposed form of order.  This matter is going forward.

42. Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3474, 3/28/08]

Response Deadline:    April 24, 2008 at 4:00 p.m.

Responses Filed:

   a)    Response of Jane M. Lueneburg [D.I. 3622, 4/8/08]

   b)    Response of Jane M. Lueneburg [D.I. 3663, 4/11/08]

   c)    Response of Thomas Scourtos [D.I. 3705, 4/16/08]

   d)    Response of George Hambrick [D.I. 3751, 4/21/08]

   e)    Response of Jerry McBride [D.I. 3752, 4/21/08]

   f)    Response of Judith Rigsby [D.I. 3753, 4/21/08]

066585.1001

g)      Response of Paul Kuhlmeier, Ph.D. [D.I. 3754, 4/21/08]

h)      Response of Ken and Tracy Liu [D.I. 3755, 4/21/08]

i)      Response of Marie Minutillo [D.I. 3756, 4/21/08]

j)      Response of Marsha Albrecht [D.I. 3757, 4/21/08]

k)      Response of Henry Fett [D.I. 3778, 4/21/08]

l)      Response of Allan Sturms [D.I. 3780, 4/21/08]

m)      Response of Jennifer vonBehren [D.I. 3781, 4/21/08]

n)      Response of Frederick and Jean Conrad [D.I. 3803, 4/23/08]

o)      Response of Elizabeth Hohloch [D.I. 3804, 4/23/08]

p)      Response of Lillian Frieder [D.I. 3805, 4/23/08]

q)      Response of Nathan Frieder [D.I. 3806, 4/23/08]

r)      Response of Lew Serbin  [D.I. 3808, 4/23/08]

s)      Informal Response of Ron Bartoszkiewicz

t)      Informal Response of E.M. Henderson Living Trust

Status: This matter will be adjourned by agreement of the parties with respect to items (p) and (q).  The remainder of this matter will be going forward.

43.    Motion of Citimortgage, Inc.'s for Relief from the Automatic Stay Under 11 U.S.C. §362(d)(1) as to 228 Brookwood Drive #4, Unit 155, South Lyon, Michigan [D.I. 3485, 3/31/08]

Objection Deadline:    April 24, 2008 at 4:00 p.m.

Objections Filed:

a)      Debtors' Limited Objection with Respect to Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code  [D.I. 3862, 4/25/08]

Status: This matter will be going forward.

44.    Application for Order Authorizing Employment of Law Offices of Joseph J. Bodnar, as Special Conflicts Delaware Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc as of March 6, 2008 [D.I. 3537, 4/7/08]

Objection Deadline:   April 24, 2008 at 4:00 p.m.

Objections Filed:

      a)      Objection of the United States Trustee [D.I. 3848, 4/24/08]

Status: This matter will be going forward.

Dated: Wilmington, Delaware
April 29, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

DB02:6745503.1                                      066585.1001