IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
        Debtors.                                                 :
                                                                 :   Ref. Docket No.3850
---------------------------------------------------------------- x

### ORDER EXTENDING TIME OF BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT, TO FILE NOTICE OF APPEAL

Upon consideration of the Motion (the Motion") of Bank of America, N.A., as Administrative Agent (the "Administrative Agent") under Federal Rules of Bankruptcy Procedure 8002 and 9006 to extend the Administrative Agent's time to file a notice of appeal of the *Order Denying Motion of Bank of America, N.A., as Administrative Agent, for Relief from Automatic Stay, Pursuant to 11 U.S.C. § 362(d), Allowing the Administrative Agent to Exercise Its Rights as a Secured Creditor* [D.I. 3850] (the "Order"); and after due deliberation thereon; and good and sufficient cause appearing therefor as set forth in the Motion, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the time for the Administrative Agent to file a notice of appeal from the Order is hereby extended to Tuesday, May 27, 2008.

Dated:   Wilmington, Delaware
         4/28    , 2008

                                                    /s/ Christopher S. Sontchi
                                                    Christopher S. Sontchi
                                                    United States Bankruptcy Judge