**IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| American Home Mortgage, ) | Case No. 07-11047 |
|    et al., ) | Chapter 11 |
| ) | Jointly Administered |
| ) | Hearing: March 20, 2008 @ 11:00 a.m. |
| Debtors. ) | |

**CERTIFICATE OF SERVICE**

I, Kristi J. Doughty, hereby certify this 29th day of April, 2008 that service of the

**Certification of Counsel** and proposed **Orders** was made electronically and (via) first

class mail to the following:

American Home Mortgage Holdings, Inc.
538 Broadhollow Rd.
Melville, NY  11747
*Debtor*

Pauline K. Morgan
Edward J. Kosmowski, Esq.
Young, Conaway, Stargatt & Taylor
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Kerri K. Mumford, Esq.
Landis, Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE  19801
*Attorney for Official Committee
of Unsecured Creditors*

Armando Becerra
1761 Clover Tree Court
Chula Vista, CA 91913
*Borrower*

Charlote Whitmer
228 Brookwood Drive, Unit 155
South Lyon, MI 48178
*Borrower*

                      WHITTINGTON & AULGUR

                      /s/ Kristi J. Doughty
                      Robert T. Aulgur, Jr.(No.165)
                      Kristi J. Doughty (No. 3826)
                      651 N. Broad Street, Suite 206
                      P.O. Box 1040
                      Middletown, DE 19709-1040
                      (302) 378-1661
                      Attorney for Movant