**EXHIBIT "E"**

ORDERED FOR: BulkFC BulkFC
Case 07-11047-CSS   Doc 3907-8   Filed 04/30/08   Page 2 of 6
CL-Foreclosure
BEST 1/10/2008
FARVV REF #: 2787908
SERVICE PERFORMED: Exterior

# CitiFinancial Mortgage Company, Inc. BPO

| CUST NAME | ACCT NUM | AGENT NAME | DIST FROM SUBJECT |
|---|---|---|---|
| TRACY HARRINGTON | 0770816308 | | 14 Miles |

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 2666 DEERWOOD DRIVE | SAN RAMON | CA | 94583 |

**DISCLOSURE**

**QUALITY REVIEW REMARKS:** **See Addendum**

## VALUE INFO

| | VALUE (90-120 DAY) | RECOMMENDED LIST PRICE (90-120 DAY) | TYPICAL MARKETING TIME |
|---|---|---|---|
| AS-IS | $709,000 | $719,999 | 90-120 Days |
| AS-REPAIRED | $709,000 | $719,999 | 90-120 Days |

PREVIOUS BPO INFORMATION (If Applicable):

## LISTING (If listed)

| LISTING BROKERAGE | LISTING AGENT | LISTING AGENT PHONE |
|---|---|---|
| | Daniel McPherson | 925-242-0800 |

| ORIGINAL LIST PRICE | CURRENT LIST PRICE | LISTED FROM | TO | LISTING FINANCE TERMS |
|---|---|---|---|---|
| $ | $759,000 | 10/24/2007 | unk | None |

LISTING COMMENTS: 2 Master suites, cherry cabinets, granite counters

## SUBJECT INFO
(All fields are required for both interior and exterior inspections)

| TYPE | STYLE | AGE | OVERALL CONDITION |
|---|---|---|---|
| SFD | 2-St Conv | 2 | Good |

| SQ FEET ABOVE GROUND | ROOMS/BEDS/BATHS | BASEMENT |
|---|---|---|
| MAIN 1000  UP 962 | 9  3  3.5 | 0 SQ FT  (0% FINISHED) |

| LOT SIZE (ACRES) | GARAGE | ROOF CONDITION |
|---|---|---|
| .06 | 2 CAR Gar Att | Excellent |

| POOL | FIREPLACE | WATER | SEWER/SEPTIC | TYPE HEAT |
|---|---|---|---|---|
| None | | Public | Sewer | |

SLIDE AREA? No
FLOOD PLAIN? No
EARTHQUAKE ZONE? No
OBSERVED ENVIRONMENTAL ISSUES? No
OBSERVED CASUALTY LOSS (FIRE)? No

EXTERIOR IMPROVEMENTS: Fenced Yard
MOBILE HOME MAKE/MODEL/VIN (If Applicable):

EXTERIOR COMMENTS: Home has nice curb appeal. No visible deferred maintenance issues.

INTERIOR COMMENTS (Interior Orders):

## COND OF SUBJECT AND REPAIR ESTIMATES
(Describe required repairs and note approx costs. Do not detail interior repairs if you do not have interior access.)

### EXTERIOR

| DEBRIS REMOVAL | None | $ 0 | SIDING/PAINT | None | $ 0 |
|---|---|---|---|---|---|
| STRUCTURAL | None | $ 0 | ROOF | None | $ |
| WINDOWS | None | $ 0 | LANDSCAPING | None | $ 0 |
| OUTBUILDINGS | None | $ 0 | OTHER | None | $ 0 |

EXTERIOR REPAIR COMMENTS: NONE

### INTERIOR

| CLEANING | $ | STRUCTURE | $ |
|---|---|---|---|
| PAINT | $ | CARPETS/FLOORING | $ |
| KITCHEN/APPLIANCES | $ | BATHROOMS | $ |
| UTILITIES | $ | OTHER | $ |

INTERIOR REPAIR COMMENTS:

**REPAIR TOTAL $ 0**

## EVIDENCE OF

| SETTLEMENT | DRY ROT | SOIL EROSION | WATER SEEPAGE | FOUNDATION/SLAB | LEAKING ROOF | FLOOR BUCKLING | STRUCTURAL DAMAGE |
|---|---|---|---|---|---|---|---|
| | No | No | | Yes | | | No |

MOLD/MILDEW: 
MOLD/MILDEW COMMENTS:

ENCROACHMENTS (If Yes, See Subject Description and Condition Comments): No
EASEMENTS (If Yes, See Subject Description and Condition Comments): No

## FURTHER INSPECTION OR REPORTS TO BE ORDERED

| TERMITE | WELL/SEPTIC | HEATING |
|---|---|---|
| No | No | No |

| ENGINEER | STRUCTURAL | ROOF |
|---|---|---|
| No | No | No |

OTHER:

## ASSESSMENTS

| ANNUAL TAXES $ | PAID (YEAR) | DUE (YEAR) |
|---|---|---|
| 8,420 | 2006 | 2007 |

MONTHLY ESTIMATE OF UTILITY COST $: 300
OTHER MONTHLY MAINTENANCE COSTS (SNOW REMOVAL, LAWN CARE, ETC): 0

### HOA INFO (if applicable)

| DUES $ | WHEN DUE AND PAYABLE | ARE THEY CURRENT? | AMENITIES |
|---|---|---|---|
| 125 | Monthly | Yes | Greenbelt, Play Area |

| CONTACT | PHONE |
|---|---|
| Deerwood HOA | 925-555-5555 |

ADDRESS: Not listed

## MARKETABILITY OF SUBJECT

**NEIGHBORHOOD COMMENTS** (Describe any locational factors, access to amenities or functional obsolescence that add or detract from the subject's marketability)
Public schools in this area are above average for the Bay Area. Nice new subdivision of single family homes. Close to commercial office buildings, apartment buildings, and townhomes. Walk to shopping, schools, parks and close to freeway.

| Field | Value |
|---|---|
| WILL THE PROPERTY BECOME A PROBLEM FOR RESALE? | No |
| WHY? | |
| FINANCING REQUIRED TO SELL SUBJECT | Yes |
| SPECIAL FINANCING PROGRAMS AVAILABLE | |
| INDICATE FINANCING SUBJECT WILL QUALIFY FOR | FHA/VA No    CONV Yes |

## MARKET CONDITIONS AND COMPETING LISTINGS
(Three listings are required – use most comparable available)

| Field | Value |
|---|---|
| NEIGHBORHOOD TREND IS: | Declining |
| IS THERE A SEASONAL MARKET? | No |
| EXPLAIN | |
| PRESENT NUMBER OF MARKET AREA LISTINGS | 194 |
| PRICE RANGE | FROM $475,000 TO $ |
| PRESENT NUMBER OF COMPARABLE LISTINGS | 18 |
| PRICE RANGE | FROM $650,000 TO $1,025,000 |
| AVG MKT TIME UNSOLD LISTINGS | 42 |
| TYPICAL RESALE INCENTIVES (CL COSTS, PTS, OWC, ETC) | $10,000 NRCC |
| AVG MKT TIME SOLD LISTINGS | 80 |
| IS THERE NEW HOME CONSTRUCTION? | Yes |
| PRICE RANGE AND DESCRIPTION OF SIMILAR MODELS | 600K - 800K |

### Competing Listings

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1513 CRAIGLEE WAY | 4.27 | $698,873 | 1 | UP 859 / MAIN 1000 / BSMT 0 / GLA 1,859 | TOT RMS 9 / BDRMS 3 / BATHS 2.5 | Good | 5 | .06 |

Beautifully appointed, upgraded carpet and tile, plantation shutters, satellite dish, surround sound, security system.

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL | CONDITION | AGE | LOT SIZE |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 2134 MAIDENHAIR WAY | 3.49 | $789,000 | 79 | UP 896 / MAIN 1000 / BSMT 0 / GLA 1,896 | TOT RMS 7 / BDRMS 4 / BATHS 3 | Good | 2 | .04 |

Tile roof, dual glazed windows, insulated four panel garage door, one bedroom downstairs, upgraded cabinets.

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL | CONDITION | AGE | LOT SIZE |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 6593 BYRON LN | 4.21 | $675,000 | 80 | UP 859 / MAIN 1000 / BSMT 0 / GLA 1,859 | TOT RMS 7 / BDRMS 3 / BATHS 2.5 | Good | 2 | .07 |

Backs to open space, granite kitchen w/island, honey oak cabinets, tile floors, views from master, steel construction.

## SOLD COMPS SUPPORTING YOUR VALUE
(Three are required – use most comparable available)

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE / SALE PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL | CONDITION | AGE | LOT SIZE / DATA SOURCE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2138 N DONOVAN WAY / SALE DATE 9/6/2007 | 4.25 | LIST $740,000 / SALE $732,500 | 39 | UP 859 / MAIN 1000 / BSMT 0 / GLA 1,859 | TOT RMS 9 / BDRMS 4 / BATHS 2.5 | Good | 3 | .06 / MLS |

Upgraded home, w/granite counters, cinnamon maple cabinets, upgraded carpet, tile floors, shutters.

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST / SALE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL | CONDITION | AGE | LOT SIZE / DATA SOURCE |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 9832 BELLADONNA DR / SALE DATE 12/21/2007 | 3.04 | LIST $764,950 / SALE $725,000 | 75 | UP 811 / MAIN 1000 / BSMT 0 / GLA 1,811 | TOT RMS 9 / BDRMS 4 / BATHS 3 | Good | 5 | .04 / MLS |

New upgraded carpet and high-end laminate, corian counters, adjacent to open space, close to park.

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST / SALE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL | CONDITION | AGE | LOT SIZE / DATA SOURCE |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 2721 MOET LN / SALE DATE 11/14/2007 | 3.83 | LIST $729,900 / SALE $685,000 | 39 | UP 775 / MAIN 1000 / BSMT 0 / GLA 1,775 | TOT RMS 9 / BDRMS 3 / BATHS 2.5 | Good | 5 | .07 / MLS |

Gorgeous home on corner lot, updated kitchen w/built-in sub-zero wine refrigerator, new two-toned paint.

## BPO ADDENDUM

| PROPERTY TYPE | STYLE | OCCUPANT'S NAME (IF KNOWN) | OCCUPANCY STATUS |
|---|---|---|---|
| SFD | 2-St Conv | | Owner Occupied |

**1. WHAT MORTGAGE PROGRAMS WILL AID IN THE SALE OF THE SUBJECT? PLEASE BE SPECIFIC AS TO RATES, TERMS, CONDITIONS, AND COSTS INVOLVED.**

**2. WHAT MARKET CONDITIONS, TRENDS AND/OR COMPETITION WILL AFFECT THE SALE OF THE SUBJECT?**

| CURR MKT CONDITIONS | EMPLOYMENT CONDITIONS | PROPERTY VALUES | PREDOMINANT OCCUPANCY | VACANCY RATE | REO/BOARDED | VANDALISM RISK |
|---|---|---|---|---|---|---|
| Slow | Declining | Declining | Owner | 0 to 5% | 0 to 5% | Minimal |

**3. OUTLINE THE MARKETING STRATEGIES NEEDED TO SELL THE SUBJECT** (INCL SUGGESTED LIST PRICE, TYPES OF REPAIRS AND COSTS, IF ANY, AND FINANCING INCENTIVES NEEDED):

AS-IS: Home is newer so as-is would probably be fine as long as the interior hasn't been abused.

AS-REPAIRED: Only make necessary repairs, due to age of property there shouldn't be many repairs needed.

**4. PLEASE PROJECT THE CLOSING COSTS AND SALES PRICE PER YOUR RECOMMENDED STRATEGY:**

| COMMISSION PERCENT | COMMISSION AMOUNT | TITLE INSURANCE | LEGAL/ESCROW | RECORDING/TRANSFER | PROPERTY TAXES | ASSESSMENTS |
|---|---|---|---|---|---|---|
| 6% | $42,540 | $3,500 | $1,500 | $500 | $7,875 | $0 |

**First American**
*Residential Value View*

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | | FARVV ORDER NO. |
|---|---|---|---|
| 0770816308 | 011007JB | | 2787908 |
| NAME | ADDRESS | CITY, STATE, ZIP | |
| TRACY HARRINGTON | 2666 DEERWOOD DRIVE | SAN RAMON, CA 94583 | |
| PHOTOS COMMENT | | | |

Subject Front

Front



Subject House Number

Address



Street View

Street



Account #: 0770816308    Tracking #: 011007JB

**First American**
*Residential Value View*

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0770816308 | 011007JB | 2787908 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| TRACY HARRINGTON | 2666 DEERWOOD DRIVE | SAN RAMON, CA 94583 |
| PHOTOS COMMENT | | |

Sold 1 (2138 N DONOVAN WAY)
Sold 1



Sold 2 (9832 BELLADONNA DR)
Sold 2



Sold 3 (2721 MOET LN)
Sold 3



## Source One Services Corporation
NATIONWIDE PROPERTY VALUATION SERVICES

Map

| ACCOUNT NUMBER | TRACKING NUMBER | | FARVV ORDER NO. |
|---|---|---|---|
| 0770816308 | 011007JB | | 2787908 |
| NAME | ADDRESS | CITY, STATE, ZIP | |
| TRACY HARRINGTON | 2666 DEERWOOD DRIVE | SAN RAMON, CA 94583 | |



Map Scale: 1 Inch = 0.42 Miles

⌐ **Subject Property**
2666 DEERWOOD DRIVE
SAN RAMON, CA 94583

❶ **Comp. Listing 1**
1513 CRAIGLEE WAY
SAN RAMON, CA 94582

❷ **Comp. Listing 2**
2134 MAIDENHAIR WAY
SAN RAMON, CA 94582

❸ **Comp. Listing 3**
6593 BYRON LN
SAN RAMON, CA 94582

❶ **Closed Sale 1**
2138 N DONOVAN WAY
SAN RAMON, CA 94582

❷ **Closed Sale 2**
9832 BELLADONNA DR
SAN RAMON, CA 94582

❸ **Closed Sale 3**
2721 MOET LN
CA 94582