# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
American Home Mortgage Holdings, Inc.

**Case No.:** 07−11047−CSS

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that Wells Fargo Bank, National Association filed a Notice of Appeal on 4/25/2008 regarding the order denying the movant relief from the automatic stay. The Notice of Appeal may be viewed at docket number 3860. The order on appeal may be viewed at docket number 3702.

David D. Bird
CLERK OF COURT

Date: 4/28/08
(VAN−440)

# CERTIFICATE OF SERVICE

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

```
District/off: 0311-1          User: Teresa              Page 1 of 9           Date Rcvd: Apr 28, 2008
Case: 07-11047               Form ID: van440            Total Served: 298
```

The following entities were served by first class mail on Apr 30, 2008.

```
db          +American Home Mortgage Holdings, Inc.,   538 Broadhollow Road,   Melville, NY 11747-2352
aty         +A. Michelle Hart,   McCalla Raymer LLC,   1544 Old Alabama Rd.,   Roswell, GA 30076-2102
aty         +Adam G. Landis,   Landis Rath & Cobb LLP,   919 Market Street,   Suite 600,
              Wilmington, DE 19801-3037
aty         +Adam Hiller,   Draper & Goldberg, PLLC,   1500 North French Street,   2nd Floor,
              Wilmington, DE 19801-3118
aty         +Adam R. Elgart,   Mattleman, Weinroth & Miller,   200 Continental Drive, Suite 211,
              Newark, DE 19713-4335
aty         +Amanda Marie Winfree,   Ashby & Geddes, P.A.,   222 Delaware Avenue,   17th Floor, PO Box 1150,
              Wilmington, DE 19801-1621
aty         +Amy D. Brown,   Werb & Sullivan,   300 Delaware Ave.,   10th Floor,   Wilmington, DE 19801-1607
aty         +Andrea Sheehan,   Law Offices of Robert E. Luna, P.C.,   4411 North Central Expressway,
              Dallas, TX 75205-4210
aty         +Annie Verdries,   Lewis D'Amato Brisbois & Brisgaard,   650 Town Center Drive,   Suite 1400,
              Costa Mesa, CA 92626-1970
aty         +Benjamin W. Keenan,   Ashby & Geddes,   222 Delaware Avenue,   17th Floor, PO Box 1150,
              Wilmington, DE 19801-1621
aty         +Blank Rome LLP,   Blank Rome LLP,   1201 Market Street,   Suite 800,   Wilmington, DE 19801-1807
aty         +Bonnie Glantz Fatell,   Blank Rome LLP,   1201 Market Street, Suite 800,
              Wilmington, DE 19801-1807
aty         +Bradford J. Sandler,   Benesch Friedlander Coplan & Aronoff,   222 Delaware Avenue,   Suite 801,
              Wilmington, DE 19801-1611
aty          Brett Fallon,   Morris James LLP,   500 Delaware Avenue, Suite 1500,   P.O. Box 2306,
              Wilmington, DE 19899-2306
aty         +Bruce A. Wilson,   Kutak Rock LLP,   1650 Farnam Street,   Omaha, NE 68102-2186
aty         +Brya M. Keilson,   Eckert Seamans Cherin & Mellot, LLC,   300 Delaware Avenue,   Suite 1360,
              Wilmington, DE 19801-1658
aty         +Carol E. Momjian,   PA Office of Attorney General,   21 South 12 Street,   3rd Floor,
              Philadelphia, PA 19107-3604
aty         +Catherine Steege,   Jenner & Block,   330 North Wabash Avenue,   Chicago, IL 60611-7603
aty         +Charlene D. Davis,   Bayard, P.A.,   222 Delaware Avenue, Suite 900,   P.O. Box 25130,
              Wilmington, DE 19899-5130
aty         +Charles J. Brown,   Archer & Greiner, P.C.,   300 Delaware Avenue, Suite 1370,
              Wilmington, DE 19801-1658
aty         +Christina Maycen Thompson,   Connolly Bove Lodge & Hutz LLP,   The Nemours Building,
              1007 N. Orange Street,   P.O. Box 2207,   Wilmington, DE 19899-2207
aty         +Christine A. Roberts,   Rawlings, Olson, Cannon, Gormley, Desrui,   9950 West Cheyenne Avenue,
              Las Vegas, NV 89129-7700
aty         +Christopher A. Ward,   Klehr Harrison Harvey Branzburg & Ellers,   919 N. Market Street,
              Suite 1000,   Wilmington, DE 19801-3030
aty         +Christopher M. Samis,   Richards, Layton & Finger, P.A.,   920 N. King Street,
              One Rodney Square,   Wilmington, DE 19801-1299
aty         +Christopher Page Simon,   Cross & Simon, LLC,   913 North Market Street,   11th Floor,
              Wilmington, DE 19801-3019
aty         +Christopher R. Belmonte,   Satterlee Stephens Burke & Burke LLP,   230 Park Avenue,
              New York, NY 10169-0079
aty          Craig J. Ziady,   Cummings Properties, LLC,   200 West Cummings Park,   Woburn, MA  01801-6396
aty         +Curtis A. Hehn,   Pachulski Stang Ziehl & Jones LLP,   919 N. Market Street,   17th Floor,
              Wilmington, DE 19801-3023
aty         +Dana S. Plon,   Sirlin Gallogly & Lesser, P.C.,   1529 Walnut Street,   Suite 600,
              Philadelphia, PA 19102-3013
aty         +Daniel I. Barness,   Siro,Moss,Barness & Harrison, LLP,   11377 West Olympic Blvd.,   5th Floor,
              Los Angeles, CA 90064-1625
aty         +Daniel K. Hogan,   The Hogan Firm,   1311 Delaware Ave,   Wilmington, DE 19806-4717
aty         +David G. Aelvoet,   Linebarger Goggan Blair & Sampson LLP,   711 Navarro, Suite 300,
              San Antonio, TX 78205-1749
aty         +David L. Finger,   Finger & Slanina, P.A.,   One Commerce Center,   1201 Orange Street, Suite 725,
              Wilmington, DE 19801-1186
aty         +David M. Fournier,   Pepper Hamilton LLP,   Hercules Plaza, Suite 5100,   1313 Market Street,
              Wilmington, DE 19801-6101
aty         +David R. Kuney,   Sidley Austin LLP,   1501 K Street, NW,   Washington, DC 20005-1401
aty         +David W. Carickhoff, Jr,   Blank Rome LLP,   Chase Manhattan Centre,
              1201 Market Street, Suite 800,   Wilmington, DE 19801-1807
aty         +Don A. Beskrone,   Ashby & Geddes,   222 Delaware Avenue,   PO Box 1150,
              Wilmington, DE 19899-1150
aty         +Donald J. Bowman, Jr.,   Young, Conaway, Stargatt & Taylor,   1000 West Street,   17th Floor,
              Wilmington, DE 19801-1037
aty         +Donna L. Culver,   Morris, Nichols, Arsht & Tunnell,   1201 N. Market Street,   P. O. Box 1347,
              Wilmington, DE 19899-1347
aty         +Donna L. Harris,   Pinckney & Harris, LLC,   1220 N. Market Street,   Suite 950,
              Wilmington, DE 19801-2535
aty         +Draper & Goldberg, P.L.L.C.,   1500 N French St,   2nd Floor,   Wilmington, DE 19801-3118
aty         +Edward J. Kosmowski,   Young, Conaway, Stargatt & Taylor,   1000 West Street, 17th Floor,
              PO Box 391,   Wilmington, DE 19899-0391
aty          Edwin J. Harron,   Young, Conaway, Stargatt & Taylor,   The Brandywine Building,
              1000 West Street, 17th Floor,   PO Box 391,   Wilmington, DE  19899-0391
aty         +Elihu Ezekiel Allinson, III,   Sullivan Hazeltine Allinson LLC,   4 East 8th Street,   Suite 400,
              Wilmington, DE 19801-3553
aty          Elizabeth Banda,   Perdue Brandon Fielder Collins & Mott,   P.O. Box 13430,
              Arlington, TX  76094-0430
aty         +Elliot M. Smith,   Squire Sanders & Dempsey L.L.P.,   221 E. Fourth Street,   Suite 2900,
              Cincinnati, OH 45202-4095
```

```
aty        +Eric Lopez Schnabel, Esq,   Dorsey & Whitney LLP,   1105 N. Market Street,   16th Floor,
            Wilmington, DE 19801-1216
aty        +Eric M. Davis,   Skadden Arps Slate Meagher & Flom LLP,   One Rodney Square,   P.O. Box 636,
            Wilmington, DE 19899-0636
aty        +Eric Michael Sutty,   Bayard, P.A.,   222 Delaware Avenue,   Suite 900,
            Wilmington, DE 19801-1611
aty        +Eric T. Ray,   Balch & Bingham LLP,   1901 Sixth Avenue North,   Suite 2600,
            Birmingham, AL 35203-4644
aty        +Erin Edwards,   Young, Conaway, Stargatt & Taylor,   The Brandywine Building,   17th Floor,
            1000 West Street,   Wilmington, DE 19801-1053
aty        +Evelyn J. Meltzer,   Pepper Hamilton LLP,   Hercules Plaza,   Suite 5100, 1313 N. Market Street,
            Wilmington, DE 19801-6101
aty        +Francis A. Monaco Jr.,   Womble Carlyle Sandridge & Rice,   222 Delaware Avenue,   Suite 1501,
            Wilmington, DE 19801-1682
aty        +Fred B. Ringel,   Robinson Brog Leinward et al.,   1345 Avenue of the Americas,   31st Floor,
            New York, NY 10105-0302
aty        +Frederick Brian Rosner,   Duane Morris LLP,   1100 North Market Street,
            Wilmington, DE 19801-1243
aty        +Gabriel R. MacConaill,   Potter Anderson & Corroon LLP,   1313 North Market Street,
            Wilmington, DE 19801-6108
aty        +Garvan F. McDaniel,   Bifferato Gentilotti LLC,   800 N. King Street,   Plaza Level,
            Wilmington, DE 19801-3550
aty        +Gaston Plantiff Loomis, II,   Reed Smith LLP,   1201 Market Street,   Suite 1500,
            Wilmington, DE 19801-1163
aty        +Geoffrey S. Aaronson,   Geoffrey S Aaronson P.A.,   Bank of America Tower,
            100 SE 2nd Street, 27th Floor,   Miami, FL 33131-2158
aty        +Gerald A. Gordon,   Pryor Cashman Sherman & Flynn LLP,   410 Park Avenue,
            New York, NY 10022-4441
aty        +German Yusufov,   Pima County Attorney's Office, Civil Div,   32 N. Stone Ave.,   Suite 2100,
            Tucson, AZ 85701-1416
aty        +Gregory Alan Taylor,   Ashby & Geddes,   222 Delaware Avenue,   17th Floor,
            Wilmington, DE 19801-1621
aty        +Guy B. Moss,   Riemer & Braunstein, LLP,   Three Center Plaza,   Boston, MA 02108-2090
aty        +Hahn & Hesssen LLP,   Attn: Mark S. Indelicato, Esquire,   488 Madison Avenue,
            New York, NY 10022-5702
aty        +Helen Elizabeth Weller,   Linebarger Goggan Blair & Sampson, LLP,   2323 Bryan Street, Suite 1600,
            Dallas, TX 75201-2644
aty        +Hilary B Bonial,   Brice Vander Linden & Pernick PC,   9441 LBJ Freeway,   Suite 350,
            Dallas, TX 75243-4545
aty        +Hunton & Williams LLP,   Riverfront Plaza, East Tower,   951 East Byrd Street,
            Richmond, VA 23219-4040
aty        +Ira M. Levee,   Lowenstein Sandler P.C.,   65 Livingston Avenue,   Roseland, NJ 07068-1791
aty        +Jacob A. Brown,   Akerman Senterfitt,   50 North Laura Street, Suite 2500,
            Jacksonville, FL 32202-3646
aty        +James C. Tecce,   Milbank, Tweed, Hadley & McCloy LLP,   1 Chase Manhattan Plaza,
            New York, NY 10005-1401
aty         James E. Huggett,   Margolis Edelstein,   750 Shipyard Drive,   Suite 102,
            Wilmington, DE  19801,  U.S.A.
aty        +James F. Bailey, Jr,   James F. Bailey & Associates, P.A.,   Suite 306A,   3 Mill Road,
            Wilmington, DE 19806-2164
aty        +James K. Pendergrass, Jr.,   Pendergrass Law Firm, PLLC,   1511 Sunday Drive,   Sutie 220,
            Raleigh, NC 27607-5100
aty        +James M Liston,   Bartlett, Hackett Feinberg, P.C.,   10 High Street,   Suite 920,
            Boston, MA 02110-1605
aty         James S. Yoder,   White and Williams LLP,   824 North Market Street,   Suite 902,   P.O. Box 709,
            Wilmington, DE  19899-0709
aty        +Jason M. Madron,   Richards, Layton & Finger, P.A.,   One Rodney Square,   P.O. Box 551,
            Wilmington, DE 19899-0551
aty        +Jason W. Harbour,   Hunton & Williams,   951 E. Byrd Street,   Riverfront Plaza, East Tower,
            Richmond, VA 23219-4040
aty         Jeffrey C. Wisler,   Connolly Bove Lodge & Hutz LLP,   The Nemours Building,
            1007 North Orange Street,   P.O. Box 2207,  Wilmington, DE 19899-2207
aty        +Jeffrey S Cianciulli,   Weir & Partners LLP,   824 Market Street,   Wilmington, DE 19801-3024
aty        +Jennifer Leigh Best,   U.S. Department of Justice,   Tax Division, Civil Trial Section,
            P.O. Box 227, Ben Franklin Station,   Washington, DC 20044-0227
aty         Joel A. Waite,   Young, Conaway, Stargatt & Taylor,   The Brandywine Bldg.,
            1000 West Street, 17th Floor,   PO Box 391,  Wilmington, DE  19899-0391
aty        +John H. Strock, III,   Womble Carlyle Sandridge & Rice, PLLC,   222 Delaware Ave.,   Suite 1501,
            Wilmington, DE 19801-1682
aty         John P. Dillman,   Linebarger Goggan Blair & Sampson, LLP,   P.O. Box 3064,
            Houston, TX  77253-3064
aty        +John R. Ashmead,   Seward & Kissel, LLP,   One Battery Park Plaza,   New York, NY 10004-1485
aty        +John R. Weaver, Jr.,   John R. Weaver, Jr P.A.,   831 North Tatnall Street,   Suite 200,
            Wilmington, De 19801-1717
aty        +John T. Carroll, III,   Cozen O'Connor,   1201 North Market Street,   Suite 1400,
            Wilmington, DE 19801-1166
aty        +John W. Butler,   Butler, Butler & Rowse-Oberle P.L.L.C,   24525 Haprer Ave. Ste. 2,
            St. Clair Shores, MI 48080-1286
aty        +Jordan A. Kroop,   Squire, Sanders & Dempsey, L.L.P.,   40 North Central Avenue,   Suite 2700,
            Phoenix, AZ 85004-4498
aty        +Joseph D. Frank,   Frank / Gecker LLP,   325 North LaSalle Street,   Suite 625,
            Chicago, IL 60610-6465
aty        +Joseph Emil Shickich, Jr.,   Riddell Williams P.S.,   1001 4th Ave Ste 4500,
            Seattle, WA 98154-1065
```

```
aty       +Joseph J. Bodnar,   Law Offices of Joseph J. Bodnar,   2101 North Harrison Street,   Suite 101,
           Wilmington, DE 19802-3323
aty       +Joseph T. Moldovan, Esq.,   Morrison Cohen LLP,   909 Third Avenue,   New York, NY 10022-4731
aty       +Julie A. Manning,   Shipman & Goodwin,   One American Row,   Hartford, CT 06103-2833
aty       +Julius O. Curling,   Office of Attorney General, State of MI,   3030 W. Grand Blvd.,
           Suite 10-200,   Detroit, MI 48202-6030
aty       +Justin Cory Falgowski,   Reed Smith LLP,   1201 North Market Street,   Suite 1500,
           Wilmington, DE 19801-1163
aty       +Kara Hammond Coyle,   Young Conaway Stargatt & Taylor LLP,   1000 West St., 17th Floor,
           Brandywine Building,   Wilmington, DE 19801-1053
aty       +Karen C Bifferato,   Connolly, Bove, Lodge & Hutz,   The Nemours Building,
           1007 North Orange Street,   P.O. Box 2207,   Wilmington, DE 19899-2207
aty        Karen J. Stapleton,   County of Loudoun, Office of Attorney,   One Harrison Street S.E. 5th Floor,
           PO BOX 7000 (MSC #06),   Leesburg, Va  20177-7000
aty       +Karon Y. Wright,   Travis County Attorney's Office,   314 W. 11th Street,   PO Box 1748,
           Austin, TX 78767-1748
aty        Kelly W. Wright,   Salt Lake District Attorney's Office,   2001 South State Street,   S-3600,
           Salt Lake City, UT  84190-1210
aty       +Kenneth J. Enos,   Young, Conaway, Stargatt & Taylor,   1000 West Street,   17th Floor,
           Wilmington, DE 19801-1037
aty       +Kevin J Mangan,   Womble Carlyle Sandridge & Rice PLLC,   222 Delaware Avenue,   15th Floor,
           Wilmington, DE 19801-1621
aty        Kimberly Ellen Connolly Lawson,   Reed Smith LLP,   1201 Market Street,   Suite 1500,
           Wilmington, DE 19801-1163
aty       +Kristi J. Doughty,   Whittington & Aulgur,   651 N. Broad Street, Suite 206,   P.O. Box 1040,
           Middletown, DE 19709-7040
aty       +Kristin T. Mihelic,   Spector Gadon & Rosen, P.C.,   7 Penn Center,   1635 Market Street,
           7th Floor,   Philadelphia, PA 19103-2223
aty       +Laura L. McCloud,   Tennessee Attorney General's Office,   P.O. Box 20207,
           Nashville, TN 37202-4015
aty       +Laurie Selber Silverstein,   Potter Anderson & Corroon LLP,   1313 N. Market St.,
           Hercules Plaza,   6th Floor,   Wilmington, DE 19801-6101
aty       +Lee Harrington,   Nixon Peabody LLP,   100 Summer Street,   Boston, MA 02110-2131
aty       +Leonora K. Baughman,   Kilpatrick & Associates, P.C.,   903 North Opdyke Road,   Suite C,
           Auburn Hills, MI 48326-2693
aty       +Lisa Cresci McLaughlin,   Phillips, Goldman & Spence,   1200 N. Broom Street,
           Wilmington, DE 19806-4204
aty       +Lisa R. Hatfield,   WITTSTADT & WITTSTADT, P.A.,   284 East Main STreet,   Newark, DE 19711-7311
aty       +Lorraine S. McGowen,   Orrick, Herrington & Sutcliffe LLP,   666 Fifth Avenue,
           New York, NY 10103-1798
aty       +Madeleine Carmel Wanslee,   Gust Rosenfeld, P.L.C.,   201 East Washington Street,   Suite 800,
           Phoenix, AZ 85004-2327
aty       +Marc J. Phillips,   Connolly Bove Lodge & Hutz LLP,   The Nemours Building,
           1007 North Orange Street,   Wilmington, DE 19801-1239
aty       +Marc Stephen Casarino,   White and Williams LLP,   824 Market Street,   Suite 902,
           Wilmington, DE 19801-4908
aty       +Margaret B. Whiteman,   Young, Conaway, Stargatt & Taylor,   1000 West Street,   17th Floor,
           Wilmington, DE 19801-1037
aty       +Margaret C. Lumsden,   Unti & Lumsden,   302 Jefferson Street,   Suite 200,
           Raleigh, NC 27605-1274
aty       +Maria Aprile Sawczuk,   Draper & Goldberg, PLLC,   1500 North French Street, 2nd floor,
           Wilmington, DE 19801-3118
aty        Marikae G. Toye,   Attorney General of New Jersey,   25 Market Street,   P.O. Box 106,
           Trenton, NJ  08625-0106
aty        Mark Browning,   Office of the Attorney General,   300 West 15th Street,   8th Floor,
           Austin, TX 78701-1649
aty       +Mark D. Collins,   Richards Layton & Finger,   One Rodney Square,   PO Box 551,
           Wilmington, DE 19899-0551
aty       +Mark Daniel Olivere,   Edwards Angell Palmer & Dodge LLP,   919 N. Market Street,   Suite 1500,
           Wilmington, DE 19801-3046
aty       +Mark Minuti,   Saul Ewing LLP,   222 Delaware Ave, Suite 1200,   P.O. Box 1266,
           Wilmington, DE 19899-1266
aty       +Mark T Hurford,   Campbell & Levine, LLC,   800 King Street,   Suite 300,
           Wilmington, DE 19801-3549
aty       +Martha E. Romero,   Romero Law Firm,   7743 South Painter Avenue,   Suite E,
           Whittier, CA 90602-2453
aty        Martin J. Davis,   Office of Thrift Supervision,   Harborside Financial Center Plaza Five,
           Suite 1600,   Jersey City, NJ  07311
aty        Mary A. DeFalaise,   United States Department of Justice,   P.O. Box 875,   Ben Franklin Station,
           Washington, DC 20044-0875
aty       +Mary Caloway,   Buchanan Ingersoll & Rooney PC,   1000 West Street,   Ste 1410,
           Wilmington, DE 19801-1054
aty        Mary E. Augustine,   Bayard, P.A.,   222 Delaware Avenue,   Suite 900,   PO Box 25130,
           Wilmington, DE 19899-5130
aty       +Matthew Barry Lunn,   Young, Conaway, Stargatt & Taylor,   The Brandywine Building, 17th Floor,
           1000 West Street,   PO Box 391,   Wilmington, DE 19899-0391
aty       +Michael E. Meyers,   Meyers, Rodbell & Rosenbaum, P.A.,   6801 Kenilworth Avenue,   Suite 400,
           Riverdale Park, MD 20737-1331
aty       +Michael G. Busenkell,   Eckert Seamans Cherin & Mellot, LLC,   300 Delaware Avenue,   Suite 1210,
           Wilmington, DE 19801-1607
aty       +Michael Gregory Wilson,   Hunton & Williams,   951 E. Byrd Street,   Richmond, VA 23219-4074
aty       +Michael Jason Barrie,   Schnader Harrison Segal & Lewis LLP,   824 Market Street,   Suite 1001,
           Wilmington, DE 19801-4939
```

```
aty        Michael R. Lastowski,   Duane Morris LLP,   1100 North Market Street,   Suite 1200,
           Wilmington, DE  19801-1246
aty       +Michael Reed,  McCreary, Veselka, Bragg & Allen P.C.,   P.O. Box 1269,
           Round Rock, TX 78680-1269
aty       +Nancy A. Connery,   Schoeman Updike & Kaufman, LLP,   60 East 42 Street,   Suite 3906,
           New York, NY 10165-0006
aty       +Nancy F. Loftus,   Office of the County Attorney,   Fairfax County,
           12000 Government Center Parkway,   Suite 549,   Fairfax, VA 22035-0001
aty       +Nancy Hotchkiss,   Trainor Fairbrook,   980 Fulton Avenue,   Sacramento, CA 95825-4558
aty       +Norman M. Monhait,   Rosenthal Monhait & Goddess, P.A,   919 Market Street,   Suite 1401,
           Citizens Bank Center,   Wilmington, DE 19801-3046
aty        Norman P. Fivel,   NYS Department of Law,   The Capitol,   Albany, NY 12224
aty       +OFFICIAL COMMITTEE OF UNSECURED CREDITORS,   Chase Manhattan Centre,   1201 N. Market Street,
           Suite 800,   Wilmington, DE 19801-1807,   UNITED STATES
aty       +Patrick J. Reilley,   Cole, Schotz, Meisel, Forman & Leonard,,   1000 N. West Street,
           Suite 1200,   Wilmington, DE 19801-1058
aty        Paul J. Pascuzzi,   Felderstein Fitzgerald Willoughby,  & Pascuzzi LLP,
           400 Capitol Mall, Suite 1450,   Sacramento, CA  95814-4434
aty       +Paul, Weiss, Rifkind, Wharton & Garrison LLP,   1285 Avenue of the Americas,
           New York, NY 10019-6031
aty        Pauline K. Morgan,   Young, Conaway, Stargatt & Taylor,   1000 West Street, 17th Floor,
           PO Box 391,   Wilmington, DE  19899-0391
aty       +Peter Douglas Bilowz,   Goulston & Storrs, P.C.,   400 Atlantic Avenue,   Boston, MA 02110-3333
aty       +Peter James Duhig,   Buchanan Ingersoll & Rooney PC,   The Brandywine Building,
           1000 West Street,   Suite 1410, P.O. Box 1397,   Wilmington, DE 19801-1050
aty       +Prince Altee Thomas,   Fox Rothschild LLP,   2000 Market Street,   10th Floor,
           Philadelphia, PA 19103-3291
aty       +R. Fredrick Linfesty,   Iron Mountain Information Management Inc,   745 Atlantic Avenue,
           Boston, MA 02111-2735
aty       +Rachel B. Mersky,   Monzack & Monaco, P. A.,   1201 Orange St.,   Suite 400,
           Wilmington, DE 19801-1167
aty       +Rafael Xavier Zahralddin-Aravena,   Elliott Greenleaf & Siedzikowski PC,   1000 West Street,
           Suite 1440,   Wilmington, DE 19801-1051
aty       +Raymond Howard Lemisch,   Benesch Friedlander Coplan & Aronoff, LL,   222 Delaware Avenue,
           Suite 801,   Wilmington, DE 19801-1611
aty       +Rebecca L. Booth,   Morgan Lewis & Bockius,   1701 Market Street,   Philadelphia, PA 19103-2987
aty       +Regina A. Iorii,   Werb & Sullivan,   300 Delaware Avenue,   Suite 1300,
           Wilmington, DE 19801-1658
aty       +Ricardo Palacio, Esq,   Ashby & Geddes, P. A.,   500 Delaware Avenue,   8th Floor,
           Wilmington, DE 19801-7400
aty       +Richard A. Sheils, Jr.,   Bowditch & Dewey, LLP,   311 Main Street,   P.O. Box 15156,
           Worcester, MA  01615-0156
aty       +Richard W. Riley,   Duane Morris LLP,   1100 North Market Street,   Suite 1200,
           Wilmington, DE 19801-1246
aty       +Rick S. Miller,   Ferry, Joseph & Pearce, P.A.,   824 Market Street,   Suite 904,
           Wilmington, DE 19801-4918
aty       +Robert E. Greenberg,   Friedlander Misler,   1101 Seventeenth Street, NW,   Suite 700,
           Washington, DC 20036-4711
aty        Robert S. Brady,   Young, Conaway, Stargatt & Taylor,   The Brandywine Bldg.,
           1000 West Street, 17th Floor,   PO Box 391,   Wilmington, DE  19899-0391
aty       +Ronald L. Cohen,   Seward & Kissel LLP,   One Battery Park Plaza,   New York, NY 10004-1485
aty       +Ronald S. Gellert,   Eckert Seamans Cherin & Mellott LLC,   300 Delaware Avenue,   Suite 1360,
           Wilmington, DE 19801-1658
aty       +Russell C. Silberglied,   Richards, Layton & Finger,   One Rodney Square,   P.O. BOX 551,
           Wilmington, DE 19899-0551
aty       +Samuel B. Garber,   General Growth Properties, Inc.,   110 N. Wacker Drive,
           Chicago, IL 60606-1526
aty       +Scott K. Levine,   Platzer Swergold Karlin Levine Goldberg,   1065 Avenue of the Americas,
           18th Floor,   New York, NY 10018-1878
aty       +Sean D. Malloy,   McDonald Hopkins LLC,   600 Superior Ave., E,   Suite #2100,
           Cleveland, OH 44114-2653
aty       +Seward & Kissel LLP,   One Battery Park Plaza,   New York, NY 10004-1485,   U.S.A.
aty       +Sharon M Zieg,   Young, Conaway, Stargatt & Taylor,   The Brandywine Bldg., 17th Floor,
           1000 West Street,   PO Box 391,   Wilmington, DE 19899-0391
aty       +Shawn M. Christianson,   Buchalter Nemer, P.C.,   333 Market Street, 25th Floor,
           San Francisco, CA 94105-2126
aty       +Shelley A. Kinsella,   Cooch and Taylor, P.A.,   824 Market Street,   Suite 1000,
           Wilmington, DE 19801-3027
aty       +Sherry D. Lowe,   Lamm Rubenstone Lesavoy Butz & David LLC,   3600 Horizon Blvd.,   Suite 200,
           Trevose, PA 19053-4949
aty       +Sherry Ruggiero Fallon,   Tybout, Redfearn & Pell,   300 Delaware Avenue, Ste 1100,
           Wilmington, DE 19801-1692
aty       +Sheryl L. Moreau,   Missouri Department of Revenue,   P.O. Box 475,   301 W. High Street,
           Room 670,   Jefferson City, MO 65105-0475
aty       +Sidley Austin LLP,   c/o Sidley Austin LLP,   1501 K. Street N.W.,
           Washington D.C., DC 20005-1401
aty       +Stephen B. Porterfield,   Sirote & Permutt, P.C.,   2311 Highland Avenue, South,
           Birmingham, AL 35205-2972
aty       +Steven K. Kortanek,   Womble Carlyle Sandridge & Rice, PLLC,   222 Delaware Avenue, Suite 1501,
           Wilmington, DE 19801-1682
aty       +Steven R. Lefkofsky,   Lefkofsky & Gorosh, PC,   31500 Northwestern Highway,   Suite 105,
           Farmington Hills, MI 48334-2501
aty       +Susan R. Fuertes,   Aldine Independent School District,   14910 Aldine-Westfield Road,
           Houston, TX 77032-3099
```

District/off: 0311-1          User: Teresa              Page 5 of 9              Date Rcvd: Apr 28, 2008
Case: 07-11047              Form ID: van440            Total Served: 298

```
aty      +Tally F. Parker, Jr.,   Parker & Marks, P.C.,   1333 Corporate Drive #209,
          Irving, TX 75038-2524
aty      +Teresa K.D. Currier,   Buchanan Ingersoll & Rooney PC,   1000 West St., Ste. 1410,
          Wilmington, DE 19801-1054
aty      +Terri A. Roberts,   Pima County Attorney,   32 North Stone,   Suite 2100,   Tucson, AZ 85701-1416
aty      +Thomas H. Grace,   Locke Liddell & Sapp LLP,   600 Travis St.,   Suite 3500,
          Houston, TX 77002-2926
aty      +Tina Niehold Moss,   Pryor Cashman LLP,   410 Park Avenue,   New York, NY 10022-4441
aty      +Todd Charles Schiltz, Esq,   Wolf, Block, Schorr & Solis-Cohen,   Wilmington Trust Center,
          1100 N. Market Street,   Suite 1001,   Wilmington, DE 19801-1246
aty      +Travis N. Turner,   Young Conaway Stargatt & Taylor, LLP,   The Brandywine Bldg., 17th Fl.,
          1000 West Street,   Wilmington, DE 19801-1050
aty      +Tyler B. Jones,   Brice, Vander, Linden & Wernick,   9441 LBJ Freeway,   Suite 250,
          Dallas, TX 75243-4640
aty      +Victoria Watson Counihan,   Greenberg Traurig, LLP,   The Nemours Building,
          1007 North Orange Street,   Suite 1200,   Wilmington, DE 19801-1236
aty      +William E. Chipman, Jr.,   Edwards Angell Palmer & Dodge,   919 North Market Street,   Suite 1500,
          Wilmington, DE 19801-3046
aty      +William F. Taylor,   McCarter & English LLP,   919 N. Market Street,   Suite 1800, P.O. Box 111,
          Wilmington, DE 19801-3023
aty      +William G. Wright,   Farr, Burke, Gambacorata & Wright PC,   1000 Atrium Way,   Suite 401,
          P.O. Box 669,   Mt. Laurel, NJ 08054-0669
aty      +William J. Burnett,   Flaster Greenberg,   Eight Penn Center,   1628 JFK Blvd., 15th Floor,
          Philadelphia, PA 19103-2130
aty      +William Novotny,   Mariscal, Weeks, McIntyre & Friedlander,   2901 North Centrala Ave., #200,
          Phoenix, AZ 85012-2797
aty      +William Pierce Bowden,   Ashby & Geddes,   222 Delaware Avenue,   17th Floor,
          Wilmington, DE 19801-1621
aty      +++ZACHARY MOSNER,   OFFICE OF THE ATTORNEY GENERAL,   BANKRUPTCY & COLLECTIONS UNIT,
          901 5TH AVE STE 2000,   SEATTLE WA 98164-2076,   Seattle, WA  98164-1012
          (address filed with court:  Zachary Mosner,   Office of the Attorney General,
          Bankruptcy & Collections Unit,   900 Fourth Avenue,   Suite 2000,   Seattle, WA  98164-1012)
ust      +United States Trustee,   844 King Street, Room 2207,   Lockbox #35,   Wilmington, DE 19801-3519
cr       +1993 Flatley Family Trust,   c/o James M. Liston,   155 Federal Street, 9th Floor,
          Boston, MA 02110-1727
cr       +ALDINE INDEPENDENT SCHOOL DISTRICT,   Susan R. Fuertes,   14910 Aldine Westfield Road,
          Houston, TX 77032-3028,   HARRIS
cr       +Alabama Power Company,   Balch & Bingham LLP,   1901 Sixth Avenue North,   Suite 2600,
          Birmingham, AL 35203-4644
cr        American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
cr        American Express Travel Related Svcs Co Inc Corp C,   c/o Becket and Lee LLP,   POB 3001,
          Malvern PA 19355-0701
cr       +Americas Servicing Company,   McCalla, Raymer, et al.,   Bankruptcy Department,
          1544 Old Alabama Road,   Roswell, GA 30076-2102
cr        Angelina County,   c/o John P. Dillman,   Post Office Box 3064,   Houston, TX  77253-3064
cr       +Arlington ISD,   c/o Perdue Brandon Fielder, et al.,   PO Box 13430,   Arlington, TX 76094-0430
cr       +Atlantic Detroit Diesel Allison LLC,   P.O. Box 2030,   19C Chapin Road,
          Pine Brook, NJ 07058-9206
cr       +Aurora Loan Services LLC,   Whittington & Aulgur,   651 N. Broad Street,   Ste. 206,
          P.O. Box 1040,   Middletown, De 19709-7040
cr       +Bank of America N.A.,   475 Crosspoint Parkway,   P.O. Box 9000,   Getzville, Ny 14068-9000
cr       +Bank of New York, as Trustee c/o Countrywide Home,   Draper & Goldberg, PLLC,
          1500 North French Street,   2nd Floor,   Wilmington, DE 19801-3118
intp     +Bracebridge Capital, LLC,   The Bayard Firm,   222 Delaware Avenue,   Suite 900,
          Wilmington, DE 19801-1611
cr       +COWIFI Ironpoint,   Nancy Hotchkiss, Esq.,   C/O Trainor Fairbrook,   980 Fulton Ave,
          Sacramento, CA 95825-4558
cr       +California Housing Finance Agency,   Paul J. Pascuzzi,   Felderstein Fitzgerald et al.,
          400 Capitol Mall, Suite 1450,   Sacramento, CA 95814-4434
cr       +Carroll Independent School District,   c/o Perdue, Brandon, Fielder, et al,   P. O. Box 13430,
          Arlington, TX 76094-0430
cr       +Carrollton-Farmers Branch ISD,   c/o Andrea Sheehan,   Law Offices of Robert E. Luna, PCA,
          4411 North Central Expressway,   Dallas, TX 75205-4210
intp     +Certain Participants in the Non-Qualified Deferred,   c/o McDonald Hopkins LLC,   Sean Malloy,
          600 Superior Avenue, East,   Suite 2100,   Cleveland, OH 44114-2690
cr       +Charles County, Maryland,   c/o Meyers, Rodbell & Rosenbaum, P.A.,   M. Evan Meyers,
          6801 Kenilworth Avenue, Suite 400,   Riverdale Park, md 20737-1331
cr       +Chesterbrook Partners, LP,   c/o Spector Gadon & Rosen, P.C.,   1635 Market Street,   7th Floor,
          Philadelphia, PA 19103-2922
cr       +CitiMortgage, Inc,   P.O. Box 140334,   Coppell, TX 75014-0334
cr       +CitiMortgage, Inc.,   P .O .Box 829009,   Dallas, TX  75382-9009
cr       +CitiMortgage, Inc.,   McCalla, Raymer, et al.,   Bankruptcy Department,   1544 Old Alabama Road,
          Roswell, GA 30076-2102
intp     +Citibank, N.A.,   Seward & Kissel LLP,   One Battery Park Plaza,   New York, NY 10004-1485,
          U.S.A.
res      +Citigroup Global Markets Inc.,   Kirkland & Ellis LLP,   Citigroup Center,   153 East 53rd Street,
          New York, NY 10022-4607
res      +Citigroup Global Markets Realty Corp.,   Kirkland & Ellis LLP,   Citigroup Center,
          153 East 53rd Street,   New York, NY 10022-4607
cr       +City of Cedar Hill,   c/o Perdue, Brandon, Fielder, et al,   Elizabeth Banda,   PO BOX 13430,
          Arlington, TX  76094-0430
cr       +City of Irving, TX (Tax),   c/o Parker & Marks, P.C.,   1333 Corporate Drive,   Suite 209,
          Irving, TX 75038-2524
intp     +Clark County,   500 S. Grand Central Pkwy,   5th Floor,   Las Vegas, NV 89155-0001
```

```
cr        Commonwealth of PA,   PA Department of Revenue,   PO Box 280946,   Harrisburg, PA  17128-0946
cr       +County Of Denton,   co Michael Reed,   P.O. Box 1269,   Round Rock, TX 78680-1269
cr       +County of Loudoun, Virginia,   c/o K. Stapleton, Asst. Cty. Atty.,   Post Office Box 7000,
          Leesburg, VA 20177-7000
cr        Craven-Shaffer-North Bay Village,   2631 S. Tamiami Trail, Suite 300,   Bonita Springs, FL  34134
cr       +Cummings Properties, LLC,   200 West Cummings Park,   Woburn, MA 01801-6396
intp     +Cutisha Cauthorne,   c/o The Hogan Firm,   1311 Delaware Avenue,   Wilmington, DE 19806-4717
cr       +DCFS Trust,   Whittinton & Aulgur,   651 N. Broad Street,   Suite 206,   P.O. Box 1040,
          Middletown, DE 19709-7040
intp     +DETR,   Nevada Department of Employment,   500 E.Third Street,   Carson City, NV 89713-0001
cr       +Dallas County,   c/o Linebarger Goggan Blair & Sampson,   2323 Bryan St., Suite 1600,
          Dallas, TX 75201-2637
intp     +Deutsche Bank Trust Company Americas,   Seward & Kissel LLP,   One Battery Park Plaza,
          New York, NY 10004-1485,   U.S.A.
cr       +EMC Mortgage,   P O Box 829009,   Dallas, Tx 75382-9009
cr       +EMC Mortgage Corporation,   McCalla, Raymer, et al.,   Bankruptcy Department,
          1544 Old Alabama Road,   Roswell, GA 30076-2102
cr       +FIRST HORIZON HOME LOAN CORPORATION,   Whittington & Aulgur,   651 N. Broad Street, Ste. 206,
          P.O. Box 1040,   Middletown, DE 19709-7040
cr       +Fairfax County,   Office of the County Attorney,   12000 Government Center Pkwy.,   Suite 549,
          Fairfax, VA 22035-0001
intp      Farr, Burke, Gambacorta & Wright, PC,   1000 Atrium Way, Suite 401,   P O Box 669,
          Mount Laurel,, NJ  08054-0669
cr       +Fidelity Court Associates,   c/o Dana S. Plon, Esquire,   Sirlin Gallogly & Lesser, P.C.,
          1529 Walnut Street, Suite 600,   Philadelphia, PA 19102-3013
cr       +Gail Thakarar,   2 Fenbrook Drive,   Larchmont, NY 10538-1000
cr       +Garland Independent School District,   c/o Andrea Sheehan,   Law Offices of Robert E. Luna, PC,
          4411 North Central Expressway,   Dallas, TX 75205-4210
cr       +General Growth Management, Inc.,   Samuel B. Garber, Esq.,   110 North Wacker Drive,
          Chicago, IL 60606-1511
intp     +HSBC BANK USA,   Richards, Layton & Finger,   One Rodney Square,   P.O. Box 551,
          Wilmington, DE 19899-0551
cr       +HSBC Bank USA, National Association, as Trustee fo,   Whittington & Aulgur,   651 N. Broad Street,
          Suite 206,   P.O. Box 1040,   Middletown, DE 19709-7040
cr        Harris County,   c/o John P. Dillman,   Post Office Box 3064,   Houston, TX  77253-3064
cr       +Hoover Court, LLC,   Sirote & Permutt, P.C.,   c/o Stephen B. Porterfield,
          2311 Highland Avenue South,   Birmingham, AL 35205-2972
intp      IKON Financial Services,   1738 Bass Road,   P.O. Box 13708,   Macon, GA  31208-3708
intp     +Imperial County Treasurer-Tax Collector,   Attn: Karen Vogel-Treasurer,   940 West Main Street,
          Suite 106,   El Centro, CA 92243-2864
cr       +Iron Mountain Information Management, Inc.,   745 Atlantic Avenue, 10th Floor,
          Boston, MA 02111-2735
intp     +Joseph W. Yankura,   7445 Harrow Drive,   Nashville, TN 37221-1816
intp     +Kathleen Heck,   30 Hideaway Lane,   Sparta, NJ 07871-3510
cr       +Kodiak Funding LP,   Rosenthal, Monhait & Goddess, P.A.,   919 Market Street,   Suite 1401,
          Wilmington, DE 19801-3046
intp     +LaSalle Bank National Association, as Trustee,   Draper & Goldberg, PLLC,   P.O. Box 947,
          512 East Market Street,   Georgetown, DE 19947-2255
intp     +Law Debenture Trust Company of New York, as Indent,   400 Madison Avenue, 4th Floor,
          New York, NY 10017-1909
intp     +Lehman Brothers Inc.,   The Bayard Firm,   222 Delaware Avenue,   Suite 900,
          Wilmington, DE 19801-1611
cr       +Lewisville Independent School District,   c/o Andrea Sheehan,
          Law Offices of Robert E. Luna, P.C.,   4411 N. Central Expressway,   Dallas, TX 75205-4210
intp     +Liner Yankelevitz Sunshine & Regenstreif LLP,   1100 Glendon Avenue,   14th Floor,
          Los Angeles, CA 90024-3518
cr       +Litton Loan Servicing LP,   P .O Box 829009,   Dallas, TX 75382-9009
cr       +MNL Global Inc,   Annie Verdries,   Lewis Brisbois Bisgaard & Smith LLP,
          650 Town Center Drive # 1400,   Costa Mesa, CA 92626-7020
cr       +Maricopa County Treasurer,   c/o Madeleine C. Wanslee,   Gust Rosenfeld P.L.C.,
          201 E. Washington St.,   Suite 800,   Phoenix, AZ  85004-2327
cr       +MarketWise Advisors, LLC,   c/o Jacob A. Brown, Esq.,   Akerman Senterfitt,
          50 North Laura Street,   Suite 2500,   Jacksonville, FL 32202-3646
cr       +Microsoft Corporation,   c/o Joseph E. Shickich, Jr.,   Riddell Williams P.S.,
          1001 - 4th Avenue,   Suite 4500,   Seattle, WA 98154-1065
cr       +Missouri Department Of Revenue,   301 W. High Street,   PO Box 475,
          Jefferson City, MO 65105-0475
cr        Morgan Stanley Mortgage Capital Holdings LLC,   1585 Broadhollow Road,   Melville, NY  11747
cr       +Mortgage Electronic Registration Systems, Inc.,   c/o Washington Mutual Home Loans, Inc.,
          9451 Corbin Avenue,   Northridge, CA 91324-1665
cr       +Mortgage Electronic Registration Systems, Inc. as,   2300 Brookstone Center,
          Columbus, GA 31904-4500
cr       +Mortgage Electronic Registration Systems, Inc. c/o,   Draper & Goldberg, PLLC,
          1500 North French Street,   2nd Floor,   Wilmington, DE 19801-3118
cr       +National City Capital Capital Commercial Corporati,   c/o Jeffrey S. Cianciulli, Esquire,
          Weir & Partners LLP,   824 Market Street, Suite 1001,   Wilmington, DE 19801-4939
cr       +National City Commercial Capital Company, LLC,   c/o Sherry D. Lowe, Esquire,
          Lamm Rubenstone LLC,   3600 Horizon Boulevard,   Suite 200,   Trevose, PA 19053-4949
cr       +National City Mortgage Company,   McCalla, Raymer, et al.,   Bankruptcy Department,
          1544 Old Alabama Road,   Roswell, GA 30076-2102
intp     +Natixis Real Estate Capital Inc.,   The Bayard Firm,   222 Delaware Avenue,   Suite 900,
          Wilmington, DE 19801-1611
cr        New York State Department of Taxation and Finance,   Attn: Norman P. Fivel, Esq.,
          NYS Department of Law,   The Capitol,   Albany, NY  1224
```

```
intp        Office of Thrift Supervision,   Harborside Financial Center Plaza Five,   Suite 1600,
            Jersey City, NJ  07311
cr          +Oracle USA, Inc.,   Buchalter Nemer,   333 Market St., 25th Floor.,
            San Francisco, CA 94105-2126
cr          +PPTS FX Corp.,   c/o Plymouth Park Tax Services LLC,   35 Airport Road, Ste.150,
            Morristown, NJ 07960-4660
cr          +Phillip Carnes & Associates, Inc.,   4939 Lower Roswell Rd.,   Suite 103,
            Marietta, GA 30068-4382
cr          +Pima County, Arizona,   C/O Pima County Attorney's Office,   32 N. Stone, Suite 2100,
            Tucson, AR 85701-1416
cr          +Plymouth Park Tax Services LLC,   35 Airport Road, Ste.150,   Morristown, NJ 07960-4660
cr          +Prince George's County, Maryland,   Meyers, Rodbell & Rosenbaum, P.A.,   M. Evan Meyers,
            6801 Kenilworth Avenue, Suite 400,   Riverdale Park, md 20737-1331
cr          +Progress Energy Carolinas, Inc.,   327 Hillsborough Street,   Raleigh, NC 27603-1725
intp        +Rachael Masivva,   48 Martha St,   Indian Orchard, MA 01151-1534
cr          +SOVEREIGN BANK,   c/o Riemer & Braunstein LLP,   Three Center Plaza,   Boston, MA 02108-2003
cr          +Salt Lake County Treasurer,   2001 South State Street N1200,   Salt Lake City, UT 84190-0001
cr          +Saxon Mortgage Services, Inc.,   1270 Northland Drive,   Suite 200,
            Mendota Heights, MN 55120-1176
cr          Spring-Ford Area School District/Limerick Township,   c/o Prince Altee Thomas, Esquire,
            Fox Rothschild LLP,   2000 Market Street - Tenth Floor,   Philadelphia, PA  19103-3291
intp        +Squire, Sanders & Dempsey L.L.P.,   Thomas J. Salerno,   Jordan A. Kroop,
            40 N. Central Ave., #2700,   Phoenix, AZ 85004-4498
cr          State of Washington Department of Revenue,   Attorney General,   800 Fifth Avenue, Suite 2000,
            Seattle, WA  98104-3188
cr          Sun Life Assurance Company of Canada,   1 Sun Life Executive Park,   Wellesley Hills, MA  02481,
            US
cr          +Tennessee Department of Revenue,   c/o TN Attorney General's Office,   Bankruptcy Division,
            P.O. Box 20207,   Nashville, TN 37202-4015
cr          +United States Internal Revenue Service,   U.S. Department of Justice, Tax Division,   PO Box 227,
            Ben Franklin Station,   Washington, DC 20044-0227
cr          +United States of America (on behalf of the Governm,   1100 L St. NW,   Room 10002,
            Washington, DC 20005-4035
cr          +Washington Mutual Bank,   c/o McCalla, Raymer, et al.,   Bankruptcy Department,
            1544 Old Alabama Road,   Roswell, GA 30076-2102
cr          +Washington Mutual Bank FA,   Whittington & Aulgur,   651 N. Broad Street,   Suite 206,
            P.O. Box 1040,   Middletown, DE 19709-7040
cr          +Wells Fargo Bank, N.A.,   Draper & Goldberg, PLLC,   1500 North French Street,   2nd Floor,
            Wilmington, DE 19801-3118
intp        +WestLB AG, New York Branch,   McDermott Will & Emery LLP,   Att: Stephen B. Selbst, Esq.,
            340 Madison Avenue,   New York, NY 10002
cr          +c/o Karon Y. Wright Travis County,   P.O. Box 1748,   Austin, TX 78767-1748
```

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Donald D. Farlow
aty         Kelly W. Wright
aty         Marikae G. Toye
aty         Pillsbury Winthrop Shaw Pittman LLP
aty         Quinn Emanuel,   Quinn Emanuel Urquhart Oliver & Hedges
aty         Quinn Emanuel
aty         Steven G. Powrozek
intp        Ada County Treasurer
op          Adorno & Yoss LLP
intp        Alison Zea
intp        Allan Sturms
op          Allen & Overy, LLP
cr          American Corporate Record Center, Inc.
cr          Anca M. Nicolaescu
intp        Assured Guaranty
fa          BDO Seidman, LLP
intp        Barbara Ford-Coates, Sarasota County Tax Collector
cr          Barclays Capital Inc.
intp        Bernadette Gordy
cr          Bexar County,   Linebarger Goggan et al
op          Cadwalader, Wickersham & Taft LLP
intp        Caldwell Commercial, LLC
cr          Capax Management and Insurance Services
intp        City of Fort Worth
op          Codilis & Associates, P.C.
op          Cohn, Goldberg & Deutsch, LLC
intp        Creditors Bankruptcy Service
intp        Crislip, Philip & Associates
intp        DLA Piper US LLP
cr          David Gebhardt
intp        Dennis A. MacDonald
op          Deputy Clerk, United States Bankruptcy Court
intp        Douglas Badazewski
intp        Douglas County Treasurer
intp        Edwin R. Anderson
cr          Elizabeth Hohloch
clmag       Epiq Bankrputcy Solutions, LLC
```

District/off: 0311-1          User: Teresa                Page 8 of 9          Date Rcvd: Apr 28, 2008
Case: 07-11047               Form ID: van440             Total Served: 298

```
              ***** BYPASSED RECIPIENTS (continued) *****
intp          Finestone & Morris
intp          Frank C. Estes Estes
cr            Frederick D. & Jean Conrad
cr            George E. Hart
intp          George Hambrick
cr            Gil Quentin Alvarez
intp          Griffith, McCague & Wallace, P.C.
intp          H. William Marrero
cr            Highwoods Properties, Inc.,   300 E. Lombard Street
cr            Hilda R. Gamble
intp          IKON OFFICE SOLUTIONS
cr            Idaho State Tax Commission
intp          Jane M. Lueneburg
intp          Jeffrey J. Newton
intp          Jeffrey M. Tzerman
intp          Jennifer vonBehren
intp          Jerry McBride
cr            Joe M. Rogers
intp          John H. Capitano,    Kennedy Covington Lobdell & Hickman
intp          Judith R. Rigsby
intp          Katten Muchin Rosenman LLP
intp          Ken H. and Tracy E. Liu, MD
op            Kroll Zolfo Cooper
intp          Laura Beall
intp          Laurie J. O'Brien
op            Law Office of Daniel C. Consuegra
op            Law Offices of Alan Weinreb, PLLC
intp          Lee County Tax Collector
intp          Lee J. Mondshein
cr            Lew D. Serbin
cr            Lillian Frieder
intp          Marie Minutillo
intp          Mark Hollingsworth
cr            Mark R. James
intp          Mark R. Lembright
intp          Marsha Albrecht
cr            Max Gendelman
intp          McPherson, Inc.
intp          Merced County Tax Collector
intp          Merrill Lynch Mortgage Lending, Inc.
intp          Merrill Lynch Pierce Fenner & Smith, Inc. and Merr
op            Milestone Advisors LLC
intp          Mona Dobben
cr            Moss Codilis, L.L.P.
intp          Multnomah County Oregon Dept. of Business & Commun
cr            Nathan Frieder
cr            ORIX Capital Markets, LLC
op            Orlans Associates
cr            Palm Beach County
intp          Palm Beach County Tax Collector
cr            Patricia L. Shepherd
intp          Paul D. Kuhlmeier
intp          Paula Rush
intp          Peter Spindel
intp          Peyton C. Cochrane
op            Phoenix Capital, Inc.
intp          Pite Duncan, LLP
intp          Polis & Associates
intp          Post & Schell, P.C.
intp          Pryor & Mandelup, LLP
intp          R O Jacobs & Assoc., Inc. dba Jacobs OK Real Estat
cr            RAM International I, L.L.C.
intp          Receivable Management Service
intp          Rees Broome, PC
intp          Rice & Gotzmer
intp          Richard Kreiss
cr            Richard W. Horvath
intp          Robert J. Hopp
op            Robert J. Hopp & Associates, LLC
intp          Robin & Timothy Guertin
intp          Rocco DeStefano
intp          Ron Bartoszkiewicz
cr            SLO LLC
op            Samuel I. White, P.C.
intp          Santoro, Driggs, Walch, Kearney, Holley & Thompson
intp          Satterlee Stephens Burke & Burke LLP
intp          Scott D. Caplin
intp          Silver & DeBoskey, A Professional Corporation
intp          Silver & DeBoskey, A Professional Corporation
intp          Snell & Wilmer L.L.P.
intp          Softlanding Software
crcm          Special Conflicts Counsel to the Committee
intp          Spector Gadon & Rosen, P.C.
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
cr           Stephen J. Homola
intp         Sun Trust Bank
intp         Susan D. Profant
op           T.D. Service Co.
intp         Tax Collector for Polk County, Florida
intp         Thomas Scourtos
intp         Time Warner Telecom Inc.
intp         Travelers Casualty and Surety Company of America
op           Trenwith Securities, LLC
intp         Trevor R. Corso, Esq.
intp         Tuscaloosa County Tax Collector
cr           Vintage Park, LLC
cr           Waterson & Zappolo, P.A.
op           Weiner Brodsky Sidman Kider PC
op           Weltman, Weinberg & Reis Co. LPA
intp         Williams, Kastner & Gibbs PLLC
op           Zeichner Ellman & Krause LLP
aty*         +Adam Hiller,   Draper & Goldberg, PLLC,   1500 North French Street,   2nd Floor,
              Wilmington, DE 19801-3118
aty*         +Adam Hiller,   Draper & Goldberg, PLLC,   1500 North French Street,   2nd Floor,
              Wilmington, DE 19801-3118
aty*         +Adam Hiller,   Draper & Goldberg, PLLC,   1500 North French Street,   2nd Floor,
              Wilmington, DE 19801-3118
aty*         +Adam Hiller,   Draper & Goldberg, PLLC,   1500 North French Street,   2nd Floor,
              Wilmington, DE 19801-3118
aty*         +Christopher M. Samis,   Richards, Layton & Finger, P.A.,   920 N. King Street,
              One Rodney Square,   Wilmington, De 19801-1299
aty*         +Eric M. Davis,   Skadden Arps Slate Meagher & Flom LLP,   One Rodney Square,   PO Box 636,
              Wilmington, DE 19899-0636
aty*         +Frederick Brian Rosner,   Duane Morris LLP,   1100 North Market Street,
              Wilmington, DE 19801-1243
aty*         +Gaston Plantiff Loomis, II,   Reed Smith LLP,   1201 Market Street,   Suite 1500,
              Wilmington, DE 19801-1163
aty*         +John T. Carroll, III,   Cozen O'Connor,   1201 North Market Street,   Suite 1400,
              Wilmington, DE 19801-1166
                                                                        TOTALS: 137, * 9
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 30, 2008**                    **Signature:**    *Joseph Speetjens*