# EXHIBIT "D"

## PART III -AFFECTED EXCEPTIONS (JUNIOR)

THE FOLLOWING ARE ALSO EXCEPTIONS TO COVERAGE IN THIS FORECLOSURE TITLE POLICY BUT WILL NOT BE SHOWN IN THE SCHEDULE OF EXCEPTIONS IN THE POLICY THE COMPANY IS COMMITTING TO ISSUE IN PARAGRAPH 5 OF SCHEDULE A UPON COMPLETION OF A LAWFULLY CONDUCTED FORECLOSURE AND HAVING MET THE COMMITMENT REQUIREMENTS:

3. A DEED OF TRUST TO SECURE AN ORIGINAL INDEBTEDNESS OF $123,600.00, AND ANY OTHER AMOUNTS OR OBLIGATIONS SECURED THEREBY, RECORDED MAY 26, 2006 AS INSTRUMENT NO. 2006-0376527 OF OFFICIAL RECORDS.

DATED: MAY 24, 2006.
TRUSTOR: JORGE LUCIO PINEDA, A SINGLE MAN.
TRUSTEE: CALIFORNIA TITLE COMPANY.
BENEFICIARY: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS NOMINEE FOR
LENDER: AMERICAN HOME MORTGAGE.

NOTE: SUBJECT TO THAT CERTAIN BANKRUPTCY AGAINST AMERICAN HOME MORTGAGE AS DEBTORS AND DEBTORS-IN-POSSESSION, FILED ON AUGUST 6, 2007 IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE, UNDER CHAPTER 11, CASE NUMBER 07-11047.

NOTE: PRIOR TO PROCEEDING WITH THIS FORECLOSURE, RELIEF FROM THE AUTOMATIC STAY SHOULD BE OBTAINED OR INFORMATION FROM THE BANKRUPT ENTITY THAT THE ABOVE MENTIONED LOAN IS NO LONGER PART OF THE BANKRUPTCY ESTATE SHOULD BE PROVIDED.

4. A JUDGMENT FOR CHILD, FAMILY OR SPOUSAL SUPPORT, A CERTIFIED COPY OF WHICH RECORDED AUGUST 28, 2006 AS INSTRUMENT NO. 2006-0610606 OF OFFICIAL RECORDS.

COURT: SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO, CENTRAL COURT.
CASE NO.: DF194586.
DEBTOR: JORGE LUCIO PINEDA.
CREDITOR: COUNTY OF SAN DIEGO.