# EXHIBIT "E"

ORDERED FOR: BulkFC BulkFC
Case 07-11047-CSS   Doc 3912-8   Filed 05/01/08   Page 2 of 6
CL-Foreclosure
DATE: 2/29/2008
FARVV REF NO: 2935222
SERVICE PERFORMED: Exterior

# CitiFinancial Mortgage Company, Inc. BPO

| CUST NAME | ACCT NUM | AGENT NAME | DIST FROM SUBJECT |
|---|---|---|---|
| JORGE L PINEDA | 0012312424 | | 4 Miles |

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 2741 ABBEY GLN | ESCONDIDO | CA | 92027 |

**DISCLOSURE**

**QUALITY REVIEW REMARKS:** Due to lack of Arm Length Transaction sales within one mile of subject, expanding the search radius greater than one mile developed sales still within the same market. Closed sales and current listing prices are broad in range this is common for this market.

## VALUE INFO

| | VALUE (90-120 DAY) | RECOMMENDED LIST PRICE (90-120 DAY) | TYPICAL MARKETING TIME |
|---|---|---|---|
| AS-IS | $ 370,000 | $ 375,000 | 90-120 Days |
| AS-REPAIRED | $ 370,000 | $ 375,000 | 90-120 Days |

PREVIOUS BPO INFORMATION (If Applicable)

## LISTING (If Listed)

| LISTING BROKERAGE | LISTING AGENT | LISTING AGENT PHONE |
|---|---|---|
| | | |

| ORIGINAL LIST PRICE | CURRENT LIST PRICE | LISTED FROM | TO | LISTING FINANCE TERMS |
|---|---|---|---|---|
| $ 399,000 | $ | | unk | |

LISTING COMMENTS

## SUBJECT INFO
(All fields are required for both Interior and exterior inspections)

| TYPE | STYLE | AGE | OVERALL CONDITION | SLIDE AREA? | No |
|---|---|---|---|---|---|
| SFD | Ranch | 23 | Good | FLOOD PLAIN? | No |

| SQ FEET ABOVE GROUND | ROOMS/BEDS/BATHS | BASEMENT | | EARTHQUAKE ZONE? | No |
|---|---|---|---|---|---|
| MAIN 1032  UP | 6  3  2 | SQ FT | 100% FINISHED | OBSERVED ENVIRONMENTAL ISSUES? | No |

| LOT SIZE (ACRES) | GARAGE | ROOF CONDITION | | |
|---|---|---|---|---|
| 0.11 | 2 CAR Gar Att | Good | | |

| POOL | FIREPLACE | WATER | SEWER/SEPTIC | TYPE HEAT | OBSERVED CASUALTY LOSS (FIRE)? | No |
|---|---|---|---|---|---|---|
| In-Ground | | Public | Sewer | | | |

EXTERIOR IMPROVEMENTS: fence

MOBILE HOME MAKE/MODEL/VIN (If Applicable)

EXTERIOR COMMENTS: Subject property exterior overall condition appears good.

INTERIOR COMMENTS (Interior Orders)

## COND OF SUBJECT AND REPAIR ESTIMATES
(Describe required repairs and note approx costs. Do not detail interior repairs if you do not have interior access.)

### EXTERIOR

| DEBRIS REMOVAL | | SIDING/PAINT | |
|---|---|---|---|
| None | $ | None | $ |
| STRUCTURAL | | ROOF | |
| None | $ | None | $ |
| WINDOWS | | LANDSCAPING | |
| None | $ | N/bike | $ |
| OUTBUILDINGS | | OTHER | |
| None | $ | None | $ |

EXTERIOR REPAIR COMMENTS: Subject property exterior appears good condition as of the inspection date.

### INTERIOR

| CLEANING | | STRUCTURE | |
|---|---|---|---|
| | $ | | $ |
| PAINT | | CARPETS/FLOORING | |
| | $ | | $ |
| KITCHEN/APPLIANCES | | BATHROOMS | |
| | $ | | $ |
| UTILITIES | | OTHER | |
| | $ | | $ |

INTERIOR REPAIR COMMENTS

**REPAIR TOTAL $ 0**

## EVIDENCE OF

| SETTLEMENT | DRY ROT | SOIL EROSION | WATER SEEPAGE | FOUNDATION/SLAB | LEAKING ROOF | FLOOR BUCKLING | STRUCTURAL DAMAGE |
|---|---|---|---|---|---|---|---|
| | No | No | | Yes | | | No |

| MOLD/MILDEW | MOLD/MILDEW COMMENTS |
|---|---|
| | |

ENCROACHMENTS (If Yes, See Subject Description and Condition Comments): No
EASEMENTS (If Yes, See Subject Description and Condition Comments): No

## FURTHER INSPECTION OR REPORTS TO BE ORDERED

| TERMITE | WELL/SEPTIC | HEATING |
|---|---|---|
| Yes | Yes | Yes |
| ENGINEER | STRUCTURAL | ROOF |
| Yes | Yes | Yes |

OTHER: All inspections would be typically recommended.

## ASSESSMENTS

| ANNUAL TAXES $ | PAID (YEAR) | DUE (YEAR) |
|---|---|---|
| 4,704 | unkn | unkn |

| MONTHLY ESTIMATE OF UTILITY COST $ | OTHER MONTHLY MAINTENANCE COSTS (SNOW REMOVAL, LAWN CARE, ETC) |
|---|---|
| 275 | 75 |

### HOA INFO (If applicable)

| DUES $ | WHEN DUE AND PAYABLE | ARE THEY CURRENT? | AMENITIES |
|---|---|---|---|
| 95 | monthly | | Clubhouse/Rec Room,Pool |

CONTACT: 
PHONE: 
ADDRESS:

## MARKETABILITY OF SUBJECT

**NEIGHBORHOOD COMMENTS** (Describe any locational factors, access to amenities or functional obsolescence that add or detract from the subject's marketability)

Subject property neighborhood located within close proximity to major public services such as employment, schools, shopping, and access to the freeway system.

| WILL THE PROPERTY BECOME A PROBLEM FOR RESALE? | WHY? |
|---|---|
| No | |

| FINANCING REQUIRED TO SELL SUBJECT | SPECIAL FINANCING PROGRAMS AVAILABLE |
|---|---|
| Yes | Conventional |

INDICATE FINANCING SUBJECT WILL QUALIFY FOR    FHA/VA Yes    CONV Yes

## MARKET CONDITIONS AND COMPETING LISTINGS
(Three listings are required -- use most comparable available)

| NEIGHBORHOOD TREND IS: | IS THERE A SEASONAL MARKET? | EXPLAIN | | |
|---|---|---|---|---|
| Declining | No | | | |
| | PRESENT NUMBER OF MARKET AREA LISTINGS 54 | | PRICE RANGE | FROM $199,000 TO $ |
| | PRESENT NUMBER OF COMPARABLE LISTINGS 3 | | PRICE RANGE | FROM $199,000 TO $299,000 |
| AVG MKT TIME UNSOLD LISTINGS 60 | TYPICAL RESALE INCENTIVES (CL COSTS, PTS, OWC, ETC) Seller pays buyers closing cost. | | | |
| AVG MKT TIME SOLD LISTINGS 120 | | | | |
| IS THERE NEW HOME CONSTRUCTION? Yes | PRICE RANGE AND DESCRIPTION OF SIMILAR MODELS $481,647 to $507,285 | | | |

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2782 DIAZ GLN | 0.09 | $199,000 | 188 | UP MAIN 925 BSMT GLA 925 | TOT RMS 6 BDRMS 2 BATHS 2 | Good | 22 | 0.13 |

Comp one equal subject for bath count, lot size, age, garage space, community pool amenities. Inferior for bedroom count, GLA.

| 2 | 2725 CAMERON PL | 0.59 | $299,000 | 120 | UP MAIN 1204 BSMT GLA 1,204 | TOT RMS 6 BDRMS 3 BATHS 2 | Good | 23 | 0.12 |

Comp two equal subject for bedroom and bath count, lot size, age, garage space. Superior for GLA. Inferior for lack of community pool.

| 3 | 2647 OBRIEN PL | 0.62 | $299,000 | 191 | UP MAIN 1204 BSMT GLA 1,204 | TOT RMS 6 BDRMS 3 BATHS 2 | Good | 22 | 0.15 |

Comp three equal subject for bedroom and bath count, lot size, age, garage space. Superior for GLA. Inferior for lack of community pool.

## SOLD COMPS SUPPORTING YOUR VALUE
(Three are required -- use most comparable available)

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 831 CLEVELAND AVE | 3.38 | LIST $349,000 SALE $370,000 | 9 | UP MAIN 1095 BSMT GLA 1,095 | TOT RMS 6 BDRMS 3 BATHS 2 | Good | 21 | 0.11 |
| | SALE DATE 09/10/2007 | | | | | | | | DATA SOURCE MLS |

Comp one equal subject for bedroom and bath count, GLA, lot size, age, garage space. Inferior for lack of community pool.

| 2 | 2211 BELKNAP WAY | 1.27 | LIST $375,000 SALE $375,000 | 47 | UP MAIN 1089 BSMT GLA 1,089 | TOT RMS 6 BDRMS 3 BATHS 2 | Good | 25 | 0.20 |
| | SALE DATE 09/24/2007 | | | | | | | | DATA SOURCE MLS |

Comp two equal subject for bedroom and bath count, GLA, lot size, age, garage space. Superior for concessions. Inferior for lack of community pool amenities.

| 3 | 2350 LAKE FOREST ST | 3.15 | LIST $359,999 SALE $380,000 | 45 | UP MAIN 1211 BSMT GLA 1,211 | TOT RMS 6 BDRMS 3 BATHS 2 | Good | 22 | 0.09 |
| | SALE DATE 10/11/2007 | | | | | | | | DATA SOURCE MLS |

Comp three equal subject for bedroom and bath count, lot size, age, garage space. Superior for GLA. Inferior for lack of community pool amenities.

## BPO ADDENDUM

| PROPERTY TYPE | STYLE | OCCUPANT'S NAME (IF KNOWN) | OCCUPANCY STATUS |
|---|---|---|---|
| SFD | Ranch | | Owner Occupied |

1. WHAT MORTGAGE PROGRAMS WILL AID IN THE SALE OF THE SUBJECT? PLEASE BE SPECIFIC AS TO RATES, TERMS, CONDITIONS, AND COSTS INVOLVED.

2. WHAT MARKET CONDITIONS, TRENDS AND/OR COMPETITION WILL AFFECT THE SALE OF THE SUBJECT?

| CURR MKT CONDITIONS | EMPLOYMENT CONDITIONS | PROPERTY VALUES | PREDOMINANT OCCUPANCY | VACANCY RATE | REO/BOARDED | VANDALISM RISK |
|---|---|---|---|---|---|---|
| Slow | Stable | Declining | Owner | 5 to 10% | 5 to 10% | Minimal |

3. OUTLINE THE MARKETING STRATEGIES NEEDED TO SELL THE SUBJECT (INCL. SUGGESTED LIST PRICE, TYPES OF REPAIRS AND COSTS, IF ANY, AND FINANCING INCENTIVES NEEDED):

| AS-IS: | AS-REPAIRED: |
|---|---|
| Subject property exterior appears good condition. | No apparent exterior repairs needed as of the inspection date. |

4. PLEASE PROJECT THE CLOSING COSTS AND SALES PRICE PER YOUR RECOMMENDED STRATEGY:

| COMMISSION PERCENT | COMMISSION AMOUNT | TITLE INSURANCE | LEGAL/ESCROW | RECORDING/TRANSFER | PROPERTY TAXES | ASSESSMENTS |
|---|---|---|---|---|---|---|
| 3% | $11,250 | $1,400 | $550 | $150 | $4,704 | $ |

*First American*
*Residential Value View*

**Photos**

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0012312424 | 022901JB | 2935222 |

| NAME | ADDRESS | CITY, STATE, ZIP |
|---|---|---|
| JORGE L PINEDA | 2741 ABBEY GLN | ESCONDIDO, CA  92027 |

PHOTOS COMMENT

Subject Front



Subject House Number



Street View



First American
Residential Value View

**Photos**

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0012312424 | 022901JB | 2935222 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| JORGE L PINEDA | 2741 ABBEY GLN | ESCONDIDO, CA 92027 |
| PHOTOS COMMENT | | |

### Sold 1 (831 CLEVELAND AVE)



### Sold 2 (2211 BELKNAP WAY)



### Sold 3 (2350 LAKE FOREST ST)



NATIONWIDE PROPERTY VALUATION SERVICES
# Source One Services Corporation                    Map

| ACCOUNT NUMBER | TRACKING NUMBER | | FARVV ORDER NO. |
|---|---|---|---|
| 0012312424 | 022901JB | | 2935222 |
| NAME | ADDRESS | CITY, STATE, ZIP | |
| JORGE L PINEDA | 2741 ABBEY GLN | ESCONDIDO, CA 92027 | |



Map Scale: 1 Inch = 0.6 Miles

**Subject Property**
2741 ABBEY GLN
ESCONDIDO, CA 92027

**❶ Comp. Listing 1**
2782 DIAZ GLN
ESCONDIDO, CA 92027
Dist From Subject: 0.09 Miles

**❷ Comp. Listing 2**
2725 CAMERON PL
ESCONDIDO, CA 92027
Dist From Subject: 0.59 Miles

**❸ Comp. Listing 3**
2647 OBRIEN PL
ESCONDIDO, CA 92027
Dist From Subject: 0.62 Miles

**❶ Closed Sale 1**
831 CLEVELAND AVE
ESCONDIDO, CA 92026
Dist From Subject: 3.38 Miles

**❷ Closed Sale 2**
2211 BELKNAP WAY
ESCONDIDO, CA 92027
Dist From Subject: 1.27 Miles

**❸ Closed Sale 3**
2350 LAKE FOREST ST
CA 92026
Dist From Subject: 3.15 Miles