IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al., [2]                              :
                                                                 :   Jointly Administered
        Debtors.                                                 :
                                                                 :   Ref. Docket No. 2600, 3328 and 3799
---------------------------------------------------------------- x

## SECOND ORDER APPROVING SECOND INTERIM QUARTERLY FEE REQUESTS OF DEBTORS' PROFESSIONALS

Upon consideration of the application set forth in Exhibit A hereto (the "Application") and the second interim quarterly fee requests (the "Fee Requests") of the above-captioned debtors' (the "Debtors") professionals, which included the request (the "Allen & Overy, LLP Request") of Allen & Overy ("A&O"), in the above-captioned chapter 11 cases, for allowance of compensation and reimbursement of expenses; and the Court having held a hearing to consider the Fee Requests on April 14, 2008 (the "Hearing"); and, as a result of having learned at the Hearing that the Court required additional information from A&O; the Debtors agreed to submit a revised exhibit to the Order (as defined herein) with respect to the A&O Request under certification of counsel following the Hearing; and, following the Hearing, the Court having entered the Order Approving Second Interim Quarterly Fee Requests of Debtors' Professionals (D.I. 3695; (the "Order"), which did not include an exhibit page with respect to A&O; and it appearing to the Court that all of the requirements of sections 327, 328, 330, 331

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200,

DB02:5277163.2                                                                              064657.1001

and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure, have been satisfied; and it further appearing that the fees and expenses incurred were reasonable and necessary; and that notice of the Application and of the Fee Requests was appropriate; and after due deliberation and good and sufficient cause appearing therefor, it is hereby

ORDERED, that the Application and the A&O Request are APPROVED in the amounts set forth in Exhibit A; and it is further

ORDERED, that A&O is granted interim allowance of compensation in the amount set forth on Exhibit A; and it is further

ORDERED, that A&O is allowed, on an interim basis, reimbursement of reasonable and necessary expenses in the amount set forth on Exhibit A; and it is further

ORDERED, that the Debtors are authorized and directed to remit payment to A&O in the amounts set forth on Exhibit A, less all amounts previously paid on account of such fees and expenses.

Dated: Wilmington, Delaware
April __, 2008

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

Irving, Texas 75063.