## EXHIBIT A

## Second Interim Fee Request Of Allen & Overy, LLP, Special Counsel for the Debtors

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested ($) | Total Expenses Requested ($) |
|---|---|---|
| 11/1/07-11/30/07 1/7/08, 2600 | 325,630.50 | 274,672.83 |
| 12/1/07-12/31/07 2/1/07, 2854 | 209,588.50 | 105,192.08 |
| 1/1/08-1/31/08 2/28/08, 3120 | 242,791.50 | 25,388.41 |
| Totals | 778,010.50 | 405,253.32 |

5277163.2

064657.1001