IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., et al., | § § § § § | Case No. 07-11047 (CSS) (Jointly Administered) |
| Debtors[1] | § § | Re 3682 |

| | | |
|---|---|---|
| CALYON NEW YORK BRANCH | § § | |
| Plaintiff, | § § § | |
| v. | § § | Adversary No. 07-51704 |
| AMERICAN HOME MORTGAGE CORP., AMERICAN HOME MORTGAGE SERVICING, INC., AMERICAN HOME MORTGAGE ACCEPTANCE, INC., and AMERICAN HOME MORTGAGE INVESTMENT CORP., | § § § § § § § § § § | |
| Defendants. | § | Docket Ref. No. 118 |

## ORDER APPROVING AND AUTHORIZING THE STIPULATION BETWEEN THE DEBTORS AND CALYON NEW YORK BRANCH, AS ADMINISTRATIVE AGENT

Upon consideration of the motion (the "Motion")[2] of American Home Mortgage

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion or the Stipulation.

Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively, "AHM" or the "Debtors"), seeking the issuance of an order, pursuant to Bankruptcy Rule 9019(a) approving the Stipulation, a copy of which is attached hereto as Exhibit 1; and it appearing that the Court has jurisdiction over this matter and the relief requested in the Motion pursuant to 28 U.S.C. sections 157 and 1335; and it appearing that this is a core proceeding pursuant to 28 U.S.C. section 157(b); due and sufficient notice of the Motion having been given; and it appearing that the relief requested in the Motion is in the best interest of the Debtors, their estates and creditors; and all objections (if any) to the requested relief having been resolved, withdrawn or overruled; and upon the record in these cases; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the relief requested in the Motion is hereby GRANTED; and it is further

ORDERED, that the Stipulation in the form attached hereto as Exhibit 1 is approved pursuant to Bankruptcy Rule 9019; and it is further

ORDERED, that the Funds Motion is deemed withdrawn, with prejudice, except as to, and solely with respect to, the relief sought related to the Disputed P&I; and it is further

ORDERED, the Parties' rights to resolve the Disputed P&I through the Funds Motion are reserved; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine any and all disputes arising out of the implementation of this Order.

Dated: Wilmington, Delaware
       May 1, 2008

Christopher S. Sontchi
United States Bankruptcy Judge