## IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| American Home Mortgage, et al., ) ) ) ) Debtors. ) ) | Case No. 07-11047 CSS Chapter 11 Jointly Administered Re. 3209 |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY NUNC PRO TUNC TO JANUARY 24, 2008 AS TO
### 15674 Lappin Street, Detroit, MI 48234

AND NOW, TO WIT, this 1st day of May A.D., 2008, HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2005-6, (hereinafter "HSBC")'s Motion for Relief from Automatic Stay *nunc pro tunc* having been heard and considered;

IT IS HEREBY ORDERED that the Stay afforded by 11 U.S.C. §362 is hereby terminated for cause effective *nunc pro tunc* to January 24, 2008, to the extent such stay is applicable, so as to permit HSBC and/or the holder of the first mortgage, as recorded in the Office of the Register of Deeds in Liber 43607 Page 3171 in Wayne County, State of Michigan for 15674 Lappin Street, Detroit, MI 48234 to enforce its security interest in the aforesaid real property through continuation with the foreclosure proceedings, including validation and/or confirmation of the Sheriff's Sale of the property that occurred on January 24, 2008 and any other legal remedies against the Borrower and property which may be available to HSBC under State law; and

IT IS FURTHER ORDERED that the Sheriff Sale that occurred on January 24, 2008 was not violative of the automatic stay of 11 U.S.C. §362.

IT IS FURTHER ORDERED that Rule 4001(a)(3) is deemed not applicable and that HSBC may immediately enforce and implement this Order granting relief from the automatic stay *nunc pro tunc*.

_____
                                                            J.