4/23/08

To The U.S. Bankruptcy Court of Delaware
& American Home Mortgage, et al...

I never once said that I wanted $48,875, cash on the barrelhead.

The only thing that I need to be assured of, is that my AHMIQ.PK stock will be transferred as stock equity into the new restructured AHM (AHM, New) or whatever the company will be called after the restructuring is completed, much the same as my original AHM stock became AHMIQ.PK after the bankruptcy was filed

All I ask is for my stock equity to be part of the new company

Page 1

after the bankruptcy, even if it entails a reverse stock split.

If that is the case, then the actual dollar amount and the claim number 4064 may be moved to the satisfied claim column.

Sincerely,
Robert M. Sullivan
Yoder Perennial Gardens
1055 S. Edison Rd
Box 21
Yoder, Co 80864
Claim # 4064

P.S.
I firmly believe in AMERICA.
I believe in Home Ownership.
I believe in Mortgages to make home ownership possible.
What a sad state of affairs should AHM use a bankruptcy simply to give the shaft to the common stockholder, the common man, in what would be nothing less than legalized theft.
AMERICAN Home Mortgage should mean something great to the country.... Not otherwise. RMS