IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
        Debtors.                                                       :
---------------------------------------------------------------------- x

### AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 23, 2008, I caused to be served true and correct copies of the "Notice of (I) Final Closing of Servicing Sale and (II) Deadline for Filing Transfer Cost Claims" [Docket No. 3812] dated April 23, 2008, enclosed securely in separate postage pre-paid envelopes, by first mail to those parties listed on Exhibit A annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          _____
                                                          Angharad Bowdler

Sworn to before me this
29th day of April, 2008

_____
Notary Public

> ROSS MATRAY
> Notary Public, State of New York
> No. 01MA614899
> Qualified in New York County
> Commission Expires July 3, 2010

**EXHIBIT A**

| Name | Address |
|---|---|
| A & S COMPUTER SERVICES, INC. | ATTN CEO OR GENERAL COUNSEL 2813 CARRIAGE MEADOWS DRIVE WAKE FOREST NC 27587 |
| ACCURINT | POB 7247-6157 PHIL PA 19170-6157 |
| AEGON USA REAL ESTATE SERVICES | ATTN: MADONNA AMMONS 400 WEST MARKET ST., 5TH FLOOR LOUISVILLE KY 40232 |
| AFP ASSOCIATES, LTD. C/O WEST WORLD MANAGEMENT, INC. | 4 MANHATTANVILLE ROAD PURCHASE NY 10577 |
| AIA SOFTWARE NORTH AMERICA, INC | 5 BROADACRE DR STE 100 MT LAUREL NJ 08054-4706 |
| AMERICAN HOME MORTGAGE SERVICING, INC. | 4600 REGENT BOULEVARD, SUITE 200 ATTN: DAVID FRIEDMAN IRVING TX 75063 |
| AMERICAN HOME MORTGAGE SERVICING, INC. | 538 BROADHOLLOW ROAD ATTN: GENERAL COUNSEL MELVILLE NY 11747 |
| AMERICAN HOME MORTGAGE SERVICING, INC. | 7142 COLUMBIA GATEWAY DRIVE ATTN: DAVID FRIEDMAN COLUMBIA MD 21046 |
| AMERICAN SECURITY INSURANCE COMPANY | STANDARD GUARANTY INSURANCE COMPANY ATTN: HAZARD PLUS PRODUCT MGR 260 INTERSTATE NORTH CIRCLE, NW ATLANTA GA 30339 |
| ASPECT SOFTWARE, INC. | 6 TECHNOLOGY PARK DRIVE ATTN: GENERAL COUNSEL WESTFORD MA 01886 |
| ASSURANT SPECIALTY PROPERTY | 11222 QUAIL ROOST DRIVE ATTN: VP, MORTGAGE LENDING SOLUTIONS MIAMI FL 33157 |
| ASSURANT GROUP | POB 371992 LEASE ADMIN CNTR PITTSBURGH PA 15250-7992 |
| BANC OF AMERICA LEASING & CAPITAL, LLC | ONE WALL ST 10TH FL ATTN: CHIEF EXECUTIVE OFFICER, GENERAL COUNSEL/PERSON AUTH TO ACCEPT SVC NEW YORK NY 10286 |
| BANK OF NEW YORK | C/O LEXIS NEXIS P.O. BOX 7247-6640 ATTN: SCOTT REVAH PHILADELPHIA PA 19170-6640 |
| BANKO | CBC COMPANIES, INC 250 EAST TOWN STREET COLUMBUS OH 43215 |
| CBC COMPANIES - READING, PA | PO BOX 820665 ATTN: JUAN VILLEGAS, REGIONAL SALES EXECUTIVE NORTH RICHLAND HILLS TX 76182 |
| CBC INNOVIS | 250 EAST TOWN STREET COLUMBUS OH 43215 |
| CBCINNOVIS, INC. | P.O. BOX 305112 NASHVILLE TN 37230-5112 |
| CHECK PRINTERS, INC. | 4411 EAST JONES BRIDGE ROAD ATTN: WILLIAM C. BUCKHAM, ASST GENERAL COUNSEL NORCROSS GA 30092 |
| CHECKFREE SERVICES CORPORATION | POB 409287 ATLANTA GA 30384-9287 |
| CHECKFREE SERVICES CORPORATION | TIMIE ANDREWS 4000 REGENT BLVD, 3RD FLOOR (MC:N3B-355) IRVING TX 75063-2246 |
| CITIMORTGAGE INC. | 5280 CORPORATE DR FREDERICK MD 21703 |
| CITIMORTGAGE, INC | 1000 TECHNOLOGY DR MS 111 O'FALLON MO 63304 |
| CITIMORTGAGE, INC. | MIKKI 884 ORLEANS ROAD CHARLESTON SC 29407 |
| COMM FIRST BANK | 100 COMMUNITY PLACE CROWNSVILLE MD 21032 |
| COMMUNITY DEVELOPMENT ADMIN FORECLOSURES | 999 WEST STREET ROCKY HILL CT 06067-4005 |
| CONNECTICUT HOUSING FINANCE AUTHORITY | 2026 MAPLE RIDGE DRIVE ACWORTH GA 30101 |
| D.W. CONSULTING, INC. | 60 WALL STREET ATT: SUSAN VALENTI NEW YORK NY 10005 |
| DB STRUCTURED PRODUCTS, INC. | ACE SECURITIES CORP., AS ASSIGNEE AND WELLS FARGO BANK, NA, AS MASTER SERVICER 60 WALL STREET, 18TH FLOOR NEW YORK NY 10005 |
| DB STRUCTURED PRODUCTS, INC., AS ASSIGNOR | 1111 OLD EAGLE SCHOOL ROAD WAYNE PA 19087 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | 6564 LOISDALE COURT SUITE 610 ATTN: SCOTT JIMMO SPRINGFIELD VA 22150 |
| DOUGLAS-MICHAELS CO. L.P. | 1451 QUAIL STREET SUITE 100 NEWPORT BEACH CA 92660 |
| DRI MANAGEMENT SYSTEMS, INC. | 1400 MORREENE ROAD ATTN: ADMINISTRATION DURHAM NC 27705 |
| DUKE UNIVERSITY FEDERAL CREDIT UNION | 1316 W. ANN ARBOR RD PLYMOUTH MI 48170-2135 |
| E-OSCAR | ATTN S. DENISE CARLEY, CEO PO BOX 4166 CROFTON MD 21114 |
| EDI INTEGRATION CORPORATION | PO BOX 4166 CROFTON MD 21114 |
| EDI INTEGRATION CORPORATION | 800 STATE HIGHWAY 121 BYP LEWISVILLE TX 750674180 USA |
| EMC MORTGAGE CORP; ATTN: ASSOC | 2780 LAKE VISTA DRIVE ATTN: MICHELLE VINER, LEWISVILLE TX 75067-3884 |
| EMC MORTGAGE CORPORATION | 2780 LAKE VISTA DRIVE ATTN: PRESIDENT OR GENERAL COUNSEL LEWISVILLE TX 75067 |
| EMC MORTGAGE CORPORATION | 909 HIDDEN RIDGE DRIVE, SUITE 200 IRVING TX 75038 |
| EMC MORTGAGE CORPORATION | ATTN: GENERAL COUNSEL 1550 PEACHTREE STREET, NW ATLANTA GA 30309 |
| EQUIFAX | 3550 ENGINEERING DR ST 200 NORCROSS GA 30092 |
| FAIR ISSAC SOFTWARE, INC. | 901 MARQUETTE AVE STE 3200 MINNEAPOLIS MN 55402-3232 |
| FAIR ISSAC SOFTWARE, INC. | 1900 SOUTH PENNSYLVANIA ATTN: JAMES MERRILL MORRISVILLE PA 19067 |
| FAIRLESS CREDIT UNION | 6902 PINE STREET STOP CODE PS35 ATTN: SANDY WHEELER AND JUDY FARRELL OMAHA NE 68106 |
| FAST DATA | 425 MARYLAND DRIVE FT. WASHINGTON PA 19034 |
| FEITH SYSTEMS AND SOFTWARE, INC | 9229 WATERFORD CENTRE BLVD STE #110 AUSTIN TX 78758 |
| FIELD ASSET SERVICES | 11902 BURNET ROAD AUSTIN TX 78758-2902 |
| FIRST AMERICAN FLOOD DATA SVCS | ATTN RICHARD SPAETH, MANAGER 4 FIRST AMERICAN WAY SANTA ANA CA 92707 |
| FIRST AMERICAN REAL ESTATE SOLUTIONS | 4 FIRST AMERICAN WAY SANTA ANA CA 92707 |
| FIRST AMERICAN REAL ESTATE SOLUTIONS, LP | 580 N MAIN STREET FRANKENMUTH MI 48734 |
| FRANKENMUTH CREDIT UNION | 580 N MAIN STREET ATTN: VICKIE SCHMITZER, CEO FRANKENMUTH MI 48734 |
| FRANKENMUTH CREDIT UNION | 249 VANDERBILT AVENUE NORWOOD MA 02062 |
| GRYPHON NETWORKS CORP. | MOUNTAIN AS ESCROW AGENT) 249 VANDERBILT AVENUE NORWOOD MA 02062 |
| GRYPHON NETWORKS CORP. (AND IRON | PO BOX 2157 ATTN: JAMES G JOHNSON HEATH OH 43056 |
| HOPEWELL FEDERAL CREDIT UNION | 2929 WALDEN AVENUE-ATTN: 27SBO-ACCTG ATTN: JODY FORSTER DEPEW NY 14043 |
| HSBC MORTGAGE | |

```
TIME: 15:48:20                                        AMERICAN HOME MORTGAGE HOLDINGS INC.                                                        PAGE:   2
DATE: 04/23/08                                               AHM CURE NTC (04-23-08)

Name                                                  Address
IBM CORPORATION                                       590 MADISON AVE NEW YORK NY 10022
IBM CORPORATION                                       BARSA SYSTEMS 7100 HIGHLAND PARKWAY SMYRNA GA 30082
IBM CORPORATION                                       POB 643600 PITTSBURGH PA 15264-3600
IBM CORPORATION - BARSA SYSTEMS                       2900 WESTCHESTER AVENUE PURCHASE NY 10577
IRON MOUNTAIN                                         1165 NORTHERN BLVD MANHASSET NY 11030
LAKEVIEW TECHNOLOGIES INC                             6371 EAGLE WAY CHICAGO IL 60678-1063
LAMPCO FEDERAL CREDIT UNION (PURCHASER)               ATTN DANIEL R WININGER 5411 DOCTOR MARTIN LUTHER KING JR BLVD ANDERSON IN 46013
LEWTAN TECHNOLOGIES                                   300 FIFTH AVE WALTHAM MA 02451
LXI                                                   PO BOX 619 MASON CITY IA 504020619
LXI CORP                                              1925 W JOHN CARPENTER FREEWAY SUITE 485 IRVING TX 75063
MADISON COUNTY FEDERAL CREDIT UNION                   621 EAST 8TH STREET ANDERSONVILLE IN 46012
MARKET TO MARKET                                      905 WEST 7TH, SUITE 320 ATTN: GLEN CALDERON FREDERICK MD 21701
MCAFEE CORPORATE HEADQUARTERS                         ATTN: CHIEF EXECUTIVE OFFICER OR GENERAL COUNSEL 3965 FREEDOM CIRCLE SANTA CLARA CA 95054
MEMBERS FIRST CREDIT UNION                            1445 W. GOODALE BLVD ATTN: GREGORY A. KIDWELL COLUMBUS OH 43212
MERCANTILE GROUP, LTD.                                DBA INTEGRATED MORTGAGE SOLUTIONS ATTN: CHERYL LANG, PRESIDENT 16225 PARK TEN PLACE, SUITE 105 HOUSTON TX 77084
MICROSOFT                                             ONE MICROSOFT WAY ATTN: JIM GRADY REDMOND WA 98052-6399
MORTGAGE CONTRACTING SERVICES                         1501 SOUTH CHURCH AVENUE ATTN: ALLAN MARTIN TAMPA FL 33629
MORTGAGE CONTRACTING SVCS. INC                        4830 W KENNEDY BLVD., STE 950 TAMPA FL 33609
MOSS CODOLIS, LLP                                     12 N MAIN ST ALBANY NY 14411
MUTUAL SAVINGS BANK                                   KELLI NORWOOD 330 WEST CAROLINA AVE. HARTSVILLE SC 29550
NORTH AMERICAN DATA SYSTEMS                           P.O. BOX 331316 ATTN: STEVE MESSIMER ATLANTIC BEACH FL 32233
NORTHSTAR LIFE INSURANCE COMPANY                      THE TREBLOC BUILDING 301 EAST STATE STREET ITHACA NY 14860-4325
OBJECTIF LINE, INC.                                   2030 PIE IX LEGAL MONTREAL QC H1V 2C8 CANADA
OBJECTIF LINE, INC.                                   ATTN CEO OR GENERAL COUNSEL 2030 PIE IX, SUITE 500 MONTREAL QC H1V 2C8 CANADA
OLD NATIONAL BANK                                     PO BOX 3728 EVANSVILLE IN 47736-9983
PACER                                                 P.O. BOX 277773 ATLANTA GA 30384
PATRICK TOWNSEND & ASSOCIATES, INC.                   ATTN CHIEF EXECUTIVE OFFICER OR GENERAL COUNSEL 406 LEGION WAY SE, SUITE 300 OLYMPIA WA 98501
PATRICK TOWNSEND & ASSOCIATES, INC.                   ATTN PATRICK TOWNSEND, PRESIDENT 7700 EARLING STREET NE OLYMPIA WA 98506
PGF SOLUTIONS                                         2920 STANWAY AVE DOUGLASVILLE GA 30135
PHOENIX FOUNDERS INC.                                 ATTN: MARK PAPERELLA 38 PROSPECT STREET 2ND FLOOR HARTFORD CT 06115
PITNEY BOWES                                          PO BOX 856390 LOUISVILLE KY 40285-6390
PREMIER FEDERAL CREDIT UNION                          PO BOX 26590 ATTN: TYLER DUKE GREENSBORO NC 27415-6590
PRINCIPAL BANK                                        TODD LARSON 711 HIGH STREET PI-S10 DES MOINES IA 50392
PRO DATA COMPUTER SYSTEMS, INC.                       ATTN CHIEF EXECUTIVE OFFICER OR GENERAL COUNSEL 2809 S 160TH STREET, SUITE 401 OMAHA NE 68130
RESIDENTIAL FUNDING CORP.                             CAROL AMOS, MAILSTOP 03-06-65 ONE MERIDIAN CROSSINGS, #100 MINNEAPOLIS MN 55423
RJS SOFTWARE SYSTEMS                                  8400 NORMANDALE LAKE BLVD # 250 MINNEAPOLIS MN 55437
RTP FEDERAL CREDIT UNION                              PO BOX 1408 BURNSVILLE MN 55337
SAS INSTITUTE INC.                                    1005 SLATER ROAD PO BOX 12807 DURHAM RESEARCH PARK NC 27709
SECURITY CONNECTIONS, INC                             PO BOX 406922 ATLANTA GA 30384-6922
STANDARD REGISTER FCU                                 1935 INTERNATIONAL WAY IDAHO FALLS ID 83402
STATE FARM LIFE INSURANCE COMPANY                     PO BOX 1167, 175 CAMPBELL STREET ATTN: KRAIG CASEY DAYTON OH 45013
STATE HIGHWAY PATROL FEDERAL CREDIT UNION             1 STATE FARM PLAZA E-12 BLOOMINGTON IL 61710
TELESIGHT, INC.                                       6161 BUSCH BLVD, SUITE 215 ATTN: DONNA P. STEVENS, MANAGER COLUMBUS OH 43229
THE MINNESOTA MUTUAL LIFE INSURANCE COMPANY           820 N. FRANKLIN ST ATTN: JOHN GARZA CHICAGO IL 60610
THE POWERTECH GROUP, INC.                             400 ROBERT STREET NORTH ATTN: MR. THOMAS GOODWIN ST PAUL MN 55101
TRANS UNION LLC                                       6703 S 234TH ST STE 200 KENT WA 980322913 USA
TRANS UNION LLC                                       555 WEST ADAMS CHICAGO IL 60661
TRIPOINTE COMMUNITY CREDIT UNION                      PO BOX 99506 CHICAGO IL 60693-9506
UNION LABOR LIFE                                      2343 E. HILL ROAD GRAND BLANC MI 48439
UNITED SERVICES CREDIT UNION                          CANDUS SMITH 1625 EYE STREET, NW WASHINGTON DC 20006
WACHOVIA BANK                                         391 S. FRENCH BROAD AVE. ASHEVILLE NC 28801
WACHOVIA BANK                                         STACY REYES 230 SOUTH TRYON STREET, STE. 1200 CHARLOTTE NC 28202
WACHOVIA BANK, NATIONAL ASSOCIATION                   VA-73137711 PLANTATION RD ROOBOKE VA 24019
WACHOVIA BANK/ORLANDO BRAMINGHAM, INC.                301 SOUTH COLLEGE STREET DC-7 ATTN: BRUCE YOUNG CHARLOTTE NC 28202-0600
WASHINGTON MUTUAL                                     P.O. BOX 863741 ORLANDO FL 32886-3741
                                                      P. O. BOX 100563 FLORENCE SC 29501


                                                                                                                               EPIQ BANKRUPTCY SOLUTIONS, LLC
```


```
TIME: 15:48:20                                                                                                              PAGE: 3
DATE: 04/23/08
                                      AMERICAN HOME MORTGAGE HOLDINGS INC.
                                             AHM CURE NTC (04-23-08)

Name                                   Address
WASHINGTON MUTUAL MORTGAGE SECURITIES   CORP 75 N. FAIRWAY DRIVE VHJ 1C01 VERNON HILLS IL 60061
WEBB/MASON, INC.                        10830 GILROY ROAD ATTN: CFO HUNT VALLEY MD 21031
WELLS FARGO CORP.                       ATTN CHRISTIAN SHIPLEY 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045
WELLS FARGO CORP. TR. SERVICES
WESTERN UNION                           P.O. BOX 4430 BRIDGETON MO 63044
XEROX CAPITAL SERVICES,LLC              P.O. BOX 827598 PHILADELPHIA PA 19182-7598
XEROX CORP                              C/O PNC BANK- OFFICER, GENERAL OR MANAGING AGENT 1200 EAST CAMPBELL, SUITE 108 RICHARDSON TX 75081
XEROX CORPORATION                       PO BOX 650361 DALLAS TX 75265
XEROX CORPORATION                       PO BOX 7405 PASADENA CA 91109
XEROX CORPORATION                       PO BOX 802555 CHICAGO IL 60680
XEROX CORPORATION                       PO BOX 802555 CHICAGO IL 60680-2555
XEROX CORPORATION                       PO BOX 802567 CHICAGO IL 60680
XEROX CORPORATION                       PO BOX 827181 PHILADELPHIA PA 19182
XEROX CORPORATION                       PO BOX 827598 PHILADELPHIA PA 19182-7598
XEROX CORPORATION                       XEROX OFFICE GROUP WILSONVILLE OR 97070
XO COMMUNICATIONS                       POB 828618 PHILADELPHIA PA 19182-8618
ZC REAL ESTATE TAX SOLUTIONS LIMITED    210 INTERSTATE NORTH PARKWAY NW SUITE 400 ATLANTA GA 30339

Total Number of Records Printed         129
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

AMERICAN HOME MORTGAGE INVEST TR
C/O LEHMAN ABS CORP.,
745 7TH AVENUE,ATTN: GENERAL COUNSEL,
NEW YORK, NY 10019

AMERICAN HOME MORTGAGE SERVICING, INC.
4600 REGENT BOULEVARD, SUITE 200,
IRVING, TEXAS 75063

BANK OF AMERICA, NATIONAL ASSOCIATION,
HEARST TOWER NC1-027-21-04,
214 NORTH TYRON STREET, 21ST FLOOR,
ATTN: MANAGING DIRECTOR,
CHARLOTTE, NC 28255

BANK OF AMERICA, NATIONAL ASSOCIATION
NC1-002-29-01,
101 S. TYRON STREET, 29TH FLOOR,
ATTN: ERIC S. SADOW,
CHARLOTTE, NC 28255

BARCLAYS BANK PLC
200 CEDAR KNOLLS ROAD,
ATTN: GLENN PEARSON,
WHIPPANY, NJ 07981

BARCLAYS BANK, PLC, AS ADMINISTRATOR
200 PARK AVENUE,
ATTN: MICHAEL DRYDEN,
NEW YORK, NY 10166

BEAR STEARNS
383 MADISON AVENUE
ATTN MARY HAGGERTY
NEW YORK NY 10179
(BSABS 2006-AC3), ASSET BACKED SECURITIES I TRUST 2006-AC3, ASSET-BACKED CERTIFICATES, SERIES 2006-AC3, (BSABS 2006-AC4), (BSABS 2007-AC1)

CENTRAL FLORIDA HEALTHCARE FEDERAL CU
5545 SOUTH ORANGE AVENUE,
ATTN: WILLIAM C. BRESHEARS,VP OF LENDING,
ORLANDO FL 32809

CHARLOTTE FIRE DEPARTMENT CREDIT UNION
2100 COMMONWEALTH AVE.
COMMONWEALTH, NC 28205
REF: LOAN/SALE SERVICING AGREEMENT

CITIBANK, N.A., ATTN STRUCTURED FINANCE
 388 GREENWICH STREET 14TH FLOOR
NEW YORK, NY 10013
(GSR 2006-AR2), AHM SECURITIZATION, (SAMI 2007-AR1), AHM SECURITIZATION (AHMAT 2006-3), AHM SECURITIZATION (AHMAT 2006-4)

CITIMORTGAGE MORTGAGE, INC.
4000 REGENT BLVD,
ATTN: MASTER SERVICING DIVISION
IRVING, TX 75063

CONNECTICUT HOUSING FINANCE
999 WEST STREET,
ATTN: GIN-A LEE,
ROCKY HILL, CT 06067

COUNTRYWIDE BANK, N.A.
225 WEST HILLCREST DRIVE,
ATTN: GENERAL COUNSEL,
THOUSAND OAKS, CA 91360

COUNTRYWIDE BANK, N.A.
4500 PARK GRANADA,MAIL SUITE CH-20,
ATTN: KATHLEEN CONTE, EXEC VP,
CALABASAS CA 93102

COUNTRYWIDE BANK, FSB
4500 PARK GRANADA,
CALABASAS CA 93102
REF: TRADE CONFIRMATION - COUNTRYWIDE BANK, FSB

COUNTRYWIDE HOME LOANS, INC.
4500 PARK GRANADA,MAIL SUITE CH-20,
ATTN: JORDAN COHEN, EXEC VP,
CALABASAS, CA 93102

DB STRUCTURED PRODUCTS, INC
60 WALL STREET, NEW YORK,
NEW YORK 10005
(DBALT 2006-AB2), (DBALT 2006-AB3), (DBALT 2006-AB4), (DBALT 2006-AR5), (DBALT 2006-AR6), LOAN SALE/SERVICING AGREEMENT, (DBALT 2007-AB1), (DBALT 2007-1)
TRADE CONFIRMATION - DB STRUCTURED PRODUCTS, INC

DEUTSCHE ALT-A SECURITIES, INC.,
60 WALL STREET, NEW YORK,
NEW YORK 10005
(DBALT 2006-AB2), (DBALT 2006-AB3), (DBALT 2006-AB4), (DBALT 2006-AR5), (DBALT 2006-AR6), (DBALT 2007-AB1)

DEUTSCHE BANK NATIONAL TRUST COMPANY
ATTN TRUST ADMINSTRATION
1761 EAST ST ANDREW PLACE
SANTA ANA, CA 92705
(GSAA 2006-10), (GSAA 2006-11), (GSAMP 2006-S4), (GSR 2006-OA1), (HARBORVIEW 2006-14), (HARBORVIEW 2006-6), (HARBORVIEW 2006-6), (HARBORVIEW 2006-7), (HALO 2007-AR1), HARBORVIEW 2007-2), (GSR 2007-OA1), (HARBORVIEW 2007-5), (HARBORVIEW 2007-6), (HALO 2007-AR2), AHM SECURITIZATION, AHM SECURITIZATION (AHMAT 2005-1), AHM SECURITIZATION (AHMAT 2005-2), AHM SECURITIZATION (AHMAT 2006-1), AHM SECURITIZATION (AHMAT 2006-2), AHM SECURITIZATION (AHMAT 2006-5), AHM SECURITIZATION (AHMAT 2006-6), AHM SECURITIZATION (AHMAT 2007-1), AHM SECURITIZATION (AHMAT 2007-2), AHM SECURITIZATION (AHMAT 2007-3), AHM SECURITIZATION (AHMAT 2007-4), AHM SECURITIZATION (AHMAT 2007-5), AHM SECURITIZATION (AHMAT 2007-SD2), (DBALT 2007-1)

DLJ MORTGAGE CAPITAL, INC
C/O CREDIT SUISSE SECURITIES (USA) LLC,
ELEVEN MADISON AVENUE, 4TH FLOOR,
ATTN: BRUCE KAISERMAN,
NEW YORK, NY 10010
AHM SECURITIZATION (AHMAT 2005-1)

DLJ MORTGAGE CAPITAL, INC
C/O CREDIT SUISSE FIRST BOSTON CORP,
ATTN GENERAL COUNSEL,
ELEVEN MADISON AVENUE 7TH FLOOR,
NEW YORK, NY 10010
AHM SECURITIZATION (AHMAT 2005-1)

DLJ MORTGAGE CAPITAL, INC.,
C/O CREDIT SUISSE SECURITIES (USA) LLC,
ONE MADISON AVENUE, 9TH FLOOR,
ATTN:GENERAL COUNSEL ? RMBS,
NEW YORK, NY 10010,
AHM SECURITIZATION (AHMAT 2005-1)

EMC MORTGAGE CORPORATION

909 HIDDEN RIDGE DRIVE
SUITE 200
IRVING TX 75038
(BSABS 2006-AC3), TRADE CONFIRMATION - EMC MORTGAGE CORPORATION, (BSABS 2006-AC4), (SAMI 2006-AR5), (BSABS 2007-AC1), (SAMI 2007-AR1)

FORT BRAGG FEDERAL CREDIT UNION
1638 SKIBO ROAD,
ATTN: KEN HAWKINS, VPL
FAYETTEVILLE, NC 28303

FRANKENMUTH CREDIT UNION
580 NORTH MAIN STREET,
ATTN: VICKIE SCHMITZER, CEO,
FRANKENMUTH, MI 48734

GOLDMAN SACHS MORTGAGE COMPANY
100 SECOND AVENUE SOUTH,SUITE 200 NORTH,
ATTN: SALLY S. BARTHOLMEY, ST.
PETERSBURG, FL 33701

GOLDMAN SACHS MORTGAGE COMPANY
85 BROAD STREET,
ATTN: EUGENE GORELIK,
NEW YORK, NY 10004

GREENWICH CAPITAL ACCEPTANCE, INC
600 STEAMBOAT ROAD
ATTN: LEGAL DEPARTMENT
GREENWICH, CT 06830
(HARBORVIEW 2006-14), (HARBORVIEW 2006-6), (HARBORVIEW 2006-7), HARBORVIEW 2007-2), (HARBORVIEW 2007-5), (HARBORVIEW 2007-6)

GREENWICH CAPITAL FINANCIAL PRODUCTS, INC.
600 STEAMBOAT ROAD
ATTN: LEGAL DEPARTMENT
GREENWICH, CT 06830
(HARBORVIEW 2006-14), (HARBORVIEW 2006-6), (HARBORVIEW 2006-7), HARBORVIEW 2007-2), (HARBORVIEW 2007-5), (HARBORVIEW 2007-6), LOAN SALE/SERVICING AGREEMENT

GS MORTGAGE SECURITIES CORP
100 SECOND AVENUE SOUTH, SUITE 200 NORTH
ATTN: RICHARD LEWELLEN
ST. PETERSBURG FL 33701,
(GSAA 2006-10), (GSAA 2006-11), (GSAA 2006-6), (GSAA 2006-9), (GSR 2006-AR1), (GSR 2006-AR2), (GSR 2006-OA1), (GSR 2007-OA1)

GS MORTGAGE SECURITIES CORP
85 BROAD STREET
ATTN: CHRIS GETHING
NEW YORK NY 10004
(GSAA 2006-10), (GSAA 2006-11), (GSAA 2006-6), (GSAA 2006-9), (GSR 2006-AR1), (GSR 2006-AR2), (GSR 2006-OA1), (GSR 2007-OA1)

HSBC BANK USA, NATIONAL ASSOCIATION
452 FIFTH AVENUE
ATTN: JAY KILPATRICK
NEW YORK, NY 10018,
(LUM 2006-7), (HALO 2007-AR1), (HALO 2007-AR2), LOAN SALE/SERVICING AGREEMENT, (DBALT 2007-1)

HSBC MORTGAGE
2929 WALDEN AVENUE-
ATTN: 27SBO-ACCTG,ATTN: JODY FORSTER,
DEPEW, NY 14043

HSI ASSET SECURITIZATION CORPORATION
HSI ASSET LOAN OBLIGATION TRUST,

452 FIFTH AVENUE, 10TH FLOOR
ATTN: HEAD MBS PRINCIPAL FINANCE,
NEW YORK, NY10018

INDYMAC BANK, F.S.B,,
3465 EAST FOOTHILL BLVD, 2ND FL,
ATTN: SECONDARY MARKETING,TRANSACTION MANAGEMENT
PASADENA, CA 91107
(GSAMP 2006-S4)

JP MORGAN,
270 PARK AVENUE
NEW YORK NY 10017
(GSAA 2006-6)
Loan Sale/Servicing Agreement
(SAMI 2006-AR5)


JP MORGAN ACCEPTANCE ACQUISITION,
270 PARK AVENUE, 6TH FLOOR
NEW YORK NY 10017
(JPALT 2006-A3)


LARES ASSET SECURITIZATION, INC.
101 CALIFORNIA ST., 13TH FLOOR
ATTN: CHRISTOPHER ZYDA
SAN FRANCISCO, CA  94111
(LUM 2006-7)


LASALLE NATIONAL BANK
GLOBAL SECURITIES AND TRUST
135 SOUTH LASALLE ST SUITE 1625
CHICAGO IL 60603
(MSM 2006-5AR), (MSM 2006-6AR), (MSM 2006-8AR), (ZIA 2006-1)


MERRILL LYNCH MORTGAGE LENDING, INC.
4 WORLD FINANCIAL CENTER
ATTN: DIANE ALEXANDER
NEW YORK, NY 10080


MORGAN STANLEY CAPITAL I, INC
MORGAN STANLEY CAPITAL INC.,
1585 BROADWAY
NEW YORK, NY 10036
(MSM 2006-5AR)
Loan Sale/Servicing Agreement, (MSM 2006-6AR), (MSM 2006-8AR)


MORGAN STANLEY MORTGAGE CAPITAL INC
1221 AVENUE OF THE AMERICAS 27TH FLOOR
ATTN: MORGAN STANLEY LOAN TRUST AGREEMENT
NEW YORK NY 10036
(MSM 2006-5AR), (MSM 2006-6AR), (MSM 2006-8AR)


MUTUAL SAVINGS BANK
330 WEST CAROLINA AVENUE
ATTN: KELLI NORWOOD
HARTSVILLE, SC 29550

OCWEN LOAN SERVICING LLC
1661 WORTHINGTON ROAD, SUITE 100,
CENTREPARK WEST,ATTN: SECRETARY
WEST PALM BEACH, FL 33409
(GSAMP 2006-S4)

OLD NATIONAL BANK
P O BOX 3728,,
EVANSVILLE, IN 47736-9983

PRINCIPAL BANK,
711 HIGH STREET PL-S10
ATTN: TODD LARSON
DES MOINES, IA 50392

RESIDENTIAL FUNDING
2255 NORTH ONTARIO STREET-SUITE 400
ATTN: DEBBIE MONTGOMERY
BURBANK, CA 91504-3120

SIGNATURE BANK
70 WEST 36TH STREET-15TH FLOOR
ATTN: ISABEL FUENZALIDA
NEW YORK, NY 10018

STATE FARM
CEO EDWARD RUST, JR GENERAL COUNSEL KIM BRUNNER
STATE FARM LIFE INSURANCE COMPANY
1 STATE FARM PLAZA E-12
BLOOMINGTON, IL 61710
REF: LOAN/SALE SERVICING AGREEMENT

THORNBURG MORTGAGE HOME LOANS, INC
ATTN: DEBORAH BURNS (ZUNI 2006-0A1)
150 WASHINGTON AVENUE, SUITE 301
SANTA FE, NM 87501
(ZIA 2006-1)

U.S BANK NA
ATTN: CORPORATE TRUST OFFICE
ONE FEDERAL STREET 3RD FLOOR
BOSTON MA 02110
(BSABS 2006-AC3), (BSABS 2006-AC4), (GSAA 2006-10)
(GSAA 2006-6), (GSAA 2006-9), (GSR 2006-AR1), (JPALT 2006-A3)
(BSABS 2007-AC1), AHM Securitization

UBS REAL ESTATE SECURITIES INC.
1285 AVENUE OF THE AMERICAS
ATTN: MS. EILEEN LINDBLOM,
ATTN: CHRISTOPHER G. SCHMIDT
NEW YORK, NY 10019
Amendment to Loan Sale/Servicing Agreement
Trade Confirmation - UBS Real Estate Securities Inc.
(MALT 2006-3), (MARM 2005-8), (MARM 2006-OA2)
(MARM 2007-1), (MARM 2007-3), (MASTR 2006-2)
(MASTR 2006-OA1), Loan Sale/Servicing Agreement

UNION LABOR LIFE
1625 EYE STREET, NW
ATTN: CANDUS SMITH
WASHINGTON, DC 20006

WACHOVIA BANK
230 SOUTH TRYON STREET-SUITE 1200
ATTN: STACY REYES
CHARLOTTE, NC 28202

WASHINGTON MUTUAL
75 FAIRWAY DRIVE,ATTN: GERTRUDE KIRBY
VERNON HILLS, IL 60061

WELLS FARGO BANK, N.A.
ATTN CORPORATE TRUST SERVICES
9062 OLD ANNAPOLIS ROAD
COLUMBIA, MD 21045
(DBALT 2006-AB2), (DBALT 2006-AB3), (DBALT 2006-AB4), (DBALT 2006-AR5)
(GSAA 2006-11), (GSAMP 2006-S4), AHM Securitization, (GSR 2006-AR1)
(GSR 2006-AR2), (GSR 2006-OA1), (HarborView 2006-14), (HarborView 2006-6)
(HarborView 2006-7), (LUM 2006-7), (MSM 2006-5AR), (MSM 2006-6AR),
(MSM 2006-8AR), (DBALT 2006-AR6), HarborView 2007-2), (DBALT 2007-AB1)
(GSR 2007-OA1), (HarborView 2007-5), (HarborView 2007-6), (ZIA 2006-1)
AHM Securitization, AHM Securitization (AHMAT 2005-1), AHM Securitization (AHMAT 2005-2)
AHM Securitization (AHMAT 2006-1), AHM Securitization (AHMAT 2006-2),
AHM Securitization (AHMAT 2006-3), AHM Securitization (AHMAT 2006-4)
AHM Securitization (AHMAT 2006-5), AHM Securitization (AHMAT 2006-6)
AHM Securitization (AHMAT 2007-1), AHM Securitization (AHMAT 2007-2)
AHM Securitization (AHMAT 2007-3), AHM Securitization (AHMAT 2007-4)
AHM Securitization (AHMAT 2007-5), AHM Securitization (AHMAT 2007-SD2)
(DBALT 2007-1)