# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage  
**CASE NO.:** 07-11047(CSS)  
**COURTROOM LOCATION:** Courtroom 6  
**DATE:** May 1, 2008 @ 2:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matthew Cunn | YCS | Debtors |
| Nathan Gion | YCST | Debtors |
| David Carickhoff | Blank Rome | Creditors' Committee |
| Joseph J McMahon Jr. | USDOJ | U.S. Trustee |
| Joseph J. Bodnar | Law Off JJB | proposed conflict counsel to Cmte |
| Laurie Silverstein | Potter Anderson Corroon LLP | Bank of America, N.A. |
| Mike Busenkel | Eckert Seamans | Calyon New York |
| Victoria Counihan | Greenberg Traurig LLP | AH Mortgage Acquisition |
| Jason Harbour (telephonic) | Hunton + Williams | Calyon New York Branch |
| Margot Schonholtz (telephonic) | Kaye Scholer | |
| Ana Alfonso (telephonic) | | |
| Fred Neufeld (telephonic) | Milbank Tweed Hadley & McCloy | Bank of America |
| Robert Moore (telephonic) | | ABN AMRO Bank |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**