## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------- x
In re:                                          :   Chapter 11
                                                :
AMERICAN HOME MORTGAGE                          :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al., :
                                                :   Jointly Administered
                   Debtors.                     :
------------------------------------------------------------------- x
```

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE          )
                           ) SS
NEW CASTLE COUNTY          )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the above-captioned debtors, and that on April 17, 2008, she caused a copy of the following documents to be served as indicated upon the parties identified on the attached service list:

Sixth Monthly Application of Milestone Advisors LLC [Docket No. 3719]

 

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 30th day of April, 2008.

_____
Notary Public

KIMBERLY A. BECK
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 1, 2010

## SERVICE LIST

Victoria Counihan, Esq.
Sandra Selzer, Esq.
Greenberg Traurig
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(WLR Recovery)
*Hand Delivery*

Alan Horn
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747
*First Class Mail*

Jeffery Levine
Milestone Advisors LLC
1775 Eye Street, NW, Suite 800
Washington, DC 20006
*First Class Mail*

Erica Ryland, Esq.
Corinne Ball, Esq.
I. Lewis Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
(WLR Recovery)
*First Class Mail*

Laurie S. Silverstein, Esq.
Gabriel R. MacConaill, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(Bank of America)
*Hand Delivery*

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
Official Committee of Unsecured Creditors
*Hand Delivery*

Mark Indelicato, Esq.
Mark Power, Esq.
Jeffrey L. Schwartz, Esq.
Edward L. Schnitzer, Esq.
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY 10022
(Official Committee of Unsecured Creditors)
*First Class Mail*

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
*Hand Delivery*

Margot B. Schonholtz, Esq.
Myron Kirschbaum, Esq.
Scott D. Talmadge, Esq.
W. Stewart Wallace, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3596
(Bank of America)
*First Class Mail*

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Bank of America)
*First Class Mail*