## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           : Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS,                                 : Case No. 07-11047 (CSS)
INC., a Delaware corporation, et al.,[1]                         :
                                                                 : Jointly Administered
         Debtors.                                                :
---------------------------------------------------------------- x

### CERTIFICATION OF NO OBJECTION
### REGARDING DOCKET NO. 3597

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Notice of Filing of Settlement Agreement Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019** (the "Settlement Notice") [Docket No. 3597] has been received. The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection or other responsive pleading to the Settlement Notice appears thereon. Pursuant to the Settlement Notice, objections to the Settlement Notice were to be filed and served no later than 4:00 p.m. (ET) on April 29, 2008.

Pursuant to the Order Pursuant to Bankruptcy Rule 9019 and Section 105 of the Bankruptcy Code, Authorizing the Debtors to Adopt and Implement Omnibus Settlement Procedures for Notice and Settlement of Certain State Court Causes of Action Filed By the Debtors (the "Order") [Docket No. 2209], entered on November 28, 2007, the following settlement identified in the Settlement Notice: (i) a settlement agreement by and between the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Debtors and Aurora Mortgage, LLC, is deemed approved by the Court pursuant to Bankruptcy Rule 9019 and section 105 of the Bankruptcy Code without further Court order.

Dated: Wilmington, Delaware
       May 1, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ _____
James Patton (No. 2202)
Robert S. Brady (No. 2847)
Pauline Morgan (No. 3650)
Matthew B. Lunn (No. 4119)
Donald J. Bowman, Jr. (No. 4383)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for the Debtor and Debtor-in-Possession