**IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| American Home Mortgage, <br>     et al., <br><br>     Debtors. | )     Case No. 07-11047 <br> )     Chapter 11 <br> )     Jointly Administered <br> ) Hearing:  March 20, 2008 @ 11:00 a.m. <br> ) |

**CERTIFICATE OF SERVICE**

I, Kristi J. Doughty, hereby certify this 1st day of May, 2008 that service of the *Motion, Notice* and proposed *Order* was made electronically and (via) first class mail to the following:

American Home Mortgage Holdings, Inc.
538 Broadhollow Rd.
Melville, NY  11747
*Debtor*

Pedro Jimenez
Maria Isabel Ocampo
2042 N. Mirasol Street
Santa Ana, CA 92705
*Borrowers*

Pauline K. Morgan
Edward J. Kosmowski, Esq.
Young, Conaway, Stargatt & Taylor
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Kerri K. Mumford, Esq.
Landis, Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE  19801
*Attorney for Official Committee
of Unsecured Creditor*

                                     WHITTINGTON & AULGUR

                                      /s/ Kristi J. Doughty
                                      Robert T. Aulgur, Jr.(No.165)
                                      Kristi J. Doughty (No. 3826)
                                      651 N. Broad Street, Suite 206
                                      P.O. Box 1040
                                      Middletown, DE 19709-1040
                                      (302) 378-1661
                                      Attorney for Movant