# EXHIBIT "C"

CERTIFIED BY FIRST AMERICAN TITLE
INSURANCE COMPANY TO BE A COPY
OF THE DOCUMENT RECORDED ON 02-08-2008
AS INSTRUMENT NO. 2008-0060616
IN BOOK            PAGE
OFFICIAL RECORDS OF ORANGE

Requested and Prepared by:
FIRST AMERICAN TITLE/LENDERS ADV

When Recorded Mail To:
Five Star Service Corporation
1000 Technology Drive
MS-314
O'Fallon, MO 63368-2240

SPACE ABOVE THIS LINE FOR RECORDER'S USE

Loan No.: 0770821849  Investor No.
TS No: 08-73731/3608192

# ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned corporation hereby grants, assigns, and transfers to:

**CITIMORTGAGE, INC.**

all beneficial interest under that certain Deed of Trust dated: **10/06/2006** executed by **PEDRO JIMENEZ AND MARIA ISABEL OCAMPO, HUSBAND AND WIFE AS COMMUNITY PROPERTY**, as Trustor(s), to **TICOR TITLE COMPANY**, as Trustee, and recorded as Instrument No. **2006000673016**, on **10/10/2006**, in Book , Page   of Official Records, in the office of the County Recorder of **Orange** County, **California**, describing land therein as:  More fully described on said Deed of Trust

together with the Promissory Note secured by said Deed of Trust and also all rights accrued or to accrue under said Deed of Trust.

Loan No.:
TS No:

Investor No.

Date: 2-6-08

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

NATE BLACKSTUN, ASSISTANT VICE PRESIDENT

STATE OF MISSOURI
COUNTY OF ST CHARLES

On 2-6-08 before me, JAMES D. AGEE, JR. Personally appeared, NATE BLACKSTUN, ASSISTANT VICE PRESIDENT who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Missouri that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature of Officer

(Seal)

NOTARY PUBLIC
NOTARY
JAMES D.
AGEE, JR.
SEAL
STATE OF MISSOURI

JAMES D. AGEE, JR.
Notary Public - State of Missouri
St. Charles County
My Commission Expires July 18, 2008