# EXHIBIT "D"

## PART III -AFFECTED EXCEPTIONS (JUNIOR)

THE FOLLOWING ARE ALSO EXCEPTIONS TO COVERAGE IN THIS FORECLOSURE TITLE POLICY BUT WILL NOT BE SHOWN IN THE SCHEDULE OF EXCEPTIONS IN THE POLICY THE COMPANY IS COMMITTING TO ISSUE IN PARAGRAPH 5 OF SCHEDULE A UPON COMPLETION OF A LAWFULLY CONDUCTED FORECLOSURE AND HAVING MET THE COMMITMENT REQUIREMENTS:

4. A DEED OF TRUST TO SECURE AN ORIGINAL INDEBTEDNESS OF $127,000.00, AND ANY OTHER AMOUNTS OR OBLIGATIONS SECURED THEREBY, RECORDED OCTOBER 10, 2006 AS INSTRUMENT NO. 2006000673017 OF OFFICIAL RECORDS.

DATED: OCTOBER 6, 2006.
TRUSTOR: PEDRO JIMENEZ AND MARIA ISABEL OCAMPO, HUSBAND AND WIFE AS COMMUNITY PROPERTY.
TRUSTEE: TICOR TITLE COMPANY.
BENEFICIARY: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS NOMINEE FOR
LENDER: AMERICAN HOME MORTGAGE.

NOTE: SUBJECT TO THAT CERTAIN BANKRUPTCY AGAINST AMERICAN HOME MORTGAGE AS DEBTORS AND DEBTORS-IN-POSSESSION, FILED ON AUGUST 6, 2007 IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE, UNDER CHAPTER 11, CASE NUMBER 07-11047.

NOTE: PRIOR TO PROCEEDING WITH THIS FORECLOSURE, RELIEF FROM THE AUTOMATIC STAY SHOULD BE OBTAINED OR INFORMATION FROM THE BANKRUPT ENTITY THAT THE ABOVE MENTIONED LOAN IS NO LONGER PART OF THE BANKRUPTCY ESTATE SHOULD BE PROVIDED.

5. A JUDGMENT FOR CHILD, FAMILY OR SPOUSAL SUPPORT, A CERTIFIED COPY OF WHICH RECORDED MAY 4, 2005 AS INSTRUMENT NO. 2005000343231 OF OFFICIAL RECORDS.

COURT: SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE, LAMOREAUX JUSTICE CENTER.
CASE NO.: AD57528.
DEBTOR: PEDRO AVILA JIMENEZ.
CREDITOR: COUNTY OF ORANGE.