# EXHIBIT "E"

# CitiFinancial Mortgage Company, Inc. BPO

| CUST NAME | ACCT NUM | AGENT NAME | DIST FROM SUBJECT |
|---|---|---|---|
| PEDRO JIMENEZ | 0770821849 | | 4 Miles |

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 2042 MIRASOL ST | SANTA ANA | CA | 92705 |

**DISCLOSURE**

**QUALITY REVIEW REMARKS:** HOMES IN THIS AREA VARY IN AGE. PRICE VARIATION IS DUE TO COST PER SQFT, SQFT, POOL AND AND OTHER AMENITIES
QC: Subject information matches with RealQuest. There is no attachment & prior order for this BPO

## VALUE INFO

| | VALUE (90-120 DAY) | RECOMMENDED LIST PRICE (90-120 DAY) | TYPICAL MARKETING TIME |
|---|---|---|---|
| AS-IS | $ 610,000 | $ 615,000 | 90-120 Days |
| AS-REPAIRED | $ 610,000 | $ 615,000 | 90-120 Days |

PREVIOUS BPO INFORMATION (If Applicable)

## LISTING (If Listed)

| LISTING BROKERAGE | | LISTING AGENT | LISTING AGENT PHONE |
|---|---|---|---|
| ORIGINAL LIST PRICE $ | CURRENT LIST PRICE $ | LISTED FROM    TO    unk | LISTING FINANCE TERMS |

LISTING COMMENTS

## SUBJECT INFO
(All fields are required for both interior and exterior inspections)

| TYPE | STYLE | AGE | OVERALL CONDITION | SLIDE AREA? | No |
|---|---|---|---|---|---|
| SFD | Ranch | 40 | Good | FLOOD PLAIN? | No |

| SQ FEET ABOVE GROUND | | ROOMS/BEDS/BATHS | BASEMENT | | EARTHQUAKE ZONE? | Yes |
|---|---|---|---|---|---|---|
| MAIN 1639 | UP | 7  3  2 | 0 SQ FT | 0% FINISHED | OBSERVED ENVIRONMENTAL ISSUES? | No |

| LOT SIZE (ACRES) | GARAGE | ROOF CONDITION | | |
|---|---|---|---|---|
| .140 | 2 CAR Gar Att | Good | | |

| POOL | FIREPLACE | WATER | SEWER/SEPTIC | TYPE HEAT | OBSERVED CASUALTY LOSS (FIRE)? | No |
|---|---|---|---|---|---|---|
| None | | Public | Sewer | | | |

EXTERIOR IMPROVEMENTS | MOBILE HOME MAKE/MODEL/VIN (If Applicable)

**EXTERIOR COMMENTS:**
SINGLE STORY DET. HOME, NICELY MAINTAINED EXT., NEWER EXT & INT PAINT, NEWER GARAGE DOOR, ROOF LOOKED TO BE IN GOOD CONDITION, FULLY LANDSCAPED, FENCED SIDE/REAR YARD, COVERED PATIO, FIREPLACE, A/C, UPDATED KITCHEN/CARPETING/
FLOORS/CEILINGS, INDOOR LAUNDRY, OVERALL EXT. CONDITION IS GOOD.

INTERIOR COMMENTS (Interior Orders)

## COND OF SUBJECT AND REPAIR ESTIMATES
(Describe required repairs and note approx costs. Do not detail interior repairs if you do not have interior access.)

### EXTERIOR

| DEBRIS REMOVAL | $ | SIDING/PAINT | $ |
|---|---|---|---|
| STRUCTURAL | $ | ROOF | $ |
| WINDOWS | $ | LANDSCAPING | UNK $ |
| OUTBUILDINGS | $ | OTHER | $ |

EXTERIOR REPAIR COMMENTS: NO EXT. REPAIRS/DAMAGE NOTED.

### INTERIOR

| CLEANING | $ | STRUCTURE | $ |
|---|---|---|---|
| PAINT | $ | CARPETS/FLOORING | $ |
| KITCHEN/APPLIANCES | $ | BATHROOMS | $ |
| UTILITIES | $ | OTHER | $ |

INTERIOR REPAIR COMMENTS

**REPAIR TOTAL $ 0**

## EVIDENCE OF

| SETTLEMENT | DRY ROT | SOIL EROSION | WATER SEEPAGE | FOUNDATION/SLAB | LEAKING ROOF | FLOOR BUCKLING | STRUCTURAL DAMAGE |
|---|---|---|---|---|---|---|---|
| No | Yes | | | Yes | | | No |

| MOLD/MILDEW | MOLD/MILDEW COMMENTS |
|---|---|
| | |

| ENCROACHMENTS (If Yes, See Subject Description and Condition Comments) | EASEMENTS (If Yes, See Subject Description and Condition Comments) |
|---|---|
| No | No |

## FURTHER INSPECTION OR REPORTS TO BE ORDERED

| TERMITE | WELL/SEPTIC | HEATING |
|---|---|---|
| Yes | Yes | No |
| ENGINEER | STRUCTURAL | ROOF |
| No | No | No |

OTHER

## ASSESSMENTS

| ANNUAL TAXES $ | PAID (YEAR) | DUE (YEAR) |
|---|---|---|
| 6,978 | | |

MONTHLY ESTIMATE OF UTILITY COST $ | OTHER MONTHLY MAINTENANCE COSTS (SNOW REMOVAL, LAWN CARE, ETC)

### HOA INFO (If applicable)

| DUES $ | WHEN DUE AND PAYABLE | ARE THEY CURRENT? | AMENITIES |
|---|---|---|---|
| CONTACT | | | PHONE |
| ADDRESS | | | |

## MARKETABILITY OF SUBJECT

**NEIGHBORHOOD COMMENTS** (Describe any locational factors, access to amenities or functional obsolescence that add or detract from the subject's marketability)
WELL-ESTABLISHED AREA, HOMES BUILT MOSTLY IN THE 1960-1970'S, MANY IN THIS TRACT SHOW EXT. IMPROVEMENTS/UPGRADES, NEIGHBORHOOD IS WELL-KEPT, CLOSE TO SCHOOLS, PARKS, SHOPPING, FREEWAY ACCESS AND ALL AMENITIES—HIGHER INT. RATES, OVERABUNDANCE OF INVENTORY, TOUGHER LENDING AND SHORTAGE OF BUYERS HAS SLOWED PROP. SALES CAUSING VALUES AND SALES TO DECLINE.

| WILL THE PROPERTY BECOME A PROBLEM FOR RESALE? | No | WHY? | | |
|---|---|---|---|---|
| FINANCING REQUIRED TO SELL SUBJECT | No | SPECIAL FINANCING PROGRAMS AVAILABLE | | |
| INDICATE FINANCING SUBJECT WILL QUALIFY FOR | | FHA/VA No | CONV Yes | |

## MARKET CONDITIONS AND COMPETING LISTINGS
(Three listings are required — use most comparable available)

| NEIGHBORHOOD TREND IS: | IS THERE A SEASONAL MARKET? No | EXPLAIN | | |
|---|---|---|---|---|
| Declining | PRESENT NUMBER OF MARKET AREA LISTINGS 15 | | PRICE RANGE FROM $ 500,000 TO $ | |
| | PRESENT NUMBER OF COMPARABLE LISTINGS 15 | | PRICE RANGE FROM $ 500,000 TO $ 650,000 | |
| AVG MKT TIME UNSOLD LISTINGS 50 | TYPICAL RESALE INCENTIVES (CL COSTS, PTS, OWC, ETC) | | | |
| AVG MKT TIME SOLD LISTINGS 95 | | | | |
| IS THERE NEW HOME CONSTRUCTION? No | PRICE RANGE AND DESCRIPTION OF SIMILAR MODELS | | | |

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1517 E 20TH ST | 0.51 | $ 550,000 | 3 | UP<br>MAIN 1752<br>BSMT 0<br>GLA 1,752 | TOT RMS 7<br>BDRMS 4<br>BATHS 2 | Good | 47 | .170 |

NEW CUSTOM DRIVEWAY, FULLY LANDSCAPED, CORNER LOT, FENCED SIDE/REAR YARD, COVERED PATIO, FIREPLACE, A/C.

| 2 | 2213 CONCORD ST | 0.51 | $ 650,000 | 233 | UP<br>MAIN 1796<br>BSMT 0<br>GLA 1,796 | TOT RMS 7<br>BDRMS 4<br>BATHS 2.5 | Good | 43 | .170 |

IG POOL & SPA, PATIO, BUILT-IN BBQ, FULLY LANDSCAPED, NEW CARPETING/KITCHEN/WINDOWS/DOORS, FIREPLACE.

| 3 | 2001 DEODAR ST | 0.37 | $ 645,000 | 152 | UP<br>MAIN 1825<br>BSMT 0<br>GLA 1,825 | TOT RMS 7<br>BDRMS 4<br>BATHS 2 | Good | 45 | .210 |

NEW GARAGE DOOR/ROOF/WINDOWS, FULLY LANDSCAPED, FENCED SIDE/REAR YARD, PATIO, IG SPA, FIREPLACE, A/C.

## SOLD COMPS SUPPORTING YOUR VALUE
(Three are required — use most comparable available)

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2001 N LYON ST<br>SALE DATE 11/5/2007 | 0.39 | LIST $ 580,000<br>SALE $ 550,000 | 53 | UP<br>MAIN 1808<br>BSMT 0<br>GLA 1,808 | TOT RMS 7<br>BDRMS 4<br>BATHS 2 | Good | 47 | .160<br>DATA SOURCE MLS |

FULLY LANDSCAPED, BLOCKWALL FENCING, NEW GARAGE DOOR, COVERED PATIO, INDOOR LAUNDRY, FIREPLACE.

| 2 | 1409 E AVALON AVE<br>SALE DATE 9/25/2007 | 0.62 | LIST $ 660,000<br>SALE $ 625,000 | 80 | UP<br>MAIN 1639<br>BSMT 0<br>GLA 1,639 | TOT RMS 7<br>BDRMS 4<br>BATHS 2 | Good | 41 | .140<br>DATA SOURCE MLS |

FULLY LANDSCAPED, FENCED SIDE/REAR YARD, NEW GARAGE DOOR, COVERED PATIO, NEW WINDOWS, FIREPLACE, A/C.

| 3 | 2047 BARCLAY CT<br>SALE DATE 11/15/2007 | 0.41 | LIST $ 575,000<br>SALE $ 575,000 | 274 | UP<br>MAIN 1540<br>BSMT 0<br>GLA 1,540 | TOT RMS 7<br>BDRMS 3<br>BATHS 2 | Good | 31 | .100<br>DATA SOURCE MLS |

GATED COURTYARD ENTRY, NEW GAR. DOOR, FULLY LANDSCAPED, PATIO, REMODELED/UPGRADED INT., FIREPLACE, A/C.

## BPO ADDENDUM

| PROPERTY TYPE | STYLE | OCCUPANT'S NAME (IF KNOWN) | OCCUPANCY STATUS |
|---|---|---|---|
| SFD | Ranch | | Owner Occupied |

1. WHAT MORTGAGE PROGRAMS WILL AID IN THE SALE OF THE SUBJECT? PLEASE BE SPECIFIC AS TO RATES, TERMS, CONDITIONS, AND COSTS INVOLVED.

2. WHAT MARKET CONDITIONS, TRENDS AND/OR COMPETITION WILL AFFECT THE SALE OF THE SUBJECT?

| CURR MKT CONDITIONS | EMPLOYMENT CONDITIONS | PROPERTY VALUES | PREDOMINANT OCCUPANCY | VACANCY RATE | REO/BOARDED | VANDALISM RISK |
|---|---|---|---|---|---|---|
| Slow | Stable | Declining | Owner | 0 to 5% | 0 to 5% | Minimal |

3. OUTLINE THE MARKETING STRATEGIES NEEDED TO SELL THE SUBJECT (INCL SUGGESTED LIST PRICE, TYPES OF REPAIRS AND COSTS, IF ANY, AND FINANCING INCENTIVES NEEDED):

| AS-IS: | AS-REPAIRED: |
|---|---|
| WELL-MAINTAINED, EXT & INT UPGRADES, GOOD CURB APPEAL. | CANNOT EVALUATE PROP. WITHOUT INTERIOR INSPECTION. |

4. PLEASE PROJECT THE CLOSING COSTS AND SALES PRICE PER YOUR RECOMMENDED STRATEGY:

| COMMISSION PERCENT | COMMISSION AMOUNT | TITLE INSURANCE | LEGAL/ESCROW | RECORDING/TRANSFER | PROPERTY TAXES | ASSESSMENTS |
|---|---|---|---|---|---|---|
| 6 % | $ 36,900 | $ 1,800 | $ 2,000 | $ 1,800 | $ 6,978 | $ |

*First American*
*Residential Value View*

Photos

| ACCOUNT NUMBER 0770821849 | TRACKING NUMBER 020418JB | | FARVV ORDER NO. 2857749 |
|---|---|---|---|
| NAME PEDRO JIMENEZ | ADDRESS 2042 MIRASOL ST | | CITY, STATE, ZIP SANTA ANA, CA 92705 |
| PHOTOS COMMENT | | | |

Subject Front



Subject – Other



Street View



Account #: 0770821849   Tracking #: 020418JB

**First American Residential Value View**

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | | FARVV ORDER NO. |
|---|---|---|---|
| 0770821849 | 020418JB | | 2857749 |
| NAME | ADDRESS | CITY, STATE, ZIP | |
| PEDRO JIMENEZ | 2042 MIRASOL ST | SANTA ANA, CA  92705 | |
| PHOTOS COMMENT | | | |

Sold 1 (2001 N LYON ST)



Sold 2 (1409 E AVALON AVE)



Sold 3 (2047 BARCLAY CT)



Account #: 0770821849    Tracking #: 020418JB



Photos

| ACCOUNT NUMBER 0770821849 | TRACKING NUMBER 020418JB | | FARVV ORDER NO. 2857749 |
|---|---|---|---|
| NAME PEDRO JIMENEZ | ADDRESS 2042 MIRASOL ST | | CITY, STATE, ZIP SANTA ANA, CA 92705 |
| PHOTOS COMMENT | | | |

Other Photo

STREET SIGN



## Source One Services Corporation — Map

NATIONWIDE PROPERTY VALUATION SERVICES

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0770821849 | 020418JB | 2857749 |

| NAME | ADDRESS | CITY, STATE, ZIP |
|---|---|---|
| PEDRO JIMENEZ | 2042 MIRASOL ST | SANTA ANA, CA 92705 |



Map Scale: 1 Inch = 0.21 Miles

**⌐ Subject Property**
2042 MIRASOL ST
SANTA ANA, CA 92705

**❶ Comp. Listing 1**
1517 E 20TH ST
SANTA ANA, CA 92705
Dist From Subject: 0.51 Miles

**❷ Comp. Listing 2**
2213 CONCORD ST
SANTA ANA, CA 92705
Dist From Subject: 0.51 Miles

**❸ Comp. Listing 3**
2001 DEODAR ST
SANTA ANA, CA 92705
Dist From Subject: 0.37 Miles

**❶ Closed Sale 1**
2001 N LYON ST
SANTA ANA, CA 92705
Dist From Subject: 0.39 Miles

**❷ Closed Sale 2**
1409 E AVALON AVE
SANTA ANA, CA 92705
Dist From Subject: 0.62 Miles

**❸ Closed Sale 3**
2047 BARCLAY CT
CA 92701
Dist From Subject: 0.41 Miles