IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-11047-CSS, et seq. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2008, copies of the foregoing Motion for Relief from Automatic Stay Under § 362 of the Bankruptcy Code, notice, and proposed order were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.


Dated: May 1, 2008         /s/ **Adam Hiller**
      Wilmington, Delaware        Adam Hiller (DE No. 4105)
                                    Draper & Goldberg, PLLC
                                    1500 North French Street, 2nd Floor
                                    Wilmington, Delaware 19801
                                    (302) 339-8776 telephone
                                    (302) 213-0043 facsimile

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Edward J. Kosmowski
Joel A. Waite
Young, Conway, Stargatt & Taylor
The Brandywine Bldg.
100 West Street, 17th Floor
P.O. Box 391 Wilmington, DE 19899

Rebecca L. Booth
Morgan, Lewis & Bockius LLP
1701 Market St
Philadelphia, PA 19103-2921