# EXHIBIT A

# Exhibit A

## No Liability Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| CLAY, DONNA M.<br>3311 FALLEN TREE CT<br>ALEXANDRIA, VA 22310 | 765 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$11,550.00 (U)<br>$22,500.00 (T) | Claim based on vacation pay for which employee was not eligible. |
| D'ANGELI, LINDA<br>201 TINTON PL<br>EAST NORTHPORT, NY 11731 | 821 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$8,996.40 (P)<br>- (U)<br>$8,996.40 (T) | Claim based on sick and personal time for which employee was not eligible. Claim for vacation time survives via claim number 444. |
| DYCKA, CHRISTOPHER J.<br>1276 WAVERLY AVE<br>FARMINGVILLE, NY 11738 | 863 | 9/17/07 | No Case | - (S)<br>- (A)<br>$2,657.31 (P)<br>- (U)<br>$2,657.31 (T) | Claim based on sick or personal payment for which employee was not eligible. |
| DYCKA, CHRISTOPHER J.<br>1276 WAVERLY AVE<br>FARMINGVILLE, NY 11738 | 4038 | 11/30/07 | No Case | - (S)<br>- (A)<br>$2,657.31 (P)<br>- (U)<br>$2,657.31 (T) | Claim based on sick or personal payment for which employee was not eligible. |
| KNAG, PAUL JR.<br>60 E 9TH ST # 505<br>NEW YORK, NY 10003 | 745 | 9/13/07 | 07-11047 | - (S)<br>- (A)<br>$8,653.84 (P)<br>- (U)<br>$8,653.84 (T) | Claim based on vacation pay for which employee was not eligible. |
| PEACOCK, VALORIE J<br>14712 E COLGATE DR<br>AURORA, CO 80014 | 543 | 9/11/07 | No Case | - (S)<br>- (A)<br>$990.24 (P)<br>- (U)<br>$990.24 (T) | Claim based on sick or personal payment for which employee was not eligible. |
| PEACOCK, VALORIE J.<br>14712 E COLGATE DR<br>AURORA, CO 80014 | 3937 | 11/30/07 | No Case | - (S)<br>- (A)<br>$990.24 (P)<br>- (U)<br>$990.00 (T) | Claim based on sick or personal payment for which employee was not eligible. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| ROSENBLATT, KATHERINE (KATIE)<br>1741 PLUM THICKET LANE<br>WEST DES MOINES, IA 50266 | 6307 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>$1,090.84 (P)<br>- (U)<br>$1,090.84 (T) | Claim based on vacation pay for which employee was not eligible. |
| ROSENBLATT, KATHERINE (KATIE)<br>1741 PLUM THICKET LANE<br>WEST DES MOINES, IA 50266 | 6308 | 12/24/07 | 07-11047 | - (S)<br>- (A)<br>$1,090.84 (P)<br>- (U)<br>$1,090.84 (T) | Claim based on vacation pay for which employee was not eligible. |
| SOMERMAN, STEVEN M.<br>17 TORTOISE SHELL<br>COTO DE CAZA, CA 92679 | 419 | 9/10/07 | No Case | - (S)<br>- (A)<br>$27,083.33 (P)<br>- (U)<br>$27,083.33 (T) | Claim based on vacation pay for which employee was not eligible. |
| SOMERMAN, STEVEN M.<br>17 TORTOISE SHELL<br>COTO DE CAZA, CA 92679 | 701 | 9/13/07 | No Case | - (S)<br>- (A)<br>$27,083.33 (P)<br>- (U)<br>$27,083.33 (T) | Claim based on vacation pay for which employee was not eligible. |
| SWEENEY, RYAN<br>660 PIEDMONT DR<br>WESTFIELD, IN 46074 | 924 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$1,500.00 (P)<br>- (U)<br>$1,500.00 (T) | Claim based on vacation pay for which employee was not eligible. |
| SWEENEY, RYAN<br>660 PIEDMONT DR<br>WESTFIELD, IN 46074 | 7468 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$1,500.00 (P)<br>- (U)<br>$1,500.00 (T) | Claim based on vacation pay for which employee was not eligible. |
| VELEZ, CYNTHIA R.<br>3262 DEER CHASE RUN<br>LONGWOOD, FL 32779 | 521 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$130,000.00 (P)<br>- (U)<br>$130,000.00 (T) | Claim based on bonus payment for which employee was not eligible. |
| VELEZ, CYNTHIA R.<br>3262 DEER CHASE RUN<br>TANGERINE, FL 327779 | 6041 | 12/20/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$119,050.00 (U)<br>$130,000.00 (T) | Claim based on bonus payment for which employee was not eligible. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| **Totals:** | **15 Claims** | | | - (S)<br>- (A)<br>$236,193.68 (P)<br>$130,600.00 (U)<br>$366,793.44 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

# Exhibit B

## Multiple Debtor Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BLOOM, LINDA S.<br>4329 W ARROWHEAD RD<br>SPOKANE, WA 99208-4967 | 578 | 8/31/07 | 07-11047 | - (S)<br>- (A)<br>$2,123.52 (P)<br>- (U)<br>$2,123.52 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#1401) was asserted against the correct Debtor. |
| BOYLE, SUZANNE<br>132 E WOODLANDER<br>EAGLE, ID 83616 | 1002 | 9/19/07 | 07-11047 | - (S)<br>- (A)<br>$9,728.00 (P)<br>- (U)<br>$9,728.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2061) was asserted against the correct Debtor. |
| BOYLE, SUZANNE<br>132 E WOODLANDER<br>EAGLE, ID 83616 | 2325 | 11/16/07 | No Case | - (S)<br>- (A)<br>$9,033.38 (P)<br>- (U)<br>$9,033.38 (T) | The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#2061) was asserted against the correct Debtor. |
| BRADY, AMY L.<br>214 E GEORGIA AVE<br>CONNELLSVILLE, PA 15425 | 218 | 8/31/07 | No Case | - (S)<br>- (A)<br>$692.31 (P)<br>- (U)<br>$692.31 (T) | The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#901) was asserted against the correct Debtor. |
| CADIZ, JOY N.<br>1168 NAMDAC AVE<br>BAY SHORE, NY 11706 | 301 | 9/4/07 | 07-11047 | - (S)<br>- (A)<br>$3,846.15 (P)<br>- (U)<br>$3,846.15 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7489) was asserted against the correct Debtor. |
| CARNEY, PATRICIA E.<br>2962 HARMENING AVE<br>PITTSBURGH, PA 15227 | 1067 | 9/20/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$4,150.08 (U)<br>$4,150.08 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#3100) was asserted against the correct Debtor. |
| FERNANDEZ, FANNY L.<br>1156 JOSELSON AVE<br>BAY SHORE, NY 117062037<br>USA | 337 | 9/5/07 | No Case | - (S)<br>- (A)<br>$2,250.00 (P)<br>- (U)<br>$2,250.00 (T) | The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#9620) was asserted against the correct Debtor. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| GRENIER, KAREN<br>21 WINDING LN<br>ISLANDIA, NY 11749 | 370 | 9/6/07 | 07-11047 | - (S)<br>- (A)<br>$745.97 (P)<br>- (U)<br>$745.97 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7992) was asserted against the correct Debtor. |
| GRENIER, KAREN<br>21 WINDING LN<br>ISLANDIA, NY 11749 | 397 | 9/7/07 | 07-11047 | - (S)<br>- (A)<br>$745.97 (P)<br>- (U)<br>$745.97 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7992) was asserted against the correct Debtor. |
| GRENIER, KAREN<br>21 WINDING LN<br>ISLANDIA, NY 11749 | 1483 | 10/9/07 | 07-11047 | - (S)<br>- (A)<br>$745.97 (P)<br>- (U)<br>$745.97 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7992) was asserted against the correct Debtor. |
| HAYES, JAMES J.<br>9260 BOWERS BROOK PL<br>BRISTOW, VA 20136 | 106 | 8/27/07 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$4,030.77 (U)<br>$14,980.77 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2565), according to the Debtors' books and records, was also filed against the wrong Debtor. In the Debtors' Second Omnibus Objection, the Debtors have requested that claim #2565 be reassigned to case number 07-11051. |
| HOUDE, ARTHUR E., IV<br>23 SOUTHAVEN DR<br>BROOKHAVEN, NY 11719 | 395 | 9/7/07 | 07-11047 | - (S)<br>- (A)<br>$1,102.50 (P)<br>- (U)<br>$1,102.50 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2172) was asserted against the correct Debtor. |
| JANSEN, ELVA V.<br>9166 DAUCHY AVE<br>RIVERSIDE, CA 92508 | 4940 | 12/10/07 | No Case | - (S)<br>- (A)<br>$1,461.00 (P)<br>- (U)<br>$1,461.00 (T) | The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#119) was asserted against the correct Debtor. |
| LALLI, JEANNE<br>379 SHERMAN AVE<br>HAWTHORNE, NY 10532 | 260 | 9/4/07 | No Case | - (S)<br>- (A)<br>$10,096.00 (P)<br>- (U)<br>$10,096.00 (T) | The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#2445) was asserted against the correct Debtor. |
| MACARTHUR, LAURA<br>8 LEO ST<br>PATCHOGUE, NY 11772 | 415 | 9/10/07 | No Case | - (S)<br>- (A)<br>$2,279.63 (P)<br>- (U)<br>$2,279.63 (T) | The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#5491) was asserted against the correct Debtor. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| MACORMAC, EVELYN<br>106 W FAIR MEADOWS DR<br>CANONSBURG, PA 15317 | 427 | 9/10/07 | No Case | - (S)<br>- (A)<br>$2,414.88 (P)<br>- (U)<br>$2,414.88 (T) | The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#6409) was asserted against the correct Debtor. |
| MAPES, CAROLINE<br>5711 CAVALIER CT<br>BENSALEM, PA 19020 | 100 | 8/27/07 | 07-11047 | - (S)<br>- (A)<br>$3,588.00 (P)<br>- (U)<br>$3,588.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2245) was asserted against the correct Debtor. |
| MAPLESON, TERI-ANN<br>5 LAKEWOOD AVE<br>LAKE RONKONKOMA, NY 11779 | 255 | 9/4/07 | No Case | - (S)<br>- (A)<br>$1,413.46 (P)<br>- (U)<br>$1,413.46 (T) | The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#5209) was asserted against the correct Debtor. |
| MATTHEWS, GEORGE T<br>ASSISTANT VICE PRESIDENT-AREA MANAGER<br>****NO ADDRESS PROVIDED**** | 2299 | 11/9/07 | No Case | - (S)<br>- (A)<br>$10,000.00 (P)<br>- (U)<br>$10,000.00 (T) | The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#7565) was asserted against the correct Debtor. |
| MCERLEAN, JENNIFER<br>33 PARDAM KNOLL RD<br>MILLER PLACE, NY 11764 | 431 | 9/10/07 | 07-11047 | - (S)<br>- (A)<br>$1,396.63 (P)<br>- (U)<br>$1,396.63 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7362) was asserted against the correct Debtor. |
| MONROE, MICHELE<br>391 MORS AVE<br>WHEELING, IL 60090 | 3179 | 11/23/07 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$3,231.75 (U)<br>$3,231.75 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#437), according to the Debtors' books and records, was also filed against the wrong Debtor. In the Debtors' Second Omnibus Objection, the Debtors have requested that claim #437 be reassigned to case number 07-11051. |
| MORAN PILLE, KATHRYN A.<br>2031 N ARLENE DR<br>ARNOLD, MO 63010 | 790 | 9/14/07 | 07-11047 | - (S)<br>- (A)<br>$755.60 (P)<br>- (U)<br>$755.60 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2608) was asserted against the correct Debtor. |
| MULLINS, STACY J.<br>177 BAYLAWN AVE<br>COPIAGUE, NY 11726 | 490 | 9/10/07 | 07-11047 | - (S)<br>- (A)<br>$4,015.38 (P)<br>- (U)<br>$4,015.38 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2092) was asserted against the correct Debtor. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| NEWMAN, JOHN H.<br>312 BAY AVENUE<br>HUNTINGTON, NY 11743 | 1174 | 9/24/07 | 07-11053 | - (S)<br>- (A)<br>$1,013.00 (P)<br>$1,013.00 (U)<br>$1,013.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2934) was asserted against the correct Debtor. |
| PAVONE, CHERYL L.<br>1744 SWORD DANCER DR<br>VIRGINIA BEACH, VA 23454 | 720 | 9/13/07 | 07-11047 | - (S)<br>- (A)<br>$334.60 (P)<br>- (U)<br>$334.60 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2620) was asserted against the correct Debtor. |
| RICHARD, SHARON KUNTI<br>1516 KINGSTON AVE<br>BALDWIN, NY 11510 | 439 | 9/10/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$1,308.83 (U)<br>$1,308.83 (T) | The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#2150) was asserted against the correct Debtor. |
| SHEALEY, DORNETTA<br>114-83 228TH ST<br>CAMBRIA HEIGHTS, NY 11411 | 101 | 8/27/07 | 07-11047 | Unspecified* | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#5997) was asserted against the correct Debtor. |
| SHEALEY, DORNETTA<br>114-83 228TH ST<br>CAMBRIA HEIGHTS, NY 11411 | 1231 | 9/26/07 | No Case | Unspecified* | The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#5997) was asserted against the correct Debtor. |
| SLOWINSKI, MICHELLE L.<br>15014 N 150TH LN<br>SURPRISE, AZ 85379 | 308 | 9/4/07 | 07-11047 | - (S)<br>- (A)<br>$1,440.00 (P)<br>- (U)<br>$1.440.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#4243) was asserted against the correct Debtor. |
| SLOWINSKI, MICHELLE L.<br>15014 N 150TH LN<br>SURPRISE, AZ 85379 | 4242 | 12/3/07 | No Case | - (S)<br>- (A)<br>$1,440.00 (P)<br>- (U)<br>$1,440.00 (T) | The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#4243) was asserted against the correct Debtor. |
| TODD, BEVERLY<br>10145 CALLE MARINERO<br>SPRING VALLEY, CA 91977 | 762 | 9/14/07 | 07-11047 | - (S)<br>- (A)<br>$2,924.00 (P)<br>$2,924.00 (U)<br>$2,924.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2830), according to the Debtors' books and records, was also filed against the wrong Debtor. In the Debtors' Second Omnibus Objection, the Debtors have requested that claim #2830 be reassigned to case number 07-11051. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| WEINSTEIN, MINDY<br>572 N HAWTHORNE ST<br>N MASSAPEQUA, NY 11758 | 248 | 9/4/07 | 07-11047 | Unspecified* | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2215) was asserted against the correct Debtor. |
| WEINSTEIN, MINDY<br>572 N HAWTHORNE ST<br>NORTH MASSAPEQUA, NY 11758 | 2214 | 11/15/07 | No Case | - (S)<br>- (A)<br>$1,269.23 (P)<br>- (U)<br>$1,269.23 (T) | The claim listed as Objectionable was not filed against any particular Debtor. According to the Debtors' books and records, claimant's surviving claim (#2215) was asserted against the correct Debtor. |
| YARBRO, CRYSTAL D.<br>2125 CANTON HIGHWAY<br>CUMMING, GA 30040 | 342 | 9/5/07 | 07-11047 | - (S)<br>- (A)<br>$1,153.84 (P)<br>- (U)<br>$1,153.84 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#6152) was asserted against the correct Debtor. |
| **Totals:** | **34 Claims** | | | **- (S)**<br>**- (A)**<br>**$88,959.02 (P)**<br>**$16,658.43 (U)**<br>**$101,680.45 (T)** | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

# Exhibit C

## Reduced Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reduced Amount | Comments |
|---|---|---|---|---|---|---|
| ARNDT, LISA K.<br>59 BENJAMIN DRIVE<br>TROY, MO 63379 | 1327 | 10/1/07 | 07-11051 | - (S)<br>- (A)<br>$5,271.38 (P)<br>- (U)<br>$5,271.38 (T) | - (S)<br>- (A)<br>$4,943.12 (P)<br>- (U)<br>$4,943.12 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| BODIE, DANNA L<br>8502 MAPLE BLUFF CT<br>NEW HAVEN, IN 46774 | 4711 | 12/6/07 | 07-11051 | - (S)<br>- (A)<br>$1,120.00 (P)<br>- (U)<br>$1,120.00 (T) | - (S)<br>- (A)<br>$896.00 (P)<br>- (U)<br>$896.00 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| COLLINS PALLWITZ, DIANA K<br>1645 WATERS EDGE DRIVE<br>PLEASANT HILL, IA 50327 | 7493 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>$5,184.80 (P)<br>- (U)<br>$5,184.80 (T) | - (S)<br>- (A)<br>$2,488.71 (P)<br>- (U)<br>$2,488.71 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| CONTRERAS, REANA<br>34889 NORTH<br>STETSON COURT<br>QUEEN CREEK, AZ 85242 | 2829 | 11/20/07 | 07-11051 | - (S)<br>- (A)<br>$1,231.73 (P)<br>- (U)<br>$1,231.73 (T) | - (S)<br>- (A)<br>$1,231.73 (P)<br>- (U)<br>$1,231.73 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| CORBETT, HEATHER<br>4425 B301 PARRISH ST<br>PHILADELPHIA, PA 19104 | 9043 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$1,355.50 (P)<br>$1,355.50 (U)<br>$1,355.50 (T) | - (S)<br>- (A)<br>$730.50 (P)<br>- (U)<br>$730.50 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| CORDERO, NOEL JR.<br>148 GROVE AVE<br>PATCHOGUE, NY 11772 | 940 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$1,384.43 (P)<br>- (U)<br>$1,384.43 (T) | - (S)<br>- (A)<br>$1,035.76 (P)<br>- (U)<br>$1,035.76 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| CORDTS, AUDRA LYNN<br>160 EAST 23RD STREET<br>SOUTH HUNTINGTON, NY 11746 | 1413 | 10/4/07 | 07-11051 | - (S)<br>- (A)<br>$1,440.00 (P)<br>- (U)<br>$1,440.00 (T) | - (S)<br>- (A)<br>$392.31 (P)<br>- (U)<br>$392.31 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reduced Amount | Comments |
|---|---|---|---|---|---|---|
| D'ANGELI, JOSEPH<br>201 TINTON PL<br>EAST NORTHPORT, NY 11731 | 865 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$5,133.45 (P)<br>- (U)<br>$5,133.45 (T) | - (S)<br>- (A)<br>$3,384.62 (P)<br>- (U)<br>$3,384.62 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| **Totals:** | **8 Claims** | | | **- (S)**<br>**- (A)**<br>**$22,121.29 (P)**<br>**$1,355.50 (U)**<br>**$22,121.29 (T)** | | **- (S)**<br>**- (A)**<br>**$15,102.75 (P)**<br>**- (U)**<br>**$15,102.75 (T)** |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

# Exhibit D

## Reduced Wrong Debtor Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reduced Amount |
|---|---|---|---|---|---|---|
| BAKER, LINDA A.<br>5319 MANOR DR<br>NEW PORT RICHEY, FL 34652 | 1492 | 10/10/07 | 07-11047 | - (S)<br>- (A)<br>$2,300.48 (P)<br>- (U)<br>$2,300.48 (T) | 07-11051 | - (S)<br>- (A)<br>$1,592.30 (P)<br>- (U)<br>$1,592.30 (T) |
| BARNEY, IVAN L.<br>2616 MERION HILLS COURT<br>CHARLOTTE, NC 28269 | 1535 | 10/12/07 | No Case | - (S)<br>- (A)<br>$3,973.37 (P)<br>- (U)<br>$3,973.37 (T) | 07-11051 | - (S)<br>- (A)<br>$3,076.92 (P)<br>- (U)<br>$3,076.92 (T) |
| BEALL, CAROL A.<br>1918 CAMBRIDGE DR<br>CROFTON, MD 21114 | 1019 | 9/19/07 | No Case | - (S)<br>- (A)<br>$1,282.56 (P)<br>- (U)<br>$1,282.56 (T) | 07-11051 | - (S)<br>- (A)<br>$898.51 (P)<br>- (U)<br>$898.51 (T) |
| BIERD, JESSICA<br>1323 E BALBOA BLVD # 1<br>NEWPORT BEACH, CA 92661 | 1198 | 9/24/07 | No Case | - (S)<br>- (A)<br>$2,558.16 (P)<br>- (U)<br>$2,558.16 (T) | 07-11051 | - (S)<br>- (A)<br>$1,169.47 (P)<br>- (U)<br>$1,169.47 (T) |
| CLARK, PATRICIA<br>601 GRAY SQUIRREL CT<br>APOPKA, FL 32712 | 1021 | 9/19/07 | No Case | - (S)<br>- (A)<br>$2,215.87 (P)<br>$1,723.48 (U)<br>$3,939.35 (T) | 07-11053 | - (S)<br>- (A)<br>$2,250.00 (P)<br>- (U)<br>$2,250.00 (T) |
| **Totals:** | | **5 Claims** | | **- (S)**<br>**- (A)**<br>**$12,330.44 (P)**<br>**$1,723.48 (U)**<br>**$14,053.92 (T)** | | **- (S)**<br>**- (A)**<br>**$8,987.20 (P)**<br>**- (U)**<br>**$8,987.20 (T)** |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

# Exhibit E

## Reclassified Wrong Debtor Claims

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reduced Amount |
|---|---|---|---|---|---|---|
| BROWN, ELIZABETH DORNEY<br>429 ROBIN REED CT<br>PINEVILLE, NC 28134 | 572 | 9/11/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$1,019.20 (U)<br>$1,019.20 (T) | 07-11051 | - (S)<br>- (A)<br>$1,019.20 (P)<br>- (U)<br>$1,019.20 (T) |
| **Totals:** | **1 Claim** | | | **- (S)**<br>**- (A)**<br>**- (P)**<br>**$1,019.20 (U)**<br>**$1,019.20 (T)** | | **- (S)**<br>**- (A)**<br>**$1,019.20 (P)**<br>**- (U)**<br>**$1,019.20 (T)** |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.