IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,[1]

Debtors.

---

: Chapter 11
:
: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
: **Ref. Docket No. 3269, 3578**

**ORDER APPROVING SECOND APPLICATION OF
CADWALADER, WICKERSHAM & TAFT LLP AS SPECIAL COUNSEL
TO THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE
INTERIM PERIOD NOVEMBER 1, 2007 THROUGH JANUARY 31, 2008**

Upon consideration of the application dated March 13, 2008 (the "Application", see Docket No. 3269) of Cadwalader, Wickersham & Taft LLP ("CWT") entitled "*Second Application of Cadwalader, Wickersham & Taft LLP As Special Counsel to the Debtors and Debtors In Possession for Allowance of Compensation and Reimbursement of Expenses for the Interim Period November 1, 2007 Through January 31, 2008*" seeking entry of an order approving fees in the amount of $290,952.00 (the "Fees") and expenses in the amount of $16,093.60 (the "Expenses") to be paid in accordance with this Court's "*Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

*Pursuant to 11 U.S.C. §§ 105(a) and 331"* (the "Compensation Procedures Order", *see* Docket No. 547), all as more fully set forth in the Application; and upon the *"Certification of Counsel Regarding Second Monthly Application of Cadwalader, Wickersham & Taft LLP"* (*see* Docket No. 3578) dated April 8, 2008, and the *"Supplemental Certification of Counsel Regarding Second Application of Cadwalader, Wickersham & Taft LLP As Special Counsel to the Debtors and Debtors In Possession for Allowance of Compensation and Reimbursement of Expenses for the Interim Period November 1, 2007 Through January 31, 2008"* dated May 1, 2008; and upon discussions with the Office of the United States Trustee; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and due notice of the Application having been provided; and it appearing that no other or further notice of the Application need be provided; and the Court having determined that all of the requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, as well as rule 2016 of the Federal Rules of Bankruptcy Procedure have been satisfied; and upon the proceedings had before the Court on the Application; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Application is granted and approved as set forth herein; and it is further

ORDERED that the Fees are approved in the total amount of $286,002.00 (the "Adjusted Fees") and the Expenses are approved in the total amount of $15,194.20 (the "Adjusted Expenses"); and it is further

ORDERED that in accordance with the Compensation Procedures Order, the Debtors are authorized and directed to remit payment of the Adjusted Fees and the Adjusted

-3-

Expenses in full to CWT, less all amounts previously paid on account of such fees and expenses; and it is further

ORDERED that service of the Application as provided therein shall be deemed good and sufficient notice of such Application; and it is further

ORDERED that this Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

Dated:   Wilmington, Delaware
         May 1, 2008

*Christopher S. Sontchi*
Christopher S. Sontchi
United States Bankruptcy Judge