**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| American Home Mortgage Holdings, Inc., a ) | |
| Delaware corporation, *et al.*, ) | |
| ) | Case No. 07-11047(CSS) |
| Debtors. ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

The undersigned hereby states that true and correct copies of the *Designation of Record and Statement of Issues on Appeal* were served on May 5, 2008, upon all interested persons via CM/ECF and first class regular mail:

James L. Patton, Jr., Esquire
Sean M. Beach, Esquire
Young Conoway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

*Unsecured Creditor Committee*
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE  19801

Office of the United States Trustee
844 North King Street
Room 2207
Lockbox #35
Wilmington, Delaware  19801

*/s/ Todd C. Schiltz*
Todd C. Schiltz (#3253)
WolfBlock LLP
1100 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0312
Attorneys for Wells Fargo Bank, N.A.