IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,[1]

Debtors.
------------------------------------------------------------------ x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

**Ref. Docket Nos. 3726, 3727, 3728, 3729, 3730, 3731, 3732, 3733, 3734, 3735, 3737, 3738, 3739, 3740, 3741, 3742, 3743, 3744, 3745, 3746, 3816, 3817, 3818, 3819, 3820, 3821, 3822, 3823, 3829, 3830, 3831**

**DEBTORS' LIMITED OBJECTION AND RESERVATION OF RIGHTS AS TO CERTAIN MOTIONS FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE [DOCKET NOS. 3726, 3727, 3728, 3729, 3730, 3731, 3732, 3733, 3734, 3735, 3737, 3738, 3739, 3740, 3741, 3742, 3743, 3744, 3745, 3746, 3816, 3817, 3818, 3819, 3820, 3821, 3822, 3823, 3829, 3830, 3831]**

The debtors and debtors in possession in the above captioned cases (collectively, the "Debtors") hereby file this limited objection and reservation of rights (the "Limited Objection and Reservation of Rights") with respect to certain motions for relief from stay (the "Motions") filed by mortgagees (the "Senior Mortgagees") seeking to foreclose upon real property (the "Property") in which the Debtors have (or may have) a junior mortgage interest.[2]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] The Motions, listed by Senior Mortgagee and Docket Number(s) only, are as follows: CHL (D.I. 3726, 3737 and 3739); Saxon Mortgage Services, Inc. (D.I. 3727); HSBC Bank USA, N.A. (D.I. 3728, 3730, 3734, 3744 and 3746); Bank of New York (D.I. 3729, 3732, 3733, 3738, 3740, 3741, 3742, 3743 and 3745); Deutsche Bank National Trust Company (D.I. 3731); Countrywide Home Loans, Inc. (D.I. 3735); LaSalle Bank NA (D.I. 3816, 3817, 3818, 3821, 3823 and 3829); Washington Mutual Bank (D.I. 3819, 3820 and 3822); South Point Inc. (D.I. 3830); and Bank of New York Trust Company, N.A. (D.I. 3831).

With the exception of the limited objection with respect to certain Motions, the Debtors generally consent to the relief sought in the Motions and are willing to stipulate that "cause" for relief from the stay exists within the meaning of 11 U.S.C. § 362(d)(1).

The Debtors have reviewed the proposed forms of order (the "Proposed Orders") and note that nothing in the proposed orders affect the automatic stay in effect for other purposes, e.g., to protect any surplus from the foreclosure sales that might inure to the Debtors' account.  Moreover, the Proposed Orders do not constitute a determination that the Debtors hold any interest in the Property or estop the Debtors from denying that they hold any interest in the Property.

LIMITED OBJECTION

The Properties identified in certain of the Proposed Orders [D.I. 3726, 3735, 3827, 3828] are inconsistent with the Properties identified and facts set forth in the applicable Motions, which the Debtors believe is likely the result of a clerical error.  The Debtors do not oppose the relief requested in these Motions; however, the Debtors submit this limited objection to the extent that the Senior Mortgagees are seeking relief from the automatic stay, without any further information or basis, for the Properties identified in the Proposed Orders.

*[Remainder of Page Left Blank By Intention]*

## RESERVATION OF RIGHTS

Consistent with the terms of the Proposed Orders, the Debtors reserve all rights with respect to the Properties, including, but not limited to, the Debtors' right to protect their interests under applicable non-bankruptcy law.

Dated:    Wilmington, Delaware
          May 5, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret B. Whiteman
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

DB02:6379250.9                                                      066585.1001