IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :   Jointly Administered
        Debtors.                                                 :
---------------------------------------------------------------- x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ROSS MATRAY, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 28, 2008, I caused to be served the following:

    a)  A creditor specific Customized Exhibit to Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A, and

    b)  Notice of Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, dated April 28, 2008, to which is attached the Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, [Docket No. 3880], dated April 28, 2008,

by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit B.

      3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                            _/s/ Ross Matray_
                                                                             Ross Matray

Sworn to before me this
1st day of May, 2008

_/s/ Notary_
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: May 20, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: May 28, 2008 at 11:00 a.m. (ET) |
| | ) |

AHM OB6 4/28/2008 (merge2.txnum2) 4000100715

ALLEGHENY POWER
ATTN CAROL L. STOUT, CREDIT REP.
FAIRMONT, WV 26555-1392

### NOTICE OF DEBTORS' SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

| TO: | ALLEGHENY POWER
ATTN CAROL L. STOUT, CREDIT REP.
FAIRMONT, WV 26555-1392 | **Basis For Objection:** | Debtors' books and records show claim should be reduced and reassigned to another case number | | |
|---|---|---|---|---|---|
| | | **Claim to be Reduced and Reassigned** | **Claim Number** | **Claim Amount** | **New Case #** | **Reduced Amount** |
| | | | 8781 | $206.13 | 07-11051 | $123.67 |
| | | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. | | | | |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow in part the claim listed above because the Debtors have determined, after review of their books and records, that such claim should be reduced and reassigned to the 'New Case Number' listed above. The Objection seeks to alter your rights by decreasing your claim to the reduced amount listed above and by reassigning your claim to the 'New Case Number' listed above.

Responses to the Objection, if any, must be filed on or before **May 20, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 28, 2008 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 28, 2008
        Wilmington, Delaware

**EXHIBIT B**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

**NOTICE OF DEBTORS' SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

Notices mailed by April 28, 2008 and sent to the following:

ALLEGHENY POWER
ATTN CAROL L. STOUT, CREDIT REP.
P.O. BOX 1392
FAIRMONT, WV 26555-1392

ALLENDE, DAPHNE
485 GRAND BLVD
BRENTWOOD, NY 11717

AMOATENG, COMFORT
16 HALE PL
ROOSEVELT, NY 11575

ANGELLOTTI, ANTHONY
10648 GREAT EGRET DR
ORLAND PARK, IL 60467

APPRAISING IN DELAWARE, INC.
ATTN PATTI PERSIA, OWNER
129 SCHOOL PL
MILFORD, DE 19963

ARROW APPRAISAL CORP
ATTN TROY A ENGLUND, PRESIDENT
4536 RACHEL BLVD
WEEKI WACHEE, FL 34607

B&B COOL AIR INC
ATTN GREGORY V. BOREK
1511 GRETCHEN AVE
STE A
LEHIGH ACRES, FL 33971

BAKER, VICKI L.
9919 S 2270 E
SANDY, UT 84092

BAUBLITZ, BARBARA
2529 WESTMINSTER DR
YORK, PA 17408

BAY COUNTY ASSOC OF REALTORS
1123 HARRISON AVENUE
PANAMA CITY, FL 32401

BELTRAN, MAGDALENA (MAGGIE)
1040 EAST WASHINGTON
BLVD NUM 24
ESCONDIDO, CA 92027

BERG, LAURIE
1460 PEBBLE COURT
YUBA CITY, CA 95993

BIANCHI, KATIE G
216 CORONADO AVE
ROSEVILLE, CA 95678

BLAKE, TRACY
470 JEFFERSON DR
PITTSBURGH, PA 15228

BLANCATO, NADINE E
12717 WINDYEDGE RD
HUNTERSVILLE, NC 28078

BLANK, BRUCE
57 COLONY DR
HOLBROOK, NY 11741

BODY, JOHN R.
3955 GOLDEN ELM ST
LAS VEGAS, NV 89147

BOJORQUEZ, AMANDA
4930 E. FOX ST.
MESA, AZ 85205

BOWEN, LARRY & SUZANNE
C/O JOHN M. BERMAN
7175 SW BEVELAND, #210
TIGARO, OR 97223

BOWENS, CARMEN M.
18611 WARM SPRING CT
HAGERSTOWN, MD 21740

BRZOZOWSKI, DENISE
8209 GLASGOW CT.
JACKSONVILLE, FL 32244

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

Notices mailed by April 28, 2008 and sent to the following:

BUEHRLE, JUDITH M
406 S CHURCH ST
NUMBER 122
ST PETERS, MO 63376

BUGGS, MARY
7535 CYPRESS
CYPRESS, TX 77433-2140

BURDICK RESIDENTIAL APPRAISALS
ATTN JULIE BURDICK, OWNER
5930 E PIMA # 120
TUCSON, AZ 85712

BURDICK RESIDENTIAL APPRAISALS
JULIE BURDICH, OWNER
5930 E PIMA #120
TUCSON, AZ 85712

BUTLER, DIONNA
1938 CARTER RD
FOLCROFT, PA 19032

BYRD, DEBORAH M.
1013 NAGIA CT
FENTON, MO 63026

CALDERONE, SAMANTHA
7 RUSSELL DR
APT B69
MINEOLA, NY 11501

CARNAHAN, JOHN
1244 HAWTHORNE STREET
ALAMEDA, CA 94501

CARNEY, PATRICIA (PATTY)
2962 HARMENING AVE
PITTSBURGH, PA 15227

CARROLL, DANA
630 SHIMMERING RUN COURT
SYKESVILLE, MD 21784

CASTINE, ELIZABETH JILL
809 WILLOW SPIRE ARCH
CHESAPEAKE, VA 23320

CERTIFIED APPRAISAL SERVICE
ATTN ELBERT CECIL WRIGHT, OWNER
97 TOLLGATE TRAIL
LONGWOOD, FL 32750

CHALLAPALLI, SAI
254-08 73 RD
FLORAL PARK, NY 11004

CHEBROLU, NEEHANKA
24 GAZEBO LANE
HOLTSVILLE, NY 11742

CHISHOLM, GLADYS H
1426 PEACH PARK LANE
CHARLOTTE, NC 28216

CHOUDHARY, ROHIT
90 CYPRESS LANE E
WESTBURY, NY 11590

CISNEROS, MARTHA P
565 W 13TH ST
APT F
SAN PEDRO, CA 90731

CITY OF DOVER
NATALIE COFONE, BILLING SUPERVISOR
5 EAST REED STREET
PO BOX 7100
DOVER, DE 19903-7100

CLOREY, ROXANNE S
6214 8TH STREET NW
WASHINGTON, DC 20011

COACHELLA VALLEY APPRAISAL
ATTN DALE BERNER, OWNER
43385 TENNESSEE AVE
PALM DESERT, CA 92211

COLANDRO, MARY A
32 PEARSALL AVE
APT 2B
GLEN COVE, NY 11542

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**
Notices mailed by April 28, 2008 and sent to the following:

**NOTICE OF DEBTORS' SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

COLUMBUS COUNTY
ATTN RICHARD J GORE, TAX ADMINISTRATOR
COLUMBUS CO TAX OFC
PO BOX 1468
WHITEVILLE, NC 28472

CONANT, JOANN
2727 DEFENDER DR
FORISTELL, MO 63348

CONKLIN, CHRISTINE
134 COMMACK RD
ISLIP, NY 11751

CONNECTICUT LIGHT AND POWER COMPANY, THE
NORTHEAST UTILITIES
ATTN MARY A GOFFIN, TEAM SUPERVISOR
PO BOX 2899 - CREDIT AND COLLECTIONS
HARTFORD, CT 06101-8307

CONNERS, SANDRA L
PO BOX 4572
WALNUT CREEK, CA 945960572

COUNTRYWIDE HOME LOANS, INC.
C/O DAVID J NOWACZEWSKI, BODMAN LLP
6TH FLOOR AT FORD FIELD
1901 ST ANTOINE STREET
DETROIT, MI 48226

CRACKFORD, SUSAN K.
5027 126TH ST SE
EVERETT, WA 98208

CRICCHIO, GINA A.
2160 TALL GRASS CIRCLE
MOUNT PLEASANT, SC 29466

CRISP, CAROL A
4826 S ELK WY
AURORA, CO 80016

CROCKFORD, SUSAN K
5027 126TH ST SE
EVERETT, WA 98208

CROCKFORD, SUSAN K.
5027 126TH ST SE
EVERETT, WA 98208

CRUZ, CHRISTINE A
7 GLEN HOLLOW DR
APT B36
HOLTSVILLE, NY 11742

CUVILLY, PATRICK
571 MACON PLACE
UNIONDALE, NY 11553

DEATHERAGE, STEPHANIE
4809 FORTUNES RIDGE TRAIL
CHARLOTTE, NC 28269

DEZEGO, JAMES
139 ADIRONDACK DR
SELDEN, NY 11784

DINH, VIVIAN M
12301 EPSILON STREET
GARDEN GROVE, CA 92840

DJ, LLC
201 WEST MAIN STREET
SUITE 101
MISSOULA, MT 59802

DONOVAN, MARGARET M
20 CLUB LA
LEVITTOWN, NY 11756

DUNCAN, BRENDA
5602 SWANSON RD
ELLENWOOD, GA 302943856

ENGLAND, MEGHAN
1240 N PLACENTIA AVE
FULLERTON, CA 92831

EWALD, GRANT C
14 MAGERUS ST.
SOUTH HUNTINGTON, NY 11746

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**
Notices mailed by April 28, 2008 and sent to the following:

**NOTICE OF DEBTORS' SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

FLORIAN, JENNIE
108 HAMPTON AVE
MASTIC, NY 11950

GARCIA, DAWN
8828 HICKORY AVE
HESPERIA, CA 92345

GAYTAN, LETICIA
8656 EVERGREEN AVENUE
SOUTH GATE, CA 90280

GERNAND, JOYCE A
3626 STONE CREEK RUN
FORT WAYNE, IN 46804

GONZALEZ, JOSEPH
4 LONG ST
LAKE GROVE, NY 11755

GRAVELY-ROBINSON, KAREN
C/O ROBERT A WILLIAMS, ESQ.
45 JONES ST
MARTINSVILLE, VA 24112

GRIFFIN, AMANI
PO BOX 992
GLEN BURNIE, MD 21060

GRISSOM, GARY A
5315 W WOODVIEW COURT
SPOKANE, WA 99208

GRUDZINSKI, MICHELE
754 BLUE RIDGE DR
MEDFORD, NY 11763

HAGG, RENEE C
8074 CARNABY CT SOUTH
HANOVER PARK, IL 60133

HANSON, ANDREA
3840 W 608 N
HUNTINGTON, IN 46750

HARDIN COUNTY
ATTN RYAH A. ZERBY, ASST PROSECUTOR
1 COURTHOUSE SQ.
STE 230
KENTON, OH 43326

HASSLER, ASHLEY
320 UPAS STREET
SAN DIEGO, CA 92103

HENDERSON APPRAISAL SRV
ATTN MICHAEL K. HENDERSON
5801 N. POLK DR.
KC, MO 64151

HENNING-PABON, JENNIFER
1819 MICHIGAN AVE #103
NAPERVILLE, IL 60563

HERNANDEZ, MATTHEW AND MELANIE
2158 COTTONWOOD AVENUE
SAN JACINTO, CA 92582

HERTZLER, ALICE P.
1707 STIRLING STREET
COATESVILLE, PA 19320

HICKS JR., ROBERT E.
1418 E 103RD ST 1ST FL
BROOKLYN, NY 11236

HOGAN, KERRY N
4462 FIRELIGHT DRIVE
SAINT LOUIS, MO 63129

IRVINE, JACQLYN F (JACQUI)
16652 ALMADEN DR
FONTANA, CA 92336

JACKSON, SABRINA
217 HAWTHORNE AVE 1
CENTRAL ISLIP, NY 11722

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**

**NOTICE OF DEBTORS' SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

Notices mailed by April 28, 2008 and sent to the following:

JETT, H.L.
1808 W. GRACE AVE
SPOKANE, WA 99205

JIMENEZ, MARCELA M
2329 LIME AVENUE
LONG BEACH, CA 90806

JOHN BLUEL APPRAISAL SERVC
ATTN JOHN BLUEL
5978 SCHROEDER RD
MADISON, WI 53711

JOYAL, SHELLY L.
451 MAIN DUNSTABLE RD
NASHUA, NH 03062

KAPLAN, CHERYL
7 CIRCLE DR
SYOSSET, NY 11791

KATONA, JESSICA L
156 JEFFERSON ST
EAST ISLIP, NY 11730

KEEFE, SENOA
204 ANNA ST
NORTH AURORA, IL 60542

KING, JULIE L.
202 STUART CIR
MC DONALD, PA 15057-2615

KINSLOW, JENNIFER
719 3RD AVE
EAST NORTHPORT, NY 11731

KIRK, CHRISTOPHER
17 CUERVO DR
ALISO VIEJO, CA 92656

KOIFMAN, OLEG
2832 W 23RD ST APT 4E
BROOKLYN, NY 11224

LACOMBE, LINDA M
6105 BROOKWOOD DR
OAK FOREST, IL 60452

LADD, BRIAN K.
17220 N 37TH ST
PHOENIX, AZ 85032

LAHENS, JUDITH E
7 CHELMSFORD DR
WHEATLEY HEIGHTS, NY 11798

LALIME, JOHN
4040 8TH PLACE
VERO BEACH, FL 32960

MALLEY, MARIE
158 HORIZON VIEW
FARMINGVILLE, NY 11738

MANGINELLI, DANIEL
3311 TEMPE DR
HUNTINGTON BEACH, CA 92649

MANGINELLI, DANIEL III
7 NEWHAVEN
LAGUNA NIGUEL, CA 92677

MARESCA, JOAN
2 SHORT HILL ROAD
NEW CITY, NY 10956

MARINARO, JAMES
75-A HILLWOOD DR
HUNTINGTON STATION, NY 11746

MASCOLO, JACQUELINE
31 S COLUMBIA ST
PORT JEFFERSON STATI, NY 11776

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**
Notices mailed by April 28, 2008 and sent to the following:

**NOTICE OF DEBTORS' SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

MCCOY, WILLIAM K (KEVIN)
13550 MERIDIAN AVE N
SEATTLE, WA  98133

MCMACHAN, FRED N.
485 WHITREE LANE
CHESTERFIELD, MO  63017-2449

MEYSEMBOURG, TAMI
11646 WHITEHALL AVE NW
UNIONTOWN, OH  44685

MILLS, DEBORAH
7343 EL CAMINO REAL 201
ATASCADERO, CA  93422

MONSIMER, FREDERICK
2916 TOLL GATE DRIVE
NORRISTOWN, PA  19403

MOORE APPRAISAL CO., INC
ATTN ROBERT W MOORE, PRESIDENT
160 WEST CARMEL DRIVE
SUITE 214
CARMEL, IN  46032

MORRIS, THOMAS E. & MARGARET JR.
7222 MYSTIC WAY
PORT SAINT LUCIE, FL  34986

NORWOOD, CARRIE H
4401 SHATTALON DR
WINSTON SALEM, NC  27106

ORANGE AND ROCKLAND UTILITIES, INC.
ATTN MARCIA MCLEOD, SUPERVISOR
390 W ROUTE 59
SPRING VALLEY, NY  10977-5300

PAGE, NICOLE
713 HUSON AVE.
ROMEOVILLE, IL  60491

PARRY, OLIVER W & BRACKETT, ALLEN V
6603 NW 25TH CT
BOCA RATON, FL  33496

PASANISE, MIKE
1518 S ADAMS ST
SPOKANE, WA  99203

PETERS, KIMBERLY K (KIM)
8960 SUTTERS GOLD
DRIVE
SACRAMENTO, CA  95826

PICCIUCA, JANA L.
6 MAYWOOD PL
KINGS PARK, NY  11754

PRESSMAN, CARYN
314 HART STREET
FIRST FLOOR
BROOKLYN, NY  11206

REPUBLIC WASTE SERVICES
ATTN LESLIE HARRIS, CREDIT DEPT
PO BOX 9001815
LOUISVILLE, KY  40290-1815

REYES, MILDRED M.
8973 TAMAR DRIVE
APT 302
COLUMBIA, MD  21045

RHODUS, DONDREA (DONDI)
18381 HWY 1057
KENTWOOD, LA  70444

RINGSTONE PARTNERS, LLC
ATTN DEBBIE STONER, PARTNER/PROP MGR.
PO BOX 160897
BIG SKY, MT  59716

RODRIGUEZ, MARGIDLEY
137 16B 68TH DR
KEW GARDENS HILLS, NY  11367

SCARBROUGH, EMMA A
218 BEACH 14TH ST
FAR ROCKAWAY, NY  11691

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

Notices mailed by April 28, 2008 and sent to the following:

SHAW, STEVEN
62 STRATFORD RD
WEST HEMPSTEAD, NY 11552

SHEALEY, DORNETTA
114 83 228TH ST
CAMBRIA HEIGHTS, NY 11411

SMITH, MICHAEL R
167 THOMAS POWELL BLVD
FARMINGDALE, NY 11735

SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS, ESQUIRE
2000 MARKET ST., 10TH FL -ROTHSCHILD LLP
PHILADELPHIA, PA 19103-3291

THOMAS, LORI
3368 S CARMAN AVE
SPRINGFIELD, IL 62703

THOMPSON, MARIE
67 WAVERCREST DR.
MASTIC BEACH, NY 11951

TSESMETZIS, STEFANOS
112 WINTER LN
HICKSVILLE, NY 11801

ULRICH, EUGENE
316 METZ RD
SEASIDE, CA 93955

WEST COAST CONTRACTING OF NEVADA INC
ATTN MARIO RAMIREZ
PRESIDENT
7785 WHITE FIRST ST
RENO, NV 89523

Total Parties: 135