### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | * | |
| AMERICAN HOME MORTGAGE | * | Case No.:  07-11047(CSS) |
| HOLDING INC., | * | Chapter 11 |
| Debtor. | * | |
| | * | |
| | * | |
| | * | **Hearing Date: May 12, 2008 at 10:00 a.m.** |

********************

### ORDER TERMINATING AUTOMATIC STAY UNDER
### SECTION 362 OF THE BANKRUPTCY CODE
### WITH RESPECT TO REAL PROPERTY LOCATED AT
### 19601 E. COUNTRY CLUB DRIVE 7607, AVENTURA, FL 33180
*(Relates to Docket # _____)*

**UPON CONSIDERATION** of the Motion for Relief from Automatic Stay (the

"Motion") filed by Beltway Capital, LLC c/o Select Portfolio Servicing, Inc. (the

"Movant"), and the Court having determined that (A) the Court has jurisdiction over the

Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceeding

pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a);

and (D) service to the limited parties stated on the Certificate of Service is adequate

under the circumstances; and in consideration of any response filed thereto, it is hereby

**ORDERED** as follows:

1.  To the extent that the automatic stay of 11 U.S.C. § 362(a) is applicable, such

stay is hereby terminated to allow the Movant and its successors and/or assignors to

pursue any state court remedies to which Movant may be entitled under applicable law

with respect to the following property: 19601E. Country Club Drive #7607, Aventura, FL

33180.

2.  This Order is immediately effective and is not stayed by operation of law,

notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).


Dated:  _____


_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Court