### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDINGS, INC., A Delaware | ) | |
| Corporation, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Benesch, Friedlander, Coplan & Aronoff LLP and Arnold & Porter LLP hereby withdraw as counsel to Vantage Point Capital, LLC in the above-captioned case and hereby requests that their names be removed from the Clerk's Matrix and Rule 2002 service list for service of documents as counsel to Vantage Point Capital, LLC

        BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

        /s/Bradford J. Sandler
        Bradford J. Sandler, Esquire (No. 4142)
        222 Delaware Ave., Suite 801
        Wilmington, DE 19801
        302-442-7010 (telephone)
        302-442-7012 (facsimile)
        bsandler@bfca.com

        and

        ARNOLD & PORTER LLP
        Michael L. Bernstein, Esq.
        555 12th Street NW
        Washington, DC 20004
        202-942-5577

Dated: May 6, 2008