IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
DELAWARE DIVISION

IN RE:

AMERICAN HOME MORTGAGE HOLDINGS, INC.

CASE NO. 07-11047
CHAPTER 11
JUDGE CHRISTOPHER S. SONTCHI

## REQUEST FOR SERVICE OF NOTICE PURSUANT TO F.R.B.P. 2002(g)

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that McCALLA RAYMER, LLC has been appointed by PHH Mortgage Corporation, to serve as its authorized agent to, _inter alia_, receive and review all notices that may affect its interests in this matter. Accordingly, you are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to, notices required by Bankruptcy Rules 2002 (g) and 9010(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the addresses indicated below.

Respectfully submitted,

McCALLA RAYMER, LLC

/s/ A. Michelle Hart

_____
A. Michelle Hart, Esq. Georgia Bar No. 334291
1544 Old Alabama Road
Roswell, Georgia 30076-2102
770-643-7200/866-761-0279 Fax

_Authorized Agent for PHH Mortgage Corporation_

File Number PHH-08-00230-2 / 0
Request for Service of Notice

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
DELAWARE DIVISION

IN RE:

AMERICAN HOME MORTGAGE HOLDINGS, INC.

CASE NO. 07-11047
CHAPTER 11
JUDGE CHRISTOPHER S. SONTCHI

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for

Service of Notice has been served by First Class Mail, postage pre-paid, upon

the following parties in interest on the 6th day of May, 2008.

Debtor's Attorney

Donald J. Bowman, Jr., Esq.
1000 West Street
17th Floor
Wilmington, DE 19801

Respectfully submitted,
McCALLA RAYMER, LLC

/s/ A. Michelle Hart

_____
A. Michelle Hart, Esq. Georgia Bar No. 334291
1544 Old Alabama Road
Roswell, Georgia 30076-2102
770-643-7200/866-761-0279 Fax

File Number PHH-08-00230-2 / 0
Request for Service of Notice