IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :    Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                  :
                                                                 :    Jointly Administered
           Debtors.                                              :
                                                                 :    Docket Ref. No. 3669
---------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL RELATED TO
## APPLICATION RE: DOCKET NO. 3669

On April 11, 2008, Phoenix Capital, Inc. ("Phoenix"), investment banker for the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed its *First Application Of Phoenix Capital, Inc. As Investment Banker For The Debtors And Debtors-In-Possession For Payment Of Compensation And Reimbursement Of Expenses Incurred For The Period August 6, 2007 Through December 31, 2007* (the "Application") [D.I. 3669]. By the Application, Phoenix sought approval of $400,000.00 in fees (the "Fees") and $13,875.79 in expenses (the "Expenses") to be paid in accordance with this Court's *Order Pursuant To Sections 327 And 328 Of The Bankruptcy Code And Bankruptcy Rule 2014 Approving The Retention Of Phoenix Capital, Inc. As Investment Bankers For The Debtors Nunc Pro Tunc To The Petition Date* (the "Retention Order") [D.I. 1040]. Objections to the relief requested in the Application were due to be filed by May 1, 2008 (the "Objection Deadline").

Prior to the expiration of the Objection Deadline, the United States Trustee in these cases (the "Trustee") communicated informal objections to the relief requested in the Application. With respect to the Trustee's objection, Phoenix has agreed to voluntarily reduce the requested Expenses by $1,306.23.

DB02:6799768.1                                                                            066585.1001

Based on this agreement, the Trustee has consented to the allowance of the Fees in the amount of $400,00.00 and the Expenses in the amount of $12,569.56 (the "Adjusted Expenses"). The Court's docket which was last updated May 6, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served by May 1, 2008 at 4:00 p.m. (ET).

Accordingly, pursuant to the Retention Order and in accordance with this Court's *Administrative Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals Pursuant To Sections 331 And 105(a) Of The Bankruptcy Code* [D.I. 547] the Debtors are now authorized to pay 80% of the Fees ($320,000.00) and 100% of the Adjusted Expenses ($12,569.56) on an interim basis without further Court order.

Dated: Wilmington, Delaware
May 6, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ryan M. Bartley*
James L. Patton, Jr. (No. 2202)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession