

Ms. Irma Gross
7248 Ballantrae Ct
Boca Raton, FL 33496



FILED

2008 MAY -2  AM 9: 42

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

TO WHOM IT MAY CONCERN

REFERENCE TO AMERICAN HOME MORTGAGE  BRANKRUPTCY

I DAVID GROSS RECIEVED THE ENCLOSED NOTICE  PERTAINING

TO MY CLAIM. A RESPOSE IS REQUIRED BY ME BY MAY 8, 2008.

I AM NOT SURE WHAT IS NEEDED FOR ME TO MAKE THIS RESPONSE .

I HAVE NO FORMS OR  WHAT PAPERS AND INFORMATION I MUS SEND .


I MAY BE REACHED AT  561 483 4543 -- CELL  516 263 3642

MAILING ADDRESS -- DAVID GROSS
                        7248 BALLANTRAE CT
                        BOCA RATON, FLORIDA 33496

E MAIL  DAVIDGROSS@MSN.COM

APPRECIATE A RESPONSE

THANK  YOU

*David Gross*

*Please advise*

*I Have objection to my claim being not isuell*

*David Gross*
*4/22/08*

Ms. Irma Gross
7248 Ballantrae Ct
Boca Raton, FL 33496