David Gross
7248 Ballantrae Court
Boca Raton, FL 33496

Tuesday, April 29, 2008

UNITED STATES BANKRUPTCY COURT
 FOR THE DISTRICT OF DELAWARE
  824 MARKET STREET
   3RD FLOOR
WILMINGTON, DELAWARE  19801

TO WHOM IT MAY CONCERN,

   YOUR HONOR , I DAVID GROSS OBJECT TO THE FACT THAT MY CLAIM NUMBER 9767 BEING SET ASIDE.

   I DAVID GROSS  7248 BALLANTRAE CT BOCA RATON FLORIDA 33496 DEFINITELY WOULD NOT LIKE THERE TO BE ANY OBJECTION TO MY CLAIM .

   SINCERELY.

   DAVID GROSS   561 483 4543  —  516 263 3642