26 April 2008

U.S. Bankruptcy Court
District of Delaware
824 Market Street (3rd Floor)
Wilmington, Delaware 19801

Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West St. (17th Floor)
Wilmington, Delaware 19801

Ref: AHM Bankruptcy – Case # 07-11047 (CSS)

Dear Court and Counsel to the Debtors,

    Attached are copies of Counsel's two cover letters to us. We own two homes and change our address for mail purposes. We only have **one** claim against AHM. We are currently at our NC address, and will be here until early November 2008. I hope this satisfies/answers your letters (copies attached – please note the different addresses).

    I called Counsel's phone number twice (302-571-6600) to try and clarify that having dual addresses was the problem. I was directed to voice mail, where I left messages, asking for a return call to confirm/explain the requirement. No call was returned! My wife and I found the Debtor's letter from Counsel confusing. Surely the problem/additional information requirement could have been explained more clearly. A written "Side Bar" in non legal terms explaining the requirement would have been very helpful/appreciated.

    Please advise us asap if this **does not** satisfy the Court's/Counsel's correspondence.

Respectfully,

Kenneth D. Johnson    &    Mary-Ann T. Johnson
329 Colington Drive
Kill Devil Hills, NC 27948
(252) 441-5337 (h)        (252) 202-3923 (c)

Copy to:    Bankruptcy Court
            Counsel for the Debtors

*[Handwritten margin note:] Received a call from "Lisa" at Counsel's office at 1030 04-29-08 and she thinks dual addresses are the problem. KDJ*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Objection Deadline: May 5, 2008 at 4:00 p.m. (ET) |
| ) | Hearing Date: May 12, 2008 at 10:00 a.m. (ET) |
| ) | |

AHM OB4 4/11/2008 (mergc2.txnum2) 4000099044
JOHNSON, KEN & MARY-ANN
2788 MADERIA CIRCLE
MONACO ESTATES
MELBOURNE, FL 32935-5599

## NOTICE OF DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: JOHNSON, KEN & MARY-ANN
2788 MADERIA CIRCLE
MONACO ESTATES

**Basis For Objection:** Claim based on Equity Interest

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 6403 | $51,859.65 |

    The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of your equity interest in the Debtors. The Objection seeks to alter your rights by disallowing your above listed claim in the 'Claim to be Expunged' row.

    Responses to the Objection, if any, must be filed on or before May 5, 2008 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

    At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

    A HEARING ON THE OBJECTION WILL BE HELD ON MAY 12, 2008 AT 10:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 11, 2008
    Wilmington, Delaware

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Objection Deadline: May 5, 2008 at 4:00 p.m. (ET) |
| ) | Hearing Date: May 12, 2008 at 10:00 a.m. (ET) |
| ) | |

AHM OB4 4/11/2008 (merge2.txnum2) 4000099044
JOHNSON, KEN & MARY-ANN
329 COLINGTON DR
KILL DEVIL HILLS, NC 27948

## NOTICE OF DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: JOHNSON, KEN & MARY-ANN
329 COLINGTON DR
KILL DEVIL HILLS, NC 27948

Basis For Objection: Claim based on Equity Interest

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 6403 | $51,859.65 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of your equity interest in the Debtors. The Objection seeks to alter your rights by disallowing your above listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **May 5, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 12, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 11, 2008
Wilmington, Delaware