IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br>a Delaware corporation, et al.,[1]<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

### CERTIFICATION OF SERVICE REGARDING
### FINAL CURE AMOUNT OF CITIBANK, N.A.

I, John T. Carroll, Esquire, counsel to Citibank, N.A., in the above-captioned matter, hereby certify that I am not less than 18 years of age, and further certify that on May 7, 2008, I caused to be served a true and correct copy of the Final Cure Amount of Citibank, N.A. upon the parties identified on the service list attached hereto as Exhibit "A" via e-mail transmission, hand delivery and/or U.S. First Class mail service as set forth thereon.

---

[1]　　The Debtors are: American Home Mortgage Holdings, Inc., a Delaware corporation; American Home Mortgage Investment Corp., a Maryland corporation; American Home Mortgage Acceptance, Inc., a Maryland corporation; American Home Mortgage Servicing, Inc., a Maryland corporation; American Home Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a Delaware limited liability company; Homegate Settlement Services, Inc., a New York corporation; and Great Oak Abstract Corp., a New York corporation.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: May 7, 2008
      Wilmington, DE

By:    COZEN O'CONNOR

/s/ John T. Carroll, III
John T. Carroll, III (No. 4060)
1201 N. Market Street
Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 295-2028
Facsimile:  (302) 295-2013

SEWARD & KISSEL LLP
Ronald L. Cohen
Arlene R. Alves
One Battery Park Plaza
New York, New York 10004
(212) 574-1200

Attorneys for Citibank, N.A., solely in its capacities as Indenture Trustee, Trustee, Paying Agent and Registrar

# EXHIBIT "A"

**American Home Mortgage Holdings, Inc.**
**Chapter 11**
**Case No. 07-11047(CSS)**

Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Attn: Matthew B. Lunn
Counsel to the Debtors
mlunn@ycst.com
*E-Mail Service and Hand Delivery*

Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022
Attn: Margot B. Schonholtz
Attn: Scott D. Talmadge
Counsel to Bank of America, N.A. as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006
mschonholtz@kayescholer.com
stalmadge@kayescholer.com
*E-mail Service and U.S. Mail*

Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
Attn: Laurie Selber Silverstein
lsilverstein@potteranderson.com
Counsel to Bank of America, N.A. as Administrative Agent for the lenders under that certain Second Amended and Restated Credit Agreement dated August 10, 2006
*E-Mail Service and Hand Delivery*

Mark S. Indelicato, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 1002
Counsel to the Official Committee of Unsecured Creditors
MIndelicato@hahnhessen.com
*E-mail Service and U.S. Mail*