**Attachment A**
**To Transfer Cost Claim**
**Of Deutsche Bank National Trust Company**

| Deal Name |
| --- |
| American Home Mortgage Inv Trust, 2005-1 |
| American Home Mortgage Inv Trust, 2005-2 |
| American Home Mortgage Inv Trust, 2005-3 |
| American Home Mortgage Assets Trust, 2005-1 |
| American Home Mortgage Assets Trust, 2005-2 |
| American Home Mortgage Inv Trust, 2005-SD1 |
| American Home Mortgage Inv Trust, 2006-1 |
| American Home Mortgage Inv Trust, 2006-2 |
| American Home Mortgage Inv Trust, 2006-3 |
| American Home Mortgage Assets Trust, 2006-1 |
| American Home Mortgage Assets Trust, 2006-2 |
| American Home Mortgage Assets Trust, 2006-5 |
| American Home Mortgage Assets Trust, 2006-6 |
| American Home Mortgage Inv Trust, 2007-1 |
| American Home Mortgage Inv Trust, 2007-2 |
| American Home Mortgage Assets Trust, 2007-1 |
| American Home Mortgage Assets Trust, 2007-2 |
| American Home Mortgage Assets Trust, 2007-3 |
| American Home Mortgage Assets Trust, 2007-4 |
| American Home Mortgage Assets Trust, 2007-5 |
| American Home Mortgage Inv Trust, 2007-A/2007-SD1 |
| American Home Mortgage Inv Trust, 2007-SD2 |
| Harborview Mortgage Loan Trust 2006-6 |
| Harborview Mortgage Loan Trust 2006-14 |
| Harborview Mortgage Loan Trust 2006-7 |
| Harborview Mortgage Loan Trust 2007-2 |
| Harborview Mortgage Loan Trust 2007-5 |
| GSAA Home Equity Trust 2006-10 |
| GSAA Home Equity Trust 2006-11 |
| GSAMP Mortgage Loan Trust 2006-S4 |
| GSR Mortgage Loan Trust 2006-OA1 |
| HSI Asset Loan Obligation Trust 2007-1 |
| HSI Asset Loan Obligation Trust 2007-AR1 |