**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| American Home Mortgage Holdings, Inc., a ) | |
| Delaware corporation, *et al.*, ) | |
| ) | Case No. 07-11047(CSS) |
| Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

The undersigned hereby states that true and correct copies of the *Transfer Claim of Wells Fargo Bank, N.A. as Master Servicer, Securities Administrator, Trust Administrator and/or Indenture Trustee* were served on May 7, 2008, upon all interested persons via CM/ECF and first class regular mail:

James L. Patton, Jr., Esquire
Sean M. Beach, Esquire
Young Conoway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

*Unsecured Creditor Committee*
Bonnie Glantz Fatell, Esquire
David W. Carickhoff, Jr., Esquire
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

Office of the United States Trustee
844 North King Street
Room 2207
Lockbox #35
Wilmington, Delaware 19801

        */s/ Todd C. Schiltz*
        Todd C. Schiltz (#3253)
        WolfBlock LLP
        1100 North Market Street, Suite 1001
        Wilmington, DE 19801
        (302) 777-0312
        Attorneys for Wells Fargo Bank, N.A.