IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x

In re:                                                                    :      Chapter 11
                                                                          :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                     :      Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                        :
                                                                          :      Jointly Administered
        Debtors.                                                          :
------------------------------------------------------------------------ x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 12, 2008 AT 10:00 A.M. (ET)**

**ADJOURNED/RESOLVED MATTERS**

1.      Motion of Natixis Real Estate Capital, Inc. f/k/a Ixis Real Estate Capital, Inc. for Relief
        from the Automatic Stay [D.I. 1701, 10/29/07]

        Objection Deadline:    November 7, 2007 at 4:00 p.m., extended for the Debtors and
                               Committee

        Related Document:

                a)      Order Approving and Authorizing the Settlement Agreement by and
                        Between the Debtors and Natixis Real Estate Capital Inc. f/k/a Ixis Real
                        Estate Capital, Inc. [D.I. 2986, 2/15/08]

        Objections Filed:      None

        Status: This matter has been resolved in part.  The remainder of this matter will be
                adjourned to May 28, 2008 at 11:00 a.m.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM
Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation
(1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland
corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American
Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a
New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all
of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is
4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2.    Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2395, 12/14/07]

Related Documents:

a)    Order Authorizing the Abandonment and Destruction of Certain Duplicate Mortgage Loan Files [D.I. 2724, 1/15/08]

b)    Debtors' Limited Reply and Supplement to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2888, 2/5/08]

c)    Notice of Filing of Exhibit A to Debtors' Limited Reply and Supplement to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2902, 2/8/08]

d)    Order (Second) Authorizing The (I)Abandonment And Destruction of Certain Duplicate Mortgage Loan Files or (II)Return of Mortgage Loan Files To The Owner of Such Loans Upon Payment of Reasonable Costs And Expenses [D.I. 3010, 2/19/08]

e)    Loan File Return Declaration of the Creditor Community Development Administration, a Division of the Maryland Department of Housing and Community Development [D.I. 3271, 3/13/08]

f)    Loan File Return Declaration of Aurora Loan Services LLC [D.I. 3275, 3/13/08]

g)    Declaration of Colorado Housing and Finance Authority [D.I. 3289, 3/13/08]

h)    Loan File Return Declaration of Wells Fargo Funding, Inc. [D.I. 3290, 3/14/08]

i)    Loan File Return Declaration of Goldman Sachs Mortgage Company [D.I. 3291, 3/14/08]

j)    Loan file Return Declaration of Marilyn Richardson on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3294, 3/14/08]

k)    Loan File Return Declaration of Debora Brown on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3297, 3/14/08]

l)    Loan File Return Declaration of Debora Brown on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3300, 3/14/08]

m)    Loan File Return Declaration of Kathleen Conte on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3302, 3/14/08]

n)    Loan File Return Declaration of Bruce W. Good [D.I. 3304, 3/14/08]

o)    Loan File Return Declaration of Deutsche Bank National Trust Company, Solely in its Capacity as Trustee, and on Behalf of Certain Securitization Trusts [D.I. 3305, 3/14/08]

p)    Declaration of L. Steven Spears in Support of Loan File Return [D.I. 3317, 3/14/08]

q)    Loan File Declaration of LaSalle Bank National Association, Solely in its Capacity as a Trustee, and on Behalf of Certain Securitization Trusts [D.I. 3347, 3/19/08]

Objections Filed:

r)    Objection and Reservation of Rights of Wells Fargo Bank, N.A. to the Bar Date Established Pursuant to the Second Order Pursuant to 11 U.S.C. §§5, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 3307, 3/14/08]

Status: This matter will be adjourned by agreement to May 28, 2008 at 11:00 a.m.

3.    Iron Mountain Information Management, Inc.'s Motion to Compel Payment of Administrative Expenses [D.I. 2465, 12/20/07]

Objection Deadline:    December 28, 2007 at 4:00 p.m., extended to February 7, 2008 at 4:00 p.m. for the Debtors and the Committee

Related Document:

a)    Proposed Form of Order filed by Iron Mountain Information Management, Inc. [D.I. 2502, 12/26/07]

Objections Filed:

    b)      Informal Response of the Debtors

Status: This matter will be adjourned by agreement to May 28, 2008 at 11:00 a.m.

4.    CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2515, 12/27/07]

    Objection Deadline:    January 7, 2008 at 4:00 p.m., extended to January 9, 2008 at 12:00 p.m.

    Objections Filed:

        a)      Debtors' Objection to CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2635, 1/9/08]

    Status: This matter will be adjourned by agreement to May 28, 2008 at 11:00 a.m.

5.    Motion of National City Capital Commercial Corporation for Entry of Order Granting Allowance and Payment of Post-Petition Rent as an Administrative Expense Pursuant to 11 U.S.C. § 503(b)(1)(a) [D.I. 2791, 1/25/08]

    Objection Deadline:    February 21, 2008 at 4:00 p.m., extended to May 21, 2008 for the Debtors and Committee

    Objections Filed:    None to date

    Status: This matter will be adjourned by agreement of the parties to May 28, 2008 at 11:00 a.m.

6.    Motion of McLain Partners II, LLC for Payment of Administrative Expense Claim [D.I. 3465, 3/28/08]

    Objection Deadline:    April 24, 2008 at 4:00 p.m., extended for the Debtors to May 21, 2008 at 4:00 p.m.

    Objections Filed:    None

    Status: This matter will be adjourned by agreement to May 28, 2008 at 11:00 a.m.

    

7.    Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3474, 3/28/08]

   Response Deadline:    April 24, 2008 at 4:00 p.m.

   Responses Filed:     See Exhibit A, attached

   Related Document:

        d)    Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3946, 5/2/08]

   Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned to May 28, 2008 at 11:00 a.m.

8.    Motion to Lift Automatic Stay filed by Patrick Manley, Freya DeNitto, Shawn O'Neil, Christian Kohl, Thomas Marinovich, Thomas Byrnes, David Livingstone, Kathleen Mamer, Randy Mamer and Scott Robisch [D.I. 3664, 4/11/08]

   Objection Deadline:    May 5, 2008 at 4:00 p.m., extended for the Debtors to May 21, 2008 at 4:00 p.m.

   Objections Filed:

        a)    Informal Response of the Debtors

   Status: This matter will be adjourned by agreement to May 28, 2008 at 11:00 a.m.

9.    Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 3720, 4/17/08]

   Objection Deadline:    May 5, 2008 at 4:00 p.m., extended for the Debtors and the Committee to May 21, 2008 at 4:00 p.m.

   Objections Filed:     None

   Status: This matter will be adjourned by agreement to May 28, 2008 at 11:00 a.m.

066585.1001

10.  Pre-Trial Conference:  Financial Guaranty Insurance Company v. American Home Mortgage Servicing, Inc. and American Home Mortgage Acceptance, Inc., Adv. No. 07-51725

Status: The parties anticipate submitting a settlement motion to the Court prior to the hearing scheduled May 28, 2008 at 11:00 a.m.

## UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION

11.  Debtors' Motion for Order, Pursuant to Bankruptcy Rule 9019 and Sections 105 and 362 of the Bankruptcy Code, Approving the (I) Settlement Agreement by and Between the Debtors and ACE Industries, LLC and (II) Release and Acknowledgement Agreement by and Between the Debtors and Title Insurance Company Resolving Certain Pending Prepetition Litigation [D.I. 3642, 4/10/08]

Objection Deadline:   April 24, 2008 at 4:00 p.m., extended for the Committee to May 5, 2008 at 4:00 p.m.

Objections Filed:      None

Related Document:

   a)   Certificate of No Objection [D.I. 3960, 5/5/08]

Status: A Certificate of No Objection has been filed.  No hearing is required.

## UNCONTESTED MATTERS- MOTIONS FOR RELIEF FROM STAY (FIRST LIEN FORECLOSURES) – CERTIFICATE OF NO OBJECTION

12.  Motion of Beltway Capital, LLC c/o Select Portfolio Serving, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 19601 E Country Club Drive, #7607, Aventura, FL 33180 [D.I. 3670, 4/11/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

   a)   Reservation of Rights [D.I. 3832, 4/23/08]

Related Document:

   b)   Certificate of No Objection [D.I. 3963, 5/5/08]

Status: A Certificate of No Objection has been filed.  No hearing is required.

13.    Motion of Wells Fargo Bank, N.A., as Trustee for MASTR Asset Backed Securities Trust 2005-OPT1 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2345 Linden Street, Atwater, CA 95301 [D.I. 3700, 4/15/08]

Objection Deadline:    May 5, 2008 at 4:00 p.m.

Objections Filed:

a)    Reservation of Rights [D.I. 3832, 4/23/08]

Related Document:

b)    Certificate of No Objection [D.I. 3963, 5/5/08]

Status: A Certificate of No Objection has been filed.  No hearing is required.

## CONTESTED MATTERS GOING FORWARD - MOTIONS FOR RELIEF FROM STAY (FIRST LIEN FORECLOSURES)

14.    Motion of CHL for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 13998 Jana Circle, Seaford, DE 19973 [D.I. 3726, 4/17/08]

Objection Deadline:    May 5, 2008 at 4:00 p.m.

Objections Filed:

a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Status: This matter will be going forward.

15.    Motion of Saxon Mortgage Services, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 844 N. Lawndale, Chicago, IL 60651[D.I. 3727, 4/17/08]

Objection Deadline:    May 5, 2008 at 4:00 p.m.

Objections Filed:

a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Status: This matter will be going forward.

16.     Motion of HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-AR3 Mortgage Pas-Through Certificates for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2 Laurel Lane, Prospect, CT 06712 [D.I. 3728, 4/17/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

        a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Status: This matter will be going forward.

17.     Motion of Bank of New York as Trustee for te Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-OC2 Mortgage Pass-Through Certificates, Series 2006-OC2 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 17618 Lindstrom Ct., Gaithersburg, MD 20877 [D.I. 3729, 4/17/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

        a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Status: This matter will be going forward.

18.     Motion of HSBC Bank USA, National Association, as Trustee for the Holders of the Certificates Issued by Deutsche ALT-A Securities, Mortgage Loan Trust, Series 2007-AR1 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1727 Palmetto Ave., Deland, FL [D.I. 3730, 4/17/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

        a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Status: This matter will be going forward.

19.     Motion of Deutsche Bank National Trust Company, as Trustee, on Behalf of BCAP LLC Trust 2007-AA3 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 8716 Lords View Loop, Gainesville, VA 20155 [D.I. 3731, 4/17/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Status: This matter will be going forward.

20.    Motion of Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-J1 Mortgage Pass-Through Certificates, Series 2006-J1 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 28 Shinar Mountain Road, Washington, CT 06794 [D.I. 3732, 4/17/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Status: This matter will be going forward.

21.    Motion of Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-J1 Mortgage Pass-Through Certificates, Series 2006-J1 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 42674 Cedar Ridge Boulevard, Chantilly, VA 20152 [D.I. 3733, 4/17/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Status: This matter will be going forward.

22.    Motion of Bank of HSBC Bank USA, National Association, as Trustee for the Holders of the Certificates Issued by Deutsche ALT-A Securities, Mortgage Loan Trust, Series 2007-AR1 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 263-267 Salem Street, Bridgeport, CT 06606 [D.I. 3734, 4/17/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

                                           

Status: This matter will be going forward.

23.    Motion of Countrywide Home Loans, Inc. for the Benefit of Home Federal Bank for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at Banfil Street, Saint Paul, MN 55106 [D.I. 3735, 4/17/08]

Objection Deadline:    May 5, 2008 at 4:00 p.m.

Objections Filed:

      a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Status: This matter will be going forward.

24.    Motion of Bank of CHL for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 184 Clinton Street, E. Patchogue, NY 11772 [D.I. 3737, 4/17/08]

Objection Deadline:    May 5, 2008 at 4:00 p.m.

Objections Filed:

      a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Status: This matter will be going forward.

25.    Motion of Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-J1 Mortgage Pass-Through Certificates, Series 2006-J1 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 13831 Beckwith Drive, Houston, TX 77014 [D.I. 3738, 4/17/08]

Objection Deadline:    May 5, 2008 at 4:00 p.m.

Objections Filed:

      a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Status: This matter will be going forward.

26.    Motion of CHL for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1411 South Jackson St., Green Bay WI 54301 [D.I. 3739, 4/17/08]

Objection Deadline:    May 5, 2008 at 4:00 p.m.

Objections Filed:

a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Status: This matter will be going forward.

27.    Motion of Bank of New York as Trustee for the Certificate Holders CWALT, Inc.
Alternative Loan Trust 2006-OC3 Mortgage Pass-Through Certificates, Series 2006-OC3
for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect
to Real Property Located at 8308 S. Green St., Chicago, IL 60620 [D.I. 3740, 4/17/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Status: This matter will be going forward.

28.    Motion of Bank of New York as Trustee for the Certificate Holders CWMBS, Inc. CHL
Mortgage Pass-Through Trust 2006-HYB 1 Mortgage Pass Through Certificates, Series
2006-HYB1 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code
with Respect to Real Property Located at 4640 Prince St., Downers Grove, IL 60515
[D.I. 3741, 4/17/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Status: This matter will be going forward.

29.    Motion of Bank of New York as Trustee for the Certificate Holders CWALT, Inc.
Alternative Loan Trust 2006-OC3 Mortgage Pass-Through Certificates, Series 2006-OC3
for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect
to Real Property Located at 54-56 Lynch St., Providence, RI 02908 [D.I. 3742, 4/17/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Status: This matter will be going forward.

30.     Motion of Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-OC3 Mortgage Pass-Through Certificates, Series 2006-OC3 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 3160 E. Allen Road, Oceola Township, MI 48855 [D.I. 3743, 4/17/08]

Objection Deadline:    May 5, 2008 at 4:00 p.m.

Objections Filed:

    a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Status: This matter will be going forward.

31.     Motion of HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche Alt-A Secutities Mortgage Loan Trust, Series 2007-AR3 Mortgage Pass-Through Certificates for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 24118 Bobcat Road, Astor, FL 32102 [D.I. 3744, 4/17/08]

Objection Deadline:    May 5, 2008 at 4:00 p.m.

Objections Filed:

    a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Status: This matter will be going forward.

32.     Motion of Bank of New York as eture Trustee for CWALT, Inc., GSC Alternative Loan Trust Notes, Series 2006-2 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 3545 Ewell Street, Annandale, VA 22003 [D.I. 3745, 4/17/08]

Objection Deadline:    May 5, 2008 at 4:00 p.m.

Objections Filed:

    a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Status: This matter will be going forward.

DB02:6781146.1                                                                                          066585.1001

33.    Motion of HSBC Bank USA, National Association as Trustee for the Holders of the
       Certificates Issued by Deutsche ALT-A Securities, Mortgage Loan Trust, Series 2007-
       AR1 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with
       Respect to Real Property Located at 114-116 James Street, Bridgeport, CT 06606 [D.I.
       3746, 4/17/08]

       Objection Deadline:    May 5, 2008 at 4:00 p.m.

       Objections Filed:

            a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

       Status: This matter will be going forward.

34.    Motion of LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through
       Certificates WMALT Series 2006-6 Trust for Relief from Automatic Stay Under Section
       362 of the Bankruptcy Code with Respect to Real Property Located at 11918 Lafayette
       Drive, Silver Spring, MD 20902 [D.I. 3816, 4/17/08]

       Objection Deadline:    May 5, 2008 at 4:00 p.m.

       Objections Filed:

            a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

       Status: This matter will be going forward.

35.    Motion of LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through
       Certificates WMALT Series 2006-5 Trust for Relief from Automatic Stay Under Section
       362 of the Bankruptcy Code with Respect to Real Property Located at 1985 Southern
       Blvd., Bronx, NY 10460 [D.I. 3817, 4/23/08]

       Objection Deadline:    May 5, 2008 at 4:00 p.m.

       Objections Filed:

            a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

       Status: This matter will be going forward.

36.    Motion of LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through
       Certificates WMALT Series 2006-5 Trust for Relief from Automatic Stay Under Section
       362 of the Bankruptcy Code with Respect to Real Property Located at 1985 Southern
       Blvd., Bronx, NY 10460 [D.I. 3818, 4/23/08]

       Objection Deadline:    May 5, 2008 at 4:00 p.m.

       Objections Filed:

  a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Status: This matter will be going forward.

37.    Motion of Washington Mutual Bank  for Relief from Automatic Stay Under Section 362
       of the Bankruptcy Code with Respect to Real Property Located at 7401 Pulteney Drive,
       Wesley Chapel, FL 33544 [D.I. 3819, 4/23/08]

       Objection Deadline:    May 5, 2008 at 4:00 p.m.

       Objections Filed:

         a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

       Status: This matter will be going forward.

38.    Motion of Washington Mutual Bank for Relief from Automatic Stay Under Section 362
       of the Bankruptcy Code with Respect to Real Property Located at 109-42 133rd Sreet,
       South Ozone Park, NY 11420 [D.I. 3820, 4/23/08]

       Objection Deadline:    May 5, 2008 at 4:00 p.m.

       Objections Filed:

         a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

       Status: This matter will be going forward.

39.    Motion of LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through
       Certificates WMALT Series 2006-6 Trust for Relief from Automatic Stay Under Section
       362 of the Bankruptcy Code with Respect to Real Property Located at 13334 Little Gem
       Circle, Fort Myers, FL 33913 [D.I. 3821, 4/23/08]

       Objection Deadline:    May 5, 2008 at 4:00 p.m.

       Objections Filed:

         a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

       Status: This matter will be going forward.

40.    Motion of Washington Mutual Bank for Relief from Automatic Stay Under Section 362
       of the Bankruptcy Code with Respect to Real Property Located at 17-19 Fort Hill
       Avenue, Lowell, MA 01854 [D.I. 3822, 4/23/08]

       Objection Deadline:    May 5, 2008 at 4:00 p.m.

Objections Filed:

    a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Status: This matter will be going forward.

41.     Motion of LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 14560 Piedmont Street, Detroit, MI 48223 [D.I. 3823, 4/23/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

    a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Status: This matter will be going forward.

42.     Motion of LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-5 Trust for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2468 Longstreet, Wyoming, MI 49509 [D.I. 3829, 4/23/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

    a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Status: This matter will be going forward.

43.     Motion South Point, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 705 Washington Street, Boston, MA 02111 [D.I. 3830, 4/23/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

    a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Status: This matter will be going forward.

DB02:6781146.1                                             066585.1001

44. Motion of Bank of New York Trust Company, N.A. as Successor to JPMorgan Chase Bank N.A. as Trustee for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 317 Horsepound Road, Carmel, NY10512 [D.I. 3831, 4/23/08]

    Objection Deadline:    May 5, 2008 at 4:00 p.m.

    Objections Filed:

        a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

    Status: This matter will be going forward.

## CONTESTED MATTERS GOING FORWARD

45. Debtors' Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3677, 4/11/08]

    Response Deadline:    May 5, 2008 at 4:00 p.m.

    Responses Filed:

        a)    Response of Edwin R. Anderson [D.I. 3779, 4/21/08]

        b)    Response of Allan Sturms [D.I. 3780, 4/21/08]

        c)    Response of Stephen J. Homola [D.I. 3807, 4/22/08]

        d)    Response of Max Gendelman [D.I. 3855, 4/25/08]

        e)    Response of Sandra Martha Pfitzer [D.I. 3894, 4/28/08]

        f)    Response of Saheed A. Khan [D.I. 3898, 4/28/08]

        g)    Informal Response of David Gross [D.I. 3969 and 3970, 5/7/08]

        h)    Response of Kenneth D. Johnson and Mary-Ann T. Johnson [D.I. 3971, 5/7/08]

        i)    Response of George W. Lilley, Jr. [D.I. TBD]

        j)    Response of Suzan Fritz [D.I. TBD]

        k)    Response of Cary C. Huber [D.I. TBD]

        l)    Response of Iris Pansky [D.I. TBD]

m)      Response of James P. Hagan [D.I. TBD]

n)      Response of Hilda R. Gamble [D.I. TBD]

o)      Response of Mitcheal Carpenter [D.I. TBD]

p)      Response of Sushila Gupta [D.I. TBD]

q)      Response of Richard K. Vann [D.I. TBD]

r)      Response of Lynne & Shirley Montgomery [D.I. TBD]

s)      Response of James G. Trout [D.I. TBD]

t)      Response of Leslie Crawley [D.I. TBD]

Status: This matter will be going forward.

46.     Debtors' Motion for an Order, Pursuant to Sections 105(a) and 365 of the Bankruptcy
        Code and the Sale Order, (I) Approving the Form of Notice and Authorizing the Debtors
        to File a Notice of Proposed Purchaser's Cure Amounts and (II) Establishing a Bar Date
        for Filing Objections to the Proposed Purchaser's Cure Amounts [D.I. 3847, 4/24/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m., extended for the parties identified below

Objections Filed:

a)      Informal Response of Deutsche Bank National Trust Company

b)      Informal Response of U.S. Bank National Association

c)      Informal Response of Wells Fargo Bank, N.A.

d)      Informal Response of Citibank, N.A.

e)      Informal Response of The Bank of New York

Status: The Debtors anticipate submitting a revised form of order before or at the hearing that addresses informal issues raised by the parties identified above. This matter will be going forward.

Dated: Wilmington, Delaware
May 8, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

18

## Exhibit A, Second Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| a | Judith Rigsby | 3753, 4/21/08 | Adjourned to May 28, 2008 at 11:00 a.m. |
| b | Lillian Frieder | 3805, 4/23/08 | Adjourned to May 28, 2008 at 11:00 a.m. |
| c | Nathan Frieder | 3806, 4/23/08 | Adjourned to May 28, 2008 at 11:00 a.m. |

DB02:6781146.1                    066585.1001