# EXHIBIT D

DAVIS & GILBERT LLP
1740 BROADWAY
NEW YORK, NEW YORK 10019
(212) 468-4800

DIRECT DIAL NUMBER
(212) 468-4875
EMAIL ADDRESS
JCIOFFI@DGLAW.COM

MAIN FACSIMILE
(212) 468-4888
PERSONAL FACSIMILE
212-974-6975

September 26, 2007

BY FACSIMILE AND E-MAIL

Maryland Department of Housing
and Community Development
100 Community Place
Crownsville, Maryland 21032-2023
Attention: William Manahan, Assistant Director

Re: American Home Mortgage Corp.

Gentlemen:

We are the attorneys for Natixis Real Estate Capital Inc. f/k/a IXIS Real Estate Capital Inc. f/k/a CDC Mortgage Capital Inc. ("Natixis"). We understand that the Maryland Department of Housing and Community Development ("Maryland") has entered into a whole loan mortgage purchase transaction with respect to the mortgage loans identified on Exhibit A hereto (the "Mortgage Loans") with American Home Mortgage Corp. and its affiliates (collectively, "AHM"), currently debtors in the United States Bankruptcy Court for the District of Delaware. We further understand that such transaction is expected to settle on September 26, 2007 and that Maryland intends to pay, or AHM has requested that Maryland pay, to AHM directly the purchase price for the Mortgage Loans.

As you are aware, the Mortgage Loans are subject to bailment letters (the "Bailment Letters") under which Maryland acknowledged that (i) Natixis is the owner of the Mortgage Loans and (ii) it received possession of the promissory notes and other documents relating to such Mortgage Loans (the "Mortgage Loan Documents") in trust, as bailee for Natixis. In addition, Maryland agreed only to send payments with respect to the Mortgage Loans to Natixis. Therefore, any payment by Maryland with respect to the Mortgage Loans will constitute a breach of the Bailment Letters. To reiterate the terms of the Bailment Letters, Natixis will not release its interest in the Mortgage Loans unless it receives payment as provided therein.

In addition, we advise you that AHM is currently indebted to Natixis in an amount exceeding $10 million in respect of repurchase and other obligations under the terms of a Master Repurchase Agreement between AHM, as seller, and Natixis, as buyer (the "MRA"). In connection with the MRA, in addition to selling the Mortgage Loans to Natixis, AHM granted to Natixis a security interest in all agreements related to the Mortgage Loans and rights to payment

1147131v3 05033 0055-001

DAVIS & GILBERT LLP

Maryland Department of Housing
and Community Development
September 26, 2007
Page 2

thereunder, including any rights to receive payments under the contemplated transaction between Maryland and AHM.

All payments by Maryland with respect to the Mortgage Loans should be sent to the account designated in the Bailment Letters unless otherwise instructed by Natixis. We hereby notify you on behalf of Natixis that notwithstanding the account set forth in the Bailment Letters, all such payments should be sent to:

| | |
|---|---|
| Bank: | Bank of New York |
| City: | New York, NY |
| ABA: | 021000018 |
| A/C #: | GLA 111569 SER |
| A/C Name: | SER |
| Attn: | Chris Kostopoulos |

In the event that Maryland fails to pay to Natixis any or all of the amounts due with respect to the Mortgage Loans under the contemplated transaction with AHM or if Maryland interferes with Natixis' right or ability to collect any monies owed in respect of the Mortgage Loans, Natixis will take appropriate legal action.

In addition, we are currently investigating other purchases purported to have been made by Maryland of the mortgage loans set forth on Exhibit B hereto. We advise you that Natixis has not received payment with respect to such mortgage loans and therefore remains the owner thereof. Natixis will not release its interest in such mortgage loans until it receives full payment as provided in the relevant bailment letters delivered in connection with such mortgage loans.

Natixis reserves any and all rights, remedies, powers and privileges available under applicable law and the current non-exercise of any rights, remedies, powers and privileges by Natixis shall not be, and shall not be construed as, a waiver thereof.

Thank you for your cooperation.

Very truly yours,

Joseph Cioffi

cc: Grammia Goodman
    Albert Zakes
    Joseph Falcone
    Ray Sullivan

EXHIBIT A

| LOAN ID | BORROWER | ORIGINATION | ORIGINAL BAL | CURRENT BAL | SHIP DATE | SHIPPED TO |
|---|---|---|---|---|---|---|
| 1579356 | SHAWN CHANDLER | 5/14/2007 | $ 225,000.00 | $ 224,749.43 | 5/25/2007 | MARYLAND COMMUNITY DEV. ADMIN |

EXHIBIT B

| LOAN ID | BORROWER | ORIGINATION | ORIGINAL BAL | CURRENT BAL | SHIP DATE | SHIPPED TO |
|---|---|---|---|---|---|---|
| 1759239 | PATRICK BUTLER | 5/10/2007 | $ 5,000.00 | $ 5,000.00 | 6/5/2007 | MARYLAND COMMUNITY DEV. ADMIN |
| 1675872 | JACOB T SWANSON | 3/27/2007 | $ 5,000.00 | $ 5,000.00 | 4/12/2007 | MARYLAND COMMUNITY DEV. ADMIN |
| 1694500 | DARREN P HAAS | 3/21/2007 | $ 5,000.00 | $ 5,000.00 | 4/6/2007 | MARYLAND COMMUNITY DEV. ADMIN |
| 3 | | | $ 15,000.00 | $ 15,000.00 | | |