Christine C. Conklin
134 Commack Road
Islip, NY 11751
Case# ~07-11047 (CSS)
May 2, 2008

United States Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Re: Response To Objection.

The Claim that was submitted was correct in reference to the attached Termination Letter I received when I was Laid Off. It stated that I was entitled to 5 weeks of Transition Pay in the amount of $7382.40.

I request the Court not to reduce my Claim# 2412 in the the amount of $7382.40 to $1615.38 as the Debtors/American Home Mortgage Holdings, Inc. wants to do.

Christine C. Conklin

Copy to:
Young Conway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801



July 26, 2007

Christine Conklin
134 Commack Rd
Islip, NY 11751

Dear Christine:

A review of business conditions and the need for support in our Melville Operation has been conducted by senior management. At their direction, we have decided to make adjustments to our staffing levels. Effective today, July 26, 2007, your position at American Home Mortgage is being eliminated. The following information is important to your separation from the company.

**TRANSITION PAY**
American Home Mortgage will provide you with the equivalent of five (5) weeks of wages, which will be paid to you over the appropriate number of pay periods as salary continuation. The value of any earned but unused vacation benefits will be paid to you, in accordance with New York state law and American Brokers Conduit Policy.

**BENEFIT PLANS**
Your health plan benefits will end on July 31, 2007 and <u>your regular monthly employee contributions</u> will be deducted from any money you receive. You will be entitled to elect to continue your health coverage under *COBRA* effective August 1, 2007. To assist you during the initial transition period, American Home Mortgage will pay the employer cost to continue current coverage under COBRA for the period through August 31, 2007. <u>Please note you must elect to continue your coverage under COBRA in order to be eligible for the company subsidy</u>. Our *COBRA* Administrator, ADP COBRA Services, will provide you with COBRA continuation information within fourteen (14) days of the coverage end date as stated above. Note that COBRA information packages are mailed directly from ADP COBRA Services following electronic notification of the <u>coverage end date.</u>

Life, accident and disability and any other voluntary insurance coverage will end on your last day of active employment.

If you are participating in the Flexible Spending Account program, any balance remaining in your Flexible Spending Account(s) may be reimbursed to you for eligible expenses incurred prior to your last day of employment. You may file a claim for reimbursement of eligible expenses through March 15, 2008 for 2007 expenses. Our Flexible Spending Account administrator is *ADP Benefits Services – Flex Direct*.

**401K PLAN**
If you are participating in the American Home Mortgage 401(k) plan, you may elect to rollover your 401K account balance to an IRA or another employer's qualified retirement plan or you may elect to take a cash distribution account. If your account balance is greater than $5,000, you may elect to keep your account invested in the AHM 401(k) plan. You may request a Termination Kit at any time after October 1, 2007, which includes a Distribution at Termination form and/or a Direct Rollover Out of the Plan form by calling Charles Schwab and Co. at 1-800-724-7526 or through the web at www.schwabplan.com.

Should you have any questions about your COBRA benefits, please contact Collette Karey, Senior Benefits Administrator, in the Human Resources Department at 847-590-2973 or by e-mail collette.karey@americanhm.com. For all other Benefit inquiries please contact our Benefit Department at 888-474-2461.

Sincerely,

*Lisa Geloso*
Lisa Geloso
Branch Operations Manager, AVP

Cc: employee file
    Collette Karey
    Payroll