# EXHIBIT A

In re American Home Mortgage Holdings, Inc., Case No. 07-11047-CSS (Chap. 11)

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 3700 | Wells Fargo Bank, N.A., as Trustee for MASTR Asset Backed Securities Trust 2005-OPT1 | 2345 Linden Street Atwater, CA 95301 |
| 3726 | CHL | 13998 Jana Circle Seaford, DE 19973 |
| 3727 | Saxon Mortgage Services Inc | 844 N Lawndale Chicago, IL 60651 |
| 3728 | HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-AR3 Mortgage Pass-Through Certificates | 2 Laurel Lane Prospect, CT 06712 |
| 3729 | The Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-OC2 Mortgage Pass-Through Certificates, Series 2006-OC2 | 17618 Lindstrom Ct Gaithersburg, MD 20877 |
| 3730 | HSBC Bank USA, National Association, as Trustee for the Holders of the Certificates Issued by Deutsche ALT-A Securities, Mortgage Loan Trust, Series 2007-AR1 | 1727 Palmetto Ave Deland, FL 32724 |
| 3731 | Deutsche Bank National Trust Company, as Trustee, on Behalf of BCAP LLC Trust 2007-AA3 | 8716 Lords View Loop Gainesville, VA 20155 |
| 3732 | The Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-J1 Mortgage Pass-Through Certificates, Series 2006-J1 | 28 Shinar Mountain Road Washington Depot, CT 06794 |
| 3733 | The Bank of New York as Trustee for the Certificate Holders CWAT, Inc. Alternative Loan Trust 2006-J1 Mortgage Pass-Through Certificates, Series 2006-J1 | 42674 Cedar Ridge Boulevard Chantilly, VA 20152 |
| 3734 | HSBC Bank USA, National Association, as Trustee for the Holders of the Certificates Issued by Deutsche ALT-A Securities, Mortgage Loan Trust, Series 2007-AR1 | 263-267 Salem Street Bridgeport, CT 06606 |
| 3735 | Countrywide Home Loans, Inc. for the Benefit of Home Federal Bank | 459 Banfil Street Saint Paul, MN 55106 |
| 3737 | CHL | 184 Clinton Street E Patchogue, NY 11772 |
| 3738 | The Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-J1 Mortgage Pass-Through Certificates, Series 2006-J1 | 13831 Beckwith Drive Houston, TX 77014 |
| 3739 | CHL | 1411 South Jackson St Green Bay, WI 54301 |
| 3740 | The Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-OC3 Mortgage Pass-Through Certificates, Series 2006-OC3 | 8308 S Green St Chicago, IL 60620 |

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 3741 | The Bank of New York as Trustee for the Certificate Holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB 1 Mortgage Pass-Through Certificates, Series 2006-HYB1 | 4640 Prince St Downers Grove, IL 60515 |
| 3742 | The Bank of New York as Trustee for the Certificate Holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB 1 Mortgage Pass-Through Certificates, Series 2006-HYB1 | 54-56 Lynch St Providence, RI 02908 |
| 3743 | The Bank of New York as Trustee for the Certificate Holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB 1 Mortgage Pass-Through Certificates, Series 2006-HYB1 | 3160 E Allen Rd Oceola Township, MI 48855 |
| 3744 | HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-AR3 Mortgage Pass-Through Certificates | 24118 Bobcat Road Astor FL 32102 |
| 3745 | The Bank of New York, as Indenture Trustee for CWALT, Inc., GSC Alternative Loan Trust Notes, Series 2006-2 | 3545 Ewell Street Annandale, VA 22003 |
| 3746 | HSBC Bank USA, National Association as Trustee for the Holders of the Certificates Issued by Deutsche ALT-A Securities, Mortgage Loan Trust, Series 2007-AR1 | 114-116 James Street Bridgeport, CT 06606 |
| 3816 | LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-6 Trust | 11918 Lafayette Drive Silver Spring, MD 20902 |
| 3817 | Washington Mutual Bank | 1351 Medina Avenue NW Palm Bay, FL 32907 |
| 3819 | Washington Mutual Bank | 7401 Pulteney Drive Wesley Chapel, FL 33544 |
| 3820 | Washington Mutual Bank | 109-42 133rd Street South Ozone Park, NY 11420 |
| 3821 | LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-6 Trust | 13334 Little Gem Circle Fort Myers, FL 33913 |
| 3822 | Washington Mutual Bank | 17-19 Fort Hill Avenue Lowell, MA 01854 |
| 3823 | LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series | 14560 Piedmont Street Detroit, MI 48223 |
| 3829 | LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-5 Trust | 2468 Longstreet Wyoming, MI 49509 |
| 3830 | South Point Inc. | 705 Washington Street Boston, MS 02111 |
| 3831 | Bank of New York Trust Company, N.A. as Successor to JPMorgan Chase Bank N.A. as Trustee | 317 Horsepound Road Carmel, NY 10512 |