Dear Sir,                                4/24/08

I disagree with the debtors objection and wish for my claim to go forward.

Claim # 6655    Claim Amt. $36,464.58

This claim is for Lynn & Shirley Montgomery

Thank you,

Lynn E. Montgomery

Case Name = American Home Mortgage Holdings, Inc., Delaware Corporation, et al., Debtors
Chapter 11
Case No. = 07-11047 (CSS)