Leslie L. Crawley, Jr
148 Tennis Court
Winter Springs, FL 32708-3200


May 1, 2008


United States Bankruptcy Court
For the District of Delaware
824 Market Street
3rdFloor
Wilmington, Delaware   19801


Re: AMERICAN HOME MORTGAGE HOLDINGS, INC, Delaware
corporation, et al...
Chapter 11
Case No. 07-11047 (CCS)
Objection to Claim


Dear Sirs:

I am writing in response to the above noted "Objection to Claim".

I am seeking counsel regarding this matter, and until I can have an attorney
review the case, I am respectfully requesting the court not grant the relief
requested in this objection without the proper hearing.

Because of the time element, I am submitting this initial response to the
objection on my own behalf and will have my attorney submit a subsequent
petition after review.

Sincerely,

Leslie L. Crawley Jr.


cc: YOUNG, CONAWAY, STARGATT & TAYLOR, LLP