Dr. Sushila Gupta
6 Theis Lane
Blauvelt, NY 10913

FILED
2008 MAY -7 AM 10: 32

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 1, 2008

Certified Mail With Return Receipt

United States Bankruptcy Court
824 Market Street
3rd Floor
Wilmington, DE 19801

Re: American Home Mortgage Holdings, Inc
Case #07-11047(CSS)
Claim #5008
Claim Amount $43,750

Dear Honorable Judge,

    I am the claimant against American Home Mortgage Holdings. My basis for claim is that I have purchased preferred stocks of the aforementioned company which is already in your record. I was never notified as a shareholder, before the bankruptcy filing, that the American Home Mortgage Holdings carries a substantial amount of sub-prime mortgage debt in their portfolios. Also, it was never revealed that the risk exposure is so heavy that may impair their ability to pay any preferred dividends to shareholders. I personally feel that due to the adversarial role of the management, shareholders became the victims, which indicates careless action of American Home Mortgage Holdings. Under the circumstances above, I retain my rights and pray before your court to keep my claim as valid, and be given my fair share of justice through your considerations.

Sincerely yours,

*Sushila Gupta*

Sushila Gupta

CC: Young, Conaway, Stargatt & Taylor LLP Attorney for the Debtors
    The Brandywine Bldg
    1000 West Street 17th Floor
    Wilmington, DE 19801