173 Poplar Drive
Morgantown, WV 26505-2540

FILED
2008 MAY -8 AM 9: 17

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 2, 2008

United States Bankruptcy Court
For the District of Delaware
824 Market Street, 3rd. Floor
Wilmington, DE 19801

**IN RE: American Home Mortgage Holdings Inc., Debtors**
**Claim Number 6897**

Gentlemen:

Please accept this as my objection to the above Debtor's "Claim to be Expunged."

Sincerely,

*[signature]*

George W. Lilley Jr., Trustee
George W. Lilly [sic], Non Exempt Tr.