04/25/2008

To: The Honorable Christopher S. Sontchi
   United States Bankruptcy Court – District of Delaware
   824 Market Street, 3rd Floor
   Wilmington, Delaware  19801



Cc: Young Conaway Stargatt & Taylor, LLP
   Atten: Nathan D. Grow (5014)
   The Brandywine Building
   1000 West Street, - 17th Floor
   Wilmington, Delaware  19801

In reference to: Case No. 07-11047 (CSS) –
   AMERICAN HOME MORTGAGE HOLDINGS, INC
   Hearing Date: 12 May 2008 at 10AM (ET)

**Response to the Objection** – Due on or before 5 May 2008 at 4PM (ET)

I Cary C Huber (Claim #5243) object to any removal of my claims pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 in the above referenced case.

Cary Huber
c/o Suzan Fritz
13925 Farmington Way
Apple Valley, MN 55124 – 3313

Cary C Huber