April 27, 2008

Honorable Christopher S Sontchi
United States Bankruptcy Ct., District of Delaware
Wilmington, Delaware 19801

Re: Pansky Family Trust                Claim Number      Claim Amount
    Iris Pansky, TTEE                      8505            $33,450.99

            American Home Mortgage Holdings, Inc.
                    Debtors

Your Honor:

I do not know the most appropriate way in which to
file my response to the Debtors' objection but,
simply stated – I do not want my claim to be
disallowed and/or expunged. (See attached.)
It is, I believe, a valid claim.

My thanks for your anticipated positive response
to my request .. Though it is presented without
legal argument.

Sincerely,
Iris Pansky
2647 SW Vista Ave.
Portland, OR. 97201
503 - 223 - 0558

                    C.C. Young Conaway Stargatt + Taylor
                    Att: Rob Poppiti

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, <u>et al.</u>, | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: May 5, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: May 12, 2008 at 10:00 a.m. (ET) |
| | ) |

AHM OB4 4/11/2008 (merge2.txnum2) 4000100591

PANSKY FAMILY TRUST, THE
IRIS PANSKY, TTEE
2647 S.W. VISTA AVE.
PORTLAND, OR 97201-1793

### NOTICE OF DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

| | | | |
|---|---|---|---|
| TO: PANSKY FAMILY TRUST, THE | **Basis For Objection:** | Claim based on Equity Interest | |
| IRIS PANSKY, TTEE | | **Claim Number** | **Claim Amount** |
| 2647 S.W. VISTA AVE. | **Claim to be Expunged** | 8505 | $33,450.99 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of your equity interest in the Debtors. The Objection seeks to alter your rights by disallowing your above listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **May 5, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 12, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 11, 2008
    Wilmington, Delaware