04/25/2008

To: The Honorable Christopher S. Sontchi
    United States Bankruptcy Court – District of Delaware
    824 Market Street, 3rd Floor
    Wilmington, Delaware  19801


Cc: Young Conaway Stargatt & Taylor, LLP
    Atten: Nathan D. Grow (5014)
    The Brandywine Building
    1000 West Street, - 17th Floor
    Wilmington, Delaware  19801


In reference to: Case No. 07-11047 (CSS) –
                 AMERICAN HOME MORTGAGE HOLDINGS, INC
                 Hearing Date: 12 May 2008 at 10AM (ET)

**Response to the Objection** – Due on or before 5 May 2008 at 4PM (ET)


I Suzan K. Fritz (Claim #5236) object to any removal of my claims pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 in the above referenced case.



Suzan Fritz
13925 Farmington Way
Apple Valley, MN 55124 – 3313



_____
Suzan K Fritz