April 29, 2008



The Honorable Christopher S. Sontchi
United States Bankruptcy Court
for the District of Delaware
824 Market Street – 3rd Floor
Wilmington, Delaware 19801

RE:   American Home Mortgage Holdings, Inc. Bankruptcy Case No. 07-11047 (CSS)
       Equity Interest Claim #3766

Dear Judge Sontchi:

This letter is to serve notice that I am opposed to my equity interest claim #3766 in the amount of $30,939.22 being disallowed as listed in the 'Claim to be Expunged' row under the filing by the Debtors of the "Debtors' Fourth Omnibus (Non-Substantive) objection to claims pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1.

I have enclosed a copy of my Proof of Claim filing along with proof of purchase and sale of my American Home Mortgage stock shares.

Thank you for your consideration in this matter.

Sincerely yours,

*James G. Trout*

James G. Trout

Enclosures

Copy:  James L. Patton, Jr., Pauline K. Morgan, Edward J. Kosmowski, and .
        Nathan D. Grow, of Young Conaway Stargatt & Taylor, LLP

VIA:  CERTIFIED MAIL – RETURN RECEIPT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Objection Deadline: May 5, 2008 at 4:00 p.m. (ET) |
| ) | Hearing Date: May 12, 2008 at 10:00 a.m. (ET) |
| ) | |

AHM OB4 4/11/2008 (merge2.txnum2) 4000096992

TROUT, JAMES G.
10104 DUBLIN ROAD
WALKERSVILLE, MD  21793

## NOTICE OF DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: TROUT, JAMES G.
    10104 DUBLIN ROAD
    WALKERSVILLE, MD  21793

Basis For Objection: Claim based on Equity Interest

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 3766 | $30,939.22 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of your equity interest in the Debtors. The Objection seeks to alter your rights by disallowing your above listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **May 5, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON MAY 12, 2008 AT 10:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 11, 2008
       Wilmington, Delaware

# PROOF OF CLAIM

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**
American Home Mortgage Claims Processing Center
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re: American Home Mortgage Holdings, Inc., et al., Debtors.
Chapter 11
Case No. 07-11047 (CSS)
Jointly Administered

Name of Debtor Against Which Claim is Held: **AMERICAN HOME MTGE INVESTMENT CORP**
Case No. of Debtor: **07-11048**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

JAMES G. TROUT
10104 DUBLIN ROAD
WALKERSVILLE, MD 21793

Telephone number: 301-898-9391
Email Address: JTROUT7099@AOL.COM

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces  ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☒ Other  1100 SHS. STOCK BOUGHT 12/8/06 AND 6/1/07 AND SOLD AT A LOSS OF $30,939.22 (explain)

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: 9 3 6 9
   Unpaid compensation for services performed
   from _____ to _____

2. **Date debt was incurred:** SOLD 1100 SHS. ON 11/14/07

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ 30,939.22 (unsecured nonpriority) + _____ (secured) + _____ (unsecured priority) = 30,939.22 (Total)

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Nonpriority Claim:** $ 30,939.22
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**FILED / RECEIVED**
NOV 29 2007
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 11/26/07
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): JAMES G. TROUT
/s/ James G. Trout

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Edward Jones**
119 W Patrick St
Frederick, MD 21701
(301) 698-7090

Jennifer L. Sutton
Financial Advisor

# Edward Jones

```
  RCA            MORE DATA AVAILABLE              04/23/08   14:39   (M3805)
  IR:  689848                        ACTIVITY FOR ACCOUNT                SCREEN-1
  Name:    TROUT, JAMES G MSTR            Acct: 689-07846    SINGLE
  PHONE:   HOME P 301-898-9391            Occupation:  BUSINESS OPERATIONS SPEC
           WORK   301-898-9899            Acct Codes: H H H H H  Sweeper:   MFIS
  Start At:                               Acct Obj: C/EQ INC GRW GRWI AGR
     PRODUCT
       DATE     ACTIVITY        QTY IN       QTY OUT     UNIT PRICE     ORIG COST
  1 AMERICAN HOME MTG INVT CORP COM
     CUSIP = 02660R107 SYMBOL = AHMIQ
      12/08/06  BOUGHT        500.00000                    34.5000       17593.70
      06/01/07  BOUGHT        600.00000                    21.8800       13409.87
    * 11/14/07  SOLD                       1100.00000       0.0700          64.35
  2 AMGEN INC COM
     CUSIP = 031162100 SYMBOL = AMGN
      07/25/02  BOUGHT        186.00000                    42.0000        7989.58
      06/21/04  SOLD                        186.00000      53.7300        9802.59


  Item:       Action:        BY-BUY C3-CATSP PA-PA  F2-PRINT  F3-ESC
  F4-MENU   F5-GA  F6-PI  F7-REV  F8-FWD  F9-LEFT  F10-RIGHT  F11-CHG  F12-BY DATE

  NYSEG tax-exempt locked at 5.35%; See INV,MBD | {FSPEND}=1 | {NEW-BRDCST}
```



**Edward Jones**

EDWARD JONES
12555 MANCHESTER ROAD
ST. LOUIS, MO. 63131-3729
TEL 314-515-2000

## TRADE CONFIRMATION

### *INVESTMENT REPRESENTATIVE COPY*

TO:
JAMES G TROUT
10104 DUBLIN ROAD
WALKERSVILLE MD 21793-9524

YOUR INVESTMENT REPRESENTATIVE:
JENIFER L. SUTTON
119 W PATRICK ST
FREDERICK, MD   21701

BRANCH NUMBER :     06898
IR NUMBER :         689848
ANY QUESTIONS CALL  (301) 698-7090

---

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION:

IN YOUR CASH ACCOUNT 689-07846-1-1

ON TRADE DATE 12/08/2006    FOR SETTLEMENT DATE 12/13/2006

**YOU BOUGHT**        500 SHARES        PRICE              $      34.5000

DESCRIPTION:
AMERICAN HOME MORTGAGE                  PRINCIPAL AMOUNT   $   17,250.00
INVESTMENT CORP
UNSOLICITED                             COMMISSION                338.75

                                        TRANSACTION FEE             4.95

                                        TOTAL              $   17,593.70

ORDER  689468843    PROCESSED ON  12/08/2006 @ 12:58:18    CUSIP  02660R107  (AHM)

THANK YOU FOR ALLOWING EDWARD JONES THE OPPORTUNITY TO SERVE YOU.

**EDWARD JONES**
12555 MANCHESTER ROAD
ST. LOUIS, MO, 63131-3729
TEL 314-515-2000

# Edward Jones

## TRADE CONFIRMATION
### FINANCIAL ADVISOR COPY

JAMES G TROUT
10104 DUBLIN ROAD
WALKERSVILLE MD 21793-9524

YOUR FINANCIAL ADVISOR:
JENIFER L. SUTTON
119 W PATRICK ST
FREDERICK, MD   21701

BRANCH NUMBER: 06898
FINANCIAL ADVISOR #: 689848
ANY QUESTIONS CALL (301) 698-7090

---

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION:

IN YOUR CASH ACCOUNT 689-07846-1-1

ON TRADE DATE 06/01/2007   FOR SETTLEMENT DATE 06/06/2007

**YOU BOUGHT**   600 SHARES   PRICE   $ 21.8800

DESCRIPTION:
AMERICAN HOME MORTGAGE
INVESTMENT CORP
UNSOLICITED

PRINCIPAL AMOUNT   $ 13,128.00
COMMISSION   276.92
TRANSACTION FEE   4.95

TOTAL   $ 13,409.87

ORDER 689489733   PROCESSED ON 06/01/2007 @ 08:35:02   CUSIP 02660R107 (AHM)

---

THANK YOU FOR ALLOWING EDWARD JONES THE OPPORTUNITY TO SERVE YOU.

EDWARD JONES
12555 MANCHESTER ROAD
ST. LOUIS, MO. 63131-3729
TEL 314-515-2000

# Edward Jones

## TRADE CONFIRMATION

### RETAIN FOR YOUR PERMANENT TAX RECORDS

TO:
JAMES G TROUT
10104 DUBLIN ROAD
WALKERSVILLE MD 21793-9524

YOUR FINANCIAL ADVISOR:
JENIFER L. SUTTON
119 W PATRICK ST
FREDERICK, MD 21701

BRANCH NUMBER: 06898
FINANCIAL ADVISOR #: 689848
ANY QUESTIONS CALL (301) 698-7090

WE ARE PLEASED TO CONFIRM THE FOLLOWING TRANSACTION SUBJECT TO THE INFORMATION, DISCLOSURES, AND TERMS ON THE FRONT AND REVERSE SIDES OF THIS DOCUMENT:

IN YOUR CASH ACCOUNT 689-07846-1-1

| | | |
|---|---|---|
| ON TRADE DATE | 11/14/2007 | FOR SETTLEMENT DATE 11/19/2007 |
| YOU SOLD | 1,100 SHARES | PRICE $ .0700 |
| DESCRIPTION: AMERICAN HOME MORTGAGE INVESTMENT CORP SOLICITED ACCOMMODATION TRADE | | PRINCIPAL AMOUNT $ 77.00 |
| | | COMMISSION 7.70 |
| | | TRANSACTION FEE 4.95 |
| | | TOTAL $ 64.35 |

ORDER 689506392    PROCESSED ON 11/14/2007@ 10:23:42    CUSIP 02660R107 (AHMIQ)

WE EXECUTED THIS TRANSACTION AS YOUR AGENT IN THE OVER THE COUNTER MARKET.

- If the phrase "we make a mkt in this security" appears on this confirmation, we have acted as principal functioning as a secondary market maker.
- If the phrase "unsolicited" appears on this confirmation, the transaction was conducted pursuant to an unsolicited order to buy or sell placed by the client.
- For debt securities transactions, call features may exist which could affect yield; additional information available upon request.
- For zero coupon transactions, no periodic payment and callable below maturity value, without notice by mail to holder unless registered.

THANK YOU FOR ALLOWING EDWARD JONES THE OPPORTUNITY TO SERVE YOU.