April 16, 2008

United States Bankruptcy Court
 For District of Delaware
Attn: The Honorable Christopher S. Sontchi
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

RE:   Case No. 07-11047 (CSS)
      American Home Mortgage Holdings, Inc.
      Claims #4768 - $40,974.00 and #4769 - $30,836.90

In response to your letter dated April 11, 2008, I request that the above claims not be "Expunged" as requested by the debtor. If you need any further information, please let me know as soon as possible.

Sincerely,

Richard K. Vann
2535 Halcyon Downs Loop
Montgomery, AL  36117-3471

Enclosures



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Objection Deadline: May 5, 2008 at 4:00 p.m. (ET) |
| ) | Hearing Date: May 12, 2008 at 10:00 a.m. (ET) |
| ) | |

AHM OB4 4/11/2008 (merge2.txnum2) 4000097757
VANN, RICHARD K.
2535 HALCYON DOWNS LOOP
MONTGOMERY, AL 36117

## NOTICE OF DEBTORS' FOURTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: VANN, RICHARD K.
2535 HALCYON DOWNS LOOP
MONTGOMERY, AL 36117

**Basis For Objection:** Claim based on Equity Interest

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 4768 | $40,974.00 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of your equity interest in the Debtors. The Objection seeks to alter your rights by disallowing your above listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **May 5, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON MAY 12, 2008 AT 10:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 11, 2008
    Wilmington, Delaware