IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2008 MAY -9 AM 10: 38
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

In re:                                    ) Chapter 11
                                          )
AMERICAN HOME MORTGAGE                    )
HOLDINGS, INC., Delaware corporation, et al., ) Case No.: No. 07-11047 (CSS)
             Debtors.                     )
                                          ) Jointly Administered
                                          )
                                          )
PETRASH, TERRY G. & BOBBIE G. JT TEN      ) Objection Deadline: May 20, 2008
4806 HWY 574                              ) Hearing Date: May 28, 2008 at 11:00 a.m. (ET)
PLANT CITY, FL 33566-7952                 )
813-754-2612                              )
                                          )
_____ )

## RESPONSE to OBJECTION TO CLAIMS
## PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE

| Claim Number | Claim Amount |
|---|---|
| 4515 | $25,578.13 |
| 4516 | $25,609.38 |

We the above claimants hereby respond to the debtor's objection to claims for reasons as follows:

1. Absent, thus far, any notification on how the transformation of preferred stock will be handled, the debtors have only offered and instructed procedures for making the claims stated above.

2. Current applicable SEC securities laws along with form 8-A12B, registering these securities, and the charter of the company provide certain preferred rights to the holders of these securities for claims against the assets of the company in the event of a situation like this. To deny and expunge this claim would be in conflict with those SEC laws and financial covenants set forth and also lead to undermining the confidence and stability of financial markets in general.

3. The preferred securities which are similar to bond obligations are given specific rights spelled out in section 4, Liquidation Preferences, and all other applicable sections of the 8-A12B, against the assets of the company. To deny these claims would eliminate these rights which would be in direct conflict with how the 8-A12B indicates the process should follow.

WHEREFORE, the Claimants respectfully request that the order for "Claims to be disallowed and expunged" be <u>denied</u> and the above claims be allowed to stand.

Dated this 4th day of May, 2008

*[signatures]*
PETRASH, TERRY G. &
BOBBIE G. JT TEN

-1-