May 5, 2008

FILED

United States Bankruptcy Court
Honorable Christopher S. Sontchi
824 Market Street
5th Floor, Courtroom No. 6,
Wilmington, DE 19801

2008 MAY -9  AM 10: 50

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: American Home Mortgage Holdings, Inc.
Case No.07-11047 (CSS)

To Whom It May Concern:

This is response to Equity Interest objection claim number 9725 in the amount of $26,088.62 in the name of Houston, Albert J. & Anne P, 1600 Ravenwood Ct., Aledo, TX 76008.

The claim is part of a class action lawsuit filed by Shalov Stone Bonner & Rocco LLP has a <u>class action complaint</u> against certain of AHM's executive officers, alleging that they violated the federal securities laws by overstating and exaggerating the company's financial health. The complaint was filed in the United States District Court for the Eastern District of New York.

According to the <u>complaint</u>, during the Class Period, the defendants issued materially false and misleading statements that misrepresented and failed to disclose, among other things, that: (a) rising levels of loan delinquencies were depressing the company's earnings; (b) margins and profits were decreasing due to falling prices caused by increasing difficulties with selling loans; and (c) due to the foregoing, the company was overstating its financial results by failing to write down the value of many of the loans in its portfolio that had declined substantially in value.

The claim has been filed on account of damages or a claim against the debtors as set forth in the class action complaint.

Sincerely

*[signature]*

Albert J Houston

Cc: EPIG Bankruptcy Solutions, LLC
    757 Third Avenue, 3rd Floor
    New York, NY10017