IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x
In re:                                              :   Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    :   Jointly Administered
        Debtors.                                    :
--------------------------------------------------------------------- x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 14, 2008, I caused to be served the following:

a) A creditor specific Customized Exhibit to Debtors' First Omnibus Objection to Claims (Non-Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A, and

b) Notice of Debtors' First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, dated March 14, 2008, to which is attached the Debtors' First (Non-Substantive) Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, [Docket No. 3315], dated March 14, 2008,

by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this

3rd day of April, 2008

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 20 10

T:\Clients\AHM\Affidavits\1st Omnibus Objection_aff 3-14-08.doc

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: April 7, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: April 14, 2008 at 10:00 a.m. (ET) |
| 07-11047 - Omni1 - 1 | ) |

DELTACOM
POB 740597
ATLANTA, GA 30374-0597

## NOTICE OF DEBTORS' FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: DELTACOM
POB 740597
ATLANTA, GA 30374-0597

Basis For Objection: DUPLICATIVE

| | Claim Number | Claim Amount |
|---|---|---|
| **Expunged Claim** | 66 | $1,339.01 |
| **Surviving Claim** | 163 | $1,339.01 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors have received multiple claims filed on your behalf and by this Objection seek to disallow one of your claims as duplicative or amended. The Objection seeks to alter your rights by disallowing your above listed claim in the 'Expunged Claim' row, but does not seek to alter your claim listed in the 'Surviving Claim' row.

Responses to the Objection, if any, must be filed on or before **April 7, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **APRIL 14, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 14, 2008
      Wilmington, Delaware

**EXHIBIT B**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

CUSTOMIZED NOTICE OF DEBTORS' FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

Notices mailed by March 14, 2008 and sent to the following:

ACCURATE APPRAISAL GROUP INC
PO BOX 2459
CORNELIUS, NC 28031

ADAMS, PATRICIA
1640 HILLSIDE AVENUE
NORCO, CA 92860

ALLENDE, DAPHNE
485 GRAND BLVD
BRENTWOOD, NY 11717

ALLIED DAMAGE ADJUSTERS, INC.
C/O LESLIE L. NEEDHAM, SEC.
PO BOX #54
VALLEY FALLS, KS 66088

ALVAREZ, LISA L.
1803 BINGHAM ST
HONOLULU, HI 96826

ANHOUSE APPRAISAL
ATTN MICHAEL ANHOUSE, PRESIDENT
201 BRECKENRIDGE LN STE 200
LOUISVILLE, KY 40207

ARROW APPRAISAL CORP
ATTN TROY A. ENGLUND, PRESIDENT
4536 RACHEL BLVD
WEEKI WACHEE, FL 34607

BAILEY, BRENDA J.
1903 SPRUNGER AVE
FORT WAYNE, IN 46808

BALTIMORE APPRAISAL & REALTY CO INC
5509 YORK RD
BALTIMORE, MD 21212

BARBOSA, MIGUEL A.
07-CV1724
100 NORTH 4TH STREET
EASTON, PA 18042

BENNETT, MICHELLE
6912 NORDALE DR
FORT WAYNE, IN 46804

BLACKETER, A & J
A & J BLACKETER, INC.
ATTN STEPHEN P. IMHOFF, ATTORNEY
225 S. HURSTBOURNE PKWY., SUITE 103
LOUISVILLE, KY 40222

BLANK, BRUCE
57 COLONY DR
HOLBROOK, NY 11741

BLANK, BRUCE & TSILA
57 COLONY DR
HOLBROOK, NY 11741

BOETTCHER, JANET L. AND DECENDANTS TRUST
2070 N. POINTE LN
FLORISSANT, MO 63031

CALAHAN, BARBARA BONNIE
2443 N. MEADOWCROFT AVE
PITTSBURGH, PA 15216

CIT TECHNOLOGY FINANCING SERVICES, INC.
ATTN STACEY GRAY
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

CLAYTON, DEBORAH L.
42 MEGAN DR
HENDERSON, NJ 89074

COHN, DENISE
977 MARGINAL RD
LIDO BEACH, NY 11561

COLLINS PALLWITZ, DIANA
1645 WATERS EDGE DR.
PLEASANT HILL, IA 50327

CRISLIP, PHILLIP & ASSOCIATES
ATTN: JOHN B PHILIP
4515 POPLAR AVE STE 322
MEMPHIS, TN 38117

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

Page 2 of 4

CUSTOMIZED NOTICE OF DEBTORS' FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

Notices mailed by March 14, 2008 and sent to the following:

DECARLO, ANITA A.
37 MARILYN BLVD
PLAINVIEW, NY 11803

DELTACOM
POB 740597
ATLANTA, GA 30374-0597

DEPARTMENT OF THE TREASURY
RICHARD RUSSELL, ADVISOR, INSOLVENCY
GR4
INTERNAL REVENUE SERVICE
31 HOPKINS PLAZA
BALTIMORE, MD 21201

DEPARTMENT OF THE TREASURY
RICHARD RUSSELL, ADVISOR, INSOLVENCY
GR4
INTERNAL REVENUE SERVICE
31 HOPKINS PLAZA RM 1150
BALTIMORE, MD 21201

DOVE, JOSEPH F.
PERSHING LLC AS CUSTODIAN
6197 OLIVESBURG - FITCHVILLE RD
GREENWICH, OH 44837-9603

DUFFY, JOSEPH
29 CAPE CORAL
ALISO VIEJO, CA 92656

EASTWOOD, TRITT AARON
744 HUNTERS CROSSING LANE
SPRINGFIELD, TN 37172

EISELE, GARY B.
281 ELMORE AVE # 2
EAST MEADOW, NY 11554-2816

EXPRESS PERSONNEL SERVICES
ATTN JAY OLSON, PRESIDENT
3709 BROOKS ST
MISSOULA, MT 59801

FERRIS, KENNETH C. & ROBERTA T.
JT TEN
170 SHORELINE DR. S.H.
MALAKOFF, TX 75148-4755

GOEPFERT, WILLIAM
18660 INGLEWOOD AVE.
ROCKY RIVER, OH 44116

GRAVELY-ROBINSON, KAREN
C/O ROBERT A WILLIAMS, ESQ.
45 JONES ST
MARTINSVILLE, VA 24112

HASLER FINANCIAL SERVICES, LLC
ATTN STEVEN KLOAK
3400 BRIDGE PARKWAY, STE 201
REDWOOD CITY, CA 94065

HERNANDO COUNTY TAX COLLECTOR
ATTN JUANITA B SIKES, TAX COLLECTOR
20 N MAIN ST ROOM 112
BROOKSVILLE, FL 34601-2892

HILLMAN, GERALD R.
11929 SOMERSET RD
ORLAND PARK, IL 60467

IMPAC FUNDING CORPORATION
ATTN STEPHEN WICHMANN
19500 JAMBOREE RD
IRVINE, CA 92612-2401

INDIANA DEPARTMENT OF REVENUE
ATTN CAROL LUSHELL, TAX ANALYST
BANKRUPTCY SECTION ROOM N-203
100 NORTH SENATE AVE
INDIANAPOLIS, IN 46204

JENTSCH, HILDEGART E.
IRA FBO
PERSHING LLC AS CUST.
PO BOX 720542
JACKSON HEIGHTS, NY 11372-0542

JOAN T RINES TR UA 06/23/00
JOAN T RINES TRUST
WALNUT CREST
PO BOX 7405
COLUMBIA, MO 65205

JOHNSON, JOSEPH H.
USAA FED SVGS BNK C/F SDIRA R/O
4608 RIVER CLOSE BLVD
VALRICO, FL 33594

KENTWOOD OFFICE FURNITURE LLC
ATTN DONALD BOERSMA
3063 BRETON RD SE
GRAND RAPIDS, MI 49512

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by March 14, 2008 and sent to the following:

CUSTOMIZED NOTICE OF DEBTORS' FIRST OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

KEY EQUIPMENT FINANCE, INC.
1000 S. MCCASLIN BLVD
SUPERIOR, CO  80027

LAW OFFICE OF KEITH S SHAW & ASSOC., LLC
ATTN KEITH S SHAW, MANAGING MEMBER
1160 SILAS DEANE HIGHWAY
WETHERSFIELD, CT  06109

LENDERS CHOICE NETWORK, INC.
1303 E GRAND AVE STE 115
ARROYO GRANDE, CA  93420

LODWICK, CATHERINE A
2920 E VILLA THERESA DR
PHOENIX, AZ  85032

LORETI, MICHAEL MD
352 CANTERBURY LANE
WYCKOFF, NJ  07481

LOS ANGELES COUNTY TREASURER & TAX COLL.
ATTN JOYCE M. OWENS
REVENUE AND ENFORCEMENT
PO BOX 54110
LOS ANGELES, CA  90054-0110

MBIA INSURANCE CORPORATION
BRUCE A. WILSON, ESQ.
KUTAK ROCK LLP
1650 FARNAM STREET
OMAHA, NE  68102-2186

MENDELSOHN, MICHAEL
43 SELEY DR
NORTH BABYLON, NY  11703

MILLS, JEFFERY J.
1440 LAKEVIEW RD
LAKE WALES, FL  33853-3901

MONTEVAJO, FRANCA
1556 QUEEN ST
BELLMORE, NY  11710

NACHMANN, SEFIKA
1066 OLD TOWN RD
CORAM, NY  11727-3726

NANCE APPRAISALS, LLC
ATTN PATRICK C NANCE, OWNER
PO BOX 1055
GRAHAM, NC  27253

NEVADA DEPARTMENT OF TAXATION
ATTN BANKRUPTCY SECTION
555 E WASHINGTON AVE #1300
LAS VEGAS, NV  89101

PEREZ, SCHANNIN
197 SAYBROOKE CROSSING
ACWORTH, GA  30101

PORTNOY, EDWARD R.
60 CEDAR CRIST CT
NEWBURY PARK, CA  91320

PRESTON LEETE SMITH REVOCABLE LIVING TR
PO BOX 030490
FORT LAUDERDALE, FL  33303

RACHAEL, MASIIVVA
48 MARTHA ST
INDIAN ORCHARD, MA  01151

RADIN, JOHN C.
PO BOX 314
FAIRFAX STATION, VA  22032

RALEY, ANNETTE
3603 FLOWING BROOK DR
FORT WAYNE, IN  46818

REGIONAL APPRAISAL NW
ATTN R.D. LUKE, APPRAISER/OWNER
11636 NE 149TH ST
KIRKLAND, WA  98034

SERVICEMASTER MID STATE 2
5072 DUPONT PARKWAY
SMYRNA, DE  19977

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

**CUSTOMIZED NOTICE OF DEBTORS' FIRST OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

Notices mailed by March 14, 2008 and sent to the following:

SHEARER, LYLE E.
4441 CLIPPEN DR
DISCOVERY BAY, CA  94505

SMITH, PRESTON LEETE, IRA
PO BOX 030490
FORT LAUDERDALE, FL  33303

ST. AMAND APPRAISALS
ATTN SHELLEY M ST. AMAND PARTNER
28680 W 12 MILE RD
FARMINGTON HILLS, MI  48334

STATE OF WASHINGTON, DEPT OF REVENUE
ATTN DOUG HOUGHTON
2101 4TH AVE
STE 1400
SEATTLE, WA  98121-2300

SURF HOUSECLEANING
HEATHER FOLLRATH, OWNER
1040 FAIR OAKS AVE
ALAMEDA, CA  94501

SUSAN KRUSE APPRAISAL SERVICE
ATTN SUSAN KRUSE
4060 NE 18 AVE
OAKLAND PARK, FL  33334

THOMPSON, STEPHANIE A.
3151 WINTERGREEN
FLORISSANT, MO  63033

TOMAN, TAMMY S.
8635 SHOE OVERLOOK DR
FISHERS, IN  46038

TPRF/THC HAVENPARK, LLC
DEAN G RALLIS JR / DIANE C STANFIELD ESQ
WESTON BENSHOOF ROCHEFORT RUBALCAVA
MACCUISH, LLP - 333 S HOPE ST, 16TH FL
LOS ANGELES, CA  90071

WILLIAMS, DEBORAH J.
315 CHESAPEAKE AVE
PRINCE FREDERICK, MD  20678

WIRICK, LORI
6309 MAYWOOD CIR
FORT WAYNE, IN  46819

Total Parties: 74