IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x
In re:                                                                       :   Chapter 11
                                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                       :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                              :
                                                                             :   Jointly Administered
    Debtors.                                                                :
                                                                             :   Ref. No. 3701
---------------------------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION TO APPLICATION**
**RE: DOCKET NO. 3701**

        The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Fifth Monthly Application of Milestone Advisors LLC, Financial Advisor and Investment Banker for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period December 1, 2007 through December 31, 2007 (the "Application").  The Court's docket which was last updated May 9, 2008, reflects that no objections to the Application have been filed.  Objections to the Application were to be filed and served no later than May 5, 2008 at 4:00 p.m.

Pursuant to the Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on September 4, 2007 [Docket No. 547], the Debtors are now authorized to pay 80% ($160,000.00) of requested fees ($200,000.00) and 100% of requested expenses ($5,856.15) on an interim basis without further Court order.

Dated: Wilmington, Delaware
        May 9, 2008

>            YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>            /s/ Matthew B. Lunn
>            James L. Patton, Jr. (No. 2202)
>            Joel A. Waite (No. 2925)
>            Pauline K. Morgan (No. 3650)
>            Sean M. Beach (No. 4070)
>            Matthew B. Lunn (No. 4119)
>            Kenneth J. Enos (No. 4544)
>            The Brandywine Building
>            1000 West Street, 17th Floor
>            Wilmington, Delaware 19801
>            Telephone: (302) 571-6600
>            Facsimile: (302) 571-1253
>
>            Counsel for Debtors and
>            Debtors in Possession