IKON Job Number __79__

 **Document Efficiency At Work.**

IKON Office Solutions declares the following:

I am not a party to this action. IKON Legal Document Services is a third party vendor.

IKON Legal Document Service

Business address:
1105 North Market Street
Suite 201
Wilmington, DE 19801

Case #07-11047 (CSS)

The following documents:
Docket Number(s) __American Home Mortgage__
Were served First Class Mail, unless otherwise indicated, to the parties listed in the 2002 service list.

I declare under the penalty of perjury that the forgoing is true and correct.

Executed on the __7th__ day of __May__ 2008, in Wilmington, DE.

JEREMY SCOTT LUZADER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 28, 2008

Legal Document Services
(302)777-4500