1 | NEVADA COUNTY OFFICE OF THE TREASURER-TAX COLLECTOR

950 Maidu Avenue
PO Box 908
Nevada City, CA 95959-0908
Telephone: (530) 265-1285
FAX: (530) 265-1722

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| In Re: | Case No. 07-11047 |
|---|---|
| AMERICAN HOME MOTRTGAGE SERVICING, | Case No. 07-11050 |
| | (Chapter 11) |
| Debtor. | REQUEST FOR SPECIAL NOTICE FILED BY COUNTY OF NEVADA, CALIFORNIA |
| | (NO HEARING REQUIRED) |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF INTEREST:**

The County of Nevada hereby requests notice of all pleadings, court notices, motions, applications, ex-parte application, contested matters and all other documents and papers pertaining to the above-captioned case, including all notices required under the Bankruptcy code, Bankruptcy Rules, local rules or any other rule or law, to be noticed and served on creditors, creditors' committees or other parties of interest to the following person and address:

NEVADA COUNTY TREASURER-TAX COLLECTOR'S OFFICE

Dated: May 5, 2008 _____

By: K Nuner, bankruptcy deputy
For the County of Nevada

1

H:\CN\Bankruptcies\Word\Req`Spec`Noticea.doc