1                              PROOF OF SERVICE BY MAIL

2          I, Kim Nuner, declare:

3          I am a citizen of the United States and am employed in the County of Nevada.  I am over the age of

4    eighteen (18) years and not a party to the within-entitle action.  My business address is 950 Maidu Ave, Nevada

5    City, California.

6          On May 5, 2008, I served the attached REQUEST FOR SPECIAL NOTICE on the parties to this action by

7    sending a copy

8

9    __XX__  by mail  in accordance with Code of Civil Procedure Section 1013(a), by placing a true copy thereof enclosed

10   in a sealed envelope and placing it in a designated area for outgoing mail.  I am readily familiar with the practice of

11   this office with respect to collection and processing of documents for mailing.  On the same day that correspondence

12   is placed for collection and mailing at Nevada City, California, it is deposited in the ordinary course of business with

13   the United States Postal Service in a sealed envelope with postage fully prepaid.

14   _____ by facsimile transmission: I transmitted the above listed documents to those parties indicated on the attached

15   service list at the fax numbers so indicated.  I caused the machine to print a transmission record of the transmission,

16   a copy of which is attached to this declaration.

17   _____ personally delivering a true copy thereof, in accordance with Code of Civil Procedure Section 1011, to the

18   person(s) and at the address(es) set forth below.

19   _____ by overnight delivery on the following party(ies) in said action, in accordance with Code of Civil Procedure

20   section 1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided

21   for, in a designated area for outgoing overnight mail, addressed as set forth below.

22

23   I declare under penalty of perjury that the foregoing is true and correct.

24

25   Executed on May 5, 2008, at Nevada City, California.

26

27                                          _____

28                                                  Kim Nuner