SERVICE LIST

IN RE: AMERICAN HOME MORTGAGE SERVICING

CASE NO. 07-11050

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 MARKET ST., THIRD FLOOR

WILMINGTON, DE 19801

AMERICAN HOME MORTGAGE HOLDINGS, INC

C/O YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING

1000 WEST ST., 17TH FLOOR

PO BOX 391

WILMINGTON, DE 19899-0391

UNITED STATES TRUSTEE

844 KING ST., ROOM 2207

LOCKBOX #35

WILMINGTON, DE 19899-0035