

# DIOCESAN PUBLICATIONS, INC.

500 S. Lake Destiny Dr., Orlando, Florida 32810 • 407-660-0001 • FAX: 407-660-0056

2008 MAY 12 AM 9: 03

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Nathan D. Grow ( No. 5014)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Dear Attorney Nathan D. Grow,                     Date: May 5, 2008

**RESPONSE TO THE OBJECTION** OF NOTICE OF DEBTOR'S FIFTH ONMIBUS
(NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 (B)
OF THE BANKRUPTCY CODE, BANKRUTPCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1
(Objection Deadline : May 20, 2008 at 4:00 PM ET)
Hearing Date: May 28, 2008 at 11:00 am ET)

In re: AMERICAN HOME MORTGAGE HOLDINGS, INC.
A Delaware Corporation, et al.,   **Debtors**

Chapter 11
Case No. 07-11047 (CSS)
Jointly Administered

DIOCESAN PUBLICATIONS, INC.
ATTN: CARLA ARSULOWICZ
P.O. BOX 608105
ORLANDO, FL. 32860-8105    **Claimant**

This is to notify you, the counsel to the Debtors that we have filed **A RESONSE TO THE OBJECTION**
to the above named debtor's objection with the Unites States Bankruptcy Court for the District of Delaware
to request that our Proof of Claim for $328.50 (which is an Unsecured Nonpriority Claim)
for unpaid advertising which was printed on the Sts. Peter and Paul Church, Winter Park, Florida church
bulletin from 5/20/2007 through 9/23/2007 for American Home Mortgage be included on the Unsecured
Nonpriority Claim list as a Claimant.

I have enclosed a copy of the original Proof of Claim and supporting documents. Original ad charge for 52
weeks was $949.00, ad was pro-rated for 18 weeks of print at $ 328.50, which remains unpaid.

A copy of this **Response to the Objection** addressed to the Unites States Bankruptcy Court for the District
of Delaware is also enclosed. The deadline for response to the objection is May 20, 2008.

Sincerely,

Carla A. Arsulowicz,
Corporate Office/ Secretary of Florida Corp.

caa:encs.

---

*Dedicated to Serving the Church*

© *2007 DIOCESAN PUBLICATIONS, INC.*

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
American Home Mortgage Claims Processing Center
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

In Re: American Home Mortgage Holdings, Inc., et al. Debtors.
Chapter 11
Case No. 07-11047 (CSS)
Jointly Administered

Name of Debtor Against Which Claim is Held | Case No. of Debtor

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

AHM (MERGE2.DBF,SCHED_NO) SCH #: 32109*****
DIOCESAN PUBLICATIONS, INC
PO BOX 608105
ORLANDO FL 32860-8105

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number:
Email Address:

Account or other number by which creditor identifies debtor:

Check here if this claim:
☐ replaces   ☐ amends a previously filed claim, dated:____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☒ Other _Advertising_ (explain)

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: ____
   Unpaid compensation for services performed
   from _5/20/07_ to _9/23/07_

2. **Date debt was incurred:** 5/20/07

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ _328.50_ (unsecured nonpriority) + ____ (secured) + ____ (unsecured priority) = _328.50_ (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other ____
   Value of Collateral: $____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $____

6. **Unsecured Nonpriority Claim:** $ _328.50_
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 01-31-08

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
_Carla A. Arsulowicz_
CARLA A. ARSULOWICZ
CORPORATE OFFICER/Secretary

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Inv. Date: 04/17/06

**INVOICE - STATEMENT**

DIOCESAN PUBLICATIONS has been authorized to place our ad, for a period of one year, fifty-two consecutive weeks, at the rate of:

$2400.00 * per year, **PAYABLE ANNUALLY** in the Winter Park
To be paid in 3 monthly payments the first $800.00 now due.

Weekly Church Publication/Business Directory.

Beginning MAY 21 2006

AUTHORIZED BY: Shelley Johnson/Rhonda

Representative: Fabio Espinosa

ATTN: RHONDA WILSON/SHELLY

AMERICAN HOME MORTGAGE
7009 DR. PHILLIPS BLVD. #100
ORLANDO FL 32819

*(Keep This Copy For Your Records)*

**ADVERTISING [obscured]**

Sts. Peter & Paul Church

Acct.# 163-26-05

Diocesan Publications, Inc.

**PROPOSED AD COPY**     163-26-05

```
** REVISED INVOICE **
```

Size Code LA

*(Return This Copy With Any Ad Changes)*   Please make sure ad copy reads correctly.

```
UNLOCKING ACCOUNT RECORD
  163-26-05                    ACCOUNT FILES         STATUS :
  09/06/07                     EDIT ACCOUNT          PRINT BILL
     42636   Sts. Peter & Paul Church
             Winter Park                             Check # : 27592
  SALESMAN  : Fabio Espinosa        HOUSE SALESMAN : Dep   # :   524
  NAME      : American Home Mortgage                 Rec.  Pay: 09/21/06
  ADDRESS   : 7009 Dr. Phillips Blvd. #100           Last Bill: 08/14/07
  CITY      : Orlando
  STATE, ZIP: FL            32819
  AUTHORIZED: Shelley Johnson/Rhonda
  ATTENTION : Rhonda Wilson/Shelly
  PHONE #   : 407/448-9659    FAX #:    /   -     CELL #:    /   -
  EMAIL     :
  AD Charge :    949.00   AD Size: FC COLORS: 1F  ┌──────────────────────┐
  Flat Charge:     0.00   Tax Amt:    0.00        │-N- Next     -C- Checks│
  Color Chrge:     0.00   Tax Rec:    0.00        │-P- Previous -M- Memo  │
  Pres- Bal   949.00Adj   0.00 Lst Ck    0.00     │                       │
  Total-            Adj   0.00 Tot Rec   0.00     │-R- Renewal  -E- Edit  │
  Com:                                            │                       │
                         *                        └──────────────────────┘
  SOLD: 04/16/07        123456789012  CANCEL     Enter selection or
  PUB : 05/20/07           2 2 1       / /       <RETURN> to exit
  PCAT:                                SCAT:
```

```
UNLOCKING ACCOUNT RECORD
  163-26-05                    ACCOUNT FILES         STATUS :
  09/06/07                     EDIT ACCOUNT          PRINT BILL
  PRESS RETURN TO SEE MEMO

  163-26-05
  American Home Mortgage
  Sts. Peter & Paul Church              Winter Park

  ┌──────────────────────────────────────────────────────────────────┐
  │6/12/06 Change from 10 spaces to 4 spaces on 6/25/06 - Charge annual rate│
  │of $949.00 per FE (Boss would not approve the larger ad size)     │
  │                                                                  │
  │Inside GRID 14 & 15 A-E   Retype in Inside GRID 5 & 6 A & B       │
  │   Use revised copy attached                                      │
  │                                                                  │
  └──────────────────────────────────────────────────────────────────┘
<CNTRL-W> to SAVE & EXIT, <CNTRL-B> to REFORMAT Memo, <ESC> to IGNORE
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Objection Deadline: May 20, 2008 at 4:00 p.m. (ET) |
| ) | Hearing Date: May 28, 2008 at 11:00 a.m. (ET) |

FILED 2008 MAY 12 AM 9:03 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

AHM OB5 4/28/2008 (merge2.txnum2) 4000051058
DIOCESAN PUBLICATIONS, INC
ATTN: CARL A. ARSULOWICZ
PO BOX 608105
ORLANDO, FL 32860-8105

## NOTICE OF DEBTORS' FIFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: DIOCESAN PUBLICATIONS, INC
ATTN: CARL A. ARSULOWICZ
PO BOX 608105

Basis For Objection: Claim was filed after the applicable bar date.

| | Claim Number | Claim Amount | Bar Date | Date of Filing |
|---|---|---|---|---|
| Claim to be Expunged | 9917 | $328.50 | January 11, 2008 | February 07, 2008 |

   The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The claim listed above in the 'Claim to be Expunged' row was filed after the applicable bar date. As this claim was not timely filed, the Debtors hereby object to your claim and seek to alter your rights by disallowing and expunging your above-listed claim.

   Responses to the Objection, if any, must be filed on or before **May 20, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

   At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

   A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 28, 2008 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

   IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 28, 2008
      Wilmington, Delaware