5/7/08

Case # 07-11047 (CSS)

Florence, Ky.

To the United States Bankruptcy Court,
District of Delaware, 824 Market Street
3rd Floor, Wilmington, Delaware 19801

To Whom this my concern: I do not want my claim expunged. I made that very clear when I filed the first proof of loss form on 12/6/07. This is my second letter requesting that you do not expung my claim. This is my retirement money or was. Do not put it in the expunged row.

Sincerely,
Jerry Poffenberger &
Karen Poffenberger

c/c Nathan D. Grow
Brandywine Bldg.
1000 West Street 17th floor
Wilmington Delaware 19801

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br>AMERICAN HOME MORTGAGE <br>HOLDINGS, INC., Delaware corporation, et al., <br><br>Debtors. <br><br>AHM OB5 4/28/2008 (merge2.txnum2) 4000098028 <br>POFFENBERGER, JERRY & KAREN <br>700 APTI WINDRIDGE LN. <br>FLORENCE, KY  41042 | Chapter 11 <br><br>Case No. 07-11047 (CSS) <br><br>Jointly Administered <br><br>Objection Deadline: May 20, 2008 at 4:00 p.m. (ET) <br>Hearing Date: May 28, 2008 at 11:00 a.m. (ET) |

## NOTICE OF DEBTORS' FIFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: POFFENBERGER, JERRY & KAREN
700 APTI WINDRIDGE LN.
FLORENCE, KY  41042

**Basis For Objection:** Claim based on Equity Interest

| | **Claim Number** | **Claim Amount** |
|---|---|---|
| Claim to be Expunged | 5153 | $25,000.00 |

   The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of your equity interest in the Debtors. The Objection seeks to alter your rights by disallowing and expunging your above listed claim in the 'Claim to be Expunged' row.

   Responses to the Objection, if any, must be filed on or before **May 20, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

   At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

   A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 28, 2008 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

   IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 28, 2008
       Wilmington, Delaware

[Handwritten annotation: Sent 5/7/08 to the court & Matthew Grow]