# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NO.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** May 12, 2008 @ 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laura Selber Silverstein | Potter Anderson Corroon | Bank of America |
| Sean Beach | Young Conaway | Debtors |
| Nathan Grow | " | " |
| Victoria Counihan / Joseph J. McMahon Jr. | Greenberg Traurig LLP / USDOJ | AH Mortgage Acquisition / WLR / U.S. Trustee |
| David Carickhoff | Blank Rome | Creditors' Committee |
| Mark Indelicato (telephonic) | Hahn & Hessen | Off Committee of Unsecured Cred |
| Carl Kanowsky | Kanowsky & Assoc. | Ventromm |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.