# EXHIBIT A

**Exhibit A**

**Duplicate Claims**

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| A-1 PROFESSIONAL CLEANNING & MAINTENACE SERVICES INC. 80 WHITEHALL ST LYNBROOK, NY 11563 | 6627 | 12/31/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$12,138.84 (U)<br>$12,138.84 (T) | 1025 | 9/19/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$12,138.84 (U)<br>$12,138.84 (T) |
| ADAM PREUSS APPRAISAL SERVICES, INC. ADAM PREUSS 936 U.S. HWY 1, STE A SEBASTIAN, FL 32958 | 647 | 9/11/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$306.00 (U)<br>$306.00 (T) | 2431 | 11/16/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$306.00 (U)<br>$306.00 (T) |
| ADAM PREUSS APPRAISAL SERVICES, INC. ADAM PREUSS 936 U.S. HWY 1, STE A SEBASTIAN, FL 32958 | 648 | 9/11/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$81.00 (U)<br>$81.00 (T) | 2432 | 11/16/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$81.00 (U)<br>$81.00 (T) |
| ADORNO & YOSS LLP, ATTNY @ LAW ATTN: GREGG S. AHRENS, ESQ. 2525 PONCE DE LEON BLVD, SUITE 400 MIAMI, FL 33134 | 8833 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$239,774.21 (U)<br>$239,774.21 (T) | 9260 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$239,774.21 (U)<br>$239,774.21 (T) |
| ANHOUSE APPRAISAL ATTN MICHAEL ANHOUSE, PRESIDENT 201 BRECKENRIDGE LN STE 200 LOUISVILLE, KY 40207 | 4208 | 12/3/07 | No Case | - (S)<br>- (A)<br>$5,000.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) | 4196 | 12/3/07 | No Case | - (S)<br>- (A)<br>$5,000.00 (P)<br>$5,000.00 (U)<br>$5,000.00 (T) |
| APPRAISAL UNLIMITED 9834 9834 HANS WAY ELK GROVE, CA 95624 | 2544 | 11/19/07 | No Case | - (S)<br>- (A)<br>$2,150.00 (P)<br>- (U)<br>$2,150.00 (T) | 22 | 8/21/07 | No Case | - (S)<br>- (A)<br>$2,150.00 (P)<br>- (U)<br>$2,150.00 (T) |
| APPRAISING IN DELAWARE INC ATTN PATTI PERSIA, OWNER 129 SCHOOL PL MILFORD, DE 19963 | 8975 | 1/11/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$1,800.00 (U)<br>$1,800.00 (T) | 8987 | 1/11/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$1,800.00 (U)<br>$1,800.00 (T) |

| Name/Address of Claimant | Objectionable Claims ||||  Surviving Claims ||||
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| BANNER WILLIAMS APPRAISERS INC<br>CRYSTAL PEEPLES, CORPORATE TREASURER<br>6443 OLD BRANCH AVE<br>CAMP SPRINGS, MD 20748 | 2247 | 11/15/07 | No Case | - (S)<br>- (A)<br>$2,450.00 (P)<br>- (U)<br>$2,450.00 (T) | 2249 | 11/15/07 | No Case | - (S)<br>- (A)<br>$2,450.00 (P)<br>- (U)<br>$2,450.00 (T) |
| BANNER WILLIAMS APPRAISERS INC<br>CRYSTAL PEEPLES, CORPORATE TREASURER<br>6443 OLD BRANCH AVE<br>CAMP SPRINGS, MD 20748 | 2248 | 11/15/07 | No Case | - (S)<br>- (A)<br>$2,450.00 (P)<br>- (U)<br>$2,450.00 (T) | 2249 | 11/15/07 | No Case | - (S)<br>- (A)<br>$2,450.00 (P)<br>- (U)<br>$2,450.00 (T) |
| BARR, EDNA<br>1122 NORFOLK RD<br>LIVERMORE, CA 945511817<br>USA | 1385 | 10/2/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$100,000.00 (U)<br>$100,000.00 (T) | 2133 | 11/14/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$100,000.00 (U)<br>$100,000.00 (T) |
| BRANDENBURG TELECOM<br>200 TELCO DR<br>PO BOX 599<br>ATTN JEAN E HUBBARD, COLLECTION DEPT<br>BRANDENBURG, KY 40108 | 3615 | 11/27/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$758.31 (U)<br>$758.31 (T) | 3614 | 11/27/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$758.31 (U)<br>$758.31 (T) |
| BURDICK RESIDENTIAL APPRAISALS<br>JULIE BURDICH, OWNER<br>5930 E PIMA #120<br>TUCSON, AZ 85712 | 550 | 9/11/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$5,160.00 (U)<br>$5,160.00 (T) | 1287 | 9/27/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$5,160.00 (U)<br>$5,160.00 (T) |
| CDR OF SOUTHWEST FLORIDA LLC<br>ATTN CAROL J.D., MGR/MEMBER<br>950 TAMIAMI TRAIL<br>#101<br>PORT CHARLOTTE, FL 33953 | 2824 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$23,283.50 (P)<br>$5,733.37 (U)<br>$29,016.87 (T) | 2822 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$23,283.50 (P)<br>$5,733.37 (U)<br>$29,016.87 (T) |
| CDR OF SOUTHWEST FLORIDA, LLC<br>950 TAMIAMI TRL UNIT 101<br>PT CHARLOTTE, FL 33953102 | 2821 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$23,283.50 (P)<br>$5,733.37 (U)<br>$29,016.87 (T) | 2822 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$23,283.50 (P)<br>$5,733.37 (U)<br>$29,016.87 (T) |
| CDR OF SOUTHWEST FLORIDA, LLC<br>ATTN CAROL J.D., MGR/ MEMBER<br>950 TAMIAMI TRL 101<br>PT CHARLOTTE, FL 33953100 | 2823 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$23,283.50 (P)<br>$5,733.37 (U)<br>$29,016.87 (T) | 2822 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$23,283.50 (P)<br>$5,733.37 (U)<br>$29,016.87 (T) |
| COCKINOS APPRAISAL SERVICE<br>ATTN JAMES M. DEVERS, IV, PRESIDENT<br>618 CHESTNUT ROAD, SUITE 103<br>MYRTLE BEACH, SC 29572 | 1493 | 10/10/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | 2751 | 11/19/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| COCKINOS APPRAISAL SERVICE<br>ATTN JAMES M. DEVERS, IV, PRESIDENT<br>618 CHESTNUT ROAD, SUITE 103<br>MYRTLE BEACH, SC 29572 | 1494 | 10/10/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | 2752 | 11/19/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) |
| CORT FURNITURE RENTAL<br>ATTN DEANNE FARRELL<br>801 HAMPTON PARK BLVD<br>INDIANAPOLIS, IN 46254 | 2924 | 11/21/07 | 07-11051 | - (S)<br>- (A)<br>$2,710.32 (P)<br>$2,710.32 (U)<br>$2,710.32 (T) | 2957 | 11/21/07 | 07-11051 | - (S)<br>- (A)<br>$2,710.32 (P)<br>$2,710.32 (U)<br>$2,710.32 (T) |
| DWAYNE LEMMON APPRAISAL SERVICE<br>ATTN DWAYNE LEMMON, APPRAISER<br>390 FM 1635<br>ATLANTA, TX 75551 | 1602 | 9/17/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | 3055 | 11/23/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) |
| ERICKA HEIDRICK PHOTOGRAPHY<br>ERICKA HEIDRICK<br>7726 SE 17TH AVE.<br>PORTLAND, OR 97202 | 1582 | 10/15/07 | No Case | - (S)<br>- (A)<br>$1,100.00 (P)<br>- (U)<br>$1,100.00 (T) | 4812 | 12/7/07 | No Case | - (S)<br>- (A)<br>$1,100.00 (P)<br>- (U)<br>$1,100.00 (T) |
| FARMERS INSURANCE COMPANY, INC.<br>ATTN: JERRI L. SOLOMON, ESQ.<br>4680 WILSIRE BLVD.<br>LOS ANGELES, CA 90010 | 8675 | 1/11/08 | 07-11049 | Unspecified* | 8914 | 1/11/08 | 07-11049 | Unspecified* |
| FARMERS INSURANCE COMPANY, INC.<br>ATTN JERRI L SOLOMON, ESQ<br>4680 WILSHIRE BLVD<br>LOS ANGELES, CA 90010 | 8858 | 1/11/08 | 07-11049 | Unspecified* | 8914 | 1/11/08 | 07-11049 | Unspecified* |
| GAUL, FRANCESCA<br>PELICAN APPRAISALS<br>1309 15TH CT #5<br>KEY WEST, FL 33040 | 6544 | 12/28/07 | 07-11053 | - (S)<br>- (A)<br>$1,625.00 (P)<br>$1,625.00 (U)<br>$1,625.00 (T) | 728 | 9/13/07 | 07-11053 | - (S)<br>- (A)<br>$1,625.00 (P)<br>$1,625.00 (U)<br>$1,625.00 (T) |
| GHORMLEY, BART<br>5131 ASHBROOK RD<br>DALLAS, TX 75227 | 7546 | 1/7/08 | No Case | - (S)<br>- (A)<br>$340.00 (P)<br>- (U)<br>$340.00 (T) | 986 | 9/18/07 | No Case | - (S)<br>- (A)<br>$340.00 (P)<br>- (U)<br>$340.00 (T) |
| GHORMLEY, BART<br>5131 ASHBROOK RD<br>DALLAS, TX 75227 | 7547 | 1/7/08 | No Case | - (S)<br>- (A)<br>$340.00 (P)<br>- (U)<br>$340.00 (T) | 986 | 9/18/07 | No Case | - (S)<br>- (A)<br>$340.00 (P)<br>- (U)<br>$340.00 (T) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| GS & ASSOC, LLC<br>1601 W CENTRE AV<br>PORTAGE, MI 49024 | 3848 | 11/29/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$975.00 (U)<br>$975.00 (T) | 942 | 9/17/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$975.00 (U)<br>$975.00 (T) |
| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | 153 | 8/24/07 | 07-11047 | $5,716.10 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,716.10 (T) | 152 | 8/24/07 | 07-11047 | $5,716.10 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,716.10 (T) |
| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | 154 | 8/24/07 | 07-11047 | $5,268.48 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,268.48 (T) | 1080 | 9/12/07 | 07-11047 | $5,268.48 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,268.48 (T) |
| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | 1079 | 9/12/07 | 07-11047 | $5,716.10 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,716.10 (T) | 152 | 8/24/07 | 07-11047 | $5,716.10 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,716.10 (T) |
| HERNANDO COUNTY TAX COLLECTOR<br>JUANITA B SIKES, TAX COLLECTOR<br>20 N MAIN ST RM 112<br>BROOKSVILLE, FL 34601-2892 | 1081 | 9/12/07 | 07-11047 | - (S)<br>- (A)<br>$484.25 (P)<br>- (U)<br>$484.25 (T) | 151 | 8/24/07 | 07-11047 | - (S)<br>- (A)<br>$484.25 (P)<br>- (U)<br>$484.25 (T) |
| INTERTHINX, INC. / SYSDOME, INC./<br>APPINTELLIGENCE INC / ISO, INC LAW DEPT<br>ATTN KENNETH E. THOMPSON, SECRETARY<br>545 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310 | 2885 | 11/15/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$41,833.51 (U)<br>$41,833.51 (T) | 2886 | 11/15/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$41,833.51 (U)<br>$41,833.51 (T) |
| INTERTHINX, INC/SYSDOME, INC./<br>APPINTELLIGENCE INC<br>C/O ISO, INC/LAW DEPT -KENNETH THOMPSON<br>545 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310 | 2258 | 11/15/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$41,833.51 (U)<br>$41,833.51 (T) | 2886 | 11/15/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$41,833.51 (U)<br>$41,833.51 (T) |
| ISOMEDIA INC.<br>C/O BARRY MAULDING<br>2033 SIXTH AVE, SUITE 740<br>SEATTLE, WA 98121 | 2300 | 11/13/07 | 07-11047 | - (S)<br>- (A)<br>$671.82 (P)<br>- (U)<br>$671.82 (T) | 2386 | 11/16/07 | 07-11047 | - (S)<br>- (A)<br>$671.82 (P)<br>- (U)<br>$671.82 (T) |
| JESELNIK, DENISE<br>C/O RONALD S COOK ESQ<br>180 E MAIN ST STE 308<br>SMITHTOWN, NY 11787 | 9452 | 1/14/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$745.47 (U)<br>$745.47 (T) | 1545 | 10/12/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$745.47 (U)<br>$745.47 (T) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| JOHN D. CLUNK, L.P.A. LAW OFFICES OF JOHN D. CLUNK, L.P.A. 5501 HUDSON DRIVE SUITE 400 HUDSON, OH 44236 | 8792 | 1/3/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) | 2742 | 11/19/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) |
| KINNIEBREW, ROBERT L PO BOX 567 WILLINGBORO, NJ 08046 | 6660 | 12/31/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) | 6722 | 12/31/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$300.00 (U)<br>$300.00 (T) |
| LAMB, DARLENE C. FREEDOM APPRAISAL SERVICES 4397 OWENS RD EVANS, GA 30809 | 5043 | 12/10/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$325.00 (U)<br>$325.00 (T) | 2438 | 11/16/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$325.00 (U)<br>$325.00 (T) |
| LAW OFC OF S. SHAW & ASSOCIATES, LLC ATTN KEITH S. SHAW, ITS MANAGING MEMBER 1160 SILAS DEANE HIGHWAY WETHERSFIELD, CT 06109 | 4597 | 11/30/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$8,137.35 (U)<br>$8,137.35 (T) | 5587 | 12/17/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$8,137.35 (U)<br>$8,137.35 (T) |
| LONG ISLAND LIGHTING COMPANY DBA LIPA ELISA M PUGLIESE, ESQ 175 E OLD COUNTRY RD HICKSVILLE, NY 11801 | 1246 | 9/19/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$270,845.23 (U)<br>$270,845.23 (T) | 4438 | 12/4/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$270,845.23 (U)<br>$270,845.23 (T) |
| MARLIN LEASING CORPORATION ATTN REBECCA MENDEZ, PARALEGAL 300 FELLOWSHIP RD MOUNT LAUREL, NJ 08054 | 770 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,679.03 (U)<br>$1,679.03 (T) | 1106 | 9/18/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,679.03 (U)<br>$1,679.03 (T) |
| MARLIN LEASING CORPORATION ATTN REBECCA MENDEZ, PARALEGAL 300 FELLOWSHIP RD MOUNT LAUREL, NJ 08054 | 771 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,598.05 (U)<br>$1,598.05 (T) | 1105 | 9/18/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,598.05 (U)<br>$1,598.05 (T) |
| MARLIN LEASING CORPORATION ATTN REBECCA MENDEZ, PARALEGAL 300 FELLOWSHIP RD MOUNT LAUREL, NJ 08054 | 776 | 9/14/07 | 07-11051 | $26,937.63 (S)<br>- (A)<br>- (P)<br>- (U)<br>$26,937.63 (T) | 1107 | 9/18/07 | 07-11051 | $26,937.63 (S)<br>- (A)<br>- (P)<br>- (U)<br>$26,937.63 (T) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| MARLIN LEASING CORPORATION<br>ATTN REBECCA MENDEZ, PARALEGAL<br>300 FELLOWSHIP RD<br>MOUNT LAUREL, NJ 08054 | 1104 | 9/18/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,896.83 (U)<br>$1,896.83 (T) | 769 | 9/14/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,896.83 (U)<br>$1,896.83 (T) |
| MARSH APPRAISAL<br>ATTN GARY A. MARSH, OWNER<br>5701 STEUBENVILLE PIKE<br>MC KEES ROCKS, PA 15136 | 2522 | 11/19/07 | No Case | - (S)<br>- (A)<br>$3,745.00 (P)<br>- (U)<br>$3,745.00 (T) | 984 | 9/18/07 | No Case | - (S)<br>- (A)<br>$3,745.00 (P)<br>- (U)<br>$3,745.00 (T) |
| MATSUMOTO & CLAPPERTON<br>ATTN ED CLAPPERTON, PRESIDENT<br>STANDARD FINANCIAL PLAZA<br>705 S KING ST STE 104<br>HONOLULU, HI 96813 | 3695 | 11/28/07 | 07-11051 | - (S)<br>- (A)<br>$702.22 (P)<br>$702.22 (U)<br>$702.22 (T) | 975 | 9/18/07 | 07-11051 | - (S)<br>- (A)<br>$702.22 (P)<br>$702.22 (U)<br>$702.22 (T) |
| MATSUMOTO & CLAPPERTON<br>ATTN ED CLAPPERTON, PRESIDENT<br>STANDARD FINANCIAL PLAZA<br>705 S KING ST STE 104<br>HONOLULU, HI 96813 | 3696 | 11/28/07 | 07-11051 | - (S)<br>- (A)<br>$702.22 (P)<br>$702.22 (U)<br>$702.22 (T) | 975 | 9/18/07 | 07-11051 | - (S)<br>- (A)<br>$702.22 (P)<br>$702.22 (U)<br>$702.22 (T) |
| MATSUMOTO & CLAPPERTON ADVERTISING, LLC<br>ATTN ED CLAPPERTON, PRESIDENT<br>705 S KING ST # 104<br>HONOLULU, HI 96813 | 3694 | 11/28/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$4,260.00 (U)<br>$4,260.00 (T) | 16 | 8/21/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$4,260.00 (U)<br>$4,260.00 (T) |
| MEAD APPRAISALS<br>ATTN SCOTT MEAD - OWNER<br>11378 NIAGARA DRIVE<br>FISHERS, IN 46038 | 3623 | 11/27/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$4,260.00 (U)<br>$4,260.00 (T) | | | | |
| MONAGHAN, JOHN<br>SONIA C. LAWSON PA<br>PO BOX 320901<br>TAMPA, FL 33679 | 1928 | 11/1/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$389,998.00 (U)<br>$400,948.00 (T) | 2746 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$389,998.00 (U)<br>$400,948.00 (T) |
| MONAGHAN, JOHN<br>511-2007-02477<br>SONIA C LAWSON, PA<br>PO BOX 320901<br>TAMPA, FL 33679 | 4451 | 12/4/07 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$389,998.00 (U)<br>$400,948.00 (T) | 2746 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$389,998.00 (U)<br>$400,948.00 (T) |
| MOSS CODILIS, L.L.P.<br>ATTN MICHAEL S. MARGOLF, VICE PRESIDENT<br>6560 GREENWOOD PLAZA BLVD., SUITE 100<br>ENGLEWOOD, CO 80111 | 8793 | 1/4/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$23,823.75 (U)<br>$23,823.75 (T) | 8794 | 1/4/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$23,823.75 (U)<br>$23,823.75 (T) |

| | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| PACIFIC CREST BANK<br>ATTN SHANNON SPERRY, ATTORNEY<br>3500 188TH ST SW<br>LYNNWOOD, WA 98037-4763 | 9732 | 1/18/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$294,375.85 (U)<br>$294,375.85 (T) | 9660 | 1/15/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$294,375.85 (U)<br>$294,375.85 (T) |
| PARRISH APPRAISAL SERVICE LTD.<br>ATTN TERESE PARRISH, TREASURER<br>6121 LAKESIDE DRIVE, SUITE 100<br>RENO, NV 89511 | 1612 | 10/2/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$75.00 (U)<br>$75.00 (T) | 2832 | 11/20/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$75.00 (U)<br>$75.00 (T) |
| PARRISH APPRAISAL SERVICE LTD.<br>ATTN TERESE PARRISH, TREASURER<br>6121 LAKESIDE DRIVE, SUITE 100<br>RENO, NV 89511 | 1613 | 10/2/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) | 2846 | 11/20/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$400.00 (U)<br>$400.00 (T) |
| PENTALPHA GROUP LLC<br>ATTN JILL GILBERT CALLAHAN, PRESIDENT<br>ONE GREENWICH OFFICE PARK NORTH<br>GREENWICH, CT 06831 | 4404 | 12/4/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$292,500.00 (U)<br>$292,500.00 (T) | 5702 | 12/18/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$292,500.00 (U)<br>$292,500.00 (T) |
| PHELAN HALLINAN & SCHMIEG, LLP<br>ATTN JUDITH T ROMANO, ESQ<br>1617 JOHN F KENNEDY BLVD<br>STE 1400<br>PHILADELPHIA, PA 19103 | 5559 | 12/14/07 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$10,419.00 (U)<br>$10,419.00 (T) | 5560 | 12/14/07 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$10,419.00 (U)<br>$10,419.00 (T) |
| POUCH RECORDS MANAGEMENT LP<br>C/O R GIBSON PAGTER, JR<br>PAGTER AND MILLER<br>525 N CABRILLO PARK DRIVE SUITE 104<br>SANTA ANA, CA 92701 | 9265 | 1/14/08 | 07-11051 | $110,175.73 (S)<br>- (A)<br>- (P)<br>- (U)<br>$110,175.73 (T) | 8521 | 1/10/08 | 07-11051 | $110,175.73 (S)<br>- (A)<br>- (P)<br>- (U)<br>$110,175.73 (T) |
| PROFESSIONAL APPRAISAL ASSOC.<br>ATTN THOMAS S. KACHELRIESS, PRES<br>469 MORRIS AVE.<br>SUMMIT, NJ 07902 | 6436 | 12/26/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$925.00 (U)<br>$925.00 (T) | 6718 | 12/26/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$925.00 (U)<br>$925.00 (T) |
| PURDON, ERIL<br>PURDON APPRAISALS<br>PO BOX 128<br>HARWOOD, MD 20776 | 1479 | 10/9/07 | No Case | - (S)<br>- (A)<br>$350.00 (P)<br>$350.00 (U)<br>$350.00 (T) | 2272 | 11/15/07 | No Case | - (S)<br>- (A)<br>- (P)<br>- (U)<br>$350.00 (T) |

| Name/Address of Claimant | Objectionable Claims ||||  Surviving Claims ||||
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| QUIGLEY, PATRICIA<br>7201 CRESHEIM ROAD<br>PHILADELPHIA, PA 19119 | 9714 | 1/17/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$325.00 (U)<br>$325.00 (T) | 9696 | 1/17/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$325.00 (U)<br>$325.00 (T) |
| R.K. ASSOCIATES<br>17100 COLLINS AVE<br>SUITE 225<br>ATTN: DANIEL KATZ<br>SUNNY ISLES BEACH, FL 33160 | 2826 | 11/20/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$330,279.00 (U)<br>$330,279.00 (T) | 2828 | 11/20/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$330,279.00 (U)<br>$330,279.00 (T) |
| R.K. ASSOCIATES<br>17100 COLLINS AVE<br>SUITE 225<br>ATTN: DANIEL KATZ<br>SUNNY ISLES BEACH, FL 33160 | 2827 | 11/20/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$330,279.00 (U)<br>$330,279.00 (T) | 2828 | 11/20/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$330,279.00 (U)<br>$330,279.00 (T) |
| REGSDATA<br>C/O ISO, INC. LAW DEPT<br>KENNETH E. THOMPSON, SECRETARY<br>545 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310-1686 | 3367 | 11/26/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$2,227.76 (U)<br>$2,227.76 (T) | 3628 | 11/26/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$2,227.76 (U)<br>$2,227.76 (T) |
| REXCO MAGNOLIA, LLC<br>THOMAS J. POLIS, ESQ.<br>POLIS & ASSOCIATES, APLC<br>19800 MACARTHUR BOULEVARD, SUITE 1000<br>IRVINE, CA 92612 | 1880 | 11/5/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$480,000.00 (U)<br>$480,000.00 (T) | 1586 | 8/10/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$480,000.00 (U)<br>$480,000.00 (T) |
| SINGLE SOURCE VALUATIONS, LLC<br>ATTN THOMAS O'BRIEN, OWNER<br>P.O. BOX 773<br>HUNTINGTOWN, MD 20639 | 7601 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | 7596 | 1/7/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) |
| ST TAMMANY NEWS ACCT. DEPT.<br>ATTN GENIA BAUGHMAN<br>PO BOX 820<br>BOGALUSA, LA 70429-0820 | 2877 | 11/19/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$143.43 (U)<br>$143.43 (T) | 1692 | 10/22/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$143.43 (U)<br>$143.43 (T) |
| STANFORD & FEUERBORN, LLC.<br>4550 W. 109TH ST.<br>OVERLAND PARK, KS 66211 | 3584 | 11/27/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$1,025.00 (U)<br>$1,025.00 (T) | 3583 | 11/27/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$1,025.00 (U)<br>$1,025.00 (T) |
| STRADA, TORY<br>602 WEST COMSTOCK AVENUE<br>GLENDORA, CA 91741 | 1801 | 10/30/07 | 07-11051 | - (S)<br>- (A)<br>$1,345.30 (P)<br>- (U)<br>$1,345.30 (T) | 5701 | 12/18/07 | 07-11051 | - (S)<br>- (A)<br>$1,345.30 (P)<br>- (U)<br>$1,345.30 (T) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| SYKES, THADDEUS J (THAD)<br>2003 CRIMSON<br>MEADOWS DRIVE<br>O FALLON, MO 63366 | 7454 | 1/7/08 | 07-11051 | Unspecified* | 7461 | 1/7/08 | 07-11051 | Unspecified* |
| WATSON, MARINA<br>9511 BEACH MILL RD<br>GREAT FALLS, VA 22066 | 1332 | 10/1/07 | 07-11051 | - (S)<br>- (A)<br>$992.79 (P)<br>$992.79 (U)<br>$992.79 (T) | 1634 | 10/15/07 | 07-11051 | - (S)<br>- (A)<br>$992.79 (P)<br>$992.79 (U)<br>$992.79 (T) |
| WEISMAN, JANET K. & ALFRED L.<br>9330 LAGOON PLACE # 409<br>DAVIE, FL 33324 | 8450 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$10,000.00 (U)<br>$10,000.00 (T) | 6216 | 12/24/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$10,000.00 (U)<br>$10,000.00 (T) |
| WELCHER, KENNETH<br>135 CAMINO DEL SOL<br>SANTA CRUZ, CA 95065 | 2292 | 11/15/07 | No Case | - (S)<br>- (A)<br>$381.00 (P)<br>$381.00 (U)<br>$381.00 (T) | 2293 | 11/15/07 | No Case | - (S)<br>- (A)<br>$381.00 (P)<br>$381.00 (U)<br>$381.00 (T) |
| YOUR PRIVATE LIMOUSINE<br>ATTN TRACY HODGE, PRESIDENT<br>3255 N. ARLINGTON HEIGHTS ROAD<br>ARLINGTON HEIGHTS, IL 60004 | 3768 | 11/29/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$3,620.10 (U)<br>$3,620.10 (T) | 3770 | 11/29/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$3,620.10 (U)<br>$3,620.10 (T) |
| ZELEZNIK APPRAISAL CO.<br>ATTN PAUL A. ZELEZNIK, PRES.<br>201 FOXTON RD<br>MATTHEWS, NC 281047308 | 2613 | 11/19/07 | No Case | - (S)<br>- (A)<br>$2,675.00 (P)<br>- (U)<br>$2,675.00 (T) | 1899 | 11/5/07 | No Case | - (S)<br>- (A)<br>$2,675.00 (P)<br>- (U)<br>$2,675.00 (T) |
| ZELEZNIK APPRAISAL CO.<br>ATTN PAUL A. ZELEZNIK, PRESIDENT<br>201 FOXTON RD<br>MATTHEWS, NC 28104-7308 | 2615 | 11/19/07 | No Case | - (S)<br>- (A)<br>$2,675.00 (P)<br>- (U)<br>$2,675.00 (T) | 1899 | 11/5/07 | No Case | - (S)<br>- (A)<br>$2,675.00 (P)<br>- (U)<br>$2,675.00 (T) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| Totals: | | 75 Claims | | $153,814.04 (S)<br>- (A)<br>$124,670.82 (P)<br>$3,327,648.93 (U)<br>$3,592,968.02 (T) | | | | $153,814.04 (S)<br>- (A)<br>$124,670.82 (P)<br>$3,327,648.93 (U)<br>$3,592,968.02 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.