# EXHIBIT B

DB02:6731070.1                                                                 066585.1001

Exhibit B
Amended Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| ATLAS PRINCIPAL MORTGAGE, INC.<br>1710 C PLUM LANE<br>REDLANDS, CA 92374 | 1320 | 9/28/07 | No Case | - (S)<br>- (A)<br>$5,600.00 (P)<br>- (U)<br>$5,600.00 (T) | 1870 | 11/1/07 | 07-11051 | $11,200.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$11,200.00 (T) |
| ATLAS PRINCIPAL MORTGAGE, INC.<br>1710 C PLUM LANE<br>REDLANDS, CA 92374 | 1321 | 9/28/07 | No Case | - (S)<br>- (A)<br>$5,600.00 (P)<br>- (U)<br>$5,600.00 (T) | 1870 | 11/1/07 | 07-11051 | $11,200.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$11,200.00 (T) |
| BELLSOUTH TELECOM DBA AT&T S.E.<br>ATTN LINDA GOODIN<br>AT&T ACCOUNTS RECEIVABLE<br>220 SOUTH ST RM 317<br>GASTONIA, NC 28052 | 1108 | 9/18/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$43,004.91 (U)<br>$43,004.91 (T) | 1936 | 11/5/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$45,980.23 (U)<br>$45,980.23 (T) |
| BELLSOUTH TELECOMMUNICATIONS, INC.<br>ATTN LINDA GOODIN<br>220 SOUTH ST. ROOM 317<br>GASTONIA, NC 28052 | 1763 | 10/23/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$43,565.94 (U)<br>$43,565.94 (T) | 1936 | 11/5/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$45,980.23 (U)<br>$45,980.23 (T) |
| DELMARVA POWER<br>ATTN D L COCHRAN<br>PEPCO HOLDINGS INC<br>5 COLLINS DRIVE, SUITE 2133<br>CARNEYS POINT, NJ 08069 | 1524 | 10/5/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$510.68 (U)<br>$510.68 (T) | 8796 | 1/7/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$795.31 (U)<br>$795.31 (T) |
| INTER-TEL TECHNOLOGIES, INC<br>C/O LEGAL DEPARTMENT - DIANE CLINE<br>7300 W BOSTON ST<br>CHANDLER, AZ 85226 | 7726 | 1/8/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$7,866.68 (U)<br>$7,866.68 (T) | 9715 | 1/18/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$7,866.68 (U)<br>$7,866.68 (T) |
| MULL & ASSOCIATES FINANCIAL SERVICES LLC<br>91760 OVERSEAS HWY<br>TAVERNIER, FL 33070 | 1375 | 10/2/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,422.48 (U)<br>$1,422.48 (T) | 5295 | 12/11/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$1,852.48 (U)<br>$1,852.48 (T) |

| Name/Address of Claimant | Objectionable Claims ||||  Surviving Claims ||||
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| SPRINT NEXTEL<br>ATTN ABIGAIL LATOURIETTE, BANKRUPTCY<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | 1269 | 9/25/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$118,762.16 (U)<br>$118,762.16 (T) | 9837 | 1/22/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$159,722.36 (U)<br>$159,722.36 (T) |
| ULRICH, EUGENE F.<br>316 METZ RD<br>SEASIDE, CA 93955 | 5 | 8/16/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$1,574.00 (U)<br>$1,574.00 (T) | 9308 | 1/14/08 | 07-11053 | - (S)<br>- (A)<br>$1,574.00 (P)<br>- (U)<br>$1,574.00 (T) |
| Totals: | 9 Claims | | | - (S)<br>- (A)<br>$11,200.00 (P)<br>$214,706.85 (U)<br>$225,906.85 (T) | | | | $22,400.00 (S)<br>- (A)<br>$1,574.00 (P)<br>$262,197.29 (U)<br>$286,171.29 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.