# EXHIBIT C

# Exhibit C

## Equity Claims

|  | Objectionable Claims | | | |
|---|---|---|---|---|
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| ADAMS, PAUL STEPHEN<br>750 SE 3RD AVENUE, STE 201<br>FORT LAUDERDALE, FL 33316 | 9524 | 1/14/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$42,517.33 (U)<br>$42,517.33 (T) |
| ADAMS, TIMOTHY A.<br>14548 BIG BRUSH LANE<br>JACKSONVILLE, FL 32258 | 7680 | 1/8/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$30,772.00 (U)<br>$30,772.00 (T) |
| ADL PARTNERS LTD<br>ATTN ALAN D. LACOSTE, GENERAL PARTNER<br>11 RIVER LANE<br>LAKE CHARLES, LA 70605 | 6397 | 12/26/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$35,030.00 (U)<br>$35,030.00 (T) |
| ALBERT, WILLIAM L.<br>11005 BRADLEY CIR,<br>FORNEY, TX 75126 | 6119 | 12/21/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$40,401.87 (U)<br>$40,401.87 (T) |
| ALLIED DAMAGE ADJUSTERS, INC.<br>C/O LESLIE L. NEEDHAM, SEC.<br>PO BOX #54<br>VALLEY FALLS, KS 66088 | 7716 | 1/8/08 | No Case | $34,440.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$34,440.00 (T) |
| ALTERMAN, JOEL<br>3015 HAYNES TRAIL<br>ALPHARETTA, GA 30022 | 3519 | 11/26/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$30,000.00 (U)<br>$30,000.00 (T) |
| ANDERSON, EDWIN R. (IRA)<br>FCC AS CUSTODIAN<br>2454 FM 1827<br>MC KINNEY, TX 75071-0663 | 9362 | 1/14/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$38,831.53 (U)<br>$38,831.53 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| ANDERSON, EDWIN R. (ROTH IRA)<br>FCC AS CUSTODIAN<br>2454 FM 1827<br>MC KINNEY, TX 75071-0663 | 9393 | 1/14/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$32,414.37 (U)<br>$32,414.37 (T) |
| ANDERSON, LARRY JOE<br>1572 KIMBERWICKE DR.<br>SANTA ANA, CA 92705-2430 | 8154 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$37,484.91 (U)<br>$37,484.91 (T) |
| APARTMENT HOUSE SUPPLY CO. INC.<br>PENSION PLAN FBO BENJAMIN WINIKOFF<br>12/12/03<br>2416 AMSTERDAM AVE<br>NEW YORK, NY 10003 | 6167 | 12/24/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$40,960.00 (U)<br>$40,960.00 (T) |
| ARAJ, JEFFREY / ROTH IRA<br>7575 S. TROPICAL TRL.<br>MERRITT ISLAND, FL 32952 | 3833 | 11/29/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$33,139.87 (U)<br>$33,139.87 (T) |
| ARTIGUE, WADE J.<br>135 HEARTWOOD CIRCLE<br>LAFAYETTE, LA 70503 | 7540 | 1/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$49,926.00 (U)<br>$49,926.00 (T) |
| BALTES, PATRICIA A.<br>910 SMITH ST,<br>UNIONDALE, NY 11553 | 9354 | 1/14/08 | No Case | - (S)<br>- (A)<br>$33,865.00 (P)<br>- (U)<br>$33,865.00 (T) |
| BARNETT, SANDRA<br>SANDRA BARNETT LTD DB PENSION PLAN<br>PO BOX 44296<br>PHOENIX, AZ 85064 | 8230 | 1/10/08 | No Case | $35,981.80 (S)<br>- (A)<br>- (P)<br>- (U)<br>$35,981.80 (T) |
| BELL, MARY P.<br>18 E FERRY DR<br>ATLANTA, GA 30318 | 6657 | 12/31/07 | No Case | - (S)<br>- (A)<br>$42,200.00 (P)<br>- (U)<br>$42,200.00 (T) |
| BELLEZZA, VALERIE<br>4 HAMILTON DR<br>WEST WINDSOR, NJ 08550 | 7821 | 1/9/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$34,277.95 (U)<br>$34,277.95 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| BERGER, CHARLES L.<br>7408 E. SYCAMORE ST<br>EVANSVILLE, IN 47715 | 7502 | 1/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>- (U)<br>$32,395.00 (T) |
| BISTERFELT, PATSY (IRA)<br>FCC AS CUSTODIAN<br>P.O. BOX 96<br>TOM BEAN, TX 75489 | 8260 | 1/10/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$34,447.29 (U)<br>$34,447.29 (T) |
| BLEYMAN, WALTER<br>20 RUSFIELD DR<br>GLENMONT, NY 12077 | 7804 | 1/9/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$38,199.00 (U)<br>$38,199.00 (T) |
| BLOOMER, ALAN<br>40 ALPINE WAY<br>RARITAN, NJ 08869 | 5202 | 12/10/07 | No Case | - (S)<br>- (A)<br>$36,000.00 (P)<br>$36,000.00 (U)<br>$36,000.00 (T) |
| BLOOMER, ALAN<br>40 ALPINE WAY<br>RARITAN, NJ 08869 | 5203 | 12/10/07 | No Case | - (S)<br>- (A)<br>$30,100.00 (P)<br>- (U)<br>$30,100.00 (T) |
| BOWMAN, CLARENCE E. JR IRA<br>FERRIS BAKER WATTS C/F<br>3319 CAMPBELL LANE<br>ST. ALBANS, WV 25177 | 6946 | 1/3/08 | No Case | - (S)<br>- (A)<br>$36,198.00 (P)<br>$36,198.00 (U)<br>$36,198.00 (T) |
| BRINKMAN, WILLIAM H.<br>IRA ROLLOVER<br>6075 ROSWELL RD STE 610<br>ATLANTA, GA 30350-1625 | 5729 | 12/18/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$39,168.85 (U)<br>$39,168.85 (T) |
| BROMER, JOHN<br>412 SPORT HILL RD<br>EASTON, CT 06612 | 4405 | 12/4/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$35,346.52 (U)<br>$35,346.52 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| BROWN, AUSTIN L. & DANA L.<br>141 TYSEN STREET<br>STATEN ISLAND, NY 10301 | 7056 | 1/4/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$42,144.00 (U)<br>$42,144.00 (T) |
| BROWN, SHELLY SUCESSOR TRUSTEE<br>GLORIA RUTLEDGE REV LIV TRUST<br>12339 BORCHERDING<br>ST. LOUIS, MO 63131 | 5598 | 12/17/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$30,000.00 (U)<br>$30,000.00 (T) |
| BUDD, JOEL K<br>102 N CUMINA AVE<br>WRIGHTSVILLE BEACH, NC 28480 | 8119 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$34,458.98 (U)<br>$34,458.98 (T) |
| BUTTERWORTH, BYRON E.<br>4820 REGALWOOD DR<br>RALEIGH, NC 27613-7041 | 3672 | 11/28/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$50,000.00 (U)<br>$50,000.00 (T) |
| CAGLIERO, ROBERT<br>74 KNOLLWOOD DR<br>LARCHMONT, NY 10538 | 8123 | 1/10/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$35,500.00 (U)<br>$35,500.00 (T) |
| CAMPBELL, DOUGLAS E.<br>3803 OAKLAND COURT<br>MISSOURI CITY, TX 77459 | 5121 | 12/10/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$50,225.87 (U)<br>$50,225.87 (T) |
| CARBERRY, MICHAEL & EILEEN<br>1 ASTER CT.<br>MEDFORD, NJ 08055 | 3127 | 11/23/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$37,846.00 (U)<br>$37,846.00 (T) |
| CARPENTER, BASIL<br>333 A CALL ROAD<br>CHARLESTON, WV 25312 | 6904 | 1/3/08 | No Case | - (S)<br>- (A)<br>$33,422.33 (P)<br>$33,422.33 (U)<br>$33,422.33 (T) |
| CECCUCCI, ROBERT<br>6 BAKER AVENUE<br>COHOES, NY 12047 | 7806 | 1/8/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$35,958.63 (U)<br>$35,958.63 (T) |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| CESTARO, JOAN C. & JOSEPH M. TRUSTEES<br>JOAN C. CESTARO TRUST<br>U/A DTD 11/05/2004<br>6641 DERBY RUN WAY<br>GAINESVILLE, VA 20155-3040 | 5094 | 12/10/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$34,406.05 (U)<br>$34,406.05 (T) |
| CHARLES SCHWAB TRUST CO CUST<br>COLO ANESTHESIA CONSULT 401K<br>FBO LEONARD L. GRIFFITHS III<br>2020 E. 9TH AVE.<br>DENVER, CO 80206 | 3815 | 11/29/07 | 07-11046 | - (S)<br>- (A)<br>$33,569.90 (P)<br>- (U)<br>$33,569.90 (T) |
| CHIN, WALTER & KAM FONG<br>389 WEST ST<br>NEW YORK, NY 10014 | 2826 | 11/21/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$34,000.00 (U)<br>$34,000.00 (T) |
| CHUTE, MORTIMER H. JR. AND JANE A.<br>27 CHESTNUT ST.<br>GARDEN CITY, NY 11530 | 4356 | 12/3/07 | 07-11046 | - (S)<br>- (A)<br>- (P)<br>$31,845.00 (U)<br>$31,845.00 (T) |
| CLEMENTS, JACK J. AND MARION Y. TTEES<br>JACK J CLEMENTS TRUST<br>U/A/D 12/15/00<br>13761 SE 140TH AVE<br>NORWICH, KS 67118 | 8310 | 1/10/08 | No Case | - (S)<br>- (A)<br>$50,000.00 (P)<br>- (U)<br>$50,000.00 (T) |
| COBB, D.C. TTEE<br>****NO ADDRESS PROVIDED**** | 4377 | 12/3/07 | No Case | - (S)<br>- (A)<br>$42,126.63 (P)<br>$42,126.63 (U)<br>$42,126.63 (T) |
| COVE COMMERCIAL, LLC<br>14901 N. SCOTTSDALE RD # 304<br>SCOTTSDALE, AZ 85254 | 5085 | 12/10/07 | No Case | $49,946.58 (S)<br>- (A)<br>- (P)<br>- (U)<br>$49,946.58 (T) |
| CURTIS, EUGENE M.<br>2100 CASTLEFORD RD. GS-6<br>MIDLAND, TX 79705 | 4131 | 12/3/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$49,093.00 (U)<br>$49,093.00 (T) |

———— Objectionable Claims ————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| DAGHESTANI, ALA AND CATHERINE<br>12212 MONROVIA<br>OVERLAND PARK, KS 66218 | 5596 | 12/17/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$51,491.00 (U)<br>$51,491.00 (T) |
| DAY, KEVIN THOMAS<br>3600 WORTHINGTON WAY<br>PLANO, TX 75023 | 3321 | 11/26/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$46,055.00 (U)<br>$46,055.00 (T) |
| DEMITZ, DWIGHT & ELEANOR<br>7001 BIRCH POINT RD.<br>TRAVERSE CITY, MI 49684 | 5787 | 12/18/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$30,195.00 (U)<br>$30,195.00 (T) |
| DESHONG, ROBERT J. IRA R/O<br>OPPENHEIMER CO CUST<br>135 WEST VILLAGE WAY<br>JUPITER, FL 33458 | 6892 | 12/31/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$48,170.00 (U)<br>$48,170.00 (T) |
| DODD, JOHN R.<br>622 LAUREL RIDGE CT.<br>GAHANNA, OH 43230 | 3159 | 11/23/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$35,713.22 (U)<br>$35,713.22 (T) |
| DODS, CRAIG R.<br>10393 MORNING DEW LN<br>MECHANICSVILLE, VA 23116 | 7049 | 1/4/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$32,293.50 (U)<br>$32,293.50 (T) |
| DOUGLAS B. THOMAS<br>4400 E WEST HWY<br>BETHESDA, MD 20814-4524 | 2967 | 11/21/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$42,162.00 (U)<br>$42,162.00 (T) |
| EGGLESTON, RICHARD D<br>1512 W. MURDOCK<br>WICHITA, KS 67203 | 4417 | 12/4/07 | 07-11048 | - (S)<br>- (A)<br>$30,000.00 (P)<br>- (U)<br>$30,000.00 (T) |
| ELER, GARY L.<br>P.O. BOX 774<br>HAYS, KS 67601 | 3273 | 11/26/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$31,840.00 (U)<br>$31,840.00 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| ERNST, JOSEPH<br>1616 TARTAN WAY<br>LOUISVILLE, KY 40205-2474 | 4120 | 12/3/07 | 07-11046 | - (S)<br>- (A)<br>- (P)<br>$33,956.00 (U)<br>$33,956.00 (T) |
| EVANS, JOSEPH C.<br>1412 HUNTER ROAD<br>FRANKLIN, TN 37064-4502 | 8267 | 1/10/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$38,647.95 (U)<br>$38,647.95 (T) |
| FAUBION, LINDA S.<br>4705 WINDING CREEK<br>COLLEGE STATION, TX 77845 | 7242 | 1/7/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$40,221.94 (U)<br>$40,221.94 (T) |
| FAUBION, THOMAS W.<br>4705 WINDING CREEK<br>COLLEGE STATION, TX 77845 | 7243 | 1/7/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$30,623.95 (U)<br>$30,623.95 (T) |
| FIACABLE, JOSEPH P.<br>P.O. BOX 5482<br>FORT WAYNE, IN 46895 | 5460 | 12/14/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$50,475.00 (U)<br>$50,475.00 (T) |
| FREEMAN, JACK B.<br>20 MEADOW RD<br>BRIARCLIFF MANOR, NY 10510 | 4164 | 12/3/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$39,650.50 (U)<br>$39,650.50 (T) |
| FRIEDER, NATHAN & LILLIAN<br>52-54 65TH PLACE<br>MASPETH, NY 11378-1353 | 6150 | 12/21/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$44,454.85 (U)<br>$44,454.85 (T) |
| FRITZ, SUZAN K<br>13925 FARMINGTON WAY<br>APPLE VALLEY, MN 55124-3313 | 5236 | 12/11/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$43,969.36 (U)<br>$43,969.36 (T) |

——— Objectionable Claims ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| FROWNFELTER, JAMES B.<br>4604 MAPLE AVENUE<br>BETHESDA, MD 20814 | 7034 | 1/4/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$37,126.00 (U)<br>$37,126.00 (T) |
| FUNDERBURKE, RICK B & CAROL, JT TEN<br>PO BOX 4149<br>ROANOKE, VA 24015 | 8125 | 1/10/08 | No Case | - (S)<br>- (A)<br>$40,471.29 (P)<br>- (U)<br>$40,471.29 (T) |
| GALIK, SUSAN M. & JOHN<br>405 RIO GRANDE DRIVE<br>MISSION, TX 78572 | 5280 | 12/11/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$52,261.77 (U)<br>$52,261.77 (T) |
| GAMBLE, HILDA R.<br>NFS/FMTC ROLLOVER IRA<br>1514 FIRST PARKWAY<br>WASHINGTON, MO 63090 | 5749 | 12/18/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$39,316.70 (U)<br>$39,316.70 (T) |
| GENDELMAN, MAX & DORIS<br>7515 PELICAN BAY BLVD<br>APT 14A<br>NAPLES, FL 34108 | 3906 | 11/30/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$33,355.79 (U)<br>$33,355.79 (T) |
| GLENN, WALTER H. SR<br>8326 WILDE LANE RD<br>PENSACOLA, FL 32526 | 6877 | 1/3/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$52,312.00 (U)<br>$52,312.00 (T) |
| GORFAIN, JOAN<br>19 NORTHLITE CIRCLE<br>SACRAMENTO, CA 95831-2122 | 5512 | 12/14/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$50,351.00 (U)<br>$50,351.00 (T) |
| GRAEBER, MARK P.<br>1009 BLOSSOM RIVERWAY APT 34C<br>SAN JOSE, CA 95123 | 8596 | 12/31/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$34,719.00 (U)<br>$34,719.00 (T) |
| GREGOIRE, PHILIPPE R<br>858 MIDDLE STREET<br>FALL RIVER, MA 02721 | 3778 | 11/29/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$37,058.96 (U)<br>$37,058.96 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| GROSS, DAVID<br>7248 BALLANTRAE CT<br>BOCA RATON, FL 33496 | 9767 | 1/22/08 | No Case | - (S)<br>- (A)<br>$40,000.00 (P)<br>- (U)<br>$40,000.00 (T) |
| GU, WEI<br>610 TWIN PEAKS ST<br>SIMI VALLEY, CA 93065 | 4511 | 12/4/07 | 07-11051 | - (S)<br>- (A)<br>$45,000.00 (P)<br>$42,550.00 (U)<br>$45,000.00 (T) |
| GUPTA, SUSHILA<br>6 THEIS LANE<br>BLAUVELT, NY 10913 | 5008 | 12/10/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$43,750.00 (U)<br>$43,750.00 (T) |
| HAGAN, JAMES P.<br>615 WOODLAND HILLS DR.<br>TYLER, TX 75701 | 4795 | 12/7/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$45,206.40 (U)<br>$45,206.40 (T) |
| HAHN, HERBERT R., TTEE<br>IRMOLOT CHARITABLE REMAINDER TR<br>PO BOX 8<br>BANNER ELK, NC 29604 | 6667 | 12/31/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$36,000.00 (U)<br>$36,000.00 (T) |
| HAKES, ALMA R.<br>2113 NEW STATE RD<br>NORWALK, OH 44857-9165 | 5810 | 12/18/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$44,634.39 (U)<br>$44,634.39 (T) |
| HALL, GARY L.<br>HALL-HOUSTON EXPLORATION PARTNERS<br>4605 POST OAK PLACE SUITE 100<br>HOUSTON, TX 77027 | 6328 | 1/24/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$35,877.00 (U)<br>$35,877.00 (T) |
| HANDBERG, ROGER EUGENE & CAROL TTEES FBO<br>ROGER HANDBERG UA DTD 6/11/91<br>PO BOX 47945<br>PLYMOUTH, MN 55447-0945 | 5270 | 12/11/07 | No Case | $31,749.95 (S)<br>- (A)<br>- (P)<br>- (U)<br>$31,749.95 (T) |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| HANSEN, STEVEN M., TRUSTEE<br>STEVEN M. HANSEN FAMILY TRUST<br>3953 BROCKBANK WAY<br>SALT LAKE CITY, UT 84124 | 9700 | 1/17/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$32,850.00 (U)<br>$32,850.00 (T) |
| HANSON, JAMES J.<br>UTA CHARLES SCHWAB & CO. INC.<br>IRA 4096-5030<br>420 SOUTH 4TH AVE<br>PRINCETON, MN 55371 | 5168 | 12/10/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$41,796.98 (U)<br>$41,796.98 (T) |
| HEIFFERON, DONALD J. & CAROL C.<br>FCC AS CUSTODIAN<br>363 REEF PT. CIR.<br>WEBSTER, NY 14580 | 5646 | 12/18/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$30,251.78 (U)<br>$30,251.78 (T) |
| HEIFFERON, DONALD J. IRA<br>FCC AS CUSTODIAN<br>363 REEF PT. CIR.<br>WEBSTER, NY 14580 | 5645 | 12/18/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$45,030.59 (U)<br>$45,030.59 (T) |
| HENNING, KENT S. IRA<br>2138 STANLEY DRIVE<br>FORT WORTH, TX 76110-1836 | 6062 | 12/21/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$38,422.68 (U)<br>$38,422.68 (T) |
| HERMOSILLO, C J<br>453 RADCLIFFE CT<br>LAGUNA BEACH, CA 92651-3635 | 2227 | 11/15/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$34,014.95 (U)<br>$34,014.95 (T) |
| HIROKAWA, ROY KIYOSHI, SEP IRA<br>SCOTTRADE INC TR FBO<br>45-525 UALANI PLACE<br>KANEOHE, HI 96744 | 8326 | 1/10/08 | No Case | - (S)<br>- (A)<br>$5,233.75 (P)<br>$24,992.38 (U)<br>$30,226.13 (T) |
| HOLTZ, BRIAN PAUL & JOY A.<br>JT TEN<br>308 LITTLE JOHN TRAIL<br>HOT SPRINGS, AR 71913 | 9737 | 1/18/08 | No Case | $39,555.85 (S)<br>- (A)<br>- (P)<br>- (U)<br>$39,555.85 (T) |
| HOMOLA, STEPHEN J.<br>6609 SHELBURN DR<br>CRESTWOOD, KY 40014 | 4112 | 12/3/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$39,715.00 (U)<br>$39,715.00 (T) |

— Objectionable Claims —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| HORDESKI, THEODORE J<br>107 OCEAN AVE<br>WARETOWN, NJ 08758 | 6154 | 1/24/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$43,160.00 (U)<br>$43,160.00 (T) |
| HUBER, CARY<br>C/O SUZAN FRITZ<br>13925 FARMINGTON WAY<br>APPLE VALLEY, MN 55124-3313 | 5243 | 12/11/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$41,242.75 (U)<br>$41,242.75 (T) |
| HUGHES, STEPHEN, IRA<br>TD AMERITRADE INC CUSTODIAN<br>71 TOWER STREET<br>DEDHAM, MA 02026 | 6617 | 12/31/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$34,160.00 (U)<br>$34,160.00 (T) |
| IMBURGIA, ANTHONY JOSEPH<br>111 E. CHESTNUT<br>CHICAGO, IL 60611 | 9681 | 1/16/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$38,755.00 (U)<br>$38,755.00 (T) |
| JAHN, CURTIS F.<br>342 CENTER GROVE RD<br>DOVER, NJ 07869 | 9672 | 1/14/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$35,115.00 (U)<br>$35,115.00 (T) |
| JAM, ROBET B. JR<br>P.O. BOX 772<br>RED LODGE, MT 59068 | 5208 | 12/10/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$34,958.63 (U)<br>$34,958.63 (T) |
| JEFFREYS, JOHN S.<br>10533 GREEN MOUNTAIN CIRCLE<br>COLUMBIA, MD 21044 | 9563 | 1/14/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$37,000.00 (U)<br>$37,000.00 (T) |
| JOE AND GRACE YEE TRUST<br>UAD 01/28/2007<br>6091 MANORFIELD DR<br>HUNTINGTON BEACH, CA 92648 | 4950 | 12/10/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$39,964.00 (U)<br>$39,964.00 (T) |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| JOHNSON, KEN & MARY-ANN<br>2788 MADERIA CIRCLE<br>MONACO ESTATES<br>MELBOURNE, FL 32935-5599 | 6403 | 12/26/07 | No Case | -(S)<br>-(A)<br>-(P)<br>$51,859.65 (U)<br>$51,859.65 (T) |
| KAGEY, WILLIAM J.<br>4932 BALSAM DR<br>ROANOKE, VA 24018 | 3713 | 11/29/07 | 07-11048 | -(S)<br>-(A)<br>$48,040.00 (P)<br>$48,040.00 (U)<br>$48,040.00 (T) |
| KASS, DAVID E. ROTH IRA<br>2206 CLOVER DR. NW<br>GRAND RAPIDS, MI 49504 | 6106 | 12/21/07 | No Case | -(S)<br>-(A)<br>-(P)<br>$31,515.04 (U)<br>$31,515.04 (T) |
| KASS, KAREN<br>(ROTH IRA)<br>2206 CLOVER DR NW<br>GRAND RAPIDS, MI 49504 | 6352 | 12/24/07 | No Case | -(S)<br>-(A)<br>-(P)<br>$33,860.00 (U)<br>$33,860.00 (T) |
| KENNEDY, CARRIE M., DAVIS, SYLVIA K., &<br>MINIR, GAYLE K., JTD<br>208 DIANA STREET<br>TROY, AL 36081 | 7413 | 1/7/08 | No Case | $50,000.00 (S)<br>-(A)<br>-(P)<br>-(U)<br>$50,000.00 (T) |
| KEOWN, SAMUEL GARLAND AND LAURA JOAN<br>6706 WIMBLEDON ESTATE DR.<br>SPRING, TX 77379 | 5879 | 12/19/07 | No Case | -(S)<br>-(A)<br>-(P)<br>$32,237.00 (U)<br>$32,237.00 (T) |
| KHAN, SAHEED, A.<br>P.O. BOX 8884<br>WOODLAND, CA 95776 | 6915 | 1/3/08 | No Case | $41,162.22 (S)<br>-(A)<br>-(P)<br>-(U)<br>$41,162.22 (T) |
| KOFFMAN FOUR ACCOUNT ET AL<br>ATTN BARRY KOFFMAN (AGENT)<br>224 MAIN STREET<br>BINGHAMTON, NY 13905 | 6426 | 12/26/07 | No Case | -(S)<br>-(A)<br>-(P)<br>$44,708.00 (U)<br>$44,708.00 (T) |
| KRUSE, LARRY W.<br>1243 170TH AVE.<br>DONNELLSON, IA 52625-9306 | 7293 | 1/7/08 | No Case | -(S)<br>-(A)<br>-(P)<br>$46,171.06 (U)<br>$46,171.06 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| LASSEIGNE, PRISCILLA<br>1322 CROSSFIELD DR<br>KATY, TX 77450 | 7249 | 1/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$40,769.90 (U)<br>$40,769.90 (T) |
| LAUTERBACH, STUART<br>10590 GRANDE PALLADIUM WY<br>BOYNTON BEACH, FL 33436 | 5353 | 12/13/07 | No Case | - (S)<br>- (A)<br>$33,738.85 (P)<br>$33,738.85 (U)<br>$33,738.85 (T) |
| LILLEY, GEORGE TRUSTEE<br>GEORGE W. LILLY, NON EXEMPT TR.<br>173 POPLAR DRIVE<br>MORGANTOWN, WV 26505 | 6897 | 1/3/08 | No Case | - (S)<br>- (A)<br>$36,113.00 (P)<br>$36,113.00 (U)<br>$36,113.00 (T) |
| LIPINSKI, DONALD<br>30 N 58TH ST<br>SUPERIOR, WI 54880 | 4996 | 12/10/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$33,479.26 (U)<br>$33,479.26 (T) |
| LISLE, HAMPTON H.<br>STATE STREET BANK TTEE<br>NORTHROP GRUMMAN PLAN<br>PO BOX 61<br>MOUNT AIRY, MD 21771 | 9590 | 1/14/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$48,309.95 (U)<br>$48,309.95 (T) |
| LOSEY, HAROLD D JR, IRA<br>RBC DAIN RAUSCHER, CUSTODIAN<br>253 BEAR HILL RD<br>CHICHESTER, NH 03258 | 3335 | 11/28/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$49,720.00 (U)<br>$49,720.00 (T) |
| LUTTINEN, CARLYLE H.<br>3385 PLEASANT BEACH DR. NE<br>BAINBRIDGE ISLAND, WA 98110 | 9475 | 1/14/08 | No Case | $33,056.70 (S)<br>- (A)<br>- (P)<br>- (U)<br>$33,056.70 (T) |
| MALIZIA, ROSE<br>37 ALLEN DR<br>BREWSTER, NY 10509 | 4445 | 12/4/07 | No Case | $10,000.00 (S)<br>$10,000.00 (A)<br>$10,000.00 (P)<br>$10,000.00 (U)<br>$30,000.00 (T) |

Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| MARKOVIC, DAVID, IRA FBO ROLLOVER ACCOUNT - VFTC, CUSTODIAN 1442 - E 71ST STREET BROOKLYN, NY 11234-6730 | 3598 | 11/27/07 | No Case | - (S)<br>- (A)<br>$34,508.00 (P)<br>$34,508.00 (U)<br>$34,508.00 (T) |
| MAYNARD R BRANKNEY TRUST C/O MARCIA B EMERSON, TRUSTEE 6 PINE VALLEY LANE AMARILLO, TX 79124 | 9421 | 1/14/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$44,636.00 (U)<br>$44,636.00 (T) |
| MEYER, LARRY J. 1061 BRISTOL MANOR DR BALLWIN, MO 63011-5105 | 6733 | 12/31/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$31,580.95 (U)<br>$31,580.95 (T) |
| MILLER, RICHARD C. 735 NE 6TH STREET BOCA RATON, FL 33432 | 5977 | 12/20/07 | 07-11051 | $32,374.69 (S)<br>- (A)<br>- (P)<br>- (U)<br>$32,374.69 (T) |
| MONTGOMERY, LYNN & SHIRLEY 269 TWIN LAKES DR UNION, MO 63084 | 6655 | 12/31/07 | No Case | - (S)<br>- (A)<br>$36,464.58 (P)<br>- (U)<br>$36,464.58 (T) |
| MOSELEY, NATHANIEL C. AND BETTY E. 6715 NW BLAIR ROAD PARKVILLE, MO 64152 | 4778 | 12/7/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$50,000.00 (U)<br>$50,000.00 (T) |
| NASH, ROGER 5734 N. DRAKE CHICAGO, IL 60659 | 7186 | 1/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$37,348.12 (U)<br>$37,348.12 (T) |
| NATHANSON, LEONARD 4200 HARDING RD APT. 301 NASHVILLE, TN 37205 | 5380 | 12/13/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$33,223.00 (U)<br>$33,223.00 (T) |
| NISAR, DR. MOHAMMED 1895 OARK TREE RD EDISON, NJ 08820 | 8897 | 1/11/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$30,528.00 (U)<br>$30,528.00 (T) |

— Objectionable Claims —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| NOORTHOEK, ROGER<br>ATTORNEY AT LAW<br>CERTIFIED PUBLIC ACCOUNTANT<br>4240 PROMENADE WAY # 332<br>MARINA DEL REY, CA 90292 | 5349 | 12/13/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$30,486.00 (U)<br>$30,486.00 (T) |
| OLIVER, PRESTON C.<br>C/O JOHN T. OLIVER, SON W/POA<br>2205 NORDOH PLACE<br>ALEXANDRIA, VA 22306 | 4342 | 12/3/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$30,412.85 (U)<br>$30,412.85 (T) |
| OPTION DIRECT<br>ATTN MORTON A.<br>610 NE 173RD TERRACE<br>MIAMI, FL 33317 | 7874 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$43,448.04 (U)<br>$43,448.04 (T) |
| PACE, SALVATORE TRUSTEE FBO<br>SALVATORE PACE AND SOPHIE PACE TRUST<br>DTD DEC 22, 1992<br>1071 POINT RD<br>BROADALBIN, NY 12025 | 6744 | 12/31/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$36,294.98 (U)<br>$36,294.98 (T) |
| PALMER, THOMAS A.<br>179 WOODSTOCK RD.<br>VILLANOVA, PA 19085 | 8292 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$31,332.43 (U)<br>$31,332.43 (T) |
| PANSKY FAMILY TRUST, THE<br>IRIS PANSKY, TTEE<br>2647 S.W. VISTA AVE.<br>PORTLAND, OR 97201-1783 | 8505 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$33,450.99 (U)<br>$33,450.99 (T) |
| PAPPAS, YOTA<br>85 LUAS AVENUE<br>KINGSTON, NY 12401 | 5159 | 12/10/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$38,493.00 (U)<br>$38,493.00 (T) |
| PAULINE M CLARK<br>5721 CHETHAM HILL<br>PINSON, AL 35126-3561 | 2651 | 11/19/07 | No Case | $32,980.69 (S)<br>- (A)<br>- (P)<br>- (U)<br>$32,980.69 (T) |

Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| PFITZER, SANDRA MARTHA<br>34771 MORAVIAN APT. 212<br>STERLING HEIGHTS, MI 48312 | 8410 | 1/10/08 | No Case | - (S)<br>- (A)<br>$52,000.00 (P)<br>- (U)<br>$52,000.00 (T) |
| PRESTIFILIPPO, JOHN<br>1731 PALOMINO LANE<br>KINGWOOD, TX 77339 | 5455 | 12/14/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$30,459.78 (U)<br>$30,459.78 (T) |
| PURKERSON, DARREL R. FBO<br>FMT CO CUST URA ROLLOVER<br>225 RIVER WAY<br>SAINT HELENS, OR 97051-1515 | 3448 | 11/26/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$41,744.80 (U)<br>$41,744.80 (T) |
| QIN, WEI ZE<br>470 MIKASA DR<br>ALPHARETTA, GA 30022 | 7664 | 1/8/08 | 07-11048 | $31,883.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$31,883.00 (T) |
| RAPPOLD, RONALD<br>31 NE 28TH COURT<br>WILTON MANORS, FL 33334 | 3203 | 11/26/07 | 07-11048 | - (S)<br>- (A)<br>$45,000.00 (P)<br>- (U)<br>$45,000.00 (T) |
| RESOURCE DEVELOPMENT GROUP, LLC<br>ATTN ALEN D LACOSTE, GENERAL PARTNER<br>11 RIVER LANE<br>LAKE CHARLES, LA 70605 | 6514 | 12/28/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$50,610.00 (U)<br>$50,610.00 (T) |
| RICH, ROBERT P.<br>1311 GOLDEN HILL DRIVE<br>INDIANAPOLIS, IN 46208 | 9175 | 1/11/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$49,172.50 (U)<br>$49,172.50 (T) |
| RICHARD & GAYLE DEVIRIAN FAMILY TRUST OF 8/3/06<br>23326 HAWTHORNE BLVD #380<br>TORRANCE, CA 90505 | 3465 | 11/26/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$50,000.00 (U)<br>$50,000.00 (T) |
| RODERICK, GREG A.<br>17400 SW UPPER BOONES FERRY RD<br>STE #230<br>DURHAM, OR 97224-7094 | 9558 | 1/14/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$34,425.51 (U)<br>$34,425.51 (T) |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| RODRIGUEZ, CATHERINE B IRA<br>3 ORCHARD ST<br>WELLESLEY, MA 02481 | 3667 | 11/28/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$50,000.00 (U)<br>$50,000.00 (T) |
| RUBIN, WENDY S.<br>ARTHUR S. RUBIN CO-TRUSTEES<br>WENDY S. RUBINE 2002 REV TR<br>3171 NO 36TH ST<br>HOLLYWOOD, FL 33021 | 3416 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$34,445.00 (U)<br>$34,445.00 (T) |
| RUCKER, JERRY D.<br>2311 TANGLEY<br>HOUSTON, TX 77005 | 3483 | 11/26/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$41,000.00 (U)<br>$41,000.00 (T) |
| RURY, CHARLES A. AND BETTY A. TTEE<br>THE REV TRUST OF CHARLES A & BETTY RURY<br>1504 HARRIS DR.<br>BARTLESVILLE, OK 74006-5705 | 7102 | 1/4/08 | 07-11048 | - (S)<br>- (A)<br>$2,470.76 (P)<br>$30,445.23 (U)<br>$32,915.99 (T) |
| SAKUDA, ALEX J & VICKY T JT TEN<br>557 POKOLE STREET<br>HONOLULU, HI 96816-2324 | 5187 | 12/10/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$51,295.00 (U)<br>$51,295.00 (T) |
| SALTZMAN, RONALD<br>10664 FAWN RIVER TRAIL<br>BOYNTON BEACH, FL 33437-3996 | 7881 | 1/9/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$39,827.57 (U)<br>$39,827.57 (T) |
| SAULS, REGINALD G. IV TRUSTEE FOR<br>SAULS FAMILY DECEDENTS TRUST<br>UA 4992<br>475 HICKEYS FORK ROAD<br>MARSHALL, NC 28753 | 6347 | 12/24/07 | No Case | $41,376.47 (S)<br>- (A)<br>- (P)<br>- (U)<br>$41,376.47 (T) |
| SAUNDERS, LARRY L & BETTY D. SAUNDERS TR<br>U/A/D 04/17/1998<br>FBO LARRY L SAUNDERS & BETTY D. SAUNDERS<br>12242 TAVARES RIDGE CIRCLE<br>TAVARES, FL 32778-4474 | 7267 | 1/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$38,235.00 (U)<br>$38,235.00 (T) |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| SAUTNER, DONALD & JEANNE M.<br>548 BEACH 66 ST<br>ARVERNE, NY 11692 | 7053 | 1/4/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$34,375.50 (U)<br>$34,375.50 (T) |
| SCHAN, LYN<br>507 FISHERS ROAD<br>BRYN MAWR, PA 19010 | 8231 | 1/10/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$35,815.00 (U)<br>$35,815.00 (T) |
| SCHMIDT, DAVE M., JR & CHERYL (JT)<br>107 MALLARD LN<br>GEORGETOWN, TX 78633 | 4071 | 12/3/07 | No Case | - (S)<br>- (A)<br>$52,467.46 (P)<br>- (U)<br>$52,467.46 (T) |
| SCHWARTZ, CYNTHIA & LEONARD<br>103 TAYLOR COURT<br>LOCUST GROVE, VA 22508 | 7319 | 1/9/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$32,580.99 (U)<br>$32,580.99 (T) |
| SEEBER, ALFREDA V.<br>7130 S.W. HAVERHILL RD<br>EL DORADO, KS 67042-7953 | 4418 | 12/4/07 | 07-11048 | - (S)<br>- (A)<br>$45,000.00 (P)<br>- (U)<br>$45,000.00 (T) |
| SERVEY, JAMES N. AND ROBERTA A.<br>1317 CHURCH ROAD<br>ORELAND, PA 19075-2228 | 4231 | 12/3/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$35,000.00 (U)<br>$35,000.00 (T) |
| SHARIFF, SHAJAHAN<br>33 BALTIC ST<br>EDISON, NJ 08820 | 9367 | 1/14/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$30,365.95 (U)<br>$30,365.95 (T) |
| SHERAR, MYRON D.<br>4100 INTERNATIONAL PLAZA<br>SUITE 150<br>FORT WORTH, TX 76109 | 7401 | 1/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$50,000.00 (U)<br>$50,000.00 (T) |
| SHOCK, CLIFFORD L.<br>5712 TAMARISK WAY<br>SAN LUIS OBISPO, CA 93401-8274 | 5025 | 12/10/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$42,629.59 (U)<br>$42,629.59 (T) |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| SLATER, RUTH<br>16 WATKINS PLACE<br>NEW ROCHELLE, NY 10801 | 5877 | 12/19/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$32,047.06 (U)<br>$32,047.06 (T) |
| SNEERINGER, EUGENE M. JR. TTEE<br>EM SNEERINGER JR CHAR REM TR<br>17 VALLEY VIEW SR<br>ALBANY, NY 12208 | 9409 | 1/14/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$34,465.80 (U)<br>$34,465.80 (T) |
| SNEERINGER, EUGENE M. JR. TTEE<br>17 VALLEY VIEW DR<br>ALBANY, NY 12208 | 9410 | 1/14/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$35,700.07 (U)<br>$35,700.07 (T) |
| SOPKIN, JACK<br>1155 WESTOVER RD<br>STAMFORD, CT 06902 | 8101 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$32,516.00 (U)<br>$32,516.00 (T) |
| SPAGNOLA, CAROL G.<br>10 ENGLISH WOODS<br>ROCHESTER, NY 14616-1670 | 4095 | 12/3/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$32,061.46 (U)<br>$32,061.46 (T) |
| SPECTOR INVESTMENTS, LP.<br>ATTN M SPECTOR<br>PO BOX 15273<br>SAN ANTONIO, TX 78212 | 7809 | 1/9/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$34,000.00 (U)<br>$34,000.00 (T) |
| SPECTOR, D & M, TRUSTEES<br>MORRIS SPECTOR M.D. PA RET PLAN<br>U/A DTD 01/01/92<br>PO BOX 15273<br>SAN ANTONIO, TX 78212 | 7808 | 1/9/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$34,000.00 (U)<br>$34,000.00 (T) |
| STEIN, PAUL LAWRENCE<br>6616 FERNSHAW DR.<br>DALLAS, TX 75248 | 7164 | 1/7/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$31,340.00 (U)<br>$31,340.00 (T) |

— Objectionable Claims —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| STERN, FREDERICKA G. IRA<br>MLPF & S CUST FPO<br>90 NORTH AVE<br>WESTPORT, CT 06880 | 5185 | 12/10/07 | 07-11046 | - (S)<br>- (A)<br>- (P)<br>$37,826.19 (U)<br>$37,826.19 (T) |
| STONE, CLIFFORD W.<br>PO BOX 528<br>EL DORADO, KS 67042-0528 | 8827 | 1/11/08 | No Case | - (S)<br>- (A)<br>$50,000.00 (P)<br>- (U)<br>$50,000.00 (T) |
| STURMS, ALLAN<br>6005 TRENTCOURT<br>LEWIS CENTER, OH 43035 | 5054 | 12/10/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$38,371.36 (U)<br>$38,371.36 (T) |
| SUMETSKY, OLGA<br>4165 EMPIRE LANE<br>PLYMOUTH, MN 55446 | 7130 | 1/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$48,055.00 (U)<br>$48,055.00 (T) |
| TAKAHASHI, MAKOTO<br>1400 GEARY BLVD<br>APT 507<br>SAN FRANCISCO, CA 94109 | 3660 | 11/28/07 | No Case | $45,626.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$45,626.00 (T) |
| TOBAK, MARK MD PC FSP<br>1600 HARRISON AVE STE 105A<br>MAMARONECK, NY 10543 | 3236 | 11/26/07 | No Case | $10,000.00 (S)<br>- (A)<br>$10,000.00 (P)<br>$10,000.00 (U)<br>$30,000.00 (T) |
| TORGOVE, JOYCE & LLOYD<br>40 CLIFTON HEIGHTS LA<br>MARBLEHEAD, MA 01945 | 6183 | 12/24/07 | No Case | $31,617.94 (S)<br>- (A)<br>- (P)<br>- (U)<br>$31,617.94 (T) |
| TROUT, JAMES G.<br>10104 DUBLIN ROAD<br>WALKERSVILLE, MD 21793 | 3766 | 11/29/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$30,939.22 (U)<br>$30,939.22 (T) |
| TRUEBLOOD, RICHARD K.<br>6139 MESA ROAD<br>RENO, NV 89511 | 8443 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$44,388.00 (U)<br>$44,388.00 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| TURNER, MEL<br>961 SWALLOW AVE., PH 301-A<br>MARCO ISLAND, FL 34145 | 7924 | 1/9/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$35,122.99 (U)<br>$35,122.99 (T) |
| VAN BOESCHOTEN, EARL<br>4453 TAN GLENWOOD WAY<br>NAPA, CA 94558 | 3014 | 11/23/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$30,019.94 (U)<br>$30,019.94 (T) |
| VAN FLEET, BRUCE, III<br>89 CLUB CREST DR<br>MAGGIE VALLEY, NC 28751 | 6820 | 1/2/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$33,426.00 (U)<br>$33,426.00 (T) |
| VANN, RICHARD K.<br>2535 HALCYON DOWNS LOOP<br>MONTGOMERY, AL 36117 | 4768 | 12/7/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$40,974.00 (U)<br>$40,974.00 (T) |
| VANN, RICHARD K.<br>2535 HALCYON DOWNS LOOP<br>MONTGOMERY, AL 36117 | 4769 | 12/7/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$30,836.90 (U)<br>$30,836.90 (T) |
| WALTER A LOEHR TRUST<br>U/A/D 8/29/78<br>WALTER A LOEHR TRUSTEE<br>29 GREENBRIAR LANE<br>GROSSE POINTE, MI 48236-1507 | 7390 | 1/7/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$49,024.41 (U)<br>$49,024.41 (T) |
| WARD, MICKEY<br>501 WELCH RD<br>TIMMONSVILLE, SC 29161 | 3955 | 11/30/07 | 07-11048 | - (S)<br>- (A)<br>$32,767.56 (P)<br>- (U)<br>$32,767.56 (T) |
| WARNER, ROBERT JOSEPH TTEE<br>UNIV BOOKSTORE INC RETIREMENT<br>UA DTD 4/1/92<br>3904 PINE GLADE - 2529 W MICHIGAN AVE.<br>KALAMAZOO, MI 49002 | 5176 | 12/10/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$40,000.00 (U)<br>$40,000.00 (T) |

—————— Objectionable Claims ——————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| WASMAN, GOLDIE<br>765 NORTH SHORE DR<br>MIAMI BEACH, FL 33141 | 8081 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$35,450.00 (U)<br>$35,450.00 (T) |
| WECHSLER, ELAINE<br>20310 FAIRWAY OAKS DRIVE #144<br>BOCA RATON, FL 33434-3228 | 6478 | 12/27/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$43,427.09 (U)<br>$43,427.09 (T) |
| WETZEL, E. SCOTT III<br>519 N. 41ST ST.<br>SEATTLE, WA 98103-7717 | 8656 | 1/11/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$40,000.00 (U)<br>$40,000.00 (T) |
| WHERRY, KEN A.<br>102 8TH LANE<br>KIRKLAND, WA 98033 | 7267 | 1/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$32,138.34 (U)<br>$32,138.34 (T) |
| WINIKOFF, LYNN C/F<br>JOSHUA WINIKOFF<br>1530 PALISADE AVE APT # 175<br>FORT LEE, NJ 07024 | 6168 | 12/24/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$32,657.00 (U)<br>$32,657.00 (T) |
| WORTHINGTON, ELIZABETH<br>***NO ADDRESS PROVIDED*** | 3552 | 11/26/07 | No Case | $20,882.85 (S)<br>- (A)<br>- (P)<br>$17,500.00 (U)<br>$38,382.85 (T) |
| WORTHINGTON, ELIZABETH<br>***NO ADDRESS PROVIDED*** | 3553 | 11/26/07 | No Case | $20,882.00 (S)<br>- (A)<br>- (P)<br>$17,500.00 (U)<br>$38,382.85 (T) |
| YODER PERENNIAL GARDENS<br>C/O ROBERT M SULLIVAN, OWNER<br>1055 EDISON RD<br>BOX 21<br>YODER, CO 80864 | 4064 | 12/3/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$48,875.00 (U)<br>$48,875.00 (T) |
| YOUNGMAN, JAMES L.<br>395 COUNTY RD. 414<br>KILLEN, AL 35645 | 6967 | 1/3/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$32,869.02 (U)<br>$32,869.02 (T) |

─────── Objectionable Claims ───────

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| ZHU, LIMAN<br>432 S. CURSON AVE., APT. 6F<br>LOS ANGELES, CA 90036-5228 | 7459 | 1/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$30,410.75 (U)<br>$30,410.75 (T) |
| ZUCKERMAN, JUDIM & MICHAEL<br>280 RANGEGROVE<br>IRVINE, CA 92604 | 4713 | 12/6/07 | No Case | - (S)<br>- (A)<br>$35,000.00 (P)<br>$35,000.00 (U)<br>$35,000.00 (T) |

**Totals:**          188 Claims

|  |  |
|---|---|
| (S) - Secured | $625,913.74 (S) |
| (A) - Administrative | - (A) |
| (P) - Priority | $988,618.26 (P) |
| (U) - Unsecured | $5,936,333.19 (U) |
| (T) - Total Claimed | $7,241,808.08 (T) |

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.