# EXHIBIT D

**Exhibit D**

**Wrong Debtor Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | New Case Number |
|---|---|---|---|---|---|
| 100 MARKET STREET<br>ATTN DAVID W. HAMILTON, COMPTROLLER<br>P.O. BOX 1267<br>MICHAEL SIMICHIK<br>PORTSMOUTH, NH 03802 | 5406 | 12/13/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$97,367.84 (U)<br>$97,367.84 (T) | 07-11051 |
| A & J BLACKETER, INC.<br>ATTN STEPHEN P. IMHOFF, ATTORNEY<br>225 S. HURSTBOURNE PKWY., SUITE 103<br>LOUISVILLE, KY 40222 | 5341 | 12/10/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$8,752.57 (U)<br>$8,752.57 (T) | 07-11051 |
| AGF WOODFIELD OWNER LLC<br>C/O JONES LANG LASALLE<br>ATTN GENERAL MANAGER<br>1375 E. WOODFIELD ROAD<br>SCHAUMBURG, IL 60173 | 9224 | 1/11/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$102,329.76 (U)<br>$102,329.76 (T) | 07-11051 |
| ALLSTAR COMMUNICATIONS INC<br>ATTN BRENDA BATEMAN, A/R<br>PO BOX 933022<br>ATLANTA, GA 31193 | 4011 | 11/30/07 | No Case | - (S)<br>- (A)<br>$15,957.93 (P)<br>$15,957.93 (U)<br>$15,957.93 (T) | 07-11051 |
| ATKINS, DEBBIE<br>10601 CATHARPIN RD<br>SPOTSYLVANIA, VA 22551 | 1581 | 10/15/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$5.00 (U)<br>$5.00 (T) | 07-11051 |
| BETTY AUTON-BECK, APLC<br>300 E STATE ST, STE 200<br>REDLANDS, CA 92373 | 6037 | 12/18/07 | No Case | - (S)<br>- (A)<br>$1,422.83 (P)<br>- (U)<br>$1,422.83 (T) | 07-11051 |
| BRCH GROVE PLAZA<br>4335 24TH AVENUE<br>FORT GRATIOT, MI 48059 | 2896 | 11/20/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$2,573.74 (U)<br>$2,573.74 (T) | 07-11051 |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | New Case Number |
|---|---|---|---|---|---|
| CABLE PLUS INC<br>ATTN ANNETTE ROMAINE, CREDIT MANAGER<br>5330 N LOCKWOOD<br>CHICAGO, IL 60630 | 4454 | 12/4/07 | No Case | -(S)<br>-(A)<br>-(P)<br>$7,162.95 (U)<br>$7,162.95 (T) | 07-11051 |
| CARPENTER, MITCHEAL E (MITCH)<br>15077 SE ST ANDREWS<br>HAPPY VALLEY, OR 97086 | 6633 | 12/31/07 | No Case | -(S)<br>-(A)<br>-(P)<br>$10,761.36 (U)<br>$10,761.36 (T) | 07-11051 |
| CARVER WOODS EXEC. CTR LLC<br>5101 CREEK ROAD, SUITE 3<br>CINCINNATI, OH 452423931 | 8736 | 1/11/08 | No Case | -(S)<br>-(A)<br>-(P)<br>$9,790.26 (U)<br>$9,790.26 (T) | 07-11051 |
| CASCADE NATURAL GAS CORPORATION<br>ATTN DAVID BELZ<br>222 FAIRVIEW AVE NORTH<br>SEATTLE, WA 98109 | 2864 | 11/20/07 | 07-11047 | -(S)<br>-(A)<br>-(P)<br>$57.10 (U)<br>$57.10 (T) | 07-11051 |
| CIERRA INVESTMENT CORPORATION<br>P O BOX 940<br>LAKE OZARK, MO 65049 | 4826 | 12/7/07 | No Case | -(S)<br>-(A)<br>$1,100.00 (P)<br>$14,300.00 (U)<br>$15,400.00 (T) | 07-11051 |
| CINCINNATI BELL TELEPHONE<br>ATTN: LISA Y ANDERSON<br>221 E 4TH ST<br>ML346-325<br>CINCINNATI, OH 45202 | 3634 | 11/27/07 | 07-11047 | -(S)<br>-(A)<br>-(P)<br>$72.63 (U)<br>$72.63 (T) | 07-11051 |
| CIRCLE 22 INVESTORS LLC<br>ATTN JAMEY A. SHANDLEY, VP/CFM<br>C/O HAMILTON REAL ESTATE<br>4057 28TH STREET NW, SUITE 200<br>ROCHESTER, MN 55901 | 6641 | 12/31/07 | No Case | -(S)<br>-(A)<br>-(P)<br>$53,423.44 (U)<br>$53,423.44 (T) | 07-11051 |
| CITY WATER, LIGHT AND POWER<br>ATTN NANCY HAMER<br>BILLING SUPPORT SUPERVISOR<br>RM 105 MUNICIPAL CENTER WEST<br>SPRINGFIELD, IL 62757 | 1852 | 10/29/07 | 07-11047 | -(S)<br>-(A)<br>-(P)<br>$332.77 (U)<br>$332.77 (T) | 07-11051 |
| CLARK PROPERTIES L.L.C.<br>5515 CAMERON FOREST PKWY<br>ALPHARETTA, GA 30022 | 1317 | 9/28/07 | No Case | -(S)<br>-(A)<br>-(P)<br>$5,000.00 (U)<br>$5,000.00 (T) | 07-11051 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | New Case Number |
|---|---|---|---|---|---|
| COLLINS BOLLING, LINDA<br>134 ISLAND VIEW<br>ANNAPOLIS, MD 21401 | 1772 | 10/25/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$650.00 (U)<br>$650.00 (T) | 07-11051 |
| COLUMBIA GAS OF KENTUCKY, INC.<br>ATTN R. TANNER, BANKRUPTCY SPECIALIST<br>200 CIVIC CENTER DR., 8TH FL<br>COLUMBUS, OH 43215 | 618 | 9/6/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$48.13 (U)<br>$48.13 (T) | 07-11051 |
| COLUMBIA GAS OF OHIO, INC.<br>ATTN R. THORNTON, BANKRUPTCY SPECIALIST<br>200 CIVIC CENTER DR., 11TH FL<br>COLUMBUS, OH 43215 | 619 | 9/6/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$25.92 (U)<br>$25.92 (T) | 07-11051 |
| COLUMBIA GAS OF PENNSYLVANIA INC.<br>ATTN R. TANNER, BANKRUPTCY SPECIALIST<br>200 CIVIC CENTER DR., 8TH FL<br>COLUMBUS, OH 43215 | 617 | 9/6/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$13.14 (U)<br>$13.14 (T) | 07-11051 |
| COLUMBIA GAS OF VIRGINIA, INC.<br>ATTN R. TANNER, BANKRUPTCY SPECIALIST<br>200 CIVIC CENTER DR., 11TH FL<br>COLUMBUS, OH 43215 | 616 | 9/6/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$63.64 (U)<br>$63.64 (T) | 07-11051 |
| CONSOLIDATED EDISON COMPANY OF NY, INC.<br>ATTN GALE D DAKERS, SUPERVISOR<br>4 IRVING PL RM 1875-S<br>NEW YORK, NY 10003 | 165 | 8/28/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$176.55 (U)<br>$176.55 (T) | 07-11051 |
| CRYSTAL SPRING WATER<br>ATTN KAREN L. PRUNTY<br>POB 4B<br>MARIETTA, OH 45750 | 2059 | 11/13/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$472.85 (U)<br>$472.85 (T) | 07-11051 |
| DDRTC SOUTHERN PINES MARKETPLACE, LLC<br>C/O ERIC C COTTON, ASSOCIATE GEN. COUNS.<br>DEVELOPERS DIVERSIFIED REALTY CORP.<br>3300 ENTERPRISE PARKWAY<br>BEACHWOOD, OH 44122 | 8733 | 1/11/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$52,715.91 (U)<br>$52,715.91 (T) | 07-11051 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | New Case Number |
|---|---|---|---|---|---|
| DOLCE VITA, INC<br>ATTN ANTHONY MARSIGLIO<br>6100 CLARKS CREEK ROAD<br>UNIT 100<br>PLAINFIELD, IN 46168 | 2775 | 11/19/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$18,590.00 (U)<br>$18,590.00 (T) | 07-11051 |
| EAST N. ST. ASSOC. LLC<br>C/O ANDREW J WHITE, JR<br>HAYNSWORTH SINKLER BOYD, PA<br>PO BOX 2048<br>GREENVILLE, SC 29602-2048 | 5239 | 12/11/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$67,718.88 (U)<br>$67,718.88 (T) | 07-11051 |
| FIRST HORIZON HOME LOANS<br>4000 HORIZON WAY<br>IRVING, TX 75063 | 5992 | 12/20/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$13,506.27 (U)<br>$13,506.27 (T) | 07-11051 |
| FORT COLLINS UTILITIES<br>PO BOX 1580<br>FORT COLLINS, CO 80522-1580 | 6197 | 12/24/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$211.01 (U)<br>$211.01 (T) | 07-11051 |
| GATEWAY CHULA VISTA<br>333 "H" STREET<br>SUITE 6000<br>CHULA VISTA, CA 91910 | 7871 | 1/9/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$179,235.18 (U)<br>$179,235.18 (T) | 07-11051 |
| GERKEN, KERRI & JEFF<br>15711 E. VALLEY CHAPEL RD.<br>FAIRFIELD, WA 99012 | 2577 | 11/19/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$10.00 (U)<br>$10.00 (T) | 07-11051 |
| GORDON, ZACHARY L<br>PHILIP LUBITZ<br>5523 MEADOW WOOD BL<br>LYNDHURST, OH 44124 | 1707 | 10/22/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$250.00 (U)<br>$250.00 (T) | 07-11051 |
| GRANITE TELECOMMUNICATIONS<br>ATTN THEODORE F. RODRIGUEZ,<br>GENERAL COUNSEL<br>100 NEWPORT AVENUE EXT.<br>QUINCY, MA 02171 | 9250 | 1/11/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$51,268.26 (U)<br>$51,268.26 (T) | 07-11051 |
| GREATER METRO APPRAISAL SVCS<br>CHRIS CAPUTO<br>2001 BROADWAY ST<br>VANCOUVER, WA 98663 | 1877 | 11/5/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$425.00 (U)<br>$425.00 (T) | 07-11053 |

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Objectionable Claims | New Case Number |
|---|---|---|---|---|---|
| HENDON/ATLANTIC RIM JOHNS CREEK, LLC<br>C/O ERIC C COTTON, ASSOCIATE GEN. COUNS.<br>DEVELOPERS DIVERSIFIED REALTY CORP.<br>3300 ENTERPRISE PARKWAY<br>BEACHWOOD, OH 44122 | 8732 | 1/11/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$47,187.02 (U)<br>$47,187.02 (T) | 07-11051 |
| JUSTIN MARTELLA<br>C/O RICHARD D. ALTIMUS, ESQ.<br>802 N. IRWIN ST., STE 102<br>HANFORD, CA 93230-3845 | 7607 | 1/7/08 | No Case | - (S)<br>- (A)<br>$28,186.14 (P)<br>- (U)<br>$28,186.14 (T) | 07-11051 |
| LEVITT BAKERSFIELD, LLC<br>C/O GREGORY D. BYNUM & ASSOC., INC<br>ATTN ROY SCARAZZO, AUTHORIZED AGENT<br>5601 TRUXTUN AVENUE SUITE 190<br>BAKERSFIELD, CA 93309-0627 | 7963 | 1/9/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$104,680.60 (U)<br>$104,680.60 (T) | 07-11051 |
| LONG ISLAND LIGHTING COMPANY DBA LIPA<br>ELISA M PUGLIESE, ESQ<br>175 E OLD COUNTRY RD<br>HICKSVILLE, NY 11801 | 4438 | 12/4/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$270,845.23 (U)<br>$270,845.23 (T) | 07-11051 |
| LOUISVILLE GAS AND ELECTRIC COMPANY<br>ATTN C. MICHAEL COOPER, MANAGER<br>820 WEST BROADWAY<br>LOUISVILLE, KY 40202 | 2690 | 11/16/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$160.55 (U)<br>$160.55 (T) | 07-11051 |
| LOVELL APPRAISAL SERVICE<br>ATTN: JIMMIE C. LOVELL<br>PO BOX 1369<br>CENTER, TX 75935 | 1462 | 10/9/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$4,340.00 (U)<br>$4,340.00 (T) | 07-11053 |
| MEADOW OAKS SHOPPING CENTER<br>ATTN REAGAN BROWN, MANAGER<br>PO BOX 8229<br>NO. 14 CROSSROADS SHOPPING VILLAGE # 201<br>CORPUS CHRISTI, TX 78412 | 2572 | 11/19/07 | No Case | $8,848.59 (S)<br>- (A)<br>- (P)<br>- (U)<br>$8,848.59 (T) | 07-11051 |
| MERISA ENTERPRISES<br>C/O JACK STUMPF & ASSOC. INC.<br>ATTN JOSEPH MAERKE, PROPERTY MGR.<br>1700 CENTRAL BOULEVARD<br>HARVEY, LA 70058 | 2153 | 11/14/07 | No Case | - (S)<br>- (A)<br>$2,179.70 (P)<br>$2,179.70 (U)<br>$2,179.70 (T) | 07-11051 |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | New Case Number |
|---|---|---|---|---|---|
| MIDLOTHIAN ARBORETUM C/O DNA PARTNERS<br>P.O. BOX 270<br>GREENVALE, NY 11548-0270 | 7979 | 1/9/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$61,181.95 (U)<br>$61,181.95 (T) | 07-11051 |
| MISSISSIPPI POWER COMPANY<br>ATTN: JAN STUART<br>401 W MAIN AVE<br>LUMBERTON, MS 39455 | 3790 | 11/29/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$222.95 (U)<br>$222.95 (T) | 07-11051 |
| MKM REALTY TRUST II<br>C/O CAROLE LITTMAN<br>300 CONGRESS STREET<br>QUINCY, MA 02169 | 9140 | 1/11/08 | No Case | - (S)<br>- (A)<br>$80,600.79 (P)<br>- (U)<br>$80,600.79 (T) | 07-11051 |
| MULTI PROPERTIES, INC<br>ATTN RICHARD S. HANTGAN, VICE PRES.<br>EMMORTON VILLAGE, LLC<br>PIKESVILLE PROFESS. BLDG-P.O. BOX 21579<br>BALTIMORE, MD 21282 | 2203 | 11/15/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$13,222.68 (U)<br>$13,222.68 (T) | 07-11051 |
| NEW HAMPSHIRE ELECTRIC COOPERATIVE<br>ATTN LINDA LYDEN<br>579 TENNEY MTN HIGHWAY<br>PLYMOUTH, NH 03264 | 2334 | 11/16/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$29.36 (U)<br>$29.36 (T) | 07-11051 |
| PACIFIC POWER<br>ATTN BANKRUPTCY DEPT.<br>LISA FORTUNE, CUSTOMER SERVICE<br>PO BOX 25308<br>SALT LAKE CITY, UT 84125 | 4600 | 12/3/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$109.83 (U)<br>$109.83 (T) | 07-11051 |
| PINE CREEK AGAWAM L.P.<br>ATTN JEFFREY M STROLE, ASST VICE PRES.<br>380 UNION STREET<br>WEST SPRINGFIELD, MA 01089 | 8492 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$30,534.52 (U)<br>$30,534.52 (T) | 07-11051 |
| POTOMAC ELECTRIC POWER COMPANY<br>ATTN S. SPEARS, SUPERVISOR COLLECTIONS<br>PEPCO<br>PO BOX 97274<br>WASHINGTON, DC 20090-7274 | 4608 | 12/4/07 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$73.04 (U)<br>$73.04 (T) | 07-11051 |
| RJM INTERNATIONAL I, L.L.C.<br>10013-59TH AVE. SW<br>LAKEWOOD, WA 98499 | 8653 | 1/11/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$9,597.66 (U)<br>$9,597.66 (T) | 07-11051 |

| Name/Address of Claimant | Objectionable Claims | | | | New Case Number |
|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | | Case Number |
| RIDGEVIEW PLAZA, LLC.<br>ATTN CHRIS D NICHOLS, ATTORNEY<br>PO BOX 70399<br>RENO, NV 89570 | 5241 | 12/11/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$92,072.28 (U)<br>$92,072.28 (T) | 07-11051 |
| SAWNEE EMC<br>ATTN MICHAEL A.<br>PO BOX 100002<br>CUMMING, GA 30028 | 4834 | 12/7/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$311.23 (U)<br>$311.23 (T) | 07-11051 |
| SHOOK, STEPHEN & BECKY<br>5381 KINGS HWY<br>DOUGLASVILLE, GA 30135 | 1373 | 10/2/07 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$250.00 (U)<br>$250.00 (T) | 07-11051 |
| TOWER PLACE L.P.<br>C/O REGENT PARTNERS LLC<br>3348 PEACHTREE RD. NE<br>SUITE 100<br>ATLANTA, GA 30326 | 7572 | 1/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$84,924.77 (U)<br>$84,924.77 (T) | 07-11051 |
| TRANSWESTERN SL GALE NAPERVILLE, LLC<br>C/O ADAM E BERMAN, ATTORNEY<br>MASON WENK & BERMAN, LLC<br>1033 SKOKIE BOULEVARD SUITE 250<br>NORTHBROOK, IL 60062 | 4914 | 12/10/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$248,999.06 (U)<br>$248,999.06 (T) | 07-11051 |
| VEGA, JANELLE<br>1715 N. WILKE RD.<br>ARLINGTON HEIGHTS, IL 60004 | 9918 | 2/7/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$25.00 (U)<br>$25.00 (T) | 07-11051 |
| VERICOMM, INC<br>ATTN: DON BURK<br>27200 TOURNEY ROAD<br>SUITE 315<br>VALENCIA, CA 91355 | 8244 | 1/10/08 | No Case | - (S)<br>- (A)<br>- (P)<br>$181,991.17 (U)<br>$181,991.17 (T) | 07-11051 |
| WALKER, BRIAN & JEANNE<br>3703 E. MENAN-LORENZO HWY<br>MENAN, ID 83434 | 1804 | 10/30/07 | 07-11047 | $10.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$10.00 (T) | 07-11051 |

——————— Objectionable Claims ———————    ——— New Case Number ———

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | | New Case Number |
|---|---|---|---|---|---|
| Totals: | | 58 Claims | | $8,858.59 (S)<br>- (A)<br>$127,247.69 (P)<br>$1,856,206.69 (U)<br>$1,986,355.04 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.