# EXHIBIT E

# Exhibit E

## Satisfied Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | | Comments |
|---|---|---|---|---|---|---|
| BEAUMONT TITLE<br>ATTN RUBY MARTIN, L.O.<br>3195 DOWLEN RD # 108<br>BEAUMONT, TX 77706 | 1292 | 9/27/07 | No Case | - <br>$1,478.75<br>$1,478.75<br>$1,478.75 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Funds returned to claimant |
| CASCADE NATURAL GAS CORPORATION<br>ATTN MARGARET GRANT<br>222 FAIRVIEW AVE NORTH<br>SEATTLE, WA 98109 | 5775 | 12/19/07 | 07-11047 | -<br>-<br>$116.08<br>$116.08 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Administrative claim - paid in full |
| CLARK, SHARON D.<br>4463 SUN FLOWER CIR<br>CLARKSTON, MI 48346-4956 | 210 | 8/31/07 | No Case | -<br>-<br>$250.00<br>$250.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Funds returned to claimant |
| CORWIN, ELAINE AND ALVIN<br>900 PARK AVE 14C<br>NEW YORK, NY 10021 | 12 | 8/20/07 | 07-11047 | $3,000.00<br>-<br>-<br>$3,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Funds returned to claimant |
| DELMARVA POWER<br>ATTN D L COCHRAN<br>PEPCO HOLDINGS INC<br>5 COLLINS DRIVE, SUITE 2133<br>CARNEYS POINT, NJ 08069 | 9938 | 2/11/08 | 07-11047 | -<br>-<br>$2,831.47<br>-<br>$2,831.47 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Administrative claim - paid in full |
| EARNERST, MARGARET E.<br>4618 S GLENN<br>WICHITA, KS 67217 | 221 | 8/31/07 | No Case | -<br>-<br>$10,000.00<br>$10,000.00 | (S)<br>(A)<br>(P)<br>(U)<br>(T) | Funds returned to claimant |
| FISHKIN, BARRIE JAMES<br>2407 ELMWOOD CIR<br>DALLAS, NC 28034 | 485 | 9/10/07 | No Case | Unspecified* | | Funds returned to claimant |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| KEYSPAN GAS EAST CORP DBA KEYSPAN ENERGY<br>DELIVERY LONG ISLAND<br>ELISA M PUGLIESE, ESQ<br>175 E OLD COUNTRY RD<br>HICKSVILLE, NY 11801 | 4437 | 12/4/07 | 07-11047 | - (S)<br>$53.61 (A)<br>- (P)<br>- (U)<br>$53.61 (T) | Administrative claim - paid in full |
| MEYER, COLLEEN<br>77 RIDGE AVE<br>NEPTUNE, NJ 07753 | 63 | 8/24/07 | 07-11047 | - (S)<br>- (A)<br>$2,750.00 (P)<br>- (U)<br>$2,750.00 (T) | Funds returned to claimant |
| MILLER, EUGENE<br>1900 SW 70TH ST<br>FT LAUDERDALE, FL 33317<br>USA | 1464 | 10/9/07 | 07-11051 | $3,222.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$3,222.00 (T) | Funds returned to claimant |
| OGOREK, JOHN S.<br>29531 FIARWAY BLVD<br>WILLOWICK, OH 440954631<br>USA | 1 | 8/15/07 | No Case | $325.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$325.00 (T) | Funds returned to claimant |
| RILEY, RANDALL & SHARON<br>3360 MCKEAN DR<br>CONCORD, CA 94518-2334 | 54 | 8/24/07 | No Case | - (S)<br>- (A)<br>$450.00 (P)<br>- (U)<br>$450.00 (T) | Funds returned to claimant |
| ROBERTS, TODD<br>1595 W. CENTRE AVE<br>PORTAGE, MI 49024 | 1699 | 10/22/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$570.00 (U)<br>$570.00 (T) | Funds returned to claimant |
| ROGERS, JOE M.<br>PO BOX 276<br>GLOUCESTER, VA 23061 | 65 | 8/24/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$250.00 (U)<br>$250.00 (T) | Funds returned to claimant |
| ROMAN, MARIA EVA<br>414 PEACHTREE DR<br>PALESTINE, TX 75803 | 242 | 9/4/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$350.00 (U)<br>$350.00 (T) | Funds returned to claimant |
| SIKON, LEE C., & STEPHANIE FISKE<br>C/O DAVID SIKON<br>POA FOR LEE C SIKON<br>7532 MONTEREY BAY DR #6<br>MENTOR ON THE LAKE, OH 44060 | 716 | 9/13/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$3,139.00 (U)<br>$3,139.00 (T) | Funds returned to claimant |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| ZAK, JEFFREY<br>32 CYPRESS DRIVE<br>PARLIN, NJ 08859 | 1181 | 9/24/07 | No Case | - (S)<br>- (A)<br>$1,950.00 (P)<br>- (U)<br>$1,950.00 (T) | Funds returned to claimant |

Totals: 17 Claims

$6,547.00 (S)
$53.61 (A)
$9,460.22 (P)
$16,153.83 (U)
$30,735.91 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.