## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al., [1]                 :
                                                    : Jointly Administered
                                                    :
        Debtors.                                    : **Objection Deadline: June 4, 2008 at 4:00 p.m. (ET)**
                                                    : **Hearing Date: June 11, 2008 at 10:00 a.m. (ET)**

------------------------------------------------------------- x

## DEBTORS' EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION
## TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
## BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

The above-captioned debtors and debtors in possession (the "Debtors") hereby

object (the "Objection") to each of the claims and interests (the "Disputed Claims") listed in

Exhibits A, B, C, and D to the proposed form of order (the "Proposed Order") attached hereto as

Exhibit VI, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy

Code"), Rules 3003 and 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules") and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United

States Bankruptcy Court for the District of Delaware (the "Local Rules") and request the entry of

an order disallowing and expunging in full or in part, or reclassifying such Disputed Claims. In

support of this Objection, the Debtors rely on the Declaration of John Kalas in Support of the

Debtors' Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the

---

[1]       The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1, attached hereto as Exhibit I. In further support, the Debtors respectfully represent as follows:

## JURISDICTION

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), in that it is a matter concerning the administration of the Debtors' estates. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are section 502(b) of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007.

## BACKGROUND

2.      On August 6, 2007 (the "Petition Date"), the Debtors each filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Each Debtor is continuing to operate its business and manage its properties as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      The Debtors' cases have been consolidated for procedural purposes only and are being jointly administered pursuant to an order of this Court.

4.      On August 14, 2007, the United States Trustee for the District of Delaware appointed an Official Committee of Unsecured Creditors (the "Committee"). No trustee or examiner has been appointed.

## BAR DATE AND PROOFS OF CLAIM

5.      On August 17, 2007, this Court entered an order appointing Epiq Bankruptcy Solutions, LLC ("Epiq") as claims and noticing agent in these chapter 11 cases. Epiq is authorized to maintain (i) all proofs of claim filed against the Debtors and (ii) an official claims register by docketing all proofs of claim in a claims database containing, inter alia, information regarding the name and address of each claimant, the date the proof of claim was

received by Epiq, the claim number assigned to the proof of claim, and the asserted amount and classification of the claim.

6.      On October 30, 2007, this Court entered an order (the "<u>Bar Date Order</u>") establishing January 11, 2008 at 4:00 p.m. (ET) (the "<u>Bar Date</u>") as the final date and time for filing proofs of claim against the Debtors' estates on account of claims arising, or deemed to have arisen pursuant to section 501(d) of the Bankruptcy Code, prior to the Petition Date (the "<u>Claims</u>") and approving the form and manner of notice of the Bar Date.  Pursuant to the Bar Date Order, actual notice of the Bar Date was sent to (i) all known entities holding potential prepetition claims and their counsel (if known); (ii) all parties that have requested notice in these cases; (iii) all equity security holders; (iv) the United States Trustee; (v) the Securities and Exchange Commission; and (vi) all taxing authorities for the jurisdictions in which the Debtors do business.  In addition, notice of the Bar Date was published in the <u>Dallas Morning Star</u>, the <u>Saint Louis Post-Dispatch</u> and the national edition of <u>The New York Times</u> on November 6, 2007.  Affidavits of service and publication confirming such actual and publication notice of the Bar Date have been filed with this Court.

7.      To date, in excess of 10,000 proofs of claim have been filed in these chapter 11 cases.

<b><u>RELIEF REQUESTED</u></b>

8.      By this Objection, the Debtors seek entry of an order, pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1, disallowing and expunging in full or in part, or reclassifying the Disputed Claims listed in Exhibits A, <u>B</u>, <u>C</u>, and <u>D</u> of the Proposed Order for the reasons set forth below.  This Objection complies in all respects with Local Rule 3007-1.

## I.    No Liability Claims

9.    After reconciling each of the Disputed Claims and supporting materials against their books and records, the Debtors have determined that they are not liable in whole or in part with respect to the claims identified in <u>Exhibit A</u> of the Proposed Order (the "<u>No Liability Claims</u>"). Consequently, the Debtors believe the No Liability Claims identified in <u>Exhibit A</u> should be disallowed and expunged in their entirety. The Debtors believe they are not liable for the No Liability Claims because the Debtors' books and records, which the Debtors believe to be accurate, do not reflect that any prepetition amounts are due and owing on account of the No Liability Claims. Failure to disallow the No Liability Claims will result in the applicable claimants receiving an unwarranted recovery against the Debtors' estates, to the detriment of other creditors in this case. Accordingly, the Debtors hereby object to the No Liability Claims and request entry of an order disallowing in full and expunging each of the No Liability Claims identified in <u>Exhibit A</u>.

## II.    Multiple Debtor Claims

10.    The claimants asserting the claims listed in <u>Exhibit B</u> of the Proposed Order (the "<u>Multiple Debtor Claims</u>") filed identical claims against multiple Debtors. After review of their books and records, the Debtors have determined that the claims listed under the column titled "Objectionable Claims" in <u>Exhibit B</u> were filed against the wrong Debtor. As indicated in the column titled "Comments" in <u>Exhibit B</u>, each claimant has a surviving claim filed against the correct Debtor. The Debtors believe that it was not the intention of the claimants asserting the Multiple Debtor Claims to seek a double recovery against the Debtors' estates. Rather, the claimants may not have known which Debtor to assert their claims against and therefore filed multiple claims against multiple Debtors. Regardless of the claimants' reason

for filing the Multiple Debtor Claims, however, only one claim against the appropriate Debtor should be allowed for each claimant.

11.    Failure to disallow the Multiple Debtor Claims will result in the applicable claimants receiving an unwarranted double recovery against the Debtors' estates, to the detriment of other unsecured creditors in these cases. Accordingly, the Debtors hereby object to the Multiple Debtor Claims and request entry of an order disallowing in full and expunging each of the Multiple Debtor Claims identified in Exhibit B.

### III.    Reduced Claims

12.    After reconciling each of the Disputed Claims and supporting materials against their books and records, the Debtors have determined that they are not liable for the full amounts asserted in the claims identified in Exhibit C of the Proposed Order (the "Reduced Claims"). Consequently, the Debtors believe the Reduced Claims identified under the column titled "Objectionable Claims" in Exhibit C should be reduced to the amounts listed under the column titled "Reduced Amount" in Exhibit C. The Debtors believe they are not liable for the full amount of the Reduced Claims because the Debtors' books and records, which the Debtors believe to be accurate, reflect that smaller prepetition amounts are due and owing on account of the Reduced Claims. Failure to disallow in part the Reduced Claims will result in the applicable claimants receiving an unwarranted recovery against the Debtors' estates, to the detriment of other creditors in this case. Accordingly, the Debtors hereby object to the Reduced Claims and request entry of an order disallowing and expunging in part each of the Reduced Claims identified in Exhibit C.

### V.    Reclassified Claims

13.    After reconciling each of the Disputed Claims and supporting materials against their books and records, the Debtors have determined that the claims identified in Exhibit

D of the Proposed Order (the "Reclassified Claims") were not asserted under the appropriate priority level. Consequently, the Debtors believe that the Reclassified Claims should be reclassified to the priority levels indicated in the column titled "Reclassified Amount" in Exhibit D. Failure to reclassify the Reclassified Claims would award the claimants undue priority. Accordingly, the Debtors request entry of an order reclassifying the Reclassified Claims as indicated in Exhibit D.

## RESERVATION OF RIGHTS

14.     The Debtors expressly reserve the right to amend, modify or supplement this Objection, and to file additional objections to any claims filed in these chapter 11 cases including, without limitation, non-substantive objections to proofs of claim, or any other claims (filed or not) against the Debtors.

## NOTICE

15.     The Debtors have provided notice of this Objection to (i) the Office of the United States Trustee; (ii) counsel for the Committee; (iii) counsel to the Administrative Agent; (iv) counsel to the DIP Lender; and (v) those parties who have requested notice pursuant to Bankruptcy Rule 2002, in accordance with Del. Bankr. LR 2002-1(b).

16.     The Debtors will also provide an individualized notice, in one of the forms attached hereto as Exhibits II, III, IV, and V, to each of the claimants identified respectively in Exhibits A, B, C, and D of the Proposed Order. Each claimant's notice will list the claimant's name and address, the basis for the Debtors' objection, the number and amount of their claim that is covered by this Objection, and any other information relevant to the Debtors' objection.

17.     In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is required.

## NO PREVIOUS REQUEST

18.    No previous request for the relief sought herein has been made to this or

any other Court.

WHEREFORE, the Debtors respectfully request entry of an order, substantially in

the form attached hereto as Exhibit VI, sustaining this Objection in all respects and granting such

other and further relief as the Court deems just and proper.


Dated: May 12, 2008
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# EXHIBIT I

**Declaration of John Kalas**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------- x

In re:                                          :    Chapter 11
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]              :
                                                :    Jointly Administered
      Debtors.                                  :

----------------------------------------------------------------- x

## DECLARATION OF JOHN KALAS IN SUPPORT OF
## DEBTORS' EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS
## PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
## BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

I, John Kalas, pursuant to 28 U.S.C. § 1746, declare:

1.    I am the Senior Vice President and Deputy General Counsel of the above-caption ed debtors and debtors in possession (the "Debtors").  In this capacity, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' chapter 11 cases.  I have read the Debtors' Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 (the "Objection"), and am directly, or by and through my personnel or agents, familiar with the information contained therein, the proposed form of order (the "Proposed Order") and the exhibits attached thereto.

2.    Considerable resources and time have been expended to ensure that there existed a high level of diligence in reviewing and reconciling the proofs of claim filed or pending against

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

the Debtors in these cases. The claims were carefully reviewed and analyzed in good faith utilizing due diligence by the appropriate personnel, including the Debtors' claims agent Epiq Bankruptcy Solutions, LLC ("Epiq"). These efforts resulted in the identification of the "No Liability Claims," "Multiple Debtor Claims," "Reduced Claims," and "Reclassified Claims," as defined in the Objection and identified respectively in Exhibits A, B, C, and D of the Proposed Order.

3.      The information contained in Exhibits A, B, C, and D of the Proposed Order is true and correct to the best of my knowledge.

4.      The Debtors have reviewed their books and records and determined that they have no record of any liability on account of the claims identified in Exhibit A to the Proposed Order. Accordingly, to prevent the claimants from receiving an unwarranted recovery, the Debtors seek to expunge and disallow in full the No Liability Claims.

5.      The Debtors have reviewed their books and records and determined that the claimants asserting the claims identified in Exhibit B to the Proposed Order filed identical claims against multiple Debtors. The Debtors have determined that these claims are duplicative of other claims that were filed against the correct Debtor. Therefore, the Debtors seek to expunge and disallow in full the Multiple Debtor Claims.

6.      The Debtors have reviewed their books and records and determined that the claims identified in Exhibit C to the Proposed Order should be reduced to the amounts listed in Exhibit C. Accordingly, to prevent the claimants from receiving an unwarranted recovery, the Debtors seek to expunge and disallow in part the Reduced Claims.

7.      The Debtors have reviewed their books and records and determined that the claims identified in Exhibit D to the Proposed Order should be reclassified to a different level of

3

priority as indicated in <u>Exhibit D</u>.  Accordingly, to prevent these claims from receiving undue

priority, the Debtors seek to reclassify the Reclassified Claims.

     8.    I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Executed on May 12, 2008

                                        John Kalas
                                        Senior Vice President and Deputy General Counsel

# EXHIBIT II

**Notice for Claimants Listed in <u>Exhibit A</u> of the Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------- x

In re:                                              : Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                  :
                                                    : Jointly Administered
        Debtors.                                    :
                                                    : **Objection Deadline: June 4, 2008 at 4:00 p.m. (ET)**
                                                    : **Hearing Date: June 11, 2008 at 10:00 a.m. (ET)**
------------------------------------------------------------------- x

## NOTICE OF DEBTORS' EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

**TO:** [Claimant's Name and Address]

**Basis for Objection:** No Liability

|  | **Claim Number** | **Claim Amount** |
|---|---|---|
| **Expunged Claim:** | [Claim Number] | [Claim Amount] |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow the claim listed above because the Debtors have determined, after review of their books and records, that they have no record of any liability on account of this claim. The Objection seeks to alter your rights by disallowing the claim listed above in the "Expunged Claim" row.

Responses to the Objection, if any, must be filed on or before **June 4, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

A HEARING ON THE OBJECTION WILL BE HELD ON **JUNE 11, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 12, 2008
     Wilmington, Delaware

                **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
                James L. Patton, Jr. (No. 2202)
                Pauline K. Morgan (No. 3650)
                Edward J. Kosmowski (No. 3849)
                Kara Hammond Coyle (No. 4410)
                Nathan D. Grow (No. 5014)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware  19801
                Telephone: (302) 571-6756
                Facsimile: (302) 571-1253

                Counsel to the Debtors and Debtors in Possession

                                                

# EXHIBIT III

**Notice for Claimants Listed in <u>Exhibit B</u> of the Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:                                      :    Chapter 11
                                            :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,:     Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]          :
                                            :    Jointly Administered
       Debtors.                             :
                                            :    **Objection Deadline: June 4, 2008 at 4:00 p.m. (ET)**
                                            :    **Hearing Date: June 11, 2008 at 10:00 a.m. (ET)**
---------------------------------------------------------------- x

### NOTICE OF DEBTORS' EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION
### TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
### BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

**TO:** [Claimant's Name        **Basis for Objection:** Identical claims against multiple Debtors
         and Address]

|                      | **Claim Number** | **Claim Amount** |
|----------------------|------------------|------------------|
| **Expunged Claim:**  | [Claim Number]   | [Claim Amount]   |
| **Surviving Claim:** | [Claim Number]   | [Claim Amount]   |

The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") have filed the **Debtors' Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "<u>Objection</u>"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow the claim listed above because you have filed identical claims against multiple Debtors. The Debtors have determined, after review of their books and records, that the claim listed in the 'Expunged Claim' row was filed against the wrong Debtor, and the claim listed in the 'Surviving Claim' row above was filed against the correct Debtor. The Objection seeks to alter your rights by disallowing the claim listed above in the 'Expunged Claim' row.

Responses to the Objection, if any, must be filed on or before **June 4, 2008 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

---

[1]        The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

A HEARING ON THE OBJECTION WILL BE HELD ON **JUNE 11, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 12, 2008
      Wilmington, Delaware

                    **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
                    James L. Patton, Jr. (No. 2202)
                    Pauline K. Morgan (No. 3650)
                    Edward J. Kosmowski (No. 3849)
                    Kara Hammond Coyle (No. 4410)
                    Nathan D. Grow (No. 5014)
                    The Brandywine Building
                    1000 West Street, 17th Floor
                    Wilmington, Delaware  19801
                    Telephone: (302) 571-6756
                    Facsimile: (302) 571-1253

                    Counsel to the Debtors and Debtors in Possession

DB02:6809864.2                                       066585.1001

# EXHIBIT IV

**Notice for Claimants Listed in <u>Exhibit C</u> of the Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:                                                        :    Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC., :    Case No. 07-11047 (CSS)
a Delaware corporation, <u>et al.</u>,[1]                       :
                                                             :    Jointly Administered

Debtors.                                                     :
                                                             :    **Objection Deadline: June 4, 2008 at 4:00 p.m. (ET)**
                                                             :    **Hearing Date: June 11, 2008 at 10:00 a.m. (ET)**

---------------------------------------------------------------- x

### NOTICE OF DEBTORS' EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

**TO:** [Claimant's Name       **Basis for Objection:**     Debtors' books and records show reduced liability
and Address]

|  | **Claim Number** | **Claim Amount** | **Reduced Amount** |
|---|---|---|---|
| **Claim to be Reduced:** | [Claim Number] | [Claim Amount] | [Reduced Amount] |

  The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") have filed the **Debtors' Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "<u>Objection</u>"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow in part the claim listed above because the Debtors have determined, after review of their books and records, that they are not liable for the whole amount asserted. The Objection seeks to alter your rights by decreasing your claim to the amount listed above in the "Reduced Amount" column.

  Responses to the Objection, if any, must be filed on or before **June 4, 2008 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

  At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

A HEARING ON THE OBJECTION WILL BE HELD ON **JUNE 11, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 12, 2008
      Wilmington, Delaware

                                  **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
                                  James L. Patton, Jr. (No. 2202)
                                  Pauline K. Morgan (No. 3650)
                                  Edward J. Kosmowski (No. 3849)
                                  Kara Hammond Coyle (No. 4410)
                                  Nathan D. Grow (No. 5014)
                                  The Brandywine Building
                                  1000 West Street, 17th Floor
                                  Wilmington, Delaware  19801
                                  Telephone: (302) 571-6756
                                  Facsimile: (302) 571-1253

                                  Counsel to the Debtors and Debtors in Possession

3

# EXHIBIT V

**Notice for Claimants Listed in <u>Exhibit D</u> of the Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------- x
                                              :
In re:                                        : Chapter 11
                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]            :
                                              : Jointly Administered
                                              :
         Debtors.                             : Objection Deadline: June 4, 2008 at 4:00 p.m. (ET)
                                              : Hearing Date: June 11, 2008 at 10:00 a.m. (ET)
---------------------------------------------------------- x
```

### NOTICE OF DEBTORS' EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION
### TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
### BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: [Claimant's Name
and Address]

**Basis for Objection:**      Debtors' books and records show claim should be reclassified

| **Claim to be Reclassified** | **Claim Number**<br>[Claim Number] | **Claim Amount**<br>[Claim Amount] | **New Priority Level**<br>[Priority level] |
|---|---|---|---|

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto.  The Debtors have determined, after review of their books and records, that your claim should be reclassified to the priority level listed above in the column titled "New Priority Level."  The Objection seeks to alter your rights by reclassifying your claim to the priority level listed above.

Responses to the Objection, if any, must be filed on or before **June 4, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

---

[1]      The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

A HEARING ON THE OBJECTION WILL BE HELD ON **JUNE 11, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 12, 2008
     Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

DB02:6809864.2
066585.1001