**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____x
                                  :
In re:                         :
                                  :    Chapter 11
AMERICAN HOME MORTGAGE      :    Case No. 07-11047(CSS)
HOLDINGS, INC., *et al.*,     :    Jointly Administered
                                  :
    Debtors.                :
_____x

## NOTICE OF WITHDRAWAL OF APPEARANCE

    Margaret C. Lumsden herewith gives notice of her withdrawal as counsel for Progress Energy Florida, Inc. and requests to be removed from the list of parties receiving electronic notice of filings.

    This the 13th day of May, 2008.

                                            /s/ Margaret C. Lumsden
                                            Unti & Lumsden LLP
                                            302 Jefferson Street
                                            Suite 200
                                            Raleigh, NC 27605
                                            (919) 828-3966