# EXHIBIT "B"

D42
08/14/07
0207169327

Requested and Prepared by:
FIRST AMERICAN TITLE/LENDERS ADV

When Recorded Mail To:
Five Star Service Corporation
1000 Technology Drive
MS-314
O'Fallon, MO 63368-2240

SPACE ABOVE THIS LINE FOR RECORDER'S USE

Loan No.: 0770838936  Investor No.
TS No: 07-72098

# ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned corporation hereby grants, assigns, and transfers to:
**CITIMORTGAGE, INC.**
all beneficial interest under that certain Deed of Trust dated: 12/05/2006 executed by JOSE FRANSISCO CABRERA, A SINGLE MAN, as Trustor(s), to TICOR TITLE COMPANY, as Trustee, and recorded as Instrument No. 0206302707, on 12/08/2006, in Book , Page   of Official Records, in the office of the County Recorder of Kern County, California, describing land therein as: More fully described on said Deed of Trust

together with the Promissory Note secured by said Deed of Trust and also all rights accrued or to accrue under said Deed of Trust.

Date: 8/13/07

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

_signature_
AARON MENNE, ASSISTANT VICE PRESIDENT

State of MISSOURI } ss.
County of ST CHARLES }

On 8/13/2007 before me, BRANDON D. LEWIS Notary Public, personally appeared AARON MENNE, ASSISTANT VICE PRESIDENT personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature _signature_ (Seal)
BRANDON D. LEWIS

BRANDON D. LEWIS
Notary Public - Notary Seal
State of Missouri
Lincoln County
Commission Expires Oct. 4, 2010

C/9