# EXHIBIT "C"

## PART III - AFFECTED EXCEPTIONS (JUNIOR)

THE FOLLOWING ARE ALSO EXCEPTIONS TO COVERAGE IN THIS FORECLOSURE TITLE POLICY BUT WILL NOT BE SHOWN IN THE SCHEDULE OF EXCEPTIONS IN THE POLICY THE COMPANY IS COMMITTING TO ISSUE IN PARAGRAPH 5 OF SCHEDULE A UPON COMPLETION OF A LAWFULLY CONDUCTED FORECLOSURE AND HAVING MET THE COMMITMENT REQUIREMENTS:

6. A DEED OF TRUST TO SECURE AN ORIGINAL INDEBTEDNESS OF **$69,600.00**, AND ANY OTHER AMOUNTS OR OBLIGATIONS SECURED THEREBY, RECORDED **DECEMBER 8, 2006** AS INSTRUMENT NO. **0206302708** OF OFFICIAL RECORDS.

DATED: DECEMBER 5, 2006.
TRUSTOR: JOSE FRANSISCO CABRERA, A SINGLE MAN.
TRUSTEE: TICOR TITLE COMPANY.
BENEFICIARY: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS NOMINEE FOR
LENDER: AMERICAN HOME MORTGAGE.