# EXHIBIT "D"

# RESIDENTIAL BROKER PRICE OPINION

Loan # 1915287179
REO #: 601393    This BPO is an [X] Initial [ ] 2nd Opinion [ ] Updated [X] Exterior    DATE 4/7/2008
PROPERTY ADDRESS:  145 Ellery Street    BORROWER NAME: Jose A. Coronado
Brentwood, NY 11717    CLIENT NAME: Chase Manhattan Mtg
FIRM NAME: Prudential Douglas Elliman RE    COMPLETED BY: Glenn Mayernik
PHONE NO.:    EMAIL ADDRESS:

## I. GENERAL MARKETING CONDITIONS

Current market condition:  [X] Depressed  [ ] Slow  [ ] Stable  [ ] Improving  [ ] Excellent
Employment conditions:  [ ] Declining  [X] Stable  [ ] Increasing
Market price of this type property has:  [X] Decreased  6 % in past  6 months
  [ ] Increased  ___ % in past ___ months
  [ ] Remained Stable

Estimated percentages of owner vs. tenants in neighborhood:  80% owner occupant  20% tenant
There is a  [ ] Normal supply  [X] Over supply  [ ] shortage of comparable listings in the neighborhood
Approximate number of comparable units for sale in neighborhood: 500
No. of competing listings in neighborhood that are REO or Corporate owned: 50
No. of boarded or blocked-up homes: 15

## II. SUBJECT MARKETABILITY

Range of values in the neighborhood is  $170,000.00  to  $450,000.00
The subject is an  [ ] over improvement  [ ] under improvement  [X] Appropriate improvement for the neighborhood.
Normal marketing time in the area is: 95 days.
Is there any evidence of environmental concerns for the property?  [ ] Yes  [X] No  If yes, explain _____
Has the property been on the market in the last 12 months?  [ ] Yes  [X] No  If yes, _____ list price (current or most recent)
To the best of your knowledge, why did it not sell? _____
Unit Type:  [X] single family  [ ] condo  [ ] co-op  [ ] mobile home
  [ ] multi-family  [ ] townhouse  [ ] modular  [ ] land
If condo or other association exists: Fee $  [ ] monthly  [ ] annually  Current?  [ ] Yes  [ ] No  Fee Delinquent? _____
The fee includes:  [ ] Insurance  [ ] Landscape  [ ] Pool  [ ] Tennis  Other _____
Association Contact:  Name: _____  Phone No.: _____

## III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 145 Ellery Street | 9 Van Buren Street | | 371 Wicks Rd | | 68 Heyward Street | |
| Proximity to Subject | | 0.89 miles | | 0.47 miles | | 0.49 miles | |
| REO/Corporate Prop | | No | | No | | No | |
| Sales Price | | $255,000 | | $267,800 | | $270,000 | |
| Price/Gross Lv. Area | 231.82 | 231.82 | | 243.45 | | 234.78 | |
| Date of Sale | | 12/19/2007 | | 11/13/2007 | | 10/17/2007 | |
| Days On Market | | 35 | | 77 | | 297 | |
| Value Adjustments | Description | Description | +(-)$ Adj | Description | +(-)$ Adj | Description | +(-)$ Adj |
| Sales Or Financing Concessions | | none known | | none known | | none | |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 7840 Sq. Ft. | 7405 Sq. Ft. | | 11325 Sq. Ft. | -$3,000 | 7705 Sq. Ft. | |
| View | None | None | | None | | None | |
| Design and Appeal | Average | Average | | Average | | Average | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Age | 58 | 50 | | 58 | | 53 | |
| Condition | Average | Average | | Average | | Average | |
| | Total / Bdms / Baths | Total / Bdms / Baths | | Total / Bdms / Baths | | Total / Bdms / Baths | |
| Above Grade Room Count | 6 / 3 / 1 | 5 / 3 / 1 | | 5 / 3 / 1 | | 5 / 3 / 1 | |
| Gross Living Area | 1,100 | 1,100 | | 1,100 | | 1,150 | -$3,500 |
| Bsmt/Finished Rooms Below Grade | Yes - 1 | Yes - 1 | | Yes - 0 | | Yes - 0 | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Forced-Oil/None | Gas/Water/Other | | Gas/Water/None | | Gas/Water/None | |
| Energy Efficient Items | none | none | | none | | none | |
| Garage/Carport | 1 Car Garage (Att) | 1 Car Garage (Att) | | 1 Car Garage (Att) | | 1 Car Garage (Att) | |
| Porches, Patio, Deck, Fireplace(s), etc. | none | none | | none | | none | |
| Fence, Pool, etc. | None-None | None-None | | None-None | | None-None | |
| Other | | | | | | | |
| Net Adj. (total) | | $0 | | -$3,000 | | -$3,500 | |
| Adjusted Sales Price of Comparable | | $255,000 | | $264,800 | | $266,500 | |

REQ# 601393                                                                                                      Loan# 1915287179 BPOP

## IV. MARKETING STRATEGY

Occupancy Status:  Occupied [X]  Vacant [ ]  Unknown [ ]

[X] As-Is  [ ] Minimal Lender Required Repairs  [ ] Repaired    Most Likely Buyer: [X] Owner Occupied  [ ] Investor

## V. REPAIRS

Itemize ALL repairs needed to bring property from its present "as is" condition to average marketable condition for the neighborhood.
Check those repairs you recommend that we perform for most successful marketing of the property.

GRAND TOTAL FOR ALL REPAIRS         0

## VI. COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 145 Ellery Street | 174 Hilltop Dr | | 1 Perry Street | | 144 Ellery Street | |
| Proximity to Subject | | 2.00 miles | | 0.59 miles | | 0.02 miles | |
| REO/Corporate Prop | | No | | No | | No | |
| List Price | | $262,900 | | $265,000 | | $300,000 | |
| Price/Gross Lv. Area | | 262 | | 240 | | 240 | |
| Data and/or Verification Sources | | MLS | | MLS | | MLS | |
| Value Adjustments | Description | Description | +(-)$ Adj | Description | +(-)$ Adj | Description | +(-)$ Adj |
| Sales Or Financing Concessions | . | none | | none | | none | |
| Days On Market | | 184 | | 260 | | 290 | |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 7840 Sq. Ft. | 7405 Sq. Ft. | | 8276 Sq. Ft. | | 9147 Sq. Ft. | |
| View | None | None | | None | | None | |
| Design and Appeal | Average | Average | | Average | | Average | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Age | 58 | 58 | | 58 | | 58 | |
| Condition | Average | Average | | Average | | Average | |
| | Total / Bdms / Baths | Total / Bdms / Baths | | Total / Bdms / Baths | | Total / Bdms / Baths | |
| Above Grade Room Count | 6 / 3 / 1 | 5 / 3 / 1 | | 5 / 3 / 1 | | 6 / 3 / 1 | |
| Gross Living Area | 1,100 | 1,000 | | 1,100 | | 1,250 | |
| Bsmt/Finished Rooms Below Grade | Yes - 1 | Yes - 2 | | Yes - 2 | | Yes - 3 | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Forced-Oil/None | Gas/Water/None | | Forced-Gas/Central AC | | Gas/Water/None | |
| Energy Efficient Items | none | none | | none | | none | |
| Garage/Carport | 1 Car Garage (Att) | 1 Car Garage (Att) | | 1 Car Garage (Att) | | 1 Car Garage (Att) | |
| Porches, Patio, Deck, Fireplace(s), etc. | none | none | | none | | none | |
| Fence, Pool, etc. | None-None | None-None | | None-None | | None-Pool | |
| Other | | | | | | | |
| Net Adj. (total) | | $0 | | $0 | | $0 | |
| Adjusted Sales Price of Comparable | | $262,900 | | $265,000 | | $300,000 | |

## VI. THE MARKET VALUE

|          | Market Value   | Suggested List Price |
|----------|----------------|----------------------|
| AS IS    | $255,000.00    | $260,000.00          |
| REPAIRED | $255,000.00    | $260,000.00          |

Last Sale of Subject: Price _____   Date: _____

COMMENTS (Inculde specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc. Attach addendum if additional space is needed.)

Subject features finished basement. There is an oversupply of similar style home on the current market that may affect subject pricing and days on market. The exterior appears to be in average condition. Subject's final value is more in line with the listings as this is a declining market.

Signature:    Glenn Mayernik                                                            Date:           4/7/2008

# Addendum - PCV Order 601393

**Comments**

**Competitve Closed Sales**

Sales Comp 1: Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject. Comp is similar overall to the subject.

Sales Comp 2: Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject. Comp is superior overall when compared to the subject. Superior lot size.

Sales Comp 3: Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject. Comp is similar overall to the subject.

**Competitve Listing**

Listing Comp 1: Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject. Comp is inferior overall when compared to the subject.

Listing Comp 2: Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject. Comp is most similar overall to the subject.

Listing Comp 3: Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject. Comp is superior overall when compared to the subject.

## Property Map
### PCV 601393



| Address | Prox Est | Prox Actual | Map Status | Sq Feet | Bed | Bath | Sales Price / Current LP | Sale Date |
|---|---|---|---|---|---|---|---|---|
| **Subject:**<br>145 Ellery Street<br>Brentwood, NY 11717 | | | Mapped | 1100 | 3 | 1 | | |
| **Sales Comp #1:**<br>9 Van Buren Street<br>Brentwood, NY 11717 | | 0.89 | Mapped | 1100 | 3 | 1 | 255,000 | 12/19/07 |
| **Sales Comp #2:**<br>371 Wicks Rd<br>Brentwood, NY 11717 | | 0.47 | Mapped | 1100 | 3 | 1 | 267,800 | 11/13/07 |
| **Sales Comp #3:**<br>68 Heyward Street<br>Brentwood, NY 11717 | | 0.49 | Mapped | 1150 | 3 | 1 | 270,000 | 10/17/07 |
| **Listing Comp #1:**<br>174 Hilltop Dr<br>Brentwood, NY 11717 | | 2.00 | Mapped | 1000 | 3 | 1 | 262,900 | |
| **Listing Comp #2:**<br>1 Perry Street<br>Brentwood, NY 11717 | | 0.59 | Mapped | 1100 | 3 | 1 | 265,000 | |
| **Listing Comp #3:**<br>144 Ellery Street<br>Brentwood, NY 11717 | | 0.02 | Mapped | 1250 | 3 | 1 | 300,000 | |

## Photographs
PCV 601393

Front - 145 Ellery Street



House Number - 145 Ellery Street



## Photographs
PCV 601393

Street - 145 Ellery Street



Sales Comp 1 - 9 Van Buren Street



## Photographs
PCV 601393

Sales Comp 2 - 371 Wicks Rd



Sales Comp 3 - 68 Heyward Street



## Photographs
PCV 601393

Listing Comp 1 - 174 Hilltop Dr



Listing Comp 2 - 1 Perry Street



## Photographs
PCV 601393

Listing Comp 3 - 144 Ellery Street



## INVOICE 601393

**FROM:** PCV/MURCOR
740 Corporate Center Drive

Pomona, CA 91768
(909)623-4001
EIN: 95-4072376

**Date:** 4/7/2008

**TO:** Chase Manhattan Mtg
3415 Vision Drive

Columbus, OH 43219

**Amount Enclosed:**

| Date | Description of Charges | Amount |
|---|---|---|
| 4/7/2008 | BPO Exterior                                        Fee | $100.00 |
| | **Property Owner and Address** | |
| | 145 Ellery Street | |
| | Brentwood, NY 11717 | |
| | **Loan No:** 1915287179 | |
| | **Borrower:** Jose A. Coronado | |
| | **PCV Job No:** 601393 | |
| | **Reference No:** 0 | |
| | **Contact:** Kay Alguire | |
| | **Net 15 Days**                           **Balance Due** | **$100.00** |

Please send a copy of this invoice along with your payment

### THANK YOU FOR YOUR BUSINESS!
PCV / MURCOR
www.pcvmurcor.com