# EXHIBIT "B"

AFTER RECORDING RETURN TO:

HALLIDAY & WATKINS, P.C.
376 East 400 South, Suite 300
Salt Lake City, Utah 84111

LOAN #         12312490
FILE #    29013

10100965
5/15/2007 3:36:00 PM $10.00
Book - 9464 Pg - 5052
Gary W. Ott
Recorder, Salt Lake County, UT
HALLIDAY & WATKINS
BY: eCASH, DEPUTY - EF 1 P.

## ASSIGNMENT OF DEED OF TRUST

FOR VALUABLE CONSIDERATION, the receipt of which is hereby acknowledged, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a corporation, hereby sells, assigns and transfers without recourse to CITIMORTGAGE, INC., 5280 Corporate Drive, Frederick, MD 21703, all beneficial interest under that certain Deed of Trust dated May 19, 2006, and executed by Steven P. Glencoe, as Trustor, to United Title ., as Trustee, and recorded in the office of the County Recorder of Salt Lake County, State of Utah, on 05/26/06, as 9736395, of Official Records, describing and relating to the real property situated in Salt Lake County, State of Utah, particularly described as follows:

Beginning at the Southwest Corner of Lot 38, Block 17, unrecorded plat of Bonneville on the Hill, said point being 269.83 feet South and 809.60 feet East from the Northwest Corner of Lot 24, Block 6, POPPERTON PLACE, a subdivision of part of the Section 33, Township 1 North, Range 1 East, Salt Lake Base and Meridian, and running thence North 2°43'50" West 133.92 feet to the Northwest Corner of Said Lot 38, thence Easterly along the arc of a curve to the left (radius 1432.69 feet bearing North 1°04'34" East) 112.17 feet thence South 6°12'54" East 129.41 feet to the Northerly line of Military Way; thence Westerly along the arc of a curve to the right (radius 1875.08 feet, bearing North 1°42'03" West) 120.0 feet to the point of beginning.

TAX #   09-33-376-010

Together with the note or notes herein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Effective Date: April 17, 2007

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _____
Aaron Menne, Assistant Vice President

STATE OF MISSOURI   )
                    : ss.
County of   ST. LOUIS   )

On May 3, 2007, before me _____TIFFANY JINSON_____, Notary Public, personally appeared Aaron Menne personally known to me, or proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the foregoing instrument, and duly acknowledged to me his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

_____
Notary Public

Tiffany Jinson
Notary Public  Notary Seal
State of Missouri
County of St Louis
Expires August 03, 2007