# EXHIBIT "C"

14. DEED OF TRUST
    Trustor:         STEVEN P. GLENCOE, an unmarried man
    Trustee:         UNITED TITLE
    Beneficiary:     MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., solely as a nominee for AMERICAN BROKERS CONDUIT
    Amount:          $618,750.00
    Dated:           MAY 19, 2006
    Recorded:        MAY 26, 2006
    Entry Number:    9736395         Book: 9300    Page: 1116

    A Substitution of Trustee appointing PAUL M. HALLIDAY, JR. as Successor Trustee under said Deed of Trust was recorded April 18, 2007, as Entry No. 10070976, in Book 9451 at Page 7768.

    Notice of Default dated April 18, 2007 and recorded April 18, 2007, as Entry No. 10070977, in Book 9451, at Page 7769.

15. DEED OF TRUST
    Trustor:         STEVEN P. GLENCOE, an unmarried man
    Trustee:         UNITED TITLE
    Beneficiary:     MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., solely as a nominee for AMERICAN BROKERS CONDUIT
    Amount:          $200,000.00
    Dated:           MAY 19, 2006
    Recorded:        MAY 26, 2006
    Entry Number:    9736396         Book: 9300    Page: 1138

16. Affidavit recorded to correct the legal description in that certain Warranty Deed recorded May 26, 2006 as Entry No. 9736394, in Book 9300 at Page 1115; that certain Deed of Trust recorded May 26, 2006 as Entry No. 9736395, in Book 9300 at Page 1116; and that certain Deed of Trust recorded May 26, 2006 as Entry No. 9736396, in Book 9300 at Page 1138 and recorded June 2, 2006 as Entry No. 9742378, in Book 9303 at Page 4957.

NOTE: The name(s) STEVEN P. GLENCOE, have been checked for judgments, State and Federal tax liens and bankruptcies and if any were found, are disclosed herein.