# EXHIBIT "D"

| ORDERED FOR | DEPT | DATE | FARVV REF NO. |
|---|---|---|---|
| BulkFC BulkFC | CL-Foreclosure | 1/12/2008 | 2788846 |
| | | | SERVICE PERFORMED: Exterior |

## CitiFinancial Mortgage Company, Inc. BPO

| CUST NAME | ACCT NUM | AGENT NAME | DIST FROM SUBJECT |
|---|---|---|---|
| STEVEN P GLENCOE | 0012312490 | | 12.56 Miles |

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 1435 MILITARY WAY | SALT LAKE CITY | UT | 84103 |

**DISCLOSURE**

**QUALITY REVIEW REMARKS** **See Addendum**

### VALUE INFO

| | VALUE (90-120 DAY) | RECOMMENDED LIST PRICE (90-120 DAY) | TYPICAL MARKETING TIME |
|---|---|---|---|
| AS-IS | $ 1,050,000 | $ 1,109,900 | 90-120 Days |
| AS-REPAIRED | $ 1,050,000 | $ 1,109,900 | 90-120 Days |

PREVIOUS BPO INFORMATION (If Applicable)

### LISTING (If Listed)

| LISTING BROKERAGE | | LISTING AGENT | LISTING AGENT PHONE |
|---|---|---|---|
| | | DENNIS BLEAK | 801-858-0000 |

| ORIGINAL LIST PRICE | CURRENT LIST PRICE | LISTED FROM — TO | LISTING FINANCE TERMS |
|---|---|---|---|
| $ | $ 1,050,000 | 09/21/2007 — unk | CONVENTIONAL, CASH |

LISTING COMMENTS: PRICE REDUCED, BUILDER OWNER, HAS PLANS FOR REMODE

### SUBJECT INFO (All fields are required for both interior and exterior inspections)

| TYPE | STYLE | AGE | OVERALL CONDITION | SLIDE AREA? | No |
|---|---|---|---|---|---|
| SFD | Split/Bi-Lev | 43 | Good | FLOOD PLAIN? | No |

| SQ FEET ABOVE GROUND | ROOMS/BEDS/BATHS | BASEMENT | EARTHQUAKE ZONE? | No |
|---|---|---|---|---|
| MAIN 1820  UP 0 | 10  3  2 | 1232 SQ FT  80% FINISHED | OBSERVED ENVIRONMENTAL ISSUES? | No |

| LOT SIZE (ACRES) | GARAGE | ROOF CONDITION | |
|---|---|---|---|
| 0.35 | 2 CAR  Gar Att | Good | |

| POOL | FIREPLACE | WATER | SEWER/SEPTIC | TYPE HEAT | OBSERVED CASUALTY LOSS (FIRE)? | No |
|---|---|---|---|---|---|---|
| None | | Public | Sewer | | | |

EXTERIOR IMPROVEMENTS: PATIO, FENCE
MOBILE HOME MAKE/MODEL/VIN (If Applicable):

EXTERIOR COMMENTS: The subject is a split level all brick home with a 2-car garage as part of the basement area. Vacant. Has a sign giving some detail of a possible remodle--also shown in the listing.

INTERIOR COMMENTS (Interior Orders):

### COND OF SUBJECT AND REPAIR ESTIMATES
(Describe required repairs and note approx costs. Do not detail interior repairs if you do not have interior access.)

**EXTERIOR**

| DEBRIS REMOVAL | None | $ | SIDING/PAINT | None | $ |
|---|---|---|---|---|---|
| STRUCTURAL | None | $ | ROOF | None | $ |
| WINDOWS | None | $ | LANDSCAPING | None | $ |
| OUTBUILDINGS | None | $ | OTHER | None | $ |

EXTERIOR REPAIR COMMENTS

**INTERIOR**

| CLEANING | | $ | STRUCTURE | | $ |
|---|---|---|---|---|---|
| PAINT | | $ | CARPETS/FLOORING | | $ |
| KITCHEN/APPLIANCES | | $ | BATHROOMS | | $ |
| UTILITIES | | $ | OTHER | | $ |

INTERIOR REPAIR COMMENTS

REPAIR TOTAL $  0

### EVIDENCE OF

| SETTLEMENT | DRY ROT | SOIL EROSION | WATER SEEPAGE | FOUNDATION/SLAB | LEAKING ROOF | FLOOR BUCKLING | STRUCTURAL DAMAGE |
|---|---|---|---|---|---|---|---|
| | No | No | | Yes | | | No |

MOLD/MILDEW  MOLD/MILDEW COMMENTS

ENCROACHMENTS (If Yes, See Subject Description and Condition Comments): No
EASEMENTS (If Yes, See Subject Description and Condition Comments): No

### FURTHER INSPECTION OR REPORTS TO BE ORDERED

| TERMITE | WELL/SEPTIC | HEATING |
|---|---|---|
| No | No | No |
| ENGINEER | STRUCTURAL | ROOF |
| No | No | No |
| OTHER | | |

### ASSESSMENTS

| ANNUAL TAXES $ | PAID (YEAR) | DUE (YEAR) |
|---|---|---|
| 4,943 | 2007 | 2008 |

| MONTHLY ESTIMATE OF UTILITY COST $ | OTHER MONTHLY MAINTENANCE COSTS (SNOW REMOVAL, LAWN CARE, ETC) |
|---|---|
| 600 | 150 |

**HOA INFO (If applicable)**

| DUES $ | WHEN DUE AND PAYABLE | ARE THEY CURRENT? | AMENITIES |
|---|---|---|---|
| CONTACT | | | PHONE |
| ADDRESS | | | |

| REP NAME/FIRM/PHONE | | DATE |
|---|---|---|
| ALBERT LEINWEBER | (801)964-4789 | 1/12/2008 |

| ORDERED FOR | DEPT | DATE | FARVV REF NO. |
|---|---|---|---|
| BulkFC BulkFC | CL-Foreclosure | 1/12/2008 | 2788846 |

## MARKETABILITY OF SUBJECT

**NEIGHBORHOOD COMMENTS** (Describe any locational factors, access to amenities or functional obsolescence that add or detract from the subject's marketability)

The subject is located in a very exclusive and expensive area of homes, near rthe University of Utah. Various sizes, styles, and age ranges. Desired area with lot of historical homes and values.
Close to schools shopping and easy access to down town Salt Lake City.

| WILL THE PROPERTY BECOME A PROBLEM FOR RESALE? No | WHY? |
|---|---|
| FINANCING REQUIRED TO SELL SUBJECT   No | SPECIAL FINANCING PROGRAMS AVAILABLE   Conventional |

INDICATE FINANCING SUBJECT WILL QUALIFY FOR: FHA/VA No    CONV Yes

## MARKET CONDITIONS AND COMPETING LISTINGS
(Three listings are required – use most comparable available)

| NEIGHBORHOOD TREND IS: | IS THERE A SEASONAL MARKET? | EXPLAIN |
|---|---|---|
| Stable | Yes | better in the summer months |

| PRESENT NUMBER OF MARKET AREA LISTINGS | PRICE RANGE |
|---|---|
| 10 | FROM $ 850,000   TO $ |

| PRESENT NUMBER OF COMPARABLE LISTINGS | PRICE RANGE |
|---|---|
| 5 | FROM $ 885,000   TO $ 1,160,000 |

| AVG MKT TIME UNSOLD LISTINGS | TYPICAL RESALE INCENTIVES (CL COSTS, PTS, OWC, ETC) |
|---|---|
| 80 | Seller paid points |
| AVG MKT TIME SOLD LISTINGS | |
| 75 | |

| IS THERE NEW HOME CONSTRUCTION? | PRICE RANGE AND DESCRIPTION OF SIMILAR MODELS |
|---|---|
| No | |

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1538 CHANDLER DR | 0.68 | $ 810,000 | 173 | UP 0 / MAIN 1921 / BSMT 1449 / GLA 1,921 | TOT RMS 10 / BDRMS 3 / BATHS 2 | Good | 32 | 0.29 |

Similar attributes and in the same area as the subjedt.

| 2 | 2854 OAKBROOK CIR | 2.19 | $ 1,065,000 | 58 | UP 0 / MAIN 1796 / BSMT 1676 / GLA 1,796 | TOT RMS 10 / BDRMS 3 / BATHS 3 | Good | 27 | 0.43 |

A distance away but similar to the subject in size, style,and similar lot size but has newer

| 3 | 323 FAIRFAX CIR | 0.29 | $ 1,089,000 | 54 | UP 0 / MAIN 2226 / BSMT 2226 / GLA 2,226 | TOT RMS 10 / BDRMS 3 / BATHS 2 | Good | 29 | 0.32 |

larger than the subject but in the same area, style and lot size

## SOLD COMPS SUPPORTING YOUR VALUE
(Three are required – use most comparable available)

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1397 CANTERBURY DR  SALE DATE 06/14/2007 | 2.98 | LIST $ 899,900  SALE $ 894,850 | 92 | UP 0 / MAIN 2178 / BSMT 2100 / GLA 2,178 | TOT RMS 10 / BDRMS 3 / BATHS 3 | Good | 43 | 0.24  DATA SOURCE MLS |

Similar area of homes but some distance away from the subject.

| 2 | 2333 DALLIN ST  SALE DATE 07/27/2007 | 2.98 | LIST $ 935,000  SALE $ 935,000 | 82 | UP 0 / MAIN 2277 / BSMT 2277 / GLA 2,277 | TOT RMS 10 / BDRMS 3 / BATHS 3 | Good | 46 | 0.34  DATA SOURCE MLS |

Similar ttributes but a distance away

| 3 | 668 17TH AVE  SALE DATE 09/11/2007 | 1.64 | LIST $ 1,155,000  SALE $ 1,130,000 | 67 | UP 0 / MAIN 2198 / BSMT 1980 / GLA 2,198 | TOT RMS 10 / BDRMS 3 / BATHS 3 | Good | 46 | 0.28  DATA SOURCE MLS |

overall size similar to the subject.

## BPO ADDENDUM

| PROPERTY TYPE | STYLE | OCCUPANT'S NAME (IF KNOWN) | OCCUPANCY STATUS |
|---|---|---|---|
| SFD | Split/Bi-Lev | | Occupied By Unknown |

1. WHAT MORTGAGE PROGRAMS WILL AID IN THE SALE OF THE SUBJECT? PLEASE BE SPECIFIC AS TO RATES, TERMS, CONDITIONS, AND COSTS INVOLVED.

2. WHAT MARKET CONDITIONS, TRENDS AND/OR COMPETITION WILL AFFECT THE SALE OF THE SUBJECT?

| CURR MKT CONDITIONS | EMPLOYMENT CONDITIONS | PROPERTY VALUES | PREDOMINANT OCCUPANCY | VACANCY RATE | REO/BOARDED | VANDALISM RISK |
|---|---|---|---|---|---|---|
| Stable | Stable | Stable | Owner | 0 to 5% | 0 to 5% | Minimal |

3. OUTLINE THE MARKETING STRATEGIES NEEDED TO SELL THE SUBJECT (INCL SUGGESTED LIST PRICE, TYPES OF REPAIRS AND COSTS, IF ANY, AND FINANCING INCENTIVES NEEDED):

| AS-IS: | AS-REPAIRED: |
|---|---|
| Exclusive area of homes with different amenities and attributes. The interior will be a determining factor in the area | same as above |

4. PLEASE PROJECT THE CLOSING COSTS AND SALES PRICE PER YOUR RECOMMENDED STRATEGY:

| COMMISSION PERCENT | COMMISSION AMOUNT | TITLE INSURANCE | LEGAL/ESCROW | RECORDING/TRANSFER | PROPERTY TAXES | ASSESSMENTS |
|---|---|---|---|---|---|---|
| 6% | $ 72,000 | $ 4,200 | $ 150 | $ 100 | $ 4,943 | $ 0 |

| REP NAME/FIRM/PHONE | | DATE |
|---|---|---|
| ALBERT LEINWEBER | (801)964-4789 | 1/12/2008 |

**Addendum**  2788846

the subject is located in a very exclusive developement , lots of different amenities and extras. Very difficut to determine a value from just a drive by inspection.. the parameters were expanded in order to obtain similar comps as near to the size, and style as possible. The subject is a split entry style with very few similar style in the area. The comps used area as distance from the subject but are similar to the subject.



**First American Residential Value View**

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0012312490 | 011011JB | 2788846 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| STEVEN P GLENCOE | 1435 MILITARY WAY | SALT LAKE CITY, UT 84103 |
| PHOTOS COMMENT | | |

Subject Front



Subject House Number



Subject - Other
Front and signage



Account #: 0012312490    Tracking #: 011011JB



**First American Residential Value View**

## Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0012312490 | 011011JB | 2788846 |

| NAME | ADDRESS | CITY, STATE, ZIP |
|---|---|---|
| STEVEN P GLENCOE | 1435 MILITARY WAY | SALT LAKE CITY, UT  84103 |

PHOTOS COMMENT

Street View



Street View

Listing 1 (1538 CHANDLER DR)

Account #: 0012312490    Tracking #: 011011JB