IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------ | x | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | : | Jointly Administered |
| | : | |
| Debtors. | : | **Docket Ref. Nos. 3702, 3958** |
| ------------------------------------------------------------ | x | |

**DEBTORS' DESIGNATION OF ADDITIONAL ITEMS FOR RECORD IN CONNECTION WITH THE APPEAL OF WELLS FARGO BANK, N.A., AS SECURITIES ADMINISTRATOR, FROM ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY**

The above-captioned debtors-in-possession (collectively, the "Debtors") submit this designation of additional items to be included in the record on appeal of Wells Fargo Bank, N.A., as Securities Administrator ("Wells Fargo"), from the Order dated April 15, 2008 [Docket No. 3702], denying the *Motion of Wells Fargo for Relief from the Automatic Stay to Recover a Payment Made in Error to One of the Debtors through Recoupment, Imposition of a Constructive Trust, and/or an Equitable Lien* [Docket No. 3387].

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

## DESIGNATION OF ADDITIONAL ITEMS

1. The following exhibits which were presented to the Bankruptcy Court and admitted into evidence at the hearing on April 14, 2008:

   a. Debtors' Exhibit 1 – an electronic mail dated November 6, 2007 from Wells Fargo to AHM Investment (annexed hereto as Exhibit A).

   b. Debtors' Exhibit 2 – a prime brokerage statement dated 7/31/2007 (annexed hereto as Exhibit B).

Dated: Wilmington, Delaware
May 14, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sanjay Bhatnagar
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Sanjay Bhatnagar (No. 4829)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for the Debtors and Debtors in Possession

# EXHIBIT A

From: Dean.Koopman@wellsfargo.com [mailto:Dean.Koopman@wellsfargo.com]
Sent: Tuesday, November 06, 2007 6:34 PM
To: Michael Labuskes
Cc: Joshua.Kelly@wellsfargo.com
Subject: overpayment claim

Michael - Here is a current version of the overpayment claim letter. Attached are the relevant Distribution Report & the Wire Detail Report. Feel free to contact me with questions.

Dean

November 6, 2007

Reference: CO093030

AMERICAN HOME MORTGAGE INVESTMENT CORP

ATTN: MICHAEL LABUSKES

538 BROADHOLLOW ROAD

MELVILLE, NY 11747

RE: $192,804.81, CUSIP(s) 026933AE1

Dear Mr Labuskes:

On 3-26-07, $462,049.83 in principal was sent to you via wire for the above CUSIP. The payment was sent to you in error. Due to withheld payments, the current outstanding balance on this claim is $192,804.81. Please wire back $192,804.81 to:

Wells Fargo Bank, N.A.
ABA # 121000248

6th and Marquette
Acct. # 840237

N9303-121
Attn: C0093030 Dean Koopman

Minneapolis, MN 55479
CTO Wire Clearing Account

Below is an explanation of our request for return of the funds:

* The correct distribution for this CUSIP is $0.00

On 9-25-07, $81,222.22 was withheld from American Home Mortgage payments on various American Home Mortgage Securities. On 10-25-07, an additional $188,022.80 was withheld, reducing the amount outstanding on the original claim to the current $192,804.81

In consideration of your honoring this claim, we agree to indemnify you, officers, and employees against any and all claims, liabilities, losses, expenses, suits, and damages resulting therefrom. We represent and warrant that we are duly authorized to execute this indemnity.

Wells Fargo continually strives to provide the highest level of customer service available. If you would like further assistance, please call me at (612) 667 8265.

Best Regards,

Dean Koopman

Customer Relationship Specialist

Wells Fargo Corporate Trust

**EXHIBIT B**

citi

# Forward Settlement Ladder Report

## Legal Entity: American Home Mortgage Investment Corp.

Close of Business 07/31/2007

Client Base Currency USD

**Settlement Activity for Wednesday, August 01, 2007**

US DOLLAR ACTIVITY

| Cusip/ ISIN | Security Description | Client Mnmnc | Trans Type | Orig Face | Curr Face | Price | Net Amount | Counter party | Trade Date | Orig/ BB Date | External Ref# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02660CAG5 | AHM2007-2 13A2 REMIC SER 20 | XPBAHM | RRPTM | 1,921,431.00 | 1,845,711.50 | 94.501 | -1,657,252.92 | Citigroup | 7/31/07 | 7/31/07 | |
| US02660CAG50 | 6.00% M 03/25/2047 D 04/01/2007 | | | | | | | | | | |
| 02660CAL4 | AHM2007-2 II-M-2 SER 2007-2 | XPBAHM | RRPTM | 15,444,000.00 | 15,444,000.00 | 52.000 | -6,024,080.21 | Citigroup | 7/31/07 | 7/31/07 | |
| US02660CAL46 | 6.47% M 05/25/2027 D 04/20/2007 | | | | | | | | | | |
| 02660CAM2 | AHM2007-2 II-M-3 SER 2007-2 | XPBAHM | RRPTM | 10,259,000.00 | 10,259,000.00 | 29.000 | -1,785,352.11 | Citigroup | 7/31/07 | 7/31/07 | |
| US02660CAM29 | 7.82% M 05/25/2027 D 04/20/2007 | | | | | | | | | | |
| 02660CAN0 | AHM2007-2 II-M-4 SER 2007-2 | XPBAHM | RRPTM | 3,420,000.00 | 3,420,000.00 | 25.000 | -513,082.22 | Citigroup | 7/31/07 | 7/31/07 | |
| US02660CAN02 | 7.82% M 05/25/2027 D 04/20/2007 | | | | | | | | | | |
| 17307GB72 | CMLT05.7G2X II-A-2A SER 0 | XPBAHM | RRPTM | 1,302,628.00 | 1,054,396.98 | 98.535 | -987,150.65 | Citigroup | 7/31/07 | 7/31/07 | |
| | 5.4041% M 09/25/2035 D 09/01/2005 | | | | | | | | | | |
| 251510LJ0 | DBALT 2006-AR1 3A2 SER 20 | XPBAHM | RRPTM | 1,310,531.00 | 1,059,793.26 | 98.331 | -990,151.11 | Citigroup | 7/31/07 | 7/31/07 | |
| US251510LJ08 | 5.5653% M 02/25/2036 D 01/01/2006 | | | | | | | | | | |
| 3128HLBX8 | FHLMCP PC1C-0054 7.00% M | XPBAHM | RRPTM | 18,622,317.00 | 111,328.49 | 100.011 | -108,016.05 | Citigroup | 7/31/07 | 7/31/07 | |
| | 02/01/2034 D 02/01/2004 | | | | | | | | | | |
| 31371LJJ9 | FNMA255065 GTD P/T 2.00% M | XPBAHM | RRPTM | 1,693,713.00 | 360,577.66 | 99.211 | -347,051.57 | Citigroup | 7/31/07 | 7/31/07 | |
| | 11/01/2033 D 11/01/2003 | | | | | | | | | | |
| 31404J4F9 | FNMA770422 GTD P/T 6.635% M | XPBAHM | RRPTM | 1,297,104.00 | 64,846.57 | 101.747 | -64,009.51 | Citigroup | 7/31/07 | 7/31/07 | |
| | 03/01/2034 D 03/01/2004 | | | | | | | | | | |
| 41161PYS6 | HVMLT 2005-14 3A1B SERIES | XPBAHM | RRPTM | 1,883,431.00 | 1,493,568.64 | 97.752 | -1,387,211.71 | Citigroup | 7/31/07 | 7/31/07 | |
| US41161PYS63 | 5.3065% M 12/19/2035 D 10/01/2005 | | | | | | | | | | |
| 45660LW47 | INDX 2005-AR31 2A2 TRUST | XPBAHM | RRPTM | 997,535.00 | 743,716.39 | 97.943 | -692,105.63 | Citigroup | 7/31/07 | 7/31/07 | |
| US45660LW470 | 5.3444% M 01/25/2036 D 11/01/2005 | | | | | | | | | | |
| 576433GD2 | MARM 2003-6 2A2 REMIC P/T | XPBAHM | RRPTM | 2,781,838.00 | 365,313.05 | 97.393 | -338,051.59 | Citigroup | 7/31/07 | 7/31/07 | |
| | 5.5179% M 12/25/2033 D 11/01/2003 | | | | | | | | | | |
| 576433GN0 | MARM 2003-6 7A1 REMIC P/T | XPBAHM | RRPTM | 4,797,301.00 | 153,574.27 | 98.015 | -143,021.83 | Citigroup | 7/31/07 | 7/31/07 | |
| | 7.375% M 12/25/2033 D 11/01/2003 | | | | | | | | | | |
| 912810EE4 | TREAS BONDS DTD 02/15/90 8. | XPBAHM | RRPTM | 532,000.00 | 532,000.00 | 134.873 | -696,099.57 | Citigroup | 7/31/07 | 7/31/07 | |
| US912810EE48 | 8.50% M 02/15/2020 D 02/15/1990 | | | | | | | | | | |
| 912810EQ7 | TREAS BONDS DTD 08/15/1993 | XPBAHM | RRPTM | 1,100,000.00 | 1,100,000.00 | 114.339 | -1,220,174.53 | Citigroup | 7/31/07 | 7/31/07 | |
| US912810EQ77 | 6.25% M 08/15/2023 D 08/15/1993 | | | | | | | | | | |
| 9128274F6 | TREAS NOTES DTD 05/15/1998 | XPBAHM | RRPTM | 1,030,000.00 | 1,030,000.00 | 101.591 | -1,015,145.20 | Citigroup | 7/31/07 | 7/31/07 | |
| US9128274F67 | 5.625% M 05/15/2008 D 05/15/1998 | | | | | | | | | | |
| 9128275G3 | TREAS NOTES DTD 05/15/1999 | XPBAHM | RRPTM | 1,077,000.00 | 1,077,000.00 | 99.168 | -1,036,148.21 | Citigroup | 7/31/07 | 7/31/07 | |
| US9128275G32 | 5.50% M 05/15/2009 D 05/15/1999 | | | | | | | | | | |
| 912828EY2 | TREAS NOTES DTD 02/28/2006 | XPBAHM | RRPTM | 2,940,000.00 | 2,940,000.00 | 101.410 | -2,892,413.72 | Citigroup | 7/31/07 | 7/31/07 | |
| US912828EY28 | 4.625% M 02/29/2008 D 02/28/2006 | | | | | | | | | | |

citi

# Forward Settlement Ladder Report

## Legal Entity: American Home Mortgage Investment Corp.

Close of Business 07/31/2007

Client Base Currency USD

| Cusip/ ISIN | Security Description | Client Mnmnc | Trans Type | Orig Face | Curr Face | Price | Net Amount | Counter party | Trade Date | Orig/ BB Date | External Ref# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Settlement Activity for 08/01/07; | USD Activity | | Continued... | | | | | | | | |
| **Net USD Settlement Activity:** | | | | | | | -21,896,518.34 | | | | |
| **Net 08/01/07 Settlement Activity in USD:** | | | | | | | **-21,896,518.34** | | | | |
| **Settlement Activity for Monday, August 06, 2007** | | | | | | | | | | | |
| US DOLLAR ACTIVITY | | | | | | | | | | | |
| 026935AF3 | AHMA2007-3 1M2 REMIC SER 20 | XPBAHM | RRPTM | 6,907,000.00 | 6,907,000.00 | 100.003 | -6,731,270.39 | Citigroup | 7/27/07 | 7/6/07 | |
| US026935AF32 | 6.82% M 06/25/2037 D 06/06/2007 | | | | | | | | | | |
| 026935AT3 | AHMA2007-3 3M1 REMIC SER 20 | XPBAHM | RRPTM | 7,264,000.00 | 7,264,000.00 | 95.755 | -6,778,489.75 | Citigroup | 7/27/07 | 7/6/07 | |
| US026935AT36 | 7.82% M 06/25/2037 D 06/06/2007 | | | | | | | | | | |
| **Net USD Settlement Activity:** | | | | | | | -13,509,760.14 | | | | |
| **Net 08/06/07 Settlement Activity in USD:** | | | | | | | **-13,509,760.14** | | | | |
| **Settlement Activity for Wednesday, August 08, 2007** | | | | | | | | | | | |
| US DOLLAR ACTIVITY | | | | | | | | | | | |
| 02660TBG7 | AHMIT 2004-2 M2 (ION) SER 2 | XPBAHM | RRPTM | 13,808,000.00 | 8,358,436.96 | 99.000 | -12,557,650.43 | PAHMLEH | 5/7/07 | 5/8/07 | |
| | 6.77% M 07/25/2034 D 06/30/2004 | | | | | | | | | | |
| 02660THG1 | AHM 2005-4 M4 SER 2005-4 CL | XPBAHM | RRPTM | 19,516,000.00 | 19,516,000.00 | 97.140 | -16,369,289.00 | PAHMBES | 5/8/07 | 5/8/07 | |
| | 6.32% M 03/25/2035 D 10/07/2005 | | | | | | | | | | |
| 02660THH9 | AHMIT 2005-4 M5 SER 2005-4 | XPBAHM | RRPTM | 8,132,000.00 | 8,132,000.00 | 91.180 | -5,640,035.71 | PAHMBES | 5/8/07 | 5/8/07 | |
| | 6.82% M 03/25/2035 D 10/07/2005 | | | | | | | | | | |
| 02660THJ5 | AHMIT 2005-4 M6 SER 2005-4 | XPBAHM | RRPTM | 8,132,000.00 | 8,132,000.00 | 91.610 | -5,666,634.12 | PAHMBES | 5/8/07 | 5/8/07 | |
| | 7.57% M 03/25/2035 D 10/07/2005 | | | | | | | | | | |
| **Net USD Settlement Activity:** | | | | | | | -40,233,609.26 | | | | |
| **Net 08/08/07 Settlement Activity in USD:** | | | | | | | **-40,233,609.26** | | | | |
| **Settlement Activity for Friday, August 10, 2007** | | | | | | | | | | | |
| US DOLLAR ACTIVITY | | | | | | | | | | | |
| 02660TAN3 | AHMIT 2004-1 III A-1 SER 20 | XPBAHM | RRPTM | 1,560,607.00 | 740,341.58 | 97.170 | -718,721.19 | Citigroup | 7/27/07 | 7/10/07 | |
| | 3.28% M 03/25/2034 D 03/01/2004 | | | | | | | | | | |
| 576433HH2 | MARM 2003-7 2A1 REMIC P/T | XPBAHM | RRPTM | 8,595,826.00 | 303,944.97 | 100.320 | -350,812.75 | Citigroup | 7/27/07 | 7/10/07 | |
| | 7.125% M 01/25/2034 D 12/01/2003 | | | | | | | | | | |
| 59020UEV3 | MLCC 2004-HB1 A3 SER 2004 | XPBAHM | RRPTM | 29,774,956.00 | 4,255,464.10 | 100.790 | -4,713,450.46 | Citigroup | 7/27/07 | 7/10/07 | |



Mnemonics: XPBAHM, XPBAHMC, XPBAHMF, XPBAHMM

citi

# Forward Settlement Ladder Report

## Legal Entity: American Home Mortgage Investment Corp.

Close of Business 07/31/2007

Client Base Currency USD

| Cusip/ ISIN | Security Description | Client Mnmnc | Trans Type | Orig Face | Curr Face | Price | Net Amount | Counter party | Trade Date | Orig/ BB Date | External Ref# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Settlement Activity for 08/10/07; | USD Activity | | Continued... | | | | | | | | |
| | 7.1452% M 04/25/2029 D 07/01/2004 | | | | | | | | | | |
| 86359AG31 | SASC 03-20 1A1 SERIES 2003- | XPBAHM | RRPTM | 580,187.00 | 188,235.01 | 99.280 | -188,877.38 | Citigroup | 7/27/07 | 7/10/07 | |
| | 4.60% M 07/25/2033 D | XPBAHM | RRPTM | 2,491,439.00 | 808,318.78 | 99.280 | -811,077.29 | Citigroup | 7/27/07 | 7/10/07 | |
| | Totals for Cusip 86359AG31 | | | 3,071,626.00 | 996,553.79 | | -999,954.67 | | | | |
| **Net USD Settlement Activity:** | | | | | | | -6,782,939.07 | | | | |
| **Net 08/10/07 Settlement Activity in USD:** | | | | | | | **-6,782,939.07** | | | | |
| **Settlement Activity for Monday, August 13, 2007** | | | | | | | | | | | |
| US DOLLAR ACTIVITY | | | | | | | | | | | |
| 02660TAG8 | AHMIT 2004-1 I M-2 SER 2004 6.57% M 03/25/2034 D 03/25/2004 | XPBAHM | RRPTM | 11,842,000.00 | 587,526.62 | 100.330 | -537,951.07 | PAHMBES | 7/13/07 | 7/13/07 | |
| 02660TAH6 | AHMIT 2004-1 I M-3 SER 2004 7.32% M 03/25/2034 D 03/25/2004 | XPBAHM | RRPTM | 7,106,500.00 | 352,580.47 | 98.220 | -297,463.25 | PAHMBES | 7/13/07 | 7/13/07 | |
| 02660TAK9 | AHMIT 2004-1 II M-1 SER 2 7.3934% M 03/25/2034 D 03/01/2004 | XPBAHM | RRPTM | 8,647,000.00 | 1,266,132.39 | 99.730 | -1,192,938.31 | PAHMBES | 7/13/07 | 7/13/07 | |
| 02660TAL7 | AHMIT 2004-1 II M-2 SER 2 7.3934% M 03/25/2034 D 03/01/2004 | XPBAHM | RRPTM | 3,747,000.00 | 548,652.49 | 100.300 | -491,030.10 | PAHMBES | 7/13/07 | 7/13/07 | |
| 02660TAM5 | AHMIT 2004-1 II M-2 SER 2 7.3934% M 03/25/2034 D 03/01/2004 | XPBAHM | RRPTM | 1,729,500.00 | 253,241.12 | 96.850 | -205,988.50 | PAHMBES | 7/13/07 | 7/13/07 | |
| 02660TAP8 | AHMIT 2004-1 III M-1 SER 2 3.495% M 03/25/2034 D 03/01/2004 | XPBAHM | RRPTM | 7,235,000.00 | 3,432,235.89 | 96.090 | -3,001,749.92 | PAHMBES | 7/13/07 | 7/13/07 | |
| 02660TAQ6 | AHMIT 2004-1 III M-2 SER 20 3.70% M 03/25/2034 D 03/01/2004 | XPBAHM | RRPTM | 2,412,500.00 | 1,144,473.96 | 93.340 | -918,290.96 | PAHMBES | 7/13/07 | 7/13/07 | |
| 02660TAS2 | AHMIT 2004-1 IV M-1 SER 20 3.495% M 03/25/2034 D 03/01/2004 | XPBAHM | RRPTM | 4,616,000.00 | 1,133,293.78 | 96.730 | -1,032,071.11 | PAHMBES | 7/13/07 | 7/13/07 | |
| 02660TAT0 | AHMIT 2004-1 IV M-2 SER 200 3.70% M 03/25/2034 D 03/01/2004 | XPBAHM | RRPTM | 3,334,000.00 | 818,544.51 | 96.660 | -703,522.24 | PAHMBES | 7/13/07 | 7/13/07 | |
| 02660TAU7 | AHMIT 2004-1 IV M-2 SER 20 3.905% M 03/25/2034 D 03/01/2004 | XPBAHM | RRPTM | 2,052,000.00 | 503,795.24 | 96.180 | -405,550.60 | PAHMBES | 7/13/07 | 7/13/07 | |
| **Net USD Settlement Activity:** | | | | | | | -8,786,556.06 | | | | |
| **Net 08/13/07 Settlement Activity in USD:** | | | | | | | **-8,786,556.06** | | | | |
| **Settlement Activity for Tuesday, August 14, 2007** | | | | | | | | | | | |
| US DOLLAR ACTIVITY | | | | | | | | | | | |



Mnemonics: XPBAHM, XPBAHMC, XPBAHMF, XPBAHMM

*Jul 31, 11:51:37 PM*



# Forward Settlement Ladder Report

## Legal Entity: American Home Mortgage Investment Corp.

**Close of Business** 07/31/2007

**Client Base Currency** USD

| Cusip/ ISIN | Security Description | Client Mnmnc | Trans Type | Orig Face | Curr Face | Price | Net Amount | Counter party | Trade Date | Orig/ BB Date | External Ref# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Settlement Activity for 08/14/07; | USD Activity | | Continued... | | | | | | | | |
| 01F060683 | FNMA 6.00 TBA AUG GTD MTG PASS THRU CTF TBA 6.00% AU 6.00% | XPBAHM | Buy | 196,000,000.00 | 196,000,000.00 | 98.719 | -193,488,750.00 | Citigroup | 7/18/07 | | |
| **Net USD Settlement Activity:** | | | | | | | -193,488,750.00 | | | | |
| **Net 08/14/07 Settlement Activity in USD:** | | | | | | | **-193,488,750.00** | | | | |
| **Settlement Activity for Thursday, August 23, 2007** | | | | | | | | | | | |
| US DOLLAR ACTIVITY | | | | | | | | | | | |
| 02660TGK3 | AHM 2005-3 M5 SER 2005-3 C 5.959% M 10/25/2035 D 09/01/2005 | XPBAHM | RRPTM | 3,685,000.00 | 3,685,000.00 | 81.000 | -2,723,892.95 | PAHMUBS | 7/23/07 | 7/23/07 | |
| 02660TGL1 | AHM 2005-3 M6 SER 2005-3 C 6.056% M 10/25/2035 D 09/01/2005 | XPBAHM | RRPTM | 3,685,000.00 | 3,685,000.00 | 73.000 | -2,464,624.51 | PAHMUBS | 7/23/07 | 7/23/07 | |
| 02660TGM9 | AHM 2005-3 B SER 2005-3 CLAS 0.00% M 10/25/2035 D 09/01/2005 | XPBAHM | RRPTM | 7,369,000.00 | 7,369,000.00 | 35.000 | -2,073,127.65 | PAHMUBS | 7/23/07 | 7/23/07 | |
| **Net USD Settlement Activity:** | | | | | | | -7,261,645.11 | | | | |
| **Net 08/23/07 Settlement Activity in USD:** | | | | | | | **-7,261,645.11** | | | | |
| **Settlement Activity for Monday, August 27, 2007** | | | | | | | | | | | |
| US DOLLAR ACTIVITY | | | | | | | | | | | |
| 02660CAG5 US02660CAG50 | AHM2007-2 13A2 REMIC SER 20 6.00% M 03/25/2047 D 04/01/2007 | XPBAHM | RRPTM | 5,859,231.00 | 5,628,331.19 | 97.130 | -5,327,309.98 | Citigroup | 7/27/07 | 7/27/07 | |
| 02660CAJ9 | AHM2007-2 1M1 REMIC SER 200 5.97% M 09/25/2036 D 04/20/2007 | XPBAHM | RRPTM | 20,277,000.00 | 20,277,000.00 | 90.000 | -17,053,012.15 | Citigroup | 7/27/07 | 7/26/07 | |
| 02660CAK6 | AHM2007-2 2M1 REMIC SER 200 6.42% M 03/25/2035 D 04/20/2007 | XPBAHM | RRPTM | 12,525,000.00 | 12,525,000.00 | 85.500 | -10,006,881.11 | Citigroup | 7/27/07 | 7/26/07 | |
| 02660TDQ3 | AHM 2005-1 M4 SER 2005-1 CL 6.17% M 03/25/2035 D 03/23/2005 | XPBAHM | RRPTM | 6,740,000.00 | 6,740,000.00 | 87.000 | -4,714,583.16 | PAHMBES | 7/25/07 | 7/25/07 | |
| 02660TDR1 | AHM 2005-1 M5 SER 2005-1 CL 6.32% M 03/25/2035 D 03/23/2005 | XPBAHM | RRPTM | 6,740,000.00 | 6,740,000.00 | 86.750 | -4,701,035.50 | PAHMBES | 7/25/07 | 7/25/07 | |
| 02660TDS9 | AHM 2005-1 M6 SER 2005-1 CL 7.32% M 03/25/2035 D 03/23/2005 | XPBAHM | RRPTM | 6,740,000.00 | 6,740,000.00 | 87.250 | -4,432,946.57 | PAHMBES | 7/25/07 | 7/25/07 | |
| 02660TDU4 | AHMIT 2005-1 8M2 SER 2005-1 6.17% M 06/25/2035 D 03/23/2005 | XPBAHM | RRPTM | 4,830,000.00 | 4,830,000.00 | 95.190 | -3,696,601.68 | PAHMBES | 7/25/07 | 7/25/07 | |
| 02660TDV2 | AHMIT 2005-1 8M3 SER 2005-1 6.32% M 06/25/2035 D 03/23/2005 | XPBAHM | RRPTM | 920,000.00 | 920,000.00 | 97.117 | -718,368.31 | PAHMBES | 7/25/07 | 7/25/07 | |



Mnemonics: XPBAHM, XPBAHMC, XPBAHMF, XPBAHMM

Jul 31, 11:51:37 PM



# Forward Settlement Ladder Report

Close of Business 07/31/2007

## Legal Entity: American Home Mortgage Investment Corp.

Client Base Currency USD

| Cusip/ ISIN | Security Description | Client Mnmnc | Trans Type | Orig Face | Curr Face | Price | Net Amount | Counter party | Trade Date | Orig/ BB Date | External Ref# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Settlement Activity for 08/27/07; | USD Activity | | Continued... | | | | | | | | |
| 02660TDW0 | AHMIT 2005-1 8M4 SER 2005-1 | XPBAHM | RRPTM | 2,530,000.00 | 2,530,000.00 | 92.683 | -1,767,615.24 | PAHMBES | 7/25/07 | 7/25/07 | |
| | 7.32% M 06/25/2035 D 03/23/2005 | | | | | | | | | | |
| 02660TDX8 | AHMIT 2005-1 8M5 SER 2005-1 | XPBAHM | RRPTM | 460,000.00 | 460,000.00 | 92.012 | -319,057.44 | PAHMBES | 7/25/07 | 7/25/07 | |
| | 7.32% M 06/25/2025 D 03/23/2005 | | | | | | | | | | |
| 02660TDY6 | AHMIT 2005-1 8M6 SER 2005-1 | XPBAHM | RRPTM | 460,000.00 | 460,000.00 | 93.270 | -301,858.30 | PAHMBES | 7/25/07 | 7/25/07 | |
| | 7.42% M 06/25/2035 D 03/23/2005 | | | | | | | | | | |
| 02660TEE9 | AHMIT 2005-1 M7 SER 2005-1 | XPBAHM | RRPTM | 6,740,000.00 | 6,740,000.00 | 75.000 | -3,810,555.36 | PAHMBES | 7/25/07 | 7/25/07 | |
| | 7.32% M 06/25/2045 D 03/23/2005 | | | | | | | | | | |
| 02660TEF6 | AHMIT 2005-1 M8 SER 2005-1 | XPBAHM | RRPTM | 5,055,000.00 | 5,055,000.00 | 86.500 | -3,076,388.86 | PAHMBES | 7/25/07 | 7/25/07 | |
| | 7.42% M 06/25/2045 D 03/23/2005 | | | | | | | | | | |
| 02660TEG4 | AHMIT 2005-1 B SER 2005-1 C | XPBAHM | RRPTM | 5,055,000.00 | 5,055,000.00 | 40.000 | -1,321,293.72 | PAHMBES | 7/25/07 | 7/25/07 | |
| | 8.32% M 06/25/2045 D 03/23/2005 | | | | | | | | | | |
| 02660THD8 | AHMIT 2005-4 1M4 SER 2005-4 | XPBAHM | RRPTM | 11,755,000.00 | 11,755,000.00 | 83.000 | -7,844,099.43 | PAHMBES | 7/25/07 | 7/25/07 | |
| | 6.32% M 03/25/2035 D 10/07/2005 | | | | | | | | | | |
| 02660THE6 | AHMIT 2005-4 1M5 SER 2005-4 | XPBAHM | RRPTM | 4,198,000.00 | 4,198,000.00 | 69.394 | -2,388,417.55 | PAHMBES | 7/25/07 | 7/25/07 | |
| | 6.82% M 03/25/2035 D 10/07/2005 | | | | | | | | | | |
| 02660THF3 | AHMIT 2005-4 1M6 SER 2005-4 | XPBAHM | RRPTM | 4,198,000.00 | 4,198,000.00 | 74.351 | -2,195,934.49 | PAHMBES | 7/25/07 | 7/25/07 | |
| | 7.57% M 03/25/2035 D 10/07/2005 | | | | | | | | | | |
| 02660TJF1 | AHM 2006-1 2A2 SER 2006-1 C | XPBAHM | RRPTM | 10,063,000.00 | 8,097,199.19 | 99.000 | -8,825,943.66 | PAHMBES | 2/23/07 | 2/26/07 | |
| US02660TJF12 | 5.50% M 12/25/2035 D 03/01/2006 | | | | | | | | | | |
| 02660TJH7 | AHM 2006-1 2A4 SER 2006-1 C | XPBAHM | RRPTM | 7,177,000.00 | 6,024,731.72 | 98.000 | -6,236,736.04 | PAHMBES | 2/23/07 | 2/26/07 | |
| US02660TJH77 | 5.10% M 12/25/2035 D 03/01/2006 | | | | | | | | | | |
| 02660YBC5 | AHM2006-2 I-M-5 REMIC SER 2 | XPBAHM | RRPTM | 2,077,000.00 | 2,077,000.00 | 100.960 | -1,914,076.91 | PAHMDMG | 5/24/07 | 5/25/07 | |
| | 7.02% M 07/25/2036 D 06/25/2006 | | | | | | | | | | |
| 02660YBD3 | AHM 2006-2 I-M-6 REMIC SER | XPBAHM | RRPTM | 1,730,979.00 | 1,730,979.00 | 89.970 | -1,264,172.74 | PAHMDMG | 5/24/07 | 5/25/07 | |
| | 7.72% M 07/25/2036 D 06/25/2006 | | | | | | | | | | |
| 02662AAD4 | AHM 2007-SD2 M3 144A SER 2 | XPBAHM | RRPTM | 12,547,000.00 | 12,547,000.00 | 39.410 | -2,485,349.54 | PAHMLEH | 7/25/07 | 7/25/07 | |
| US02662AAD46 | 0.00% M 05/25/2037 D 05/15/2007 | | | | | | | | | | |
| 02662AAE2 | AHM2007-SD2 M4 SER 2007-SD2 | XPBAHM | RRPTM | 11,582,000.00 | 11,582,000.00 | 15.500 | -902,517.14 | PAHMLEH | 7/25/07 | 7/25/07 | |
| US02662AAE29 | 0.00% M 05/25/2037 D 05/15/2007 | | | | | | | | | | |
| 02662AAF9 | AHM2007-SD2 M5 SER 2007-SD2 | XPBAHM | RRPTM | 6,675,000.00 | 6,675,000.00 | 5.000 | -167,803.52 | PAHMLEH | 7/25/07 | 7/25/07 | |
| US02662AAF93 | 0.00% M 05/25/2037 D 05/15/2007 | | | | | | | | | | |
| 59023HAD3 | MLCC 2007-1 III-A SER 20 | XPBAHM | RRPTM | 23,036,745.00 | 21,579,009.72 | 99.938 | -21,015,287.89 | Citigroup | 7/27/07 | 7/27/07 | |
| US59023HAD35 | 6.1961% M 01/25/2037 D 01/01/2007 | | | | | | | | | | |
| 74958XAF1 | RFMSI2007-SA2 IV-A SER 200 | XPBAHM | RRPTM | 44,756,000.00 | 44,008,666.10 | 99.188 | -42,537,357.44 | Citigroup | 7/27/07 | 7/27/07 | |
| US74958XAF15 | 5.891% M 04/25/2037 D 03/01/2007 | | | | | | | | | | |
| 92925VAP5 | WAMU2007-HY1 5A1 REMIC SE | XPBAHM | RRPTM | 100,000,000.00 | 92,599,730.00 | 99.297 | -89,560,310.56 | PAHMUBS | 7/27/07 | 7/27/07 | |
| US92925VAP58 | 5.7748% M 02/25/2037 D 01/01/2007 | | | | | | | | | | |
| **Net USD Settlement Activity:** | | | | | | | -248,585,514.29 | | | | |



Mnemonics: XPBAHM, XPBAHMC, XPBAHMF, XPBAHMM

citi

# Forward Settlement Ladder Report

## Legal Entity: American Home Mortgage Investment Corp.

Close of Business 07/31/2007

Client Base Currency USD

| Cusip/ ISIN | Security Description | Client Mnmnc | Trans Type | Orig Face | Curr Face | Price | Net Amount | Counter party | Trade Date | Orig/ BB Date | External Ref# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net 08/27/07 Settlement Activity in USD:** | | | | | | | **-248,585,514.29** | | | | |
| **Settlement Activity for Monday, September 24, 2007** | | | | | | | | | | | |
| US DOLLAR ACTIVITY | | | | | | | | | | | |
| 026931AG0 | AHM2007-A I-M-1 REMIC SER 2 5.67% M 03/25/2037 D 03/12/2007 | XPBAHM | RRPTM | 4,812,000.00 | 4,812,000.00 | 89.310 | -3,904,767.84 | PAHMBAR | 7/23/07 | 7/23/07 | |
| 026931AK1 | AHM2007-A II-M-1 REMIC SER 5.81% M 03/25/2037 D 03/12/2007 | XPBAHM | RRPTM | 3,164,000.00 | 3,164,000.00 | 83.630 | -2,403,975.02 | PAHMBAR | 7/23/07 | 7/23/07 | |
| 026931AL9 | AHM2007-A II-M-2 REMIC SER 6.22% M 03/25/2037 D 03/12/2007 | XPBAHM | RRPTM | 2,353,000.00 | 2,353,000.00 | 63.780 | -1,287,844.89 | PAHMBAR | 7/23/07 | 7/23/07 | |
| 026931AM7 | AHM2007-A II-M-3 REMIC SER 6.67% M 03/25/2037 D 03/12/2007 | XPBAHM | RRPTM | 1,009,000.00 | 1,009,000.00 | 43.000 | -328,528.30 | PAHMBAR | 7/23/07 | 7/23/07 | |
| 026931AN5 | AHM2007-A II-M-4 REMIC SER 7.04% M 03/25/2037 D 03/12/2007 | XPBAHM | RRPTM | 554,000.00 | 554,000.00 | 43.000 | -180,381.52 | PAHMBAR | 7/23/07 | 7/23/07 | |
| 026933AC5 | AHM2007-SD1 IV-M-2 REMIC SE 6.80% M 03/25/2037 D 03/12/2007 | XPBAHM | RRPTM | 12,059,000.00 | 12,059,000.00 | 55.000 | -5,627,520.04 | PAHMBAR | 7/23/07 | 7/23/07 | |
| 026933AD3 | AHM2007-SD1 IV-M-3 REMIC SE 6.50% M 03/25/2037 D 03/12/2007 | XPBAHM | RRPTM | 10,880,000.00 | 10,880,000.00 | 35.000 | -2,306,751.22 | PAHMBAR | 7/23/07 | 7/23/07 | |
| **Net USD Settlement Activity:** | | | | | | | -16,039,768.83 | | | | |
| **Net 09/24/07 Settlement Activity in USD:** | | | | | | | **-16,039,768.83** | | | | |
| **Settlement Activity for Tuesday, September 25, 2007** | | | | | | | | | | | |
| US DOLLAR ACTIVITY | | | | | | | | | | | |
| 02660TJN4 US02660TJN46 | AHM 2006-1 1M4 (ION) SER 20 6.52% M 04/25/2036 D 03/29/2006 | XPBAHM | RRPTM | 23,033,000.00 | 6,122,672.14 | 100.000 | -21,307,711.26 | PAHMBAR | 3/29/07 | 3/29/07 | |
| 02660TJP9 US02660TJP93 | AHM 2006-1 1M5 (ION) SER 20 7.57% M 04/25/2036 D 03/29/2006 | XPBAHM | RRPTM | 9,384,000.00 | 18,766,999.95 | 97.000 | -7,993,850.16 | PAHMBAR | 3/29/07 | 3/29/07 | |
| 02660TJQ7 US02660TJQ76 | AHM 2006-1 1M6 (ION) SER 20 8.22% M 04/25/2036 D 03/29/2006 | XPBAHM | RRPTM | 1,840,643.00 | 12,149,106.93 | 90.000 | -1,450,523.50 | PAHMBAR | 3/29/07 | 3/29/07 | |
| 02660TJR5 US02660TJR59 | AHM 2006-1 2M2 SER 2006-1 C 6.07% M 12/25/2035 D 03/29/2006 | XPBAHM | RRPTM | 3,310,000.00 | 3,301,649.17 | 98.000 | -3,043,080.99 | PAHMLEH | 3/29/07 | 3/29/07 | |
| 02660TJS3 US02660TJS33 | AHM 2006-1 2M3 SER 2006-1 C 6.32% M 12/25/2035 D 03/29/2006 | XPBAHM | RRPTM | 1,930,000.00 | 1,925,130.78 | 93.000 | -1,547,843.45 | PAHMLEH | 3/29/07 | 3/29/07 | |
| 02660TJT1 US02660TJT16 | AHM 2006-1 2M4 SER 2006-1 C 6.32% M 12/25/2035 D 03/29/2006 | XPBAHM | RRPTM | 1,793,000.00 | 1,788,476.42 | 77.000 | -1,140,918.29 | PAHMLEH | 3/29/07 | 3/29/07 | |
| 02660TJU8 | AHM 2006-1 2M5 SER 2006-1 C | XPBAHM | RRPTM | 1,241,000.00 | 1,237,869.07 | 61.000 | -604,134.08 | PAHMLEH | 3/29/07 | 3/29/07 | |



Mnemonics: XPBAHM, XPBAHMC, XPBAHMF, XPBAHMM

citi

# Forward Settlement Ladder Report

## Legal Entity: American Home Mortgage Investment Corp.

Close of Business 07/31/2007

Client Base Currency USD

| Cusip/ ISIN | Security Description | Client Mnmnc | Trans Type | Orig Face | Curr Face | Price | Net Amount | Counter party | Trade Date | Orig/ BB Date | External Ref# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Settlement Activity for 09/25/07; | USD Activity | | Continued... | | | | | | | | |
| US02660TJU88 | 6.32% M 12/25/2035 D 03/29/2006 | | | | | | | | | | |
| 02660TJV6 | AHM 2006-1 2B SER 2006-1 CL | XPBAHM | RRPTM | 1,107,339.00 | 1,036,032.55 | 16.000 | -111,145.07 | PAHMLEH | 3/29/07 | 3/29/07 | |
| US02660TJV61 | 6.32% M 12/25/2035 D 03/29/2006 | | | | | | | | | | |
| **Net USD Settlement Activity:** | | | | | | | -37,199,206.80 | | | | |
| **Net 09/25/07 Settlement Activity in USD:** | | | | | | | **-37,199,206.80** | | | | |
| **Settlement Activity for Wednesday, September 26, 2007** | | | | | | | | | | | |
| US DOLLAR ACTIVITY | | | | | | | | | | | |
| 02660TEZ2 | AHM 2005-2 M4 (ION) SER 20 | XPBAHM | RRPTM | 23,090,000.00 | 23,090,000.00 | 100.139 | -22,269,245.63 | PAHMLEH | 6/26/07 | 6/26/07 | |
| | 6.07% M 08/25/2035 D 06/22/2005 | | | | | | | | | | |
| 02660TFA6 | AHM 2005-2 M5 (ION) SER 200 | XPBAHM | RRPTM | 52,041,000.00 | 52,041,000.00 | 97.168 | -46,141,377.92 | PAHMLEH | 6/26/07 | 6/26/07 | |
| | 6.52% M 08/25/2035 D 06/22/2005 | | | | | | | | | | |
| 02660TFE8 | AHM 2005-2 VM4 SER 2005-2 C | XPBAHM | RRPTM | 24,145,000.00 | 24,145,000.00 | 100.347 | -23,335,060.16 | PAHMLEH | 6/26/07 | 6/26/07 | |
| | 6.07% M 08/25/2035 D 06/22/2005 | | | | | | | | | | |
| **Net USD Settlement Activity:** | | | | | | | -91,745,683.71 | | | | |
| **Net 09/26/07 Settlement Activity in USD:** | | | | | | | **-91,745,683.71** | | | | |
| **Settlement Activity for Thursday, September 27, 2007** | | | | | | | | | | | |
| US DOLLAR ACTIVITY | | | | | | | | | | | |
| 02660TBH5 | AHMIT 2004-2 M3 SSR 2004-2 | XPBAHM | RRPTM | 8,285,000.00 | 2,834,828.74 | 97.500 | -6,554,122.10 | PAHMUBS | 6/27/07 | 6/27/07 | |
| | 7.82% M 07/25/2034 D 06/30/2004 | | | | | | | | | | |
| **Net USD Settlement Activity:** | | | | | | | -6,554,122.10 | | | | |
| **Net 09/27/07 Settlement Activity in USD:** | | | | | | | **-6,554,122.10** | | | | |
| **Settlement Activity for Friday, December 14, 2007** | | | | | | | | | | | |
| US DOLLAR ACTIVITY | | | | | | | | | | | |
| 02660TED1 | AHM 2005-1 7A2 SER 2005-1 | XPBAHM | RRPTM | 55,730,030.00 | 30,385,912.19 | 98.000 | -41,666,252.35 | PAHMDMG | 6/13/06 | 6/14/06 | |
| | 5.292% M 03/25/2035 D 03/01/2005 | | | | | | | | | | |
| 86359BFY2 | SARM 2004-1 1A1 SERIES 20 | XPBAHM | RRPTM | 65,000,000.00 | 6,008,132.65 | 101.000 | -17,607,407.91 | PAHMDMG | 6/13/06 | 6/14/06 | |
| | 7.7618% M 02/25/2034 D 01/01/2004 | | | | | | | | | | |
| **Net USD Settlement Activity:** | | | | | | | -59,273,660.26 | | | | |



Mnemonics: XPBAHM, XPBAHMC, XPBAHMF, XPBAHMM

citi

# Forward Settlement Ladder Report

## Legal Entity: American Home Mortgage Investment Corp.

Close of Business 07/31/2007

Client Base Currency USD

| Cusip/ ISIN | Security Description | Client Mnmnc | Trans Type | Orig Face | Curr Face | Price | Net Amount | Counter party | Trade Date | Orig/ BB Date | External Ref# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net 12/14/07 Settlement Activity in USD:** | | | | | | | **-59,273,660.26** | | | | |

**Settlement Activity for Wednesday, December 26, 2007**

US DOLLAR ACTIVITY

| Cusip/ ISIN | Security Description | Client Mnmnc | Trans Type | Orig Face | Curr Face | Price | Net Amount | Counter party | Trade Date | Orig/ BB Date | External Ref# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02660THM8 | AHM 2005-SD1 1M1 SER 2005-S | XPBAHM | RRPTM | 2,558,000.00 | 2,469,804.59 | 94.000 | -2,221,527.75 | PAHMUBS | 6/26/07 | 6/26/07 | |
| | 5.00% M 12/26/2035 D 12/01/2005 | | | | | | | | | | |
| 02660THN6 | AHM 2005-SD1 1M2 SER 2005-SD | XPBAHM | RRPTM | 1,141,000.00 | 1,101,660.31 | 33.000 | -317,997.44 | PAHMUBS | 6/26/07 | 6/26/07 | |
| | 0.00% M 12/26/2035 D 12/01/2005 | | | | | | | | | | |
| 02660THP1 | AHM 2005-SD1 1M3 SER 2005-SD | XPBAHM | RRPTM | 951,000.00 | 918,211.17 | 15.000 | -106,380.13 | PAHMUBS | 6/26/07 | 6/26/07 | |
| | 0.00% M 12/26/2035 D 12/01/2005 | | | | | | | | | | |
| 02660THS5 | AHM 2005-SD1 2M1 (ION) SER | XPBAHM | RRPTM | 7,211,000.00 | 7,211,000.00 | 98.000 | -6,753,177.45 | PAHMUBS | 6/26/07 | 6/26/07 | |
| US02660THS50 | 6.30% M 12/26/2035 D 12/01/2005 | | | | | | | | | | |
| 02660THU0 | AHM 2005-SD1 2M2 (ION) SER | XPBAHM | RRPTM | 1,702,667.00 | 1,702,667.00 | 88.000 | -1,385,871.40 | PAHMUBS | 6/26/07 | 6/26/07 | |
| | 6.80% M 12/26/2035 D 12/01/2005 | | | | | | | | | | |
| 02660THV8 | AHM 2005-SD1 2M3 (ION) SER | XPBAHM | RRPTM | 5,532,000.00 | 5,532,000.00 | 72.000 | -3,277,139.10 | PAHMUBS | 6/26/07 | 6/26/07 | |
| | 8.00% M 12/26/2035 D 12/01/2005 | | | | | | | | | | |
| 02660YBK7 | AHM2006-2 II-M-4 REMIC SER | XPBAHM | RRPTM | 674,000.00 | 674,000.00 | 100.000 | -626,342.06 | PAHMUBS | 6/26/07 | 6/26/07 | |
| | 6.52% M 07/25/2036 D 06/25/2006 | | | | | | | | | | |
| 02660YBL5 | AHM2006-2 II-M-5 REMIC SER | XPBAHM | RRPTM | 1,753,000.00 | 1,753,000.00 | 100.000 | -1,322,055.35 | PAHMUBS | 6/26/07 | 6/26/07 | |
| | 7.32% M 07/25/2036 D 06/25/2006 | | | | | | | | | | |
| 02660YBM3 | AHM2006-2 III-M-3 REMIC SER | XPBAHM | RRPTM | 919,000.00 | 919,000.00 | 100.000 | -804,206.12 | PAHMUBS | 6/26/07 | 6/26/07 | |
| | 6.60% M 07/25/2036 D 06/01/2006 | | | | | | | | | | |
| 02660YBN1 | AHM2006-2 III-M-4 REMIC SER | XPBAHM | RRPTM | 1,378,000.00 | 1,378,000.00 | 100.000 | -875,775.09 | PAHMUBS | 6/26/07 | 6/26/07 | |
| | 6.60% M 07/25/2036 D 06/01/2006 | | | | | | | | | | |
| 02660YBP6 | AHM2006-2 III-M-6 REMIC SER | XPBAHM | RRPTM | 1,287,000.00 | 1,287,000.00 | 100.000 | -785,929.25 | PAHMUBS | 6/26/07 | 6/26/07 | |
| | 6.60% M 07/25/2036 D 06/01/2006 | | | | | | | | | | |
| 02660YBQ4 | AHM2006-2 III-M-6 REMIC SER | XPBAHM | RRPTM | 1,562,000.00 | 1,562,000.00 | 100.000 | -842,267.45 | PAHMUBS | 6/26/07 | 6/26/07 | |
| | 6.60% M 07/25/2036 D 06/01/2006 | | | | | | | | | | |
| **Net USD Settlement Activity:** | | | | | | | -19,318,668.59 | | | | |
| **Net 12/26/07 Settlement Activity in USD:** | | | | | | | **-19,318,668.59** | | | | |

**Settlement Activity for Thursday, December 27, 2007**

US DOLLAR ACTIVITY

| Cusip/ ISIN | Security Description | Client Mnmnc | Trans Type | Orig Face | Curr Face | Price | Net Amount | Counter party | Trade Date | Orig/ BB Date | External Ref# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02660CAG5 | AHM2007-2 13A2 REMIC SER 20 | XPBAHM | RRPTM | 48,927,723.00 | 46,999,585.65 | 90.000 | -47,019,386.77 | PAHMBAR | 7/10/07 | 7/11/07 | |
| US02660CAG50 | 6.00% M 03/25/2047 D 04/01/2007 | | | | | | | | | | |
| 026931AE5 | AHM2007-A II-A REMIC SER 20 | XPBAHM | RRPTM | 29,862,000.00 | 25,749,418.20 | 100.000 | -26,329,861.87 | PAHMBAR | 7/10/07 | 7/11/07 | |



Mnemonics: XPBAHM, XPBAHMC, XPBAHMF, XPBAHMM

citi

# Forward Settlement Ladder Report

## Legal Entity: American Home Mortgage Investment Corp.

Close of Business 07/31/2007

Client Base Currency USD

| Cusip/ ISIN | Security Description | Client Mnmnc | Trans Type | Orig Face | Curr Face | Price | Net Amount | Counter party | Trade Date | Orig/ BB Date | External Ref# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Settlement Activity for 12/27/07; | USD Activity | Continued... | | | | | | | | | |
| | 5.67% M 03/25/2037 D 03/12/2007 | | | | | | | | | | |
| **Net USD Settlement Activity:** | | | | | | | -73,349,248.64 | | | | |
| **Net 12/27/07 Settlement Activity in USD:** | | | | | | | **-73,349,248.64** | | | | |
| **Settlement Activity for Monday, December 31, 2007** | | | | | | | | | | | |
| US DOLLAR ACTIVITY | | | | | | | | | | | |
| 02660TAN3 | AHMIT 2004-1 III A-1 SER 20 | XPBAHM | RRPTM | 1,442,435.00 | 684,281.57 | 95.000 | -833,916.87 | PAHMDMG | 6/28/06 | 6/29/06 | |
| | 3.28% M 03/25/2034 D 03/01/2004 | | | | | | | | | | |
| 02660TED1 | AHM 2005-1 7A2 SER 2005-1 | XPBAHM | RRPTM | 20,881,659.00 | 11,385,392.34 | 98.000 | -15,135,712.02 | PAHMDMG | 6/28/06 | 6/29/06 | |
| | 5.292% M 03/25/2035 D 03/01/2005 | | | | | | | | | | |
| 02660TGU1 | AHMIT 2005-4 3A3 SER 2005-4 | XPBAHM | RRPTM | 20,029,235.00 | 10,678,112.75 | 100.000 | -18,570,287.50 | PAHMBAR | 6/29/06 | 6/29/06 | |
| | 5.76% M 03/25/2035 D | XPBAHM | RRPTM | 25,965,765.00 | 13,843,033.26 | 100.000 | -24,074,396.23 | PAHMDMG | 6/28/06 | 6/29/06 | |
| | Totals for Cusip 02660TGU1 | | | 45,995,000.00 | 24,521,146.01 | | -42,644,683.73 | | | | |
| 17307GEB0 | CMLT 2004-HYB2 1A SER 2004 | XPBAHM | RRPTM | 72,447,070.00 | 6,933,959.78 | 99.000 | -20,265,359.10 | PAHMDMG | 6/28/06 | 6/29/06 | |
| | 6.225% M 03/25/2034 D 03/01/2004 | | | | | | | | | | |
| 22541SJH2 | CSFB 2004 AR5 9A1 SER 200 | XPBAHM | RRPTM | 81,490,000.00 | 21,875,637.65 | 97.000 | -32,399,448.00 | PAHMDMG | 6/28/06 | 6/29/06 | |
| | 4.7447% M 05/25/2034 D 05/01/2004 | | | | | | | | | | |
| 251510GU1 | DBALT 2005-AR2 4A12 SER 2 | XPBAHM | RRPTM | 6,814,347.00 | 4,995,795.06 | 98.000 | -6,387,558.63 | PAHMDMG | 6/28/06 | 6/29/06 | |
| | 5.5844% M 10/25/2035 D 09/01/2005 | | | | | | | | | | |
| 45660LW47 | INDX 2005-AR31 2A2 TRUST | XPBAHM | RRPTM | 9,369,232.00 | 6,985,270.08 | 98.000 | -8,958,569.74 | PAHMDMG | 6/28/06 | 6/29/06 | |
| US45660LW470 | 5.3444% M 01/25/2036 D 11/01/2005 | | | | | | | | | | |
| 576433DY9 | MARM 2003-3 1A1 REMIC P/T | XPBAHM | RRPTM | 20,486,004.00 | 2,934,228.79 | 101.000 | -5,992,497.01 | PAHMDMG | 6/28/06 | 6/29/06 | |
| | 7.0857% M 09/25/2033 D 08/01/2003 | | | | | | | | | | |
| 576433HH2 | MARM 2003-7 2A1 REMIC P/T | XPBAHM | RRPTM | 9,384,072.00 | 331,817.03 | 99.000 | -1,143,330.00 | PAHMDMG | 6/28/06 | 6/29/06 | |
| | 7.125% M 01/25/2034 D 12/01/2003 | | | | | | | | | | |
| 59020UEV3 | MLCC 2004-HB1 A3 SER 2004 | XPBAHM | RRPTM | 50,000,000.00 | 7,146,046.00 | 100.000 | -16,670,685.11 | PAHMDMG | 6/28/06 | 6/29/06 | |
| | 7.1452% M 04/25/2029 D 07/01/2004 | | | | | | | | | | |
| 761118FN3 | RALI05.QA9 NB42 MORT P/T | XPBAHM | RRPTM | 16,388,000.00 | 11,511,175.05 | 98.000 | -14,957,985.00 | PAHMBAR | 6/29/06 | 6/29/06 | |
| | 5.4918% M 09/25/2035 D 08/01/2005 | | | | | | | | | | |
| 86359BEF4 | SASC 03-40 1A SERIES 2003-4 | XPBAHM | RRPTM | 10,000,000.00 | 427,834.00 | 100.000 | -2,377,008.71 | PAHMDMG | 6/28/06 | 6/29/06 | |
| | 5.05% M 01/25/2034 D 12/01/2003 | | | | | | | | | | |
| 86359BLB5 | SARM 2004-2 2A1 SERIES 20 | XPBAHM | RRPTM | 7,852,800.00 | 568,341.45 | 100.000 | -2,177,334.01 | PAHMDMG | 6/28/06 | 6/29/06 | |
| | 7.3625% M 03/25/2034 D 02/01/2004 | | | | | | | | | | |
| **Net USD Settlement Activity:** | | | | | | | -169,944,087.89 | | | | |
| **Net 12/31/07 Settlement Activity in USD:** | | | | | | | **-169,944,087.89** | | | | |



Mnemonics: XPBAHM, XPBAHMC, XPBAHMF, XPBAHMM

Jul 31, 11:51:39 PM



# Forward Settlement Ladder Report

Close of Business 07/31/2007

## Legal Entity: American Home Mortgage Investment Corp.

Client Base Currency USD

| Cusip/ ISIN | Security Description | Client Mnmnc | Trans Type | Orig Face | Curr Face | Price | Net Amount | Counter party | Trade Date | Orig/ BB Date | External Ref# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Settlement Activity for Thursday, February 07, 2008** | | | | | | | | | | | |
| US DOLLAR ACTIVITY | | | | | | | | | | | |
| 02660TAJ2 | AHMIT 2004-1 II A-1 SER 2 | XPBAHM | RRPTM | 8,680,625.00 | 1,271,055.91 | 99.625 | -1,945,566.00 | PAHMUBS | 3/19/07 | 3/16/07 | |
| | 7.3934% M 03/25/2034 D 03/01/2004 | | | | | | | | | | |
| 22541SDT2 | CSFB 2004-AR3 3A1 2004-A | XPBAHM | RRPTM | 52,035,389.00 | 7,412,757.54 | 100.000 | -16,992,778.15 | PAHMUBS | 8/4/06 | 8/7/06 | |
| | 6.8363% M 04/25/2034 D 03/01/2004 | | | | | | | | | | |
| 251510LJ0 | DBALT 2006-AR1 3A2 SER 20 | XPBAHM | RRPTM | 1,423,563.00 | 1,151,199.38 | 99.625 | -1,185,710.00 | PAHMUBS | 3/19/07 | 3/16/07 | |
| US251510LJ08 | 5.5653% M 02/25/2036 D 01/01/2006 | | | | | | | | | | |
| 576433HH2 | MARM 2003-7 2A1 REMIC P/T | XPBAHM | RRPTM | 5,385,305.00 | 190,422.23 | 99.000 | -657,074.94 | PAHMUBS | 8/4/06 | 8/7/06 | |
| | 7.125% M 01/25/2034 D 12/01/2003 | | | | | | | | | | |
| 576433JN7 | MARM 2004-1 5A1 REMIC P/T | XPBAHM | RRPTM | 40,417,000.00 | 789,110.40 | 99.000 | -4,300,102.13 | PAHMUBS | 8/4/06 | 8/7/06 | |
| | 7.125% M 02/25/2034 D 01/01/2004 | | | | | | | | | | |
| 576433KT2 | MARM 2004-03 3A3 REMIC P/ | XPBAHM | RRPTM | 37,052,979.00 | 11,979,345.20 | 100.000 | -11,853,320.00 | PAHMUBS | 6/5/07 | 6/5/07 | |
| | 4.2875% M 04/25/2034 D 03/01/2004 | | | | | | | | | | |
| 576433MC7 | MARM 2004-4 3A1 REMIC P/T | XPBAHM | RRPTM | 39,408,000.00 | 13,543,545.58 | 97.000 | -19,381,437.69 | PAHMUBS | 8/4/06 | 8/7/06 | |
| | 4.1723% M 05/25/2034 D 04/01/2004 | | | | | | | | | | |
| 61748HUL3 | MSM2006-1AR III-A SER 200 | XPBAHM | RRPTM | 4,336,169.00 | 3,534,143.25 | 97.000 | -3,490,783.00 | PAHMUBS | 5/31/07 | 5/31/07 | |
| | 5.8884% M 02/25/2036 D | XPBAHM | RRPTM | 23,610,062.00 | 19,243,101.73 | 97.000 | -19,007,008.00 | PAHMUBS | 5/31/07 | 5/31/07 | |
| | Totals for Cusip 61748HUL3 | | | 27,946,231.00 | 22,777,244.97 | | -22,497,791.00 | | | | |
| 65535VDS4 | NAA 2004-AR1 4A SER 2004- | XPBAHM | RRPTM | 46,959,000.00 | 6,893,496.20 | 101.000 | -16,144,268.97 | PAHMUBS | 8/7/06 | 8/7/06 | |
| | 7.4177% M 08/25/2034 D 07/01/2004 | | | | | | | | | | |
| 86359AS46 | SASC 03-26A 2A SERIES 200 | XPBAHM | RRPTM | 8,769,235.00 | 296,614.64 | 101.000 | -1,426,338.80 | PAHMUBS | 8/4/06 | 8/7/06 | |
| | 7.2599% M 09/25/2033 D 08/01/2003 | | | | | | | | | | |
| **Net USD Settlement Activity:** | | | | | | | -96,384,387.68 | | | | |
| **Net 02/07/08 Settlement Activity in USD:** | | | | | | | **-96,384,387.68** | | | | |
| **Settlement Activity for Friday, February 08, 2008** | | | | | | | | | | | |
| US DOLLAR ACTIVITY | | | | | | | | | | | |
| 02660TAW3 | AHMIT 2004-2 2A SER 2004- | XPBAHM | RRPTM | 179,968,000.00 | 50,756,564.01 | 99.000 | -98,700,531.06 | PAHMBOA | 8/8/06 | 8/8/06 | |
| | 6.9531% M 02/25/2044 D 06/01/2004 | | | | | | | | | | |
| **Net USD Settlement Activity:** | | | | | | | -98,700,531.06 | | | | |
| **Net 02/08/08 Settlement Activity in USD:** | | | | | | | **-98,700,531.06** | | | | |

**Settlement Activity for Tuesday, February 19, 2008**



Mnemonics: XPBAHM, XPBAHMC, XPBAHMF, XPBAHMM



# Forward Settlement Ladder Report

## Legal Entity: American Home Mortgage Investment Corp.

**Close of Business** 07/31/2007

**Client Base Currency** USD

| Cusip/ ISIN | Security Description | Client Mnmnc | Trans Type | Orig Face | Curr Face | Price | Net Amount | Counter party | Trade Date | Orig/ BB Date | External Ref# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| US DOLLAR ACTIVITY | | | | | | | | | | | |
| 02660TEM1 | AHM 2005-2 1A3 SER 2005-2 C 5.70% M 08/25/2035 D 06/22/2005 | XPBAHM | RRPTM | 76,058,000.00 | 33,002,283.43 | 100.210 | -60,841,394.91 | PAHMDMG | 8/15/06 | 8/16/06 | |
| 026931AB1 | AHM2007-A 1-2A REMIC SER 20 5.50% M 03/25/2037 D 03/12/2007 | XPBAHM | RRPTM | 24,105,000.00 | 21,131,528.69 | 99.530 | -23,359,170.00 | PAHMDMG | 3/21/07 | 3/21/07 | |
| 026931AD7 | AHM2007-A I-3A-2 REMIC SER 6.10% M 03/25/2037 D 03/12/2007 | XPBAHM | RRPTM | 21,487,000.00 | 20,207,740.51 | 99.530 | -20,751,100.00 | PAHMDMG | 3/21/07 | 3/21/07 | |
| **Net USD Settlement Activity:** | | | | | | | -104,951,664.91 | | | | |

**Net 02/19/08 Settlement Activity in USD:** **-104,951,664.91**

**Settlement Activity for Thursday, February 21, 2008**

| Cusip/ ISIN | Security Description | Client Mnmnc | Trans Type | Orig Face | Curr Face | Price | Net Amount | Counter party | Trade Date | Orig/ BB Date | External Ref# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| US DOLLAR ACTIVITY | | | | | | | | | | | |
| 02660TAJ2 | AHMIT 2004-1 II A-1 SER 2 7.3934% M 03/25/2034 D 03/01/2004 | XPBAHM | RRPTM | 11,979,534.00 | 1,754,096.92 | 98.906 | -4,156,923.94 | PAHMMLC | 8/18/06 | 8/21/06 | |
| 02660TAN3 | AHMIT 2004-1 III A-1 SER 20 3.28% M 03/25/2034 D 03/01/2004 | XPBAHM | RRPTM | 97,721,906.00 | 46,358,622.36 | 96.156 | -55,773,325.12 | PAHMMLC | 8/18/06 | 8/21/06 | |
| 02660TEB5 | AHM 2005-1 4A2 SER 2005-1 4.992% M 03/25/2035 D 03/01/2005 | XPBAHM | RRPTM | 9,493,638.00 | 3,939,172.43 | 99.000 | -6,284,074.50 | PAHMMLC | 8/18/06 | 8/21/06 | |
| 02660TEC3 | AHM 2005-1 5A2 SER 2005-1 5.001% M 03/25/2035 D 03/01/2005 | XPBAHM | RRPTM | 10,759,000.00 | 4,130,325.01 | 99.031 | -6,368,468.06 | PAHMMLC | 8/18/06 | 8/21/06 | |
| 02660TED1 | AHM 2005-1 7A2 SER 2005-1 5.292% M 03/25/2035 D 03/01/2005 | XPBAHM | RRPTM | 37,581,311.00 | 20,490,611.90 | 98.969 | -26,681,349.38 | PAHMMLC | 8/18/06 | 8/21/06 | |
| 17307GEB0 | CMLT 2004-HYB2 1A SER 2004 6.225% M 03/25/2034 D 03/01/2004 | XPBAHM | RRPTM | 16,970,930.00 | 1,624,299.59 | 99.391 | -4,576,727.81 | PAHMMLC | 8/18/06 | 8/21/06 | |
| 22541Q4U3 | CSFB 2004-AR1 1A1 SERIES 20 6.51% M 02/25/2034 D 01/01/2004 | XPBAHM | RRPTM | 55,507,000.00 | 3,856,753.47 | 99.313 | -17,511,664.22 | PAHMMLC | 8/18/06 | 8/21/06 | |
| 22541Q4W9 | CSFB 2004-AR1 3A1 SERIES 7.0746% M 02/25/2034 D 01/01/2004 | XPBAHM | RRPTM | 50,929,000.00 | 11,232,240.71 | 100.625 | -16,702,351.59 | PAHMMLC | 8/18/06 | 8/21/06 | |
| 22541QT93 | CSFB 2003-AR28 3A1 SERIES 6.995% M 12/25/2033 D 11/01/2003 | XPBAHM | RRPTM | 63,312,041.00 | 8,498,823.51 | 101.000 | -19,743,765.75 | PAHMMLC | 8/18/06 | 8/21/06 | |
| 22541SDT2 | CSFB 2004-AR3 3A1 2004-A 6.8363% M 04/25/2034 D 03/01/2004 | XPBAHM | RRPTM | 16,548,470.00 | 2,357,430.17 | 100.125 | -5,374,138.78 | PAHMMLC | 8/18/06 | 8/21/06 | |
| 22541SNV6 | CSFB 2004-AR6 3A1 2004-AR 7.0441% M 10/25/2034 D 06/01/2004 | XPBAHM | RRPTM | 45,137,000.00 | 2,559,977.45 | 100.187 | -9,278,964.00 | PAHMMLC | 8/18/06 | 8/21/06 | |
| 45660NX91 | INDX 2004-AR6 5A2 SER 200 5.5249% M 08/25/2034 D 08/01/2004 | XPBAHM | RRPTM | 16,081,800.00 | 4,852,555.62 | 99.625 | -6,778,534.22 | PAHMMLC | 8/18/06 | 8/21/06 | |
| 576433JL1 | MARM 2004-1 4A2 REMIC P/T | XPBAHM | RRPTM | 22,287,068.00 | 3,596,152.14 | 98.781 | -5,428,237.22 | PAHMMLC | 8/18/06 | 8/21/06 | |



Mnemonics: XPBAHM, XPBAHMC, XPBAHMF, XPBAHMM

citi

# Forward Settlement Ladder Report

**Close of Business** 07/31/2007

## Legal Entity: American Home Mortgage Investment Corp.

**Client Base Currency** USD

| Cusip/ ISIN | Security Description | Client Mnmnc | Trans Type | Orig Face | Curr Face | Price | Net Amount | Counter party | Trade Date | Orig/ BB Date | External Ref# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Settlement Activity for 02/21/08; | USD Activity | | Continued... | | | | | | | | |
| 761118TC2 | RALI 2006-QA1 A22 SER 2006 4.8915% M 01/25/2034 D 01/01/2004 | XPBAHM | RRPTM | 6,264,504.00 | 4,660,855.38 | 97.938 | -4,705,000.00 | PAHMMLC | 5/31/07 | 5/31/07 | |
| US761118TC27 | 5.978% M 01/25/2036 D | XPBAHM | RRPTM | 28,649,291.00 | 21,315,367.02 | 100.500 | -28,150,662.94 | PAHMMLC | 8/18/06 | 8/21/06 | |
| | Totals for Cusip 761118TC2 | | | 34,913,795.00 | 25,976,222.39 | | -32,855,662.94 | | | | |
| 86359AG31 | SASC 03-20 1A1 SERIES 2003- 4.60% M 07/25/2033 D 07/01/2003 | XPBAHM | RRPTM | 11,660,595.00 | 3,783,146.18 | 98.469 | -4,902,400.41 | PAHMMLC | 8/18/06 | 8/21/06 | |
| 86359AS46 | SASC 03-26A 2A SERIES 200 7.2599% M 09/25/2033 D 08/01/2003 | XPBAHM | RRPTM | 13,346,765.00 | 451,447.12 | 100.000 | -2,145,544.03 | PAHMMLC | 8/18/06 | 8/21/06 | |
| 86359BEK3 | SASC 03-40A 3A2 SERIES 2003 4.51% M 01/25/2034 D 12/01/2003 | XPBAHM | RRPTM | 10,129,941.00 | 2,523,347.54 | 98.156 | -3,464,463.94 | PAHMMLC | 8/18/06 | 8/21/06 | |
| **Net USD Settlement Activity:** | | | | | | | -228,026,595.91 | | | | |

**Net 02/21/08 Settlement Activity in USD:** **-228,026,595.91**

**Settlement Activity for Friday, February 29, 2008**

| Cusip/ ISIN | Security Description | Client Mnmnc | Trans Type | Orig Face | Curr Face | Price | Net Amount | Counter party | Trade Date | Orig/ BB Date | External Ref# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| US DOLLAR ACTIVITY | | | | | | | | | | | |
| 32051D6B3 | FHAMS 2004-AA3 A1 CMO SER 5.3021% M 09/25/2034 D 07/01/2004 | XPBAHM | RRPTM | 30,000,000.00 | 11,087,023.20 | 99.438 | -14,559,220.91 | PAHMMLC | 8/30/06 | 8/31/06 | |
| **Net USD Settlement Activity:** | | | | | | | -14,559,220.91 | | | | |

**Net 02/29/08 Settlement Activity in USD:** **-14,559,220.91**

## Summary of Net Currency Movements

| Currency | Unsettled Wires (Wires with Stlm Date <= 7/31/2007) | 8/1/07 | 8/2/07 | 8/3/07 | 8/6/07 | 8/7/07 | Beyond |
|---|---|---|---|---|---|---|---|
| USD | 0.00 | -21,896,518.34 | 0.00 | 0.00 | -13,509,760.14 | 0.00 | -1,521,185,861.09 |
| **Total in USD** | 0.00 | -21,896,518.34 | 0.00 | 0.00 | -13,509,760.14 | 0.00 | -1,521,185,861.09 |



Mnemonics: XPBAHM, XPBAHMC, XPBAHMF, XPBAHMM



# Forward Settlement Ladder Report

Close of Business 07/31/2007

Legal Entity: American Home Mortgage Investment Corp.

Client Base Currency USD

## Currency Forward Ladder

| Currency | S/D Closing Bal + Unsettled Wires | 8/1/07 | 8/2/07 | 8/3/07 | 8/6/07 | 8/7/07 | Beyonc |
|---|---|---|---|---|---|---|---|
| USD | -2,064,955.56 | -23,961,473.90 | -23,961,473.90 | -23,961,473.90 | -37,471,234.04 | -37,471,234.04 | -1,558,657,095.13 |
| Close Of Business in USD | -2,064,955.56 | -23,961,473.90 | -23,961,473.90 | -23,961,473.90 | -37,471,234.04 | -37,471,234.04 | -1,558,657,095.13 |



Mnemonics: XPBAHM, XPBAHMC, XPBAHMF, XPBAHMM

Jul 31, 11:51:40 PM

# Disclaimer

This summary is provided to you for informational purposes only to assist you in your own portfolio analysis and should be independently verified by you or your agents. The information furnished may be incomplete or condensed. The information is provided to you on the understanding that none of the subsidiaries of CITI Inc. with whom you may have an account, including, without limitation, Salomon Smith Barney Inc. and any of its affiliates (collectively, the "CITI Entities", and each, individually, a "CITI Entity", "we", "our" and "us") is undertaking to manage money or act as a fiduciary with respect to your account or any of your managed or

fiduciary accounts and our services do not serve as a primary basis for any investment decisions made with respect to such accounts. The CITI Entities do not take responsibility for any uses to which this information is put. Although the information furnished herein is intended to be accurate, the CITI Entities do not guarantee or accept responsibility for the accuracy of the information.

The valuations presented herein (whether presented explicitly or implicitly, for example, in the form of an unrealized profit and loss report) do not necessarily reflect prices at which each position could have been sold or, if short, covered on the valuation date, and the valuations are subject to change without notice. Many factors can affect the actual price that can be attained through liquidation of the positions valued herein, including without limitation the time frame during which liquidation is effected and market conditions at the time of liquidation. The valuations presented herein do not purport to take into account every factor that can affect the value of the assets and we

assume no on-going obligation to advise you of any subsequent changes in market conditions or other events that might affect the validity of the values given. For internal use, any CITI Entity may assign different values to similar or identical positions, depending on the intended use for such valuation.

All valuations presented herein reflect market factors rather than fundamentals. Unless otherwise specified, they are for normal trading units (even if some specific size is stated) and are based upon closing transactions and/or quotations on the as of date (or, if there were none, on the last preceding available date). If there was no established trading market, the valuation was based on market values of comparable instruments. Any of the valuations may be affected by our own transactions and/or be based upon our own quotations. In some cases securities may be valued on a monthly basis. Market information may have been obtained from reputable secondary sources usually considered reliable.

Some information contained herein may relate to a security (a) in which we make a market, (b) with respect to which (or with respect to other securities of the same issuer) we managed or co-managed the most recent public offering or (c) with respect to which (or other securities of the same issuer or options thereon) we or those of our employees involved in the preparation of this report have long or short positions.

Depending on the circumstances, the accounting conventions used in preparing this report may have the effect either of increasing or decreasing the values of the assets or the realized or unrealized income shown. Please contact your sales representative if you have any questions as to how this report was prepared.

This portfolio summary supplements your confirmations and monthly account statement prepared by any CITI Entity, and it is furnished to you, without regard to your particular circumstances, as an accommodation and without special compensation to us for providing such information. Accordingly, we shall not be liable for any damages, including, without limitation, incidental or consequential damages arising out of (a) any inaccuracy in any

such information or (b) any use of the information provided herein, including any act of negligence or breach of any warranty. Valuation data should not be used for tax purposes. Rely only on year-end tax forms (e.g., Forms 1099, 5498, 1042S) when preparing your tax return. Some of the CITI Entities are required by law to report to the Internal Revenue Service certain interest, dividend income and sales proceeds credited to your account.