IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         : Jointly Administered
    Debtors.                                                             :
                                                                         : Ref. No. 3473
------------------------------------------------------------------------ x

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 3473

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Sixth Monthly Application of Samuel I. White, P.C. as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2008 through January 31, 2008 (the "Application") has been received. The Court's docket which was last updated May 14, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than April 17, 2008 at 4:00 p.m.

Pursuant to the Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals and Real Estate Brokers Utilized in the Ordinary Course and Granting Limited Nunc Pro Tunc Relief [Docket No. 2985] the Debtors are now authorized to pay 100% ($50,310.00) of requested fees and 100% of requested expenses ($152,313.03) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       May 14, 2008, 2008

                                  YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                  /s/ Ryan M. Bartley
                                  James L. Patton, Jr. (No. 2202)
                                  Joel A. Waite (No. 2925)
                                  Pauline K. Morgan (No. 3650)
                                  Sean M. Beach (No. 4070)
                                  Matthew B. Lunn (No. 4119)
                                  Margaret B. Whiteman (No. 4652)
                                  Ryan M. Bartley (No. 4985)
                                  The Brandywine Building
                                  1000 West Street, 17th Floor
                                  Wilmington, Delaware 19801
                                  Telephone: (302) 571-6600
                                  Facsimile: (302) 571-1253

                                  Counsel for Debtors and
                                  Debtors in Possession