IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,

Debtors.

---

: Chapter 11
:
: Case No. 07-11047 (CSS)
:
: Jointly Administered
:
: Ref. No. 3792

## CERTIFICATE OF NO OBJECTION TO APPLICATION
## RE: DOCKET NO. 3792

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Seventh Monthly Statement of Weltman, Weinberg & Reis Co. LPA as Foreclosure Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period February 1, 2008 through February 29, 2008 (the "Application"). The Court's docket, which was last updated May 14, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than May 12, 2008 at 4:00 p.m.

Pursuant to the Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals and Real Estate Brokers Utilized in the Ordinary Course and Granting Limited Nunc Pro Tunc Relief [Docket No. 2985] the Debtors are now authorized to pay 100% ($70,785.00) of requested fees and 100% of requested expenses ($66,087.08) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       May 14, 2008

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Ryan M. Bartley
>James L. Patton, Jr. (No. 2202)
>Joel A. Waite (No. 2925)
>Pauline K. Morgan (No. 3650)
>Sean M. Beach (No. 4070)
>Kenneth Enos (No. 4544)
>Margaret B. Whiteman (No. 4652)
>Ryan M. Bartley (No. 4985)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>Telephone: (302) 571-6600
>Facsimile: (302) 571-1253
>
>Counsel for Debtors and
>Debtors in Possession