IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2008 MAY 13 AM 11:02
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :   Chapter 11
                                                           :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                     :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                         :
                                                           :   Jointly Administered
        Debtors.                                           :
                                                           :   Objection Deadline: May 20, 2008 at 4:00 p.m. (ET)
                                                           :   Hearing Date: May 28, 2008 at 11:00 a.m. (ET)
---------------------------------------------------------- x

OBJECTION BY SCHOEFFEL INTERNATIONAL CORPORATION TO DEBTORS'
SECOND OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT
TO SECTION 502(B) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003
AND 3007 AND LOCAL RULE 3007-1.

Now comes Schoeffel International Corporation who objects to the non-substantive objection of the Debtor to the claim of Schoeffel International Corporation.

In support of this objection, Schoeffel International Corporation hereby respectfully states the following:

        Schoeffel International is a creditor of the Debtors by way of an investment in the capital stock of American Home Mortgage Holdings, Inc. The Debtors are attempting by their objection, to negate the valid claims of Schoeffel International Corporation and like creditors, that are based upon violations of the Securities Act of 1933, the Securities Exchange Act of 1934, the Public Utilities Holding Act of 1935, the Trust Indenture Act of 1939, the Investment Company Act of 1940, the Investment Advisors Act of 1940, violations of the securities laws of at least three states within the United States, violations of the common laws of at least three states within the United States and violations of other federal and state securities laws, including blue sky laws.

1

At all times relevant, the Debtor and other Debtors are engaged in a conspiracy to obtain substantial equity through investment and approached directly, or indirectly, through brokers, or broker dealers, the Creditor and other like similarly situated creditors, with one or more plans of investment that failed to disclose known risks and was conducted at a time when the business of the Debtor, and other debtors, was so fraught with potential for failure that the likelihood for any such investment to increase in value or continue to receive dividends was practically nil, and the probability of failure of investment was practically certain.

It would be unfair and inequitable for this Honorable Court to dismiss the claim of Schoeffel International Corporation and like creditors since it would reward illegal and improper conduct at the expense of investors.

Wherefore, Schoeffel International Corporation respectfully requests that the Objection of the Debtor as to the claims of the Creditor Schoeffel International Corporation be disallowed.

Schoeffel International Corporation
By its secretary

Dietmar M. Schoeffel

2

## CERTIFICATE OF SERVICE

I, Dietmar M. Schoeffel, Clerk of Schoeffel International Corporation, hereby certify that on the 9th day of May, 2008 a true copy of the foregoing, Objection to the Objection of the Debtors, was served by mail, postage prepaid, directed to:

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward K. Kosmowski (No. 3849)
Nathan D. Grow (No. 5014)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th floor
Wilmington, Delaware 19801
Tel: 302-571-6600

Dietmar M. Schoeffel

3