Gilbert T. Scott
2213 Eastwood Drive
Richardson, TX 75080
May 7, 2005

SUBJECT: American Home Mortgage Bankruptcy- Objection to Claim

TO: United States Bankruptcy Court
District of Delaware
824 Market Street, 3d Floor
Wilmington, Delaware 19801

TO: Epiq Bankruptcy Solution, LLC
757 Third Avenue, 3d Floor
New York, NY 10017

TO WHOM IT MAY CONCERN:

I, Gilbert T. Scott, object to the disqualification and expunging of $28,572.22 on Claim #7201.

Apparently the list of claimants is by name of person and does not consider multiple accounts holding the stock of AHM.

Initially I was mailed Proof of Claims for two (2) different Bank of America Investment Service accounts which had a total of 2,100 Shares <u>at the time of the bankruptcy announcement.</u> I looked for a way to consolidate the result as a single cash amount. I saw no option to consolidate the claim amount. I therefore forwarded the two Proof of Claims in the same envelope. <u>Enclosed</u> are copies of the Proof of Claims with the supporting transactions as follows:

1) Brokerage Separate account holding 1,000 shares at a purchase price of $19,009.78.
2) NFS/FMTC Roth IRA account holding 1,100 shares at a purchase price of $28,572.22.
3) Total $ in both accounts = $47,583.00.

*Request that my 2 part claim be registered under my name at $47,583.00.*

Sincerely:

GILBERT T. SCOTT PE
Owner of above mentioned accounts

Enclosures: As Shown  1 & 2
            #3 Notice

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., Delaware corporation, et al.,

Debtors.

) Chapter 11
)
) Case No. 07-11047 (CSS)
)
) Jointly Administered
)
) Objection Deadline: May 20, 2008 at 4:00 p.m. (ET)
) Hearing Date: May 28, 2008 at 11:00 a.m. (ET)

AHM OB5 4/28/2008 (merge? txnum?) 4000009645

SCOTT, GILBERT T.
SEPARATE ACCT - B. OF AMERICA
2213 EASTWOOD DRIVE
RICHARDSON, TX 75080

## NOTICE OF DEBTORS' FIFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: SCOTT, GILBERT T.
SEPARATE ACCT - B. OF AMERICA
2213 EASTWOOD DRIVE

Basis For Objection: Claim based on Equity Interest

Claim to be Expunged   Claim Number: 7201   Claim Amount: $28,572.22

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of your equity interest in the Debtors. The Objection seeks to alter your rights by disallowing and expunging your above listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **May 20, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 28, 2008 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 28, 2008
Wilmington, Delaware

Enc #3

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
American Home Mortgage Claims Processing Center
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re:
American Home Mortgage Holdings, Inc., et al.,
Debtors.

Chapter 11
Case No. 07-11047 (CSS)
Jointly Administered

Name of Debtor Against Which Claim is Held / Case No. of Debtor
American Home Mortgage Holdings, Inc., 07-11047

**PROOF OF CLAIM**

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Gilbert T. Sgon
Seperate Account
Bank of America Acct # 136-581500-120
1213 Eastwood Drive
Richardson, TX

Telephone number:
Email Address:

Account or other number by which creditor identifies debtor:

THIS SPACE IS FOR COURT USE ONLY

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Check here if this claim:
☐ replaces    ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☒ Other  1,100 Shares of Stock - Roth (IRA) (explain)

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: ___ ___ ___ ___
   Unpaid compensation for services performed
   from _____ to _____

2. Date debt was incurred: 6-14-07, 7-18-07

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ 26,572.22
   (unsecured nonpriority) + (secured) + (unsecured priority) = (Total)
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate    ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. **Unsecured Nonpriority Claim**: $ 26,572.22
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)( ).

8. **Credits**: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents**: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy**: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 2/29/2008
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Gilbert T. Sgon

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

End #2

# Banc of America Investment Services, Inc.™

Investment products and services provided by Banc of America Investment Services, Inc. are

| NOT FDIC INSURED | May Lose Value | No Bank Guarantee |

Banc of America Investment Services, Inc. is a registered broker-dealer and member NASD

BANC OF AMERICA
INVESTMENT SERVICES INC.
PO BOX 863
RII-541-02-05         RI 02865
LINCOLN,

E711015567
NFS/FMTC ROTH IRA
FBO GILBERT T SCOTT
2213 EASTWOOD DRIVE
RICHARDSON TX 75080

Account: J36-581500
Confirm Date: 07/13/2007

Investment Rep Name: BANC OF AMERICA
For Questions Call: (800) 926-1111

## TRADE CONFIRMATION SUMMARY REPORT

**YOU BOUGHT**

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: 07-13-07 | Type | Settlement Date: 07-18-07 Reg Rep | Exch | Orig |
|---|---|---|---|---|---|---|---|---|---|
| AHM | 07194-492646 | 318 | 14.0595 | 02660R107 | | 1* | Y## DST | 8* | |

SECURITY DESCRIPTION
AMERICAN HOME MTG INVESTMENTS REIT
WE HAVE ACTED AS AGENT.

Principal Amount  4,470.92
Commission        7.00
Settlement Amount 4,477.92

**YOU BOUGHT**

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: 12-06-05 | Type | Settlement Date: 12-09-05 Reg Rep | Exc | Orig |
|---|---|---|---|---|---|---|---|---|---|
| AHM | 06065-713155 | 312 | 31.05 | 02660R107 | | 1* | Y## DST | 6* | |

SECURITY DESCRIPTION
AMERICAN HOME MTG INVESTMENTS REIT
WE HAVE ACTED AS AGENT. CORR COMMISSION CORRECTED CONFIRM

Principal Amount  9,687.60
Commission        10.00
Settlement Amount 9,697.60

**YOU BOUGHT**

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: 12-08-05 | Type | Settlement Date: 12-13-05 Reg Rep | Exc | Orig |
|---|---|---|---|---|---|---|---|---|---|
| AHM | 06065-700041 | 470 | 30.61 | 02660R107 | | 1* | Y## DST | 6* | |

SECURITY DESCRIPTION
AMERICAN HOME MTG INVESTMENTS REIT
WE HAVE ACTED AS AGENT. CORR COMMISSION CORRECTED CONFIRM

Principal Amount  14,386.70
Commission        10.00
Settlement Amount 14,396.70

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
American Home Mortgage Claims Processing Center
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re:
American Home Mortgage Holdings, Inc., et al.,
Debtors.

Chapter 11
Case No. 07-11047 (CSS)
Jointly Administered

Name of Debtor Against Which Claim is Held:
Laurence Wilbans HEI Investment   Case No. of Debtor: 07-11047 (css)

# PROOF OF CLAIM

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

GILBERT J. SITTI
Service Account - BofA mm Acct #J36578 72672C
4213 Oak Crest Place
Richardson, TX 75080

THIS SPACE IS FOR COURT USE ONLY

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

Telephone number: 972-231-0481
Email Address: gjsitti@sbcglobal.net

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:
Acct J36578 72672C

Check here if this claim:
☐ replaces   ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☒ Other _1000 Shares of stock_ (explain)

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: ___
   Unpaid compensation for services performed
   from _____ to _____ (date)

2. Date debt was incurred:

3. If court Judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ 9,001.78 + _____ + _____ + _____ = _____
   (unsecured nonpriority) (secured) (unsecured priority) (Total)
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. **Unsecured Nonpriority Claim:** $ #9,001.78
   ☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ _____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other   Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: _____ Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

_Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571._

Encl #1

# Banc of America Investment Services, Inc.™

Investment products and services provided by Banc of America Investment Services, Inc. are

| NOT FDIC INSURED | May Lose Value | No Bank Guarantee |

Banc of America Investment Services, Inc. is a registered broker-dealer and member NASD

```
BANC OF AMERICA
INVESTMENT SERVICES INC.
PO BOX 863
RI1-541-02-05
LINCOLN,          RI 02865

E71110013895
GILBERT I SCOTT
SEPARATE PROPERTY
2213 EASTWOOD DRIVE
RICHARDSON TX 75080
```

Account: J38-578720
Confirm Date: 06/11/2007

Investment Rep Name: BANC OF AMERICA
For Questions Call: (800) 926-1111

## TRADE CONFIRMATION SUMMARY REPORT

Trade Date: 06-11-07    Settlement Date: 06-14-07

| YOU BOUGHT | | | | | | | |
|---|---|---|---|---|---|---|---|
| Symbol | Ref # | Qty | Cusip | Price | Type | Reg Rep | Exch Orig |
| AHM | 07162-389798 | 700 | 02660R107 | 21.0899 | 2* | Y## DST | 8* |

SECURITY DESCRIPTION
AMERICAN HOME MTG INVESTMENTS REIT
WE HAVE ACTED AS AGENT.

Principal Amount    14,762.93
Commission              10.00
Settlement Amount   14,772.93

Trade Date: 07-13-07    Settlement Date: 07-18-07

| YOU BOUGHT | | | | | | | |
|---|---|---|---|---|---|---|---|
| Symbol | Ref # | Qty | Cusip | Price | Type | Reg Rep | Exch Orig |
| AHM | 07194-482525 | 300 | 02660R107 | 14.0895 | 2* | Y## DST | 8* |

SECURITY DESCRIPTION
AMERICAN HOME MTG INVESTMENTS REIT
WE HAVE ACTED AS AGENT.

Principal Amount    4,226.85
Commission             10.00
Settlement Amount   4,236.85