FILED
2008 MAY 13 AM 11:56

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al. ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| AHN OB5 4/28/2008 (merge2.txnum2) 4000098322 ) | |
| LAND INTEREST ) | RESPONSE TO OBJECTION |
| A PARTNERSHIP ) | |
| ATTN DEBRA POTTER, GENERAL PARTNER ) | |
| 115 CENTER AVE. N., BOX 760 ) | |
| MITCHELLVILLE, IA 50169 ) | |

COMES NOW, Land Interest, a Partnership, Debra Potter, General Partner, by and through their attorney, Paul E. Vos, and hereby responds to the Debtors Fifth Omnibus (Non-Substantive) objection to the claims pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1.

Basis for Objection:   The American Home Mortgage Holdings, Inc. misled investors such as Land Interest, a Partnership, as well as misleading brokers selling said equities, into believing that American Home Mortgage Holdings, Inc. had limited exposure to sub-prime mortgages.

_____
Paul E. Vos          ISBA #5782
Vos Law Firm
115 Center Avenue N.
P. O. Box 760
Mitchellville, IA 50169
Phone: (515) 967-3776
Facsimile: (515) 967-6711

0502.08