# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

FILED

2008 MAY 13  PM 12: 03

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) **Chapter 11** |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) **Case No. 07-11047 (CSS)** |
| | ) |
| Debtors. | ) **Jointly Administered** |
| | ) |
| | ) **Objection Deadline: May 20, 2008 at 4:00 p.m. (ET)** |
| | ) **Hearing Date: May 28, 2008 at 11:00 a.m. (ET)** |
| | ) |

AHM OB5 4/28/2008 (merge2.txnum2) 4000098105

BALESTRINE, JOHN ANTHONY & GEORGIA
LEE
TRUSTEES U/A DTD 1/28/03
JOHN & GEORGIA TR
6603 STODDARD RD
WILMINGTON, NC  28412-3083

## NOTICE OF DEBTORS' FIFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

**TO:** BALESTRINE, JOHN ANTHONY & GEORGIA LEE
TRUSTEES U/A DTD 1/28/03
JOHN & GEORGIA TR

| **Basis For Objection:** | Claim based on Equity Interest | |
|---|---|---|
| | **Claim Number** | **Claim Amount** |
| **Claim to be Expunged** | 5373 | $26,013.41 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of your equity interest in the Debtors. The Objection seeks to alter your rights by disallowing and expunging your above listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **May 20, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 28, 2008 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 28, 2008
Wilmington, Delaware

*I do not want my claim disallowed or expunged. I object to having my claim disallowed.*

*John A. Balestrine*
*5/8/08*