**Fred and Leatrice Feuerman**
**5681 Caruso Court # 104**
**Boynton Beach, FL 33437-5330**

FILED

2008 MAY 13  PM 12: 03

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 7, 2008

United States Bankruptcy Court
For The District Of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

Gentlemen:                               Re: American Mortgage Holdings, Inc
                                              Chapter 11 -
                                              Case No. 07-11407 (CSS)
                                              Claim No. 5351 - $29,994.34

We ask that the Court do not honor the Objection to the above claim as filed

by the debtors.  We request the Court allow our claim to be granted in full

exactly it has been filed.

Sincerely,

*Fred Feuerman, Trustee*

**Fred Feuerman, Trustee**

*Leatrice Feuerman, Trustee*

**Leatrice Feuerman, Trustee**

Copy to:
        Young, Conaway, Stargatt & Taylor, LLP
        The Brandywine Building
        100 West Street, 17th Floor
        Wimington, DE 19801