FILED
2008 MAY 13 PM 12:07
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

8 May 08

Objection To Claims Pursuant To Section 502(b)

I am responding to the Objection. I <u>did</u> mail my proof of claim prior to the deadline.
I am not sure if there was a delay in the mail to you or not, but, I do remember sending it before the deadline 1-11 (I think that was the date not sure) I do not have a copy of the signed and date one I sent to you for proof. Please reconsider.
              Thanks,
              Bonnie Carlton