Haze Weed
1940 SE 2nd Street
Astoria, OR 97103
(503)325-2797

FILED

2008 MAY 13 PM 12: 10

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 3, 2008

To: United Stated Bankruptcy Court for the District Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Re: Case 07-11047 (CSS), RESPONSE TO DEBTOR'S FIFTH OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502b of the BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

Your honor:

Please deny the relief for my claim requested in this objection by the Debtor, American Home Mortgage Holding, Inc. for the following reasons:

1) The claim I submitted was mailed on January 8, 2008 with ample time to arrive in the mail. I can not control mail service.

2) My claim is serious in nature: it is for "bad" checks written by American Home Mortgage Corp. Passing a bad check is a felony. I am a real estate appraiser and was not paid in full by American Home Mortgage for appraisals that I performed at their request. I work hard and performed these assignments with due diligence and am fully entitled to payment for my services. The Debtor acknowledged that I am due payment for these services performed when they issued these "bad" checks to me for a total of $ 862.00.

3) Excellent supporting evidence has been supplied by me to the court for this claim. Copies of all checks written by the Debtor, American Home Mortgage Corp. are included with my claim. These checks were issued to me and rejected by the Debtors bank, JP Morgan Chase. These checks should be honored.

4) All supporting evidence was provided to the court. This is a valid claim and well-supported. I am the sole provider for my children and count on my clients to pay their bills. My claim should be honored.

5) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 3, 2008

_____
Haze Weed