**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : |  |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | : |  |
|  | : | Case Number 07-11047 (CSS) |
| Debtors. |  | (Jointly Administered) |
|  | : |  |

**Related to Docket Entry # 3537**

# ORDER DENYING THE APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF LAW OFFICES OF JOSEPH J. BODNAR AS SPECIAL DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS NUNC PRO TUNC AS OF MARCH 6, 2008

After considering the Official Committee of Unsecured Creditors' application for an order authorizing the employment of the law offices of Joseph J. Bodnar as special Delaware counsel to the Committee <u>nunc pro tunc</u> as of March 6, 2008 (the "Application") and the objection of the United States Trustee to the Application, after notice of the Application was given and a hearing was held on the Application on May 5, 2008, for the reasons stated on the record at the hearing, it is ORDERED that the Application is DENIED.

**BY THE COURT:**

**The Honorable Christopher S. Sontchi**
**United States Bankruptcy Judge**

**Date: May _____, 2008**