UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | : | |
| *In re* | | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE | | |
|   HOLDINGS, INC., a Delaware corporation | : | |
|   *et al.,* [1] | | |
| | : | Case Number 07-11047 (CSS) |
|            Debtors. | | (Jointly Administered) |
| | : | |

## CERTIFICATE OF SERVICE

I certify that, on May 16, 2008, I caused to be served a copy/copies of the United States Trustee's Certification of Counsel Related to the Proposed Form of Order Denying the Application Authorizing the Employment of the Law Offices of Joseph J. Bodnar as Special Delaware Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc as of March 6, 2008 via electronic mail to the persons listed below.

James L. Patton, Esquire
Pauline K. Morgan, Esquire
M. Blake Cleary, Esquire
YOUNG, CONAWAY,
  STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-1253 (Fax)
jpatton@ycst.com
pmorgan@ycst.com
mbcleary@ycst.com

Mark S. Indelicato, Esquire
Mark T. Power, Esquire
HAHN & HESSEN LLP
488 Madison Avenue
New York, NY 10022
(212) 478-7400 (Fax)
mindelicato@hahnhessen.com
mpower@hahnhessen.com

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: AHM Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing., whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

Bonnie Glantz Fatell, Esquire
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE  19801
(302) 425-6464 (Fax)
fatell@blankrome.com

Margot B. Schonholtz, Esquire
Mark F. Liscio, Esquire
Scott D. Talmadge, Esquire
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022
(212) 836-8689 (Fax)
mschonholtz@kayescholer.com
mliscio@kayescholer.com
stalmadge@kayescholer.com

Laurie Selber Silverstein, Esquire
POTTER, ANDERSON & CORROON LLP
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899
(302) 658-1192 (Fax)
lsilverstein@potteranderson.com

Victoria W. Counihan, Esquire
Sandra G.M. Selzer, Esquire
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE  19801
(302) 661-7360 (Fax)
counihanv@gtlaw.com
selzers@gtlaw.com

Corinne Ball, Esquire
Erica M. Ryland, Esquire
I. Lewis H. Grimm, Esquire
JONES DAY
222 East 41st Street
New York, NY  10017
(212) 755-7306 (Fax)
eball@jonesday.com
emryland@jonesday.com
lgrimm@jonesday.com

Brett P. Barragate, Esquire
JONES DAY
901 Lakeside Avenue
North Point
Cleveland, OH  44114
(216) 579-0212 (Fax)
bpbarragate@jonesday.com

Joseph J. Bodnar, Esquire
2101 North Harrison Street
Wilmington, DE  19802
jbodnar@bodnarlaw.net


            /s/ Joseph J. McMahon, Jr.
                Joseph J. McMahon, Jr.
                    Trial Attorney