IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       : Jointly Administered
        Debtors.                                                       :
---------------------------------------------------------------------- x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAURA CAMPBELL, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 6, 2008, I caused to be served true and correct copies of the "Order Granting Debtors' Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1," [Docket No. 3945] dated May 1, 2008, enclosed securely in separate postage pre-paid envelopes, by first class mail to those parties listed on Exhibit A annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Laura Campbell

Sworn to before me this
8th day of May, 2008

_____
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 20 10

T:\Clients\AHM\Affidavits\CM #3 Order_Aff 5-6-08.doc

**EXHIBIT A**

AMERICAN HOME MORTGAGE HOLDINGS INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| ARNDT, LISA K. | 59 BENJAMIN DRIVE TROY MO 63379 |
| BAKER, LINDA A. | 5319 MANOR DR NEW PORT RICHEY FL 34652 |
| BARNEY, IVAN L. | 2616 MERION HILLS COURT CHARLOTTE NC 28269 |
| BEALL, CAROL A. | 1918 CAMBRIDGE DR CROFTON MD 21114 |
| BIERD, JESSICA | 1323 E BALBOA BLVD # 1 NEWPORT BEACH CA 92661 |
| BLOOM, LINDA S. | 4329 W ARROWHEAD RD SPOKANE WA 99208-4967 |
| BODIE, DANNA L | 8502 MAPLE BLUFF CT NEW HAVEN IN 46774 |
| BOYLE, SUZANNE | 132 E WOODLANDER EAGLE ID 83616 |
| BRADY, AMY L. | 214 E GEORGIA AVE CONNELLSVILLE PA 15425 |
| BROWN, ELIZABETH DORNEY | 429 ROBIN REED CT PINEVILLE NC 28134 |
| CADIZ, JOY N. | 1168 NAMDAC AVE BAY SHORE NY 11706 |
| CARNEY, PATRICIA E. | 2962 HARMENING AVE PITTSBURGH PA 15227 |
| CLARK, PATRICIA | 601 GRAY SQUIRREL CT APOPKA FL 32712 |
| CLAY, DONNA M. | 3311 FALLEN TREE CT ALEXANDRIA VA 22310 |
| COLLINS PALLWITZ, DIANA K | 1645 WATERS EDGE DRIVE PLEASANT HILL IA 50327 |
| CONTRERAS, REANA | 34889 NORTH STETSON COURT QUEEN CREEK AZ 85242 |
| CORBETT, HEATHER | 4425 B301 PARRISH ST PHILADELPHIA PA 19104 |
| CORDERO, NOEL JR. | 148 GROVE AVE PATCHOGUE NY 11772 |
| CORDTS, AUDRA LYNN | 160 EAST 23RD STREET SOUTH HUNTINGTON NY 11746 |
| D'ANGELI, JOSEPH | 201 TINTON PL EAST NORTHPORT NY 11731 |
| D'ANGELI, LINDA | 201 TINTON PL EAST NORTHPORT NY 11731 |
| DYCKA, CHRISTOPHER J. | 1276 WAVERLY AVE FARMINGVILLE NY 11738 |
| FERNANDEZ, FANNY L. | 1156 JOSELSON AVE BAY SHORE NY 117062037 |
| GRENIER, KAREN | 21 WINDING LN ISLANDIA NY 11749 |
| HAYES, JAMES J. | 9260 BOWERS BROOK PL BRISTOW VA 20136 |
| HOUDE, ARTHUR E., IV | 23 SOUTHAVEN DR BROOKHAVEN NY 11719 |
| JANSEN, ELVA V. | 9166 DAUCHY AVE RIVERSIDE CA 92508 |
| KNAG, PAUL JR. | 60 E 9TH ST # 505 NEW YORK NY 10003 |
| LOLLI, JEANNE | 379 SHERMAN AVE HAWTHORNE NY 10532 |
| MACARTHUR, LAURA | 8 LEO ST PATCHOGUE NY 11772 |
| MACORMAC, EVELYN | 106 W FAIR MEADOWS DR CANONSBURG PA 15317 |
| MAPES, CAROLINE | 5711 CAVALIER CT BENSALEM PA 19020 |
| MAPLESON, TERI-ANN | 5 LAKEWOOD AVE LAKE RONKONKOMA NY 11779 |
| MATTHEWS, GEORGE T | ASSISTANT VICE PRESIDENT-AREA MANAGER ****NO ADDRESS PROVIDED**** |
| MCERLEAN, JENNIFER | 33 PARDAM KNOLL RD MILLER PLACE NY 11764 |
| MONROE, MICHELE | 391 MORS AVE WHEELING IL 60090 |
| MORAN PILLE, KATHRYN A. | 2031 N ARLENE DR ARNOLD MO 63010 |
| MULLINS, STACY J. | 177 BAYLAWN AVE COPIAGUE NY 11726 |
| NEWMAN, JOHN H. | 312 BAY AVENUE HUNTINGTON NY 11743 |
| PAVONE, CHERYL L. | 1744 SWORD DANCER DR VIRGINIA BEACH VA 23454 |
| PEACOCK, VALORIE J | 14712 E COLGATE DR AURORA CO 80014 |
| PEACOCK, VALORIE J. | 14712 E COLGATE DR AURORA CO 80014 |
| RICHARD, SHARON KUNTI | 1516 KINGSTON AVE BALDWIN NY 11510 |
| ROSENBLATT, KATHERINE (KATIE) | 1741 PLUM THICKET LANE WEST DES MOINES IA 50266 |
| SHEALEY, DORNETTA | 114-83 228TH ST CAMBRIA HEIGHTS NY 11411 |
| SLOWINSKI, MICHELLE L. | 15014 N 150TH LN SURPRISE AZ 85379 |
| SOMERMAN, STEVEN M. | 17 TORTOISE SHELL COTO DE CAZA CA 92679 |
| SWEENEY, RYAN | 660 PIEDMONT DR WESTFIELD IN 46074 |
| TODD, BEVERLY | 10145 CALLE MARINERO SPRING VALLEY CA 91977 |
| VELEZ, CYNTHIA R. | 3262 DEER CHASE RUN LONGWOOD FL 32779 |
| VELEZ, CYNTHIA R. | 3262 DEER CHASE RUN TANGERINE FL 327779 |
| WEINSTEIN, MINDY | 572 N HAWTHORNE ST N MASSAPEQUA NY 11758 |
| WEINSTEIN, MINDY | 572 N HAWTHORNE ST NORTH MASSAPEQUA NY 11758 |
| YARBRO, CRYSTAL D. | 2125 CANTON HIGHWAY CUMMING GA 30040 |

Total Number of Records Printed    54