IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re: : Chapter 11
:
AMERICAN HOME MORTGAGE HOLDINGS, INC., : Case No. 07-11047 (CSS)
a Delaware corporation, et al., :
: Jointly Administered
Debtors. :
------------------------------------------------------------------ x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

   LAURA CAMPBELL, being duly sworn, deposes and says:

   1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

   2. On May 6, 2008, I caused to be served true and correct copies of the "Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1," [Docket No. 3946] dated May 1, 2008, enclosed securely in separate postage pre-paid envelopes, by first class mail to those parties listed on Exhibit A annexed hereto.

   3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

               /s/ Laura Campbell
               Laura Campbell

Sworn to before me this
8th day of May, 2008

/s/ Diane M. Streany
Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2010

T:\Clients\AHM\Affidavits\CM #2 Order_Aff 5-6-08.doc

**EXHIBIT A**

## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AILEEN S. ANDREW FOUNDATION | 10701 WINTERSET DRIVE, ORLAND PARK, IL 60467 |
| ALAIMO, DIANE E | 139 E MARIE ST, HICKSVILLE, NY 11801 |
| ALDRIDGE, EUGENE C. | 7 FOREST PARK DRIVE, RICHARDSON, TX 75080 |
| ANDERSON, BONNIE J. | 10 PRIMROSE, IRVINE, CA 92604 |
| ANGELLOTTI, ANTHONY | 10648 GREAT EGRET DR, ORLAND PARK, IL 60467 |
| BACON, BERNADETTE | 12 NIKIA DR, ISLIP, NY 11751 |
| BAILEY, JACK H & WANDA M. | 11242 CANTON DR., STUDIO CITY, CA 91604 |
| BAINGASSO, SUZANNE | 21 VERMONT ST, MELVILLE, NY 11747 |
| BARTOLOTTA, JOSEPH W. | 23 HIGH RIDGE RD, WARWICK, NY 10990 |
| BARTOSZKIEWICZ, RON E. | P.O. BOX 14607, SPRINGFIELD, MO 65814-607 |
| BELL, CHARLES RAY | PO BOX 363, BRENTWOOD, TN 37024 |
| BELLEZZA, LEONARD | 4697 SE WATERFORD DR, STUART, FL 34997 |
| BENEVENTANO, LOIS | PO BOX 62, EAST MEADOW, NY 11554 |
| BERNIA, MELVIN J. & ELAINE E. | 1406 CEDAR BEND DRIVE, BLOOMFIELD HILLS, MI 48302 |
| BERTI, MICHAEL B. | 64 PINE GROVE AVE 33, KINGSTON, NY 124015408 |
| BLACKWELL, STACEY D. | 7201 CHIPPENHAM PLACE, # 203, WINDSOR MILL, MD 21244 |
| BLOOM, GARY | 114 POPLAR PT, PASS CHRISTIAN, MS 39571 |
| BOMANI, ERICA | 182 RHODODENDRON DR, WESTBURY, NY 11590 |
| BONNY, KENNETH F. | 105 KEEPSAKE LN, CHADDS FORD, PA 19327 |
| BORRILLO, REGINA | 2 BUD COURT, HAUPPAUGE, NY 11788 |
| BOWLES, PIERRE L. | 1987 VALLEY WOODS DR, RIVERDALE, GA 30296 |
| BOWMAN, CHUCK | 829 N AIR DEPOT BLVD., EDMOND, OK 73034-7541 |
| BRADFORD, ROBERT E & TERRY L REED JT TEN | 489 VANHOY DR, GREENWOOD, IN 46142-9065 |
| BRAUNSTEIN, JOSEPH | 7144 FRANCISCO BEND DR, DELRAY BEACH, FL 33446-5610 |
| BREEN, JOHN A., III | 436 FOX MEADOW DRIVE, NORTHFIELD, IL 60093 |
| BREVITZ, R. BRUCE | 10 OAKSIDE DRIVE, BATTLE CREEK, MI 49015 |
| BROWN, KERI R. | 12708 JACOB GRACE CT, WINDERMERE, FL 34786 |
| BRUNO, JILL | 1186 DIVISION ST, HEWLETT, NY 11557 |
| BRUNS, LUANN D. | 26461 LA SCALA, LAGUNA HILLS, CA 92653 |
| BUNN, DORIS B. | 106 COCHET COURT, CARY, NC 27511 |
| BYLLOTT, DEBRA | 2 BUD COURT, HAUPPAUGE, NY 11788 |
| CAMPBELL, DOUG | 1 VAN SISE COURT, SYOSSET, NY 11791 |
| CAPUTO, ANTHONY M. | 110 BANDY WINE DR, BETHANY BEACH, DE 19930 |
| CARLEO, LUIGI | 144 BERRY HILL RD, OYSTER BAY, NY 11771 |
| CASTILLO, BLANCA I. | 165 BEDELL ST, FREEPORT, NY 11520 |
| CATHOLIC BISHOP OF LINCOLN | ATTN TIMOTHY J THORBURN, VICE PRESIDENT, PO BOX 80328, LINCOLN, NE 68501 |
| CHAMBLISS, ROBERT E. | 4352 MAPLEWOOD DRIVE., TRUSSVILLE, AL 35173 |
| CHANDLER, DEBI SUE | 10255 LIVE OAK AVE, CHERRY VALLEY, CA 92223 |
| CHANDLER, DON | 5507 SAN SABA CT, MIDLAND, TX 79707 |
| CHEN, HAO | 68 EMILY DRIVE, SOUTH SETAUKET, NY 11720 |
| CHIN, GENE S. | 614 DEDHAM ST, NEWTON CENTER, MA 02459 |
| CHO, JUNGSOON | 1082 NORWAY DR, COLUMBUS, OH 43221-1658 |
| CIDER, CHARLOTTE S. (IRA) | 9480 HUMMINGBIRD BLVD, PENSACOLA, FL 32514-1405 |
| CIDER, EDWARD T. & CHARLOTTE S. | JT TEN, 9480 HUMMINGBIRD BLVD, PENSACOLA, FL 32514-1405 |
| CONLEY, MICHEL R. | 17707 EMERALD GREEN PLACE, TAMPA, FL 33647-2547 |
| CONRAD, FREDERICK D. & JEAN JT WROS | 4009 WOOD END DR, EDINA, MN 55424-1441 |
| CONTARINO, ELLEN | 478 PHILADELPHIA AVE, MASSAPEQUA PARK, NY 11762 |
| CONTI, PATRICIA A. | 191 GLENARIFF RD, MASSAPEQUA PARK, NY 11762 |

| Claim Name | Address Information |
|---|---|
| CORBIN, DAVID L. | 1269 SW 46TH AVE #2403,POMPANO BEACH, FL 33069 |
| CREGEEN, JOHN R. | 1001 SEAFARER CIRCLE,APT 504,JUPITER, FL 33477-9040 |
| CREGEEN, JOHN R. | 1001 SEAFARER CIRCLE #504,JUPITER, FL 33477-9040 |
| CROSSFIELD, KATHY | 7000 MONMOUTH DR,JOLIET, IL 60431 |
| CRYSTAL, NORMAN S & STEVEN B | NORMAN CRYSTAL TRUST,U/A DTD 4/19/04,PO BOX 71119,RENO, NV 89570 |
| DARNALL, LINDA | 33520 LIBERTY RD,YUCAIPA, CA 92399 |
| DAVID E WALLIN TR | UA 08/02/87,XOOIX TRUST,1009 N MARION ST,OAK PARK, IL 60302-1374 |
| DAVIS, PETER Q. | 1610 KEARSARGE RD,LA JOLLA, CA 92037 |
| DE PINHO, FRANK | 6 SUNRISE CIRCLE,HOLMDEL, NJ 07733 |
| DESHONG, PATRICIA | 135 WEST VILLAGE WAY,JUPITER, FL 33458 |
| DESTEFANO, ROCCO | 3983 STONESTHROW CT,NAPLES, FL 34109-0726 |
| DIAZ, BEVERLY | 1300 WALNUT HILL LANE,BALTIMORE, MD 21204 |
| DINSEL, C. GARY | 2121 SAINT ANNE COMMON,NORTH HUNTINGDON, PA 15642 |
| DOLAN, MICHAEL | 6 SKYVUE CT,SOUTH SETAUKET, NY 11720 |
| DONOVAN, JOHN G., DR. | 410 W 3RD ST,CARROLL, IA 51401 |
| DORFF, JENNIFER | 15551 BOLYEN CIR #D,TUSTIN, CA 92780 |
| DOVE, JEANNE A. | 625 N ST LUCAS ST # 7,ALLENTOWN, PA 18104 |
| DSHONG, ROBERT J. & PATRICIA A. | 135 WEST VILLAGE WAY,JUPITER, FL 33458 |
| DUBIN, LESLIE | 445 EAST 77TH ST. APT 6M,NEW YORK, NY 10021 |
| DUHAMEL, GARY K. | 3929 N. BUCKHORN DR.,BEVERLY HILLS, FL 34465 |
| DYCKA, CHRISTOPHER J. | 1276 WAVERLY AVE,FARMINGVILLE, NY 11738 |
| DYSON, RODNEY A., IRA | 407 CRESTWATER TRAIL,HOUSTON, TX 77082-1526 |
| E M HENDERSON LIVING TRUST | E M HENDERSON, TRUSTEE,UAD 3/13/07,P O BOX 770344,WINTER GARDEN, FL 34777-0344 |
| EICHSTADT, HAROLD J AND MARCELLA M | TRUSTEES EICHSTADT REVOCABLE TRUST,1820 VINLAND ROAD,OSHKOSH, WI 54901-2245 |
| EININGER, MITCHELL | 26 GREENWOODS RD,OLD TAPPAN, NJ 07675 |
| EL AD US HOLDING, INC | ATTN SHEANA A ORBIT, SECRETARY,575 MADISON AVENUE,22ND FLR.,NEW YORK, NY 10022 |
| ESCORCIA, JUSTIN | 829 HERBERT CT,UNIONDALE, NY 11553 |
| ESCORCIA, JUSTIN | 829 HERBERT COURT,UNIONDALE, NY 11553 |
| FERGUSON, LLOYD | 519 HOYT LANE,WINNETKA, IL 60093 |
| FETT, HENRY | 701 4TH ST,SECAUCUS, NJ 07094-3001 |
| FONTANELLI, DAVID | 3 SEABROOK CT,STONY BROOK, NY 117903305 |
| FRISHMAN, ISAAC, TRUSTEE | ISAAC & IDA FRISHMAN TRUST U/A/D 7/1/97,3084 SCOTTSBOROUGH WAY,RIVA, MD 21140-1421 |
| FUJITA, MARGORIE M IRA | FCC AS CUSTODIAN,1668 HAKUAINA PLACE,HONOLULU, HI 96819-1642 |
| GARMON, JOHN E. IRA | WACHOVIA BANK NA - C/F,8607 OLD HWY 10,HICKORY, NC 28602 |
| GASPARRO, R.J. | 10 TUNBRIDGE RD.,HAVERFORD, PA 19041 |
| GERRITY, SEAN T. | 2631 HEATHERSTONE DR,SAN RAFAEL, CA 94903 |
| GLASEN, HOLLY | 3503 HICKORY AVE,BALTIMORE, MD 21211 |
| GLENN, WALTER H. SR | 8326 WILDE LANE RD,PENSACOLA, FL 32526 |
| GLENN, WALTER H. SR | PO BOX 824,PENSACOLA, FL 32594 |
| GODWIN, THOMAS L. | 10913 COLLEGE PLACE DR.,INDIANAPOLIS, IN 46280 |
| GOGARTY, JAIME | 255 BELMORE AVE,EAST ISLIP, NY 11730 |
| GOLIAT, PAMELA | 111 SHADOWLAWN DR,PITTSBURGH, PA 15236 |
| GORDON MCDONALD TRUST | 21 LINKSIDE,ISLE OF PALMS, SC 29451 |
| GORSLINE, DAVID R. | 215 HEATHER DRIVE,MARSHALL, MI 49068 |
| GRAMLING, LEONA (TRUSTEE) | LEONA GRAMLING TRUST,DTD 12-12-1996,10400 45TH AVE # 214,PLYMOUTH, MN 55442-2579 |
| GRAY, AYANA | 86-20 PARK LANE SOUTH, APT 3A,WOODHAVEN, NY 11421 |
| GROSSMAN, MARC A | 1080 S TAYLOR CT,ANAHEIM, CA 92808 |

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GRUHLER, MURIEL E., | 4919 ALBEMARIE RD #101, CHARLOTTE, NC 28205 |
| GUNTER, DAN L. | TOD ACCOUNT, 185 KENWITH COURT, LAKELAND, FL 33803 |
| HAGIS, STEVEN | 1045 SINCLAIR AVE, STATEN ISLAND, NY 10309 |
| HALL, KIMBRA | 3500 SHARONWOOD RD, APT 1A, LAUREL, MD 20724 |
| HAMBRICK, GEORGE M. | 111 SE 9TH CT, POMPANO BEACH, FL 33060 |
| HAMILL, JAMES F. | 16119 CHALFONT CIRCLE, DALLAS, TX 75248 |
| HARER, W BENSON JR. | 1107 FIRST AVE #1601, SEATTLE, WA 98101 |
| HECK, KATHLEEN | 30 HIDEAWAY LN, SPARTA, NJ 07871 |
| HEIDENREICH, RICHARD R & DARLENE JTWROS | 641 CEDAR LANE, LADY LAKE, FL 32159-3215 |
| HEWITT, BRUCE L. | 5 TOWER TERRACE, BURLINGTON, VT 05401 |
| HIGGINBOTHAM, LYNN | 1130 LILAC AVE, CHESAPEAKE, VA 23325 |
| HOHLOCK, ELIZABETH | 12322 FAIRBANKS RD, LINDEN, MI 48451 |
| HOLLOWAY, MARK S. | 7007 MARYLAND DR, URBANDALE, IA 50322 |
| HUBBELL, JUDY A. | 1927 EDGEWATER DR, CHARLOTTE, NC 28210 |
| IAMPIERI, CONSTANCE | 2877 EVERGREEN WAY, ELLICOTT CITY, MD 21042 |
| IGNACE, GLENN | 88 SAYBROOK AVE, HAMILTON, NJ 08619 |
| IKON OFFICE SOLUTIONS | ATTN BANKRUPTCY TEAM, ACCOUNTS RECEIVABLE CENTER, 3920 ARKWRIGHT RD. - SUITE 400, MACON, GA 31210 |
| IMBURGIA, ANTHONY JOSEPH | 111 E. CHESTNUT ST., CHICAGO, IL 60611 |
| IRA FBO ALLEN DOMESHEK | VFTC AS CUSTODIAN, 901 THOUSAND OAKS DR, LAWRENCEVILLE, GA 30043-3121 |
| JEGERLEHNER, TRAVIS | 6141 CROFTON DR, FORT WAYNE, IN 46835 |
| JETT, LINDA GAIL | 429 CORDGRASS LN, LITTLE RIVER, SC 29566 |
| JOHNSTON, CAROLYN E. & RALPH R. TTEESS | U/A DTD 6/29/91 FOR THE, CAROLYN E JOHNSTON TRUST, 18413 ASH CREEK, MACOMB, MI 48044-4110 |
| KAISER, CANDACE | 2615 CO RD 75, BUTLER, IN 46721 |
| KARI, RAJANI R. | 34 SCOTT ST, DIX HILLS, NY 11746 |
| KATONA, JESSICA | 156 JEFFERSON ST, EAST ISLIP, NY 11730 |
| KATZ, RHONDA E. | 14 STRATFORD CT, NORTH BELLMORE, NY 11710 |
| KEITH, DEBRA J. | 40104 SAGEWOOD DR, PALM DESERT, CA 92260 |
| KENION, CAROL M. & GEORGE A. | 9931 43 AVE S, SEATTLE, WA 98118 |
| KHANNA, SAMIR ROTH IRA | 4 TANBARK RD, WINDHAM, NH 03087 |
| KLOTZ-REUILLE, LORI | 7724 E DISTO DRIVE, NEW HAVEN, IN 46774 |
| KNAG, PAUL E., JR. | 60 E 9TH ST #505, NEW YORK, NY 10003 |
| KNAG, PAUL JR. | 60 E 9TH ST # 505, NEW YORK, NY 10003 |
| KNICOS, JAMES & TARA | 1908 SAUCON LANE, BETHLEHEM, PA 18015 |
| KOIFMAN, OLEG | 2832 W 23RD ST APT 4E, BROOKLYN, NY 11224 |
| KOPF, DAVID E. | 16 PACIFIC GROVE DR, ALISO VIEJO, CA 92656 |
| KRAPPMAN, MATTHEW J. & SARAH TTEES | KRAPPMAN TRUST DTD 9/28/07, 439 DAROCA AVE., SAN GABRIEL, CA 91775 |
| KREAMER, STEVEN | 4855 PARKER RD., HAMBURG, NY 14075 |
| KREISS, RICHARD C. & KATY C. JT TEN | 5100 AURORA DRIVE, LEESBURG, FL 34748 |
| KUHLMEIER, PAUL D. | 5296 E SOFTWOOD DR, BOISE, ID 83716 |
| KUKES, JERRY W. | 30024 SCENIC DR. N.E., POULSBO, WA 98370 |
| LACY, JULIE | 49 BEACH AVENUE, HULL, MA 02045-2539 |
| LANEY-LEAVITT, VICKI A | 25080 ELK WAY, CALDWELL, ID 83607 |
| LARSEN, LESLIE | 0N611 SUZANNE DR, WINFIELD, IL 60190 |
| LAVAN, EILEEN M. | 165 CROWELL STREET, HEMPSTEAD, NY 11550 |
| LAYNE, KARLEN H. & JOHN H. | 8038 LANGHORNE RD, SCOTTSVILLE, VA 24590 |
| LEE, JOHN E. | 3010 LBJ FRWY #1200, DALLAS, TX 75234 |
| LERCH, DALE L. TTEE | U/A DTD 03-20-96, 1455 ORCHID ROAD, NORTH FORT MYERS, FL 33903 |

## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| LEVINE, DEBBY HIL | 235 WEST END AVE,APT 7D,NEW YORK, NY 10023 |
| LEWIS, BETH D. | 787 KIMBALL,HIGHLAND PARK, IL 60035 |
| LISLE, HAMPTON H. FBO | ETRADE SECURITIES CUSTODIAN,PO BOX 641,GAMBRILLS, MD 21054 |
| LISLE, RACHEL C. IRRV. TRUST | ETRADE SECURITIES,P.O. BOX 641,GAMBRILLS, MD 21054 |
| LIU, KEN AND TRACY MD | 26751 ALMADEN CT.,LOS ALTOS, CA 94022 |
| LOEHR, JANET M., TTEE | U/A/D AUG 29, 1979,JANET M LOEHR LIVING TRUST,29 GREENBRIAR ST,GROSSE POINTE SHORES, MI 48236-1507 |
| LOEHR, WALTER A., IRA | RAYMOND JAMES & ASSOC INC CSDN-BROKER,29 GREENBRIAR ST,GROSSE POINTE, MI 48236-1507 |
| LORENZI, GAIL L. | 1770 CHURCH RD,AURORA, IL 60505 |
| LUENEBURG, JANE | 2311 FOREST DRIVE,TOMAHAWK, WI 54487-9356 |
| MAC DONALD, DENNIS | 5101 S. IRONTON WAY,GREENWOOD VILLAGE, CO 80111 |
| MACIAS, ROSA S | 1787 JUDSON ST,SEASIDE, CA 93955 |
| MACKO, KEMBERLY L. | 536 S WALNUT AVE,BREA, CA 92821 |
| MACO, JOHN | 5495 MAIN ST,STRATFORD, CT 06614 |
| MADDEN, BARBARA | 97 FIRESTONE PLACE,MEADOWLAKES, TX 78654 |
| MARINE, VALERIE | 914 N 70TH ST,SEATTLE, WA 98103 |
| MARRAH, ROBERT G. | 7804 CREST HAMMOCK WAY,SARASOTA, FL 34240 |
| MARTIN, STEPHEN E. FBO | FMT CO CUST IRA ROLLOVER,PO BOX 2090,BOOTHWYN, PA 19061-8090 |
| MASS BENITT, CLAUDIA | 16 CAPTAIN RICHARDS LN,FORT SALONGA, NY 11768 |
| MASSEY, JOHN H. | PO BOX 294329,KERRVILLE, TX 78029 |
| MAXEY, BILLY J. | 112 MORELOS AVE,RANCHO VIEJO, TX 78575 |
| MAY-JAMES, ANGALEE M. | 5508 CADILLAC AVE,BALTIMORE, MD 21207 |
| MCBRIDE, JERRY | 1305 AZURE HILLS DR,VAN BUREN, AR 72956 |
| MCCAULEY, PAULA | 12915 LAFAYETTE ST,UNIT G,THORTON, CO 80241 |
| MCDONALD, JANE | 21 LINKSIDE,ISLE OF PALMS, SC 29451 |
| MCLAUGHLIN, JOHN C. IRA | FERRIS BAKER WATTS C/F,140 PINEWOOD RD.,ELKVIEW, WV 25071 |
| MCNALLY, KRISTINE POLLICINO | 11 GLENDALE DR,MELVILLE, NY 11747 |
| MCNEIL, JERRY & MARY A. | 9030 TERRY ESTATES DR.,ORANGE, TX 77630 |
| MCNEIL, JERRY OR MARY | 9030 TERRY ESTATES DR.,ORANGE, TX 77630 |
| MCPHERSON INC. | ATTN D.M. SCHOEFFEL,7A STUART ROAD,CHELMSFORD, MA 01824 |
| MCQUEENEY, KATHLEEN A. | 1 BATEAU LANDING,GRASONVILLE, MD 21638 |
| MELVIN J & ELAINE E BERNIA CHARITABLE | REMAINDER TRUST U/A 6/15/2002,1406 CEDAR BEND DRIVE,BLOOMFIELD HILLS, MI 48302 |
| MEYER, JANICE E. | 7305 WAYNE TRACE,FORT WAYNE, IN 46816 |
| MICHALESKO, JENNIFER | 675 WARBLER LN,NEW LENOX, IL 60451 |
| MICHALESKO, JENNIFER | 325 RAVEN DR,MANTENO, IL 609509476 |
| MICHAUD, DAVID P. | 1795 UPPER CHELSEA RCH,VIRGINIA BEACH, VA 23454 |
| MILLER, PETER C | 2739 LONG GROVE DRIVE,MARIETTA, GA 30062 |
| MINUTILLO, MARIE | 12204 SUMMERWOOD LN,ALPHARETTA, GA 30005 |
| MOHSENZADEH, HOLLY | 1415 SILVER LINDEN CT,FORT WAYNE, IN 46804 |
| MOORE, FURST M. & WILMA L. | 4686 CURTIS BLACK RD,HALLSVILLE, TX 75650 |
| MORGAN, ROBERT S. | 4908 TORREY PINES CT,CHARLOTTE, NC 28226 |
| MUSTILLE, ANTHONY N., TTEE | 8321 PERSIMMON TREE RD,BETHESDA, MD 20817 |
| NASRALLAH, ADEL | 5727 ETIWANDA AVE. # 3,TARZANA, CA 91356 |
| NELSON GOMES | 484 B WASHINGTON AVE,MONTEREY, CA 93940 |
| NEWSOM, DANA | 1608 N ELM ST,ESCONDIDO, CA 92026 |
| NISAR, DR. MOHAMMED | 1895 OARK TREE RD,EDISON, NJ 08820 |
| NISAR, MOHAMMED M. TTEE | MOHAMMED M. NISAR MD PA,EMPLOYEES PENSION PLAN TRUST,1895 OAK TREE RD.,EDISON, NJ 08820 |
| NOOR A NISAR LTD PARTNERSHIP | NOOR AFZA NISAR - GEN PT,M MOHAMMED NISAR - GEN PT,1895 OAK TREE RD,EDISON, NJ |

## SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| NOOR A NISAR LTD PARTNERSHIP | 08820 |
| O'HARA, DANIEL FRANCIS JR. & LINDA | JT/WROS,4 ELLENITA DRIVE,HILTON HEAD ISLAND, SC 29926 |
| PAPA, HERMAN D. | 22 BATTERY ST, STE 333,SAN FRANCISCO, CA 94111 |
| PAPPAS, SPYROS | 85 LUCAS AVENUE,KINGSTON, NY 12401 |
| PARKINS, BARBARA E. | 104D WENDOVER DRIVE,MONROE, CT 06468 |
| PASQUALE, LISA MARIE | 2400 26TH AVE S,MINNEAPOLIS, MN 554061245 |
| PEACOCK, VALORIE J | 14712 E COLGATE DR,AURORA, CO 80014 |
| PETRICK, JOSEPH & GLORIA | 34 ATHENS AVE.,SOUTH AMBOY, NJ 08879 |
| PHILLIPS BROTHERS LIMITED PARTNERSHIP | FBO GARY PHILLIPS,7908 NE LOOP 820,NORTH RICHLAND, TX 76180 |
| PORTUGAL, VALERIY | 1237 AVE Z APT 5P,BROOKLYN, NY 11235 |
| QUATTRONE, LANA | 9 STATE ST,BLACKWOOD, NJ 08012 |
| RESTIVO, DINA | 32 HASKEL LANE,STONY BROOK, NY 11790 |
| REYES, JUDY I. | PO BOX 1352,RONKONKOMA, NY 11779 |
| RICH, ROBERT P. | 1311 GOLDEN HILL DRIVE,INDIANAPOLIS, IN 46208 |
| RICHARDS, SHARON KUNTI | 1516 KINGSTON AVE,BALDWIN, NY 11510 |
| RL INVESTMENT LMTD PTN | C/O RICHARD M HORWOOD,HORWOOD MARCUS & BERK CHTD,230 EAST 107TH STREET CIRCLE,BLOOMINGTON, MN 55420-5315 |
| RL INVESTMENT LTD PARTNERSHIP | RICHARD HORWOOD, GEN PTNR,230 E 107TH STREET CIRCLE,BLOOMINGTON, MN 55420-5315 |
| ROSENBLUM, RUTH | 590 OCEAN AVE,MASSAPEQUA, NY 11758 |
| ROSENTHAL, CAROLYN - ROLLOVER IRA | C/O CAROLYN ROSENTHAL,245 OAKRIDGE BLD O,DEERFIELD BEACH, FL 33442 |
| ROST, MICHELE D. | 6730 BLUE MIST RD,FORT WAYNE, IN 46819 |
| ROTHROCK, CLIFFORD | 5271 EASTBROOK CT,SHELBY TWP., MI 48316 |
| ROTONDO, GUY J. & MARISA S. | 178 HIRST RD,BRIARCLIFF MANOR, NY 10510 |
| RUSSELL, GENE A. | 401 2ND AVE S.,NASHVILLE, TN 37201 |
| RUTHERFORD, KRISTINA R. | K. RUTHERFORD,7071 SEAL CIRCLE,HUNTINGTON BEACH, CA 92648 |
| RYAN, JOHN & JAMES W. | JTWROS,3519 NE SHADY LANE DRIVE,KANSAS CITY, MO 64119-1953 |
| SAULS, REGINALD G. IV TRUSTEE FOR | SAULS FAMILY SURVIVORS TRUST,UA 04 09 92,475 HICKEYS FORK ROAD,MARSHALL, NC 28753 |
| SCHWARTZ, PATRICIA | 35 PARKEDGE ST,ROCHESTER, NY 14606 |
| SCHWARTZKOPF, DARRELL | 11634 E EVANS AVE,AURORA, CO 80014 |
| SCOTT, RENEE | 3532 DELRAY DR,FORT WAYNE, IN 46815 |
| SCOTTRADE INC TR FBO | HENRY LEWIS IRA,11510 HERRONVIEW DR,FREDERICKSBURG, VA 22408-8013 |
| SCOURTOS, THOMAS C. | 16 SHORE DRIVE N.,COPIAGUE, NY 11726 |
| SERBIN, LEW D. | POST OFFICE BOX 1058,SAN FRANCISCO, CA 94101 |
| SERGEY, JOHN M. | 517 FALCON POINT DRIVE,NEW HOPE, PA 18938 |
| SHAW, STEVEN | 62 STRATFORD RD,WEST HEMPSTEAD, NY 11552 |
| SHEARER, DENICE | 1069 CRESCENT FALLS ST,HENDERSON, NV 89011 |
| SHINN, VICKI LOMBARDI | 23 ROANWOOD DRIVE,ROLLING HILLS EST, CA 90274 |
| SHOCK, C NORA CO-TTEE | CLIFFORD AND NORA SHOCK FAM TRUST,5712 TAMARISK WAY,SAN LUIS OBISPO, CA 93401-8274 |
| SIEMON, JEFFREY | 7000 MONMOUTH DR,JOLIET, IL 60431 |
| SIMON, KIMBERLY J. | 961 HUMPHREY,BIRMINGHAM, MI 48009 |
| SIU, ELLEN & ANGUS | 1074 CITRON WAY,HAYWARD, CA 94545 |
| SMITH, CATHERINE | 167 THOMAS POWEL BLVD,FARMINGDALE, NY 11735 |
| SMITH, KRISTOPHER | 5029 SW 166TH LOOP,OCALA, FL 34473 |
| SNEERINGER, EUGENE | 17 VALLEY VIEW DR,ALBANY, NY 12208 |
| SNEERINGER, EUGENE M. JR. TTEE | SNEERINGER, MONAHAN, PROVOST, REDGRAVE,TIGLE AGENCY,50 CHAPEL ST.,ALBANY, NY 12207 |
| SOCKO, LINDA | 11481 SW 53RD AVE,OCALA, FL 34476 |
| SOMERMAN, STEVEN M. | 17 TORTOISE SHELL,COTO DE CAZA, CA 92679 |

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SONNEBORN, WILLIAM C. | 1419 AMALFI DR,PACIFIC PALISADES, CA 90272 |
| SPURRIER, VANCE O. | 7069 VALLEY TRAILS DRIVE,PLEASANTON, CA 94588 |
| STELDT, PAUL M. & MARIANN M. | 116 TRAILCREST,SAN ANTONIO, TX 78232 |
| STERN, JOYCE | 515 E 79TH ST APT 18F,NEW YORK, NY 10075-0784 |
| STURMS, ALLAN | 6005 TRENTCOURT,LEWIS CENTER, OH 43035 |
| SWEENEY, ROBERT E. | 696 WOODBINE DR,CARMEL, IN 46033 |
| SWEENEY, RYAN | 660 PIEDMONT DR,WESTFIELD, IN 46074 |
| TANG, CECILIA | CT. FINANCIAL I LLC,8960 SPANISH RIDGE AVE.,LAS VEGAS, NV 89148 |
| TEJEDA, DARBY | 26921 LA ALAMEDA APT# 3114,MISSION VIEJO, CA 92691 |
| TEJEDA, DARBY | 23141 LOS ALISOS APT 351,MISSION VIEJO, CA 92691 |
| TEJEDA, DARBY L | 26921 LA ALAMEDA  APT 3114,MISSION VIEJO, CA 92691 |
| THOET, LANCE | 10 HIGHLAND AVE,SEA CLIFF, NY 11579 |
| THOMAS, JAMES E. II | P.O. BOX 1956,KILMARNOCK, VA 22482 |
| TINNIN, YANWEN | 9401 HARVEST CT,SAINT LOUIS, MO 63132 |
| TIPALDI, THERESA | 923 11TH ST,WEST BABYLON, NY 11704 |
| TOWNSEND, PAULA E. | 271 SADDLEBROOK CT,DELAWARE, OH 43015 |
| TSATSAKIS, ANASTASIS | 17859 ALTA DRIVE,LOCKPORT, IL 60441 |
| TSE, JULIA SU | CHARLES SCHWAB & CO. INC. CUST,IRA ROLLOVER,1015 MILLRIDGE LN,MARIETTA, GA 30067 |
| TSE, KAM CHUEN & JULIA SU | 1015 MILLRIDGE LANE,MARIETTA, GA 30067 |
| TUBB, CATHERINE D. | 250 OLD CHESAPEAKE DR,WENTZVILLE, MO 63385 |
| TULLY, EUGENE & ELIZABETH A., TTEES | TULLY FAMILY TRUST U/A DATED 11/01/89,23 ROCKY RIDGE ROAD,DENNIS, MA 02638-2241 |
| VENADAS, ROSE B. | 1204 MIRA VALLEY ST,CORONA, CA 92879 |
| VENSKUS, MICHAEL | 36 PRATT ST,ALLSTON, MA 02134 |
| VIRTUE, RICHARD & CATHERINE N. TTEES | UTD 01/17/84 FBO,RICHARD & CATHERINE VIRTUE TR,1905 WALNUT AVE,MANHATTAN BEACH, CA 90266 |
| VOGELSANG, KIMBERLY A | 1539 FLETCHER ST,HOLLYWOOD, FL 330206510 |
| VON BEHREN, JENNIFER | 304 E ALMOND AVE # 10,ORANGE, CA 92866 |
| WANER, VICTOR & SANDRA | 10200 WISH AVE,NORTHRIDGE, CA 91325 |
| WARD, SCOTT K. | 46744 ABINGTON TER,POTOMAC FALLS, VA 20165 |
| WARDELL, THOMAS E. | SEP IRA ETRADE 6859-7046,1425 ELIZABETH CREST,REDLANDS, CA 92373 |
| WARREN, GENESS | 722 SYCAMORE RD,DEKALB, IL 60115 |
| WASMAN, ROGER & GOLDIE | 765 NORTH SHORE DR,MIAMI BEACH, FL 33141 |
| WATERHOUSE, DREW | C/O RONALD S. COOK, ESQ.,222 MIDDLE COUNTRY RD, SUITE 206,SMITHTOWN, NY 11787 |
| WATKINS, LONNIE | 885 BOARDWALK CT,PALATINE, IL 60067 |
| WATKINS, THOMAS R., JR. & REBECCA P. | 2148 LORDS LANDING,VIRGINIA BEACH, VA 23454-1163 |
| WEIHS, WILLIAM H. | 2 RAYMOND ST,OLD GREENWICH, CT 06870-1920 |
| WEISSINGER, CHRISTINE A. | 3121 CORTE LINDA,NEWPORT BEACH, CA 92660 |
| WHEELER, R.H. | 706 SAINT MICHAEL LN,ALTAMONTE SPRINGS, FL 32714 |
| WIDO, THOMAS M. | 17244 HAMPTON CHASE,STRONGSVILLE, OH 44136 |
| WILDAY, SANDRA F. | 4581 SUMAC LANE,LITTLETON, CO 80123 |
| WILKINSON, FAITH CAMILLE | 8775 CELESTE RD,SARALAND, AL 36571 |
| WILLIAMS, JAMES, L. | 730 ROCK BEACH RD,ROCHESTER, NY 14617 |
| WINIKOFF, BENJAMIN | 355 EAGLE DR.,JUPITER, FL 33477 |
| WITTNER, LILLIAN M. TRUSTEE | JOHN J. AND LILLIAN M. WITTNER REVOCABLE,TRUST DATED 6/13/07,101 ELY BLVD. S. - APT. 255,PETALUMA, CA 94954-4808 |
| WOODMAN, SUSAN E. | 16 AVON AVE,METHUEN, MA 01844 |
| WORBY, MARILYN | 878 LITTLE E NECK ROAD,WEST BABYLON, NY 11704 |
| WROBLEWSKI, MARIA | 659 BONNIE BRAE,ERIE, PA 16511 |

| Claim Name | Address Information |
| --- | --- |
| YANKURA, JOSEPH W. | 7445 HARROW DR,NASHVILLE, TN 37221-1816 |
| YING, AMY ZHE-ME | 61-25 97 ST,APT 15M,REGO PARK, NY 11374 |
| ZARING, STANLEY P., TTEE | STANLEY P. ZARING CHARITABLE REMAINDER,TRUST U/A DTD 11-12-98,10960 NW 86TH CT,CHIEFLAND, FL 32626 |
| ZARING, STANLEY PAUL | 10960 NW 86TH CT,CHIEFLAND, FL 32626 |
| ZIMMERMAN, JAMES | 209 CYPRESS DRIVE,MASTIC BEACH, NY 11951 |
| ZYGMUNT, TYSKA & BRONISLAWA JT TEN | 420 OLD COUNTRY RD,MELVILLE, NY 11747 |

**Total Creditor Count 286**