IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
     Debtors.                                                          :
---------------------------------------------------------------------- x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

       LAURA CAMPBELL, being duly sworn, deposes and says:

       1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

       2. On May 6, 2008, I caused to be served true and correct copies of the "Notice of Debtors' Third Omnibus Objection to Claims (Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, dated March 28, 2008, to which is attached the Debtors' Third Omnibus Objection to Claims (Substantive) Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, [Docket No. 3475], dated March 28, 2008, and the "Order Granting Debtors' Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1," [Docket No. 3945] dated May 1, 2008, enclosed securely in separate postage pre-paid envelopes, by first class mail to:

       George T. Matthews
       41986 Kudu Ct
       Aldie, VA 20105

       3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                             /s/ Laura Campbell
                                                            Laura Campbell

Sworn to before me this
____ day of May, 2008

/s/ Notary Public

                                                 DIANE M. STREANY
                                     Notary Public, State of New York
                                           No. 01ST5003825
                                   Qualified in Westchester County
                                   Commission Expires November 2, 20__

T:\Clients\AHM\Affidavits\CM #3 Order_Aff 5-6-08.doc