IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :  Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :  Jointly Administered
    Debtors.                                                           :
---------------------------------------------------------------------- x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ROSS MATRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 12, 2008, I caused to be served true and correct copies of the "Order Granting Debtors' Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1," [Docket No. 4027] dated May 12, 2008, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit A annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                           */s/ Ross Matray*
                                                                           Ross Matray

Sworn to before me this
14th day of May, 2008

_/s/ Notary_
Notary Public

REGINA AMPOFFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

T:\Clients\AHM\Affidavits\CM #4 Order_Aff 5-12-08.doc

**EXHIBIT A**

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 100 MARKET STREET | ATTN DAVID W. HAMILTON, COMPTROLLER,P.O. BOX 1267,MICHAEL SIMICHIK,PORTSMOUTH, NH 03802 |
| A & J BLACKETER, INC. | ATTN STEPHEN P. IMHOFF, ATTORNEY,225 S. HURSTBOURNE PKWY., SUITE 103,LOUISVILLE, KY 40222 |
| A-1 PROFESSIONAL CLEANNING & | MAINTENACE SERVICES INC.,80 WHITEHALL ST,LYNBROOK, NY 11563 |
| ADAM PREUSS APPRAISAL SERVICES, INC. | ADAM PREUSS,936 U.S. HWY 1, STE A,SEBASTIAN, FL 32958 |
| ADAMS, PAUL STEPHEN | 750 SE 3RD AVENUE, STE 201,FORT LAUDERDALE, FL 33316 |
| ADAMS, TIMOTHY A. | 14548 BIG BRUSH LANE,JACKSONVILLE, FL 32258 |
| ADL PARTNERS LTD | ATTN ALAN D. LACOSTE, GENERAL PARTNER,11 RIVER LANE,LAKE CHARLES, LA 70605 |
| ADORNO & YOSS LLP, ATTNY @ LAW | ATTN: GREGG S. AHRENS, ESQ.,2525 PONCE DE LEON BLVD, SUITE 400,MIAMI, FL 33134 |
| AGF WOODFIELD OWNER LLC | C/O JONES LANG LASALLE,ATTN GENERAL MANAGER,1375 E. WOODFIELD ROAD,SCHAUMBURG, IL 60173 |
| ALBERT, WILLIAM L. | 11005 BRADLEY CIR.,FORNEY, TX 75126 |
| ALLIED DAMAGE ADJUSTERS, INC. | C/O LESLIE L. NEEDHAM, SEC.,PO BOX #54,VALLEY FALLS, KS 66088 |
| ALLSTAR COMMUNICATIONS INC | ATTN BRENDA BATEMAN, A/R,PO BOX 933022,ATLANTA, GA 31193 |
| ALTERMAN, JOEL | 3015 HAYNES TRAIL,ALPHARETTA, GA 30022 |
| ANDERSON, EDWIN R. (IRA) | FCC AS CUSTODIAN,2454 FM 1827,MC KINNEY, TX 75071-0663 |
| ANDERSON, EDWIN R. (ROTH IRA) | FCC AS CUSTODIAN,2454 FM 1827,MC KINNEY, TX 75071-0663 |
| ANDERSON, LARRY JOE | 1572 KIMBERWICKE DR.,SANTA ANA, CA 92705-2430 |
| ANHOUSE APPRAISAL | ATTN MICHAEL ANHOUSE, PRESIDENT,201 BRECKENRIDGE LN STE 200,LOUISVILLE, KY 40207 |
| APARTMENT HOUSE SUPPLY CO. INC. | PENSION PLAN FBO BENJAMIN WINIKOFF,12/12/03,2416 AMSTERDAM AVE,NEW YORK, NY 10003 |
| APPRAISAL UNLIMITED 9834 | 9834 HANS WAY,ELK GROVE, CA 95624 |
| APPRAISING IN DELAWARE INC | ATTN PATTI PERSIA, OWNER,129 SCHOOL PL,MILFORD, DE 19963 |
| ARAJ, JEFFREY / ROTH IRA | 7575 S. TROPICAL TRL.,MERRITT ISLAND, FL 32952 |
| ARTIGUE, WADE J. | 135 HEARTWOOD CIRCLE,LAFAYETTE, LA 70503 |
| ATKINS, DEBBIE | 10601 CATHARPIN RD,SPOTSYLVANIA, VA 22551 |
| ATLAS PRINCIPAL MORTGAGE, INC. | 1710 C PLUM LANE,REDLANDS, CA 92374 |
| BALTES, PATRICIA A. | 910 SMITH ST.,UNIONDALE, NY 11553 |
| BANNER WILLIAMS APPRAISERS INC | CRYSTAL PEEPLES, CORPORATE TREASURER,6443 OLD BRANCH AVE,CAMP SPRINGS, MD 20748 |
| BARNETT, SANDRA | SANDRA BARNETT LTD DB PENSION PLAN,PO BOX 44298,PHOENIX, AZ 85064 |
| BARR, EDNA | BRADERICK, TIMOTHY B.,ATTORNEY AT LAW,2600 EL CAMINO REAL SUITE 500,PALO ALTO, CA 94306 |
| BARR, EDNA | 1122 NORFOLK RD,LIVERMORE, CA 945511817 |
| BEAUMONT TITLE | ATTN RUBY MARTIN, L.O.,3195 DOWLEN RD # 108,BEAUMONT, TX 77706 |
| BELL, MARY P. | 18 E FERRY DR,ATLANTA, GA 30318 |
| BELLEZZA, VALERIE | 4 HAMILTON DR,WEST WINDSOR, NJ 08550 |
| BELLSOUTH TELECOM DBA AT&T S.E. | ATTN LINDA GOODIN,AT&T ACCOUNTS RECEIVABLE,220 SOUTH ST RM 317,GASTONIA, NC 28052 |
| BELLSOUTH TELECOMMUNICATIONS, INC. | ATTN LINDA GOODIN,220 SOUTH ST. ROOM 317,GASTONIA, NC 28052 |
| BERGER, CHARLES L. | 7408 E. SYCAMORE ST,EVANSVILLE, IN 47715 |
| BETTY AUTON-BECK, APLC | 300 E STATE ST, STE 200,REDLANDS, CA 92373 |
| BISTERFELT, PATSY (IRA) | FCC AS CUSTODIAN,P.O. BOX 96,TOM BEAN, TX 75489 |
| BLEYMAN, WALTER | 20 RUSFIELD DR,GLENMONT, NY 12077 |
| BLOOMER, ALAN | 40 ALPINE WAY,RARITAN, NJ 08869 |
| BOWMAN, CLARENCE E. JR IRA | FERRIS BAKER WATTS C/F,3319 CAMPBELL LANE,ST. ALBANS, WV 25177 |
| BRANDENBURG TELECOM | 200 TELCO DR,PO BOX 599,ATTN JEAN E HUBBARD, COLLECTION DEPT,BRANDENBURG, KY 40108 |
| BRCH GROVE PLAZA | 4335 24TH AVENUE,FORT GRATIOT, MI 48059 |

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BRINKMAN, WILLIAM H. | IRA ROLLOVER,6075 ROSWELL RD STE 610,ATLANTA, GA 30350-1625 |
| BROMER, JOHN | 412 SPORT HILL RD,EASTON, CT 06612 |
| BROWN, AUSTIN L. & DANA L. | 141 TYSEN STREET,STATEN ISLAND, NY 10301 |
| BROWN, SHELLY SUCESSOR TRUSTEE | GLORIA RUTLEDGE REV LIV TRUST,12339 BORCHERDING,ST. LOUIS, MO 63131 |
| BUDD, JOEL K | 102 N CUMINA AVE,WRIGHTSVILLE BEACH, NC 28480 |
| BURDICK RESIDENTIAL APPRAISALS | JULIE BURDICH, OWNER,5930 E PIMA #120,TUCSON, AZ 85712 |
| BUTTERWORTH, BYRON E. | 4820 REGALWOOD DR,RALEIGH, NC 27613-7041 |
| CABLE PLUS INC | ATTN ANNETTE ROMAINE, CREDIT MANAGER,5330 N LOCKWOOD,CHICAGO, IL 60630 |
| CAGLIERO, ROBERT | 74 KNOLLWOOD DR,LARCHMONT, NY 10538 |
| CAMPBELL, DOUGLAS E. | 3803 OAKLAND COURT,MISSOURI CITY, TX 77459 |
| CARBERRY, MICHAEL & EILEEN | 1 ASTER CT.,MEDFORD, NJ 08055 |
| CARPENTER, BASIL | 333 A CALL ROAD,CHARLESTON, WV 25312 |
| CARPENTER, MITCHEAL E (MITCH) | 15077 SE ST ANDREWS,HAPPY VALLEY, OR 97086 |
| CARVER WOODS EXEC. CTR LLC | 5101 CREEK ROAD, SUITE 3,CINCINNATI, OH 452423931 |
| CASCADE NATURAL GAS CORPORATION | ATTN DAVID BELZ,222 FAIRVIEW AVE NORTH,SEATTLE, WA 98109 |
| CASCADE NATURAL GAS CORPORATION | ATTN MARGARET GRANT,222 FAIRVIEW AVE NORTH,SEATTLE, WA 98109 |
| CDR OF SOUTHWEST FLORIDA LLC | ATTN CAROL J. D.,- MGR. /MEMBER,950 TAMIAMI TRAIL,#101,PORT CHARLOTTE, FL 33953 |
| CDR OF SOUTHWEST FLORIDA, LLC | ATTN CAROL J. D., MGR/ MEMBER,950 TAMIAMI TRL 101,PT CHARLOTTE, FL 339533100 |
| CDR OF SOUTHWEST FLORIDA, LLC | 950 TAMIAMI TRL UNIT 101,PT CHARLOTTE, FL 339533102 |
| CECCUCCI, ROBERT | 6 BAKER AVENUE,COHOES, NY 12047 |
| CESTARO, JOAN C. & JOSEPH M. TRUSTEES | JOAN C. CESTARO TRUST,U/A DTD 11/05/2004,6841 DERBY RUN WAY,GAINESVILLE, VA 20155-3040 |
| CHARLES SCHWAB TRUST CO CUST | COLO ANESTHESIA CONSULT 401K,FBO LEONARD L. GRIFFITHS III,2020 E. 9TH AVE.,DENVER, CO 80206 |
| CHIN, WALTER & KAM FONG | 399 WEST ST,NEW YORK, NY 10014 |
| CHUTE, MORTIMER H. JR. AND JANE A. | 27 CHESTNUT ST.,GARDEN CITY, NY 11530 |
| CIERRA INVESTMENT CORPORATION | P O BOX 940,LAKE OZARK, MO 65049 |
| CINCINNATI BELL TELEPHONE | ATTN: LISA Y ANDERSON,221 E 4TH ST,ML346-325,CINCINNATI, OH 45202 |
| CIRCLE 22 INVESTORS LLC | ATTN JAMEY A. SHANDLEY, VP/CFM,C/O HAMILTON REAL ESTATE,4057 28TH STREET NW, SUITE 200,ROCHESTER, MN 55901 |
| CITY WATER, LIGHT AND POWER | ATTN NANCY HAMER,BILLING SUPPORT SUPERVISOR,RM 105 MUNICIPAL CENTER WEST,SPRINGFIELD, IL 62757 |
| CLARK PROPERTIES L.L.C. | 5515 CAMERON FOREST PKWY,ALPHARETTA, GA 30022 |
| CLARK, SHARON D. | 4463 SUN FLOWER CIR,CLARKSTON, MI 48346-4956 |
| CLEMENTS, JACK J. AND MARION Y. TTEES | JACK J CLEMENTS TRUST,U/A/D 12/15/00,13761 SE 140TH AVE,NORWICH, KS 67118 |
| COBB, D.C. TTEE | ****NO ADDRESS PROVIDED**** |
| COCKINOS APPRAISAL SERVICE | ATTN JAMES M. DEVERS, IV, PRESIDENT,618 CHESTNUT ROAD, SUITE 103,MYRTLE BEACH, SC 29572 |
| COLLINS BOLLING, LINDA | 134 ISLAND VIEW,ANNAPOLIS, MD 21401 |
| COLUMBIA GAS OF KENTUCKY, INC. | ATTN R. TANNER, BANKRUPTCY SPECIALIST,200 CIVIC CENTER DR., 8TH FL,COLUMBUS, OH 43215 |
| COLUMBIA GAS OF OHIO, INC. | ATTN R. THORNTON, BANKRUPTCY SPECIALIST,200 CIVIC CENTER DR., 11TH FL,COLUMBUS, OH 43215 |
| COLUMBIA GAS OF PENNSYLVANIA INC. | ATTN R. TANNER, BANKRUPTCY SPECIALIST,200 CIVIC CENTER DR., 8TH FL,COLUMBUS, OH 43215 |
| COLUMBIA GAS OF VIRGINIA, INC. | ATTN R. TANNER, BANKRUPTCY SPECIALIST,200 CIVIC CENTER DR., 11TH FL,COLUMBUS, OH 43215 |
| CONSOLIDATED EDISON COMPANY OF NY, INC. | ATTN GALE D DAKERS, SUPERVISOR,4 IRVING PL RM 1875-S,NEW YORK, NY 10003 |
| CORT FURNITURE RENTAL | ATTN DEANNE FARRELL,801 HAMPTON PARK BLVD,INDIANAPOLIS, IN 46254 |
| CORWIN, ELAINE AND ALVIN | 900 PARK AVE 14C,NEW YORK, NY 10021 |

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| COVE COMMERCIAL, LLC | 14901 N. SCOTTSDALE RD # 304, SCOTTSDALE, AZ 85254 |
| CRYSTAL SPRING WATER | ATTN KAREN L. PRUNTY, POB 48, MARIETTA, OH 45750 |
| CURTIS, EUGENE M. | 2100 CASTLEFORD RD. GS-6, MIDLAND, TX 79705 |
| DAGHESTANI, ALA AND CATHERINE | 12212 MONROVIA, OVERLAND PARK, KS 66218 |
| DAY, KEVIN THOMAS | 3600 WORTHINGTON WAY, PLANO, TX 75023 |
| DDRTC SOUTHERN PINES MARKETPLACE, LLC | C/O ERIC C COTTON, ASSOCIATE GEN. COUNS., DEVELOPERS DIVERSIFIED REALTY CORP., 3300 ENTERPRISE PARKWAY, BEACHWOOD, OH 44122 |
| DELMARVA POWER | ATTN D L COCHRAN, PEPCO HOLDINGS INC, 5 COLLINS DRIVE, SUITE 2133, CARNEYS POINT, NJ 08069 |
| DEMITZ, DWIGHT & ELEANOR | 7001 BIRCH POINT RD., TRAVERSE CITY, MI 49684 |
| DESHONG, ROBERT J. IRA R/O | OPPENHEIMER CO CUST, 135 WEST VILLAGE WAY, JUPITER, FL 33458 |
| DODD, JOHN R. | 622 LAUREL RIDGE CT., GAHANNA, OH 43230 |
| DODS, CRAIG R. | 10393 MORNING DEW LN, MECHANICSVILLE, VA 23116 |
| DOLCE VITA, INC | ATTN ANTHONY MARSIGLIO, 6100 CLARKS CREEK ROAD, UNIT 100, PLAINFIELD, IN 46168 |
| DOUGLAS B. THOMAS | 4400 E WEST HWY, BETHESDA, MD 20814-4524 |
| DWAYNE LEMMON APPRAISAL SERVICE | ATTN DWAYNE LEMMON, APPRAISER, 390 FM 1635, ATLANTA, TX 75551 |
| EARNERST, MARGARET E. | 4618 S GLENN, WICHITA, KS 67217 |
| EAST N. ST. ASSOC. LLC | C/O ANDREW J WHITE, JR, HAYNSWORTH SINKLER BOYD, PA, PO BOX 2048, GREENVILLE, SC 29602-2048 |
| EGGLESTON, RICHARD D | 1512 W. MURDOCK, WICHITA, KS 67203 |
| ELER, GARY L. | P.O. BOX 774, HAYS, KS 67601 |
| ERICKA HEIDRICK PHOTOGRAPHY | ERICKA HEIDRICK, 7726 SE 17TH AVE., PORTLAND, OR 97202 |
| ERNST, JOSEPH | 1616 TARTAN WAY, LOUISVILLE, KY 40205-2474 |
| EVANS, JOSEPH C. | 1412 HUNTER ROAD, FRANKLIN, TN 37064-4502 |
| FARMERS INSURANCE COMPANY, INC. | ATTN: JERRI L. SOLOMON, ESQ., 4680 WILSIRE BLVD., LOS ANGELES, CA 90010 |
| FARMERS INSURANCE COMPANY, INC. | ATTN JERRI L SOLOMON, ESQ, 4680 WILSHIRE BLVD, LOS ANGELES, CA 90010 |
| FAUBION, LINDA S. | 4705 WINDING CREEK, COLLEGE STATION, TX 77845 |
| FAUBION, THOMAS W. | 4705 WINDING CREEK, COLLEGE STATION, TX 77845 |
| FIACABLE, JOSEPH P. | P.O. BOX 5482, FORT WAYNE, IN 46895 |
| FIRST HORIZON HOME LOANS | FIRST HORIZON HOME LOAN CORPORATION, ATTN STEVEN J BAUM, PC, 220 NORTHPOINTE PARKWAY, STE G, AMHERST, NY 14228 |
| FIRST HORIZON HOME LOANS | 4000 HORIZON WAY, IRVING, TX 75063 |
| FISHKIN, BARRIE JAMES | 2407 ELMWOOD CIR, DALLAS, NC 28034 |
| FORT COLLINS UTILITIES | PO BOX 1580, FORT COLLINS, CO 80522-1580 |
| FREEMAN, JACK B. | 20 MEADOW RD, BRIARCLIFF MANOR, NY 10510 |
| FRIEDER, NATHAN & LILLIAN | 52-54 65TH PLACE, MASPETH, NY 11378-1353 |
| FRITZ, SUZAN K | 13925 FARMINGTON WAY, APPLE VALLEY, MN 55124-3313 |
| FROWNFELTER, JAMES B. | 4604 MAPLE AVENUE, BETHESDA, MD 20814 |
| FUNDERBURKE, RICK B & CAROL, JT TEN | PO BOX 4146, ROANOKE, VA 24015 |
| GALIK, SUSAN M. & JOHN | 408 RIO GRANDE DRIVE, MISSION, TX 78572 |
| GAMBLE, HILDA R. | NFS/FMTC ROLLOVER IRA, 1514 FIRST PARKWAY, WASHINGTON, MO 63090 |
| GATEWAY CHULA VISTA | 333 "H" STREET, SUITE 6000, CHULA VISTA, CA 91910 |
| GATEWAY CHULA VISTA | DENNIS J. WICKHAM, ESQ., SELTZER CAPLAN MCMAHON VITEK, 750 "B" STREET, STE. 2100, SAN DIEGO, CA 92101 |
| GAUL, FRANCESCA | PELICAN APPRAISALS, 1300 15TH CT #5, KEY WEST, FL 33040 |
| GENDELMAN, MAX & DORIS | 7515 PELICAN BAY BLVD, APT 14A, NAPLES, FL 34108 |
| GERKEN, KERRI & JEFF | 15711 E. VALLEY CHAPEL RD., FAIRFIELD, WA 99012 |
| GHORMLEY, BART | 5131 ASHBROOK RD, DALLAS, TX 75227 |
| GLENN, WALTER H. SR | 8326 WILDE LANE RD, PENSACOLA, FL 32526 |
| GORDON, ZACHARY L. | PHILIP LUBITZ, 5523 MEADOW WOOD BL, LYNDHURST, OH 44124 |

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GORFAIN, JOAN | 19 NORTHLITE CIRCLE, SACRAMENTO, CA 95831-2122 |
| GRAEBER, MARK P. | 1009 BLOSSOM RIVERWAY APT 34C, SAN JOSE, CA 95123 |
| GRANITE TELECOMMUNICATIONS | ATTN THEODORE F. RODRIGUEZ, GENERAL COUNSEL, 100 NEWPORT AVENUE EXT., QUINCY, MA 02171 |
| GREATER METRO APPRAISAL SVCS | CHRIS CAPUTO, 2001 BROADWAY ST, VANCOUVER, WA 98663 |
| GREGOIRE, PHILIPPE R | 858 MIDDLE STREET, FALL RIVER, MA 02721 |
| GROSS, DAVID | 7248 BALLANTRAE CT, BOCA RATON, FL 33496 |
| GS & ASSOC, LLC | 1601 W CENTRE AV, PORTAGE, MI 49024 |
| GU, WEI | 610 TWIN PEAKS ST, SIMI VALLEY, CA 93065 |
| GUPTA, SUSHILA | 6 THEIS LANE, BLAUVELT, NY 10913 |
| HAGAN, JAMES P. | 615 WOODLAND HILLS DR., TYLER, TX 75701 |
| HAHN, HERBERT R., TTEE | IRMOLOT CHARITABLE REMAINDER TR, PO BOX 8, BANNER ELK, NC 28604 |
| HAKES, ALMA R. | 2113 NEW STATE RD, NORWALK, OH 44857-9165 |
| HALL, GARY L. | HALL-HOUSTON EXPLORATION PARTNERS, 4605 POST OAK PLACE SUITE 100, HOUSTON, TX 77027 |
| HANDBERG, ROGER EUGENE & CAROL TTEES FBO | ROGER HANDBERG UA DTD 6/11/91, PO BOX 47945, PLYMOUTH, MN 55447-0945 |
| HANSEN, STEVEN M., TRUSTEE | STEVEN M. HANSEN FAMILY TRUST, 3953 BROCKBANK WAY, SALT LAKE CITY, UT 84124 |
| HANSON, JAMES J. | UTA CHARLES SCHWAB & CO. INC., IRA 4096-5030, 420 SOUTH 4TH AVE, PRINCETON, MN 55371 |
| HEIFFERON, DONALD J. & CAROL C. | FCC AS CUSTODIAN, 363 REEF PT. CIR., WEBSTER, NY 14580 |
| HEIFFERON, DONALD J. IRA | FCC AS CUSTODIAN, 363 REEF PT. CIR., WEBSTER, NY 14580 |
| HENDON/ATLANTIC RIM JOHNS CREEK, LLC | C/O ERIC C COTTON, ASSOCIATE GEN. COUNS., DEVELOPERS DIVERSIFIED REALTY CORP., 3300 ENTERPRISE PARKWAY, BEACHWOOD, OH 44122 |
| HENNING, KENT S. IRA | 2138 STANLEY DRIVE, FORT WORTH, TX 76110-1836 |
| HERMOSILLO, C J | 453 RADCLIFFE CT, LAGUNA BEACH, CA 92651-3635 |
| HERNANDO COUNTY TAX COLLECTOR | JUANITA B SIKES, TAX COLLECTOR, 20 N MAIN ST RM 112, BROOKSVILLE, FL 34601-2892 |
| HIROKAWA, ROY KIYOSHI, SEP IRA | SCOTTRADE INC TR FBO, 45-525 UALANI PLACE, KANEOHE, HI 96744 |
| HOLTZ, BRIAN PAUL & JOY A. | JT TEN, 308 LITTLE JOHN TRAIL, HOT SPRINGS, AR 71913 |
| HOMOLA, STEPHEN J. | 6609 SHELBURN DR, CRESTWOOD, KY 40014 |
| HORDESKI, THEODORE J | 107 OCEAN AVE, WARETOWN, NJ 08758 |
| HUBER, CARY | C/O SUZAN FRITZ, 13925 FARMINGTON WAY, APPLE VALLEY, MN 55124-3313 |
| HUGHES, STEPHEN, IRA | TD AMERITRADE INC CUSTODIAN, 71 TOWER STREET, DEDHAM, MA 02026 |
| IMBURGIA, ANTHONY JOSEPH | 111 E. CHESTNUT, CHICAGO, IL 60611 |
| INTER-TEL TECHNOLOGIES, INC | C/O LEGAL DEPARTMENT - DIANE CLINE, 7300 W BOSTON ST, CHANDLER, AZ 85226 |
| INTERTHINX, INC. / SYSDOME, INC./ | APPINTELLIGENCE INC / ISO, INC LAW DEPT, ATTN KENNETH E. THOMPSON, SECRETARY, 545 WASHINGTON BLVD, JERSEY CITY, NJ 07310 |
| INTERTHINX, INC./SYSDOME, INC./ | APPINTELLIGENCE INC, C/O ISO, INC./LAW DEPT.-KENNETH THOMPSON, 545 WASHINGTON BLVD, JERSEY CITY, NJ 07310 |
| ISOMEDIA INC. | C/O BARRY MAULDING, 2033 SIXTH AVE, SUITE 740, SEATTLE, WA 98121 |
| JAHN, CURTIS F. | 342 CENTER GROVE RD, DOVER, NJ 07869 |
| JAM, ROBET B. JR | P.O. BOX 772, RED LODGE, MT 59068 |
| JEFFREYS, JOHN S. | 10533 GREEN MOUNTAIN CIRCLE, COLUMBIA, MD 21044 |
| JESELNIK, DENISE | C/O RONALD S COOK ESQ, 180 E MAIN ST STE 308, SMITHTOWN, NY 11787 |
| JOE AND GRACE YEE TRUST | UAD 01/26/2007, 6091 MANORFIELD DR, HUNTINGTON BEACH, CA 92648 |
| JOHN D. CLUNK, L.P.A. | LAW OFFICES OF JOHN D. CLUNK, L.P.A., 5601 HUDSON DRIVE, SUITE 400, HUDSON, OH 44236 |
| JOHNSON, KEN & MARY-ANN | , 329 COLINGTON DR, KILL DEVIL HILLS, NC 27948 |
| JOHNSON, KEN & MARY-ANN | 2788 MADERIA CIRCLE, MONACO ESTATES, MELBOURNE, FL 32935-5599 |
| JUSTIN MARTELLA | RICHARD D. ALTIMUS, ESQ., 802 N> IRWIN ST, STE 102, HANFORD, CA 93230 |

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| JUSTIN MARTELLA | C/O RICHARD D. ALTIMUS, ESQ., 802 N. IRWIN ST., STE 102, HANFORD, CA 93230-3845 |
| KAGEY, WILLIAM J. | 4932 BALSAM DR, ROANOKE, VA 24018 |
| KASS, DAVID E. ROTH IRA | 2206 CLOVER DR. NW, GRAND RAPIDS, MI 49504 |
| KASS, KAREN | (ROTH IRA), 2206 CLOVER DR NW, GRAND RAPIDS, MI 49504 |
| KENNEDY, CARRIE M., DAVIS, SYLVIA K., & | MINIR, GAYLE K., JTD, 208 DIANA STREET, TROY, AL 36081 |
| KEOWN, SAMUEL GARLAND AND LAURA JOAN | 6706 WIMBLEDON ESTATE DR., SPRING, TX 77379 |
| KEYSPAN GAS EAST CORP DBA KEYSPAN ENERGY | DELIVERY LONG ISLAND, ELISA M PUGLIESE, ESQ, 175 E OLD COUNTRY RD, HICKSVILLE, NY 11801 |
| KHAN, SAHEED, A. | P.O. BOX 8884, WOODLAND, CA 95776 |
| KINNIEBREW, ROBERT L | PO BOX 567, WILLINGBORO, NJ 08046 |
| KOFFMAN FOUR ACCOUNT ET AL | ATTN BARRY KOFFMAN (AGENT), 224 MAIN STREET, BINGHAMTON, NY 13905 |
| KRUSE, LARRY W. | 1243 170TH AVE, DONNELLSON, IA 52625-9306 |
| LAMB, DARLENE C. | FREEDOM APPRAISAL SERVICES, 4397 OWENS RD, EVANS, GA 30809 |
| LASSEIGNE, PRISCILLA | 1322 CROSSFIELD DR, KATY, TX 77450 |
| LAUTERBACH, STUART | 10590 GRANDE PALLADIUM WY, BOYNTON BEACH, FL 33436 |
| LAW OFC OF S. SHAW & ASSOCIATES, LLC | ATTN KEITH S. SHAW, ITS MANAGING MEMBER, 1160 SILAS DEANE HIGHWAY, WETHERSFIELD, CT 06109 |
| LEVITT BAKERSFIELD, LLC | C/O GREGORY D. BYNUM & ASSOC., INC, ATTN ROY SCARAZZO, AUTHORIZED AGENT, 5601 TRUXTUN AVENUE SUITE 190, BAKERSFIELD, CA 93309-0627 |
| LILLEY, GEORGE TRUSTEE | GEORGE W. LILLY, NON EXEMPT TR., 173 POPLAR DRIVE, MORGANTOWN, WV 26505 |
| LIPINSKI, DONALD | 30 N 58TH ST, SUPERIOR, WI 54880 |
| LISLE, HAMPTON H. | STATE STREET BANK TTEE, NORTHROP GRUMMAN PLAN, PO BOX 61, MOUNT AIRY, MD 21771 |
| LONG ISLAND LIGHTING COMPANY DBA LIPA | ELISA M PUGLIESE, ESQ, 175 E OLD COUNTRY RD, HICKSVILLE, NY 11801 |
| LONG ISLAND LIGHTING COMPANY DGA LIPA | ELISA M PUGLIESE, ESQ, 175 E OLD COUNTRY RD, HICKSVILLE, NY 11801 |
| LOSEY, HAROLD D. JR. IRA | RBC DAIN RAUSCHER, CUSTODIAN, 253 BEAR HILL RD., CHICHESTER, NH 03258 |
| LOUISVILLE GAS AND ELECTRIC COMPANY | ATTN C. MICHAEL COOPER, MANAGER, 820 WEST BROADWAY, LOUISVILLE, KY 40202 |
| LOVELL APPRAISAL SERVICE | ATTN JIMMIE C. LOVELL, PO BOX 1389, CENTER, TX 75935 |
| LUTTINEN, CARLYLE H. | 3385 PLEASANT BEACH DR. NE, BAINBRIDGE ISLAND, WA 98110 |
| MALIZIA, ROSE | 37 ALLEN DR, BREWSTER, NY 10509 |
| MARKOVIC, DAVID, IRA FBO | ROLLOVER ACCOUNT - VFTC, CUSTODIAN, 1442 - E 71ST STREET, BROOKLYN, NY 11234-5730 |
| MARLIN LEASING CORPORATION | ATTN REBECCA MENDEZ, PARALEGAL, 300 FELLOWSHIP RD, MOUNT LAUREL, NJ 08054 |
| MARSH APPRAISAL | ATTN GARY A. MARSH, OWNER, 5701 STEUBENVILLE PIKE, MC KEES ROCKS, PA 15136 |
| MATSUMOTO & CLAPPERTON | ATTN ED CLAPPERTON, PRESIDENT, STANDARD FINANCIAL PLAZA, 705 S KING ST STE 104, HONOLULU, HI 96813 |
| MATSUMOTO & CLAPPERTON ADVERTISING, LLC | ATTN ED CLAPPERTON, PRESIDENT, 705 S KING ST # 104, HONOLULU, HI 96813 |
| MAYNARD R BRANKNEY TRUST | C/O MARCIA B EMERSON, TRUSTEE, 6 PINE VALLEY LANE, AMARILLO, TX 79124 |
| MEAD APPRAISALS | ATTN SCOTT MEAD - OWNER, 11378 NIAGARA DRIVE, FISHERS, IN 46038 |
| MEADOW OAKS SHOPPING CENTER | ATTN REAGAN BROWN, MANAGER, PO BOX 8229, NO. 14 CROSSROADS SHOPPING VILLAGE # 201, CORPUS CHRISTI, TX 78412 |
| MERISA ENTERPRISES | C/O JACK STUMPF & ASSOC. INC., ATTN JOSEPH MAERKE, PROPERTY MGR., 1700 CENTRAL BOULEVARD, HARVEY, LA 70058 |
| MEYER, COLLEEN | 77 RIDGE AVE, NEPTUNE, NJ 07753 |
| MEYER, LARRY J. | 1061 BRISTOL MANOR DR, BALLWIN, MO 63011-5106 |
| MIDLOTHIAN ARBORETUM C/O DNA PARTNERS | P.O. BOX 270, GREENVALE, NY 11548-0270 |
| MILLER, EUGENE | 1990 SW 70TH ST, FL LAUDERDALE, FL 33317 |
| MILLER, EUGENE | 1990 S.W. 70TH TERRACE, PLANTATION, FL 33317 |
| MILLER, RICHARD C. | 735 NE 6TH STREET, BOCA RATON, FL 33432 |
| MISSISSIPPI POWER COMPANY | ATTN: JAN STUART, 401 W MAIN AVE, LUMBERTON, MS 39455 |
| MKM REALTY TRUST II | C/O CAROLE LITTMAN, 300 CONGRESS STREET, QUINCY, MA 02169 |

## AMERICAN HOME MORTGAGE HOLDINGS, INC
### SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MONAGHAN, JOHN | SONIA C. LAWSON PA, PO BOX 320901, TAMPA, FL 33679 |
| MONAGHAN, JOHN | 511-2007-02477, SONIA C LAWSON, PA, PO BOX 320901, TAMPA, FL 33679 |
| MONTGOMERY, LYNN & SHIRLEY | 289 TWIN LAKES DR, UNION, MO 63084 |
| MOSELEY, NATHANIEL C. AND BETTY E. | 6715 NW BLAIR ROAD, PARKVILLE, MO 64152 |
| MOSS CODILIS, L.L.P. | ATTN MICHAEL S. MARGOLF, VICE PRESIDENT, 6560 GREENWOOD PLAZA BLVD., SUITE 100, ENGLEWOOD, CO 80111 |
| MULL & ASSOCIATES FINANCIAL SERVICES LLC | 91760 OVERSEAS HWY, TAVERNIER, FL 33070 |
| MULTI PROPERTIES, INC | ATTN RICHARD S. HANTGAN, VICE PRES., EMMORTON VILLAGE, LLC, PIKESVILLE PROFESS. BLDG-P.O. BOX 21579, BALTIMORE, MD 21282 |
| NASH, ROGER | 5734 N. DRAKE, CHICAGO, IL 60659 |
| NATHANSON, LEONARD | 4200 HARDING RD APT. 301, NASHVILLE, TN 37205 |
| NEW HAMPSHIRE ELECTRIC | COOPERATIVE, ATTN LINDA LYDEN, 579 TENNEY MTN HIGHWAY, PLYMOUTH, NH 03264 |
| NISAR, DR. MOHAMMED | 1895 OARK TREE RD, EDISON, NJ 08820 |
| NOORTHOEK, ROGER | ATTORNEY AT LAW, CERTIFIED PUBLIC ACCOUNTANT, 4240 PROMENADE WAY # 332, MARINA DEL REY, CA 90292 |
| OGOREK, JOHN S. | 29531 FIARWAY BLVD, WILLOWICK, OH 440954631 |
| OLIVER, PRESTON C. | C/O JOHN T. OLIVER, SON W/POA, 2205 NORDOH PLACE, ALEXANDRIA, VA 22306 |
| OPTION DIRECT | ATTN MORTON A., 610 NE 173RD TERRACE, MIAMI, FL 33317 |
| PACE, SALVATORE TRUSTEE FBO | SALVATORE PACE AND SOPHIE PACE TRUST, DTD DEC 22, 1992, 1071 POINT RD, BROADALBIN, NY 12025 |
| PACIFIC CREST BANK | ATTN SHANNON SPERRY, ATTORNEY, 3500 188TH ST SW, LYNNWOOD, WA 98037-4763 |
| PACIFIC POWER | ATTN BANKRUPTCY DEPT., LISA FORTUNE, CUSTOMER SERVICE, PO BOX 25308, SALT LAKE CITY, UT 84125 |
| PALMER, THOMAS A. | 179 WOODSTOCK RD., VILLANOVA, PA 19085 |
| PANSKY FAMILY TRUST, THE | IRIS PANSKY, TTEE, 2647 S.W. VISTA AVE., PORTLAND, OR 97201-1793 |
| PAPPAS, YOTA | 85 LUAS AVENUE, KINGSTON, NY 12401 |
| PARRISH APPRAISAL SERVICE LTD. | ATTN TERESE PARRISH, TREASURER, 6121 LAKESIDE DRIVE, SUITE 100, RENO, NV 89511 |
| PAULINE M CLARK | 5721 CHETHAM HILL, PINSON, AL 35126-3561 |
| PENTALPHA GROUP LLC | ATTN JILL GILBERT CALLAHAN, PRESIDENT, ONE GREENWICH OFFICE PARK NORTH, GREENWICH, CT 06831 |
| PFITZER, SANDRA MARTHA | 34771 MORAVIAN, APT. 212, STERLING HEIGHTS, MI 48312 |
| PHELAN HALLINAN & SCHMIEG, LLP | ATTN JUDITH T ROMANO, ESQ, 1617 JOHN F KENNEDY BLVD, ST 1400, PHILADELPHIA, PA 19103 |
| PINE CREEK AGAWAM L.P. | ATTN JEFFREY M STROLE, ASST VICE PRES., 380 UNION STREET, WEST SPRINGFIELD, MA 01089 |
| POTOMAC ELECTRIC POWER COMPANY | ATTN S. SPEARS, SUPERVISOR COLLECTIONS, PEPCO, PO BOX 97274, WASHINGTON, DC 20090-7274 |
| POUCH RECORDS MANAGEMENT LP | C/O R GIBSON PAGTER, JR, PAGTER AND MILLER, 525 N CABRILLO PARK DRIVE SUITE 104, SANTA ANA, CA 92701 |
| PRESTIFILIPPO, JOHN | 1731 PALOMINO LANE, KINGWOOD, TX 77339 |
| PROFESSIONAL APPRAISAL ASSOC. | ATTN THOMAS S. KACHELRIESS, PRES, 469 MORRIS AVE., SUMMIT, NJ 07902 |
| PURDON, ERIL | PURDON APPRAISALS, PO BOX 128, HARWOOD, MD 20776 |
| PURKERSON, DARREL R. FBO | FMT CO CUST URA ROLLOVER, 225 RIVER WAY, SAINT HELENS, OR 97051-1515 |
| QIN, WEI ZE | 470 MIKASA DR, ALPHARETTA, GA 30022 |
| QUIGLEY, PATRICIA | 7201 CRESHEIM ROAD, PHILADELPHIA, PA 19119 |
| R.K. ASSOCIATES | 17100 COLLINS AVE, SUITE 225, ATTN: DANIEL KATZ, SUNNY ISLES BEACH, FL 33160 |
| RAM INTERNATIONAL I, L.L.C. | 10013-59TH AVE. SW, LAKEWOOD, WA 98499 |
| RAPPOLD, RONALD | 31 NE 28TH COURT, WILTON MANORS, FL 33334 |
| REGSDATA | C/O ISO, INC. LAW DEPT, KENNETH E. THOMPSON, SECRETARY, 545 WASHINGTON BLVD, JERSEY CITY, NJ 07310-1686 |

# AMERICAN HOME MORTGAGE HOLDINGS, INC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| RESOURCE DEVELOPMENT GROUP, LLC | ATTN ALEN D LACOSTE, GENERAL PARTNER, 11 RIVER LANE, LAKE CHARLES, LA 70605 |
| REXCO MAGNOLIA, LLC | THOMAS J. POLIS, ESQ., POLIS & ASSOCIATES, APLC, 19800 MACARTHUR BOULEVARD, SUITE 1000, IRVINE, CA 92612 |
| RICH, ROBERT P. | 1311 GOLDEN HILL DRIVE, INDIANAPOLIS, IN 46208 |
| RICHARD & GAYLE DEVIRIAN FAMILY TRUST OF | 8/3/06, 23326 HAWTHORNE BLVD #380, TORRANCE, CA 90505 |
| RIDGEVIEW PLAZA, LLC. | BELDING HARRIS & PETRONI, LTD, 417 WEST PLUMB LANE, CHRIS D NICHOLS, ESQ, RENO, NV 89509 |
| RIDGEVIEW PLAZA, LLC. | ATTN CHRIS D NICHOLS, ATTORNEY, PO BOX 70399, RENO, NV 89570 |
| RILEY, RANDALL & SHARON | 3360 MCKEAN DR, CONCORD, CA 94518-2334 |
| ROBERTS, TODD | 1595 W. CENTRE AVE, PORTAGE, MI 49024 |
| RODERICK, GREG A. | 17400 SW UPPER BOONES FERRY RD, STE #230, DURHAM, OR 97224-7094 |
| RODRIGUEZ, CATHERINE B IRA | 3 ORCHARD ST, WELLESLEY, MA 02481 |
| ROGERS, JOE M. | PO BOX 276, GLOUCESTER, VA 23061 |
| ROMAN, MARIA EVA | 414 PEACHTREE DR, PALESTINE, TX 75803 |
| RUBIN, WENDY S. | ARTHUR S. RUBIN CO-TRUSTEES, WENDY S. RUBINE 2002 REV TR, 3171 NO 36TH ST, HOLLYWOOD, FL 33021 |
| RUCKER, JERRY D. | 2311 TANGLEY, HOUSTON, TX 77005 |
| RURY, CHARLES A. AND BETTY A. TTEE | THE REV TRUST OF CHARLES A & BETTY RURY, 1504 HARRIS DR., BARTLESVILLE, OK 74006-5705 |
| SAKUDA, ALEX J & VICKY T JT TEN | 557 POKOLE STREET, HONOLULU, HI 96816-2324 |
| SALTZMAN, RONALD | 10664 FAWN RIVER TRAIL, BOYNTON BEACH, FL 33437-3996 |
| SAULS, REGINALD G. IV TRUSTEE FOR | SAULS FAMILY DECEDENTS TRUST, UA 4992, 475 HICKEYS FORK ROAD, MARSHALL, NC 28753 |
| SAUNDERS, LARRY L & BETTY D. SAUNDERS TR | U/A/D 04/17/1998, FBO LARRY L SAUNDERS & BETTY D. SAUNDERS, 12242 TAVARES RIDGE CIRCLE, TAVARES, FL 32778-4474 |
| SAUTNER, DONALD & JEANNE M. | 548 BEACH 66 ST, ARVERNE, NY 11692 |
| SAWNEE EMC | ATTN MICHAEL A., PO BOX 100002, CUMMING, GA 30028 |
| SCHAN, LYN | 507 FISHERS ROAD, BRYN MAWR, PA 19010 |
| SCHMIDT, DAVE M., JR & CHERYL (JT) | 107 MALLARD LN, GEORGETOWN, TX 78633 |
| SCHWARTZ, CYNTHIA & LEONARD | 103 TAYLOR COURT, LOCUST GROVE, VA 22508 |
| SEEBER, ALFREDA V. | 7130 S.W. HAVERHILL RD, EL DORADO, KS 67042-7953 |
| SERVEY, JAMES N. AND ROBERTA A. | 1317 CHURCH ROAD, ORELAND, PA 19075-2228 |
| SHARIFF, SHAJAHAN | 33 BALTIC ST, EDISON, NJ 08820 |
| SHERAR, MYRON D. | 4100 INTERNATIONAL PLAZA, SUITE 150, FORT WORTH, TX 76109 |
| SHOCK, CLIFFORD L. | 5712 TAMARISK WAY, SAN LUIS OBISPO, CA 93401-8274 |
| SHOOK, STEPHEN & BECKY | 5381 KINGS HWY., DOUGLASVILLE, GA 30135 |
| SIKON, LEE C., & STEPHANIE FISKE | C/O DAVID SIKON, POA FOR LEE C SIKON, 7532 MONTEREY BAY DR #6, MENTOR ON THE LAKE, OH 44060 |
| SINGLE SOURCE VALUATIONS, LLC | ATTN THOMAS O'BRIEN, OWNER, P.O. BOX 773, HUNTINGTOWN, MD 20639 |
| SLATER, RUTH | 16 WATKINS PLACE, NEW ROCHELLE, NY 10801 |
| SNEERINGER, EUGENE M. JR. TTEE | EM SNEERINGER JR CHAR REM TR, 17 VALLEY VIEW SR, ALBANY, NY 12208 |
| SNEERINGER, EUGENE M. JR. TTEE | 17 VALLEY VIEW DR, ALBANY, NY 12208 |
| SOPKIN, JACK | 1155 WESTOVER RD, STAMFORD, CT 06902 |
| SPAGNOLA, CAROL G. | 10 ENGLISH WOODS, ROCHESTER, NY 14616-1670 |
| SPECTOR INVESTMENTS, I.P. | ATTN M SPECTOR, PO BOX 15273, SAN ANTONIO, TX 78212 |
| SPECTOR, D & M, TRUSTEES | MORRIS SPECTOR M.D. PA RET PLAN, U/A DTD 01/01/92, PO BOX 15273, SAN ANTONIO, TX 78212 |
| SPRINT NEXTEL | ATTN ABIGAIL LATOURIETTE, BANKRUPTCY, PO BOX 7949, OVERLAND PARK, KS 66207-0949 |
| ST TAMMANY NEWS ACCT. DEPT. | ATTN GENIA BAUGHMAN, PO BOX 820, BOGALUSA, LA 70429-0820 |
| STANFORD & FEUERBORN, LLC. | 4550 W. 109TH ST., OVERLAND PARK, KS 66211 |

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| STEIN, PAUL LAWRENCE | 6616 FERNSHAW DR., DALLAS, TX 75248 |
| STERN, FREDERICKA G. IRA | MLPF & S CUST FPO, 90 NORTH AVE, WESTPORT, CT 06880 |
| STONE, CLIFFORD W. | PO BOX 528, EL DORADO, KS 67042-0528 |
| STRADA, TORY | 602 WEST COMSTOCK AVENUE, GLENDORA, CA 91741 |
| STURMS, ALLAN | 6005 TRENTCOURT, LEWIS CENTER, OH 43035 |
| SUMETSKY, OLGA | 4165 EMPIRE LANE, PLYMOUTH, MN 55446 |
| SYKES, THADDEUS J (THAD) | 2003 CRIMSON, MEADOWS DRIVE, O FALLON, MO 63366 |
| TAKAHASHI, MAKOTO | 1400 GEARY BLVD, APT 507, SAN FRANCISCO, CA 94109 |
| TOBAK, MARK MD PC PSP | 1600 HARRISON AVE STE 105A, MAMARONECK, NY 10543 |
| TORGOVE, JOYCE & LLOYD | 40 CLIFTON HEIGHTS LA, MARBLEHEAD, MA 01945 |
| TOWER PLACE L.P. | C/O REGENT PARTNERS LLC, 3348 PEACHTREE RD. NE, SUITE 100, ATLANTA, GA 30326 |
| TOWER PLACE L.P. | MARK S. MARANI, ESQ., COHEN POLLOCK MERLIN & SMALL, P.C., 3350 RIVERWOOD PKWY., SUITE 1600, ATLANTA, GA 30339 |
| TRANSWESTERN SL GALE NAPERVILLE, LLC | C/O ADAM E BERMAN, ATTORNEY, MASON WENK & BERMAN, LLC, 1033 SKOKIE BOULEVARD SUITE 250, NORTHBROOK, IL 60062 |
| TROUT, JAMES G. | 10104 DUBLIN ROAD, WALKERSVILLE, MD 21793 |
| TRUEBLOOD, RICHARD K. | 6139 MESA ROAD, RENO, NV 89511 |
| TURNER, MEL | 961 SWALLOW AVE., PH 301-A, MARCO ISLAND, FL 34145 |
| ULRICH, EUGENE F. | 316 METZ RD, SEASIDE, CA 93955 |
| VAN BOESCHOTEN, EARL | 4453 TAN GLEWOOD WAY, NAPA, CA 94558 |
| VAN FLEET, BRUCE, III | 89 CLUB CREST DR, MAGGIE VALLEY, NC 28751 |
| VANN, RICHARD K. | 2535 HALCYON DOWNS LOOP, MONTGOMERY, AL 36117 |
| VEGA, JANELLE | 1715 N. WILKE RD., ARLINGTON HEIGHTS, IL 60004 |
| VERICOMM, INC | ATTN: DON BURK, 27200 TOURNEY ROAD, SUITE 315, VALENCIA, CA 91355 |
| WALKER, BRIAN & JEANNE | 3703 E. MENAN-LORENZO HWY, MENAN, ID 83434 |
| WALTER A LOEHR TRUST | U/A/D 8/29/78, WALTER A LOEHR TRUSTEE, 29 GREENBRIAR LANE, GROSSE POINTE, MI 48236-1507 |
| WARD, MICKEY | 501 WELCH RD, TIMMONSVILLE, SC 29161 |
| WARNER, ROBERT JOSEPH TTEE | UNIV BOOKSTORE INC RETIREMENT, UA DTD 4/1/92, 3904 PINE GLADE - 2529 W MICHIGAN AVE., KALAMAZOO, MI 49002 |
| WASMAN, GOLDIE | 765 NORTH SHORE DR, MIAMI BEACH, FL 33141 |
| WATSON, MARINA | 9511 BEACH MILL RD, GREAT FALLS, VA 22066 |
| WECHSLER, ELAINE | 20310 FAIRWAY OAKS DRIVE #144, BOCA RATON, FL 33434-3228 |
| WEISMAN, JANET K. & ALFRED L. | 9330 LAGOON PLACE # 409, DAVIE, FL 33324 |
| WELCHER, KENNETH | 135 CAMINO DEL SOL, SANTA CRUZ, CA 95065 |
| WETZEL, E. SCOTT III | 519 N. 41ST ST., SEATTLE, WA 98103-7717 |
| WHERRY, KEN A. | 102 8TH LANE, KIRKLAND, WA 98033 |
| WINIKOFF, LYNN C/F | JOSHUA WINIKOFF, 1530 PALISADE AVE APT # 175, FORT LEE, NJ 07024 |
| WORTHINGTON, ELIZABETH | ***NO ADDRESS PROVIDED*** |
| YODER PERENNIAL GARDENS | C/O ROBERT M SULLIVAN, OWNER, 1055 EDISON RD, BOX 21, YODER, CO 80864 |
| YOUNGMAN, JAMES L. | 395 COUNTY RD. 414, KILLEN, AL 35645 |
| YOUR PRIVATE LIMOUSINE | ATTN TRACY HODGE, PRESIDENT, 3255 N. ARLINGTON HEIGHTS ROAD, ARLINGTON HIEGHTS, IL 60004 |
| ZAK, JEFFREY | 32 CYPRESS DRIVE, PARLIN, NJ 08859 |
| ZELEZNIK APPRAISAL CO. | ATTN PAUL A. ZELEZNIK, PRESIDENT, 201 FOXTON RD, MATTHEWS, NC 28104-7308 |
| ZELEZNIK APPRAISAL CO. | ATTN PAUL A. ZELEZNIK, PRES., 201 FOXTON RD, MATTHEWS, NC 281047308 |
| ZHU, LIMAN | 432 S. CURSON AVE., APT. 6F, LOS ANGELES, CA 90036-5228 |
| ZUCKERMAN, JUDIM & MICHAEL | 280 RANGEGROVE, IRVINE, CA 92604 |

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|

Total Creditor Count 337