IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al., | : | Case No. 07-11047 (CSS) |
| | : | Jointly Administered |
| Debtors. | : | |

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

ROSS MATRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 12, 2008, I caused to be served the following:

a) A creditor specific Customized Exhibit to Debtors' Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A, and

b) Notice of Debtors' Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, dated May 12, 2008, to which is attached the Debtors' Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, [Docket No. 4028], dated May 12, 2008,

by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Ross Matray

Sworn to before me this
16th day of May, 2008

Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., Delaware corporation, et al., | ) | **Case No. 07-11047 (CSS)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |
| | ) | **Objection Deadline: June 4, 2008 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: June 11, 2008 at 10:00 a.m. (ET)** |
| | ) | |

AHM OB7 5/12/2008 (merge2.txnum2) 4000097985

ADAMS, DONNA DR., IRA
WMS CUSTODIAN
12635 N 18TH PL
PHOENIX, AZ 85022

**NOTICE OF DEBTORS' SEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

**TO:** ADAMS, DONNA DR., IRA
WMS CUSTODIAN
12635 N 18TH PL
PHOENIX, AZ 85022

| | | |
|---|---|---|
| **Basis For Objection:** | Claim based on Equity Interest | |
| | **Claim Number** | **Claim Amount** |
| **Claim to be Expunged** | 4930 | $22,751.00 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **June 4, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JUNE 11, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 12, 2008
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

# EXHIBIT B

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**
**Notices mailed by May 12, 2008 and sent to the following:**

**NOTICE OF DEBTORS' SEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

ADAMS, DONNA DR., IRA
WMS CUSTODIAN
12635 N 18TH PL
PHOENIX, AZ 85022

ADORNO & YOSS LLP, ATTNY @ LAW
ATTN: GREGG S. AHRENS, ESQ.
2525 PONCE DE LEON BLVD, SUITE 400
MIAMI, FL 33134

ADORNO & YOSS, LLP
C/O GREGG S. AHRENS, ESQ.
2525 PONCE DE LEON BLVD., SUITE 400
MIAMI, FL 33134

AMEND, J RICHARD IRA
STIFEL NICOLAUS CUSTODIAN
1205 RICHARDS CIRCLE
RAYMORE, MO 64083

ANGELICH, CHRISTIAN D
1229 W. BULLARD AVE #124
FRESNO, CA 93711

ATLEE ENTERPRISES INC
1496 GLANWORTH DRIVE
LONDON, ON N6N 1H1
CANADA

BARNHART, EILEEN, IRA
OPPENHIEIMER & CO CUST
2221 NORWEGIAN DR #9
CLEARWATER, FL 33763-2958

BASKERVILLE, DEBORAH
1490 GAYLORD TERRACE
TEANECK, NJ 07666

BATTISTA, GINO A.
274 POSSUM REST DRIVE
BURNSVILLE, NC 28714

BAUDER, CHRISTINE
818 FOURTH ST.
OCEAN CITY, NJ 08226

BECKER, JOHN R.
6807 GREENLAWN RD.
LOUISVILLE, KY 40222

BECKER, ROBERT C.
13 THE TRILLIUM
PITTSBURGH, PA 15238-1929

BERK, WILLIAM D.
3885-4 LANDER RD
ORANGE VILLAGE, OH 44022

BETTINGER, ROBERT
5108 KARRINGTON DR.
GIBSONIA, PA 15044

BILINSKI, ANDREW
1291 TWEED CT
VIENNA, VA 22182

BLACK, GARY L. SR.
727 HIGH LAKE DR.
BATON ROUGE, LA 70810

BLODGETT, WILLIAM F.
15902 CALTECH CIRCLE
WESTMINSTER, CA 92683

BOMMARITO, VINCENT
5130 WILSON
ST. LOUIS, MO 63110

BOTTOM, DARYL L.
15745 SNODGRASS
WAMEGO, KS 66547

BROWN, ELDON
1710 KAIBAB LOOP
PRESCOTT, AZ 86303

BROWN, ROBERT J. R/O IRA
FCC AS CUSTODIAN
37 WOODCLIFF TERRACE
FAIRPORT, NY 14450-4208

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**
**Notices mailed by May 12, 2008 and sent to the following:**

**NOTICE OF DEBTORS' SEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**



BRUNETTE, MARILYN L.
256 TOWER VIEW DR.
GREEN BAY, WI 54301-1837

BRUNO, MARGARET A. TTEE
OF THE MARGARET A. BRUNO REV. TR.
11688 CALRKSDALE
MARYLAND HEIGHTS, MO 63043

BUCKMINSTER, PHILIP I & DERETHA C.
11825 LARCH RD
HENRYETTA, OK 74437

BUMGARNER, JAMES RICHARD
SEP IRA 5116-3636 CHARLES SCHWAB & CO
1715 ABBEY OAK DRIVE
VIENNA, VA 22182

CAIRA, MARCELLO R/O IRA
39-20 WILLOW
DOUGLASTON, NY 11363

CALHOUN, LISA
53 MCLEAN SCHOOL RD
RR#2
ST GEORGE, ON N0E 1N0
CANADA

CALLAHAN, GEORGE S. JR TRUSTEE
GEORGE S. CALLAHAN JR TRUST
931 VENTURA AVE
ORLANDO, FL 32804

CARELLI, JACK
2913 SE 161 AVE
VANCOUVER, WA 98683-3015

CARROLL, LUTHER R.
261 NC HIGHWAY 403
MOUNT OLIVE, NC 28365-8203

CASTRO, AL
733 E. MARIPOSA DR.
REDLANDS, CA 92373

CATANIA, BARBARA G.
18 EAST NECK RD
DIX HILLS, NY 11746

CAVICCHIONI, DAN
10901 E MONUMENT ESTATES CIRCLE
TUCSON, AZ 85748-6911

CHERRY, MARTHA & BETTY BALLANTINE
2239 DOUBLE TREE AVE.
HENDERSON, NV 89052

CHIN, JEAN LAU
96 A MOUNTAIN AVE
BAYVILLE, NY 11709

CHRISTENSEN, HAROLD
P.O. BOX 241
CREEDE, CO 81130

COFF, FREDRICK JOHN
15 WEST 81 STREET
APT 10G
NEW YORK, NY 10024-6022

COLE, JAMES R. LIV TR.
7955 OLD AZTEC HWY
FLORA VISTA, NM 87415-9635

CONNER, WANDA J.
CONNR FAMILY TRUST
DATED 4/15/1981
9 EASTWOOD DR
ORINDA, CA 94563-4307

COTT, ALAN J.
26917 CHATEAU LAKE DR
KINGWOOD, TX 77339-1427

COX, WILLIAM J. & HELEN V.
23 BIRCH DRIVE
BASKING RIDGE, PR 07920

DAUN, ALAN & PATRICIA
425A CORTE MADERA AVENUE
CORTE MADERA, CA 94925

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by May 12, 2008 and sent to the following:

**NOTICE OF DEBTORS' SEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**



DEARASAUGH, DANIEL W.
931 BRAMBLEWOOD DR.
CASTLE ROCK, CO 80108-3642

DEPARTMENT OF THE TREASURY
RICHARD RUSSELL, ADVISOR, INSOLVENCY
GR3
INTERNAL REVENUE SERVICE
31 HOPIKINS PLAZA, RM 1150
BALTIMORE, MD 21201

DEPARTMENT OF THE TREASURY
RICHARD RUSSELL, ADVISOR, INSOLVENCY
GR4
INTERNATL REVENUE SERVICE
31 HOPIKINS PLAZA RM 1150
BALTIMORE, MD 21201

DOSSA, ALDO J.
3399 MORAGA BLVD.
LAFAYETTE, CA 94549

DUNHAM, LARRY M.
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
14 RANGEWAY ROAD
MONT VERNON, NH 03057

EDWARDS, RICHARD LEWIS TTEE
730 PRINCESS CT
NIPOMO, CA 93444

ERSKINE, EDWIN M. JR.
1889 BELLE ISLAND RD.
RICHMOND HILL, GA 31324

EVERSULL, ROBERT E. & LOUISE A.
533 E MAIN STREET
GREENSBURG, IN 47240-2108

FALLICK, LOWELL
78905 GOLDEN REED DRIVE
PALM DESERT, CA 92211

FALLICK, SYRIL & LOWELL
78905 GOLDEN REED DRIVE
PALM DESERT, CA 92211

FEIBEL, EDGAR L.
2801 N.E. 183RD ST., APT. 1002
AVENTURA, FL 33160

FEIBEL, VERA
2801 NE 183RD ST. APT# 1002
AVENTURA, FL 33160

FERRIS, JOHN
500 WEST 43RD STREET
APT 32F
NEW YORK, NY 10036

FRANKLIN, VICTOR
C/O RUTH WHITE
10220 W. 56TH STREET
SHAWNEE MISSION, KS 66203

FRUIT, THOMAS W.
3973 REDWOD DRIVE
PULASKI, WI 54162

GAITHER, GEORGE W. & DONNA J.
629 MOONGLOW LANE
INDIANAPOLIS, IN 46217

GASTON, JOHN IRA
11206 CLOVER PARK DR SW
APT 24
LAKEWOOD, WA 98499

GEDEON, MARY A. & JOHN J., TTEES
MARY & JOHN GEDEON LIVING TRUST
7865 E MISSISSIPPI AVE
UNIT 501
DENVER, CO 80247

GILSTRAP, ROBERT D.
105 DEXTER DRIVE
TAYLORS, SC 29687

GLENN, SUE L.
8326 WILDE LANE RD
PENSACOLA, FL 32526

GOLDMAN, ALINA
2621 PALISADE AVE APT. 14E
RIVERDALE, NY 10463

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by May 12, 2008 and sent to the following:

**NOTICE OF DEBTORS' SEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**



GOLDMAN, ANDREW
114 QUAYSIDE
JUPITER, FL 33477

GREGO, JOHN D.
309 COLUMBIA ST.
COHOES, NY 12047

GRUHLER, EUGENE A., TTEE
4919 ALBERMARLE RD #101
CHARLOTTE, NC 28205

GRUNDY, GARY L.
9552 NORWAY HILLS TRL
LAKEVILLE, MN 55044

HAGGARD, KATHERINE
801 LITCHFIELD
WICHITA, KS 67203

HANSON, SUE
900 E TOM LANDRY ST
MISSION, TX 78572-4409

HEINTZ, RICHARD A
3344 PORTLAND AVE
MINNEAPOLIS, MN 55407

HERTAUS, MARVIN F. BETTIE J.
2294 PINEWOOD DR
SHAKOPEE, MN 55379

HILL, SUE
1809 STONETREE DR
MOUNTAIN HOME, ID 83647

HO, LAI HA LEUNG
636-60TH STREET
APT 2
BROOKLYN, NY 11220-4109

HOFMANN, LORENZ M. & VICTORIA T.
205 LAKE HOGAN FARM RD
CHAPEL HILL, NC 27516

HOLWERDA, GERALD W.
18522 15TH ST. SW
BLOMKEST, MN 56216-9737

IAGGI, NANCY ANN
16 MARCELLO ST
JAY, ME 04239

JACKMAN, FRANCES M.
***NO ADDRESS PROVIDED***

JAHRLING, WALTER C. TTEE
AGNES B KEMP IRREV TRUST, DTD 8-19-98
7506 NE 85TH TERRACE
KANSAS CITY, MO 64157

JARRARD, THOMAS A.
6358 KILLOE ROAD
BALDWINSVILLE, NY 13027

JENNINGS, ROGER H.
SEP IRA
1315 EVAMAR DR.
MIDLAND, MI 48640

JOAN MARIE COOPER TRUST
C/O JOAN MARIE COOPER, TRUSTEE
8240 WEST SAINT JOSEPH HWY.
LANSING, MI 48917

JOHNSON, STAN
465 LYNBROOKE RD
SPRINGFIELD, PA 19064

JORGENSEN, ANNE MARIE
14 TAYLOR COMMONS
YAPHANK, NY 11980

JULIUS, RICHARD J.
200 W. 10TH AVE
BELLE PLAINE, KS 67013-8743

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**
**Notices mailed by May 12, 2008 and sent to the following:**

**NOTICE OF DEBTORS' SEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**



KAMPS, GEORGE
5099 VINCITOR ST.
LAS VEGAS, NV 89135

KANE, LUKE D.
31 ASBURY AVENUE
ATLANTIC HIGHLANDS, NJ 07716-1413

KATZ, STUART
1 BROADWAY, STE 101
ELMWOOD PARK, NJ 07407

KECK, SUSAN
PO BOX 75
EAST ISLIP, NY 11730

KEEHNER, WARREN W.
****NO ADDRESS PROVIDED****

KELLEY, SCOTT R. & LISA M.
1007 MORGANS LANDING CT.
BRENTWOOD, TN 37027

KENISTON, CHARLES
200 GROVE ST
READING, MA 01867-1422

KHODABANDEH, MOHSEN
2862 HYLAND PARK RD.
FAYETTEVILLE, AR 72701

KIETA, VINCENT JAMES
1306 WINGARD DR
RADCLIFF, KY 40160-1446

KNIPERS, DONALD D.
501 W OWASSA RD #247
PHARR, TX 78577

KOCH, ROBERT
1201 KIMBALL COURT
NAPERVILLE, IL 60540

KOSHY, KAREN ROLLOVER IRA
5728 GREEN HOLLOW LN
THE COLONY, TX 75056

KOSHY, THOMAS
5728 GREEN HOLLOW LN
THE COLONY, TX 75056

KOZIELEK, RAYMOND F., TRUSTEE
RAYMOND F. KOZIELEK REV. LIV. TRUST
2741 HARVEY PLACE
APT. 118
GRANITE CITY, IL 62040

KRUPSAW, JANETTE R.
402 LONG FOREST CI
ANDERSON, SC 29625

LAMBERT, MARION
1124 JOHNSON
AMES, IA 50010

LAMELL, RITA & HAROLD MARKOWITZ
137 LAKELAND DRIVE
BARNEGAT, NJ 08005-5637

LARSON, CARL ELMER
2595 SAINT PAUL'S DRIVE
TITUSVILLE, FL 32780-6761

LATHOUWERS, MAURICE & B HINTERGARDT T
MED MKT PL INC COMPARABILITY P
U/A DTD 06/15/2000
1470 BRYANT D2 E
LONG BEACH, CA 90815

LATIMER, PATRICA PHUNG
6248 HANCOCK AVE
SAN JOSE, CA 95123

LEE, WING & BOO I
2379 CROPSEY AVE
BROOKLYN, NY 11214

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by May 12, 2008 and sent to the following:

**NOTICE OF DEBTORS' SEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**



LEE, WING & BOO I.
2379 CROPSEY AVE
BROOKLYN, NY 11214

LEESON, DANIEL N.
ROSANNE D. LEESON TTEES
LEESON LIVING TRUST
1821 GRANGER AVENUE
LOS ALTOS, CA 94024-6716

LESTER ASSOCIATES
ATTN J. LESTER, PARTNER
83 PLEASANT ST
HAWORTH, NJ 07641

LEUNG, ARCHER
7805 VIA TORTONA
BURBANK, CA 91504

LEWIS, DEAN A.
5803 CEDAR CV.
SAN ANTONIO, TX 78249

LINFERD C. & CAROL A. MCGRANE TRUST
31932 DOVERWOOD CT
WESTLAKE VILLAGE, CA 91361

LISLE, HAMPTON H.
ETRADE SECURITIES
PO BOX 61
MOUNT AIRY, MD 21771

LISLE, LUCILE A. & HAMPTON H. JTWROS
ETRADE SECURITIES
PO BOX 641
GAMBRILLS, MD 21054

LIU, CHIEN
8100 TOMAHAWK ROAD
PRAIRIE VILLAGE, KS 66208

LIU, ERIC S. & CEN, JENNY Y.
2015 SPRINGWOOD DRIVE
CONWAY, AR 72034

LOWE, LORA
4483 ANTIGUA WAY
OXNARD, CA 93035

LUTTRELL, GERALD & LESLIE
P.O. BOX 1952
PITTSBURG, KS 66762

MAGNUSSON, BRIAN G.
1616 DEERWOOD DR.
LONGMONT, CO 80501

MANGO, MICHIKO
1400 GEARY BLVD
APT. 407
SAN FRANCISCO, CA 94109

MANS, RAYMOND F.
2136 LAPPEL LANE
PITTSBURGH, PA 15212

MARICOPA COUNTY TREASURER
MADELEINE C WANSLEE
201 EAST WASHINGTON ST., SUITE 800
PHOENIX, AZ 85004-2327

MARY LOU GAUDINO TRUST
UA 6-19-02
5556 MEADOWRIDGE DR.
SANTA ROSA, CA 95409-5818

MAYNE, LARRY C
8043 TWIN CREEK TRACE
WEST CHESTER, OH 45069-2276

MCANOLLY, JAMES W. TTEE
THE MCANNOLLY FAMILY TRUST
DATED 8/30/96
34 HOLLY DR
OLATHE, KS 66062-1831

MCDONALD, LANDON B. - CUSTODIAN
FBO SEP IRA OF LANDON B MCDONALD
59 NORWOOD DR.
GILLETTE, NJ 07933

MCELHENIE, AUDREY J.
6414 AUBURN AVE
BRADENTON, FL 34207-5501

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**
**Notices mailed by May 12, 2008 and sent to the following:**

**NOTICE OF DEBTORS' SEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**



MCKENZIE, DEBRA C/F
NATHAN MCKENZIE-PROTASKA
115 POPLAR CIRCLE
DYERSBURG, TN 38024-6570

MCNEIL, JERRY J. & MARY A. TTEES FBO
9030 TERRY ESTATES DR.
ORANGE, TX 77630

MCORMICK, VONDON RAY IRA
FERRIS BAKER WATTS C/F
5200 GLEHAM DRIVE
CHARLOTTE, NC 28210-2840

MCWHERTER, MICHAEL K.
1717 E. 116TH ST
PERKINS, OK 74059

MITCHELL, JOHNNY H.
2628 PATRICK HIGHWAY
HARTSVILLE, SC 29550-9042

MOY, JOCELYN
28 SOMMERSET WAY
CASITA # 1005
TORONTO, ON M2N 6W7
CANADA

MULLIGAN, CONNIE
822 NW 45TH TERRACE
GAINESVILLE, FL 32605

MURPHY, DESMOND L.
8645 SW LEAHY RD
PORTLAND, OR 97225

N.Y. STATE DEPT. OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

NAPOLI, JOSEPH J. AND JOAN G. JT WROS
25812 BROWNING PL
STEVENSON RANCH, CA 91381-1227

NEACE CATTLE CO. LLC
ATTN SERETA ROBINSON
4130 E. RIVER RD
TUCSON, AZ 85718-6948

NEWMAN, MICHAEL & JULIA JTWROS
301 SOUTH JACKSON ST.
ARLINGTON, VA 22204

NGO, XUAN T.
949 N CANYON MOONLANE PL
TUCSON, AZ 85745-1589

NIESS, THOMAS L.
708 NORTH 13TH ST
BILLINGS, MT 59101

NORTON, BLAINE C.
8521 CORINTH POINTE CT.
ORLANDO, FL 32829

O.E. BRADLEY TR.
110 S. MAIN STE 500
WICHITA, KS 67202

OHIO DEPARTMENT OF TAXATION
ATTORNEY GENERAL, COLLECTION ENFORCEMENT
150 E. GAY STREET, 21ST FLOOR
COLUMBUS, OH 43215

OHIO DEPARTMENT OF TAXATION
C/O REBECCA DAUM
PO BOX 530
COLUMBUS, OH 43216-0530

OLDHAM, LOEL E.
990 COUNTRY TRAIL
PLEASANTON, TX 78064

OLSEN, KEN
60 CARNOUSTIE LN
SPRINGBORO, OH 45066

OWEN, MARYBETH
7422 N OKETO AVE
CHICAGO, IL 60631-4429

**NOTICE OF DEBTORS' SEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**



Notices mailed by May 12, 2008 and sent to the following:

PARADY, STEVE
SPECIAL ACCOUNT
8427 S. TERRACE RD
TEMPE, AZ 85284

PEKAR, MARTY
246 RYAN ROAD
GREENWICH, NY 12834

PHILLIPS BROTHERS LIMITED PARTNERSHIP-
COLLEGE
7908 NE LOOP 820
NORTH RICHLAND, TX 76180

PICOTTE, WILLIAM
2 NORWOOD DR
MENANDS, NY 12204

PORTER, RALPH
1503 SPRINGHOUSE ST.
SAN ANTONIO, TX 78251-4116

PRATSCHKER, DAHLIA
14910 PANTATION OAK DR
HOUSTON, TX 77068-3115

PRICE, RICHARD R.
609 LYNDALE DR.
HARTSVILLE, SC 29550

QUINN, ROGER
4740 WOODCREST DR
COLUMBUS, IN 47203

RAHAGHI, ASGHAR
36 HAZEN DR
AVON, CT 06001

RANKIN, DONALD G.
9775 RAY WHITE ROAD
KELLER, TX 76248-6005

RAPPOLD, ROSELLA
7225 FIRST STREET
MARINE CITY, MI 48039

RIDGEVIEW PLAZA, LLC
CHRIS D. NICHOLS, ESQ.
417 WEST PLUMB LANE
RENO, NV 89509

RIFFKIN, OLIVE K. (TTEE)
2207 MONROE VILLAGE
MONROE TWP., NJ 08831

RILEY, RICHARD
2909 WOODLAND # 618
DES MOINES, IA 50312

RINGER, CHARLES JR. & EMILY M.
JT TEN/WROS
BOX 75
JOLIET, MT 59041

ROBERTSON, MICHAEL T.
113 N. 13TH
KANSAS CITY, KS 66102

ROCHAU, ARTHUR E.,
ARTHUR E ROCHAU TRUST
U/A DTD 06/06/1990
1670 WEST LINCO ROAD
STEVENSVILLE, MI 49127-9416

ROSENBERG, IRWIN & CYNTHIA
3031 WEATHERBY CT
WILMINGTON, NC 28405-3483

ROSSI & ASSOC. INC, EMPLOYEES 401K
PROFIT SHARING PLAN
DTD 2-17-99
970 SOUTH BYRNE RD
TOLEDO, OH 43609-1010

ROTHE, JOHN & MRS.
2780 RIVERSIDE DRIVE
WANTAGH, NY 11793

ROWE, RONALD K.
2068 DORAL DRIVE
HARRISBURG, PA 17112

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**
**Notices mailed by May 12, 2008 and sent to the following:**

**NOTICE OF DEBTORS' SEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**



SANDERS, DAVID A.
7521 HATTERAS DRIVE
HUDSON, FL 34667

SCHOLFIELD, KEITH AND DORIS E. TTEES
FBO
GENE L SCHOLFIELD TR
U/A/DTD 8-31-92
3222 SW 100TH
AUGUSTA, KS 67010-8374

SCHWARZ, ANNA LOUISE
731 NW SCHWARZ
GOWER, MO 64454

SCOTT, GILBERT T.
SEPARATE ACCT - B. OF AMERICA
2213 EASTWOOD DRIVE
RICHARDSON, TX 75080

SECKER, HELEN H.
3101 PALMYRA ROAD
HANNIBAL, MO 63401

SELTZER, ADOLPH
501 FIFTH AVE
NEW YORK, NY 10017

SEYBOLD, DONALD W.
3816 WATERVIEW BLVD.
OCEAN CITY, NJ 08226

SHAH, HARSHAD & KALPANA
9648 SEVILLE WAY
CYPRESS, CA 90630-6804

SHEDDY, VAIDA G. TTEE
1142 HADTNER AVE
WILLIAMSPORT, PA 17701

SHELDRAKE, RICHARD & MARGARET
16943 WESTERN AVE
HAZEL CREST, IL 60429

SMITH, MONICA L
200 EAST 66TH ST
APT B 1406
NEW YORK, NY 10065

SMITH, PEGGY (IRA)
FCC AS CUSTODIAN
12658 AMY LANE
TERRELL, TX 75161-5716

SMOYER, IRENE A.
38 ACRES DRIVE
RIDLEY PARK, PA 19078

STEPP, EDWARD A. TTEE
EDWARD A STEEP
U/A DTD 10/27/1998
PO BOX 3222
LAUREL, MD 20709

THOLEN, BARNEY C.
10405 W. 16TH
WICHITA, KS 67212

THOMPSON, JERRY T.
15508 LONG COVE BLVD.
CARMEL, IN 46033

THORNBERRY, JERRY J.
2033 PLUMB LN
BATAVIA, OH 45103

TOBIN, BERNARD A &
AGNES E TOBIN JT TEN
11545 E RADISSON RD
MOUNT VERNON, IL 62864-6861

TOOTLEMAN, EVA B.
6 CRANSTON CT
PRINCETON JUNCTION, NJ 08550

TORREY, KENNETH R
401 HAVANA RD
OWATONNA, MN 55060-3426

TOWN OF DENTON TAX COLLECTOR
TAX COLLECTOR
DENTON, MD 21629

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**
**Notices mailed by May 12, 2008 and sent to the following:**

**NOTICE OF DEBTORS' SEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**



TURNER COUNTY
ATTN MARLYS ANDERSEN
P O BOX 250
PARKER, SD 57053

TWEEL, W. DAVID
215 WOODBRIDGE DRIVE
CHARLESTON, WV 25311

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATN PAMELA WIEDER
U.S. BANK CORORATE TRUST SERVICES
EP-MN-WS1D, 60 LIVINGSTON AVE
SAINT PAUL, MN 55107

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATTN KATHERIN CONSTANTINE
DORSEY & WHITNEY LLP
50 SOUTH SIXTH ST, STE 1500
MINNEAPOLIS, MN 55402

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATTN KATHERINE CONSTANTINE
DORSEY & WHITNEY
50 SOUTH SIXTH ST
MINNEAPOLIS, MN 55402

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATTN KATHERINE CONSTANTINE
DORSEY & WHITNEY LLP
50 SOUTH SIXTH ST
MINNEAPOLIS, MN 55402

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATTN KATHERINE CONSTANTINE
DORSEY & WHITNEY LLP
50 SOUTH SIXTH ST, STE 1500
MINNEAPOLIS, MN 55402

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATTN KATHERINE CONSTANTINE
DORSEY WHITNEY LLP
50 SOUTH SIXTH ST, STE 1500
MINNEAPOLIS, MN 55402

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATTN KATHERINE COSTANTINE
DORSEY & WHITNEY LLP
50 SOUTH SIXTH ST
MINNEAPOLIS, MN 55402

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATTN KATHERINE COSTANTINE
DORSEY & WHITNEY LLP
50 SOUTH SIXTH ST, STE 1500
MINNEAPOLIS, MN 55402

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATTN KATHERING CONSTANTINE
DORSEY & WHITNEY LLP
50 SOUTH SIXTH ST, STE 1500
MINNEAPOLIS, MN 55402

U.S. BANK NATIONAL ASSOCIATION, AS TTEE
ATTN PAMELA WIEDER
U.S. BANK CORPORATE TRUST SERVICES
EP-MN-WS1D, 60 LIVINGSTON AVE
SAINT PAUL, MN 55107

UPDYKE, PAUL S. SR. & CAROL J.
5017 GREENTREE RD.
LEBANON, OH 45036

VAN FLEET, BRUCE N.
7606 WEST BAYMEADOWS CIRCLE
JACKSONVILLE, FL 32256-1814

VAN FLEET, BRUCE N.
89 CLUB CREST DR
MAGGIE VALLEY, NC 28751

VAN WERT CO TREASURER
ATTN BEVERLY A FUERST, TREASURER
121 E MAIN ST # 200
VAN WERT, OH 45891

VITT, FRED & BETTY (TRUSTEES)
FREDERICK D. VITT, TRUST
U/A DTD 1/17/93
11045 HOLLAND CIRCLE
EDEN PRAIRIE, MN 55347

VONCK, THEODORE F. JR.
1659 VALOR RIDGE DRIVE
KENNESAW, GA 30152

VONWAHLDE, ROBERT F., TRUSTEE
ROBERT F. VONWAHLDE TRUST DTD
02/14/2006
11090 SIERRA PALM CT.
FORT MEYERS, FL 33966

WALTER, MARILYN J.
20 COYOTE HILL
PORTOLA VALLEY, CA 94028-8017

WARREN ENGINEERING, INC
ATTN ROBERT D. WARREN, PRESIDENT
119 E MAIN ST
MURFREESBORO, TN 37130

**Debtor: American Home Mortgage Holdings, Inc., et al**
**Case #: 07-11047 (CSS)**
**Notices mailed by May 12, 2008 and sent to the following:**

**NOTICE OF DEBTORS' SEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**



WEISER, DOUGLAS J.
112 SOUTH 48 ST
HARRISBURG, PA 17111-3425

WILHITE, V. RUSSELL IRA
104 CREEK CLIFF DRIVE
GATESVILLE, TX 76258-1011

WILLIAM/JOAN D ADLER LIVING TRUST
UA 6/1/92
874 YORKCHESTER DDR APT 150
HOUSTON, TX 77079-3441

WONG, TOM Y.T.
928 41ST STREET
BROOKLYN, NY 11219

WUNSCH, KEITH A.
6348 DARING PRINCE WAY
COLUMBIA, MD 21044

YATMAN, ATILLA
20237 KEARNEY HILL RD.
PFLUGERVILLE, TX 78660

YOUNG, MARIE V
3802 S VERSAILLES
DALLAS, TX 75209-5928

ZIELINSKI, JAMES
28679 RIVERS EDGE DR.
CARY, IL 60013-9735

ZUCKER, SANDRA E. REVOCABLE TRUST
SANRA ZUCKER TRUSTEE
4120 CAMBRIDGE COURT
ORANGE VILLAGE, OH 44122

Total Parties: 219