IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             : Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   : Jointly Administered
       Debtors.                                                    :
------------------------------------------------------------------ x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

ROSS MATRAY, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 12, 2008, I caused to be served the following:

a) A creditor specific Customized Exhibit to Debtors' Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as Exhibit A, and

b) Notice of Debtors' Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, dated May 12, 2008, to which is attached the Debtors' Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, [Docket No. 4029], dated May 12, 2008,

by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Ross Matray

Sworn to before me this
16th day of May, 2008

Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |
| | ) Objection Deadline: June 4, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: June 11, 2008 at 10:00 a.m. (ET) |
| AHM OB8 5/12/2008 (merge2.txnum2) 4000101227 | ) |

BAKER, LAYCE PATRICIA
7519 CEDAR DRIVE
CITRUS HEIGHTS, CA 95610

## NOTICE OF DEBTORS' EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

**TO:** BAKER, LAYCE PATRICIA    **Basis For Objection:** Debtors' books and records show reduced liability
7519 CEDAR DRIVE
CITRUS HEIGHTS, CA 95610

| | **Claim Number** | **Claim Amount** | **Reduced Amount** |
|---|---|---|---|
| **Claim to be Reduced** | 9264 | Priority - $2,678.00 | Priority - $2,678.00 |
| | | Unsecured - $2,678.00 | |

Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow in part the claim listed above because the Debtors have determined, after review of their books and records, that they are not liable for the whole amount asserted. The Objection seeks to alter your rights by decreasing your claim to the amount listed above in the "Reduced Amount" column.

Responses to the Objection, if any, must be filed on or before **June 4, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON JUNE 11, 2008 AT 10:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 12, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

**EXHIBIT B**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by May 12, 2008 and sent to the following:

NOTICE OF DEBTORS' EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

ARJONA KENNEDY, MIRAM
3772 W. BEECHWOOD
FRESNO, CA 93711

BAKER, LAYCE PATRICIA
7519 CEDAR DRIVE
CITRUS HEIGHTS, CA 95610

BARKLEY, SHANNON L.
22780 LAUREL GLEN RD # 111
CALIFORNIA, MD 20619

BOAND, SANDY
3408 GREENLEAF AVE
ISLAND LAKE, IL 60042

CANALES, SHANNON D
3570 ARGYLE AVE.
CLOVIS, CA 93612

CLARK, JULIE L
14781 DONCASTER RD
IRVINE, CA 92604

CSHV SOUTHPARK, LLC.
ENID M. COLSON, ESQ.
LINER YANKELEVITZ SUNSHINE & REGENSTREIF
1100 GLENDON AVENUE, 14TH FLOOR
LOS ANGELES, CA 90024

DE LAGE LANDEN FINANCIAL SERVICES, INC.
AGENT FOR BANK LEUMI-ATTN SCOTT K LEVINE
C/O PLATZER SWERGOLD KARLIN LEVINE ET AL
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10018

DEKALB COUNTY TAX COMISSIONER
ATTN DARRYL J ELEM
4380 MEMORIAL DR STE 100
DECATUR, GA 30032

DOYLE, DENNIS JR.
7807 BAYMEADOWS RD, E
JACKSONVILLE, FL 32256

DOYLE, DENNIS M. JR.
7807 BAYMEADOWS RD. E.
JACKSONVILLE, FL 32256

DOYLE, DENNIS M. JR.
7807 BAYMEADOWS ROAD EAST
SUITE 1 & 2
JACKSONVILLE, FL 32256

ENGLAND, MEGHAN M.
1240 NORTH PLACENTIA AVE
FULLERTON, CA 92831

FORMER EMPLOYEES
JAMES E. HUGGETT / MARGOLIS EDELSTEIN
750 SOUTH MADISON STREET
SUITE 102
WILMINGTON, DE 19801

FRESE, SUSAN AND MCCARTHY
751 GRESHAM PLACE, NW
WASHINGTON, DC 20001

FRESE, SUSAN AND MCCARTHY
C/O FRESE, SUSAN AND MCCARTHY
1020 19TH STREET, N.W., SUITE 400
WASHINGTON, DC 20036

G. MELO, LLC
C/O MAGRUDER & ASSOCIATES
PHIL W. HATHCOCK, PROPERTY MANAGER
1889 PRESTON WHITE DR., STE 200
RESTON, VA 20191

GALLEGOS, JODY L.
430 JEFFREY AVENUE
EAST MEADOW, NY 11554

GERRITY, SEAN
2631 HEATHERSTONE DR
SAN RAFAEL, CA 94903

GOMEZ, ROLAND
12422 S HAROLD
PALOS HEIGHTS, IL 60463

HEATH, ANDREW P
10658 SE JASON LANE
PORTLAND, OR 97086

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by May 12, 2008 and sent to the following:

NOTICE OF DEBTORS' EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

HICKS JR., ROBERT E.
1418 E 103RD ST 1ST FL
BROOKLYN, NY 11236

HORROCKS, STEPHEN
21862 HARBORBREEZE LN
HUNTINGTON BEACH, CA 92646

HUGHES, SHARAINE
C/O MARY CATHERINE SHERIDAN ESQ
HALL SICKELS FREI KATTENBURG & MIMS PC
12120 SUNSET HILLS RD STE 150
RESTON, VA 20190

HUNTER GROUP INTERNATIONAL, INC., THE
16405 NORTHCROSS DRIVE G-2
HUNTERSVILLE, NC 28078

IDAHO STATE TAX COMMISSION
ATTN: RONALD V CROUCH, ADMINISTRATOR
P.O. BOX 56
BOISE, ID 83756-0056

JAMES, MARK R.
2911 PACIFIC HTS RD
HONOLULU, HI 96813

JETT, H.L.
1808 W. GRACE AVE
SPOKANE, WA 99205

JOHNSTON, JOHN A.
23 CHAMPNEY PL.
LAGUNA NIGUEL, CA 92677

KERR, KEVIN
1614 MYRTLEWOOD ST.
COSTA MESA, CA 92626

LARSEN, LESLIE J
0N611 SUZANNE DR
WINFIELD, IL 60190

LARSEN, LINDA
16252 TREASURE COVE
BULLARD, TX 75757

LAWRENCE, JOY
165 COMMACK RD
DEER PARK, NY 11729

LEWISVILLE INDEPENDENT SCHOOL DISTRICT
C/O ANDREA SHEEHAN
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 NORTH CENTRAL EXPRESSWAY
DALLAS, TX 75205

LOFTIS, NORMAN
3 DEERFIELD AVENUE
SAG HARBOR, NY 11963

LOFTIS, NORMAN
ELIHU E. ALLINSON, III
SULLIVAN HAZELTINE ALLINSON LLC
4 EAST 8TH STREET, SUITE 400
WILMINGTON, DE 19801

MACKO, KIMBERLY
536 S. WALNUT AVE
BREA, CA 92821

MACLIN, JILLIAN S
1111 JOSELSON AVE
BAY SHORE, NY 11706

MARCANO, ANGELICA
11 SPRING MEADOW DRIVE
KINGS PARK, NY 11754

MARICOPA COUNTY TREASURER
MADELEINE C WANSLEE
201 E WASHINGTON, STE 800
PHOENIX, AZ 85004

MASCOLO, JACQUELINE M.
31 S COLUMBIA ST
PORT JEFFERSON STATION, NY 11776

MCLOUGHLIN, MARGARET
43 AVENUE I
FARMINGDALE, NY 11735

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by May 12, 2008 and sent to the following:

NOTICE OF DEBTORS' EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

MEDINA, FREEDA
352 STONEGATE RD
BOLINGBROOK, IL 60440

MERRY LYNNE SCREEN PRINTING
ATTN JAMES M LYND
293 COMO AVE
SAINT PAUL, MN 55103

MEYER, DAVID C.
1933 NW 95TH
SEATTLE, WA 98117

MILLER, KRYSTAL
PO BOX 7133
HICKSVILLE, NY 11802

MINUTILLO, MARIE
12204 SUMMERWOOD LN
ALPHARETTA, GA 30005

MOFFETT, JOAN T
402 CRESSWELL RD
BROOKLYN, MD 212253914

MOORE, MICHAEL R.
13930 RANCHO SOLANA TRAIL
SAN DIEGO, CA 92130

MORA, ROSA
731 VISTA ISLES DR APT 1528
SUNRISE, FL 33325

NELSON, TRACY
2645 MARLEIGH FARM ROAD
KENNESAW, GA 30152

NISCHO, JAMES
904 CONNECTQUOT AVE
ISLIP TERRACE, NY 11752

NUCKOLS, KATHRYN
295 COTTONWOOD LANE
STAUNTON, VA 24401

O'BRIEN, BARON N
2550 FIFTH AVE #167
SAN DIEGO, CA 92103

OSTERHOUT, CERA
226 WOODBINE DR
MILFORD, MI 48380

PASSANIESE, MICHAEL
1518 S ADAMS ST
SPOKANE, WA 99203

PATTON, MICHELE
7300 KEY DEER CIRCLE
MIDLOTHIAN, VA 23112

PEACOCK BAKER, DEBORAH A
101 LANTERN LANE
MOUNT LAUREL, NJ 08054

PERRY, JOSEPH
6719 E. LISERON
BOYNTON BEACH, FL 33437

PLUGUES, MICHAEL
19 YOSEMITE LANE
CORAM, NY 11727

POWELL, VICKY
13513 NORTHWEST CT.
HASLET, TX 76052

POWERS, KENNETH C
109 SHIPPEN ST APT 2
WEEHAWKEN, NJ 07086

PUNDT, LISA KNEIP
8616 LONG MEADOW DR
JOHNSTON, IA 50131

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

Page 4 of 5

**NOTICE OF DEBTORS' EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

Notices mailed by May 12, 2008 and sent to the following:

RAMER, JAN
1562 YARROW CIRCLE
BELLPORT, NY 11713

REUILLE, LORI
7724 EDISTO DR
NEW HAVEN, IN 46774

RUBIN, SVETLANA
2681 WEST 2ND ST
APT 2F
BROOKLYN, NY 11223

SCHELL, BRIAN R.
25 HOPE ST
WEST BABYLON, NY 11704

SCHWARTZKOPF, DARRELL
11634 E EVANS AVE
AURORA, CO 80014

SIMON, CANDY L
37620 GLENN AVE
CATHEDRAL CITY, CA 92234-1963

SKYVIEW MARKETING, LLC
C/O SILCON GROUP
ATTN RICHARD BELLO
142 BOND STREET
ELIZABETH, NJ 07201

SKYVIEW MARKETING, LLC
WOLFF & SAMSON PC
THE OFFICES AT CYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

SMITHKLINE BEECHAM, PLC
C/O JONES LANG LASALLE AMERICAS, INC
NANCY A CONNERY, ESQ. SHOEMAN UPDIKE
60 EAST 42ND STREET
NEW YORK, NY 10065-0006

SMITHKLINE BEECHAM, PLC
FREDERICK B. ROSNER, ESQ.
DUANE MORRIS LLP
1100 N. MARKET ST., SUITE 1200
WILMINGTON, DE 19801

SOMERMAN, STEVEN
17 TORTOISE SHELL
COTO DE CAZA, CA 92679

SOUDERTON AREA SCHOOL DISTRICT/UPPER
SALFORD TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS, ESQUIRE
2000 MARKET ST., 10TH FL-ROTHSCHILD LLP
PHILADELPHIA, PA 19103-3291

SPRING-FORD AREA SCHOOL DISTRICT
LIMERICK TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS ESQ, FOX
ROTHSCHILD
2000 MARKET STREET, 10TH FLOOR
PHILADELPHIA, PA 19103-3291

STAFFORD, PAMELA J
10320 BLUFF VALLEY
CT
LAS VEGAS, NV 89178

THAKARAR, GOOL
2 FENBROOK DR
LARCHMONT, NY 10538

THOMAS P. HOFFMAN (VA)
23000 SPRINGWOOD CIRCLE
MILLSBORO, DE 19947

THOMPSON, CHERYL
1265 11TH STREET
#215
WEST DES MOINES, IA 50265

TOBIN, JENNIFER
10836 MOUNTSHIRE CIRCLE
HIGHLANDS RANCH, CO 80126

TRAMIL, BILL
****NO ADDRESS PROVIDED****

TSESMETZIS, STEFANOS
112 WINTER LANE
HICKSVILLE, NY 11801

WALKER, BRIAN & JEANNE
3703 E. MENAN-LORENZO HWY
MENAN, ID 83434

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)
Notices mailed by May 12, 2008 and sent to the following:

NOTICE OF DEBTORS' EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

WEINHEIMER, TRACEY K
2291 AIRPORT ROAD
GREENFIELD, IA  50849

WELLNESS AT WORK
ATTN MARILYN KIER
540 FRONTAGE RD
NORTHFIELD, IL  60093

WATSON, MARINA
9511 BEACH MILL RD
GREAT FALLS, VA  22066

Total Parties: 87