IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :    Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :    Jointly Administered
    Debtors.                                                           :
---------------------------------------------------------------------- x

## SUPPLEMENTAL AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

       ROSS MATRAY, being duly sworn, deposes and says:

       1.    I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

       2.    On May 14, 2008, I caused to be served the following:

       a)    A creditor specific Customized Exhibit to Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, a sample of which is attached hereto as <u>Exhibit A</u>, and

       b)    Notice of Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, dated April 28, 2008, to which is attached the Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1, [Docket No. 3880], dated April 28, 2008,

by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Ross Matray*
Ross Matray

Sworn to before me this
16th day of May, 2008

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: May 20, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: May 28, 2008 at 11:00 a.m. (ET) |

AHM OB6 4/28/2008 (merge2.txnum2) 4000100715
ALLEGHENY POWER
ATTN CAROL L. STOUT, CREDIT REP.
P.O. BOX 1392
FAIRMONT, WV 26555-1392

## NOTICE OF DEBTORS' SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

**TO:** ALLEGHENY POWER
ATTN CAROL L. STOUT, CREDIT REP.
P.O. BOX 1392
FAIRMONT, WV 26555-1392

**Basis For Objection:** Debtors' books and records show claim should be reduced and reassigned to another case number

| Claim to be Reduced and Reassigned | Claim Number | Claim Amount | New Case # | Reduced Amount |
|---|---|---|---|---|
| | 8781 | $206.13 | 07-11051 | $123.67 |

Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow in part the claim listed above because the Debtors have determined, after review of their books and records, that such claim should be reduced and reassigned to the 'New Case Number' listed above. The Objection seeks to alter your rights by decreasing your claim to the reduced amount listed above and by reassigning your claim to the 'New Case Number' listed above.

Responses to the Objection, if any, must be filed on or before **May 20, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 28, 2008 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 28, 2008
Wilmington, Delaware

**EXHIBIT B**

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

Notices mailed by May 15, 2008 and sent to the following:

**NOTICE OF DEBTORS' SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

Page 1 of 2

---

ALLEGHENY POWER
ATTN CAROL L. STOUT, CREDIT REP.
P.O. BOX 1392
FAIRMONT, WV 26555-1392

APPRAISING IN DELAWARE, INC.
ATTN PATTI PERSIA, OWNER
129 SCHOOL PL
MILFORD, DE 19963

ARROW APPRAISAL CORP
ATTN TROY A ENGLUND, PRESIDENT
4536 RACHEL BLVD
WEEKI WACHEE, FL 34607

B&B COOL AIR INC
ATTN GREGORY V. BOREK
1511 GRETCHEN AVE
STE A
LEHIGH ACRES, FL 33971

BELTRAN, MAGDALENA (MAGGIE)
1040 EAST WASHINGTON
BLVD NUM 24
ESCONDIDO, CA 92027

BOWEN, LARRY & SUZANNE
C/O JOHN M. BERMAN
7175 SW BEVELAND, #210
TIGARD, OR 97223

BUEHRLE, JUDITH M
406 S CHURCH ST
NUMBER 122
ST PETERS, MO 63376

BURDICK RESIDENTIAL APPRAISALS
ATTN JULIE BURDICK, OWNER
5930 E PIMA # 120
TUCSON, AZ 85712

BURDICK RESIDENTIAL APPRAISALS
JULIE BURDICH, OWNER
5930 E PIMA #120
TUCSON, AZ 85712

CALDERONE, SAMANTHA
7 RUSSELL DR
APT B69
MINEOLA, NY 11501

CERTIFIED APPRAISAL SERVICE
ATTN ELBERT CECIL WRIGHT, OWNER
97 TOLLGATE TRAIL
LONGWOOD, FL 32750

CISNEROS, MARTHA P
565 W 13TH ST
APT F
SAN PEDRO, CA 90731

CITY OF DOVER
NATALIE COFONE, BILLING SUPERVISOR
5 EAST REED STREET
PO BOX 7100
DOVER, DE 19903-7100

COACHELLA VALLEY APPRAISAL
ATTN DALE BERNER, OWNER
43385 TENNESSEE AVE
PALM DESERT, CA 92211

COLANDRO, MARY A
32 PEARSALL AVE
APT 2B
GLEN COVE, NY 11542

COLUMBUS COUNTY
ATTN RICHARD J GORE, TAX ADMINISTRATOR
COLUMBUS CO TAX OFC
PO BOX 1468
WHITEVILLE, NC 28472

CONNECTICUT LIGHT AND POWER
COMPANY, THE
NORTHEAST UTILITIES
ATTN MARY A GOFFIN, TEAM SUPERVISOR
PO BOX 2899 - CREDIT AND COLLECTIONS
HARTFORD, CT 06101-8307

COUNTRYWIDE HOME LOANS, INC.
C/O DAVID J NOWACZEWSKI, BODMAN LLP
6TH FLOOR AT FORD FIELD
1901 ST ANTOINE STREET
DETROIT, MI 48226

CRUZ, CHRISTINE A
7 GLEN HOLLOW DR
APT B36
HOLTSVILLE, NY 11742

DEATHERAGE, STEPHANIE
4809 FORTUNES RIDGE
TRAIL
CHARLOTTE, NC 28269

DINH, VIVIAN M
12301 EPSILON
STREET
GARDEN GROVE, CA 92840

Debtor: American Home Mortgage Holdings, Inc., et al
Case #: 07-11047 (CSS)

NOTICE OF DEBTORS' SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

Page 2 of 2

Notices mailed by May 15, 2008 and sent to the following:

DJ, LLC
201 WEST MAIN STREET
SUITE 101
MISSOULA, MT 59802

GRAVELY-ROBINSON, KAREN
C/O ROBERT A WILLIAMS, ESQ.
45 JONES ST
MARTINSVILLE, VA 24112

HARDIN COUNTY
ATTN RYAH A. ZERBY, ASST PROSECUTOR
1 COURTHOUSE SQ.
STE 230
KENTON, OH 43326

HENDERSON APPRAISAL SRV
ATTN MICHAEL K. HENDERSON
5801 N. POLK DR.
KC, MO 64151

JOHN BLUEL APPRAISAL SERVC
ATTN JOHN BLUEL
5978 SCHROEDER RD
MADISON, WI 53711

MOORE APPRAISAL CO., INC
ATTN ROBERT W MOORE, PRESIDENT
160 WEST CARMEL DRIVE
SUITE 214
CARMEL, IN 46032

ORANGE AND ROCKLAND UTILITIES, INC.
ATTN MARCIA MCLEOD, SUPERVISOR
390 W ROUTE 59
SPRING VALLEY, NY 10977-5300

PETERS, KIMBERLY K (KIM)
8960 SUTTERS GOLD DRIVE
SACRAMENTO, CA 95826

PRESSMAN, CARYN
314 HART STREET
FIRST FLOOR
BROOKLYN, NY 11206

REPUBLIC WASTE SERVICES
ATTN LESLIE HARRIS, CREDIT DEPT
PO BOX 9001815
LOUISVILLE, KY 40290-1815

REYES, MILDRED M.
8973 TAMAR DRIVE
APT 302
COLUMBIA, MD 21045

RINGSTONE PARTNERS, LLC
ATTN DEBBIE STONER, PARTNER/PROP MGR.
PO BOX 160897
BIG SKY, MT 59716

SMITH, MICHAEL R
167 THOMAS POWELL BLVD
FARMINGDALE, NY 11735

SOUDERTON AREA SCHOOL DISTRICT/UPPER
SALFORD TOWNSHIP TAX COLLECTOR
PRINCE ALTEE THOMAS, ESQUIRE
2000 MARKET ST., 10TH FL.-ROTHSCHILD LLP
PHILADELPHIA, PA 19103-3291

WEST COAST CONTRACTING OF NEVADA INC
ATTN MARIO RAMIREZ
PRESIDENT
7785 WHITE FIRST ST
RENO, NV 89523

Total Parties: 36