IN THE UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------X  Chapter 11

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,   Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,[1]

                                      Debtors.   Jointly Administered

------------------------------------------------------------------X  Objection Deadline: June 9, 2008 at 4:00 p.m.
                                                                           Hearing: To Be Determined

## FIRST APPLICATION FOR
## REIMBURSEMENT OF EXPENSES OF MEMBERS
## OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

TO:    THE HONORABLE CHRISTOPHER S. SONTCHI,
         UNITED STATES BANKRUPTCY JUDGE:

        The Official Committee of Unsecured Creditors (the "Committee") of American Home Mortgage Holdings, Inc. et al., (the "Debtors"), by its co-counsel, Hahn & Hessen LLP and Blank Rome LLP, respectfully represents:

        1.    On August 6, 2007 (the "Petition Date"), the Debtors filed a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code. The Debtors have continued in the management and operation of its business as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtors' case.

        2.    On August 14, 2007, the United States Trustee for the District of Delaware appointed the Committee, which is comprised of the following five (7) members: Wilmington Trust Company; United Parcel Service, c/o The Receivable Management Services Corporation,

---

[1]     The Debtors in these cases are: AHM Holdings; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

128189.01600/21690955v.1

Its Agent; The Bank of New York Trust Company, N.A.[2]; Deutsche Bank National Trust Co.; as Trustee; Nomura Credit & Capital, Inc.; Impac Funding Corporation; and Waldners Business Environments, Inc[3].

       3.      Certain members of the Committee, as identified below, incurred out-of-pocket expenses in the aggregate amount of $808.25 in connection with their attendance at Committee meetings.

       4.      Annexed hereto as Exhibit "A" is the Affidavit of Martin N. Feig (The Bank of New York), together with copies of receipts and other documentation in support of his expenses incurred in connection with attendance at Committee meeting(s). The details of such expenses are as follows:

| Date of Meeting | Description of Expense | Amount |
|---|---|---|
| 8/14/2007 | **Train Fare** | $176.00 |
| | Taxi fare | 7.00 |
| | Car Expense/Mileage | 39.38 |
| | Parking | 10.50 |
| | **Grand Total:** | **$ 232.88** |

       5.      Annexed hereto as Exhibit "B" is the Affidavit of Eric A. Schaffer (Counsel to The Bank of New York), together with copies of receipts and other documentation in support of his expenses incurred in connection with attendance at Committee meeting(s). The details of such expenses are as follows:

---

[2] The Bank of New York Trust Company resigned from the Committee and was replaced with Law Debenture Trust Company of New York pursuant to notice of the Office of the United States Trustee dated December 7, 2007.

[3] Waldner Business Environments, Inc. subsequently resigned from the Committee and has not yet been replaced.

| Date of Meeting | Description of Expense | Amount |
|---|---|---|
| 8/14/2007 | Air Transportation (Round trip-Pittsburgh-Philadelphia) | $374.80 |
| | Taxi fare | 155.00 |
| | Car Expense/Mileage | 22.31 (46 miles @ $0.485 per mile) |
| | Parking | 19.00 |
| | Meals | 4.26 |
| | **Grand Total:** | **$ 575.37** |

**WHEREFORE**, the undersigned, in accordance with Bankruptcy Rule 2016(a) and on behalf of the Committee, respectfully requests reimbursement in full of the out-of-pocket expenses incurred by the Committee members as detailed in paragraphs 4 and 5 above.

Dated: May 19, 2008         **BLANK ROME LLP**

By: */s/ Bonnie Glantz Fatell*
Bonnie Glantz Fatell (DE No. 3809)
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

     -and-

**HAHN & HESSEN LLP**
488 Madison Avenue
New York, New York 10022
Phone (212) 478-7200
Attn:    Mark S. Indelicato, Esq.
         Mark T. Power, Esq.

Co-Counsel to The Official Committee of Unsecured Creditors