IN THE UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------X   Chapter 11

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,    Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,[1]    Jointly Administered

                   Debtors.    **Objection Deadline: June 9, 2008 at 4:00 p.m.**
                           **Hearing: To Be Determined**
----------------------------------------------------------------X

**NOTICE OF FIRST APPLICATION FOR
REIMBURSEMENT OF EXPENSES OF MEMBERS OF
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**PLEASE TAKE NOTICE** that The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc. et al., (the "Committee"), by and through its undersigned co-counsel, has filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the attached First Application for Reimbursement of Expenses of Members of the Official Committee of Unsecured Creditors (the "Application"). The Application requests reimbursement of expenses in the aggregate amount of $808.25.

You are required to file a response to the Application on or before **June 9, 2008 at 4:00 p.m. (Eastern)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response, so that it is received by the Objection Deadline, upon (i) the Applicants, (ii) co-counsel for the Committee, Mark T. Power, Esq. (Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022) and Bonnie Glantz

---

[1] The Debtors in these cases are: AHM Holdings; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

128189.01600/21690956v.1

Fatell, Esq. (Blank Rome LLP, 1201 Market Street, 8th Floor, Wilmington, DE 19801); (iii) the Debtors, Attn: Alan Horn, General Counsel (American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, NY 11747); (iv) counsel for the Debtors, James L. Patton, Jr., (Young, Conaway, Stargatt & Taylor, 1000 West Street, 17th Floor, PO Box 391, Wilmington, DE 19899) and Attn: Jeffrey M. Levine (Milestone Advisors, LLC, 1775 Eye Street, NW, Suite 800, Washington, DC  20006; (v), Joseph McMahon Jr. (The Office of the United States Trustee, J. Caleb Boggs Building, 844 King Street, Suite 2313, Wilmington, DE 19801); (vi) Attn: Margot B. Schonholtz and Scott D. Talmadge (Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022) and Attn: Laurie Selber Silverstein (Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801); and (vii) Attn: Corinne Ball and Erica M. Ryland (Jones Day, 222 East 41st Street, New York, New York 10017 and Attn: Victoria Counihan (Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801) .

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OF HEARING.

Dated: May 19, 2008                         **BLANK ROME LLP**

By: */s/ Bonnie Glantz Fatell*
　　Bonnie Glantz Fatell (DE No. 3809)
　　David W. Carickhoff (DE No. 3715)
　　1201 Market Street, Suite 800
　　Wilmington, DE 19801
　　Telephone: (302) 425-6400
　　Facsimile: (302) 425-6464

　　Co-Counsel to The Official Committee
　　of Unsecured Creditors

128189.01600/21690956v.1