IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> American Home Mortgage Holdings, Inc., et al.[1] <br><br> Debtors | : Chapter 11 <br> : <br> : Case No. 07-11047 (CSS) <br> : (Jointly Administered) <br> : <br> : <br> : |

**STATE OF PENNSYLVANIA** :
: ss.:
**COUNTY OF ALLEGHENY** :

      Martin N. Feig ("Affiant") being duly sworn, deposes and says:
(Name)

    1.    I am the <u>Vice President of The Bank of New York,</u>
                      (Title)                     (Company)

a member of the Official Creditors' Committee (the "Committee") of the above-named Debtor.

    2.    Affiant and/or other members of my company attended meetings of the Committee in <u>Philadelphia, Pennsylvania</u> on the following dates:

        <u>August 14, 2007</u>

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

ORIGINAL

3. In connection with functions and duties as a member of the Committee, I/we have incurred necessary expenses in the aggregate amount of $232.88 as more fully set forth on the annexed schedule. All documentation in support of those expenses (receipts, etc.) is attached hereto.

WHEREFORE, Affiant seeks reimbursement of my/our expenses in the aggregate amount of 232.88.

Martin Feig
Vice President

Sworn to before me this 6th
day of November, 2007

/s/ Carlos R. Luciano
Notary Public

CARLOS R. LUCIANO
Notary Public, State of New York
No. 41-4765897
Qualified in Queens County
Commission Expires 4/30/2010

**EXPENSE REPORT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC.,** *et al.*

| | |
|---|---|
| COMMITTEE MEMBER: | The Bank of New York Trust Company, N.A. |
| NAME OF INDIVIDUAL COVERED BY REPORT: | Martin N. Feig, The Bank of New York Trust Company, N.A. |
| DATE OF MEETING: | August 14, 2007 |

In connection with the above organizational meeting of the Official Creditors Committee, I hereby certify that I incurred the following expenses:

Transportation Expense

| | |
|---|---|
| Train Fare | $176.00 |
| Taxi | $7.00 |
| Car Expense/Mileage | $39.38 |
| Parking | $10.50 |
| Other | $ |
| SUBTOTAL | $232.88 |
| | |
| Lodging Expense | $ |
| Meals | $ |
| Miscellaneous Expenses (itemize on separate sheet) | $ |
| SUBTOTAL | $232.88 |
| **TOTAL EXPENSES INCURRED** | **$232.88** |

**Dated:** November 2, 2007

Signature of Individual Covered by Report

Attach all receipts for expenses in excess of $25.00.

Home > Manage Expenses > Administer Expense Functions > Report > Expense Report    New Window

Help



## Expense Report
**Martin Feig**

**0000066391**
EmplID: 556405

| | |
|---|---|
| Report Date: | 08/21/2007  9:27:08AM     Status: Submitted |
| Description: | Trip to Wilmington, DE |
| Comment: | organization meeting American Home Mtg. |

| Date | Expense Type | Merchant | Department | Long Description | Monetary Amount C |
|---|---|---|---|---|---|
| 08/13/2007 | Train Fare | AMTRAK NEW YORK NY | 0731047 | AMEX REF#:020654607226495 R/T Metro Park, NJ to Wilmington, DE | 176.00 U |
| 08/13/2007 | Mileage-Personal Auto | | 0731047 | Airmont, NY to Metro Park | 39.38 U |
| 08/13/2007 | Tolls & Parking | | 0731047 | Parking and tolls | 10.50 U |
| 08/13/2007 | Other / Misc Travel | Taxi | 0731047 | Taxi | 7.00 U |

| | |
|---|---|
| Total Employee Expenses: | 232.88 US |
| Total Personal Expenses: | 0.00 US |
| Total Prepaid Expenses: | 0.00 US |
| Total Employee Credits: | 0.00 US |
| Total Vendor Credits: | 0.00 US |
| Total Cash Advances: | 0.00 US |
| Total Due Employee: | 232.88 US |
| Total Due Vendor: | 0.00 US |

I certify that the information provided above is an accurate record of expenses incurred.

Employee Signature        Date

Approved By        Date

Return to Expense Sheet

**AMERICAN EXPRESS® BUSINESS TRAVEL**

```
SALES PERSON: LF            ITINERARY/INVOICE NO. 0035051        DATE: 13 AUG 07
CUSTOMER NBR: 0000317577                                         PAGE: 01
                                                  DZJFRK

        TO: THE BANK OF NEW YORK MELLON CORP
            101 BARCLAY STREET 8W
            NEW YORK, NY 10286
            MARTIN FEIG 212-815-5383
            **NN DLVR 13AUG**

FOR: FEIG/MARTIN N              REF: 556405
```

```
        FOR CANCELLATIONS OR CHANGES TO THIS RESERVATION
        PLEASE CALL 212-298-1700 OR 800-922-8576
14 AUG 07  -  TUESDAY
   RAIL   AMTRAK SERVICE                    CONFIRMATION 2V095F81
          LV METROPARK NJ       827A
          AR WILMINGTON DE      929A
          TRAIN 2109
          AMTRAK 001KA BSNSS
   RAIL   AMTRAK SERVICE                    CONFIRMATION 2V095F81
          LV WILMINGTON DE      212P
          AR METROPARK NJ       316P
          TRAIN 2166
          AMTRAK 002KC BSNSS

20 FEB 08  -  WEDNESDAY
   OTHER NOTE
          THANK YOU FOR CHOOSING AMERICAN EXPRESS ONE.HAVE A PLEASANT
          TRIP.

RAIL TICKET   2V7056005255     FEIG MARTIN
                               BILLED TO AMERICAN EXPRESS         176.00*

                               TOTAL BASE                         176.00
                               TOTAL TAX                            0.00
                               NET CC BILLING                     176.00*

                               TOTAL AMOUNT DUE                     0.00
```

CONTINUED ON PAGE 2

