IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re:                                              : Chapter 11
                                                    :
                                                    : Case No. 07-11047 (CSS)
American Home Mortgage Holdings, Inc., et al.[1]    : (Jointly Administered)
                                                    :
                        Debtors                     :
                                                    :

---

**STATE OF PENNSYLVANIA**    :
                             : ss.:
**COUNTY OF ALLEGHENY**      :

      Eric A. Schaffer ("Affiant") being duly sworn, deposes and says:
(Name)

    1.    I am the Counsel to The Bank of New York Trust Company, N.A.,
           (Title)        (Company)

a member of the Official Creditors' Committee (the "Committee") of the above-named Debtor.

    2.    Affiant and/or other members of my company attended meetings of the Committee in Philadelphia, Pennsylvania on the following dates:

    August 14, 2007

---

[1] The Debtors in these cases, are: American Home Mortgage Holdings, Inc.; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc; and Great Oak Abstract Corp.

3. In connection with functions and duties as a member of the Committee, I/we have incurred necessary expenses in the aggregate amount of $575.37 as more fully set forth on the annexed schedule. All documentation in support of those expenses (receipts, etc.) is attached hereto.

WHEREFORE, Affiant seeks reimbursement of my/our expenses in the aggregate amount of 575.37.

_____

Sworn to before me this
day of November 9, 2007

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Agnes S. Lesko, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Jan. 13, 2008

Member, Pennsylvania Association Of Notaries

**EXPENSE REPORT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC.,** *et al.*

COMMITTEE MEMBER:   The Bank of New York Trust Company, N.A.

NAME OF INDIVIDUAL COVERED
BY REPORT:   Eric A. Schaffer, Counsel to The Bank of New York Trust Company, N.A.

DATE OF MEETING:   August 14, 2007

In connection with the above organizational meeting of the Official Creditors Committee, I hereby certify that I incurred the following expenses:

Transportation Expense

| | |
|---|---|
| Airfare | $374.80 |
| Taxi | $155.00 |
| Car Expense/Mileage | $22.31 (46 miles @ $0.485 per mile) |
| Parking | $19.00 |
| Other | $ |
| SUBTOTAL | $571.11 |
| | |
| Lodging Expense | $ |
| Meals | $4.26 |
| Miscellaneous Expenses (itemize on separate sheet) | $ |
| SUBTOTAL | $575.37 |
| **TOTAL EXPENSES INCURRED** | $575.37 |

Dated: November 2, 2007

_____
Signature of Individual Covered by Report

Attach all receipts for expenses in excess of $25.00.

```
            Au Bon Pain
       Pittsburgh Airport Landside

Office Catering Specialists 800-765-4227

              STORE #110

             Tell Us About Us
        For Feed back or Comments
            Call 1-866-663-9586
        http:/www.creativehostservices.com

              Ticket #244
2007-08-14                          6:48 AM
         110 1 56 244

  2 Cinnamon Bagel                     1.98

TO GO                                  1.98
Tax                                     .14
Amount Due                             2.12

CASH                                   2.25
Change                                  .13
```

```
              DELILAH
            215-240-5067
             THANK YOU
             CALL AGAIN

REG   08-14-2007   03:44 PM
C01        MC#01      000041

 1 BAGEL        T1       $1.00
 1 BAGEL        T1       $1.00
   TXBL TL               $2.00
   TAX                   $0.14
   TL                    $2.14
   CASH                  $2.25
   CG                    $0.11
```

**BOB'S TRANSPORT**
24 Hour Taxi Service
(302) 598-6028

Date 8/14/07   Cab # 45
From _____
To _____
Amount $85   Driver _____

PATRON'S RECEIPT

**CRESCENT CAB ASSOCIATION**
7009-21 Grays Ave., Phila., PA 19142
215-365-3500

CAB NO. _____ DATE 8/14/07 TIME _____ A.M. / P.M.

RECEIVED FROM M _____

DOLLARS 70   CENTS 00

FOR TRIP FROM _____
TO _____

DRIVER _____

In case of complaint, please mail this receipt to Crescent Cab Association., 7009-21 Grays Ave., Phila., PA 19142 with full particulars.

**Ryan, Mary L.**

**From:** US Airways [reservations@email.myusairways.com]
**Sent:** Monday, August 13, 2007 10:45 AM
**To:** Ryan, Mary L.
**Subject:** US Airways Travel Confirmation

Please add reservations@myusairways.com to your personal address book to ensure delivery. Please do not reply to this e-mail.



**Quick Links:**
- Web Check-in
- Book travel
- Car reservations
- Hotel reservations
- Join Dividend Miles
- My Dividend Miles
- Credit Cards
- US Airways Club
- Travel Protection

### Travel Confirmation: C88CL1

Thank you for flying US Airways. Your purchase is now complete and your reservation has been electronically ticketed. No paper tickets will be sent. For customer assistance, please call 800-428-4322.

Download your reservation to Outlook

| CONFIRMATION | C88CL1 |
|---|---|
| Date Issued | 7:53 AM 8/13/07 |
| Form of Payment | American Express ***********2001 |
| Grand Total | $265.40 |



**Travel protection**
Access America can help protect you from losing prepaid deposits and paying additional expenses caused by unexpected cancellations or trip interruptions. Put your mind at ease - buy your coverage now!

### Passenger Information

| Party of 1 | Dividend Miles # | Ticket # | Seat # |
|---|---|---|---|
| ERIC SCHAFFER | 1697104 | 03721433165262 | 7A |

### Flight itinerary

| Depart | Flight # | From | To | Arrive | Details |
|---|---|---|---|---|---|
| 7:30 AM 14 Aug 2007 | 1833 | Pittsburgh, PA Airbus A319 | Philadelphia, PA | 8:41 AM 14 Aug 2007 | Meal: None Class: Coach |

|  |  |
|---|---|
| 1 Passenger(s) | |
| Fare | $237.21 |
| Taxes & Fees | $28.19 |
| **Grand Total** | **$265.40** |

**Need luggage or travel accessories for your trip?** Visit the Dividend Miles Shopping Mall and earn up to 15 miles per dollar spent.



08/13/2007



**Terms and conditions**
- Ticket expires one year from date of issue.
- Ticket is non-transferable.
- Ticket is non-refundable.
- Unused tickets must be cancelled by midnight on the date of departure to retain value..
- Any change to this reservation (including flight, dates, or cities) is subject to a $100.00 change fee per passenger. The new itinerary will be priced at the lowest available published fare at the time of change, which may result in a fare increase.
- Ticket expires one year from original date of issue. Unflown value expires one year from original date of issue.

**Time saver tips**
- Check out all our time saver tips.
- Traveling internationally? Review our international travel advisory.
- Skip the ticket counter with Web Check-in and print your boarding pass online.
- Pack like a pro with our baggage and carry-on policies.
- Make sure you're at the airport by our recommended airport arrival time.
- You must have your boarding pass to get through the security checkpoint. Learn more about the TSA Checkpoint Protocols.
- Change in your plans? Modify your reservation online.
- Your electronic ticket has been issued. Neither a paper ticket nor receipt will be sent by U.S. Mail. An electronic receipt has been sent to the e-mail address provided. Please print this itinerary and bring it to the aiport when you check-in.
- Please cancel your reservation if there is a change in your travel plans. Failure to cancel a confirmed booking will result in the automatic cancellation of your entire itinerary.

**Rules of carriage**
- To view, download or print the full document, visit the Contract of Carriage page.

A STAR ALLIANCE MEMBER 

We are committed to protecting your privacy. Your information is kept private and confidential.
For information about our privacy policy visit usairways.com.

Please do not reply to this email, it is not monitored. If you'd like to contact us, please visit our website.
US Airways, 111 W. Rio Salado Pkwy, Tempe, AZ 85281 | Copyright US Airways 1996 - 2007. All rights reserved.

08/13/2007

# US AIRWAYS

## Confirmation

Thank you for making your reservation on usairways.com. Your new reservation is now complete and your reservation has been electronically ticketed. No paper tickets will be sent.

| | |
|---|---|
| Confirmation | C88CL1 |
| Date Issued | 8/13/2007 |
| Form of Payment | American Express \*\*\*-\*\*\*\*-\*\*\*\*-2001 |
| Amount | $265.40 |

### Passenger Information

| Party of (1) | Dividend Miles # | Ticket # | Seats |
|---|---|---|---|
| ERIC SCHAFFER | 1697104 | 03721433165262 | 7A |

If you have selected an exit row, please view Emergency exit row/Airport check in kiosk notice

### Contact Information

| Contact Name | Day Phone | Destination Phone |
|---|---|---|
| ERIC SCHAFFER | (412) 860-8010 | |

### Itinerary and Fare Information

| Depart | Arrive | Flight # and Details | | |
|---|---|---|---|---|
| 7:30 AM 14 Aug 2007<br>Pittsburgh, PA | 8:41 AM 14 Aug 2007<br>Philadelphia, PA | **Flight:** 1833<br>**Class:** Coach | Airbus A319<br>**On-Time:** 60-70% | **Meal:** None<br>**Travel Time:** 1 h 11 m |

| | Summary (1 Passenger) |
|---|---|
| Base Fare | $255.00 |
| Taxes and Fees | $10.40 |
| **Grand Total** — Hide Details | **$265.40** |
| Passenger Type | Adult |
| Base Fare | |
| PIT to PHL - Fare Basis LXA0NA2 | $237.21 |
| Adjusted Base Fare | $237.21 |
| Tax: US Domestic Percentage | $17.79 |
| **Fare** | **$255.00** |
| Tax: US Domestic Segment | $3.40 |
| Fee: US Passenger Facility Charge | $4.50 |
| September 11 Security Fee | $2.50 |
| **Total Per Passenger** | **$265.40** |
| Number of Passengers | 1 |
| **Total by Passenger Type** | **$265.40** |

### Terms and Conditions

- Ticket is non-transferable.
- Ticket is non-refundable.
- Unused tickets must be cancelled by midnight on the date of departure to retain value.
- Any change to this reservation (including flight, dates, or cities) is subject to a $100.00 change fee per passenger. The new itinerary will be priced at the lowest available published fare at the time of change, which may result in a fare increase.
- Ticket expires one year from original date of issue. Unflown value expires one year from original date of

issue.

## Changes in Check-in Procedures

The Transportation Security Administration (TSA) is moving secondary passenger searches from the gate to the security checkpoints. This means customers will need to have a boarding pass to get through security checkpoints. E-ticket receipts, paper tickets and itineraries will no longer provide access through the security checkpoints.

## Travel Tips

Effective January 23, 2007, all U.S. citizens (including infants and children) will need a valid passport to travel to and from Bermuda, Canada, Mexico, Central and South America, and the Caribbean (excluding Puerto Rico and the U.S. Virgin Islands). If any portion of your trip will take place after January 22, 2007, you will need a valid passport to re-enter the U.S. This policy also applies to foreign nationals of Canada, Bermuda and Mexico. Plan ahead and start the process to get your passport today.

### International Travel
Required documents and helpful information on International Travel.

### Carry-on Update
Get the latest carry-on updates.

### Prepare for Checkpoint Inspection
All passengers are required to show their boarding pass at the security checkpoint. View Checkpoint Protocols.

### Arrive Early
Allow extra time for unexpected delays, parking, security and check-in. View our recommended Airport Check-In Times.

Get tips on traveling with infants and children, child safety or having a healthy flight.

### Rules of Carriage
To view, download or print the US Airways Rules of Carriage, visit our Contract of Carriage page.

Southwest Airlines Receipt and Itinerary                                              Page 1 of 2

## Schaffer, Eric A.

**From:** Southwest Airlines [SouthwestAirlines@mail.southwest.com]
**Sent:** Monday, August 13, 2007 10:50 AM
**To:** Schaffer, Eric A.
**Subject:** Ticketless Confirmation - SCHAFFER/ERIC - CU6PG4



Receipt and Itinerary as of 08/13/07 9:49 AM

**Confirmation Number: CU6PG4**


Check In Online

Confirmation Date: 08/13/07
Received: ERIC SCH

### Passenger Information

| Passenger Name | Ticket # | Account Number |
|---|---|---|
| SCHAFFER/ERIC | 526-2329123987-5 | 000000326524516 |

### Itinerary

| Date | Flight | Routing Details |
|---|---|---|
| Tue Aug 14 | 2568 | Depart PHILADELPHIA INTERNATIONAL (PHL) at 4:25 PM<br>Arrive in PITTSBURGH (PIT) at 5:45 PM |

### Cost and Payment Summary

Air           $ 92.09
Tax           $ 10.31
PFC Fee       $  4.50
Security Fee  $  2.50

**Total Payment: $109.40**

Current payment(s)
  08/13/07 AMER EXPRESS xxxxxxxxxxx2001 Ref 526-2329123987-5 $109.40

### Fare Rule(s)

Valid only on Southwest Airlines. All travel involving funds from this Confirm no. must be completed by 08/13/08. Any change to this itinerary may result in a fare increase.

Fare Calculation:

ADT- 1 PHLWNPIT YL 99.00 $99.00 ZP3.40 XFPHL4.50 AYPHL2.50 $109.40

### Important Checkin Requirement

Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to scheduled departure time may have their

08/13/2007

reserved space cancelled and will not be eligible for denied boarding compensation.

**Southwest Airlines Co. Notice of Incorporated Terms**

Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference.

**Notice of Incorporated Terms**

**Additional Information for Travelers**
Online Checkin | Free Baggage Allowance | Checkin Requirements | Print Security Document
Inflight Service | Travel Tips | Refund Information | Privacy Policy | Southwest Airlines Destinations

08/13/2007

**Ryan, Mary L.**

**From:** Southwest Airlines [SouthwestAirlines@mail.southwest.com]
**Sent:** Monday, August 13, 2007 10:50 AM
**To:** Ryan, Mary L.
**Subject:** Ticketless Travel Passenger Itinerary



This e-mail contains Southwest Airlines Ticketless Travel information and is being sent to you at the request of the Purchaser, Passenger, or individual responsible for arranging this air travel.

**Confirmation Number**
CU6RC4

**Passenger(s):**
ERIC SCHAFFER

**Itinerary**

| Date | Flight | Routing Details |
|---|---|---|
| Tue Aug 14 | 2568 | Depart Philadelphia(PHL) at 04:25 PM |
|  |  | Arrive in Pittsburgh(PIT) at 05:45 PM |

This is an itinerary only and is not considered a receipt.

**Click 'n Save ®**
Sign up today at www.southwest.com/email to receive a weekly e-mail announcing our latest special offers!

**Southwest Airlines Co. Notice of Incorporated Terms**
Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference.

**Notice of Incorporated Terms**

**Additional Information for Travelers**
Online Checkin | Free Baggage Allowance | Checkin Requirements | Print Security Document
Inflight Service | Travel Tips | Refund Information | Privacy Policy | Southwest Airlines Destinations

08/13/2007

Ryan, Mary L.
_____

**From:** Schaffer, Eric A.
**Sent:** Tuesday, August 14, 2007 8:21 PM
**To:** Ryan, Mary L.
**Subject:** Fw: Parking at the airport receipt


----- Original Message -----
From: gofastpass@grantoliver.com <gofastpass@grantoliver.com>
To: Schaffer, Eric A.
Sent: Tue Aug 14 18:30:03 2007
Subject: Parking at the airport receipt

Grant Oliver Corporation
501 Martindale Street
Pittsburgh, PA  15212

Terminal I.D.: 1
Merchant #: 400000055001005

Transaction:  2238900-00000087-01583A-226001-EG001827

Credit Card: VISA
Credit Card Number: ***********37047
Amount US $19.00

For Parking at the Pittsburgh International Airport
From: 08/14/2007 06:34
To: 08/14/2007 18:18
Lot: Short Term


46 miles = $22.31