PHILIP S. GERSON, ESQ.
Nevada Bar No.: 5964
CHRISTINE A. ROBERTS, ESQ.
Nevada Bar No.: 6472
OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 384-4012
Fax: (702) 383-0701
Email: bankruptcy@rocgd.com
Counsel for Clark County

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | ) CASE NO.: 07-11047-CSS |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC. | ) |
| | ) |
| Debtor. | ) |

### NOTICE OF WITHDRAWAL OF REQUEST FOR SERVICE OF PAPERS

TO ALL PARTIES:

**PLEASE TAKE NOTICE** that OLSON, CANNON, GORMLEY & DESRUISSEAUX, having appeared as counsel for CLARK COUNTY in the above referenced bankruptcy case and requested to be served with all notices given or required to be given, and all papers served or required to be served in this case.

**TAKE FURTHER NOTICE** that the below now withdraw their previous request for service of notices and papers in this case and request that parties in interest remove our name from the mailing matrix in this case, including electronic mail lists.

DATED this 19th day of May, 2008.

OLSON, CANNON,
GORMLEY & DESRUISSEAUX

By: /s/ Philip S. Gerson
PHILIP S. GERSON, ESQ.
Nevada Bar No. 5964
OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 W. Cheyenne
Las Vegas, Nevada 89129
Attorneys for CLARK COUNTY

**CERTIFICATE OF SERVICE BY ELECTRONIC FILING**

I HEREBY CERTIFY that on the 19th day of May, 2008, I served the foregoing document described as **NOTICE OF WITHDRAWAL OF REQUEST FOR SERVICE OF PAPERS** on the interested parties in this action by causing such document to be transmitted this date via internet/electronic mail for service on all parties in this case via their e-mail addresses, or in the manner indicated pursuant to Court order:

/s/ *Carol L. Wagner*
AN EMPLOYEE OF OLSON, CANNON, GORMLEY & DESRUISSEAUX