United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE. 19801

Cc: Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE. 19801

Cc: Epic Bankruptcy Solutions, LLC
757 Third Ave., 3rd Floor
New York, NY. 10017

Ref: Case No. 07-11047 (CSS), Claim No. 3445

Gentlemen:

I object to the above claim being expunged because of 'equity'. It is debt owed to me by AHM from my investment in AHMPRA, now known as AHMMQ. It is a trust agreement for $25000 with interest to be paid quarterly.

Yours truly

Charles R. Wesner
919 Maple Street
Crozet, VA. 22932

*Charles R. Wesner* (signature)