3127 W Robinwood
Fresno, CA 93711
May 14, 2008

FILED

2008 MAY 15 AM 10: 03

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801
(302-252-2900)

To Whom It May Concern:

Re: Case No. 07-11047 (CSS)
    Response to Objection

This is my response to the Objection to my claim No. 9365.

I previously worked for American Home Mortgage when they closed the office and filed bankruptcy. At that time I had an expense report which had not been paid in the amount of $302.25. As Manager of the Fresno, California, branch, I was entitled to reimbursement of this amount as it was for a sales training trip out of town that I was required to attend.

With the trauma involved in the lay-off for the first time in my 44 years of working and the receipt of various legal papers which were confusing and the fact that I was devoting time to developing my career with another company, it appeared that time slipped away quickly. As soon as I was able to obtain an understanding about the documents and what the bar date meant, I did send it in and evidently it arrived on Monday, January 14, following the Friday, January 11, bar date.

I would appreciate every consideration to be allowed to collect the $302.25 that is due me from American Home Mortgage.

Respectfully submitted,

*Helen Bullard*

Helen Bullard

Cc: Mr. Nathan D. Grow (No. 5014)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801
    302-571-6600; fax 302-571-1253