# Hopkins & Company, CPA's, PA
## 202 N. Spring Street
### Searcy, Arkansas  72143

Tel. 501-279-2099                                                                                                   Fax 501-268-8103

Email: stacyhopkinscpa@earthlink.net

---

May 15, 2008

United States Bankruptcy Court
For the District of Delaware
824 N. Market Street 3rd Floor
Wilmington DE  19801

RE:   American Home Mortgage Holdings, Inc., Delaware Corporation, et al, Debtors
        Chapter 11
        Case No. 07-11047 (CSS)

        Business Images & Graphics Inc., Claimant

Dear Sir/Madame:

We are in receipt of the NOTICE OF DEBTORS' FIFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1 dated April 28, 2008.

We have been advised by the Clerk's office that we may respond to this objection by letter.

The claimant is a small business corporation operated and managed by Ricky Hall and his wife, Rinda Hall. They are the only employees of this business. The claim amount is $15,013.50 which is a significant sum of monies for this business. During the time period when the original notice was received for filing the claim, Mrs. Hall's father was in the latter stages of terminal cancer. She was one of the primary care givers during this sad time. This particular deadline was missed by only a few days. The Debtor had listed this claimant as a creditor and has thereby acknowledged they owe this amount.

We respectfully request the Court to deny the Debtor's request for claim number 9743 in the amount of $15,013.50 to be expunged.

Sincerely,

Stacy S. Hopkins, CPA

Ricky Hall, President
Business Images & Graphics, Inc.