# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, et al., | ) | **Case No. 07-11047 (CSS)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |
| | ) | |

AHM OB6 4/28/2008 (merge2.txnum2) 4000101349
HERNANDEZ, MATTHEW AND MELANIE
2158 COTTONWOOD AVENUE
SAN JACINTO, CA 92582

*[handwritten:] Re: AHM Claim*
*[handwritten:] Att: Young Conaway Stragatt &Taylor LLP*
*[handwritten:] The Brandywine Building*
*[handwritten:] 1000 West St. 17th Floor*
*[handwritten:] Wilmington, DE 19801*

## NOTICE OF DEBTORS' SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

**TO:** HERNANDEZ, MATTHEW AND MELANIE
2158 COTTONWOOD AVENUE
SAN JACINTO, CA 92582

**Basis For Objection:** No Liability

| | Claim Number | Claim Amount |
|---|---|---|
| | | 300,541.22 |

No evidence of wrong doing or improper conduct. All policies, procedures and guidelines were followed.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow the claim listed above because the Debtors have determined, after review of their books and records, that they have no record of any liability on account of this claim. The Objection seeks to alter your rights by disallowing the above listed claim in the 'Expunged Claim' row.

Responses to the Objection, if any, must be filed on or before **May 20, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

*[handwritten:] Done*

A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 28, 2008 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. **6**, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 28, 2008
Wilmington, Delaware

# "Respnonse to Objection" Re: United States Bankruptcy Court for the District of Delaware

To: The United States Bankruptcy Court for the District of Delaware
Attention: The Honorable Judge Christopher S. Sontchi
824 Market Street 3rd floor
Wilmington, Delaware 19801

From:
Matt and Melanie Hernandez
2158 Cottonwood Ave.
San Jacinto, CA 92582
(951) 663-0761

CC: American Home Mortgage (no address was provided for us in DE only NY)

Told we had to serve a copy of the response upon undersigned counsel to the debtors so that all responses is received however no address was provided so see document they mailed us. I will mail it to address below in NY.

We are seeking legal representation as a plaintiff / claimant in a Chapter 11 bankruptcy case against AMERICAN HOME MORTGAGE HOLDINGS, INC, Delaware Corporation, in the U.S. Bankruptcy Court for the District of Delaware.

Case No. 07-11047 (CSS)

I will name the parties involved here, as a reference point for later reading:

**Position:  Property Lien holder**
AMERICAN HOME MORTGAGE                    Ref as "AHM"
520 Broadhollow Road, Melville, NY 11747

**Position:  Trustee for auction/sale:**
NORTHWEST TRUSTEE SERVICES, INC.          Ref as "NORTHWEST"
505 N. Tustin Ave, Ste. 243, Santa Ana, CA 92705
(714) 277-4888

**Position: Auctioneer company**
FORECLOSURE EXPEDITORS/INITIATORS, LLC.     Ref as "FEI"
Lupe Tabita told us she was the auctioneer (no license or formal training)
505 N. Tustin Ave, Ste. 243, Santa Ana, CA 92705
(714)277-4823

1 of 4

We realized that there are many different types of claims, from corporate investors to lost wage claims being treated in these bankruptcy proceedings, but ours is of a different sort that most of the others that should fall under one of a kind case:

**Suigeneris- one of a kind case**: . These rules should apply to our case. AHM sold us the deed before they claimed bankruptcy but three months later filed bankruptcy, didn't tell us, kept our money and flipped the house back to them. This case falls under many laws and in many states. Unconstitutional and debtors rights 395 US337 (1969) Ca civil code 2924 emergency amendments due to not following constitutional laws and therefore are unconstitutional under non judicial sales also before legislature and Supreme Courts ruled unconstitutional with respect to guidelines, procedures, related to policies of times and dates of documentation and enough time for buyers and home owners validate what constitutes a fair foreclosure auction and giving enough time and different types of contacting methods to buyers so the auction doesn't violate citizens US constitutional rights 1, 4, 7 and 14.  These laws should be applied in our case. We believe these laws were not followed and violated our constitutional rights for a fair non judicial foreclosure auction process.

We were the victims of an "unfair/invalid" foreclosure sale in Corona, CA on April 19, 2007.  The AHM employed NORTHWEST, who in turn employed FEI to conduct a foreclosure auction at a public site there, where they auctioned off the 2nd trust deed, and misrepresented it as a 1st trust deed. We were the winning bidders, and handed over our cashier's checks for $56,541.22.

We found out very soon that had not bought what we were after, and called NORTHWEST, seeking to get the sale rescinded. We were then directed to speak to the AHM foreclosure dept. in Texas. We were initially told by a manager named TREYNARD JACKSON that he would speak to his vice president who is a "reasonable guy", and that he "could see how that can happen", and "we should be able to take care of this with no problem. We will get this worked out for you." We explained how the contract wasn't correct, she filled it out wrong, and contact numbers were even missing and one was incorrect on the contract. See copy of contract. He led us to believe that AHM understood our situation, and that the sale could be rescinded, if we would just call back in the morning, and reference the AHM loan number (#1000881451).

When I spoke to him the following morning, he had a completely different attitude, and informed us that the management had decided to keep our money. Mr. Jackson had spoken to NORTHWEST, which he called his "legal department", and they had said we had no basis to dispute the outcome of the auction. A month later after they continued to ignore my calls a Kathy Cole contacted me and said she worked for AHM out of their Northwest office. She said AHM would give us a loan and she offered us the house at 3x what the assessed value of the house was for, per Riverside County assessors office paperwork copy provided for you. She said that was good deal and we should take it. We then wrote certified letters to AHM executives, that their secretary signed for- see copies, and we called them and said we can't afford that large of a loan can you please give us our money back as this was an unfair sale or can we pay the assessed value of the house of 103,000.00 per county records subtracting what AHM already took from us. They ignored us and flipped the house back to them three months later and never told as they were claiming bankruptcy that same month. This violated our constitutional rights. They took us for $56,000.00 and gave us nothing and then hid under bankruptcy laws for protection. These laws should apply in our case: Leg. Code 10243 business and professional code. 2945.2 contracts, sec. 1689.5: 2945.3 2924 US 490: US536 gratton 468 US 42: 47-48: 1045 CTtitle 28: usc see 1343 and 28 sec 1331: bill SB 926 (senator Perata, Corbell, and Muchado): (DFI) civil code 882.020, 167.1: 1367.4, 1367.4 ammended ca civil code 2924

2 of 4

We have several reasons to believe that the sale should be voided and our money returned to us. First, and most obvious, we would never have knowingly spent our money on a 2nd trust deed! We spent time talking to the auctioneer while filling out paperwork about how happy we were to finally find a good deal on a house in our town and asked when we could move in. It was obvious that we were led to believe that we were buying the property outright, and not simply a small stake in it. Secondly, there was information publicly displayed on the paid-membership internet site we used (REALTYTRAC.com) specifically stating that the auction was for the "first loan", which is further evidence that NORTHWEST was misrepresenting the nature of the auction. When AHM was claiming bankruptcy three months later, they had an obligation to us to tell us when we had vested interest in the property. Dates and times under sixth omnibus amendment shouldn't apply as we were not notified they were claiming bankruptcy and reverting the house back to them in the same month. These laws should apply: AB2624 legislation Common interest clause. Ca civil code amended 5660 notification clause and policies procedures and contacting vested interest owners in different ways and executives had the responsibility to answer our certified letters. Supreme court constitution 1, 4, 5, 7 and 14. They did not carry out good faith acts under consumer laws of fair dealings CID dispute resolution may be warranted Current reforms under judicial sales due to policies, procedures and guidelines contradicting our constitutional rights. .

Finally, we did some research and found out that in CALIFORNIA, we have a right to request proof that our auctioneer was properly licensed, or enough training to conduct a fair sale or else the sale must be considered VOID. They refused to give us this information on her training to conduct a fair sale. . Laws that apply: prohibition against contracts for public welfare and under our constitution owe us that rights under human affairs. 67 Calif rev. 341n908) S6u S4 sup ct. 231.

We mailed letters to Northwest, AHM's Trustee department per Civil Code 2924 and this law is now under emergency reform because of unfairness in nonjudicial foreclosure auction showing it contradicts our rights under US constitution 5, 7 and 14..We requested proof of her license or training but they refused. Under new amendments that still apply as they are lined up with Federal and bankruptcy laws of fair dealings, but before the laws AHM is referring to were old CA civil code 2924 that Supreme Court ruled violated our constitutional rights. Other legal references: code sec. 10243, business and professional code, 2945.2 2945.3: 1689.5 and they refused to rescend our bid and void the contract. : calif rev 227: ca. L. rev (381): SB 1137

They cannot provide us the proof that our auctioneer was properly licensed and they used her three months before they claimed bankruptcy knowing they would take the next loan and flip it back to them and non of that information was ever told to us and no license of her training was ever given to us. AHM used this unlicensed young girl three months before claiming bankruptcy, took our $56,000.00 and three months later flipped the house back to them the same exact month that they claimed bankruptcy and we were never given notification of that.

While we were attempting to dispute these facts with AHM, the company declared Chapter 11 bankruptcy, and we received legal advice telling us that we should pursue our case via the bankruptcy court.

We filed the paperwork, and our claim was added:   **Claim Number 9654:**   **$56,541,22**

A few days ago, we received correspondence from the court regarding our claim.  It is entitled:

*NOTICE OF DEBTORS SIXTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS*
*PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003*
*AND 3007 AND LOCAL RULE 3007-1.*
*(a copy of the letter should be attached)*

The letter states that "the Debtors" (AMERICAN HOME MORTGAGE HOLDINGS, INC, Delaware Corporation) have filed an objection, on the basis of "No Liability", and are seeking to have our claim expunged. They further stated: "No evidence of wrong doing or improper conduct. All policies, procedures and guidelines were followed." We contend that they are still ignoring our legal right to request proof of the auctioneer's license and our ignoring our US constitutional rights and the supreme court and California have found unfairness in California Civil Code 2924 under non judicial sales and under emergency amendments found that they broke our constitutional rights for fair guidelines, procedures and policies of fair dealings under our constitutional rights. Not only did they knowingly dupe us by selling us the 2nd trust deed, but they also used a proxy auctioneer who was not licensed to conduct the sale when in a few months they claimed bankruptcy and had an obligation to let us know that when we had vested interest in this property..

**We have been given until May 20, 2008, 4:00pm (ET)** to file a response to the objection. Also a hearing on the objection will be held on **May 28, 2008 at 11:00am (ET)**, before the Honorable Christopher S. Sontchi, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801.

We have tried to work with AHM but they just want our $56,000.00 and don't want to sell us anything. They are not following our constitutional rights under fair dealings and we want our money back or we want the judge to look at the assessed value of the house as of the auction date of 103,000.00 and subtract what they took of ours and give us time to get a loan for the rest. We rather just get our money back because I am so upset over this whole thing, I don't think I could ever live in the house.. US490US536 Gratton: 468US42, 47-48 1045 ct. AB2624 legislative – common interest clause: Law CCP sec 701.680 © (1) Protection due process 1356 civil code, constitutional rights 1, 4, 5,7 and 14 violated, 395US.337 (1964), civ code 2924:

We are now pressed for time, and hoping for a quick response. Thank you !!!

**Our contact information:**
Matt and Melanie Hernandez
2158 Cottonwood Ave.
San Jacinto, CA 92582