# Law questions for honorable Judge Christopher S. Sonchi.

**Re: Ch. 11 AHM Case #07-11047(css) & Our claim #9654.**

*********

**Honorable Judge Christopher S. Sonchi I am hoping you can answer some of my questions related to our claim against American Home Mortgage. Please apply these questions to our claim if they help our case as these questions related to our objection and want them applied if it will help as we feel our constitutional rights have been violated. I am sending a copy of these questions to Young and Conaway Stargatt and Taylor, LLP office in Wilmington Delaware. However, I would like to know if my questions in the future, if we need another hearing, need to be mailed to the Conaway office or if I can just mail my questions to you?**

1. **We live clear in California and the hearing is in Wilmington, DE. Can you appoint us a lawyer in DE pro bono since we live in another state and don't qualify for legal aid?** I have mild dyslexia, so please forgive me for my spelling errors and wordiness. Researching law has been very difficult for me. This case has caused me to take time off work to research law.
2. **Can we apply for *diversity jurisdiction***: The auction was in California and American Home Mortgage's main office is in another state and the hearing is in DE.
3. **Can you ask that the** office of legal counsels give us guidance in our case if we don't get our $56,000.00 within about four months?
4. **Can we get more time if needed** or another hearing if you think it is needed?
5. **Can we ask Federal bureau of investigation for help** if AHM still wants to expunge/ delete our case? or can we get FOIA/ PA specialist Interpol to investigate the girls licensing and professionalism called into question as well as time constraints that were placed on us under new laws replaced by unfair no judicial foreclosure laws?
6. **Can we use this information in our case? We believe our constitutional rights 1, 4, 7, and 14 and new amendments to CA civil code 2924 were infringed upon as it relates to the process of the nonjudicial sale we are calling into questions under procedures, guidelines, and policies that lmay have lead to improper conduct or wrong doing.** AHM is calling into question laws that were not written in a time of historical context for our case and during this foreclosure crisis that has resulted in legislature making amendments on non judicial foreclosure sales and ammendements in Califoria Civil Code 2924 in regard to foreclosue sales and their procedures, policies and guidelines. We believe they have violated our constitutional rights because of the laws they are using are contradicting our rights as citizens for fair dealings.
7. **I wrote to one area of justice department seeking help but I guess I wrote to the wrong section of the justice department. I am not a lawyer and need help**

**<u>to seek out assistance to help us in our case. My dyslexia gets in the way when I read but is not bad enough to qualify me for legal services. Thus it has benn hard for me to always understand who to write to for help and what laws may be applicable. I'm hoping you might help me know who I can write to for assistance with my case.</u>**

8. **<u>Can the following companies help me if so how?</u>** Us. National central bureau dept of justice help us with our case? If so how?. And the justice management team if AHM doesn't want to work with us? Or Can OLP help us? ) Serves as attorney general criminal and civil justice policy review proposed ruses as 2. liason to omb on regulatory matters. Procedures and paperwork and back log on Riverside Counties paperwork. Can we also seek assistance through Professional Responsibiltiy Advisory office. **<u>Can we request</u>** USTP help? How can they help us? Under our constitutional rights do we have the right to request that the judge mail our documentation to this company to help us get assistance to try to get our money back? IF so can the judge do this for us?
9.
10. **<u>Can we use this law in our case? Will it help? If so please apply it.</u>** Prao 28usc: 530B if we can't get our money back. Tax division is filing papers in our name (The Riverside county records office, we just found out, are a few months behind in documentations and therefore rules for paperwork AHM is stating follow procedures and guidelines were not necessarly accruite if documents are being filed at later dates. This can be verified if you call riverside counties departments regarding their documentation of paperwork. This is why our claim was so late. First, we had to figure out why the executives were ignoring our certified letters that their secretary signed for, see attached proof. Then we had to reseach the company on the interenet because no one was returning our calls. We finally figured out months later that they claimed bankruptcy and then it took long for us to figure out how to file a claim. That is why that date is on our claim. We have one of a kind case and that date should not be relivent in our case.
11. **<u>We believe this non judicial foreclosure aucion resulted in improper conduct and wrong doing</u>**. We don't know if it was intentional or unintentional but we do know it contradicts many laws of fair dealings under our constitutional rights 1, 3, 5, 7 and 14 that warrant fraud investigation. These laws Ahm keeps refferening to as it relates to guidelines, policies and procedures contradicts new laws that were ammened by legieslateion, the Supreme Court and amendments in California Civil code 2924 and other non judicial foreclosure sale laws befores the US Supreme ourt that relate consumer rights laws that relate to our case. Many things in our claim against AHM was overlooked while AHM was in the process of Claiming bankruptcy. They ignored our certified letters that their secretary signed for. We were lured to believe we got something different than what we actually got which was nothing.
12. **<u>We signed the contract under ignorance because the unlicenced, substitute of trustee gave us misleading information that led us to believe we purchased the first. We asked AHM to rescend our bid the very next day when we figured out we were mislead. Three months later the bank flipped the house back to them and sold us nothing and claimed bankruptcy in the same</u>**

**month. This all happened in three months. This falls under pervasive scams, or fraudulent activity (intentional or unintentional).** At the time, we were not told AHM was going to claim bankruptcy. I am sorry that AHM's bank is struggling and in bankruptcy. However under my constitutional rights, I have the right to questions it's speedly consolidation of assets and procedures and guidelines that resulted in wrong doing against my family when AHM took $56,000.00 from our family and gave us nothing in return and we never got to step foot in the house.

13. **My other question is why this house went to aucion three months prior to bankruptcy with an untrained, unlicensed auctioneer working for AHM with wrong phone numbers on the contract,. The auctioneer even filled in the contract improperly. We went to the bank right after the aution to investigate this. Then we were told we didn't purchase the first but that we were led to believe. see contract attached, and the substitute in training filled in the document incorrectly and gave us ½ truths** with no additional pages on the contract that are before courts for fair nonjudicial sales on rescening bids. There were also incorrct phone number if we needed to resend the bid we had to do research on who to call. We were not giving paperwork explaining how we could rescind the bid or how to call the bank to ask other questions. This young girl gave us ½ the information and ½ truths and under US laws this constitutes we have the right to void the contract and get our money back. But AHM refused to void the sale and give us our money back. Some lady called us from another company and asked us to pay 3x what the appraisal was for using AHM to hold another loan. I mailed the executives that we really just wanted our money back and were upset over the whole thing, but if we couldn't get the money back we could try to get a loan for $90,000.00 more but needed a little more time, but no one answered my letter and they took the house and reverted it back to them. I believe it should have been AHM's responsibility to send out a professionally trained auctioneer to conduct this sale when they new they were going to take the house back to action three months later, the same month they were also claiming bankruptcy. AHM also filed our paperwork and documents using procedures and guidelines that were not consistent with the time it took Riverside County to date and file documents. I found this all out by investigating. If I had known all of this, I would have never signed that contract or attended that aucion. You can call Riverside County and they will tell you there documents and dates are being pushed back many months. Please put this iformation in our hearing unless you think it would hurt us or not apply to our case.

14. **We want our money back for the unfair sale. Can this be brought up in court? If so please apply it and these laws. US law 2924 and cal. Civil code say we have a right to rescind our bid within a few day.** We contacted them the next day after the auction and asked Trey Jackson to rescend the bid as we were led to believe we purchased the first. He said he completely understood and saw no problem with us getting our money back, but then his vp called us the next day and said no these laws are in question because buyers have the right to be heard in court and buyers lose their substational rights and interests under jusristicion title

28: USc see 1343 and 28 usc sec. 1331 under non judicial foreclosure laws. And this needs to apply in our case. Currently supreme court is making drasic changes in Fair foreclosure sales due to the ambiguity in non judicial foreclosure sales and constitutional rights due to unfair foreclosure sales(senator Perata, Corbell and Mochado). Also Calif. Civil code 2924 has made a new law and to let people in court like ourselves refer to this retroactive new law to dispute our constitutional rights 1, 4, 5, 7 and 14 as it relates to unfairness and procedures and plicies and the filing process of documentation and notification as well as the trustees responsibilities. There are also urgency bills for foreclosre reforms under senate and judicial comettee sb 1137 senators stating banks must give more notice and guidelines for proper procedures and reforms for holder holders of seconds. (DFI) new sb 1137. civil codes 882.020: 1367.1: 1367.4: 2924 It was there personal obligations under 1933 to sell us something for $56,000.00 can theses rules be applied in our case: ch. 642.790: 725.a 726 right to bring suit of foreclosure process and guidelines that resulted in unfair sale. And we have right to request senate judiciary comitee to show it wasn't a fair sale as of April 21, 2008 if we can get our requests made. AHM had right o perform its obligation civil code 1350 : 1367: and we have right to dispurt our case using SB. 1137 and California regorm packages on foreclosure sales that lead to unequal bargaining or lead to discrepancies as to fair consumer act laws.

15. **If we can't get our money back after this hearing or in a few months, can we have another hearning?** Can you please add on maximan intrest 8% or more to what they took from us. We should have been told by the trustee that AHM was claiming bankruptcy three months later. AHM hired them and it was there responsibility to let us know so we could file our claim on time under a different codes. Our family had to do research to figure out bow to file our claim and therefore we don't want AHM being able to use laws that let them say we didn't file on time. Our case is a one of a kind case, suigeneris case. Can you add intrest of 8% or higher over the time we have had to wait to get our money back, please?
16. **Can we ask that our case show that AHM failed to perform as required under a valid agreement and breached the contract that was their legal obligation to sale us something for $56,541.22.**
17. **If we can't get our money back, can we postpone our case for another hearing?**
18. **Can we request that the laws be investigated** as it pertains to new non judicial foreclosure laws being passed because they show that non judicial sales are not fair under our constutional rights?
19. **Can you strike out guidelines and procedures, improper conduct, and wrong doing AHM is referring to or make refrence to them because AHM is using them out of context in our case?** Please use this information in our hearing if it will help. Within three months AHM filed bankruptcy, sold a second with an unlicenced, substitute of trustee in training who we later realized had little knowledge of the auction process, then AHM filled paperwork with Riverside County, CA whose papers are months and months behind, then AHM flipped the house back to them taking our $56,000.00 ignoring our letters of vested intrest to and to please work with us, and selling us nothing, in the same month AHM filed

bankruptcy. Due to this speedy procedure and policies and guidelines it lead to county files processed late, bankruptcy notifications of AHM never mailed to us, and also resulted in wrong doings and improper conduct that may not necissarly have been planned but it still warrents in improper conduct and wrong doings due to the speediness of procedures, guidelines and filing of bankruptcy. Within three months of flipping the house back to AHM and taking our $56,000.00 and giving us nothing in return. Please use this information in our case if it will help.

20. **Do we have the rights to request these laws be investigated as to why they were written in history to see if they are relevant in our case in todays nonjudicial foreclosure sales process and if they take away our constitutional rights.?** These laws are being rewritten due to the unfair non judicial laws that are being rewritten? Can we make reference to these civil codes that we fill have lead to an unfair foreclosure auctions and that our contract needs to be void and we want our money back? 1921: gibid, 425 (1924) 12ibi: so calif L. rev 227: Ca L. Rev (381) notes 1913 and remedies. Sec. 725a. silent seconds and hidden seconds ccp sec. 315- 330 civil code 2079 breach of contract regarding duties and obligations of the trustee civ. Doede 2079 and 2079.4 and contract is not propertly written civ. Code sec. 1624 (1) (3) agrrements are not in full and therefore are not inforeacble and thus fail to comply with statutes of fraud guidelines Frankline Civ. Contricts ca 24296 Franklin houser 796359.c2d 570

21. **Can we file our case under suigeneris, one of a kind case?** Can you apply this unconstitutional ablolative debt rights to our case if it will help us? 395US.337 (1969): Cir code(2924): and contradictions of our US constiturional rights 1, 4, 5, 7 and 14? Feb. 2001 an emergency amendment was also made related to trustees professional conduct under Senator Akerman and other officials for fairness to foreclosure sales. These laws are obviously have some contradictions in them or there wouldn't have to be emergency amendments and the US supreme court and legistion getting involved if there weren't so many concerns about the fairness of Civil code 2924 in CA under non judicial foreclosure sales.

22. **John Kalas's statement for AHM we believe is in conflict of intrest as it relates to our case and we want his papers deleted from this hearing as it is in conflict of a fair hearing please if your can delete this statement and paperwork please do**. We believe John Kalas is working to protect the bankruptcy departments intrest and AHM's interests andother interests that may lead to an unfair hearing resulting in conflict of intrest. We request that his declaration that supports AHM not be allowed in our claim or brought up in our hearing. John Kalas was not involved with American Home Mortgage during the time of this sale and has no knowledge of the substitute of trustee's contract and procedures that were used for the sale of AHM that is coming into question. Kalas was not there during the aucion, nor affiliated with AHM when this aucion took place, and has little understanding to the big picture as to what happened. John Kalas 28usc: 1746 who said he investigated matter is one sided.

23.

**Under Manditory Immediate Dismissal without predudice can we ask that**

**AHM and John Kalas and or other representatives assisting AHM with this case, not be allowed to bring up that we filed with the justice department an investigation be done on AHM.** I meant to write the attorney general or a deparment that could help my husband and I investigate our claim against AHM. If I had legal aid assistance, I would know where to submit papers. I ask the judge to not let this paper from the justice department be allowed in our claim or during our hearing. I have the right to request an investigation If I think fraud is involved. That information does not relate to our case. I have constitutional rights that allow me to contact the judicial department if I think fraud may be involved.

24. **Can it be brought up in our case that FBI is investigating how non judicial third party sales are being processed and are being questioned by the supreme Court for their validity? If so please add this to our claim.**

25. **Can you make refereance to the county appraisal letter I mailed. We don't really want the house as we thought we bought it for $56,000.00 the appraisal of the house was only 103,000.00.** Some lady wrote us from another company tring to get us to purchase a loan with AHM for 3x what the appraisal was for. She said it was a great deal. We told her we just wanted our money back for the unfair sale. She said that wasn't an opbion. Out of frustration, we said we could only afford to pay around $90,000.00 which we told them we thought was only fair due to the assessed value. She didn't call me again. I then kept writing certified letters to AHM's executives their secretary signed for my letters- see attached proof. I called them also but they ignored my calls and instead kept my money, sold me nothing and flipped the house back to them and claimed bankruptcy that same month.
26. **Can we use the law failure of consideration in our case**? Can you get the Office of legal policy to help us pertaining when we requested liscencing and formal training on sub. If so how? These procedures and policies AHM is making reference to are before the federal court under are falling under fair trading laws, and corporate laws and contradictions of fair consumer laws under US constitution 729.050: 729.080: Ca civil code 882.020: 1367.1: 1367.4: that contradict Civil code 2924 under what AHM is using to say they followed guidelines and procedures.
27. **Can you list our case as one of a kind case because AMercinan Home mortgage was under bankruptcy only part of the time during these three months? AHM sold us the house for $56,000**.00. We were lured into believing,we purchased the first. Some lady named Kathy Cole that they hired from Northwest called us and said that AHM told her they would offer us the house if they carried the loan but the price was completely unfair and they offered the house to us at 3x the assessed value. We said we could only afford $90,000.00 and didn't think we could afford payments on a loan more than that. She never called us back. We then wrote the executives saying we wanted our money back but if not if they could please give us time and we would try to come up with $90,000.00. They ignored our certified letters their secretary signed for the letters- see copies. Then within a few months they kept our $56,000.00 sold us nothing

and flipped the house back to them he same exact month they claimed bankruptcy.

28. **Another reason we want to know if our case can be one of a kind. Last month, I found out AHM took the house that we are trying to prove we still have rights on to aucion for $88,000.00** ----less than what we offered them. I was so frustrated I called the Auctioneer but he said AHM refused any bids on any of their houses they had listed. I asked the auctioneer to ask AHM why they started the bid at 88,0000.00 but refused my 90,000.00 and again asked them to work with me. They ignored me again. Please ask AHM why they won't return my funds take the apprased value at the time of aucion of $103,000.00 and subtract the $56,000.00 they took from me? I was even willing to pay a little more than the assessed value and they still wouldn't work with me but choose to keep my $56,000.00 and sale us nothing.

29. **Can our case fall under Supremacy clause because AHM is using California law 2924 especially under guidelines and procedures and the way third parties are contacted and how guidelines and procedures are conducted included paperwork and notifications of paperwork being filed and they way we were contacted under Civil Codes 2924 has been changed to 5660 under California Emergency Supreme Court hearings because there is validy problems with the way the sales are being conducted under procedures, guidelines, and speedy policies when they are recorded and when and how buyers are being notified of information in regards to deeds.** This new law replaces 2924 and relates to cases before January 2007 due to growing California concerns under investment dispute acts. Our case lead to bad faith on AHM's part and warents a breach of contract. This law AHM is refereeing to contriditcts California laws for guidelines and procedures of conducting fair foreclosure sales and also contradict article 4 secction 2 of the US Constitution because these laws are ambiguis and contradict federal laws. This is another reason why California had to make emergency changes in the way non judicial auctions were being held.

30. **Can Fair Business transaction be applied in our case? If so please apply it our tell us how we can apply it. Taking our $56,000.00 and in three months fliiping the house back to their company and selling us nothing in return warrents a fair business transactions and thus falls under the new emergency laws of California that replaced civil code 2924 laws under unfair non judicial sales and supreme laws that are before legislation that contradict our US constiturional right. If we don't win our case, how do we appeal it to be brought to a higher court or before the executive branch department and agencies?**

31. AHM is saying we didn't file our claim in time, however it was their responsibility to tell their trustee they were claiming bankruptcy and in three months sales would be conducted differently, but even that didn't happen. We were never notified they claimed bankruptcy and the executives ignored my certified letters that their secretary signed for asking them to return my calls. See certified letters they signed for.

32. **Can we refer to substance law in our case if so how?** Can we use 5055 Fair and reasonable expeditious dispute reslution procedures as it has been a year. Does

owner of separate intrest Davis String act apply in our case? Under common intrest not residence? Does lawccp sec 701.680 © (1) judgment creditor apply? And law AB2624 legislative- common intrest clause and time dirrences under this and other laws. Requiring more time for resolution before they could sell the house especially knowing they were going in bankruptcy three months later? Can you plese note that AHM is making reference to guidelines and policies that need to fall under strict investigation for ambiguity and professionalism of the replacement trustee under 2924 feb. 2008 new laws in guidelines for procedures due to ambiguities that contriditct federal laws and bankruptcy laws 2924b and 2924c.

33. **Can you you tell me if "implied Assertion" would apply to our case? AHM had to right to inform their substitute in training of information that would be pertanant for us to make a logical decision when we choose to sign the contract.** This is important information when three months later they claimed bankruptcy and reverted the house to them under bankruptcy protection take our $56,000.00 and give us nothing. Can our case fall under consumer protection act as well? 11. U.S.C 1104a and 1104 (a) (3) section or section 1102.13 under Civil Code. Don't these laws exist to avoid fraud and misrepresentation or decet in the transfer of the transaction? Does this law apply? 1112b4 to protect our
34. **Can we be given creditor protection? This case has been harmful to us as creditors. Falls under consumer protection laws 11-usc : 1104 and therefore can we request protection for the value of our interest in te property that is in question? Can we also refer to Senate Bill 642, 2296**, as we believe it is our right to ask for a federal bureau of investigation as to the licencing laws and formal training of this substitute of trustee Lupe Tabita that worked for FEI and Northwest Trustee. She led us to believe we were purchasing something different than what we got. She took our $56,000.00 and sold us a second paper that she and the bank flipped back to them three months later and sold us nothing then claimed bankruptcy to protect their assets. We got nothing in return. This is ground for breach of contract, breach of implied convenand of good faith and dealing, negligence and negligent misrepresentaion.
35. **WE are calling into question her licencing and professionalism under and state guidelines for fair sales**. Can this office help us as we believe she wasn't trained well enough to conduct a fair sale. How can we get their help to investigate her licencing? Office of communitu orieneted policing services to make these substitute of trustees be accountable to our constitutional rights and fair dealings under consumer protection acts.
36. Our constitutional rights under the following laws say that this substitute had the right to show us proof that she either had an auctioneer licence or some type of certificate or was formally trained professionally as it relates to fair non judictial foreclosure laws and should have given us information such as AHM was going into bankruptcy three months later and could use other laws to try and keep our money and sell us nothing and keep our $56,000.00. AHM did not give us documentation.on her training when we requested it. A letter saying she is a substitute of trustee does not give evidence under the following laws that she had enough training to validate a contract or fair sale.Do these Laws apply here under

knowledge and intellegenly codes, Leg. Code sec.10243, 294.2 rescind rules that contradict constitutional right under 2924 ca civil code, 1689.5: 2945.3 contracts that contradict 2924 and contradict US 490:US536: Gratton: 468US, 42, 47-48 : 1045 CT rights say that this substitute under knowenly and intellegenlty codes was obligated to know and tell us if refused to send us paperwork showing her liscence or formal traning this is required withing 30 days because we have the right per California civil code 2924 to request that information and if not given within the time frame the contract is void. They refused to send paperwork showing her liscence or training and that means the sale is void. They refused to give us back the money. We were told the day after the sale that she was the replacement auctioneer in training working for FEI and Northwest. Yet she told us she was the auctioneer that is only ½ truths and led us to believe she had formal training. She gave us misleading information as well when we showed her paperwork we were bidding on the first and she said yes that is correct paperwork. She led us to believe we purchased something different than what we actually received. We did not bid on a second. It was also AHM's duty to inform their trustee that they were going to claim bankruptcy and that laws would then be applied to the property. This is a Federal and state law.

37. **Please don't let AHM delete our claim. Can you please show that ambiguity exists in the way AHM is referencing laws?** Using to try to delete our claim. A few hours after the sale, after being told by the bank there was a mix up, we told Trey Jackson out of their foreclosure department we were led to believe we purchased a first but were sold a second. Trey said he saw no problem with us getting our money back because he new we thought we purchased the first. A day later, he said the VP said no. Then more ambiguity, the bank claims bankruptcy and in the same month takes the house to auction and reverts it back to them
38. **How do we write and address the fact that we believe it is the governments job and the judge's responsibility and right and duty to uphold individual rights when they feel fraud may have been involved or misrepresention.**
39. **Can you provide help to us on how to research the history of these laws and why they were written and for whom they were written as it relates to new laws: under policies, procedures, guidelines and debtors sixth omnibus objection to claims pursuant section 502 b in bankrupty code and rule 3003 and 3007-1** and local rule 3007-1. and contradict fair sales laws under federal laws and contracts and procedures and policies.
40. **Can we use law CFR- Code of federal regulations in our case?** AHM, the bank is misrepresenting the laws under policy, procedures and guidelines. Under 1356 CA civil code wrongful termination of the deed and equal protection and due process and procedures of good faith and business codes under CID should be able to be disputed and resolution of our common intrest as they took our montye that was for the house and deed paperwork was misrepresented and we were not given enough time or proper notification under equal protection and due process 1356 and under Calfornia emergency laws that took over Civil code 2924 and as it relates to our constitutional rights under 1, 3, 5, 7 14 and 2924.85 added to 2924 and law 490.US. 536 Because our constitutional rights have been violated under equal protection clause and new laws that were changed in Senate due to

legislature saying they were unconstituioonal laws under non judical foreclosure laws that are being rewritten. There is ambiguity in the laws AHM is making reference to and these laws don't apply in our particular case because they contradict federal laws and they have ambiguity in them as it relates to our case and therefore should not be allowed to be used in the decision process of our claim

41. **We ask the judge, the bankruptcy panel, and the federal government, to take into consideration and apply Per Statues Legislative history.**

42. **Can you please mark our case as case suigeneruis and file it as a federal case with a jury if we can't get our money back?** Our case is unusual as part of the time AHM was not in bankruptcy and the other part they were in bankruptcy. . Our case has a ambiguity in it as it relates to **creditor and debtors laws AHM** ignored our certified letters that we had **vested interest** in the property and they claimed bankruptcy to try to file our case under bankruptcy law while ignoring our letters trying to work with them. We even tried to pay a percentage to just get the dumb house. We now just want our money or the house free in clear unless the judge has a decent solution- that is fair not one sided. We are asking for **consideration to the way the contract was written and strict interpretations to the laws** AHM is using in our case. Please investigate the laws as we believe they are not relevant today's real estate market and were not written therefore for our type of case because they are causing unjust enrichment and one sided favor to AHM and are contradiction other laws of fair trade and thus leading to ambiguity **in our case as it relates to Ham's procedures and guidelines.**

43. **Please do not allow AHM to expunge/ delete our claim.** Please can we request another hearing, if we can't get our money back and we ask if you can help us figure out how to get legal representation if another hearing is granted if funds can't be returned.
44. **If we can't get our money back can we request that the judge make AHM put us back as second parry holders and make them pay us our $56,000.00 after the house is sold**
45. **Under Consideration law: please help get our case solved as we have lost money renting. AHM took the money that was for a house for our family If we still can't get our money back can we have another hearing** and can you tell us where and how to get free legal aid? Or be put back on as second party holders and ask the judge to make the bank sell the house and give us back our $56,000.00?

Thank you for answering my questions. I have dyslexia and am very wordy; I tried to do my best. Thank you for answering my questions.

Melanie Hernandez
2158 Cottonwood Ave.
San Jacinto, CA 92582
951-663-0761

RE: claim 9654 under Ch. 11 against AHM
Case #: 07-11047

These papers do not have to be mailed to deptors because they are on the website of claims against AHM and free for all public to see.

- [illegible]: Constitutional rights 1, 4, 7, and 14 and new amendments to CA civil code 2924.

**Page 2**

- **Sale information**:
- Summons Substitute of trustee: make her take a polygraph test if needed.
- We asked the Substitue of trustee, who we showed this paper to make sure we were bidding on the first. She told us yes you are bidding on the correct house. ½ truths not correct information to validate the contract. See also page 4.

**Page 3**

- **Proof that I mailed AHM's [illegible] trying to work with them but they ignored my letters of vested intrest and flipped the house back to them a few months later.**
- In three months they used a sub of trustee in training that gave us false information, flipped the house back to them, ignored our vested intrest, and claimed bankruptcy and took our $56,000.00 and sold us nothing in return.

**Page 4**

- **Copy of Contract**
- **Summons: substitute of trustee: Tabita Tabita. Ask her to take a polygraph.**
- Ask her if she was licenced during this auction or had formal training.
- She was not trained well enough to conduct a fair sale. Even phone numbers were changed, and other contact information wasn't given,
- She even filled in the form incorrectly and didn't give us all the information needed to call contacts to find out other information pertanent to the sale.

**Page 5**

- **Assessment of house:** County records and stamped by the county mon. sale.
- **Summons: Kathy Cole: if more proof is needed**, who works for American Home Mortgages law firm in Orange County under name Northwes Trustee-cover? She said AHM would give us a loan but offered it for3x more than the $103-104,000.00 appraisal fee.

**If we can't summons these people can the following companies to out and ask for polygraphs to tese questions I am asking? Can we ask Federal bureau of investigation for help** if AHM still wants to expunge/ delete our case? or can we get FOIA/ PA specialist Interpol to investigate the girls licensing and professionalism called into question as well as time constraints that were placed on us under new laws replaced by unfair no judicial foreclosure laws?

We didn't get this bill until April 2008
→(AHM)Bank filed taxes in our name.
Now we are even getting hit with taxes on the house we never lived in.

10

# RIVERSIDE COUNTY SECURED PROPERTY TAX BILL

**For Fiscal Year July 1, 2007 through June 30, 2008**

**Offices in Riverside, Palm Springs and Temecula**

To send us an e-mail, visit our Website: www.riversidetaxinfo.com

PAUL McDONNELL, TREASURER
4080 Lemon St (1st Floor) Riverside, Califor
P.O. Box 12005, Riverside, CA 92502-220

Telephone: (951) 955-3900
or, from area codes 951 and 760 onl
toll free: 1 (877) RIVCOTX (748-268

| Bill Number | ASSESSMENT NUMBE |
|---|---|
| 000322921 | 431681016 |
| Tax Rate Area | Parcel Number |
| 010-197 | 431681016-0 |

Property Data: .17 ACRES M/L IN LOT 58 MB 375/034 TR 30813

Addr: 564 PALO SANTA WAY SAN JACINTO 92582

Owner, JANUARY 1, 2007 LUNA, ARTHUR N

HERNANDEZ, MATTHEW & MELANIE
3158 COTTONWOOD AVE
SAN JACINTO, CA 92582-6941

IMPORTANT INFORMATION ON REVERSE SIDE

UNPAID PRIOR-YEAR TAXES
(See Item #6 on reverse)
2007-431681016-0000

Tax bill requested by | Loan Identification | Multiple Bills

| CHARGES LEVIED BY TAXING AGENCIES (See Item #4 on reverse) | | AMOUNT |
|---|---|---|
| 1% TAX LIMIT PER PROP 13 | | 3289.50 |
| UNIFIED SCHOOL DEBT SV | | [illegible] |
| METROPOLITAN WTR DEBT SV | (800) 225-5693 | 14.80 |
| [illegible] | [illegible] | 46.55 |
| MAT CODE 482 [illegible] | (951) 955-[illegible] | 328.94 |
| FLD CNTL STORMWATER CLEANWATER | (800) 439-[illegible] | 3.74 |
| CSA 152-SAN JACINTO STORMWATER | (888) [illegible] | 4.56 |
| CITY OF SAN JACINTO CFD 2003- | (949) 255-[illegible] | 402.04 |
| SAN JACINTO LLMD 2 ZONE [illegible] | (800) 676-[illegible] | [illegible] |
| W-STOR REGIONAL FAC. IMD [illegible] | (951) 654-[illegible] | 22.14 |
| EMWD STANDBY EAST | (866) [illegible] | 6.94 |
| EMWD STANDBY-COMBINED CHARGE. | (951) 928-3777 | 10.00 |

| | |
|---|---|
| LAND | 81,60 |
| STRUCTURES | 247,35 |
| TRADE FIXTURES | |
| TREES & VINES | |
| CITRUS PEST VALUE | |
| PROPERTY | |
| FULL VALUE | 328,95 |
| EXEMPTIONS | |
| NET VALUE | 328,95 |
| TAX RATE PER $100 VALUE | 1.0905 |
| TAXES | $3,587.2 |
| Special Assessments & Fixed Charges | $1,401.6 |
| TOTAL AMOUNT (If over $25,000, see Item #1 on reverse) | $4,988.8 |

| | |
|---|---|
| $2,494.43 | $2,494.43 |
| Add 10% penalty after 12/10/2007 | Add 10% penalty plus cost after 04/10/2008 |
| $2,494.43 | $2,494.43 |

PLEASE KEEP TOP PORTION FOR YOUR RECORDS
(NO RECEIPTS WILL BE ISSUED - YOUR CANCELLED CHECK IS YOUR RECEIPT)

**Pay on-line at: www.riversidetaxinfo.com**

RETURN THIS STUB WITH YOUR 2nd INSTALLMENT PAYMENT

PAY BY APRIL 10, 2008: $2,494.43

IF PAID AFTER APRIL 10, 2008 ADD 10% penalty plus cost: $269.49

2nd INSTALLMENT AMOUNT (If over $25,000, see Item #1 on reverse)

**RIVERSIDE COUNTY**
**2007-2008 SECURED PROPERTY TAX BILL**
PARTIAL PAYMENTS WILL BE RETURNED

ASSESSMENT NUMBER: 431681016-0
Bill Number: 000322921

PLEASE DO NOT WRITE ON STUB

2nd INSTALLMENT cannot be paid u[ntil] 1st installment is

0000249443 022007 000322921 01

022007431681016000000249443041020080000027638?245

p. 1



specialist. Contact Bil

**Save Listing to My RealtyTrac**

1 Property Information

| | | | |
|---|---|---|---|
| **Property ID** | 11402174 | **Square Feet** | 1642 |
| [redacted] | | **Lot Size** | 7405 |
| | | **Parcel Number** | 431-681-016 |
| **County** | Riverside | **Doc Number** | 2007-152217 |
| | Interactive Map | **Lot Number** | 58 |
| | | **Year Built** | 2006 |
| **Type** | Single family residence (RSFR) | **Bldg. Price Sq. Ft.** | N/A |
| **Beds** | 3 | **Lot Price Sq. Ft.** | N/A |
| **Baths** | 2 | | |

<< Prev

**Map T... Prope...**

Road Map Aeri...

**History of Noti...**

2 Determine Property Value & Evaluate Investment Opportunity

| **Estimated Property Value Range** | **Estimated Property Market Value** |
|---|---|
| **$328,000 - $391,000** | **$333,000** |

Neighborhood Infor...

**Check MLS Listing**

**A) Check Comparable Sales FREE** — Go

**B) Check Lien & Loan History FREE** — Go

**C) Check MLS i...**

3 Foreclosure Information

| | |
|---|---|
| **Default Amt** | $6,275 |
| **Status** | Auction |
| **Recorded** | 3/6/2007 |
| **Entered On** | 12/13/2006 |
| **Last Payment** | N/A |
| [redacted] | |
| | **Sale Pending** |
| **Sale Date** | 3/22/2007 (10:00AM) |
| **Sale Location** | 815 W 6th St Corona |

4 Foreclosing Loan Information

| | |
|---|---|
| [redacted] | |
| **Loan Date** | N/A |
| **Loan Doc #** | |
| **Trans Date** | 2/8/2006 |
| **Trans Value** | $322,500 |
| [redacted] | |
| **Judgment Amount** | $68,981 |

5 Tax Assessment In...

**Land Total**

**Improvements**

**Assessed Total**

p.2



COMPLETE THIS SECTION

items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Michael Strauss (only)
American Home Mortgage
520 Broadhollow Rd.
Melville, N.Y 11747

COMPLETE THIS SECTION ON DELIVERY
A. Signature X Mildred Reyes ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery 7/16
D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No
3. Service Type ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 2760 0005 1907 8707

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Att: Robert Hardman (only)
American Home Mortgage
520 Broadhollow Rd.
Melville, N.Y 11747

COMPLETE THIS SECTION ON DELIVERY
A. Signature X Mildred Reyes ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery 7/16
D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No
3. Service Type ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 2760 0005 1907 8660

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Att: Cathe Cole (only)
NORTHWEST TRUSTEE SERVICES
505 N. TUSTIN AVE. SUITE 243
SantA ANA, CA 92705

COMPLETE THIS SECTION ON DELIVERY
A. Signature X Michelle Floyd ☐ Agent ☐ Addressee
B. Received by (Printed Name) M. Floyd C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No
SANTA ANA, CA JUL 16 2007 USPS
3. Service Type ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 2760 0005 1907 8653

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

P.3

The Executive's Secretary signed for my letters asking them to return my funds & work with me, but AHM still took house to auction in August and flipped it back to them, claimed bankrupcy same month & kept our $56,000.00

Contract should be VOID!

FEI

505 N. Tustin Ave. Suite 243 | Santa Ana, CA 927[illegible] www.feillc.com

Trustee Sale ☑ Sale of Collateral ☐ Trustor Payment ☐

Date: [illegible] TIME: 10:05 AM FEI#: 1002.108754

T.S. #: 796 . 20203

Trustee: [illegible] Phone: [illegible]

Address: [illegible]

City: [illegible] State: [illegible] Zip: [illegible]

This acknowledges receipt of the sum of $ [illegible] from [illegible], the successful bidder at the foreclosure sale of the property encumbered by the above referenced loan ("Purchaser"), in the form of cashier's or certified check(s):

| CHECK (S) | DRAWN AT (Bank) | AMOUNT |
|---|---|---|
| 202410,786 | Bank of America | 50,000 |
| 202410,793 | " " | 5,000 |
| 202410,792 | " " | 5,000 |
| | | |
| | | |

***USE ADDITIONAL PAGE IF MORE THAN 5 CHECKS ARE RECEIVED****

**The above listed checks are properly endorsed.** ☑

**BID AMOUNT** $ 56,541.21

**Document Tax & Fees** $

**TOTAL REQUIRED:** $ 56,541.22

**TOTAL RECEIVED:** $ 60,000.00

Subtract

**TOTAL REQUIRED:** $ 56,541.22

***REFUND:*** $ 3,458.78

***VESTING – RECORD TITLE AS SHOWN:***

Matthew and Melanie Hernandez, Husband and Wife as Joint Tenants

**Verified qualified bidder's and / or purchaser's identification** ☐

***BUYER'S INFORMATION:***

REPRESENTATIVE'S NAME: N/A BUYER'S NAME: Matthew and Melanie Hernandez

ADDRESS: 2158 Cornwood Ave

CITY: San Jacinto, CA ZIP 92582 PHONE: 951-663-0760

**ADDRESS TO SEND REFUND:** **CHECK PAYABLE TO:** Matthew and Melanie Hernandez

ADDRESS: 2158 Cornwood Ave

CITY: San Jacinto, CA ZIP 92582 PHONE: 951-663-0760

*The Buyer or Buyer's representative understands and agrees that the sale of this property is on an "as is" basis, with no warranties expressed or implied. The signature also indicates that the above information is true and correct.*

Buyer: [signature] Agent: [signature]

Original - Trustee Yellow - Buyer's Copy Pink - FEI's copy

P.4



4888

505 N. Tustin Ave. Suite 243 | Santa Ana, CA 92705 | 714.277.4823 | www.feillc.com

Trustee Sale ☑ Sale of Collateral ☐ Trustor Payment ☐

Date: 9/19/2007 TIME: 10:05 AM FEI#: 1002.169759

T.S. #: 7962.20283

Trustee: [illegible] Phone: 714 277 4888

Address: 505 N. Tustin Ave. Ste 243

City: Santa Ana State: CA Zip: 92705

This acknowledges receipt of the sum of $ [illegible]

from $ [illegible], the successful bidder at the foreclosure sale of the property encumbered by the above referenced loan ("Purchaser"), in the form of cashier's or certified check(s):

| CHECK (S) | DRAWN AT (Bank) | AMOUNT |
|---|---|---|
| 2024181786 | Bank of America | 50,000 |
| 2024181793 | " " | 5,000 |
| 2024181792 | " " | 5,000 |
| | | |
| | | |

***USE ADDITIONAL PAGE IF MORE THAN 5 CHECKS ARE RECEIVED****

**The above listed checks are properly endorsed.**

| | |
|---|---|
| **BID AMOUNT** $ | 56,541.21 |
| **Document Tax & Fees** $ | |
| TOTAL REQUIRED: $ | 56,541.22 |

**TOTAL RECEIVED:** $ 60,000.00

*Subtract*

**TOTAL REQUIRED:** $ 56,541.72

***REFUND:*** $ 3458.78

***VESTING – RECORD TITLE AS SHOWN:***

Matthew and Melanie Hernandez, Husband and Wife as Joint Tenants

**Verified qualified bidder's and / or purchaser's identification** ☐

***BUYER'S INFORMATION:***

REPRESENTATIVE'S NAME: N/A BUYER'S NAME: Matthew and Melanie Hernandez

ADDRESS: 2158 Cottonwood Ave

CITY: San Jacinto, CA ZIP 92582 PHONE: 951-663-0760

**ADDRESS TO SEND REFUND:** **CHECK PAYABLE TO:** Matthew and Melanie Hernandez

ADDRESS: 2158 Cottonwood Ave

CITY: San Jacinto CA ZIP 92582 PHONE: 951-663-0760

*The Buyer or Buyer's representative understands and agrees that the sale of this property is on an "as is" basis, with no warranties expressed or implied. The signature also indicates that the above information is true and correct.*

Buyer: [signature] Agent: [signature]

Original - Trustee Yellow - Buyer's Copy Pink - FEI's copy

**Assessment Roll For the 2006-2007 Tax Year as of January 1,2006**

| **Assessment #431681016-0** | | **Parcel # 431681016** | |
|---|---|---|---|
| **Assessee:** | SAN JACINTO TESORO 248 | **Land** | 31,537 |
| **Mail Address:** | 2201 MARTIN ST STE 205 | **Structure** | 72,400 |
| **City, State Zip:** | IRVINE CA 92612 | **Full Value** | 103,937 |
| **Real Property Use Code:** | R1 | **Total Net** | 103,937 |
| **Base Year** | 2006 | | |
| **Conveyance Number:** | 0162303 | | |
| **Conveyance (mm/yy):** | 3/2005 | | |
| **PUI:** | R010012 | | |
| **TRA:** | 10-197 | | |
| **Taxability Code:** | 0-00 | | |
| **ID Data:** | Lot 58 MB 375/024 TR 30813 | | |
| **Situs Address:** | 364 PALO SANTA WAY SAN JACINTO CA 92582 | | |

**View Parcel Map**

Riverside County Assessors map stamped & signed month after auction stating value is only apx 103,000.00 — 104,000.00 Kathy Cole in AHM trustee Dept tried to offer me a loan through AHM for 3x that amount (UNFAIR) (ONESIDED)! UNJUST ENRICHMENT

# AFFIDAVIT OF MAILING
# FOR SUBSTITUTION OF TRUSTEE BY CODE

File No. 7983.20202

I, Lupe Tabita, declare: That I am an officer, agent or employee of Northwest Trustee Services, Inc., whose business address is:

505 N. Tustin Avenue, Suite 243
Santa Ana, CA 92705

I am over the age of eighteen years and a copy of the attached Substitution of Trustee was mailed, prior to the recording thereof and in the manner provided in §2924b of the Civil Code of the State of California, to all persons to whom a copy of the Notice of Default was required to be mailed by the provisions of said section.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 27, 2007

[signature]
Lupe Tabita, Signature of Affiant

TAKE [illegible],000, for house revert back 3 m later ⇒ validate fair sale

- This document doesn't give proof (AHM staff mailed us) They gave us, (30 days over) this substitute, that was young apx 25, untrained, unlicend does not provide proof she had formal training to conduct a fair sale per CA 2924b law & ______ law + contradicts federal law ___ of fair foreclosure sales.

