Ramesh J. Pathak
31 Blaisdell Way
Fremont, CA 94536.
Tel: 915-240-1194
Fax: 510-894-3411

FILED
2008 MAY 19 AM 9:32
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

TO: United States Bankruptcy for the District of Delaware,
   824 Market Street, 3rd Floor,
   Wilmington, Delaware 19801.

CC: Attn: James L. Patton, Jr., Pauline K. Morgan. , Nathan D. Grow.
   Young Conaway Stargatt & Taylor, LLP
   The Brandywine Building
   1000 West Street, 17th Floor
   Wilmington, Delaware 19801.

Dated: May 12th 2008.

Subject: Response to the "Objection of Claim" on Case no. 07-11047 (CSS) Pursuant to Section 502(b) of Bankruptcy Code.

Claim # 5886 .            Claim Amount: $29,825.04

My Claim of eligibility response as follows,

This is my first and only claim filed for AHM securities and there are no duplicate claim Also I have choose to do a written representations with the supporting document to dispute the Objections of the Debtor in this AHM Bankruptcy filing.

   1.> **Dividend & Interest Claim**:

AHM declared dividends and were to be paid on July 27th 2007, later company issued a press release on July 30th 2007 stating delay paying its quarterly dividends to keep the cash in the balance sheet.

Please refer (Exhibit #1): Press Release states the dividend declared and delay in paying to the equity holders and never paid dividend instead choose to file bankruptcy.

Note: Under the above circumstances my claim is eligible as a debt on AHM Bankrupty petition with accruing interest upto-date as I still hold 7000 stock of AHM..

**2.> Defrauded Security Claim:**

On 19th July 2007 CFO of AHM assured the investor that no Credit facility has been pulled. Based on his assurance to the investor, I bought 2000 stock of the AHM securities on July 19th 2007. (Exhibit # 2)

Note: Also refer Exhibit # 3 Date of Purchase on my brokerage a/c of AHM.

By giving false assurance CFO of AHM defrauded investor like me into buying AHM securities. Exhibit # 2 is a clear proof of defraud committed by AHM press release of falsifying and misrepresentations of the facts especially when their credit rating being pulled and AHM files for Bankruptcy and 2 day latter while CFO assures on credit facility intact.

Exhibit #2 – Press Release by AHM CFO assured that no credit facility has been pulled where as fact is AHM file Bankruptcy on the circumstances related to credit facility being pulled by supporting financial institutions and Banks just 2 days after the Press release of Exhibit # 2.

Based on Exhibit # 2 & 3 as a proof, I was defrauded buy AHM into buying its equity based on the false and incorrect representations of information by the CFO of AHM.
Also as per Securities Exchange act of 1934, I should be eligible for the compensation of fraud settlement in this bankruptcy proceeding..

Note: I am still holding AHM securities in my brokerage a/c total of 7000 stock current. Exhibit # 4 Brokerage a/c statement of AHM of 7000 stocks.

I declare under penalty of perjury under the laws of the United States of America that foregoing is true and correct.

Dated: May 12, 2008

Ramesh J. Pathak.

## SUBSTANTIVE ALLEGATIONS:

Company issued numerous materially false and misleading statements which caused AHM's securities to trade at artificially inflated prices. As alleged in the Complaint, these statements were materially false and misleading because they misrepresented and failed to disclose that: (1) the Company was experiencing an increasing level of loan delinquencies which was depressing its earnings; (2) the Company was experiencing increasing difficulties in selling its loans and, therefore, was required to decrease prices, thereby reducing margins and profits; and (3) as a result of the foregoing, the Company was overstating its financial results by failing to write-down the value of certain loans in its portfolio as these loans had declined substantially in value.

On June 27, 2007, after the market closed, AHM issued a press release announcing that it will take "substantial charges for credit-related expenses in the second quarter." The Company reported that the increase in losses was related to its practice of extending a three month timely payment warranty that the Company granted to loan buyers who purchased stated income loans. In response to this announcement, the price of AHM stock declined from $20.91 per share to $18.38 per share on extremely heavy trading volume. Then, on July 27, 2007, after the close of the market, AHM issued a press release announcing that its Board of Directors had determined to delay paying its dividend. On the next trading day, July 30, 2007, before the marked opened, the NYSE halted trading in AHM stock. In response to these events and announcements, the Company's stock declined from $10.47 on July 30, 2007 to close at $1.04 on July 31, 2007 on unusually high trading volume. On August 6, 2007, the Company filed for bankruptcy protection in the United States Bankruptcy Court for the District.

① Exhibit # 1

② Exhibit # 2

③ Exhibit # 3

④ Exhibit # 4

⑤ Court Notice



STOCKS IN THE NEWS

# American Home's Credit Crisis

As it faces an "unprecedented" disruption in the credit markets, the mortgage lender delays dividends in a bid to keep itself afloat

by Ben Steverman

American Home Mortgage (AHM) is hoarding cash, trying to keep the company afloat as borrowers flee from riskier debt.

The company said on July 30 it will delay paying its quarterly dividends to keep the cash on its balance sheet. "The disruption in the credit markets in the past few weeks has been unprecedented in the company's experience," the firm said in a statement.

As a credit crunch calls into question the value of American Home's mortgage holdings, creditors are panicking, issuing margin calls.

The shares plunged 42% in pre-market activity on July 30 but did not open for trading on thje New York Stock Exchange that day. Trading in the stock remained halted as of mid-morning July 31 as the NYSE said it still expects the company to report important news, according to an Associated Press report.

"The problem is the mortgage market has frozen up," says Friedman Billings Ramsey analyst Paul J. Miller Jr. It started a couple weeks ago when the major rating agencies downgraded various kinds of mortage-backed debt. (Those agencies include Standard & Poor's, which, like BusinessWeek, is a unit of the McGraw-Hill Companies.)

American Home makes money originating and then re-packaging mortgages into securities that are sold on secondary markets. It originated almost $60 billion in loans in 2006.

Many buyers are simply refusing to bid on riskier debt, especially mortgage-backed debt. Thus, lenders like American Home are stuck with debt in their pipelines that they can't sell. The biggest issue may be uncertainty. Since parts of the credit market aren't really operating properly, it's hard to tell what American Homes' assets are really worth, says Jason Willey, a Standard & Poor's equity analyst.

"The company has provided fairly limited information" on its troubles, Willey says. American Home's statement says the credit market disruptions "has caused major write-downs of its loan and security portfolios" and "significant margin calls." It's not clear which sort of debt is causing the biggest write-downs. American Home has steered clear of subprime loans, the riskiest class of mortgage debt.

The dividends had been declared last month and were to be paid on July 27 and July 31. It's highly unusual to delay a dividend after it's already been declared. As a real estate investment trust, or REIT, American Home is required to distribute a large amount of its income to investors. The dividend delay might violate some REIT rules, but that's the least of American Home's concerns, says Fox-Pitt Kelton analyst Matthew Howlett.

"Right now, it's about survival," he says.

Exhibit #1

"It's very hard to quantify how bad this could get," FBR's Miller says. Bankruptcy this week is not out of the question, he says.

To survive, American Home needs the secondary credit markets to stabilize, so the company can re-sell its loans for a profit. "They need it to happen very, very quickly," Miller says. (American Home is an investment banking client of FBR.)

RBC Capital Markets analyst James Ackor has a more optimistic view. At the end of the first quarter, American Home had $837 million in cash, he wrote Monday, and should be able "to weather a margin call-related storm." (RBC does business with American Home.)

Many analysts believe other mortgage companies are now under the same pressure as American Home. Some, without a REIT structure, may have enough cash or other capital to ride out problems until credit markets stabilize.

"The amount of uncertainty in the market makes it difficult to forecast," S&P's Willey says. "Thing have taken a turn that a lot of people did not expect."

*Steverman is a reporter for BusinessWeek's Investing channel.*

Xerox Color. It makes business sense.

Copyright 2000-2008 by The McGraw-Hill Companies Inc. All rights reserved.

The McGraw-Hill Companies

# REUTERS

sponsored by  EPSON

Print | Close this window

## American Home Mortgage falls pulled facility rumor

Thu Jul 19, 2007 3:57pm EDT

NEW YORK, July 19 (Reuters) - American Home Mortgage Investment Corp. AHM.N shares fell as much as 23.3 percent Thursday on a rumor that a Wall Street investment firm had withdrawn a credit facility, analysts said.

One analyst, who spoke with the real estate investment trust's chief financial officer, said American Home assured him the rumor was not true. The Melville, New York-based REIT, which makes home loans, did not immediately return a call seeking comment.

"We heard a broadly disseminated rumor that a Wall Street firm pulled a credit facility," said Steven DeLaney, a managing director at JMP Securities in Atlanta, who said he rates the stock "market perform" and does not own it. "We have communicated with the company's chief financial officer, and the company had assured us that no credit facility has been pulled."

American Home specializes in prime and "near prime" loans. It has made many loans that allow borrowers to produce little documentation, which can be considered riskier.

Its shares fell $2.13, or 15.7 percent, to $11.46 in afternoon trading, after earlier falling to $10.42. (Reporting by Jonathan Stempel and Dan Wilchins)

© Thomson Reuters 2008. All rights reserved. Users may download and print extracts of content from this website for their own personal and non-commercial use only. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is expressly prohibited without the prior written consent of Thomson Reuters. Thomson Reuters and its logo are registered trademarks or trademarks of the Thomson Reuters group of companies around the world. Thomson Reuters journalists are subject to an Editorial Handbook which requires fair presentation and disclosure of relevant interests.

Reuters journalists are subject to the Reuters Editorial Handbook which requires fair presentation and disclosure of relevant interests.

Exhibit # 2

# *charles* SCHWAB

**Trade Confirmation**

101 Montgomery Street  San Francisco  California  94104  800 435 4000  www.schwab.com

Retain for Your Records

Page 1 of 1

**Mail To**

RAMESH PATHAK
31 BLAISDELL WAY
FREMONT CA  94536



*Going paperless is easy. Log on to www.schwab.com/paperless.*

## Security Description

| | Action | BOUGHT | | |
|---|---|---|---|---|
| AMERN HOME MORTGAGE INVT REIT | Symbol: | AHM | Trade Date: | 7/19/07 |
| | Security No./Cusip: | 02660R-10-7 | Settlement Date: | 7/24/07 |
| | Branch Code: | FMYY | Type: | Margin |

| Quantity | Price | Principal | Charges and/or Interest | | Total Amount |
|---|---|---|---|---|---|
| 1,000 | $12.56 | $12,560.00 | Commission: | $12.95 | $12,572.95 |
| 1,000 | 11.50 | 11,500.00 | Commission: | 12.95 | 11,512.95 |
| **Totals**   2,000 | | $24,060.00 | | $25.90 | $24,085.90 |

*For all of the above:*
*Unless you have already instructed us differently, we will: hold this security in your account.*
*Executed Over The Counter*
*Unsolicited trade*
*Capacity code A*

Exhibit # 3

©2006 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. Please see reverse for terms, conditions and capacity code definitions.
TRR   2



# charles SCHWAB

**Account Statement**
Retain for Your Records

Statement Period: April 1, 2008 to April 30, 2008
Last Statement: March 31, 2008

**Schwab One® Account**
Account Number: 2224-6623

Going paperless is easy. Log on to:
www.schwab.com/estatements
Questions? Call 1-800-435-9050

Account Opened in: 2007
Page 1

3904-CN4N0308-012903-9ML-945361658003 388406
RAMESH PATHAK
DESIGNATED BENE PLAN/TOD
31 BLAISDELL WAY
FREMONT CA       94536-1658

## Account Value Summary
Cash & Sweep Money Market Funds
Margin Loan Balance
Investments
**Total Account Value**

## Change in Value Summary
Starting Account Value
Transactions & Income This Period
Income Reinvested This Period
Change in Value of Investments This Period
**Ending Account Value**
Change in Account Value Since 1/1/08

## Total Funds Available: Cash + Margin
Available to Withdraw
Securities Buying Power

## Rate Summary
Margin Loan Rate as of 4/28                                7.25%

## Investment Detail

| Description | Symbol | Quantity Long/Short | Price | Market Value |
|---|---|---|---|---|
| **Investments** | | | | |
| CELL THERAPEUTICS NEW (M) | CTIC | | | |
| CISCO SYSTEMS INC (M) | CSCO | | | |
| FREMONT GENERAL CORP | FMNT | | | |
| TELLABS INC (M) | TLAB | | | |
| AMERN HOME MORTGAGE INVT REIT | AHMIQ | 7,000 L | 0.0600 | 420.00 |
| FREMONT GEN FING I 9%26 TRUST ORIG DUE 03/31/26 PFD SECS (TOPRS) | FMNTP | | | |
| NOVASTAR FINANCIAL NEW REIT | NOVS | | | |

Less: Margin Loan Balance

**Total Account Value**

*Exhibit #4* (handwritten)

Please see "Footnotes for Your Account" section for an explanation of the footnote codes and symbols on this statement.

© 2004 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. CRS 22840 (0001-0388) STP10479R1-03 (12/04)

CN4N0308-012903 388406

