3 Beachview Court
Northport, Port Bouvard
Wannanup, WA 6210
Australia

FILED

2008 MAY 19 AM 9: 39

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 9, 2008

United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

RE: Chapter 11, Case No. 07-11047 (CSS)

**Response to Debtor's Fifth Omnibus Objection to Claims**

**Claim Number 6813**

Dear Sir or Madam:

This document will serve as my response to the above noted objection (the notice of which is attached hereto). I have a valid claim of equity interest in the above noted case which was filed in accordance with instructions received from the court. The debtors' attempt to have my claim expunged is inappropriate and unjust.

Sincerely,

*Dale Couch*

Dale Couch