FILED
May 14, 2008

2008 MAY 19 AM 10: 37

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Christopher S. Sontchi
United States Bankruptcy Court for the District of Delaware
824 Market Street, 5th Floor, Courtroom No. 6
Wilmington, DE 19801

Mailed to: 824 Market Street, 3rd Floor

RE:   American Home Mortgage, Inc.
      Claim Number: 9744; Claim Amount: $1,830.77
      Fiore, Brian R.
      37A Katie Court
      Mahopac, NY 10541

Dear Judge Sontchi,

This letter is in response to the objection that my claim for $1,830.77 (9744) was filed after the applicable bar date. The claim was overnighted by the United States Postal Service on January, 18, 2008, 7 days after the bar date (original receipts enclosed).

The claim however was filled out to the best of my ability before the bar date. The reason it was not sent until the 18th was because I had several questions that I needed answers to in order to complete the form in full. I am a novice when it comes to matters of the law, and I had a hard time fully understanding some of the items that needed to be filled out on the claim form. I placed several calls to Epiq Bankruptcy Solutions, LLC prior to the bar date of January 11th, 2008, trying to obtain answers to my questions. Each time I was told somebody would call me back, but I did not receive a call until the morning of January 18th, 2008. After receiving the call and fully completing the form with all of the correct information, I rushed to the Post Office and sent the claim immediately.

As a former employee of American Home Mortgage, it is fully understood by all parties that I was to be paid 7 full days of vacation in the amount of $1,830.77 (Annual Salary: $68,000; 7.5 Hours Per Day times 7 Days times Hourly Rate equals $1,830.77). This is acknowledged by American Home Mortgage sending me a copy of the claim with that amount on it (Schedule #: 751052310). I have also enclosed a copy of my vacation balance indicating I had 52.5 hours of vacation pay remaining.

Due to the circumstances under which the claim was filed late, I ask you Your Honor to please overrule the objection to pay my claim and have American Home Mortgage pay the remainder of my vacation pay in the amount of $1,830.77.

I have now been unemployed for 6 of the 9 months since American Home Mortgage has closed their doors, and my struggles in finding a job have been numerous. Financially I am having difficulty paying my bills and making ends meet. I worked very hard for American Home Mortgage, coming in early and leaving late almost every night, and I hope that the vacation pay that was owed to me that I was never able to take, will be paid in full.

Thank you,

*Brian R. Fiore*

Brian R. Fiore

Enc:   United States Postal Service Express Mail Receipt
       United States Postal Service Sales Receipt
       Accrual Balance and Projections Sheet indicating vacation pay

cc:    Young Conaway Stargatt & Taylor, LLP (both physical address and P.O. Box)
       Epiq Bankruptcy Solutions, LLC