19 May 2008

United States Bankruptcy Court for the District of Delaware
824 Market Street
3rd Floor
Wilmington, Delaware
19801

In re:   Debtors
         AMERICAN HOME MORTGAGE HOLDINGS, INC
         Delaware corporation, et al.,

Case Number:      07-11047 (CSS)

Claim Number:     7040

**Response to Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims**

Honorable Sir;

I respectfully request that the Debtors' Objection to Claim Number 7040 be disallowed. This claim is not "based solely on ownership of stock of the Debtors". I seek damages for losses incurred as a result of the Debtor, its officers and directors failing to accurately convey the potential impact of the Debtor's operating challenges to the investment community and as such misrepresented the financial health of the Debtors in the weeks immediately preceding the filing for protection from creditors in U.S. bankruptcy court. By misrepresenting the company's financial health, the Debtor misled potential investors as to the investment quality of the Debtor's stock, resulting in investment losses as set out in Claim 7040.

The investments detailed in Claim 7040 were made between July 18, 2007 and July 31, 2007. Shortly prior to the time these investments were made, the Debtor, by way of its officers and directors, assured investors that the main source of its credit problems had been resolved and the impact would "wind down" in the second quarter:

June 28, 2007:   "American Home said late Thursday that credit problems have mainly been caused by its strategy of offering three-month "timely payment" warranties to investors who bought stated-income loans with high loan-to-value ratios from the company. American Home said it's stopped offering these types of loans and that's helping to cut the amount of loans it has to repurchase from investors. The discontinued product's impact on our future financial results is likely to diminish," Michael Strauss, American Home's chief executive, said in a statement. "The second quarter will be a period of 'clean-up' as **the impact from the discontinued products continues to wind down.**"

The Debtor issued the following assurances to the investment community:

June 28, 2007: Meanwhile, results from American Home's current mortgage-origination business have benefited from a stabilization of the secondary mortgage market, the company said, noting that it's **sticking with its quarterly dividend policy** of 70 cents per common share.

The following extracts from a research report by James Ackor, an RBC Capital Markets analyst, refer to discussions in July with the Debtor's management, where the investment community was reassured that "credit lines were intact", "factors negatively influencing the company's fundamentals were being effectively addressed" and that "rumors of liquidity concerns were completely unfounded".

July 30, 2007: "On July 19, American Home's stock slumped amid speculation that the company's credit lines were being pulled. However, analysts dismissed the notion, saying **the company told them that its credit lines were intact**. The following day, Mary Feder, vice president and investor relations director at American Home, told MarketWatch that none of the company's credit lines were being pulled.

But **reassuring analysts and investors less than two weeks before warning about margin calls** has undermined the credibility of American Home's management team, according to RBC's Ackor.

"**Recent conversations with management reaffirmed** to us that many of the **factors negatively influencing the company's fundamentals were being effectively addressed**, and that **recent market rumors of liquidity concerns were completely unfounded**," the analyst wrote.

"We certainly acknowledge that the recent and severe erosion in the global debt markets was rapid and unforeseen," Ackor added. "We are concerned, however, **that management appears to have either been caught entirely off guard** (implying they may not fully understand the implications of a difficult operating environment), **has not accurately conveyed the potential impact of these operating challenges to the investment community, or both.**"

American Home announced its financing problems and the decision to halt dividends after 10 pm on Friday, a move that won't help, Ackor said. He added: "**The company's dividend-delay confessional at 10:20 p.m. on a Friday night makes us think that both of these points may have merit.**""

Within 5 working days from the issuance of this report that referred to assurances given during "recent conversations with [Debtor's] management", the Debtor filed for protection in U.S. bankruptcy court.

August 6, 2007:  American Home Mortgage Investment Corp., the Melville, N.Y.-based company, submitted its application for protection from creditors in U.S. bankruptcy court in Delaware.

The Debtor had the legal responsibility to the investment community to correctly convey the nature of its financial health so that informed investment decisions could be made. During the time in which the investments set out in Claim 7040 were made, the Debtor, its officers and directors continued to give assurances that the main source of the credit problems had been identified and the impact would "wind down", "credit lines were intact", "factors negatively influencing the company's fundamentals were being effectively addressed" and that "rumors of liquidity concerns were completely unfounded".  Claim 7040 seeks damages for losses incurred as a result of the investment decisions that were made based on these inaccurate, misleading assurances by the Debtor, its officers and directors in the weeks immediately preceding a filing for protection in U.S. bankruptcy court.

Respectfully Yours;

Kenneth R. Dunnill
917 Overbrook Road
Wilmington, Delaware
19807


Copy of Response also served on:

Counsel to the Debtors
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware
19801