## **CERTIFICATE OF SERVICE**

I, Tobey M. Daluz, Esquire, hereby certify that on this 20th day of May, 2008, I caused a true and correct copy of the Response of Countrywide Home Loans, Inc. to Debtors Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 to be served on the addressees listed on the attached service list in the manner indicated.

/s/ Tobey M. Daluz
Tobey M. Daluz, Esquire (No. 3939)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP

Dated: May 20, 2008
Wilmington, Delaware

**VIA HAND DELIVERY**

James L. Patton, Esquire
Pauline K. Morgan, Esquire
Edward J. Kosmowski, Esquire
Nathan D. Grow, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801