IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation, et al.,[1]

Debtors.

---------------------------------------------------------------------- x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

Ref. Docket No. _____

## TENTH ORDER, PURSUANT TO SECTIONS 105 AND 365 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6006 AND 6007, AUTHORIZING THE DEBTORS TO REJECT A CERTAIN UNEXPIRED LEASE

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors

and debtors in possession (the "Debtors"), for an order pursuant to sections 105(a) and 365(a) of

title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), authorizing

the Debtors to reject the Lease; and the Court being satisfied that the rejection of the Lease is in

the best interests of the Debtors, their estates and creditors and is a proper exercise of the

Debtors' business judgment; and due and proper notice of the Motion having been given; and it

appearing that no other or further notice need be given; and after due deliberation and sufficient

cause appearing therefor, it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

ORDERED, that the Debtors are authorized, pursuant to 11 U.S.C. § 365(a), but not required, to reject the Lease identified on <u>Exhibit A</u> attached hereto;

ORDERED, that the Lease is deemed rejected pursuant to 11 U.S.C. § 365(a) effective as of May 31, 2008; and it is further

ORDERED, that the Rejection Bar Date for filing a Rejection Claim pursuant to this Order is hereby fixed as a date that is thirty (30) days from the date of the entry of this Order.  Any holder of a Rejection Claim who fails to timely file a proof of such claim on or before the Rejection Bar Date shall not be treated as a creditor for purposes of voting upon, or receiving distributions under, any chapter 11 plan or plans in these chapter 11 cases in respect of that claim; and it is further

ORDERED, that nothing herein shall prejudice the rights of the Debtors to argue that any claim for damages arising from the rejection of the Lease is limited to the remedies available under any applicable termination provision of such Lease, or that any such claim is an obligation of a third party, and not that of the Debtors; and it is further

ORDERED, that this Court shall retain jurisdiction over an any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
      June ___, 2008

                                      _____
                                        Christopher S. Sontchi
                                        United States Bankruptcy Judge

                              

## EXHIBIT A

### Unexpired Real Property Lease to be Rejected

| DESCRIPTION OF LEASE | COUNTERPARTY TO LEASE | EFFECTIVE DATE OF REJECTION |
|---|---|---|
| Apartment Lease Agreement, dated June, 2004 | Manager<br>Avalon Bay Community Properties, Inc.<br>100 Court North Drive<br>Melville, NY 11747<br><br>Property Owner<br>Avalon Bay Community Properties, Inc.<br>2900 Eisenhower Avenue, Suite 300<br>Alexandria, VA 22314<br><br>Avalon Bay Communities, Inc.<br>Customer Care Center<br>2901 Sabre Street, Suite 100<br>Virginia Beach, VA 23452 | May 31, 2008 |

DB02:6816850.1

066585.1001