# **EXHIBIT 3**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE, | ) | (Jointly Administered) |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] | ) | |
| | ) | |
| Debtors. | ) | Related Docket Item No. ____ |

## ORDER

Upon consideration of the *Motion of Sam Hage, II for Order Deeming Proof of Claim Timely Filed or, in the Alternative, Allowing the Filing of a Late-Filed Claim* (the "Motion"); and it appearing that the Court has jurisdiction in this matter; and it appearing that notice of the Motion as set forth therein is sufficient, and that no other or further notice need be provided; and it appearing based on the evidence presented at the hearing on the Motion that the relief is warranted; and after consideration of any responses, objections, answers, and replies to the Motion; and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED that the Motion is Granted in all respects; and it is further

ORDERED that the Fifth Omnibus Objection[2] is overruled as to Claim No. 9641; and it is further

ORDERED that Mr. Hage's Proof of Claim shall be, and hereby is, deemed timely filed.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp, a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Mellville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75036.

[2] Unless it is plainly apparent from the context that another meaning is intended, capitalized terms not otherwise

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order.

Dated: _____          _____
                                            The Honorable Christopher S. Sontchi
                                            United States Bankruptcy Judge

---

defined shall have the meanings ascribed to them in the Motion.