## CERTIFICATE OF SERVICE

I, Elihu E. Allinson, III, do hereby certify I am not less than 18 years of age and that on this 20th day of May, 2008, I caused a copy of the within *Motion of Sam Hage, II for Order Deeming Proof of Claim Timely Filed or, in the Alternative, Allowing the Filing of a Late-Filed Claim* to be served upon the parties listed below via U.S. Mail, First Class, postage pre-paid, and by electronic transmission on all other parties who have agreed to accept electronic service.

American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY  11747

Pauline K. Morgan, Esq.
Edward J. Kosmowski, Esq.
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE  19801

Nathan Haynes, Esq.
Gregory M. Petrick, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE  19801

Kerri K. Mumford, Esq.
Landis Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE  19801

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

Mark S. Indelicato, Esq.
Hahn Hessen LLP
488 Madison Avenue
14th & 15th Floor
New York, NY  10022

Under penalty of perjury, I declare that the foregoing is true and correct.

*May 20, 2008*
Date

*/s/ Elihu E. Alllinson, III*
Elihu E. Allinson, III