# EXHIBIT B

Northwest Trustee Services, Inc.
Period from January 1, 2008 through January 31, 2008

| Loan # | Completion Date | Fees | Cost | Billed |
|---|---|---|---|---|
| 1001359514 | 4/1/2008 | 300.00 | 1,944.27 | 2,244.27 |
| 10012400095 | 4/1/2008 | 600.00 | 2,658.49 | 3,258.49 |
| 1000969349 | 4/1/2008 | 600.00 | 1,525.00 | 2,125.00 |
| 1000969236 | 4/1/2008 | 600.00 | 1,533.48 | 2,133.48 |
| 1001373111 | 4/1/2008 | 500.00 | 1,346.91 | 1,846.91 |
| 1001558368 | 4/1/2008 | 200.00 | | 200.00 |
| 1001009852 | 4/2/2008 | 600.00 | 2,092.28 | 2,692.28 |
| 1000801686 | 4/2/2008 | 600.00 | 1,446.90 | 2,046.90 |
| 100790587 | 4/2/2008 | 600.00 | 1,696.25 | 2,296.25 |
| 1001196576 | 4/2/2008 | 600.00 | 1,431.50 | 2,031.50 |
| 1000851972 | 4/2/2008 | 600.00 | 1,332.27 | 1,932.27 |
| 1000868542 | 4/2/2008 | 600.00 | 1,735.09 | 2,335.09 |
| 1000976084 | 4/2/2008 | 600.00 | 1,483.82 | 2,083.82 |
| 1001545783 | 4/2/2008 | 600.00 | 1,565.59 | 2,165.59 |
| 1001545096 | 4/2/2008 | 600.00 | 1,353.23 | 1,953.23 |
| 1001545062 | 4/2/2008 | 600.00 | 1,774.29 | 2,374.29 |
| 1001453661 | 4/2/2008 | 600.00 | 1,126.50 | 1,726.50 |
| 1001567583 | 4/2/2008 | 600.00 | 1,678.75 | 2,278.75 |
| 1001356496 | 4/2/2008 | 600.00 | 1,775.16 | 2,375.16 |
| 1001437829 | 4/2/2008 | 600.00 | 1,479.50 | 2,079.50 |
| 1001559055 | 4/2/2008 | 600.00 | 1,160.00 | 1,760.00 |
| 1001390190 | 4/2/2008 | 600.00 | 1,298.00 | 1,898.00 |
| 1001428873 | 4/2/2008 | 600.00 | 1,521.00 | 2,121.00 |
| 1001291247 | 4/2/2008 | 600.00 | 1,150.01 | 1,750.01 |
| 1001322131 | 4/2/2008 | 600.00 | 1,528.25 | 2,128.25 |
| 1000857614 | 4/2/2008 | 600.00 | 1,141.82 | 1,741.82 |
| 1000819900 | 4/2/2008 | 600.00 | 1,209.50 | 1,809.50 |
| 1000806024 | 4/2/2008 | 200.00 | | 200.00 |
| 1001086762 | 4/2/2008 | 200.00 | | 200.00 |
| 1001431900 | 4/2/2008 | 200.00 | | 200.00 |
| 1001443865 | 4/3/2008 | 600.00 | 1,197.99 | 1,797.99 |
| 1000601078 | 4/3/2008 | 500.00 | 805.00 | 1,305.00 |
| 1001226473 | 4/4/2008 | 485.00 | 777.50 | 1,262.50 |
| 1001276655 | 4/5/2008 | 200.00 | 591.30 | 791.30 |
| 1001026570 | 4/5/2008 | 600.00 | 1,697.66 | 2,297.66 |
| 1000793641 | 4/5/2008 | 600.00 | 1,401.50 | 2,001.50 |
| 1001409201 | 4/5/2008 | 600.00 | 1,423.77 | 2,023.77 |
| 1000922019 | 4/5/2008 | 600.00 | 1,407.50 | 2,007.50 |
| 1001377961 | 4/5/2008 | 600.00 | 1,260.65 | 1,860.65 |
| 1001669522 | 4/5/2008 | 600.00 | 1,283.50 | 1,883.50 |
| 1001297064 | 4/5/2008 | 600.00 | 1,676.05 | 2,276.05 |
| 1001049867 | 4/5/2008 | 600.00 | 1,495.00 | 2,095.00 |
| 1000832886 | 4/5/2008 | 600.00 | 1,707.63 | 2,307.63 |
| 1000903075 | 4/5/2008 | 600.00 | 1,606.05 | 2,206.05 |

| | | | | |
|---|---|---|---|---|
| 1001290416 | 4/7/2008 | 600.00 | 1,531.80 | 2,131.80 |
| 1001164374 | 4/7/2008 | 600.00 | 1,156.50 | 1,756.50 |
| 1001619977 | 4/7/2008 | 600.00 | 1,694.91 | 2,294.91 |
| 1000548358 | 4/7/2008 | 600.00 | 2,453.56 | 3,053.56 |
| 1001511466 | 4/7/2008 | | 790.05 | 790.05 |
| 1001496318 | 4/7/2008 | 600.00 | 694.09 | 1,294.09 |
| 1000673780 | 4/7/2008 | 600.00 | 1,461.84 | 2,061.84 |
| 1001030806 | 4/7/2008 | 600.00 | 1,032.81 | 1,632.81 |
| 1001786430 | 4/7/2008 | 600.00 | 1,178.43 | 1,778.43 |
| 1001710018 | 4/7/2008 | 600.00 | 1,619.00 | 2,219.00 |
| 1001264049 | 4/7/2008 | 600.00 | 1,751.25 | 2,351.25 |
| 1001578833 | 4/7/2008 | 600.00 | 1,343.50 | 1,943.50 |
| 1001450913 | 4/7/2008 | 600.00 | 1,839.92 | 2,439.92 |
| 1001500123 | 4/7/2008 | | 9.00 | 9.00 |
| 1001590702 | 4/7/2008 | 600.00 | 1,486.46 | 2,086.46 |
| 1001527548 | 4/7/2008 | 600.00 | 1,363.00 | 1,963.00 |
| 1001035689 | 4/7/2008 | 600.00 | 1,825.18 | 2,425.18 |
| 1001662685 | 4/7/2008 | 600.00 | 1,210.14 | 1,810.14 |
| 1001602514 | 4/7/2008 | 200.00 | | 200.00 |
| 1000877246 | 4/7/2008 | 200.00 | | 200.00 |
| 1001093077 | 4/7/2008 | | | |
| 1001099746 | 4/7/2008 | 200.00 | | 200.00 |
| 1000671970 | 4/9/2008 | | 704.53 | 704.53 |
| 1000736438 | 4/9/2008 | 600.00 | 2,125.98 | 2,725.98 |
| 1001226854 | 4/9/2008 | | 619.82 | 619.82 |
| 1001635004 | 4/9/2008 | 600.00 | 1,325.09 | 1,925.09 |
| 1001309318 | 4/9/2008 | 600.00 | 569.18 | 1,169.18 |
| 1001418698 | 4/9/2008 | 600.00 | 1,254.35 | 1,854.35 |
| 1001280922 | 4/9/2008 | 600.00 | 1,193.00 | 1,793.00 |
| 1001706116 | 4/9/2008 | 100.00 | 65.00 | 165.00 |
| 1001690216 | 4/9/2008 | 600.00 | 1,397.50 | 1,997.50 |
| 1001357084 | 4/9/2008 | | 106.72 | 106.72 |
| 1001249278 | 4/9/2008 | 600.00 | 1,363.61 | 1,963.61 |
| 1001546859 | 4/9/2008 | 600.00 | 1,362.51 | 1,962.51 |
| 1001369869 | 4/9/2008 | | 9.00 | 9.00 |
| 1001416930 | 4/9/2008 | 600.00 | 1,396.00 | 1,996.00 |
| 1001057700 | 4/9/2008 | 600.00 | 910.08 | 1,510.08 |
| 1000936205 | 4/9/2008 | 600.00 | 1,522.73 | 2,122.73 |
| 1001219112 | 4/9/2008 | 600.00 | 1,402.50 | 2,002.50 |
| 1001101048 | 4/9/2008 | 600.00 | 1,151.50 | 1,751.50 |
| 1001303103 | 4/9/2008 | 600.00 | 310.63 | 910.63 |
| 1001642770 | 4/9/2008 | 600.00 | 820.45 | 1,420.45 |
| 1001179688 | 4/9/2008 | 600.00 | 680.54 | 1,280.54 |
| 1001476894 | 4/9/2008 | 600.00 | 1,532.63 | 2,132.63 |
| 1001323512 | 4/9/2008 | 600.00 | 1,123.35 | 1,723.35 |
| 100061076 | 4/9/2008 | 600.00 | 883.00 | 1,483.00 |
| 1000993272 | 4/9/2008 | 600.00 | 1,790.08 | 2,390.08 |
| 1001697115 | 4/9/2008 | 600.00 | 793.72 | 1,393.72 |
| 1001118335 | 4/9/2008 | 600.00 | 1,518.26 | 2,118.26 |

| | | | | |
|---|---|---|---|---|
| 1001282532 | 4/9/2008 | | 707.12 | 707.12 |
| 1000669769 | 4/9/2008 | 600.00 | 1,367.76 | 1,967.76 |
| 1000822217 | 4/9/2008 | 600.00 | 1,527.64 | 2,127.64 |
| 1001109443 | 4/9/2008 | 600.00 | 1,257.47 | 1,857.47 |
| 10006546499 | 4/9/2008 | | 21.27 | 21.27 |
| 1001041127 | 4/9/2008 | 600.00 | 658.45 | 1,258.45 |
| 1001118653 | 4/9/2008 | 600.00 | 1,267.55 | 1,867.55 |
| 1001183310 | 4/9/2008 | 600.00 | 1,450.77 | 2,050.77 |
| 1001514597 | 4/9/2008 | 600.00 | 1,464.50 | 2,064.50 |
| 1001364480 | 4/9/2008 | 600.00 | 1,647.68 | 2,247.68 |
| 1001363549 | 4/9/2008 | 600.00 | 1,318.00 | 1,918.00 |
| 1001574840 | 4/9/2008 | 600.00 | 1,274.25 | 1,874.25 |
| 1001558106 | 4/9/2008 | 600.00 | 1,605.50 | 2,205.50 |
| 1001449069 | 4/9/2008 | 600.00 | 2,130.00 | 2,730.00 |
| 1001522896 | 4/9/2008 | 600.00 | 1,373.00 | 1,973.00 |
| 1001031504 | 4/9/2008 | 600.00 | 965.11 | 1,565.11 |
| 1001650320 | 4/9/2008 | 600.00 | 1,521.19 | 2,121.19 |
| 1001384064 | 4/9/2008 | 600.00 | 1,491.32 | 2,091.32 |
| 1001567321 | 4/9/2008 | 600.00 | 1,388.90 | 1,988.90 |
| 1001428795 | 4/9/2008 | 600.00 | 1,244.00 | 1,844.00 |
| 1001774468 | 4/9/2008 | 600.00 | 1,651.50 | 2,251.50 |
| 1001077603 | 4/9/2008 | 600.00 | 570.59 | 1,170.59 |
| 1001198461 | 4/9/2008 | 600.00 | 1,051.72 | 1,651.72 |
| 1001159476 | 4/9/2008 | 600.00 | 2,133.90 | 2,733.90 |
| 1000877304 | 4/9/2008 | 600.00 | 1,514.80 | 2,114.80 |
| 1001524823 | 4/9/2008 | 600.00 | 3,458.57 | 4,058.57 |
| 1001488376 | 4/9/2008 | 600.00 | 3,442.49 | 4,042.49 |
| 1001232003 | 4/9/2008 | 600.00 | 2,168.13 | 2,768.13 |
| 1000714058 | 4/9/2008 | 600.00 | 1,848.42 | 2,448.42 |
| 1001220169 | 4/9/2008 | 600.00 | 3,497.34 | 4,097.34 |
| 1001276709 | 4/9/2008 | 600.00 | 3,517.81 | 4,117.81 |
| 1000678595 | 4/9/2008 | 600.00 | 2,573.81 | 3,173.81 |
| 1001595467 | 4/9/2008 | 600.00 | 2,987.47 | 3,587.47 |
| 1001044633 | 4/9/2008 | 600.00 | 1,920.97 | 2,520.97 |
| 1000968644 | 4/9/2008 | 600.00 | 1,970.18 | 2,570.18 |
| 1000882623 | 4/9/2008 | 600.00 | 2,068.21 | 2,668.21 |
| 1001151397 | 4/9/2008 | 600.00 | 2,182.29 | 2,782.29 |
| 1001018345 | 4/10/2008 | | 43.36 | 43.36 |
| 1001034037 | 4/10/2008 | 600.00 | 1,974.20 | 2,574.20 |
| 1001552209 | 4/10/2008 | | 15.00 | 15.00 |
| 1000626120 | 4/10/2008 | 600.00 | 2,206.99 | 2,806.99 |
| | **Totals:** | **69,485.00** | **179,171.39** | **248,656.39** |

248,644.39