# EXHIBIT C

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0090593
Invoice Date: 4/1/2008

Attention:                                                    7983.22139

Loan No: 1001359514                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~MAMBER, VAL~~
          ~~MONTELAGO BOULEV~~
          ~~HENDERSON, NV  89011~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/1/2008 | Trustee Fee | $300.00 |
|  | TOTAL FEES: | $300.00 |

| Date | Item Description | Amount |
|------|-----------------|--------|
| 12/4/2007 | Date Notice of Default Recorded | $15.00 |
| 12/11/2007 | Date Trustee Sale Guarantee Received | $1,858.00 |
| 12/11/2007 | 10 Day Mailings Sent (Required by Statute) | $21.27 |
| 3/12/2008 | Publication Endorsement Received | $50.00 |
|  | TOTAL EXPENSES: | $1,944.27 |

*Post Cost*

PLEASE PAY AMOUNT DUE:       $2,244.27

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0090594
Invoice Date:  4/1/2008

Attention:                                                                    7983.22140

Loan No: 1001240095                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~REDACTED~~
~~CONCH COURT~~
~~LAS VEGAS, NV  89149~~

| Date | Item Description | | Amount |
|------|-----------------|--|--------|
| 4/1/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 12/4/2007 | Date Notice of Default Recorded | | $15.00 |
| 12/11/2007 | Date Trustee Sale Guarantee Received | | $1,171.00 |
| 12/12/2007 | 10 Day Mailings Sent (Required by Statute) | | $28.36 |
| 2/29/2008 | Publication Endorsement Received | | $50.00 |
| 3/11/2008 | Date Notice of Sale Posted | | $120.00 |
| 3/11/2008 | Date Publication Commenced (1st Pub) | | $320.00 |
| 3/11/2008 | Date Notice of Sale Mailed (Required by Statute) | | $29.64 |
| 3/13/2008 | Assignment Recording | | $14.00 |
| 3/13/2008 | SOT/Appointment Recorded | | $39.00 |
| 3/13/2008 | Date Notice of Sale Recorded | | $16.00 |
| 3/31/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 3/31/2008 | Date Transfer Tax Advanxced | | $815.49 |
| 3/31/2008 | Sale Endorsement Received | | $25.00 |
| | | TOTAL EXPENSES: | $2,658.49 |

*Post Cost* (handwritten)

PLEASE PAY AMOUNT DUE:     $3,258.49

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0090595
Invoice Date:  4/1/2008

Attention:                                                                 7983.22145

Loan No: 1000969349                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~SAVAYA, SAFAA~~
~~6500 N. GRAND CANYON~~
~~LAS VEGAS, NV  89166~~

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 4/1/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 12/4/2007 | Date Notice of Default Recorded | | $41.00 |
| 12/7/2007 | 10 Day Mailings Sent (Required by Statute) | | $21.27 |
| 12/15/2007 | Date Trustee Sale Guarantee Received | | $420.00 |
| 3/6/2008 | Publication Endorsement Received | | $50.00 |
| 3/11/2008 | Date Notice of Sale Posted | | $120.00 |
| 3/11/2008 | Date Publication Commenced (1st Pub) | | $320.00 |
| 3/11/2008 | Date Notice of Sale Mailed (Required by Statute) | | $29.64 |
| 3/21/2008 | Date Notice of Sale Recorded | | $15.00 |
| 3/21/2008 | Assignment Recording | | $15.00 |
| 3/21/2008 | SOT/Appointment Recorded | | $15.00 |
| 3/31/2008 | Sale Endorsement Received | | $25.00 |
| 3/31/2008 | Date Transfer Tax Advanxced | | $438.09 |
| 3/31/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,525.00 |

Post Cost

PLEASE PAY AMOUNT DUE:    $2,125.00

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0090596
Invoice Date:  4/1/2008

Attention:

7983.22154

Loan No: 1000969236
Borrower: S~~CANYA SAPA~~
~~8~~~~N. GRAND CANYON~~
L~~AS VEGAS, NV  89166~~

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/1/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 12/4/2007 | Date Notice of Default Recorded | $16.00 |
| 12/8/2007 | 10 Day Mailings Sent (Required by Statute) | $40.35 |
| 2/22/2008 | Date Trustee Sale Guarantee Received | $390.00 |
| 3/6/2008 | Publication Endorsement Received | $50.00 |
| 3/11/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 3/11/2008 | Date Notice of Sale Posted | $120.00 |
| 3/11/2008 | Date Notice of Sale Mailed (Required by Statute) | $29.64 |
| 3/21/2008 | Assignment Recording | $14.00 |
| 3/21/2008 | SOT/Appointment Recorded | $39.00 |
| 3/21/2008 | Date Notice of Sale Recorded | $16.00 |
| 3/31/2008 | Cost - Record Trustee's Deed | $15.00 |
| 3/31/2008 | Date Transfer Tax Advanxced | $458.49 |
| 3/31/2008 | Sale Endorsement Received | $25.00 |
| | TOTAL EXPENSES: | $1,533.48 |

*Post Cost*

PLEASE PAY AMOUNT DUE:    $2,133.48

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0090597
Invoice Date:  4/1/2008

Attention:                                                                 7983.22173

Loan No:  1001373111                       Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~LEWIS, MEL~~
~~5756 KITTRIDGE STREET~~
~~LOS ANGELES, CA   91506~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/1/2008 | Trustee Fee | $500.00 |
| | TOTAL FEES: | $500.00 |
| | | |
| 12/10/2007 | Date Notice of Default Recorded | $12.00 |
| 12/14/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 1/4/2008 | Date Trustee Sale Guarantee Received | $717.00 |
| 1/4/2008 | 1 Month Mailings Sent (Required by Statute) | $35.45 |
| 3/6/2008 | Publication Endorsement Received | $50.00 |
| 3/11/2008 | Date Publication Commenced (1st Pub) | $275.00 |
| 3/12/2008 | Date Notice of Sale Posted | $120.00 |
| 3/12/2008 | Date Notice of Sale Mailed (Required by Statute) | $59.28 |
| 3/14/2008 | Date Notice of Sale Recorded | $12.00 |
| 3/14/2008 | SOT/Appointment Recorded | $12.00 |
| 3/14/2008 | Assignment Recorded | $15.00 |
| 4/1/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,346.91 |

*Post Cost*

PLEASE PAY AMOUNT DUE:    $1,846.91

**Northwest Trustee Services, Inc.**

3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0120162-IN |
| DATE : | Apr 01, 2008 |
| TRUSTEE NO : | 0079838    0337 |

CONTACT:

Page 1 of 1

Loan No: 1001558368
Borrower: ~~Richard, Lisa~~
Property Address: 4~~885 Los Coches Way~~

Type:

~~Sacramento, CA 95864~~

| | | | |
|---|---|---|---|
| 04/01/2008 | Trustee - Monitor Fee/CA | | 200.00 |
| | | TOTAL FEES: | $200.00 |

PLEASE PAY AMOUNT DUE.................................   **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,850.00 | $ 3,150.00 | $ 5,400.00 | $ 3,650.00 | $ 5,900.00 | $ 21,950.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0090892
Invoice Date:  4/2/2008

Attention: 7983.21609

Loan No: 1001009852                        Type:  Non-Jud Foreclosure/ CONV
Borrower: PEREZ, ANTONIO
~~SHELDON COURT~~
~~RICHMOND, CA  94803~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/2/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 10/15/2007 | Date Notice of Default Recorded | $12.00 |
| 10/17/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 11/5/2007 | Date Trustee Sale Guarantee Received | $725.00 |
| 11/6/2007 | 1 Month Mailings Sent (Required by Statute) | $42.54 |
| 2/1/2008 | Publication Endorsement Received | $50.00 |
| 2/7/2008 | Date Notice of Sale Posted | $120.00 |
| 2/7/2008 | Date Publication Commenced (1st Pub) | $398.00 |
| 2/8/2008 | Assignment Recorded | $8.00 |
| 2/8/2008 | Title Cost Endorsement | $25.00 |
| 2/8/2008 | SOT/Appointment Recorded | $9.00 |
| 2/8/2008 | Date Notice of Sale Recorded | $6.00 |
| 2/28/2008 | Date Notice of Sale Mailed (Required by Statute) | $118.56 |
| 3/4/2008 | Date Publication Commenced (1st Pub) | $398.00 |
| 3/4/2008 | Date Notice of Sale Posted | $120.00 |
| 3/4/2008 | Date Notice of Sale Recorded | $6.00 |
| 3/24/2008 | Title Cost Endorsement | $25.00 |
| 4/2/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $2,092.28 |

Post Cost

PLEASE PAY AMOUNT DUE:  $2,692.28

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN:  20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0090832
Invoice Date:  4/2/2008

Attention:                                                                          7983.21873

Loan No:  1000801686                          Type:  Non-Jud Foreclosure/ CONV
Borrower:  GARCIA-DURAN, JOSE
1 CABEZAS COVE
CHULA VISTA, CA  91914

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 4/2/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 11/5/2007 | Date Notice of Default Recorded | | $12.00 |
| 11/5/2007 | Date Notice of Default Recorded | | $12.00 |
| 11/7/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 11/30/2007 | 1 Month Mailings Sent (Required by Statute) | | $7.08 |
| 11/30/2007 | Date Trustee Sale Guarantee Received | | $675.00 |
| 2/26/2008 | Publication Endorsement Received | | $50.00 |
| 2/28/2008 | Date Notice of Sale Mailed (Required by Statute) | | $22.23 |
| 2/29/2008 | Date Publication Commenced (1st Pub) | | $467.41 |
| 2/29/2008 | Date Notice of Sale Posted | | $120.00 |
| 3/3/2008 | SOT/Appointment Recorded | | $15.00 |
| 3/3/2008 | Date Notice of Sale Recorded | | $12.00 |
| 3/25/2008 | Title Cost Endorsement | | $25.00 |
| 4/2/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,446.90 |

*Post cost*

PLEASE PAY AMOUNT DUE:    $2,046.90

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0090833
Invoice Date:  4/2/2008

Attention:                                                                    7983.21882

Loan No: 1000790587
Borrower: URIARTE, JOSE

Type:  Non-Jud Foreclosure/ CONV

1729 ROLLING GREEN DR
SANTA MARIA, CA  93436

| Date | Item Description | Amount |
|---|---|---|
| 4/2/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/8/2007 | Date Notice of Default Recorded | $12.00 |
| 11/10/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 11/30/2007 | Date Trustee Sale Guarantee Received | $917.00 |
| 12/1/2007 | 1 Month Mailings Sent (Required by Statute) | $7.09 |
| 2/25/2008 | Publication Endorsement Received | $50.00 |
| 2/26/2008 | Date Notice of Sale Mailed (Required by Statute) | $22.23 |
| 2/28/2008 | SOT/Appointment Recorded | $10.00 |
| 2/28/2008 | Date Notice of Sale Recorded | $7.00 |
| 2/28/2008 | Assignment Recorded | $15.00 |
| 3/1/2008 | Date Notice of Sale Posted | $120.00 |
| 3/1/2008 | Date Publication Commenced (1st Pub) | $475.75 |
| 3/24/2008 | Title Cost Endorsement | $25.00 |
| 4/1/2008 | Cost - Record Trustee's Deed | $21.00 |
| | TOTAL EXPENSES: | $1,696.25 |

PLEASE PAY AMOUNT DUE:      $2,296.25

Page 2

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS00909031
Invoice Date:  4/2/2008

Attention:

7983.21931

Loan No:  1001196573                          Type:  Non-Jud Foreclosure/ CONV
Borrower:  GONZALEZ, ELVIRA
           230 SUMMERBROOK WAY
           SACRAMENTO, CA

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 4/2/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 11/15/2007 | Date Notice of Default Recorded | | $12.00 |
| 11/21/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 12/11/2007 | Date Trustee Sale Guarantee Received | | $775.00 |
| 12/12/2007 | 1 Month Mailings Sent (Required by Statute) | | $7.09 |
| 2/22/2008 | Publication Endorsement Received | | $50.00 |
| 2/23/2008 | Date Notice of Sale Mailed (Required by Statute) | | $22.23 |
| 2/25/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/26/2008 | Date Publication Commenced (1st Pub) | | $355.00 |
| 2/27/2008 | Assignment Recorded | | $11.00 |
| 2/27/2008 | SOT/Appointment Recorded | | $14.00 |
| 2/27/2008 | Date Notice of Sale Recorded | | $11.00 |
| 3/25/2008 | Title Cost Endorsement | | $25.00 |
| 4/2/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,431.50 |

PLEASE PAY AMOUNT DUE:      $2,031.50

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0090936
Invoice Date:  4/2/2008

Attention:                                                     7983.21935

Loan No: 1000851972                        Type:  Non-Jud Foreclosure/ CONV
Borrower:  ~~DORSSETTE, LINA~~
~~4068 NORWALK CIRCLE~~
~~MATHER, CA 95655~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/2/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/14/2007 | Date Notice of Default Recorded | $12.00 |
| 11/20/2007 | 10 Day Mailings Sent (Required by Statute) | $21.27 |
| 12/10/2007 | Date Trustee Sale Guarantee Received | $611.00 |
| 12/11/2007 | 1 Month Mailings Sent (Required by Statute) | $42.54 |
| 2/29/2008 | Publication Endorsement Received | $50.00 |
| 3/3/2008 | Date Notice of Sale Posted | $120.00 |
| 3/3/2008 | Date Publication Commenced (1st Pub) | $355.00 |
| 3/3/2008 | Date Notice of Sale Mailed (Required by Statute) | $44.46 |
| 3/5/2008 | Assignment Recorded | $11.00 |
| 3/5/2008 | SOT/Appointment Recorded | $14.00 |
| 3/5/2008 | Date Notice of Sale Recorded | $11.00 |
| 3/24/2008 | Title Cost Endorsement | $25.00 |
| 4/2/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,332.27 |

*(handwritten: Post Cost)*

PLEASE PAY AMOUNT DUE:     $1,932.27

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0090834
Invoice Date: 4/2/2008

Attention:                                           7983.21945

Loan No: 1000868542                    Type: Non-Jud Foreclosure/ CONV
Borrower: ~~BAUMGARTEN, OLIVIA~~
~~385 HILLSIDE BOULEVAR~~
~~SOUTH SAN FRANCISCO, CA 9408~~

| Date | Item Description | Amount |
|------|-----------------|-------:|
| 4/2/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 11/14/2007 | Date Notice of Default Recorded | $10.00 |
| 11/16/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 12/12/2007 | Date Trustee Sale Guarantee Received | $805.00 |
| 12/12/2007 | 1 Month Mailings Sent (Required by Statute) | $42.54 |
| 3/3/2008 | Publication Endorsement Received | $50.00 |
| 3/3/2008 | Date Notice of Sale Mailed (Required by Statute) | $44.46 |
| 3/5/2008 | Date Notice of Sale Posted | $120.00 |
| 3/5/2008 | Date Publication Commenced (1st Pub) | $568.91 |
| 3/6/2008 | Date Notice of Sale Recorded | $15.00 |
| 3/6/2008 | Assignment Recorded | $15.00 |
| 3/6/2008 | SOT/Appointment Recorded | $10.00 |
| 3/25/2008 | Title Cost Endorsement | $25.00 |
| 4/2/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,735.09 |

*Post Cost*

PLEASE PAY AMOUNT DUE:   $2,335.09

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0090893
Invoice Date:  4/2/2008

Attention:                                                                7983.21947

Loan No: 1000976084                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~AVE, BELJUR~~
~~630 HACIENDA DR~~
~~PLUMAS LAKE, CA  95961~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/2/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/14/2007 | Date Notice of Default Recorded | $10.00 |
| 11/16/2007 | 10 Day Mailings Sent (Required by Statute) | $21.27 |
| 12/12/2007 | Date Trustee Sale Guarantee Received | $600.00 |
| 12/12/2007 | 1 Month Mailings Sent (Required by Statute) | $14.18 |
| 2/28/2008 | Date Notice of Sale Mailed (Required by Statute) | $29.64 |
| 2/29/2008 | Publication Endorsement Received | $50.00 |
| 3/3/2008 | Date Publication Commenced (1st Pub) | $574.73 |
| 3/3/2008 | SOT/Appointment Recorded | $10.00 |
| 3/3/2008 | Date Notice of Sale Recorded | $7.00 |
| 3/3/2008 | Date Notice of Sale Posted | $120.00 |
| 3/3/2008 | Assignment Recorded | $7.00 |
| 3/24/2008 | Title Cost Endorsement | $25.00 |
| 4/2/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,483.82 |

PLEASE PAY AMOUNT DUE:     $2,083.82

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0090933
Invoice Date:  4/2/2008

Attention:                                                              7983.22005

Loan No: 1001545783
Borrower: MILLER, DANITA (A)(B)          Type:  Non-Jud Foreclosure/ CONV
          NORTH LOCUST AVE
          COMPTON,  CA   90221

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/2/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/22/2007 | 10 Day Mailings Sent (Required by Statute) | $21.27 |
| 12/17/2007 | Date Trustee Sale Guarantee Received | $523.00 |
| 12/18/2007 | 1 Month Mailings Sent (Required by Statute) | $7.09 |
| 3/3/2008 | Publication Endorsement Received | $50.00 |
| 3/3/2008 | Date Notice of Sale Mailed (Required by Statute) | $22.23 |
| 3/5/2008 | Assignment Recorded | $15.00 |
| 3/5/2008 | SOT/Appointment Recorded | $15.00 |
| 3/5/2008 | Date Publication Commenced (1st Pub) | $725.00 |
| 3/5/2008 | Date Notice of Sale Recorded | $15.00 |
| 3/5/2008 | Date Notice of Sale Posted | $120.00 |
| 3/25/2008 | Title Cost Endorsement | $25.00 |
| 4/2/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,565.59 |

**PLEASE PAY AMOUNT DUE:**      $2,165.59

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0090894
Invoice Date:  4/2/2008

Attention:                                                                    7983.22006

Loan No: 1001545096                          Type:  Non-Jud Foreclosure/ CONV
Borrower:  MARTINEZ, ROLANDO
           NORTH EL CAMINO R
           SAN MATEO, CA  94401

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/2/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/21/2007 | Date Notice of Default Recorded | $10.00 |
| 11/29/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/19/2007 | Date Trustee Sale Guarantee Received | $672.00 |
| 12/20/2007 | 1 Month Mailings Sent (Required by Statute) | $7.09 |
| 3/4/2008 | Publication Endorsement Received | $50.00 |
| 3/5/2008 | Date Publication Commenced (1st Pub) | $365.00 |
| 3/5/2008 | Date Notice of Sale Posted | $120.00 |
| 3/5/2008 | Date Notice of Sale Mailed (Required by Statute) | $37.05 |
| 3/6/2008 | Assignment Recorded | $15.00 |
| 3/6/2008 | SOT/Appointment Recorded | $15.00 |
| 3/6/2008 | Date Notice of Sale Recorded | $15.00 |
| 3/25/2008 | Title Cost Endorsement | $25.00 |
| 4/2/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,353.23 |

PLEASE PAY AMOUNT DUE:      $1,953.23

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0090895
Invoice Date:  4/2/2008

Attention:                                                    7983.22007

Loan No: 1001545062                          Type:  Non-Jud Foreclosure/ CONV
Borrower:  ~~CORENTINE, DANIEL~~
~~2923 BROOKFIELD AVEN~~
~~STOCKTON, CA  95209~~

| Date | Item Description | Amount |
|------|----------------|--------|
| 4/2/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 11/21/2007 | Date Notice of Default Recorded | $12.00 |
| 11/27/2007 | 10 Day Mailings Sent (Required by Statute) | $28.36 |
| 12/17/2007 | Date Trustee Sale Guarantee Received | $785.00 |
| 12/21/2007 | 1 Month Mailings Sent (Required by Statute) | $7.08 |
| 2/29/2008 | Publication Endorsement Received | $50.00 |
| 3/1/2008 | Date Notice of Sale Mailed (Required by Statute) | $66.69 |
| 3/5/2008 | Date Notice of Sale Recorded | $8.00 |
| 3/5/2008 | SOT/Appointment Recorded | $11.00 |
| 3/5/2008 | Date Publication Commenced (1st Pub) | $646.16 |
| 3/5/2008 | Date Notice of Sale Posted | $120.00 |
| 3/25/2008 | Title Cost Endorsement | $25.00 |
| 4/2/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,774.29 |
| | | |
| | **PLEASE PAY AMOUNT DUE:** | $2,374.29 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0090835
Invoice Date:  4/2/2008

Attention:                                                                              7983.22010

Loan No: 1001453661                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~MERGER, RICHARDE~~
~~3000 SIERRA VISTA AVE~~
~~SACRAMENTO, CA  95820~~

| Date | Item Description | Amount |
|------|-----------------|-------:|
| 4/2/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/27/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/18/2007 | Date Trustee Sale Guarantee Received | $489.00 |
| 2/29/2008 | Publication Endorsement Received | $50.00 |
| 3/3/2008 | Date Notice of Sale Posted | $120.00 |
| 3/3/2008 | Date Notice of Sale Mailed (Required by Statute) | $7.41 |
| 3/4/2008 | Date Publication Commenced (1st Pub) | $355.00 |
| 3/5/2008 | SOT/Appointment Recorded | $14.00 |
| 3/5/2008 | Date Notice of Sale Recorded | $11.00 |
| 3/5/2008 | Assignment Recorded | $15.00 |
| 3/24/2008 | Title Cost Endorsement | $25.00 |
| 4/1/2008 | Cost - Record Trustee's Deed | $21.00 |
| | TOTAL EXPENSES: | $1,126.50 |

*Post Cost*

PLEASE PAY AMOUNT DUE:      $1,726.50

Page 4

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0090836
Invoice Date:  4/2/2008

Attention:                                                                7983.22013

Loan No: 1001567583                        Type:  Non-Jud Foreclosure/ CONV
Borrower: G~~OMEZ, JOSE~~
          1~~044 LAKE CHABOT RD~~
          C~~ASTRO VALLEY, CA  94546~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/2/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/20/2007 | Date Notice of Default Recorded | $13.00 |
| 11/27/2007 | 10 Day Mailings Sent (Required by Statute) | $28.36 |
| 12/14/2007 | Date Trustee Sale Guarantee Received | $845.00 |
| 2/25/2008 | Publication Endorsement Received | $50.00 |
| 2/26/2008 | Date Notice of Sale Mailed (Required by Statute) | $29.64 |
| 2/28/2008 | SOT/Appointment Recorded | $10.00 |
| 2/28/2008 | Assignment Recorded | $9.00 |
| 2/28/2008 | Date Notice of Sale Recorded | $9.00 |
| 3/1/2008 | Date Publication Commenced (1st Pub) | $518.75 |
| 3/4/2008 | Date Notice of Sale Posted | $120.00 |
| 3/24/2008 | Title Cost Endorsement | $25.00 |
| 4/1/2008 | Cost - Record Trustee's Deed | $21.00 |
| | TOTAL EXPENSES: | $1,678.75 |

*Post Cost*

PLEASE PAY AMOUNT DUE:    $2,278.75

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0090896
Invoice Date:  4/2/2008

Attention:                                                                    7983.22018

Loan No: 1001356496                          Type:  Non-Jud Foreclosure/ CONV
Borrower:  ~~FIORENTINO, DANIEL~~
~~1629-2559 GARETH CIRCLE~~
~~STOCKTON, CA   95205~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/2/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 11/21/2007 | Date Notice of Default Recorded | $12.00 |
| 11/28/2007 | 10 Day Mailings Sent (Required by Statute) | $42.54 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | $675.00 |
| 12/21/2007 | 1 Month Mailings Sent (Required by Statute) | $56.72 |
| 2/29/2008 | Publication Endorsement Received | $50.00 |
| 2/29/2008 | Date Notice of Sale Mailed (Required by Statute) | $103.74 |
| 3/5/2008 | Assignment Recorded | $10.00 |
| 3/5/2008 | SOT/Appointment Recorded | $11.00 |
| 3/5/2008 | Date Publication Commenced (1st Pub) | $646.16 |
| 3/5/2008 | Date Notice of Sale Posted | $120.00 |
| 3/5/2008 | Date Notice of Sale Recorded | $8.00 |
| 3/25/2008 | Title Cost Endorsement | $25.00 |
| 4/2/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,775.16 |

*Post Cost*

PLEASE PAY AMOUNT DUE:      $2,375.16

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0090935
Invoice Date: 4/2/2008

Attention:                                          7983.22027

Loan No: 1001437829                    Type: Non-Jud Foreclosure/ CONV
Borrower: ~~RAMIREZ, SALVADOR~~
~~1661 ACACIA STREET~~
~~CORONA, CA 92879~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/2/2008 | Trustee Fee | $600.00 |
|  | TOTAL FEES: | $600.00 |
|  |  |  |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/27/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/19/2007 | Date Trustee Sale Guarantee Received | $765.00 |
| 3/3/2008 | Publication Endorsement Received | $50.00 |
| 3/3/2008 | Date Notice of Sale Mailed (Required by Statute) | $7.41 |
| 3/5/2008 | Assignment Recorded | $15.00 |
| 3/5/2008 | SOT/Appointment Recorded | $10.00 |
| 3/5/2008 | Date Publication Commenced (1st Pub) | $440.00 |
| 3/5/2008 | Date Notice of Sale Posted | $120.00 |
| 3/5/2008 | Date Notice of Sale Recorded | $13.00 |
| 3/25/2008 | Title Cost Endorsement | $25.00 |
| 4/2/2008 | Cost - Record Trustee's Deed | $15.00 |
|  | TOTAL EXPENSES: | $1,479.50 |

PLEASE PAY AMOUNT DUE:        $2,079.50

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0090897
Invoice Date:  4/2/2008

Attention:                                                              7983.22030

Loan No: 1001559055                          Type:  Non-Jud Foreclosure/ CONV
Borrower:  ~~ADUNA, JOHN~~
~~545 CREIGHTON WAY~~
~~SACRAMENTO, CA  95842~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/2/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/29/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 12/19/2007 | Date Trustee Sale Guarantee Received | $489.00 |
| 12/20/2007 | 1 Month Mailings Sent (Required by Statute) | $14.18 |
| 2/29/2008 | Publication Endorsement Received | $50.00 |
| 3/3/2008 | Date Notice of Sale Posted | $120.00 |
| 3/3/2008 | Date Notice of Sale Mailed (Required by Statute) | $29.64 |
| 3/4/2008 | Date Publication Commenced (1st Pub) | $355.00 |
| 3/5/2008 | Assignment Recorded | $11.00 |
| 3/5/2008 | Date Notice of Sale Recorded | $11.00 |
| 3/5/2008 | SOT/Appointment Recorded | $14.00 |
| 3/24/2008 | Title Cost Endorsement | $25.00 |
| 4/2/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,160.00 |

*Post Cost*

PLEASE PAY AMOUNT DUE:    $1,760.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0090898
Invoice Date: 4/2/2008

Attention:                                   7983.22065

Loan No: 1001390190                        Type: Non-Jud Foreclosure/CONV
Borrower: CARSON, DIGNA
RD SUNRISE RD
BARSTOW, CA 923

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/2/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 11/21/2007 | Date Notice of Default Recorded | $19.00 |
| 11/29/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | $225.00 |
| 12/21/2007 | 1 Month Mailings Sent (Required by Statute) | $70.90 |
| 2/28/2008 | Publication Endorsement Received | $50.00 |
| 2/29/2008 | Date Notice of Sale Mailed (Required by Statute) | $88.92 |
| 3/5/2008 | Assignment Recorded | $15.00 |
| 3/5/2008 | SOT/Appointment Recorded | $15.00 |
| 3/5/2008 | Date Publication Commenced (1st Pub) | $625.00 |
| 3/5/2008 | Date Notice of Sale Posted | $120.00 |
| 3/5/2008 | Date Notice of Sale Recorded | $15.00 |
| 3/25/2008 | Title Cost Endorsement | $25.00 |
| 4/2/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,298.00 |

*Post Cost*

**PLEASE PAY AMOUNT DUE:**     $1,898.00

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0090899
Invoice Date: 4/2/2008

Attention:                                                          7983.22084

Loan No: 1001428873                          Type: Non-Jud Foreclosure/ CONV
Borrower: LEONARD, ROBERT
1 PARADISE PEAK DRI
VALLEY SPRINGS, CA 95252

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/2/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/30/2007 | 10 Day Mailings Sent (Required by Statute) | $21.27 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | $745.00 |
| 12/21/2007 | 1 Month Mailings Sent (Required by Statute) | $14.18 |
| 2/28/2008 | Publication Endorsement Received | $50.00 |
| 2/29/2008 | Date Notice of Sale Mailed (Required by Statute) | $37.05 |
| 3/4/2008 | Date Publication Commenced (1st Pub) | $450.50 |
| 3/4/2008 | Date Notice of Sale Posted | $120.00 |
| 3/5/2008 | Assignment Recorded | $8.00 |
| 3/5/2008 | Date Notice of Sale Recorded | $8.00 |
| 3/5/2008 | SOT/Appointment Recorded | $15.00 |
| 3/24/2008 | Title Cost Endorsement | $25.00 |
| 4/2/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,521.00 |

PLEASE PAY AMOUNT DUE:     $2,121.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0090900
Invoice Date:  4/2/2008

7983.22094

Attention:

Loan No: 1001291247                            Type:  Non-Jud Foreclosure/ CONV
Borrower:  ~~DOTFERER, STEVE~~
~~200 CITADEL AVENUE~~
~~MERCED, CA   95340~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/2/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/29/2007 | 10 Day Mailings Sent (Required by Statute) | $28.36 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | $584.00 |
| 12/20/2007 | 1 Month Mailings Sent (Required by Statute) | $7.08 |
| 2/27/2008 | Publication Endorsement Received | $50.00 |
| 2/28/2008 | Date Notice of Sale Mailed (Required by Statute) | $37.05 |
| 3/3/2008 | Date Publication Commenced (1st Pub) | $226.52 |
| 3/4/2008 | Date Notice of Sale Posted | $120.00 |
| 3/4/2008 | SOT/Appointment Recorded | $15.00 |
| 3/5/2008 | Assignment Recorded | $15.00 |
| 3/5/2008 | Date Notice of Sale Recorded | $15.00 |
| 3/24/2008 | Title Cost Endorsement | $25.00 |
| 4/2/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,150.01 |

PLEASE PAY AMOUNT DUE:    $1,750.01

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0090901
Invoice Date: 4/2/2008

Attention:

7983.22102

Loan No: 1001322131

Type:  Non-Jud Foreclosure/ CONV

Borrower: HERNANDEZ, BELINDA
105 LOFTUS RD
BAY POINT, CA  94505

| Date | Item Description | | Amount |
|------|-----------------|--|--------|
| 4/2/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 11/20/2007 | Date Notice of Default Recorded | | $12.00 |
| 11/27/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | | $785.00 |
| 12/21/2007 | 1 Month Mailings Sent (Required by Statute) | | $21.27 |
| 2/27/2008 | Publication Endorsement Received | | $50.00 |
| 2/28/2008 | Date Notice of Sale Mailed (Required by Statute) | | $37.05 |
| 3/3/2008 | Date Publication Commenced (1st Pub) | | $425.75 |
| 3/4/2008 | Assignment Recorded | | $8.00 |
| 3/4/2008 | Date Notice of Sale Posted | | $120.00 |
| 3/4/2008 | Date Notice of Sale Recorded | | $6.00 |
| 3/4/2008 | SOT/Appointment Recorded | | $9.00 |
| 3/24/2008 | Title Cost Endorsement | | $25.00 |
| 3/24/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,528.25 |

PLEASE PAY AMOUNT DUE:   $2,128.25

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0090837
Invoice Date:  4/2/2008

Attention:                                                    7983.22120

Loan No: 1000857614                    Type:  Non-Jud Foreclosure/ CONV
Borrower:  ~~MROZEK, PETER~~
~~ADDRESS LANE~~
~~CITRUS HEIGHTS, CA  95610~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/2/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/28/2007 | Date Notice of Default Recorded | $12.00 |
| 12/1/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 12/27/2007 | Date Trustee Sale Guarantee Received | $417.00 |
| 12/27/2007 | 1 Month Mailings Sent (Required by Statute) | $28.36 |
| 2/28/2008 | Publication Endorsement Received | $50.00 |
| 2/29/2008 | Date Notice of Sale Mailed (Required by Statute) | $59.28 |
| 3/3/2008 | Date Publication Commenced (1st Pub) | $355.00 |
| 3/3/2008 | Date Notice of Sale Posted | $120.00 |
| 3/5/2008 | SOT/Appointment Recorded | $14.00 |
| 3/5/2008 | Date Notice of Sale Recorded | $11.00 |
| 3/5/2008 | Assignment Recorded | $15.00 |
| 3/24/2008 | Title Cost Endorsement | $25.00 |
| 4/1/2008 | Cost - Record Trustee's Deed | $21.00 |
| | TOTAL EXPENSES: | $1,141.82 |

*Post Cost*

PLEASE PAY AMOUNT DUE:    $1,741.82

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0090838
Invoice Date:  4/2/2008

Attention:

7983.22121

Loan No: 1000819900
Borrower: S̶I̶S̶A̶V̶A̶T̶H̶,̶ ̶P̶H̶O̶N̶E̶S̶V̶A̶N̶H̶

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/2/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/28/2007 | Date Notice of Default Recorded | $12.00 |
| 11/29/2007 | 10 Day Mailings Sent (Required by Statute) | $21.27 |
| 12/28/2007 | Date Trustee Sale Guarantee Received | $625.00 |
| 12/28/2007 | 1 Month Mailings Sent (Required by Statute) | $14.18 |
| 2/29/2008 | Publication Endorsement Received | $50.00 |
| 2/29/2008 | Date Notice of Sale Mailed (Required by Statute) | $37.05 |
| 3/4/2008 | Assignment Recorded | $12.00 |
| 3/4/2008 | SOT/Appointment Recorded | $13.00 |
| 3/4/2008 | Date Notice of Sale Recorded | $10.00 |
| 3/4/2008 | Date Notice of Sale Posted | $120.00 |
| 3/4/2008 | Date Publication Commenced (1st Pub) | $255.00 |
| 3/24/2008 | Cost - Record Trustee's Deed | $15.00 |
| 3/24/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,209.50 |

*Post Cost*

PLEASE PAY AMOUNT DUE:     $1,809.50

## Northwest Trustee Services, Inc.

3535 Factoria Blvd SE, #220
Bellevue, WA 98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX 75063

| | |
|---|---|
| INVOICE NO : | 0120251-IN |
| DATE : | Apr 02, 2008 |
| TRUSTEE NO : | 0079838    0347 |

CONTACT:                                                                Page 1 of 1

Loan No: 1000806024                              Type:
Borrower: Reyes, Conrad D. and Agnes
Property Address: 689 21st Street #19

Richmond, CA 94801

| | | |
|---|---|---|
| 04/02/2008 | Trustee - Monitor Fee/CA | 200.00 |
| | **TOTAL FEES:** | **$200.00** |

**PLEASE PAY AMOUNT DUE.................................  $200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,650.00 | $ 3,550.00 | $ 5,000.00 | $ 4,050.00 | $ 5,900.00 | $ 22,150.00 |

**This is the total outstanding invoices for your client number at this date.**

## Northwest Trustee Services, Inc.
### 3535 Factoria Blvd SE, #220
### Bellevue, WA  98006
### (425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0120256-IN |
| DATE : | Apr 02, 2008 |
| TRUSTEE NO : | 0079838    0277 |

CONTACT:                                                                      Page 1 of 1

Loan No: 1001086762                                    Type:
Borrower: ~~Roberts, Randolf F. and Donna M~~
Property Address: ~~1028 East Merrygrove Street~~

~~West Covina, CA 91792~~

| | | | |
|---|---|---|---|
| 04/02/2008 | Trustee - Monitor Fee/CA | | 200.00 |
| | | TOTAL FEES: | **$200.00** |

**PLEASE PAY AMOUNT DUE**................................. **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,050.00 | $ 3,550.00 | $ 5,000.00 | $ 4,050.00 | $ 5,900.00 | $ 22,550.00 |

**This is the total outstanding invoices for your client number at this date.**

## Northwest Trustee Services, Inc.

3535 Factoria Blvd SE, #220
Bellevue, WA  98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving,  TX   75063

| | |
|---|---|
| INVOICE NO : | 0120257-IN |
| DATE : | Apr 02, 2008 |
| TRUSTEE NO : | 0079838      0335 |

CONTACT:                                                                    Page 1 of 1

Loan No: 1001431900                                    Type:
Borrower: ~~Dominvz Marvs Szandisano~~
Property Address: ~~8240 Saddlebred Court~~

~~Wilton, CA 95693~~

| | | |
|---|---|---|
| 04/02/2008  Trustee - Monitor Fee/CA | | 200.00 |
| | TOTAL FEES: | $200.00 |

PLEASE PAY AMOUNT DUE...............................    **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,050.00 | $ 3,550.00 | $ 5,000.00 | $ 4,050.00 | $ 5,900.00 | $ 22,550.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0090953
Invoice Date:  4/3/2008

Attention:                                                  7983.22025

Loan No: 1001443865                        Type:  Non-Jud Foreclosure/ CONV
Borrower: RUBIO, ARMANDO
          BAY DRIVE
          SACRAMENTO, CA  95815

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/3/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/27/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/17/2007 | 1 Month Mailings Sent (Required by Statute) | $7.08 |
| 12/17/2007 | Date Trustee Sale Guarantee Received | $556.00 |
| 2/29/2008 | Publication Endorsement Received | $50.00 |
| 3/3/2008 | Date Notice of Sale Posted | $120.00 |
| 3/3/2008 | Date Notice of Sale Mailed (Required by Statute) | $14.82 |
| 3/4/2008 | Date Publication Commenced (1st Pub) | $355.00 |
| 3/5/2008 | Assignment Recorded | $11.00 |
| 3/5/2008 | Date Notice of Sale Recorded | $11.00 |
| 3/5/2008 | SOT/Appointment Recorded | $14.00 |
| 3/24/2008 | Title Cost Endorsement | $25.00 |
| 4/2/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,197.99 |

*Post Cost*

PLEASE PAY AMOUNT DUE:     $1,797.99

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0090958
Invoice Date:  4/3/2008

Attention:                                                                 7983.22112

Loan No: 1000601078                    Type:  Non-Jud Foreclosure/ CONV
Borrower: L~~...~~
~~...VIEW DRIVE~~
M~~RENO VALLEY, CA   92555~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/3/2008 | Trustee Fee | $500.00 |
| | TOTAL FEES: | $500.00 |
| 11/21/2007 | Date Notice of Default Recorded | $12.00 |
| 11/28/2007 | 10 Day Mailings Sent (Required by Statute) | $21.27 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | $225.00 |
| 12/21/2007 | 1 Month Mailings Sent (Required by Statute) | $35.45 |
| 2/27/2008 | Publication Endorsement Received | $50.00 |
| 2/27/2008 | Date Notice of Sale Mailed (Required by Statute) | $59.28 |
| 2/28/2008 | Date Notice of Sale Posted | $120.00 |
| 2/29/2008 | Date Publication Commenced (1st Pub) | $240.00 |
| 3/4/2008 | SOT/Appointment Recorded | $10.00 |
| 3/4/2008 | Date Notice of Sale Recorded | $7.00 |
| 4/3/2008 | Sale Endorsement Received | $25.00 |
| | TOTAL EXPENSES: | $805.00 |
| | PLEASE PAY AMOUNT DUE: | $1,305.00 |

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091114
Invoice Date:  4/4/2008

Attention:                                                              7983.20726

Loan No: 1001226473                          Type:  Non-Jud Foreclosure/FHA
Borrower:

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/4/2008 | Trustee Fee - Reset | $485.00 |
| | **TOTAL FEES:** | $485.00 |
| | | |
| 9/18/2007 | Notice of Discontinuance Recorded | $41.00 |
| 9/18/2007 | Notice of Trustee Sale Recorded | $44.00 |
| 9/18/2007 | Notice of Trustee Sale Posted | $57.50 |
| 9/18/2007 | Notice of Trustee Sale Mailed (Required by Statute) | $30.00 |
| 11/21/2007 | Publication Commenced | $455.00 |
| 12/21/2007 | Postponement of Sale Read | $50.00 |
| 1/25/2008 | Postponement of Sale Read | $50.00 |
| 3/21/2008 | Postponement of Sale Read | $50.00 |
| | **TOTAL EXPENSES:** | $777.50 |

*Post Cost*

PLEASE PAY AMOUNT DUE:      $1,262.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091128
Invoice Date:  4/4/2008

Attention:                                           7983.20827

Loan No: 1001276655
Borrower: ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
555 N V Street
Washougal, WA ▮▮▮▮▮▮

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/4/2008 | Trustee Fee | $200.00 |
| | TOTAL FEES: | $200.00 |
| | | |
| 11/5/2007 | Notice of Trustee Sale Posted | $57.50 |
| 11/6/2007 | Notice of Trustee Sale Mailed (Required by Statute) | $48.00 |
| 11/7/2007 | Notice of Trustee Sale Recorded | $43.00 |
| 1/9/2008 | Publication Commenced | $292.80 |
| 2/8/2008 | Postponement of Sale Read | $50.00 |
| 3/14/2008 | Postponement of Sale Read | $50.00 |
| 3/21/2008 | Postponement of Sale Read | $50.00 |
| | TOTAL EXPENSES: | $591.30 |
| | | |
| | PLEASE PAY AMOUNT DUE: | $791.30 |

*post cost* (handwritten)

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0091053
Invoice Date: 4/4/2008

Attention:                                                          7983.21934

Loan No: 1001026570
Borrower: ~~KNIGHTSTONE~~
~~LIMESTONE DRIVE~~
~~VALLEJO, CA 94589~~

Type: Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/4/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/15/2007 | Date Notice of Default Recorded | $12.00 |
| 11/20/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/13/2007 | Date Trustee Sale Guarantee Received | $728.00 |
| 2/28/2008 | Publication Endorsement Received | $50.00 |
| 2/28/2008 | Date Notice of Sale Mailed (Required by Statute) | $14.82 |
| 3/4/2008 | Date Notice of Sale Posted | $120.00 |
| 3/4/2008 | Date Notice of Sale Recorded | $8.00 |
| 3/4/2008 | SOT/Appointment Recorded | $11.00 |
| 3/4/2008 | Date Publication Commenced (1st Pub) | $671.75 |
| 3/4/2008 | Assignment Recorded | $10.00 |
| 3/24/2008 | Title Cost Endorsement | $25.00 |
| 3/26/2008 | Sale Endorsement Received | $25.00 |
| 4/3/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,697.66 |

PLEASE PAY AMOUNT DUE:        $2,297.66

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0091054
Invoice Date:  4/4/2008

Attention:                                                    7983.21959

Loan No: 1000793641                     Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~VRSASQUEZ/ FRANCISCO~~
~~955 MCGINNESS AVENU~~
~~SAN JOSE, CA  95127~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/4/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 11/15/2007 | Date Notice of Default Recorded | $12.00 |
| 11/17/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 12/13/2007 | Date Trustee Sale Guarantee Received | $675.00 |
| 12/14/2007 | 1 Month Mailings Sent (Required by Statute) | $21.27 |
| 2/26/2008 | Publication Endorsement Received | $50.00 |
| 2/29/2008 | Date Notice of Sale Posted | $120.00 |
| 2/29/2008 | Date Publication Commenced (1st Pub) | $375.00 |
| 3/1/2008 | Date Notice of Sale Mailed (Required by Statute) | $37.05 |
| 3/11/2008 | Assignment Recorded | $11.00 |
| 3/11/2008 | Date Notice of Sale Recorded | $9.00 |
| 3/11/2008 | SOT/Appointment Recorded | $12.00 |
| 3/20/2008 | Title Cost Endorsement | $25.00 |
| 3/25/2008 | Title Cost Endorsement | $25.00 |
| 4/3/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,401.50 |

**PLEASE PAY AMOUNT DUE:**      $2,001.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0091055
Invoice Date:  4/4/2008

Attention:                                                                7983.22022

Loan No: 1001409201                          Type:  Non-Jud Foreclosure/ CONV
Borrower:  ROMERO, TEODORO
         542 LEON STREET
         OCEANSIDE, CA  92057

| Date | Item Description | Amount |
|---|---|---|
| 4/4/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/22/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/17/2007 | Date Trustee Sale Guarantee Received | $541.00 |
| 2/29/2008 | Publication Endorsement Received | $50.00 |
| 2/29/2008 | Date Notice of Sale Mailed (Required by Statute) | $7.41 |
| 3/4/2008 | SOT/Appointment Recorded | $15.00 |
| 3/4/2008 | Date Notice of Sale Recorded | $15.00 |
| 3/4/2008 | Assignment Recorded | $15.00 |
| 3/5/2008 | Date Publication Commenced (1st Pub) | $601.27 |
| 3/5/2008 | Date Notice of Sale Posted | $120.00 |
| 3/25/2008 | Title Cost Endorsement | $25.00 |
| 4/3/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,423.77 |

*Post Cost*

PLEASE PAY AMOUNT DUE:      $2,023.77

Page 3

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091223
Invoice Date:  4/4/2008

Attention:                                                                    7983.22042

Loan No: 1000922019                        Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~JOHNSON, BRETT~~
~~HILDEBRAND COURT~~
~~Woodland, CA  95776~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/4/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/27/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 12/19/2007 | Date Trustee Sale Guarantee Received | $628.00 |
| 12/20/2007 | 1 Month Mailings Sent (Required by Statute) | $21.27 |
| 3/4/2008 | Publication Endorsement Received | $50.00 |
| 3/5/2008 | Date Notice of Sale Mailed (Required by Statute) | $37.05 |
| 3/6/2008 | Date Publication Commenced (1st Pub) | $440.00 |
| 3/6/2008 | Date Notice of Sale Posted | $120.00 |
| 3/7/2008 | Date Notice of Sale Recorded | $15.00 |
| 3/7/2008 | SOT/Appointment Recorded | $15.00 |
| 3/7/2008 | Assignment Recorded | $15.00 |
| 3/26/2008 | Title Cost Endorsement | $25.00 |
| 4/4/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,407.50 |

*Post Cost* (handwritten)

PLEASE PAY AMOUNT DUE:     $2,007.50

Page 1

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0091056
Invoice Date:  4/4/2008

Attention:                                                                                  7983.22081

Loan No: 1001377961                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~REDO LUZ~~
            5~~W ALICANTE DR~~
            L~~DI, CA  952~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/4/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |

| Date | Item Description | Amount |
|------|-----------------|--------|
| 11/21/2007 | Date Notice of Default Recorded | $12.00 |
| 11/28/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | $675.00 |
| 2/29/2008 | Publication Endorsement Received | $50.00 |
| 3/3/2008 | Date Notice of Sale Mailed (Required by Statute) | $14.82 |
| 3/5/2008 | Date Notice of Sale Posted | $120.00 |
| 3/5/2008 | Date Publication Commenced (1st Pub) | $300.65 |
| 3/6/2008 | Date Notice of Sale Recorded | $8.00 |
| 3/6/2008 | Assignment Recorded | $15.00 |
| 3/6/2008 | SOT/Appointment Recorded | $11.00 |
| 3/25/2008 | Title Cost Endorsement | $25.00 |
| 4/2/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,260.65 |

Post
Cost

PLEASE PAY AMOUNT DUE:     $1,860.65