**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:  FTS0091057
4600 Regent Blvd., Suite 200                        Invoice Date:  4/4/2008
Irving,  TX   75063

Attention:                                          7983.22088

Loan No: 1001669522                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~HGA] MARIA~~
~~WOODHOLLOW WA~~
~~CRAMENTO, CA 95827~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/4/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/27/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | $589.00 |
| 12/21/2007 | 1 Month Mailings Sent (Required by Statute) | $28.36 |
| 2/28/2008 | Publication Endorsement Received | $50.00 |
| 3/3/2008 | Date Notice of Sale Posted | $120.00 |
| 3/3/2008 | Date Notice of Sale Mailed (Required by Statute) | $37.05 |
| 3/4/2008 | Date Publication Commenced (1st Pub) | $355.00 |
| 3/5/2008 | Assignment Recorded | $15.00 |
| 3/5/2008 | Date Notice of Sale Recorded | $15.00 |
| 3/5/2008 | SOT/Appointment Recorded | $15.00 |
| 3/26/2008 | Title Cost Endorsement | $25.00 |
| 4/3/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,283.50 |

*Post*
*Cost*

PLEASE PAY AMOUNT DUE:      $1,883.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0091058
Invoice Date: 4/4/2008

Attention: 7983.22092

Loan No: 1001297064
Borrower: DELGADILLO, ESMERALDA
1492 LLOYD THAYER CIR
STOCKTON, CA 95206

Type: Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/4/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/21/2007 | Date Notice of Default Recorded | $12.00 |
| 11/28/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | $725.00 |
| 12/21/2007 | 1 Month Mailings Sent (Required by Statute) | $7.09 |
| 2/29/2008 | Publication Endorsement Received | $50.00 |
| 3/1/2008 | Date Notice of Sale Mailed (Required by Statute) | $44.46 |
| 3/5/2008 | Date Notice of Sale Posted | $120.00 |
| 3/5/2008 | Date Publication Commenced (1st Pub) | $636.41 |
| 3/5/2008 | Assignment Recorded | $15.00 |
| 3/5/2008 | SOT/Appointment Recorded | $11.00 |
| 3/5/2008 | Date Notice of Sale Recorded | $8.00 |
| 3/25/2008 | Title Cost Endorsement | $25.00 |
| 4/3/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,676.05 |

*Post Cost*

PLEASE PAY AMOUNT DUE: $2,276.05

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0091059
Invoice Date:  4/4/2008

Attention:                                                                            7983.22096

Loan No: 1001049867                        Type:  Non-Jud Foreclosure/ CONV
Borrower:  DICKEY, JAMES
           7455 SANTA FE COURT
           CORONA, CA   92883

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/4/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/27/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/20/2007 | 1 Month Mailings Sent (Required by Statute) | $7.09 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | $765.00 |
| 3/3/2008 | Publication Endorsement Received | $50.00 |
| 3/4/2008 | Date Notice of Sale Mailed (Required by Statute) | $14.82 |
| 3/5/2008 | Date Notice of Sale Posted | $120.00 |
| 3/5/2008 | Date Publication Commenced (1st Pub) | $440.00 |
| 3/6/2008 | SOT/Appointment Recorded | $15.00 |
| 3/6/2008 | Date Notice of Sale Recorded | $15.00 |
| 3/6/2008 | Assignment Recorded | $9.00 |
| 3/25/2008 | Title Cost Endorsement | $25.00 |
| 4/3/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,495.00 |

PLEASE PAY AMOUNT DUE:      $2,095.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0091060
Invoice Date:  4/4/2008

Attention:                                                               7983.22159

Loan No: 1000832886                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~Fiorentino, Daniel~~
~~3979 Arabian Place~~
~~Stockton, CA  95210-291~~

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 4/4/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 12/4/2007 | Date Notice of Default Recorded | | $12.00 |
| 12/6/2007 | 10 Day Mailings Sent (Required by Statute) | | $56.72 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | | $625.00 |
| 2/29/2008 | Publication Endorsement Received | | $50.00 |
| 3/3/2008 | Date Notice of Sale Mailed (Required by Statute) | | $29.64 |
| 3/5/2008 | Date Publication Commenced (1st Pub) | | $641.27 |
| 3/5/2008 | Date Notice of Sale Posted | | $120.00 |
| 3/6/2008 | Assignment Recorded | | $15.00 |
| 3/6/2008 | Date Notice of Sale Recorded | | $8.00 |
| 3/6/2008 | SOT/Appointment Recorded | | $110.00 |
| 3/25/2008 | Title Cost Endorsement | | $25.00 |
| 4/3/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,707.63 |

PLEASE PAY AMOUNT DUE:    $2,307.63

Page 8

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091061
Invoice Date:  4/4/2008

Attention:

7983.22160

Loan No: 1000903075
Borrower: De Guzman, Marie

Type:  Non-Jud Foreclosure/ CONV

Consumnes Driver
Stockton, CA   95239

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/4/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 12/4/2007 | Date Notice of Default Recorded | $12.00 |
| 12/6/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | $675.00 |
| 1/3/2008 | 1 Month Mailings Sent (Required by Statute) | $14.18 |
| 2/29/2008 | Publication Endorsement Received | $50.00 |
| 3/3/2008 | Date Notice of Sale Mailed (Required by Statute) | $22.23 |
| 3/5/2008 | Date Publication Commenced (1st Pub) | $631.55 |
| 3/5/2008 | Date Notice of Sale Posted | $120.00 |
| 3/6/2008 | Assignment Recorded | $15.00 |
| 3/6/2008 | SOT/Appointment Recorded | $11.00 |
| 3/6/2008 | Date Notice of Sale Recorded | $8.00 |
| 3/25/2008 | Title Cost Endorsement | $25.00 |
| 4/3/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,606.05 |

Post Cost

PLEASE PAY AMOUNT DUE:    $2,206.05

Page 9

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN:  20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091380
Invoice Date:  4/7/2008

Attention:                                                          7983.21114

Loan No: 1001290416                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~PAZ, JESUS~~
~~SUNRISE STREET~~
~~PLACENTIA, CA   92870~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/7/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 8/16/2007 | Date Notice of Default Recorded | $9.00 |
| 8/22/2007 | Date Trustee Sale Guarantee Received | $785.00 |
| 8/23/2007 | 1 Month Mailings Sent (Required by Statute) | $56.72 |
| 8/24/2007 | 10 Day Mailings Sent (Required by Statute) | $63.81 |
| 12/7/2007 | Publication Endorsement Received | $50.00 |
| 12/13/2007 | Date Notice of Sale Mailed (Required by Statute) | $59.28 |
| 12/14/2007 | Date Notice of Sale Recorded | $6.00 |
| 12/14/2007 | SOT/Appointment Recorded | $9.00 |
| 12/20/2007 | Date Publication Commenced (1st Pub) | $372.99 |
| 12/31/2007 | Date Notice of Sale Posted | $120.00 |
| | **TOTAL EXPENSES:** | $1,531.80 |

**PLEASE PAY AMOUNT DUE:**      $2,131.80

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN:  20-0885049

American Home Mortgage Servicing                    Invoice No:  FTS0091381
4600 Regent Blvd., Suite 200                        Invoice Date:  4/7/2008
Irving, TX  75063

Attention:                                                 7983.21166

Loan No: 1001164374                     Type:  Non-Jud Foreclosure/ CONV
Borrower:  ~~26, Juan~~
~~ST Suncrest Avenue~~
~~Moreno Valley, CA  92555~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/7/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | $625.00 |
| 10/7/2007 | 1 Month Mailings Sent (Required by Statute) | $14.18 |
| 1/10/2008 | Publication Endorsement Received | $50.00 |
| 1/11/2008 | Date Notice of Sale Mailed (Required by Statute) | $22.23 |
| 1/15/2008 | Date Publication Commenced (1st Pub) | $240.00 |
| 1/16/2008 | Date Notice of Sale Posted | $120.00 |
| 1/18/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/18/2008 | Assignment Recorded | $15.00 |
| 1/18/2008 | SOT/Appointment Recorded | $10.00 |
| 2/4/2008 | Title Cost Endorsement | $25.00 |
| 4/7/2008 | Recission Recording | $9.00 |
| | **TOTAL EXPENSES:** | $1,156.50 |

*Post Cost*
*Post Cost*

PLEASE PAY AMOUNT DUE:    $1,756.50

Page 2

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No: FTS0091382
Invoice Date:  4/7/2008

Attention:                                                                 7983.21385

Loan No: 1001619977                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~LETA PEREZ-LUNA~~
~~1800 YAMACA AVENUE~~
~~SPRING VALLEY, CA   91977~~

| Date | Item Description | | Amount |
|------|-----------------|--|--------|
| 4/7/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent (Required by Statute) | | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $745.00 |
| 10/10/2007 | 1 Month Mailings Sent (Required by Statute) | | $28.36 |
| 1/11/2008 | Publication Endorsement Received | | $50.00 |
| 1/14/2008 | Date Notice of Sale Mailed (Required by Statute) | | $44.46 |
| 1/17/2008 | Date Publication Commenced (1st Pub) | | $608.00 |
| 1/17/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/22/2008 | Date Notice of Sale Recorded | | $9.00 |
| 1/22/2008 | Assignment Recorded | | $9.00 |
| 1/22/2008 | SOT/Appointment Recorded | | $12.00 |
| 2/6/2008 | Title Cost Endorsement | | $25.00 |
| 4/7/2008 | Title Cost Endorsement | | $25.00 |
| | | TOTAL EXPENSES: | $1,694.91 |

Post
cost

PLEASE PAY AMOUNT DUE:        $2,294.91

Page 3

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091383
Invoice Date:  4/7/2008

Attention:                                                               7983.21386

Loan No: 1000548358                          Type:  Non-Jud Foreclosure/ CONV
Borrower: R█████████
          ██OERO STREET█
          █NCINITAS, CA  92024███

| Date | Item Description | Amount |
|------|----------------|--------|
| 4/7/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/3/2007 | Date Notice of Default Recorded | $12.00 |
| 12/3/2007 | Recission Recording | $12.00 |
| 12/6/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 1/3/2008 | Date Trustee Sale Guarantee Received | $881.00 |
| 1/3/2008 | 1 Month Mailings Sent (Required by Statute) | $902.27 |
| 3/3/2008 | Publication Endorsement Received | $50.00 |
| 3/3/2008 | Date Notice of Sale Mailed (Required by Statute) | $29.64 |
| 3/5/2008 | Date Notice of Sale Recorded | $12.00 |
| 3/5/2008 | SOT/Appointment Recorded | $12.00 |
| 3/5/2008 | Assignment Recorded | $14.00 |
| 3/6/2008 | Date Notice of Sale Posted | $120.00 |
| 3/6/2008 | Date Publication Commenced (1st Pub) | $335.38 |
| 3/26/2008 | Title Cost Endorsement | $25.00 |
| 4/7/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $2,453.56 |

PLEASE PAY AMOUNT DUE:    $3,053.56

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091384
Invoice Date:  4/7/2008

Attention:

7983.21454

Loan No:  1001511466
Borrower: ~~MIGUEL~~

~~NUNES AVENUE~~
~~CASTRO VALLEY, CA   94546~~

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 3/6/2008 | Publication Endorsement Received | $50.00 |
| 3/6/2008 | Date Notice of Sale Mailed (Required by Statute) | $7.41 |
| 3/11/2008 | Date Notice of Sale Recorded | $9.00 |
| 3/11/2008 | Assignment Recorded | $9.00 |
| 3/11/2008 | SOT/Appointment Recorded | $10.00 |
| 3/12/2008 | Date Publication Commenced (1st Pub) | $544.64 |
| 3/12/2008 | Date Notice of Sale Posted | $120.00 |
| 4/1/2008 | Title Cost Endorsement | $25.00 |
| 4/1/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $790.05 |

PLEASE PAY AMOUNT DUE:   $790.05

Page 5

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091385
Invoice Date:  4/7/2008

Attention:                                                          7983.21539

Loan No: 1001496318                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~MORONES,~~
~~COLD WATER COUR~~
~~ELK GROVE, CA  95624~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/7/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 1/30/2008 | Publication Endorsement Received | $50.00 |
| 2/1/2008 | Date Notice of Default Recorded | $12.00 |
| 2/1/2008 | Date Trustee Sale Guarantee Received | $625.00 |
| 2/5/2008 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| | TOTAL EXPENSES: | $694.09 |

PLEASE PAY AMOUNT DUE:    $1,294.09

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0091386
Invoice Date:  4/7/2008

Attention:                                                                7983.21548

Loan No: 1000673780                          Type:  Non-Jud Foreclosure/ CONV
Borrower:  ~~SAIZ, MICHAEL~~
           ~~STREET~~
           ~~CHULA VISTA, CA 91910~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/7/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/28/2007 | Date Notice of Default Recorded | $12.00 |
| 10/2/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 10/4/2007 | Date Trustee Sale Guarantee Received | $700.00 |
| 10/19/2007 | 1 Month Mailings Sent (Required by Statute) | $21.27 |
| 1/24/2008 | Publication Endorsement Received | $50.00 |
| 2/7/2008 | Date Notice of Sale Mailed (Required by Statute) | $37.05 |
| 2/8/2008 | Date Notice of Sale Posted | $120.00 |
| 2/8/2008 | Date Publication Commenced (1st Pub) | $423.43 |
| 2/8/2008 | Assignment Recorded | $14.00 |
| 2/8/2008 | SOT/Appointment Recorded | $15.00 |
| 2/8/2008 | Date Notice of Sale Recorded | $12.00 |
| 2/28/2008 | Title Cost Endorsement | $25.00 |
| 3/28/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,461.84 |

Post Cost

PLEASE PAY AMOUNT DUE:     $2,061.84

Page 7

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0091387
Invoice Date:  4/7/2008

Attention:                                           7983.21639

Loan No: 1001030806                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~BRYAN, GRAHAM~~
          ~~3208 CHEROKEE AVENUE~~
          ~~SAN DIEGO, CA 92104~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/7/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 10/16/2007 | Date Notice of Default Recorded | $12.00 |
| 10/18/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 11/6/2007 | Date Trustee Sale Guarantee Received | $957.00 |
| 11/9/2007 | 1 Month Mailings Sent (Required by Statute) | $49.63 |
| | TOTAL EXPENSES: | $1,032.81 |
| | PLEASE PAY AMOUNT DUE: | $1,632.81 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0091388
Invoice Date: 4/7/2008

Attention:                                                       7983.21710

Loan No: 1001786430                          Type:  Non-Jud Foreclosure/ CONV
Borrower:  CAMINO, MARCOS
           28 EAST ALDEN PLACE
           ANAHEIM, CA  92806

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/7/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 10/18/2007 | Date Notice of Default Recorded | $9.00 |
| 10/23/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 11/14/2007 | Date Trustee Sale Guarantee Received | $905.00 |
| 2/18/2008 | Date Notice of Sale Recorded | $6.00 |
| 2/18/2008 | Publication Endorsement Received | $50.00 |
| 2/20/2008 | Date Publication Commenced (1st Pub) | $183.34 |
| 2/20/2008 | SOT/Appointment Recorded | $9.00 |
| 4/7/2008 | Recission Recording | $9.00 |
| | **TOTAL EXPENSES:** | $1,178.43 |

**PLEASE PAY AMOUNT DUE:**      $1,778.43

Page 9

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No: FTS0091389
Invoice Date:  4/7/2008

Attention:                                                              7983.21901

Loan No: 1001710018                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~ANA A. AL MA~~
~~GUADELUPE COURT~~
~~GILROY, CA  95020~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/7/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/9/2007 | Date Notice of Default Recorded | $12.00 |
| 11/14/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/3/2007 | Date Trustee Sale Guarantee Received | $682.00 |
| 12/5/2007 | 1 Month Mailings Sent (Required by Statute) | $21.27 |
| 2/25/2008 | Publication Endorsement Received | $50.00 |
| 2/29/2008 | Date Notice of Sale Posted | $120.00 |
| 2/29/2008 | Date Publication Commenced (1st Pub) | $625.00 |
| 3/15/2008 | Date Notice of Sale Mailed (Required by Statute) | $29.64 |
| 3/18/2008 | Assignment Recorded | $11.00 |
| 3/18/2008 | Date Notice of Sale Recorded | $9.00 |
| 3/18/2008 | SOT/Appointment Recorded | $12.00 |
| 4/7/2008 | Title Cost Endorsement | $25.00 |
| 4/7/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,619.00 |

PLEASE PAY AMOUNT DUE:      $2,219.00

Page 10

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0091390
Invoice Date:  4/7/2008

Attention:                                                    7983.21986

Loan No: 1001264049                          Type: Non-Jud Foreclosure/ CONV
Borrower: ~~MESIA, JOSE~~
7~~DOVE LANE~~
~~WINDSOR, CA  95492~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/7/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/15/2007 | Date Notice of Default Recorded | $10.00 |
| 11/17/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/13/2007 | Date Trustee Sale Guarantee Received | $745.00 |
| 3/3/2008 | Publication Endorsement Received | $50.00 |
| 3/3/2008 | Date Notice of Sale Mailed (Required by Statute) | $7.41 |
| 3/5/2008 | SOT/Appointment Recorded | $11.00 |
| 3/5/2008 | Assignment Recorded | $15.00 |
| 3/5/2008 | Date Notice of Sale Recorded | $8.00 |
| 3/6/2008 | Date Notice of Sale Posted | $120.00 |
| 3/6/2008 | Date Publication Commenced (1st Pub) | $737.75 |
| 3/26/2008 | Sale Endorsement Received | $25.00 |
| 4/7/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,751.25 |

*Bad cost* (handwritten)

PLEASE PAY AMOUNT DUE:    $2,351.25

Page 11

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091391
Invoice Date:  4/7/2008

Attention:                                                                7983.22028

Loan No:  1001578833                    Type:  Non-Jud Foreclosure/ CONV
Borrower:  ~~BRUCE ALMAN~~
~~6 DENISE DR~~
~~Woodland, CA  95776~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/7/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/27/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/19/2007 | Date Trustee Sale Guarantee Received | $633.00 |
| 3/4/2008 | Publication Endorsement Received | $50.00 |
| 3/4/2008 | Date Notice of Sale Mailed (Required by Statute) | $7.41 |
| 3/6/2008 | Assignment Recorded | $15.00 |
| 3/6/2008 | Date Notice of Sale Posted | $120.00 |
| 3/6/2008 | SOT/Appointment Recorded | $11.00 |
| 3/6/2008 | Date Publication Commenced (1st Pub) | $440.00 |
| 3/6/2008 | Date Notice of Sale Recorded | $8.00 |
| 3/26/2008 | Title Cost Endorsement | $25.00 |
| 4/7/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,343.50 |

*Post Cost* (handwritten)

PLEASE PAY AMOUNT DUE:      $1,943.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0091392
Invoice Date:  4/7/2008

Attention:                                                                    7983.22039

Loan No: 1001450913                          Type:  Non-Jud Foreclosure/CONV
Borrower: ~~OVERCA ABEN~~
~~8979 VALENCIA ST~~
~~SPRING VALLEY, CA  91977~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/7/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/29/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/19/2007 | Date Trustee Sale Guarantee Received | $817.00 |
| 12/19/2007 | 1 Month Mailings Sent (Required by Statute) | $14.18 |
| 3/4/2008 | Publication Endorsement Received | $50.00 |
| 3/4/2008 | Date Notice of Sale Mailed (Required by Statute) | $37.05 |
| 3/6/2008 | Date Notice of Sale Recorded | $9.00 |
| 3/6/2008 | Date Notice of Sale Posted | $120.00 |
| 3/6/2008 | Date Publication Commenced (1st Pub) | $704.60 |
| 3/6/2008 | SOT/Appointment Recorded | $15.00 |
| 3/6/2008 | Assignment Recorded | $14.00 |
| 3/26/2008 | Sale Endorsement Received | $25.00 |
| 4/7/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,839.92 |

Post cost

PLEASE PAY AMOUNT DUE:          $2,439.92

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0091393
Invoice Date: 4/7/2008

Attention:                                          7983.22044

Loan No: 1001500123                    Type: Non-Jud Foreclosure/ CONV
Borrower: ~~KROPTAN, MARL~~
~~URDIQUEZ AVENUE~~
~~endale, CA 91208~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/7/2008 | Recission Recording | $9.00 |
| | TOTAL EXPENSES: | $9.00 |

*Post Cost*

PLEASE PAY AMOUNT DUE:        $9.00

Page 14

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0091394
Invoice Date:  4/7/2008

Attention:                                                    7983.22062

Loan No: 1001590702                          Type:  Non-Jud Foreclosure/ CONV
Borrower:  ANDERSON, MICHELLE
~~FERRACED DR~~
~~ROCKLIN, CA   95765~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/7/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/20/2007 | Date Notice of Default Recorded | $10.00 |
| 11/27/2007 | 10 Day Mailings Sent (Required by Statute) | $21.27 |
| 12/19/2007 | Date Trustee Sale Guarantee Received | $700.00 |
| 2/29/2008 | Publication Endorsement Received | $50.00 |
| 2/29/2008 | Date Notice of Sale Mailed (Required by Statute) | $22.23 |
| 3/5/2008 | SOT/Appointment Recorded | $12.00 |
| 3/5/2008 | Date Notice of Sale Posted | $120.00 |
| 3/5/2008 | Assignment Recorded | $15.00 |
| 3/5/2008 | Date Notice of Sale Recorded | $9.00 |
| 3/6/2008 | Date Publication Commenced (1st Pub) | $486.96 |
| 3/26/2008 | Title Cost Endorsement | $25.00 |
| 4/7/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,486.46 |

PLEASE PAY AMOUNT DUE:      $2,086.46

Page 15

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091395
Invoice Date:  4/7/2008

Attention:                                                                    7983.22082

Loan No:  1001527548                        Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~ROSOVAN, NADEZHDA~~
~~10642 PINTA FINA DR~~
~~RANCHO CORDOVA, CA  95670~~

| Date | Item Description | Amount |
|---|---|---|
| 4/7/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/29/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | $728.00 |
| 2/28/2008 | Publication Endorsement Received | $50.00 |
| 2/29/2008 | Date Notice of Sale Mailed (Required by Statute) | $14.82 |
| 3/3/2008 | Date Publication Commenced (1st Pub) | $355.00 |
| 3/3/2008 | Date Notice of Sale Posted | $120.00 |
| 3/5/2008 | Date Notice of Sale Recorded | $15.00 |
| 3/5/2008 | SOT/Appointment Recorded | $14.00 |
| 3/24/2008 | Title Cost Endorsement | $25.00 |
| 4/7/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,363.00 |

*Post Cost*

PLEASE PAY AMOUNT DUE:      $1,963.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091396
Invoice Date:  4/7/2008

Attention:                                                                    7983.22109

Loan No: 1001035689                           Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~LAMBERT, VANESSA~~
~~1010 STEAMBOAT CT~~
~~LATHROP, CA  95330~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/7/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/27/2007 | Date Notice of Default Recorded | $12.00 |
| 11/29/2007 | 10 Day Mailings Sent (Required by Statute) | $21.27 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | $899.00 |
| 12/21/2007 | 1 Month Mailings Sent (Required by Statute) | $49.63 |
| 3/3/2008 | Publication Endorsement Received | $50.00 |
| 3/3/2008 | Date Notice of Sale Mailed (Required by Statute) | $59.28 |
| 3/6/2008 | Date Notice of Sale Posted | $120.00 |
| 3/6/2008 | Date Publication Commenced (1st Pub) | $500.00 |
| 3/6/2008 | SOT/Appointment Recorded | $11.00 |
| 3/6/2008 | Assignment Recorded | $15.00 |
| 3/6/2008 | Date Notice of Sale Recorded | $8.00 |
| 3/6/2008 | Assignment Recorded | $15.00 |
| 3/26/2008 | Title Cost Endorsement | $25.00 |
| 3/26/2008 | Title Cost Endorsement | $25.00 |
| 3/26/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,825.18 |

*Post Cost* [handwritten]

PLEASE PAY AMOUNT DUE:   $2,425.18

Page 17

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0091397
Invoice Date:  4/7/2008

Attention:                                                                          7983.22118

Loan No: 1001662685                         Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~HARPER, TRESHAWN~~
~~1086 MOHR LANE # C~~
~~CONCORD, CA  94518~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/7/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 11/29/2007 | Date Notice of Default Recorded | $12.00 |
| 12/1/2007 | 10 Day Mailings Sent (Required by Statute) | $21.27 |
| 12/27/2007 | Date Trustee Sale Guarantee Received | $480.00 |
| 12/28/2007 | 1 Month Mailings Sent (Required by Statute) | $21.27 |
| 2/27/2008 | Publication Endorsement Received | $50.00 |
| 2/29/2008 | Date Notice of Sale Mailed (Required by Statute) | $59.28 |
| 3/5/2008 | Assignment Recorded | $15.00 |
| 3/5/2008 | Date Notice of Sale Recorded | $6.00 |
| 3/5/2008 | SOT/Appointment Recorded | $9.00 |
| 3/6/2008 | Date Publication Commenced (1st Pub) | $376.32 |
| 3/6/2008 | Date Notice of Sale Posted | $120.00 |
| 3/26/2008 | Title Cost Endorsement | $25.00 |
| 4/7/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,210.14 |

Post
Cost

PLEASE PAY AMOUNT DUE:      $1,810.14

Page 18

# Northwest Trustee Services, Inc.
### 3535 Factoria Blvd SE, #220
### Bellevue, WA 98006
### (425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX  75063

INVOICE NO : 0120652-IN
DATE :  Apr 07, 2008
TRUSTEE NO :  0079838    0280

CONTACT:                                                    Page 1 of 1

Loan No: 1001602514                        Type:
Borrower:
Property Address:

| | | |
|---|---|---|
| 04/07/2008  Trustee - Monitor Fee/CA | | 200.00 |
| | TOTAL FEES: | $200.00 |

**PLEASE PAY AMOUNT DUE.................................  $200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 3,650.00 | $ 3,500.00 | $ 5,050.00 | $ 3,850.00 | $ 6,700.00 | $ 22,750.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**
3535 Factoria Blvd SE, #220
Bellevue, WA 98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX 75063

| | |
|---|---|
| INVOICE NO : | 0120775-IN |
| DATE : | Apr 07, 2008 |
| TRUSTEE NO : | 0079838    0103 |

CONTACT:                                                                              Page 1 of 1

Loan No: 1000877246                                    Type:
Borrower: ~~Barbara Jackie Alven~~
Property Address: ~~841 Pebley Court~~

~~Winchester, CA 92596-0~~

| | | |
|---|---|---|
| 04/07/2008   Trustee - Monitor Fee/CA | | 200.00 |
| | TOTAL FEES: | $200.00 |

**PLEASE PAY AMOUNT DUE**................................. **$200.00**

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,250.00 | $ 3,500.00 | $ 5,050.00 | $ 3,850.00 | $ 6,700.00 | $ 23,350.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc.**
3535 Factoria Blvd SE, #220
Bellevue, WA 98006
(425) 586-1900

*EIN 20-0885049

American Home Mortgage Servici
4600 Regent Blvd., Suite 200
Irving, TX  75063

| | |
|---|---|
| INVOICE NO : | 0120777-IN |
| DATE : | Apr 07, 2008 |
| TRUSTEE NO : | 0079838    0333 |

CONTACT:                                                                 Page 1 of 1

Loan No: 1001099746                          Type:
Borrower: ▓▓▓▓▓▓▓
Property Address: ▓▓▓ Gena Maria Court

        Bakersfield, CA 93307

| | | |
|---|---|---|
| 04/07/2008   Trustee - Monitor Fee/CA | | 200.00 |
| | TOTAL FEES: | $200.00 |

**PLEASE PAY AMOUNT DUE**.................................    $200.00

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | BALANCE DUE |
|---|---|---|---|---|---|
| $ 4,250.00 | $ 3,500.00 | $ 5,050.00 | $ 3,850.00 | $ 6,700.00 | $ 23,350.00 |

**This is the total outstanding invoices for your client number at this date.**

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0091615
Invoice Date:  4/9/2008

Attention:                                                          7983.20877

Loan No:  1000671970                          Type:  Non-Jud Foreclosure/ CONV
Borrower:  RAMITTAN, KENNETH
          1879 FARGO LANE #3
          CHULA VISTA, CA  91941

| Date | Item Description | Amount |
|------|------------------|--------|
| 1/8/2008 | Publication Endorsement Received | $50.00 |
| 1/9/2008 | Date Notice of Sale Mailed (Required by Statute) | $74.10 |
| 1/10/2008 | Date Notice of Sale Recorded | $12.00 |
| 1/11/2008 | Date Publication Commenced (1st Pub) | $423.43 |
| 1/11/2008 | Date Notice of Sale Posted | $120.00 |
| 4/3/2008 | Sale Endorsement Received | $25.00 |
| | TOTAL EXPENSES: | $704.53 |

PLEASE PAY AMOUNT DUE:          $704.53

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0091616
Invoice Date:  4/9/2008

Attention:

7983.21075

Loan No:  1000736438
Borrower:  PEREZ, TOMAS

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 8/1/2007 | Date Notice of Default Recorded | $12.00 |
| 8/7/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 8/10/2007 | Date Trustee Sale Guarantee Received | $700.00 |
| 8/11/2007 | 1 Month Mailings Sent (Required by Statute) | $14.18 |
| 12/15/2007 | Date Notice of Sale Mailed (Required by Statute) | $29.64 |
| 12/21/2007 | SOT/Appointment Recorded | $16.00 |
| 12/21/2007 | Date Notice of Sale Recorded | $12.00 |
| 12/21/2007 | Date Publication Commenced (1st Pub) | $523.43 |
| 12/21/2007 | Assignment Recorded | $15.00 |
| 1/9/2008 | Title Cost Endorsement | $25.00 |
| 2/26/2008 | Publication Endorsement Received | $50.00 |
| 3/4/2008 | Publication Endorsement Received | $50.00 |
| 3/6/2008 | Date Notice of Sale Mailed (Required by Statute) | $22.23 |
| 3/7/2008 | Date Notice of Sale Posted | $120.00 |
| 3/7/2008 | Date Publication Commenced (1st Pub) | $467.41 |
| 3/10/2008 | Date Notice of Sale Recorded | $12.00 |
| 4/1/2008 | Sale Endorsement Received | $25.00 |
| 4/8/2008 | Sale Endorsement Received | $25.00 |
| | TOTAL EXPENSES: | $2,125.98 |

PLEASE PAY AMOUNT DUE:    $2,725.98

Page 2

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091617
Invoice Date:  4/9/2008

Attention:                                                                7983.21111

Loan No: 1001226854                           Type:  Non-Jud Foreclosure/ CONV
Borrower: MAPLE, JORDAN
~~10591 SOUTH WHITE ROC~~
~~RANCHO CORDOVA, CA  95660~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 3/4/2008 | Publication Endorsement Received | $50.00 |
| 3/6/2008 | Date Notice of Sale Mailed (Required by Statute) | $14.82 |
| 3/7/2008 | Date Notice of Sale Posted | $120.00 |
| 3/7/2008 | Date Publication Commenced (1st Pub) | $355.00 |
| 3/10/2008 | Date Notice of Sale Recorded | $11.00 |
| 3/10/2008 | SOT/Appointment Recorded | $14.00 |
| 3/10/2008 | Assignment Recorded | $15.00 |
| 3/27/2008 | Sale Endorsement Received | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |

TOTAL EXPENSES:   $619.82

PLEASE PAY AMOUNT DUE:   $619.82

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN:  20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0091618
Invoice Date:  4/9/2008

Attention:

7983.21170

Loan No:  1001635004

Type:  Non-Jud Foreclosure/ CONV

Borrower:  ~~LOPES, CAROLINE~~
~~1058 FAIRWEATHER DRIVE~~
~~SACRAMENTO, CA  95838~~

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 4/9/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | | $12.00 |
| 9/21/2007 | 10 Day Mailings Sent (Required by Statute) | | $21.27 |
| 10/3/2007 | Date Trustee Sale Guarantee Received | | $600.00 |
| 10/7/2007 | 1 Month Mailings Sent (Required by Statute) | | $28.36 |
| 1/11/2008 | Publication Endorsement Received | | $50.00 |
| 1/12/2008 | Date Notice of Sale Mailed (Required by Statute) | | $44.46 |
| 1/14/2008 | Date Notice of Sale Posted | | $120.00 |
| 1/15/2008 | Date Publication Commenced (1st Pub) | | $355.00 |
| 1/16/2008 | Assignment Recorded | | $15.00 |
| 1/16/2008 | SOT/Appointment Recorded | | $14.00 |
| 1/16/2008 | Date Notice of Sale Recorded | | $15.00 |
| 2/4/2008 | Title Cost Endorsement | | $25.00 |
| 2/5/2008 | Sale Endorsement Received | | $25.00 |
| | | TOTAL EXPENSES: | $1,325.09 |

*post cost*

PLEASE PAY AMOUNT DUE:    $1,925.09

Page 4

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091619
Invoice Date:  4/9/2008

Attention:                                                                      7983.21292

Loan No: 1001309318                      Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~OROPEO, DAVENA~~
~~925 OREAD AVENUE~~
~~VEGAS, NV 89129~~

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 4/9/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 9/17/2007 | Date Notice of Default Recorded | | $15.00 |
| 9/22/2007 | 10 Day Mailings Sent (Required by Statute) | | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $540.00 |
| | | TOTAL EXPENSES: | $569.18 |

Post cost

PLEASE PAY AMOUNT DUE:      $1,169.18

Page 5

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0091620
Invoice Date:  4/9/2008

Attention:                                                                              7983.21314

Loan No: 1001418698                                   Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~LEON, MARIA~~
~~1702 East Boca Raton Court~~
~~GILBERT, CA  91311~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 9/17/2007 | Date Notice of Default Recorded | $13.00 |
| 9/20/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $420.00 |
| 10/7/2007 | 1 Month Mailings Sent (Required by Statute) | $7.09 |
| 1/10/2008 | Publication Endorsement Received | $50.00 |
| 1/11/2008 | Date Notice of Sale Mailed (Required by Statute) | $14.82 |
| 1/14/2008 | Date Notice of Sale Posted | $120.00 |
| 1/15/2008 | Date Publication Commenced (1st Pub) | $531.35 |
| 1/22/2008 | Date Notice of Sale Recorded | $13.00 |
| 1/22/2008 | SOT/Appointment Recorded | $13.00 |
| 2/4/2008 | Title Cost Endorsement | $25.00 |
| 4/7/2008 | Title Cost Endorsement | $25.00 |
| 4/7/2008 | Assignment Recorded | $15.00 |
| | **TOTAL EXPENSES:** | $1,254.35 |

*post cost*

**PLEASE PAY AMOUNT DUE:**    $1,854.35

Page 6

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091621
Invoice Date:  4/9/2008

Attention:                                                           7983.21332

Loan No:  1001280922                      Type:  Non-Jud Foreclosure/ CONV
Borrower:  COCHRAN, SUSAN
              8554 SHELTER CREEK LA
              SAN BRUNO, CA  94066

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/14/2007 | Date Notice of Default Recorded | $10.00 |
| 9/19/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $510.00 |
| 9/28/2007 | 1 Month Mailings Sent (Required by Statute) | $7.09 |
| 1/10/2008 | Publication Endorsement Received | $50.00 |
| 1/10/2008 | Date Notice of Sale Mailed (Required by Statute) | $14.82 |
| 1/11/2008 | Date Notice of Sale Posted | $120.00 |
| 1/15/2008 | Date Publication Commenced (1st Pub) | $400.00 |
| 1/16/2008 | SOT/Appointment Recorded | $10.00 |
| 1/16/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/16/2008 | Assignment Recorded | $7.00 |
| 2/4/2008 | Title Cost Endorsement | $25.00 |
| 3/6/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,193.00 |

PLEASE PAY AMOUNT DUE:      $1,793.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd.  SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091622
Invoice Date:  4/9/2008

Attention:                                                                    7983.21402

Loan No:  1001706116                          Type:  Non-Jud Foreclosure/ CONV
Borrower:  ~~Lawrence, Melanie~~
~~1020 Newkirk Way~~
~~Modesto, CA  95356~~

| Date | Item Description | | Amount |
|------|-----------------|------|--------|
| 4/9/2008 | Trustee Fee | | $100.00 |
| | | TOTAL FEES: | $100.00 |
| | | | |
| 3/3/2008 | Title Cost Endorsement | | $25.00 |
| 4/3/2008 | Title Cost Endorsement | | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $65.00 |
| | | | |
| | | PLEASE PAY AMOUNT DUE: | $165.00 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091623
Invoice Date:  4/9/2008

Attention:                                                                    7983.21411

Loan No: 1001690216                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~Alexander, Carlos~~
~~08 Chipley Drive~~
~~San Jose, CA 94123~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 9/18/2007 | Date Notice of Default Recorded | $12.00 |
| 9/25/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 10/8/2007 | Date Trustee Sale Guarantee Received | $785.00 |
| 1/11/2008 | Publication Endorsement Received | $50.00 |
| 1/19/2008 | Date Notice of Sale Mailed (Required by Statute) | $7.41 |
| 1/22/2008 | Date Publication Commenced (1st Pub) | $375.00 |
| 2/7/2008 | Date Notice of Sale Posted | $120.00 |
| 2/8/2008 | Date Notice of Sale Recorded | $9.00 |
| 2/8/2008 | SOT/Appointment Recorded | $12.00 |
| 2/11/2008 | Assignment Recorded | $11.00 |
| 2/14/2008 | Recission Recording | $9.00 |
| | **TOTAL EXPENSES:** | $1,397.50 |

**PLEASE PAY AMOUNT DUE:**        $1,997.50

Page 9

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN:  20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091624
Invoice Date:  4/9/2008

Attention:                                                              7983.21423

Loan No: 1001357084                       Type:  Non-Jud Foreclosure/ CONV
Borrower: CHAVEZ, ALAN
          606 KAISER AVENUE
          FONTANA, CA  92336

| Date | Item Description | Amount |
|------|-----------------|--------|
| 10/19/2007 | 1 Month Mailings Sent (Required by Statute) | $56.72 |
| 1/24/2008 | Publication Endorsement Received | $50.00 |
| | TOTAL EXPENSES: | $106.72 |

PLEASE PAY AMOUNT DUE:      $106.72

Page 10

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091625
Invoice Date:  4/9/2008

Attention:

7983.21430

Loan No: 1001249278
Borrower:  YOUNG, MILTON
1~~239 WOOD ROSE WAY~~
~~Grass Valley, CA 95949~~

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 9/18/2007 | Date Notice of Default Recorded | $10.00 |
| 9/20/2007 | 10 Day Mailings Sent (Required by Statute) | $21.27 |
| 10/8/2007 | Date Trustee Sale Guarantee Received | $700.00 |
| 10/13/2007 | 1 Month Mailings Sent (Required by Statute) | $28.36 |
| 1/14/2008 | Date Notice of Sale Mailed (Required by Statute) | $51.87 |
| 1/15/2008 | Publication Endorsement Received | $50.00 |
| 1/17/2008 | Date Publication Commenced (1st Pub) | $349.11 |
| 1/17/2008 | Date Notice of Sale Posted | $120.00 |
| 1/23/2008 | Assignment Recorded | $7.00 |
| 1/23/2008 | SOT/Appointment Recorded | $10.00 |
| 1/23/2008 | Date Notice of Sale Recorded | $7.00 |
| 3/13/2008 | Recission Recording | $9.00 |
| | **TOTAL EXPENSES:** | $1,363.61 |

PLEASE PAY AMOUNT DUE:      $1,963.61

Page 11

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:  FTS0091626
4600 Regent Blvd., Suite 200                        Invoice Date:  4/9/2008
Irving,  TX   75063

Attention:                                               7983.21435

Loan No: 1001546859                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~MCMILLAN, INGRID~~
~~10000 WEST HILLE ROAD~~
~~Grass Valley, CA, 95949~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/18/2007 | Date Notice of Default Recorded | $10.00 |
| 9/20/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $745.00 |
| 1/14/2008 | Date Notice of Sale Mailed (Required by Statute) | $7.41 |
| 1/15/2008 | Publication Endorsement Received | $50.00 |
| 1/17/2008 | Date Notice of Sale Posted | $120.00 |
| 1/23/2008 | Date Notice of Sale Recorded | $7.00 |
| 1/23/2008 | SOT/Appointment Recorded | $10.00 |
| 1/23/2008 | Assignment Recorded | $7.00 |
| 1/24/2008 | Date Publication Commenced (1st Pub) | $349.01 |
| 2/6/2008 | Title Cost Endorsement | $25.00 |
| 4/3/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,362.51 |

*Post Cost*

PLEASE PAY AMOUNT DUE:    $1,962.51

Page 12

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0091627
Invoice Date:  4/9/2008

Attention:                                                          7983.21445

Loan No: 1001369869                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~BREACH, KEVIN~~
~~65 INDIAN STREET~~
~~MORENO VALLEY, CA  92557~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 12/14/2007 | Recission Recording | $9.00 |
| | TOTAL EXPENSES: | $9.00 |

PLEASE PAY AMOUNT DUE:        $9.00

Page 13

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091628
Invoice Date:  4/9/2008

Attention:                                                                    7983.21446

Loan No: 1001416930                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~MURRAY, THOMANA~~
~~200 Regency Park Circle~~
~~Sacramento, CA  95855~~

| Date | Item Description | | | Amount |
|---|---|---|---|---|
| 4/9/2008 | Trustee Fee | | | $600.00 |
| | | | TOTAL FEES: | $600.00 |
| | | | | |
| 9/18/2007 | Date Notice of Default Recorded | | | $12.00 |
| 9/25/2007 | 10 Day Mailings Sent (Required by Statute) | | | $14.18 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | | $765.00 |
| 1/11/2008 | Publication Endorsement Received | | | $50.00 |
| 1/18/2008 | Date Publication Commenced (1st Pub) | | | $355.00 |
| 1/18/2008 | Date Notice of Sale Posted | | | $120.00 |
| 1/18/2008 | Date Notice of Sale Mailed (Required by Statute) | | | $14.82 |
| 1/22/2008 | SOT/Appointment Recorded | | | $14.00 |
| 1/22/2008 | Date Notice of Sale Recorded | | | $11.00 |
| 1/22/2008 | Assignment Recorded | | | $15.00 |
| 4/7/2008 | Title Cost Endorsement | | | $25.00 |
| | | | TOTAL EXPENSES: | $1,396.00 |

PLEASE PAY AMOUNT DUE:    $1,996.00