**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091629
Invoice Date:  4/9/2008

Attention:                                                        7983.21490

Loan No:  1001057700                         Type:  Non-Jud Foreclosure/ CONV
Borrower:  ~~KIM, MAN~~
~~HAIG POINT COURT~~
~~HENDERSON, NV 89052~~

| Date | Item Description | | Amount |
|------|------------------|--|--------|
| 4/9/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 9/21/2007 | Date Notice of Default Recorded | | $40.00 |
| 9/27/2007 | 10 Day Mailings Sent (Required by Statute) | | $85.08 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | | $785.00 |
| | | TOTAL EXPENSES: | $910.08 |
| | | PLEASE PAY AMOUNT DUE: | $1,510.08 |

Page 15

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                  Invoice No:  FTS0091630
4600 Regent Blvd., Suite 200                      Invoice Date:  4/9/2008
Irving, TX  75063

Attention:                                               7983.21507

Loan No: 1000936205                        Type:  Non-Jud Foreclosure/ CONV
Borrower: GARDNER, DERRICK

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 9/24/2007 | Date Notice of Default Recorded | $12.00 |
| 9/27/2007 | 10 Day Mailings Sent (Required by Statute) | $21.27 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $510.00 |
| 10/11/2007 | 1 Month Mailings Sent (Required by Statute) | $28.36 |
| 1/24/2008 | Title Cost Endorsement | $50.00 |
| 1/29/2008 | Date Notice of Sale Mailed (Required by Statute) | $44.46 |
| 1/31/2008 | Date Notice of Sale Posted | $120.00 |
| 2/1/2008 | Date Publication Commenced (1st Pub) | $682.64 |
| 2/6/2008 | SOT/Appointment Recorded | $11.00 |
| 2/6/2008 | Date Notice of Sale Recorded | $8.00 |
| 2/6/2008 | Assignment Recorded | $10.00 |
| 3/24/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,522.73 |

Post Cost

PLEASE PAY AMOUNT DUE:    $2,122.73

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091631
Invoice Date:  4/9/2008

Attention:                                                          7983.21555

Loan No: 1001219112                     Type:  Non-Jud Foreclosure/ CONV
Borrower: COOPER, ALYCIA
          3102 WELLINGTON ROAD
          LOS ANGELES, CA  90008

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 4/9/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 10/1/2007 | Date Notice of Default Recorded | | $12.00 |
| 10/3/2007 | 10 Day Mailings Sent (Required by Statute) | | $7.09 |
| 10/5/2007 | Date Trustee Sale Guarantee Received | | $805.00 |
| 1/24/2008 | Publication Endorsement Received | | $50.00 |
| 1/31/2008 | Date Publication Commenced (1st Pub) | | $275.00 |
| 1/31/2008 | Date Notice of Sale Mailed (Required by Statute) | | $7.41 |
| 2/5/2008 | Date Notice of Sale Posted | | $120.00 |
| 2/6/2008 | SOT/Appointment Recorded | | $12.00 |
| 2/6/2008 | Date Notice of Sale Recorded | | $9.00 |
| 2/22/2008 | Title Cost Endorsement | | $25.00 |
| 2/29/2008 | Title Cost Endorsement | | $25.00 |
| 3/31/2008 | Assignment Recorded | | $15.00 |
| 4/1/2008 | Sale Endorsement Received | | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,402.50 |

PLEASE PAY AMOUNT DUE:     $2,002.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091632
Invoice Date:  4/9/2008

Attention:                                                              7983.21600

Loan No:  1001101048                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~CRISTINA C. SERRANO~~
~~11716 EA BONITA TERRACE~~
~~UNION CITY, CA  94587~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 10/9/2007 | Date Notice of Default Recorded | $13.00 |
| 10/11/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 10/31/2007 | Date Trustee Sale Guarantee Received | $480.00 |
| 1/29/2008 | Publication Endorsement Received | $50.00 |
| 2/1/2008 | Date Notice of Sale Mailed (Required by Statute) | $7.41 |
| 2/5/2008 | Assignment Recorded | $10.00 |
| 2/5/2008 | SOT/Appointment Recorded | $11.00 |
| 2/5/2008 | Date Notice of Sale Recorded | $8.00 |
| 2/6/2008 | Date Notice of Sale Posted | $120.00 |
| 2/6/2008 | Date Publication Commenced (1st Pub) | $420.00 |
| 2/26/2008 | Title Cost Endorsement | $25.00 |
| | TOTAL EXPENSES: | $1,151.50 |
| | PLEASE PAY AMOUNT DUE: | $1,751.50 |

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing          Invoice No:  FTS0091633
4600 Regent Blvd., Suite 200              Invoice Date:  4/9/2008
Irving, TX  75063

Attention:                                        7983.21605

Loan No: 1001303103                  Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~MORATHO, SATGESS~~
~~112 PENNY STREET~~
~~BAKERSFIELD, CA  93306~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 10/11/2007 | Date Notice of Default Recorded | $11.00 |
| 10/17/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 11/9/2007 | Date Trustee Sale Guarantee Received | $250.00 |
| 11/10/2007 | 1 Month Mailings Sent (Required by Statute) | $42.54 |
| | **TOTAL EXPENSES:** | $310.63 |

*post*
*cost*

**PLEASE PAY AMOUNT DUE:**          $910.63

Page 19

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0091634
Invoice Date: 4/9/2008

Attention:                                                                7983.21606

Loan No: 1001642770                        Type: Non-Jud Foreclosure/ CONV
Borrower: ~~CARDONA, EUGENIA~~
~~WAYVERN DRIVE~~
~~SANTA ROSA, CA  95409~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 10/15/2007 | Date Notice of Default Recorded | $10.00 |
| 10/17/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 10/29/2007 | Date Trustee Sale Guarantee Received | $725.00 |
| 11/6/2007 | 1 Month Mailings Sent (Required by Statute) | $28.36 |
| 2/1/2008 | Publication Endorsement Received | $50.00 |
| | **TOTAL EXPENSES:** | $820.45 |

*Post Cost*

PLEASE PAY AMOUNT DUE:    $1,420.45

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091635
Invoice Date:  4/9/2008

Attention:                                                                              7983.21624

Loan No: 1001179688                                    Type:  Non-Jud Foreclosure/ CONV
Borrower:  Orozco, Antonio
929 Cherokee Road
Perris, CA   92570

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 4/9/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 10/16/2007 | Date Notice of Default Recorded | | $12.00 |
| 10/18/2007 | 10 Day Mailings Sent (Required by Statute) | | $7.09 |
| 11/13/2007 | Date Trustee Sale Guarantee Received | | $626.00 |
| 11/13/2007 | 1 Month Mailings Sent (Required by Statute) | | $35.45 |
| | | TOTAL EXPENSES: | $680.54 |

PLEASE PAY AMOUNT DUE:    $1,280.54

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091636
Invoice Date:  4/9/2008

Attention:                                                                    7983.21641

Loan No: 1001476894                          Type:  Non-Jud Foreclosure/ CONV
Borrower:  ~~ELEKSEH, MOHAMMAD~~
~~WISPY SHADOW~~
~~IRVINE, CA  92603~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 10/15/2007 | Date Notice of Default Recorded | $9.00 |
| 10/18/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 11/12/2007 | Date Trustee Sale Guarantee Received | $798.00 |
| 11/13/2007 | 1 Month Mailings Sent (Required by Statute) | $21.27 |
| 2/5/2008 | Title Cost Endorsement | $50.00 |
| 2/7/2008 | Date Notice of Sale Mailed (Required by Statute) | $59.28 |
| 2/13/2008 | Date Notice of Sale Posted | $120.00 |
| 2/14/2008 | Date Publication Commenced (1st Pub) | $372.99 |
| 3/5/2008 | Title Cost Endorsement | $25.00 |
| 3/11/2008 | Assignment Recorded | $15.00 |
| 3/13/2008 | SOT/Appointment Recorded | $9.00 |
| 3/13/2008 | Date Notice of Sale Recorded | $6.00 |
| 4/7/2008 | Cost - Record Trustee's Deed | $15.00 |
| 4/7/2008 | Title Cost Endorsement | $25.00 |
| | **TOTAL EXPENSES:** | $1,532.63 |

PLEASE PAY AMOUNT DUE:    $2,132.63

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No: FTS0091637
Invoice Date:  4/9/2008

Attention:                                                          7983.21663

Loan No: 1001323512                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~MAROTHER/TAY CATHERINE~~
~~WABASH DRIVE~~
~~BABCOCK, CA  95382~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 10/18/2007 | Date Notice of Default Recorded | $12.00 |
| 10/24/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 11/12/2007 | Date Trustee Sale Guarantee Received | $462.00 |
| 11/13/2007 | 1 Month Mailings Sent (Required by Statute) | $21.27 |
| 2/19/2008 | Publication Endorsement Received | $50.00 |
| 2/20/2008 | Date Notice of Sale Mailed (Required by Statute) | $51.87 |
| 2/22/2008 | Date Notice of Sale Recorded | $15.00 |
| 2/22/2008 | SOT/Appointment Recorded | $15.00 |
| 2/23/2008 | Date Publication Commenced (1st Pub) | $282.03 |
| 3/14/2008 | Date Notice of Sale Posted | $120.00 |
| 3/14/2008 | Title Cost Endorsement | $25.00 |
| 4/4/2008 | Sale Endorsement Received | $25.00 |
| 4/8/2008 | Assignment Recorded | $15.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,123.35 |

PLEASE PAY AMOUNT DUE:    $1,723.35

Page 23

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0091638
Invoice Date: 4/9/2008

Attention:                                                                7983.21667

Loan No: 1000601076                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓ Valley, CA ▓▓▓▓▓

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 10/17/2007 | Date Notice of Default Recorded | $12.00 |
| 10/19/2007 | 10 Day Mailings Sent (Required by Statute) | $21.27 |
| 11/13/2007 | Date Trustee Sale Guarantee Received | $225.00 |
| 11/14/2007 | I Month Mailings Sent (Required by Statute) | $49.63 |
| 2/11/2008 | Publication Endorsement Received | $50.00 |
| 2/14/2008 | Date Publication Commenced (1st Pub) | $240.00 |
| 2/14/2008 | Date Notice of Sale Posted | $120.00 |
| 2/28/2008 | Date Notice of Sale Mailed (Required by Statute) | $74.10 |
| 3/6/2008 | SOT/Appointment Recorded | $10.00 |
| 3/13/2008 | Date Notice of Sale Recorded | $7.00 |
| 3/13/2008 | Assignment Recorded | $9.00 |
| 3/24/2008 | Title Cost Endorsement | $25.00 |
| 4/1/2008 | Sale Endorsement Received | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $883.00 |

PLEASE PAY AMOUNT DUE:          $1,483.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington    98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No: FTS0091639
Invoice Date:  4/9/2008

Attention:                                                                              7983.21682

Loan No: 1000993272                          Type:  Non-Jud Foreclosure/ CONV
Borrower:  ~~FARROUKH, FARID~~
~~8000 SATURN PARK DRIVE~~
~~SACRAMON, CA  94582~~

| Date | Item Description | Amount |
|---|---|---|
| 4/9/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 10/17/2007 | Date Notice of Default Recorded | $12.00 |
| 10/18/2007 | 10 Day Mailings Sent (Required by Statute) | $42.54 |
| 11/13/2007 | Date Trustee Sale Guarantee Received | $1,043.00 |
| 11/14/2007 | 1 Month Mailings Sent (Required by Statute) | $7.09 |
| 3/6/2008 | Publication Endorsement Received | $50.00 |
| 3/6/2008 | Date Notice of Sale Mailed (Required by Statute) | $37.05 |
| 3/11/2008 | Assignment Recorded | $8.00 |
| 3/11/2008 | SOT/Appointment Recorded | $9.00 |
| 3/11/2008 | Date Notice of Sale Recorded | $6.00 |
| 3/12/2008 | Date Notice of Sale Posted | $120.00 |
| 3/12/2008 | Date Publication Commenced (1st Pub) | $415.40 |
| 4/1/2008 | Title Cost Endorsement | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,790.08 |

PLEASE PAY AMOUNT DUE:    $2,390.08

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091640

Invoice Date:  4/9/2008

Attention:                                                                  7983.21718

Loan No: 1001697115                          Type:  Non-Jud Foreclosure/ CONV
Borrower:  ~~EN, BONNIE~~
~~SUNFLOWER DRIVE~~
~~THROP,  CA  95330~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
|  | TOTAL FEES: | $600.00 |
|  |  |  |
| 10/19/2007 | Date Notice of Default Recorded | $12.00 |
| 10/24/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 11/15/2007 | Date Trustee Sale Guarantee Received | $675.00 |
| 11/16/2007 | 1 Month Mailings Sent (Required by Statute) | $42.54 |
| 2/4/2008 | Publication Endorsement Received | $50.00 |
|  | TOTAL EXPENSES: | $793.72 |

PLEASE PAY AMOUNT DUE:    $1,393.72

Page 26

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091641
Invoice Date:  4/9/2008

Attention:                                                                 7983.21768

Loan No: 1001118335                         Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~DUMETT BILL~~
~~30 DELAWARE STREET~~
~~BERKELEY, CA  94702~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 10/22/2007 | Date Notice of Default Recorded | $13.00 |
| 10/24/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 11/16/2007 | Date Trustee Sale Guarantee Received | $825.00 |
| 11/17/2007 | 1 Month Mailings Sent (Required by Statute) | $35.45 |
| 2/7/2008 | Publication Endorsement Received | $50.00 |
| 2/8/2008 | Date Notice of Sale Mailed (Required by Statute) | $103.74 |
| 2/14/2008 | SOT/Appointment Recorded | $11.00 |
| 2/14/2008 | Date Notice of Sale Recorded | $8.00 |
| 2/14/2008 | Assignment Recorded | $8.00 |
| 2/15/2008 | Date Notice of Sale Posted | $120.00 |
| 2/15/2008 | Date Publication Commenced (1st Pub) | $304.89 |
| 3/6/2008 | Title Cost Endorsement | $25.00 |
| | **TOTAL EXPENSES:** | $1,518.26 |

PLEASE PAY AMOUNT DUE:    $2,118.26

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091642
Invoice Date:  4/9/2008

Attention:

7983.21770

Loan No: 1001282532

Type:  Non-Jud Foreclosure/ CONV

Borrower: ~~BEACHMONT KATHLEEN~~
~~ CONTRA COSTA DR~~
~~EL CERRITO, CA 94530~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 11/17/2007 | 1 Month Mailings Sent (Required by Statute) | $56.72 |
| 2/8/2008 | Publication Endorsement Received | $50.00 |
| 2/9/2008 | Date Notice of Sale Mailed (Required by Statute) | $81.51 |
| 2/13/2008 | Assignment Recorded | $15.00 |
| 2/13/2008 | Date Notice of Sale Recorded | $6.00 |
| 2/13/2008 | SOT/Appointment Recorded | $9.00 |
| 2/15/2008 | Date Notice of Sale Posted | $120.00 |
| 2/15/2008 | Date Publication Commenced (1st Pub) | $303.89 |
| 3/6/2008 | Title Cost Endorsement | $25.00 |
| 4/7/2008 | Title Cost Endorsement | $25.00 |
| 4/7/2008 | Cost - Record Trustee's Deed | $15.00 |

TOTAL EXPENSES:   $707.12

PLEASE PAY AMOUNT DUE:   $707.12

Page 28

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No: FTS0091643
Invoice Date:  4/9/2008

Attention:                                                                7983.21840

Loan No: 1000669769
Borrower:  IVES, CHRIS

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/9/2007 | Date Notice of Default Recorded | $9.00 |
| 11/14/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 11/26/2007 | Date Notice of Default Recorded | $9.00 |
| 11/30/2007 | 10 Day Mailings Sent (Required by Statute) | $21.27 |
| 12/14/2007 | Date Trustee Sale Guarantee Received | $462.00 |
| 12/15/2007 | 1 Month Mailings Sent (Required by Statute) | $77.99 |
| 2/8/2008 | Publication Endorsement Received | $50.00 |
| 2/8/2008 | Publication Endorsement Received | $50.00 |
| 2/29/2008 | Date Notice of Sale Mailed (Required by Statute) | $96.33 |
| 3/4/2008 | Date Notice of Sale Recorded | $15.00 |
| 3/4/2008 | Assignment Recorded | $15.00 |
| 3/4/2008 | SOT/Appointment Recorded | $15.00 |
| 3/6/2008 | Date Publication Commenced (1st Pub) | $372.99 |
| 3/6/2008 | Date Notice of Sale Posted | $120.00 |
| 3/26/2008 | Title Cost Endorsement | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,367.76 |

PLEASE PAY AMOUNT DUE:   $1,967.76

Page 29

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091644
Invoice Date:  4/9/2008

Attention:                                                                          7983.21850

Loan No: 1000822217                              Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~CHANG, CANDACE~~
~~16 BOWLING DRIVE~~
~~OROVILLE, CA  95625~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/29/2007 | Date Notice of Default Recorded | $12.00 |
| 11/30/2007 | 10 Day Mailings Sent (Required by Statute) | $21.27 |
| 12/26/2007 | Date Trustee Sale Guarantee Received | $462.00 |
| 12/26/2007 | 1 Month Mailings Sent (Required by Statute) | $35.45 |
| 2/11/2008 | Publication Endorsement Received | $50.00 |
| 3/4/2008 | Date Notice of Sale Mailed (Required by Statute) | $59.28 |
| 3/6/2008 | Assignment Recorded | $15.00 |
| 3/6/2008 | Date Notice of Sale Posted | $120.00 |
| 3/6/2008 | SOT/Appointment Recorded | $15.00 |
| 3/6/2008 | Date Notice of Sale Recorded | $15.00 |
| 3/6/2008 | Date Publication Commenced (1st Pub) | $682.64 |
| 3/26/2008 | Title Cost Endorsement | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,527.64 |

*Post Cost*

PLEASE PAY AMOUNT DUE:     $2,127.64

Page 30

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091645
Invoice Date:  4/9/2008

Attention:                                                                7983.21869

Loan No: 1001109443                         Type:  Non-Jud Foreclosure/ CONV
Borrower:  ~~MADDEN, RICHARD~~
~~1011 WESTWOOD COURT~~
~~El Dorado Hills, CA   95762~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 11/5/2007 | Date Notice of Default Recorded | $12.00 |
| 11/8/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 11/30/2007 | Date Trustee Sale Guarantee Received | $705.00 |
| 2/19/2008 | Publication Endorsement Received | $50.00 |
| 2/20/2008 | Date Notice of Sale Mailed (Required by Statute) | $14.82 |
| 2/25/2008 | Date Notice of Sale Recorded | $9.00 |
| 2/25/2008 | SOT/Appointment Recorded | $12.00 |
| 2/26/2008 | Date Notice of Sale Posted | $120.00 |
| 2/28/2008 | Date Publication Commenced (1st Pub) | $320.47 |
| | **TOTAL EXPENSES:** | $1,257.47 |

*Post Cost* (handwritten)

PLEASE PAY AMOUNT DUE:     $1,857.47

Page 31

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091646
Invoice Date:  4/9/2008

Attention:                                                          7983.21878

Loan No: 1000656499
Borrower: REESE, SHANE
MOORPARK WAY
SACRAMENTO, CA 95842

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 12/1/2007 | 1 Month Mailings Sent (Required by Statute) | $21.27 |
| | TOTAL EXPENSES: | $21.27 |
| | PLEASE PAY AMOUNT DUE: | $21.27 |

Page 32

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:  FTS0091647
4600 Regent Blvd., Suite 200                        Invoice Date:  4/9/2008
Irving,  TX   75063

Attention:                                                      7983.21941

Loan No: 1001041127                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~BROWN, TERESA~~
~~1007 FAIRGROVE LANE #~~
~~SAN DIEGO, CA 92129~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/15/2007 | Date Notice of Default Recorded | $12.00 |
| 11/21/2007 | 10 Day Mailings Sent (Required by Statute) | $21.27 |
| 12/12/2007 | Date Trustee Sale Guarantee Received | $561.00 |
| 12/12/2007 | 1 Month Mailings Sent (Required by Statute) | $14.18 |
| 2/21/2008 | Publication Endorsement Received | $50.00 |
| | TOTAL EXPENSES: | $658.45 |

PLEASE PAY AMOUNT DUE:   $1,258.45

Page 33

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0091648
Invoice Date:  4/9/2008

Attention:                                                                    7983.21948

Loan No: 1001118653                          Type:  Non-Jud Foreclosure/ CONV
Borrower: MACIEL, AUDOMARO
510 E. STREET
WATERFORD, CA   95386

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/14/2007 | Date Notice of Default Recorded | $12.00 |
| 11/20/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/12/2007 | Date Trustee Sale Guarantee Received | $434.00 |
| 12/12/2007 | 1 Month Mailings Sent (Required by Statute) | $28.36 |
| 3/5/2008 | Publication Endorsement Received | $50.00 |
| 3/5/2008 | Date Notice of Sale Mailed (Required by Statute) | $37.05 |
| 3/7/2008 | Date Notice of Sale Recorded | $7.00 |
| 3/7/2008 | SOT/Appointment Recorded | $10.00 |
| 3/7/2008 | Assignment Recorded | $9.00 |
| 3/11/2008 | Date Publication Commenced (1st Pub) | $513.05 |
| 3/12/2008 | Date Notice of Sale Posted | $120.00 |
| 4/1/2008 | Sale Endorsement Received | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,267.55 |

PLEASE PAY AMOUNT DUE:   $1,867.55

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No: FTS0091649
Invoice Date: 4/9/2008

Attention:                                                         7983.21979

Loan No: 1001183310                       Type:  Non-Jud Foreclosure/ CONV
Borrower: STUGNER, ROBERT
~~7~~ ~~BARRANCA DR~~
~~DORADO HILLS, CA  95762~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/15/2007 | Date Notice of Default Recorded | $12.00 |
| 11/21/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/14/2007 | Date Trustee Sale Guarantee Received | $821.00 |
| 12/14/2007 | 1 Month Mailings Sent (Required by Statute) | $7.09 |
| 2/21/2008 | Publication Endorsement Received | $50.00 |
| 2/21/2008 | Date Notice of Sale Mailed (Required by Statute) | $14.82 |
| 2/26/2008 | Date Notice of Sale Posted | $120.00 |
| 2/27/2008 | SOT/Appointment Recorded | $12.00 |
| 2/27/2008 | Date Notice of Sale Recorded | $9.00 |
| 2/27/2008 | Assignment Recorded | $12.00 |
| 2/28/2008 | Date Publication Commenced (1st Pub) | $320.77 |
| 3/19/2008 | Title Cost Endorsement | $25.00 |
| 3/28/2008 | Sale Endorsement Received | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,450.77 |

PLEASE PAY AMOUNT DUE:    $2,050.77

Page 35

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX  75063

Invoice No:  FTS0091650
Invoice Date:  4/9/2008

Attention:

7983.22001

Loan No: 1001514597
Borrower: NELSON, NICOLE

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 11/16/2007 | Date Notice of Default Recorded | $12.00 |
| 11/20/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 12/26/2007 | Date Trustee Sale Guarantee Received | $800.00 |
| 12/26/2007 | 1 Month Mailings Sent (Required by Statute) | $63.81 |
| 2/25/2008 | Publication Endorsement Received | $50.00 |
| 2/26/2008 | Date Notice of Sale Mailed (Required by Statute) | $81.51 |
| 2/28/2008 | Date Notice of Sale Recorded | $9.00 |
| 2/28/2008 | Date Notice of Sale Posted | $120.00 |
| 2/28/2008 | SOT/Appointment Recorded | $12.00 |
| 2/28/2008 | Date Publication Commenced (1st Pub) | $277.00 |
| 3/19/2008 | Title Cost Endorsement | $25.00 |
| | **TOTAL EXPENSES:** | $1,464.50 |

**PLEASE PAY AMOUNT DUE:**    $2,064.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091651
Invoice Date:  4/9/2008

| Attention: | 7983.22014 |
| --- | --- |

Loan No: 1001364480      Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~LOPEZ JESUS~~
~~1567 DONATELLA ST~~
~~MANTECA, CA  95337~~

| Date | Item Description | Amount |
| --- | --- | --- |
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/21/2007 | Date Notice of Default Recorded | $12.00 |
| 11/28/2007 | 10 Day Mailings Sent (Required by Statute) | $28.36 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | $825.00 |
| 12/21/2007 | 1 Month Mailings Sent (Required by Statute) | $21.27 |
| 2/29/2008 | Publication Endorsement Received | $50.00 |
| 3/3/2008 | Date Notice of Sale Mailed (Required by Statute) | $37.05 |
| 3/6/2008 | Date Publication Commenced (1st Pub) | $485.00 |
| 3/6/2008 | SOT/Appointment Recorded | $11.00 |
| 3/6/2008 | Date Notice of Sale Posted | $120.00 |
| 3/6/2008 | Date Notice of Sale Recorded | $8.00 |
| 3/6/2008 | Assignment Recorded | $10.00 |
| 3/26/2008 | Title Cost Endorsement | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,647.68 |

PLEASE PAY AMOUNT DUE:   $2,247.68

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091652
Invoice Date:  4/9/2008

Attention:                                                                      7983.22015

Loan No: 1001363549                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~MORROHBARGER, JOHN~~
52~~HENLEY PARKWAY~~
~~PATTERSON,  CA   95303~~

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 4/9/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| | | | |
| 11/20/2007 | Date Notice of Default Recorded | | $12.00 |
| 11/27/2007 | 10 Day Mailings Sent (Required by Statute) | | $7.09 |
| 12/19/2007 | Date Trustee Sale Guarantee Received | | $769.00 |
| 12/19/2007 | 1 Month Mailings Sent (Required by Statute) | | $7.09 |
| 3/11/2008 | Publication Endorsement Received | | $50.00 |
| 3/12/2008 | Date Notice of Sale Posted | | $120.00 |
| 3/12/2008 | Date Publication Commenced (1st Pub) | | $272.00 |
| 3/12/2008 | Date Notice of Sale Mailed (Required by Statute) | | $14.82 |
| 3/14/2008 | Date Notice of Sale Recorded | | $7.00 |
| 3/14/2008 | SOT/Appointment Recorded | | $10.00 |
| 3/14/2008 | Assignment Recorded | | $9.00 |
| 4/1/2008 | Title Cost Endorsement | | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,318.00 |

PLEASE PAY AMOUNT DUE:    $1,918.00

Page 38

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091653
Invoice Date:  4/9/2008

Attention:                                                                    7983.22017

Loan No: 1001574840                          Type:  Non-Jud Foreclosure/ CONV
Borrower: CASTILLO, RODRIGO
9~~ GEARY AVE~~
~~ORANGER, CA 95651~~

| Date | Item Description | Amount |
|---|---|---|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/27/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/17/2007 | Date Trustee Sale Guarantee Received | $540.00 |
| 2/29/2008 | Publication Endorsement Received | $50.00 |
| 3/3/2008 | Date Notice of Sale Mailed (Required by Statute) | $7.41 |
| 3/6/2008 | Date Notice of Sale Posted | $120.00 |
| 3/6/2008 | Date Publication Commenced (1st Pub) | $446.75 |
| 3/6/2008 | SOT/Appointment Recorded | $14.00 |
| 3/6/2008 | Assignment Recorded | $11.00 |
| 3/6/2008 | Assignment Recorded | $15.00 |
| 3/6/2008 | Date Notice of Sale Recorded | $11.00 |
| 3/26/2008 | Sale Endorsement Received | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,274.25 |

PLEASE PAY AMOUNT DUE:     $1,874.25

Page 39

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091654
Invoice Date:  4/9/2008

Attention:                                                                  7983.22029

Loan No: 1001558106                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~RODRIGUEZ, JOSE~~
~~ASHFORD COURT~~
~~field, CA   94533~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/27/2007 | 10 Day Mailings Sent (Required by Statute) | $42.54 |
| 12/19/2007 | Date Trustee Sale Guarantee Received | $917.00 |
| 2/29/2008 | Publication Endorsement Received | $50.00 |
| 3/5/2008 | Date Publication Commenced (1st Pub) | $345.50 |
| 3/5/2008 | Date Notice of Sale Posted | $120.00 |
| 3/15/2008 | Date Notice of Sale Mailed (Required by Statute) | $44.46 |
| 3/17/2008 | SOT/Appointment Recorded | $11.00 |
| 3/18/2008 | Date Notice of Sale Recorded | $8.00 |
| 3/18/2008 | Assignment Recorded | $15.00 |
| 4/1/2008 | Sale Endorsement Received | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,605.50 |

PLEASE PAY AMOUNT DUE:      $2,205.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:   FTS0091655
Invoice Date:  4/9/2008

Attention:                                                                                         7983.22032

Loan No: 1001449069
Borrower: ~~ARRIOLA, CANDIDA~~
~~845 LAKECHIME DR~~
~~SUNNYVALE, CA  94089~~

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/27/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/19/2007 | Date Trustee Sale Guarantee Received | $899.00 |
| 12/19/2007 | 1 Month Mailings Sent (Required by Statute) | $35.45 |
| 3/5/2008 | Publication Endorsement Received | $50.00 |
| 3/6/2008 | Date Notice of Sale Mailed (Required by Statute) | $44.46 |
| 3/11/2008 | Assignment Recorded | $11.00 |
| 3/11/2008 | Date Notice of Sale Posted | $120.00 |
| 3/11/2008 | SOT/Appointment Recorded | $12.00 |
| 3/11/2008 | Date Notice of Sale Recorded | $9.00 |
| 3/12/2008 | Date Publication Commenced (1st Pub) | $890.00 |
| 4/1/2008 | Title Cost Endorsement | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $2,130.00 |

PLEASE PAY AMOUNT DUE:     $2,730.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0091656
Invoice Date:  4/9/2008

Attention:                                                                                           7983.22043

Loan No: 1001522896                              Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~BREEATESCOSSA, TELMAH~~
~~1023 D. HINOJOSA ST.~~
~~MEXICO, CA, 92231~~

| Date | Item Description | | Amount |
|------|-----------------|---|--------|
| 4/9/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 11/20/2007 | Date Notice of Default Recorded | | $9.00 |
| 11/27/2007 | 10 Day Mailings Sent (Required by Statute) | | $7.09 |
| 12/19/2007 | Date Trustee Sale Guarantee Received | | $539.00 |
| 3/4/2008 | Publication Endorsement Received | | $50.00 |
| 3/4/2008 | Date Notice of Sale Mailed (Required by Statute) | | $7.41 |
| 3/6/2008 | SOT/Appointment Recorded | | $15.00 |
| 3/6/2008 | Date Notice of Sale Recorded | | $6.00 |
| 3/6/2008 | Assignment Recorded | | $9.00 |
| 3/6/2008 | Date Notice of Sale Posted | | $120.00 |
| 3/6/2008 | Date Publication Commenced (1st Pub) | | $570.50 |
| 4/1/2008 | Title Cost Endorsement | | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | | $15.00 |
| | | TOTAL EXPENSES: | $1,373.00 |

PLEASE PAY AMOUNT DUE:     $1,973.00

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091657
Invoice Date:  4/9/2008

Attention:                                                                7983.22056

Loan No: 1001031504
Borrower:  ~~OANEDO, CARMEN~~                      Type:  Non-Jud Foreclosure/ CONV
~~893 HOLLISTER ST~~
~~CERES, CA 95307~~

| Date | Item Description | Amount |
|------|-----------------|-------:|
| 4/9/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | **$600.00** |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/27/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/19/2007 | Date Trustee Sale Guarantee Received | $423.00 |
| 12/20/2007 | 1 Month Mailings Sent (Required by Statute) | $7.09 |
| 1/22/2008 | SOT/Appointment Recorded | $10.00 |
| 3/11/2008 | Publication Endorsement Received | $50.00 |
| 3/12/2008 | Date Publication Commenced (1st Pub) | $259.70 |
| 3/12/2008 | Date Notice of Sale Posted | $120.00 |
| 3/12/2008 | Date Notice of Sale Mailed (Required by Statute) | $22.23 |
| 3/14/2008 | Assignment Recorded | $7.00 |
| 3/17/2008 | Date Notice of Sale Recorded | $7.00 |
| 4/1/2008 | Sale Endorsement Received | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | **$965.11** |

**PLEASE PAY AMOUNT DUE:**        $1,565.11

Page 43

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                    Invoice No:  FTS0091658
4600 Regent Blvd., Suite 200                        Invoice Date:  4/9/2008
Irving,  TX   75063

Attention:                                                      7983.22058

Loan No: 1001650320                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~LAZARES ESTHER~~
          ~~1968 WYMAN ST~~
          ~~SAN PABLO CA 94806~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/27/2007 | 10 Day Mailings Sent (Required by Statute) | $28.36 |
| 12/19/2007 | Date Trustee Sale Guarantee Received | $765.00 |
| 12/20/2007 | 1 Month Mailings Sent (Required by Statute) | $14.18 |
| 2/27/2008 | Publication Endorsement Received | $50.00 |
| 3/3/2008 | Date Publication Commenced (1st Pub) | $403.19 |
| 3/4/2008 | Date Notice of Sale Posted | $120.00 |
| 3/8/2008 | Date Notice of Sale Mailed (Required by Statute) | $44.46 |
| 3/12/2008 | Date Notice of Sale Recorded | $9.00 |
| 3/12/2008 | SOT/Appointment Recorded | $10.00 |
| 3/24/2008 | Title Cost Endorsement | $25.00 |
| 3/26/2008 | Sale Endorsement Received | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $1,521.19 |

PLEASE PAY AMOUNT DUE:   $2,121.19

Page 44

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No: FTS0091659
Invoice Date:  4/9/2008

Attention:

7983.22067

Loan No: 1001384064
Borrower: ~~ROBINS, ROBERT~~
~~MANTON COURT~~
~~CONCORD, CA  94518~~

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 11/20/2007 | Date Notice of Default Recorded | $12.00 |
| 11/27/2007 | 10 Day Mailings Sent (Required by Statute) | $21.27 |
| 12/19/2007 | Date Trustee Sale Guarantee Received | $805.00 |
| 12/20/2007 | 1 Month Mailings Sent (Required by Statute) | $7.09 |
| 2/28/2008 | Date Notice of Sale Mailed (Required by Statute) | $29.64 |
| 2/29/2008 | Publication Endorsement Received | $50.00 |
| 3/4/2008 | Assignment Recorded | $15.00 |
| 3/4/2008 | Date Notice of Sale Recorded | $6.00 |
| 3/4/2008 | SOT/Appointment Recorded | $9.00 |
| 3/6/2008 | Date Publication Commenced (1st Pub) | $376.32 |
| 3/6/2008 | Date Notice of Sale Posted | $120.00 |
| 3/26/2008 | Title Cost Endorsement | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,491.32 |

PLEASE PAY AMOUNT DUE:   $2,091.32

Page 45

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091660
Invoice Date:  4/9/2008

Attention:                                                                          7983.22070

Loan No: 1001567321                          Type:  Non-Jud Foreclosure/ CONV
Borrower: MACIAS, RITO
~~BUENA VISTA AVENU~~
~~LA HABRA,  CA   90631~~

| Date | Item Description | Amount |
|------|-----------------|-------:|
| 4/9/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 11/21/2007 | Date Notice of Default Recorded | $9.00 |
| 11/29/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/14/2007 | Date Trustee Sale Guarantee Received | $730.00 |
| 2/28/2008 | Publication Endorsement Received | $50.00 |
| 2/29/2008 | Date Notice of Sale Mailed (Required by Statute) | $14.82 |
| 3/4/2008 | Date Notice of Sale Recorded | $15.00 |
| 3/4/2008 | SOT/Appointment Recorded | $15.00 |
| 3/4/2008 | Assignment Recorded | $15.00 |
| 3/6/2008 | Date Publication Commenced (1st Pub) | $372.99 |
| 3/6/2008 | Date Notice of Sale Posted | $120.00 |
| 3/26/2008 | Title Cost Endorsement | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,388.90 |

PLEASE PAY AMOUNT DUE:     $1,988.90

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091661
Invoice Date:  4/9/2008

Attention:                                                                          7983.22083

Loan No: 1001428795                          Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~BRIONES, ALEJANDRO~~
          ~~EAST NIKI STREET~~
          ~~COVER, CA  92217~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| 11/20/2007 | Date Notice of Default Recorded | $9.00 |
| 11/27/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | $395.00 |
| 3/4/2008 | Publication Endorsement Received | $50.00 |
| 3/4/2008 | Date Notice of Sale Mailed (Required by Statute) | $7.41 |
| 3/6/2008 | Date Notice of Sale Posted | $120.00 |
| 3/6/2008 | Date Notice of Sale Recorded | $15.00 |
| 3/6/2008 | Date Publication Commenced (1st Pub) | $570.50 |
| 3/6/2008 | SOT/Appointment Recorded | $15.00 |
| 3/6/2008 | Assignment Recorded | $15.00 |
| 3/26/2008 | Title Cost Endorsement | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,244.00 |

*Post Cost*

PLEASE PAY AMOUNT DUE:   $1,844.00

Page 47

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091662
Invoice Date:  4/9/2008

Attention:                                                           7983.22089

Loan No: 1001774468                    Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~SHARP, VEENA~~
          1~~09 MILESTONE WAY~~
          1~~ATHROP, CA  95330~~

| Date | Item Description | Amount |
|------|-----------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | **TOTAL FEES:** | $600.00 |
| | | |
| 11/21/2007 | Date Notice of Default Recorded | $12.00 |
| 11/28/2007 | 10 Day Mailings Sent (Required by Statute) | $7.09 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | $881.00 |
| 3/3/2008 | Publication Endorsement Received | $50.00 |
| 3/3/2008 | Date Notice of Sale Mailed (Required by Statute) | $7.41 |
| 3/6/2008 | Date Notice of Sale Posted | $120.00 |
| 3/6/2008 | SOT/Appointment Recorded | $11.00 |
| 3/6/2008 | Date Publication Commenced (1st Pub) | $500.00 |
| 3/6/2008 | Assignment Recorded | $15.00 |
| 3/6/2008 | Date Notice of Sale Recorded | $8.00 |
| 3/26/2008 | Title Cost Endorsement | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| | **TOTAL EXPENSES:** | $1,651.50 |

*Post cost*

PLEASE PAY AMOUNT DUE:     $2,251.50

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091663
Invoice Date:  4/9/2008

Attention:                                                              7983.22110

Loan No: 1001077603                        Type:  Non-Jud Foreclosure/ CONV
Borrower: MAGANA, GUILLERMO
           655 DEORAH PL
           LEMON GROVE, CA  94945

| Date | Item Description | Amount |
|---|---|---|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 11/21/2007 | Date Notice of Default Recorded | $12.00 |
| 11/28/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 12/20/2007 | Date Trustee Sale Guarantee Received | $480.60 |
| 12/21/2007 | 1 Month Mailings Sent (Required by Statute) | $63.81 |
| | TOTAL EXPENSES: | $570.59 |

PLEASE PAY AMOUNT DUE:    $1,170.59

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091664
Invoice Date:  4/9/2008

Attention:                                                                              7983.22123

Loan No: 1001198461                        Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~Investments, Inc., Professional~~
~~Poole Roads~~
~~Applegate, CA  95708~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 11/8/2007 | Demand Letter | $150.00 |
| 1/7/2008 | Date Notice of Default Recorded | $10.00 |
| 1/9/2008 | 10 Day Mailings Sent (Required by Statute) | $28.36 |
| 1/31/2008 | Date Trustee Sale Guarantee Received | $785.00 |
| 1/31/2008 | 1 Month Mailings Sent (Required by Statute) | $28.36 |
| 3/18/2008 | Publication Endorsement Received | $50.00 |
| | TOTAL EXPENSES: | $1,051.72 |

PLEASE PAY AMOUNT DUE:   $1,651.72

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091665
Invoice Date:  4/9/2008

Attention:

7983.22125

Loan No: 1001159476                          Type:  Non-Jud Foreclosure/ CONV

Borrower:

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 12/4/2007 | Date Notice of Default Recorded | $15.00 |
| 12/6/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 12/13/2007 | Date Trustee Sale Guarantee Received | $745.00 |
| 3/6/2008 | Publication Endorsement Received | $50.00 |
| 3/12/2008 | Date Notice of Sale Posted | $120.00 |
| 3/12/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 3/12/2008 | Date Notice of Sale Mailed (Required by Statute) | $22.23 |
| 3/14/2008 | Assignment Recording | $14.00 |
| 3/14/2008 | Date Notice of Sale Recorded | $15.00 |
| 3/14/2008 | SOT/Appointment Recorded | $14.00 |
| 4/1/2008 | Sale Endorsement Received | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| 4/8/2008 | Date Transfer Tax Advanxced | $764.49 |
| | TOTAL EXPENSES: | $2,133.90 |

PLEASE PAY AMOUNT DUE:    $2,733.90

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing                     Invoice No:  FTS0091666
4600 Regent Blvd., Suite 200                         Invoice Date:  4/9/2008
Irving,  TX   75063

Attention:                                                        7983.22126

Loan No: 1000877304                        Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~Smith, Michelle~~
          ~~231 N. Michael Way #25~~
          ~~Las Vegas, NV  89108~~

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 12/4/2007 | Date Notice of Default Recorded | $15.00 |
| 12/6/2007 | 10 Day Mailings Sent (Required by Statute) | $49.63 |
| 12/18/2007 | Date Trustee Sale Guarantee Received | $390.00 |
| 3/6/2008 | Publication Endorsement Received | $50.00 |
| 3/12/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 3/12/2008 | Date Notice of Sale Posted | $120.00 |
| 3/12/2008 | Date Notice of Sale Mailed (Required by Statute) | $59.28 |
| 3/14/2008 | Assignment Recording | $14.00 |
| 3/14/2008 | Date Notice of Sale Recorded | $15.00 |
| 3/14/2008 | SOT/Appointment Recorded | $14.00 |
| 4/1/2008 | Sale Endorsement Received | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| 4/8/2008 | Date Transfer Tax Advanxced | $427.89 |
| | TOTAL EXPENSES: | $1,514.80 |

PLEASE PAY AMOUNT DUE:     $2,114.80

Page 52

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving,  TX   75063

Invoice No:  FTS0091667
Invoice Date:  4/9/2008

Attention:                                                                7983.22129

Loan No: 1001524823                          Type:  Non-Jud Foreclosure/ CONV
Borrower: Simmons, Robert

| Date | Item Description | | Amount |
|------|------------------|---|--------|
| 4/9/2008 | Trustee Fee | | $600.00 |
| | | TOTAL FEES: | $600.00 |
| 12/4/2007 | Date Notice of Default Recorded | | $15.00 |
| 12/7/2007 | 10 Day Mailings Sent (Required by Statute) | | $35.45 |
| 12/18/2007 | Date Trustee Sale Guarantee Received | | $765.00 |
| 3/6/2008 | Publication Endorsement Received | | $50.00 |
| 3/12/2008 | Date Publication Commenced (1st Pub) | | $320.00 |
| 3/12/2008 | Date Notice of Sale Posted | | $120.00 |
| 3/12/2008 | Date Notice of Sale Mailed (Required by Statute) | | $44.46 |
| 3/14/2008 | Date Notice of Sale Recorded | | $15.00 |
| 3/14/2008 | SOT/Appointment Recorded | | $14.00 |
| 3/14/2008 | Assignment Recording | | $14.00 |
| 4/1/2008 | Sale Endorsement Received | | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | | $15.00 |
| 4/8/2008 | Date Transfer Tax Advanxced | | $2,025.66 |
| | | TOTAL EXPENSES: | $3,458.57 |

PLEASE PAY AMOUNT DUE:     $4,058.57

Page 53

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0091668
Invoice Date:  4/9/2008

Attention:

7983.22130

Loan No: 1001488376
Borrower: Castillo, Raymundo

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| | | |
| 12/4/2007 | Date Notice of Default Recorded | $41.00 |
| 12/7/2007 | 10 Day Mailings Sent (Required by Statute) | $21.27 |
| 12/18/2007 | Date Trustee Sale Guarantee Received | $765.00 |
| 3/6/2008 | Publication Endorsement Received | $50.00 |
| 3/12/2008 | Date Notice of Sale Posted | $120.00 |
| 3/12/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 3/12/2008 | Date Notice of Sale Mailed (Required by Statute) | $22.23 |
| 3/18/2008 | Date Notice of Sale Recorded | $16.00 |
| 3/18/2008 | SOT/Appointment Recorded | $40.00 |
| 4/1/2008 | Sale Endorsement Received | $25.00 |
| 4/8/2008 | Assignment Recording | $15.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| 4/8/2008 | Date Transfer Tax Advanxced | $1,991.99 |
| | TOTAL EXPENSES: | $3,442.49 |

PLEASE PAY AMOUNT DUE:    $4,042.49

Page 54