Northwest Trustee Services, Inc
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No: FTS0091669
Invoice Date: 4/9/2008

Attention:                                                                 7983.22131

Loan No: 1001232003                      Type: Non-Jud Foreclosure/ CONV
Borrower: ORDONEZ, MARIO
          4--- SAN LEANDRO AVE
          LAS VEGAS, NV  89120

| Date | Item Description | Amount |
|---|---|---|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 12/4/2007 | Date Notice of Default Recorded | $16.00 |
| 12/7/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 12/18/2007 | Date Trustee Sale Guarantee Received | $540.00 |
| 3/6/2008 | Publication Endorsement Received | $50.00 |
| 3/12/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 3/12/2008 | Date Notice of Sale Posted | $120.00 |
| 3/12/2008 | Date Notice of Sale Mailed (Required by Statute) | $14.82 |
| 3/18/2008 | Date Notice of Sale Recorded | $16.00 |
| 3/18/2008 | SOT/Appointment Recorded | $40.00 |
| 3/18/2008 | Assignment Recording | $15.00 |
| 4/1/2008 | Sale Endorsement Received | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| 4/8/2008 | Date Transfer Tax Advanxced | $982.13 |
| | TOTAL EXPENSES: | $2,168.13 |

*Est Cost* (handwritten)

PLEASE PAY AMOUNT DUE:    $2,768.13

Page 55

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN:  20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:  FTS0091670
Invoice Date:  4/9/2008

Attention:

7983.22136

Loan No:  1000714058
Borrower:  [redacted]
[redacted]
[redacted]

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|---|---|---|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 12/4/2007 | Date Notice of Default Recorded | $41.00 |
| 12/8/2007 | 10 Day Mailings Sent (Required by Statute) | $80.70 |
| 12/13/2007 | Date Trustee Sale Guarantee Received | $480.00 |
| 3/12/2008 | Date Publication Commenced (1st Pub) | $195.00 |
| 3/12/2008 | Publication Endorsement Received | $50.00 |
| 3/12/2008 | Date Notice of Sale Posted | $120.00 |
| 3/12/2008 | Date Notice of Sale Mailed (Required by Statute) | $22.23 |
| 3/14/2008 | SOT/Appointment Recorded | $25.00 |
| 3/14/2008 | Assignment Recording | $15.00 |
| 3/14/2008 | Date Notice of Sale Recorded | $15.00 |
| 4/1/2008 | Sale Endorsement Received | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| 4/8/2008 | Date Transfer Tax Advanxced | $764.49 |
| | TOTAL EXPENSES: | $1,848.42 |

*[handwritten: Post Cost]*

PLEASE PAY AMOUNT DUE:   $2,448.42

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0091671
Invoice Date:  4/9/2008

Attention:                                                                7983.22137

Loan No:  1001220169                      Type:  Non-Jud Foreclosure/ CONV
Borrower:  [redacted]

| Date | Item Description | Amount |
|---|---|---|
| 4/9/2008 | Trustee Fee | $600.00 |
|  | TOTAL FEES: | $600.00 |
| 12/4/2007 | Date Notice of Default Recorded | $15.00 |
| 12/11/2007 | Date Trustee Sale Guarantee Received | $1,525.00 |
| 12/11/2007 | 10 Day Mailings Sent (Required by Statute) | $42.54 |
| 2/29/2008 | Publication Endorsement Received | $50.00 |
| 3/12/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 3/12/2008 | Date Notice of Sale Posted | $120.00 |
| 3/12/2008 | Date Notice of Sale Mailed (Required by Statute) | $51.87 |
| 3/14/2008 | SOT/Appointment Recorded | $14.00 |
| 3/14/2008 | Assignment Recording | $39.00 |
| 3/14/2008 | Date Notice of Sale Recorded | $15.00 |
| 4/1/2008 | Sale Endorsement Received | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| 4/8/2008 | Date Transfer Tax Advanxced | $1,264.93 |
|  | TOTAL EXPENSES: | $3,497.34 |

PLEASE PAY AMOUNT DUE:  $4,097.34

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No: FTS0091672
Invoice Date: 4/9/2008

Attention:

7983.22141

Loan No: 1001276709
Borrower: BARRAZA, ABEL
3852 PASTEL RIDGE STRB
NORTH LAS VEGAS, NV  89032

Type: Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|---|---|---|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 12/4/2007 | Date Notice of Default Recorded | $15.00 |
| 12/11/2007 | Date Trustee Sale Guarantee Received | $1,696.00 |
| 12/11/2007 | 10 Day Mailings Sent (Required by Statute) | $28.36 |
| 3/12/2008 | Publication Endorsement Received | $50.00 |
| 3/12/2008 | Date Notice of Sale Posted | $120.00 |
| 3/12/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 3/12/2008 | Date Notice of Sale Mailed (Required by Statute) | $37.05 |
| 3/14/2008 | SOT/Appointment Recorded | $39.00 |
| 3/14/2008 | Date Notice of Sale Recorded | $15.00 |
| 4/1/2008 | Sale Endorsement Received | $25.00 |
| 4/8/2008 | Date Transfer Tax Advanxced | $1,142.40 |
| 4/8/2008 | Assignment Recording | $15.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $3,517.81 |

PLEASE PAY AMOUNT DUE:     $4,117.81

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0091673
Invoice Date:   4/9/2008

Attention:

7983.22144

Loan No: 1000678595
Borrower: FOSTER, JAMES
2__ GOLDEN SHORE DRIV__
LAS VEGAS, NV  89123

Type:   Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|---|---|---|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 12/4/2007 | Date Notice of Default Recorded | $16.00 |
| 12/7/2007 | 10 Day Mailings Sent (Required by Statute) | $35.45 |
| 12/21/2007 | Date Trustee Sale Guarantee Received | $600.00 |
| 3/6/2008 | Publication Endorsement Received | $50.00 |
| 3/12/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 3/12/2008 | Date Notice of Sale Posted | $120.00 |
| 3/12/2008 | Date Notice of Sale Mailed (Required by Statute) | $44.46 |
| 3/18/2008 | Date Notice of Sale Recorded | $16.00 |
| 3/18/2008 | SOT/Appointment Recorded | $15.00 |
| 3/18/2008 | Assignment Recording | $15.00 |
| 4/1/2008 | Sale Endorsement Received | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| 4/8/2008 | Date Transfer Tax Advanxced | $1,301.90 |
| | TOTAL EXPENSES: | $2,573.81 |

PLEASE PAY AMOUNT DUE:   $3,173.81

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0091674
Invoice Date:  4/9/2008

Attention:

7983.22149

Loan No: 1001595467
Borrower: HINOPIT, ALBERTO
~~SACRED DATURA A~~
~~LAS VEGAS, NV 89139~~

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|---|---|---|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 12/4/2007 | Date Notice of Default Recorded | $16.00 |
| 12/7/2007 | 10 Day Mailings Sent (Required by Statute) | $42.54 |
| 12/19/2007 | Date Trustee Sale Guarantee Received | $650.00 |
| 3/6/2008 | Publication Endorsement Received | $50.00 |
| 3/10/2008 | Assignment Recording | $15.00 |
| 3/11/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 3/11/2008 | Date Notice of Sale Posted | $120.00 |
| 3/11/2008 | Date Notice of Sale Mailed (Required by Statute) | $44.46 |
| 3/21/2008 | Date Notice of Sale Recorded | $16.00 |
| 3/21/2008 | SOT/Appointment Recorded | $39.00 |
| 3/31/2008 | Sale Endorsement Received | $25.00 |
| 4/4/2008 | Sale Endorsement Received | $25.00 |
| 4/8/2008 | Date Transfer Tax Advanxced | $1,609.47 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $2,987.47 |

PLEASE PAY AMOUNT DUE:   $3,587.47

Northwest Trustee Services, Inc
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing            Invoice No:  FTS0091675
4600 Regent Blvd., Suite 200                Invoice Date: 4/9/2008
Irving, TX  75063

Attention:                                                         7983.22152

Loan No: 1001044633                         Type:  Non-Jud Foreclosure/ CONV
Borrower: ~~QUINONEZ, CARLA~~
~~6### ANTICELINE AVENUE~~
~~LAS VEGAS, NV 89139~~

| Date | Item Description | Amount |
|---|---|---|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 12/4/2007 | Date Notice of Default Recorded | $16.00 |
| 12/8/2007 | 10 Day Mailings Sent (Required by Statute) | $26.90 |
| 12/13/2007 | Date Trustee Sale Guarantee Received | $510.00 |
| 3/6/2008 | Publication Endorsement Received | $50.00 |
| 3/12/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 3/12/2008 | Date Notice of Sale Posted | $120.00 |
| 3/12/2008 | Date Notice of Sale Mailed (Required by Statute) | $14.82 |
| 3/19/2008 | SOT/Appointment Recorded | $40.00 |
| 3/19/2008 | Assignment Recording | $15.00 |
| 3/19/2008 | Date Notice of Sale Recorded | $16.00 |
| 4/1/2008 | Sale Endorsement Received | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| 4/8/2008 | Date Transfer Tax Advanxced | $752.25 |
| | TOTAL EXPENSES: | $1,920.97 |

PLEASE PAY AMOUNT DUE:  $2,520.97

Northwest Trustee Services, Inc
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN:  20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0091676
Invoice Date:  4/9/2008

Attention:

7983.22155

Loan No: 1000968644
Borrower: SAVAYA, SAFAA
    ~30 N. GRAND CANYON~
    LAS VEGAS, NV 89166

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
| --- | --- | --- |
| 4/9/2008 | Trustee Fee | $600.00 |
|  | TOTAL FEES: | $600.00 |
| 12/4/2007 | Date Notice of Default Recorded | $16.00 |
| 12/7/2007 | 10 Day Mailings Sent (Required by Statute) | $14.18 |
| 2/12/2008 | Date Trustee Sale Guarantee Received | $480.00 |
| 3/6/2008 | Publication Endorsement Received | $50.00 |
| 3/12/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 3/12/2008 | Date Notice of Sale Posted | $120.00 |
| 3/12/2008 | Date Notice of Sale Mailed (Required by Statute) | $22.23 |
| 3/18/2008 | SOT/Appointment Recorded | $40.00 |
| 3/18/2008 | Assignment Recording | $15.00 |
| 3/18/2008 | Date Notice of Sale Recorded | $16.00 |
| 4/1/2008 | Sale Endorsement Received | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| 4/8/2008 | Date Transfer Tax Advanxced | $836.77 |
|  | TOTAL EXPENSES: | $1,970.18 |

PLEASE PAY AMOUNT DUE:   $2,570.18

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing          Invoice No: FTS0091677
4600 Regent Blvd., Suite 200              Invoice Date: 4/9/2008
Irving, TX  75063

Attention:                                                      7983.22156

Loan No: 1000882623                       Type:  Non-Jud Foreclosure/ CONV
Borrower: T███O, RICHARD ██
          7███ QUIET CANYON STR ██
          ██AS VEGAS, NV  89112

| Date | Item Description | Amount |
|---|---|---|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 12/4/2007 | Date Notice of Default Recorded | $41.00 |
| 12/8/2007 | 10 Day Mailings Sent (Required by Statute) | $26.90 |
| 2/15/2008 | Date Trustee Sale Guarantee Received | $570.00 |
| 3/6/2008 | Publication Endorsement Received | $50.00 |
| 3/12/2008 | Date Notice of Sale Posted | $120.00 |
| 3/12/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 3/12/2008 | Date Notice of Sale Mailed (Required by Statute) | $14.82 |
| 3/18/2008 | Date Notice of Sale Recorded | $15.00 |
| 3/18/2008 | SOT/Appointment Recorded | $40.00 |
| 3/18/2008 | Assignment Recording | $15.00 |
| 4/1/2008 | Sale Endorsement Received | $25.00 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| 4/8/2008 | Date Transfer Tax Advanxced | $815.49 |
| | TOTAL EXPENSES: | $2,068.21 |

PLEASE PAY AMOUNT DUE:    $2,668.21

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington 98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Invoice No: FTS0091678
Invoice Date: 4/9/2008

Attention:                                                              7983.22158

Loan No: 1001151397                          Type: Non-Jud Foreclosure/ CONV
Borrower: ~~CAVARRUBIAS, IGNACIO~~
~~715 SANDY LANE~~
~~LAS VEGAS, NV 89119~~

| Date | Item Description | Amount |
|---|---|---|
| 4/9/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 12/4/2007 | Date Notice of Default Recorded | $41.00 |
| 12/8/2007 | 10 Day Mailings Sent (Required by Statute) | $26.90 |
| 12/19/2007 | Date Trustee Sale Guarantee Received | $510.00 |
| 3/6/2008 | Publication Endorsement Received | $50.00 |
| 3/11/2008 | Date Notice of Sale Posted | $120.00 |
| 3/11/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 3/11/2008 | Date Notice of Sale Mailed (Required by Statute) | $7.41 |
| 3/21/2008 | SOT/Appointment Recorded | $39.00 |
| 3/21/2008 | Date Notice of Sale Recorded | $16.00 |
| 3/21/2008 | Assignment Recording | $14.00 |
| 3/31/2008 | Sale Endorsement Received | $25.00 |
| 4/4/2008 | Sale Endorsement Received | $25.00 |
| 4/8/2008 | Date Transfer Tax Advanxced | $972.98 |
| 4/8/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $2,182.29 |

*Post cost*

PLEASE PAY AMOUNT DUE:   $2,782.29

Page 64

**Northwest Trustee Services, Inc**
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing      Invoice No: FTS0091882
4600 Regent Blvd., Suite 200           Invoice Date: 4/10/2008
Irving, TX  75063

Attention:                                        7983.22034

Loan No: 1001018345               Type:  Non-Jud Foreclosure/ CONV
Borrower: HOLE, DANNY
19104 EAST MONO DRIVE
HESPERIA, CA  92345

| Date | Item Description | Amount |
|---|---|---|
| 12/19/2007 | 1 Month Mailings Sent (Required by Statute) | $28.36 |
| 4/9/2008 | Recission Recording | $15.00 |
| | TOTAL EXPENSES: | $43.36 |

*[handwritten: Post Cost]*

PLEASE PAY AMOUNT DUE:   $43.36

Page 4

Northwest Trustee Services, Inc
3535 Factoria Blvd. SE, #220
Bellevue, Washington   98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX   75063

Invoice No:   FTS0091881
Invoice Date: 4/10/2008

Attention:

7983.21585

Loan No: 1001034037

Type: Non-Jud Foreclosure/ CONV

Borrower: ~~WRIGHT, GARY~~
~~5091 OLD POST LANE~~
~~Auburn, CA  95603~~

| Date | Item Description | Amount |
|---|---|---|
| 4/10/2008 | Trustee Fee | $600.00 |
|  | TOTAL FEES: | $600.00 |
| 10/5/2007 | Date Notice of Default Recorded | $10.00 |
| 10/10/2007 | 10 Day Mailings Sent (Required by Statute) | $28.36 |
| 10/31/2007 | Date Trustee Sale Guarantee Received | $1,133.00 |
| 11/1/2007 | 1 Month Mailings Sent (Required by Statute) | $63.81 |
| 2/2/2008 | Date Notice of Sale Mailed (Required by Statute) | $72.71 |
| 2/6/2008 | Date Notice of Sale Posted | $120.00 |
| 2/6/2008 | Date Notice of Sale Recorded | $9.00 |
| 2/6/2008 | Assignment Recorded | $9.00 |
| 2/6/2008 | SOT/Appointment Recorded | $12.00 |
| 2/7/2008 | Date Publication Commenced (1st Pub) | $491.32 |
| 2/27/2008 | Title Cost Endorsement | $25.00 |
|  | TOTAL EXPENSES: | $1,974.20 |
|  | PLEASE PAY AMOUNT DUE: | $2,574.20 |

Northwest Trustee Services, Inc
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No:  FTS0091880
Invoice Date:  4/10/2008

Attention:                                          7983.21515

Loan No: 1001552209
Borrower: ~~JAMES HELENA~~
~~1996 CALCEDONIAN STR~~
~~LAS VEGAS, NV 89144~~

Type:  Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|------|------------------|--------|
| 4/10/2008 | Rescission Recorded | $15.00 |
| | TOTAL EXPENSES: | $15.00 |

*[handwritten: 1st Cost]*

PLEASE PAY AMOUNT DUE:     $15.00

Northwest Trustee Services, Inc
3535 Factoria Blvd. SE, #220
Bellevue, Washington  98006
(425) 586-1900
EIN: 20-0885049

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX  75063

Invoice No: FTS0091879
Invoice Date: 4/10/2008

Attention:                                                                                7983.21307

Loan No: 1000626120
Borrower: ~~ROSCOE, LASHAWN~~
~~2### FEATHER BUSH AVE~~
~~HENDERSON, NV  89074~~

Type: Non-Jud Foreclosure/ CONV

| Date | Item Description | Amount |
|---|---|---|
| 4/10/2008 | Trustee Fee | $600.00 |
| | TOTAL FEES: | $600.00 |
| 9/17/2007 | Date Notice of Default Recorded | $15.00 |
| 9/21/2007 | 10 Day Mailings Sent (Required by Statute) | $49.63 |
| 9/28/2007 | Date Trustee Sale Guarantee Received | $600.00 |
| 3/19/2008 | Publication Endorsement Received | $50.00 |
| 3/20/2008 | Date Publication Commenced (1st Pub) | $320.00 |
| 3/20/2008 | Date Notice of Sale Posted | $120.00 |
| 3/20/2008 | Date Notice of Sale Mailed (Required by Statute) | $51.87 |
| 3/24/2008 | Date Notice of Sale Recorded | $15.00 |
| 3/24/2008 | Assignment Recording | $14.00 |
| 3/24/2008 | SOT/Appointment Recorded | $14.00 |
| 4/9/2008 | Date Transfer Tax Advanxced | $917.49 |
| 4/9/2008 | Sale Endorsement Received | $25.00 |
| 4/9/2008 | Cost - Record Trustee's Deed | $15.00 |
| | TOTAL EXPENSES: | $2,206.99 |

[handwritten: Post Cost]

PLEASE PAY AMOUNT DUE:   $2,806.99

Page 1