# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE, ) | (Jointly Administered) |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] ) | Obj. Deadline: May 20, 2008 @ 4:00 p.m. |
| ) | extended to May 22, 2008 for Mr. Hage |
| Debtors. ) | Hr'g Date: May 28, 2008 @ 11:00 a..m. |
| ) | **SEPARATE HR'G REQUESTED** |
| ) | Related Docket Item No. 3879 |

### RESPONSE OF SAM HAGE, II TO
### DEBTORS' FIFTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CLAIMS
### PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
### RULES 3003 AND 3007 AND LOCAL RULE 3007-1

COMES NOW Sam Hage, II ("Mr Hage"), by and through undersigned counsel, and hereby responds (the "Response") to the Debtors' Fifth Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 (the "Objection") as follows:

### Background

1. On August 6, 2007 (the "Petition Date"), the Debtors commenced these cases by filing voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). The Debtors continue to operate and manage

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp, a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Mellville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75036.

their businesses as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

### The Objection

2. On or about April 28 2008, the Debtors filed their Fifth Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 (the "Fifth Omnibus Objection"), wherein they object to Mr. Hage's claim, designated claim number 9641 (the "Proof of Claim") on grounds that it was received four days late. (D.I. 3879).

### Response to Objection

3. In response to the Objection, Mr. Hage incorporates herein by reference thereto the facts and argument set forth in his *Motion for Order Deeming Proof of Claim Timely Filed or, in the Alternative, Allowing the Filing of a Late-Filed Claim* (the "Motion") and accompanying Affidavit of Martin Cohn, Esquire, filed contemporaneously herewith. (D.I. 4101).

### Request for Separate Hearing

4. Pursuant to this Court's Local Rules, Mr. Hage respectfully requests that the Court schedule a separate hearing for the Objection and the Response for a date and time convenient to the Court and the parties. Del.Bankr. LR 3007-1(h).

### Reservation of Rights

5. Mr. Hage expressly reserves all of his rights, including, without limitation, (i) to take any and all discovery he deems appropriate to prepare for further proceedings in this matter, (ii) to submit additional papers to the Court in support of his claims, (iii) to amend any portion of his claim, (iv) to assert any portion of his claim, whether currently known or unknown, as

secured and/or as an administrative expenses of the Debtors' estates, and (v) to seek appropriate relief from this Court in order to pursue a cause of action, including, without limitation, for breach of Mr. Hage's employment agreement.

### Conclusion

WHEREFORE, based on the foregoing, Mr. Hage respectfully requests that this Honorable Court enter an Order (i) sustaining the Response, including the objections contained therein, (ii) denying the Objection, (iii) allowing the Claim in full, and (iv) granting to Mr. Hage such other and further relief as the Court deems just and proper.

Dated: May 20, 2008
Wilmington, Delaware

**SULLIVAN · HAZELTINE · ALLINSON LLC**

*/s/ E.E. Allinson III*
William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE  19801
(302) 428-8191

-- and --

Martin Cohn, Esq.
**Law Offices of Martin Cohn & Associates**
116 South Michigan Avenue
14th Floor
Chicago, IL  60603
(312) 372-3458

*Attorneys for Sam Hage, II*