## CERTIFICATE OF SERVICE

I, Elihu E. Allinson, III, do hereby certify I am not less than 18 years of age and that on this 20th day of May, 2008, I caused a copy of the within *Response of Sam Hage, II to Debtors' Fifth Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* to be served upon the parties listed below via U.S. Mail, First Class, postage pre-paid.

James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Edward J. Kosmowski, Esq.
Nathan D. Grow, Esq.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

May 20, 2008
Date

/s/ Elihu E. Alllinson, III
Elihu E. Allinson, III