IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN HOME MORTGAGE ) | Case No. 07-11047 (CSS) |
| HOLDING, INC., *et al.*, ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Objection Deadline: N/A |
| ) | Hearing Date: N/A |
| ) | |

### MOTION TO LIMIT AND SHORTEN NOTICE ON MOTION OF RIVER PARK EXECUTIVE SUITES FOR LEAVE TO FILE LATE CLAIM BY <u>REASON OF EXCUSABLE NEGLECT</u>

The River Park Executive Suites ("River Park"), by and through its undersigned counsel, having filed its *Motion of River Park Executive Suites for Leave to File Late Claim by Reason of Excusable Neglect* (the "Late Claim Motion"), respectfully submits this motion (the "Motion to Limit and Shorten"), pursuant to 11 U.S.C. § 105, Federal Rule of Bankruptcy Procedure 9006 (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for the entry of an order limiting and shortening the time for notice of the hearing to consider the Late Claim Motion so that the Late Claim Motion may be heard on May 28, 2008 at 11:00 a.m.  In support of this Motion to Limit and Shorten, River Park respectfully sets forth and represents as follows:

1. On August 6, 2007 (the "Petition Date"), American Home Mortgage Holding, Inc. (the "Debtor") commenced its bankruptcy case by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

2. On October 30, 2007, the Court established a bar date of January 11, 2008 (the "Bar Date") for filing claims. [Docket No. 1708].

3. On October 2, 2007, counsel for River Park, William Winfield, Esquire ("Mr. Winfield") prepared and executed a Proof of Claim (the "Proof of Claim"). The Proof of Claim was given to Mr. Winfield's legal assistant with instructions that it be filed in advance of the Bar Date.

4. Due to a clerical error, the Proof of Claim was misfiled and not actually filed with the Bankruptcy Court or the Debtor until March 3, 2008.

5. On April 28, 2008, the Debtor objected to the Proof of Claim as being late filed (the "Claim Objection").

6. The hearing on the Claim Objection is scheduled for May 28, 2008 at 11:00 a.m.

7. The argument set forth in the Late Claim Motion is directly relevant to the hearing on the Claim Objection, such that it will be impractical and futile for the Late Claim Motion to be heard after the Claim Objection. The Late Claim Motion asserts that the Proof of Claim should be allowed in spite of being filed after the Bar Date in accordance with the excusable neglect standard established in Bankruptcy Rule 3003(c). Thus, the Late Claim Motion directly addresses the basis for the Claim Objection.

8. In the interest of judicial economy and in order to prevent River Park's interests from being unnecessarily harmed, it is prudent to have the Late Claim Motion heard simultaneously with the Claim Objection.

9. In light of the above facts and circumstances, River Park respectfully requests that the Court enter an order limiting and shortening notice such that a hearing on the relief requested in the Late Claim Motion will be scheduled on May 28, 2008, at 11:00 a.m.

10. Notice of this Motion Limit and Shorten Time and the Stay Relief Motion will be served by hand or overnight delivery on counsel for: (i) the Debtor, (ii) the United States

Trustee, and (iii) the Official Committee of Unsecured Creditors. River Park respectfully submits that this notice procedure is good and sufficient under the circumstances and should be approved.

**WHEREFORE**, River Park respectfully requests the entry of an Order, substantially in the form annexed hereto as **Exhibit "A"**, (i) shortening the notice period and limiting notice with respect to the Late Claim Motion as set forth therein; and (ii) granting such other relief as is just.

**SAUL EWING LLP**


By: */s/ Mark Minuti*
    Mark Minuti (DE No. 2659)
    222 Delaware Avenue, Suite 1200
    P.O. Box 1266
    Wilmington, DE  19899-1266
    (302) 421-6840

    Counsel to River Park Executive Suites

Dated:  May 20, 2008