# Exhibit A

# Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) **Chapter 11** |
| | ) |
| **AMERICAN HOME MORTGAGE** | ) **Case No. 07-11047 (CSS)** |
| **HOLDING, INC. *et al.*,** | ) |
| | ) **(Jointly Administered)** |
| **Debtors.** | ) |
| | ) **Related to Docket No. _____** |

**ORDER GRANTING MOTION TO LIMIT AND SHORTEN**
**NOTICE ON MOTION OF RIVER PARK EXECUTIVE SUITES FOR LEAVE TO FILE**
**LATE CLAIM BY REASON OF EXCUSABLE NEGLECT**

Upon the Motion to Limit and Shorten Notice on Motion of River Park Executive Suites

for Leave to File Late Claims by Reason of Excusable Neglect (the "Motion to Limit and

Shorten"); and no previous motion for such relief having been made; and upon consideration of

the Motion to Limit and Shorten; it is hereby

ORDERED that the Motion to Limit and Shorten is granted; and it is further

ORDERED that the Motion of River Park Executive Suites for Leave to File Late

Claims by Reason of Excusable Neglect (the "Late Claim Motion") shall be heard on May 28,

2008 at 11:00 a.m. and that objections, if any, to the relief requested in the Late Claim Motion shall

be filed with the Court and served on Saul Ewing LLP for receipt no later than 4:00 p.m. on

May 27, 2008; and it is further

ORDERED that River Park Executive Suites shall serve the Late Claim Motion by

hand or by overnight mail on counsel to: (i) the Debtor, (ii) the United States Trustee, and

(iii) the Official Committee of Unsecured Creditors; which shall constitute good and sufficient

notice of the Late Claim Motion under the circumstances presented; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
_____, 2008

_____
UNITED STATES BANKRUPTCY JUDGE