# Exhibit B

Affidavit of William E. Winfield

## AFFIDAVIT OF WILLIAM E. WINFIELD

I, William E. Winfield, declare as follows:

1. I am a senior partner of Nordman Cormany Hair & Compton LLP, which is counsel of record for Mary Squire dba River Park Executive Suites.

2. On October 2, 2007, I executed the Proof of Claim, a copy of which is attached hereto as Exhibit "A" and incorporated herein by this reference. I gave instructions that it be filed prior to the January 11, 2008 deadline.

3. I gave instructions that the Proof of Claim be filed before the deadline and believed that it had been done.

4. I did not become aware that the Proof of Claim had not been timely filed, and in fact had not been filed until March 3, 2008, until I received the Notice of Objection.

5. The failure to file the Proof of Claim on time was due to an extremely busy period at my office related to the high volume of consumer bankruptcy cases that were filed during 2007 and 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and if called upon I could competently testify thereto of my own personal knowledge. Executed this 19th day of May, 2008, at Oxnard, California.

_____
WILLIAM E. WINFIELD

17527\001\PLD\10347570.DOC        1