# Exhibit C

## Affidavit of Angela Cooper

## AFFIDAVIT OF ANGELA COOPER

I, Angela Cooper declare as follows:

1. I am the legal assistant to William E. Winfield, partner of Nordman Cormany Hair & Compton LLP.

2. During the first week of October 2007, I prepared and Mr. Winfield signed a Proof of Claim on behalf of Mary Squire dba River Park Executive Suites. A true and correct copy of the Proof of Claim is attached hereto as Exhibit "A" and incorporated herein by this reference. After the document was signed on October 2nd, 2007, I inadvertently placed the document in a file and then failed to file the Proof of Claim before the deadline.

3. At the time, we had a much higher than average case load related to the high number of consumer bankruptcy cases that have been filed during the lateral part of 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and if called upon I could competently testify thereto of my own personal knowledge. Executed this 19th day of May, 2008, at Oxnard, California.

*/s/ Angela Cooper*
ANGELA COOPER

17527\001\PLD\10347548.DOC      1