# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **AMERICAN HOME MORTGAGE** | ) | **Case No. 07-11047 (CSS)** |
| **HOLDING, INC.,** *et al.*, | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

## CERTIFICATE OF SERVICE

I, Mark Minuti, Esquire, of Saul Ewing LLP, certify that on May 20, 2008, service of the foregoing **River Park Executive Suites' Response to Debtors' Fifth Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** was made by on the parties on the attached service list in the manner indicated therein.

**SAUL EWING LLP**


By: */s/ Mark Minuti*
Mark Minuti (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899-1266
(302) 421-6840

559021.1 5/20/08

**AMERICAN HOME MORTGAGE HOLDINGS, INC.,** *et al.*
**Service List**

**Via Hand Delivery:**
James L. Patton, Jr., Esquire
Pauline K. Morgan, Esquire
Edward J. Kosnowski, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE  19899

Joseph M. McMahon, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE  19801

Bonnie Glantz Fatell, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801


**Via Electronic Mail:**
Mark Indelicato, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th and 15th Floor
New York, NY  10022