UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* : | Chapter 11 |
| : |  |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation *et al.,* [1] : |  |
| : | Case Number 07-11047 (CSS) |
| Debtors. | (Jointly Administered) |
| : |  |

# CERTIFICATE OF SERVICE

I certify that, on May 21, 2008, I caused to be served a copy/copies of the United States Trustee's Brief in Response to the First and Second Quarterly Fee Applications of Northwest Trustee Services, Inc. via electronic mail and first class United States mail (postage prepaid) to the persons listed below.

| | |
|---|---|
| James L. Patton, Esquire | Mark S. Indelicato, Esquire |
| Pauline K. Morgan, Esquire | Mark T. Power, Esquire |
| M. Blake Cleary, Esquire | HAHN & HESSEN LLP |
| YOUNG, CONAWAY, | 488 Madison Avenue |
|   STARGATT & TAYLOR LLP | New York, NY 10022 |
| The Brandywine Building | (212) 478-7400 (Fax) |
| 1000 West Street, 17th Floor | mindelicato@hahnhessen.com |
| Wilmington, DE 19801 | mpower@hahnhessen.com |
| (302) 571-1253 (Fax) | |
| jpatton@ycst.com | |
| pmorgan@ycst.com | |
| mbcleary@ycst.com | |

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: AHM Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing., whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

| | |
|---|---|
| Bonnie Glantz Fatell, Esquire<br>BLANK ROME LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE  19801<br>(302) 425-6464 (Fax)<br>fatell@blankrome.com | Corinne Ball, Esquire<br>Erica M. Ryland, Esquire<br>I. Lewis H. Grimm, Esquire<br>JONES DAY<br>222 East 41st Street<br>New York, NY  10017<br>(212) 755-7306 (Fax)<br>eball@jonesday.com<br>emryland@jonesday.com<br>lgrimm@jonesday.com |
| Margot B. Schonholtz, Esquire<br>Mark F. Liscio, Esquire<br>Scott D. Talmadge, Esquire<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY  10022<br>(212) 836-8689 (Fax)<br>mschonholtz@kayescholer.com<br>mliscio@kayescholer.com<br>stalmadge@kayescholer.com | Brett P. Barragate, Esquire<br>JONES DAY<br>901 Lakeside Avenue<br>North Point<br>Cleveland, OH  44114<br>(216) 579-0212 (Fax)<br>bpbarragate@jonesday.com |
| Laurie Selber Silverstein, Esquire<br>POTTER, ANDERSON & CORROON LLP<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899<br>(302) 658-1192 (Fax)<br>lsilverstein@potteranderson.com | Jeffrey C. Wisler, Esquire<br>Christina M. Thompson, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899<br>jwisler@cblh.com<br>cthompson@cblh.com |
| Victoria W. Counihan, Esquire<br>Sandra G.M. Selzer, Esquire<br>GREENBERG TRAURIG, LLP<br>The Nemours Building<br>1007 North Orange Street<br>Suite 1200<br>Wilmington, DE 19801<br>(302) 661-7360 (Fax)<br>counihanv@gtlaw.com<br>selzers@gtlaw.com | /s/ Joseph J. McMahon, Jr.<br>Joseph J. McMahon, Jr.<br>Trial Attorney |