IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case No. 07-11047 (CSS) |
| HOLDING, INC., *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Related to Docket No. 4107 |
| | ) | |
| | ) | Objection Deadline: May 27, 2008 @ 4:00 p.m. |
| | ) | Hearing Date: May 28, 2008 @ 11:00 a.m. |

**NOTICE OF HEARING ON MOTION OF RIVER PARK
EXECUTIVE SUITES FOR LEAVE TO FILE LATE
CLAIM BY REASON OF EXCUSABLE NEGLECT**

PLEASE TAKE NOTICE that on May 20, 2008, River Park Executive Suites ("River Park"), by its undersigned counsel, filed the Motion of River Park Executive Suites for Leave to File Late Claim by Reason of Excusable Neglect (the "Motion") [Docket No. 4107] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be made in writing, filed with the Clerk of the Bankruptcy Court, and served upon the undersigned counsel for River Park, so as to be actually received by or before **May 27, 2008 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE that if any objections or responses are received in accordance with the procedures set forth herein, a hearing with respect to the Motion will be held on **May 28, 2008 at 11:00 a.m.** before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Wilmington, Delaware 19801.

IF NO OBJECTION OR RESPONSE TO THE MOTION IS TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT

559051.1 5/21/08

MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

                              **SAUL EWING LLP**

By: _____
Mark Minuti (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6840

Counsel to River Park Executive Suites

Dated: May 21, 2008