May 12, 2008



United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Honorable Judge Sontchi:

In regards to Case No. 07-11047 (American Home Mortgage Holdings, Inc.), I filed a Proof of Claim Number 9808 which was received by The Court on January 28, 2008.

On April 28, 2008 I received a NOTICE OF DEBTORS' FIFTH OMNIBUS, stating that my "Claim was filed after the Bar Date of January 11, 2008."

I received a January 23, 2008 letter form GMAC indicating they would be servicing my HELOC. Additionally, it stated I could no longer make withdrawals and that the account was frozen.

I called GMAC, who could do nothing but gave me the name of the Debtors Counsel whom I also called and they suggested I make a claim which I proceeded to do.

On March 10, 2008 I received a letter form GMAC indicating they would be closing my account as it had no outstanding balance owed.

On February 14, 2008 the Court entered an order establishing a claims bar date of April 30, 2008.

I submit to the Court the following:
**I was not given notice of any Claims Bar Date prior to the filing of my claim**
**I did my own investigation as a result of not being able to use the HELOC I paid for**
**My claim was received on January 28, 2008**
**I subsequently received a notice of a bar date of April 20, 2008**
**I have been harmed in that the HELOC I paid over $1,000 to get can not be used**

**Submitted by:**                                                                                  **On:**

_____                                            May 12, 2008
**Victor P. LaRosa (Claim No. 9808) (Case No. 07-11047 (CSS))**

**Cc:  Nathan D. Grow, Esq., Young Conaway Stargatt & Taylor, LLP (counsel to the Debtors)**

Notory: _____

OFFICIAL SEAL
MIRJANA STAVROFF
Notary Public-Arizona
Maricopa County
My Comm. Expires April 30, 2009

### AFFADAVIT OF MAILING
**I, Victor P. LaRosa, have cause to be sent to counsel, Nathan D. Grow, Esq., Young Conaway Stargatt & Taylor, 1000 West Street, 17th Floor, Wilmington, DE 19801 a copy of this document.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, et al., | ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Objection Deadline: May 20, 2008 at 4:00 p.m. (ET) |
| | ) | Hearing Date: May 28, 2008 at 11:00 a.m. (ET) |
| | ) | |

FILED
2008 MAY 20 AM 10:59
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

AHM OB5 4/28/2008 (mergec2.txnum2) 4000101677
LAROSA, VICTOR
12910 E SUMMIT DR
SCOTTSDALE, AZ 85259

## NOTICE OF DEBTORS' FIFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: LAROSA, VICTOR
12910 E SUMMIT DR
SCOTTSDALE, AZ 85259

Basis For Objection: Claim was filed after the applicable bar date.

| | Claim Number | Claim Amount | Bar Date | Date of Filing |
|---|---|---|---|---|
| Claim to be Expunged | 9808 | $1,031.00 | January 11, 2008 | January 28, 2008 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The claim listed above in the 'Claim to be Expunged' row was filed after the applicable bar date. As this claim was not timely filed, the Debtors hereby object to your claim and seek to alter your rights by disallowing and expunging your above-listed claim.

Responses to the Objection, if any, must be filed on or before **May 20, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 28, 2008 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 28, 2008
Wilmington, Delaware

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**
American Home Mortgage Claims Processing Center
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| American Home Mortgage Holdings, Inc., et al. Debtors. | Case No. 07-11047 (CSS) Jointly Administered |

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| American Home Mortgage Servicing, Inc. | 07-11050 |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

Victor LaRosa
12910 E Summit Dr
Scottsdale, AZ 85259

Telephone number: 480-614-9922
Email Address: vplarosa@cox.net

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☑ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Account or other number by which creditor identifies debtor:**
1000784939

Check here if this claim: ☐ replaces   ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☑ Other  Fees paid for Line of credit not usable (frozen)  (explain)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)

Last Four Digits of your SS#: 5 6 3 7
Unpaid compensation for services performed
from January 2008 to present

**2. Date debt was incurred:** January 2008

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ _____ (unsecured nonpriority) + _____ (secured) + 1031 (unsecured priority) = 1031 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim:** $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☑ Check this box if you have an unsecured priority claim
Amount entitled to priority $ 1031
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
**DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| January 2008 | [signature]  Victor P. LaRosa |

THIS SPACE IS FOR COURT USE ONLY

**FILED / RECEIVED**

**JAN 2 8 2008**

EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

Mr. Victor LaRosa
12910 E Summit Dr

Attachments:

OMB No. 2502-0265

Escrow Number: 34050047-034 CEC

## BREAKDOWN OF NEW LOANS

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| AHM MORTGAGE, 14201 North Hayden Road A4, Scottsdale, AZ 85260, Loan# 0000759518 | 525,000.00 | |
| Total of New Loans. | 525,000.00 | |

## HUD 1113 DETAILED BREAKDOWN OF TITLE CHARGES

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| 1114. Ups/Courier to Capital Title Agency Inc. | 25.00 | 50.00 |
| 1116. Escrow Discount to Capital Title Agency Inc. | (134.40) | |
| 1117. Title Discount to Capital Title Agency Inc. | (201.20) | |
| 1118. 2nd Loan Escrow to Capital Title Agency Inc. | 75.00 | |
| 1119. 2nd Loan Title to Capital Title Agency Inc. | 806.00 | |
| 1120. 2nd Loan Title Discount to Capital Title Agency Inc. | (161.20) | |
| 1121. 2nd Loan 3R,5,8.1,6,PUD to Capital Title Agency Inc. | 150.00 | |
| 1122. Re-Issue Rate to Capital Title Agency Inc. | | (1,029.00) |
| Total as shown on HUD Page 2 Line #1113. | 559.20 | (979.00) |

## HUD 1307 DETAILED BREAKDOWN OF ADDITIONAL SETTLEMENT CHARGES

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| 1308. Service (statement) Fee to CondoCerts | 19.50 | 19.50 |
| 1309. 2nd Quarter HOA Dues to SABINO HOA | 145.00 | |
| Total as shown on HUD Page 2 Line #1307. | 164.50 | 19.50 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                           :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                               :
                                                                 :   Jointly Administered
            Debtors.                                             :
---------------------------------------------------------------- x

### NOTICE OF BAR DATE FOR HELOC
### BORROWERS FOR FILING OF PROOFS OF CLAIM

**YOU HAVE BEEN IDENTIFIED AS A BORROWER UNDER A HOME EQUITY LINE OF CREDIT MORTGAGE LOAN. ACCORDINGLY, PLEASE READ THE FOLLOWING NOTICE:**

On February 14, 2008, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order (the "Borrowers Bar Date Order") establishing a claims bar date in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors").[2] By the Borrowers Bar Date Order, the Court established **April 30, 2008 at 4:00 p.m. (Eastern Time)**, as the claims bar date (the "Borrowers Bar Date") for all borrowers (collectively, the "Borrowers") under the Debtors' home equity line of credit mortgage loans (the "HELOCs"). Except as described below, the Borrowers Bar Date Order requires all Borrowers that have or assert any Claims[3] against the Debtors to file proofs of claim with EPIQ Bankruptcy Solutions, LLC ("EPIQ"), the claims noticing and balloting agent in these cases, so that their proofs of claim are received by EPIQ **on or before 4:00 p.m., Eastern Time, on April 30, 2008.**

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2]   Other names used by the Debtors in the last six years include: AHM Acceptance, Inc.; AHM Equity Credit Lines, LLC; AHM Mortgage; AHM Servicing, Inc.; American Brokers Conduit; American Home Mortgage; American Home Mortgage V; American Home Mortgage Corp. of New York; American Home Mortgage Corp. of NY; American Home Mortgage Servicing; American Home Mtg Servicing; American Home Solutions; All Pro Mortgage, LLC; CNI; CNI National; CNI National Mortgage Co.; CNI National Mortgage Company; CNI National Mortgage Corporation; Columbia National, Inc.; Columbia National Incorporated; Columbia National Mortgage; Columbia National of South Carolina, Inc.; Coastline Mortgage, Inc.; ComNet Mortgage Services; ComNet Mortgage Services, a Division of American Home Mortgage; Elite Lending Partners, LLC; First Home Mortgage; First Home Mortgage Corp.; First Home Mortgage Corp. Illinois; First Home Mortgage Corp. (Illinois); First Home Mortgage of Georgia; First Home Mortgage of Pennsylvania; Frost Mortgage Banking Group; HSS Mortgage; Marina Mortgage; MortgageOps.com; MortgageSelect; MortgageSelect, Inc.; MortgageSelect.com, Inc.; New York American Home Mortgage Corp.; Paine Webber Mortgage Finance, Inc.; Peak Experience Mortgage; Private Mortgage Group; Silcon Mortgage; TDG Equities; US Lending Company, LLC; and Western United Mortgage of Colorado.

[3]   As used in this Notice, the term "Claim" shall mean, as to or against the Debtors and in accordance with 11 U.S.C. § 101(5): (a) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or (b) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

3451 Hammond Avenue
PO Box 780
Waterloo IA 50704-0780

**GMAC** Mortgage

March 10, 2008

VICTOR P LAROSA
JOANNE M LAROSA
12910 E SUMMIT DR
SCOTTSDALE AZ 85259

RE:  Account Number    8359033347
     Property Address  12910 E SUMMIT DR
                       SCOTTSDALE AZ 85259

Dear VICTOR P LAROSA  JOANNE M LAROSA:

As you were previously advised, the servicing of your account with American Home Mortgage was recently transferred to GMAC Mortgage, LLC for servicing.

As you know, this account is restricted from allowing any additional advances. Because there is no outstanding balance owed on the loan and you are not allowed to withdraw any additional funds; GMAC Mortgage, LLC will release the lien and close the account.

The document(s) necessary to accomplish the release of lien are being prepared and will be sent directly to your county recorder's office.

We will also notify the credit reporting agencies that this account has been closed and request your credit file be updated accordingly.

We appreciate the opportunity to have serviced your account. If we can be of additional assistance, please contact our offices at 866-725-0782 Monday through Friday from 6:00 AM to 10:00 PM Monday through Friday and Saturday from 9:00 AM to 1:00 PM Central Time.

Customer Care
Loan Servicing