Gilbert T. Scott
2213 Eastwood Drive
Richardson, TX 75080
May 17, 2005



SUBJECT:   American Home Mortgage Bankruptcy- Objection to Claim

TO:   United States Bankruptcy Court
District of Delaware
824 Market Street, 3d Floor
Wilmington, Delaware 19801

TO:   Epiq Bankruptcy Solution, LLC
757 Third Avenue, 3d Floor
New York, NY 10017
REFERENCE:   Claim 7200 and Claim 7201

TO WHOM IT MAY CONCERN:
I, Gilbert T. Scott, object to the disqualification and expunging of ;
A) $19,009.78 on Claim #7200
B) $28,572.22 on Claim #7201 covered under my letter dated 5/07/2008.

Initially I was mailed Proof of Claims for two (2) different Bank of America Investment Service accounts which had a total of 2,100 Shares <u>at the time of the bankruptcy announcement.</u> . Enclosed were copies of the Proof of Claims with the supporting transactions (and received by you on morning 5/13 in Delaware or 5/12 in NY by Certified Mail) as follows:

1) Brokerage Separate account holding 1,000 shares at a purchase price of   (Claim 7200)                $19,009.78.
2) NFS/FMTC Roth IRA account holding 1,100 shares at a purchase price of (Claim 7201)                $28,572.22.
3) Total $ in both accounts = $47,583.00.

A) RELATED TO THIS CLAIM:  Claim 7200 for Account #J36-578720 which is properly called "Separate Property" brokerage account with $19,009.78 purchase price for AHM stock. I object to the disqualification and expunging of funds in this claim.  There is NO duplication money in this account.

B) RELATING TO CLAIM 7201:  This claim relates to the cost of the 1100 shares of AHM stock ($28,572.22) held in Account J36-581500 properly called "NFS/FMTC ROTH IRA" BUT improperly shown on the claim as *Separate Acct-B. of America*.

<u>Request that the classification of this account be corrected to the proper name of the Roth IRA.</u>  This change seems to correct the objection that has been made by Epiq Bankruptcy Solution, LLC.

Sincerely:


**GILBERT T. SCOTT PE**
**Owner of above mentioned accounts**

**Enclosures: 1- Claim 7200 (para A)**
            **2- Claim 7201 (para B)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: June 4, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: June 11, 2008 at 10:00 a.m. (ET) |
| | ) |

AHM OB7 5/12/2008 (merge2.txnum2) 4000099643
SCOTT, GILBERT T.
SEPARATE ACCT - B. OF AMERICA
2213 EASTWOOD DRIVE
RICHARDSON, TX  75080

## NOTICE OF DEBTORS' SEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: SCOTT, GILBERT T.
SEPARATE ACCT - B. OF AMERICA
2213 EASTWOOD DRIVE
RICHARDSON, TX  75080

Basis For Objection: Claim based on Equity Interest

| | Claim Number | Claim Amount |
|---|---|---|
| Claim to be Expunged | 7200 | $19,009.78 |

   The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the 'Claim to be Expunged' row.

   Responses to the Objection, if any, must be filed on or before **June 4, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

   At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

   A HEARING ON THE OBJECTION WILL BE HELD ON JUNE 11, 2008 AT 10:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

   IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 12, 2008
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

Case 07-11047-CSS    Doc 4120    File...

IN THE UNITED STATES...
FOR THE DISTRICT...

In re:
AMERICAN HOME MORTGAGE
HOLDINGS, INC., Delaware corporation, et al.,

Debtors.

Ch...
Ca...
Jo...
O...
H...

AHM OB5 4/28/2008 (merge2.txnum2) 4000099645
SCOTT, GILBERT T.
SEPARATE ACCT - B. OF AMERICA
2213 EASTWOOD DRIVE
RICHARDSON, TX 75080



Delivered 5/13/2008 @ 9:14 AM

## NOTICE OF DEBTORS' FIFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: SCOTT, GILBERT T.
~~SEPARATE ACCT - B. OF AMERICA~~
2213 EASTWOOD DRIVE

Please change



Basis For Objection: Claim based on Equity Interest

Claim to be Expunged — Should read "HFS/FMTC ROTH IRA"

Claim Number: 7201
Claim Amount: $28,572.22

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of your equity interest in the Debtors. The Objection seeks to alter your rights by disallowing and expunging your above listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **May 20, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 28, 2008 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 28, 2008
Wilmington, Delaware

Incl 2