IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED

| In re: | ) | |
| --- | --- | --- |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, et al., | ) | Case No. 07-11047 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Objection Deadline: May 20, 2008 at 4:00 p.m. (ET) |
| | ) | Hearing Date: May 28, 2008 at 11:00 a.m. (ET) |

AHM OB5 4/28/2008 (merge2.txnum2) 4000001804

RASMUSSEN, JAN
58 CARSON
IRVINE, CA 92620

### NOTICE OF DEBTORS' FIFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: RASMUSSEN, JAN
    58 CARSON
    IRVINE, CA 92620

Basis For Objection: Claim asserted against wrong debtor

| | Claim # | Claim Amount | New Case Number |
| --- | --- | --- | --- |
| Claim to be Reassigned | 1805 | $2,398.94 | 07-11051 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors assert that your claim has been asserted under the wrong case number and therefore, the Debtors seek, by this Objection, to alter your rights by reassigning your claim listed above in the 'Claim Number' column to the case number listed in the 'New Case Number' column.

Responses to the Objection, if any, must be filed on or before **May 20, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 28, 2008 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 28, 2008
       Wilmington, Delaware

# PROOF OF CLAIM

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**
American Home Mortgage Claims Processing Center
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re: American Home Mortgage Holdings, Inc., et al., Debtors.
Chapter 11
Case No. 07-11051
Jointly Administered

Name of Debtor Against Which Claim is Held: American Home Mtg
Case No. of Debtor: 07-11051

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Jan Rasmussen
58 Carson
Irvine, Ca 92620
claim # 1805

Telephone number: 949-285-5082
Email Address: Janovan@aol.com

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces   ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other _____ (explain)

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☒ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: 8 0 0 7
   Unpaid compensation for services performed
   vacation time
   from _____ to _____

2. Date debt was incurred: 8/3/07

3. If court judgment, date obtained: _____

4. Total Amount of Claim at Time Case Filed: $ _____ (unsecured nonpriority) + _____ (secured) + 2398.94 (unsecured priority) = 2398.94 (Total)

   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $ _____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. Unsecured Nonpriority Claim: $ _____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☒ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ 2398.94
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☒ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4). accured vacation
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 10/25/07 | Jan Rasmussen   Jan Rasmussen |
| 5/13/08 | Jan Rasmussen |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

10/25/07

US Bankruptcy Court for the District of Delaware
American Home Mortgage Claims Processing Center
FDR Station, Po Box 5076
New York, NY 10150-5076

Re: Claim for Vacation Due

To Whom It May Concern:

I am filing a claim for accrued vacation that was due to me at the time American Home Mortgage (AHM) closed its doors. In the months preceding the closure I had been in contact with "E-Time", the payroll service that AHM used. E-Time was incorrectly showing my annual vacation as 2 weeks per year, instead of 3 weeks per year. Or 70 hours in vacation as oppose to 105 hours. I don't know if the issue was ever resolved so I am including this information to support my claim of vacation time that is still due me, in the amount of $2398.94 which is based through 7/31/07.

According to Colleen Murphy, AHM HR, as of 10/31/06 I had 160 hours (based on an 8 hour day, however, my work day was changed to only 7 hours so the accrued vacation should have been changed to 140 hours (160/8x7). I used 28 hours through the end of 2006 leaving me with a roll over balance of 112 hours. In 2007 I would have received 61.25 additional vacation (based on the closure of the company as of 7/31/07) which would give me 173.25 for 2007. I used 115.5 hours in vacation time up to 7/31/07, thus leaving me with a balance of 57.75 hours still available. Based on an hourly rate of 41.54 this would give me vacation pay due of $2398.94

I am attaching the email correspondence that I have been myself, E-Time, Jami Goto (my supervisor), and Colleen Murphy. Hopefully, this will resolve any issues that may arise. Please feel free to contact me should you have any questions.

Sincerely,

Jan Rasmussen

Jan Rasmussen
58 Carson
Irvine, Ca 92620
949-285-5082

**Jan Rasmussen**

**From:** Jan Rasmussen
**Sent:** Friday, June 29, 2007 10:28 AM
**To:** Etime Help
**Cc:** Jami Goto
**Subject:** vacation

*I'm showing a discrepancy in my vacation time. I show I should have 31.5 hours remaining from 06 and 105 hours for 07. Below is an email from Colleen Murphy who I was working with last October to get my vacation time squared away as she only had me down for 2 weeks per year instead of 3 weeks.*

*She showed I had 160 hours of vacation as of 10/31/06. The 160 hours was based on 8 hours per day. I divided 160/8 and got 16 days times 7 hours (my correct daily hours) to = 112 hours as of 10/31/06.*

*After 10/31/06 I took 4 days (28 hours) so beginning 1/1/07 I should have had 112 hours rolled over from 06.*

*In 07 I have taken a total of 80.5 hours as of 6/30 -*
*4 days (28 hrs) the beginning of 1/07,*
*5 – ½ days (17.5 hrs) the end of 1/07,*
*1 day (7 hrs) 4/13,*
*2 days (14 hrs) the end of April and*
*2 days (14 hrs) the beginning of May.*

*Therefore, I should have 31.5 hours still remaining from 06 and 105 hours available for 07. I spoke with Jami Goto and we think that the error may have occurred when my hours were changed from 8 hrs to 7hrs. The accrued vacation time was based on 7 hours back from when I started, however, the vacation time I took up until 7/06 was subtracted based on 8 hours (when it should of been 7). It's a difference of approx. 30 hours.*

*Please check into this and let me know.*

*Thanks,*

*Jan Rasmussen*
*Sr. Underwriter*
*American Brokers Conduit*
*17744 Sky Park Circle, Suite 150*
*Irvine, Ca 92614*
*949-553-3955*

[Handwritten annotations: "20" under "16"; "140" over "112"; "Prorated 7/07 61.25 / 31.50 / 92.75 / -35 / 57.75"]

8/1/2007

**From:** Colleen Murphy
**Sent:** Tuesday, October 31, 2006 1:23 PM
**To:** Jan Rasmussen
**Subject:** RE: Accrued vacation

You have 160. vacation hours
and 42 sick

---

**From:** Jan Rasmussen
**Sent:** Friday, October 20, 2006 12:48 PM
**To:** Colleen Murphy
**Subject:** RE: Accrued vacation

*I believe it was all over the phone. Since I was working at another company, I didn't want to be emailing back and forth.*

*Thanks,*

*Jan Rasmussen*
*American Brokers Conduit*
*17744 Sky Park Circle, Suite 150*
*Irvine, Ca 92614*
*949-553-3955*
*Fax 866-839-3182*

---

**From:** Colleen Murphy
**Sent:** Friday, October 20, 2006 9:37 AM
**To:** Jan Rasmussen
**Subject:** RE: Accrued vacation

Was the 3 weeks mention in a e-mail, over the phone, or how?

---

**From:** Jan Rasmussen
**Sent:** Friday, October 20, 2006 12:36 PM
**To:** Colleen Murphy
**Subject:** RE: Accrued vacation

*Unfortunately, no, it just gives the basic.*

*Thanks,*

*Jan Rasmussen*
*American Brokers Conduit*
*17744 Sky Park Circle, Suite 150*
*Irvine, Ca 92614*
*949-553-3955*

*Fax 866-839-3182*

---

**From:** Colleen Murphy
**Sent:** Friday, October 20, 2006 9:29 AM
**To:** Jan Rasmussen
**Subject:** RE: Accrued vacation

No, I thought maybe it had something about vacation on it.

---

**From:** Jan Rasmussen
**Sent:** Friday, October 20, 2006 12:28 PM
**To:** Colleen Murphy
**Subject:** RE: Accrued vacation

*The letter that I have doesn't talk about vacation, do you still want it?*

*Thanks,*

*Jan Rasmussen*
*American Brokers Conduit*
*17744 Sky Park Circle, Suite 150*
*Irvine, Ca 92614*
*949-553-3955*
*Fax 866-839-3182*

---

**From:** Colleen Murphy
**Sent:** Friday, October 20, 2006 9:22 AM
**To:** Jan Rasmussen
**Subject:** RE: Accrued vacation

Do you have a copy of your agreement or sign on letter?

---

**From:** Jan Rasmussen
**Sent:** Friday, October 20, 2006 12:15 PM
**To:** Colleen Murphy
**Subject:** RE: Accrued vacation

*Ok, I don't have an vacations pending for the next few weeks so I'm sure it will all work out. Thanks for your help.*

*Thanks,*

*Jan Rasmussen*
*American Brokers Conduit*
*17744 Sky Park Circle, Suite 150*
*Irvine, Ca 92614*
*949-553-3955*

8/1/2007

*Fax 866-839-3182*

---

**From:** Colleen Murphy
**Sent:** Friday, October 20, 2006 6:03 AM
**To:** Jan Rasmussen
**Subject:** RE: Accrued vacation

He stated that a PAF was done. HR is looking to see if a PAF is in your file.

---

**From:** Jan Rasmussen
**Sent:** Thursday, October 19, 2006 5:50 PM
**To:** Colleen Murphy
**Subject:** RE: Accrued vacation

I'm sure Cory can clear it up.

Thanks,

Jan Rasmussen
ABC Irvine
949-553-3955

---

**From:** Colleen Murphy
**Sent:** Thursday, October 19, 2006 5:35 PM
**To:** Jan Rasmussen
**Subject:** RE: Accrued vacation

Sorry, I wish I could take your and everyone else word. But then I would be let go soon..
I hope you understand.

---

**From:** Jan Rasmussen
**Sent:** Thursday, October 19, 2006 5:31 PM
**To:** Colleen Murphy
**Subject:** RE: Accrued vacation

I'll have to check.

Thanks,

Jan Rasmussen
ABC Irvine
949-553-3955

---

**From:** Colleen Murphy
**Sent:** Thursday, October 19, 2006 5:28 PM
**To:** Jan Rasmussen
**Cc:** Jami Goto; Cory Hubbard
**Subject:** RE: Accrued vacation

8/1/2007

Then it should be in writing somewhere. Even a old email. maybe sent to you before you were hired.

---

**From:** Jan Rasmussen
**Sent:** Thursday, October 19, 2006 5:26 PM
**To:** Colleen Murphy
**Cc:** Jami Goto; Cory Hubbard
**Subject:** RE: Accrued vacation

Yes, but it doesn't talk about vacation time. This was something that I discussed with Cory before I was hired and a condition of me comming on board.

Thanks,

Jan Rasmussen
ABC Irvine
949-553-3955

---

**From:** Colleen Murphy
**Sent:** Thursday, October 19, 2006 5:23 PM
**To:** Jan Rasmussen
**Subject:** RE: Accrued vacation

**FYI... I have already spoke with HR, they checked your file there was no contract. Do you have a copy**
**of your contract?**

**rom:** Jan Rasmussen
**Sent:** Thursday, October 19, 2006 5:21 PM
**To:** Colleen Murphy
**Subject:** RE: Accrued vacation

I will get something from Cory Hubbard, branch manager.

Thanks,

Jan Rasmussen
ABC Irvine
949-553-3955

---

**From:** Colleen Murphy
**Sent:** Thursday, October 19, 2006 5:05 PM
**To:** Jan Rasmussen
**Cc:** Clare T. Goddard; Jami Goto
**Subject:** RE: Accrued vacation

Jan,
Until you can show documentation, that you were offered 3 weeks vacation per year.
AHM can only pay you for the two weeks per year, as per the handbook.

8/1/2007

**From:** Jan Rasmussen
**Sent:** Wednesday, October 18, 2006 12:37 AM
**To:** Colleen Murphy
**Cc:** Clare T. Goddard; Jami Goto
**Subject:** RE: Accrued vacation

Sorry to bother you, I'm still a little confused. If I get 120 hours per yr I should have 240 for 05 & 06. I used 114 hours per your email below. Wouldn't that leave me 126 hours, not 78? Is the 1406.38 some how calculated into your figures so it = 78? I'm positive I wasn't paid for the week I took 7/05.

Thanks,

Jan Rasmussen
ABC Irvine
949-553-3955

---

**From:** Colleen Murphy
**Sent:** Tuesday, October 17, 2006 8:59 PM
**To:** Jan Rasmussen
**Cc:** Clare T. Goddard; Jami Goto
**Subject:** RE: Accrued vacation

She has 78. hours of vacation left.
She has 42 sick time left.

---

**From:** Jan Rasmussen
**Sent:** Monday, October 09, 2006 12:24 PM
**To:** Colleen Murphy
**Cc:** Clare T. Goddard; Jami Goto
**Subject:** RE: Accrued vacation

Clare or Jami might be able to help you. I'm sure they have all the records in our office.

Thanks,

Jan Rasmussen
ABC Irvine
949-553-3955

---

**From:** Colleen Murphy
**Sent:** Monday, October 09, 2006 12:22 PM
**To:** Jan Rasmussen
**Cc:** Clare T. Goddard; Jami Goto
**Subject:** RE: Accrued vacation

I understood the 6/30 checks. I am trying to find out what the adjustment for 1406.38 is for. Usually this is for monies due for sick, personal, vac, ect. This is why I need to pull the 7/15/05 records from storage.

8/1/2007

**From:** Jan Rasmussen
**Sent:** Monday, October 09, 2006 11:56 AM
**To:** Colleen Murphy
**Cc:** Clare T. Goddard; Jami Goto
**Subject:** RE: Accrued vacation

Ok, I think I have it figured out. My 1st paycheck (ending 6/15) was for the 1st 7 days I worked. On my 6/30 paycheck it should of been for 80 hours but because of the way I was working, I didn't know I was suppose to be clocking it. I started clocking in 6/28 - 6/30 - thus the 24 hours on the regular paycheck. We contacted payroll and then they issued me another check, the "adjustment" check for the remaining 64 hours that should of been on my 6/30 paycheck. The other "adjustment" for 1406.38, I don't recall what that was for, but I know it wasn't for vacation time. I confirmed with Clare Goddard, my supervisor at the time (who is now the u/w mgr). She pulled my records and showed that as unscheduled time, meaning unpaid time off. I'm sure Clare or Jamie would be more than happy to go back over this with you. Thanks for all of your help.

Thanks,

Jan Rasmussen
ABC Irvine
949-553-3955

---

**From:** Colleen Murphy
**Sent:** Friday, October 06, 2006 12:49 PM
**To:** Jan Rasmussen
**Subject:** RE: Accrued vacation

Call me
613-439-8146

---

**From:** Jan Rasmussen
**Sent:** Friday, October 06, 2006 12:17 PM
**To:** Colleen Murphy
**Subject:** RE: Accrued vacation

*Is that through 9/30/06 or when?*

*Thanks,*

*Jan Rasmussen*
*American Brokers Conduit*
*17744 Sky Park Circle, Suite 150*
*Irvine, Ca 92614*
*949-553-3955*
*Fax 866-839-3182*

---

**From:** Colleen Murphy
**Sent:** Friday, October 06, 2006 8:20 AM
**To:** Jan Rasmussen
**Subject:** RE: Accrued vacation

8/1/2007

From you start date.

---

**From:** Jan Rasmussen
**Sent:** Friday, October 06, 2006 10:56 AM
**To:** Colleen Murphy
**Subject:** RE: Accrued vacation

Can you tell me what date the 160 hours is accrued through?

Thanks,

Jan Rasmussen
ABC Irvine
949-553-3955

---

**From:** Colleen Murphy
**Sent:** Thursday, October 05, 2006 4:47 PM
**To:** Jami Goto
**Cc:** Jan Rasmussen
**Subject:** RE: Accrued vacation
**Importance:** High

OK, I looked into this Jan was paid

pay period ending
10/15 = 8.0 hours vacation
11/30 = 8.0 hours vacation
12/31 = 24 hours vacation
4/30 = 16 hours vacation
6/14 = 4 hours vacation
7/15 = 40 hours vacation
8/31 = 14 hours vacation
total used = 114..

160 - 114. = 46.vacation hours left

42.0 hours of sick time left

---

**From:** Jami Goto
**Sent:** Thursday, October 05, 2006 2:21 PM
**To:** Colleen Murphy
**Cc:** Jan Rasmussen
**Subject:** FW: Accrued vacation

Colleen,

Please read this string of e-mails starting from the bottom. Jan believes that her accrued vacation hours are incorrect in Enterprise E-time. Can you check into this for her?

**Jami Goto**
**American Brokers Conduit - Irvine**
**Branch Operations Manager**
**(949) 553-3955 Ext 120 - Phone**
**(866) 592-7862 - Fax**

8/1/2007

**From:** Jan Rasmussen
**Sent:** Thursday, October 05, 2006 11:08 AM
**To:** Jami Goto
**Subject:** RE: Accrued vacation

*Ok, I thought about this last night. You said the 54 was thru 06 but I show if it was thru all of 06 then the ours should be 98 (10 hrs per mo – Oct., Nov., & Dec.) 68 hours was thru 10/8*

*Thanks,*

*Jan Rasmussen*
*American Brokers Conduit*
*17744 Sky Park Circle, Suite 150*
*Irvine, Ca 92614*
*949-553-3955*
*Fax 866-839-3182*

---

**From:** Jami Goto
**Sent:** Thursday, October 05, 2006 11:02 AM
**To:** Jan Rasmussen
**Subject:** RE: Accrued vacation

Jan,

This is something that you will have to get addressed through Colleen Murphy in payroll. I will forward your e-mail to her and she will be able to answer your questions better than I can.

**Jami Goto**
**American Brokers Conduit - Irvine**
**Branch Operations Manager**
**(949) 553-3955 Ext 120 - Phone**
**(866) 592-7862 - Fax**

---

**From:** Jan Rasmussen
**Sent:** Wednesday, October 04, 2006 5:15 PM
**To:** Jami Goto
**Subject:** Accrued vacation

I went back through all of my paychecks and this is what I came up with. First, since I've been here 1 year I should have a total of 120 hours before deducting what I've used. Based on my paystubs here's what they show -
Payperiod ending      Hours used
11/30/05                      8
12/31/05                      24 "previous years hr" (I'm assuming this was vacation time - I do remember taking some time between Christmas & New Years)
4/30/06                       16
6/14/06                       4 (this is the one that I requested and then didn't take at the last minute)
7/15/06                       40
Total                            92
Available balance thru 6/8/06 should be 28 hours. Since we are now in October I would of accrued and additional 40 hours (10 hours per month - to 10/8/06). Thus I show I should have 68 hours available ytd, not 54. Can you tell me why your figures vary? Maybe my paycheck doesn't show all the vacation time I've used.

8/1/2007

Let me know when you have a chance.

Thanks,

Jan Rasmussen
ABC Irvine
949-553-3955

8/1/2007