Ellen Thomas
2 John F Kennedy Drive
Norton, Ma 02766

United States Bankruptcy Court
District of Delaware
824 Market St 3rd floor
Wilmington, Delaware 19801

May 11, 2008

RE: Case 07-11047
Response to Notice of Debtors Fifth Omnibus (non substantive) Objection to Claims
Pursuant to Section 502B of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and
Local rule 3007-1.

To the Honorable court:

I have received the above-mentioned notice, which seeks to expunge claim number 2508.
This notice also leaves in place claim number 6153 in the amount $5,706.04. I have no
objection to the expunging of claim #2508. However I am requesting that the court issue
an immediate judgment in the Surviving claim #6153 in the amount of $5,706.04.

Respectfully:

*Ellen M Thomas*

Ellen Thomas

Cc  Young Conway Stargatt &Taylor LLP
      The Brandywine Building
      1000 West St  17th floor
      Wilmington, DE. 19801

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., Delaware corporation, et al., | ) | **Case No. 07-11047 (CSS)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |
| | ) | |
| | ) | **Objection Deadline: May 20, 2008 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: May 28, 2008 at 11:00 a.m. (ET)** |
| | ) | |

AHM OBS 4/28/2008 (merge2.txnum2) 4000016322

THOMAS, ELLEN
2 JOHN F KENNEDY DR
NORTON, MA  02766

## NOTICE OF DEBTORS' FIFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO:   THOMAS, ELLEN
2 JOHN F KENNEDY DR
NORTON, MA  02766

| | Basis For Objection: | Amended | |
|---|---|---|---|
| | | **Claim Number** | **Claim Amount** |
| | **Claim to be Expunged** | 2508 | Unspecified |
| | **Surviving Claim** | 6153 | $5,706.04 |

The above-captioned debtors and debtors in possession (the "**Debtors**") have filed the **Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "**Objection**"), a copy of which is attached hereto.  The Debtors have received multiple claims filed on your behalf and by this Objection seek to disallow one of your claims as duplicative or amended.  The Objection seeks to alter your rights by disallowing your above listed claim in the 'Claim to be Expunged' row, but does not seek to alter your claim listed in the 'Surviving Claim' row.

Responses to the Objection, if any, must be filed on or before **May 20, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 28, 2008 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 28, 2008
Wilmington, Delaware

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------- x
In re:                                                   :  Chapter 11
                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC., :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                         :
                                                         :  Jointly Administered
            Debtors.                                     :
                                                         :  Objection Deadline: May 20, 2008 at 4:00 p.m. (ET)
                                                         :  Hearing Date: May 28, 2008 at 11:00 a.m. (ET)
-------------------------------------------------------- x
```

### NOTICE OF DEBTORS' FIFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO:     (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) COUNSEL FOR THE COMMITTEE; (III) COUNSEL TO THE ADMINISTRATIVE AGENT; (IV) COUNSEL TO THE DIP LENDER; AND (V) THOSE PARTIES WHO HAVE REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002, IN ACCORDANCE WITH DEL. BANKR. LR 2002-1(B).

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto.

Responses to the Objection, if any, must be filed on or before **May 20, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON MAY 28, 2008 AT 11:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

---

¹       The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 28, 2008
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

DB02:6766659.4

066585.1001