May 6, 2008

US Bankruptcy Court for District of Delaware
824 Market St., 3rd Floor
Wilmington, Delaware 19801

        Re: hearing before Hon. Christopher S. Sonchi
        American Home Mortgage Case: 07-11047 (CSS)
        Claim # 5364  $24,940.00

Dear Sir:

I am responding to the **Objection to Claims Pursuant to Sec. 502 (b)** in the abovementioned case in which the Debtors seek to disallow and expunge my claim that they listed as" equity interest". I do not believe their objection has merit.

I don't exactly know what " equity interest" means nor do several of my fellow investors, but the facts are as follows:

I purchased 1,000 shares of American Home preferred stock on 7/07/04 for $25,000 and had to sell to sell those shares at a great loss due to mismanagement on the part of American Home Mortgage Co. I did not stipulate any form of equity interest; just owner ship of said preferred shares. I don't understand what their objection might be. In addition, they stipulate in their (Prospectus) Information to Income Investors, which I have attached **"In regards to payment of dividends and upon liquidation, the preferred shares rank equally with other preferred and senior to common stock shares"**.

**Finally, the proof of claim that I submitted contained all of the supporting documents and the basis for claim stipulated that this was a purchase of American Home Preferred Holdings (AHMMQ).**

I pray that the court will look favorably upon my claim and not expunge or disallow my claim as the debtors have requested.

Sincerely,

*[signature]*

John F. Parodi

6201 Surflanding Ln.
Huntington Beach, Ca. 92648
PH: 714-969-2995

Cc: Counsel to the Debtors



## American Home Mortgage Investment Corp., 9.75% Cumul Redeem Pfd Stock A
Ticker Symbol: AHMMQ    CUSIP: 02660R206    Exchange: OTOTC
Security Type: Traditional Preferred Stock

### Security's Distribution is Suspended!

**SECURITY DESCRIPTION:** American Home Mortgage Investment Corp., 9.75% Series A Cumulative Redeemable Preferred Stock, liquidation preference $25 per share, redeemable at the issuer's option on or after 7/07/2009 at $25 per share plus accrued and unpaid dividends, with no stated maturity, and with distributions of 9.75% ($2.4375) per annum paid quarterly on 1/31, 4/30, 7/31 & 10/31 to holders of record on the date fixed by the board, not more than 30 days or less than 10 days prior to the payment date. Dividends paid by preferreds issued by REITs are NOT eligible for the 15% tax rate on dividends and are also NOT eligible for the dividend received deduction for corporate holders. In regards to payment of dividends and upon liquidation, the preferred shares rank equally with other preferreds and senior to the common shares of the company. See the IPO prospectus for further information on the preferred stock by clicking on the 'Link to IPO Prospectus' provided below.

| Stock Exchange | Cpn Rate Ann Amt | LiqPref CallPrice | Call Date Matur Date | Moodys/S&P Dated | Distribution Dates | 15% Tax Rate |
|---|---|---|---|---|---|---|
| OTOTC Chart | 9.75% $2.4375 | $25.00 $25.00 | 7/07/2009 None | NF / NF 9/09/07 | Suspended! 1/31, 4/30, 7/31 & 10/31 Click for Ex-Div Date | No |

**Goto Parent Company's Record (AHMIQ)**

**Notes:** Aug. 6, 2007 -- American Home Mortgage Investment Corp. (NYSE: AHM) today reported that its Board of Directors, after carefully assessing the sudden adverse impact on the Company's liquidity and business from the extraordinary disruptions now occurring in the secondary mortgage and real estate markets, has authorized management to seek protection for the Company through the bankruptcy process in order to best preserve the value of the Company's assets. Accordingly, American Home Mortgage Investment Corp., together with certain of its subsidiaries, has today filed a voluntary petition for relief under Chapter 11 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court for the District of Delaware. Under the protection of Chapter 11, American Home will have the time and opportunity to achieve the best possible value for the creditors of its mortgage based assets and related operations, as well as an orderly wind down of the Company. American Home ceased taking mortgage applications on August 1, 2007 and separated all production employees on August 3, 2007. The Company is currently maintaining its thrift and servicing businesses. _____ July 27, 2007 -- American Home Mortgage Investment Corp. announced today that its Board of Directors has decided to delay payment of its quarterly cash dividend on the Company's common stock and anticipates delaying payment of its quarterly cash dividends on its Series A Cumulative Redeemable Preferred Stock and Series B Cumulative Redeemable Preferred Stock in order to preserve liquidity until it obtains a better understanding of the impact that current market conditions in the mortgage industry and the broader credit market will have on the Company's balance sheet and overall liquidity. The disruption in the credit markets in the past few weeks has been unprecedented in the Company's experience and has caused major write-downs of its loan and security portfolios and consequently has caused significant margin calls with respect to its credit facilities. The quarterly cash dividend of $0.70 per share on the Company's common stock had been declared on June 15, 2007 and was to be paid on July 27, 2007 to all shareholders of record as of July 9, 2007. The Series A Preferred Stock dividend and Series B Preferred Stock dividend had been declared on June 15, 2007 and are payable on July 31, 2007, to shareholders of record as of July 9, 2007.

IPO - 6/30/2004 - 1.40 Million Shares @ $25.00/share.   **Link to IPO Prospectus**
Previous Ticker Symbol: AHM-A   Changed: 8/06/07
Market Value $ 35 Million

**Click for current AHMMQ price quote from the PINK SHEETS**
**Click for current AHMMQ price quote from the NASDAQ**

### Company's Online Information Links