Claim

David Hou Yuen Chong &
Cecilia C Chong
66 Ava Crescent
Richmond Hill, On L4B 2X4
Canada

May 09, 2008

The United States Bankruptcy Court
for the District of Delaware
824 Market Street, 3rd Floor, Wilmington
Delaware 19801

Dear Sirs,

Re: Claims against AHM

I am re-submitting copies of my claim (dated and signed January 05, 2008) along with supporting purchase-slips for your ready and easy references. It would be greatly appreciated if you could advise us in regard to the status of the subject claim.

Thank you very much for your attention.

Yours truly,

David and Cecilia Chong

/cc
Enc.

c.c.   United States Banruptcy Court for the District of Delaware
       American Home Mortgage Claims Processing Center
       FDR Station, P.O. Bx 5076
       New York, NY 10150-5076

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | **PROOF OF CLAIM** |
|---|---|---|
| American Home Mortgage Claims Processing Center<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | |
| In Re:<br>American Home Mortgage Holdings, Inc., et al.<br>Debtors.<br>Name of Debtor Against Which Claim is Held | Chapter 11<br>Case No. 07-11047 (CSS)<br>Jointly Administered<br>Case No. of Debtor | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor**: (and name and address where notices should be sent if different from Creditor)

DAVID HOU YUEN CHONG &
CECILIA C CHONG
66 AVA CRESC
RICHMOND HILL ON L4B 2X4

Telephone number: (905) 883-5056
Email Address: ceciliacchong@hotmail.com

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

Check here if this claim:
☐ replaces   ☐ amends a previously filed claim, dated:_____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☑ Other  STOCK PURCHASE  (explain)

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last Four Digits of your SS#: ____ ____ ____ ____
   Unpaid compensation for services performed
   from DEC 27 2001 to FEB 27 2007
        (date)              (date)

2. Date debt was incurred:

3. If court judgment, date obtained:

4. **Total Amount of Claim at Time Case Filed:** $ _____ + _____ + _____ = US$ 6,908.64
   (unsecured nonpriority)  (secured)  (unsecured priority)  (Total)

   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Nonpriority Claim:** $ _____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

THIS SPACE IS FOR COURT USE ONLY

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| JAN 05 2008 | [signature]   DAVID HOU YUEN CHONG<br>             + CECILIA C CHONG |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



**CIBC Investor Services**   National: 1-800-661-7494

# IMPERIAL INVESTOR SERVICE
## CONFIRMATION NOTICE

| Date | Account Number | Type | Registered Representative |
|---|---|---|---|
| FEB 27 2007 | 570-9687114 | CSH | Name RASEM ABDO<br>Number 5AC |

066 574 A

Internal Codes
CUSIP       US02660R1077
Security No. A015086
Order No.   270735
Reference   R0735

DAVID HOU YUEN CHONG &
CECILIA C CHONG JT/WROS
66 AVA CRESC
RICHMOND HILL ON   L4B 2X4

00235

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER - U.S.A.

| Transaction | Quantity | Security Name | Unit Price | |
|---|---|---|---|---|
| BOUGHT | 149 | AMERICAN HOME MORTGAGE<br>INVESTMENT CORP<br>UNSOLICITED<br>BNKUF<br>EXCHANGE RATE    1.18000 | 26.36 | U$ |

FOR SETTLEMENT IN THIS OFFICE
TORONTO

| | |
|---|---|
| GROSS AMOUNT | 3,927.64 |
| COMMISSION | 39.00 |
| SUB TOTAL | 3,966.64 |
| EXCHANGE | 714.00 |
| (AS PRINCIPAL, E        ) | |

**SETTLEMENT DATE**   MARCH 02 2007    NET AMOUNT            $4,680.64

Retain this statement for income tax purposes. Generally under the Income Tax Act (Canada), accrued interest received must be included in taxable income on an annual basis and interest paid that has already been accrued for income tax purposes may be deducted from the relative Interest when received. If this is a stock exchange transaction the name of the other broker will be furnished upon request. The name of the salesperson who took the order is available upon request.

All transactions are subject to the by-laws and regulations of the exchange upon which executed.
If you do not pay for or deliver securities as required by settlement date or by the date to which accrued interest is calculated we may without prior notice do whatever we feel is necessary in order to avoid or minimize any potential loss or inconvenience to us, including without limitation the following: we may settle and then reverse the transaction, refuse to accept any further trading orders from you unless the cash and securities are in the account at the time the order is placed, suspend your trading privileges, or close the account and claim from you any balance owing to us or credit to you any balance owing to you as a result of such action.

CIBC Investor Services Inc. (CIBC ISI) and CIBC World Markets Inc. (WM) are subsidiaries of CIBC. We are required by the regulators to inform you that CIBC ISI is acting as the introducing broker to WM. For regulatory purposes, you are a client of WM.

A client may at any time request the name of the Representative placing their trade.

You must advise us of any error within 10 days of the settlement date shown or all information is deemed correct, complete, and authorized.

We will act as principal in currency conversion transactions and may act as principal in fixed income transactions. WM or CIBC ISI and parties related to us apply discretionary conversion rates and may earn revenue on the spread between the bid and ask prices and WM's or CIBC ISI's cost of the currency. Conversion of currency will take place on the trade date.

CODE INFORMATION:    NON-VTG Non-Voting    RES-VTG Restricted voting    SUB-VTG Subordinate voting



**IMPORTANT NOTICE TO CUSTOMER:**
Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits.
A brochure describing the nature and limits of coverage is available upon request.

**CIBC INVESTOR SERVICES**

| Toronto: | (416) 980-EDGE (3343) |
| Montreal: | (514) 878-EDGE (3343) |
| Vancouver: | (604) 665-1515 |
| National: | 1-800-567-EDGE (3343) |

## CONFIRMATION NOTICE

| Date | Account Number | Type | Registered Representative |
|---|---|---|---|
| DEC 27 2001 | 570-9687114 | CSH | Name: SYLVIA CYR<br>Number: 5KM<br>Telephone: 000-000-0000 |

066 574 A

**Internal Codes**
- CUSIP: US0375641018
- Security No.: A004869
- Order No.: 270120
- Reference: R0120

DAVID HOU YUEN CHONG &
CECILIA C CHONG JT/WROS
66 AVA CRESC
RICHMOND HILL ON  L4B 2X4

AS AGENTS, WE TODAY CONFIRM THE FOLLOWING BUY FOR YOUR ACCOUNT
OVER THE COUNTER - U.S.A.

| Transaction | Quantity | Security Name | Unit Price | |
|---|---|---|---|---|
| BOUGHT | 200 | APEX MORTGAGE CAPITAL INC<br>BNKDF<br>AS OF 12/26/01 | 11. | U$ |

FOR SETTLEMENT IN THIS OFFICE
MONTREAL

| | |
|---|---|
| GROSS AMOUNT | 2,200.00 |
| COMMISSION | 28.00 |
| SUB TOTAL | 2,228.00 |

| SETTLEMENT DATE | DEC 31 2001 | NET AMOUNT | $2,228.00 | U$ |

Retain this statement for income tax purposes. Generally under the Income Tax Act (Canada), accrued interest received must be included in taxable income on an annual basis and interest paid that has already been accrued for income tax purposes may be deducted from the relative interest when received. If this is a stock exchange transaction the name of the other broker will be furnished upon request.

The name of the salesperson who took the order is available upon request.

All transactions are subject to the by-laws and regulations of the exchange upon which executed. If you do not pay for or deliver securities as required by settlement date or by the date which accrued interest is calculated we may without prior notice do whatever we feel is necessary in order to avoid or minimize any potential loss or inconvenience to us, including without limitation the following: we may settle and then reverse the transaction, refuse to accept any further trading orders from you unless the cash and securities are in the account at the time the order is placed, suspend your trading privileges, or close the account and we claim from you any balance owing to us or credit to you any balance owing to you as a result or such action.

CIBC Investor Services Inc. (CIBC ISI) and CIBC World Markets Inc. (WM) are subsidiaries of CIBC. We are required by the regulators to inform you that CIBC ISI is acting as the introducing broker to WM. For regulatory purposes, you are a client of WM."

A client may at any time request the name of the Representative placing their trade.

You must advise us of any error within 10 days of the settlement date shown or all information is deemed correct, complete, and authorized.

CODE INFORMATION:    NON-VTG Non-Voting    RES-VTG Restricted voting    SUB-VTG Subordinate voting

**IMPORTANT NOTICE TO CUSTOMER:**
Customers' accounts are protected by the Canadian Investor Protection Fund within specified limits.
A brochure describing the nature and limits of coverage is available upon request.