To: United States Bankruptcy Court
District of Delaware

Re: Response to Objection
Case No. 07-11047

Date: May 14, 2008

To Whom It May Concern:

    This letter is in response to the objection filed by American Home Mortgage Holdings, Inc. I believe the claim should not be expunged because I did everything in my control to get the claim filed. The first time I mailed my claim information was on January 2, 2008. According to the information that was provided to me by Epiq, I was supposed to receive notification when my claim was completely filed. After I didn't receive any notification that my claim was filed by January 11, 2008, I called Epiq to inquire about my claim. I spoke with Anna Bowdler and she told me that she didn't see my claim but not to worry because they were still inputting claims into the system. She told me to try back the next day. The next day I called Ms. Bowdler and she said she didn't see my claim but they just brought in a lot of mail from the P.O. Box and my claim could be in one of the bags of mail. She took my contact information and said she will call me when my claim turns up. After I hadn't been contacted for several days, I called Ms. Bowdler back and she informed me that my claim was still missing. I told her that I had copies of all the original documents I mailed in earlier. She told me to mail in the copies that I had and to address it to her attention. Several days after mailing my claim information for a second time, I contacted Epiq and was told that they had received my claim.

Thank you,

Cecil Little
(443) 804 - 4307