MAY 15, 2008

REF CHAPTER 11, Case No. 07-11047(CSS)

BOB E COSTON CLAIMANT
620 goldFINCH,
KNOXVILLE, TN 37920


DEAR SIRS


I 67yrs old with A bad Heart
DIAbetes And needing $4,000 worth
of Dental work I HAVe Lost $35,000
IN the stock market. It is my
money You are Trying to keep
And I need MY Money.
I misunderstood that my stock
broker was sending IN my paperwork
For our Objection to the Detors
objection to my claim. It is
not Legally right And not morally
right That you should keep my
money ($4,972.15). And I would
greatLy Appreciate it if you
would reconsider And not deny
my claim. THANK you

                    Sincerely yours
Bob e Coston   Bob E coston