May 14, 2008

United States Bankruptcy Court of the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

RE:   Debtors:        American Home Mortgage Holdings, Inc. Delaware Corp
      Claimant:       Gilberto DeSantis
      Claim number:   3033
      Claim amount:   $ 26,400.00
      Case No:        07-11047 (CSS)

I, the undersigned, Gilberto DeSantis, of 14 Madonna Street, Natick, Massachusetts in response to claim number 3033, which states your request to alter my rights by disallowing and expunging of the above listed claim, respectfully deny the waiver of any of my rights to American Home Mortgage, Inc. Delaware corporation, et al. (the "Debtors").

There are allegations surrounding this case that substantiate a cogent and compelling argument which would reveal that directors and officers ("the Debtors") failed to provide adequate oversight of the loan origination process, neglected the quality of its loans, and misled shareholders about the company true financial state. The aforementioned support serves as the basis to my objection.

_____  5/15/08
Gilberto DeSantis          Date