**JANETTE R. KRUPSAW**
**402 LONG FOREST CIRCLE**
**ANDERSON, SC 29625**
**864 224-9416**

Friday, May 16, 2008

RE: Chapter 11 Case No 07-11047 (CSS)
Claim Number 6360 Claim Amount $19,069.33

I vigorously object to being expunged from my claim against American Home Mortgage Holdings, Inc.

I have never filed any other claim that could be considered as a duplicated claim.

Janette R. Krupsaw

*[signature]*

cc: Young Conway Stargatt & Taylor, LLP