Claim

Kit Ling Tam Li
79 Hillhurst Dr
Richmond Hill, ON/L4B/3C4
Canada

May 09, 2008

The United States Bankruptcy Court
for the District of Delaware
824 Market Street, 3rd Floor, Wilmington
Delaware 19801

Dear Sirs,

Re: Claim Number 9052 ~ US$27,636.11

I am writing to object your seeking to alter my rights by disallowing and expunging my above listed claim in the "Claim to be Expunged" row. Copies of my original claim form along with supporting purchase-slips (signed and dated December 20, 2007) are resubmitted herewith.

Thank you very much for your attention.

Yours truly,

Kit Ling Tam Li

/cc
Enc.

c.c.

Page 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: May 20, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: May 28, 2008 at 11:00 a.m. (ET) |

AHM OB5 4/28/2008 (merge2.txnum2) 4000101058

KIT LING TAM LI
79 HILLHURST DR
RICHMOND HILL, ON  L4B 3C4
CANADA

## NOTICE OF DEBTORS' FIFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO:  KIT LING TAM LI
     79 HILLHURST DR
     RICHMOND HILL, ON  L4B 3C4

**Basis For Objection:** Claim based on Equity Interest

| | **Claim Number** | **Claim Amount** |
|---|---|---|
| Claim to be Expunged | 9052 | $27,636.11 |

The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") have filed the **Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "<u>Objection</u>"), a copy of which is attached hereto. Your claim was filed on account of your equity interest in the Debtors. The Objection seeks to alter your rights by disallowing and expunging your above listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **May 20, 2008 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 28, 2008 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 28, 2008
       Wilmington, Delaware

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>American Home Mortgage Claims Processing Center<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>American Home Mortgage Holdings, Inc., et al.<br>Debtors.<br>Name of Debtor Against Which Claim Is Held | Chapter 11<br>Case No. 07-11047 (CSS)<br>Jointly Administered<br>Case No. of Debtor | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor**: (and name and address where notices should be sent if different from Creditor)

KIT LING TAM LI
79 HILLHURST DR.
RICHMOND HILL, ON,
L4B 3C4
CANADA

Telephone number: 905-7375789
Email Address:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

Check here if this claim: ☐ replaces   ☐ amends a previously filed claim, dated:_____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other  STOCK PURCHASE  (explain)

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)

   Last Four Digits of your SS#: ____ ____ ____ ____
   Unpaid compensation for services performed
   from _____ to _____
        (date)        (date)

2. Date debt was incurred:

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed: $ _____ + _____ + _____ = US$27636
   (unsecured nonpriority)  (secured)  (unsecured priority)   (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Nonpriority Claim:** $ _____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.
   **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: Dec 20, 2007

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
KIT LING TAM LI

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# HSBC

HSBC InvestDirect
a division of HSBC Securities (Canada) Inc.
250 UNIVERSITY AVENUE, 3RD FLOOR, TORONTO, ONT. M5H 3E5
(416) 868-3898                    1-800-760-1180
318-2000 MANSFIELD, MONTREAL QUE. H3A 2Y9
(514) 982-9494                    1-800-952-1180

| Bought | Sold | Description | Code | Price | | MO. | DAY | YR. | REF. |
|---|---|---|---|---|---|---|---|---|---|
| | 300 | AMERICAN HOME MTG INV-NEW 2007070610004087 | 022127 | 17.509 | USD | 07 | 06 | 07 | 3162 |
| | | | | | | TRADE DATE | | | # |

No investment advice is provided or suitability review conducted on this account.
Aucun conseil et aucune vérification quant à la pertinence des placements.

| ACCOUNT | TYPE |
|---|---|
| T99 68-9818-B STRAIGHT THRU | TPO |
| REPRESENTATIVE | RR. |
| INTERNAL CONTROL | |

MS KIT LING TAM LI
79 HILLHURST DR
RICHMOND HILL ON   L4B 3C4

SETTLEMENT DATE
E. & O.E.
| TB | EX. | MO | DAY |
|---|---|---|---|
| A | NY | 07 | 11 |

| Gross | $5,252.70 |
|---|---|
| Commission | 9.99 |
| Days Interest | |
| Fgn. Fee | |
| Fgn. Tax | |
| Exchange | |
| NET | $5,262.69 USD |

Payment is due on the settlement date indicated above. If this confirmation is not in all respects in accordance with your understanding, please notify us immediately.

See reverse side for CODE explanation

---

# HSBC

HSBC InvestDirect
a division of HSBC Securities (Canada) Inc.
250 UNIVERSITY AVENUE, 3RD FLOOR, TORONTO, ONT. M5H 3E5
(416) 868-3898                    1-800-760-1180
318-2000 MANSFIELD, MONTREAL QUE. H3A 2Y9
(514) 982-9494                    1-800-952-1180

| Bought | Sold | Description | Code | Price | | MO. | DAY | YR. | REF. |
|---|---|---|---|---|---|---|---|---|---|
| | 500 | AMERICAN HOME MTG INV-NEW 2007061310002524 | 022127 | 18.29 | USD | 06 | 29 | 07 | 3158 |
| | | | | | | TRADE DATE | | | # |



No investment advice is provided or suitability review conducted on this account.
Aucun conseil et aucune vérification quant à la pertinence des placements.

| ACCOUNT | TYPE |
|---|---|
| T99 68-9818-B STRAIGHT THRU | TPO |
| REPRESENTATIVE | RR. |
| INTERNAL CONTROL | |

MS KIT LING TAM LI
79 HILLHURST DR
RICHMOND HILL ON   L4B 3C4

SETTLEMENT DATE
E. & O.E.
| TB | EX. | MO | DAY |
|---|---|---|---|
| A | NY | 07 | 05 |

| Gross | $9,145.00 |
|---|---|
| Commission | 9.99 |
| Days Interest | |
| Fgn. Fee | |
| Fgn. Tax | |
| Exchange | |
| NET | $9,154.99 USD |

Payment is due on the settlement date indicated above. If this confirmation is not in all respects in accordance with your understanding, please notify us immediately.

See reverse side for CODE explanation

---



HSBC InvestDirect
a division of HSBC Securities (Canada) Inc.
250 UNIVERSITY AVENUE, 3RD FLOOR, TORONTO, ONT. M5H 3E5
(416) 868-3898                    1-800-760-1180
318-2000 MANSFIELD, MONTREAL QUE. H3A 2Y9
(514) 982-9494                    1-800-952-1180

| Bought | Sold | Description | Code | Price | | MO. | DAY | YR. | REF. |
|---|---|---|---|---|---|---|---|---|---|
| | 500 | AMERICAN HOME MTG INV-NEW 2007071110001394 | 022127 | 16.0699 | USD | 07 | 11 | 07 | 3180 |
| | | | | | | TRADE DATE | | | # |



No investment advice is provided or suitability review conducted on this account.
Aucun conseil et aucune vérification quant à la pertinence des placements.

| ACCOUNT | TYPE |
|---|---|
| T99 68-9818-B STRAIGHT THRU | TPO |
| REPRESENTATIVE | RR. |
| INTERNAL CONTROL | |

MS KIT LING TAM LI
79 HILLHURST DR
RICHMOND HILL ON   L4B 3C4

SETTLEMENT DATE
E. & O.E.
| TB | EX. | MO | DAY |
|---|---|---|---|
| A | NY | 07 | 16 |

| Gross | $8,034.95 |
|---|---|
| Commission | 9.99 |
| Days Interest | |
| Fgn. Fee | |
| Fgn. Tax | |
| Exchange | |
| NET | $8,044.94 USD |

Payment is due on the settlement date indicated above. If this confirmation is not in all respects in accordance with your understanding, please notify us immediately.

See reverse side for CODE explanation



**HSBC InvestDirect**
a division of HSBC Securities (Canada) Inc.

Statement period   August 1, 2007 to August 31, 2007

## Your USD Cash Account (continued)

*Account # 68-9818-B*

### Account activity since your last statement

| Date settled | Activity | Description | Quantity | Price | Transaction amount (USD) |
|---|---|---|---|---|---|
| | | **Opening Balance** | | | $7,612.91 |
| Jul 27 | CXLWHT | AMERICAN HOME MTG INV-NEW | 500 | | 52.50 |
| Jul 27 | CXLDIV | AMERICAN HOME MTG INV-NEW | 500 | | (350.00) |
| Aug 1 | Bought | AMERICAN HOME MTG INV-NEW | 500 | 10.327 | (5,173.49) |
| Aug 2 | Bought | DORAL FINANCIAL CORP | 1,000 | 1.280 | (1,289.99) |
| Aug 10 | Bought | DORAL FINANCIAL CORP 2007080710001800 | 1,000 | 0.949 | (959.89) |
| Aug 14 | TRF | CHQ DEP 689818B | | | 110.00 |
| Aug 16 | Interest | INTEREST TO AUG 16 | | | 9.66 |
| Aug 29 | Stck Exch | DORAL FINANCIAL CORP * | (2,000) | | |
| Aug 29 | Stck Exch | DORAL FINANCIAL CORP-NEW | 100 | | |
| Aug 31 | | **Closing Balance** | | | $11.70 |