IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :  Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :  Jointly Administered
         Debtors.                                                  :
                                                                   :  Ref. No. 4018
------------------------------------------------------------------ x

## CERTIFICATE OF NO OBJECTION TO MOTION RE: DOCKET NO. 4018

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to Motion of the Debtors and Debtors in Possession for an Order Authorizing a Limited Waiver of the Requirements of Rule 3007-1(f)(i) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Motion") has been received. The Court's docket which was last updated May 22, 2008, reflects that no objections to the Motion have been filed. Objections to the Motion were to be filed and served no later than May 20, 2008 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: Wilmington, Delaware
      May 22, 2008

                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

                      /s/ Kara Hammond Coyle
                      James L. Patton, Jr. (No. 2202)
                      Joel A. Waite (No. 2925)
                      Pauline K. Morgan (No. 3650)
                      Sean M. Beach (No. 4070)
                      Matthew B. Lunn (No. 4119)
                      Kara Hammond Coyle (No. 4410)
                      The Brandywine Building
                      1000 West Street, 17th Floor
                      Wilmington, Delaware 19801
                      Telephone: (302) 571-6600
                      Facsimile: (302) 571-1253

                      Counsel for Debtors and
                      Debtors in Possession