**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------- x
In re:                              :    Chapter 11
                                    :
AMERICAN HOME MORTGAGE              :    Case No.  07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,¹  :
                                    :    Jointly Administered
                 Debtors.           :
                                    :    Ref. Docket. No. 3465
-------------------------------------------------------- x
```

### DEBTORS' OBJECTION TO MOTION OF MCLAIN PARTNERS II, LLC
### FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

The above captioned debtors and debtors-in-possession (collectively, the

"Debtors") submit this objection (the "Objection") to the Motion of McLain Partners II, LLC for

Payment of Administrative Expense Claim [Docket No. 3465] (the "Motion").  In support of this

Objection, the Debtors respectfully represent as follows:

### PRELIMINARY STATEMENT[2]

1.        Simply put, there is no basis to grant McLain Partners II, LLC ("McLain

Partners" or the "Movant") an administrative claim under section 503(b)(7) of the Bankruptcy

Code.  McLain Partners was the landlord under a commercial lease dated December 29, 2005

(the "McLain Lease") with one of the Debtors for certain property located at 4409 Meramec

Bottom Road, Suite B, St. Louis, Missouri 63129.  In its Motion, McLain Partners requests,

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland
corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc.
(f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp.,
a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company
(1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New
York corporation (8580).   The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747,
except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2]  All capitalized terms used, but not otherwise defined in the Preliminary Statement, shall have the meanings
ascribed to them in the Objection.

pursuant to section 503(b)(7) of the Bankruptcy Code, the allowance and immediate payment of an administrative claim in the amount of $61,250.00[3] based on the Debtors' alleged assumption and later rejection of the McLain Lease. McLain Partners' request for administrative claim solely rests on the assumption that the Debtors assumed the McLain Lease. That assumption, however, is simply wrong. The McLain Lease was not assumed by the Debtors.

2.    The Debtors requested authority to assume the McLain Lease in connection with the Sale to Indymac Bank, F.S.B. ("Indymac"). The McLain Lease, along with 97 other leases, was identified to be assumed and assigned to Indymac upon the closing of the Sale. Prior to the closing of the Sale, Indymac and the Debtors, as part of a global resolution to allow the closing of the Sale to occur, agreed to remove 15 leases from the list of leases to be assumed and assigned to Indymac, one of which was the McLain Lease. The Court authorized the removal of the McLain Lease from the list of leases to be assumed and assigned to Indymac upon the closing of the Sale and approved the Debtors' rejection of the McLain Lease.

3.    To have an administrative claim pursuant to section 503(b)(7) of the Bankruptcy Code, a lease must be assumed and subsequently rejected. Since the McLain Lease was not assumed prior to its rejection, there is no basis to allow McLain Partners an administrative claim pursuant to section 503(b)(7). Accordingly, the Debtors respectfully request that the Court deny the Motion.

---

[3] Pursuant to the Motion, McLain Partners also requested payment of an administrative claim in the amount of $4,375.00 for February 2008 rent. In accordance with the License Agreement, Indymac paid February 2008 rent to McLain Partners and a copy of the cleared check was sent to counsel to McLain Partners. Accordingly, McLain Partners has agreed to withdraw its request for February 2008 rent.

## BACKGROUND

**A.    General Background**

4.      On August 6, 2007 (the "Petition Date"), each of the Debtors filed with this Court a voluntary petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code"). Each Debtor is continuing to operate its business and manage its properties as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.      The Debtors' cases have been consolidated for procedural purposes only and are being jointly administered pursuant to an order of this Court.

6.      On August 14, 2007, the United States Trustee for the District of Delaware appointed an Official Committee of Unsecured Creditors (the "Committee"). No trustee or examiner has been appointed.

**B.    Relevant Background**

7.      On August 7, 2007, the Debtors and Indymac entered into a letter agreement (the "Original Letter Agreement"), pursuant to which the Debtors agreed to assume and assign certain real property leases, and sell certain furniture, fixtures and equipment ("FF&E") located therein, to Indymac.

8.      In addition to executing the Original Letter Agreement, on August 7, 2007, the Debtors and Indymac also entered into a license agreement (the "License Agreement"), pursuant to which Indymac was granted the right to use certain of the Debtors' leased office space, as well as all FF&E located within such office space, until such time as the proposed sale transaction closed.

9.      On August 24, 2007, the Court entered orders approving the Original Letter Agreement [Docket No. 357] (the "Sale Order"), a copy of which is attached hereto as

3

Exhibit A, and the License Agreement [Docket No. 356]. Pursuant to the Sale Order, the

Debtors were authorized, *but not directed*, to assume and assign ninety-eight (98) office leases

(collectively, the "Office Leases"), and to sell the FF&E located therein, to Indymac

(collectively, the "Sale"). The Office Leases were not to be assumed and assigned until the Sale

closed, which closing was originally anticipated to occur on or before September 30, 2007 (at

which time the License Agreement would terminate).

   10. In anticipation of closing the Sale by September 30, 2007 (and assuming

and assigning the Office Leases thereafter), the Debtors filed a *Notice of (I) Assumption and*

*Assignment of Certain Real Property Leases and Sale of Furniture, Fixtures and Equipment*

*Located Therein; and (II) Proposed Cure Obligations, if Any* [Docket No. 425] (the "Original

Cure Notice") and a *Corrected Notice of (I) Assumption and Assignment of Certain Real*

*Property Leases and Sale of Furniture, Fixtures and Equipment Located Therein; and (II)*

*Proposed Cure Obligations, if Any* [Docket No. 541] (the "Corrected Cure Notice," and

collectively with the Original Cure Notice, the "Cure Notice"). Pursuant to the Cure Notice, the

Debtors listed the proposed amounts necessary to cure any defaults under the Office Leases

(collectively, the "Cure Amounts").

   11. On September 17, 2007, the Court entered the *Order Establishing and*

*Fixing Cure Amounts Related to Order, Pursuant to Sections 105(a), 363 and 365 of the*

*Bankruptcy Code, (I) Authorizing the Assumption and Assignment of Certain Real Property*

*Leases and the Sale of Furniture, Fixtures and Equipment Located Therein; (II) Approving the*

*Terms of the Letter Agreement; and (III) Granting Related Relief* [Docket No. 778] (the "Cure

Order"). Pursuant to the Cure Order, the Court fixed the Cure Amounts for the Office Leases

through and including September 30, 2007. The Cure Amounts were listed through and

including September 30, 2007, as, again, the Sale was anticipated to close on or before September 30, 2007.

     12.    On November 8, 2007, the Debtors filed the *Motion for Order Extending the Deadline Pursuant to Section 365(d)(4) to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 1905] (the "365(d)(4) Motion"). By the 365(d)(4) Motion, the Debtors sought a 90-day extension of their original December 4, 2007 deadline (the "Original 365(d)(4) Deadline") to assume or reject their unexpired leases of non-residential real property, including the McLain Lease. One of the main reasons the Debtors needed to extend the Original 365(d)(4) Deadline was the fact that the Sale to Indymac had not yet closed. If the Original 365(d)(4) Deadline expired prior to the Sale closing, the Debtors would have not been in a position to assume and assign the Office Leases to Indymac upon the closing.

     13.    The 365(d)(4) Motion was served on McLain Partners on November 9, 2007 [Docket No. 2019]. A copy of the affidavit of service is attached hereto as Exhibit B.

     14.    On November 26, 2007, the Court entered an order approving the 365(d)(4) Motion [Docket No. 2168] (the "365(d)(4) Order"). Pursuant to the 365(d)(4) Order, the Debtors' deadline to assume or reject their unexpired leases of non-residential real property, including the McLain Lease, was extended to March 3, 2008 (the "Final 365(d)(4) Deadline"). The 365(d)(4) Order was served on McLain Partners on November 29, 2007 [Docket No. 2267]. A copy of the affidavit of service is attached hereto as Exhibit C.

     15.    Following entry of the 365(d)(4) Order, the Debtors continued to negotiate the terms of the Sale closing with Indymac. During the course of those negotiations, which lasted from August 2007 through February 2008, Indymac operated out of the Office Lease locations pursuant to the License Agreement. Under the License Agreement, Indymac paid the

monthly rental obligations under the Office Leases directly to each respective landlord, including McLain Partners.

16.     In mid-February 2008, the Sale to Indymac remained unconsummated. As the Final 365(d)(4) Deadline was rapidly approaching, the Debtors filed the *Emergency Motion to Enforce the Terms of the Letter Agreement and Order, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment Located Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related Relief* [Docket No. 3006] (the "Motion to Enforce"). The Motion to Enforce was served on McLain Partners on February 15, 2008 [Docket No. 3050]. A copy of the affidavit of service is attached hereto as Exhibit D.

17.     By the Motion to Enforce, the Debtors sought to compel Indymac to close the Sale on or before the Final 365(d)(4) Deadline. As noted in paragraphs 30, 35 and 37 of the Motion to Enforce, if the Final 365(d)(4) Deadline expired prior to the Sale closing, the Office Leases, including the McLain Lease, would have been deemed rejected and the Debtors would not have been able to assume and assign the Office Leases to Indymac.[4] The reason the Debtors

---

[4] Paragraph 30 of the Motion to Enforce states: "As a result of Indymac's failure to close, and in light of the Closing Deadline, which is the latest date under section 365(d)(4) of the Bankruptcy Code that the Debtors are permitted to assume the Office Leases, the Debtors are relegated to move for the instant relief, pursuant to section 105, to enforce the terms of the Indymac Sale Order and require Indymac to close before March 3, 2008."

Paragraph 35 of the Motion to Enforce provides: "...the Indymac Sale Order must be read to have a Closing Deadline no later than the March 3, 2008 deadline for the Debtors' to assume the Office Leases. Neither party would have entered into the Letter Agreement were that not the case."

Finally, paragraph 37 of the Motion to Enforce states: "As this Court well knows, if the Debtors do not assume or reject the Office Leases prior to March 3, 2008, the Office Leases will be deemed rejected, at which point the Debtors will lose the opportunity to obtain significant value for their estates and creditors...Indymac, a sophisticated and well counseled company, entered into the Letter Agreement fully understanding that the agreement's primary purpose was to consummate the assumption and assignment of the Office Leases by March 3, 2008 pursuant to section 365 of the Bankruptcy Code. If this were not the case, neither the Debtors nor Indymac would have entered into the Letter Agreement because the Office Leases would be deemed rejected before closing, and the Debtors would have nothing to assume and assign to Indymac."

filed the Motion to Enforce was to, among other things, protect the Debtors' rights to assume and assign the Office Leases to Indymac.

18.    While the Motion to Enforce was pending, Indymac requested a modification to the Original Letter Agreement. Specifically, Indymac requested that the Debtors remove fifteen leases (the "Rejected Office Leases") from the list of Office Leases to be assumed and assigned to Indymac upon the closing of the Sale. One of the Rejected Office Leases was the McLain Lease.

19.    In order to expedite the closing of the Sale, the Debtors agreed to seek Court authority to modify the terms of the Original Letter Agreement to remove the Rejected Office Leases, but only if Indymac would agree to certain conditions and terms, including being bound to close the Sale prior to the Final 365(d)(4) Deadline. Indymac agreed with the Debtors' conditions and terms and on February 22, 2008, the Debtors filed the *Debtors' Motion for Order (A) Modifying Letter Agreement with Indymac Bank, F.S.B.; (B) Modifying Order, Pursuant to Sections 105(a), 363, 365 and 554 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment Located Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related Relief; and (III) Authorizing the Debtors to Rejection Certain Unexpired Leases of Non-Residential Real Property and to Abandon Certain Furniture, Fixtures, and Equipment Located Therein* [Docket No. 3059] (the "Motion to Modify"). A copy of the Motion to Modify was served on McLain Partners on February 22, 2008 [Docket No. 4131]. A copy of the affidavit of service is attached hereto as Exhibit E. McLain Partners did not object or otherwise respond to the Motion to Modify.

20.     Following the filing of the Motion to Modify, on February 23, 2008, the Debtors and Indymac modified the Original Letter Agreement by executing an Asset Purchase Agreement (the "Modified Letter Agreement"). A copy of the Modified Letter Agreement was filed with the Court on February 23, 2008 [Docket No. 3061]. Following the execution and filing of the Modified Letter Agreement, the Debtors withdrew the Motion to Enforce [Docket No. 3062].

21.     On February 28, 2008, the Court held a hearing on the Motion to Modify. At the hearing, the Debtors presented a summary of the modifications to the Original Letter Agreement and demonstrated why they believed the modifications, including the rejection of the Rejected Office Leases, were in the Debtors' best interests. Following such presentation, the Court entered an order approving the modifications (the "Modified Sale Order") [Docket No. 3114]. Pursuant to the Modified Sale Order, the Court approved the rejection of the McLain Lease as of February 29, 2008. Thereafter, the Debtors and Indymac consummated the Sale and the remaining Office Leases were assumed and assigned to Indymac.[5]

22.     Following entry of the Modified Sale Order, on March 4, 2008, the Debtors filed the *Notice of (I) Debtors' Rejection of Certain Unexpired Leases of Non-Residential Real Property and Abandonment of Certain Furniture, Fixtures, and Equipment Located Therein; (II) Rejection Damages Bar Date; and (III) Administrative Expense Claims Bar Date* [Docket No. 3151] (the "Rejection Notice"). Pursuant to the Rejection Notice, the Debtors established March 31, 2008 as the deadline for all non-debtor parties to the Rejected Office Leases to file claims associated with the Rejected Office Leases.

---

[5] In accordance with the assumption and assignment of the remaining Office Leases, on March 3, 2008, the Debtors filed the *Notice of Debtors' Assumption and Assignment of Certain Real Property Leases and Sale of Furniture, Fixtures and Equipment Located Therein, to Indymac Bank, F.S.B.* [Docket No. 3141].

23.     On March 28, 2008, McLain Partners filed their Motion for payment of an administrative expense claim related to the rejection of the Rejected Office Leases.

## OBJECTION

24.     McLain Partners is not entitled to an administrative expense claim under Bankruptcy Code section 503(b)(7) because the McLain Lease was not assumed by the Debtors.

25.     However, in the event that this Court finds that McLain Partners is entitled to an administrative claim, and to the extent McLain Partners is requesting immediate payment of such administrative claim, there is no basis to compel the Debtors to immediately pay such claim.  Instead, the payment of any administrative claim awarded to McLain Partners is more appropriately dealt with under a plan (or plans) of liquidation in these chapter 11 cases, especially in light of McLain Partners' failure to allege any hardship that it would suffer in the absence of immediate payment.

**A.      The McLain Lease Was Not Assumed By The Debtors And, As Such, McLain Partners Is Not Entitled To Administrative Priority Pursuant To Section 503(b)(7)**

26.     Section 503(b)(7) of the Bankruptcy Code provides:

> After notice and a hearing, there shall be allowed, administrative expenses, other than claims allowed under section 502(f) of this title, including, with respect to a nonresidential real property lease previously assumed under section 365, and subsequently rejected, a sum equal to all monetary obligations due, excluding those arising from or relating to a failure to operate or a penalty provision, for the period of 2 years following the later of the rejection date or the date of actual turnover of the premises, without reduction or setoff for any reason whatsoever except for sums actually received or to be received from an entity other than the debtor, and the claim for remaining sums due for the balance of the term of the lease shall be a claim under section 502(b)(6).

11 U.S.C. § 503(b)(7).

27.     Section 503(b)(7) of the Bankruptcy Code is only applicable where a lease has been assumed and later rejected.  Thus, in order for McLain Partners to have a valid administrative claim pursuant to section 503(b)(7), the Debtors had to have assumed the McLain Lease.  The Debtors received the authority to assume the McLain Lease upon the closing of the Sale, but, because of an agreement to remove leases as embodied in the Modified Letter Agreement, the McLain Lease was removed from the terms of the Sale and rejected.

28.     Pursuant to the Sale Order, the Court authorized the Debtors to assume and assign the McLain Lease to Indymac.  Such assumption and assignment, however, was absolutely conditioned on the closing of the Sale with Indymac.  In fact, the Sale Order specifically states that "upon the date of closing of the sale of the Office Assets, the Office Assets shall be transferred to [Indymac]."  *See Sale Order* at ¶ 4 (emphasis added).  "Office Assets" was defined in the Sale Order to include both the assumption and assignment of the leases to Indymac, as well as the sale of certain FFE to Indymac.  *Id.* at Decretal ¶ 1.  Thus, pursuant to the terms of the Sale Order, the assumption and assignment of the Office Leases could not occur until the Sale closed.

29.     Courts have held that priority statutes, such as section 503 of the Bankruptcy Code, are to be strictly construed to keep administrative expenses at a minimum so as to preserve the estate for the benefit of the creditors.  *See In re Unidigital, Inc.*, 262 B.R. 283, 288 (Bankr. D. Del. 2001); *see also In re Enron*, 279 B.R. 695, 704 (Bankr. S.D.N.Y. 2002) (recognizing that courts strictly construe the terms "actual" and "necessary" to minimize "administrative expense claims thereby preserving the estate to benefit all creditors").  The Debtors respectfully submit that the Court should strictly construe section 503(b)(7) in the instant matter.  As section 503(b)(7) requires assumption and subsequent rejection, and as the

McLain Lease was not assumed prior to its rejection, the unambiguous requirements of section 503(b)(7) have not been satisfied.

30.    Furthermore, it is readily apparent that the Debtors would never have assumed any leases as part of a sale/assignment transaction before the closing of the Sale. To do otherwise would be to subject the Debtors to potentially significant administrative liabilities in the event the Sale failed to close. The Debtors would not, and did not, take such a risk. Rather, the Debtors protected themselves by conditioning the assumption and assignment of the Office Leases effective only upon the closing of the Sale.

31.    The structure of the Sale transaction is no different than those routinely approved by Courts in this district. Courts in this district routinely authorize the assumption and assignment of leases as part of a sale transaction upon the closing of the transaction. *See In re Dura Automotive Systems, Inc., et al.*, 2007 Bankr. LEXIS 2764 (Bankr. D. Del. Aug. 15, 2007) (authorizing, in connection with a sale transaction, the assumption and assignment of certain executory contracts subject to, and conditioned upon, the closing of such sale transaction); *In re Medifacts International, Inc.*, Case No. 07-10110 (Bankr. D. Del. Mar. 8, 2007) (Walsh, J.) (same); *In re Premium Papers Holdco, LLC, et al.*, Case No. 06-10269 (Bankr. D. Del. July 13, 2006) (Sontchi, J.) (same); *In re Metalforming Technologies, Inc., et al.*, Case No. 05-11697 (Bankr. D. Del. Nov. 18, 2005) (Walrath, C.J.) (same).

32.    As the Debtors were not to assume and assign the Office Leases until the Sale was consummated, the Debtors sought an extension of the Original 365(d)(4) Deadline to preserve their right to assume and assign the Office Leases upon the Sale closing. If the McLain Lease had already been assumed by the Debtors, the Debtors would not have needed to extend the Original 365(d)(4) Deadline with respect to the McLain Lease. Moreover, the Debtors also

filed the Motion to Enforce in order to compel Indymac to close the Sale prior to the Final

365(d)(4) Deadline.  If the McLain Lease and the other Office Leases had already been assumed

by the Debtors, the Debtors would not have expended the time and resources in drafting and

filing, on an emergency basis, the Motion to Enforce.

33.    Put differently, there is absolutely no reason the Debtors would have taken

those actions if the McLain Lease had already been assumed.  Rather, prior to the Sale closing,

Indymac determined that it did not want to take assignment of the McLain Lease.  The Debtors

agreed to remove the McLain Lease from the list of Office Leases to be assumed and assigned to

Indymac as part of the Sale.  The McLain Lease was subsequently rejected.

34.    In sum, because the McLain Lease was not assumed by the Debtors,

McLain Partners does not have an administrative claim pursuant to Bankruptcy Code section

503(b)(7).  Accordingly, McLain Partners' request for administrative claim must be denied.

**B.    Even If McLain Partners Is Entitled To An Administrative Claim,**
**Such Claim Should Not Be Subject to Immediate Payment**

35.    Although section 503(b) of the Bankruptcy Code provides that an entity

may request payment of an administrative expense, which claim may be allowed after notice and

a hearing, nothing in section 503(b) requires the immediate payment of such claim.  *See* 11

U.S.C. § 503(b).  Therefore, even if this Court determines that McLain Partners is entitled to an

administrative claim, which the Debtors vigorously contest, the Debtors submit that it would be

inappropriate to require immediate payment.  Instead, any administrative claim that McLain

Partners may be entitled to should be paid through the Debtors' plan (or plans) of liquidation

because, among other things, McLain Partners has presented no evidence that it is entitled to

favorable treatment over the other creditors of these estates.

36.     The timing of payment of an administrative expense is a matter within the Court's discretion. *E.g., In re Global Home Prods., LLC*, Case No. 06-10340 (KG), 2006 Bankr. LEXIS 3608, at *10 (Bankr. D. Del. Dec. 21, 2006); *In re Garden Ridge Corp.*, 323 B.R. 136, 143 (Bankr. D. Del. 2005).  In making this determination, a court's primary concern is bankruptcy's goal "of an orderly and equal distribution among creditors and the need to prevent a race to a debtor's assets." *In re Global Home Prods., LLC*, 2006 Bankr. LEXIS 3608, at *10-11.  Courts also focus on the particular needs of each administrative claimant and the expense and length of the bankruptcy case's administration. *In re HQ Global Holdings, Inc.*, 282 B.R. 169, 173 (Bankr. D. Del. 2002).  However, "[t]o qualify for exceptional immediate payment, a creditor must show that 'there is a necessity to pay and not merely that the Debtor has the ability to pay.'" *In re Global Home Prods., LLC*, 2006 Bankr. LEXIS 3608, at *11 (*quoting In re Cont'l Airlines*, 146 B.R. 520, 531 (Bankr. D. Del. 1992)).  In addition to the foregoing principles and considerations, courts also consider the prejudice to the debtor, hardship to the claimant and potential detriment to other creditors. *In re Global Home Prods., LLC*, 2006 Bankr. LEXIS 3608, at *11; *In re Garden Ridge Corp.*, 323 B.R. at 143.

37.     The Debtors will be significantly prejudiced if they are forced to pay any administrative claim for McLain Partners at this stage of their bankruptcy cases, when, among other things, they are still in the process of negotiating asset sales and are focusing their attention towards an orderly plan (or plans) of liquidation for these estates.  Moreover, requiring immediate payment not only prejudices the Debtors, but could be detrimental to creditors' recoveries because the Debtors would be forced to focus their attention towards litigating administrative claims, as opposed to focusing on more appropriate matters, such as selling the

Debtors' assets to maximize the value of these estates and working towards an orderly plan (or plans) of liquidation in these cases.

38.    Finally, yet perhaps most tellingly, McLain Partners fails to set forth any argument in the Motion that immediate payment of an administrative claim is necessary, or that it would suffer any harm if any administrative claim is not paid prior to a plan (or plans) of liquidation.

39.    Accordingly, if the Court determines that McLain Partners is entitled to an administrative claim, the Debtors submit that such claim should not be entitled to immediate payment.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court sustain the Objection and enter an order (i) denying McLain Partners' request for an administrative expense claim, (ii) denying immediate payment of any administrative expense claim this Court determines McLain Partners is entitled to, and (iii) granting the Debtors such other and further relief as this Court deems just and proper.

Dated: Wilmington, Delaware
      May 22, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_Kara Hammond Coyle_

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession

# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
In re:                                                  :    Chapter 11
                                                        :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                  :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                         :
                                                        :    Jointly Administered
        Debtors.                                        :
                                                        :    Doc. Ref. No. 137
------------------------------------------------------- x
```

**ORDER, PURSUANT TO SECTIONS 105(a), 363 AND 365 OF THE BANKRUPTCY
CODE, (I) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN
REAL PROPERTY LEASES AND THE SALE OF FURNITURE, FIXTURES AND
EQUIPMENT LOCATED THEREIN; (II) APPROVING THE TERMS OF THE
LETTER AGREEMENT; AND (III) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion")[1] of American Home Mortgage

Holdings, Inc. ("AHM Holdings"), a Delaware corporation, and certain of its direct and indirect

affiliates and subsidiaries, the debtors and debtors in possession in the above cases (collectively,

"AHM" or the "Debtors"),[2] for entry of an order, pursuant to sections 105(a), 363 and 365 of title 11 of

the United States Code (the "Bankruptcy Code") (i) authorizing the sale of certain assets (the "Office

Assets"), including the assumption and assignment of certain real property leases (the "Office Leases")

and the sale of furniture, fixtures, and equipment contained therein (the "FFE"), to Indymac Bank

F.S.B. ("IMB") or other party submitting a higher or better offer, (ii) approving the terms of the letter

agreement dated August 7, 2007, by and between the Debtors and IMB, attached hereto as Exhibit 1

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
AHM Holdings (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation
(3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979);
American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home
Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC
("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc.
("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York
corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except
for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

*, with the exception of
leased equipment*

DB02:6199831.2                                                                    066585.1001

*357*

(the "Letter Agreement"); and (iii) granting related relief; and the Court having reviewed the Letter Agreement, and upon the record of the hearing held on August 24, 2007; and after due deliberation and sufficient cause appearing therefor, the Court hereby makes the following:

FINDINGS OF FACT AND CONCLUSIONS OF LAW:[3]

A.     The Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue of these cases and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

B.     The statutory predicates for the relief requested in the Motion are sections 105(a), 363 and 365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004 and 6006.

C.     For the reasons set forth in the Motion, due and adequate notice of the Motion, the Letter Agreement, the hearing, and the subject matter thereof has been provided to all parties in interest herein, and no other or further notice is necessary.  A reasonable opportunity to object or be heard with respect to the Motion and the relief requested therein has been afforded to all interested persons and entities.

D.     The Sale is in the best interests of the Debtors, their estates, their creditors, and other parties in interest.  The Debtors have demonstrated good, sufficient, and sound business purposes and justifications for the Sale.  The Debtors are the owners of the FFE and have good and marketable title to the same and have the authority to sell, assign and transfer their right, title and interest thereto.  There are no brokers involved in the transaction and the Sale is a legal and valid transfer of ownership to IMB.

E.     The Letter Agreement was negotiated and proposed, and has been entered into by the parties, in good faith, from arm's length bargaining positions, and without collusion.

---

[3]  When appropriate, findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact.  See Fed. R. Bankr. P. 7052.

066585.1001

IMB is a good faith purchaser within the meaning of section 363(m) of the Bankruptcy Code and is entitled to the protection thereof. Neither the Debtors nor IMB have engaged in any conduct that would cause or permit the Letter Agreement, or the sale of the Office Assets to IMB pursuant thereto and hereto, to be avoided under Bankruptcy Code section 363(n).

G.      Under the circumstances, and due and adequate notice having been provided, it is the best interests of the Debtors, their creditors, and all other parties in interest herein that the Office Assets be sold to IMB in a sale under section 363(b) of the Bankruptcy Code and Bankruptcy Rules 2002(c)(1) and 6004(f)(1).

H.      Notwithstanding the opportunity to purchase the Office Assets being afforded to the Potential Bidders through, among other means, service of the Motion and the Letter Agreement, IMB was the only party to submit an acceptable offer for the Office Assets. The consideration provided by IMB for the Office Assets pursuant to the Letter Agreement (i) is fair and reasonable, (ii) is the highest and best offer for the Office Assets, (iii) will provide a greater recovery for the Debtors' creditors than would be provided by any other available alternative, and (iv) constitutes reasonably equivalent value and fair consideration under the Bankruptcy Code and under the laws of the United States, any state, territory, possession, or the District of Columbia.

H.      The Debtors are authorized to sell the Office Assets free and clear of all interests of any kind or nature whatsoever because one or more of the standards set forth in Bankruptcy Code section 363(f)(1)-(5) have been satisfied. Those holders of interests who did not object to the Motion or the relief requested therein, or who imposed and then withdrew their objections, are deemed to have consented to the sale pursuant to Bankruptcy Code section 363(f)(2). Those holders of interests who did object fall within one or more of the other

066585.1001

subsections of Bankruptcy Code section 363(f) and are adequately protected by having their interests, if any, attach to the proceeds of the sale of the Office Assets.

I.      In connection with the Motion, the Debtors have represented to this Court that they are not seeking to (i) sell or lease personally identifiable information or (ii) interests in consumer credit contracts.

### IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.      The Motion is GRANTED to the extent set forth herein.

2.      Pursuant to sections 105(a), 363 and 365 of the Bankruptcy Code, the Debtors are hereby authorized and empowered (i) to enter into the Letter Agreement; (ii) to assume and assign the Office Leases, listed on Exhibit 2 hereto, to IMB; and (iii) to sell, transfer, and convey the Office Assets to IMB.

3.      The Letter Agreement and all of its terms are APPROVED, and this Order and the Letter Agreement shall be binding upon the Debtors, all creditors of the Debtors, and any trustees appointed in these proceedings or any trustees appointed in any subsequent proceedings under chapter 7 or chapter 11 of the Bankruptcy Code relating to the Debtors, and all other parties in interest herein.

4.      Upon the date of closing of the sale of the Office Assets (the "Closing Date"), the Office Assets shall be transferred to IMB free and clear of all liens, claims, encumbrances, or other interests, except as set forth in the Motion and Letter Agreement, pursuant to Bankruptcy Code sections 105(a) and 363; provided, however, that any existing liens, including the liens of the Debtors' postpetition lender, shall attach to the proceeds of the sale of the Office Assets in the order of priority and with the same validity, force and effect that such lien may have against the Office Assets at the time of the Sale.  All persons and entities

Page 4

(including, without limitation, all debt security holders, equity security holders, governmental, tax, and regulatory authorities, lenders, and trade and other creditors) holding interests of any kind or nature whatsoever against or in the Debtors or the Office Assets (whether legal or equitable, secured or unsecured, matured or unmatured, contingent or noncontingent, senior or subordinated) arising under or out of, in connection with, or in any way relating to the Debtors, the Office Assets, the operation of the Debtors' businesses prior to the Closing Date, or the transfer of the Office Assets to IMB, hereby are forever barred, estopped, and permanently enjoined from asserting against IMB, its successors or assigns, or the Office Assets, such persons' or entities' interests.

5.      Neither the execution nor performance of the License Agreement, nor the assumption of the Office Leases by the Debtors, nor the assignment of the Office Leases to the Purchaser, nor any of the conditions regarding the Debtors or this case described in Bankruptcy Code section 365(b)(2) shall constitute a default under any of the Offices Leases, now or at an time hereafter.

6.      IMB is hereby granted and is entitled to all of the protections provided to a good faith purchaser of the Office Assets under Section 363(m) of the Bankruptcy Code.

7.      Pursuant to Bankruptcy Code section 363(b), the Debtors and IMB, as well as their officers, employees, and agents, shall be, and hereby are, authorized to take any and all actions and/or execute any and all documents as may be necessary or desirable to consummate the transactions contemplated by the Letter Agreement. Any actions taken by the Debtors and IMB necessary or desirable to consummate such transactions prior to the entry of this Order are hereby ratified.

DB02:6199831.2                                                                                    066585.1001

8.     The Letter Agreement and any related agreements, documents, or other instruments may be modified, amended, or supplemented by the parties thereto, in a writing signed by both parties, and in accordance with the terms thereof, without further order of this Court; provided that any such modification, amendment or supplement does not have a material adverse effect on the Debtors' estates or counterparties to the Office Leases.

9.     The Debtors shall provide a notice identifying the proposed cure amount for each of the Office Leases to each non-Debtor party to an Office Lease no later than two (2) business days following entry of this Order. Such notice shall, among other things, list the Debtors' proposed cure amount (the "Proposed Cure Amount"). The deadline by which non-Debtor parties to the Office Leases must file an objection (the "Cure Amount Objection") to their scheduled Proposed Cure Amount is **September 7, 2007 at 4:00 p.m. (prevailing Eastern time)** (the "Cure Objection Deadline"). Such parties must also serve a copy of the Cure Amount Objection so as to be received no later than the Cure Objection Deadline on the same day to: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: James L. Patton, Jr.), counsel to the Debtors; (iii) Milestone Advisors, LLC 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn.: Jeffrey M. Levine); and (iv) Pachulski Stang Ziehl Young Jones & Weintraub, 919 North Market Street, 17th Floor, Wilmington, DE 19899 (Attn.: Curtis Hehn) and Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105 (Attn: Frederick D. Holden, Jr.), counsel to IMB. Such non-debtor parties shall (i) be forever barred from objecting to the Proposed Cure Amount and from asserting any additional cure or other amounts with respect to such Office Lease and the Debtors shall be

Page 6

entitled to rely solely upon the Proposed Cure Amount; and (ii) be deemed to have consented to

the assumption and assignment of such Office Lease and shall be forever barred and estopped

from asserting or claiming against the Debtors or such other successful bidder or any other

assignee of the Office Lease that any additional amounts are due or defaults exist, or conditions

to assumption and assignment must be satisfied under such Office Lease.

        10.    The failure specifically to include any particular provisions of the Letter

Agreement in this Order shall not diminish or impair the effectiveness of such provision, it being

the intent of the Court that the Letter Agreement be authorized and approved in its entirety.

        11.    There is no assumption of liabilities by IMB other than as set forth in the

Letter Agreement; IMB is not a successor to the Debtors, nor is the Purchaser a successor

employer of any current or former employees of the Debtors who are hired by the Purchaser;

upon the closing of the Sale approved hereunder and solely with respect to the Office Assets

under the Sale, the creditors, employees and equity holders of the Debtors, are permanently and

forever barred, restrained and enjoined from asserting any claims or enforcing any remedies, or

commencing or continuing in any manner any action or proceeding of any kind against the

Purchaser with respect to the Office Assets on account of any liens, claims or liabilities or

asserting any claims or enforcing any remedies under any theory of successor liability, de facto

merger, or substantial continuity; on the closing date, this Order shall be construed and shall

constitute for all purposes a full and complete general assignment, conveyance and transfer of all

of the Office Assets or a bill of sale transferring good and marketable title in such Office Assets

to the Purchaser on the closing date; no bulk sales or similar laws are applicable to the sale; if,

following entry of this Order approving the sale of the Office Assets free and clear of liens, any

person or entity that held a lien on the Office Assets fails or refuses to deliver a release of lien or

Page 7

similar release to evidence such sale free and clear, the Purchaser is authorized to file or record

such release in the name or on behalf of such person or entity; all persons and entities, including

filing agents, filing officers, title agents, title companies, recorders of mortgages, recorders of

deeds, registrars of deeds, administrative agencies or units, governmental departments or units,

secretaries of state, federal, state or local officials and all other persons who may be required by

operation of law, the duties of their office, or contract, to accept, file register or otherwise record

or release any documents or instruments, or who may be required to report or insure any title or

state of title to any of the Office Asset are directed to strike all recorded liens, interests and

encumbrances against the Office Assets from their records, official or otherwise; and each and

every federal, state and governmental agency or department, and any other person or entity, is

hereby directed to accept any and all documents and instruments necessary or appropriate to

consummate the transactions approved by this Order; and this Order is binding in all respects,

solely with respect to the Office Assets under the Sale, upon the creditors and equity holders of

the Debtors, all non-debtor parties to any assumed Office Leases or other assumed contracts or

leases, any official committees appointed in these cases, all successors and assigns of the

Debtors, any trustees, examiners or "responsible persons" or other fiduciaries appointed in these

cases or upon conversion to chapter 7 of the Bankruptcy Code. Nothing in this paragraph or this

Order shall be construed as a finding or conclusion that the transactions which are the subject of

the Motion are exempt under 11 U.S.C. § 1146(a).

        12.    Upon the closing of the Sale, and except as otherwise expressly provided

in the Letter Agreement, IMB shall not be liable for any claims against, and liabilities and

obligations of, the Debtors or any of the Debtors' predecessors or affiliates. Without limiting the

generality of the foregoing, (a) IMB shall have no liability or obligation to pay wages, bonuses,

Page 8

severance pay, benefits (including, without limitation, contributions or payments on account of any under-funding with respect to any pension plan) or make any other payment to employees or former employees of the Debtors, (b) IMB shall have no liability or obligation in respect of any collective bargaining agreement, employee pension plan, employee health plan, employee retention program, employee incentive program or any other similar agreement, plan or program to which any Debtors are a party (including, without limitation, liabilities or obligations arising from or related to the rejection of termination of any such plan, program agreement or benefit), (c) IMB shall in no way be deemed a party or assignee of any such employee benefit, agreement, plan or program, (d) and all parties to any such employee benefit, agreement, plan or program are enjoined from asserting against IMB any claims arising from or relating to such employee benefit, agreement, plan or program.

13.    As provided by Bankruptcy Rule 6004(g) and 6006(d), this Order shall not be stayed for ten (10) days after entry thereof and shall be effective and enforceable immediately.

14.    This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Letter Agreement or this Order.

Dated: Wilmington, Delaware
August 24, 2007

Christopher S. Sontchi
United States Bankruptcy Judge

# **EXHIBIT 1**

**Letter Agreement**

**INDYMAC BANK, F.S.B.**
888 E. Walnut Street
Pasadena, CA 91101

August 7, 2007

American Home Mortgage
538 Broad Hollow Road
Melville, NY 11747

Attention: Mr. Michael Strauss

Dear Michael:

Per our discussions, attached is a License Agreement (the "License") for your execution on behalf of American Home Mortgage ("AHM") that will allow Indymac Bank F.S.B. ("IMB") to conduct operations out of the offices set forth on Exhibit "A" (collectively, the "Offices" and each, individually, an "Office"). The License Agreement is submitted in connection with IMB's bid to assume the leases (the "Office Leases") for the Offices and to purchase the furniture, fixtures, and equipment located in the Offices (the "FFE" and, together with the Office Leases, collectively, the "Office Assets"). The terms of IMB's offer to purchase are as subsequently set forth herein. We understand, and you agree, that upon your acceptance of IMB's bid to acquire the Office Assets, AHM will submit a motion in AHM's pending bankruptcy case seeking (i) the Bankruptcy Court's approval of IMB's purchase of the Office Assets subject to any higher and better bids that AHM may receive for the Office Assets; (ii) bid procedures for purposes of conducting an auction of the Office Assets (the "Auction"); and (iii) approving IMB's occupation and use of the Offices in accordance with the License pending the Auction and IMB's purchase of the Office Assets, with the granting of the License to be in lieu of any break-up fee or other bid protections being provided to IMB. AHM will seek to have such motion heard and approved by the Bankruptcy Court within two days after the date of this letter.

Subject to any extension IMB may grant, in writing, in its sole and absolute discretion, this letter and the commitments in it will be of no force or effect unless (1) IMB is granted by AHM access to and use of all of the Offices by August 8, 2007; (2) the License is signed this day (by midnight August 7, 2007 Pacific Daylight Time) by AHM; and (3) AHM shall have filed with the Bankruptcy Court by August 10, 2007 an emergency motion (or motions) for the approval of the License Agreement and the Auction procedures.

As consideration for the purchase of the Office Assets, IMB shall (i) pay AHM a cash payment of $2,500,000 (the "Cash Payment"); (ii) assume the following liabilities in connection with the Office Assets: (a) phone company arrearages with respect to any of the Office Assets in an amount not to exceed $50,000; and (b) amounts necessary to satisfy any other arrearages, liens, or security interests with respect to the Offices Assets in an amount not to exceed $50,000 (collectively, the "Assumed Liabilities"); (iii) take assignment of and assume all liabilities under the Office Leases that are not Excluded Leases (hereinafter defined); and (iv) pay AHM an amount equal to the security deposits, if any, held by landlords in connection with the Office Leases that are not Excluded Leases, less (a) any charges made or claims retained by the landlords with regard to their security deposit relating to AHM's occupancy and (b) any amounts paid by IMB to the landlords to cure any of AHM's defaults or other obligations under the Office Leases. If IMB designates any additional offices ("Additional Offices") to be included as Offices and as part of the Office Assets and as the result of such addition of the Additional Offices (net of any removed Offices ("Removed Offices") related to Excluded Leases (as defined below)), sixty percent (60%) of the book value of the FFE at the Offices plus Additional Offices minus the Removed Offices exceeds the Cash Payment, then the Cash Payment shall be increased by an amount equal to sixty percent (60%) of

OHS West:260282165.3

American Home Mortgage
August 7, 2007
Page 2

AHM's book value of the FFE for FFE not paid for (at the 60% of book value rate) as part of the Cash Payment. Notwithstanding the foregoing, the Cash Payment shall be decreased by the amount, if any, that IMB pays for any cure costs in connection with the assumed Office Leases or any other costs attributable to the Office Assets that are collectively in excess of the Assumed Liabilities. Notwithstanding anything to the contrary in this letter, any payments by IMB to third parties to cure arrearages or pay claims secured by liens or security interests with respect to the Premises shall be deducted from the Cash Payment. Subject to the payment of any cure amounts and other claims with respect to the Office Leases from the Cash Payment, the Office Assets shall be transferred to IMB free and clear of any claims, arrearages, liens or encumbrances. IMB's obligation to make the Cash Payment shall be subject to AHM's certification and confirmation (as acknowledged pursuant to AHM's counter-signature below) that since August 1, 2007 it has not removed or authorized the removal, and from this day forward it will not remove or authorize the removal, of any of the FFE reflected on Exhibit "A" from the Offices, and that all such FFE will be included in the bill of sale to IMB.

Notwithstanding the foregoing, within 10 business days of the granting of the License, IMB may, by written notice to AHM, elect to exclude (i) up to ten percent (10%) of the Office Leases from the Office Assets to be acquired by IMB as listed on Exhibit "A" plus any Office Leases for Additional Offices (as identified in writing by IMB to AHM within 10 business days of the granting of the License), and (ii) any Office Leases that IMB reasonably determines to be ten percent (10%) or more over market in rent and other financial obligations. Any Office Leases so excluded are referred to herein as "Excluded Leases." IMB's offer to acquire the Office Assets is contingent upon approval by the Bankruptcy Court of a sale and assignment of the Office Assets that permits IMB to assume Office Leases for not less than seventy-five percent (75%) of the Offices, after exclusion of the Excluded Leases.

Pursuant to the License Agreement, IMB will gain the right to use the Offices, together with the FFE and various utilities and support services related to the operations of the Offices. Under the terms of the License, as set forth therein, IMB would be responsible for payment of all expenses, including rent, utility services, phone usage, security, janitorial, cleaning, and other costs, in connection with the use of the Offices and would reimburse AHM for the same together with a payment of $25,000 per month for any administrative costs incurred by AHM in connection with the License.

Please sign and fax (or scan and email) back to me a signed copy of this offer and the License at (626) 535 - 4180. Upon receipt, I will countersign the License Agreement and fax it back to you. Please provide a preferred fax number. To facilitate the payments contemplated by this letter, please also send me a completed and signed Form W-9.

Sincerely,

INDYMAC BANK, F.S.B.

Jules Vogel
Executive Vice President

American Home Mortgage
August 7, 2007
Page 3


## ACCEPTED, ACKNOWLEDGED AND AGREED

**American Home Mortgage**

By: _____

Name: _Stephen A. Hozie_____

Title: _EVP & CFO_____

Date:  August 7, 2007

Exhibit A

| BranchName | City | State | Address | Cost Center |
|---|---|---|---|---|
| Alameda CA 320 | Alameda | CA | 1312 Webster Street | 02050 |
| Albuquerque Uptown NM 2171 | Albuquerque | NM | 6600 Uptown Blvd. NE | 02171 |
| Avalanche CA 169 | Avalanche | CA | 5221 E. Greenwood | 00400 |
| Angels Camp CA 245 | Angels Camp | CA | 1239 S. Main St. | 00245 |
| Burlington WA 2188 | Burlington | WA | 1766 Park Street | 02188 |
| Big Sky 2438 | Big Sky | MT | 40 Meadow Village Suite 203 | A70A |
| Bloomington MN 2619 | Bloomington | MN | 1650 West End St | 02619 |
| Boise ID 2023 | Boise | ID | 6820 W Emerald | 02023 |
| Bozeman Main MT 2729 | Bozeman | MT | 2316 W. Main St. | 02729 |
| Campbell Category01 CA 240 | Campbell | CA | 151 E. Campbell Avenue | 00240 |
| Chenal Lafayette LA 2331 | Chenal | LA | 316 Calvery Road | 02313 |
| Chaffee LA 777 | Chaffee | LA | 11777 Chenal Court Drive | 00711 |
| Chandler 642 D812 | Chandler | AZ | 225 Adams Place | 00512 |
| Chaska MN 317 | Chaska | MN | 11017 Handlers Blvd. Ste 300 | 01313 |
| Cheyenne WY 263 | Cheyenne | WY | 413 S Field St. | 00263 |
| Coeur d'Alene ID 2227 | Coeur D Alene | ID | 1221 Ironwood Dr | 02227 |
| Concord Sutter Street CA 342 | Concord | CA | 2000 Sutter Street | 00342 |
| Del Rio Border FCU TX 2475 | Del Rio | TX | 600 E. Gibbs Street | 02475 |
| Eagle ID 2074 | Eagle | ID | 492 E. Main Drive | 02074 |
| Edmonds | Edmonds | WA | 21704 76th Ave. West Ste 100 | A70A |
| Elk Grove CA 3115 | Elk Grove | CA | 9055 E Bruchow Blvd | 03115 |
| Homestead TX 2150 | Homestead | TX | 20051 Long Enslin Road | A8150 |
| Glendale AZ 1921 | Glendale | AZ | 5859 W West Blvd | 03121 |
| Grand Junction 1st CO 422 | Grand Junction | CO | 2417 Patterson Road | 00422 |
| Greenwood Village CO 2004 | Greenwood Village | CO | 8101 East Prentice Avenue | 02000 |
| Gresham CA 2057 | Gresham | OR | 520 North Main | 02057 |
| Helena MT 2214 | Helena | MT | 825 Great Northern Boulevard | 02214 |
| Honolulu HI 00401 | Honolulu | HI | 2270 Corporate Circle | 00401 |
| Houston Elmwood TX 3333 | Houston | TX | 1717 Bishop Street | 03333 |
| Indian Wells CA 014 | Indian Wells | TX | 1234 N. Post Oak | 00134 |
| Irving Star MA 2695 | West Des Moines | CA | 74-999 Highway 111 | 00314 |
| Keene HI 2432 | Keene | IA | 2822 Western Parkway | 02695 |
| Kapolei HI 2481 | Kapolei | HI | 1001 Kamokila Boulevard | 02482 |
| Kirkland WA 2170 | Kirkland | WA | 1001 Fairplace | 02170 |
| La Jolla CA 211 | La Jolla | CA | 4221 Executive Square | #0211 |
| Loudoun HI 2012 | Loudoun | HI | 1221 Positive Street | 02042 |
| Lakewood WA 2072 | Lakewood | WA | 5948 100th Street | 02072 |
| Las Vegas NY 2753 | Las Vegas | NV | 7777 South Rainbow Blvd. | 00153 |
| Layton UT 2330 | Layton | UT | 929 West Heritage Park Blvd | 02330 |
| Littleton CO 2205 | Littleton | CO | 1700 W Coast Drive | 02205 |
| Long Beach Kilroy CA 307 | Long Beach | CA | 3780 Kilroy Airport Way | 00307 |
| Maple Grove MN 2169 | Maple Grove | MN | 7767 Elm Creek Blvd. | 01369 |
| Missoula MT 2005 | Missoula | MT | 1002 Dearborn Avenue | 02045 |
| Modesto CA 211 | Modesto | CA | 1129 Heiak Street | 90041 |
| Monterey CA 356 | Monterey | CA | 795 Foam Street | 00356 |
| Moses ID 2076 | Moses | ID | 756 18th Avenue South | 00076 |
| Colorado Springs | Colorado Springs | CO | 2604 Tenderfoot Hill Street | #0463 |
| Pomona CA 300 | Pomona | CA | 3391 Temple Avenue | 01024 |
| Portland OR 2354 | Portland | OR | 10220 SW Greenburg Road | 02058 |
| Portland OR 2357 | Portland | OR | 10220 SW Greenburg Rd | 02357 |
| Rancho Cucamonga CA 307 | Rancho Cucamonga | CA | 9650 Haven Ave. #350 | 00360 |

AUG. 9. 2007  3:39PM    AMERICAN-HOME-MORTGAGE                    NO. 2477    P. 5

| BranchName | City | State | Address | CostCenter |
|---|---|---|---|---|
| Riverside CA 3316 | Riverside | CA | 1775 E Adams Street | 00110 |
| Roseville CA 344 | Roseville | CA | 1508 Eureka Road | 03016 |
| Rowlett TX 3228 | Rowlett | TX | 4909 Rowlett Drive | 03328 |
| Sacramento CA 2802 | Sacramento | CA | 1619 Arden Way | 02802 |
| Salinas CA 1331 | Salinas | CA | 23 West Street | 02321 |
| Salt Lake City UT 2164 | Salt Lake City | UT | 5613 South 2400 East | 02164 |
| Scottsdale 3 AZ 1319 | Scottsdale | AZ | 14700 East Vista Bonita | 01319 |
| Scottsdale Venture 1 AZ 2257 | Scottsdale | AZ | 8700 E Via De Ventura | 02257 |
| Sherwood OR 1455 | Sherwood | OR | 24812 SW Apg Rogers Road | 01455 |
| Sioux Falls SD 1543 | Sioux Falls | SD | 2409 West 4th Street | 01543 |
| Sonora CA 146 | Sonora | CA | 79 N. Washington Street | 00146 |
| Temecula CA 2469 | Temecula | CA | 27431 Ynez Road | 02469 |
| Centralia CO 3723 | Colorado Springs | CO | 2503 Knoke Fort Gill Street | 03727 |
| Torrance CA 113 | Torrance | CA | 22930 Hawthorne Blvd | 00113 |
| Walnut Creek CA 338 | Walnut Creek | CA | 593 Ygnacio Valley Road | 00338 |
| West Linn OR 2201 | West Linn | OR | 18100 Blankenship Rd. | 02201 |
| Yakima WA 1462 | Yakima | WA | 617 Triple Crown Way | 01462 |
| Yuma Valley CA 116 | Yuma Valley | CA | 18252 Yard Highway | 00116 |
| Total |  | 70 |  |  |

## LICENSE AGREEMENT

This **LICENSE AGREEMENT** ("License Agreement") is made and entered into as of the 7th day of August, 2007, between AMERICAN HOME MORTGAGE ("Licensor"), and INDYMAC BANK, F.S.B. ("Licensee") for the right to use the office space, and all furniture, fixtures and equipment located within such office space, including utilities, telephone and Internet service supplied to such office space and all other items owned, rented, leased or otherwise controlled by Licensor at the office locations listed on Exhibit "A" attached hereto (such office space and all furniture, fixtures, equipment, utilities, telephone service and Internet service are collectively referred to herein as the "Premises"), with reference to the following:

**LICENSE.** Licensor hereby grants to Licensee a license to use the Premises and Licensee hereby accepts such license to use the Premises from Licensor on the terms and conditions set forth in this License Agreement. From and after the Effective Date (defined below), to preserve the confidentiality of Licensee's documentation maintained at the Premises, Licensor shall not grant any other person or entity the right to use or access the Premises without Licensee's prior written consent. Notwithstanding the foregoing, Licensor shall have the right to enter the Premises upon reasonable prior notice to Licensee; provided, however, that during any such entry by Licensor, the parties shall implement reasonable procedures to protect the confidentiality of Licensee's documentation and other information within the Premises. The foregoing license shall include Licensee's right to use software applications on Licensor's computers and other intellectual property within the Premises, to the extent permitted by applicable law as reasonably determined by Licensee; provided, however, the license shall exclude any right to use Licensor's loan origination system, Licensor's point-of-sale system and any proprietary software developed by or especially for Licensor. Licensee shall have access to and may use the Premises seven days per week, twenty-four hours per day, three hundred sixty-five days per year. Licensee and its employees, agents and invitees shall have the right to use the parking spaces in the parking area allocated to the Premises in accordance with the applicable leases in common with other users of the buildings containing the Premises.

**TERM.** The term of this License Agreement ("Term") shall commence on the date Licensee obtains access to the Premises (the "Effective Date") and shall continue thereafter until terminated by either party upon not less than fifteen (15) business days notice. The Term shall expire at midnight on the date specified in the written notice from either party electing to terminate this License Agreement.

This License Agreement shall be of no force or effect unless the Effective Date occurs by August 8, 2007, unless that deadline is mutually extended by each of Licensor and Licensee in its sole and absolute discretion. Effective upon execution of this License Agreement, Licensor shall cause Licensee to have access to and use of all of the Premises.

**MONTHLY LICENSE FEE. SERVICES.** During the Term, Licensee shall pay Licensor a fee (the "License Fee") equal to (i) the amount of the actual monthly rent and additional rent, including operating expenses, utilities, real estate taxes and insurance, payable by Licensor with respect to the Premises pursuant to the applicable leases for the Premises for the period that Licensee is provided access to and use of the Premises, plus (ii) the amount of the actual monthly charges payable by Licensor to third parties for all facility and telecommunication service contracts servicing the Premises, plus (iii) $25,000 per month (the "Licensor Services Component") (prorated for any partial months) to cover the cost of four (4) Licensor employees (or contractors) providing bill processing/accounts payable services related to the Premises and telecommunications/data network/computer desktop/Internet support to the Premises and Licensee's employees working at or remotely from the office locations constituting the Premises, until such time as Licensee assumes responsibility for providing such services directly. Licensor makes no representations or warranties with respect to any services so provided, including, without limitation, the quality or adequacy of any services provided to Licensee under this License Agreement. To facilitate the calculation of the License Fee, Licensor shall deliver to Licensee (a) complete copies of each of Licensor's leases with respect to the Premises within three (3) days after the Effective Date, and (b) copies of each of the invoices from the applicable third parties for the portion of the License Fee payable pursuant to subclause (ii) above. Prior to the approval of this License Agreement by the United States Bankruptcy Court in the Licensor's pending Bankruptcy case, Licensor shall pay the License Fee weekly on each Friday, prorated for its actual days of occupancy based on the actual number of days in the applicable calendar

OHS West:260282163.3                          1

month (with the first such payment to be paid on or before August 10). Upon approval of this License Agreement by the United States Bankruptcy Court in the Licensor's pending Bankruptcy case, Licensee shall pay the remainder of the License Fee for the calendar month of August (or, if Bankruptcy Court approval is not obtained until September, then for the calendar month of September), 2007 in full. The License Fee shall be calculated based on a schedule provided by Licensor and other payees and amounts (setting forth the name, address and amount due for each landlord and other vendor for the month of August) to be paid solely with respect to the calendar month of August, 2007 with respect to the Premises (which payments shall be subject to reconciliation in subsequent months based upon landlord- and vendor-specific invoices). Thereafter, Licensee shall pay Licensor the License Fee on or before the date the applicable portion of the License Fee is due and payable in accordance with the terms of the applicable lease or other agreement with or invoice from the applicable third-party provider. The Licensor Services Component of the License Fee shall be paid by Licensee to Licensor on or before the ninth (9th) day of the applicable calendar month, provided, however, that until the Bankruptcy Court in the Licensor's Pending Bankruptcy case approves this License Agreement, the Licensor Services Component of the License Fee shall be prorated and paid concurrently with the License Fee. Licensee shall pay all of the License Fee to Licensor (at Licensor's address set forth below or at such other address as Licensor shall identify in writing to Licensee) and Licensor shall pay to the applicable landlord or other third party provider all amounts payable to such applicable landlord or third party provider. The License Fee for any partial month during the Term shall be prorated based on the actual number of days in the applicable calendar month that Licensee has the use of and access to the Premises to the extent Licensor is able to receive a pro-rated refund under any lease or third party vendor service (unless such termination is caused by Licensor, in which event Licensee shall be entitled to prorate regardless of whether Licensor is entitled to receive a prorated refund under the lease or third party vendor service). Prior to any payment by Licensee to Licensor pursuant to this License Agreement, Licensor shall deliver to Licensee a completed and signed Form W-9.

Notwithstanding anything to the contrary in this License Agreement, Licensee shall have no obligation to pay Licensor for any period of time that Licensee is denied physical access to the Premises or any portion thereof and, if Licensee is denied physical access to any portion of the Premises for any period longer than 24 hours, Licensee may, at its sole option, elect to terminate the license with respect to such portion of the Premises and, upon such termination, Licensee shall have no further obligation for any portion of the License Fee accruing after such termination and with respect to such portion of the Premises. In the event of such a termination, Licensor shall refund to Licensee any payments of the License Fee made by Licensee that are allocable to the period of time subsequent to such termination to the extent Licensor is able to receive a pro-rated refund under any lease or third party vendor service (unless such termination is caused by Licensor, in which event Licensee shall be entitled to the refund regardless of whether Licensor is entitled to receive a prorated refund under the lease or third party vendor service). Except for the License Fee payable pursuant to this paragraph, in no event shall Licensee be liable or obligated to Licensor or any other party, for any other amounts whatsoever for Licensor's grant of the license and the use of the Premises in accordance with the terms of this License Agreement.

The services provided to Licensee at the Premises shall include all utilities, including without limitation, electricity and heating, ventilation and air conditioning, and janitorial services. Such services will be provided in the same manner and to the extent that such services were provided to the Premises immediately prior to the Effective Date and Licensor makes no representation or warranty with respect to such services, including, without limitation, the quality or adequacy of such services.

Licensor shall allow Licensee access to the Internet via Licensor's telephone, cable modem, ISDN or DSL service and equipment within the Premises, whichever is available and selected by Licensee, provided that Licensor makes no representation and warranties with respect to the same and shall, in no event, be responsible for any loss or damages to Licensee arising out of such use. Licensee shall have the right to have mail delivered to Licensee at the Premises and to permit third-party courier services to deliver and retrieve packages at the Premises.

CONDITION OF OFFICE SPACE. Licensee shall accept the Premises in its "as-is" condition and "as-built" configuration existing on the Effective Date.

**PERMITTED USE.** Licensee shall use the Premises only for general office purposes and for purposes of conducting consumer retail lending services, including, without limitation, the origination, documentation, and administration of loans and mortgages. The foregoing permitted uses are collectively referred to in this License Agreement as the "Permitted Use".

**CARE, MAINTENANCE AND REPAIR.** Licensee shall, at its sole expense, keep the Premises in a clean, neat and orderly condition (ordinary wear and tear excepted), and in compliance with all applicable laws.

**INSURANCE.** During the Term, Licensee, at its sole expense, shall obtain and maintain policies of commercial general liability insurance, including personal injury, bodily injury, death and broad form property damage, in such limits as Licensee, with Licensor's consent (which consent shall not be unreasonably withheld) may determine are reasonably appropriate for the Premises and the operation of the Permitted Use. Licensee shall cause Licensor to be listed as an additional named insured on all policies of insurance obtained by Licensee with respect to the Premises and Licensee's use of the Premises.

**CONSUMER CONFIDENTIAL INFORMATION.** Licensor shall use its best effort to remove, before the Effective Date, any and all consumer confidential information at any of the Premises, including, without limitation, any and all customer loan profiles ("Consumer Confidential Information"). Licensee shall use its best efforts to package and deliver to the Licensor, at addresses to be provided to Licensee, any Consumer Confidential Information that Licensee discovers remaining at the Premises on or after the Effective Date.

**LICENSEE'S PROPERTY.** All of Licensee's equipment and supplies delivered to the Premises by Licensee, together with all other personal property owned by Licensee and located within the Premises after the Effective Date, shall remain the property of Licensee, shall not be subject to any lien or claim of ownership by Licensor and may be removed by Licensee from time to time during the Term or upon the termination of this License Agreement.

**NOTICES.** Notices between Licensor and Licensee shall be in writing, and shall be effectively served by personal delivery or Certified or Registered Mail as follows (in which case, the date of receipt or refusal shall be the date of notice):

To Licensee:

> IndyMac Bank, F.S.B.
> 888 East Walnut Street
> Pasadena, California 91101
> Attn: Corporate Real Estate

With a copy to:

> CB Richard Ellis, Inc.
> 355 South Grand Avenue
> Los Angeles, CA 90071
> Attn: Mark Sprague

To Licensor:

> American Home Mortgage
> 538 Broad Hollow Road
> Melville, NY 11747
> Attn: Mr. Kevin Nystrom

**INDEMNIFICATION BY LICENSEE.** Licensee shall indemnify, defend and hold Licensor harmless from any and all claims, losses, costs (including, without limitation, reasonable attorneys' fees and costs), damages and

liens (collectively, "Claims") which Licensor actually incurs as a direct result of Licensee's or its employees' or invitees' use of or damage to, the Premises or failure to vacate the Premises upon termination of this License Agreement. Such rights of indemnity shall exclude (a) any and all Claims resulting from or related to Licensor's gross negligence or willful misconduct, (b) any Claims or other liabilities resulting from any claims of breach or default by the landlords under Licensor's leases for the Premises unless the same are as a direct result of activities conducted by Licensee at the Premises that do not constitute a Permitted Use, and (c) normal wear and tear in connection with Licensee's use of the Premises in accordance with this License Agreement.

**INDEMNIFICATION BY LICENSOR.** Licensor shall indemnify, defend and hold Licensee harmless from any and all Claims which Licensee actually incurs as a direct result of Licensor's execution and delivery of this License Agreement, including any Claims resulting from Licensor's failure to pay any amounts due to landlord's or third-party service providers from amounts remitted to Licensor as part of the License Fee. Such rights of indemnity shall exclude (a) Claims of Licensor's landlords in connection with any use of the Premises by Licensee that is not a Permitted Use, and (b) all Claims resulting from or related to Licensee's gross negligence or willful misconduct.

**MISCELLANEOUS.** No waiver by either party of any breach hereunder shall be implied from any omission by that party to take any action on account of such breach if such breach persists or be repeated, and no express written waiver shall affect any breach other than the breach specified in the express written waiver and only to the extent therein stated. This License Agreement, along with Exhibit "A" attached hereto, constitutes the entire and exclusive agreement between Licensor and Licensee with respect to the use of the Premises by Licensee. This License Agreement may be altered, amended or modified only by an instrument in writing signed by both Licensor and Licensee. This License Assignment shall be governed by and construed in accordance with the laws of the State of California, without regard to its conflicts of law principles. This License Agreement may be executed in counterparts, all of which shall constitute the same License Agreement, notwithstanding that all parties are not signatory to the same or original counterpart. Licensor and Licensee each represent and warrant to the other that (a) subject to United States Bankruptcy Court approval, each party has the full right, power and lawful authority to enter into this License Agreement and to consummate the transactions contemplated herein, and (b) this License Agreement has been duly authorized by all necessary corporate action.

(Signature Page Follows Immediately)

The parties have executed this License Agreement as of the date first set forth above.

LICENSEE:
INDYMAC BANK, F.S.B., a federally chartered
savings bank

By: _____

LICENSOR:

AMERICAN HOME MORTGAGE

By: _____

EXHIBIT A

DESCRIPTION OF THE LOCATIONS OF THE PREMISES

OHS West:260282163.3

Exhibit A

| BranchName | City | State | Address | Cost Center |
|---|---|---|---|---|
| Albemarle CA 350 | Albemarle | CA | 1582 W Price Street | 00030 |
| Albuquerque Uptown NM 2121 | Albuquerque | NM | 6001 Uptown Blvd NE | 02271 |
| Anaheim CA 369 | Anaheim | CA | 2301 E. Crosswood | 00569 |
| Angels Camp CA 345 | Angels Camp | CA | 1259 S. Main St. | 00645 |
| Bellingham WA 2199 | Bellingham | WA | 1196 Town Road | 02185 |
| Big Sky MT 2163 | Big Sky | MT | 54 Meadow Village Spur Rd | N/A |
| Bloomington NM 2119 | Bloomington | NM | 100 West 62nd St. | 02109 |
| Boise ID 2021 | Boise | ID | 3850 W Emerald | 00305 |
| Bozeman Main MT 2229 | Bozeman | MT | 2816 W. Main St. | 02229 |
| Campbell Chapel CA 540 | Campbell | CA | 211 E Campbell Avenue | 00340 |
| Concord Lafayette LA 1331 | Lafayette | LA | 117 E Gardner Road | 02411 |
| Cerritos CA 377 | Cerritos | CA | 17777 Centre Court Drive | 00377 |
| Chandler AZ 01312 | Chandler | AZ | 725 S Antique Place | 01312 |
| Chinle AN 1713 | Chinle | NM | 1127 Heraldeet Blvd. Ste. 290 | 01519 |
| Claremont WV 253 | Claremont | WA | 635 W 22nd Franklin | 00253 |
| Coeur d'Alene ID 2227 | Coeur D'Alene | ID | 7221 Fernwood Dr. | 02227 |
| Concord Salem Street CA 562 | Concord | CA | 1800 Salter Street | 00562 |
| DATA Tracker ECO TX 2475 | Del Rio | TX | 608 E. Ohio Street | 02475 |
| Emeld ID 2024 | Emeld | ID | 4621 S. Shore Drive | 02024 |
| Edmonds WA 2115 | Edmonds | WA | 21936 76th Ave. West. Ste 110 | N/A |
| Elk Grove CA 2115 | Elk Grove | CA | 9518 Elkshine Blvd | 02115 |
| Eleanor TX 2160 | Eleanor Mound | TX | 2165 Apex Prairie Road | 02160 |
| Glendale AZ 2321 | Glendale | AZ | 5859 W Thunderbird | 02321 |
| Grand Junction CO 2033 | Grand Junction | CO | 2478 Patterson Road | 02033 |
| Greenwood Village CO 2004 | Greenwood Village | CO | 8101 East Prentice Avenue | 02004 |
| Gresham OR 2057 | Gresham | OR | 202 Rock Mesa | 02057 |
| Helena MT 2255 | Helena | MT | 825 Great Northern Boulevard | 02355 |
| Henderson NV 257 | Henderson | NV | 235 Corporate Circle | 00517 |
| Honolulu HI 03401 | Honolulu | HI | 2317 Riches Street | 03401 |
| Houston Richmond TX 3333 | Houston | TX | 7328 W. Fort Ohio | 03333 |
| Indian Wells CA 306 | Indian Wells | CA | 74-899 Highway 111 | 00514 |
| West Des Moines IA 2093 | West Des Moines | IA | 2703 Western Parkway | 02093 |
| Kent HI 2442 | Kent | HI | 45646 Aehu Highway | 02442 |
| Kapolei HI 2411 | Kapolei | HI | 11021 Kamakila Boulevard | 02411 |
| Kirkland WA 2170 | Kirkland | WA | 151 Parkplace | 02170 |
| La Jolla CA 311 | La Jolla | CA | 4225 Executive Square | 00311 |
| Lahaina HI 2901 | Lahaina | HI | 1221 Farallon Street | 02901 |
| Lakewood WA 2072 | Lakewood | WA | 5601 50th Street | 02072 |
| Las Vegas NV 303 | Las Vegas | NV | 7771 Hardy Rainbow Blvd. | 00303 |
| Layton UT 2035 | Layton | UT | 929 West Hardings Park Blvd | 02035 |
| Lebanon OR 2065 | Lebanon | OR | 3700 Kleine Albany Hwy | 02065 |
| Long Beach Kisey CA 397 | Long Beach | CA | 3700 Kleine Albany Blvd. | 00397 |
| Maple Grove MN 2199 | Maple Grove | MN | 7367 Edin Check Blvd. | 02199 |
| Missoula MT 2045 | Missoula | MT | 1401 Bimbeart Avenue | 02045 |
| Modesto CA 351 | Modesto | CA | 1631 Main Street | 00351 |
| Monterey CA 356 | Monterey | CA | 799 Monterey Street | 00356 |
| Nampa ID 2075 | Nampa | ID | 724 12th Avenue South | 02075 |
| Park Boardman Mortgage | Colorado Springs | CO | 2020 Treekate Hill Street | 02563 |
| Pomona CA 304 | Pomona | CA | 3185 Kenshe Avenue | 00304 |
| Portland OR 2058 | Portland | OR | 10220 SW Greenburg Road | 02058 |
| Portland OR 2231 | Portland | OR | 10220 SW Greenburg Rd | 02231 |
| Rancho Cucamonga CA 309 | Rancho Cucamonga | CA | 36501 Foven Ave. #250 | 00309 |

AUG. 9. 2007  3:39PM    AMERICAN-HOME-MORTGAGE                    NO. 2477   P. 5

| BranchName | City | State | Address | Cost Center |
|---|---|---|---|---|
| Riverside CA 219 | Riverside | CA | 3728 Adams Street | 03810 |
| Roseville CA 244 | Roseville | CA | 1400 Delrio Road | 01064 |
| Rowlett TX 3328 | Rowlett | TX | 4700 Rowlett Drive | 03328 |
| Sacramento CA 2402 | Sacramento | CA | 1600 Arden Way | 02402 |
| Salinas CA 1321 | Salinas | CA | 2 Salinas Street | 01321 |
| Salt Lake City UT 3346 | Salt Lake City | UT | 5411 South 900 East | 02141 |
| Scottsdale AZ 3110 | Scottsdale | AZ | 8700 Bent Tree Circle | 03110 |
| Scottsdale Ventura AZ 2507 | Scottsdale | AZ | 8700 E. Via De Ventura | 02507 |
| Sherwood OR 2159 | Sherwood | OR | 20612 SW Roy Rogers Road | 02159 |
| Sioux Falls SD 3141 | Sioux Falls | SD | 2409 W 41th Street | 03141 |
| Sonora CA 749 | Sonora | CA | 172 N. Washington Street | 00749 |
| Temecula CA 2409 | Temecula | CA | 27450 Ynez Road | 02409 |
| Vederbolt CO 3729 | Colorado Springs | CO | 2930 Timberfoot Hill Street | 03729 |
| Torrance CA 111 | Torrance | CA | 2708 Skypark Drive | 00111 |
| Walnut Creek CA 223 | Walnut Creek | CA | 1300 Ygnacio Valley Road | 00223 |
| West Linn OR 3201 | West Linn | OR | 18009 Blankenship Rd | 03201 |
| Yakima WA 2462 | Yakima | WA | 917 Triple Crown Way | 02462 |
| Yucca Valley CA 315 | Yucca Valley | CA | 55351 29 Palms Highway | 00315 |
| Total | 29 | | | |

# EXHIBIT 2

**List of Office Leases**

## Final Branch List - 8/21/07

| # | BranchName | Address | City | State | Cost Center |
|---|---|---|---|---|---|
| 1 | Alameda CA 330 | 1512 Webster Street | Alameda | CA | 00330 |
| 2 | Albuquerque Uptown NM 2171 | 6000 Uptown Blvd. NE | Albuquerque | NM | 02171 |
| 3 | Anaheim CA 369 | 2390 E. Orangewood | Anaheim | CA | 00369 |
| 4 | Angels Camp CA 345 | 1239 S. Main St. | Angels Camp | CA | 00345 |
| 5 | Bellingham WA 2188 | 1756 Iowa Street | Bellingham | WA | 02188 |
| 6 | Big Sky 2883 | 50 Meadow Village Suite 205 | Big Sky | MT | 2883 |
| 7 | Bloomington MN 2039 | 1600 West 82nd St | Bloomington | MN | 02039 |
| 8 | Boise ID 2025 | 8850 W Emerald | Boise | ID | 02025 |
| 9 | Bozeman Main MT 2729 | 2616 W. Main St. | Bozeman | MT | 02729 |
| 10 | Caldwell ID 2169 | 2805 Blaine Street | Caldwell | ID | 02169 |
| 11 | Campbell Campbell CA 340 | 51 E. Campbell Avenue, Suite 170 | Campbell | CA | 00340 |
| 12 | Cedar Rapids IA 2017 | 3053 Center Point Road NE | Cedar Rapids | IA | 02017 |
| 13 | Cerritos CA 377 | 17777 Center Court Drive | Cerritos | CA | 00377 |
| 14 | Chandler AZ 01312 | 25 S Arizona Place | Chandler | AZ | 01312 |
| 15 | Chaska MN 1313 | 1107 Hazeltine Blvd. Ste 500 | Chaska | MN | 01313 |
| 16 | Coeur d'Alene ID 2227 | 1221 Ironwood Dr | Coeur D Alene | ID | 02227 |
| 17 | Tenderfoot CO 3323 | 2630 Tenderfoot Hill Street | Colorado Sprin | CO | 03323 |
| 18 | Columbia Gateway | 6996 Columbia Gateway Drive, Suite 102 | Columbia | MD | |
| 19 | Concord Sutter Street CA 302 | 1800 Sutter Street | Concord | CA | 00302 |
| 20 | Coral Gables FL 2951 | 4621 Ponce De Leon Blvd | Coral Gables | FL | 02951 |
| 21 | Cornelius NC 2732 | 19930 W. Catawba Avenue, Suite 140 | Cornelius | NC | 02732 |
| 22 | Del Rio Border FCU TX 2475 | 600 E. Gibbs Street | Del Rio | TX | 02475 |
| 23 | Des Moines University IA 2020 | 6600 University Ave. | Des Moines | IA | 2020 |
| 24 | Eagle ID 2074 | 738 S. Bridgeway Place / The Gemstar Building | Eagle | ID | 02074 |
| 25 | Edmonds 2415 | 21920 76th Ave. West, Ste 110 | Edmonds | WA | 2415 |
| 26 | Elk Grove CA 3315 | 9355 E Stockton Blvd | Elk Grove | CA | 03315 |
| 27 | Flowermound TX 2163 | 3305 Long Prairie Road | Flower Mound | TX | 02163 |
| 28 | Frisco TX 2205 | 2595 Dallas Parkway | Frisco | TX | 02205 |
| 29 | Gaithersburg MD 515 | 481 N. Fredrick Ave, Suite 420 | Gaithersburg | MD | 00515 |
| 30 | Glendale AZ 3321 | 5859 W Talavi Blvd | Glendale | AZ | 03321 |
| 31 | Grand Junction 1st CO 422 | 2478 Patterson Road | Grand Junction | CO | 00422 |
| 32 | Greenwood Village CO 2004 | 8101 East Prentice Avenue | Greenwood Vill | CO | 02004 |
| 33 | Gresham OR 2057 | 320 North Main | Gresham | OR | 02057 |
| 34 | Helena MT 3334 | 825 Great Northern Boulevard | Helena | MT | 03334 |
| 35 | Henderson NV 351 | 2370 Corporate Circle | Henderson | NV | 00351 |
| 36 | Hilton Head Island SC 2773 | 10 Executive Park Road, Suite 101 | Hilton Head Island | SC | 02773 |
| 37 | Honolulu HI 02401 | 737 Bishop Street | Honolulu | HI | 02401 |
| 38 | Houston Galleria TX 3332 | 730 N. Post Oak Road | Houston | TX | 03332 |
| 39 | Houston Kingwood TX 3333 | 20669 Lake Houston pkwy | Houston | TX | 03333 |
| 40 | Indian Wells CA 314 | 74-890 Highway 111 | Indian Wells | CA | 00314 |
| 41 | Irvine CA 300 | 111 Pacifica, Suite 305 | IRVINE | CA | 00300 |
| 42 | Irvine CA 3314 | 111 Pacifica | Irvine | CA | 03314 |
| 43 | Retail West Division Executive & Support 398 | 111 Pacifica, Suite 305 | Irvine | CA | 00398 |
| 44 | Kapaa HI 2422 | 4-361 Kuhio Highway | Kapaa | HI | 02422 |
| 45 | Kapolei HI 2411 | 1001 Kamokila Boulevard | Kapolei | HI | 02411 |
| 46 | Kirkland WA 2170 | 401 Parkplace | Kirkland | WA | 02170 |
| 47 | La Jolla CA 311 | 4275 Executive Square | La Jolla | CA | 00311 |
| 48 | Lafayette LA 3335 | 318A Guilbeau Road | Lafayette | LA | 03335 |
| 49 | Lahaina HI 2942 | 222 Papalaua Street | Lahaina | HI | 02942 |
| 50 | Lakewood, Gig Harbor WA 02072 | 5808 100th Street Suite A | Lakewood / Ta | WA | 02072 |
| 51 | Las Vegas NV 353 | 777 North Rainbow Blvd. | Las Vegas | NV | 00353 |

| # | BranchName | Address | City | State | Cost Center |
|---|---|---|---|---|---|
| 52 | Layton UT 3330 | 920 West Heritage Park Blvd | Layton | UT | 03330 |
| 53 | Littleton CO 2005 | 9200 W Cross Drive | Littleton | CO | 02005 |
| 54 | Long Beach Kilroy CA 307 | 3780 Kilroy Airport Way | Long Beach | CA | 00307 |
| 55 | Maple Grove MN 1309 | 7767 Elm Creek Blvd. | Maple Grove | MN | 01309 |
| 56 | Miami FL 2821 | 12751 S Dixie Highway | Miami | FL | 02821 |
| 57 | Miami FL 2940 | 200 South Biscayne Blvd, Suite 1930 | Miami | FL | 02940 |
| 58 | Miami Beach FL 2926 | 828 Washington Avenue | Miami Beach | FL | 02926 |
| 59 | Missoula MT 2045 | 1802 Dearborn Avenue | Missoula | MT | 02045 |
| 60 | Modesto CA 361 | 1150 Ninth Street | Modesto | CA | 00361 |
| 61 | Monroe Re/Max Desk Rental | 14961 Chain Lake Rd. #159 | Monroe | WA | |
| 62 | Monterey CA 356 | 659 Abrego Street | Monterey | CA | 00356 |
| 63 | Charleston SC 2626 | 2000 Sam Rittenberg Boulvard. Suite 3009 | N Charleston | SC | 02626 |
| 64 | Nampa ID 2075 | 724 12th Avenue South | Nampa | ID | 02075 |
| 65 | New City NY 7 | 200B South Main Street | New City | NY | 00007 |
| 66 | Palm Beach Gardens FL 2950 | 4100 RCA Boulevard, Suite 100 | Palm Beach Gardens | FL | 02950 |
| 67 | Plantation FL 2829 | 801 S University Drive, Suite 130 | Plantation | FL | 02829 |
| 68 | Pomona CA 324 | 3191 Temple Avenue | Pomona | CA | 00324 |
| 69 | Portland OR 2058 | 10220 SW Greenburg Road Suite 245 | Portland | OR | 02058 |
| 70 | Portland OR 2230 | 700 NE Multnomah Street Suite 450 | Portland | OR | 02230 |
| 71 | Raleigh National NC 2050 | 3717 National Drive, Suite 106 | Raleigh | NC | 02050 |
| 72 | Rancho Cucamonga CA 00309 | 9680 Haven Avenue | Rancho Cucam | CA | 309 |
| 73 | Reno NV 367 | 5470 Kietzke Lane, Ste 210 | Reno | NV | 00367 |
| 74 | Riverside CA 3313 | 5225 Canyon Crest Dr | Riverside | CA | 03313 |
| 75 | Roseville CA 344 | 1508 Eureka Road | Roseville | CA | 00344 |
| 76 | Sacramento CA 2402 | 1610 Arden Way· | Sacramento | CA | 02402 |
| 77 | St. Louis MO 2199 | 4409 Meramec Bottom Road | Saint Louis | MO | 02199 |
| 78 | Salt Lake City UT 2144 | 6415 South 3000 East | Salt Lake City | UT | 02144 |
| 79 | Sarasota Tamiami FL 2828 | 950 South Tamiami Trail, Suite 208 | Sarasota | FL | 02828 |
| 80 | Scottsdale 3 AZ 1310 | 8700 East Vista Bonita | Scottsdale | AZ | 01310 |
| 81 | Scottsdale Camelback AZ 2002 | 6991 East Camelback Road | Scottsdale | AZ | 02002 |
| 82 | Scottsdale Ventura 1 AZ 357 | 8700 E. Via De Ventura | Scottsdale | AZ | 2003 |
| 83 | Sherwood OR 2193 | 20512 SW Roy Rogers Road | Sherwood | OR | 02193 |
| 84 | Sioux Falls SD 343 | 3409 West 47th Street | Sioux Falls | SD | 00343 |
| 85 | Sonora CA 346 | 79 N. Washington Street | Sonora | CA | 00346 |
| 86 | Spokane WA 2228 | 818 W Riverside Ave | Spokane | WA | 02228 |
| 87 | Tampa FL 2218 | 1511 Westshore Blvd, Suite 720 | Tampa | FL | 02218 |
| 88 | Temecula CA 2409 | 27450 Ynez Road | Temecula | CA | 02409 |
| 89 | The Woodlands TX 2130 | 21 Waterway Ave | The Woodlands | TX | 02130 |
| 90 | Torrance CA 313 | 2780 Skypark Drive | Torrance | CA | 00313 |
| 91 | Wailuku HI 2421 | 2200 Main Street | Wailuku | HI | 02421 |
| 92 | Walnut Creek CA 338 | 500 Ygnacia Valley Road | Walnut Creek | CA | 00338 |
| 93 | Iowa Area IA 2095 | 2829 Westown Parkway, Suite 220 | West Des Moin | IA | 02095 |
| 94 | West Linn OR 2201 | 1800 Blankenship Rd | West Linn | OR | 02201 |
| 95 | Westminster CO 2410 | 1400 W. 122nd Avenue | Westminster | CO | 02410 |
| 96 | Woodbury MN 3311 | 6043 Hudson Road | Woodbury | MN | 03311 |
| 97 | Yakima WA 2162 | 917 Triple Crown Way | Yakima | WA | 02162 |
| 98 | Yucca Valley CA 315 | 56351 29 Palms Highway | Yucca Valley | CA | 00315 |

# **EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------ x
In re:                                                 :   Chapter 11
                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                        :
                                                       :   Jointly Administered
        Debtors.                                       :
------------------------------------------------------ x
```

### AFFIDAVIT OF MAILING

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.      I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.      On November 9, 2007, I caused to be served true and correct copies of the "Notice of Motion" dated November 8, 2007 to which was attached the "Motion of Debtors for Order Extending the Deadline Pursuant to Section 365(d)(4) to Assume or Reject Unexpired Leases of Nonresidential Real Property" [Docket No. 1905] dated November 8, 2007, enclosed securely in separate postage pre-paid envelopes, by first class mail to those parties listed on Exhibit A.

3.      All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Angharad Bowdler

Sworn to before me this

13th day of November, 2007

Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 20 10

T:\Clients\AHM\Affidavits\365d4 Mtn_aff 11-09-07.doc

2019

**EXHIBIT A**

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 6000 UPTOWN PARTNERS, LLC | C/O PACIFIC WESTERN BANK, P.O. BOX 1929, YUCCA VALLEY, CA 92286 |
| 6043 HUDSON ROAD, LLC | 1224 WEST 96TH STREET, BLOOMINGTON, MN 55431 |
| 917 TRIPLE CROWN L.L.C. | 917 TRIPLE CROWN WAY, SUITE 200, YAKIMA, WA 98908 |
| AAK, LLC | ABRAMS DEVELOPMENT GROUP, INC., 5850 WATERLOO RD., SUITE 230, COLUMBIA, MD 21045 |
| AMERICAN COMM. REALTY CORP. | C/O SOUTHPARK CENTRE, 4400 PGA BLVD, SUITE #305, PALM BEACH, FL 33410 |
| ANAHEIM CORPORATE OFFICE PLAZA, LP | C/O SELIGMAN WESTERN, ENTERPRISES, LTD, 2121 TOWNE CENTRE PLACE, SUITE 320, ANAHEIM, CA 92806 |
| ARDEN REALTY LIMITED PARTNERSHIP | P.O. BOX 3100-0751, ATTN: LOCKBOX 910751, PASADENA, CA 91110-0751 |
| BLUE BEAR PROPERTIES, LP, | A TEXAS LIMITED PARTNERSHIP, 20669 W LAKE HOUSTON PKWY STE L, THE CTR AT KINGS LAKE ESTATES, KINGWOOD, TX 77346 |
| BORDER FCU | P.O. BOX 420728, DEL RIO, TX 78842-0728 |
| BRIDON REALTY COMPANY, LLC | 254 S. MAIN STREET, SUITE 104, NEW CITY, NY 10956 |
| C & H PROPERTIES, LLC | CHRIS CANTY, 318B GUILBEAU ROAD, LAFAYETTE, LA 70506 |
| CANYON CREST TOWNE CENTER, LLC | 5225 CANYON CREST DRIVE, BLDG 100, SUITE 150, RIVERSIDE, CA 92507 |
| CANYON HILLS MANOR, INC | C/O BRAD GRAHAM, P.O. BOX 2248, CHEYENNE, WA 82003 |
| CAPAX MANAGEMENT | & INSURANCE SERVICES, 1150 NINTH STREETS, SUITE 1400, MODESTO, CA 35354 |
| CHARLOTTE D. HARRELL, LLC | 2000 SAM RITTENBERG BLVD, SUITE 124, CHARLESTON, SC 29407 |
| COLORADO - LAKE POINT ENTERPRISES, | LLC, 2630 TENDERFOOT HILL ST. SUITE 100, COLORADO SPRINGS, CO 80906 |
| CORPORATE CENTER V, L.L.C. | C/O AMERICAN NEVADA REALTY, LEGAL DEPT, 901 N. GREEN VALLEY PARKWAY, STE 200, HENDERSON, NV 89074 |
| CRANBROOK REALTY DNV FD | DBA SUTTER SQUARE, 4701 SISK ROAD, SUITE 101, MODESTO, CA 95356 |
| CYBER PROPERTIES LLC | 21920 76TH AVENUE W, SUITE 130, EDMONDS, WA 98026 |
| DANTE R. MARROCCO | P.O. BOX 454, HILLSBORO, OR 97123-0454 |
| DBSI - DORADO-09 | 1550 S TECH LN, MERIDIAN, ID 83642 |
| DIAMOND PROPERTIES | 3409 WEST 47TH STREET, SUITE 102, STEVE BECHTOLD, SIOUX FALLS, SD 57106 |
| DJ, LLC | 1802 DEARBORN AVENUE, MISSOULA, MT 50801 |
| EL PRESIDO | C/O TRILAR MANAGEMENT GROUP, 2101 CAMINO VIDA ROBLE SUITE A, CARLSBAD, CA 92011 |
| EOP POINT W CORP CENTER | DEPT. 14791 - 25691, PO BOX 601051, LOS ANGELES, CA 90060-1051 |
| EQUITY OFFICE PROPERTIES | 3211 PAYSPHERE CIRCLE, CHICAGO, IL 60674 |
| FIRST CREDIT UNION | C/O DBSI REAL ESTATE LLC, 3344 NORTH DELAWARE STREET, CHANDLER, AZ 85225 |
| FRANK CAPPUCCIO | 659 ABREGO ST, MONTEREY, CA 93940 |
| FSP REGENTS SQUARE | 633 W. FIFTH STREET, 72ND FLOOR, LOS ANGELAS, CA 90071 |
| GALLAGHER & LINDSEY, INC. | 1406 WEBSTER STREET #G, ALAMEDA, CA 94501 |
| GATEWAY CANYON, INC | JOE SERIENO, 8101 E PRENTICE, PRENTIE PLAZA SUITE 250, GREENWOOD VILLAGE, CO 80111 |
| GEMSTAR PROPERTIS, L.L.C. | 738 S. BRIDGEWAY PLACE, SUITE 100, EAGLE, ID 83616 |
| GEORGE R. AND FRIEDA L. BETTS | 707 FORSYTHIA DRIVE, NAMPA, ID 83651 |
| GLENWOOD PLACE VENTURES | P.O. BOX 601162, CHARLOTTE, NC 28260-1162 |
| GOODALE AND BARBIERI | 201 W NORTH RIVER DRIVE, SUITE 200, SPOKANE, WA 99201 |
| GUARDIAN REALTY MANAGEMENT, INC. | 6000 EXECUTIVE BLVD, SUITE 400, NORTH BETHESDA, MD 20852-3847 |
| HALL STONEBRIAR ONE ASSOCIATES, LTD | 6801 GAYLORD PARKWAY, SUITE 406, FRISCO, TX 75034 |
| HAZELTINE GATES, LLC | 1107 HAZELTINE GATES, SUITE 200, CHASKA, MN 55318 |
| HERITAGE VILLAGE OFFICES | 51 E. CAMPBELL AVENUE, CAMPBELL, CA 95008 |
| HEY JUDE, PTRS | 3053 CENTER POINT ROAD NE, SUITE B, CEDAR RAPIDS, IA 52402-4037 |
| HIGHWOODS PROPERTIES, INC., TRUSTEE | ATTN. LEASE ADMINISTRATOR, 3111 W DR. MARTIN LUTHER, KING JR BLVD, SUITE 300, TAMPA, FL 33607 |
| HILEMAN COMPANY LLC | ATTN: LISA HOOD, P.O. BOX 17657, BEVERLY HILLS, CA 90209 |
| ICP 2700, LLC | P.O. BOX 8429, SCOTTSDALE, AZ 85225-8429 |
| INDIAN WELLS VILLAGE II, LP | C/O MANAGEMENT OFFICE, 74-940 HIGHWAY 111, INDIAN WELLS, CA 92210 |
| INLAND SOUTHEAST PROPERTY | MANAGEMENT CORP., 4770 PAYSPHERE CIRCLE, CHICAGO, IL 60674 |

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| IOWA STREET LLC | C/O PACIFIC CONTINENTAL REALTY, 114 W. MAGNOLIA ST, SUITE 302, DAVID APELZIN, BELLINGHAM, WA 98225 |
| IRONWOOD PROPERTIES ASSOCIATES, LLC | 1221 IRONWOOD DRIVE, COEUR D'ALENE, ID 83815 |
| J. TIMOTHY LANE | 545 LAGONDA WAY, DANVILLE, CA 94526 |
| JAMES CAMBELL COMPANY, LLC | PO BOX 29960, HONOLULU, HI 96820-2360 |
| JENMO, LLC | C/O RED ROCKS, LLC, P.O. BOX 23164, HILTON HEAD ISLAND, SC 29925 |
| JESUS A. GAMBEA | 6233 PIONEERTOWN ROAD, YUCCA VALLEY, CA 92284 |
| KELLER WILLIAMS | ATTN: MINDY DEMAIN, 9355 E STOCKTON BLVD, ELK GROVE, CA 95624 |
| KILROY REALTY L.P. | 3780 KILROY AIRPORT WAY, SUITE 530, LONG BEACH, CA 90806 |
| KILROY REALTY LP | 12200 W. OLYMPIC BLVD, SUITE 200, LOS ANGELES, CA 90064 |
| KILROY REALTY, LP | AND KILROY REALTY CORPORATION, 111 PACIFICA, SUITE 300, IRVINE, CA 92618 |
| KOHLER PROPERTIES | C/O KOHLER MEYERS O'HALLORAN INC., 15 NE 3RD STREET, GRESHAM, OR 97030 |
| LAGUNA PALM GROUP | 25002 WILKES PLACE, DANIEL NGUYEN, LAGUNA HILLS, CA 92653 |
| LEVEL FOUR LEASING | 40 WEST 14TH STREET, SUITE 4B, HELENA, MT 56901 |
| LLOYD DISTRICT PROPERTIES, L.P. | C/O ASHFORTH PACIFIC, INC., 825 N.E. MULTNOMAH, #1275, PORTLAND, OR 97232 |
| M & L SAGEBRUSH WEST, LTD. | C/O MARKSMAN REALTY SERVICES, INC., 3301 LONG PRAIRIE ROAD, SUITE 126, DAVID MARKS, FLOWER MOUND, TX 75022 |
| MANOR HOUSE DEVELOPMENT | 1412 SOUTH LEGEND HILLS DRIVE, SUITE 316, CLEARFIELD, UT 84015 |
| MCLAIN PARTNERS II | 11116 SOUTH TOWNE SQUARE, SUITE 300, ST. LOUIS, MO 63123 |
| MERCHANT DEVELOPMENT, LLC | C/O GREAT LAKES MANAGEMENT COMPANY, 1907 EAST WAYZATA BOULEVARD, SUITE 110, WAYZATA, MN 55391 |
| MOUNTAINVIEW CORP. | CENTRE SIERRA LLC, 3311 S. RAINBOW BLVD., #225, LAS VEGAS, NV 89146 |
| NURSEFINDERS, INC | 1701 E LAMAR, SUITE 640, CYNTHIA GREENWELL, ARLINGTION, TX 76006 |
| NURSEFINDERS, INC. | 1701 E. LAMAR, SUITE 200, CINDY GREENWELL, ARLINGTON, TX 76006 |
| OHIO PUBLIC EMPLOYEES RETIREMENT | SERVICES, PO BOX 203494, 21 WATERWAY HOLDINGS, HOUSTON, TX 77216-3494 |
| OLD MILL SHEFFLIN, LLC | C/O NAI UTAH COMMERCIAL MANAGEMENT, INC., 343 EAST 500 SOUTH, SALT LAKE CITY, UT 84111 |
| PACIFIC GUARDIAN CENTER | C/O GROSVENOR CENTER ASSOC., 737 BISHOP ST. / SUITE 2775, GARY COOK, CARMALITA, HONOLULU, HI 96813 |
| PACIFIC YGNACIO CORPORATION | 3000 EXECUTIVE PARKWAY, SUITE 236, SAN RAMON, CA 94583 |
| PAVILION COURT | C/O ROSWELL & COMPANY, P.O. BOX 1796, KIRSTEN RIDILLA, BOULDER, CO 80306 |
| PB ADAMS, LLC | 7119 INDIANA AVENUE, RIVERSIDE, CA 92504 |
| PROPERTY MANAGEMENT ASSOC. | 5120 GOLDLEAF CIRCLE, STE 300, LOS ANGELES, CA 90056 |
| R. BRUCE HICKS | 1845 BATON ROUGE ST, HENDERSON, NV 89054 |
| RAINBOW CORPORATE CENTER | LIMITED PARTNERSHIP, 3065 S. JONES, SUITE 201, LAS VEGAS, NV 89146 |
| RAM INTERNATIONAL I, L.L.C. | 10013-59TH AVE. SW, LAKEWOOD, WA 98499 |
| RE/MAX METRO PROPERTIES, INC. | ATTN: CURT SHRINER, 19961 CHAIN LAKE ROAD, SUITE 149, MONROE, WA 98272 |
| RED SKY PROPERTIES, LLC | ATTN: LYNN WRIGHT, 800 HARTWOOD LANE #18, DAYFIELD, CO 81122 |
| REMAX REAL ESTATE GROUP | (GODWIN REALTY), ATTN: MARY GODWIN, 6600 UNIVERSITY, DES MOINES, IA 50311-1693 |
| REMC ENTERPRISES, INC. | 8105 IRVINE CENTER DRIVE, SUITE 900, IRVINE, CA 92618 |
| RGN - SOUTH FLORIDA | 1111 LINCOLN ROAD, SUITE 400, MIAMI BEACH, FL 33139 |
| RINGSTONE PARTNERS, LLC | P.O. BOX 160897, BIG SKY, MT 59716 |
| SHORENSTEIN REALTY SERVICES | ONE SW COLUMBIA ST. SUITE 300, PORTLAND, OR 97258 |
| SKYPARK RPR ASSOCIATES II | 2780 SKYPARK DRIVE, SUITE 475, TORRANCE, CA 90505 |
| SLO, LLO | 4621 PONCE DE LEON BLVD, 4S PRODUCTS BUILDING, CORAL GABLES, FL 33134 |
| SOUTHWEST PLAZA LLC | SDS 12-1605, PO BOX 86, MINNEAPOLIS, MN 55486-1605 |
| SRI MIAMI VENTURE, LP, C/O PRINCIPAL | REAL ESTATE INVESTORS, EQUITIES, EASTERN REGIONAL, 801 GRAND AVENUE, DES MOINES, IA 50293-1370 |
| ST. ANDREWS PLACE, LLC | C/O JDH DEVELOPMENT, 906 LOUISIANA AVE., CHARLOTTE, NC 28204 |
| SYLVAN S. SHULMAN COMPANY-KIRKLAND, | L.L.C., 401 PARKPLACE, SUITE 105, KIRKLAND, WA 98033 |

AMERICAN HOME MORTGAGE HOLDINGS, INC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| TALAVI ASSOCIATES LLC | AN ARIZONA LTD LIABILITY COMPANY,CONTACT: TRICIA DEVITO,3838 NORTH CENTRAL AVE., STE 1500,PHOENIX, AZ 85012 |
| TEMECULA CORPORATE | 1900 MAIN STREET,SUITE 350,IRVINE, CA 92614 |
| THE BYRON COMPANY | 25 SOUTHMOOR DRIVE,ST. LOUIS, MO 63105 |
| THE REALTY ASSOC. FUND VIII, L.P. | SUSAN,P.O. BOX 223528,PITTSBURGH, PA 15251-2528 |
| THE WILLOWS LLC | JENNIFER HOLTRY,SILVERHAW REALTY,1201 SOUTH KIMBALL,CALDWELL, ID 83605 |
| UNITED PROPERTIES INVEST | SDS-12-2642,PO BOX 86,MINNEAPOLIS, MN 55486-2642 |
| VINTAGE PARK, LLC | C/O CITADEL EQUITIES GROUP,1508 EUREKA ROAD,SUITE 130,ROSEVILLE, CA 95661 |
| WAILUA SHOPPING PLAZA | 3165 OAHU AVENUE,STAN TAGIKAWA,HONOLULU, HI 96822 |
| WATTERSON & ZAPPOLO, P.A. | 4100 RCA BOULEVARD,SUITE 100,PALM BEACH GARDENS, FL 33410 |
| WEISS REALTY MANAGEMENT | 730 NORTH POST OAK ROAD,SUITE 330,HOUSTON, TX 77024 |
| WEST END PROPERTIES | 1970 STATIUM DRIVE,SUITE 3,BOZEMAN, MT 59715 |
| WESTRIDGE II & III, L.L.C. | 4700 WESTOWN PARKWAY,SUITE 303,WEST DES MOINES, IA 50266 |

**Total Creditor Count 101**

ABANA Reality
311 Main Street
Suite 101
Trussville, AL 3517335173

AFP Associates, Ltd. c/o West World Management, Inc.
4 Manhattanville Road
Purchase, NY 1057710577

Baltimore Home Team, LLC
3600 O'Donnell Street
Baltimore, MD 2122421224

Bobby Roan
4700 ROWLETT ROAD
ROWLETT, TX 7508875088

Combined 400 Building, CC# 1DI01
Department No. 70903
Los Angeles, CA 90084-090390084-0903

Farm Bureau Bank
17300 Henderson Pass
Suite 1--
San Antonio, TX 7823278232

Jambo International, L.L.C.
113 Golden Rod Place
Lynchburg, VA 2450224502

Lake Point Enterprises, LLC
2630 Tenderfoot Hill Street
Suite 100
Colorado Springs, CO 8090680906

Lakeside Bank Trust #10-2564
3216 South Shields
Chicago, IL 6061660616

Landow Building Limited Partnership
The Seasons
4710 Bethesda Avenue, Suite 200
Bethesda, MD 2081420814

Lincoln Center LLC
3211 Paysphere Circle
Chicago, IL 6067460674

MP-Regents Square, LLC
PO Box 515014
Los Angeles, CA 9005190051

MVCC Sierra, LLC
c/o Ken Templeton Realty & Investments, Inc.
3311 South Rainbow Blvd., Suite 225
Las Vegas, NV 8914689146

National City Bank
PO Box 73847
Cleveland, OH 4419344193

One Main Plaza
2200 Main Street
Suite 545
Wailuku, HI 9679396793

PPSF, LLC
Bill Owens
9131 Anson Way
Raleigh, NC 2761527615

Prudential California Realty, Monterey CA
Cappuccio Trust
659 Abrego St. #1
Monterey, CA 9394093940

Sequoia Investments XIV, LLC
P.O. Box 1028
Eureka, CA 95502-102895502-1028

The Pico Group, L.L.C.
c/o Prince and Associates Realtors
1503 N. Imperial Avenue Suite 1
El Centro, CA 9224392243

The Realty Associates Fund V, LP
c/o Terranova Corporation
PO Box 223305
Pittsburg, PA 15251-230515251-2305

Turner Realty Enterprise, Inc d/b/a/
ReMax Coastal Reality
800 Virginia Avenue
Suite 48
Ft Pierce, FL 3494734947

Virginia Beach Affiliates c.o Time Equities, Inc.
55 5th Ave.
15th Floor
New York, NY 1000310003

Williamette c/o Norris & Stevens
P.O. Box 4245
Portland, OR 97208-424597208-4245

Gallagher & Lindsey, Inc.
1406 Webster Street
#G
Alameda, CA 94501

Ringstone Parnters, LLC
P.O. Box 160897
Big Sky, MT 59716

West End Properties
1970 Statium Drice
Suite 3
Bozeman, MT 59715

Border FCU
P.O. Box 420728
Del Rio, TX 78842-0728

Talavi Associates LLC
3838 North Central
Avenue
Suite 1500
Phoenix, AZ 85012

Red Sky Properties, LLC
Attn: Lynn Wright
800 Hartwood Lane #18
Dayfield CO 81122

Weiss Realty Management
730 North Poast Oak Road
Suite 330
Houston, TX 77024

Blue Bear Properties, Inc.
20669 West Lake Houston
Parkway
The Centre at Kings Lake
Estates
Suite L
Kingwood, TX 77346

George R. and Frieda L.
Betts
707 Forsythia Drive
Nampa, ID 83651

Hileman Company LLC
Attn: Lisa Hood
 P.O. Box 17657
Beverly Hills CA 90209

ICP 2700, LLC
P.O. Box 8429
Scottsdale, AZ 85225-
8429

Temecula Corporate
1900 Main Street
Suite 350
Irvine, CA 92614

WestLinn Corp. Park
Blackhawk, LLC
P.O. Box 4245
Portland, OR 97208-4245

Pavilion Court
c/o Roswell & Company
P.O. Box 1796
Boulder, CO 80306

RGN - South Florida
1111 Lincoln Road
Suite 400
Miami Beach, FL 33139

# **EXHIBIT C**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------------- x
In re:                                                     :    Chapter 11
                                                           :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                     :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                            :
                                                           :    Jointly Administered
        Debtors.                                           :
--------------------------------------------------------------------- x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

        ANGHARAD BOWDLER, being duly sworn, deposes and says:

        1.      I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions,
LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York
10017. I am over the age of eighteen years and am not a party to the above-captioned action.

        2.      On November 29, 2007, I caused to be served true and correct copies of the
"Order Extending the Deadline Pursuant to Section 365(d)(4) to Assume or Reject Certain
Unexpired Leases of Nonresidential Real Property" dated November 26, 2007" [Docket No. 2168],
enclosed securely in separate postage pre-paid envelopes, by first class mail to those parties listed on
Exhibit A.

        3.      All envelopes utilized in the service of the foregoing contained the following
legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        _____
                                        Angharad Bowdler

Sworn to before me this

3rd  day of December, 2007

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

T:\Clients\AHM\Affidavits\365(d)(4) Order_Aff_11-29-07.doc

2267

# EXHIBIT A

Ahm 365(d)4 (11/29/07)

ABANA Reality
311 Main Street
Suite 101
Trussville, AL 3517335173

Ahm 365(d)4 (11/29/07)

AFP Associates, Ltd. c/o West World Management, Inc.
4 Manhattanville Road
Purchase, NY 1057710577

Ahm 365(d)4 (11/29/07)

Baltimore Home Team, LLC
3600 O'Donnell Street
Baltimore, MD 2122421224

Ahm 365(d)4 (11/29/07)

Bobby Roan
4700 ROWLETT ROAD
ROWLETT, TX 7508875088

Ahm 365(d)4 (11/29/07)

Combined 400 Building, CC# 1DI01
Department No. 70903
Los Angeles, CA 90084-090390084-0903

Ahm 365(d)4 (11/29/07)

Farm Bureau Bank
17300 Henderson Pass
Suite 1--
San Antonio, TX 7823278232

Ahm 365(d)4 (11/29/07)

Jambo International, L.L.C.
113 Golden Rod Place
Lynchburg, VA 2450224502

Ahm 365(d)4 (11/29/07)

Lake Point Enterprises, LLC
2630 Tenderfoot Hill Street
Suite 100
Colorado Springs, CO 8090680906

Ahm 365(d)4 (11/29/07)

Lakeside Bank Trust #10-2564
3216 South Shields
Chicago, IL 6061660616

Ahm 365(d)4 (11/29/07)

Landow Building Limited Partnership
The Seasons
4710 Bethesda Avenue, Suite 200
Bethesda, MD 2081420814

Ahm 365(d)4 (11/29/07)
Lincoln Center LLC
3211 Paysphere Circle
Chicago, IL 6067460674

Ahm 365(d)4 (11/29/07)
MP-Regents Square, LLC
PO Box 515014
Los Angeles, CA 9005190051

Ahm 365(d)4 (11/29/07)
MVCC Sierra, LLC
c/o Ken Templeton Realty & Investments, Inc.
3311 South Rainbow Blvd., Suite 225
Las Vegas, NV 8914689146

Ahm 365(d)4 (11/29/07)
National City Bank
PO Box 73847
Cleveland, OH 4419344193

Ahm 365(d)4 (11/29/07)
One Main Plaza
2200 Main Street
Suite 545
Wailuku, HI 9679396793

Ahm 365(d)4 (11/29/07)
PPSF, LLC
Bill Owens
9131 Anson Way
Raleigh, NC 2761527615

Ahm 365(d)4 (11/29/07)
Prudential California Realty, Monterey CA
Cappuccio Trust
659 Abrego St. #1
Monterey, CA 9394093940

Ahm 365(d)4 (11/29/07)
Sequoia Investments XIV, LLC
P.O. Box 1028
Eureka, CA 95502-102895502-1028

Ahm 365(d)4 (11/29/07)
The Pico Group, L.L.C.
c/o Prince and Associates Realtors
1503 N. Imperial Avenue Suite 1
El Centro, CA 9224392243

Ahm 365(d)4 (11/29/07)
The Realty Associates Fund V, LP
c/o Terranova Corporation
PO Box 223305
Pittsburg, PA 15251-230515251-2305

Ahm 365(d)4 (11/29/07)
Turner Realty Enterprise, Inc d/b/a/
ReMax Coastal Reality
800 Virginia Avenue
Suite 48
Ft Pierce, FL 3494734947

Ahm 365(d)4 (11/29/07)
Virginia Beach Affiliates c.o Time Equities, Inc.
55 5th Ave.
15th Floor
New York, NY 1000310003

Ahm 365(d)4 (11/29/07)
Williamette c/o Norris & Stevens
P.O. Box 4245
Portland, OR 97208-424597208-4245

Ahm 365(d)4 (11/29/07)
Nursefinders, Inc.
1701 E lamar, Suite 200
Cindy Greenwell
Arlington TX 76006

AMERICAN HOME MORTGAGE HOLDINGS, INC

Service List

| Claim Name | Address Information |
| --- | --- |
| 6000 UPTOWN PARTNERS, LLC C/O PACIFIC | WESTERN BANK, P.O. BOX 1929, YUCCA VALLEY, CA 92286 |
| 6043 HUDSON ROAD, LLC | 1224 WEST 96TH STREET, BLOOMINGTON, MN 55431 |
| 917 TRIPLE CROWN L.L.C. | 917 TRIPLE CROWN WAY, SUITE 200, YAKIMA, WA 98908 |
| AAK, LLC | ABRAMS DEVELOPMENT GROUP, INC., 5850 WATERLOO RD, SUITE 230, COLUMBIA, MD 21045 |
| AMERICAN COMM. REALTY CORP. | C/O SOUTHPARK CENTRE, 4400 PGA BLVD, SUITE #305, PALM BEACH, FL 33410 |
| ANAHEIM CORPORATE OFFICE PLAZA, LP C/O | SELIGMAN WESTERN ENTERPRISES, LTD, 2121 TOWNE CENTRE PLACE, SUITE 320, ANAHEIM, CA 92806 |
| ARDEN REALTY LIMITED PARTNERSHIP | P.O. BOX 3100-0751, ATTN: LOCKBOX 910751, PASADENA, CA 91110-0751 |
| BLUE BEAR PROPERTIES INC | 20669 W LAKE HOUSTON PKWY, THE CENTRE AT KINGS LAKE ESTATES STE L, KINGWOOD, TX 77346 |
| BORDER FCU | PO BOX 420728, DEL RIO, TX 78842-0728 |
| BRIDON REALTY CO. | 254 SOUTH MAIN STREET, NEW CITY, NY 10956-3360 |
| BRIDON REALTY COMPANY, LLC | 254 S. MAIN STREET, SUITE 104, NEW CITY, NY 10956 |
| C & H PROPERTIES, LLC | ATTN: CHRIS GANTY, 318B GUILBEAU RD, LAFAYETTE, LA 70506 |
| CANYON CREST TOWNE CENTER, LLC | 5225 CANYON CREST DRIVE, BLDG 100, SUITE 150, RIVERSIDE, CA 92507 |
| CANYON HILLS MANOR, INC C/O BRAD GRAHAM | P.O. BOX 2248, CHEYENNE, WA 82003 |
| CAPAX MANAGEMENT & INSURANCE SERVICES | 1150 NINTH STREETS, SUITE 1400, MODESTO, CA 35354 |
| CHARLOTTE D. HARRELL, LLC | 2000 SAM RITTENBERG BLVD, SUITE 124, CHARLESTON, SC 29407 |
| COLORADO - LAKE POINT ENTERPRISES, LLC | 2630 TENDERFOOT HILL ST STE 100, COLORADO SPRINGS, CO 80906 |
| CORPORATE CENTER V, L.L.C. | C/O AMERICAN NEVADA REALTY - LEGAL DEPT., 901 N. GREEN VALLEY PARKWAY, SUITE 200, HENDERSON, NV 89074 |
| CRANBROOK REALTY DNV FD DBA SUTTER | SQUARE, 4701 SISK ROAD, SUITE 101, MODESTO, CA 95356 |
| CYBER PROPERTIES LLC | 21920 76TH AVENUE WEST, SUITE 130, EDMONDS, WA 98026 |
| DANTE R. MARROCCO | P.O. BOX 454, HILLSBORO, OR 97123-0454 |
| DBSI - DORADO-09 | 1550 S TECH LN, MERIDIAN, ID 83642 |
| DIAMOND PROPERTIES | 3409 WEST 47TH STREET, SUITE 102, SIOUX FALLS, SD 57106 |
| DJ, LLC | 1802 DEARBORN AVENUE, MISSOULA, MT 50801 |
| EL PRESIDO | C/O TRILAR MANAGEMENT GROUP, 2101 CAMINO VIDA ROBLE SUITE A, CARLSBAD, CA 92011 |
| EOP POINT W CORP CENTER - DEPT. 14791 - | 25691, PO BOX 601051, LOS ANGELES, CA 90060-1051 |
| EQUITY OFFICE PROPERTIES | 3211 PAYSPHERE CIRCLE, CHICAGO, IL 60674 |
| FIRST CREDIT UNION | C/O DBSI REAL ESTATE LLC, 3344 NORTH DELAWARE STREET, CHANDLER, AZ 85225 |
| FRANK CAPPUCCIO | 659 ABREGO ST STE 4, MONTEREY, CA 939403238 |
| FSP REGENTS SQUARE | 633 W FIFTH STREET, 72ND FLOOR, LOS ANGELES, CA 90071 |
| GALLAGHER & LINDSEY, INC. | 1406 WEBSTER ST # G, ALAMEDA, CA 94501 |
| GATEWAY CANYON, INC | JOE SERIENO, 8101 EAST PRENTICE PRENTICE PLAZA, SUITE 250, ENGLEWOOD, CO 80111 |
| GEMSTAR PROPERTIES, L.L.C. | 738 S. BRIDGEWAY PLACE, SUITE 100, EAGLE, ID 83616 |
| GEORGE R AND FRIEDA L BETTS | 707 FORSYTHIA DR, NAMPA, ID 83651 |
| GLENWOOD PLACE VENTURES | P.O. BOX 601162, CHARLOTTE, NC 28260-1162 |
| GOODALE AND BARBIERI | 201 W NORTH RIVER DRIVE, SUITE 200, SPOKANE, WA 99201 |
| GUARDIAN REALTY MANAGEMENT, INC. | 6000 EXECUTIVE BLVD, SUITE 400, NORTH BETHESDA, MD 20852-3847 |
| HALL STONEBRIAR ONE ASSOCIATES, LTD. | 6801 GAYLORD PARKWAY, SUITE 406, FRISCO, TX 75034 |
| HAZELTINE GATES, LLC | 1107 HAZELTINE GATES, SUITE 200, CHASKA, MN 55318 |
| HERITAGE VILLAGE OFFICES | 51 E. CAMPBELL AVENUE, CAMPBELL, CA 95008 |
| HEY JUDE, PTRS | 3053 CENTER POINT ROAD NE, SUITE B, CEDAR RAPIDS, IA 52402-4037 |
| HIGHWOODS PROPERTIES, INC., TRUSTEE: | ATTN. LEASE ADMINISTRATOR, 3111 W DR. MARTIN LUTHER KING JR BLVD, SUITE 300, TAMPA, FL 33607 |
| HILEMAN COMPANY LLC | ATTN LISA HOOD, PO BOX 17657, BEVERLY HILLS, CA 90209 |
| ICP 2700, LLC | PO BOX 8429, SCOTTSDALE, AZ 85225-8429 |
| INDIAN WELLS VILLAGE II | 74-940 HIGHWAY 111, INDIAN WELLS, CA 92210 |
| INLAND SOUTHEAST PROPERTY MANAGEMENT | CORP., 4770 PAYSPHERE CIRCLE, CHICAGO, IL 60674 |

AMERICAN HOME MORTGAGE HOLDINGS, INC

Service List

| Claim Name | Address Information |
| --- | --- |
| IOWA STREET LLC | C/O PACIFIC CONTINENTAL REALTY, 114 W. MAGNOLIA ST, SUITE 302, BELLINGHAM, WA 98225 |
| IRONWOOD PROPERTIES ASSOCIATES, LLC | 1221 IRONWOOD DRIVE, COEUR D'ALENE, ID 83815 |
| J. TIMOTHY LANE | 545 LAGONDA WAY, DANVILLE, CA 94526 |
| JAMES CAMPBELL CO LLC | P O BOX 29960, HONOLULU, HI 96820 |
| JENMO, LLC | C/O RED ROCKS, LLC, P.O. BOX 23164, HILTON HEAD ISLAND, SC 29925 |
| JESUS A. GAMBEA | 6233 PIONEERTOWN ROAD, YUCCA VALLEY, CA 92284 |
| KELLER WILLIAMS | 9355 E. STOCKTON BLVD, MINDY DEMAIN, ELK GROVE, CA 95624 |
| KILROY REALTY L.P. | 3780 KILROY AIRPORT WAY, SUITE 530, LONG BEACH, CA 90806 |
| KILROY REALTY LP | 12200 W. OLYMPIC BLVD, SUITE 200, LOS ANGELES, TX 90024 |
| KILROY REALTY, LP AND KILROY REALTY | CORPORATION, 111 PACIFICA, SUITE 300, IRVINE, CA 92618 |
| KOHLER PROPERTIES | C/O KOHLER MEYERS O'HALLORAN INC., 15 NE 3RD STREET, GRESHAM, OR 97030 |
| LAGUNA PALM GROUP | 25002 WILKES PLACE, LAGUNA HILLS, CA 92653 |
| LEVEL FOUR LEASING | 40 WEST 14TH STREET, SUITE 4B, HELENA, MT 56901 |
| LLOYD DISTRICT PROPERTIES, L.P. | C/O ASHFORTH PACIFIC, INC., 825 N.E. MULTNOMAH, #1275, PORTLAND, OR 97232 |
| M & L SAGEBRUSH WEST, LTD. | C/O MARKSMAN REALTY SERVICES, INC., 3301 LONG PRAIRIE ROAD, SUITE 126, FLOWER MOUND, TX 75022 |
| MANOR HOUSE DEVELOPMENT | 1412 SOUTH LEGEND HILLS DRIVE, SUITE 316, CLEARFIELD, UT 84015 |
| MCLAIN PARTNERS II | 11116 SOUTH TOWNE SQUARE, SUITE 300, ST. LOUIS, MO 63123 |
| MERCHANT DEVELOPMENT, LLC C/O GREAT | LAKES MANAGEMENT COMPANY, 1907 EAST WAYZATA BOULEVARD, SUITE 110, WAYZATA, MN 55391 |
| MOUNTAINVIEW CORP. CENTRE SIERRA LLC | 3311 S. RAINBOW BLVD., #225, LAS VEGAS, NV 89146 |
| NURSEFINDERS, INC | 1701 E LAMAR, SUITE 640, ARLINGTON, TX 76006 |
| OHIO PUBLIC EMP RETIREMENT SYS | 21 WATERWAY HOLDING, LLC, PO BOX 203494, HOUSTON, TX 77216-3494 |
| OLD MILL SHEFFLIN, LLC | C/O NAI UTAH COMMERCIAL MANAGEMENT, INC., 343 EAST 500 SOUTH, SALT LAKE CITY, UT 84111 |
| PACIFIC GUARDIAN CENTER | C/O GROSVENOR CENTER ASSOC., 737 BISHOP ST. / SUITE 2775, GARY COOK, CARMALITA, HONOLULU, HI 96813 |
| PACIFIC YGNACIO CORPORATION | 3000 EXECUTIVE PARKWAY, SUITE 236, SAN RAMON, CA 94583 |
| PAVILLION COURT | C/O ROSWELL & COMPANY - KIRSTEN RIDILLA, PO BOX 1796, BOULDER, CO 80306 |
| PB ADAMS, LLC | 7119 INDIANA AVENUE, RIVERSIDE, CA 92504 |
| PROPERTY MANAGEMENT ASSOC. | 5120 GOLDLEAF CIRCLE, STE 300, LOS ANGELES, CA 90056 |
| R. BRUCE HICKS | 1845 BATON ROUGE ST, HENDERSON, NV 89054 |
| RAINBOW CORPORATE CENTER LIMITED | PARTNERSHIP, 3065 S. JONES, SUITE 201, LAS VEGAS, NV 89146 |
| RAM INTERNATIONAL I, L.L.C. | 10013-59TH AVE. SW, LAKEWOOD, WA 98499 |
| RE/MAX METRO PROPERTIES, INC. | ATTN: CURT SHRINER, 19961 CHAIN LAKE ROAD, SUITE 149, MONROE, WA 98272 |
| RE/MAX REAL ESTATE GROUP | 6600 UNIVERSITY AVE, DES MOINES, IA 50311 |
| RED SKY PROPERTIES LLC | ATTN LYNN WRIGHT, 800 HARTWOOD LN # 18, BAYFIELD, CO 81122 |
| REMC ENTERPRISES, INC. | 8105 IRVINE CENTER DRIVE, STE 900, IRVINE, CA 92618 |
| RGN - SOUTH FLORIDA | 1111 LINCOLN RD STE 400, MIAMI BEACH, FL 33139 |
| RINGSTONE PARTNERS, LLC | PO BOX 160897, BIG SKY, MT 59716 |
| SHORENSTEIN REALITY PROPERTIES, LP | ONE SW COLUMBIA STREET, SUITE 300, PORTLAND, OR 97258 |
| SKYPARK RPR ASSOCIATES II | 2780 SKYPARK DRIVE, SUITE 475, TORRANCE, CA 90505 |
| SLO, LLO | 4621 PONCE DE LEON BLVD, 4S PRODUCTS BUILDING, CORAL GABLES, FL 33134 |
| SOUTHWEST PLAZA LLC | SDS 12-1605, PO BOX 86, MINNEAPOLIS, MN 55486-1605 |
| SRI MIAMI VENTURE, LP C/O PRINCIPAL REAL | ESTATE INVESTORS, EQUITIES - EASTERN REGIONAL, 801 GRAND AVENUE, DES MOINES, IA 50293-1370 |
| ST. ANDREWS PLACE, LLC | C/O JDH DEVELOPMENT, 906 LOUISIANA AVE., CHARLOTTE, NC 28204 |
| SYLVAN S. SHULMAN COMPANY-KIRKLAND, | L.L.C., 401 PARKPLACE, SUITE 105, KIRKLAND, WA 98033 |
| TALAVI ASSOCIATES LLC AN ARIZONA | LIABILITY COMPANY, 3838 NORTH CENTRAL AVENUE, SUITE 1500, PHOENIX, AZ 85012 |

## AMERICAN HOME MORTGAGE HOLDINGS, INC
### SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| LIMITED | LIABILITY COMPANY, 3838 NORTH CENTRAL AVENUE, SUITE 1500, PHOENIX, AZ 85012 |
| TEMECULA CORPORATE | 1900 MAIN STREET, SUITE 350, IRVINE, CA 92614 |
| THE BYRON COMPANY | 25 SOUTHMOOR DRIVE, ST. LOUIS, MO 63105 |
| THE REALTY ASSOC. FUND VIII, L.P. | P.O. BOX 223528, PITTSBURGH, PA 15251-2528 |
| THE WILLOWS LLC | 1201 SOUTH KIMBALL, CALDWELL, ID 83605 |
| UNITED PROPERTIES INVEST - (SPOC) | SDS-12-2642, PO BOX 86, MINNEAPOLIS, MN 55486-2642 |
| VINTAGE PARK, LLC C/O CITADEL EQUITIES | GROUP, 1508 EUREKA ROAD, SUITE 130, ROSEVILLE, CA 95661 |
| WAILUA SHOPPING PLAZA | 3165 OAHU AVENUE, HONOLULU, HI 96822 |
| WATTERSON & ZAPPOLO, P.A. | 4100 RCA BOULEVARD, SUITE 100, PALM BEACH GARDENS, FL 33410 |
| WEISS REALTY MANAGEMENT | 730 NORTH POAST OAK ROAD, SUITE 330, HOUSTON, TX 77024 |
| WEST END PROPERTIES | 1970 STATIUM DRIVE SUITE 3, BOZEMAN, MT 59715 |
| WESTLINN CORP. PARK | BLACKHWAK LLC, PO BOX 4245, PORTLAND, OR 97208-4245 |
| WESTRIDGE II & III, L.L.C. | 4700 WESTOWN PARKWAY, SUITE 303, WEST DES MOINES, IA 50266 |

**Total Creditor Count 102**

# **EXHIBIT D**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------  x
In re:                                             :  Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,             :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                    :
                                                   :  Jointly Administered
          Debtors.                                 :
------------------------------------------------------------  x
```

### AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK   )

LAURA CAMPBELL, being duly sworn, deposes and says:

1.     I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.     On February 15, 2008, I caused to be served true and correct copies of the

a)     "Notice of Motion," dated February 15, 2008 to which was attached the "Debtors' Emergency Motion to Compel the Terms of the Letter Agreement and Order, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment Located Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related Relief," [Docket No. 3006] dated February 15, 2008, and

b)     "Motion Pursuant to Del. L.R. 9006-1(e) for an Order Shortening the Time for Notice of Debtors' Motion to Enforce the Terms of the Order, Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code, (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment Located Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related Relief," [Docket No. 3007] dated February 15, 2008,

enclosed securely in separate postage pre-paid envelopes, to be delivered by overnight mail to those parties listed on Exhibit A.

3050

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_Laura Campbell_
Laura Campbell

Sworn to before me this

20th day of February, 2008

_Ross Matray_
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 20 10

**EXHIBIT "A"**

AMERICAN HOME MORTGAGE HOLDINGS, INC
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| 6000 UPTOWN PARTNERS, LLC C/O PACIFIC | WESTERN BANK,P.O. BOX 1929, YUCCA VALLEY, CA 92286 |
| 6043 HUDSON ROAD, LLC | 1224 WEST 96TH STREET,, BLOOMINGTON, MN 55431 |
| 917 TRIPLE CROWN L.L.C. | 917 TRIPLE CROWN WAY,SUITE 200, YAKIMA, WA 98908 |
| AAK, LLC | ABRAMS DEVELOPMENT GROUP, INC.,5850 WATERLOO RD, SUITE 230, COLUMBIA, MD 21045 |
| AMERICAN COMM. REALTY CORP. | C/O SOUTHPARK CENTRE,4400 PGA BLVD, SUITE #305, PALM BEACH, FL 33410 |
| ANAHEIM CORPORATE OFFICE PLAZA, LP C/O | SELIGMAN WESTERN ENTERPRISES, LTD,2121 TOWNE CENTRE PLACE,SUITE 320, ANAHEIM, CA 92806 |
| ARDEN REALTY LIMITED PARTNERSHIP | P.O. BOX 3100-0751,ATTN: LOCKBOX 910751, PASADENA, CA 91110-0751 |
| BLUE BEAR PROPERTIES INC | 20669 W LAKE HOUSTON PKWY,THE CENTRE AT KINGS LAKE ESTATES STE L, KINGWOOD, TX 77246 |
| BORDER FCU | PO BOX 420728,, DEL RIO, TX 78842-0728 |
| BRIDON REALTY CO. | 254 SOUTH MAIN STREET,, NEW CITY, NY 10956-3360 |
| BRIDON REALTY COMPANY, LLC | 254 S. MAIN STREET,SUITE 104, NEW CITY, NY 10956 |
| C & H PROPERTIES, LLC | ATTN: CHRIS GANTY,318B GUILBEAU RD, LAFAYETTE, LA 70506 |
| CANYON CREST TOWNE CENTER, LLC | 5225 CANYON CREST DRIVE,BLDG 100, SUITE 150, RIVERSIDE, CA 92507 |
| CANYON HILLS MANOR, INC C/O BRAD GRAHAM | P.O. BOX 2248,, CHEYENNE, WA 82003 |
| CAPAX MANAGEMENT & INSURANCE SERVICES | 1150 NINTH STREETS, SUITE 1400,, MODESTO, CA 35354 |
| CAPPUCCIO TRUST | ATTN JUDITH A. MORGAN, CO-TRUSTEE,659 ABREGO STREET,SUITE # 4, MONTEREY, CA 93940 |
| CHARLOTTE D. HARRELL, LLC | 2000 SAM RITTENBERG BLVD,SUITE 124, CHARLESTON, SC 29407 |
| COLORADO - LAKE POINT ENTERPRISES, LLC | 2620 TENDERFOOT HILL ST STE 100,, COLORADO SPRINGS, CO 80906 |
| CORPORATE CENTER V, L.L.C. | C/O AMERICAN NEVADA REALTY - LEGAL DEPT.,901 N. GREEN VALLEY PARKWAY, SUITE 200, HENDERSON, NV 89074 |
| CRANBROOK REALTY DNV FD DBA SUTTER | SQUARE,4701 SISK ROAD, SUITE 101, MODESTO, CA 95356 |
| CYBER PROPERTIES LLC | 21920 76TH AVENUE WEST, SUITE 130, EDMONDS, WA 98026 |
| DANTE R. MARROCCO | P.O. BOX 454,, HILLSBORO, OR 97123-0454 |
| DBSI - DORADO-09 | 1550 S TECH LN,, MERIDIAN, ID 83642 |
| DIAMOND PROPERTIES | 3409 WEST 47TH STREET,SUITE 102, SIOUX FALLS, SD 57106 |
| DJ, LLC | 1802 DEARBORN AVENUE,, MISSOULA, MT 50801 |
| EL PRESIDO | C/O TRILAR MANAGEMENT GROUP,2101 CAMINO VIDA ROBLE SUITE A, CARLSBAD, CA 92011 |
| EOP POINT W CORP CENTER - DEPT. 14791 - | 25691,PO BOX 601051, LOS ANGELES, CA 90060-1051 |
| EQUITY OFFICE PROPERTIES | 3211 PAYSPHERE CIRCLE,, CHICAGO, IL 60674 |
| FIRST CREDIT UNION | C/O DBSI REAL ESTATE LLC,3344 NORTH DELAWARE STREET, CHANDLER, AZ 85225 |
| FRANK CAPPUCCIO | 659 ABREGO ST STE 4,, MONTEREY, CA 939403238 |
| FSP REGENTS SQUARE | 633 W FIFTH STREET, 72ND FLOOR,, LOS ANGELES, CA 90071 |
| GALLAGHER & LINDSEY, INC. | 1406 WEBSTER ST # G,, ALAMEDA, CA 94501 |
| GATEWAY CANYON, INC | JOE SERIENO,8101 EAST PRENTICE PRENTICE PLAZA,SUITE 250, ENGLEWOOD, CO 80111 |
| GEMSTAR PROPERTIES, L.L.C. | 738 S. BRIDGEWAY PLACE,SUITE 100, EAGLE, ID 83616 |
| GEORGE R AND FRIEDA L BETTS | 707 FORSYTHIA DR,, NAMPA, ID 83651 |
| GLENWOOD PLACE VENTURES | P.O. BOX 601162,, CHARLOTTE, NC 28260-1162 |
| GOODALE AND BARBIERI | 818 W RIVERSIDE AVE STE 300,, SPOKANE, WA 992010910 |
| GUARDIAN REALTY MANAGEMENT, INC. | 6000 EXECUTIVE BLVD,SUITE 400, NORTH BETHESDA, MD 20852-3847 |
| HAZELTINE GATES, LLC | 1107 HAZELTINE GATES,SUITE 200, CHASKA, MN 55318 |
| HERITAGE VILLAGE OFFICES | 538 BROADHOLLOW RD,, MELVILLE, NY 117473676 |
| HEY JUDE, PTRS | 3053 CENTER POINT ROAD NE,SUITE B, CEDAR RAPIDS, IA 52402-4037 |
| HIGHWOODS PROPERTIES, INC., TRUSTEE: | ATTN. LEASE ADMINISTRATOR,3111 W DR. MARTIN LUTHER KING JR BLVD,SUITE 300, TAMPA, FL 33607 |
| HILEMAN COMPANY LLC | ATTN LISA HOOD,PO BOX 17657, BEVERLY HILLS, CA 90209 |
| ICP 2700, LLC | 6900 E CAMELBACK RD STE 300,, SCOTTSDALE, AZ 852518043 |
| INDIAN WELLS VILLAGE  II | 74900 US HIGHWAY 111 STE 215,, INDIAN WELLS, CA 922107106 |

AMERICAN HOME MORTGAGE HOLDINGS. INC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 1NLAND SOUTHEAST PROPERTY MANAGEMENT | CORP.,4770 PAYSPHERE CIRCLE, CHICAGO, IL 60674 |
| 1OWA STREET LLC | C/O PACIFIC CONTINENTAL REALTY,114 W. MAGNOLIA ST, SUITE 302, BELLINGHAM, WA 98225 |
| 1RONWOOD PROPERTIES ASSOCIATES, LLC | 1221 1RONWOOD DRIVE,, COEUR D'ALENE, ID 83815 |
| J. TIMOTHY LANE | 545 LAGONDA WAY,, DANVILLE, CA 94526 |
| JAMES CAMPBELL CO LLC | P O BOX 29960,, HONOLULU, HI 96820 |
| JENMO, LLC | C/O RED ROCKS, LLC,P.O. BOX 22164, HILTON HEAD ISLAND, SC 29925 |
| JESUS A. GAMBEA | 6233 PIONEERTOWN ROAD,, YUCCA VALLEY, CA 92284 |
| KELLER WILLIAMS | 9355 E. STOCKTON BLVD,MINDY DEMAIN, ELK GROVE, CA 95624 |
| KILROY REALTY L.P. | 3780 KILROY AIRPORT WAY,SUITE 530, LONG BEACH, CA 90806 |
| KILROY REALTY LP | 12200 W. OLYMPIC BLVD,SUITE 200, LOS ANGELES, TX 90024 |
| KILROY REALTY, LP AND KILROY REALTY | CORPORATION,111 PACIFICA,SUITE 300, IRVINE, CA 92618 |
| KOHLER PROPERTIES | C/O KOHLER MEYERS O'HALLORAN INC.,15 NE 3RD STREET, GRESHAM, OR 97030 |
| LAGUNA PALM GROUP | 25002 WILKES PLACE,, LAGUNA HILLS, CA 92653 |
| LEVEL FOUR LEASING | 40 WEST 14TH STREET,SUITE 4B, HELENA, MT 56901 |
| LLOYD DISTRICT PROPERTIES, L.P. | C/O ASHFORTH PACIFIC, INC.,825 N.E. MULTNOMAH, #1275, PORTLAND, OR 97232 |
| M & L SAGEBRUSH WEST, LTD. | C/O MARKSMAN REALTY SERVICES, INC.,3301 LONG PRAIRIE ROAD, SUITE 126, FLOWER MOUND, TX 75022 |
| MANOR HOUSE DEVELOPMENT | 1412 SOUTH LEGEND HILLS DRIVE,SUITE 316, CLEARFIELD, UT 84015 |
| MCLAIN PARTNERS II | 11116 SOUTH TOWNE SQUARE,SUITE 300, ST. LOUIS, MO 63123 |
| MERCHANT DEVELOPMENT, LLC C/O GREAT | LAKES MANAGEMENT COMPANY,1907 EAST WAYZATA BOULEVARD,SUITE 110, WAYZATA, MN 55391 |
| MOUNTAINVIEW CORP. CENTRE SIERRA LLC | 3311 S. RAINBOW BLVD.,#225, LAS VEGAS, NV 89146 |
| NURSEFINDERS, INC | 1701 E LAMAR,SUITE 640 OR SUITE 200, ARLINGTON, TX 76006 |
| OHIO PUBLIC EMP RETIREMENT SYS | 21 WATERWAY HOLDING, LLC,PO BOX 203494, HOUSTON, TX 77216-3494 |
| OLD MILL SHEFFLIN, LLC | C/O NAI UTAH COMMERCIAL MANAGEMENT, INC.,343 EAST 500 SOUTH, SALT LAKE CITY, UT 84111 |
| PACIFIC GUARDIAN CENTER | C/O GROSVENOR CENTER ASSOC.,737 BISHOP ST. / SUITE 2775,GARY COOK, CARMALITA, HONOLULU, HI 96813 |
| PACIFIC YGNACIO CORPORATION | 3000 EXECUTIVE PARKWAY,SUITE 236, SAN RAMON, CA 94583 |
| PAVILLION COURT | C/O ROSWELL & COMPANY - KIRSTEN RIDILLA,PO BOX 1796, BOULDER, CO 80306 |
| PB ADAMS, LLC | 7111 INDIANA AVE STE 300,, RIVERSIDE, CA 925044557 |
| PROPERTY MANAGEMENT ASSOC. | 5120 GOLDLEAF CIRCLE,STE 300, LOS ANGELES, CA 90056 |
| R. BRUCE HICKS | 1845 BATON ROUGE ST,, HENDERSON, NV 89054 |
| RAINBOW CORPORATE CENTER LIMITED | PARTNERSHIP,3065 S. JONES,SUITE 201, LAS VEGAS, NV 89146 |
| RE/MAX METRO PROPERTIES, INC. | ATTN: CURT SHRINER,19961 CHAIN LAKE ROAD, SUITE 149, MONROE, WA 98272 |
| RE/MAX REAL ESTATE GROUP | 6600 UNIVERSITY AVE,, DES MOINES, IA 50311 |
| RED SKY PROPERTIES LLC | ATTN LYNN WRIGHT,800 HARTWOOD LN # 18, BAYFIELD, CO 81122 |
| REMC ENTERPRISES, INC. | 8105 IRVINE CENTER DRIVE,STE 900, IRVINE, CA 92618 |
| RGN - SOUTH FLORIDA | 1111 LINCOLN RD STE 400,, MIAMI BEACH, FL 33139 |
| SHORENSTEIN REALITY PROPERTIES, LP | ONE SW COLUMBIA STREET,,SUITE 300, PORTLAND, OR 97258 |
| SKYPARK RPR ASSOCIATES II | 2780 SKYPARK DRIVE,SUITE 475, TORRANCE, CA 90505 |
| SLO, LLO | 4621 PONCE DE LEON BLVD,4S PRODUCTS BUILDING, CORAL GABLES, FL 33134 |
| SOUTHWEST PLAZA LLC | SDS 12-1605,PO BOX 86, MINNEAPOLIS, MN 55486-1605 |
| SRI MIAMI VENTURE, LP C/O PRINCIPAL REAL | ESTATE INVESTORS,EQUITIES - EASTERN REGIONAL,801 GRAND AVENUE, DES MOINES, IA 50293-1370 |
| ST. ANDREWS PLACE, LLC | C/O JDH DEVELOPMENT,906 LOUISIANA AVE., CHARLOTTE, NC 28204 |
| SYLVAN S. SHULMAN COMPANY-KIRKLAND, | L.L.C.,401 PARKPLACE,SUITE 105, KIRKLAND, WA 98033 |
| TALAVI ASSOCIATES LLC AN ARIZONA LIMITED | LIABILITY COMPANY,3838 NORTH CENTRAL AVENUE,SUITE 1500, PHOENIX, AZ 85012 |

AMERICAN HOME MORTGAGE HOLDINGS. INC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| TEMECULA CORPORATE | 1900 MAIN STREET, SUITE 350, IRVINE, CA 92614 |
| THE BYSON COMPANY | 25 SOUTHMOOR DRIVE,, ST. LOUIS, MO 62105 |
| THE REALTY ASSOC. FUND VIII, L.P. | P.O. BOX 223528,, PITTSBURGH, PA 15251-2528 |
| THE WILLOWS LLC | 1201 SOUTH KIMBALL,, CALDWELL, ID 83605 |
| UNITED PROPERTIES INVEST - (SPOC) | SDS-12-2642, PO BOX 86, MINNEAPOLIS, MN 55486-2642 |
| VINTAGE PARK, LLC C/O CITADEL EQUITIES | GROUP, 1508 EUREKA ROAD, SUITE 130, ROSEVILLE, CA 95661 |
| WAILUA SHOPPING PLAZA | 3165 OAHU AVENUE,, HONOLULU, HI 96822 |
| WATTERSON & ZAPPOLO, P.A. | 4100 RCA BOULEVARD, SUITE 100, PALM BEACH GARDENS, FL 33410 |
| WEISS REALTY MANAGEMENT | 730 NORTH POAST OAK ROAD, SUITE 330, HOUSTON, TX 77024 |
| WEST END PROPERTIES | 1970 STATIUM DRIVE SUITE 3,, BOZEMAN, MT 59715 |
| WESTLINN CORP. PARK | BLACKHWAK LLC, PO BOX 4245, PORTLAND, OR 97208-4245 |
| WESTRIDGE II & III, L.L.C. | 4700 WESTOWN PARKWAY, SUITE 303, WEST DES MOINES, IA 50266 |

**Total Creditor Count 100**

# EXHIBIT E

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x

In re:                                              :            Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              : ·          Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    :            Jointly Administered
    Debtors.                     :

----------------------------------------------------------------x

### AFFIDAVIT OF MAILING

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

KATE MAILLOUX, being duly sworn, deposes and says:

1.      I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.      On February 22, 2008, I caused to be served the following:

    a)    Notice of Motion, dated February 22, 2008, to which was attached the Debtors' Motion for Order (A) Modifying Letter Agreement with Indymac Bank, F.S.B.; (B) Modifying Order, Pursuant to Sections 105(a), 363, 365 and 554 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment Located Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related Relief [Docket No. 357]; and (C) Authorizing the Debtors to Reject Certain Unexpired Leases of Non-Residential Real Property and to Abandon Certain Furniture, Fixtures and Equipment Located Therein, dated February 22, 2008 [Docket No. 3059] (the "Notice"),

    b)    Motion Pursuant to Del. L.R. 9006-1(e) For an Order Shortening the Time for Notice of Debtors' Motion for Order (A) Modifying Letter Agreement with Indymac Bank, F.S.B.; (B) Modifying Order, Pursuant to Sections 105(a), 363, 365 and 554 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure (I) Authorizing the Assumption and Assignment of Certain Real Property Leases and the Sale of Furniture, Fixtures and Equipment Located Therein; (II) Approving the Terms of the Letter Agreement; and (III) Granting Related Relief; and (C) Authorizing the Debtors to Reject Certain Unexpired Leases of Non-Residential Real Property and to Abandon Certain Furniture, Fixtures and Equipment Located Therein, dated February 22, 2008 [Docket No. 3060] (the "Motion")

by causing true and correct copies of the Notice and Motion enclosed securely in separate postage prepaid envelopes, to be delivered by overnight mail for Saturday delivery to the parties listed on Exhibit A annexed hereto.

4131

3.        All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_Kate Mailloux_
Kate Mailloux

Sworn to before me this

25th day of February, 2008

_Ross Matray_
Notary Public

**ROSS MATRAY**
**Notary Public, State of New York**
**No. 01MA614899**
**Qualified in New York County**
**Commission Expires July 3, 20_1_0**

**EXHIBIT "A"**

GOODALE & BARBIERI
201 W NORTH RIVER DRIVE, SUITE 200
SPOKANE, WA 99201

HALL STONEBRIAR ONE ASSOCIATES, LTD.
ATTN LAURIE D. BIDDLE
6801 GAYLORD PARKWAY
SUITE 406
FRISCO, TX 75034

HERITAGE VILLAGE OFFICES
51 E. CAMPBELL AVENUE
CAMPBELL, CA 95008

PB ADAMS LLC
7119 INDIANA AVE STE 300
RIVERSIDE, CA 925044557

RAM INTERNATIONAL
10013 59TH AVE SW
LAKEWOOD, WA 98499

RINGSTONE PARTNERS, LLC
ATTN DEBBIE STONER, PARTNER/PROP MGR.
PO BOX 160897
BIG SKY, MT 59716

SYLVAN S. SHULMAN COMPANY-KIRKLAND, LLC
401 PARKPLACE, SUITE 105
KIRKLAND, WA 98033

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 6000 UPTOWN PARTNERS, LLC C/O PACIFIC | WESTERN BANK, P.O. BOX 1929, YUCCA VALLEY, CA 92286 |
| 6043 HUDSON ROAD, LLC | 1224 WEST 96TH STREET,, BLOOMINGTON, MN 55431 |
| 917 TRIPLE CROWN L.L.C. | 917 TRIPLE CROWN WAY, SUITE 200, YAKIMA, WA 98908 |
| AAK, LLC | ABRAMS DEVELOPMENT GROUP, INC., 5850 WATERLOO RD, SUITE 230, COLUMBIA, MD 21045 |
| AMERICAN COMM. REALTY CORP. | C/O SOUTHPARK CENTRE, 4400 PGA BLVD, SUITE #305, PALM BEACH, FL 33410 |
| ANAHEIM CORPORATE OFFICE PLAZA, LP C/O | SELIGMAN WESTERN ENTERPRISES, LTD, 2121 TOWNE CENTRE PLACE, SUITE 320, ANAHEIM, CA 92806 |
| ARDEN REALTY LIMITED PARTNERSHIP | P.O. BOX 3100-0751, ATTN: LOCKBOX 910751, PASADENA, CA 91110-0751 |
| BLUE BEAR PROPERTIES INC | 20669 W LAKE HOUSTON PKWY, THE CENTRE AT KINGS LAKE ESTATES STE L, KINGWOOD, TX 77346 |
| BORDER FCU | PO BOX 420728,, DEL RIO, TX 78842-0728 |
| BRIDON REALTY CO. | 254 SOUTH MAIN STREET,, NEW CITY, NY 10956-3360 |
| BRIDON REALTY COMPANY, LLC | 254 S. MAIN STREET, SUITE 104, NEW CITY, NY 10956 |
| C & H PROPERTIES, LLC | ATTN: CHRIS GANTY, 318B GUILBEAU RD, LAFAYETTE, LA 70506 |
| CANYON CREST TOWNE CENTER, LLC | 5225 CANYON CREST DRIVE, BLDG 100, SUITE 150, RIVERSIDE, CA 92507 |
| CANYON HILLS MANOR, INC C/O BRAD GRAHAM | P.O. BOX 2248,, CHEYENNE, WA 82003 |
| CAPAX MANAGEMENT & INSURANCE SERVICES | 1150 NINTH STREETS, SUITE 1400,, MODESTO, CA 35354 |
| CAPPUCCIO TRUST | ATTN JUDITH A. MORGAN, CO-TRUSTEE, 659 ABREGO STREET, SUITE # 4, MONTEREY, CA 93940 |
| CHARLOTTE D. HARRELL, LLC | 2000 SAM RITTENBERG BLVD, SUITE 124, CHARLESTON, SC 29407 |
| COLORADO - LAKE POINT ENTERPRISES, LLC | 2630 TENDERFOOT HILL ST STE 100,, COLORADO SPRINGS, CO 80906 |
| CORPORATE CENTER V, L.L.C. | C/O AMERICAN NEVADA REALTY - LEGAL DEPT., 901 N. GREEN VALLEY PARKWAY, SUITE 200, HENDERSON, NV 89074 |
| CRANBROOK REALTY DNV FD DBA SUTTER | SQUARE, 4701 SISK ROAD, SUITE 101, MODESTO, CA 95356 |
| CYBER PROPERTIES LLC | 21920 76TH AVENUE WEST, SUITE 130, EDMONDS, WA 98026 |
| DANTE R. MARROCCO | P.O. BOX 454,, HILLSBORO, OR 97123-0454 |
| DBSI - DORADO-09 | 1550 S TECH LN,, MERIDIAN, ID 83642 |
| DIAMOND PROPERTIES | 3409 WEST 47TH STREET, SUITE 102, SIOUX FALLS, SD 57106 |
| DJ, LLC | 1802 DEARBORN AVENUE,, MISSOULA, MT 50801 |
| EL PRESIDO | C/O TRILAR MANAGEMENT GROUP, 2101 CAMINO VIDA ROBLE SUITE A, CARLSBAD, CA 92011 |
| EOP POINT W CORP CENTER - DEPT. 14791 - | 25691, PO BOX 601051, LOS ANGELES, CA 90060-1051 |
| EQUITY OFFICE PROPERTIES | 3211 PAYSPHERE CIRCLE,, CHICAGO, IL 60674 |
| FIRST CREDIT UNION | C/O DBSI REAL ESTATE LLC, 3344 NORTH DELAWARE STREET, CHANDLER, AZ 85225 |
| FRANK CAPPUCCIO | 659 ABREGO ST STE 4,, MONTEREY, CA 93940-3238 |
| FSP REGENTS SQUARE | 633 W FIFTH STREET, 72ND FLOOR,, LOS ANGELES, CA 90071 |
| GALLAGHER & LINDSEY, INC. | 1406 WEBSTER ST # G,, ALAMEDA, CA 94501 |
| GATEWAY CANYON, INC | JOE SERIENO, 8101 EAST PRENTICE PRENTICE PLAZA, SUITE 250, ENGLEWOOD, CO 80111 |
| GEMSTAR PROPERTIES, L.L.C. | 738 S. BRIDGEWAY PLACE, SUITE 100, EAGLE, ID 83616 |
| GEORGE R AND FRIEDA L BETTS | 707 FORSYTHIA DR,, NAMPA, ID 83651 |
| GLENWOOD PLACE VENTURES | P.O. BOX 601162,, CHARLOTTE, NC 28260-1162 |
| GOODALE AND BARBIERI | 818 W RIVERSIDE AVE STE 300,, SPOKANE, WA 99201-0910 |
| GUARDIAN REALTY MANAGEMENT, INC. | 6000 EXECUTIVE BLVD, SUITE 400, NORTH BETHESDA, MD 20852-3847 |
| HAZELTINE GATES, LLC | 1107 HAZELTINE GATES, SUITE 200, CHASKA, MN 55318 |
| HERITAGE VILLAGE OFFICES | 538 BROADHOLLOW RD,, MELVILLE, NY 11747-3676 |
| HEY JUDE, PTRS | 3053 CENTER POINT ROAD NE, SUITE B, CEDAR RAPIDS, IA 52402-4037 |
| HIGHWOODS PROPERTIES, INC., TRUSTEE: | ATTN. LEASE ADMINISTRATOR, 3111 W DR. MARTIN LUTHER KING JR BLVD, SUITE 300, TAMPA, FL 33607 |
| HILEMAN COMPANY LLC | ATTN LISA HOOD, PO BOX 17657, BEVERLY HILLS, CA 90209 |
| ICP 2700 LLC | PO BOX 8429,, SCOTTSDALE, AZ 85225-8429 |
| ICP 2700, LLC | 6900 E CAMELBACK RD STE 300,, SCOTTSDALE, AZ 85251-8043 |

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| INDIAN WELLS VILLAGE  II | 74900 US HIGHWAY 111 STE 215,, INDIAN WELLS, CA 92210-7106 |
| INLAND SOUTHEAST PROPERTY MANAGEMENT | CORP.,4770 PAYSPHERE CIRCLE, CHICAGO, IL 60674 |
| IOWA STREET LLC | C/O PACIFIC CONTINENTAL REALTY,114 W. MAGNOLIA ST, SUITE 302, BELLINGHAM, WA 98225 |
| IRONWOOD PROPERTIES ASSOCIATES, LLC | 1221 IRONWOOD DRIVE,, COEUR D'ALENE, ID 83815 |
| J. TIMOTHY LANE | 545 LAGONDA WAY,, DANVILLE, CA 94526 |
| JAMES CAMPBELL CO LLC | P O BOX 29960,, HONOLULU, HI 96820 |
| JENMO, LLC | C/O RED ROCKS, LLC,P.O. BOX 23164, HILTON HEAD ISLAND, SC 29925 |
| JESUS A. GAMBEA | 6233 PIONEERTOWN ROAD,, YUCCA VALLEY, CA 92284 |
| KELLER WILLIAMS | 9355 E. STOCKTON BLVD,MINDY DEMAIN, ELK GROVE, CA 95624 |
| KILROY REALTY L.P. | 3780 KILROY AIRPORT WAY,SUITE 530, LONG BEACH, CA 90806 |
| KILROY REALTY LP | 12200 W. OLYMPIC BLVD,SUITE 200, LOS ANGELES, TX 90024 |
| KILROY REALTY, LP AND KILROY REALTY | CORPORATION,111 PACIFICA,SUITE 300, IRVINE, CA 92618 |
| KOHLER PROPERTIES | C/O KOHLER MEYERS O'HALLORAN INC.,15 NE 3RD STREET, GRESHAM, OR 97030 |
| LAGUNA PALM GROUP | 25002 WILKES PLACE,, LAGUNA HILLS, CA 92653 |
| LEVEL FOUR LEASING | 40 WEST 14TH STREET,SUITE 4B, HELENA, MT 56901 |
| LLOYD DISTRICT PROPERTIES, L.P. | C/O ASHFORTH PACIFIC, INC.,825 N.E. MULTNOMAH, #1275, PORTLAND, OR 97232 |
| M & L SAGEBRUSH WEST, LTD. | C/O MARKSMAN REALTY SERVICES, INC.,3301 LONG PRAIRIE ROAD, SUITE 126, FLOWER MOUND, TX 75022 |
| MANOR HOUSE DEVELOPMENT | 1412 SOUTH LEGEND HILLS DRIVE,SUITE 316, CLEARFIELD, UT 84015 |
| MCLAIN PARTNERS II | 11116 SOUTH TOWNE SQUARE,SUITE 300, ST. LOUIS, MO 63123 |
| MERCHANT DEVELOPMENT, LLC C/O GREAT | LAKES MANAGEMENT COMPANY,1907 EAST WAYZATA BOULEVARD,SUITE 110, WAYZATA, MN 55391 |
| MOUNTAINVIEW CORP. CENTRE SIERRA LLC | 3311 S. RAINBOW BLVD.,#225, LAS VEGAS, NV 89146 |
| NURSEFINDERS, INC | 1701 E LAMAR,SUITE 640 OR SUITE 200, ARLINGTON, TX 76006 |
| OHIO PUBLIC EMP RETIREMENT SYS | 21 WATERWAY HOLDING, LLC,PO BOX 203494, HOUSTON, TX 77216-3494 |
| OLD MILL SHEFFLIN, LLC | C/O NAI UTAH COMMERCIAL MANAGEMENT, INC.,343 EAST 500 SOUTH, SALT LAKE CITY, UT 84111 |
| PACIFIC GUARDIAN CENTER | C/O GROSVENOR CENTER ASSOC.,737 BISHOP ST. / SUITE 2775,GARY COOK, CARMALITA, HONOLULU, HI 96813 |
| PACIFIC YGNACIO CORPORATION | 3000 EXECUTIVE PARKWAY,SUITE 236, SAN RAMON, CA 94583 |
| PAVILLION COURT | C/O ROSWELL & COMPANY - KIRSTEN RIDILLA,PO BOX 1796, BOULDER, CO 80306 |
| PB ADAMS, LLC | 7111 INDIANA AVE STE 300,, RIVERSIDE, CA 92504-4557 |
| PROPERTY MANAGEMENT ASSOC. | 5120 GOLDLEAF CIRCLE,STE 300, LOS ANGELES, CA 90056 |
| R. BRUCE HICKS | 1845 BATON ROUGE ST,, HENDERSON, NV 89054 |
| RAINBOW CORPORATE CENTER LIMITED | PARTNERSHIP,3065 S. JONES,SUITE 201, LAS VEGAS, NV 89146 |
| RE/MAX METRO PROPERTIES, INC. | ATTN: CURT SHRINER,19961 CHAIN LAKE ROAD, SUITE 149, MONROE, WA 98272 |
| RE/MAX REAL ESTATE GROUP | 6600 UNIVERSITY AVE,, DES MOINES, IA 50311 |
| RED SKY PROPERTIES LLC | ATTN LYNN WRIGHT,800 HARTWOOD LN # 18, BAYFIELD, CO 81122 |
| REMC ENTERPRISES, INC. | 8105 IRVINE CENTER DRIVE,STE  900, IRVINE, CA 92618 |
| RGN - SOUTH FLORIDA | 1111 LINCOLN RD STE 400,, MIAMI BEACH, FL 33139 |
| SHORENSTEIN REALITY PROPERTIES, LP | ONE SW COLUMBIA STREET,SUITE 300, PORTLAND, OR 97258 |
| SKYPARK RPR ASSOCIATES II | 2780 SKYPARK DRIVE,SUITE 475, TORRANCE, CA 90505 |
| SLO, LLO | 4621 PONCE DE LEON BLVD,4S PRODUCTS BUILDING, CORAL GABLES, FL 33134 |
| SOUTHWEST PLAZA LLC | SDS 12-1605,PO BOX 86, MINNEAPOLIS, MN 55486-1605 |
| SRI MIAMI VENTURE, LP C/O PRINCIPAL REAL | ESTATE INVESTORS,EQUITIES - EASTERN REGIONAL,801 GRAND AVENUE, DES MOINES, IA 50293-1370 |
| ST. ANDREWS PLACE, LLC | C/O JDH DEVELOPMENT,906 LOUISIANA AVE., CHARLOTTE, NC 28204 |
| STEVEN W KELLY | SILVER & DEBOSKEY, P.C.,1801 YORK STREET, DENVER, CO 80206 |
| SYLVAN S. SHULMAN COMPANY-KIRKLAND, | 258 E BADILLO ST STE B,, COVINA, CA 91723-2100 |

SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| TALAVI ASSOCIATES LLC AN ARIZONA LIMITED | LIABILITY COMPANY,3838 NORTH CENTRAL AVENUE,SUITE 1500, PHOENIX, AZ 85012 |
| TEMECULA CORPORATE | 1900 MAIN STREET,SUITE 350, IRVINE, CA 92614 |
| THE BYRON COMPANY | 25 SOUTHMOOR DRIVE,, ST. LOUIS, MO 63105 |
| THE REALTY ASSOC. FUND VIII, L.P. | P.O. BOX 223528,, PITTSBURGH, PA 15251-2528 |
| THE WILLOWS LLC | 1201 SOUTH KIMBALL,, CALDWELL, ID 83605 |
| UNITED PROPERTIES INVEST - (SPOC) | SDS-12-2642,PO BOX 86, MINNEAPOLIS, MN 55486-2642 |
| VINTAGE PARK, LLC C/O CITADEL EQUITIES | GROUP,1508 EUREKA ROAD,SUITE 130, ROSEVILLE, CA 95661 |
| WAILUA SHOPPING PLAZA | 3165 OAHU AVENUE,, HONOLULU, HI 96822 |
| WATTERSON & ZAPPOLO, P.A. | 4100 RCA BOULEVARD,SUITE 100, PALM BEACH GARDENS, FL 33410 |
| WEISS REALTY MANAGEMENT | 730 NORTH POAST OAK ROAD,SUITE 330, HOUSTON, TX 77024 |
| WEST END PROPERTIES | 1970 STATIUM DRIVE SUITE 3,, BOZEMAN, MT 59715 |
| WESTLINN CORP. PARK | BLACKHWAK LLC,PO BOX 4245, PORTLAND, OR 97208-4245 |
| WESTRIDGE II & III, L.L.C. | 4700 WESTOWN PARKWAY,SUITE 303, WEST DES MOINES, IA 50266 |

**Total Creditor Count 102**