IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re:                                                          Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,    Case No. 07-11047 (CSS)
a Delaware corporation, *et al.*,[1]                          Jointly Administered

                  Debtors.                         Re: Docket Nos. 3465, 4171
---------------------------------------------------------------X

## JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' OBJECTION TO MOTION OF MCLAIN PARTNERS II, LLC FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by their undersigned co-counsel, hereby joins the Debtors' Objection (the "Objection") [Docket No. 4171] to the Motion (the "Motion") of McLain Partners II, LLC ("MP") for Payment of Administrative Expense Claim [Docket No. 3465] and in support thereof represents as follows:

### JOINDER

1.    The Committee hereby adopts and incorporates the arguments and assertions set forth in the Objection and reserves all rights to be heard before this Court with regard to the Motion.

2.    For these reasons, and for the reasons set forth in the Objection, the Committee objects to the relief sought in the Motion.

---

[1] The Debtors in these cases are: AHM Holdings; American Home Mortgage Investment Corp.; American Home Mortgage Acceptance, Inc.; American Home Mortgage Servicing, Inc.; American Home Mortgage Corp.; American Home Mortgage Ventures LLC; Homegate Settlement Services, Inc.; and Great Oak Abstract Corp.

**WHEREFORE**, the Committee respectfully requests that the Court sustain the Objection and grant such other and further relief as the Court may deem just and proper.

Dated: May 22, 2008

BLANK ROME LLP

/s/ *David W. Carickhoff*
Bonnie Glantz Fatell (No. 3809)
David W. Carickhoff (No. 3715)
1201 Market Street, Suite 800
Wilmington, Delaware  19801
(302) 425-6400 - Telephone
(302) 425-6464 - Facsimile

- and -

HAHN & HESSEN LLP
Mark S. Indelicato
Emmet Keary
488 Madison Avenue
New York, New York 10022
(212) 478-7200 - Telephone
(212) 478-7400 - Facsimile

Co-Counsel to the Official Committee
of Unsecured Creditors of American Home
Mortgage Holdings, Inc., *et al*.