## CLASS ACTION CERTIFICATION

I, __Alex Castro__, declare as to the claims asserted under the federal securities laws that:

1. I have reviewed the complaint prepared by Shalov Stone Bonner & Rocco LLP, which I designate as my counsel in this action for all purposes. I authorize the filing of the complaint on my behalf.

2. I did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the proposed Class Period (July 26, 2006 and July 27, 2007, inclusive), I executed the following transactions relating to American Home Mortgage Investment Corp.:

| Purchase date | No. Shares | Price per Share | Exchange | Sale date | No. Shares | Price per Share | Exchange |
|---|---|---|---|---|---|---|---|
| 7-25-06 | 180 | 35.42 | | 9-14-07 | 180 | 0.27 | |
| | | | | | | | |
| | | | | | | | |

(If you require additional space, please attach additional pages in the same format as above.)

5. In the past three years, I have not sought to serve nor served as a representative party on behalf of a class in an action filed under the federal securities laws.

6. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this ____ day of _____, 2007.

Signed: _Alex Castro_    Print Name: _____

Address: _4337 Jeker Dr._    Telephone: _972-740-5500_

_Plano Tx 75074-3571_    E-mail: _____

**ALEX E CASTRO SEG IRA R/O**
**FCC AS CUSTODIAN**

| Sub / Branch | / Rep | / Account No. |
|---|---|---|
| 079 / 2X | / 2X47 | / 2071-7982 |

July 1 - July 31, 2006

Page 6 of 9

## Activity Detail continued

| Date | Account Type | Transaction | Quantity | Description | Price | Amount | Cash/Money Market/Sweep Fund Balance |
|---|---|---|---|---|---|---|---|
| 07/18 | Cash | DIVIDEND | | CALAMOS CONVERTIBLE OPPORTUNITIES AND INCOME 071806 300 | | 45.00 | 406.76 |
| 07/20 | Cash | ROYALTY PYMT | | B P PRUDHOE BAY ROYALTY TRUST UNIT BENEFICIAL INTEREST 072006 100 | | 259.52 | 666.28 |
| 07/25 | Cash | SALE | -300.00000 | CALAMOS CONVERTIBLE OPPORTUNITIES AND INCOME | 19.6301 | 5,883.84 | |
| 07/25 | Cash | SALE | -80.00000 | ISHARES MORNINGSTAR SMALL VALUE INDEX FUND | 73.3000 | 5,858.81 | 12,408.93 |
| 07/26 | Cash | PURCHASE | 180.00000 | AMERICAN HOME MORTGAGE INVESTMENT AS OF 7/25/06 | 35.4200 | -6,539.23 | 5,869.70 |
| 07/31 | Cash | INTEREST | | BANK DEPOSIT SWEEP OPTION 073106 5,869 | | 2.82 | 5,872.52 |

## Money Fund/Bank Deposit Sweep Activity

This section displays transfers into and out of your money market/bank deposit sweep account. Transactions included here are Transfer To, Transfer From and Reinvested Dividends and Interest. These amounts are not included in the Cash Activity Summary.

| Date | Account Type | Transaction | Description | Amount |
|---|---|---|---|---|
| 07/01 | | | BEGINNING BALANCE | 678.59 |
| 07/05 | Cash | TRANSFER TO | BANK DEPOSIT SWEEP OPTION | 37.75 |
| 07/19 | Cash | TRANSFER FROM | BANK DEPOSIT SWEEP OPTION | -309.58 |
| 07/21 | Cash | TRANSFER TO | BANK DEPOSIT SWEEP OPTION | 259.52 |
| 07/31 | Cash | REINVEST INT | BANK DEPOSIT SWEEP OPTION | 2.82 |
| 07/31 | Cash | TRANSFER TO | BANK DEPOSIT SWEEP OPTION | 5,203.42 |
| 07/31 | | | ENDING BALANCE | 5,872.52 |



14,534