May 14, 2008

United States Bankruptcy Court
Honorable Christopher S. Sontchi
824 Market Street
5th Floor, Courtroom No. 6
Wilmington, DE 19801

RECEIVED / FILED
MAY 22 2008
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE:   American Home Mortgage Holdings, Inc.
      Case No. 07-11047 (CSS)

To Whom It May Concern:

This in response to Equity Interest for the objection claim in the amount of **$11,883.00** in the name of **Diane S. Harris, 3200 Evan Drive, Hurst, TX 76054-2037.**

Shalov Stone Bonner & Rocco LLP has filed a class action complaint against certain of AHM's executive officers, alleging that they violated the federal securities laws by overstating and exaggerating the company's financial health. The complaint was filed in the United States District Court for the Eastern District of New York.

According to the complaint, during the Class Period, the defendants issued materially false and misleading statements that misrepresented and failed to disclose, among other things, that: (a) rising levels of loan delinquencies were depressing the company's earnings; (b) margins and profits were decreasing due to falling prices caused by increasing difficulties with selling loans; and (c) due to the foregoing, the company was overstating its financial results by failing to write down the value of many of the loans in its portfolio that had declined substantially in value.

The claim has been filed because of damages or a claim against the debtors as set forth in the class action complaint.

Sincerely,

Diane S. Harris

cc:   EPIQ Bankruptcy
      757 Third Avenue, 3rd Floor
      New York, NY 10017