## CLASS ACTION CERTIFICATION

I, **Phillips Bros Ltd Ptshp**, declare as to the claims asserted under the federal securities laws that: **FBO: Greer Phillips**

1. I have reviewed the complaint prepared by Shalov Stone Bonner & Rocco LLP, which I designate as my counsel in this action for all purposes. I authorize the filing of the complaint on my behalf.

2. I did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3. I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. During the proposed Class Period (July 26, 2006 and July 27, 2007, inclusive), I executed the following transactions relating to American Home Mortgage Investment Corp.:

| Purchase date | No. Shares | Price per Share | Exchange | Sale date | No. Shares | Price per Share | Exchange |
|---|---|---|---|---|---|---|---|
| 8-25-06 | 700 | 31.47 | | 10-24-07 | 700 | 0.1300 | |
| | | | | | | | |
| | | | | | | | |

(If you require additional space, please attach additional pages in the same format as above.)

5. In the past three years, I have not sought to serve nor served as a representative party on behalf of a class in an action filed under the federal securities laws.

6. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this ____ day of _____, 2007.

Signed: _____     Print Name: _____

Address: **7908 NE Loop 820**     Telephone: **817-595-2477**

**North Richland Hills TX**     E-mail: _____

**76180**

# PROOF OF CLAIM

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**
American Home Mortgage Claims Processing Center
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: American Home Mortgage Holdings, Inc., et al., Debtors. | Chapter 11 Case No. 07-11047 (CSS) Jointly Administered |
|---|---|
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Phillips Brothers Limited Partnership-College
FBO Greer Phillips
7908 NE Loop 820
North Richland Hills TX 76180-7302

COPY

Telephone number: 817-595-2477
Email Address:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:
First Clearing Account # 6267-7515

Check here if this claim: ☐ replaces  ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other  Equity Investment  (explain)

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)

Last Four Digits of your SS#: ___ ___ ___ ___
Unpaid compensation for services performed
from _____(date)_____ to _____(date)_____

**2. Date debt was incurred:** 8/25/2006

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 22,118.68 (unsecured nonpriority) + _____ (secured) + _____ (unsecured priority) = 22,118.68 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim:** $ 22,118.68
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

FILED / RECEIVED
JAN 28 2008
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 1-12-08
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):  /s/ Laurie Phillips
GreerPhillips   LauriePhillips

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# RHODES SECURITIES, INC.

Fort Worth Club Building • Suite 1000
306 West 7th Street • Fort Worth, Texas • 76102-4905
(817) 334-0455 • (800) 330-0455 • Fax (817) 334-0063
Member - NASD / SIPC / SIA

24,141

**CONFIRMATION**
DATED 08/25/06

**Account Number   6267-7515**
YOUR REGISTERED REPRESENTATIVE
JIM PALMER

817-338-0463

007939



PHILLIPS BROTHERS LIMITED
PARTNERSHIP - COLLEGE
FBO GREER PHILLIPS
7908 NE LOOP 820
N RICHLND HLS TX  76180-7302

| BOUGHT | | | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|---|---|
| AMERICAN HOME MORTGAGE INVESTMENT | | | 1,600.00000 | 31.47000 | 50,352.00 |
| SYMBOL | AHM | ACCOUNT TYPE | CASH | CHARGE/COMMISSION* | 205.00 |
| SECURITY NUMBER | 1125-169 | TRADE DATE | 08/25/06 | | |
| CUSIP | 02660R-10-7 | SETTLEMENT DATE | 08/30/06 | **NET AMOUNT** | **$50,557.00** |
| SOLICITED | | | | *INCLUDES $5.00 TRANSACTION FEE | |

**MARKET** OVER THE COUNTER
**TRADE INFORMATION:** PREFERRED RATE APPLIED.
**SECURITY INFORMATION:** QUARTERLY PAY.

Account carried by First Clearing, LLC, member New York Stock Exchange, SIPC.
FOR ADDRESS CORRECTION AND PAYMENT DUE INSTRUCTIONS PLEASE REFER TO CONTACT INFORMATION ON PAGE 2 OF THIS CONFIRMATION
079 2X 2X47

FDC13237    007939 237082520113    NNNNN NNNNN NNNNNNNN  000001       Page 1 of 2

# RHODES SECURITIES, INC.

Fort Worth Club Building • Suite 1000
306 West 7th Street • Fort Worth, Texas • 76102-4905
(817) 334-0455 • (800) 330-0455 • Fax (817) 334-0063
Member - NASD/SIPC/SIA

24,141

**CONFIRMATION**
DATED 08/25/06

**Account Number  6267-7515**
YOUR REGISTERED REPRESENTATIVE
JIM PALMER

817-338-0463



007939

PHILLIPS BROTHERS LIMITED
PARTNERSHIP - COLLEGE
FBO GREER PHILLIPS
7908 NE LOOP 820
N RICHLND HLS TX  76180-7302

| | QUANTITY | PRICE | PRINCIPAL |
|---|---|---|---|
| **BOUGHT** AMERICAN HOME MORTGAGE INVESTMENT | 1,600.00000 | 31.47000 | 50,352.00 |

| SYMBOL | AHM | ACCOUNT TYPE | CASH | CHARGE/COMMISSION* | 205.00 |
|---|---|---|---|---|---|
| SECURITY NUMBER | 1125-169 | TRADE DATE | 08/25/06 | | |
| CUSIP | 02660R-10-7 | SETTLEMENT DATE | 08/30/06 | **NET AMOUNT** | **$50,557.00** |
| SOLICITED | | | | *INCLUDES $5.00 TRANSACTION FEE | |

**MARKET** OVER THE COUNTER
**TRADE INFORMATION:** PREFERRED RATE APPLIED.
**SECURITY INFORMATION:** QUARTERLY PAY.

Account carried by First Clearing, LLC, member New York Stock Exchange, SIPC.
FOR ADDRESS CORRECTION AND PAYMENT DUE INSTRUCTIONS PLEASE REFER TO CONTACT INFORMATION ON PAGE 2 OF THIS CONFIRMATION
079 2X 2X47

FDC13237    007939 237082520113    NNNNN NNNNN NNNNNNNN 000001    Page 1 of 2