UNITED STATES BANKRUPTCY
COURT DISTRICT OF DELAWARE

# APPEAL TRANSMITTAL SHEET

Bankruptcy Case Number: 07-11047 (CSS)

**Title of Order Appealed**:

Order Denying Motion of Wells Fargo Bank, N.A. as Securities Administrator, for Relief from the Automatic Stay to Recover a Payment Made in Error to One of the Debtors through Recoupment, Imposition of a Constructive Trust, and/or an Equitable Lien. Order Signed on 4/15/2008.

**Item Transmitted**:   Notice of Appeal, Docket Number 3860
**Date Filed**:         April 25, 2008

**Notice of Appeal**.  Docket #3860
**Appellant's Designation of Items & Statement of Issues**.  Docket #3958
**Appellee's Designation of Items & Statement of Issues**.   Docket #4047

| **Appellant:** | **Appellee:** |
|---|---|
| Todd C. Schiltz, Esq. | James L. Patton, Jr., Esq. |
| WolfBlock, LLP | Sean M. Beach, Esq. |
| 1100 North Market Street, Ste. 1001 | Young Conaway Stargatt & Taylor LLP |
| Wilmington, DE 19801 | The Brandywine Building |
| Telephone: (302) 777-0313 | 1000 West Street, 17th Floor |
| | Wilmington, DE 19801 |
| | Telephone: (302) 571-6600 |

-and-

Franklin H. Top, III, Esq.
111 West Monroe Street
Chicago, IL 60603
Telephone: (312) 845-3824
1114 Avenue of the Americas
New York, NY 10036

**The Official Committee of Unsecured Creditor Committee**

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Jr., Esq.
Blank Rome LLP
1201 Market Street, Ste. 800
Wilmington, DE 19801
Telephone: (302) 425-6423

**Filing Fee Paid**:             X Yes           __No

IFP Motion Filed by Appellant?         __ Yes         __ No

Have Additional Appeals to the Same Order been Filed?     __ Yes        X  No
If so, has District Court assigned a Civil Action Number?

Additional Notes:

___May 23, 2008___                                     ___Teresa Southerland_____
Date                                                          Deputy Clerk

Bankruptcy Court Appeal (BAP) Number:   BAP-08-28

**FOR USE BY U.S. BANKRUPTCY COURT**