# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE, | ) Case No. 07-11047 (CSS) |
| HOLDINGS, INC., a Delaware Corporation, | ) Jointly Administered |
| et al., | ) |
| | ) |
| Debtors. | ) |
| | ) |
| AMERICAN HOME MORTGAGE | ) |
| INVESTMENT CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Proc. No. 07-51739 (CSS) |
| | ) |
| LEHMAN BROTHERS INC., and LEHMAN | ) |
| COMMERCIAL PAPER INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in this Court's Opinion[1] dated May 23, 2008, which is incorporated by reference as if set forth in full herein:

IT IS HEREBY ORDERED that Counts I, II, III, IV, and the first four claims for declaratory judgment in Count V of the Complaint are DISMISSED WITH PREJUDICE, provided, however, that the portion of Count I of the complaint asserting a pre-petition breach of contract is DISMISSED WITHOUT PREJUDICE

---

[1] The Opinion constitutes the Court's findings of fact and conclusions of law, pursuant to Federal Rule of Bankruptcy Procedure 7052.

2

to allow the plaintiff an opportunity to plead with more specificity its claim of damages, which Plaintiff shall file and serve by no later than June 30, 2008.

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Dated: May 23, 2008

2