# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* HSBC Bank USA, National Association, as Trustee for Home Equity Loan Trust Series ACE 2006-AF1

*D&G Reference: 215994*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1158027893 | Jose Gutierrez | 10/21/2005 | $287,000.00 | $297,152.18 | $318,000.00 | 2312 North Beechwood Avenue Rialto, CA 92377 |
| 1158039041 | Edward Kalnins | 9/27/2005 | $301,000.00 | $316,830.84 | $ 380,000.00 | 517 Yellow Meadow C Bakersfield, CA 93308 |