# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR4

*D&G Reference: 215999*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|----------|-----------|-----------|-------------------|----------------|---------------|------------------|
| 1158050705 | James Butler | 4/19/2006 | $133,000.00 | $144,396.66 | $80,000.00 | 6925 South Winchester Avenue Chicago, IL 60636 |
| 1158050806 | Christopher and Nicole Brill | 4/21/2006 | $334,750.00 | $354,848.21 | $439,000.00 | 4200 Rocky Point Drive Antioch, CA 94509 |