IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-11047-CSS, et seq. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2008, copies of the foregoing Motion for Relief from Automatic Stay Under § 362 of the Bankruptcy Code, notice, and proposed order were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: May 23, 2008
    Wilmington, Delaware

/s/ Adam Hiller
Adam Hiller (DE No. 4105)
Draper & Goldberg, PLLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile

American Home Mortgage Holdings, Inc.  
538 Broadhollow Road  
Melville, NY 11747  

United States Trustee  
844 King Street, Room 2207  
Lockbox #35  
Wilmington, DE 19899  

Bonnie Glantz Fatell  
Blank Rome LLP  
1201 Market Street, Suite 800  
Wilmington, DE 19801  

Edward J. Kosmowski  
Joel A. Waite  
Young, Conway, Stargatt & Taylor  
The Brandywine Bldg.  
100 West Street, 17th Floor  
P.O. Box 391 Wilmington, DE 19899  

Rebecca L. Booth  
Morgan, Lewis & Bockius LLP  
1701 Market St  
Philadelphia, PA 19103-2921