# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* Wells Fargo Bank, N.A. dba Americas Servicing Company

*D&G Reference: 216002*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1218040566 | Jared Stull and Nichole Stull | 12/16/2005 | $119,000.00 | $129,099.90 | $163,000.00 | 6276 South White Cliff Avenue Boise ID 83709 |
| 1218041570 | Daniel J Mcphaden and Pennie Renee Mcphaden | 12/12/2005 | $264,000.00 | $279,496.96 | $330,000.00 | 2011 Harris Avenue Bellingham WA 98225 |