# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* Bank of America, National Association

*D&G Reference: 216008*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1317007889 | Angel Quispe | 2/9/2007 | $269,600.00 | $282,614.51 | $298,000.00 | 654 Bently Drive, Inwood WV 25428 |
| 1317007892 | Dora Montano | 1/29/2007 | $272,000.00 | $289,300.94 | $229,900.00 | 14421 Brandon Court, Woodbridge, VA 22193 |
| 1317009120 | Susan Marbrey | 2/16/2007 | $199,850.00 | $213,074.05 | $265,000.00 | 1820 Ormand Road, White Lake, MI 48383 |
| 1317009281 | Daniel Gomez | 2/16/2007 | $392,000.00 | $411,028.62 | $365,000.00 | 3519 Pillar Court, Perris CA 92570 |