# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* Wells Fargo Bank, N.A.

*D&G Reference: 215970*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 0159271071 | Ayaz Phinoo | 2/20/2007 | $378,000.00 | $ 395,703.44 | $ 425,000.00 | 2846 Wake Water Way, Woodbridge, VA 22191 |
| 0201145299 | Benjamin Cota | 3/30/2006 | $154,787.00 | $ 173,013.82 | $ 160,000.00 | 131 East Robertson, Castalian Springs, TN 37031 |
| 0202320594 | Rachel S Still and Patricia A Still | 7/19/2006 | $108,097.00 | $ 114,761.11 | $ 69,500.00 | 3606 Big Spring Gap Road, Pikeville, TN 37367 |