**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| American Home Mortgage Holdings, et al., | ) Case No. 07-11047 BLS ) Chapter 11 ) Jointly Administered ) Ref. Nos. 3907, 3912, 3939 |
| Debtors, | ) |

## CERTIFICATION OF COUNSEL

I, Kristi J. Doughty, hereby certifies to the Court as follows:

1. On or about April 30, 2008 Whittington & Aulgur, counsel for Citimortgage, Inc. filed a Motion for Relief from the Automatic Stay due to default in the mortgage payments by the Borrower, Tracy Harrington, Ref. No. 3907.

2. On May 1, 2008 Whittington & Aulgur, counsel for Citimortgage, Inc. filed two Motions for Relief from the Automatic Stay (all three motions collectively referred to as "Motions") due to defaults in the mortgage payments by the Borrowers, Jorge Pineda, Ref. No. 3912 and Pedro Jimenez and Maria Ocampo, Ref. No. 3939.

3. On or about May 20, 2008 I received a telephone message from a third party, Century 21 in California advising of a potential sale of the property and inquiring about the necessity of a response. The undersigned responded indicating an inability to communicate with a third party absent written authorization by the mortgagor. No informal response or formal response has been received or filed.

4. Except as otherwise provided above, the undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to either of the Motions. The undersigned further certifies that she has reviewed the Court's docket in this case and, except as otherwise provided above, no answer, objection or other responsive pleading to either of the Motions appears thereon. Pursuant to the notice filed in connection with the three motions, objection to the Motions were to be filed and served no later than May 21, 2008.

The undersigned respectfully requests that the orders for the three motions attached hereto collectively as Exhibit "A" be entered at the convenience of the Court.

                        WHITTINGTON & AULGUR

                        /s/ Kristi J. Doughty
                        Robert T. Aulgur, Jr. (No. 165)
                        Kristi J. Doughty (No. 3826)
                        651 N. Broad Street., Suite 206
                        P.O. Box 1040
                        Middletown, DE  19709-1040
                        (302) 378-1661
                        Attorneys for Citimortgage, Inc.

Dated:  5/23/08