**IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| American Home Mortgage,           ) | Case No. 07-11047 |
|     et al.,                                      ) | Chapter 11 |
|                                                   ) | Jointly Administered |
|                                                   ) | |
|     Debtors.                             ) | |

## CERTIFICATE OF SERVICE

I, Kristi J. Doughty, hereby certify this 23rd day of May, 2008 that service of the **Certificate of Counsel** and proposed **Orders** was made electronically and (via) first class mail to the following:

American Home Mortgage Holdings, Inc.
538 Broadhollow Rd.
Melville, NY  11747
*Debtor*

Pauline K. Morgan
Edward J. Kosmowski, Esq.
Young, Conaway, Stargatt & Taylor
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Attorney for Debtor*

Kerri K. Mumford, Esq.
Landis, Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE  19801
*Attorney for Official Committee
of Unsecured Creditors*

Jorge L. Pineda
2741 Abbey Glen
Escondido, CA 92027
*Borrower*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0391

Pedro Jimenez
Maria Isabel Ocampo
2042 N. Mirasol Street
Santa Ana, CA 92705
*Borrowers*

Tracy Harrington
2666  Deerwood Drive
San Ramon, CA 94583
*Borrower*

WHITTINGTON & AULGUR

/s/ Kristi J. Doughty
Robert T. Aulgur, Jr.(No.165)
Kristi J. Doughty (No. 3826)
651 N. Broad Street, Suite 206
P.O. Box 1040
Middletown, DE 19709-1040
(302) 378-1661
Attorney for Movant