IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

AMERICAN HOME MORTGAGE
HOLDINGS, INC., a Delaware corporation,
*et al.*,

Debtors.

Chapter 11

Case No. . 07-11047 (CSS)

Joint Administration

### NOTICE OF APPEARANCE
### AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE Microsoft Corporation and its wholly-owned affiliate, Microsoft Licensing, GP (collectively "Microsoft"), by the undersigned counsel, enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon them as follows:

Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave, Ste 4500
Seattle WA 98154-1192
Telephone: (206) 624-3600
Facsimile: (206) 389-1708
jshickich@riddellwilliams.com

Jami B. Nimeroff
Brown Stone Nimeroff LLC
4 E. 8th Street, Ste. 400
Wilmington, DE 19801
Telephone: (302) 428-8142
Facsimile: (302) 351-2744
jnimeroff@bsnlawyers.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, this demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Microsoft's right (i) to have final orders in non-core matters entered only after de novo review by a higher court; (ii) to trial by jury in any proceeding so triable herein or in any related case, controversy or proceeding; (iii) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Microsoft is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated:  May 22, 2008

RIDDELL WILLIAMS P.S.

By: _____
Joseph E. Shickich, Jr.
Washington State Bar No. 8751
1001 4th Ave Ste, 4500
Seattle WA  98154-1192
Telephone:  (206) 624-3600
Facsimile:  (206) 389-1708
jshickich@riddellwilliams.com

BROWN STONE NIMEROFF, LLC

By: _____
Jami B. Nimeroff
Delaware Bar State No. 4049
4 E. 8th Street, Ste 400
Wilmington, DE 19801
Telephone:  (302) 428-8142
Facsimile:  (302) 351-2744
jnimeroff@bsnlawyers.com

## CERTIFICATE OF SERVICE

I, Jami B. Nimeroff, hereby certify that on May 23, 2008, I caused a true and correct copy of the foregoing **Notice of Appearance and Demand for Notices and Papers** to be served upon the following parties via U.S. Mail, postage prepaid:

James L. Patton, Jr., Esquire
Pauline K. Morgan, Esquire
Edward J. Kosnowski, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE  19801

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

Joseph M. McMahon, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207- Lockbox #35
Wilmington, DE  19801

Mark Indelicato, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th Floor
New York, NY  10022

/s/Jami B. Nimeroff
Jami B. Nimeroff