IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             : Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   : Jointly Administered
         Debtors.                                                  :
                                                                   : Ref. No. 3877
------------------------------------------------------------------ x

## CERTIFICATE OF NO OBJECTION TO APPLICATION RE: DOCKET NO. 3877

The undersigned hereby certifies that, as of the date hereof, the undersigned has received no answer, objection or other responsive pleading to Ninth Monthly Statement of Law Office of Daniel C. Consuegra as Foreclosure Specialists for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period March 1, 2008 through March 31, 2008 (the "Application"). The Court's docket which was last updated May 23, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than May 19, 2008 at 4:00 p.m.

DB02:6449316.6                                                                         066585.1001

Pursuant to the Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals and Real Estate Brokers Utilized in the Ordinary Course and Granting Limited Nunc Pro Tunc Relief [Docket No. 2985] the Debtors are now authorized to pay 100% ($148,220.00) of requested fees and 100% of requested expenses ($142,259.01) on an interim basis without further Court order.

Dated: Wilmington, Delaware
      May 23, 2008

                            YOUNG CONAWAY STARGATT & TAYLOR, LLP

                            /s/ Ryan M. Bartley
                            James L. Patton, Jr. (No. 2202)
                            Joel A. Waite (No. 2925)
                            Pauline K. Morgan (No. 3650)
                            Sean M. Beach (No. 4070)
                            Kenneth Enos (No. 4544)
                            Margaret B. Whiteman (No. 4652)
                            Ryan M. Bartley (No. 4985)
                            The Brandywine Building
                            1000 West Street, 17th Floor
                            Wilmington, Delaware 19801
                            Telephone: (302) 571-6600
                            Facsimile: (302) 571-1253

                            Counsel for Debtors and
                            Debtors in Possession