IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al., [1]

     Debtors.
---------------------------------------------------------------------- x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

Objection Deadline: June 12, 2008 at 4:00 p.m.
Hearing Date: N/A

## NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the Official Committee of Unsecured Creditors

      The **Eighth Monthly Application of the Weiner Brodsky Sidman Kider PC as Ordinary Course Professional for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period March 1, 2008 through March 31, 2008** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $30,710.50 and interim expenses in the amount of $855.73.

      Objections to the Application, if any, are required to be filed on or before **June 12, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

      At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon); (viii) Weiner Brodsky Sidman Kider PC, 1300 19th Street, NW, Fifth Floor, Washington, DC 20036, (Attn: David M. Souders).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
       May 23, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Ryan M. Bartley
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                :    Chapter 11
                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                           :
                                                :    Jointly Administered
       Debtors.                                          :
---------------------------------------------------------------------- x

**EIGHTH MONTHLY APPLICATION OF WEINER BRODSKY SIDMAN KIDER PC**
**AS COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE INTERIM PERIOD MARCH 1, 2008 THROUGH MARCH 31, 2008**

| | |
|---|---|
| Name of Applicant: | Weiner Brodsky Sidman Kider PC |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | March 1, 2008 through March 31, 2008 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $30,710.50 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $855.73 |

This is an: __X__ interim ___ final application

This application includes no hours incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 1818 | August 6, 2007 through August 31, 2007 | $88,599.50 | $1,062.60 | $88,599.50 paid | $1,062.60 paid |
| 1987 | September 1, 2007 through September 30, 2007 | $80,618.50 | $1,108.65 | $75,759.70 paid | $1,108.65 paid |
| 2110 | October 1, 2007 through October 31, 2007 | $64,370.00 | $6,707.04 | $64,370.00 paid | $6,707.04 paid |
| 2405 | November 1, 2007 through November 27, 2007 | $42,212.50 | $2,532.61 | $42,212.50 paid | $2,532.61 paid |
| 2967 | November 28, 2007 through December 31, 2007 | $41,766.00 | $3,716.57 | $41,766.00 paid | $3,716.57 paid |
| 3122 | January 1, 2008 through January 31, 2008 | $36,194.50 | $10,158.28 | $36,194.50 paid | $10,158.28 paid |
| 3508 | February 1, 2008 through February 29, 2008 | $53,811.00 | $2,847.81 | $43,048.80 paid as of the date of this application – approved – Certification of No Objection to Weiner Brodsky Sidman Kider PC's Seventh Application for Compensation and Reimbursement of Expenses Incurred for the Period February 1, 2008 through February 29, 2008 filed on April 25, 2008 (Docket No. 3858) | $2,847.81 paid |

## INTERIM COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate ($) (including changes) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| John D. Socknat | Partner since January, 2005. Joined firm as an associate in November, 1997. Member of the Virginia Bar since 1995 and the DC Bar since 1998. | $395 | See Exhibit A. | See Exhibit A. |
| David M. Souders | Partner since 2002. Joined firm as an of counsel in 2000. Member of Missouri Bar since October, 1985 and the DC Bar since July, 1994. | $420 | See Exhibit A. | See Exhibit A. |
| Bruce E. Alexander | Joined firm as counsel in January, 2003. Member of Maryland Bar since December, 1981. | $405 | See Exhibit A. | See Exhibit A. |
| Nancy W. Hunt | Joined firm as an associate in October, 2004. Member of the California Bar since May, 2002 and the DC Bar since June, 2005. | $255 | See Exhibit A. | See Exhibit A. |
| Heather C. Hutchings | Joined firm as an associate in September, 2004. Member of the Virginia Bar since November, 2004 and the DC Bar since April, 2005. | $230 | See Exhibit A. | See Exhibit A. |
| Vanessa T. Lam | Joined firm as an associate in August, 2007. Member of the California Bar since December, 2002 and the DC Bar since December, 2007. | $245 | See Exhibit A. | See Exhibit A. |
| Haydn J. Richards, Jr. | Joined firm as an associate in July, 2003. Member of the Virginia Bar since October, 2002 and the DC Bar since September, 2002. | $245 | See Exhibit A. | See Exhibit A. |

| | | | | |
|---|---|---|---|---|
| Kristin D. Thompson | Joined firm as an associate in August, 2006. Member of the New Hampshire Bar since November, 1997, the Massachusetts Bar since April, 2003, and the DC Bar since April, 2007. | $295 | See Exhibit A. | See Exhibit A. |
| Sandra B. Vipond | Joined firm as an associate in April, 2002. Member of the Maryland Bar since June, 1999, the New Jersey Bar since June, 1999 and the DC Bar since January, 2000. | $295 | See Exhibit A. | See Exhibit A. |
| Natasha M. Williams | Joined firm as an associate in September, 2006. Member of the Virginia Bar since September, 2003, and DC Bar since May, 2004. | $245 | See Exhibit A. | See Exhibit A. |
| Hazel O. Berkoh | Paralegal | $150 | See Exhibit A. | See Exhibit A. |
| Melissa M. Jewett | Licensing Specialist | $145 | See Exhibit A. | See Exhibit A. |
| **Grand Total:** | | | 110.50 hours | $30,710.50 |
| **Blended Rate:** | | $ | | |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration  (1001) | | |
| Court Hearings (1002) | | |
| Cash Collateral/DIP Financing (1003) | | |
| Schedules & Statements, U.S. Trustee Reports (1004) | | |
| Lease/Executory Contract Issues (1005) | | |
| Use, Sale or Lease of Property (363 Issues) (1006) | | |
| Claims Analysis, Objections and Resolutions (1007) | | |
| Meetings (1008) | | |
| Stay Relief Matters (1009) | | |
| Reclamation Claims and Adversaries (1010) | | |
| Other Adversary Proceedings (1011) | | |
| Creditor Inquiries (1013) | | |
| Employee Matters (1015) | | |
| Retention of Professionals/Fee Issues (1017) | | |
| Travel (1019) | | |
| Utility Services (1020) | | |
| On Site Services (1021) | | |
| **TOTALS** | | |

## INTERIM EXPENSE SUMMARY

| Expenses Category (Examples) | Total Expenses ($) |
|---|---|
| Attorney Administrative Expenses | $24.05 |
| AP Fax (Parcels, Inc.) | No charge |
| Calling Card/Conference Calls | $70.65 |
| Computerized Legal Research (Westlaw) | $74.35 |
| Delivery/Courier (Parcels, Inc.) | $0 |
| Deposition/Transcript (Transcripts Plus) | $0 |
| Docket Retrieval (Virtual Docket.com) | No charge |
| Facsimile | No charge |
| Federal Express | $47.84 |
| Filing Fees/Court Costs/Legal Fees | $0 |
| Local Counsel Fees | $56.25 |
| Long Distance Telephone | $0 |
| Parking/Mileage Expenses | $0 |
| Photocopy Charges ($0.10 per page) | $195.77 |
| Postage | $15.82 |
| Scanning, Electronic Bates-Labeling and Photocopying Performed By Outside Vendors | $0 |
| Taxi/Local Transportation | $16.00 |
| Travel/Hotel/Air Fare/Tips | $355.00 |
| **TOTAL** | $855.73 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                               :    Chapter 11
                                                     :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,               :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                      :
                                                     :    Jointly Administered
       Debtors.                                      :
------------------------------------------------------------------ x

**EIGHTH MONTHLY APPLICATION OF WEINER BRODSKY SIDMAN KIDER PC
AS COUNSEL FOR THE DEBTORS FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD MARCH 1, 2008 THROUGH MARCH 31, 2008**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, the law firm of Weiner Brodsky Sidman Kider PC (hereinafter "WBSK")

hereby moves this Court for reasonable compensation for professional legal services rendered as

counsel to American Home Mortgage Corporation and its related entities, the debtors in the

above-captioned cases (the "Debtors"), in the amount of $30,710.50 together with

reimbursement for actual and necessary expenses incurred in the amount of $855.73 for the

interim period March 1, 2008 through March 31, 2008 (the "Interim Fee Period"). In support of

its Application, WBSK respectfully represents as follows:

    1.      On September 4, 2007, the Court entered an Order Pursuant to Sections

105(a), 327, 328 and 330 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the

Employment of Professionals Utilized in the Ordinary Course of the Debtors' Business Nunc Pro

Tunc to Petition Date [Docket No. 207] (the "Order"). The Order authorized WBSK to be

compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket

expenses.

    2.      All services for which compensation is requested by WBSK were

performed for or on behalf of the Debtor.

## PRE-PETITION COMPENSATION PREVIOUSLY PAID

3.     Prior to the filing of the above-captioned cases, WBSK was employed by the Debtors. The Debtors owe WBSK $36,115.50 for pre-petition services. WBSK agreed to waive its pre-petition claim in connection with the Court's approval of its employment pursuant to the Order.

## SUMMARY OF SERVICES RENDERED

4.     Attached hereto as Exhibit A is a detailed statement of fees incurred and expenses paid during the Interim Fee Period, showing the amount of $30,710.50 due for fees and the amount of $855.73 due for the reimbursement of expenses.

5.     Attached hereto as Exhibit B are the invoices for local counsels' fees, which provide a detailed itemization of local counsels' services, showing the amount of $56.25 due for local counsels' services incurred by WBSK.

6.     The services rendered by WBSK during the Interim Fee Period are grouped into the categories set forth in Exhibit A. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

7.     WBSK has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of $855.73. This disbursement sum is broken down into categories of charges, including, among other things, telephone and long distance charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges,

2

travel expenses, computerized research, and transcription costs.  A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit A and Exhibit B.

        8.      Costs incurred for overtime and computer assisted research are not included in WBSK's normal hourly billing rates and, therefore, are itemized and included in WBSK's disbursements.  Pursuant to Local Rule 2016-2, WBSK represents that its rate for internal duplication is $0.10 per page, there is no charge for telecopier transmissions and there is no surcharge for computerized research.

## VALUATION OF SERVICES

        9.      Attorneys and paraprofessionals of WBSK have expended a total of 110.50 hours in connection with this matter during the Interim Fee Period.

        10.     The amount of time spent by each of these persons providing services to the Debtors for the Fee Period is fully set forth in the detail attached hereto as Exhibit A.  These are WBSK's normal hourly rates of compensation for work of this character.  The reasonable value of the services rendered by WBSK for the Interim Fee Period as counsel for the Debtors in these cases is $30,710.50.

        11.     WBSK believes that the time entries and expense breakdown set forth in Exhibit A and Exhibit B attached hereto are in compliance with the requirements of Local Rule 2016-2.

        12.     In accordance with the factors enumerated in 11 U.S.C. §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

DB02:6292330.5                                    066585.1001

13.    This Application covers the Interim Fee Period March 1, 2008 through March 31, 2008.

WHEREFORE, WBSK requests that allowance be made to it in the sum of $30,710.50 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $855.73 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Washington, D.C.
May *19*, 2008

WEINER BRODSKY SIDMAN KIDER PC

Mitchel H. Kider
David M. Souders
1300 19th Street, NW, Fifth Floor
Washington, D.C. 20036
Telephone: (202) 628-2000
Facsimile: (202) 628-2011

Counsel for the Debtors

4

DB02:6292330.5                                                                                    066585.1001

<u>VERIFICATION</u>

DISTRICT OF COLUMBIA )
                                        )          SS:
                                        )

David M. Souders, after being duly sworn according to law, deposes and says:

1.        I am a Partner in the applicant firm, Weiner Brodsky Sidman Kider PC, and have been admitted to the bars of the Supreme Courts of Missouri and the District of Columbia since 1985 and 1994, respectively.

2.        I have personally performed many of the legal services rendered by Weiner Brodsky Sidman Kider PC, as counsel to the Debtors and am familiar with all other work performed on behalf of the lawyers and paraprofessionals in the firm.

3.        WBSK usually bills on discrete matters in connection with its representation of American Home. However, with the filing of the bankruptcy petition, the Firm opened a new matter to handle the myriad matters that arose from the filing of the petition. Specifically, matter 089 in the Firm's billing system was used by Firm attorneys for the following matters:

- responding to inquiries from state regulators arising out of the press releases issued by American Home and subsequent notifications to such regulators about the liquidity crisis the firm was experiencing just before the filing of the bankruptcy petitions;

- filing of suggestions of bankruptcy in the defensive matters being handled by the Firm;

- notifying state and federal regulators of the filing of the bankruptcy petitions and participating in conference calls with the regulators;

- handling of issues with state and federal regulators arising from the freezing of certain escrow accounts by one of the creditors;

- surrendering of licenses for the origination entities and the preservation of the licenses held by the servicing entity;

- researching surety bond requirements for the origination and servicing entities;

- completion of an ongoing HUD investigation;

- researching servicing liquidity issues and change of control requirements;

- reviewing of purchase and sale agreements in connection with the sale of the servicing entity; and

- assisting bankruptcy counsel with the preparation and filing of the motion to return funds from the customers in the pipelines of the originating entities.

Where work was performed on individual matters that were opened prior to the filing of the petition, the Firm continued to bill directly to those matters and will continue to do so on a going forward basis.

4.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

DAVID M. SOUDERS

SWORN TO AND SUBSCRIBED before me this 19th day of May 2008.

Notary Public
My Commission Expires: 7/31/2009

2

# EXHIBIT A

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    MARCH    2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

Page: 1
05/19/2008
Account No:    98077M

| | Fees | Expenses | Balance |
|---|---|---|---|
| 98077-061 Arkansas Condos | | | |
| | 289.50 | 57.85 | $347.35 |
| 98077-066 Johnson v. Wheeler | | | |
| | 2,299.50 | 83.47 | $2,382.97 |
| 98077-068 First American Title Insurance Co. | | | |
| | 5,314.50 | 588.35 | $5,902.85 |
| 98077-072 Velazquez & Associates | | | |
| | 1,260.00 | 0.00 | $1,260.00 |
| 98077-073 Sohmer | | | |
| | 2,448.00 | 0.00 | $2,448.00 |
| 98077-080 Barbosa v. American Home | | | |
| | 127.50 | 0.00 | $127.50 |
| 98077-089 Post Petition Representation | | | |
| | 17,438.50 | 81.67 | $17,520.17 |
| | 29,177.50 | 811.34 | $29,988.84 |

# WEINER BRODSKY SIDMAN KIDER PC

1300·19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    MARCH    2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

Page: 1
05/19/2008
Account No:    98077-061M
Statement No:    23

Arkansas Condos

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **03/17/2008** |  |  |  |  |
| DMS | draft and send letter to J. Kalas regarding settlement with Brown Appraisals (0.3); | 420.00 | 0.30 | 126.00 |
| **03/25/2008** |  |  |  |  |
| HOB | organize documents for electronic filing (.2); electronic filing of documents (.3); | 150.00 | 0.50 | 75.00 |
| SBV | edit status report and request for trial adjournment (0.3); | 295.00 | 0.30 | 88.50 |
|  | For Current Services Rendered |  | 1.10 | 289.50 |
|  |  |  |  |  |
|  | Photocopy Expenses |  |  | 1.60 |
|  | Local Counsel Fees |  |  | 56.25 |
|  | Total Expenses Posted Through 03/31/2008 |  |  | 57.85 |
|  | Total Current Work |  |  | 347.35 |
|  | Balance Due |  |  | $347.35 |

# Weiner Brodsky Sidman Kider pc

1300 19th Street, NW
Fifth Floor
Washington, DC 20036-1609
tel 202 628 2000
fax 202 628 2011
federal tax id: 52-1779483

American Home Mortgage

Arkansas Condos

Page: 2
05/19/2008
Account No:    98077-061M
Statement No:    23

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    MARCH    2008

Page: 1
05/19/2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Account No:    98077-066M
Statement No:         22

Attn: Alan Horn

Johnson v. Wheeler

|  | | Rate | Hours | |
|---|---|---|---|---|
| **03/01/2008** | | | | |
| KDT | receipt and review of Johnsons' memo regarding effect of stay; | 295.00 | 0.20 | 59.00 |
| **03/06/2008** | | | | |
| KDT | review draft settlement agreement (0.2); emails from counsel requesting AHM's agreement re: dismissal of its counter claims (0.1); | 295.00 | 0.30 | 88.50 |
| **03/10/2008** | | | | |
| KDT | email from claims counsel to Johnsons' counsel regarding withdrawal of bankruptcy claim (0.1); email from Jacksons' counsel regarding execution of settlement argument (0.1); email from Jacksons' counsel enclosing settlement agreement (0.1); review same (0.1); | 295.00 | 0.40 | 118.00 |
| DMS | review settlement agreement (0.4); | 420.00 | 0.40 | 168.00 |
| **03/13/2008** | | | | |
| SBV | review and revise correspondence to court regarding proposed settlement (0.4); | 295.00 | 0.40 | 118.00 |
| DMS | telephone conference with H. Kafetz | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 2
05/19/2008
Account No:    98077-066M
Statement No:    22

Johnson v. Wheeler

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
|  |  | regarding response to court (0.6); | 420.00 | 0.60 | 252.00 |
| 03/14/2008 | DMS | review order of court regarding American Home bankruptcy (0.2); draft letter to respond to the court (1.5); legal research (0.8); telephone conference with M. Whiteman (0.4); telephone conference with J. Kalas (0.1); | 420.00 | 3.00 | 1,260.00 |
|  | KDT | message from counsel for Jacksons regarding court order requiring clarification of bankruptcy status (0.1); review court order regarding same (0.1); review draft response (0.1); | 295.00 | 0.30 | 88.50 |
| 03/19/2008 | KDT | email from plaintiff regarding status of property and payment required (0.1); emails from defendants in response (0.1); | 295.00 | 0.20 | 59.00 |
| 03/31/2008 | KDT | message from Jacksons' attorney regarding demand letter (0.1); telephone call to H. Kafetz regarding same, requested information regarding Jacksons' plans for sale (0.2); | 295.00 | 0.30 | 88.50 |
|  |  | For Current Services Rendered |  | 6.10 | 2,299.50 |

|  |  |
|---|---|
| Photocopy Expenses | 8.30 |
| Postage Expenses | 0.82 |
| Lexis/Westlaw Research | 74.35 |
| Total Expenses Posted Through 03/31/2008 | 83.47 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Johnson v. Wheeler

Page: 3
05/19/2008
Account No:    98077-066M
Statement No:              22

Total Current Work                                    2,382.97

Balance Due                                        $2,382.97

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    MARCH    2008

American Home Mortgage
538 Broadhollow Road
Melville NY  11747

Attn: Alan Horn

Page: 1
05/19/2008
Account No:    98077-068M
Statement No:    17

First American Title Insurance Co.

| | | Rate | Hours | |
|---|---|---|---|---|
| **03/10/2008** | | | | |
| KDT | develop chart regarding loan details (0.2); | 295.00 | 0.20 | 59.00 |
| **03/12/2008** | | | | |
| DMS | telephone conference with R. Hardman regarding discovery (0.3); drafting of initial disclosures (0.8); send correspondence to R. Hardman regarding damages (0.8); | 420.00 | 1.90 | 798.00 |
| **03/14/2008** | | | | |
| DMS | review discovery requests served by defendant Fishman (0.3); drafting of American Home's initial disclosures (1.5); telephone conference with R. Hardman (0.2); | 420.00 | 2.00 | 840.00 |
| KDT | develop and draft document requests to County Line (.08); develop and draft interrogatories to County Line (1.6); review and draft document requests to Neuman (0.4); review and draft interrogatories to neuman (0.7); review and draft document requests for Edelman (0.4); review and draft interrogatories for Edelman (0.7); review draft initial disclosures (0.1); continued drafting of | | | |

# Weiner Brodsky Sidman Kider PC

1300 19th Street, NW
Fifth Floor
Washington, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

First American Title Insurance Co.

Page: 2
05/19/2008
Account No:    98077-068M
Statement No:         17

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| | same (0.2); finalize all discovery and attend to service of same (0.5); | 295.00 | 5.40 | 1,593.00 |
| **03/18/2008** | | | | |
| DMS | telephone conference with R. Hardman (0.2); review deposition notice to American Home (0.3); send memo to client (0.1); | 420.00 | 0.60 | 252.00 |
| **03/19/2008** | | | | |
| SBV | revise discovery confidentiality agreement and order; | 295.00 | 2.10 | 619.50 |
| DMS | revise draft confidentiality order (0.8); send memo to other counsel regarding discovery issues (0.2); review initial disclosure from First American (0.2); | 420.00 | 1.20 | 504.00 |
| **03/20/2008** | | | | |
| KDT | correspondence from First American's counsel (0.1); receipt of discovery from Fishman (0.1); | 295.00 | 0.20 | 59.00 |
| **03/24/2008** | | | | |
| KDT | review of Fishman's discovery request (0.2); receipt and review of First American's e-copy of discovery requests (0.2); review deposition notice (0.2); research regarding roles of individuals set out in cover letter (0.2); planning for production of documents (0.2); | 295.00 | 1.00 | 295.00 |
| **03/25/2008** | | | | |
| KDT | multiple emails from opposing counsel regarding proposed confidentiality order (0.2); | 295.00 | 0.20 | 59.00 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

First American Title Insurance Co.

Page: 3
05/19/2008
Account No:    98077-068M
Statement No:          17

| | | Rate | Hours | |
|---|---|---|---|---|
| 03/31/2008 | | | | |
| KDT | ascertain due dates for discovery (0.2); review Fishman's interrogatories (0.3); review Fishman's request for production of documents (0.3); | 295.00 | 0.80 | 236.00 |
| | For Current Services Rendered | | 15.60 | 5,314.50 |

| | | |
|---|---|---|
| Photocopy Expenses | | 127.70 |
| Travel/Hotel/Air Fare/Tips | | 355.00 |
| Postage Expenses | | 15.00 |
| Attorney Administrative Expenses | | 4.00 |
| Calling Card/Conference Calls | | 70.65 |
| Taxi/Local Transportation Expenses | | 16.00 |
| Total Expenses Posted Through 03/31/2008 | | 588.35 |
| Total Current Work | | 5,902.85 |
| Balance Due | | $5,902.85 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE. PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT. WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    MARCH    2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
05/19/2008
Account No:    98077-072M
Statement No:    17

Velazquez & Associates

| Date | | | Rate | Hours | |
|---|---|---|---|---|---|
| 03/17/2008 | | | | | |
| DMS | telephone conference with J. Kalas (0.2); draft letter to counsel for Attorneys Title (0.3); review correspondence from J. Kalas regarding fraud loans (0.2); review prior correspondence to Attorneys Title (0.5); | | 420.00 | 1.20 | 504.00 |
| 03/18/2008 | | | | | |
| DMS | draft and send letter to counsel for Attorneys Title regarding outstanding insurance claims (1.5); review prior correspondence (0.3); | | 420.00 | 1.80 | 756.00 |
| | For Current Services Rendered | | | 3.00 | 1,260.00 |
| | Total Current Work | | | | 1,260.00 |
| | Balance Due | | | | $1,260.00 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    MARCH    2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

|  |  |
|---|---|
| | Page: 1 |
| | 05/19/2008 |
| Account No: | 98077-073M |
| Statement No: | 16 |

Sohmer

| | | Rate | Hours | |
|---|---|---|---|---|
| **03/04/2008** | | | | |
| NWH | review letter from Chicago Title re: exhibits to settlement agreement (.2); reply email to Chicago Title re: same (.2); email to/from title company appointed counsel re: finalizing agreement (.3); | 255.00 | 0.70 | 178.50 |
| **03/05/2008** | | | | |
| NWH | emails to/from client re: executing final agreement (.3); emails from title company appointed counsel re: same/final form of agreement/exhibits (.5); letter from Chicago Title re: title coverage (.4); | 255.00 | 1.20 | 306.00 |
| **03/11/2008** | | | | |
| NWH | review letter from title company requesting additional information on title claim (.2); review information request (.3); | 255.00 | 0.50 | 127.50 |
| **03/12/2008** | | | | |
| NWH | email from other lender's counsel re: proposed motion to enlarge time to object to dischargeability of debts (.2); email to local counsel re: same (.1); review documents/loan | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Sohmer

Page: 2
05/19/2008
Account No:    98077-073M
Statement No:    16

| | | Rate | Hours | |
|---|---|---|---|---|
| | files for information title company requests with respect to American Home's title claim (1.2); draft response letter to title company re: information/document requests made regarding our claim (1.2); | 255.00 | 2.70 | 688.50 |
| 03/13/2008 NWH | review closing instructions for potential violations by settlement agent (.8); outline same in response to title company's request (1.4); draft letter to title company counsel re: documents/information requested with respect to ABC's title claim (1.0); emails to/from other lender's counsel re: dischargeability deadline, motion to extend same (.2); telephone call to local counsel re: same (.1); | 255.00 | 3.50 | 892.50 |
| 03/14/2008 NWH | review/revise letter to title company (.7); | 255.00 | 0.70 | 178.50 |
| 03/17/2008 NWH | review email from title company appointed counsel re: status, appraisal (.2); review order granting extension of time to object to dischargeability of debt (.1); | 255.00 | 0.30 | 76.50 |
| | For Current Services Rendered | | 9.60 | 2,448.00 |
| | Total Current Work | | | 2,448.00 |
| | Balance Due | | | $2,448.00 |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Page: 3
05/19/2008
Account No:    98077-073M
Statement No:            16

Sohmer

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    MARCH    2008

American Home Mortgage
538 Broadhollow Road
Melville NY  11747

Page: 1
05/19/2008
Account No:    98077-080M
Statement No:    9

Attn: Alan Horn

Barbosa v. American Home

| Date | | | Rate | Hours | |
|------|---|---|------|-------|---|
| 03/11/2008 | | | | | |
| NWH | conference with B. Alexander re: attempting to negotiate possible settlement of plaintiff's claim amount (.1); review file for any pre-bankruptcy negotiations (.2); | | 255.00 | 0.30 | 76.50 |
| 03/14/2008 | | | | | |
| NWH | draft status report to court (.1); email to local counsel re: same re: bankruptcy matter (.1); | | 255.00 | 0.20 | 51.00 |
| | For Current Services Rendered | | | 0.50 | 127.50 |
| | Total Current Work | | | | 127.50 |
| | Balance Due | | | | $127.50 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:     MARCH     2008

American Home Mortgage
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

Page: 1
05/19/2008
Account No:    98077-089M
Statement No:    12

Post Petition Representation

| | | Rate | Hours | |
|---|---|---|---|---|
| **03/03/2008** | | | | |
| HJR | confer with J. Socknat re: license renewal issues (.2); | 245.00 | 0.20 | 49.00 |
| BEA | analysis of spreadsheet from J. Kalas re: proofs of claims relating to WBSK matters(.4); confer with J. Kalas and D. Souders as to strategy for liquidating claims (.4); | 405.00 | 0.80 | 324.00 |
| **03/04/2008** | | | | |
| HJR | prepare GA per loan fee statement (.3); | 245.00 | 0.30 | 73.50 |
| HJR | draft email to J. Kalas re: GA per loan fee statement (.1); | 245.00 | 0.10 | 24.50 |
| HOB | e-mail from B. Alexander re: claims; print and organize documents; | 150.00 | 1.00 | 150.00 |
| BEA | receipt of email from J. Kalas (.2); draft, revise and transmit sample letter to D. Souders (.6); investigate website for proof of claim documents (.8); | 405.00 | 1.60 | 648.00 |
| **03/05/2008** | | | | |
| HOB | print and organize proof of claims documents (1.5); | 150.00 | 1.50 | 225.00 |
| JDS | discussion with J. Kalas re: IL license renewal (0.1); review correspondence to NE regulator | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 2
05/19/2008
Account No:    98077-089M
Statement No:           12

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | re: renewal (0.2); | 395.00 | 0.30 | 118.50 |
| | SBV | review Zea complaint (0.2); review Massachusetts service rules (0.2); telephone calls to/from J. Kalas (0.2); telephone calls to/from M. Marino (0.2); | 295.00 | 0.80 | 236.00 |
| | HJR | review KS licensing materials (.6); prepare KS loan broker license app response (.5); | 245.00 | 1.10 | 269.50 |
| 03/06/2008 | | | | | |
| | HJR | telephone call from J. Kalas re: IL license surrender inquiry (.1); | 245.00 | 0.10 | 24.50 |
| | SBV | telephone conference with J. Kalas regarding Zea complaint (0.2); telephone conference with J. Kalas and D. Bowman regarding implication of pre- versus post-petition allegations (0.3); telephone conference with opposing counsel, M. Marino regarding suggestion of bankruptcy (0.1); | 295.00 | 0.60 | 177.00 |
| 03/07/2008 | | | | | |
| | BEA | analysis of Keblin proof of claim (.3); draft letter to obtain additional information re: damages (.3); | 405.00 | 0.60 | 243.00 |
| | DMS | research issues to respond to Young Conaway regarding litigation cases (0.5); | 420.00 | 0.50 | 210.00 |
| 03/10/2008 | | | | | |
| | MMJ | prepare WV Annual Report (1.0); draft e-mail to J. Kalas re: same (1.0); prepare NM biennial report (1.0); draft e-mail to J. Kalas re: NV, NM, NC, VT Secretary of State filings (2.3); | 145.00 | 5.30 | 768.50 |
| | HJR | review WV annual report form (.1); draft email to J. Kalas re: same (.1); review NV, NM, NC, | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 3
05/19/2008
Account No:    98077-089M
Statement No:          12

| | | Rate | Hours | |
|---|---|---|---|---|
| | VT annual report forms (.2); draft email J. Kalas re: same (.1); telephone call from/telephone J. Kalas re: WV annual report (.2); | 245.00 | 0.70 | 171.50 |
| BEA | revise letter to Keblin re: proof of claim; | 405.00 | 0.30 | 121.50 |
| SBV | review files regarding request for pleadings in Beard, Bostic, Guitierrez, Parker, Reavely, and Yeo cases (1.2); | 295.00 | 1.20 | 354.00 |
| **03/11/2008** | | | | |
| MMJ | revise NM biennial report (.5); draft e-mail to J. Kalas re: same (1.0); prepare schedule of upcoming license renewals and Secretary of State filings (1.6); prepare DC annual report (1.0); | 145.00 | 4.10 | 594.50 |
| HJR | review emails to J. Kalas re: annual reporting requirements (0.1); draft email to J. Kalas re: same (0.2); confer with M. Jewett re: same (0.1); | 245.00 | 0.40 | 98.00 |
| BEA | draft letter to proof of claim filers (1.0); analysis of proof of claim (1.3); investigate proofs of claim (1.1); telephone conference with Keblin's attorney (.3); message to title company counsel in Avila (.2); | 405.00 | 3.90 | 1,579.50 |
| DMS | review documents sent by J. Kalas regarding bankruptcy claims (0.5); | 420.00 | 0.50 | 210.00 |
| **03/12/2008** | | | | |
| HCH | legal research re: license surrender in MI, RI & NJ (.2); | 230.00 | 0.20 | 46.00 |
| MMJ | prepare DC annual report, NC Annual Report, WI Mortgage Banker Annual Report (3.0); prepare WI, ME, MS, NH Secretary of State Annual Reports (1.5); draft e-mail to J. Kalas | | | |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 4
05/19/2008
Account No:   98077-089M
Statement No:        12

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | re: DC, GA, IL, ME, NS, NH, NC, WI filings (1.3); | 145.00 | 5.80 | 841.00 |
| | BEA | confer with S. Vipond re: request by bankruptcy counsel for documents (.2); compare proof of claim list with report from bankruptcy counsel (.1); draft letter to counsel for Hughes re: amount of claim (.3); telephone conference with title counsel re: Avila claim (.4); investigate status of similar lawsuits (1.1); | 405.00 | 2.10 | 850.50 |
| 03/13/2008 | MMJ | prepare GA Secretary of State Annual Report (1.0); revise e-mail to J. Kalas re: DC, GA, IL, ME, MS, NH, NC, WI filings (.6); | 145.00 | 1.60 | 232.00 |
| | SBV | prepare email to T. Sams regarding request for pleadings in Beard, Bostic, Guitierrez, Parker, Reavely, and Yeo cases (0.3); | 295.00 | 0.30 | 88.50 |
| | HCH | review Correspondence to J. Kalas re: renewals and annual reports (.3); review forms re: same (.2); | 230.00 | 0.50 | 115.00 |
| 03/14/2008 | BEA | confer with D. Souders and J. Kalas re: status of negotiations to liquidate claims and cases where disputed claims must be litigated (.7); emails with S. Vipond re: status of other claims (.2); | 405.00 | 0.90 | 364.50 |
| | SBV | email correspondence to/from T. Sams regarding request for pleadings in Beard, Bostic, Guitierrez, Parker, Reavely, and Yeo cases (0.2); | 295.00 | 0.20 | 59.00 |
| | DMS | telephone conference with J. Kalas and B. Alexander regarding outstanding claims (0.7); | | | |

WEINER  BRODSKY  SIDMAN  KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

Page: 5

American Home Mortgage

05/19/2008

Account No: 98077-089M
Statement No: 12

Post Petition Representation

|  |  | Rate | Hours |  |
|---|---|---|---|---|
|  | review pleadings in Parker case (0.2); | 420.00 | 0.90 | 378.00 |
| **03/17/2008** |  |  |  |  |
| BEA | review files for complaints (.3); draft status memo on 4 matters (1.1) | 405.00 | 1.40 | 567.00 |
| **03/18/2008** |  |  |  |  |
| MMJ | telephone call to J. Kalas re: MD reporting form (.3); draft e-mails to J. Kalas re: same (.8); telephone call to MD regulator re: same (.3); | 145.00 | 1.40 | 203.00 |
| VTL | review bills to be attached to WBSK's 7th Fee Application (.4); | 245.00 | 0.40 | 98.00 |
| NWH | review/revise draft letter re: status of American Home cases (.4); | 255.00 | 0.40 | 102.00 |
| **03/19/2008** |  |  |  |  |
| MMJ | prepare timeline of upcoming annual reports/renewals due (2.7); | 145.00 | 2.70 | 391.50 |
| HJR | confer with M. Jewett re: annual reporting requirements, MD servicer filing (.2); | 245.00 | 0.20 | 49.00 |
| BEA | telephone conference with attorney for Barbosa re: his claims and process (.5); investigation re: Yeo matter (.2); | 405.00 | 0.90 | 364.50 |
| **03/20/2008** |  |  |  |  |
| MMJ | prepare timeline of upcoming annual reports/renewals due (1.0); draft e-mail to J. Kalas re: CA Residential Loan Report (1.0); telephone call to GA regulator re: license renewal (0.3); draft e-mail to GA regulator re: same (1.3); | 145.00 | 3.60 | 522.00 |
| HJR | review correspondence to J. Kalas re: periodic reporting requirements (0.1); confer |  |  |  |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 6
05/19/2008
Account No:   98077-089M
Statement No:            12

| | | Rate | Hours | |
|---|---|---|---|---|
| VTL | with M. Jewett re: same (0.1); telephone conference with P. Williamson regarding bills to be attached to WBSK's 7th Fee Application (0.1); review revised bills to be attached to WBSK's 7th Fee Application (0.3); | 245.00 | 0.20 | 49.00 |
| DMS | review correspondence from C. Parker D.C. Department of Banking (0.2); | 245.00 | 0.40 | 98.00 |
| BEA | investigation for information re: Yeo and complaint (.3); final revisions to memo for Sams (.3); draft settlement stipulation for Keblin (.8); | 420.00 | 0.20 | 84.00 |
| | | 405.00 | 1.40 | 567.00 |
| **03/21/2008** | | | | |
| BEA | revise and finalize settlement stipulation for Keblin (.4); draft and finalize cover letter (.4); | 405.00 | 0.80 | 324.00 |
| **03/24/2008** | | | | |
| MMJ | prepare timeline of upcoming annual reports/renewals due (3.0); telephone call to J. Kalas re: GA renewal (0.3); draft e-mail to J. Kalas re: same (0.7); | 145.00 | 4.00 | 580.00 |
| HJR | review/revise letter to various regulators re: renewal filings (.3); draft emails to J. Kalas re: same (.2); | 245.00 | 0.50 | 122.50 |
| JDS | telephone calls to/from J. Kalas re: deficiency notes (.5); | 395.00 | 0.50 | 197.50 |
| VTL | review and analysis of Certificate of No Objection filed for WBSK's 5th Fee Application (0.1); review and analysis of Certificate of No Objection filed for WBSK's 6th Fee Application (0.1); preparation of WBSK's 7th Fee Application (0.9); | 245.00 | 1.10 | 269.50 |
| DMS | telephone conference with J. Kalas regarding | | | |

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 7
05/19/2008
Account No:   98077-089M
Statement No:         12

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | BEA | New Jersey final report (0.3); research license surrender requirements for New Jersey (0.6); telephone conference with J. Kalas regarding status of settlements in other cases (0.2); draft settlement stipulation for Bostic (.5); analysis of file for information (.3); | 420.00 405.00 | 1.10 0.80 | 462.00 324.00 |
| 03/25/2008 | | | | | |
| | VTL | continue preparation of WBSK's 7th Fee Application (1.1); | 245.00 | 1.10 | 269.50 |
| | BEA | revise settlement stipulation for Bostic (.6); | 405.00 | 0.60 | 243.00 |
| 03/26/2008 | | | | | |
| | MMJ | draft e-mails to J. Kalas re: CA, CO and NJ status (.9); telephone call from J. Kalas re: same (.2); telephone call to CA and CO Secretaries of State re: same (.3); | 145.00 | 1.40 | 203.00 |
| | VTL | finalize WBSK's 7th Fee Application (0.4); electronic correspondence to M. Whiteman regarding filing of WBSK's 7th Fee Application (0.1); | 245.00 | 0.50 | 122.50 |
| | DMS | finalize fee petition for filing with Bankruptcy Court (0.4); review order from Tennessee Department of Banking (0.2); telephone conference with D. Axford of Tennessee Department of Banking (0.3); send memo to J. Kalas regarding Tennessee order (0.1); | 420.00 | 1.00 | 420.00 |
| 03/27/2008 | | | | | |
| | MMJ | revise e-mail to J. Kalas re: CA, CO and NJ status (.8); | 145.00 | 0.80 | 116.00 |
| | DMS | draft and send letter to Tennessee Department of Financial Institution regarding cease and desist order (0.4); | 420.00 | 0.40 | 168.00 |

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Post Petition Representation

Page: 8
05/19/2008
Account No:    98077-089M
Statement No:    12

| | | Rate | Hours | |
|---|---|---|---|---|
| 03/28/2008 | | | | |
| MMJ | telephone call to MD regulator re: pin number for on-line reporting system (.3); telephone call from J. Kalas re: WI annual reports (.2); | 145.00 | 0.50 | 72.50 |
| HJR | confer with M. Jewett re: annual reporting requirements, MD servicer reporting requirement (.2); | 245.00 | 0.20 | 49.00 |
| DMS | telephone conference with J. Kalas regarding status of cases (0.7); send draft letter to J. Kalas regarding trust accounts (1.1); | 420.00 | 1.80 | 756.00 |
| | For Current Services Rendered | | 68.70 | 17,438.50 |

| | |
|---|---|
| Photocopy Expenses | 24.10 |
| Express Mail/Federal Express Charges | 34.75 |
| Postage Expenses | 2.77 |
| Attorney Administrative Expenses | 20.05 |
| Total Expenses Posted Through 03/31/2008 | 81.67 |
| Total Current Work | 17,520.17 |
| Balance Due | $17,520.17 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    MARCH    2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Attn: Alan Horn

Page: 1
05/19/2008
Account No:    98077M

| Previous Balance | Fees | Expenses | Payments | Balance |
|---|---|---|---|---|
| 98077-092 Cauthorne | | | | |
| 1,151.50 | 1,323.00 | 44.19 | -921.20 | $1,597.49 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    MARCH    2008

American Home Mortgage
538 Broadhollow Road
Melville  NY  11747

Page: 1
05/19/2008
Account No:    98077-092M
Statement No:    3

Attn: Alan Horn

Cauthorne

Previous Balance                                                                $1,151.50

| | | Hours | |
|---|---|---|---|
| 03/04/2008 | | | |
| NMW | draft letter to J. Warley discussing waiver of service (.6); begin review of Cauthorne loan file (1.1); draft timeline of events and case overview summary (3.1); | 4.80 | |
| 03/12/2008 | | | |
| NMW | revise answer, cross claim and letter to Lawyers Title requesting coverage and defense on behalf of American Home; | 0.60 | |
| | For Current Services Rendered | 5.40 | 1,323.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Natasha M. Williams | 5.40 | $245.00 | $1,323.00 |

Photocopy Expenses                                                                31.10
Express Mail/Federal Express Charges                                             13.09
Total Expenses Posted Through 03/31/2008                                         44.19

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage

Cauthorne

|  | Page: 2 |
|---|---|
|  | 05/19/2008 |
| Account No: | 98077-092M |
| Statement No: | 3 |

| | |
|---|---|
| Total Current Work | 1,367.19 |
| 04/30/2008  Payment - Thank you. | -921.20 |
| Balance Due | $1,597.49 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    MARCH    2008

American Home Mortgage Servicing Inc.
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

Page: 1
05/19/2008
Account No:    98077M

| Previous Balance | Fees | Expenses | Payments | Balance |
|---|---|---|---|---|
| 98077-091 Jack | | | | |
| 23,403.37 | 210.00 | 0.20 | -23,149.77 | $463.80 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

WEINER BRODSKY SIDMAN KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

INVOICE PERIOD:    MARCH    2008

American Home Mortgage Servicing Inc.
538 Broadhollow Road
Melville NY 11747

Attn: Alan Horn

| | Page: 1 |
|---|---|
| | 05/19/2008 |
| Account No: | 98077-091M |
| Statement No: | 6 |

Jack

Previous Balance                                                  $23,403.37

| | | Hours | |
|---|---|---|---|
| 03/17/2008 | | | |
| DMS | telephone conference with J. Sinton, counsel for T. Jack (0.3); send memo to J. Sinton regarding payoff (0.2); | 0.50 | |
| | For Current Services Rendered | 0.50 | 210.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| David M. Souders | 0.50 | $420.00 | $210.00 |

| | |
|---|---|
| Photocopy Expenses | 0.20 |
| Total Expenses Posted Through 03/31/2008 | 0.20 |
| Total Current Work | 210.20 |

| | | |
|---|---|---|
| 04/30/2008 | Payment - Thank you. | -8,301.50 |
| 04/30/2008 | Payment - Thank you. | -13,734.22 |
| 04/30/2008 | Payment - Thank you. | -1,114.05 |

# WEINER  BRODSKY  SIDMAN  KIDER PC

1300 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036-1609
TEL 202 628 2000
FAX 202 628 2011
FEDERAL TAX ID: 52-1779483

American Home Mortgage Servicing Inc.

Jack

Page: 2
05/19/2008
Account No:    98077-091M
Statement No:              6

| | |
|---|---|
| Total Payments | -23,149.77 |
| Balance Due | $463.80 |

PAYMENT IS DUE UPON RECEIPT OF INVOICE.  PAYMENTS RECEIVED
AND EXPENSES POSTED AFTER INVOICE DATE ARE NOT REFLECTED
ON THIS STATEMENT.  WE APPRECIATE THE OPPORTUNITY TO BE OF
SERVICE TO YOU.

# EXHIBIT B

*P 31A*
*OK to pay*
*4/05/08*
*98077.06*

NEWELL & HARGRAVES
Attorneys at Law
P.O. Box 1620
Hot Springs, AR  7190

Invoice submitted to:
American Home Mortgage Corp.
c/o Mr. Bruce Alexander
1300 19th Street, N.W.
Fifth Floor
Washington D.C. 20036-1609

April 07, 2008
In Reference To:   American Home Mortgage Corp. vs. Brown Appraisal Services,
                   Inc., et al

Invoice #9

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/24/2008 | CBN | Receipt and review of Stipulated Dismissal with Prejudice as to Defendants Brown Appraisal Services and Janet Brown; letter to Dan Bufford forwarding same for his signature. *(.1)* *(.15)* | 0.25 |  |
|  |  | For professional services rendered | 0.25 | $56.25 |
|  |  | Previous balance |  | $168.75 |
|  |  | Balance due |  | $225.00 |

Please make checks payable to "C. Burt Newell" or we accept Mastercard & Visa.
**************************************************************************************************
Check one:___ Mastercard ___ Visa   Card Number  :_____ Amount:_____
                                     Signature :_____ Exp. Date:_____
**************************************************************************************************

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 56.25 | 0.00 | 0.00 | 0.00 | 168.75 |

*ok to pay*
*2002*
*98077.06*