IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ----------------------------------------------------------------- x | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | |
| a Delaware corporation, et al., [1] | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: June 12, 2008 at 4:00 p.m. |
| ----------------------------------------------------------------- x | Hearing Date: N/A |

### NOTICE OF APPLICATION

TO:    The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the Official Committee of Unsecured Creditors

      The **Eighth Monthly Application of the Orlans Associates as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period March 1, 2008 through March 31, 2008** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $12,230.00 and interim expenses in the amount of $35,636.36.

      Objections to the Application, if any, are required to be filed on or before **June 12, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

      At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon); (viii) The Law Offices of Alan Weinreb, PLLC, Weinrub & Associates, PLLC, 6800 Jericho Turnpike, Suite 207W, Syosset, NY 11791, (Attn: Alan Weinreb).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER MODIFYING EXISTING PROCEDURES FOR THE COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CERTAIN FORECLOSURE PROFESSIONALS AND REAL ESTATE BROKERS UTILIZED IN THE ORDINARY COURSE AND GRANTING LIMITED NUNC PRO TUNC RELIEF [DOCKET NO. 2985], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 100% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
      May 23, 2008

           YOUNG CONAWAY STARGATT & TAYLOR, LLP

           /s/ Ryan M. Bartley
           James L. Patton, Jr. (No. 2202)
           Pauline K. Morgan (No. 3650)
           Sean M. Beach (No. 4070)
           Matthew B. Lunn (No. 4119)
           Margaret B. Whiteman (No. 4652)
           Ryan M. Bartley (No. 4985)
           The Brandywine Building
           1000 West Street, 17th Floor
           Wilmington, Delaware 19801
           Telephone: (302) 571-6600
           Facsimile: (302) 571-1253

           Counsel for Debtors and
           Debtors in Possession

                                  

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x   Chapter 11
In re:                                                       :
                                                             :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       :
a Delaware corporation, et al.,                             :   Jointly Administered
                                                             :
        Debtors.                                             :   Objection Deadline:
                                                             :   Hearing Date: N/A
------------------------------------------------------------- x
```

**EIGHTH MONTHLY APPLICATION OF ORLANS ASSOCIATES AS
FORECLOSURE SERVICE PROVIDER FOR THE DEBTORS AND DEBTORS-IN-
POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES INCURRED FOR THE INTERIM PERIOD MARCH 1, 2008 THROUGH
MARCH 31, 2008**

| | |
|---|---|
| Name of Applicant: | **Orlans Associates** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **Effective as of August 6, 2007** |
| Period for which compensation and reimbursement is sought: | **March 1, 2008 through March 31, 2008** |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | **$12,230.00** |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | **$35,636.36** |

This is an:   __X__ interim   ____ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors. This application includes no fee component in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fee | Expenses | Fees | Expenses |
| | August 6, 2007 thru August 31, 2007 | $27,652.50 | $85,597.87 | $22,122.00 | $85,597.87 |
| | September 1, 2007 thru September 30, 2007 | $34,527.50 | $46,999.33 | $27,622.00 | $46,999.33 |
| | October 1, 2007 thru October 31, 2007 | $7,927.50 | $16,240.13 | $6,342.00 | $16,240.13 |
| | November 1, 2007 through November 30, 2007 | $28,902.50 | $35,442.18 | $28,902.50 | $35,442.18 |
| | December 1, 2007 through December 31, 2007 | $22,800.00 | $64,022.57 | $22,800.00 | $64,022.57 |
| | January 1, 2008 through January 31, 2008 | $44,947.50 | $53,734.18 | $44,947.50 | $53,734.18 |
| | February 1, 2008 through February 29, 2008 | $122,240.00 | $137,507.08 | | |

## *INTERIM COMPENSATION BY PROJECT CATEGORY*

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $12,230.00 |
| **TOTALS** | | $12,230.00 |

## *INTERIM EXPENSES*

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| March expenses | | $35,636.36 |
| **TOTALS** | | $35,636.36 |

## MARCH 2008 FEES

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 343535 | 1001213201 | Attorney Fee- Monitoring Lien | 03/04/2008 | 200.00 |
| 343652 | 1001298779 | Attorney Fee- Preparation of Adjournment | 03/04/2008 | 20.00 |
| 344803 | 1001027414 | Attorney Fee- Preparation of Adjournment | 03/04/2008 | 20.00 |
| 344804 | 1001176553 | Attorney Fee- Preparation of Adjournment | 03/04/2008 | 20.00 |
| 344805 | 1000666303 | Attorney Fee- Preparation of Adjournment | 03/04/2008 | 20.00 |
| 344850 | 1001621959 | Attorney Fee- Preparation of Adjournment | 03/04/2008 | 20.00 |
| 345244 | 1000953568 | Eviction Proceedings | 03/05/2008 | 300.00 |
| 345245 | 1000943500 | Attorney Fee- Preparation of Adjournment | 03/05/2008 | 20.00 |
| 345246 | 1000975615 | Attorney Fee- Preparation of Adjournment | 03/05/2008 | 20.00 |
| 345247 | 1000976883 | Attorney Fee- Preparation of Adjournment | 03/05/2008 | 20.00 |
| 345248 | 1000777858 | Attorney Fee- Preparation of Adjournment | 03/05/2008 | 20.00 |
| 345249 | 1001189708 | Attorney Fee- Preparation of Adjournment | 03/05/2008 | 20.00 |
| 345260 | 1001256992 | Attorney Fee- Preparation of Adjournment | 03/05/2008 | 20.00 |
| 345251 | 1001627911 | Attorney Fee- Preparation of Adjournment | 03/05/2008 | 20.00 |
| 345252 | 1001322345 | Attorney Fee- Preparation of Adjournment | 03/05/2008 | 20.00 |
| 345253 | 1001508308 | Attorney Fee- Preparation of Adjournment | 03/05/2008 | 20.00 |

# MARCH 2008 FEES

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 345254 | 1000640062 | Attorney Fee- Preparation of Adjournment | 03/05/2008 | 20.00 |
| 345255 | 1000632027 | Attorney Fee- Preparation of Adjournment | 03/05/2008 | 20.00 |
| 345581 | 1000768740 | Attorney Fee- Preparation of Adjournment | 03/06/2008 | 20.00 |
| 345582 | 1001519498 | Attorney Fee- Preparation of Adjournment | 03/06/2008 | 40.00 |
| 345583 | 1000705045 | Attorney Fee- Preparation of Adjournment | 03/06/2008 | 20.00 |
| 345854 | 1001473637 | Attorney Fee-Quit Claim Deed | 03/17/2008 | 75.00 |
| 345855 | 1000893882 | Attorney Fee- Motion for Relief | 03/14/2008 | 600.00 |
| 345856 | 1000868324 | Attorney Fee- Motion not Feasible | 03/14/2008 | 150.00 |
| 345982 | 1000958447 | Attorney Fee- Objections to Confirmation | 03/17/2008 | 250.00 |
| 346133 | 1000975130 | Attorney Fee- Preparation of Adjournment | 03/11/2008 | 20.00 |
| 346724 | 1000687072 | Eviction Proceedings-11715 | 03/10/2008 | 300.00 |
| 346724 | 1000687072 | Eviction Proceedings-11717 | 03/10/2008 | 300.00 |
| 346897 | 1001264147 | Attorney Fee- Preparation of Adjournment | 03/13/2008 | 20.00 |
| 347027 | 1000725546 | Attorney Fee- Preparation of Adjournment | 03/14/2008 | 20.00 |
| 347638 | 1000777837 | Attorney Fee- Preparation of Adjournment | 03/05/2008 | 60.00 |
| 347639 | 1000891962 | Attorney Fee- Preparation of Adjournment | 03/05/2008 | 60.00 |
| 347830 | 1001427024 | Attorney Fee- Preparation of Adjournment | 03/05/2008 | 60.00 |

## MARCH 2008 FEES

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 348061 | 1001426984 | Attorney Fee- Preparation of Adjournment | 03/06/2008 | 60.00 |
| 348311 | 1000920744 | Attorney Fee- Preparation of Adjournment | 03/07/2008 | 60.00 |
| 348476 | 1001337340 | Attorney Fee- Preparation of Adjournment | 03/19/2008 | 40.00 |
| 348855 | 1000707317 | Cash for Redemption- Attorney Fee | 03/17/2008 | 425.00 |
| 349332 | 1001411810 | Attorney Fee- Pre-Sale Affidavit of Abandonment | 03/26/2008 | 150.00 |
| 349334 | 1000878972 | Attorney Fee- Pre-Sale Affidavit of Abandonment | 03/19/2008 | 150.00 |
| 349336 | 1000961026 | Attorney Fee- Claim Letter | 03/17/2008 | 125.00 |
| 349654 | 1001334589 | Attorney Fee- Preparation of Adjournment | 03/06/2008 | 80.00 |
| 349806 | 1001280730 | Attorney Fee- Preparation of Adjournment | 03/07/2008 | 80.00 |
| 349973 | 1001196956 | Attorney Fee- Preparation of Assignments | 03/05/2008 | 75.00 |
| 350011 | 1000822224 | Attorney Fee- Preparation of Adjournment | 03/31/2008 | 20.00 |
| 350011 | 1000822224 | Attorney Fee- Preparation of Adjournment | 03/24/2008 | 20.00 |
| 350181 | 1000842763 | Attorney Fee- Foreclosure Proceedings | 03/04/2008 | 650.00 |
| 350181 | 1000842763 | Attorney Fee- Preparation of Assignments | 03/05/2008 | 75.00 |
| 350457 | 1001117129 | Attorney Fee- Preparation of Adjournment | 03/19/2008 | 60.00 |
| 350466 | 1000615400 | Attorney Fee- Foreclosure Proceedings | 03/04/2008 | 650.00 |
| 350466 | 1000615400 | Attorney Fee- Preparation of Assignments | 03/05/2008 | 75.00 |

## MARCH 2008 FEES

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 350467 | 1000667779 | Attorney Fee- Foreclosure Proceedings | 03/04/2008 | 650.00 |
| 350467 | 1000667779 | Attorney Fee- Preparation of Assignments | 03/05/2008 | 75.00 |
| 350643 | 1001214058 | Attorney Fee- Claim Letter | 03/27/2008 | 300.00 |
| 351668 | 1000735971 | Eviction Proceedings | 03/27/2008 | 300.00 |
| 351900 | 1001065634 | Eviction Proceedings | 03/18/2008 | 300.00 |
| 352017 | 1001453921 | Attorney Fee- Pre-Sale Affidavit of Abandonment | 03/19/2008 | 150.00 |
| 352225 | 1001182313 | Attorney Fee- Preparation of Assignments | 03/07/2008 | 75.00 |
| 352605 | 1007734670 | Attorney Fee- Preparation of Adjournment | 03/05/2008 | 120.00 |
| 352899 | 1001201283 | Eviction Proceedings | 03/25/2008 | 300.00 |
| 353252 | 1000676147 | Attorney Fee- Foreclosure Proceedings | 03/20/2008 | 650.00 |
| 353252 | 1000676147 | Attorney Fee- Preparation of Assignments | 03/20/2008 | 75.00 |
| 353254 | 1000847363 | Attorney Fee- Preparation of Assignments | 03/07/2008 | 75.00 |
| 354365 | 1001419394 | Attorney Fee- Foreclosure Proceedings | 03/03/2008 | 650.00 |
| 354365 | 1001419394 | Attorney Fee- Preparation of Assignments | 03/05/2008 | 75.00 |
| 354698 | 1000774460 | Eviction Proceedings | 03/13/2008 | 300.00 |
| 355321 | 1001100565 | Eviction Proceedings | 03/13/2008 | 300.00 |
| 355323 | 1001253101 | Attorney Fee- Preparation of Adjournment | 03/12/2008 | 140.00 |
| 355594 | 1001258704 | Attorney Fee- Preparation of Adjournment | 03/06/2008 | 160.00 |

## MARCH 2008 FEES

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 355786 | 1001123238 | Eviction Proceedings | 03/05/2008 | 300.00 |
| 355976 | 1008722951 | Eviction Proceedings | 03/20/2008 | 300.00 |
| 356718 | 1001164195 | Eviction Proceedings | 03/26/2008 | 300.00 |
| 358098 | 1000964457 | Attorney Fee- Reopen Foreclosure Proceeding | 03/26/2008 | 650.00 |
| 358099 | 1000825017 | Attorney Fee- Preparation of Assignments | 03/07/2008 | 75.00 |
| 358419 | 1000913623 | Eviction Proceedings | 03/12/2008 | 300.00 |
| | | Total March 2008 Fees | | 12,230.00 |

## MARCH 2008 Expenses

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 349652 | 1001298779 | Adjournment Cost | 03/04/2008 | 8.00 |
| 343974 | 1000877049 | Execution of Order of Eviction/ Removal of Items | 03/05/2008 | 141.00 |
| 343975 | 1001153690 | Sheriff Cost | 03/03/2008 | 50.00 |
| 343975 | 1001153690 | Recording of Sale | 03/03/2008 | 52.00 |
| 343975 | 1001153690 | Transfer Tax for Recording of Sale | 03/03/2008 | 74.80 |
| 343976 | 1000935305 | Sheriff Cost | 03/03/2008 | 50.00 |
| 343976 | 1000935305 | Recording of Sale | 03/03/2008 | 52.00 |
| 343976 | 1000935305 | Transfer Tax for Recording of Sale | 03/03/2008 | 70.40 |
| 343977 | 1001113541 | Sheriff Cost | 03/03/2008 | 50.00 |
| 343977 | 1001113541 | Recording of Sale | 03/03/2008 | 52.00 |
| 343977 | 1001113541 | Transfer Tax for Recording of Sale | 03/03/2008 | 12.10 |
| 343978 | 1000626595 | Sheriff Cost | 03/03/2008 | 50.00 |
| 343978 | 1000626595 | Recording of Sale | 03/03/2008 | 52.00 |
| 343978 | 1000626595 | Transfer Tax for Recording of Sale | 03/03/2008 | 22.00 |
| 343979 | 1000633116 | Sheriff Cost | 03/03/2008 | 50.00 |
| 343979 | 1000633116 | Recording of Sale | 03/03/2008 | 52.00 |
| 343979 | 1000633116 | Transfer Tax for Recording of Sale | 03/03/2008 | 17.60 |
| 343980 | 1000951367 | Sheriff Cost | 03/03/2008 | 50.00 |
| 343980 | 1000951367 | Recording of Sale | 03/03/2008 | 55.00 |
| 344214 | 0125518498 | Sheriff Cost | 03/03/2008 | 50.00 |
| 344214 | 0125518498 | Recording of Sale | 03/03/2008 | 29.00 |
| 344214 | 0125518498 | Transfer Tax for Recording of Sale | 03/03/2008 | 22.55 |

## MARCH 2008 Expenses

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 344803 | 1001027414 | Adjournment Cost | 03/04/2008 | 8.00 |
| 344803 | 1001027414 | Sheriff Cost | 03/06/2008 | 50.00 |
| 344803 | 1001027414 | Recording of Sale | 03/06/2008 | 29.00 |
| 344803 | 1001027414 | Transfer Tax for Recording of Sale | 03/06/2008 | 126.50 |
| 344804 | 1001176553 | Adjournment Cost | 03/04/2008 | 8.00 |
| 344804 | 1001176553 | Sheriff Cost | 03/06/2008 | 50.00 |
| 344804 | 1001176553 | Recording of Sale | 03/06/2008 | 32.00 |
| 344805 | 1000666303 | Adjournment Cost | 03/04/2008 | 8.00 |
| 344805 | 1000666303 | Sheriff Cost | 03/06/2008 | 50.00 |
| 344805 | 1000666303 | Recording of Sale | 03/06/2008 | 29.00 |
| 344805 | 1000666303 | Transfer Tax for Recording of Sale | 03/06/2008 | 17.05 |
| 344850 | 1001621969 | Adjournment Cost | 03/04/2008 | 8.00 |
| 344850 | 1001621969 | Sheriff Cost | 03/06/2008 | 50.00 |
| 344930 | 1000942275 | Execution of Order of Eviction/ Removal of Items | 03/10/2008 | 791.00 |
| 344930 | 1000942275 | Service Fee- Summons and Complaint | 03/11/2008 | 27.00 |
| 345040 | 1000812004 | Title Report | 03/05/2008 | 50.00 |
| 345244 | 1000953568 | Filing Fee- Summons and Complaint | 03/05/2008 | 45.00 |
| 345244 | 1000953568 | Service Fee- Summons and Complaint | 03/05/2008 | 49.00 |
| 345245 | 1000943500 | Adjournment Cost | 03/03/2008 | 8.00 |
| 345245 | 1000943500 | Sheriff Cost | 03/07/2008 | 50.00 |
| 345245 | 1000943500 | Recording of Sale | 03/07/2008 | 52.00 |
| 345245 | 1000943500 | Transfer Tax for Recording of Sale | 03/07/2008 | 8.80 |

## MARCH 2008 Expenses

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 345246 | 1000975615 | Adjournment Cost | 03/05/2008 | 8.00 |
| 345246 | 1000975615 | Sheriff Cost | 03/07/2008 | 50.00 |
| 345246 | 1000975615 | Recording of Sale | 03/07/2008 | 52.00 |
| 345246 | 1000975615 | Transfer Tax for Recording of Sale | 03/07/2008 | 7.70 |
| 345247 | 1000976883 | Adjournment Cost | 03/05/2008 | 8.00 |
| 345247 | 1000976883 | Sheriff Cost | 03/07/2008 | 50.00 |
| 345247 | 1000976883 | Recording of Sale | 03/07/2008 | 52.00 |
| 345247 | 1000976883 | Transfer Tax for Recording of Sale | 03/07/2008 | 8.80 |
| 345248 | 1000777858 | Adjournment Cost | 03/05/2008 | 8.00 |
| 345248 | 1000777858 | Sheriff Cost | 03/07/2008 | 50.00 |
| 345248 | 1000777858 | Recording of Sale | 03/07/2008 | 52.00 |
| 345248 | 1000777858 | Transfer Tax for Recording of Sale | 03/07/2008 | 14.30 |
| 345249 | 1001169708 | Adjournment Cost | 03/05/2008 | 8.00 |
| 345249 | 1001169708 | Sheriff Cost | 03/07/2008 | 50.00 |
| 345249 | 1001169708 | Recording of Sale | 03/07/2008 | 52.00 |
| 345249 | 1001169708 | Transfer Tax for Recording of Sale | 03/07/2008 | 11.00 |
| 345250 | 1001256992 | Adjournment Cost | 03/05/2008 | 8.00 |
| 345250 | 1001256992 | Sheriff Cost | 03/07/2008 | 50.00 |
| 345250 | 1001256992 | Recording of Sale | 03/07/2008 | 52.00 |
| 345250 | 1001256992 | Transfer Tax for Recording of Sale | 03/07/2008 | 58.30 |
| 345251 | 1001627911 | Adjournment Cost | 03/05/2008 | 8.00 |
| 345251 | 1001627911 | Sheriff Cost | 03/06/2008 | 50.00 |
| 345251 | 1001627911 | Recording of Sale | 03/06/2008 | 32.00 |

## MARCH 2008 Expenses

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 345252 | 1001323245 | Adjournment Cost | 03/05/2008 | 8.00 |
| 345252 | 1001323245 | Sheriff Cost | 03/07/2008 | 50.00 |
| 345252 | 1001323245 | Recording of Sale | 03/07/2008 | 52.00 |
| 345252 | 1001323245 | Transfer Tax for Recording of Sale | 03/07/2008 | 75.90 |
| 345253 | 1001508308 | Adjournment Cost | 03/05/2008 | 8.00 |
| 345253 | 1001508308 | Sheriff Cost | 03/10/2008 | 50.00 |
| 345253 | 1001508308 | Recording of Sale | 03/10/2008 | 52.00 |
| 345253 | 1001508308 | Transfer Tax for Recording of Sale | 03/10/2008 | 55.00 |
| 345254 | 1000640062 | Adjournment Cost | 03/05/2008 | 8.00 |
| 345254 | 1000640062 | Sheriff Cost | 03/10/2008 | 50.00 |
| 345254 | 1000640062 | Recording of Sale | 03/10/2008 | 52.00 |
| 345254 | 1000640062 | Transfer Tax for Recording of Sale | 03/10/2008 | 58.30 |
| 345255 | 1000632027 | Adjournment Cost | 03/05/2008 | 8.00 |
| 345255 | 1000632027 | Sheriff Cost | 03/10/2008 | 50.00 |
| 345255 | 1000632027 | Recording of Sale | 03/10/2008 | 52.00 |
| 345255 | 1000632027 | Transfer Tax for Recording of Sale | 03/10/2008 | 49.50 |
| 345382 | 1000744691 | City Cost- Dumpster | 03/13/2008 | 725.00 |
| 345382 | 1000744691 | Execution of Order of Eviction/ Removal of Items | 03/13/2008 | 275.00 |
| 345383 | 1000757518 | Execution of Order of Eviction/ Removal of Items | 03/13/2008 | 1,460.00 |
| 345383 | 1000757518 | City Cost- Dumpster | 03/13/2008 | 300.00 |
| 345581 | 1000768740 | Adjournment Cost | 03/06/2008 | 8.00 |
| 345581 | 1000768740 | Sheriff Cost | 03/10/2008 | 50.00 |
| 345581 | 1000768740 | Recording of Sale | 03/10/2008 | 52.00 |
| 345581 | 1000768740 | Transfer Tax for Recording of Sale | 03/10/2008 | 220.00 |

## MARCH 2008 Expenses

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 345582 | 1001519498 | Adjournment Cost | 03/06/2008 | 16.00 |
| 345582 | 1001519498 | Sheriff Cost | 03/11/2008 | 50.00 |
| 345582 | 1001519498 | Recording of Sale | 03/11/2008 | 29.00 |
| 345582 | 1001519498 | Transfer Tax for Recording of Sale | 03/11/2008 | 182.05 |
| 345583 | 1000705045 | Adjournment Cost | 03/06/2008 | 8.00 |
| 345583 | 1000705045 | Sheriff Cost | 03/07/2008 | 50.00 |
| 345583 | 1000705045 | Recording of Sale | 03/07/2008 | 52.00 |
| 345583 | 1000705045 | Transfer Tax for Recording of Sale | 03/07/2008 | 8.80 |
| 345706 | 1000794330 | Execution of Order of Eviction/ Removal of Items | 03/13/2008 | 1,566.00 |
| 345855 | 1000893882 | Filing Fee- Motion for Relief | 03/14/2008 | 150.00 |
| 346047 | 1000730313 | Execution of Order of Eviction/ Removal of Items 9023 Unit 1 | 03/03/2008 | 1,025.00 |
| 346047 | 1000730313 | Execution of Order of Eviction/ Removal of Items 9023 Unit 2 | 03/03/2008 | 1,025.00 |
| 346047 | 1000730313 | Execution of Order of Eviction/ Removal of Items 9017 Unit 3 | 03/03/2008 | 1,275.00 |
| 346047 | 1000730313 | Execution of Order of Eviction/ Removal of Items 9017 Unit 1 | 03/04/2008 | 1,275.00 |
| 346047 | 1000730313 | Execution of Order of Eviction/ Removal of Items 9023 Unit 3 | 03/17/2008 | 1,075.00 |
| 346133 | 1000975130 | Adjournment Cost | 03/11/2008 | 8.00 |
| 346133 | 1000975130 | Sheriff Cost | 03/11/2008 | 50.00 |
| 346133 | 1000975130 | Recording of Sale | 03/11/2008 | 29.00 |
| 346133 | 1000975130 | Transfer Tax for Recording of Sale | 03/11/2008 | 111.10 |
| 346448 | 1000933171 | Sheriff Cost | 03/17/2008 | 50.00 |
| 346448 | 1000933171 | Recording of Sale | 03/17/2008 | 52.00 |
| 346448 | 1000933171 | Transfer Tax for Recording of Sale | 03/17/2008 | 80.30 |
| 346544 | 4490566 | Title Policy | 03/19/2008 | 238.00 |

## MARCH 2008 Expenses

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 346724 | 1000687072 | Filing Fee- Summons and Complaint-11715 | 03/10/2008 | 45.00 |
| 346724 | 1000687072 | Service Fee- Summons and Complaint-11715 | 03/10/2008 | 49.00 |
| 346724 | 1000687072 | Filing Fee- Summons and Complaint-11717 | 03/10/2008 | 45.00 |
| 346724 | 1000687072 | Service Fee- Summons and Complaint-11717 | 03/10/2008 | 49.00 |
| 346725 | 1001292710 | Execution of Order of Eviction/ Removal of Items | 03/13/2008 | 450.00 |
| 346897 | 1001264147 | Sheriff Cost | 03/12/2008 | 50.00 |
| 346897 | 1001264147 | Recording of Sale | 03/12/2008 | 29.00 |
| 346897 | 1001264147 | Transfer Tax for Recording of Sale | 03/12/2008 | 202.95 |
| 346897 | 1001264147 | Adjournment Cost | 03/13/2008 | 8.00 |
| 347027 | 1000725546 | Adjournment Cost | 03/14/2008 | 8.00 |
| 347027 | 1000725546 | Sheriff Cost | 03/18/2008 | 50.00 |
| 347027 | 1000725546 | Recording of Sale | 03/18/2008 | 26.00 |
| 347027 | 1000725546 | Transfer Tax for Recording of Sale | 03/18/2008 | 80.30 |
| 347156 | 1001262395 | Title Report | 03/05/2008 | 50.00 |
| 347387 | 1000629809 | Filing Fee- Writ | 03/04/2008 | 15.00 |
| 347387 | 1000629809 | Service Fee- Writ | 03/04/2008 | 38.50 |
| 347387 | 1000629809 | City Cost- Dumpster | 03/21/2008 | 300.00 |
| 347387 | 1000629809 | Execution of Order of Eviction/ Removal of Items | 03/21/2008 | 1,270.00 |
| 347475 | 1000863754 | Sheriff Cost | 03/20/2008 | 50.00 |
| 347475 | 1000863754 | Recording of Sale | 03/20/2008 | 29.00 |
| 347475 | 1000863754 | Transfer Tax for Recording of Sale | 03/20/2008 | 452.65 |
| 347638 | 1000777837 | Adjournment Cost | 03/05/2008 | 24.00 |
| 347639 | 1000891962 | Adjournment Cost | 03/05/2008 | 24.00 |

## MARCH 2008 Expenses

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 347829 | 0125518431 | Sheriff Cost | 03/24/2008 | 50.00 |
| 347829 | 0125518431 | Recording of Sale | 03/24/2008 | 52.00 |
| 347829 | 0125518431 | Transfer Tax for Recording of Sale | 03/24/2008 | 56.10 |
| 347830 | 1001427024 | Adjournment Cost | 03/05/2008 | 24.00 |
| 347830 | 1001427024 | Sheriff Cost | 03/24/2008 | 50.00 |
| 347830 | 1001427024 | Recording of Sale | 03/24/2008 | 15.00 |
| 347830 | 1001427024 | Transfer Tax for Recording of Sale | 03/24/2008 | 200.75 |
| 347911 | 1001556615 | Filing Fee- Writ | 03/10/2008 | 15.00 |
| 347911 | 1001556615 | Execution of Order of Eviction/ Removal of Items | 03/21/2008 | 965.00 |
| 347911 | 1001556615 | Service Fee- Summons and Complaint | 03/24/2008 | 48.00 |
| 348059 | 1000730901 | Sheriff Cost | 03/24/2008 | 50.00 |
| 348059 | 1000730901 | Recording of Sale | 03/24/2008 | 52.00 |
| 348059 | 1000730901 | Transfer Tax for Recording of Sale | 03/24/2008 | 18.70 |
| 348060 | 0004229161 | Sheriff Cost | 03/24/2008 | 50.00 |
| 348060 | 0004229161 | Recording of Sale | 03/24/2008 | 52.00 |
| 348061 | 1001426984 | Adjournment Cost | 03/06/2008 | 24.00 |
| 348061 | 1001426984 | Sheriff Cost | 03/21/2008 | 50.00 |
| 348061 | 1001426984 | Recording of Sale | 03/21/2008 | 52.00 |
| 348061 | 1001426984 | Transfer Tax for Recording of Sale | 03/21/2008 | 205.15 |
| 348311 | 1000920744 | Adjournment Cost | 03/07/2008 | 24.00 |
| 348311 | 1000920744 | Sheriff Cost | 03/25/2008 | 50.00 |
| 348311 | 1000920744 | Recording of Sale | 03/25/2008 | 26.00 |
| 348311 | 1000920744 | Transfer Tax for Recording of Sale | 03/25/2008 | 130.35 |

## MARCH 2008 Expenses

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 348312 | 1000757095 | Recording of Assignment | 03/21/2008 | 60.00 |
| 348312 | 1000757095 | Sheriff Cost | 03/25/2008 | 50.00 |
| 348312 | 1000757095 | Recording of Sale | 03/25/2008 | 26.00 |
| 348312 | 1000757095 | Transfer Tax for Recording of Sale | 03/25/2008 | 244.75 |
| 348476 | 1001337340 | Adjournment Cost | 03/19/2008 | 16.00 |
| 348656 | 1001252462 | Title Report | 03/05/2008 | 50.00 |
| 348655 | 1000707317 | Recording of Quit Claim Deed | 03/25/2008 | 60.00 |
| 348866 | 1000873331 | Title Report | 03/05/2008 | 50.00 |
| 348866 | 1000873331 | Sheriff Cost | 03/28/2008 | 50.00 |
| 348856 | 1000873331 | Recording of Sale | 03/28/2008 | 29.00 |
| 348856 | 1000873331 | Transfer Tax for Recording of Sale | 03/28/2008 | 605.55 |
| 348857 | 1001827758 | Title Report | 03/06/2008 | 50.00 |
| 348857 | 1001827758 | Sheriff Cost | 03/28/2008 | 50.00 |
| 348857 | 1001827758 | Recording of Sale | 03/28/2008 | 29.00 |
| 348857 | 1001827758 | Transfer Tax for Recording of Sale | 03/28/2008 | 706.20 |
| 348858 | 1001754324 | Title Report | 03/10/2008 | 50.00 |
| 348858 | 1001754324 | Sheriff Cost | 03/28/2008 | 50.00 |
| 348858 | 1001754324 | Recording of Sale | 03/28/2008 | 29.00 |
| 348858 | 1001754324 | Transfer Tax for Recording of Sale | 03/28/2008 | 528.55 |
| 348859 | 1001003412 | Title Report | 03/06/2008 | 50.00 |
| 348859 | 1001003412 | Sheriff Cost | 03/28/2008 | 50.00 |
| 348859 | 1001003412 | Recording of Sale | 03/28/2008 | 29.00 |
| 348859 | 1001003412 | Transfer Tax for Recording of Sale | 03/28/2008 | 123.75 |

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| | | MARCH 2008 Expenses | | |
| 349327 | 1000871324 | Title Report | 03/04/2008 | 50.00 |
| 349327 | 1000871324 | Sheriff Cost | 03/31/2008 | 50.00 |
| 349327 | 1000871324 | Recording of Sale | 03/31/2008 | 52.00 |
| 349327 | 1000871324 | Transfer Tax for Recording of Sale | 03/31/2008 | 22.00 |
| 349328 | 1000849610 | Title Report | 03/05/2008 | 50.00 |
| 349328 | 1000849610 | Sheriff Cost | 03/31/2008 | 50.00 |
| 349328 | 1000849610 | Recording of Sale | 03/31/2008 | 52.00 |
| 349328 | 1000849610 | Transfer Tax for Recording of Sale | 03/31/2008 | 16.50 |
| 349329 | 1001193960 | Title Report | 03/05/2008 | 50.00 |
| 349329 | 1001193960 | Sheriff Cost | 03/31/2008 | 50.00 |
| 349329 | 1001193960 | Recording of Sale | 03/31/2008 | 52.00 |
| 349329 | 1001193960 | Transfer Tax for Recording of Sale | 03/31/2008 | 181.50 |
| 349330 | 1001272065 | Title Report | 03/05/2008 | 50.00 |
| 349330 | 1001272065 | Sheriff Cost | 03/31/2008 | 50.00 |
| 349330 | 1001272065 | Recording of Sale | 03/31/2008 | 52.00 |
| 349330 | 1001272065 | Transfer Tax for Recording of Sale | 03/31/2008 | 27.50 |
| 349331 | 1001174529 | Title Report | 03/12/2008 | 50.00 |
| 349331 | 1001174529 | Sheriff Cost | 03/31/2008 | 50.00 |
| 349331 | 1001174529 | Recording of Sale | 03/31/2008 | 55.00 |
| 349332 | 1001411810 | Title Report | 03/04/2008 | 50.00 |
| 349332 | 1001411810 | Recording Cost for Affidavit of Abandonment | 03/26/2008 | 35.00 |
| 349332 | 1001411810 | Posting Cost for Affidavit of Abandonment | 03/26/2008 | 4.64 |
| 349332 | 1001411810 | Certified Mail for Affidavit of Abandonment | 03/31/2008 | 50.00 |
| 349332 | 1001411810 | Sheriff Cost | 03/31/2008 | 52.00 |
| 349332 | 1001411810 | Recording of Sale | 03/31/2008 | 52.00 |
| 349332 | 1001411810 | Transfer Tax for Recording of Sale | | 15.40 |

## MARCH 2008 Expenses

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 349333 | 1000868202 | Title Report | 03/04/2008 | 50.00 |
| 349333 | 1000868202 | Sheriff Cost | 03/31/2008 | 50.00 |
| 349333 | 1000868202 | Recording of Sale | 03/31/2008 | 52.00 |
| 349333 | 1000868202 | Transfer Tax for Recording of Sale | 03/31/2008 | 7.70 |
| 349334 | 1000878972 | Title Report | 03/04/2008 | 50.00 |
| 349334 | 1000878972 | Recording Cost for Affidavit of Abandonment | 03/19/2008 | 60.00 |
| 349334 | 1000878972 | Posting Cost for Affidavit of Abandonment | 03/19/2008 | 35.00 |
| 349334 | 1000878972 | Certified Mail for Affidavit of Abandonment | 03/19/2008 | 4.64 |
| 349334 | 1000878972 | Sheriff Cost | 03/31/2008 | 50.00 |
| 349334 | 1000878972 | Recording of Sale | 03/31/2008 | 52.00 |
| 349334 | 1000878972 | Transfer Tax for Recording of Sale | 03/31/2008 | 6.60 |
| 349335 | 1001413421 | Title Report | 03/04/2008 | 50.00 |
| 349335 | 1001413421 | Sheriff Cost | 03/31/2008 | 29.00 |
| 349335 | 1001413421 | Recording of Sale | 03/31/2008 | 270.60 |
| 349335 | 1001413421 | Transfer Tax for Recording of Sale | 03/31/2008 | 50.00 |
| 349336 | 1000961026 | Title Report | 03/12/2008 | 50.00 |
| 349336 | 1000961026 | Sheriff Cost | 03/31/2008 | 52.00 |
| 349336 | 1000961026 | Recording of Sale | 03/31/2008 | 181.50 |
| 349336 | 1000961026 | Transfer Tax for Recording of Sale | 03/31/2008 | 32.00 |
| 349654 | 1001334589 | Adjournment Cost | 03/06/2008 | 50.00 |
| 349654 | 1001334589 | Sheriff Cost | 03/26/2008 | 29.00 |
| 349654 | 1001334589 | Recording of Sale | 03/26/2008 | 99.00 |
| 349654 | 1001334589 | Transfer Tax for Recording of Sale | 03/26/2008 | 15.00 |
| 349803 | 1000630177 | Filing Fee- Writ | 03/11/2008 | 38.50 |
| 349803 | 1000630177 | Service Fee- Writ | 03/11/2008 | 1,275.00 |
| 349803 | 1000630177 | Execution of Order of Eviction/ Removal of Items | 03/28/2008 | 300.00 |
| 349803 | 1000630177 | City Cost- Dumpster | 03/28/2008 | |

## MARCH 2008 Expenses

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 349806 | 1001280730 | Adjournment Cost | 03/07/2008 | 32.00 |
| 349806 | 1001280730 | Sheriff Cost | 03/26/2008 | 50.00 |
| 349806 | 1001280730 | Recording of Sale | 03/26/2008 | 29.00 |
| 349806 | 1001280730 | Transfer Tax for Recording of Sale | 03/26/2008 | 9.90 |
| 349807 | 1001073889 | Title Report | 03/12/2008 | 50.00 |
| 349808 | 1001288448 | Title Report | 03/12/2008 | 50.00 |
| 349809 | 1000977330 | Title Report | 03/05/2008 | 50.00 |
| 349973 | 1001196956 | Recording of Assignment | 03/05/2008 | 60.00 |
| 350011 | 1000822224 | Adjournment Cost | 03/24/2008 | 8.00 |
| 350011 | 1000822224 | Adjournment Cost | 03/31/2008 | 8.00 |
| 350174 | 1001030984 | Title Report | 03/05/2008 | 5.00 |
| 350175 | 1000818142 | Title Report | 03/06/2008 | 50.00 |
| 350176 | 1001824181 | Title Report | 03/07/2008 | 50.00 |
| 350177 | 1001251696 | Title Report | 03/04/2008 | 50.00 |
| 350178 | 1001720951 | Title Report | 03/07/2008 | 50.00 |
| 350179 | 1001413767 | Title Report | 03/05/2008 | 50.00 |
| 350180 | 1001683233 | Title Report | 03/05/2008 | 50.00 |

## MARCH 2008 Expenses

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 350181 | 1000842763 | Title Commitment | 03/04/2008 | 325.00 |
| 350181 | 1000842763 | Document Fee- Recorded Mortgage | 03/05/2008 | 50.00 |
| 350181 | 1000842763 | Posting Cost | 03/05/2008 | 85.00 |
| 350181 | 1000842763 | Publication Cost | 03/05/2008 | 217.68 |
| 350181 | 1000842763 | Recording of Assignment | 03/05/2008 | 60.00 |
| 350181 | 1000842763 | Title Report | 03/13/2008 | 50.00 |
| 350291 | 1000640394 | Filing Fee- Writ | 03/21/2008 | 15.00 |
| 350291 | 1000640394 | Service Fee- Writ | 03/21/2008 | 38.50 |
| 350454 | 1000772498 | Title Report | 03/04/2008 | 50.00 |
| 350457 | 1001117129 | Adjournment Cost | 03/19/2008 | 24.00 |
| 350458 | 1001277374 | Title Report | 03/06/2008 | 50.00 |
| 350459 | 1001555189 | Title Report | 03/03/2008 | 50.00 |
| 350460 | 1000979691 | Title Report | 03/04/2008 | 50.00 |
| 350461 | 1001453921 | Title Report | 03/05/2008 | 50.00 |
| 350461 | 1001453921 | Adjournment Cost | 03/31/2008 | 8.00 |
| 350462 | 1000903684 | Title Report | 03/04/2008 | 50.00 |
| 350464 | 1000927379 | Title Report | 03/04/2008 | 50.00 |
| 350465 | 1001120095 | Title Report | 03/12/2008 | 50.00 |

## MARCH 2008 Expenses

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 350466 | 1000615400 | Title Commitment | 03/04/2008 | 325.00 |
| 350466 | 1000615400 | Document Fee- Recorded Mortgage | 03/05/2008 | 50.00 |
| 350466 | 1000615400 | Recording of Assignment | 03/05/2008 | 60.00 |
| 350466 | 1000615400 | Posting Cost | 03/05/2008 | 70.00 |
| 350466 | 1000615400 | Publication Cost | 03/05/2008 | 244.00 |
| 350466 | 1000615400 | Title Report | 03/12/2008 | 50.00 |
| 350467 | 1000667779 | Title Commitment | 03/04/2008 | 449.00 |
| 350467 | 1000667779 | Document Fee- Mortgage and Assignment | 03/05/2008 | 50.00 |
| 350467 | 1000667779 | Recording of Assignment | 03/05/2008 | 60.00 |
| 350467 | 1000667779 | Posting Cost | 03/05/2008 | 70.00 |
| 350467 | 1000667779 | Publication Cost | 03/05/2008 | 196.80 |
| 350643 | 1001214058 | Title Report | 03/04/2008 | 50.00 |
| 351327 | 1000728756 | Title Report | 03/04/2008 | 50.00 |
| 351658 | 1000735971 | Filing Fee- Summons and Complaint | 03/27/2008 | 45.00 |
| 351900 | 1001065634 | Filing Fee- Summons and Complaint | 03/18/2008 | 60.00 |
| 351900 | 1001065634 | Service Fee- Summons and Complaint | 03/31/2008 | 57.00 |
| 352017 | 1001453921 | Recording Cost for Affidavit of Abandonment | 03/19/2008 | 60.00 |
| 352017 | 1001453921 | Posting Cost for Affidavit of Abandonment | 03/19/2008 | 35.00 |
| 352225 | 1001182313 | Recording of Assignment | 03/07/2008 | 60.00 |
| 352605 | 1000734670 | Adjournment Cost | 03/05/2008 | 48.00 |
| 352899 | 1001201283 | Filing Fee- Summons and Complaint | 03/25/2008 | 45.00 |
| 352899 | 1001201283 | Service Fee- Summons and Complaint | 03/25/2008 | 66.00 |

## MARCH 2008 Expenses

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 353046 | 1001266994 | Title Report | 03/05/2008 | 50.00 |
| 353047 | 1001558611 | Title Report | 03/04/2008 | 50.00 |
| 353162 | 1000737677 | Title Report | 03/05/2008 | 50.00 |
| 353252 | 1000676147 | Title Commitment | 03/20/2008 | 325.00 |
| 353252 | 1000676147 | Posting Cost | 03/20/2008 | 70.00 |
| 353252 | 1000676147 | Publication Cost | 03/20/2008 | 196.80 |
| 353252 | 1000676147 | Recording of Assignment | 03/20/2008 | 60.00 |
| 353254 | 1000847363 | Document Fee- Recorded Mortgage | 03/06/2008 | 50.00 |
| 353254 | 1000847363 | Recording of Assignment | 03/07/2008 | 60.00 |
| 353417 | 1000952868 | Filing Fee- Writ | 03/31/2008 | 15.00 |
| 353417 | 1000952868 | Service Fee- Writ | 03/31/2008 | 38.50 |
| 353772 | 1001277493 | Filing Fee- Writ | 03/28/2008 | 15.00 |
| 353772 | 1001277493 | Service Fee- Writ | 03/28/2008 | 38.50 |
| 354365 | 1001419394 | Document Fee- Mortgage and Assignment | 03/03/2008 | 50.00 |
| 354365 | 1001419394 | Title Report | 03/03/2008 | 50.00 |
| 354365 | 1001419394 | Title Commitment | 03/03/2008 | 325.00 |
| 354365 | 1001419394 | Posting Cost | 03/03/2008 | 110.00 |
| 354365 | 1001419394 | Publication Cost | 03/03/2008 | 291.20 |
| 354365 | 1001419394 | Recording of Assignment | 03/05/2008 | 60.00 |
| 354698 | 1000774460 | Filing Fee- Summons and Complaint | 03/13/2008 | 45.00 |
| 354698 | 1000774460 | Service Fee- Summons and Complaint | 03/13/2008 | 50.00 |
| 354951 | 1001216256 | Filing Fee- Writ | 03/31/2008 | 15.00 |
| 354951 | 1001216256 | Service Fee- Writ | 03/31/2008 | 36.00 |

## MARCH 2008 Expenses

| Invoice Number | Loan Number | Description of Services | Date of Service | Amount |
|---|---|---|---|---|
| 355321 | 1001100565 | Filing Fee- Summons and Complaint | 03/13/2008 | 45.00 |
| 355321 | 1001100565 | Service Fee- Summons and Complaint | 03/13/2008 | 50.00 |
| 355323 | 1001253101 | Adjournment Cost | 03/12/2008 | 56.00 |
| 355594 | 1001258704 | Adjournment Cost | 03/06/2008 | 64.00 |
| 355786 | 1001123238 | Filing Fee- Summons and Complaint | 03/05/2008 | 45.00 |
| 355786 | 1001123238 | Service Fee- Summons and Complaint | 03/05/2008 | 49.00 |
| 355976 | 1000872951 | Filing Fee- Summons and Complaint | 03/20/2008 | 45.00 |
| 356718 | 1001164195 | Filing Fee- Summons and Complaint | 03/26/2008 | 45.00 |
| 356718 | 1001164195 | Service Fee- Summons and Complaint | 03/26/2008 | 73.50 |
| 357867 | 1009986222 | Title Report | 03/05/2008 | 50.00 |
| 358098 | 1000964457 | Posting Cost | 03/26/2008 | 70.00 |
| 358098 | 1000964457 | Publication Cost | 03/26/2008 | 196.80 |
| 358420 | 1009913623 | Filing Fee- Summons and Complaint | 03/12/2008 | 45.00 |
| 358420 | 1009913623 | Service Fee- Summons and Complaint | 03/12/2008 | 49.00 |
| 347695 | 4089682 | Title Policy | 03/26/2008 | 210.00 |
| Total March 2008 Expenses | | | | 35,636.36 |