IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 :   Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       :   Jointly Administered
        Debtors.                                                       :
---------------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL REGARDING SCHEDULING OF OMNIBUS HEARING DATES

The undersigned hereby certifies that he has obtained from the Court the omnibus hearing dates set forth on the proposed order attached hereto.

Dated: Wilmington, Delaware
       May 23, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Joel A. Waite (No. 2925)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Kenneth J. Enos (No. 4544)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x
In re:                                                                 : Chapter 11
                                                                       :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                 : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                        :
                                                                       : Jointly Administered
        Debtors.                                                       :
---------------------------------------------------------------------- x

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceeding:

   July 17, 2008 at 2:00 p.m.

   August 18, 2008 at 10:00 a.m. – Interim Fee Requests

   September 15, 2008 at 10:00 a.m.


Dated: May ____, 2008
       Wilmington, Delaware

                                        _____
                                        CHRISTOPHER S. SONTCHI
                                        UNITED STATES BANKRUPTCY JUDGE

DB02:6201822.5                                                      066585.1001