IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME<br>MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered)<br><br>Hearing Date: June 11, 2008 at 10:00 a.m.<br>Objection Deadline: June 4, 2008 at 4:00 p.m. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that American Home Mortgage Servicing, Inc., a Delaware corporation formerly known as AH Mortgage Acquisition Co., Inc., filed the *Motion For An Order Granting The Allowance And Payment Of An Administrative Expense Claim For Breaches By Certain Debtors Of The Asset Purchase Agreement For The Sale Of The Debtors' Mortgage Servicing Business* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel, on or before **June 4, 2008 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion is scheduled to be held on **June 11, 2008 at 10:00 a.m.** before the Honorable Christopher S. Sontchi, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 23, 2008
       Wilmington, Delaware

GREENBERG TRAURIG, LLP

*Victoria W. Counihan*
Victoria W. Counihan (BAR #3488)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
counihanv@gtlaw.com

and

JONES DAY
Daniel P. Winikka
2727 North Harwood Street
Dallas, Texas 75201-1515
(214) 220-3939

Counsel for AH Mortgage Acquisition Co., Inc.