# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x
In re:                                                        : Chapter 11
                                                              :
AMERICAN HOME MORTGAGE                                        : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,¹             :
                                                              : Jointly Administered
                          Debtors.                            :
------------------------------------------------------------- x
```

## ORDER GRANTING MOTION OF AMERICAN HOME MORTGAGE SERVICING, INC., FORMERLY KNOWN AS AH MORTGAGE ACQUISITION CO., INC., FOR ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM FOR BREACHES BY CERTAIN DEBTORS OF THE ASSET PURCHASE AGREEMENT FOR THE SALE OF THE DEBTORS' MORTGAGE SERVICING BUSINESS

This matter coming before the Court on the Motion of American Home Mortgage

Servicing, Inc., formerly known as AH Mortgage Acquisition Co., Inc. (the "Purchaser"), for an

order granting the allowance and payment of an administrative expense claim for breaches by

certain Debtors of the Asset Purchase Agreement for the sale of the Debtors' Mortgage Servicing

Business (the "Motion")[2]; the Court having reviewed the Motion, the Declaration of Joel

Gendron attached to the Motion as Exhibit A (the "Gendron Declaration"), the Declaration of

David Friedman attached to the Motion as Exhibit B (the "Friedman Declaration") and all other

---

[1]    The above-captioned debtors and debtors in possession in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are:  American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation, formerly known as American Home Mortgage Servicing, Inc. (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2]    Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

pleadings filed in respect of the Motion; the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iii) notice of the Motion was sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion, the Gendron Declaration and the Friedman Declaration establish just cause for the relief granted herein.

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

2.    The Purchaser hereby is granted an allowed claim entitled to administrative priority against the Sellers' estates in the amount of $12,059,012 (the "Allowed Administrative Claim").

3.    The Sellers are hereby directed to pay the Purchaser the full amount of the Allowed Administrative Claim.

4.    The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2008          _____
                                        CHRISTOPHER S. SONTCHI
                                        UNITED STATES BANKRUPTCY JUDGE