## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, the Admittee certifies that he is eligible for admission pro hac vice to this Court, is admitted to practice in good standing in the states of Washington and Wyoming, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

DATED: May 22, 2008  
        Seattle, Washington

By: _____  
Joseph E. Shickich, Jr., WSBA No. 8751  
RIDDELL WILLIAMS P.S.  
1001 4th Ave Ste 4500  
Seattle WA 98154-1065  
Phone: (206) 624-3600  
Fax: (206) 389-1708  
jshickich@riddellwilliams.com