## CERTIFICATE OF SERVICE

I, Jami B. Nimeroff, hereby certify that on May 23, 2008, I caused a true and correct copy of the foregoing **Motion and Order for Admission Pro Hac Vice** to be served upon the following parties via hand delivery:

James L. Patton, Jr., Esquire
Pauline K. Morgan, Esquire
Edward J. Kosnowski, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE  19801

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

Joseph M. McMahon, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207- Lockbox #35
Wilmington, DE  19801

and via U.S. Mail, postage prepaid upon:

Mark Indelicato, Esquire
Jeffrey L. Schwartz, Esquire
Hahn & Hessen LLP
488 Madison Avenue, 14th Floor
New York, NY  10022

/s/Jami B. Nimeroff
Jami B. Nimeroff