# EXHIBIT "C"

ASSIGNMENT OF MORTGAGE WITHOUT COVENANTS IND. OR CORP.
CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT - THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

KNOW THAT

        American Home Mortgage
        538 Broadhollow Rd
        Melville, NY 11747

assignor,

in consideration of     TEN                dollars,

paid by

assignee,

hereby assigns unto the assignee,
    Mortgage dated      December 7, 2005

made by   Chris Kather & Laura Kather

to   American Home Mortgage

in the principal sum of $425,859.00     intended to be recorded nearly simultaneously herewith
in the Office of the   County Clerk     of the County of   Orange   , covering premises
commonly known as  124 Chantilly, Irvine, CA 92620
        , which premises are more particularly described in the aforesaid
mortgage being assigned herewith.

THIS ASSIGNMENT IS NOT SUBJECT TO THE REQUIREMENTS OF SECTION 275 OF THE
REAL PROPERTY LAW BECAUSE IT IS AN ASSIGNMENT IN THE SECONDARY
MORTGAGE MARKET.

Together with the bond or note or obligation described in said mortgage, and the monies due and to
grow due thereon with the interest; TO HAVE AND TO HOLD the same unto the assignee and to
the successors, legal representatives and assigns of the assignee forever.

The word "assignor" or "assignee" shall be construed as if it read "assignors" or "assignees"
whenever the sense of this instrument so requires.

IN WITNESS WHEREOF, the assignor has duly executed this assignment the 7th day of   December 2005

               BY: AMERICAN HOME MORTGAGE
               RENEE BURY
               ASST. SECRETARY

| | |
|---|---|
| STATE OF<br>COUNTY OF                                ss.: | STATE OF   CA<br>COUNTY OF  Orange                 ss.: |
| On the       of            , before me<br>personally came          , to me known to be<br>the individual(s) described in and who executed the foregoing<br>instrument, and acknowledged that          executed the<br>same.<br><br><br>Notary Public | On this 7th day of  December 2005      , before me<br>personally came   RENEE BURY        , to me known,<br>who, being duly sworn, did depose and say that (s)he conducts<br>business at  538 Broadhollow Rd<br>            Melville NY 11747<br>that(s)he is the Asst. Secretary of  American Home Mortgage<br>the corporation described in and which executed the foregoing<br>instrument; that (s)he knows the seal of said corporation; that<br>the seal affixed to said instrument is such corporate seal; that it<br>was so affixed by order of the board of directors of said<br>corporation, and that (s)he signed his/her name thereto by like<br>order.<br><br>Notary Public       CESAR N. COBOS<br>           Notary Public, State of New York<br>               No. 01CO6118875<br>            Qualified in Suffolk County<br>          Commission Expires November 22, 2008 |

Assignment of Mortgage
WITH COVENANT

American Home Mortgage
AHM Mortgage

TO

Section:

Block:

Lot:

County:  Orange