# EXHIBIT "E"

Country Wide Valuations

| Freddie Mac | **BROKER'S PRICE OPINION** |
|---|---|

### COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Address | 124 Chantilly | 130 Vintage | 136 Vintage | 91 Long Meadow |
| Proximity to Subject | SUBJECT | 0.60 | 0.60 | 0.55 |
| Current List Price | n/a | 459900 | 474900 | 619000 |
| Current List Date | n/a | 03/01/08 | 02/29/08 | 02/15/2008 |
| Original List Price | n/a | 470000 | 499000 | 648000 |
| Original List Date | n/a | 11/26/2007 | 01/11/2008 | 12/04/2007 |

VALUE ADJUSTMENTS (Use the following codes for adjustments:  S = Superior  E = Equal  I = Inferior  U = Unknown)

| DESCRIPTION | DESCRIPTION | | DESCRIPTION | | ADJ | DESCRIPTION | | ADJ | DESCRIPTION | | ADJ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Above Grade | Total # Rms | 6 | Total # Rms | 5 | I | Total # Rms | 5 | I | Total # Rms | 7 | S |
| Room Count | Bdrms | 2 | Bdrms | 2 | E | Bdrms | 2 | E | Bedrms | 3 | S |
| | Baths | 3 | Baths | 2 | I | Baths | 2 | I | Baths | 3 | E |
| Gross Living Area | 1355 | Sq Ft | 1135 | Sq Ft | I | 1205 | Sq Ft | I | 1560 | Sq Ft | S |
| Location | suburban | | suburban | | E | suburban | | E | suburban | | E |
| Site/Lot Size | 0 | | 0 | | E | 0 | | E | 0 | | E |
| Design & Appeal | mediterranean | | spanish | | E | mediterranean | | E | french | | E |
| Age (Number of Yrs) | 3 | | 3 | | E | 3 | | E | 3 | | E |
| Overall Condition | good | | good | | E | good | | E | good | | E |
| Garage/Carport | 2A | | 1A | | I | 2A | | E | 2A | | E |
| Porch, Patio, Deck, Pool, Fence | assoc pool | | assoc pool | | E | assoc pool | | E | assoc pool | | E |
| Overall Rating/Est $ Value of Adjustments | | | | | I | | | I | | | S |
| Indicate property most comparable to subject. Check 1. ☒ | | | ☐ | | | ☐ | | | | | |

COMMENTS: #1, Inferior bath, similar GLA, inferior garage, oak hardwood flooring, crown molding, bamboo windows treatments, granite counters, SS appliances.

#2, Inferior bath, granite counters, maple cabinets, SS appliances, tile flooring, recessed lights, closet organizers.

#3, Superior bdrm, similar GLA, granite counters, recessed lighting.

### CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Address | 124 Chantilly | 142 Pantheon | 58 Concierto 119 | 141 Pantheon |
| Proximity to Subject | subject | 0.37 | 0.58 | 0.37 |
| Original List Price | n/a | 509000 | 624900 | 669000 |
| List Price When Sold | n/a | 479000 | 624900 | 589000 |
| Sale Price | n/a | 471000 | 599000 | 555000 |
| Sale Date | n/a | 01/20/2008 | 01/10/2008 | 01/02/2008 |
| Days on Market | n/a | 143 | 76 | 137 |

VALUE ADJUSTMENTS (Use the following codes for adjustments:  S = Superior  E = Equal  I = Inferior  U = Unknown)

| DESCRIPTION | DESCRIPTION | | DESCRIPTION | | ADJ | DESCRIPTION | | ADJ | DESCRIPTION | | ADJ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Above Grade | Total # Rms | 6 | Total # Rms | 5 | I | Total # Rms | 5 | I | Total # Rms | 7 | S |
| Room Count | Bdrms | 2 | Bdrms | 2 | E | Bdrms | 2 | E | Bedrms | 3 | S |
| | Baths | 3 | Baths | 2 | I | Baths | 2 | I | Baths | 3 | E |
| Gross Living Area | 1355 | Sq Ft | 1209 | Sq Ft | I | 1569 | Sq Ft | S | 1640 | Sq Ft | S |
| Sales or Financing Concessions | 0 | | 0 | | E | 0 | | E | 0 | | E |
| Location | suburban | | suburban | | E | suburban | | E | suburban | | E |
| Site/Lot Size | 0 | | 0 | | E | 0 | | E | 0 | | E |
| Landscaping | good | | good | | E | good | | E | good | | E |
| Design & Appeal | mediterranean | | townhouse | | E | mediterranean | | E | contemporary | | E |
| Age (Number of Yrs) | 3 | | 2 | | S | 2 | | S | 3 | | E |
| Overall Condition | good | | good | | E | good | | E | good | | E |
| Garage/Carport | 2A | | 2A | | E | 2A | | E | 2A | | E |
| Porch, Patio, Deck, Pool, Fence | assoc pool | | assoc pool | | E | assoc pool | | E | assoc pool | | E |
| Overall Rating/Est $ Value of Adjustments | | | 54000 | | I | 74000 | | S | 30000 | | S |
| Indicate property most comparable to subject. Check 1. ☒ | | | ☐ | | | ☐ | | | | | |

COMMENTS:

#1, Inferior bath, similar GLA, hardwood flooring, SS appliances, short sale.

#2, Inferior bath, similar GLA, corner unit, upgraded.

#3, Superior GLA, superior bdrm, granite counters, travertine/hardwood flooring, stone mstr bath.

Freddie Mac Form 1092                                                                                                                Page 2 of 2



Country Wide Valuations

RECEIVED

| Freddie Mac | **BROKER'S PRICE OPINION** |
|---|---|

Loan #: 12279853

Exterior/Curb Side ☒
Interior ☐
Interior Access Denied ☐   Reason: Foreclosure

Inspection Date: 03/02/08

| BPO Firm Name: Workman Real Estate Group | Agent: Teri Workman | | Phone: 949-200-9446 |
|---|---|---|---|
| Property Address: 124 Chantilly Ave. | | | Unit #: |
| City: Irvine | County: Orange | State: CA | Zip: 92620 |
| Is property currently listed with a real estate firm? ☒ Yes ☐ No | Name of Listing Agent/Firm: | | Agent Phone |

Property Type ☐ Townhouse  ☐ SFD  ☐ 2 Fam  ☐ 3 Fam  ☐ 4 Fam  ☒ Condo   Condo Assn Fee/month: $

Occupant: ☐ Owner  ☐ Tenant  ☒ Vacant   Home Owner's Name: Chris & Laura Kather

Estimate of repairs needed to obtain current FMV for subject property

| Interior: | | Exterior: | |
|---|---|---|---|
| Painting | $0 | Painting | $0 |
| Structural | $0 | Structural | $0 |
| Appliances | $0 | Landscaping | $0 |
| Utilities | $0 | Roof | $0 |
| Carpet/Floors | $0 | Windows | $0 |
| Others | $0 | Others | $0 |

Cleaning/Trash Removal $500    Do you recommend repairs?  ☐ Yes  ☒ No
Repair Totals: $ 500

Overall Property Condition: ☐ Excellent  ☒ Good  ☐ Fair  ☐ Poor  ☐ Inferior
Are there any items that require IMMEDIATE attention/action? ☐ Yes  ☒ No
Title/Legal Issues? ☐ Yes ☒ No. Do any environmental issues affect the value of the property? ☐ Yes ☒ No
If Yes to any of the above, please explain:

Subject is an attached condo of good quality and maintenance levels. Maintained with a tile roof, stucco exterior, slab foundation and good landscaping. Topography is level.

Property Values: ☐ Increasing ☐ Stable ☒ Declining  Predominant Occupancy: ☒ Owner ☐ Tenant
Marketing Time: ☐ Under 3 M ☒ 3-6 M ☐ Over 6 M   Vacancy Rate: ☒ 0-5% ☐ 5-10% ☐ 10-20% ☐ 20+%
No. of Active Listings in Neighborhood: ___ Price Range of Listings in Neighborhood From $450000 To $900000

COMMENTS:
Neighborhood consists of attached condo's of good quality and maintenance levels. Close to schools, shopping, freeways most services.
There are 28 active listings in the area.

### VALUE ESTIMATATION

| Probable Sale Prices | 90-Day Marketing time | 120-Day Marketing Time | 180-Day Marketing Time |
|---|---|---|---|
| As-Is | 525000 | 525000 | 515000 |
| As Repaired | 525000 | 525000 | 515000 |

Property Should Be Listed:  ☒ As-Is  ☐ As Repaired
Anticipated Seller-Paid Financing Costs: 0

COMMENTS:
Neighborhood property values are decreasing as noted in MLS sales vs listings for the past 18 months and anticipate this trend to continue for the next 12 to 18 months. BPO is conservative due to a declining market, an oversupply of inventory, and a high average DOM for active and sold listings.

ATTACH INTERIOR AND EXTERIOR PHOTOGRAPHS OF SUBJECT PROPERTY WITH EMAIL OF THIS FORM.

PREPARED BY: Teri Workman _____   Date: 03/02/2008
                Signature

Freddie Mac Form 1092                                         Page 1 of 2