IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------ x
In re:                                        :     Chapter 11
                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,        :     Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]            :
                                              :     Jointly Administered
        Debtors.                              :
------------------------------------------------------------------ x
```

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 28, 2008 AT 11:00 A.M. (ET)

## ADJOURNED/RESOLVED MATTERS

1.   Motion of Natixis Real Estate Capital, Inc. f/k/a Ixis Real Estate Capital, Inc. for Relief from the Automatic Stay [D.I. 1701, 10/29/07]

     Objection Deadline:   November 7, 2007 at 4:00 p.m., extended for the Debtors and Committee

     Related Document:

          a)   Order Approving and Authorizing the Settlement Agreement by and Between the Debtors and Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital, Inc. [D.I. 2986, 2/15/08]

     Objections Filed:   None

     Status: This matter has been resolved in part. The remainder of this matter will be adjourned to a date and time to be determined.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.
[2] **Amendments appear in bold.**

2.    Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2395, 12/14/07]

Related Documents:

    a)    Order Authorizing the Abandonment and Destruction of Certain Duplicate Mortgage Loan Files [D.I. 2724, 1/15/08]

    b)    Debtors' Limited Reply and Supplement to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2888, 2/5/08]

    c)    Notice of Filing of Exhibit A to Debtors' Limited Reply and Supplement to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2902, 2/8/08]

    d)    Order (Second) Authorizing The (I)Abandonment And Destruction of Certain Duplicate Mortgage Loan Files or (II)Return of Mortgage Loan Files To The Owner of Such Loans Upon Payment of Reasonable Costs And Expenses [D.I. 3010, 2/19/08]

    e)    Loan File Return Declaration of the Creditor Community Development Administration, a Division of the Maryland Department of Housing and Community Development [D.I. 3271, 3/13/08]

    f)    Loan File Return Declaration of Aurora Loan Services LLC [D.I. 3275, 3/13/08]

    g)    Declaration of Colorado Housing and Finance Authority [D.I. 3289, 3/13/08]

    h)    Loan File Return Declaration of Wells Fargo Funding, Inc. [D.I. 3290, 3/14/08]

    i)    Loan File Return Declaration of Goldman Sachs Mortgage Company [D.I. 3291, 3/14/08]

    j)    Loan file Return Declaration of Marilyn Richardson on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3294, 3/14/08]

2

k)    Loan File Return Declaration of Debora Brown on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3297, 3/14/08]

l)    Loan File Return Declaration of Debora Brown on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3300, 3/14/08]

m)    Loan File Return Declaration of Kathleen Conte on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3302, 3/14/08]

n)    Loan File Return Declaration of Bruce W. Good [D.I. 3304, 3/14/08]

o)    Loan File Return Declaration of Deutsche Bank National Trust Company, Solely in its Capacity as Trustee, and on Behalf of Certain Securitization Trusts [D.I. 3305, 3/14/08]

p)    Declaration of L. Steven Spears in Support of Loan File Return [D.I. 3317, 3/14/08]

q)    Loan File Declaration of LaSalle Bank National Association, Solely in its Capacity as a Trustee, and on Behalf of Certain Securitization Trusts [D.I. 3347, 3/19/08]

Objections Filed:

r)    Objection and Reservation of Rights of Wells Fargo Bank, N.A. to the Bar Date Established Pursuant to the Second Order Pursuant to 11 U.S.C. §§5, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 3307, 3/14/08]

Status: This matter will be adjourned by agreement to June 11, 2008 at 10:00 a.m.

3.    Iron Mountain Information Management, Inc.'s Motion to Compel Payment of Administrative Expenses [D.I. 2465, 12/20/07]

Objection Deadline:    December 28, 2007 at 4:00 p.m., extended to February 7, 2008 at 4:00 p.m. for the Debtors and the Committee

Related Document:

a)    Proposed Form of Order filed by Iron Mountain Information Management, Inc. [D.I. 2502, 12/26/07]

3

Objections Filed:

    b)      Informal Response of the Debtors

Status: This matter will be adjourned by agreement to June 11, 2008 at 10:00 a.m.

4.    CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2515, 12/27/07]

    Objection Deadline:    January 7, 2008 at 4:00 p.m., extended to January 9, 2008 at 12:00 p.m.

    Objections Filed:

        a)      Debtors' Objection to CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2635, 1/9/08]

    Status: This matter will be adjourned by agreement to June 11, 2008 at 10:00 a.m.

5.    Motion of National City Capital Commercial Corporation for Entry of Order Granting Allowance and Payment of Post-Petition Rent as an Administrative Expense Pursuant to 11 U.S.C. § 503(b)(1)(a) [D.I. 2791, 1/25/08]

    Objection Deadline:    February 21, 2008 at 4:00 p.m., extended to June 18, 2008 for the Debtors and Committee

    Objections Filed:    None to date

    Status: This matter will be adjourned by agreement of the parties to June 25, 2008 at 10:00 a.m.

6.    Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3474, 3/28/08]

    Response Deadline:    April 24, 2008 at 4:00 p.m.

    Responses Filed:    See Exhibit A, attached

    Related Document:

        d)      Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3946, 5/2/08]

    

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit A, this matter will be adjourned by agreement to June 11, 2008 at 10:00 a.m.

7.    Motion of AT&T Requesting Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b) [D.I. 3720, 4/17/08]

Objection Deadline:    May 5, 2008 at 4:00 p.m., extended for the Debtors and the Committee to June 4, 2008 at 4:00 p.m.

Objections Filed:    None

Status: This matter will be adjourned by agreement to June 11, 2008 at 10:00 a.m.

8.    Pre-Trial Conference: Financial Guaranty Insurance Company v. American Home Mortgage Servicing, Inc. and American Home Mortgage Acceptance, Inc., Adv. No. 07-51725

Status: The Debtors have filed a motion to approve a settlement between the parties which is scheduled for June 11, 2008 at 10:00 a.m.

## UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION

9.    Motion of the Debtors and Debtors in Possession for an Order Authorizing a Limited Waiver of the Requirements of Rule 3007-1(f)(i) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware [D.I. 4018, 5/9/08]

Objection Deadline:    May 20, 2008 at 4:00 p.m.

Objections Filed:

Related Document:

a)    Certificate of No Objection [D.I. 4170, 5/22/08]

Status: A Certificate of No Objection has been filed. No hearing is required.

DB02:6817508.2                                                                            066585.1001

**CONTESTED MATTERS GOING FORWARD - MOTIONS FOR RELIEF FROM STAY (FIRST LIEN FORECLOSURES) – CERTIFICATION OF COUNSEL**

10.    Motion of CHL for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 13998 Jana Circle, Seaford, DE 19973 [D.I. 3726, 4/17/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Related Document:

    b)    Certification of Counsel [D.I. 3989, 5/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

11.    Motion of Saxon Mortgage Services, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 844 N. Lawndale, Chicago, IL 60651[D.I. 3727, 4/17/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Related Document:

    b)    Certification of Counsel [D.I. 3989, 5/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

12.    Motion of HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-AR3 Mortgage Pas-Through Certificates for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2 Laurel Lane, Prospect, CT 06712 [D.I. 3728, 4/17/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

DB02:6817508.2

066585.1001

Related Document:

    b)      Certification of Counsel [D.I. 3989, 5/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

13.    Motion of Bank of New York as Trustee for te Certificate Holders CWALT, Inc.
Alternative Loan Trust 2006-OC2 Mortgage Pass-Through Certificates, Series 2006-OC2
for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect
to Real Property Located at 17618 Lindstrom Ct., Gaithersburg, MD 20877 [D.I. 3729,
4/17/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

    a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Related Document:

    b)      Certification of Counsel [D.I. 3989, 5/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

14.    Motion of HSBC Bank USA, National Association, as Trustee for the Holders of the
Certificates Issued by Deutsche ALT-A Securities, Mortgage Loan Trust, Series 2007-
AR1 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with
Respect to Real Property Located at 1727 Palmetto Ave., Deland, FL [D.I. 3730, 4/17/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

    a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Related Document:

    b)      Certification of Counsel [D.I. 3989, 5/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

DB02:6817508.2                  066585.1001

15. Motion of Deutsche Bank National Trust Company, as Trustee, on Behalf of BCAP LLC Trust 2007-AA3 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 8716 Lords View Loop, Gainesville, VA 20155 [D.I. 3731, 4/17/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Related Document:

b)      Certification of Counsel [D.I. 3989, 5/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

16. Motion of Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-J1 Mortgage Pass-Through Certificates, Series 2006-J1 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 28 Shinar Mountain Road, Washington, CT 06794 [D.I. 3732, 4/17/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Related Document:

b)      Certification of Counsel [D.I. 3989, 5/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

17. Motion of Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-J1 Mortgage Pass-Through Certificates, Series 2006-J1 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 42674 Cedar Ridge Boulevard, Chantilly, VA 20152 [D.I. 3733, 4/17/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Related Document:

  b)  Certification of Counsel [D.I. 3989, 5/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

18. Motion of Bank of HSBC Bank USA, National Association, as Trustee for the Holders of
the Certificates Issued by Deutsche ALT-A Securities, Mortgage Loan Trust, Series
2007-AR1 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code
with Respect to Real Property Located at 263-267 Salem Street, Bridgeport, CT 06606
[D.I. 3734, 4/17/08]

Objection Deadline: May 5, 2008 at 4:00 p.m.

Objections Filed:

  a)  Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Related Document:

  b)  Certification of Counsel [D.I. 3989, 5/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

19. Motion of Countrywide Home Loans, Inc. for the Benefit of Home Federal Bank for
Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to
Real Property Located at  Banfil Street, Saint Paul, MN 55106 [D.I. 3735, 4/17/08]

Objection Deadline: May 5, 2008 at 4:00 p.m.

Objections Filed:

  a)  Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Related Document:

  b)  Certification of Counsel [D.I. 3989, 5/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

20. Motion of Bank of CHL for Relief from Automatic Stay Under Section 362 of the
Bankruptcy Code with Respect to Real Property Located at 184 Clinton Street, E.
Patchogue, NY 11772 [D.I. 3737, 4/17/08]

Objection Deadline: May 5, 2008 at 4:00 p.m.

Objections Filed:

DB02:6817508.2                        066585.1001

    a)       Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Related Document:

    b)       Certification of Counsel [D.I. 3989, 5/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

21.    Motion of Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-J1 Mortgage Pass-Through Certificates, Series 2006-J1 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 13831 Beckwith Drive, Houston, TX 77014 [D.I. 3738, 4/17/08]

Objection Deadline:    May 5, 2008 at 4:00 p.m.

Objections Filed:

    a)       Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Related Document:

    b)       Certification of Counsel [D.I. 3989, 5/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

22.    Motion of CHL for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1411 South Jackson St., Green Bay WI 54301 [D.I. 3739, 4/17/08]

Objection Deadline:    May 5, 2008 at 4:00 p.m.

Objections Filed:

    a)       Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Status: This matter will be going forward.

23.    Motion of Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-OC3 Mortgage Pass-Through Certificates, Series 2006-OC3 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 8308 S. Green St., Chicago, IL 60620 [D.I. 3740, 4/17/08]

Objection Deadline:    May 5, 2008 at 4:00 p.m.

Objections Filed:

      a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Related Document:

      b)      Certification of Counsel [D.I. 3989, 5/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

24.      Motion of Bank of New York as Trustee for the Certificate Holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB 1 Mortgage Pass Through Certificates, Series 2006-HYB1 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4640 Prince St., Downers Grove, IL 60515 [D.I. 3741, 4/17/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

      a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Related Document:

      b)      Certification of Counsel [D.I. 3989, 5/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

25.      Motion of Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-OC3 Mortgage Pass-Through Certificates, Series 2006-OC3 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 54-56 Lynch St., Providence, RI 02908 [D.I. 3742, 4/17/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

      a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Related Document:

      b)      Certification of Counsel [D.I. 3989, 5/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

DB02:6817508.2                                                 066585.1001

26.     Motion of Bank of New York as Trustee for the Certificate Holders CWALT, Inc.
        Alternative Loan Trust 2006-OC3 Mortgage Pass-Through Certificates, Series 2006-OC3
        for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect
        to Real Property Located at 3160 E. Allen Road, Oceola Township, MI 48855 [D.I. 3743,
        4/17/08]

        Objection Deadline:    May 5, 2008 at 4:00 p.m.

        Objections Filed:

                a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

        Related Document:

                b)      Certification of Counsel [D.I. 3989, 5/9/08]

        Status: A Certification of Counsel has been filed.  No hearing is required.

27.     Motion of HSBC Bank USA, National Association, as Trustee for the Holders of
        Deutsche Alt-A Secutities Mortgage Loan Trust, Series 2007-AR3 Mortgage Pass-
        Through Certificates for Relief from Automatic Stay Under Section 362 of the
        Bankruptcy Code with Respect to Real Property Located at 24118 Bobcat Road, Astor,
        FL 32102 [D.I. 3744, 4/17/08]

        Objection Deadline:    May 5, 2008 at 4:00 p.m.

        Objections Filed:

                a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

        Related Document:

                b)      Certification of Counsel [D.I. 3989, 5/9/08]

        Status: A Certification of Counsel has been filed.  No hearing is required.

28.     Motion of Bank of New York as eture Trustee for CWALT, Inc., GSC Alternative Loan
        Trust Notes, Series 2006-2 for Relief from Automatic Stay Under Section 362 of the
        Bankruptcy Code with Respect to Real Property Located at 3545 Ewell Street,
        Annandale, VA 22003 [D.I. 3745, 4/17/08]

        Objection Deadline:    May 5, 2008 at 4:00 p.m.

        Objections Filed:

                a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

DB02:6817508.2                                                    066585.1001

Related Document:

    b)    Certification of Counsel [D.I. 3989, 5/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

29.    Motion of HSBC Bank USA, National Association as Trustee for the Holders of the Certificates Issued by Deutsche ALT-A Securities, Mortgage Loan Trust, Series 2007-AR1 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 114-116 James Street, Bridgeport, CT 06606 [D.I. 3746, 4/17/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Related Document:

    b)    Certification of Counsel [D.I. 3989, 5/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

30.    Motion of LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-6 Trust for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 11918 Lafayette Drive, Silver Spring, MD 20902 [D.I. 3816, 4/17/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Related Document:

    b)    Certification of Counsel [D.I. 3989, 5/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

DB02:6817508.2

066585.1001

31.     Motion of LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through
        Certificates WMALT Series 2006-5 Trust for Relief from Automatic Stay Under Section
        362 of the Bankruptcy Code with Respect to Real Property Located at 1985 Southern
        Blvd., Bronx, NY 10460 [D.I. 3817, 4/23/08]

        Objection Deadline:    May 5, 2008 at 4:00 p.m.

        Objections Filed:

                a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

        Related Document:

                b)      Certification of Counsel [D.I. 3989, 5/9/08]

        Status: A Certification of Counsel has been filed.  No hearing is required.

32.     Motion of Washington Mutual Bank  for Relief from Automatic Stay Under Section 362
        of the Bankruptcy Code with Respect to Real Property Located at 7401 Pulteney Drive,
        Wesley Chapel, FL 33544 [D.I. 3819, 4/23/08]

        Objection Deadline:    May 5, 2008 at 4:00 p.m.

        Objections Filed:

                a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

        Related Document:

                b)      Certification of Counsel [D.I. 3989, 5/9/08]

        Status: A Certification of Counsel has been filed.  No hearing is required.

33.     Motion of Washington Mutual Bank for Relief from Automatic Stay Under Section 362
        of the Bankruptcy Code with Respect to Real Property Located at 109-42 133rd Sreet,
        South Ozone Park, NY 11420 [D.I. 3820, 4/23/08]

        Objection Deadline:    May 5, 2008 at 4:00 p.m.

        Objections Filed:

                a)      Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

DB02:6817508.2                                                                     066585.1001

Related Document:

> b)        Certification of Counsel [D.I. 3989, 5/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

34.     Motion of LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-6 Trust for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 13334 Little Gem Circle, Fort Myers, FL 33913 [D.I. 3821, 4/23/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

> a)        Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Related Document:

> b)        Certification of Counsel [D.I. 3989, 5/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

35.     Motion of Washington Mutual Bank for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 17-19 Fort Hill Avenue, Lowell, MA 01854 [D.I. 3822, 4/23/08]

Objection Deadline:   May 5, 2008 at 4:00 p.m.

Objections Filed:

> a)        Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Related Document:

> b)        Certification of Counsel [D.I. 3989, 5/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

36.    Motion of LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through
       Certificates WMALT Series for Relief from Automatic Stay Under Section 362 of the
       Bankruptcy Code with Respect to Real Property Located at 14560 Piedmont Street,
       Detroit, MI 48223 [D.I. 3823, 4/23/08]

       Objection Deadline:    May 5, 2008 at 4:00 p.m.

       Objections Filed:

            a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

       Related Document:

            b)    Certification of Counsel [D.I. 3989, 5/9/08]

       Status: A Certification of Counsel has been filed.  No hearing is required.

37.    Motion of LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through
       Certificates WMALT Series 2006-5 Trust for Relief from Automatic Stay Under Section
       362 of the Bankruptcy Code with Respect to Real Property Located at 2468 Longstreet,
       Wyoming, MI 49509 [D.I. 3829, 4/23/08]

       Objection Deadline:    May 5, 2008 at 4:00 p.m.

       Objections Filed:

            a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

       Related Document:

            b)    Certification of Counsel [D.I. 3989, 5/9/08]

       Status: A Certification of Counsel has been filed.  No hearing is required.

38.    Motion South Point, Inc. for Relief from Automatic Stay Under Section 362 of the
       Bankruptcy Code with Respect to Real Property Located at 705 Washington Street,
       Boston, MA 02111 [D.I. 3830, 4/23/08]

       Objection Deadline:    May 5, 2008 at 4:00 p.m.

       Objections Filed:

            a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Related Document:

  b)    Certification of Counsel [D.I. 3989, 5/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

39.    Motion of Bank of New York Trust Company, N.A. as Successor to JPMorgan Chase
       Bank N.A. as Trustee for Relief from Automatic Stay Under Section 362 of the
       Bankruptcy Code with Respect to Real Property Located at 317 Horsepound Road,
       Carmel, NY 10512 [D.I. 3831, 4/23/08]

Objection Deadline:    May 5, 2008 at 4:00 p.m.

Objections Filed:

       a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Related Document:

       b)    Certification of Counsel [D.I. 3989, 5/9/08]

Status: A Certification of Counsel has been filed.  No hearing is required.

## UNCONTESTED MATTERS- MOTIONS FOR RELIEF FROM STAY (FIRST LIEN FORECLOSURES) – GOING FORWARD

40.    Motion of LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through
       Certificates WMALT Series 2006-5 Trust for Relief from Automatic Stay Under Section
       362 of the Bankruptcy Code with Respect to Real Property Located at 1985 Southern
       Blvd., Bronx, NY 10460 [D.I. 3818, 4/23/08]

Objection Deadline:    May 5, 2008 at 4:00 p.m.

Objections Filed:

       a)    Debtors' Limited Objection and Reservation of Rights [D.I. 3959, 5/5/08]

Status: This matter will be going forward.

41.    Motion of CitiMortgage, Inc. for Relief from Automatic Stay Under Section 362 of the
       Bankruptcy Code with Respect to Real Property Located at 2666 Deerwood Drive, San
       Ramon, CA 94583 [D.I. 3907, 4/30/08]

Objection Deadline:    May 21, 2008 at 4:00 p.m.

Objections Filed:

a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4099, 5/20/08]

Status: This matter will be going forward.

42.    Motion of CitiMortgage, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2741 Abbey Glen, Escondido, CA 92027 [D.I. 3912, 5/1/08]

Objection Deadline:    May 21, 2008 at 4:00 p.m.

Objections Filed:

a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4099, 5/20/08]

Status: This matter will be going forward.

43.    Motion of CitiMortgage, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2042 N. Mirasol Street, Santa Ana, CA 92705 [D.I. 3939, 5/1/08]

Objection Deadline:    May 21, 2008 at 4:00 p.m.

Objections Filed:

a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4099, 5/20/08]

Status:  This matter will be going forward.

44.    Motion of LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-8 Trust for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 221 Ojibway Ave., Tavernier, FL 33070 [D.I. 3941, 5/1/08]

Objection Deadline:    May 21, 2008 at 4:00 p.m.

Objections Filed:

a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4099, 5/20/08]

DB02:6817508.2    066585.1001

Status:  This matter will be going forward.

45.    Motion of LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-6 Trust for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4276 Braemere Drive, Spring Hill, FL 34609 [D.I. 3942, 5/1/08]

Objection Deadline:    May 21, 2008 at 4:00 p.m.

Objections Filed:

     a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4099, 5/20/08]

Status:  This matter will be going forward.

46.    Motion of IndyMac Bank F.S.B. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 5422 West 10180 North, Highland, UT 84003 [D.I. 3977, 5/5/08]

Objection Deadline:    May 21, 2008 at 4:00 p.m.

Objections Filed:

     a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4099, 5/20/08]

Status:  This matter will be going forward.

47.    Motion of Deutsche Bank National Trust Company, as Trustee Under the Pooling and Servicing Agreement Relating to Impac Secured Assets Corp., Mortgage Pass-Through Certificates, Series 1006-3 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2143 Gunsmith Terrace #47-2, Woodbridge, VA 22191 [D.I. 3978, 5/5/08]

Objection Deadline:    May 21, 2008 at 4:00 p.m.

Objections Filed:

     a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4099, 5/20/08]

Status:  This matter will be going forward.

DB02:6817508.2                                                    066585.1001

48.  Motion of Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2004-6 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 327 College St., Spartanburg, SC 29303 [D.I. 3979, 5/5/08]

Objection Deadline:   May 21, 2008 at 4:00 p.m.

Objections Filed:

   a)   Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4099, 5/20/08]

Status: This matter will be going forward.

49.  Motion of IndyMac Bank F.S.B. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 26058 Shadow Rock Lane, Valencia, CA 91381 [D.I. 3980, 5/5/08]

Objection Deadline:   May 21, 2008 at 4:00 p.m.

Objections Filed:

   a)   Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4099, 5/20/08]

Status: This matter will be going forward.

50.  Motion of Countrywide Home Loans, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 5012 379th St., North Branch, MN 55056 [D.I. 4007, 5/9/08]

Objection Deadline:   May 20, 2008 at 4:00 p.m.

Objections Filed:

   a)   Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4099, 5/20/08]

Status: This matter will be going forward.

51.  Motion of Countrywide Home Loans, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 521 S 7th St., Apt. 406, Minneapolis, MN 55415 [D.I. 4008, 5/9/08]

Objection Deadline:    May 20, 2008 at 4:00 p.m.

Objections Filed:

> a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4099, 5/20/08]

Status:  This matter will be going forward.

52.    Motion of Bank of New York as Trustee for the Certificate Holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB2 Mortgage Pass-Through Certificates, Series 2006-HYB2 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 85 Lonsdale Avenue, Pawtucket, RI 02860 [D.I. 4009 , 5/9/08]

Objection Deadline:    May 20, 2008 at 4:00 p.m.

Objections Filed:

> a)    Debtors' Reservation of Rights as to Certain Motions for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code [D.I. 4099, 5/20/08]

Status:  This matter will be going forward.

## CONTESTED MATTERS GOING FORWARD

53.    Motion of McLain Partners II, LLC for Payment of Administrative Expense Claim [D.I. 3465, 3/28/08]

Objection Deadline:    April 24, 2008 at 4:00 p.m., extended for the Debtors to May 22, 2008

Objections Filed:

> a)    Debtors' Objection to Motion of McLain Partners II, LLC for Payment of Administrative Expense Claim [D.I. 4171, 5/22/08]

> b)    Joinder of the Official Committee of Unsecured Creditors to the Debtors' Objection to Motion of McLain Partners II, LLC for Payment of Administrative Expense Claim [D.I. 4172, 5/22/08]

Status:  This matter will be going forward.

DB02:6817508.2

066585.1001

54.    Motion to Lift Automatic Stay filed by Patrick Manley, Freya DeNitto, Shawn O'Neil, Christian Kohl, Thomas Marinovich, Thomas Byrnes, David Livingstone, Kathleen Mamer, Randy Mamer and Scott Robisch [D.I. 3664, 4/11/08]

Objection Deadline:    May 5, 2008 at 4:00 p.m.

Objections Filed:

    a)    Informal Response of the Debtors

Status: The Debtors and Movant intend to present an agreed form of order before or at the hearing. This matter is going forward.

55.    Debtors' Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3677, 4/11/08]

Response Deadline:    May 5, 2008 at 4:00 p.m.

Responses Filed:  See Exhibit B, attached.

Related Document:

    a)    Order Granting Debtors' Fourth Omnibus (Non-Substantive) Objection to Claims [D.I. 4027, 5/12/08]

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the remaining responses set forth on Exhibit B, this matter will be going forward.

56.    Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3879, 4/28/08]

Response Deadline:    May 20, 2008 at 4:00 p.m.

Related Document:

    a)    Notice of Submission of Copies of Proofs of Claims [D.I. 4040, 5/14/08]

Responses Filed: **See Exhibit C, attached**

Status: This matter will be going forward except as noted on Exhibit C.

57.   Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3880, 4/28/08]

Response Deadline:   May 20, 2008 at 4:00 p.m.

Related Document:

a)      Notice of Submission of Copies of Proofs of Claim [D.I. 4041, 5/14/08]

Responses Filed:  See Exhibit D, attached

Status: This matter will be going forward.

58.   Motion of River Park Executive Suites for Leave to File Late Claim by Reason of Excusable Neglect [D.I. 4107, 5/20/08]

Objection Deadline:   May 27, 2008 at 4:00 p.m.

Objections Filed:     None as of the filing of this Agenda

Status: This matter will be going forward.


Dated: Wilmington, Delaware
       May 26, 2008

                                   YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                   James L. Patton, Jr. (No. 2202)
                                   Robert S. Brady (No 2847)
                                   Pauline K. Morgan (No. 3650)
                                   Sean M. Beach (No. 4070)
                                   Matthew B. Lunn (No. 4119)
                                   Kara Hammond Coyle (No. 4410)
                                   Nathan D. Grow (No. 5014)
                                   The Brandywine Building
                                   1000 West Street, 17th Floor
                                   Wilmington, Delaware 19801
                                   Telephone: (302) 571-6600
                                   Facsimile: (302) 571-1253

                                   Counsel for Debtors and Debtors in Possession

## Exhibit A, Second Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|----------|------------------------|--------|
| a | Judith Rigsby | 3753, 4/21/08 | Adjourned by agreement to June 11, 2008 at 10:00 a.m. |
| b | Marsha Albrecth | 3757, 4/21/08 | Adjourned to June 11, 2008 at 10:00 a.m. |
| c | Lillian Frieder | 3805, 4/23/08 | Adjourned to June 11, 2008 at 10:00 a.m. |
| d | Nathan Frieder | 3806, 4/23/08 | Adjourned to June 11, 2008 at 10:00 a.m. |

## Exhibit B, Fourth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|----------|------------------------|--------|
| a | Leslie Crawley | 3991, 4/21/08 | Going forward |

## Exhibit C, Fifth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|----------|------------------------|--------|
| a | Kristen M. Kohl | 3987, 5/6/08 | Adjourned to June 11, 2008 at 10:00 a.m. |
| b | Terry and Bobbie G. Petrash | 4001, 5/9/08 | Going forward |
| c | Albert Houston | 4002, 5/9/08 | Going forward |
| d | Gena Goff | 4023, 5/12/08 | Going forward |
| e | Diocesan Publications, Inc. | 4024, 5/12/08 | Adjourned to June 11, 2008 at 10:00 a.m. |
| f | Jerry and Karen Poffenberger | 4025, 5/12/08 | Going forward |
| g | Schoeffel International Corporation | 4053, 5/15/08 | Going forward |
| h | Kenneth Reinard | 4054, 5/15/08 | Going forward |
| i | Antonio Cavaliere | 4055, 5/15/08 | Going forward |
| j | Gilbert T. Scott | 4056, 5/15/08 | Going forward |
| k | Land Interest, a Partnership | 4057, 5/15/08 | Going forward |
| l | John Anthony and Georgia Balestrine | 4058, 5/15/08 | Going forward |
| m | Fred and Leatrice Feuerman | 4059, 5/15/08 | Going forward |
| n | Bonnie Carlton | 4060, 5/15/08 | Adjourned to June 11, 2008 at 10:00 a.m. |
| o | Haze Weed | 4061, 5/15/08 | Adjourned to June 11, 2008 at 10:00 a.m. |

DB02:6817508.2

066585.1001

| p | Charles Wesner | 4087, 5/20/08 | Going forward |
|---|---|---|---|
| q | Helen Bullard | 4088, 5/20/08 | Adjourned to June 11, 2008 at 10:00 a.m. |
| r | Hopkins & Company | 4089, 5/20/08 | Adjourned to June 11, 2008 at 10:00 a.m. |
| s | Ramesh Pathak | 4091, 5/20/08 | Going forward |
| t | Dale Couch | 4092, 5/20/08 | Going forward |
| u | Brian Fiore | 4093, 5/20/08 | Adjourned to June 11, 2008 at 10:00 a.m. |
| v | Kenneth Dunnill | 4094, 5/20/08 | Going forward |
| w | Hilda Gamble | 4095, 5/20/08 | Going forward |
| x | Tory Carroll | 4096, 5/20/08 | Adjourned to June 11, 2008 at 10:00 a.m. |
| y | Same Hage, II | 4106, 5/20/08 | Adjourned to June 11, 2008 at 10:00 a.m. |
| z | River Park Executive Suite | 4109, 5/20/08 | Going forward |
| aa | Victor LaRosa | 4119, 5/22/08 | Adjourned to June 11, 2008 at 10:00 a.m. |
| bb | Jan Ramusseen | 4121, 5/22/08 | Going forward |
| cc | Ellen Thomas | 4122, 5/22/08 | Going forward |
| dd | John Parodi | 4123, 5/22/08 | Going forward |
| ee | Cecil Little | 4125, 5/22/08 | Adjourned to June 11, 2008 at 10:00 a.m. |
| ff | Philip Braun | 4126, 5/22/08 | Adjourned to June 11, 2008 at 10:00 a.m. |
| gg | Bob Coston | 4127, 5/22/08 | Adjourned to June 11, 2008 at 10:00 a.m. |
| hh | Gilberto DeSantis | 4128, 5/22/08 | Going forward |
| ii | Kit Ling Tam Li | 4130, 5/22/08 | Going forward |
| **jj** | **James Marinaro** | | **See Exhibit D** |
| kk | Gary Marsh, Marsh Appraisals | | **Not responsive to the Fifth Omnibus Objection** |
| ll | John VanGelder III | | Going forward |
| mm | John Eastman | | Going forward |
| nn | Max and Eleanor Bingman | | Going forward |
| oo | Informal Response of Ron Bergum | | The Debtors have agreed to withdraw the objection but reserve the right to object on any other grounds. |
| pp | Informal Response of GMAC | | The Debtors have agreed to withdraw the objection but reserve the right to object on any other grounds. |

| | | | |
|---|---|---|---|
| qq | Crye-Leike | | The claim has been withdrawn. The Debtors have agreed to withdraw the objection. |
| **rr** | **John B. Clark** | **4176, 5/23/08** | **Going forward** |
| **ss** | **Barbara Henning** | **4183, 5/23/08** | **Going forward** |
| **tt** | **Albert Houston and Anne Houston** | **4186, 5/23/08** | **Going forward** |
| **uu** | **Greer Phillips and Laurie Phillips** | **4190, 5/23/08** | **Going forward** |
| **vv** | **Mark Presley** | **4193, 5/23/08** | **Going forward** |

### Exhibit D, Sixth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| a | Christine Conklin | 3988, 5/9/08 | Adjourned |
| b | Matthew and Melanie Hernandez | 4090, 5/20/08 | Going forward |
| c | Countrywide Home Loans, Inc. | 4097, 5/20/08 | Going forward |
| **d** | **James Marinaro** | | **Going forward** |

DB02:6817508.2

066585.1001