UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :  Chapter 11
                                                                :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                              :
                                                                :  Jointly Administered
Debtors.                                                        :
                                                                :  Ref. Docket No. 4018
---------------------------------------------------------------- x

## ORDER AUTHORIZING A LIMITED WAIVER OF THE REQUIREMENTS OF RULE 3007-1(F)(I) OF THE LOCAL RULES OF BANKRUPTCY PRACTICE AND PROCEDURE OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors-in-possession (the "Debtors"), for the entry of an order of this Court, pursuant to section 105(a) of the Bankruptcy Code and Local Rule 3007-1(f)(i), granting a limited waiver of the requirements of Local Rule 3007-1(f)(i); and due notice of the Motion having been given, and such notice being adequate and sufficient under the Bankruptcy Code and the Federal Rules of Bankruptcy Practice and Procedure, and no other or further notice being necessary or required; and no objections to the relief requested in the Motion having been filed and/or any filed objections having been consensually resolved, withdrawn or overruled; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion is granted pursuant to section 105(a) of the Bankruptcy Code and Local Rule 3007-1(f)(i); and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Capitalized terms no otherwise defined herein shall have the meanings ascribed to them in the Motion.

ORDERED, that pursuant to section 105(a) of the Bankruptcy Code and Local Rule 3007-1(f)(i), the Debtors shall be permitted to object to more than 150 claims in each of the Debtors' substantive omnibus claim objections until the closure of the Debtors' cases, provided, however, that the Debtors shall include no more than 500 claims in any substantive omnibus claim objection.

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
       May 27, 2008

*/s/ Christopher S. Sontchi*
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE