# EXHIBIT "E"

| ORDERED FOR | PEI | FARVV REF NO |
|---|---|---|
| BulkFC BulkFC | CL-Foreclosure | 3/26/2008 | 3025891 |
| | | SERVICE PERFORMED: Exterior |

# CitiFinancial Mortgage Company, Inc. BPO

| CUST NAME | ACCT NUM | AGENT NAME | DIST FROM SUBJECT |
|---|---|---|---|
| RICARDO S FARFAN | 0012312330 | | 17 Miles |
| ADDRESS | CITY | STATE | ZIP |
| 1207 MEWS LN | LAS VEGAS | NV | 89101 |

**DISCLOSURE**

**QUALITY REVIEW REMARKS:** SLOW SALES FORCE THE USE OF OLDER SALES AND EXPANED PARAMETERS TO FIND COMPARABLE LISTINGS AND SALES

## VALUE INFO

| | VALUE (90-120 DAY) | RECOMMENDED LIST PRICE (90-120 DAY) | TYPICAL MARKETING TIME |
|---|---|---|---|
| AS-IS | $ 170,000 | $ 170,000 | 90-120 Days |
| AS-REPAIRED | $ 170,000 | $ 170,000 | 90-120 Days |

PREVIOUS BPO INFORMATION (If Applicable)

## LISTING (If Listed)

| LISTING BROKERAGE | LISTING AGENT | LISTING AGENT PHONE |
|---|---|---|
| ORIGINAL LIST PRICE $ | CURRENT LIST PRICE $ | LISTED FROM  TO unk | LISTING FINANCE TERMS |

LISTING COMMENTS

## SUBJECT INFO
(All fields are required for both interior and exterior inspections)

| TYPE | STYLE | AGE | OVERALL CONDITION | SLIDE AREA? | No |
|---|---|---|---|---|---|
| Townhouse | 2-St Conv | 26 | Good | FLOOD PLAIN? | No |
| SQ FEET ABOVE GROUND MAIN 606  UP 684 | ROOMS/BEDS/BATHS 5  3  2.5 | BASEMENT 0 SQ FT  0% FINISHED | EARTHQUAKE ZONE? | No |
| LOT SIZE (ACRES) .05 | GARAGE 2 CAR Gar Att | ROOF CONDITION Good | OBSERVED ENVIRONMENTAL ISSUES? | No |
| POOL None | FIREPLACE | WATER Public | SEWER/SEPTIC Sewer | TYPE HEAT | OBSERVED CASUALTY LOSS (FIRE)? | No |
| EXTERIOR IMPROVEMENTS | | MOBILE HOME MAKE/MODEL/VIN (If Applicable) | | |

**EXTERIOR COMMENTS**
SUBJECT IS AN ATTACHED HOUSE (TOWNHOUSE). A POCKET OF TOWNHOMES CLOSE TO COMMERICAL DEVELOPMENT. EXTERIOR APPEARS TO BE MAINTAINED. NOTECED GRIFFITI IN THE AREA AND IN THE SUBD.

INTERIOR COMMENTS (Interior Orders)

## COND OF SUBJECT AND REPAIR ESTIMATES
(Describe required repairs and note approx costs. Do not detail interior repairs if you do not have interior access.)

### EXTERIOR

| DEBRIS REMOVAL | $ | SIDING/PAINT | $ |
|---|---|---|---|
| STRUCTURAL | $ | ROOF | $ |
| WINDOWS | $ | LANDSCAPING UNK | $ |
| OUTBUILDINGS | $ | OTHER | $ |

EXTERIOR REPAIR COMMENTS

### INTERIOR

| CLEANING | $ | STRUCTURE | $ |
|---|---|---|---|
| PAINT | $ | CARPETS/FLOORING | $ |
| KITCHEN/APPLIANCES | $ | BATHROOMS | $ |
| UTILITIES | $ | OTHER | $ |

INTERIOR REPAIR COMMENTS

**REPAIR TOTAL $** 0

## EVIDENCE OF

| SETTLEMENT | DRY ROT No | SOIL EROSION No | WATER SEEPAGE | FOUNDATION/SLAB Yes | LEAKING ROOF | FLOOR BUCKLING | STRUCTURAL DAMAGE No |
|---|---|---|---|---|---|---|---|
| MOLD/MILDEW | MOLD/MILDEW COMMENTS | | | | | | |

ENCROACHMENTS (If Yes, See Subject Description and Condition Comments)  No
EASEMENTS (If Yes, See Subject Description and Condition Comments)  Yes

## FURTHER INSPECTION OR REPORTS TO BE ORDERED

| TERMITE No | WELL/SEPTIC No | HEATING No |
|---|---|---|
| ENGINEER No | STRUCTURAL No | ROOF No |
| OTHER | | |

## ASSESSMENTS

| ANNUAL TAXES $ 842 | PAID (YEAR) | DUE (YEAR) |
|---|---|---|
| MONTHLY ESTIMATE OF UTILITY COST $ | OTHER MONTHLY MAINTENANCE COSTS (SNOW REMOVAL, LAWN CARE, ETC) | |

**HOA INFO (if applicable)**

| DUES $ 35 | WHEN DUE AND PAYABLE | ARE THEY CURRENT? | AMENITIES NONE |
|---|---|---|---|
| CONTACT | | | PHONE |
| ADDRESS | | | |

| PAGE 1 OF 2  FARVV, 2003 3025891 | REP NAME/FIRM/PHONE TED MORRIS | (702)496-5703 | DATE 3/26/2008 |
|---|---|---|---|

## MARKETABILITY OF SUBJECT

**NEIGHBORHOOD COMMENTS** (Describe any locational factors, access to amenities or functional obsolescence that add or detract from the subject's marketability)
SMALL SUBD. CLOSE TO COMMERCIAL DEVELOPMENT, CLOSE TO SHOPPING AND OTHER SERVICES. NOTICED GRIFFITI IN THE AREA AND IN THE SUBD.

| WILL THE PROPERTY BECOME A PROBLEM FOR RESALE? | WHY? |
|---|---|
| No | |

| FINANCING REQUIRED TO SELL SUBJECT | SPECIAL FINANCING PROGRAMS AVAILABLE |
|---|---|
| | |

INDICATE FINANCING SUBJECT WILL QUALIFY FOR   FHA/VA Yes   CONV Yes

## MARKET CONDITIONS AND COMPETING LISTINGS
(Three listings are required – use most comparable available)

| NEIGHBORHOOD TREND IS: | IS THERE A SEASONAL MARKET? | EXPLAIN |
|---|---|---|
| Declining | No | |

| PRESENT NUMBER OF MARKET AREA LISTINGS | PRICE RANGE |
|---|---|
| 42 | FROM $ 80,000   TO $ |

| PRESENT NUMBER OF COMPARABLE LISTINGS | PRICE RANGE |
|---|---|
| 16 | FROM $ 39,900   TO $ 195,000 |

| AVG MKT TIME UNSOLD LISTINGS | TYPICAL RESALE INCENTIVES (CL COSTS, PTS, OWC, ETC) |
|---|---|
| 151 | SELLER ASSISTANCE WITH BUYERS CLOSING COST |

| AVG MKT TIME SOLD LISTINGS |
|---|
| 141 |

| IS THERE NEW HOME CONSTRUCTION? | PRICE RANGE AND DESCRIPTION OF SIMILAR MODELS |
|---|---|
| No | |

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1213 MEWS LN | 0.01 | $ 119,000 | 60 | UP 684 / MAIN 606 / BSMT 0 / GLA 1,290 | TOT RMS 5 / BDRMS 3 / BATHS 2.5 | Good | 26 | .05 |

EQUAL SEEMS LIKE A MATCH MODEL FOR THE SUBJECT. IN THE SAME SUBD.

| 2 | 1226 MEWS LN | 0.04 | $ 179,900 | 266 | UP 576 / MAIN 789 / BSMT 0 / GLA 1,365 | TOT RMS 5 / BDRMS 3 / BATHS 2 | Good | 26 | .05 |

EQUAL SIMILAR SQ FT AND AGE IN THE SAME SUBD.

| 3 | 3975 JONTUE ST | 3.87 | $ 164,900 | 159 | UP 575 / MAIN 751 / BSMT 0 / GLA 1,326 | TOT RMS 5 / BDRMS 3 / BATHS 2.5 | Good | 26 | .09 |

EQUAL SIMILAR SQ FT AND AGE LOCATED SOME DISTANCE AWAY

## SOLD COMPS SUPPORTING YOUR VALUE
(Three are required – use most comparable available)

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE / SALE DATE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1217 COACH LN | 0.05 | LIST $ 160,000 / SALE $ 160,000 / SALE DATE 10/5/2007 | 213 | UP 684 / MAIN 606 / BSMT 0 / GLA 1,290 | TOT RMS 5 / BDRMS 3 / BATHS 2.5 | Good | 25 | .05 / DATA SOURCE MLS |

EQUAL SEEM LIKE A MATCH MODEL FOR THE SUBJECT IN THE SUBJECTS SUBD.

| 2 | 2954 CEDAR AVE | 1.03 | LIST $ 188,000 / SALE $ 188,000 / SALE DATE 4/30/2007 | 141 | UP 688 / MAIN 616 / BSMT 00 / GLA 1,304 | TOT RMS 5 / BDRMS 3 / BATHS 2.5 | Good | 6 | .09 / DATA SOURCE MLS |

SUPERIOR SIMILAR SQ FT HOWEVER THE PROPERTY IS MUCH NEWER AND IN A NEARBY SUBD.

| 3 | 2967 POPLAR AVE | 1.09 | LIST $ 188,000 / SALE $ 188,000 / SALE DATE 5/8/2007 | 49 | UP 688 / MAIN 616 / BSMT 0 / GLA 1,304 | TOT RMS 5 / BDRMS 3 / BATHS 2.5 | Good | 6 | .09 / DATA SOURCE MLS |

SUPERIOR SIMILAR SQ FT HOWEVER THE PROPERTY IS MUCH NEWER AND IN A NEARBY SUBD.

## BPO ADDENDUM

| PROPERTY TYPE | STYLE | OCCUPANT'S NAME (IF KNOWN) | OCCUPANCY STATUS |
|---|---|---|---|
| Townhouse | 2-St Conv | | Occupied By Unknown |

1. WHAT MORTGAGE PROGRAMS WILL AID IN THE SALE OF THE SUBJECT? PLEASE BE SPECIFIC AS TO RATES, TERMS, CONDITIONS, AND COSTS INVOLVED.

2. WHAT MARKET CONDITIONS, TRENDS AND/OR COMPETITION WILL AFFECT THE SALE OF THE SUBJECT?

| CURR MKT CONDITIONS | EMPLOYMENT CONDITIONS | PROPERTY VALUES | PREDOMINANT OCCUPANCY | VACANCY RATE | REO/BOARDED | VANDALISM RISK |
|---|---|---|---|---|---|---|
| Slow | Stable | Declining | Owner | 5 to 10% | none | Moderate |

3. OUTLINE THE MARKETING STRATEGIES NEEDED TO SELL THE SUBJECT (INCL SUGGESTED LIST PRICE, TYPES OF REPAIRS AND COSTS, IF ANY, AND FINANCING INCENTIVES NEEDED):

| AS-IS: | AS-REPAIRED: |
|---|---|
| AS IS PROPERITES MAY ATTRACT INVESTORS, OR "FLIPPERS" AND GET A LOW OFFER SOONER. | AS REPAIRED PROPERTIES MAY TAKE LONGER TO SELL BUT MAY BRING A HIGHER PRICE TO AN OWNER OCC. |

4. PLEASE PROJECT THE CLOSING COSTS AND SALES PRICE PER YOUR RECOMMENDED STRATEGY:

| COMMISSION PERCENT | COMMISSION AMOUNT | TITLE INSURANCE | LEGAL/ESCROW | RECORDING/TRANSFER | PROPERTY TAXES | ASSESSMENTS |
|---|---|---|---|---|---|---|
| 6 % | $ 10,200 | $ 845 | $ 440 | $ 816 | $ 842 | $ |

| REP NAME/FIRM/PHONE | | DATE |
|---|---|---|
| TED MORRIS | (702)496-5703 | 3/26/2008 |

*First American*
*Residential Value View*

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0012312330 | 032513JB | 3025891 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| RICARDO S FARFAN | 1207 MEWS LN | LAS VEGAS, NV 89101 |
| PHOTOS COMMENT | | |

Subject Front



Subject House Number



Subject - Other
STREET SIGN





First American
Residential Value View

# Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0012312330 | 032513JB | 3025891 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| RICARDO S FARFAN | 1207 MEWS LN | LAS VEGAS, NV 89101 |

PHOTOS COMMENT

Street View



Sold 1 (1217 COACH LN)



Sold 2 (2954 CEDAR AVE)



First American
Residential Value View

## SourceNet™                                                                    Map

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0012312330 | 032513JB | 3025891 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| RICARDO S FARFAN | 1207 MEWS LN | LAS VEGAS, NV 89101 |



Map Scale: 1 Inch = 0.93 Miles

**⌐ Subject Property**
1207 MEWS LN
LAS VEGAS, NV 89101

**❶ Comp. Listing 1**
1213 MEWS LN
LAS VEGAS, NV 89101
Dist From Subject: 0.01 Miles

**❷ Comp. Listing 2**
1226 MEWS LN
LAS VEGAS, NV 89101
Dist From Subject: 0.04 Miles

**❸ Comp. Listing 3**
3975 JONTUE ST
LAS VEGAS, NV 89115
Dist From Subject: 3.87 Miles

**❶ Closed Sale 1**
1217 COACH LN
LAS VEGAS, NV 89101
Dist From Subject: 0.05 Miles

**❷ Closed Sale 2**
2954 CEDAR AVE
LAS VEGAS, NV 89101
Dist From Subject: 1.03 Miles

**❸ Closed Sale 3**
2967 POPLAR AVE
NV 89101
Dist From Subject: 1.09 Miles