# EXHIBIT A

In re American Home Holdings, Inc., Case No. 07-11047-CSS (Chap. 11)

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 3818[1] | LaSalle Bank NA as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-5 Trust | 1985 Southern Blvd Bronx, NY 10460 |
| 3941 | LaSalle Bank as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-8 Trust | 221 Ojibway Ave Tavernier, FL 33070 |
| 3942 | LaSalle Bank N.A.  as Trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-6 | 4276 Braemere Drive Spring Hill, FL 34609 |
| 3977 | IndyMac Bank F.S.B. | 5422 West 10180 North Highland, UT 84003 |
| 3978 | Deutsche Bank National Trust Company, as Trustee Under the Pooling And Servicing Agreement Relating to Impac Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-3 | 2143 Gunsmith Terrace # 47-2 Woodbridge, VA 22191 |
| 3979 | Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2004-6 | 327 College St Spartanburg, SC 29303 |
| 3980 | IndyMac Bank F.S.B | 26058 Shadow Rock Lane Valencia, CA 91381 |
| 4007 | Countrywide Home Loans, Inc. | 5012 379th St North Branch, MN 55056 |
| 4008 | Countrywide Home Loans, Inc. | 521 S 7th St Apt 406 Minneapolis, MN 55415 |
| 4009 | The Bank of New York as Trustee for the Certificate Holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-HYB2 Mortgage Pass-Through Certificates, Series 2006-HYB2 | 85 Lonsdale Avenue Pawtucket, RI 02860 |

---

[1] The Reservation of Rights did not reference this motion, but the movant agrees that the Debtors' rights are reserved with respect to its interests in the underlying property.