May 18, 2008

FILED

2008 MAY 23  AM 10: 15

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

United States Bankruptcy Court
 For the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware   19801

RE:  American Home Mortgage
      Case No. 07-11047 (CSS)

Gentlemen:

We are requesting that you do not disallow our claim against American Home Mortgage in the amount of $3,444.32.  We had anticipated that you would have received our letter in the time that was allowed us to file.  We are requesting that our name be reinstated in this case.  The claim number to be expunged was 9634.

Sincerely,

*Mary Anne Long*
Mary Anne Long Trust

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Objection Deadline: May 20, 2008 at 4:00 p.m. (ET) |
| ) | Hearing Date: May 28, 2008 at 11:00 a.m. (ET) |
| ) | |

AHM OB5 4/28/2008 (merge2.txnum2) 4000101458

MARY ANNE LONG TRUST
P.O. BOX 166
O'FALLON, MO 63366-0166

## NOTICE OF DEBTORS' FIFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: MARY ANNE LONG TRUST
P.O. BOX 166
O'FALLON, MO 63366-0166

**Basis For Objection:** Claim was filed after the applicable bar date.

| | Claim Number | Claim Amount | Bar Date | Date of Filing |
|---|---|---|---|---|
| Claim to be Expunged | 9634 | $3,444.32 | January 11, 2008 | January 15, 2008 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The claim listed above in the 'Claim to be Expunged' row was filed after the applicable bar date. As this claim was not timely filed, the Debtors hereby object to your claim and seek to alter your rights by disallowing and expunging your above-listed claim.

Responses to the Objection, if any, must be filed on or before **May 20, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **MAY 28, 2008 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 28, 2008
  Wilmington, Delaware