FILED

2008 MAY 23  AM 10: 20

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
824 Market St., Wilmington. De. 19801

In re:                                                      Date: May 19, 2008

AMERICAN HOME MORTGAGE
HOLDINGS, INC., Delaware corporation, et al., Debtors
Chapter 11
Case No. 07-11047 {CSS}

Petitioner:

George Kamps
5099 Vincitor St.
Las Vegas, Nv. 89135

Petitioner, George Kamps, hereby responds to the Objection filed by the Debtors pursuant to Section 502{b} of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1.

Petitioner filed timely, Proof Of Claim, with EPIQ Bank Solutions. Claim No. 5608. Petitioner has indeed suffered damages to the extent of his investment $ 23,492.10.

Petitioner prays that the Debtors Objection be denied and this Court allows Petitioner's claim to go forward.

Respectfully,

*/signature/*
Petitioner

Copy to YOUNG CONWAY STARGATT & TAYLOR LLP
       Counsel to the Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Objection Deadline: June 4, 2008 at 4:00 p.m. (ET) |
| ) | Hearing Date: June 11, 2008 at 10:00 a.m. (ET) |
| ) | |

AHM OB7 5/12/2008 (merge2.txnum2) 4000098372
KAMPS, GEORGE
5099 VINCITOR ST.
LAS VEGAS, NV 89135

## NOTICE OF DEBTORS' SEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: KAMPS, GEORGE
     5099 VINCITOR ST.
     LAS VEGAS, NV 89135

| | Basis For Objection: | Claim based on Equity Interest | |
|---|---|---|---|
| | | Claim Number | Claim Amount |
| | Claim to be Expunged | 5608 | $23,492.10 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **June 4, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JUNE 11, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 12, 2008
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession