# EXHIBIT "D"

## PART III -AFFECTED EXCEPTIONS (JUNIOR)

THE FOLLOWING ARE ALSO EXCEPTIONS TO COVERAGE IN THIS FORECLOSURE TITLE POLICY BUT WILL NOT BE SHOWN IN THE SCHEDULE OF EXCEPTIONS IN THE POLICY THE COMPANY IS COMMITTING TO ISSUE IN PARAGRAPH 5 OF SCHEDULE A UPON COMPLETION OF A LAWFULLY CONDUCTED FORECLOSURE AND HAVING MET THE COMMITMENT REQUIREMENTS:

2. A DEED OF TRUST TO SECURE AN ORIGINAL INDEBTEDNESS OF $55,000.00, AND ANY OTHER AMOUNTS OR OBLIGATIONS SECURED THEREBY, RECORDED **APRIL 12, 2006** IN BOOK **20060412** AS INSTRUMENT NO. **0000567** OF OFFICIAL RECORDS.
DATED: APRIL 3, 2006.
TRUSTOR: JOSE M. GONZALEZ, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY.
TRUSTEE: COMMONWEALTH LAND TITLE INSURANCE COMPANY.
BENEFICIARY: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS NOMINEE FOR
LENDER: AMERICAN HOME MORTGAGE.

NOTE: SUBJECT TO THAT CERTAIN BANKRUPTCY AGAINST **AMERICAN HOME MORTGAGE** AS DEBTORS AND DEBTORS-IN-POSSESSION, FILED ON AUGUST 6, 2007 IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE, UNDER CHAPTER 11, CASE NUMBER 07-11047.

NOTE: PRIOR TO PROCEEDING WITH THIS FORECLOSURE, RELIEF FROM THE AUTOMATIC STAY SHOULD BE OBTAINED OR INFORMATION FROM THE BANKRUPT ENTITY THAT THE ABOVE MENTIONED LOAN IS NO LONGER PART OF THE BANKRUPTCY ESTATE SHOULD BE PROVIDED.

3. A JUDGMENT FOR CHILD, FAMILY OR SPOUSAL SUPPORT, A CERTIFIED COPY OF WHICH RECORDED **MARCH 9, 2005** IN BOOK **20050309** AS INSTRUMENT NO. **0002457** OF OFFICIAL RECORDS.
COURT: DISTRICT COURT, CLARK COUNTY, NEVADA.
CASE NO.: R123733.
DEBTOR: JOSE GONZALEZ.
CREDITOR: YAYOI SHIMA.

NOTE: WE ARE UNABLE TO DETERMINE IF THE ABOVE-MENTIONED DEBTOR IS THE SAME PERSON AS THE VESTEE.

4. A JUDGMENT FOR CHILD, FAMILY OR SPOUSAL SUPPORT, A CERTIFIED COPY OF WHICH RECORDED **JANUARY 9, 2006** IN BOOK **20060109** AS INSTRUMENT NO. **0004081** OF OFFICIAL RECORDS.
COURT: DISTRICT COURT, CLARK COUNTY, NEVADA.
CASE NO.: R120012.
DEBTOR: JOSE GONZALEZ-MARTINEZ.
CREDITOR: STATE OF NEVADA-WELFARE DIVISION, DEPT OF HUMAN RESOURCES, AND (YOLANDA ESTRADA).

NOTE: WE ARE UNABLE TO DETERMINE IF THE ABOVE-MENTIONED DEBTOR IS THE SAME PERSON AS THE VESTEE.

5. A JUDGMENT, A CERTIFIED COPY OF WHICH WAS RECORDED **NOVEMBER 6, 2006** IN BOOK **20061106** AS INSTRUMENT NO. **0003931** OF OFFICIAL RECORDS.
COURT: JUSTICE COURT LAS VEGAS TOWNSHIP, CLARK COUNTY, NEVADA.
CASE NO.: 05C-033334.
DEBTOR: JOSE GONZALEZ DOES I THROUGH X AND ROE CORPORATIONS I THROUGH X, INCLUSIVE.
CREDITOR: LVNV FUNDING LLC.
AMOUNT: $1,581.96, AND ANY OTHER AMOUNTS DUE THEREUNDER.

NOTE: WE ARE UNABLE TO DETERMINE IF THE ABOVE-MENTIONED DEBTOR IS THE SAME PERSON AS THE VESTEE.