# EXHIBIT "E"

# CitiFinancial Mortgage Company, Inc. BPO

| CUST NAME | ACCT NUM | AGENT NAME | DIST FROM SUBJECT |
|---|---|---|---|
| JOSE M GONZALEZ | 0012307900 | | 3 Miles |

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 5027 HAYSTACK DR | LAS VEGAS | NV | 89122 |

**DISCLOSURE**

**QUALITY REVIEW REMARKS:** none

## VALUE INFO

| | VALUE (90-120 DAY) | RECOMMENDED LIST PRICE (90-120 DAY) | TYPICAL MARKETING TIME |
|---|---|---|---|
| AS-IS | $ 161,800 | $ 163,800 | 90-120 Days |
| AS-REPAIRED | $ 161,800 | $ 163,800 | 90-120 Days |

PREVIOUS BPO INFORMATION (If Applicable)

## LISTING (If Listed)

| LISTING BROKERAGE | | LISTING AGENT | LISTING AGENT PHONE |
|---|---|---|---|
| ORIGINAL LIST PRICE $ | CURRENT LIST PRICE $ | LISTED FROM   TO   unk | LISTING FINANCE TERMS |

LISTING COMMENTS

## SUBJECT INFO
(All fields are required for both interior and exterior inspections)

| TYPE | STYLE | AGE | OVERALL CONDITION | SLIDE AREA? | No |
|---|---|---|---|---|---|
| SFD | Contemp | 35 | Good | FLOOD PLAIN? | No |

| SQ FEET ABOVE GROUND | ROOMS/BEDS/BATHS | BASEMENT | EARTHQUAKE ZONE? | No |
|---|---|---|---|---|
| MAIN 1008   UP | 5   3   1 | SQ FT   % FINISHED | | |

| LOT SIZE (ACRES) | GARAGE | ROOF CONDITION | OBSERVED ENVIRONMENTAL ISSUES? | No |
|---|---|---|---|---|
| 0.15 | CAR None | Good | | |

| POOL | FIREPLACE | WATER | SEWER/SEPTIC | TYPE HEAT | OBSERVED CASUALTY LOSS (FIRE)? | No |
|---|---|---|---|---|---|---|
| None | | Public | Sewer | | | |

EXTERIOR IMPROVEMENTS: none
MOBILE HOME MAKE/MODEL/VIN (If Applicable):

EXTERIOR COMMENTS: Subject property is in good condition with curb appeal.

INTERIOR COMMENTS (Interior Orders):

## COND OF SUBJECT AND REPAIR ESTIMATES
(Describe required repairs and note approx costs. Do not detail interior repairs if you do not have interior access.)

### EXTERIOR

| DEBRIS REMOVAL | | SIDING/PAINT | |
|---|---|---|---|
| None | $ | None | $ |
| STRUCTURAL | | ROOF | |
| None | $ | None | $ |
| WINDOWS | | LANDSCAPING | |
| None | $ | None | $ |
| OUTBUILDINGS | | OTHER | |
| None | $ | None | $ |

EXTERIOR REPAIR COMMENTS: none

### INTERIOR

| CLEANING | | STRUCTURE | |
|---|---|---|---|
| | $ | | $ |
| PAINT | | CARPETS/FLOORING | |
| | $ | | $ |
| KITCHEN/APPLIANCES | | BATHROOMS | |
| | $ | | $ |
| UTILITIES | | OTHER | |
| | $ | | $ |

INTERIOR REPAIR COMMENTS:

**REPAIR TOTAL $ 0**

## EVIDENCE OF

| SETTLEMENT | DRY ROT | SOIL EROSION | WATER SEEPAGE | FOUNDATION/SLAB | LEAKING ROOF | FLOOR BUCKLING | STRUCTURAL DAMAGE |
|---|---|---|---|---|---|---|---|
| | No | No | | Yes | | | No |

MOLD/MILDEW   MOLD/MILDEW COMMENTS

ENCROACHMENTS (If Yes, See Subject Description and Condition Comments): No
EASEMENTS (If Yes, See Subject Description and Condition Comments): No

## FURTHER INSPECTION OR REPORTS TO BE ORDERED

| TERMITE | WELL/SEPTIC | HEATING |
|---|---|---|
| No | No | No |
| ENGINEER | STRUCTURAL | ROOF |
| No | No | No |

OTHER: none

## ASSESSMENTS

| ANNUAL TAXES $ | PAID (YEAR) | DUE (YEAR) |
|---|---|---|

MONTHLY ESTIMATE OF UTILITY COST $     OTHER MONTHLY MAINTENANCE COSTS (SNOW REMOVAL, LAWN CARE, ETC)

### HOA INFO (If applicable)

| DUES $ | WHEN DUE AND PAYABLE | ARE THEY CURRENT? | AMENITIES |
|---|---|---|---|
| CONTACT | | | PHONE |
| ADDRESS | | | |

## MARKETABILITY OF SUBJECT

**NEIGHBORHOOD COMMENTS** (Describe any locational factors, access to amenities or functional obsolescence that add or detract from the subject's marketability)
Neighborhood is in good condition with curb appeal.

**WILL THE PROPERTY BECOME A PROBLEM FOR RESALE?** No
**WHY?**

**FINANCING REQUIRED TO SELL SUBJECT** Yes
**SPECIAL FINANCING PROGRAMS AVAILABLE** cash/conventional

**INDICATE FINANCING SUBJECT WILL QUALIFY FOR**
FHA/VA Yes     CONV Yes

## MARKET CONDITIONS AND COMPETING LISTINGS
(Three listings are required -- use most comparable available)

**NEIGHBORHOOD TREND IS:** Declining
**IS THERE A SEASONAL MARKET?** No
**EXPLAIN**

**PRESENT NUMBER OF MARKET AREA LISTINGS:** 6
**PRICE RANGE:** FROM $ 114,000 TO $

**PRESENT NUMBER OF COMPARABLE LISTINGS:** 6
**PRICE RANGE:** FROM $ 114,000 TO $ 245,000

**AVG MKT TIME UNSOLD LISTINGS:** 90
**TYPICAL RESALE INCENTIVES (CL COSTS, PTS, OWC, ETC):** none

**AVG MKT TIME SOLD LISTINGS:** 120

**IS THERE NEW HOME CONSTRUCTION?** No
**PRICE RANGE AND DESCRIPTION OF SIMILAR MODELS**

| | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 5033 MARIN CIR | 0.08 | $195,900 | 50 | UP / MAIN 1056 / BSMT / GLA 1,056 | TOT RMS 5 / BDRMS 3 / BATHS 2 | Good | 35 | 0.14 |

Superior in gross living area and inferior in lot size.

| | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL | CONDITION | AGE | LOT SIZE |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 4992 HAYSTACK DR | 0.05 | $114,900 | 34 | UP / MAIN 1140 / BSMT / GLA 1,140 | TOT RMS 4 / BDRMS 3 / BATHS 1 | Good | 34 | 0.14 |

Superior in gross living area and inferior in lot size.

| | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL | CONDITION | AGE | LOT SIZE |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 4689 TERRA LINDA AVE | 0.55 | $149,900 | 63 | UP / MAIN 1008 / BSMT / GLA 1,008 | TOT RMS 4 / BDRMS 3 / BATHS 1 | Good | 37 | 0.14 |

Equal in gross living area and inferior in lot size.

## SOLD COMPS SUPPORTING YOUR VALUE
(Three are required -- use most comparable available)

| | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE / SALE PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL | CONDITION | AGE | LOT SIZE / DATA SOURCE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 4992 KILLARNEY ST  SALE DATE 10/30/2007 | 0.09 | LIST $145,000 / SALE $144,000 | 2 | UP / MAIN 912 / BSMT / GLA 912 | TOT RMS 3 / BDRMS 2 / BATHS 1 | Good | 34 | 0.14 / DATA SOURCE MLS |

Inferior in gross living area and inferior in lot size.

| | ADDRESS | DIST FROM SUBJ | LIST / SALE | DOM | SQ FT BY LEVEL | RM COUNT | CONDITION | AGE | LOT SIZE / SOURCE |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 5055 ATHERTON ST  SALE DATE 11/07/2007 | 0.59 | LIST $164,900 / SALE $155,000 | 64 | UP / MAIN 1008 / BSMT / GLA 1,008 | TOT RMS 3 / BDRMS 3 / BATHS 1 | Good | 37 | 0.14 / MLS |

Equal in gross living area and inferior in lot size.

| | ADDRESS | DIST FROM SUBJ | LIST / SALE | DOM | SQ FT BY LEVEL | RM COUNT | CONDITION | AGE | LOT SIZE / SOURCE |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 5109 CARMEL AVE  SALE DATE 11/10/2007 | 0.05 | LIST $229,900 / SALE $229,000 | 114 | UP / MAIN 1188 / BSMT / GLA 1,188 | TOT RMS 3 / BDRMS 3 / BATHS 2 | Good | 34 | 0.15 / MLS |

Superior in gross living area and equal in lot size.

## BPO ADDENDUM

**PROPERTY TYPE:** SFD
**STYLE:** Contemp
**OCCUPANT'S NAME (IF KNOWN):**
**OCCUPANCY STATUS:** Owner Occupied

1. WHAT MORTGAGE PROGRAMS WILL AID IN THE SALE OF THE SUBJECT? PLEASE BE SPECIFIC AS TO RATES, TERMS, CONDITIONS, AND COSTS INVOLVED.

2. WHAT MARKET CONDITIONS, TRENDS AND/OR COMPETITION WILL AFFECT THE SALE OF THE SUBJECT?

| CURR MKT CONDITIONS | EMPLOYMENT CONDITIONS | PROPERTY VALUES | PREDOMINANT OCCUPANCY | VACANCY RATE | REO/BOARDED | VANDALISM RISK |
|---|---|---|---|---|---|---|
| Stable | Stable | Declining | Owner | 0 to 5% | 0 to 5% | Minimal |

3. OUTLINE THE MARKETING STRATEGIES NEEDED TO SELL THE SUBJECT (INCL SUGGESTED LIST PRICE, TYPES OF REPAIRS AND COSTS, IF ANY, AND FINANCING INCENTIVES NEEDED):

**AS-IS:** Advantages of marketing subject property as-is would be a quick sale.

**AS-REPAIRED:** Advantages of marketing subject property as-repaired would be more at sale.

4. PLEASE PROJECT THE CLOSING COSTS AND SALES PRICE PER YOUR RECOMMENDED STRATEGY:

| COMMISSION PERCENT | COMMISSION AMOUNT | TITLE INSURANCE | LEGAL/ESCROW | RECORDING/TRANSFER | PROPERTY TAXES | ASSESSMENTS |
|---|---|---|---|---|---|---|
| 3% | $4,884 | $150 | $145 | $450 | $914 | $0 |

**REP NAME/FIRM/PHONE:** JAMES GLENN  (702)810-2310
**DATE:** 3/27/2008



**First American**
*Residential Value View*

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | FARVV ORDER NO. |
|---|---|---|
| 0012307900 | 032513JB | 3025893 |
| NAME | ADDRESS | CITY, STATE, ZIP |
| JOSE M GONZALEZ | 5027 HAYSTACK DR | LAS VEGAS, NV 89122 |

PHOTOS COMMENT

Subject Front


front



Subject House Number

address



Street View

street



Account #: 0012307900    Tracking #: 032513JB

First American
Residential Value View

Photos

| ACCOUNT NUMBER | TRACKING NUMBER | | FARVV ORDER NO. |
|---|---|---|---|
| 0012307900 | 032513JB | | 3025893 |
| NAME | ADDRESS | CITY, STATE, ZIP | |
| JOSE M GONZALEZ | 5027 HAYSTACK DR | LAS VEGAS, NV 89122 | |
| PHOTOS COMMENT | | | |

Sold 2 (5055 ATHERTON ST)
comp



Sold 3 (5109 CARMEL AVE)
comp



First American
Residential Value View
## SourceNet™                                                                     Map

| ACCOUNT NUMBER | TRACKING NUMBER | | FARVV ORDER NO. |
|---|---|---|---|
| 0012307900 | 032513JB | | 3025893 |
| NAME | ADDRESS | CITY, STATE, ZIP | |
| JOSE M GONZALEZ | 5027 HAYSTACK DR | LAS VEGAS, NV 89122 | |



Map Scale: 1 Inch = 0.14 Miles

🚩 **Subject Property**
5027 HAYSTACK DR
LAS VEGAS, NV 89122

**❶ Comp. Listing 1**
5033 MARIN CIR
LAS VEGAS, NV 89122
Dist From Subject: 0.08 Miles

**❷ Comp. Listing 2**
4992 HAYSTACK DR
LAS VEGAS, NV 89122
Dist From Subject: 0.05 Miles

**❸ Comp. Listing 3**
4689 TERRA LINDA AVE
LAS VEGAS, NV 89120
Dist From Subject: 0.55 Miles

**❶ Closed Sale 1**
4992 KILLARNEY ST
LAS VEGAS, NV 89122
Dist From Subject: 0.09 Miles

**❷ Closed Sale 2**
5055 ATHERTON ST
LAS VEGAS, NV 89120
Dist From Subject: 0.59 Miles

**❸ Closed Sale 3**
5109 CARMEL AVE
NV 89122
Dist From Subject: 0.05 Miles