# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | American Home Mortgage Holdings, Inc. | | |
| **Case Number:** | 07-11047-CSS | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, MAY 28, 2008 11:00 AM   CRT#6, 5TH FL. | | |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI | | |
| **Courtroom Clerk:** | DANIELLE GADSON | | |
| **Reporter / ECR:** | AL LUGANO | | |

### Matter:

Omnibus

**R / M #:**   0 / 0

### Appearances:

See attached sign-in sheet

### Proceedings:

Hearing Matters

    Hearing held.
    Judge signed several orders.