# SIGN-IN-SHEET

**CASE NAME:** American Home Mortgage
**CASE NO.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** May 28, 2008 @ 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| John Kalas (telephonic) | American Home Mortgage HOldings | American Home Mortgage Holdings |
| Scott Talmadge (telephonic) Margot Schonholtz (telephonic) Ana Alfonso (telephonic) | Kaye Scholer | Bank of America |
| Robert Moore (telephonic) Fred Neufeld (telephonic) | Milbank, Tweed, Hadley, & McCloy | ABN AMRO Bank |
| Mark Power | Hahn & Hessen | Creditors |
| David W. Carickhoff | Blank Rome | Committee |
| Sandra Selzer | Greenberg Traurig | WLR Recovery |
| Eric Sutty | Bayard | Natixis Real Estate Capital |
| Chris Wick | Bissell Shapiro Flanigan Sweltnan | McLain Partners |
| Mark Minuti | Saul Ewing LLP | BanPerf Exertin Svcs |
| Cochrel MacConell | Potter Anderson & Corroon | Bank of America |
| Matthew Lunn | YCST | Debtors |
| Kara Coyle | " | " |
| Nathan Grow | " | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**