# EXHIBIT "C"

# RESIDENTIAL BROKER PRICE OPINION

Loan # 1927354590

REO #: 635183     This BPO is an [X] Initial [ ] 2nd Opinion [ ] Updated [X] Exterior   DATE 5/22/2008

PROPERTY ADDRESS: 1516 S. Komensky Ave.     BORROWER NAME: Clark L Clemonsii

Chicago, IL 60623     CLIENT NAME: Chase Manhattan Mtg

FIRM NAME: Promised Land Inc dba Re/Max     COMPLETED BY: Kathy Ballak-Stubler

PHONE NO.:     EMAIL ADDRESS:

## I. GENERAL MARKETING CONDITIONS

Current market condition: [ ] Depressed [ ] Slow [X] Stable [ ] Improving [ ] Excellent

Employment conditions: [ ] Declining [X] Stable [ ] Increasing

Market price of this type property has:
[ ] Decreased _____ % in past ___ months
[ ] Increased _____ % in past ___ months
[X] Remained Stable

Estimated percentages of owner vs. tenants in neighborhood: 95% owner occupant    5% tenant

There is a [X] Normal supply [ ] Over supply [ ] shortage of comparable listings in the neighborhood

Approximate number of comparable units for sale in neighborhood: 14

No. of competing listings in neighborhood that are REO or Corporate owned: 0

No. of boarded or blocked-up homes: 0

## II. SUBJECT MARKETABILITY

Range of values in the neighborhood is $100,000.00 to $550,000.00

The subject is an [ ] over improvement [ ] under improvement [X] Appropriate improvement for the neighborhood.

Normal marketing time in the area is: 90 days.

Is there any evidence of environmental concerns for the property? [ ] Yes [X] No   If yes, explain _____

Has the property been on the market in the last 12 months? [ ] Yes [X] No   If yes, _____ list price (current or most recent)

To the best of your knowledge, why did it not sell? _____

Unit Type: [ ] single family [ ] condo [ ] co-op [ ] mobile home
[X] multi-family [ ] townhouse [ ] modular [ ] land

If condo or other association exists: Fee $ _____ [ ] monthly [ ] annually Current? [ ] Yes [ ] No Fee Delinquent? _____

The fee includes: [ ] Insurance [ ] Landscape [ ] Pool [ ] Tennis Other _____

Association Contact: Name: _____ Phone No.: _____

## III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1516 S. Komensky Ave. | 1447 christiana | | 1449 christiana | | 1857 california | |
| Proximity to Subject | | 0.90 miles | | 0.90 miles | | 0.74 miles | |
| REO/Corporate Prop | | No | | No | | No | |
| Sales Price | | $499,000 | | $499,000 | | $510,000 | |
| Price/Gross Lv. Area | | 134.86 | | 133.07 | | 134.21 | |
| Date of Sale | | 02/29/2008 | | 02/29/2008 | | 12/04/2007 | |
| Days On Market | | 90 | | 89 | | 90 | |
| Value Adjustments | Description | Description | +(-)$ Adj | Description | +(-)$ Adj | Description | +(-)$ Adj |
| Sales Or Financing Concessions | | 0 | | 0 | | 0 | |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Leasehold | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 3150 Sq. Ft. | 3150 Sq. Ft. | | 3150 Sq. Ft. | | 3150 Sq. Ft. | |
| View | None | None | | None | | None | |
| Design and Appeal | Average | Average | | Average | | Average | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 1 | 3 | | 2 | | 1 | |
| Condition | Average | Average | | Average | | Average | |
| | Total / Bdms / Baths | Total / Bdms / Baths | | Total / Bdms / Baths | | Total / Bdms / Baths | |
| Above Grade Room Count | 18 / 9 / 3 | 18 / 9 / 3 | | 18 / 9 / 3 | | 17 / 8 / 3 | |
| Gross Living Area | 3,750 | 3,700 | | 3,750 | | 3,800 | |
| Bsmt/Finished Rooms Below Grade | No | No | | No | | No | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Forced-Gas/Unknown | Forced-Gas/Unknown | | Forced-Gas/Unknown | | Forced-Gas/Unknown | |
| Energy Efficient Items | unknown | none | | none | | none | |
| Garage/Carport | Street | Street | | Street | | Street | |
| Porches, Patio, Deck, Fireplace(s), etc. | porch | porch | | patio | | none | |
| Fence, Pool, etc. | None-None | None-None | | None-None | | None-None | |
| Other | | | | | | | |
| Net Adj. (total) | | $0 | | $0 | | $0 | |
| Adjusted Sales Price of Comparable | | $499,000 | | $499,000 | | $510,000 | |

REQ# 635183                                                                                    Loan# 1927354590 BPOP

## IV. MARKETING STRATEGY

Occupancy Status:    Occupied ☐    Vacant ☒    Unknown ☐

☒ As-Is    ☐ Minimal Lender Required Repairs    ☐ Repaired    Most Likely Buyer: ☒ Owner Occupied    ☐ Investor

## V. REPAIRS

Itemize ALL repairs needed to bring property from its present "as is" condition to average marketable condition for the neighborhood.
Check those repairs you recommend that we perform for most successful marketing of the property.

GRAND TOTAL FOR ALL REPAIRS _____0_____

## VI. COMPETITIVE LISTINGS

| ITEM | SUBJECT | | | COMPARABLE NUMBER 1 | | | | COMPARABLE NUMBER 2 | | | | COMPARABLE NUMBER 3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | 1516 S. Komensky Ave. | | | 1500 spaulding | | | | 1259 kolin | | | | 1504 spaulding | | | |
| Proximity to Subject | | | | 0.94 miles | | | | 0.49 miles | | | | 0.94 miles | | | |
| REO/Corporate Prop | | | | No | | | | No | | | | No | | | |
| List Price | | | | $499,000 | | | | $525,000 | | | | $499,000 | | | |
| Price/Gross Lv. Area | | | | 130 | | | | 140 | | | | 132 | | | |
| Data and/or Verification Sources | | | | MLS | | | | MLS | | | | MLS | | | |
| Value Adjustments | Description | | | Description | | +(-)$ Adj | | Description | | +(-)$ Adj | | Description | | +(-)$ Adj | |
| Sales Or Financing Concessions | | | | 0 | | | | 0 | | | | 0 | | | |
| Days On Market | | | | 89 | | | | 90 | | | | 89 | | | |
| Location | Average | | | Average | | | | Average | | | | Average | | | |
| Leasehold/Fee Simple | Leasehold | | | Fee Simple | | | | Fee Simple | | | | Fee Simple | | | |
| Site | 3150 Sq. Ft. | | | 3150 Sq. Ft. | | | | 3150 Sq. Ft. | | | | 3150 Sq. Ft. | | | |
| View | None | | | None | | | | None | | | | None | | | |
| Design and Appeal | Average | | | Average | | | | Average | | | | Average | | | |
| Quality of Construction | Average | | | Average | | | | Average | | | | Average | | | |
| Age | 1 | | | 2 | | | | 1 | | | | 2 | | | |
| Condition | Average | | | Average | | | | Average | | | | Average | | | |
| | Total | Bdms | Baths | Total | Bdms | Baths | | Total | Bdms | Baths | | Total | Bdms | Baths | |
| Above Grade Room Count | 18 | 9 | 3 | 18 | 9 | 3 | | 17 | 9 | 3 | | 18 | 9 | 3 | |
| Gross Living Area | 3,750 | | | 3,820 | | | | 3,725 | | | | 3,755 | | | |
| Bsmt/Finished Rooms Below Grade | No | | | No | | | | No | | | | No | | | |
| Functional Utility | Average | | | Average | | | | Average | | | | Average | | | |
| Heating/Cooling | Forced-Gas/Unknown | | | Forced-Gas/Unknown | | | | Forced-Gas/Unknown | | | | Forced-Gas/Unknown | | | |
| Energy Efficient Items | unknown | | | unknown | | | | none | | | | none | | | |
| Garage/Carport | Street | | | Street | | | | Street | | | | Street | | | |
| Porches, Patio, Deck, Fireplace(s), etc. | porch | | | none | | | | none | | | | none | | | |
| Fence, Pool, etc. | None-None | | | None-None | | | | None-None | | | | None-None | | | |
| Other | | | | | | | | | | | | | | | |
| Net Adj. (total) | | | | $0 | | | | $0 | | | | $0 | | | |
| Adjusted Sales Price of Comparable | | | | $499,000 | | | | $525,000 | | | | $499,000 | | | |

## VI. THE MARKET VALUE

|  | Market Value | Suggested List Price |
|---|---|---|
| AS IS | $499,000.00 | $505,000.00 |
| REPAIRED | $499,000.00 | $505,000.00 |

Last Sale of Subject: Price _____$520,000.00_____    Date: _____5/17/2008_____

COMMENTS (Include specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc. Attach addendum if additional space is needed.)

Subject is in good location with pride of ownership. No negative comment for subject property. Subject is well maintained. Subject's final value represents a value with normal marketing times and based on the most similar and proximate comps in this report.

Signature: _____Kathy Ballak-Stubler_____    Date: _____5/22/2008_____

## Addendum - PCV Order 635183

**Comments**

**Competitve Closed Sales**

Sales Comp 1: Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject.

Sales Comp 2: Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject. Comp is similar overall to the subject.

Sales Comp 3: Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject. Comp is similar overall to the subject.

**Competitve Listing**

Listing Comp 1: Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject. Comp is similar overall to the subject.

Listing Comp 2: Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject. Comp is similar overall to the subject.

Listing Comp 3: Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject. Comp is similar overall to the subject.

## Property Map
### PCV 635183



Map data ©2008 Tele Atlas - Terms of Use

| Address | Prox Est | Prox Actual | Map Status | Sq Feet | Bed | Bath | Sales Price / Current LP | Sale Date |
|---|---|---|---|---|---|---|---|---|
| **Subject:** 1516 S. Komensky Ave. Chicago, IL 60623 | | 0.00 | Mapped | 3750 | 9 | 3 | | |
| **Sales Comp #1:** 1447 christiana chicago, il 60623 | 0.33 | 0.90 | Mapped | 3700 | 9 | 3 | 499,000 | 2/29/08 |
| **Sales Comp #2:** 1449 christiana chicago, il 60623 | 0.55 | 0.90 | Mapped | 3750 | 9 | 3 | 499,000 | 2/29/08 |
| **Sales Comp #3:** 1857 california chicago, il 60623 | 0.74 | | Not Found | 3800 | 8 | 3 | 510,000 | 12/04/07 |
| **Listing Comp #1:** 1500 spaulding chicago, il 60623 | | 0.94 | Mapped | 3820 | 9 | 3 | 499,000 | |
| **Listing Comp #2:** 1259 kolin chicagoil, il 60623 | 0.65 | 0.49 | Mapped | 3725 | 9 | 3 | 525,000 | |
| **Listing Comp #3:** 1504 spaulding chicago, il 60623 | 0.87 | 0.94 | Mapped | 3755 | 9 | 3 | 499,000 | |

## Photographs
### PCV 635183

Front - 1516 S. Komensky Ave.



House Number - 1516 S. Komensky Ave.



## Photographs
### PCV 635183

Street - 1516 S. Komensky Ave.



Sales Comp 2 - 1449 christiana



**Photographs**
PCV 635183

Sales Comp 3 - 1857 california



Listing Comp 1 - 1500 spaulding



**Photographs**
PCV 635183

Listing Comp 2 - 1259 kolin



Listing Comp 3 - 1504 spaulding

