# EXHIBIT "A"

ASSIGNMENT OF MORTGAGE WITHOUT COVENANTS IND. OR CORP.
CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT - THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

KNOW THAT

American Home Mortgage
538 Broadhollow Rd
Melville, NY 11747

assignor,

in consideration of    TEN                  dollars,

paid by

assignee,

hereby assigns unto the assignee,
          Mortgage dated       February 28, 2006

made by   Joanna Mancini

to   American Home Mortgage

in the principal sum of $347,200.00    intended to be recorded nearly simultaneously herewith
in the Office of the  County Clerk   of the County of  SUFFOLK , covering premises
commonly known as 357  Northern Blvd.,St James,NY 11780
                         , which premises are more particularly described in the aforesaid
mortgage being assigned herewith.

THIS ASSIGNMENT IS NOT SUBJECT TO THE REQUIREMENTS OF SECTION 275 OF THE
REAL PROPERTY LAW BECAUSE IT IS AN ASSIGNMENT IN THE SECONDARY
MORTGAGE MARKET.

Together with the bond or note or obligation described in said mortgage, and the monies due and to
grow due thereon with the interest; TO HAVE AND TO HOLD the same unto the assignee and to
the successors, legal representatives and assigns of the assignee forever.

The word "assignor" or "assignee" shall be construed as if it read "assignors" or "assignees"
whenever the sense of this instrument so requires.

IN WITNESS WHEREOF, the assignor has duly executed this assignment the 28thday of   February 2006

BY: American Home Mortgage
Jodi Lynch
Asst. Secretary

| | |
|---|---|
| | [signature] |
| Section: | 189.00 |
| Block: | 02.00 |
| Lot: | 006.000 |
| County: | SUFFOLK |

**Assignment of Mortgage**
WITH COVENANT

American Home Mortgage
AHM Mortgage

TO