# EXHIBIT "B"

PRIME TITLE SEARCH, LLC.

Title No. PT-21500-07 (File No.: 1927147858)

MORTGAGES - CONTINUED

## ASSIGNMENT OF MORTGAGE

| | | | |
|---|---|---|---|
| Assignor: | Champion Mortgage Company, Inc. | Dated: | April 23, 1990 |
| | | Recorded: | October 19, 1990 |
| | | Liber: 16359 | Page: 306 |
| Assignee: | Commercial Credit Corporation<br>210 Lake Drive East, Suite 105<br>Cherry Hill, New Jersey | | |

### (D)  SUBORDINATE MORTGAGE

| | | | |
|---|---|---|---|
| Mortgagor: | Joan Mancini | Amount: | $86,800.00 |
| | | Dated: | February 28, 2006 |
| | | Recorded: | March 13, 2006 |
| Mortgagee: | MERS, as nominee for<br>American Home Mortgage<br>538 Broadhollow Road<br>Melville, New York | Liber: 21253 | Page: 847 |

This title report does not show all the terms and provisions of the mortgage(s) set forth herein. Interested parties should contact the holder(s) thereof to ascertain the terms, covenants and conditions contained therein, and to determine if there are any unrecorded amendments or modifications thereto.