# EXHIBIT "C"

# RESIDENTIAL BROKER PRICE OPINION

Loan # 1927147858
REO #: 635182          This BPO is an  [X] Initial  [ ] 2nd Opinion  [ ] Updated  [X] Exterior     DATE 5/22/2008
PROPERTY ADDRESS: 357 Northern Blvd          BORROWER NAME: Joanna Mancini
St James, NY 11780                           CLIENT NAME: Chase Manhattan Mtg
FIRM NAME: Sand Castles Real Estate, Ltd     COMPLETED BY: Barbara Crowley
PHONE NO.:                                   EMAIL ADDRESS:

## I. GENERAL MARKETING CONDITIONS

Current market condition:    [ ] Depressed  [X] Slow  [ ] Stable  [ ] Improving  [ ] Excellent
Employment conditions:       [ ] Declining  [X] Stable  [ ] Increasing
Market price of this type property has:  [X] Decreased   .5 % in past   6 months
                                         [ ] Increased      % in past     months
                                         [ ] Remained Stable

Estimated percentages of owner vs. tenants in neighborhood:   95% owner occupant    5% tenant
There is a  [X] Normal supply  [ ] Over supply  [ ] shortage of comparable listings in the neighborhood
Approximate number of comparable units for sale in neighborhood:   24
No. of competing listings in neighborhood that are REO or Corporate owned:   0
No. of boarded or blocked-up homes:   0

## II. SUBJECT MARKETABILITY

Range of values in the neighborhood is   $225,000.00 to   $2,500,000.00
The subject is an  [ ] over improvement  [ ] under improvement  [X] Appropriate improvement for the neighborhood.
Normal marketing time in the area is:   180 days.
Is there any evidenc of environmental concerns for the property?  [ ] Yes  [X] No  If yes, explain
Has the property been on the market in the last 12 months?  [X] Yes  [ ] No  If yes, $459,000.00 list price (current or most recent)
To the best of your knowledge, why did it not sell?  Property may not have sold (See Addendum)
Unit Type:   [X] single family    [ ] condo        [ ] co-op       [ ] mobile home
             [ ] multi-family     [ ] townhouse    [ ] modular     [ ] land
If condo or other association exists: Fee $   [ ] monthly  [ ] annually  Current? [ ] Yes  [ ] No  Fee Delinquent?
The fee includes:  [ ] Insurance  [ ] Landscape  [ ] Pool  [ ] Tennis  Other
Association Contact:  Name:                                  Phone No.:

## III. COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 357 Northern Blvd | 58 BAYBERRY DR | | 201 NORTHERN BLVD | | 242 NORTHERN BLVD | |
| Proximity to Subject | | 0.92 miles | | 0.62 miles | | 0.43 miles | |
| REO/Corporate Prop | | No | | No | | No | |
| Sales Price | | $415,000 | | $375,000 | | $370,000 | |
| Price/Gross Lv. Area | | 314.39 | | 284.09 | | 264.29 | |
| Date of Sale | | 04/16/2008 | | 03/11/2008 | | 04/30/2008 | |
| Days On Market | | 52 | | 44 | | 121 | |
| Value Adjustments | Description | Description | +(-)$ Adj | Description | +(-)$ Adj | Description | +(-)$ Adj |
| Sales Or Financing Concessions | 0 | 0 | | 0 | | 0 | |
| Location | Good | Good | | Good | | Good | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 0.1800 Acres | 0.3400 Acres | | 0.3900 Acres | | 0.3600 Acres | |
| View | None | None | | None | | None | |
| Design and Appeal | Good | Good | | Good | | Good | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Age | 58 | 52 | | 54 | | 48 | |
| Condition | Good | Good | | Good | | Good | |
| | Total / Bdms / Baths | Total / Bdms / Baths | | Total / Bdms / Baths | | Total / Bdms / Baths | |
| Above Grade Room Count | 7 / 4 / 2 | 6 / 3 / 1 | $5,000 | 6 / 3 / 1 | $5,000 | 7 / 4 / 1.5 | |
| Gross Living Area | 1,400 | 1,320 | | 1,320 | | 1,400 | |
| Bsmt/Finished Rooms Below Grade | Yes - 0 | Yes - 1 | | Yes - 0 | | No | $2,500 |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | Other/None | Forced-Gas/Central AC | | Forced-Oil/None | | Forced-Gas/Central AC | |
| Energy Efficient Items | APPLIANCES | APPLIANCES | | APPLIANCES | | APPLIANCES | |
| Garage/Carport | 1 Car Garage (Att) | 1 Car Garage (Att) | | Parking Space | $2,500 | 1 Car Garage (Att) | |
| Porches, Patio, Deck, Fireplace(s), etc. | N/A | PATIO, DECK | | PORCH | | DECK | |
| Fence, Pool, etc. | Other-Pool | Chain Link-None | | Redwood-None | | None-None | |
| Other | | | | | | | |
| Net Adj. (total) | | $5,000 | | $7,500 | | $2,500 | |
| Adjusted Sales Price of Comparable | | $420,000 | | $382,500 | | $372,500 | |

REQ# 635182                                                                                          Loan# 1927147858 BPOP

### IV. MARKETING STRATEGY        Occupancy Status:  Occupied [X]  Vacant [ ]  Unknown [ ]

[X] As-Is   [ ] Minimal Lender Required Repairs   [ ] Repaired   Most Likely Buyer: [X] Owner Occupied  [ ] Investor

### V. REPAIRS

Itemize ALL repairs needed to bring property from its present "as is" condition to average marketable condition for the neighborhood. Check those repairs you recommend that we perform for most successful marketing of the property.

_____  _____  _____  _____  _____
_____  _____  _____  _____  _____
_____  _____  _____  _____  _____
_____  _____  _____  _____  _____

GRAND TOTAL FOR ALL REPAIRS    0

### VI. COMPETITIVE LISTINGS

| ITEM | SUBJECT | COMPARABLE NUMBER 1 | | COMPARABLE NUMBER 2 | | COMPARABLE NUMBER 3 | |
|---|---|---|---|---|---|---|---|
| Address | 357 Northern Blvd | 140 7TH ST | | 244 N ST. JAMES AVE | | 10 ROSEVILLE AVE | |
| Proximity to Subject | | 0.54 miles | | 0.48 miles | | 1.00 miles | |
| REO/Corporate Prop | | No | | No | | No | |
| List Price | | $449,000 | | $399,890 | | $379,999 | |
| Price/Gross Lv. Area | | 320 | | 302 | | 287 | |
| Data and/or Verification Sources | | MLS | | MLS | | MLS | |
| Value Adjustments | Description | Description | +(-)$ Adj | Description | +(-)$ Adj | Description | +(-)$ Adj |
| Sales Or Financing Concessions | 0 | 0 | | 0 | | 0 | |
| Days On Market | | 114 | | 71 | | 44 | |
| Location | Good | Good | | Good | | Good | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 0.1800 Acres | 0.2300 Acres | | 0.2300 Acres | | 0.2000 Acres | |
| View | None | None | | None | | None | |
| Design and Appeal | Good | Good | | Good | | Good | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Age | 58 | 56 | | 58 | | 55 | |
| Condition | Good | Good | | Good | | Good | |
| | Total / Bdms / Baths | Total / Bdms / Baths | | Total / Bdms / Baths | | Total / Bdms / Baths | |
| Above Grade Room Count | 7 / 4 / 2 | 7 / 3 / 2.5 | | 6 / 4 / 1 | | 7 / 4 / 2 | |
| Gross Living Area | 1,400 | 1,400 | | 1,320 | | 1,324 | |
| Bsmt/Finished Rooms Below Grade | Yes - 0 | Yes - 0 | | Yes - 2 | | Yes - 0 | |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | Other/None | Forced-Oil/Window Unit | | Forced-Oil/None | | Forced-Gas/Wall Unit | |
| Energy Efficient Items | APPLIANCES | APPLIANCES | | APPLIANCES | | APPLIANCES | |
| Garage/Carport | 1 Car Garage (Att) | 1 Car Garage (Det) | | Parking Space | | 1 Car Garage (Det) | |
| Porches, Patio, Deck, Fireplace(s), etc. | N/A | PORCH, DECK | | PORTICO, DECK | | PATIO, DECK | |
| Fence, Pool, etc. | Other-Pool | None-None | | None-None | | None-None | |
| Other | | | | | | | |
| Net Adj. (total) | | $0 | | $0 | | $0 | |
| Adjusted Sales Price of Comparable | | $449,000 | | $399,890 | | $379,999 | |

### VI. THE MARKET VALUE

|  | Market Value | Suggested List Price |
|---|---|---|
| AS IS | $395,000.00 | $415,000.00 |
| REPAIRED | $395,000.00 | $415,000.00 |

Last Sale of Subject: Price    $49,500.00    Date:    8/18/1982

COMMENTS (Inculde specific positives/negatives, special concerns, encroachments, easements, water rights, environmental concerns, flood zones, etc. Attach addendum if additional space is needed.)

The subject is located in an established neighborhood with homes in average to good condition. No negative comment
for subject property. The subject appears in good exterior condition with no repair needs observed. Subject's final
value represents a value with normal marketing times and based on the most similar and proximate comps in this report.
_____
_____

Signature:    Barbara Crowley                                    Date:    5/22/2008

# Addendum - PCV Order 635182

Has the property been on the market in the last 12 months?

why did it not sell

because it was priced higher than what is typical in this market.

## Comments

### Competitve Closed Sales

Sales Comp 1: Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject. Comp is superior overall when compared to the subject. There is lack of sales comps with similar lot size as the subject property. It was necessary to exceed lot size guidelines for this comp.

Sales Comp 2: Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject. Comp is similar overall to the subject. There is lack of sales comps with similar lot size as the subject property. It was necessary to exceed lot size guidelines for this comp.

Sales Comp 3: Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject. Comp is most similar overall to the subject. There is lack of sales comps with similar lot size as the subject property. It was necessary to exceed lot size guidelines for this comp.

### Competitve Listing

Listing Comp 1: Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject. Comp is most similar overall to the subject.

Listing Comp 2: Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject. Comp is inferior overall when compared to the subject.

Listing Comp 3: Comp is in similar in condition when compared to the subject. Comp is located in the same market area as the subject. Comp is inferior overall when compared to the subject.

## Property Map
### PCV 635182



| Address | Prox Est | Prox Actual | Map Status | Sq Feet | Bed | Bath | Sales Price / Current LP | Sale Date |
|---|---|---|---|---|---|---|---|---|
| **Subject:**<br>357 Northern Blvd<br>St James, NY 11780 | | | Mapped | 1400 | 4 | 2 | 459,000 | |
| **Sales Comp #1:**<br>58 BAYBERRY DR<br>ST. JAMES, NY 11780 | | 0.92 | Mapped | 1320 | 3 | 1 | 415,000 | 4/16/08 |
| **Sales Comp #2:**<br>201 NORTHERN BLVD<br>ST. JAMES, NY 11780 | | 0.62 | Mapped | 1320 | 3 | 1 | 375,000 | 3/11/08 |
| **Sales Comp #3:**<br>242 NORTHERN BLVD<br>ST. JAMES, NY 11780 | | 0.43 | Mapped | 1400 | 4 | 1.5 | 370,000 | 4/30/08 |
| **Listing Comp #1:**<br>140 7TH ST<br>ST. JAMES, NY 11780 | | 0.54 | Mapped | 1400 | 3 | 2.5 | 449,000 | |
| **Listing Comp #2:**<br>244 N ST. JAMES AVE<br>ST. JAMES, NY 11780 | | 0.48 | Mapped | 1320 | 4 | 1 | 399,890 | |
| **Listing Comp #3:**<br>10 ROSEVILLE AVE<br>ST. JAMES, NY 11780 | | 1.00 | Mapped | 1324 | 4 | 2 | 379,999 | |

Photographs
PCV 635182

Front - 357 Northern Blvd



House Number - 357 Northern Blvd



Photographs
PCV 635182

Street - 357 Northern Blvd



Sales Comp 1 - 58 BAYBERRY DR



## Photographs
PCV 635182

Sales Comp 2 - 201 NORTHERN BLVD



Sales Comp 3 - 242 NORTHERN BLVD



## Photographs
PCV 635182

Listing Comp 1 - 140 7TH ST



Listing Comp 2 - 244 N ST. JAMES AVE



Photographs
PCV 635182

Listing Comp 3 - 10 ROSEVILLE AVE

