# EXHIBIT A

## Exhibit A
### No Liability Claims

**Objectionable Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| B&S COOL AIR INC<br>ATTN GREGORY V. BOREK<br>1511 GRETCHEN AVE<br>STE A<br>LEHIGH ACRES, FL 33971 | 4595 | 11/19/07 | 07-11051 | Unspecified* | Claimant states they have no records stating amounts are owed by American Home Mortgage |
| BAY COUNTY ASSOC OF REALTORS<br>1123 HARRISON AVENUE<br>PANAMA CITY, FL 32401 | 2819 | 11/13/07 | 07-11051 | Unspecified* | Claimant states they have no records stating amounts are owed by American Home Mortgage |
| COLUMBUS COUNTY<br>ATTN RICHARD J GORE, TAX ADMINISTRATOR<br>COLUMBUS CO TAX OFC<br>PO BOX 1468<br>WHITEVILLE, NC 28472 | 9748 | 1/22/08 | No Case | Unspecified* | Claimant states they have no records stating amounts are owed by American Home Mortgage |
| GRAVELY, ROBINSON, KAREN<br>C/O ROBERT A WILLIAMS, ESQ.<br>45 JONES ST<br>MARTINSVILLE, VA 24112 | 4031 | 11/30/07 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$150,000.00 (U)<br>$150,000.00 (T) | No evidence of wrong doing or improper conduct. All policies, procedures and guidelines were followed. |
| HARDIN COUNTY<br>ATTN RYAN A. KERBY, ASST PROSECUTOR<br>1 COURTHOUSE SQ<br>STE 230<br>KENTON, OH 43326 | 5205 | 12/10/07 | No Case | Unspecified* | Claimant states they have no claim at this time |
| IRVINE, JACQLYN F (JACQUI)<br>16652 ALMADEN DR<br>FONTANA, CA 92336 | 2820 | 11/13/07 | 07-11051 | Unspecified* | Claimant states they have received the funds and the claim should be expunged |
| MCMACHAN, FRED N.<br>485 WHITREE LANE<br>CHESTERFIELD, MO 63017-2449 | 8200 | 1/10/08 | No Case | - (S)<br>- (A)<br>$25,000.00 (P)<br>- (U)<br>$25,000.00 (T) | Claim is against Countrywide, not AHM |
| MILLS, DEBORAH<br>7343 EL CAMINO REAL 201<br>ATASCADERO, CA 93422 | 2743 | 11/19/07 | No Case | $212,500.00 (S)<br>- (A)<br>- (P)<br>$1,160,000.00 (U)<br>$1,372,500.00 (T) | No evidence of wrong doing or improper conduct. All policies, procedures and guidelines were followed. |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| MORRIS, THOMAS E. & MARGARET JR. 7222 MYSTIC WAY PORT SAINT LUCIE, FL 34986 | 4543 | 12/5/07 | No Case | Unspecified* | Claimant states they have no records stating amounts are owed by American Home Mortgage |
| REPUBLIC WASTE SERVICES ATTN LESLIE HARRIS, CREDIT DEPT PO BOX 9001815 LOUISVILLE, KY 40290-1815 | 8086 | 1/10/08 | No Case | Unspecified* | Claimant states they have no records stating amounts are owed by American Home Mortgage |
| SMITH, MICHAEL R 167 THOMAS POWELL BLVD FARMINGDALE, NY 11735 | 3069 | 11/23/07 | 07-11051 | - (S) - (A) $1,586.92 (P) - (U) $1,586.92 (T) | Employee is not entitled to vacation or sick/personal payment |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL., ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5868 | 12/19/07 | 07-11054 | Unspecified* | All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL., ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5869 | 12/19/07 | 07-11053 | Unspecified* | All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL., ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5870 | 12/19/07 | 07-11052 | Unspecified* | All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL., ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5917 | 12/19/07 | 07-11050 | Unspecified* | All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL., ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5918 | 12/19/07 | 07-11050 | Unspecified* | All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL., ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5919 | 12/19/07 | 07-11050 | Unspecified* | All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |

— — Objectionable Claims — —



| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL.-ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5921 | 12/19/07 | 07-11049 | Unspecified* | All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL.-ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5922 | 12/19/07 | 07-11048 | Unspecified* | All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER SALFORD TOWNSHIP TAX COLLECTOR PRINCE ALTEE THOMAS, ESQUIRE 2000 MARKET ST., 10TH FL.-ROTHSCHILD LLP PHILADELPHIA, PA 19103-3291 | 5923 | 12/19/07 | 07-11047 | Unspecified* | All tax collections are placed into an escrow account and are forwarded to the taxing authorities in the normal course of business. |

**Totals:**

20 Claims

$212,500.00 (S)
- (A)
$26,586.92 (P)
$1,320,000.00 (U)
$1,549,086.92 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

## Exhibit B
### Multiple Debtor Claims

| | | | | Objectionable Claims | |
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| ANGELLOTTI, ANTHONY<br>10648 GREAT EGRET DR<br>ORLAND PARK, IL 60467 | 8432 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>$6,461.54 (P)<br>$84,708.17 (U)<br>$91,169.71 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed<br>as Objectionable was asserted against the wrong Debtor and<br>claimant's surviving claim (#8433) was asserted against the<br>correct Debtor. |
| APPRAISING IN DELAWARE, INC.<br>ATTN PATTI PERSIA, OWNER<br>129 SCHOOL PL<br>MILFORD, DE 19963 | 8987 | 1/11/06 | No Case | - (S)<br>- (A)<br>- (P)<br>$1,800.00 (U)<br>$1,800.00 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed<br>as Objectionable was asserted against the wrong Debtor and<br>claimant's surviving claim (#622) was asserted against the<br>correct Debtor. |
| ARROW APPRAISAL CORP<br>ATTN TROY A ENGLUND, PRESIDENT<br>4536 RACHEL BLVD<br>WEEKI WACHEE, FL 34607 | 2837 | 11/2/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$650.00 (U)<br>$650.00 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed<br>as Objectionable was asserted against the wrong Debtor and<br>claimant's surviving claim (#839) was asserted against the<br>correct Debtor. |
| BIANCHI, KATIE G<br>216 CORONADO AVE<br>ROSEVILLE, CA 95678 | 5562 | 12/14/07 | 07-11047 | - (S)<br>- (A)<br>$10,950.00 (P)<br>$6,422.00 (U)<br>$17,372.68 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed<br>as Objectionable was asserted against the wrong Debtor and<br>claimant's surviving claim (#5561) was asserted against the<br>correct Debtor. |
| BLANK, BRUCE<br>57 COLONY DR<br>HOLBROOK, NY 11741 | 7907 | 1/9/08 | No Case | - (S)<br>- (A)<br>$2,884.62 (P)<br>- (U)<br>$2,884.62 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed<br>as Objectionable was asserted against the wrong Debtor and<br>claimant's surviving claim (#8648) was asserted against the<br>correct Debtor. |
| BOWEN LARRY & SUZANNE<br>C/O JOHN M. BERMAN<br>7175 SW BEVELAND, # 210<br>TIGARD, OR 97223 | 1560 | 10/15/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$65,441.00 (U)<br>$65,441.00 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed<br>as Objectionable was asserted against the wrong Debtor and<br>claimant's surviving claim (#1559) was asserted against the<br>correct Debtor. |
| BURDICK RESIDENTIAL APPRAISALS<br>JULIE BURDICH, OWNER<br>5930 E PIMA #120<br>TUCSON, AZ 85712 | 551 | 9/11/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$5,160.00 (U)<br>$5,160.00 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed<br>as Objectionable was asserted against the wrong Debtor and<br>claimant's surviving claim (#1287) was asserted against the<br>correct Debtor. |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| BURDICK RESIDENTIAL APPRAISALS<br>ATTN JULIE BURDICK, OWNER<br>5890 E PIMA # 120<br>TUCSON, AZ 85712 | 1121 | 9/21/07 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$5,160.00 (U)<br>$5,160.00 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#1287) was asserted against the correct Debtor. |
| CARNAHAN, JOHN<br>1244 HAWTHRONE STREET<br>ALAMEDA, CA 94501 | 7938 | 1/8/08 | 07-11047 | - (S)<br>- (A)<br>$10,120.61 (P)<br>$36,425.40 (U)<br>$46,546.01 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#7939) was asserted against the correct Debtor. |
| CITY OF DOVER<br>NATALIE COFONE, BILLING SUPERVISOR<br>5 EAST REED STREET<br>PO BOX 7100<br>DOVER, DE 19903-7100 | 1390 | 9/26/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$659.22 (U)<br>$659.22 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#9776) was asserted against the correct Debtor. |
| CONKLIN, CHRISTINE<br>134 COMMACK RD<br>ISLIP, NY 11751 | 320 | 9/4/07 | No Case | - (S)<br>- (A)<br>$5,769.23 (P)<br>- (U)<br>$5,769.23 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2412) was asserted against the correct Debtor. |
| COUNTRYWIDE HOME LOANS, INC.<br>C/O DAVID J NOWACZEWSKI, BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | 9190 | 1/11/08 | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$198,600.00 (U)<br>$198,600.00 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#9193) was asserted against the correct Debtor. |
| COUNTRYWIDE HOME LOANS, INC.<br>C/O DAVID J NOWACZEWSKI, BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | 9191 | 1/11/08 | 07-11052 | - (S)<br>- (A)<br>- (P)<br>$198,600.00 (U)<br>$198,600.00 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#9193) was asserted against the correct Debtor. |
| COUNTRYWIDE HOME LOANS, INC.<br>C/O DAVID J NOWACZEWSKI, BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | 9192 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$198,600.00 (U)<br>$198,600.00 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#9193) was asserted against the correct Debtor. |
| COUNTRYWIDE HOME LOANS, INC.<br>C/O DAVID J NOWACZEWSKI, BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | 9194 | 1/11/08 | 07-11049 | - (S)<br>- (A)<br>- (P)<br>$198,600.00 (U)<br>$198,600.00 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#9193) was asserted against the correct Debtor. |
| COUNTRYWIDE HOME LOANS, INC.<br>C/O DAVID J NOWACZEWSKI, BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | 9195 | 1/11/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$198,600.00 (U)<br>$198,600.00 (T) | Claimant filed identical claims against multiple Debtors.<br>According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#9193) was asserted against the correct Debtor. |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS, INC.<br>C/O DAVID J NOWACZEWSKI, BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | 9196 | 1/11/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$198,600.00 (U)<br>$198,600.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#9193) was asserted against the correct Debtor. |
| COUNTRYWIDE HOME LOANS, INC.<br>C/O DAVID J NOWACZEWSKI, BODMAN LLP<br>6TH FLOOR AT FORD FIELD<br>1901 ST ANTOINE STREET<br>DETROIT, MI 48226 | 9197 | 1/11/08 | 07-11054 | - (S)<br>- (A)<br>- (P)<br>$198,600.00 (U)<br>$198,600.00 (T) | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#9193) was asserted against the correct Debtor. |
| CRACKFORD, SUSAN K.<br>5027 126TH ST SE<br>EVERETT, WA 98208 | 627 | 9/10/07 | 07-11047 | Unspecified* | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2102) was asserted against the correct Debtor. |
| CROCKFORD, SUSAN K.<br>5027 126TH ST SE<br>EVERETT, WA 98208 | 2366 | 11/16/07 | No Case | Unspecified* | Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2102) was asserted against the correct Debtor. |

Totals:     20 Claims     - (S)<br>- (A)<br>$36,186.00 (P)<br>$1,598,625.79 (U)<br>$1,634,812.37 (T)

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

**Exhibit C**

**Reduced Claims**

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reduced Amount | Comments |
|---|---|---|---|---|---|---|
| BERG, LAURIE<br>1460 PEBBLE COURT<br>YUBA CITY, CA 95993 | 2040 | 11/13/07 | 07-11051 | - (S)<br>- (A)<br>$1,651.22 (P)<br>- (U)<br>$1,651.22 (T) | - (S)<br>- (A)<br>$1,360.00 (P)<br>- (U)<br>$1,360.00 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| BLAKE, TRACY<br>470 JEFFERSON DR<br>PITTSBURGH, PA 15228 | 2789 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$2,779.83 (P)<br>$289.81 (U)<br>$3,069.64 (T) | - (S)<br>- (A)<br>$923.08 (P)<br>- (U)<br>$923.08 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| CASTINE, ELIZABETH JILL<br>809 WILLOW SPIRE ARCH<br>CHESAPEAKE, VA 23320 | 894 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$829.36 (P)<br>- (U)<br>$829.36 (T) | - (S)<br>- (A)<br>$592.31 (P)<br>- (U)<br>$592.31 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| CHALLAPALLI, SAI<br>254-08 73 RD<br>FLORAL PARK, NY 11004 | 491 | 9/10/07 | 07-11051 | - (S)<br>- (A)<br>$3,416.67 (P)<br>- (U)<br>$3,416.67 (T) | - (S)<br>- (A)<br>$3,153.85 (P)<br>- (U)<br>$3,153.85 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| CHEBROLU, NEEHANKA<br>24 GAZEBO LANE<br>HOLTSVILLE, NY 11742 | 8863 | 1/11/08 | 07-11051 | - (S)<br>- (A)<br>$2,736.00 (P)<br>- (U)<br>$2,736.00 (T) | - (S)<br>- (A)<br>$1,894.62 (P)<br>- (U)<br>$1,894.62 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| CHISHOLM, GLADYS H<br>1426 PEACH PARK LANE<br>CHARLOTTE, NC 28216 | 2660 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$813.12 (P)<br>- (U)<br>$813.12 (T) | - (S)<br>- (A)<br>$5.43 (P)<br>- (U)<br>$5.43 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| COLANDRO, MARY A<br>32 PEARSALL AVE<br>APT 2B<br>GLEN COVE, NY 11542 | 2621 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$2,420.00 (P)<br>- (U)<br>$2,420.00 (T) | - (S)<br>- (A)<br>$2,000.00 (P)<br>- (U)<br>$2,000.00 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |

— Objectionable Claims —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reduced Amount | Comments |
|---|---|---|---|---|---|---|
| CONANT, JOANN<br>2727 DEFENDER DR<br>FORISTELL, MO 63348 | 1131 | 9/21/07 | 07-11051 | - (S)<br>- (A)<br>$1,354.17 (P)<br>- (U)<br>$1,354.17 (T) | - (S)<br>- (A)<br>$1,250.00 (P)<br>- (U)<br>$1,250.00 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| CRICCHIO, GINA A.<br>2169 TALL GRASS CIRCLE<br>MOUNT PLEASANT, SC 29466 | 1186 | 9/24/07 | 07-11051 | - (S)<br>- (A)<br>$2,496.00 (P)<br>- (U)<br>$2,496.00 (T) | - (S)<br>- (A)<br>$2,129.92 (P)<br>- (U)<br>$2,129.92 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| CUVILLY, PATRICK<br>571 MACON PLACE<br>UNIONDALE, NY 11553 | 1173 | 9/24/07 | 07-11051 | - (S)<br>- (A)<br>$1,839.93 (P)<br>- (U)<br>$1,839.93 (T) | - (S)<br>- (A)<br>$1,002.92 (P)<br>- (U)<br>$1,002.92 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| DEZEGO, JAMES<br>139 ADIRONDACK DR<br>SELDEN, NY 11784 | 83 | 8/27/07 | 07-11051 | - (S)<br>- (A)<br>$3,000.00 (P)<br>- (U)<br>$3,000.00 (T) | - (S)<br>- (A)<br>$2,769.23 (P)<br>- (U)<br>$2,769.23 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| DONOVAN, MARGARET M<br>20 CLUB LA<br>LEVITTOWN, NY 11756 | 2782 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$498.77 (P)<br>$109.00 (U)<br>$608.77 (T) | - (S)<br>- (A)<br>$328.00 (P)<br>- (U)<br>$328.00 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| GAYTAN, LETICIA<br>8656 EVERGREEN AVENUE<br>SOUTH GATE, CA 90280 | 8409 | 1/10/08 | 07-11051 | - (S)<br>- (A)<br>$2,300.00 (P)<br>- (U)<br>$2,300.00 (T) | - (S)<br>- (A)<br>$2,185.09 (P)<br>- (U)<br>$2,185.09 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| GERNAND, JOYCE A<br>3626 STONE CREEK RUN<br>FORT WAYNE, IN 46804 | 3492 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>$1,341.49 (P)<br>- (U)<br>$1,341.49 (T) | - (S)<br>- (A)<br>$460.77 (P)<br>- (U)<br>$460.77 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| GONZALEZ, JOSEPH<br>4 LONG ST<br>LAKE GROVE, NY 11755 | 2380 | 11/16/07 | 07-11051 | - (S)<br>- (A)<br>$4,061.54 (P)<br>- (U)<br>$4,061.54 (T) | - (S)<br>- (A)<br>$2,769.23 (P)<br>- (U)<br>$2,769.23 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| GRUDZINSKI, MICHELE<br>754 BLUE RIDGE DR<br>MEDFORD, NY 11763 | 3527 | 11/26/07 | 07-11051 | - (S)<br>- (A)<br>$2,093.00 (P)<br>- (U)<br>$2,093.00 (T) | - (S)<br>- (A)<br>$1,400.00 (P)<br>- (U)<br>$1,400.00 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reduced Amount | Comments |
|---|---|---|---|---|---|---|
| HAGG, RENEE C<br>8074 CARNABY CT SOUTH<br>HANOVER PARK, IL 60133 | 3754 | 11/29/07 | 07-11051 | - (S)<br>- (A)<br>$1,353.15 (P)<br>- (U)<br>$1,353.15 (T) | - (S)<br>- (A)<br>$1,076.92 (P)<br>- (U)<br>$1,076.92 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| HASSLER, ASHLEY<br>320 UPAS STREET<br>SAN DIEGO, CA 92103 | 6238 | 12/24/07 | 07-11051 | - (S)<br>- (A)<br>$5,192.31 (P)<br>$150.14 (U)<br>$5,342.45 (T) | - (S)<br>- (A)<br>$1,736.53 (P)<br>- (U)<br>$1,736.53 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| JIMENEZ, MARCELA M<br>2329 LIME AVENUE<br>LONG BEACH, CA 90806 | 2609 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$2,846.16 (P)<br>$2,846.16 (U)<br>$2,846.16 (T) | - (S)<br>- (A)<br>$1,184.62 (P)<br>- (U)<br>$1,184.62 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| JOYAL, SHELLY L<br>451 MAIN DUNSTABLE RD<br>NASHUA, NH 03062 | 855 | 9/17/07 | 07-11051 | - (S)<br>- (A)<br>$1,246.08 (P)<br>- (U)<br>$1,246.08 (T) | - (S)<br>- (A)<br>$934.61 (P)<br>- (U)<br>$934.61 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| KING, JULIE L.<br>202 STUART CIR<br>MC DONALD, PA 15057-2615 | 264 | 9/4/07 | 07-11051 | - (S)<br>- (A)<br>$2,375.00 (P)<br>- (U)<br>$2,375.00 (T) | - (S)<br>- (A)<br>$2,192.31 (P)<br>- (U)<br>$2,192.31 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| KOIFMAN, OLEG<br>2832 W 23RD ST APT 4E<br>BROOKLYN, NY 11224 | 6769 | 1/2/08 | 07-11051 | - (S)<br>- (A)<br>$2,083.33 (P)<br>- (U)<br>$2,083.33 (T) | - (S)<br>- (A)<br>$1,923.08 (P)<br>- (U)<br>$1,923.08 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| **Totals:** | 22 Claims | | | - (S)<br>- (A)<br>$48,728.13 (P)<br>$3,395.11 (U)<br>$49,277.08 (T) | - (S)<br>- (A)<br>$33,312.52 (P)<br>- (U)<br>$33,312.52 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

## Exhibit D
### Reduced Wrong Debtor Claims

|  |  |  | Objectionable Claims | | | |
| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reduced Amount | Comments |
|---|---|---|---|---|---|---|---|
| ALLEGHENY POWER<br>ATTN CAROLL STOUT, CREDIT REP.<br>P.O. BOX 1392<br>FAIRMONT, WV 26555-1392 | 8781 | 1/2/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$206.13 (U)<br>$206.13 (T) | 07-11051 | - (S) Pursuant to the Debtors'<br>- (A) books and records, the<br>- (P) Objectionable Claim should<br>$123.87 (U) be decreased to the Reduced<br>$123.87 (T) Amount. |
| BAKER, VICKI L<br>9819 S 2270 E<br>SANDY, UT 84092 | 318 | 9/4/07 | No Case | - (S)<br>- (A)<br>$1,750.00 (P)<br>- (U)<br>$1,750.00 (T) | 07-11051 | - (S) Pursuant to the Debtors'<br>- (A) books and records, the<br>$1,615.38 (P) Objectionable Claim should<br>- (U) be decreased to the Reduced<br>$1,615.38 (T) Amount. |
| BAUBLITZ, BARBARA<br>2539 WESTMINSTER DR<br>YORK, PA 17408 | 386 | 9/7/07 | No Case | - (S)<br>- (A)<br>$1,584.64 (P)<br>- (U)<br>$1,584.64 (T) | 07-11051 | - (S) Pursuant to the Debtors'<br>- (A) books and records, the<br>$1,367.08 (P) Objectionable Claim should<br>- (U) be decreased to the Reduced<br>$1,367.08 (T) Amount. |
| BOJORQUEZ, AMANDA<br>4930 E. FOX ST.<br>MESA, AZ 85205 | 1480 | 10/9/07 | No Case | - (S)<br>- (A)<br>$1,250.99 (P)<br>- (U)<br>$1,250.99 (T) | 07-11051 | - (S) Pursuant to the Debtors'<br>- (A) books and records, the<br>$766.15 (P) Objectionable Claim should<br>- (U) be decreased to the Reduced<br>$766.15 (T) Amount. |
| BRZOZOWSKI, DENISE<br>8209 GLASGOW CT.<br>JACKSONVILLE, FL 32244 | 1640 | 10/17/07 | 07-11047 | - (S)<br>- (A)<br>$2,307.50 (P)<br>- (U)<br>$2,307.50 (T) | 07-11051 | - (S) Pursuant to the Debtors'<br>- (A) books and records, the<br>$2,163.46 (P) Objectionable Claim should<br>- (U) be decreased to the Reduced<br>$2,163.46 (T) Amount. |
| BUGGS, MARY<br>7535 CYPRESS<br>CYPRESS, TX 77433-2140 | 520 | 9/10/07 | No Case | - (S)<br>- (A)<br>$672.00 (P)<br>$672.00 (U)<br>$672.00 (T) | 07-11051 | - (S) Pursuant to the Debtors'<br>- (A) books and records, the<br>$670.77 (P) Objectionable Claim should<br>- (U) be decreased to the Reduced<br>$670.77 (T) Amount. |
| BUTLER, DIONNA<br>1938 CARTER RD<br>FOLCROFT, PA 19032 | 445 | 9/10/07 | No Case | - (S)<br>- (A)<br>$1,335.00 (P)<br>- (U)<br>$1,335.00 (T) | 07-11051 | - (S) Pursuant to the Debtors'<br>- (A) books and records, the<br>$945.00 (P) Objectionable Claim should<br>- (U) be decreased to the Reduced<br>$945.00 (T) Amount. |

— Objectionable Claims —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | New Case Number | Total Amount Claimed | Reduced Amount | Comments |
|---|---|---|---|---|---|---|---|
| BYRD, DEBORAH M. 1013 NAGIA CT FENTON, MO 63026 | 561 | 9/11/07 | 07-11047 | 07-11051 | - (S) - (A) $928.00 (P) - (U) $928.00 (T) | - (S) - (A) $692.31 (P) - (U) $692.31 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| CONNECTICUT LIGHT AND POWER COMPANY, THE NORTHEAST UTILITIES ATTN MARY A GOFFIN, TEAM SUPERVISOR PO BOX 2899 - CREDIT AND COLLECTIONS HARTFORD, CT 06101-8307 | 1259 | 9/24/07 | 07-11047 | 07-11051 | - (S) - (A) - (P) $1,000.70 (U) $1,000.70 (T) | - (S) - (A) - (P) $759.11 (U) $759.11 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| DUNCAN, BRENDA 5602 SWANSON RD ELLENWOOD, GA 30294-3856 | 5030 | 12/10/07 | No Case | 07-11051 | - (S) - (A) $1,270.50 (P) - (U) $1,270.50 (T) | - (S) - (A) $970.64 (P) - (U) $970.64 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| EWALD, GRANT C 14 MAGERUS ST SOUTH HUNTINGTON, NY 11746 | 2314 | 11/16/07 | 07-11050 | 07-11051 | - (S) - (A) $1,292.31 (P) - (U) $1,292.31 (T) | - (S) - (A) $646.15 (P) - (U) $646.15 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| HENNING-PABON, JENNIFER 1819 MICHIGAN AVE #103 NAPERVILLE, IL 60563 | 1476 | 10/9/07 | All Cases | 07-11051 | - (S) - (A) $2,269.60 (P) - (U) $2,269.60 (T) | - (S) - (A) $1,815.36 (P) - (U) $1,815.36 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| HERTZLER, ALICE P. 1707 STIRLING STREET COATESVILLE, PA 19320 | 1890 | 11/5/07 | No Case | 07-11051 | - (S) $934.65 (A) - (P) - (U) $934.65 (T) | - (S) $480.19 (A) - (P) - (U) $480.19 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| KATONA, JESSICA L 156 JEFFERSON ST EAST ISLIP, NY 11730 | 2637 | 11/19/07 | 07-11053 | 07-11051 | - (S) - (A) $1,620.00 (P) - (U) $1,620.00 (T) | - (S) - (A) $997.11 (P) - (U) $997.11 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| KEEFE, SENOA 204 ANNA ST NORTH AURORA, IL 60542 | 1304 | 9/28/07 | No Case | 07-11051 | - (S) - (A) $1,172.00 (P) - (U) $1,172.00 (T) | - (S) - (A) $807.52 (P) - (U) $807.52 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| KINSLOW, JENNIFER 719 3RD AVE EAST NORTHPORT, NY 11731 | 1809 | 10/31/07 | No Case | 07-11051 | - (S) - (A) $2,353.73 (P) - (U) $2,353.73 (T) | - (S) - (A) $2,092.31 (P) - (U) $2,092.31 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | New Case Number | Total Amount Claimed | Reduced Amount | Comments |
|---|---|---|---|---|---|---|---|
| KIRK, CHRISTOPHER<br>17 CUERVO DR<br>ALISO VIEJO, CA 92656 | 1190 | 9/24/07 | No Case | 07-11051 | -(S)<br>-(A)<br>$1,349.60 (P)<br>-(U)<br>$1,349.60 (T) | -(S)<br>-(A)<br>$1,153.85 (P)<br>-(U)<br>$1,153.85 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| LADD, BRIAN K.<br>17220 N 37TH ST<br>PHOENIX, AZ 85032 | 380 | 9/7/07 | No Case | 07-11051 | -(S)<br>-(A)<br>$666.00 (P)<br>-(U)<br>$666.00 (T) | -(S)<br>-(A)<br>$444.00 (P)<br>-(U)<br>$444.00 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| MANGINELLI, DANIEL<br>3311 TEMPE DR<br>HUNTINGTON BEACH, CA 92649 | 710 | 9/13/07 | No Case | 07-11051 | -(S)<br>-(A)<br>$7,701.23 (P)<br>$7,701.23 (U)<br>$7,701.23 (T) | -(S)<br>-(A)<br>$7,701.23 (P)<br>-(U)<br>$7,701.23 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| MEYSEMBOURG, TAMI<br>11846 WHITEHALL AVE NW<br>UNIONTOWN, OH 44685 | 1872 | 11/2/07 | No Case | 07-11051 | -(S)<br>-(A)<br>$749.84 (P)<br>-(U)<br>$749.84 (T) | -(S)<br>-(A)<br>$519.23 (P)<br>-(U)<br>$519.23 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| ORANGE AND ROCKLAND UTILITIES, INC.<br>ATTN MARCIA MCLEOD, SUPERVISOR<br>390 W ROUTE 59<br>SPRING VALLEY, NY 10977-5300 | 1740 | 10/24/07 | 07-11047 | 07-11051 | -(S)<br>-(A)<br>-(P)<br>$2,361.62 (U)<br>$2,361.62 (T) | -(S)<br>-(A)<br>$1,209.27 (P)<br>-(U)<br>$1,209.27 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| PICCIUCA, JANA L.<br>6 MAYWOOD PL<br>KINGS PARK, NY 11754 | 392 | 9/7/07 | No Case | 07-11051 | -(S)<br>-(A)<br>$1,184.40 (P)<br>-(U)<br>$1,184.40 (T) | -(S)<br>-(A)<br>$846.15 (P)<br>-(U)<br>$846.15 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |
| PRESSMAN, CARYN<br>314 HART STREET<br>FIRST FLOOR<br>BROOKLYN, NY 11206 | 469 | 9/10/07 | No Case | 07-11051 | -(S)<br>-(A)<br>$1,315.58 (P)<br>-(U)<br>$1,315.58 (T) | -(S)<br>-(A)<br>$1,023.08 (P)<br>-(U)<br>$1,023.08 (T) | Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount. |

————— Objectionable Claims —————

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reduced Amount | Comments |
|---|---|---|---|---|---|---|---|
| **Totals:** | 23 Claims | | | | | | |
| | | | | - (S) | | - (S) | |
| | | | | - (A) | | - (A) | |
| | | | | $33,707.67 (P) | | $27,736.97 (P) | |
| | | | | $11,941.68 (U) | | $2,092.05 (U) | |
| | | | | $37,276.12 (T) | | $29,829.02 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT E

## Exhibit E
### Reclassified Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| BODY, JOHN R. 3955 GOLDEN ELM ST LAS VEGAS, NV 89147 | 1041 | 9/19/07 | 07-11051 | - (S) $310.00 (A) - (P) - (U) $310.00 (T) | - (S) - (A) - (P) $310.00 (U) $310.00 (T) | No basis for secured claim exists under section 506 of the Bankruptcy Code. |
| COACHELLA VALLEY APPRAISAL ATTN DALE BERNER, OWNER 45385 TENNESSEE AVE PALM DESERT, CA 92211 | 1363 | 10/1/07 | 07-11053 | $6,485.00 (S) - (A) - (P) - (U) $6,485.00 (T) | - (S) - (A) - (P) $6,485.00 (U) $6,485.00 (T) | No basis for secured claim exists under section 506 of the Bankruptcy Code. |
| DJ, LLC 201 WEST MAIN STREET SUITE 101 MISSOULA, MT 59802 | 6780 | 1/2/08 | 07-11051 | $5,169.84 (S) - (A) - (P) - (U) $5,169.84 (T) | - (S) - (A) - (P) $5,169.84 (U) $5,169.84 (T) | No basis for secured claim exists under section 506 of the Bankruptcy Code. |
| FLORIAN, JENNIE 108 HAMPTON AVE MASTIC, NY 11950 | 3110 | 11/23/07 | 07-11051 | $1,211.54 (S) - (A) - (P) - (U) $1,211.54 (T) | - (S) - (A) - (P) $1,211.54 (U) $1,211.54 (T) | No basis for secured claim exists under section 506 of the Bankruptcy Code. |
| HENDERSON APPRAISAL SRV ATTN MICHAEL K. HENDERSON 5801 N. POLK DR. KC, MO 64151 | 4505 | 12/4/07 | 07-11053 | - (S) - (A) $300.00 (P) - (U) $300.00 (T) | - (S) - (A) $300.00 (P) - (U) $300.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code. |
| JETT, H.L. 1808 W. GRACE AVE SPOKANE, WA 99205 | 1473 | 10/9/07 | 07-11051 | - (S) - (A) $400.00 (P) - (U) $400.00 (T) | - (S) - (A) $400.00 (P) - (U) $400.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code. |
| JOHN BLUEL APPRAISAL SERVC ATTN JOHN BLUEL 5978 SCHROEDER RD MADISON, WI 53711 | 3345 | 11/26/07 | 07-11053 | - (S) - (A) $305.00 (P) - (U) $305.00 (T) | - (S) - (A) $305.00 (P) - (U) $305.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code. |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Reclassified Amount | Comments |
|---|---|---|---|---|---|---|
| MOORE APPRAISAL CO., INC<br>ATTN ROBERT W MOORE, PRESIDENT<br>160 WEST CARMEL DRIVE<br>SUITE 214<br>CARMEL, IN 46032 | 2584 | 11/19/07 | 07-11051 | - (S)<br>- (A)<br>$500.00 (P)<br>- (U)<br>$500.00 (T) | - (S)<br>- (A)<br>- (P)<br>$500.00 (U)<br>$500.00 (T) | - (S) No basis for priority claim exists under<br>- (A) section 507 of the Bankruptcy Code. |
| PASANISE, MIKE<br>1518 S ADAMS ST<br>SPOKANE, WA 99203 | 1191 | 9/24/07 | 07-11051 | - (S)<br>- (A)<br>$500.00 (P)<br>- (U)<br>$500.00 (T) | - (S)<br>- (A)<br>- (P)<br>$500.00 (U)<br>$500.00 (T) | - (S) No basis for priority claim exists under<br>- (A) section 507 of the Bankruptcy Code. |
| RINGSTONE PARTNERS, LLC<br>ATTN DEBBIE STONER, PARTNER/PROP MGR.<br>PO BOX 160897<br>BIG SKY, MT 59716 | 4848 | 12/7/07 | 07-11051 | - (S)<br>- (A)<br>$575.00 (P)<br>- (U)<br>$575.00 (T) | - (S)<br>- (A)<br>- (P)<br>$575.00 (U)<br>$575.00 (T) | - (S) No basis for priority claim exists under<br>- (A) section 507 of the Bankruptcy Code. |
| ULRICH, EUGENE<br>316 METZ RD<br>SEASIDE, CA 93955 | 9308 | 1/14/08 | 07-11053 | - (S)<br>- (A)<br>$1,574.00 (P)<br>- (U)<br>$1,574.00 (T) | - (S)<br>- (A)<br>- (P)<br>$1,574.00 (U)<br>$1,574.00 (T) | - (S) No basis for priority claim exists under<br>- (A) section 507 of the Bankruptcy Code. |
| WEST COAST CONTRACTING OF NEVADA INC<br>ATTN MARIO RAMIREZ<br>PRESIDENT<br>7785 WHITE FIRST ST<br>RENO, NV 89523 | 6005 | 12/6/07 | 07-11051 | - (S)<br>- (A)<br>$425.00 (P)<br>- (U)<br>$425.00 (T) | - (S)<br>- (A)<br>- (P)<br>$425.00 (U)<br>$425.00 (T) | - (S) No basis for priority claim exists under<br>- (A) section 507 of the Bankruptcy Code. |
| **Totals:** | **12 Claims** | | | $13,176.38 (S)<br>- (A)<br>$4,579.00 (P)<br>- (U)<br>$17,755.38 (T) | - (S)<br>- (A)<br>$1,211.54 (P)<br>$16,543.84 (U)<br>$17,755.38 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT F

## Exhibit F

### Reclassified Wrong Debtor Claims

**Objectionable Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Reduced Amount | Comments |
|---|---|---|---|---|---|---|---|
| AMOATENG, COMFORT<br>16 HALE PL<br>ROOSEVELT, NY 11575 | 249 | 9/4/07 | 07-11047 | $2,076.92 (S)<br>- (A)<br>- (P)<br>- (U)<br>$2,076.92 (T) | 07-11051 | - (S)<br>- (A)<br>$2,076.92 (P)<br>- (U)<br>$2,076.92 (T) | No basis for secured claim exists under section 506 of the Bankruptcy Code. |
| CERTIFIED APPRAISAL SERVICE<br>ATTN ELBERT CECIL WRIGHT, OWNER<br>97 TOLLGATE TRAIL<br>LONGWOOD, FL 32750 | 7761 | 1/8/08 | 07-11051 | - (S)<br>- (A)<br>$10,945.00 (P)<br>- (U)<br>$10,945.00 (T) | 07-11053 | - (S)<br>- (A)<br>- (P)<br>$10,945.00 (U)<br>$10,945.00 (T) | No basis for priority claim exists under section 507 of the Bankruptcy Code. |
| PARRY, OLIVER W & BRACKETT, ALLEN V<br>6603 NW 25TH CT<br>BOCA RATON, FL 33496 | 4584 | 12/5/07 | No Case | $5,330.30 (S)<br>- (A)<br>- (P)<br>- (U)<br>$5,330.30 (T) | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$5,330.30 (U)<br>$5,330.30 (T) | No basis for secured claim exists under section 506 of the Bankruptcy Code. |
| **Totals:** | **3 Claims** | | | $7,407.22 (S)<br>- (A)<br>$10,945.00 (P)<br>- (U)<br>$18,352.22 (T) | | - (S)<br>- (A)<br>$2,076.92 (P)<br>$16,275.30 (U)<br>$18,352.22 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT G

# Exhibit G

## Undetermined Value Claims

### ──── Objectionable Claims ────

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Book Amount | Comments |
|---|---|---|---|---|---|---|
| ALLENDE, DAPHNE<br>485 GRAND BLVD<br>BRENTWOOD, NY 11717 | 8719 | 1/11/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,346.15 (P)<br>- (U)<br>$1,346.15 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| BELTRAN, MAGDALENA (MAGGIE)<br>1040 EAST WASHINGTON<br>BLVD NUM 24<br>ESCONDIDO, CA 92027 | 7786 | 1/8/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$923.08 (P)<br>- (U)<br>$923.08 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| BLANCATO, NADINE E<br>12717 WINDYEDGE RD<br>HUNTERSVILLE, NC 28078 | 2813 | 11/19/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$369.65 (P)<br>- (U)<br>$369.65 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| BOWENS, CARMEN M.<br>18611 WARM SPRING CT<br>HAGERSTOWN, MD 21740 | 1034 | 9/19/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,376.92 (P)<br>- (U)<br>$1,376.92 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| BUEHRLE, JUDITH M<br>406 S CHURCH ST<br>NUMBER 122<br>ST PETERS, MO 63376 | 5247 | 12/11/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$901.44 (P)<br>- (U)<br>$901.44 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| CALDERONE, SAMANTHA<br>7 RUSSELL DR<br>APT B69<br>MINEOLA, NY 11501 | 3653 | 11/28/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,291.31 (P)<br>- (U)<br>$1,291.31 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| CARNEY, PATRICIA (PATTY)<br>2982 HARMENING AVE<br>PITTSBURGH, PA 15227 | 3100 | 11/23/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$3,448.08 (P)<br>- (U)<br>$3,448.08 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |

**Objectionable Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Book Amount | Comments |
|---|---|---|---|---|---|---|
| CARROLL, DANA<br>630 SHIMMERING RUN COURT<br>SYKESVILLE, MD 21784 | 8512 | 1/10/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,310.40 (P)<br>- (U)<br>$1,310.40 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| CHOUDHARY, ROHIT<br>90 CYPRESS LANE E<br>WESTBURY, NY 11590 | 8693 | 1/11/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$2,066.67 (P)<br>- (U)<br>$2,066.67 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| CISNEROS, MARTHA P<br>555 W 13TH ST<br>APT F<br>SAN PEDRO, CA 90731 | 3106 | 11/23/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$950.19 (P)<br>- (U)<br>$950.19 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| CLOREY, ROXANNE S<br>6214 8TH STREET NW<br>WASHINGTON, DC 20011 | 8549 | 1/11/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$3,461.54 (P)<br>- (U)<br>$3,461.54 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| CONNERS, SANDRA L<br>PO BOX 4572<br>WALNUT CREEK, CA 945960572 | 8108 | 1/10/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,616.00 (P)<br>- (U)<br>$1,616.00 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| CRISP, CAROL A<br>4826 S ELK WY<br>AURORA, CO 80016 | 4251 | 12/3/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$2,153.84 (P)<br>- (U)<br>$2,153.84 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| CROCKFORD, SUSAN K<br>5027 126TH ST SE<br>EVERETT, WA 98208 | 2102 | 11/13/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$4,356.93 (P)<br>- (U)<br>$4,356.93 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| CRUZ, CHRISTINE A<br>7 GLEN HOLLOW DR<br>APT B36<br>HOLTSVILLE, NY 11742 | 2797 | 11/19/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,826.92 (P)<br>- (U)<br>$1,826.92 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| DEATHERAGE, STEPHANIE<br>4809 FORTUNES RIDGE<br>TRAIL<br>CHARLOTTE, NC 28269 | 5048 | 12/10/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,700.00 (P)<br>- (U)<br>$1,700.00 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |

— Objectionable Claims —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Book Amount | Comments |
|---|---|---|---|---|---|---|
| DINH, VIVIAN M<br>12301 EPSILON<br>STREET<br>GARDEN GROVE, CA 92840 | 2496 | 11/19/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$3,173.08 (P)<br>- (U)<br>$3,173.08 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| ENGLAND, MEGHAN<br>1240 N PLACENTIA AVE<br>FULLERTON, CA 92831 | 6277 | 12/24/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$934.56 (P)<br>- (U)<br>$934.56 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| GARCIA, DAWN<br>8828 HICKORY AVE<br>HESPERIA, CA 92345 | 2574 | 11/19/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$676.00 (P)<br>- (U)<br>$676.00 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| HANSON, ANDREA<br>3840 W 608 N<br>HUNTINGTON, IN 46750 | 5021 | 12/10/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,302.00 (P)<br>- (U)<br>$1,302.00 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| HICKS JR., ROBERT E.<br>1418 E 103RD ST 1ST FL<br>BROOKLYN, NY 11236 | 1132 | 9/21/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,200.00 (P)<br>- (U)<br>$1,200.00 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| HOGAN, KERRY N<br>4482 FIRELIGHT DRIVE<br>SAINT LOUIS, MO 63129 | 8554 | 1/11/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$615.96 (P)<br>- (U)<br>$615.96 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| JACKSON, SABRINA<br>217 HAWTHORNE AVE 1<br>CENTRAL ISLIP, NY 11722 | 5880 | 12/19/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$663.92 (P)<br>- (U)<br>$663.92 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| KAPLAN, CHERYL<br>7 CIRCLE DR<br>SYOSSET, NY 11791 | 277 | 9/4/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$3,109.82 (P)<br>- (U)<br>$3,109.62 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Book Amount | Comments |
|---|---|---|---|---|---|---|
| LACOMBE, LINDA M<br>6105 BROOKWOOD DR<br>OAK FOREST, IL 60452 | 8558 | 1/11/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$92.00 (P)<br>- (U)<br>$92.00 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| LAHENS, JUDITH E<br>7 CHELMSFORD DR<br>WHEATLEY HEIGHTS, NY 11798 | 2216 | 11/15/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$484.62 (P)<br>- (U)<br>$484.62 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| LALIME, JOHN<br>4040 8TH PLACE<br>VERO BEACH, FL 32960 | 2101 | 11/13/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$960.00 (P)<br>- (U)<br>$960.00 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| MALLEY, MARIE<br>158 HORIZON VIEW<br>FARMINGVILLE, NY 11738 | 2414 | 11/16/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$330.77 (P)<br>- (U)<br>$330.77 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| MARESCA, JOAN<br>2 SHORT HILL ROAD<br>NEW CITY, NY 10956 | 4635 | 12/6/07 | 07-11061 | Unspecified* | - (S)<br>- (A)<br>$411.92 (P)<br>- (U)<br>$411.92 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| MARINARO, JAMES<br>75-A HILLWOOD DR<br>HUNTINGTON STATION, NY 11746 | 5876 | 12/19/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,305.44 (P)<br>- (U)<br>$1,305.44 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| MASCOLO, JACQUELINE<br>31 S COLUMBIA ST<br>PORT JEFFERSON STATI, NY 11776 | 7993 | 1/9/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$2,692.31 (P)<br>- (U)<br>$2,692.31 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| MCCOY, WILLIAM K (KEVIN)<br>13550 MERIDIAN AVE N<br>SEATTLE, WA 98133 | 6974 | 1/3/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$2,280.00 (P)<br>- (U)<br>$2,280.00 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| MONSIMER, FREDERICK<br>2916 TOLL GATE DRIVE<br>NORRISTOWN, PA 19403 | 1502 | 10/11/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$750.00 (P)<br>- (U)<br>$750.00 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Book Amount | Comments |
|---|---|---|---|---|---|---|
| NORWOOD, CARRIE H<br>4401 SHATTALON DR<br>WINSTON SALEM, NC 27106 | 2503 | 11/19/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,712.31 (P)<br>- (U)<br>$1,712.31 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| PAGE, NICOLE<br>713 HUSON AVE.<br>ROMEOVILLE, IL 60491 | 8855 | 1/11/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,200.00 (P)<br>- (U)<br>$1,200.00 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| PETERS, KIMBERLY K (KIM)<br>8960 SUTTERS GOLD DRIVE<br>SACRAMENTO, CA 95826 | 6964 | 1/3/08 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,680.46 (P)<br>- (U)<br>$1,680.46 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| REYES, MILDRED M.<br>8973 TAMAR DRIVE<br>APT 302<br>COLUMBIA, MD 21045 | 1577 | 10/15/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$469.25 (P)<br>- (U)<br>$469.25 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| RHODUS, DONDREA (DONDI)<br>18381 HWY 1057<br>KENTWOOD, LA 70444 | 2406 | 11/16/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$471.24 (P)<br>- (U)<br>$471.24 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| RODRIGUEZ, MARGIDLEY<br>137 18B 68TH DR<br>KEW GARDENS HILLS, NY 11367 | 4947 | 12/10/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$888.46 (P)<br>- (U)<br>$888.46 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| SCARBROUGH, EMMA A<br>218 BEACH 14TH ST<br>FAR ROCKAWAY, NY 11691 | 4591 | 12/5/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$538.75 (P)<br>- (U)<br>$538.75 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| SHAW, STEVEN<br>62 STRATFORD RD<br>WEST HEMPSTEAD, NY 11552 | 5553 | 12/14/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$961.54 (P)<br>- (U)<br>$961.54 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |

### Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Book Amount | Comments |
|---|---|---|---|---|---|---|
| SHEALEY, DORNETTA<br>114 83 228TH ST<br>CAMBRIA HEIGHTS, NY 11411 | 5997 | 12/20/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$1,845.15 (P)<br>- (U)<br>$1,845.15 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| THOMAS, LORI<br>3385 S CARMAN AVE<br>SPRINGFIELD, IL 62703 | 2453 | 11/16/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$461.60 (P)<br>- (U)<br>$461.60 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| THOMPSON, MARIE<br>67 WAVECREST DR.<br>MASTIC BEACH, NY 11951 | 5693 | 12/18/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$2,364.62 (P)<br>- (U)<br>$2,364.62 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| TSESMETZIS, STEFANOS<br>112 WINTER LN<br>HICKSVILLE, NY 11801 | 2633 | 11/19/07 | 07-11051 | Unspecified* | - (S)<br>- (A)<br>$3,738.46 (P)<br>- (U)<br>$3,738.46 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| **Totals:** | **45 Claims** | | | **Unspecified*** | - (S)<br>- (A)<br>$66,613.16 (P)<br>- (U)<br>$66,613.16 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT H

**Exhibit H**

**Undetermined Value Wrong Debtor Claims**

## ──── Objectionable Claims ────

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | New Case Number | Book Amount | Comments |
|---|---|---|---|---|---|---|---|
| GRIFFIN, AMANI<br>PO BOX 992<br>GLEN BURNIE, MD 21060 | 1070 | 9/20/07 | No Case | Unspecified* | 07-11051 | - (S)<br>- (A)<br>$1,636.38 (P)<br>- (U)<br>$1,636.38 (T) | No claim amount listed. The Debtors have reviewed their books and records and determined that the claim amount should be the "Book Amount." |
| **Totals:** | 1 Claim | | | Unspecified* | | - (S)<br>- (A)<br>$1,635.38 (P)<br>- (U)<br>$1,635.38 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT I

Exhibit I

Satisfied Reduced Claims

## ─── Objectionable Claims ───

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| GRISSOM, GARY A.<br>5315 W WOODVIEW COURT<br>SPOKANE, WA 99208 | 2738 | 11/19/07 | No Case | - (S)<br>- (A)<br>- (P)<br>$129.96 (U)<br>$129.96 (T) | The Debtors' books and records show that this claim should be reduced to $59.96, which amount the Debtors have already paid in full to the claimant. |
| MANGINELLI, DANIEL III<br>7 NEWHAVEN<br>LAGUNA NIGUEL, CA 92677 | 696 | 9/13/07 | No Case | - (S)<br>- (A)<br>$6,572.85 (P)<br>- (U)<br>$6,572.85 (T) | The Debtors' books and records show that this claim should be reduced to $4313.45, which amount the Debtors have already paid in full to the claimant. |
| Totals: | 2 Claims | | | - (S)<br>- (A)<br>$6,572.85 (P)<br>$129.96 (U)<br>$6,702.81 (T) | |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.