IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN HOME MORTGAGE | ) Case No. 07-11047 (CSS) |
| HOLDING, INC. *et al.*, | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Related to Docket No. 4107 |

## ORDER

Upon the Motion of the River Park Executive Suites ("River Park") for Leave to File Late Claim by Reason of Excusable Neglect (the "Motion"); and after due deliberation and good and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that River Park is hereby granted leave to file their late claim, and that this Order shall not affect the allowability of the claim or the amount.

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
       5-28    , 2008

_____
UNITED STATES BANKRUPTCY JUDGE

559004 1 5/20/08