IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ------------------------------------------------------------ x | | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE | : | |
| HOLDINGS, INC., a Delaware corporation, et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | **Ref. Docket No. 3664** |
| ------------------------------------------------------------ x | | |

## <u>AGREED ORDER GRANTING, IN PART, MOTION TO LIFT AUTOMATIC STAY</u>

Upon consideration of the Motion to Lift Automatic Stay (the "<u>Motion</u>") filed by

Patrick Manley, Freya DeNitto, Shawn O'Neil, Christian Kohl, Thomas Marinovich, Thomas

Byrnes, David Livingstone, Kathleen Mamer, Randy Mamer and Scott Robisch; and it appearing

that there is good and sufficient cause to grant the relief requested in the Motion, subject to the

terms of this Order; and good and sufficient notice of the Motion having been given; and after

due deliberation thereon; it is hereby

ORDERED, that the Motion is granted to the extent set forth herein; and it is

further

ORDERED, that the automatic stay pursuant to 11 U.S.C. § 362 is hereby

modified for the sole and limited purpose of requesting that the United States District Court for

the Southern District of New York (the "<u>District Court</u>") determine the fairness and otherwise

resolve the prepetition settlement reached among the Plaintiffs and American Home Investment

Corp. and American Home Mortgage Corp. (collectively, the "<u>Defendants</u>" and together with the

Plaintiffs, the "<u>Parties</u>") in the prepetition class action litigation captioned *Patrick Manley, et al.*

*v. American Home Investment Corporation and American Home Mortgage Corporation* (Civ.

No.: 04-CV-08606 (JGK)), which request may include: (i) presentation of such prepetition

settlement; (ii) requesting that the prepetition settlement (as may be modified by agreement of

the Parties to reflect implications of the Defendants' chapter 11 bankruptcy proceedings) be approved at the fairness hearing; or (iii) such further proceedings that are reasonably necessary to liquidate the amount of the class proof of claim filed by the Plaintiffs (the "Claim"); and it is further

ORDERED, that the fairness hearing <del>before the District Court shall not be</del> *Parties shall not request the District Court to convene a* <del>scheduled</del> unless and until (i) the Settlement Agreement, a copy of which is attached to the Motion as Exhibit C, is revised to address issues raised by the Parties as a result of the commencement of these chapter 11 cases and (ii) the terms such revised Settlement Agreement are acceptable to the Parties; and it is further

ORDERED, that the rights of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), the Official Committee of Unsecured Creditors appointed in these chapter 11 cases, and any other party-in-interest to object to the Claim filed by the Plaintiffs on any and all grounds are reserved; and it is further

ORDERED, that nothing herein shall be construed to modify or reclassify the priority of the Claim from a general unsecured claim; and it is further

ORDERED, that the Plaintiffs shall not pursue the Debtors for any judgment in their favor, including, but not limited to, amounts agreed to pursuant to the revised Settlement Agreement approved by the District Court, unless they seek and obtain a further modification of the automatic stay, except as might be permitted by existing or future orders of this Court, including, but not limited to, any plan or plans of reorganization which may be confirmed in the Debtors' chapter 11 cases; and it is further

ORDERED, the Defendants are authorized to take such actions as are reasonably necessary to effectuate the authority granted pursuant to this Order; and it is further

2

ORDERED, that this Court shall retain jurisdiction to hear any and all disputes

arising out of the implementation of this Order.

Dated: Wilmington, Delaware
       May 27 , 2008

                                          Christopher S. Sontchi
                                          United States Bankruptcy Judge