IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                           :    Chapter 11
                                                 :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,           :    Case No. 07-11047(CSS)
a Delaware corporation, *et al.*,                :    Jointly Administered
                                                 :
                    Debtors.                     :    Related to Docket No. 3465
---------------------------------------------------------------x

**ORDER GRANTING MOTION OF McLAIN PARTNERS II, LLC**
**FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Upon consideration of the *Motion for Payment of Administrative Expense Claim* ("Motion") of McLain Partners II, LLC, a Missouri limited liability company ("McLain") for an order that allows and directs payment of its administrative expense claim against the above-captioned debtors and debtors-in-possession ("Debtors") pursuant to sections 503(b) and 365(d)(3) of the Bankruptcy Code; and upon consideration of any and all objections and/or responses that were filed in opposition to the Motion; and it appearing that due and proper notice of the Motion has been given to all interested parties in this case; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. McLain is hereby deemed to have an allowed administrative expense claim in the amount of $~~65,625.00~~ 61,250.00 pursuant to sections 503(b) and 365(d)(3) of the Bankruptcy Code.

3. The Debtors are directed to pay McLain the amount of $~~65,625.00~~ 61,250.00 within 10 days from the date of this Order.

Dated: May 28, 2008

_____
United States Bankruptcy Judge

#601314v1