FILED

In re:  ) Objection to expunging Claim Number
American Home Mortgage  ) 3880.
Holding Inc. Claim Number 3880.  ) Case No. 07-11047 (CSS)
 ) Claim Amount $18,617.15

Young Conaway Starrgatt& Taylor,
LLC
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801


To: Young Conaway Starrgatt& Taylor, LLC
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, DE 19801

This document is submitted in response to your objection to my claim (No. 3880) against American Home Mortgage Holding Inc. in the amount of $18,617.15.

**Basis Of Objection:**
The Equity Interest Claim has prima *facie* validity due to the nature of the investment instrument including the following assertions:

- The ability on the part of Debtors to redeem the investment instruments at a promised, predetermined value as stated in their prospectus.

  *"On or after July 7, 2009, we may, at our option, redeem the Series A Preferred Stock, in whole or in part, at any time and from time to time, for cash at a price of $25.00 per share, plus accumulated and unpaid dividends, if any, to the date of redemption."*

- The proclaimed terms and conditions constitute a relationship between Debtor and Claimant different than a common stock transaction which was relied upon by the Claimant by virtue of:

  1) The Debtors promise to pay a predetermine fixed dividend [9.25%].
  2) The Debtors action to specify the amount due at redemption [$25.00 per share] including unpaid dividends.
  3) The Debtors declaration expressed in the security description that the instrument was a REIT.

    4) The Debtors inclusion of a specific date of redemption in the prospectus [July 7, 2008].

- The Claimant's action to include proof of purchase of the subject financial instrument [re: Trade Confirmations issued by Stifel Nicolaus].
- The Claimant's action to include an amount certain [$18,617.15].
- Whereas the Debtor has established a **contractual obligation** by the nature of promise, specification, declaration, and inclusion described in 1), 2), 3) and 4).

The **Basis Of Objection** described herein stands for other claims against American Home Mortgage Holding Inc. by the Claimant should they become the subject of an objection by the Debtor.

_____      19 May 2008
Gary L. Grundy, Claimant            Date
9552 Norway Hills Trail
Lakeville MN. 55044

May 19, 2008

THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
824 MARKET STREET 3ʳᴰ FLOOR WILMINGTON DELAWARE 19801

Subject: American Home Mortgage Holdings Inc. Case Number 07-11047 (CCS) Claim Number 3880

Attached is my **Basis Of Objection** that I have submitted to Young Conaway Starrgatt & Taylor, LCC located at the Brandywine Building 1000 West Street, 17th Floor Wilmington, DE 19801. Their letter of May 12, 2008 indicated that a objection to expunge my claim against the subject company be sent to The United States Bankruptcy Court for the District of Delaware on or before June 4, 2008.

Sincerely,

*[signature]*

Gary Grundy
9552 Norway Hills Trail
Lakeville MN 55044