May 19, 2008

US Bankruptcy Court
For District of Delaware
824 Market Street 3rd Floor
Wilmington, Delaware 19801



RE: American Home Mortgage
    Case No 07-11147 (CSS)

    Marie Minutillo
    Claim Number # 3042
    Reduced amount of $2,981.00

To Whom It May Concern:

I am responding to the objection and also agreed on the reduced amount of $2,981.00 which was the dollar amount submitted to the courts from American Home Mortgage HR Dept. This was my earned vacation monies that I never used.

Please approve the monies owe to me, this money will help me keep a roof over my head since the employment market is so bad and I have not been able to pull out of the whole I am in since unemployed with American Home Mortgage.

I also attached a copy of the documentation received from the court.

Thank you

Marie Minutillo
12204 Summerwood Lane
Alpharetta, GA 30005

CC: Young, Conaway Stargatt & Taylor, LLP
      The Brandywine Building
      1000 West Street, 17th Floor
      Wilmington, Delaware 19801

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Objection Deadline: June 4, 2008 at 4:00 p.m. (ET) |
| ) | Hearing Date: June 11, 2008 at 10:00 a.m. (ET) |
| AHM OB8 5/12/2008 (merge2.txnum2) 4000013885 ) | |

MINUTILLO, MARIE
12204 SUMMERWOOD
LN
ALPHARETTA, GA 30005

## NOTICE OF DEBTORS' EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: MINUTILLO, MARIE
12204 SUMMERWOOD
LN
ALPHARETTA, GA 30005

Basis For Objection: Debtors' books and records show reduced liability

| | Claim Number | Claim Amount | Reduced Amount |
|---|---|---|---|
| Claim to be Reduced | 3042 | Priority - $2,980.77 | Priority - $2,981.00 |
| | | Unsecured - $2,980.77 | |

Pursuant to the Debtors' books and records, the Objectionable Claim should be decreased to the Reduced Amount.

    The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow in part the claim listed above because the Debtors have determined, after review of their books and records, that they are not liable for the whole amount asserted. The Objection seeks to alter your rights by decreasing your claim to the amount listed above in the "Reduced Amount" column.

    Responses to the Objection, if any, must be filed on or before June 4, 2008 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

    At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

    A HEARING ON THE OBJECTION WILL BE HELD ON JUNE 11, 2008 AT 10:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.