United States Bankruptcy Court
District of Delaware
824 Market St.  3rd Fl.
Wilmington, De. 19801



Re; Chapter 11
Case No. 07-11047  (CSS)
Claim No. 7181

Gentlemen:

The records will show that we purchased shares of American Home Mortgage several years ago for over $30,000. Those shares are now worth close to zero. That, in a nutshell, is the basis of our loss and our claim.

644 shares, purchased 4/11/02, $30,573.63
Value of shares May, 08 is $0.06, $38.64
Loss   $30,534.99

Please execute this claim in our behalf.
Thank you.

Yours truly,

*Robert W. Vanderbeck*

Robert W. Vanderbeck
204 Genung Rd.
Ithaca, N.Y. 14850

607 273-1981
cell 607 351-0581

Dated 5/20/08

copy to Hon. Christopher Soutchi