**IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| American Home Mortgage, | ) | Case No. 07-11047 CSS |
| et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | Hearing:  June 25, 2008 @ 10:00 a.m. |
| Debtors. | ) | Response date:  June 18, 2008 |

**COMERICA BANK'S MOTION FOR RELIEF FROM
THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362 (d) (1)
AS TO 6611 N. BEECH DALY ROAD, DEARBORN HEIGHTS, MI**

NOW COMES Comerica Bank, by and through its attorneys, Whittington &

Aulgur, and moves the Court for an Order granting relief from the Automatic Stay of 11

U.S.C. §362 upon the following grounds:

JURISDICTION

1.      The Bankruptcy Court has jurisdiction over this matter pursuant to 28

U.S.C. §1334, 11 U.S.C.  §157 and 11 U.S.C. §362.

CLAIM FOR RELIEF

2.      Comerica Bank  (hereinafter "Comerica") is a corporation with a location

in Detroit, Michigan.

3.      On August 6, 2007 a Chapter 11 Petition initiating this proceeding was

filed by the Debtors.

4.      On June 29, 2001, non-filing borrowers, Hicham Makki and Amena

Makki, (hereinafter "Borrowers") executed and delivered a Home Equity Mortgage

(hereinafter "Mortgage 2") securing a maximum principle sum of $54,000.00 unto

Comerica.  Said Mortgage 2 created a lien upon the property therein mentioned, 6611 N.

Beech Daly Road, Dearborn Heights, MI (hereinafter the "Property") all of which is on

record in the Wayne County Recorder's Office.  A copy of said Mortgage is attached

hereto as Exhibit 'A".  On the same date the Borrowers executed a Note.

5.      On August 22, 2005 Borrowers executed and delivered a Mortgage

(hereinafter "Mortgage 1") to secure the principle sum of $280,000.00 unto Mortgage

Electronic Registration Systems, Inc. acting solely as nominee for the Debtor, American

Broker's Conduit.  Said Mortgage 1 created a lien in first position on the Property as set

forth in the title search, pertinent portions of which are attached hereto as Exhibit "B".

Upon information and belief the Debtor still holds this Mortgage 1.

7.      Debtors have no ownership interest in the Property.

8.      At present, Borrowers are contractually delinquent and Movant seeks to

exercise its contractual rights and remedies with respect to the Mortgage 2.

9.      The payoff amount on the subject Mortgage 2 is approximately

$28,275.29.  The Property has an estimated "as is" value of approximately $150,000.00

as set forth on the Broker's Price Opinion attached hereto as Exhibit "C".  After taking

into the principal amount due of $280,000 on Mortgage 1, costs of sale and Mortgage 2,

there is no equity in the Property.

10.      Any potential equity would not benefit the Debtors' Estate since the

Debtor holds no ownership interest in the Property and the Property is not necessary for

the Debtors' reorganization.

11.      The continuation of the Automatic Stay of 11 U.S.C. §362 will work real

and irreparable harm upon Movant and therefore cause exists to vacate the stay to permit

Movant to exercise its non-bankruptcy contractual rights and remedies against Borrowers

and the Property.

WHEREFORE, Comerica Bank hereby moves for an Order pursuant to 11 <u>U.S.C.</u>

§362 (d) (1) terminating the Automatic Stay for cause.

WHITTINGTON & AULGUR


/s/ Kristi J. Doughty
Robert T. Aulgur, Jr. (No.165)
Kristi J. Doughty (No. 3826)
651 N. Broad Street, Suite 206
P.O. Box 1040
Middletown, DE 19709-1040
(302) 378-1661
Attorney for Comerica Bank

Dated:  5/29/08