# EXHIBIT "B"

1000242-0000961026-8

| | | | |
|---|---|---|---|
| MAKKI, MICHAEL<br>6611 N. BEECH DALY<br>DEARBORN HEIGHTS, MI 48127 | | Active (Registered) | MOM: Y<br>Reg Date: 09/02/2005 |
| County | Wayne | | |
| Note Amount | $280,000.00 | Note Date | 08/22/2005 |
| Servicer | 1006689 - American Home Mortgage Servicing, Inc.<br>Irving, TX 75063 | | 214-260-7000 |
| SubServicer | N/A | | |

## SECURITY INSTRUMENT

| | |
|---|---|
| Mortgagee/Beneficiary | Mortgage Electronic Registration Systems, Inc. |
| Trustee | N/A |
| Security Type | Mortgage |

**Recording Details for Security**

| Date | Instrument/Doc Number | Book/Liber | Page/Folio | Type |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

## ASSIGNMENT

| | |
|---|---|
| Assign. Type | None |
| Assign. Sent Date | N/A |
| **Assignee** | |
| Name | N/A |
| Address | N/A |
| City,State,Zip | N/A |
| Contact | N/A |
| Contact Phone | N/A |
| Contact Phone Ext. | N/A |
| **Assignor** | |
| Name | N/A |
| Address | N/A |
| City, State, Zip | N/A |

**Recording Details for Assignment**

| Date | Instrument/Doc Number | Book/Liber | Page/Folio | Type |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

MERS makes no representations or warranties regarding the accuracy or reliability of the
information provided. MERS disclaims responsibility or liability for errors, omissions, and the

accuracy of any information provided. MERS does not input any of the information found on the MERS® System, but rather the MERS Members have that responsibility regarding mortgage loans in which they hold an interest. Users of this information have the responsibility to verify the accuracy, currency and completeness of the information. The information does not constitute the official legal record and is for informational purposes only. The servicer listed should be contacted for further information.