# EXHIBIT "C"

WOID: 240545   ACCES#: 240545
PROPERTY ADDRESS: 6611 N Beech Daly Rd, Dearborn Heights, MI 48127

LOAN #: 4610305149105437   FIRM NAME: GMAC Kee

FANNIE MAE SALES REP: Frederick A. Koch
COMPLETED BY:
DATE: 02/21/2008   PHONE NO: 586-871-5728

Broker Price Opinion

This BPO will have a significant impact on the marketing of this property. Every effort should be made to provide accurate and detailed information in your evaluation. Comments are always welcome and are usually necessary to describe the property and market.

## I. GENERAL MARKET CONDITIONS

Current market conditions: _Depressing  X Slow  _Stable  _Improving  _Excellent
Employment conditions: _Declining  X Stable  _Increasing
Market price of this type property has:  X Decreased 20% in past 12 months
  _Increased % in past months
  _Remained stable

Estimated percentages of owners vs. tenants in neighborhood: 95% owner occupied   5% tenant
There is a  X normal supply  _oversupply
Approximate number of comparable units for sale in neighborhood: $0
No. of competing listings in neighborhood that are REO or Corporate owners:
No. of boarded or blocked-up homes:
COMMENTS: (up to 255 characters)

## II. SUBJECT MARKETABILITY

(Space for comments at the bottom of next page)
Range of values in the neighborhood is $108,000 to $200,000
The subject is an _overimprovement  _underimprovement  X appropriate improvement for the neighborhood
Normal marketing time in this area is 180 days
Marketability of subject property is  _excellent  _good  _fair  X poor
Unit type:  X House  _Condo  _Townhouse  _Multi-family (No. of units)  _Modular
If condo or other association exists: Fees are $ /Mo. Current? _ Unpaid how many months?
The fee includes:  _Pool  _Tennis  _Insurance  _Landscape  _Other
Association Contact: Name:   Phone:
Address:

## III. COMPETITIVE CONTRACT OFFERINGS OR LISTINGS

| Item | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 6611 N Beech Daly Rd | 26810 Golfview | | 25728 W Warren | | 7516 N Lafayette | |
| Proximity to Subj. | | 1 mile | | 1 mile | | 1 mile | |
| Current List Price | $ | $165000 | | $149000 | | $124900 | |
| Original List Price | $ | $174900 | | $ | | $150000 | |
| Current Price/Gross Lv. Area. REO prop.? | $ N/A | $ N/A | REO/Corporate property? _N _Y | $ N/A | REO/Corporate property? _N _Y | $ N/A | REO/Corporate property? _N _Y |
| Data Source | realcomp | realcomp | | realcomp | | realcomp | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjust | DESCRIPTION | +(-)$ Adjust | DESCRIPTION | +(-)$ Adjust |
| DOM | | 221 | | 44 | | 118 | |
| Location | fair | good | | good | | good | |
| Site/View/Land Lease | good | good | | good | | good/good | |
| Design & Appeal | good/fair | good/good | | good/good | | bank owned | |
| Quality of Construction | good | good | | good | | bank owned | |
| Age | 1947 | 1957 | | 1962 | | 1954 | |
| Condition/Repairs/Cosmetic | good | good | | good | | bank owned | |
| Systems, Structure, Environmental | good | good | | good | | good | |
| Above Grade Room Count Gross Living Area | Total 7 / Bdrms 3 / Baths 1.0 / 1,741 Sq.Ft. | Tot 7 / Bdrm 3 / Bath 1.1 / 1,574 Sq.Ft. | | Tot 6 / Bdrm 3 / Bath 2.1 / 1,507 Sq.Ft. | | Tot 6 / Bdrm 3 / Bath 2.0 / 1,504 Sq.Ft. | |
| Basement & Finished Rooms Below Grade | slab | fin bsmt | | fin bsmt | | full | |
| Functional Utility | good | good | | good | | good | |
| Heating/Cooling | | gas f.a. & cent air/gas f.a. | | gas f.a. & cent air | | gas f.a. | |
| Garage/Carport | det/2.0 | det/2.0 | | att/2.0 | | det/2.0 | |
| Porches, Patio, Pool, etc | none | none | | none | | none | |
| Special Energy Efficient Items | none | none | | none | | none | |
| Fireplace(s) | none | none | | none | | none | |
| Other (e.g. kitchen equip, remodeling) | none | none | | none | | none | |
| Sales or Financing Concessions | | none | | none | | none | |
| Net Adj. (total) | | + - | $0 | + - | $0 | + - | $0 |
| Indicated Value of Subject | | | $165000 | | $149000 | | $124900 |

Most likely buyer: ___ X Owner Occupant ___ Investor ___ Other

Planned Marketing Actions in addition to cleaning, repairing, signage, MLS, and lock box. (be specific up to 255 chars):

Recommend repairs and your estimate cost by item. Attach addendum if additional space is needed.

$
$
$
$
$

## V. COMPETITIVE CLOSED SALES

Broker should report the days from list to sale for each sale under Date of Sale.

| Item | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Address | 6611 N Beech Daly Rd | 464 Amboy | 20623 Ann Arbor Trl | 25351 Clairview |
| Proximity to Subj. | | 1 mile | 1 mile | 1 mile |
| Sales Price | $ | $155200 | $150865 | $160050 |
| Original List Price | $ | $174900 | $159900 | $180000 |
| Current Price/Gross Lv. Area. REO prop.? | $ N/A | $ N/A¹ REO/Corporate property? _N _Y | $ N/A REO/Corporate property? _N _Y | $ N/A. REO/Corporate property? _N _Y |
| Data Source | realcomp | realcomp | realcomp | realcomp |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION +(-)$ Adjust. | DESCRIPTION +(-)$ Adjust. | DESCRIPTION +(-)$ Adjust. |
| Date of Sale | | 11-02-07 | 9-20-07 | 11-19-07 |
| Location | fair | good | good | good |
| Site/View/Land Lease | good | good | good | good |
| Design & Appeal | good/fair | good/good | good/good | good/good |
| Quality of Construction | good | good | bank owned | good |
| Age | 1947 | 1978 | 1959 | 1957 |
| Condition/Repairs/Cosmetic | good | good | bank owned | good |
| Systems, Structure, Environmental | good | good | good | good |
| Above Grade Room Count / Gross Living Area | Total 7 / Bdrms / Baths 1.0 / 1,741 Sq.Ft. | Total 7 / Bdrms 3 / Baths 1.1 / 1,612 Sq.Ft. | Total 7 / Bdrms 4 / Baths 2.1 / 1,550 Sq.Ft. | Total 7 / Bdrms 3 / Baths 2.1 / 1,523 Sq.Ft. |
| Basement & Finished Rooms Below Grade | slab | full | fin bsmt | fin bsmt |
| Functional Utility | good | good | good | good |
| Heating/Cooling | | gas f.a. & cent air | gas f.a. | gas f.a. & cent air |
| Garage/Carport | det/2.0 | det/2.0 | det/2.0 | att/2.0 |
| Porches, Patio, Pool, etc | none | none | none | none |
| Special Energy Efficient Items | none | none | none | newer furn,air,windows |
| Fireplace(s) | none | none | none | none |
| Other(e.g. kitchen equip,remodeling) | none | none | none | none |
| Sales or Financing Concessions | | none | none | none |
| Net Adj. (total) | | + - $0 | + - $0 | + - $0 |
| Indicated Value of Subject | | $155200 | $150865 | $160050 |

## VI. PROBABLE FINAL VALUE must fall within the indicated value of the sales used above:

### THE VALUE FOR THE SUBJECT PROPERTY BASED ON 120 DAYS LIST TO CONTRACT IS:

| | SUGGESTED LIST PRICE | PROBABLE SALE PRICE | AVAILABLE FINANCING | BROKER RECOMMENDS MARKETING EITHER |
|---|---|---|---|---|
| As is | $150,000 | $130,000 | Conv X FHA/VA _ Other _ | X |
| As repaired | $n/a | $n/a | Conv_ FHA/VA _ Other _ | |

Check one block below:
_ Both the interior and exterior were inspected
X Only the exterior was inspected

COMMENTS: Including specific positives on this property and special concerns, if any, such as apparent structural issues, encroachments, (up to 255 chars)

REM CORPORATION PHOTO ADDENDUM

| Loan No.: 4610395149105437 | Borrower: Hicham Makki | | |
|---|---|---|---|
| REM No.: 240545 | Address: 6611 N Beech Daly Rd | | |
| WOID: 240545 (6-digits) | City: Dearborn Heights | St.: MI | ZIP: 48127 |

Street Scene

Subject Front

Subject Front





REM CORPORATION PHOTO ADDENDUM

| Loan No.: 4610395149105437 | Borrower: Hicham Makki | | |
|---|---|---|---|
| REM No.: 240545 | Address: 6611 N Beech Daly Rd | | |
| WOID: 240545 (6-digits) | City: Dearborn Heights | St.: MI | ZIP: 48127 |

across the street

house in back of subject

Subject Side



REM CORPORATION PHOTO ADDENDUM

| Loan No.: 4610395149105437 | Borrower: Hicham Makki | | |
|---|---|---|---|
| REM No.: 240545 | Address: 6611 N Beech Daly Rd | | |
| WOID: 240545 (6-digits) | City: Dearborn Heights | St.: MI | ZIP: 48127 |

Subject Garage

Subject Backyard

Street Scene

REM CORPORATION PHOTO ADDENDUM

| | |
|---|---|
| Loan No.: 4610395149105437 | Borrower: Hicham Makki |
| REM No.: 240545 | Address: 6611 N Beech Daly Rd |
| WOID: 240545 (6-digits) | City: Dearborn Heights    St.: MI    ZIP: 48127 |

Subject Side

house to left