IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                   :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                          :
                                                                         :   Jointly Administered
          Debtors.                                                       :
                                                                         :   Ref. No. 3876
------------------------------------------------------------------------ x

## CORRECTED CERTIFICATE OF NO OBJECTION TO
## APPLICATION RE: DOCKET NO. 3876

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Third Monthly Application of the Law Offices of Cohn, Goldberg & Deutsch, LLC as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period January 1, 2008 through January 31, 2008 (the "Application"). The Court's docket, which was last updated May 27, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than May 19, 2008 at 4:00 p.m.

DB02:6684409.2                                                                             066585.1001

Pursuant to the Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals and Real Estate Brokers Utilized in the Ordinary Course and Granting Limited Nunc Pro Tunc Relief [Docket No. 2985] the Debtors are now authorized to pay 100% ($48,675.00) of requested fees and 100% of requested expenses ($67,325.59) on an interim basis without further Court order.

Dated: Wilmington, Delaware
      May 29, 2008

                                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                /s/ Ryan M. Bartley
                                James L. Patton, Jr. (No. 2202)
                                Joel A. Waite (No. 2925)
                                Pauline K. Morgan (No. 3650)
                                Sean M. Beach (No. 4070)
                                Kenneth Enos (No. 4544)
                                Margaret B. Whiteman (No. 4652)
                                Ryan M. Bartley (No. 4985)
                                The Brandywine Building
                                1000 West Street, 17th Floor
                                Wilmington, Delaware 19801
                                Telephone: (302) 571-6600
                                Facsimile: (302) 571-1253

                                Counsel for Debtors and
                                Debtors in Possession