IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x   Chapter 11
In re: :
    : Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC., :
a Delaware corporation, et al., [1] : Jointly Administered
    :
    : Objection Deadline: June 18, 2008 at 4:00
    Debtors. : p.m.
---------------------------------------------------------------------------- x   Hearing Date: N/A

## NOTICE OF APPLICATION

TO:   The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the Official Committee of Unsecured Creditors

      The **Fifth Monthly Application of the Law Offices Cohn, Goldberg & Deutsch, LLC as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period March 1, 2008 through March 31, 2008** (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $37,650.00 and interim expenses in the amount of $67,147.43.

      Objections to the Application, if any, are required to be filed on or before **June 18, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

      At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391 (Attn: Margaret B. Whiteman), counsel to the Debtors; (iii) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER MODIFYING EXISTING PROCEDURES FOR THE COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CERTAIN FORECLOSURE PROFESSIONALS AND REAL ESTATE BROKERS UTILIZED IN THE ORDINARY COURSE AND GRANTING LIMITED NUNC PRO TUNC RELIEF], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 100% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
May 29, 2008

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Ryan M. Bartley
        James L. Patton, Jr. (No. 2202)
        Pauline K. Morgan (No. 3650)
        Sean M. Beach (No. 4070)
        Matthew B. Lunn (No. 4119)
        Kara Hammond Coyle (No. 4410)
        Margaret B. Whiteman (No. 4652)
        Ryan M. Bartley (No. 4985)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253

        Counsel for Debtors and
        Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x  Chapter 11
In re:                                                       :
                                                             :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                       :
a Delaware corporation, et al.,                              :  Jointly Administered
                                                             :
                                                             :  Objection Deadline:
        Debtors.                                             :  Hearing Date: N/A
------------------------------------------------------------ x

## FIFTH MONTHLY APPLICATION OF COHN, GOLDBERG & DEUTSCH, LLC AS FORECLOSURE SERVICE PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD MARCH 1, 2008 THROUGH MARCH 31, 2008

| | |
|---|---|
| Name of Applicant: | **Cohn, Goldberg & Deutsch, LLC** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **Effective as of August 6, 2007** |
| Period for which compensation and reimbursement is sought: | **March 1, 2008 through March 31, 2008** |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | **$37,650.00** |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | **$67,147.43** |

This is an: __X__ interim ____ final application

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors. This application includes no fee component in connection with the preparation of Fee Applications.

DB02:6284742.1                                                          064657.1001

Prior applications: November 2007

|  |  | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed / Docket No. 01/24/08 2785 | Period Covered 11/01/07-11/30/07 | Fee 42,750.00.00 | Expenses 72,561.86 | Fees 34,200.00 | Expenses 72,561.86 |

Prior applications: December 2007

|  |  | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed / Docket No. 02/26/08 | Period Covered 12/01/07-12/31/07 | Fee 31,600.00 | Expenses 51,212.37 | Fees 31,600.00 | Expenses 51,212.37 |

Prior applications: January 2008

|  |  | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed / Docket No. 2985 | Period Covered 01/01/08-01/31/08 | Fee 48,675.00 | Expenses 67,325.59 | Fees 48,675.00 | Expenses 67325.59 |

Prior applications: February 2008

|  |  | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed / Docket No. | Period Covered 02/01/08-02/29/08 | Fee 28,050.00 | Expenses 48,313.42 | Fees | Expenses |

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $34,650.00 |
| Bankruptcy-related work | | $3,000.00 |
| TOTALS | N/A | $37,650.00 |

## INTERIM EXPENSES

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| | | $67,147.43 |

DB02:6284742.1

064657.1001

## VERIFICATION OF FEE APPLICATION

STATE OF MARYLAND ) 
                                 SS: 
COUNTY OF BALTIMORE )

      STEPHEN N. GOLDBERG, after being duly sworn according to law, deposes and says:

1. I am a MEMBER in the applicant firm (the "Firm") and have been admitted to the bar of the State of MARYLAND since JANUARY 14, 1972, and the DISTRICT OF COLUMBIA since JANUARY 25, 1979.

2. I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

3. The services and expenses were performed and incurred within the month subject to the foregoing Application.

4. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                                                                STEPHEN N. GOLDBERG

SWORN TO AND SUBSCRIBED 
before me this 28th day of May, 2008.

_____ 
Notary Public

DB02:6342604.1

066585.1001

**MARCH FEES**

| INVOICE NO. | LOAN NO. | DESCRIPTION OF SERVICES | DATE | AMOUNT |
|---|---|---|---|---|
| 142888 | 1000792201 | FC ATTORNEY FEE | 03/03/08 | 800.00 |
| 142954 | 100877373 | AFFIDAVIT OF DEFAULT | 03/04/08 | 50.00 |
| 142956 | 4413631 | MOTION FOR RELIEF | 03/04/08 | 750.00 |
| 142955 | 1001059386 | PROOF OF CLAIM | 03/04/08 | 150.00 |
| 142957 | 1001136126 | FC ATTORNEY FEE | 03/04/08 | 800.00 |
| 142935 | 1001331825 | FC ATTORNEY FEE | 03/04/08 | 800.00 |
| 142936 | 1001022267 | PROOF OF CLAIM | 03/04/08 | 150.00 |
| 142937 | 1000964860 | FC ATTORNEY FEE | 03/04/08 | 800.00 |
| 142938 | 1000964461 | FC ATTORNEY FEE | 03/04/08 | 800.00 |
| 142940 | 1001450104 | FC ATTORNEY FEE | 03/07/08 | 800.00 |
| 142994 | 1001532327 | FC ATTORNEY FEE | 03/05/08 | 800.00 |
| 142995 | 1001534071 | FC ATTORNEY FEE | 03/05/08 | 800.00 |
| 142996 | 1001263008 | FC ATTORNEY FEE | 03/05/08 | 800.00 |
| 142997 | 1000745649 | FC ATTORNEY FEE | 03/05/08 | 800.00 |
| 143023 | 1000730819 | FC ATTORNEY FEE | 03/05/08 | 800.00 |
| 143024 | 1000969387 | FC ATTORNEY FEE | 03/06/08 | 800.00 |
| 143025 | 1001631564 | FC ATTORNEY FEE | 03/04/08 | 800.00 |
| 143026 | 1004155885 | FC ATTORNEY FEE | 03/05/08 | 800.00 |
| 143027 | 1000895048 | FC ATTORNEY FEE | 03/04/08 | 800.00 |
| 143028 | 1001274455 | FC ATTORNEY FEE | 03/06/08 | 800.00 |
| 143029 | 1001034200 | FC ATTORNEY FEE | 03/06/08 | 800.00 |
| 143082 | 1960445 | FC ATTORNEY FEE | 03/11/08 | 800.00 |
| 143106 | 1001510824 | FC ATTORNEY FEE | 03/12/08 | 800.00 |
| 143105 | 1001368741 | FC ATTORNEY FEE | 03/12/08 | 800.00 |
| 143103 | 1001561739 | FC ATTORNEY FEE | 03/05/08 | 800.00 |
| 143144 | 1001411559 | FC ATTORNEY FEE | 03/11/08 | 800.00 |
| 143145 | 1001648765 | FC ATTORNEY FEE | 03/11/08 | 800.00 |
| 143146 | 1001451090 | FC ATTORNEY FEE | 03/11/08 | 800.00 |
| 143181 | 1001280491 | FC ATTORNEY FEE | 03/13/08 | 800.00 |
| 143199 | 1000876840 | MOTION FOR RELIEF | 03/14/08 | 650.00 |
| 143200 | 1000954223 | FC ATTORNEY FEE | 03/10/08 | 800.00 |
| 143201 | 1001605757 | PROOF OF CLAIM | 03/14/08 | 150.00 |
| 143237 | 1000741504 | PROOF OF CLAIM | 03/18/08 | 150.00 |
| 143238 | 1001296638 | FC ATTORNEY FEE | 03/20/08 | 800.00 |
| 143267 | 1001014809 | FC ATTORNEY FEE | 03/11/08 | 800.00 |
| 143293 | 1001624642 | FC ATTORNEY FEE | 03/06/08 | 800.00 |
| 143292 | 1001320451 | FC ATTORNEY FEE | 03/06/08 | 800.00 |
| 143308 | 1000902768 | FC ATTORNEY FEE | 03/19/08 | 800.00 |
| 143365 | 1000724261 | FC ATTORNEY FEE | 03/20/08 | 800.00 |
| 143366 | 1001337296 | FC ATTORNEY FEE | 03/14/08 | 800.00 |
| 143367 | 1000745649 | MOTION FOR RELIEF | 03/24/08 | 650.00 |
| 143491 | 1000976150 | PROOF OF CLAIM | 03/26/08 | 150.00 |
| 143490 | 1000708828 | PROOF OF CLAIM | 03/26/08 | 150.00 |
| 143489 | 1001655594 | FC ATTORNEY FEE | 03/25/08 | 800.00 |
| 143488 | 1001564434 | FC ATTORNEY FEE | 03/25/08 | 800.00 |
| 143516 | 1001220115 | BREACH LETTER | 03/02/08 | 150.00 |
| 143516 | 1001220115 | FC ATTORNEY FEE | 03/26/08 | 800.00 |
| 143515 | 1001289839 | FC ATTORNEY FEE | 03/26/08 | 800.00 |

| INVOICE NO. | LOAN NO. | DESCRIPTION OF SERVICES | DATE | AMOUNT |
|---|---|---|---|---|
| 143515 | 1001289839 | TITLE REFORMATION | 03/11/08 | 175.00 |
| 143536 | 1001053902 | FC ATTORNEY FEE | 03/26/08 | 800.00 |
| 143536 | 1001053902 | TITLE REFORMATION | 03/10/08 | 175.00 |
| 143535 | 1001688811 | FC ATTORNEY FEE | 03/11/08 | 800.00 |
| 143517 | 1001238898 | FC ATTORNEY FEE | 03/27/08 | 800.00 |
| 143566 | 1001298654 | FC ATTORNEY FEE | 03/25/08 | 800.00 |
| 143603 | 1000956852 | TITLE REFORMATION | 03/27/08 | 175.00 |
| 143719 | 1000661571 | FC ATTORNEY FEE | 03/27/08 | 800.00 |
| 143723 | 1001402862 | TITLE REFORMATION | 03/25/08 | 175.00 |
| 143841 | 1001187093 | MONITOR SENIOR LIEN | 03/26/08 | 200.00 |
| | | | | 37,650.00 |

**MARCH COSTS**

| INVOICE NO. | LOAN NO. | DESCRIPTION OF SERVICES | DATE | AMOUNT |
|---|---|---|---|---|
| 142956 | 4413631 | FILING COST | 03/04/08 | 150.00 |
| 142957 | 1001136126 | DISMISSAL FILING COST | 03/04/08 | 15.00 |
| 142957 | 1001136126 | AUCTIONEER COST | 03/04/08 | 125.00 |
| 142957 | 1001136126 | PRE-SALE ADVERTISING | 03/04/08 | 482.40 |
| 142934 | 842086 | TITLE REPORT | 03/03/08 | 59.00 |
| 142935 | 1001331825 | DISMISSAL FILING COST | 03/04/08 | 15.00 |
| 142935 | 1001331825 | AUCTIONEER COST | 03/04/08 | 140.00 |
| 142935 | 1001331825 | PRE-SALE ADVERTISING | 03/04/08 | 315.00 |
| 142937 | 1000964860 | AUCTIONEER COST | 03/04/08 | 140.00 |
| 142937 | 1000964860 | PRE-SALE ADVERTISING | 03/04/08 | 315.00 |
| 142938 | 1000964461 | AUCTIONEER COST | 03/04/08 | 140.00 |
| 142938 | 1000964461 | PRE-SALE ADVERTISING | 03/04/08 | 315.00 |
| 142994 | 1001532327 | AUCTIONEER COST | 03/05/08 | 140.00 |
| 142994 | 1001532327 | PRE-SALE ADVERTISING | 03/05/08 | 513.24 |
| 142995 | 1001534071 | DISMISSAL FILING COST | 03/05/08 | 15.00 |
| 142995 | 1001534071 | AUCTIONEER COST | 03/05/08 | 125.00 |
| 142995 | 1001534071 | PRE-SALE ADVERTISING | 03/05/08 | 850.80 |
| 142996 | 1001263008 | DISMISSAL FILING COST | 03/05/08 | 15.00 |
| 142996 | 1001263008 | TITLE REPORT | 03/04/08 | 300.00 |
| 142997 | 1000745649 | TITLE REPORT | 03/04/08 | 300.00 |
| 143023 | 1000730819 | AUCTIONEER COST | 03/05/08 | 140.00 |
| 143023 | 1000730819 | PRE-SALE ADVERTISING | 03/05/08 | 513.24 |
| 143024 | 1000969387 | AUCTIONEER COST | 03/06/08 | 140.00 |
| 143024 | 1000969387 | PRE-SALE ADVERTISING | 03/06/08 | 973.80 |
| 143025 | 1001631564 | DISMISSAL FILING COST | 03/04/08 | 15.00 |
| 143025 | 1001631564 | AUCTIONEER COST | 03/04/08 | 300.00 |
| 143025 | 1001631564 | PRE-SALE ADVERTISING | 03/04/08 | 659.19 |
| 143025 | 1001631564 | TITLE UPDATE | 03/04/08 | 50.00 |
| 143026 | 1004155885 | AUCTIONEER COST | 03/05/08 | 140.00 |
| 143026 | 1004155885 | PRE-SALE ADVERTISING | 03/05/08 | 470.14 |
| 143027 | 1000895048 | DISMISSAL FILING COST | 03/04/08 | 15.00 |
| 143027 | 1000895048 | AUCTIONEER COST | 03/04/08 | 140.00 |
| 143027 | 1000895048 | PRE-SALE ADVERTISING | 03/04/08 | 315.00 |
| 143028 | 1001274455 | TITLE REPORT | 03/05/08 | 300.00 |
| 143082 | 1960445 | FILING COST | 03/11/08 | 30.00 |

| | | | | |
|---|---|---|---|---|
| 143082 | 1960445 | APPOINT OF SUB TRUST | 03/11/08 | 35.00 |
| 143082 | 1960445 | AUCTIONEER COST | 03/11/08 | 300.00 |
| 143082 | 1960445 | PRE-SALE ADVERTISING | 03/11/08 | 390.88 |
| 143082 | 1960445 | TITLE UPDATE | 03/05/08 | 75.00 |
| 143082 | 1960445 | CERTIFIED NOTICES | 03/06/08 | 66.50 |
| 143106 | 1001510824 | AUCTIONEER COST | 03/12/08 | 140.00 |
| 143106 | 1001510824 | PRE-SALE ADVERTISING | 03/12/08 | 513.24 |
| 143106 | 1001510824 | TITLE UPDATE | 03/05/08 | 98.00 |
| 143105 | 1001368741 | AUCTIONEER COST | 03/12/08 | 140.00 |
| 143105 | 1001368741 | PRE-SALE ADVERTISING | 03/12/08 | 1,255.38 |
| 143105 | 1001368741 | TITLE UPDATE | 03/07/08 | 50.00 |
| 143103 | 1001561739 | AUCTIONEER COST | 03/05/08 | 140.00 |
| 143103 | 1001561739 | PRE-SALE ADVERTISING | 03/05/08 | 466.32 |
| 143144 | 1001411559 | AUCTIONEER COST | 03/11/08 | 140.00 |
| 143144 | 1001411559 | PRE-SALE ADVERTISING | 03/11/08 | 808.17 |
| 143144 | 1001411559 | TITLE UPDATE | 03/14/08 | 115.00 |
| 143145 | 1001648765 | AUCTIONEER COST | 03/11/08 | 140.00 |
| 143145 | 1001648765 | PRE-SALE ADVERTISING | 03/11/08 | 804.12 |
| 143145 | 1001648765 | TITLE UPDATE | 03/04/08 | 75.00 |
| 143146 | 1001451090 | AUCTIONEER COST | 03/11/08 | 140.00 |
| 143146 | 1001451090 | PRE-SALE ADVERTISING | 03/11/08 | 315.00 |
| 143146 | 1001451090 | TITLE UPDATE | 03/01/08 | 75.00 |
| 143181 | 1001280491 | DISMISSAL FILING COST | 03/13/08 | 15.00 |
| 143181 | 1001280491 | AUCTIONEER COST | 03/13/08 | 140.00 |
| 143181 | 1001280491 | PRE-SALE ADVERTISING | 03/13/08 | 1,200.18 |
| 143199 | 1000876840 | FILING COST | 03/14/08 | 150.00 |
| 143200 | 1000954223 | AUCTIONEER COST | 03/10/08 | 125.00 |
| 143200 | 1000954223 | PRE-SALE ADVERTISING | 03/10/08 | 894.00 |
| 143200 | 1000954223 | TITLE UPDATE | 03/03/08 | 65.00 |
| 143238 | 1001296638 | DISMISSAL FILING COST | 03/20/08 | 15.00 |
| 143238 | 1001296638 | AUCTIONEER COST | 03/20/08 | 125.00 |
| 143238 | 1001296638 | PRE-SALE ADVERTISING | 03/20/08 | 737.20 |
| 143238 | 1001296638 | TITLE UPDATE | 03/14/08 | 50.00 |
| 143238 | 1001296638 | CERTIFIED NOTICES | 02/22/00 | 53.20 |
| 143267 | 1001014809 | DISMISSAL FILING COST | 03/11/08 | 15.00 |
| 143267 | 1001014809 | FILING COST | 03/10/08 | 125.00 |
| 143267 | 1001014809 | APPOINT OF SUB TRUST | 03/10/08 | 46.00 |
| 143267 | 1001014809 | TITLE REPORT | 03/10/08 | 263.00 |
| 143267 | 1001014809 | CERTIFIED NOTICES | 03/10/08 | 26.60 |
| 143293 | 1001624642 | AUCTIONEER COST | 03/06/08 | 140.00 |
| 143293 | 1001624642 | PRE-SALE ADVERTISING | 03/06/08 | 1,171.26 |
| 143292 | 1001320451 | AUCTIONEER COST | 03/06/08 | 140.00 |
| 143292 | 1001320451 | PRE-SALE ADVERTISING | 03/06/08 | 864.00 |
| 143308 | 1000902768 | AUCTIONEER COST | 03/19/08 | 140.00 |
| 143308 | 1000902768 | PRE-SALE ADVERTISING | 03/19/08 | 1,177.20 |
| 143308 | 1000902768 | BOND PREMIUM | 03/03/08 | 93.75 |
| 143308 | 1000902768 | TITLE UPDATE | 03/14/08 | 65.00 |
| 143308 | 1000902768 | CERTIFIED NOTICES | 03/04/08 | 53.20 |
| 143365 | 1000724261 | DISMISSAL FILING COST | 03/20/08 | 15.00 |
| 143365 | 1000724261 | AUCTIONEER COST | 03/20/08 | 125.00 |
| 143365 | 1000724261 | PRE-SALE ADVERTISING | 03/20/08 | 584.00 |
| 143365 | 1000724261 | BOND PREMIUM | 03/10/08 | 93.75 |

| | | | | |
|---|---|---|---|---|
| 143365 | 1000724261 | TITLE UPDATE | 03/13/08 | 50.00 |
| 143365 | 1000724261 | CERTIFIED NOTICES | 03/11/08 | 73.15 |
| 143366 | 1001337296 | FILING COST | 03/06/08 | 125.00 |
| 143366 | 1001337296 | DISMISSAL FILING COST | 03/14/08 | 15.00 |
| 143366 | 1001337296 | APPOINT OF SUB TRUST | 03/06/08 | 40.00 |
| 143366 | 1001337296 | AUCTIONEER COST | 03/14/08 | 125.00 |
| 143366 | 1001337296 | TITLE REPORT | 03/06/08 | 273.00 |
| 143366 | 1001337296 | CERTIFIED NOTICES | 03/07/08 | 13.30 |
| 143366 | 1001337296 | ABSTRACTOR FILING COST | 03/06/08 | 98.00 |
| 143367 | 1000745649 | FILING COST | 03/24/08 | 150.00 |
| 143489 | 1001655594 | DISMISSAL FILING COST | 03/25/08 | 15.00 |
| 143489 | 1001655594 | AUCTIONEER COST | 03/25/08 | 140.00 |
| 143489 | 1001655594 | PRE-SALE ADVERTISING | 03/25/08 | 315.00 |
| 143489 | 1001655594 | BOND PREMIUM | 03/07/08 | 93.75 |
| 143489 | 1001655594 | TITLE UPDATE | 03/14/08 | 75.00 |
| 143489 | 1001655594 | CERTIFIED NOTICES | 03/10/08 | 46.55 |
| 143488 | 1001564434 | AUCTIONEER COST | 03/25/08 | 140.00 |
| 143488 | 1001564434 | PRE-SALE ADVERTISING | 03/25/08 | 315.00 |
| 143488 | 1001564434 | TITLE UPDATE | 03/06/08 | 50.00 |
| 143488 | 1001564434 | CERTIFIED NOTICES | 03/07/08 | 59.85 |
| 138147 | 1000566841 | AUDITOR | 03/13/08 | 350.00 |
| 139096 | 1000767561 | AUDITOR | 03/06/08 | 825.00 |
| 139277 | 1001277981 | AUDITOR | 03/03/08 | 350.00 |
| 140207 | 1001358849 | AUDITOR | 03/13/08 | 350.00 |
| 140236 | 1000853703 | AUDITOR | 03/06/08 | 725.00 |
| 140240 | 1000751962 | AUDITOR | 03/25/08 | 780.00 |
| 140559 | 1001483223 | AUDITOR | 03/13/08 | 350.00 |
| 140739 | 1001188149 | AUDITOR | 03/25/08 | 720.00 |
| 140974 | 1001225151 | AUDITOR | 03/19/08 | 775.00 |
| 141875 | 1001253046 | NISI | 03/07/08 | 195.00 |
| 141986 | 1001078618 | NISI | 03/17/08 | 75.00 |
| 142105 | 1001292971 | AUDITOR | 03/25/08 | 300.00 |
| 142034 | 1001650515 | NISI | 03/07/08 | 190.59 |
| 142032 | 1000896658 | NISI | 03/17/08 | 75.00 |
| 142267 | 1001289782 | NISI | 03/07/08 | 350.00 |
| 142266 | 1000830379 | NISI | 03/07/08 | 194.40 |
| 142265 | 1001168766 | NISI | 03/07/08 | 194.40 |
| 142264 | 1001103083 | NISI | 03/07/08 | 90.00 |
| 143516 | 1001220115 | FILING COST | 03/04/08 | 105.00 |
| 143516 | 1001220115 | APPOINT OF SUB TRUST | 03/04/08 | 40.00 |
| 143516 | 1001220115 | AUCTIONEER COST | 03/26/08 | 140.00 |
| 143516 | 1001220115 | PRE-SALE ADVERTISING | 03/26/08 | 466.32 |
| 143516 | 1001220115 | BOND PREMIUM | 03/10/08 | 93.75 |
| 143516 | 1001220115 | TITLE UPDATE | 03/20/08 | 50.00 |
| 143516 | 1001220115 | CERTIFIED NOTICES | 03/11/08 | 73.15 |
| 143516 | 1001220115 | ABSTRACTOR FILING COST | 03/04/08 | 75.00 |
| 143515 | 1001289839 | AUCTIONEER COST | 03/26/08 | 140.00 |
| 143515 | 1001289839 | PRE-SALE ADVERTISING | 03/26/08 | 513.24 |
| 143515 | 1001289839 | BOND PREMIUM | 03/10/08 | 93.75 |
| 143515 | 1001289839 | TITLE UPDATE | 03/20/08 | 50.00 |
| 143515 | 1001289839 | CERTIFIED NOTICES | 03/11/08 | 73.15 |
| 143536 | 1001053902 | FILING COST | 03/05/08 | 125.00 |

| | | | | |
|---|---|---|---|---|
| 143536 | 1001053902 | APPOINT OF SUB TRUST | 03/05/08 | 40.00 |
| 143536 | 1001053902 | AUCTIONEER COST | 03/26/08 | 125.00 |
| 143536 | 1001053902 | PRE-SALE ADVERTISING | 03/26/08 | 790.48 |
| 143536 | 1001053902 | BOND PREMIUM | 03/18/08 | 93.75 |
| 143536 | 1001053902 | TITLE REPORT | 03/07/08 | 245.00 |
| 143536 | 1001053902 | TITLE UPDATE | 03/21/08 | 65.00 |
| 143536 | 1001053902 | CERTIFIED NOTICES | 03/19/08 | 93.10 |
| 143536 | 1001053902 | ABSTRACTOR FILING COST | 03/05/08 | 63.00 |
| 143535 | 1001688811 | DISMISSAL FILING COST | 03/11/08 | 15.00 |
| 143535 | 1001688811 | AUCTIONEER COST | 03/11/08 | 125.00 |
| 143535 | 1001688811 | PRE-SALE ADVERTISING | 03/11/08 | 808.17 |
| 143535 | 1001688811 | TITLE UPDATE | 03/11/08 | 75.00 |
| 143517 | 1001238898 | FILING COST | 03/04/08 | 125.00 |
| 143517 | 1001238898 | APPOINT OF SUB TRUST | 03/04/08 | 40.00 |
| 143517 | 1001238898 | AUCTIONEER COST | 03/27/08 | 140.00 |
| 143517 | 1001238898 | PRE-SALE ADVERTISING | 03/27/08 | 1,192.95 |
| 143517 | 1001238898 | BOND PREMIUM | 03/10/08 | 281.25 |
| 143517 | 1001238898 | TITLE UPDATE | 03/12/08 | 25.00 |
| 143517 | 1001238898 | CERTIFIED NOTICES | 03/11/08 | 46.55 |
| 143517 | 1001238898 | ABSTRACTOR FILING COST | 03/04/08 | 93.00 |
| 143587 | 1000814356 | FILING COST | 03/13/08 | 115.00 |
| 143587 | 1000814356 | APPOINT OF SUB TRUST | 03/13/08 | 40.00 |
| 143587 | 1000814356 | TITLE REPORT | 03/10/08 | 324.00 |
| 143587 | 1000814356 | CERTIFIED NOTICES | 03/21/08 | 79.80 |
| 143566 | 1001298654 | FILING COST | 03/04/08 | 115.00 |
| 143566 | 1001298654 | DISMISSAL FILING COST | 03/25/08 | 15.00 |
| 143566 | 1001298654 | APPOINT OF SUB TRUST | 03/04/08 | 40.00 |
| 143566 | 1001298654 | AUCTIONEER COST | 03/25/08 | 140.00 |
| 143566 | 1001298654 | PRE-SALE ADVERTISING | 03/25/08 | 808.17 |
| 143566 | 1001298654 | BOND PREMIUM | 03/13/08 | 93.75 |
| 143566 | 1001298654 | TITLE UPDATE | 03/26/08 | 75.00 |
| 143566 | 1001298654 | CERTIFIED NOTICES | 03/07/08 | 53.20 |
| 143566 | 1001298654 | ABSTRACTOR FILING COST | 03/04/08 | 45.00 |
| 143602 | 1001484211 | FILING COST | 03/04/08 | 115.00 |
| 143602 | 1001484211 | APPOINT OF SUB TRUST | 03/04/08 | 40.00 |
| 143602 | 1001484211 | BOND PREMIUM | 03/14/08 | 93.75 |
| 143602 | 1001484211 | TITLE UPDATE | 03/21/08 | 75.00 |
| 143602 | 1001484211 | CERTIFIED NOTICES | 03/17/08 | 53.20 |
| 143602 | 1001484211 | ABSTRACTOR FILING COST | 03/04/08 | 45.00 |
| 143604 | 1001335666 | FILING COST | 03/04/08 | 105.00 |
| 143604 | 1001335666 | APPOINT OF SUB TRUST | 03/04/08 | 40.00 |
| 143604 | 1001335666 | BOND PREMIUM | 03/17/08 | 93.75 |
| 143604 | 1001335666 | TITLE UPDATE | 03/27/08 | 50.00 |
| 143604 | 1001335666 | CERTIFIED NOTICES | 03/18/08 | 46.55 |
| 143604 | 1001335666 | ABSTRACTOR FILING COST | 03/04/08 | 70.00 |
| 143603 | 1000956852 | FILING COST | 03/04/08 | 105.00 |
| 143603 | 1000956852 | APPOINT OF SUB TRUST | 03/04/08 | 40.00 |
| 143603 | 1000956852 | BOND PREMIUM | 03/18/08 | 93.75 |
| 143603 | 1000956852 | TITLE UPDATE | 03/27/08 | 65.00 |
| 143603 | 1000956852 | CERTIFIED NOTICES | 03/18/08 | 79.80 |
| 143603 | 1000956852 | ABSTRACTOR FILING COST | 03/04/08 | 75.00 |
| 143605 | 1001281680 | FILING COST | 03/04/08 | 105.00 |

| | | | | |
|---|---|---|---|---|
| 143605 | 1001281680 | APPOINT OF SUB TRUST | 03/04/08 | 40.00 |
| 143605 | 1001281680 | BOND PREMIUM | 03/17/08 | 93.75 |
| 143605 | 1001281680 | TITLE UPDATE | 03/27/08 | 65.00 |
| 143605 | 1001281680 | CERTIFIED NOTICES | 03/18/08 | 79.80 |
| 143605 | 1001281680 | ABSTRACTOR FILING COST | 03/04/08 | 75.00 |
| 143606 | 1001288645 | FILING COST | 03/11/08 | 105.00 |
| 143606 | 1001288645 | APPOINT OF SUB TRUST | 03/11/08 | 40.00 |
| 143606 | 1001288645 | BOND PREMIUM | 03/17/08 | 93.75 |
| 143606 | 1001288645 | CERTIFIED NOTICES | 03/18/08 | 73.15 |
| 143606 | 1001288645 | ABSTRACTOR FILING COST | 03/11/08 | 75.00 |
| 143607 | 1001307153 | FILING COST | 03/10/08 | 105.00 |
| 143607 | 1001307153 | APPOINT OF SUB TRUST | 03/10/08 | 40.00 |
| 143607 | 1001307153 | BOND PREMIUM | 03/17/08 | 93.75 |
| 143607 | 1001307153 | TITLE REPORT | 03/07/08 | 336.00 |
| 143607 | 1001307153 | CERTIFIED NOTICES | 03/18/08 | 79.80 |
| 143607 | 1001307153 | ABSTRACTOR FILING COST | 03/10/08 | 75.00 |
| 143608 | 1001498703 | FILING COST | 03/07/08 | 115.00 |
| 143608 | 1001498703 | APPOINT OF SUB TRUST | 03/07/08 | 40.00 |
| 143608 | 1001498703 | BOND PREMIUM | 03/13/08 | 93.75 |
| 143608 | 1001498703 | TITLE REPORT | 03/05/08 | 320.00 |
| 143608 | 1001498703 | TITLE UPDATE | 03/24/08 | 50.00 |
| 143608 | 1001498703 | CERTIFIED NOTICES | 03/14/08 | 46.55 |
| 143608 | 1001498703 | ABSTRACTOR FILING COST | 03/07/08 | 70.00 |
| 143688 | 1001373196 | FILING COST | 03/10/08 | 125.00 |
| 143688 | 1001373196 | APPOINT OF SUB TRUST | 03/10/08 | 40.00 |
| 143688 | 1001373196 | BOND PREMIUM | 03/18/08 | 93.75 |
| 143688 | 1001373196 | TITLE REPORT | 03/03/08 | 237.00 |
| 143688 | 1001373196 | TITLE UPDATE | 03/21/08 | 75.00 |
| 143688 | 1001373196 | CERTIFIED NOTICES | 03/19/08 | 33.25 |
| 143688 | 1001373196 | ABSTRACTOR FILING COST | 03/10/08 | 75.00 |
| 143687 | 1001456321 | FILING COST | 03/04/08 | 125.00 |
| 143687 | 1001456321 | APPOINT OF SUB TRUST | 03/04/08 | 40.00 |
| 143687 | 1001456321 | BOND PREMIUM | 03/13/08 | 93.75 |
| 143687 | 1001456321 | TITLE UPDATE | 03/19/08 | 50.00 |
| 143687 | 1001456321 | CERTIFIED NOTICES | 03/14/08 | 46.55 |
| 143687 | 1001456321 | ABSTRACTOR FILING COST | 03/04/08 | 70.00 |
| 143719 | 1000661571 | FILING COST | 03/05/08 | 125.00 |
| 143719 | 1000661571 | DISMISSAL FILING COST | 03/27/08 | 15.00 |
| 143719 | 1000661571 | AUCTIONEER COST | 03/27/08 | 125.00 |
| 143719 | 1000661571 | PRE-SALE ADVERTISING | 03/27/08 | 876.00 |
| 143719 | 1000661571 | BOND PREMIUM | 03/10/08 | 93.75 |
| 143719 | 1000661571 | TITLE REPORT | 03/03/08 | 96.00 |
| 143719 | 1000661571 | TITLE UPDATE | 03/18/08 | 35.00 |
| 143719 | 1000661571 | CERTIFIED NOTICES | 03/11/08 | 106.40 |
| 143719 | 1000661571 | ABSTRACTOR FILING COST | 03/05/08 | 75.00 |
| 143720 | 1000824640 | CERTIFIED NOTICES | 03/21/08 | 171.00 |
| 143721 | 1000824633 | TITLE UPDATE | 03/18/08 | 50.00 |
| 143721 | 1000824633 | CERTIFIED NOTICES | 03/13/08 | 171.00 |
| 143722 | 1001631564 | TITLE UPDATE | 03/26/08 | 75.00 |
| 143822 | 1001631564 | CERTIFIED NOTICES | 03/20/08 | 33.25 |
| 143723 | 1001402862 | FILING COST | 03/06/08 | 125.00 |
| 143723 | 1001402862 | APPOINT OF SUB TRUST | 03/06/08 | 40.00 |

| | | | | |
|---|---|---|---|---|
| 143723 | 1001402862 | BOND PREMIUM | 03/21/08 | 93.75 |
| 143723 | 1001402862 | TITLE REPORT | 03/04/08 | 244.00 |
| 143723 | 1001402862 | TITLE UPDATE | 03/20/08 | 65.00 |
| 143723 | 1001402862 | CERTIFIED NOTICES | 03/19/08 | 59.85 |
| 143723 | 1001402862 | ABSTRACTOR FILING COST | 03/06/08 | 93.00 |
| 143724 | 1001543808 | FILING COST | 03/06/08 | 125.00 |
| 143724 | 1001543808 | APPOINT OF SUB TRUST | 03/06/08 | 40.00 |
| 143724 | 1001543808 | BOND PREMIUM | 03/18/08 | 93.75 |
| 143724 | 1001543808 | TITLE REPORT | 03/04/08 | 324.00 |
| 143724 | 1001543808 | TITLE UPDATE | 03/28/08 | 65.00 |
| 143724 | 1001543808 | CERTIFIED NOTICES | 03/19/08 | 79.80 |
| 143724 | 1001543808 | ABSTRACTOR FILING COST | 03/06/08 | 75.00 |
| 143771 | 1001421518 | FILING COST | 03/04/08 | 105.00 |
| 143771 | 1001421518 | APPOINT OF SUB TRUST | 03/04/08 | 40.00 |
| 143771 | 1001421518 | BOND PREMIUM | 03/17/08 | 93.75 |
| 143771 | 1001421518 | TITLE UPDATE | 03/27/08 | 75.00 |
| 143771 | 1001421518 | CERTIFIED NOTICES | 03/18/08 | 53.20 |
| 143771 | 1001421518 | ABSTRACTOR FILING COST | 03/04/08 | 25.00 |
| 143773 | 1001331517 | FILING COST | 03/06/08 | 115.00 |
| 143773 | 1001331517 | APPOINT OF SUB TRUST | 03/06/08 | 40.00 |
| 143773 | 1001331517 | BOND PREMIUM | 03/19/08 | 488.40 |
| 143773 | 1001331517 | TITLE REPORT | 03/04/08 | 324.00 |
| 143773 | 1001331517 | TITLE UPDATE | 03/28/08 | 75.00 |
| 143773 | 1001331517 | CERTIFIED NOTICES | 03/20/08 | 73.15 |
| 143773 | 1001331517 | ABSTRACTOR FILING COST | 03/06/08 | 75.00 |
| 143774 | 1001527930 | FILING COST | 03/06/08 | 125.00 |
| 143774 | 1001527930 | APPOINT OF SUB TRUST | 03/06/08 | 46.00 |
| 143774 | 1001527930 | BOND PREMIUM | 03/18/08 | 93.75 |
| 143774 | 1001527930 | TITLE REPORT | 03/05/08 | 270.00 |
| 143774 | 1001527930 | TITLE UPDATE | 03/20/08 | 35.00 |
| 143774 | 1001527930 | CERTIFIED NOTICES | 03/19/08 | 93.10 |
| 143774 | 1001527930 | ABSTRACTOR FILING COST | 03/06/08 | 60.00 |
| 143808 | 433854 | FILING COST | 03/17/08 | 125.00 |
| 143808 | 433854 | APPOINT OF SUB TRUST | 03/17/08 | 46.00 |
| 143808 | 433854 | BOND PREMIUM | 03/24/08 | 93.75 |
| 143808 | 433854 | TITLE REPORT | 03/12/08 | 195.00 |
| 143808 | 433854 | TITLE UPDATE | 03/20/08 | 35.00 |
| 143808 | 433854 | CERTIFIED NOTICES | 03/25/08 | 46.55 |
| 143808 | 433854 | ABSTRACTOR FILING COST | 03/17/08 | 30.00 |
| 143807 | 1001134207 | FILING COST | 03/07/08 | 115.00 |
| 143807 | 1001134207 | APPOINT OF SUB TRUST | 03/07/08 | 40.00 |
| 143807 | 1001134207 | BOND PREMIUM | 03/20/08 | 93.75 |
| 143807 | 1001134207 | TITLE REPORT | 03/05/08 | 308.90 |
| 143807 | 1001134207 | TITLE UPDATE | 03/26/08 | 50.00 |
| 143807 | 1001134207 | CERTIFIED NOTICES | 03/21/08 | 59.85 |
| 143807 | 1001134207 | ABSTRACTOR FILING COST | 03/07/08 | 75.00 |
| 143806 | 1001150300 | FILING COST | 03/05/08 | 115.00 |
| 143806 | 1001150300 | APPOINT OF SUB TRUST | 03/05/08 | 40.00 |
| 143806 | 1001150300 | BOND PREMIUM | 03/20/08 | 93.75 |
| 143806 | 1001150300 | TITLE REPORT | 03/06/08 | 324.00 |
| 143806 | 1001150300 | TITLE UPDATE | 03/26/08 | 50.00 |
| 143806 | 1001150300 | CERTIFIED NOTICES | 03/21/08 | 106.40 |

| | | | | |
|---|---|---|---|---|
| 143806 | 1001150300 | ABSTRACTOR FILING COST | 03/05/08 | 70.00 |
| 143878 | 1000819977 | FILING COST | 03/03/08 | 115.00 |
| 143878 | 1000819977 | APPOINT OF SUB TRUST | 03/13/08 | 40.00 |
| 143878 | 1000819977 | BOND PREMIUM | 03/24/08 | 93.75 |
| 143878 | 1000819977 | TITLE REPORT | 03/11/08 | 348.00 |
| 143878 | 1000819977 | CERTIFIED NOTICES | 03/25/08 | 86.45 |
| 143878 | 1000819977 | ABSTRACTOR FILING COST | 03/13/08 | 75.00 |
| 143877 | 1000971510 | FILING COST | 03/13/08 | 105.00 |
| 143877 | 1000971510 | APPOINT OF SUB TRUST | 03/13/08 | 40.00 |
| 143877 | 1000971510 | BOND PREMIUM | 03/21/08 | 93.75 |
| 143877 | 1000971510 | TITLE REPORT | 03/11/08 | 312.00 |
| 143877 | 1000971510 | CERTIFIED NOTICES | 03/24/08 | 66.50 |
| 143876 | 1001285263 | FILING COST | 03/07/08 | 115.00 |
| 143876 | 1001285263 | APPOINT OF SUB TRUST | 03/07/08 | 40.00 |
| 143876 | 1001285263 | BOND PREMIUM | 03/24/08 | 93.75 |
| 143876 | 1001285263 | TITLE REPORT | 03/05/08 | 348.00 |
| 143876 | 1001285263 | CERTIFIED NOTICES | 03/25/08 | 79.80 |
| 143876 | 1001285263 | ABSTRACTOR FILING COST | 03/07/08 | 75.00 |
| 143866 | 1001012549 | FILING COST | 03/10/08 | 105.00 |
| 143866 | 1001012549 | APPOINT OF SUB TRUST | 03/10/08 | 40.00 |
| 143866 | 1001012549 | BOND PREMIUM | 03/24/08 | 93.75 |
| 143866 | 1001012549 | TITLE REPORT | 03/17/08 | 249.00 |
| 143866 | 1001012549 | TITLE UPDATE | 03/28/08 | 50.00 |
| 143866 | 1001012549 | CERTIFIED NOTICES | 03/26/08 | 73.15 |
| 143866 | 1001012549 | ABSTRACTOR FILING COST | 03/10/08 | 75.00 |
| 143865 | 1001585781 | FILING COST | 03/04/08 | 105.00 |
| 143865 | 1001585781 | APPOINT OF SUB TRUST | 03/04/08 | 40.00 |
| 143865 | 1001585781 | BOND PREMIUM | 03/21/08 | 93.75 |
| 143865 | 1001585781 | TITLE REPORT | 03/06/08 | 324.00 |
| 143865 | 1001585781 | CERTIFIED NOTICES | 03/24/08 | 39.90 |
| 143859 | 1001132441 | BOND PREMIUM | 03/21/08 | 93.75 |
| 143859 | 1001132441 | TITLE REPORT | 03/05/08 | 348.00 |
| 143859 | 1001132441 | TITLE UPDATE | 03/31/08 | 75.00 |
| 143859 | 1001132441 | CERTIFIED NOTICES | 03/24/08 | 66.50 |
| 143841 | 1001187093 | TITLE REPORT | 03/26/08 | 225.00 |
| 143889 | 1001691730 | TAX CERTIFICATE | 03/03/08 | 15.00 |
| 143889 | 1001691730 | TITLE UPDATE | 03/24/08 | 50.00 |
| 143889 | 1001691730 | CERTIFIED NOTICES | 03/20/08 | 37.95 |
| 143892 | 1001228821 | FILING COST | 03/04/08 | 125.00 |
| 143892 | 1001228821 | APPOINT OF SUB TRUST | 03/04/08 | 46.00 |
| 143892 | 1001228821 | BOND PREMIUM | 03/25/08 | 93.75 |
| 143892 | 1001228821 | TITLE REPORT | 03/12/08 | 286.00 |
| 143892 | 1001228821 | CERTIFIED NOTICES | 03/26/08 | 66.50 |
| 143892 | 1001228821 | ABSTRACTOR FILING COST | 03/04/08 | 75.00 |
| 143893 | 1001017163 | FILING COST | 03/07/08 | 125.00 |
| 143893 | 1001017163 | APPOINT OF SUB TRUST | 03/07/08 | 40.00 |
| 143893 | 1001017163 | BOND PREMIUM | 03/25/08 | 93.75 |
| 143893 | 1001017163 | TITLE REPORT | 03/05/08 | 218.00 |
| 143893 | 1001017163 | CERTIFIED NOTICES | 03/26/08 | 59.85 |
| 143893 | 1001017163 | ABSTRACTOR FILING COST | 03/07/08 | 63.00 |
| 143917 | 1001145794 | TITLE REPORT | 03/04/08 | 85.00 |
| 143917 | 1001145794 | TITLE UPDATE | 03/07/08 | 65.00 |

| | | | | |
|---|---|---|---|---|
| 143917 | 1001145794 | CERTIFIED NOTICES | 03/28/08 | 58.30 |
| 143918 | 1001450163 | FILING COST | 03/06/08 | 115.00 |
| 143918 | 1001450163 | APPOINT OF SUB TRUST | 03/06/08 | 40.00 |
| 143918 | 1001450163 | BOND PREMIUM | 03/17/08 | 93.75 |
| 143918 | 1001450163 | TITLE REPORT | 03/06/08 | 312.00 |
| 143918 | 1001450163 | TITLE UPDATE | 03/28/08 | 50.00 |
| 143918 | 1001450163 | CERTIFIED NOTICES | 03/18/08 | 59.85 |
| 143918 | 1001450163 | ABSTRACTOR FILING COST | 03/06/08 | 75.00 |
| 143919 | 1001438274 | FILING COST | 03/05/08 | 125.00 |
| 143919 | 1001438274 | APPOINT OF SUB TRUST | 03/05/08 | 40.00 |
| 143919 | 1001438274 | BOND PREMIUM | 03/18/08 | 93.75 |
| 143919 | 1001438274 | TITLE REPORT | 03/03/08 | 312.00 |
| 143919 | 1001438274 | TITLE UPDATE | 03/21/08 | 50.00 |
| 143919 | 1001438274 | CERTIFIED NOTICES | 03/19/08 | 39.90 |
| 143919 | 1001438274 | ABSTRACTOR FILING COST | 03/05/08 | 70.00 |
| 143920 | 1001120445 | FILING COST | 03/05/08 | 105.00 |
| 143920 | 1001120445 | APPOINT OF SUB TRUST | 03/05/08 | 40.00 |
| 143920 | 1001120445 | BOND PREMIUM | 03/21/08 | 93.75 |
| 143920 | 1001120445 | TITLE REPORT | 03/17/08 | 324.00 |
| 143920 | 1001120445 | TITLE UPDATE | 03/27/08 | 75.00 |
| 143920 | 1001120445 | CERTIFIED NOTICES | 03/24/08 | 59.85 |
| 143920 | 1001120445 | ABSTRACTOR FILING COST | 03/05/08 | 75.00 |
| 143921 | 1001481304 | FILING COST | 03/13/08 | 115.00 |
| 143921 | 1001481304 | APPOINT OF SUB TRUST | 03/13/08 | 40.00 |
| 143921 | 1001481304 | BOND PREMIUM | 03/28/08 | 93.75 |
| 143921 | 1001481304 | TITLE REPORT | 03/13/08 | 300.00 |
| 143921 | 1001481304 | CERTIFIED NOTICES | 03/31/08 | 39.90 |
| 143921 | 1001481304 | ABSTRACTOR FILING COST | 03/13/08 | 75.00 |
| 143952 | 1001321021 | FILING COST | 03/20/08 | 115.00 |
| 143952 | 1001321021 | APPOINT OF SUB TRUST | 03/20/08 | 40.00 |
| 143952 | 1001321021 | BOND PREMIUM | 03/28/08 | 93.75 |
| 143952 | 1001321021 | CERTIFIED NOTICES | 03/31/08 | 93.10 |
| 143952 | 1001321021 | ABSTRACTOR FILING COST | 03/20/08 | 75.00 |
| 143953 | 1001124771 | FILING COST | 03/06/08 | 115.00 |
| 143953 | 1001124771 | APPOINT OF SUB TRUST | 03/06/08 | 40.00 |
| 143953 | 1001124771 | BOND PREMIUM | 03/20/08 | 93.75 |
| 143953 | 1001124771 | TITLE REPORT | 03/05/08 | 199.00 |
| 143953 | 1001124771 | TITLE UPDATE | 03/27/08 | 35.00 |
| 143953 | 1001124771 | CERTIFIED NOTICES | 03/21/08 | 119.70 |
| 143953 | 1001124771 | ABSTRACTOR FILING COST | 03/06/08 | 75.00 |
| 144058 | 1001545236 | FILING COST | 03/20/08 | 115.00 |
| 144058 | 1001545236 | APPOINT OF SUB TRUST | 03/20/08 | 40.00 |
| 144058 | 1001545236 | CERTIFIED NOTICES | 03/28/08 | 53.20 |
| 144058 | 1001545236 | ABSTRACTOR FILING COST | 03/20/08 | 75.00 |
| 144059 | 1001435372 | FILING COST | 03/07/08 | 125.00 |
| 144059 | 1001435372 | APPOINT OF SUB TRUST | 03/07/08 | 40.00 |
| 144059 | 1001435372 | TITLE REPORT | 03/05/08 | 266.00 |
| 144059 | 1001435372 | ABSTRACTOR FILING COST | 03/07/08 | 93.00 |
| 144061 | 1008470834 | APPOINT OF SUB TRUST | 03/05/08 | 40.00 |
| 144061 | 1008470834 | FILING COST | 03/05/08 | 105.00 |
| 144061 | 1008470834 | APPOINT OF SUB TRUST | 03/05/08 | 40.00 |
| 144061 | 1008470834 | BOND PREMIUM | 03/17/08 | 93.75 |

| | | | | |
|---|---|---|---|---|
| 144061 | 1008470834 | TITLE REPORT | 03/07/08 | 273.00 |
| 144061 | 1008470834 | TITLE UPDATE | 03/28/08 | 65.00 |
| 144061 | 1008470834 | CERTIFIED NOTICES | 03/18/08 | 33.25 |
| 144061 | 1008470834 | ASSIGNMENT | 03/05/08 | 40.00 |
| 144061 | 1008470834 | ABSTRACTOR FILING COST | 03/05/08 | 75.00 |
| 144213 | 1001124536 | FILING COST | 03/07/08 | 115.00 |
| 144213 | 1001124536 | APPOINT OF SUB TRUST | 03/07/08 | 40.00 |
| 144213 | 1001124536 | TITLE REPORT | 03/20/08 | 300.00 |
| 144213 | 1001124536 | ABSTRACTOR FILING COST | 03/07/08 | 75.00 |
| 144249 | 1001108888 | TITLE REPORT | 03/12/08 | 85.00 |
| 144423 | 1001108749 | TAX CERTIFICATE | 03/18/08 | 15.00 |
| 144423 | 1001108749 | TITLE REPORT | 03/12/08 | 50.00 |
| 144422 | 1001039909 | FILING COST | 03/31/08 | 115.00 |
| 144422 | 1001039909 | APPOINT OF SUB TRUST | 03/31/08 | 40.00 |
| 144422 | 1001039909 | TITLE REPORT | 03/31/08 | 312.00 |
| 144422 | 1001039909 | ABSTRACTOR FILING COST | 03/31/08 | 75.00 |
| 144421 | 1001039437 | FILING COST | 03/31/08 | 115.00 |
| 144421 | 1001039437 | APPOINT OF SUB TRUST | 03/31/08 | 40.00 |
| 144421 | 1001039437 | TITLE REPORT | 03/31/08 | 312.00 |
| 144421 | 1001039437 | ABSTRACTOR FILING COST | 03/31/08 | 75.00 |
| 144302 | 1001003184 | TITLE REPORT | 03/10/08 | 60.00 |

67,147.43