IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             :   Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   :   Jointly Administered
       Debtors.                                                    :
                                                                   :   Ref. No. 3968
------------------------------------------------------------------ x

## CERTIFICATE OF NO OBJECTION TO APPLICATION
## RE: DOCKET NO. 3968

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Fourth Monthly Application of the Law Offices of Cohn, Goldberg & Deutsch, LLC as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Interim Period February 1, 2008 through February 29, 2008 (the "Application"). The Court's docket, which was last updated May 29, 2008, reflects that no objections to the Application have been filed. Objections to the Application were to be filed and served no later than May 27, 2008 at 4:00 p.m.

Pursuant to the Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals and Real Estate Brokers Utilized in the Ordinary Course and Granting Limited Nunc Pro Tunc Relief [Docket No. 2985] the Debtors are now authorized to pay 100% ($28,050.00) of requested fees and 100% of requested expenses ($48,313.42) on an interim basis without further Court order.

Dated: Wilmington, Delaware
       May 29, 2008

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ Ryan M. Bartley
    James L. Patton, Jr. (No. 2202)
    Joel A. Waite (No. 2925)
    Pauline K. Morgan (No. 3650)
    Sean M. Beach (No. 4070)
    Kenneth Enos (No. 4544)
    Margaret B. Whiteman (No. 4652)
    Ryan M. Bartley (No. 4985)
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801
    Telephone: (302) 571-6600
    Facsimile: (302) 571-1253

    Counsel for Debtors and
    Debtors in Possession