IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME<br>MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE       §
                        §  SS.:
NEW CASTLE COUNTY       §

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for American Home Mortgage Servicing, Inc. f/k/a AH Mortgage Acquisition Co., Inc., in the above-captioned action, and that on the 23rd day of May 2008, she caused copies of the following to be served upon the attached 2002 Service List via (i) Hand Delivery upon the Local Counsel listed below and (ii) First Class, U.S. Mail upon the remaining parties.

- Motion for an Order Granting the Allowance and Payment of an Administrative Expense Claim for Breaches by Certain Debtors of the Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business [Docket No. 4233]

| | |
|---|---|
| Pauline K. Morgan, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>Wilmington, DE 19801<br>(Debtors' Counsel) | Joseph M. McMahon, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207 - Lockbox #35<br>Wilmington, DE 19801 |
| Laurie S. Silverstein, Esq.<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801<br>(Bank of America) | Bonnie Glantz Fatell<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>(Committee Counsel) |

Dated: May 29, 2008

/s/ Elizabeth C. Thomas
Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

/s/ Polly Huntoon
Notary Public

POLLY JEAN HUNTOON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 13, 2008

Benjamin C. Ackerly, Esq.
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
(Calyon)

Doria Bachenheimer, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Elizabeth Banda, Esq
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430
(Cedar Hill City, Carroll ISD, Arlington ISD)

Gregory A. Bray, Esq.
Fred Neufeld, Esq.
Milbank Tweed Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
(ABN AMRO Bank)

Matthew A. Clemente, Esq.
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
(Societe Generale)

Mark D. Collins, Esq
John H. Knight, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(ABN AMBRO Bank N.V.)

Alison Conn, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Brett Barragate, Esq.
Jones Day
901 Lakeside Avenue
North Point
Cleveland OH 44114
(WLR Recovery)

Dennis J. Drebsky, Esq
Nixon Peabody, LLP
437 Madison Avenue
New York, NY 10022
(Deutsche Bank)

Mark Ellenberg, Esq.
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W.
Washington, DC 20004

Marcia L. Goldstein, Esquire
Lori Fife, Esquire
Ronit Berkovich, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(CSFB)

Thomas H. Grace, Esq
W. Steven Bryant, Esq.
Locke Liddell & Sapp
3400 JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002
JPMorgan Chase Bank, N.A.

Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
(Citigroup Global Markets Inc.)

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachuiski, Stang, Ziehl, & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
(IndyMac)

Steven K. Kortanek, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(CSFB)

Adam G. Landis, Esq
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
(JPMorgan Chase Bank, N.A.)

Lisa G. Laukitis, Esq.
Citicorp Center
Kirkland & Ellis
153 East 53rd Street
New York, NY 10022
(Citigroup Global)

Kimberly E. Lawson, Esq
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
(ZC Real Estate Tax Solutions)

Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801

Richard Miller, Esq.
Robert Honeywell, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022
(Barclays Bank PLC and Barclays Capital)

Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899
(Debtors' Counsel)

Eric K. Moser, Esq
Wilbur F. Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
(ABN AMRO Bank)

Richard P. Norton, Esq.
Reed Smith LLP
599 Lexington Ave., 29th Fl.
New York, NY 10022
(ZC Real Estate Tax Solutions)

Larry J. Nyhan, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Societe Generale)

Peter S. Partee, Esq
Scott H. Bernstein, Esq.
Hunton & Williams
200 Park Avenue, 53rd Floor
New York, NY 10166-0136
(Calyon)

John Rosenthal, Esq
Nixon Peabody, LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
(Deutsche Bank)

Corinne Ball, Esq.
Erica Ryland, Esq.
I. Lewis Grimm, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

Margot B. Schonholtz, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3 *596*
(Bank of America)

Patricia Schrage, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Stephen B. Selbst, Esq.
McDermott, Will & Emery
340 Madison Avenue
New York, NY 10173
(WestLB AG)

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205
Lewisville ISD, Garland ISD, Carrollton-Farmers
Independent ISD

Vincent Sherman, Esq.
Securities and Exchange Commission
3 World Financial Center, Room 400
New York, NY 10281

Russell C. Silberglied, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Laurie S. Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899
(Bank of America)

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
P0 Box 2046
Wilmington, DE 19899

Scott D. Talmadge, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(Bank of America)

Franklin Top, III, Esq.
Chapman and Cutler LLP
111 West Monroe St.
Chicago, IL 60603
(Wells Fargo)

William P. Weintraub, Esq
Pachuiski Stang Ziehi & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017
(IndyMac)
Andrea Sheehan, Esq.

Michael G. Wilson, Esq.
Jason W. Harbour, Esq.
Hunton & Williams
Riverfront Plaza, East Tower, 951 East Byrd Street LI LI
Richmond, VA 23219
(Calyon)

Vincent A. D'Agostino, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
(AT&T Inc.)

Mark A. Broude, Esquire
David M. Stewart, Esquire
Latham & Watkins LLP
53rd at Third, Ste. 1000
885 Third Avenue
New York, NY 10022-4068
(Orix Capital Markets LLC)

Benjamin C. Ackerly, Esquire
Michael G. Wilson, Esquire
Jason W. Harbour, Esquire
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
(Calyon NY Branch)

Karen C. Bifferato, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hurtz LLP
The Nemours Bldg.
1007 North Orange Street
Wilmington, DE 19801

Mary A. DeFalaise, Esquire
U.S. Dept. of Justice
1100 L St., NW
Room 10002
Washington, DC 20005
(GNMA)

Samuel B. Garber, Esquire
General Growth Management Inc.
110 N. Wacker Drive
Chicago, IL 60606
(As agent to General Growth Management)

Claudia Z. Springer, Esquire
Barbara K. Hager, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
(GMAC)

Harold A. Olsen, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Michael Coyne, V.P.
Washington Mutual
623 Fifth Avenue, 17th Floor
New York, NY 10022

George Kielman, Esquire
Feddie Mac
8200 Jones Branch Drive - MS 202
McLean, VA 22102
(Freddie Mac)

Karen C. Bifferato, Esquire
Christina M. Thompson, Esquire
Connolly Bove Lodge & Hurtz LLP
The Nemours Bldg.
1007 North Orange Street
Wilmington, DE 19801
(Inland US Management LLC)

Linebarger Goggan Balir & Sampson LLP
Travis Building
711 Navarro, Ste. 300
San Antonio, TX 78205
(Bexar County)

J. David Folds, Esquire
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, DC 20036-2412
(Boston Properties Ltd. Partnership)

Neil B. Glassman, Esquire
Charlene D. Davis, Esquire
Eric M. Sutty, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
(Lehman Brothers Inc.)

J. David Folds, Esquire
DLA Piper US LLP
1200 Nineteenth Street, N.W.
Washington, DC 20036-2412
(BP Kingstowne Office Bldg K LLC)

Donna L. Culver, Esquire
Robert J. Dehney, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 Market Street
Wilmington, DE 19801
(Assured Guaranty)

Ling Chow
Andrew Pickering
Assured Guaranty
1325 Avenue of the Americas
New York, NY 10019

John P. Dillion, Esquire
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064
(Angelina & Harris County)

Kathleen M. O'Connell, Esquire
SunTrust Bank
303 Peachtree Street, 36th Floor
Atlanta, GA 30308

Donna L. Culver, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801
(FGIC)

Bruce A. Wilson
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102
(FGIC)

Martin Jefferson Davis, Esquire
Office of Thrift Supervision
Harborside Financial Center Plaza Five
Suite 1600
Jersey City, NJ 07311

John R. Ashmead, Esquire
Laurie R. Binder, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
(Deutsche Bank Trust Co. Americas)

Scott K. Levine, Esquire
Platzer Swergold Karlin Levine Goldberg & Jaslow LLP
1065 Avenue of the Americas, 18th Floor
New York, NY 10018
(De Lage Landen Financial Services Inc.)

Russell C. Silberglied, Esquire
Christopher M. Samis, Esquire
Richards Layton & Finger P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(Bank of New York)

Leo T. Crowley, Esquire
Margot P. Erlich, Esquire
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039
(Bank of New York)

James E. Huggett, Esquire
Margolis Edlestein
750 S. Madison Street
Suite 102
Wilmington, DE 19801
(Ahmad Rasheed & Michael S. Surowiec)

Mary E. Olsen, Esquire
M. Vance McCrary, Esquire
J. Cecil Gardner, Esquire
The Gardner Firm
1119 Government Street
Mobile, AL 36652
(NLG Maurice & Jane Sugar Law Center)

The NLG Maurice and Jane Sugar Law Center for Economic and Social Justice
645 Griswold Street, Suite 1800
Detroit, MI 48226
(Ahmad Rasheed & Michael S. Surowiec)

Enid M. Colson, Esquire
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
(CSHV Southpark LLC)

Thomas J. Polis, Esquire
Polis & Associates
19900 MacArthur Blvd.
Suite 960
Irvine, CA 92612-8420
(Rexco LLC)

John B. Philip, Esquire
Crislip Philip & Associates
4515 Poplar Avenue
Suite 322
Memphis, TN 38117

Brian W. Bisignani, Esquire
Post & Schell P.C.
17 North 2nd Street
12th Floor
Harrisburg, PA 17101-1601
(AON Consulting)

Todd C. Schiltz, Esquire
Wolf Block Schorr and Solis-Cohen LLP
1100 N. Market Street
Suite 1001
Wilmington, DE 19801
(Wells Fargo Bank, N.A.)

Frank Top, Esquire
Chapman & Cutler LLP
111 West Monroe Street
Chicago, IL 60603
(Wells Fargo Bank N.A.)

Catherine Steege, Esquire
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611
(Fannie Mae)

Ian H. Gershengorn, Esquire
Jenner & Block LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC 20005-3823
(Fannie Mae)

Peter McGonigle, Esquire
Fannie Mae
1835 Market Street
Suite 2300
Philadelphia, PA 19103

James M. Liston, Esquire
Bartlett Hackett Feinberg PC
155 Federal Street, 9th Floor
Boston, MA 02210
(John J. Flatley & Gregory D. Stoyle)

Susheel Kirpalani, Esquire
James C. Tecce, Esquire
Joseph G. Minias, Esquire
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(Special Investigatory Litigation & Conflicts Counsel to Debtors)

Nancy Connery, Esquire
Schoeman Updike & Kaufman LLP
6 East 42nd Street
New York, NY 10165
(Counsel for STWB)

Michael J. Barrie, Esquire
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Ste. 1001
Wilmington, DE 19801
(LPLP)

Barry E. Bressler, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Ste. 3600
Philadelphia, PA 19103-7286
(LPLP)

Joseph F. Falcone III
Director, Counsel
Natixis Real Estate Capital Inc.
9 West 57th Street, 35th Floor
New York, NY 10019

Joseph Cioffi, Esquire
Miles Baum, Esquire
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
(Natixis Real Estate Capital Inc.)

Steven M. Yoder, Esquire
Eric M. Sutty, Esquire
The Bayard Firm
222 Delaware Avenue, Ste. 900
Wilmington, DE 19801
(Natixis Real Estate Capital Inc.)

Nancy Hotchkiss, Esquire
Trainor Fairbrook
P.O. Box 255824
Sacramento, CA 95865
(Creditor COWIFI IronPoint Inc.)

Missouri Dept of Revenue
Bankruptcy Unit
Attn: Sheryl L. Moreau
P.O. Box 475
Jefferson City, MO 65105-0475

Teresa K.D. Currier, Esquire
Mary F. Caloway, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street, Ste. 1410
Wilmington, DE 19801
(Counsel for Societe Generale)

Larry J. Nyhan, Esquire
Matthew A. Clemente, Esquire
David A. Hall, Esquire
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel for Societe Generale)

Richard Stern, Esquire
Michael Luskin, Esquire
Luskin Stern & Eisler LLP
330 Madison Avenue
New York, NY 10017
(Counsel for Societe Generale)

Pima County Attorney
Civil Division
Attn: German Yusufov and Terri A. Roberts
32 N. Stone, Ste. 2100
Tucson, AZ 85701

Ricardo Palacio, Equire
Benjamin W. Keenan, Esquire
Ashby & Geddes P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
(Counsel for United Guaranty Services, Inc. et al)

Laura Davis Jones, Esquire
Curtis A. Hehn, Esquire
Pachulski Stang Ziehl &
  Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
(Counsel for Indymac Bank F.S.B.)

Brad R. Godshall, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles. CA 90067-4100
(Counsel for Indymac Bank F.S.B.)

Susan D. Profant, CFCA, CLA, Paralegal
Ken Burton Jr., Manatee County Tax Collector
P.O. Box 25300
Bradenton, FL 34206-5300
819 U.S. 301 Blvd. West
Bradenton, FL 34205

William Bowden, Esq.
Ashby & Geddes PA
500 Delaware Avenue, 8th Floor
Wilmington DE 19801
(CIFG NA)

Stefanie Greer, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York NY 10036
(CIFG NA)

American Express Travel Related Services Co. Inc Corp Card
c/o Becket and Lee LLP
Gilbert Weisman, Esq.
PO Box 3001
Malvern PA 19355-0701

John Capitano
Kennedy Covington Lobdell & Hickman LLP
214 N Tyron Street, 47th Floor
Charlotte NC 28202
(NNN VF Four Resource Sq)

William Chipman, Jr., Esq.
Edwards Angell Palmer & Dodge LLP
919 N market Street, Suite 1500
Wilmington DE 19801
(Countrywide)

Nancy Loftus, Esq.
Asst County Atty
Dept of Tax Administration
12000 Government Center Parkway
Suite 549
Fairfax VA 22035

Douglas Davis, Esq.
Kelly Cornish, Esq.
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
new York NY 10019
(Bracebridge)

Neil Glassman, Esq.
Charlene Davis, Esq.
The Bayard Firm
222 Delaware Avenue
9th Floor
Wilmington DE 19801
(Bracebridge)

Thomas Leanse, Esq.
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles CA 90067
(RREEF Management)

Fred B. Ringel, Esquire
Robinson Brog Leinwand Greene
   Genovese & Gluck PC
1345 Avenue of the Americas
New York, NY  10105
(Counsel for 3445 N. Causeway Ltd. Partners)

Eric Lopez Schnabel, Esquire
Dorsey & Whitney LLP
1105 N. Market Street, 16th Floor
Wilmington, DE 19801
(Counsel for U.S. Bank Nat'l Assoc.)

Katherine A. Constantine, Esquire
Dorsey & Whitney LLP
50 South Sixth Street, Ste. 1500
Minneapolis, MN 55402
(Counsel for U.S. Bank Nat'l Assoc.)

Karen J. Stapleton
Assistant County Attorney
One Harrison Street, S.E., 5th Floor
Leesburg, VA  20175
(Counsel for The County of Loudoun, VA)

Cecil Ingram
Ada County Treasurer
200 W. Front Street, 1st Floor
Boise, ID  83702
(Counsel for Ada County Treasurer)

Margaret C. Lumsden, Equire
Unti & Lumsden LLP
302 Jefferson Street, Ste. 200
Raleigh, N.C. 27605
(Counsel for Progress Energy Carolinas, Inc.)

Brett D. Fallon, Esquire
Morris James LLP
500 Delaware Avenue, Ste. 1500
Wilmington, DE 19801
(Counsel for CitiMortgage Inc.)

Andrew J. Petrie, Esquire
Featherstone Petrie DeSisto LLP
600 17th Street, Ste. 2400 S
Denver, CO 80202-5424
(Counsel for CitiMortgage Inc.)

Jeffrey J. Newton
County Attorney for Broward County
Government Center
115 South Andrews Avenue
Ft. Lauderdale, FL 33301
(Counsel for Broward County)

Donald D. Farlow, Esquire
Burns Wall Smith and Mueller P.C.
303 E. 17th Avenue, Ste. 800
Denver, CO 80203
(Counsel for BRCP Auroa Marketplace LLC)

Madeleine C. Wanslee, Esquire
Gust Rosenfeld PLC
201 E. Washington Street
Suite 800
Phoenix, AZ 85004-2327

Kristen T. Mihelic, Esquire
Richard L. Canel, Jr., Esquire
Spector Gadon & Rosen PC
165 Market Street, 7th Floor
Philadelphia, PA 19103
(Counsel for Chesterbrook Partners LP)

Peter D. Bilowz, Esquire
Goulston & Storrs PC
400 Atlantic Avenue
Boston, MA 02110-3333
(Counsel for Richtree Enterprises LLC)

Alyssa D. Englund, Esquire
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
(WestLB AG, NY Branch)

Robert E. Greenberg, Esquire
Friedlander Misler Sloan Kletzkin & Ochsman PLLC
1101 Seventeenth Street, N.W.; Suite 700
Washington, DC 20036-4704
(Realty Assoc. Fund V LP)

Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers Rodbell & Rosenbaum P.A.
Berkshire Building
6801 Kenilworth Ave, Ste. 400
Riverdale Park, MD 20737-1385
(Counsel Prince George's Cty & Charles Cty, MD)

Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers Rodbell & Rosenbaum P.A.
Berkshire Building
6801 Kenilworth Ave, Ste. 400
Riverdale Park, MD 20737-1385
(Counsel Charles County, MD)

S. James Wallace, Esq.
Griffith McCague & Wallace PC
The Gulf Tower
707 Grant Street, 38th Floor
Pittsburgh PA 15219
(Duquesne Light Co.)

Receivable Management Services
Phyllis Hayes
PO Box 5162
Timonium MD 21094
(Agent for EMC Corporation)

Steven Kelly, Esq.
Silver & DeBoskey
1801 York Street
Denver CO 80206
(Gateway Canyon)

Geoffrey Aaronson, Esq.
Bank of America Tower
100 SE 2nd Street
27th Floor
Miami FL 33131
(Craven-Shaffer-North Bay Village)

R. Frederick Linfesty, Esq.
Iron Mountain Information Management
745 Atlantic Avenue
Boston MA 02111

Michael Lastowski, Esq.
Richard Riley, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington DE 19801
(Counsel to Impac)

Jacob A. Brown, Esquire
Akerman Senterfitt
50 N. Laura Street
Suite 2500
Jacksonville, FL 32202
(counsel for MarketWise Advisors)

Michael B. Reynolds, Equire
Joe Coleman, Esquire
Eric S. Pezold, Esquire
Snell & Wilmer LLP
600 Anton Blvd, Ste. 1400
Costa Mesa, CA 92626
(counsel for Galaxy Associates LLC)

Galaxy Associates, LLC
1220 Ensenada Avenue
Attn: James L. Hardy
Laguna Beach, CA 92651

Imperial County Treasurer-Tax Collector
Attn: Karen Vogel
940 West Main Street, Ste. 106
El Centro, CA 92243

Protection One
P.O. Box 740933
Dallas, TX 75374

Bonnie Glantz Fatell
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
(Committee Counsel)

Mark Indelicato, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York NY 10022
(Committee Counsel)