**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| American Home Mortgage Holdings, Inc., *et al.*, | : | Case No. 07-11047 (CSS) |
| | : | |
| Debtors. | : | Re: Docket No 3866 |

**CERTIFICATE OF NO OBJECTION REGARDING SEVENTH MONTHLY APPLICATION OF BLANK ROME LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF AMERICAN HOME MORTGAGE HOLDINGS, INC.,** *ET AL.***, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008 [NO ORDER REQUIRED]**

The undersigned hereby certifies as follows:

1. On April 25, 2008, Blank Rome LLP ("*Blank Rome*"), Co-Counsel to the Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., *et al.*, filed its *Seventh Monthly Application of Blank Rome LLP, Co-Counsel to The Official Committee of Unsecured Creditors of American Home Mortgage Holdings, Inc., et al. For Compensation and Reimbursement of Expenses for the Period February 1, 2008 through February 29, 2008 [Docket No. 3866]* (the "*Application*").

2. The undersigned has caused the review of the Court's docket in these cases and no objection or responsive pleading to the Application appears thereon. Further, as of the date hereof, the undersigned has not received any written objection or responsive pleading to the Application. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than May 15, 2008 at 4:00 p.m.

3. Blank Rome did receive, however, informal comments with respect to its Application from the Office of the United States Trustee (the "U.S. Trustee"). To address the comments of the U.S. Trustee, Blank Rome voluntarily agreed to reduce the costs sought by the Application by $56.00. By virtue of this voluntary reduction, the expenses sought by the

128189.01600/21691422v.1

Application are presently $2,787.54, instead of $2,840.04. A Supplemental Exhibit B to the Application that reflects the specifics with respect to this voluntary reduction was filed May 2, 2008 (Dkt. #3949).

4. Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code entered on September 4, 2007, the Debtors are authorized to pay Blank Rome LLP $15,465.20, which represents 80% of the fees requested ($19,331.50) and $2,787.54, which represents 100% of the expenses requested in the Application (as supplemented with the voluntary reduction) for the period of February 1, 2008 through February 29, 2008 upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:    June 2, 2008                **BLANK ROME LLP**

By:  */s/David W. Carickhoff*
Bonnie Glantz Fatell (DE No. 3809)
David W. Carickhoff (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, DE  19801
Telephone:  (302) 425-6400
Facsimile:  (302) 425-6464

*Co-Counsel for the Official Committee of Unsecured Creditors*