FILED

2008 MAY 20 PM 1:20

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 14, 2008

United States Bankruptcy Court
For the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Claim Number:  9979
                Robert W. Sullivan

To whom it may concern,

I am writing to you about "Objection Deadline". I have received a notice that I filed late. Unfortunately not knowing the terminology to law, "Bar Date Order" means nothing to me, But if it had said due date I would have understood.

I object to your **Debtors' Fifth Omnibus Section 502(b) of the Bankruptcy Code** for the **Claim to be Expunged**, and feel that I must be included in the claim.

I look forward to receiving information regarding my claim.

Regards,

POA for Robert W. Sullivan.
Robert W. Sullivan