*Hoffman Appraisal, Inc.*
23000 Springwood Circle
Millsboro, DE 19966
1-302-933-0690  FAX 1-302-933-0605
E-mail  hoffman_appraisal@mchsi.com

FILED
2008 MAY 22 AM 9: 26
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

United States Bankruptcy Court
For the District of Delaware
824 Market St, 3rd Floor
Wilmington, DE 19801


RE: 071-11047 CSS
     American Home Mortgage

I have been notified of identical claims against multiple Debtors. The claim number provided does not provide adequate information to determine which claims these refer to.

At this time I have 3 open invoices and a NSF check. I have attached copies of the open invoices and a copy of the check and voucher that it was to be payable for. As the appraisal fee I charge for residential reports is typically $300 I cannot determine from the data provided in the objection which invoice this refers to. The records I have indicate a balance due from this lender as $1050.

| | | |
|---|---|---|
| Invoice # K103502126 | 7-20-07 | $300 |
| Invoice #SX1343472M | 7-31-07 | $300 |
| Invoice # 1847831 | 7-19-07 | $375 |
| NSF Check # 3467698 | 7-21-07 | $75 |

If there is more data needed please feel free to contact me.


Respectfully,


Thomas P Hoffman

*Hoffman Appraisal, Inc.*

1815854
File No. K103502126

********* **INVOICE** *********

File Number: K103502126                                July 20, 2007

Homegate Settlement Services

Borrower :            Jason Discolo

Invoice # :
Order Date :
Reference/Case # :    1815854
PO Number :

291 W Darby Circle
Dover, DE  19904

|  | $ | 300.00 |
|---|---|---|
|  | $ |  |

| Invoice Total | $ | 300.00 |
|---|---|---|
| State Sales Tax @ | $ | 0.00 |
| Deposit | ($ | ) |
| Deposit | ($ | ) |
| Amount Due | $ | 300.00 |

Terms:  Payable upon receipt.

Please Make Check Payable To:

Hoffman Appraisal, Inc.
23000 Springwood Circle
Millsboro, DE 19966

Fed. I.D. #: 52-1982199

*Hoffman Appraisal, Inc.*

1854029
File No. SX1343472M

********* **INVOICE** *********

File Number: SX1343472M                    July 31, 2007

American Home Mortgage
518 Broadhollow Rd
Melville, NY 11747

Borrower :           Richard & Patricia Leach

Invoice # :
Order Date :
Reference/Case # :   1854029
PO Number :

29849 Sawmill Drive
Dagsboro, DE  19939

$     300.00
$     ------------

Invoice Total              $     300.00
State Sales Tax @          $       0.00
Deposit                   ($             )
Deposit                   ($             )
                           ------------
Amount Due                 $     300.00

Terms:   Payable upon receipt.

Please Make Check Payable To:

Hoffman Appraisal, Inc.
23000 Springwood Circle
Millsboro DE 19966

Fed. I.D. #: 52-1982199

| THOHOF<br>Ref Nbr | Invoice Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|
| 3467698 | 1809083 - BACHE | 07/05/07 | 75.00 | 75.00 | | 75.00 |

THOMAS P. HOFFMAN (VA)

HOMEGATE SETTLEMENT SERVICES

Check Amount: **********$75
Check Number: 0080

---

**HOMEGATE SETTLEMENT SERVICES**
520 Broadhollow Road
MELVILLE, NY 11747

JPMorgan Chase Bank, N.A.
Syracuse, NY 13206

50-937/213
Check # 0080648

Check Date: 7/21/2007
Check Amount: ********$75.00

PAY TO THE ORDER OF

Seventy-Five and 00/100 — — — — — — — — — — — — US DOLLARS

THOMAS P. HOFFMAN (VA)
23000 SPRINGWOOD CIRCLE
MILLSBORO, DE 19947

** Void after 90 days **

Authorized Signature

Returned by: JPMORGAN CHASE BANK, N.A.
RETURN TO: FED UTICA
FOR REASON INDICATED BELOW
REFER TO MAKER

⑆00806648⑆  ⑈021309379⑈ 6018885 30⑈

94179152  000776

*031000011*
08/01/2007
000016518170 20

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

Document Seq #
080113001603080921 9
KNDMFP02
08/01/07

[031100092] 07/31/2007
0111395790

⑆00806648⑆  ⑈021309379⑈ 6018885 30⑈

⑆0000007500

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Objection Deadline: June 4, 2008 at 4:00 p.m. (ET) |
| ) | Hearing Date: June 11, 2008 at 10:00 a.m. (ET) |
| ) | |

AHM OB8 5/12/2008 (merge2.txnum2) 4000038784

THOMAS P. HOFFMAN (VA)
23000 SPRINGWOOD CIRCLE
MILLSBORO, DE 19947

## NOTICE OF DEBTORS' EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: THOMAS P. HOFFMAN (VA)
23000 SPRINGWOOD CIRCLE
MILLSBORO, DE 19947

**Basis For Objection:** Identical claims against multiple Debtors

| | Claim Number | Claim Amount |
|---|---|---|
| **Claim to be Expunged** | 2278 | $300.00 |
| **Surviving Claim** | 2279 | $300.00 |

Claimant filed identical claims against multiple Debtors. According to the Debtors' books and records, the claim listed as Objectionable was asserted against the wrong Debtor and claimant's surviving claim (#2279) was asserted against the correct Debtor.

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. The Debtors seek by this Objection to disallow the claim listed above because you have filed identical claims against multiple Debtors. The Debtors have determined, after review of their books and records, that the claim listed in the "Expunged Claim" row was filed against the wrong Debtor, and the claim listed in the 'Surviving Claim' row above was filed against the correct Debtor. The Objection seeks to alter your rights by disallowing the claim listed above in the 'Expunged Claim' row.

Responses to the Objection, if any, must be filed on or before **June 4, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON JUNE 11, 2008 AT 10:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.