May 27, 2008

Union States Bankruptcy Court
District of Columbia
824 Market Street, 3rd Floor
Wilmington, DE 19801

Sir,

I am in receipt of a copy of the objection offered by AMERICAN HOME MORTGAGE HOLDINGS, INC. so as to disallow all disputed claims.

I object to AHMH's objection and state so here. These people are simply attempting to expunge themselves from debt that they incurred, and it should not be tolerated. I am claim number 2558 with a claim amount of $19,898.77.

Very truly yours,

Daniel N. Leeson
1821 Granger Avenue
Los Altos, CA 94024-6716
650-964-9657
email: dnleeson@sbcglobal.net

cc: Young Conaway Stargett & Taylor, LLP
The Brandywine Building
   1001 West Street, 17th Floor
   Wilmington, DE 19801