IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                              )
                                                    )  Chapter 11
AMERICAN HOME MORTGAGE                              )
HOLDINGS, INC., Delaware corporation, et al.,       )  Case No. 07-11047 (CSS)
                                                    )
        Debtors.                                    )  Jointly Administered
                                                    )
                                                    )  Objection Deadline: June 4, 2008 at 4:00 p.m. (ET)
                                                    )  Hearing Date: June 11, 2008 at 10:00 a.m. (ET)
AHM OB7 5/12/2008 (merge2.txnum2) 4000101243        )

HEINTZ, RICHARD A
3344 PORTLAND AVE
MINNEAPOLIS, MN 55407

FILED
2008 JUN -2 AM 11:16
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## NOTICE OF DEBTORS' SEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO:  HEINTZ, RICHARD A                Basis For Objection:    Claim based on Equity Interest
     3344 PORTLAND AVE
     MINNEAPOLIS, MN 55407                                    Claim Number       Claim Amount
                                      Claim to be Expunged    9283               $19,398.00

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before June 4, 2008 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON JUNE 11, 2008 AT 10:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 12, 2008
       Wilmington, Delaware

*I object to my claim being expunged*
*Richard A. Heintz  5/26/08*

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession