May 28, 2008

Re: American Home Mortgage

To Whom It May Concern:

FILED
2008 JUN -2 AM 11: 13
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

I, for one, that invested in AHM, the sum of $3,206.38, in good faith, feel they want to "stick it to the shareholders"!!

Therefore, I object to their motion(legal loophole) to writing us off!!


Very truly yours,

Carol S. Sabin
2902 Grand Avenue
Niagara Falls, New York 14301


CC: Young Conaway Stargatt & Taylor, LLP

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: June 18, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: June 25, 2008 at 10:00 a.m. (ET) |

AHM OB9 5/23/2008 (merge2.txnum2) 4000099572

SABIN, CAROL S.
2902 GRAND AVE
NIAGARA FALLS, NY 14301

## NOTICE OF DEBTORS' NINTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

| TO: SABIN, CAROL S.<br>2902 GRAND AVE<br>NIAGARA FALLS, NY 14301 | Basis For Objection: | Claim based on Equity Interest | |
|---|---|---|---|
| | | **Claim Number** | **Claim Amount** |
| | Claim to be Expunged | 7156 | $3,206.38 |

    The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the 'Claim to be Expunged' row.

    Responses to the Objection, if any, must be filed on or before **June 18, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

    At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

    A HEARING ON THE OBJECTION WILL BE HELD ON JUNE 25, 2008 AT 10:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 23, 2008
    Wilmington, Delaware

        YOUNG CONAWAY STARGATT & TAYLOR, LLP
        James L. Patton, Jr. (No. 2202)
        Pauline K. Morgan (No. 3650)
        Edward J. Kosmowski (No. 3849)
        Kara Hammond Coyle (No. 4410)
        Nathan D. Grow (No. 5014)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware 19801
        Telephone: (302) 571-6756
        Facsimile: (302) 571-1253

        Counsel to the Debtors and Debtors in Possession