HARSHAD SHAH
KALPANA SHAH
9648 SEVILLE WAY
CYPRESS CA 90630



5/26/2008

TO

HONORABLE JUDGE
CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY COURT
DISTRICT OF DEALWARE
824 MARKET ST 5TH FLOOR
WILMINGTON DELAWARE 19801

RE : OBJECTION TO ENCLOSED SEVENTH OMNIBUS ACT.
   LETTER DATED 5/12/2008

HONORABLE JUDGE

HERE WITH WE ARE SUBMITTING ALL OBJECTIONS IN THIS MATTER REFERRED AS A DEBTORS' SEVENTH OMNIBUS OBJECTION IN ORDER TO EXPUNGE OUR CLAIM BEFORE THIS COURT.

OUR CLAIM CONTAINS PRINCIPAL AMOUNT OF $ 13257.00(PAR VALUE $12500.00) WHICH IS DIRECT CLAIM AND NOT AS A EQUITY INTEREST.

IT WAS SPECIFIED WELL .

CLAIM ALSO INCLUDES LOSS OF INTEREST WHICH WE HAVE RIGHT TO CLAIM.

AMERICAN HOME MORTGAGE CO HAD OBTAINED LOAN FROM COMMON PUBLIC BY WAY OF DECEPTION AND CREATIVE MISLEADING BALANECE SHEET.

THEY HAD OPPRUNITIES TO REDEEM PRINCIPAL AT PAR VALUE. INSTEAD OF THAT THEY HAVE SEEK BANKRUPTCY PROTECTION.

THIS IS DIRECT EVIDENCE OF "THE ABUSIVE PRACTICE OF SUCH CORPORATION"

WHENEVER ANY PUBLICLY TRADING COMPANY IS ENGAGED INTO FRAUD AND DECEPTION THIS DEBATORS' SEVENTH OMNIBUS OBJECTION IS NOT APLLICABLE AT ALL.

<u>OUR CLAIM FOR PRINCIPAL AMOUT IS $12500.00
WHICH IS PAR VALUE AS PER PROSPECT OF THIS CO. FOR
THIS SECURITY,AND NEEDS TO BE PAID ASAP.</u>

<u>THERE HAS BEEN NO KNOWN DUPLICATE CLAIM HAS BEEN
FILED DIRECTLY/INDIRECTLY.</u>

YOUR PROMT ATTENTION AND HIGHEST MORALE IS EXPECTED INTO THIS MATTER.

SINCERELY

H.SHAH -----*[signature]*-----

K.SHAH -----*[signature]*-----

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| AMERICAN HOME MORTGAGE | ) Chapter 11 |
| HOLDINGS, INC., Delaware corporation, et al., | ) |
| | ) Case No. 07-11047 (CSS) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: June 4, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: June 11, 2008 at 10:00 a.m. (ET) |
| AHM OB7 5/12/2008 (mergc2.txnum2) 4000097091 | ) |

SHAH, HARSHAD & KALPANA
9648 SEVILLE WAY
CYPRESS, CA 90630-6804

## NOTICE OF DEBTORS' SEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: SHAH, HARSHAD & KALPANA
9648 SEVILLE WAY
CYPRESS, CA 90630-6804

| | Basis For Objection: | Claim based on Equity Interest | |
|---|---|---|---|
| | | Claim Number | Claim Amount |
| | Claim to be Expunged | 3876 | $17,950.00 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before June 4, 2008 at 4:00 p.m. (ET) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON JUNE 11, 2008 AT 10:00 A.M. (ET) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 12, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession