May 28, 2008

RE: Notice on the reverse side of this page

I object to the action that my claim is going to be expunged.
The debtor, American Home Mortgage Holdings, lied about the status of their business.
Their dividend was supposed to be protected.
To state that my claim is "not on account of damages" is inaccurate as the debtor's misrepresentations cost me more than $10,000.
Had the debtor been honest about their business, I would have sold this investment much earlier and been able to mitigate my loses.
The debtor paid the dividend on Friday afternoon and then rescinded the dividend on Monday morning.
This type of deceptive behavior should not be condoned by the court.
My claim for $325.50 was for the rescinded dividend.
Based upon the debtor's deception and my total loses, I believe that I should receive much more.

Thank you for your consideration in this matter.
Sincerely,

Jeffrey A. Guss

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: June 18, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: June 25, 2008 at 10:00 a.m. (ET) |

RECEIVED / FILED
JUN 02 2008
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

AHM OB9 5/23/2008 (merge2.txnum2) 4000098058

JEFFREY A. GUSS FAMILY TURST, THE
DTD 12-6-2003
846 SENECA STREET
SANTA MARIA, CA 93454-2673

## NOTICE OF DEBTORS' NINTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: JEFFREY A. GUSS FAMILY TURST, THE
DTD 12-6-2003
846 SENECA STREET
SANTA MARIA, CA 93454-2673

**Basis For Objection:** Claim based on Equity Interest

| | **Claim Number** | **Claim Amount** |
|---|---|---|
| **Claim to be Expunged** | 5191 | $325.50 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **June 18, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JUNE 25, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 23, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession