May 28, 2008

THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
824 MARKET STREET 3RD FLOOR WILMINGTON DELAWARE 19801

Subject: American Home Mortgage Holdings Inc. Case Number 07-11047 (CCS), Claim Number 3878

Attached is my **Basis Of Objection** that I have submitted to Young Conaway Starrgatt & Taylor, LCC located at the Brandywine Building 1000 West Street, 17th Floor Wilmington, DE 19801. Their letter of May 23, 2008 indicated that a objection to expunge my claim, in the amount of $6,146.29, against the subject company be sent to The United States Bankruptcy Court for the District of Delaware on or before June 18, 2008.

Sincerely,

*[signatures: Gary L. Grundy, Karen R. Grundy]*

Gary L. Grundy & Karen R. Grundy
9552 Norway Hills Trail
Lakeville MN 55044

In re:                                    ) Objection to expunging Claim
American Home Mortgage                    ) Number 3878.
Holding Inc. Claim Number 3878.           ) Case No. 07-11047 (CSS)
                                          ) Claim Amount $6,146.29

Young Conaway Starrgatt& Taylor,
LLC
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801



To: Young Conaway Starrgatt& Taylor, LLC
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, DE 19801

This document is submitted in response to your objection to my claim (No. 3878) against American Home Mortgage Holding Inc. in the amount of $6,146.29.

**Basis Of Objection:**
The Equity Interest Claim has prima *facie* validity due to the nature of the investment instrument including the following assertions:

- The ability on the part of Debtors to redeem the investment instruments at a promised, predetermined value as stated in their prospectus.

  [1] "We may not redeem the Series A Preferred Stock before July 7, 2009, except in limited circumstances to preserve our status as a **real estate investment trust**. On or after July 7, 2009, we may, at our option, redeem the Series A Preferred Stock, in whole or in part, at any time and from time to time, for cash at a price of $25.00 per share, plus accumulated and unpaid dividends, if any, to the date of redemption. Any partial redemption will be on a pro rata basis, by lot or by any other equitable manner that we determine."

- Whereas the proclaimed terms and conditions constitute a relationship between Debtor and Claimant different than a common stock transaction which was **relied** upon by the Claimant by virtue of:

  1) The Debtors promise to pay a predetermine fixed dividend [9.25%].

  2) The Debtors action to specify the amount due at redemption [$25.00 per share] including unpaid dividends.

 3) The Debtors declaration expressed in the security description that the instrument was a Preferred REIT [not a common stock].

 4) The Debtors inclusion of a specific date of redemption in the prospectus [July 7, 2008].

- Whereas the Debtor has established a **contractual obligation** by the stated terms and conditions and the nature of promise, specification, declaration, and inclusion described in 1), 2), 3) and 4). And the reliance provided the Claimant.

- The Claimant's action to include proof of purchase of the subject financial instrument [re: Trade Confirmations issued by Stifel Nicolaus].

- The Claimant's action to include an amount certain [$6,146.29].

The **Basis Of Objection** described herein stands for all other claims against American Home Mortgage Holding Inc. by the Claimant should they become the subject of an objection by the Debtor.

Dated: May 28, 2008
Lakeville, MN.

_____    May 28, 2008
Gary L. Grundy             Date

_____    5/28/2008
Karen R. Grundy            Date

JTWROS Claimants
9552 Norway Hills Trail
Lakeville MN. 55044

[1] An excerpt from the Debtor's prospectus

ad/gg