ON THE OTHER SIDE IS THE 1ST PAGE OF IT THAT I'M TO RESPOND TO. I DON'T REALLY UNDERSTAND IT ALL.

I'M RETIRED, AS IS MY WIFE WHO DID WHEN OUR FIRST SON WAS BORN WHO LAST WEEK TOOK ME TO A BASEBALL GAME AT DODGER STADIUM TO SEE THE ST. LOUIS CARDINALS WHO WE ROOT FOR. MY SON 39, GRANDSONS 7+9 + ME 72. ALL OF US WEARING RED CARDINAL CAPS JUST LIKE 30 YEARS AGO (WHERE DID THEY GO 30 YRS) WHEN I TOOK MY DAD + TWO BOYS (STL WON 2x)

I INVESTED IN AMERICAN HOME MORTGAGE FOR INCOME (THE DIVIDENDS IN CASH) BECAUSE MY PENSION NEVER GOES UP WHEN EVERYTHING ELSE DOES AND WHAT SOCIAL SECURITY GOES UP IS TAKEN AWAY AS MEDI-CARE DEDUCTIONS GO UP.

ANYWAY WHAT I GET FROM THIS 17 PAGES IS MY STOCK WHICH IS WORTHLESS BUT ONCE WORTH ALMOST 6000.00 (A LARGE AMOUNT FOR ME) AND IS A CLAIM AGAINST AMERICAN HOME MORTGAGE IS BEING OBJECTED BY THE LAWYERS FOR AMERICAN HOME MORTGAGE!? ARE THEY SAYING I WAS A POOR STEWARD IN INVESTING IN AMERICAN H.M.?! WELL I OBJECT THEIR OBJECTION AS I THINK IT WAS POOR STEWARDSHIP ON AMERICAN H.M. FOR MAKING LOANS TO PEOPLE WHO COULDN'T AFFORD THEM. —

IT SEEMS WE LIVE IN A WORLD WHERE LITTLE GUYS LIKE ME ARE ALWAYS GETTING THE SHAFT BY GREEDY BIG DOG CEO'S LIKE ENRON, ETC. — BIG BUSINESS CROOKS TAKING YOUR $ AND SMALL TIME CROOKS DRILLING HOLES IN YOUR GAS TANK FOR GASOLINE.

NOW I DON'T KNOW IF THIS LETTER I'M SENDING TO THE BANKRUPTCY COURT ON OTHER SIDE OF THIS AND THE FAX I'M SENDING TO (302)-571-1253 OF BOTH SIDES OF THIS IS ENOUGH OR NOT BUT I CAN'T AFFORD A LAWYER TO EXPLAIN IT ALL.

NO DOUBT THE ONLY SATISFACTION I WILL GET IS KNOWING EVERYONE WILL ONE DAY FACE THE ONLY JUDGE WHO COUNTS WHO WILL JUDGE OUR GOOD AND BAD ACTIONS. THE ONE AND ONLY TRUE GOD WHO CREATED EVERYTHING AND KNOWS EVERYTHING. AND BECAUSE WE ARE ALL UNWORTHY OF JOINING HIM IN HEAVEN, GOD THE FATHER SENT GOD THE SON JESUS CHRIST TO TAKE ON ALL THE WORLDS SINS, EVERYONES SINS, TO SUFFER AND DIE. BUT BECAUSE HE DEFEATED DEATH AND ROSE FROM THE DEAD WE ALL HAVE A CHANCE TO LIVE IN HEAVEN. GOD'S FINAL SOLUTION WAS ANYONE WHO PERSONALLY IN HIS HEART BELIEVES JESUS WIPED OUT THEIR SINS GAINS ETERNAL LIFE. AND THIS CAN BE DONE ON YOUR FINAL BREATH. DON'T EXPECT ME TO EXPLAIN THE HOLY TRINITY "3 PERSON'S IN ONE GOD, THE HOLY SPIRIT WHICH IS THE 3RD AND GUIDING ME TO WRITE THIS. (CALL ME) PEOPLE ASK, WHY DOES YOUR GOD ALLOW EVIL? MY GOD WANTS US TO WORSHIP AND GLORIFY HIM. GOD ALLOWS SATAN TO RULE THE EARTH. IF YOU DON'T KNOW WHAT UNRIGHTIONESS IS HOW CAN YOU KNOW TRUE RIGHTIONESS WHICH IS GOD.

*[Left margin:]* THE ONLY REAL IMPORTANCE OF THIS LETTER IS THE LAST PART

*[Address label:]* Richard C. Gillham, 849 W. 30th St., San Pedro, CA 90731-6639  peace

*[Bottom left margin:]* MY HOPE IS FOR ALL TO BE SAVED  THANK YOU  RICHARD GILLHAM  310-832-9159

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., Delaware corporation, et al., ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | **Objection Deadline: June 18, 2008 at 4:00 p.m. (ET)** |
| ) | **Hearing Date: June 25, 2008 at 10:00 a.m. (ET)** |
| ) | |

AHM OB9 5/23/2008 (merge2.txnum2) 4000096977

GILHAM FAMILY TRUST 3/11/98, THE
RICHARD C GILHAM TTEE
LOIS J GILHAM TTEE
849 W 30TH ST
SAN PEDRO, CA 90731-6639

## NOTICE OF DEBTORS' NINTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

**TO:** GILHAM FAMILY TRUST 3/11/98, THE
RICHARD C GILHAM TTEE
LOIS J GILHAM TTEE
849 W 30TH ST
SAN PEDRO, CA 90731-6639

**Basis For Objection:** Claim based on Equity Interest

| | **Claim Number** | **Claim Amount** |
|---|---|---|
| **Claim to be Expunged** | 3722 | $5,741.44 |

      The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the 'Claim to be Expunged' row.

      Responses to the Objection, if any, must be filed on or before **June 18, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

      At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

      A HEARING ON THE OBJECTION WILL BE HELD ON **JUNE 25, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 23, 2008
      Wilmington, Delaware

                              **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
                              James L. Patton, Jr. (No. 2202)
                              Pauline K. Morgan (No. 3650)
                              Edward J. Kosmowski (No. 3849)
                              Kara Hammond Coyle (No. 4410)
                              Nathan D. Grow (No. 5014)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6756
                              Facsimile: (302) 571-1253

                              Counsel to the Debtors and Debtors in Possession