# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, *et al.*, | : Case No. 07-11047 (CSS) |
| | : |
| | : Jointly Administered |
| Debtors. | : |
| | : Related Doc Nos. 2403, 3324, 3957, 4111, 4117, 4347 |

## NOTICE OF COMPLETION OF BRIEFING REGARDING FIRST AND SECOND QUARTERLY APPLICATIONS OF NORTHWEST TRUSTEE SERVICES, INC. FOR AWARD OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES

PLEASE TAKE NOTICE that briefing concerning the *First Quarterly Application of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement as Foreclosure Professionals to the Debtors-in-Possession for the Period from August 6, 2007 through October 31, 2007* [Docket No. 2403] (filed on December 17, 2007), and the *Second Quarterly Application of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession from the Period from November 1, 2007 through January 31, 2008* [Docket No. 3324] (filed on March 17, 2007) is now complete and ready for consideration by this Court.

The relevant pleadings are as follows:

1. *Opening Brief in Support of First and Second Quarterly Applications of Northwest Trustee Services, Inc. for Award of Compensation for Services Rendered and Reimbursement of Expenses* [Docket No. 3957] (filed on May 2, 2008); and

2. *Brief of the United States Trustee in Response to the First and Second Quarterly Fee Applications of the Northwest Trustee Services, Inc. (Related to Docket Entry #s 2403, 3324)* [Docket No. 4111] (filed on May 21, 2008); and

1

3. *Joint Answering Brief Regarding First and Second Quarterly Applications of Northwest Trustee Services, Inc. for Award of Compensation for Services Rendered and Reimbursement of Expenses* [Docket No. 4117] (filed on May 21, 2008); and

4. *Reply Brief in Support of First and Second Quarterly Applications of Northwest Trustee Services, Inc. for Award of Compensation for Services Rendered and Reimbursement of Expenses* [Docket No. 4347] (filed on June 3, 2008).

Dated: June 4, 2008

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Jeffrey C. Wisler (No. 2795)
Christina Thompson (No. 3976)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141

*Attorneys for Northwest Trustee Services, Inc.*

#614992