## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 4th day of June, 2008, I caused a copy of the *Notice of Completion of Briefing Regarding First and Second Quarterly Applications of Northwest Trustee Services, Inc. for Award of Compensation for Services Rendered and Reimbursement of Expenses* to be served in the manner indicated on the following parties.

**BY HAND DELIVERY**

Mathew B. Lunn, Esq.
Sean M. Beach, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Bonnie Glantz Fatell, Esq.
David W. Carickhoff, Jr., Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Joseph McMahon, Esq.
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Victoria Counihan, Esq.
Greenberg Traurig LLP
1007 N. Orange Street, Suite 1200
Wilmington, DE 19801

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE 19801

**BY FIRST CLASS U.S. MAIL**

Corinne Ball, Esq.
Erica M. Ryland, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

**BY FACSIMILE**

Mark T. Power, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022
(212) 478-7400


_____ Wisler

#615012