IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------- x
In re:                                                      : Chapter 11
                                                            :
AMERICAN HOME MORTGAGE                                      : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]          :
                                                            : Jointly Administered
          Debtors.                                          :
                                                            : Related Document No. 4338
----------------------------------------------------------- x

**NOTICE OF WITHDRAWAL OF SUPPLEMENT TO MOTION OF
AMERICAN HOME MORTGAGE SERVICING, INC., FORMERLY
KNOWN AS AH MORTGAGE ACQUISITION CO., INC., FOR AN
ORDER GRANTING THE ALLOWANCE AND PAYMENT OF AN
ADMINISTRATIVE EXPENSE CLAIM FOR BREACHES BY CERTAIN
DEBTORS OF THE ASSET PURCHASE AGREEMENT FOR
THE SALE OF THE DEBTORS' MORTGAGE SERVICING BUSINESS**

PLEASE TAKE NOTICE that on June 2, 2008, American Home Mortgage Servicing, Inc., a Delaware corporation formerly known as AH Mortgage Acquisition Co., Inc. (the "Purchaser"), filed its *Supplement to Motion of American Home Mortgage Servicing, Inc., Formerly Known as AH Mortgage Acquisition Co., Inc., for an Order Granting the Allowance and Payment of an Administrative Expense Claim for Breaches by Certain Debtors of the Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business [Docket*

---

[1] The above-captioned debtors and debtors in possession in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation, formerly known as American Home Mortgage Servicing, Inc. (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

DLI-6192199v2
DEL 86220446v1 *June 4, 2008*

*No. 4338]* (the "Supplement") to provide exact amounts for certain components of the Purchaser's administrative claim for which the Purchaser provided estimated amounts in its motion for allowance and payment of administrative claim [Docket No. 4223].

PLEASE TAKE FURTHER NOTICE that subsequent to the filing of the Supplement, the Purchaser's ongoing review of its books and records identified certain additional information that may impact certain of the amounts set forth in the Supplement and the Supplemental Declaration of Joel Gendron attached thereto as Exhibit A (the "Supplemental Gendron Declaration"). Accordingly, to ensure that the amounts are accurate and pending the Purchaser's confirmation of the amounts, the Purchaser hereby withdraws the Supplement and the Supplemental Gendron Declaration.

PLEASE TAKE FURTHER NOTICE that the Purchaser's withdrawal of the Supplement does not affect the Motion of American Home Mortgage Servicing, Inc., Formerly Known as AH Mortgage Acquisition Co., Inc., for an Order Granting the Allowance and Payment of an Administrative Expense Claim for Breaches by Certain Debtors of the Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business [Docket No. 4223] (the "Motion"), which remains pending before the Court.

PLEASE TAKE FURTHER NOTICE that the Purchaser will file a new supplement to the Motion once the Purchaser has confirmed all amounts.

PLEASE TAKE FURTHER NOTICE that the Purchaser has agreed to extend the deadline for the Debtors and the creditors' committee to respond to the Motion until three business days after the Purchaser files a new supplement to the Motion with the final amounts.

Dated: June 4, 2008
      Wilmington, Delaware

GREENBERG TRAURIG, LLP

/s/ Victoria W. Counihan
Victoria W. Counihan (BAR #3488)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
counihanv@gtlaw.com

and

JONES DAY
Keith C. McDole (TX 13533740)
Daniel P. Winikka (TX 00794873)
Robert J. Jud (TX 24041217)
2727 North Harwood Street
Dallas, Texas 75201-1515
(214) 220-3939

Counsel for American Home Mortgage Servicing, Inc., formerly known as AH Mortgage Acquisition Co., Inc.