## CERTIFICATE OF SERVICE

    I, Elihu E. Allinson, III, do hereby certify I am not less than 18 years of age and that on this 4th day of June 2008, I caused a copy of the within *Response of Norman Loftis to Debtors' Eighth Omnibus Objection (Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1* to be served upon the parties listed below via hand delivery and upon those parties who have agreed to accept electronic service via electronic transmission:

**HAND DELIVERY**
YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr, Esq.
Pauline K. Morgan, Esq.
Edward J. Kosmowski, Esq.
Kara Hammond, Esq.
Nathan D. Grow, Esq.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

    Under penalty of perjury, I declare that the foregoing is true and correct.


*June 4, 2008*                                      */s/Elihu E. Allinson, III*
Date                                                 Elihu E. Allinson, III