**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., a Delaware corporation,<br>et al.,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Robert W. Mallard, certify that on the 4th day of June, 2008, I caused the **Response of U.S. National Bank Association, in Its Capacity as Trustee, to the Debtors' Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1,** to be served upon the following parties in the manner indicated.

**VIA HAND DELIVERY**

James L. Patton, Jr.
Pauline K. Morgan
Edward J. Kosmowski
Kara Hammond Coyle
Nathan D. Grow
YOUNG CONAWAY STARGATT &
   TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

                              DORSEY & WHITNEY LLP

                               /s/ Robert W. Mallard
                              Robert W. Mallard (DE No. 4279)
                              1105 North Market Street, 16th Floor
                              Wilmington, DE 19801
                              Telephone: (302) 425-7164