Jackson.M4Relief / W8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., et al., | ) | Case No. 07-11047 (CSS) |
| | ) | (Jointly Administered) |
| **Debtors.** | **)** | Hearing:  June 25, 2008 @ 10:00 a.m. |
| | ) | Response Date:  June 18, 2008 |

### MOTION FOR REFIEF FROM STAY

Now comes JO ANN JACKSON, an individual, by and through her attorneys, WHITTINGTON & AULGUR and MAGEE, NEGELE & ASSOCIATES, P.C., and moves this Honorable Court for entry of an Order for relief from stay, and in support thereof states as follows:

1. American Home Mortgage Acceptance (the Debtor herein) is a Creditor of Jo Ann Jackson.

2. Jo Ann Jackson's indebtedness to American Home Mortgage arose from a previous Note and Mortgage executed on April 30, 2004 for which American Home Mortgage secured its interest in the property commonly known as 909 Prescott Street, Waukegan, Illinois.

3. On or about August 31, 2006, American Home Mortgage sought enforcement of its security interest in the aforesaid real estate and commenced foreclosure proceedings against Jo Ann Jackson in the Circuit Court of Lake County, Illinois.

4. On or about November 8, 2006, American Home Mortgage Acceptance obtained a judgment Order and the aforesaid real estate was subsequently sold at public sale and assigned to American Home Mortgage Acceptance, Inc.

5. On or about January 3, 2007, American Home Mortgage Acceptance, Inc. obtained a deficiency judgment in the Circuit Court of Lake County, Illinois against Jo Ann Jackson in the amount of $16,249.87 and recorded a Memorandum of Judgment in the Office of the Lake County Recorder of Deeds as document No. 6117582 against Debtor's personal residence commonly known as 3170 West Monroe, Unit 217, Waukegan, Illinois 60085.

6. On August 21, 2007, Jo Ann Jackson filed a voluntary Petition in the Northern District of Illinois as Case No. 07-15115 for relief under Chapter 7 of the United States Bankruptcy Code.

7. American Home Mortgage Acceptance was given notice of Jo Ann Jackson's bankruptcy filing.

8. On or about October 18, 2007, Jo Ann Jackson moved the Court in the Northern District of Illinois for entry of an Order finding and declaring the judgment lien claim of American Home Mortgage Acceptance cancelled and avoided as to Jackson's personal real property. A copy of that Motion is attached hereto as Exhibit "A". A copy of the proposed Order avoiding the lien is attached hereto as Exhibit "B".

9. As set out in the attached copy of that Motion, the Debtor has no significant equity in the subject real estate and the real estate is not necessary for an effective reorganization. Attached hereto as Exhibit "C" is a Comparative Market Analysis reflecting a suggested market price of $65,471.00.

10. The existence of American Home Mortgage Acceptance, Inc.'s judgment lien on Jo Ann Jackson's personal residence impairs the homestead exemption to which Jackson has claimed and is entitled to by law under 735 ILCS 5/12-901.

11. On or about November 19, 2007, Jo Ann Jackson was granted a discharge under Section 727 of the United States Bankruptcy Code.

12. Jo Ann Jackson's bankruptcy case remains open for the purpose of her motion to avoid American Home Mortgage's judicial lien.

13. The protection afforded American Home Mortgage in its pending bankruptcy proceeding requires Jackson to formally request relief from stay from the Delaware Bankruptcy Court for permission to seek avoidance of the American Home Mortgage judicial lien in Illinois.

WHEREFORE, JO ANN JACKSON moves for entry of an Order granting relief from stay in these proceedings for the limited purpose of allowing her to seek avoidance of American Home Mortgage Acceptance's judicial lien.

WHITTINGTON & AULGUR

Date: 6/4/08

By: /s/ Kristi J. Doughty
Robert T. Aulgur, Jr. (No.165)
Kristi J. Doughty (No. 3826)
651 N. Broad Street, Suite 206
P.O. Box 1040
Middletown, DE 19709-1040
(302) 378-1661

AND

James T. Magee [#1729446]
MAGEE, NEGELE & ASSOCIATES, P.C.
444 North Cedar Lake Road
Round Lake, Illinois 60073
(847) 546-0055

Attorneys for Movant. Jo Ann Jackson