UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
)
JO ANN JACKSON, ) CASE NO. 07-15115
)
Debtor. )

## NOTICE OF MOTION

TO:  American Home Mortgage           American Home Mortgage          Mr. Joseph E. Cohen
     c/o Codilis & Associates, P.C.   c/o Young Conway Stargatt       Trustee in Bankruptcy
     15W030 N. Frontage Rd., #100     & Taylor, LLP                   105 West Madison Street
     Burr Ridge, IL 60527             The Brandywine Building         Suite 1100
                                      P. O. Box 391                   Chicago, IL 60602
     American Home Mortgage           Wilmington, DE 19899-0391
     P. O. Box 100504                                                 United States Trustee
     Florence, SC 29501-0504                                          227 West Monroe Street
                                                                      Suite 3350
                                                                      Chicago, IL 60606

On October 26, 2007 at 1:00 P.M. or as soon thereafter as counsel may be heard, I shall appear before the Honorable A. Benjamin Goldgar, in the Courtroom usually occupied by him at the Lake County Courthouse at 18 North County Street, Annex Building, Courtroom 206, Waukegan, Illinois and shall then and there present the attached Motion to Avoid Judicial Lien and request hearing instanter thereon.

James T. Magee [#1279446]
MAGEE, NEGELE & ASSOCIATES, P.C.
Attorneys for Debtor
444 North Cedar Lake Road
Round Lake, Illinois 60073
(847) 546-0055

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF L A K E    )

The undersigned being first duly sworn on oath deposes and states that she mailed a true and correct copy of the Motion to Avoid Lien to whom this Notice is directed by United States Mail, proper postage prepaid, and delivering same to the United States Post Office facility at Round Lake Beach, Illinois at 5:15 P.M. on this 18th day of October, 2007.

Subscribed and sworn to before me this 18th day of October, 2007.

Notary Public

**"OFFICIAL SEAL"**
JAMES T. MAGEE
Notary Public, State of Illinois
My Commission Expires Oct. 29, 2009

Disk W-8 / Jackson.Mot2Avoid

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JO ANN JACKSON, ) | CASE NO. 07-15115 |
| ) | |
| Debtor. ) | |

### MOTION TO AVOID JUDICIAL LIEN

Now comes the Debtor, JO ANN JACKSON, by her Attorneys, MAGEE, NEGELE & ASSOCIATES, P.C., and moves the Court to enter its Order avoiding the judgment lien claim of Creditor, AMERICAN HOME MORTGAGE a/k/a AMERICAN HOME MORTGAGE ACCEPTANCE, INC., and in support of this Motion, Debtor states as follows:

1. This case was commenced by the filing, on August 21, 2007, of a voluntary Petition under Chapter 7 of the United States Bankruptcy Code.

2. This Motion is brought pursuant to 11 U.S.C. Section 522(f)(1)(A) and Bankruptcy Rule 4003(d) to avoid a judgment lien upon the Debtor's residence.

3. On or about January 3, 2007, Creditor, AMERICAN HOME MORTGAGE ACCEPTANCE, INC., obtained a judgment in the Circuit Court of Lake County against Debtor in the amount of Sixteen Thousand, Two Hundred Forty-Nine and 87/100 ($16,249.87) Dollars and recorded a Memorandum of Judgment in the Office of the Lake County Recorder of Deeds as Document No. 6117582 against Debtor's personal residence commonly known as 3170 West Monroe, Unit 217, Waukegan, Illinois 60085.

4. Debtor's personal residence is legally described as follows:

PARCEL 1: UNIT 217 IN THE ONAN SUITES CONDOMINIUM, AS DELINEATED ON THE SURVEY OF PART OF THE WEST HALF OF SECTION 19, TOWNSHIP 45 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN LAKE COUNTY, ILLINOIS, WHICH SURVEY IS ATTACHED AS EXHIBIT "A" TO THE DECLARATION OF CONDOMINIUM OWNERSHIP RECORDED APRIL 18, 1994 AS DOCUMENT 3527258 AS AMENDED FROM TIME TO TIME, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS.

PARCEL 2: EASEMENT FOR INGRESS AND EGRESS FOR THE BENEFIT OF PARCEL 1 OVER THE SOUTH 25 FEET OF THAT PART OF THE SOUTH 208.0 FEET OF THE SOUTH ½ OF GOVERNMENT LOT 1 IN THE NORTHWEST ¼ OF SECTION 19, TOWNSHIP 45 NORTH, RANGE 12, EAST OF TEE THIRD PRINCIPAL MERIDIAN, LYING WEST OF GREEN BAY ROAD (EXCEPT THE WEST 493.0 FEET THEREOF), AS GRANTED IN THE DEED DATED AUGUST 1, 1991 AND RECORDED AUGUST 2, 1991 AS DOCUMENT 3047609, IN LAKE COUNTY, ILLINOIS.

PARCEL 3: EASEMENT FOR INGRESS AND EGRESS FOR THE BENEFIT OF PARCEL 1 OVER THAT PART OF THE SOUTH ½ OF THE NORTHWEST ¼ OF SECTION 19, TOWNSHIP 45 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF THE SOUTH 208.0 FEET OF THE WEST 493.0 FEET OF THE SOUTH ½ OF GOVERMENT LOT 1 IN SAID QUARTER SECTION; THENCE DUE WEST 4 RODS MORE OR LESS TO THE EAST LINE OF FREDERICK H. BARTLETT'S FIRST ADDITION TO NORTH SHORE GARDENS RECORDED AS DOCUMENT 245983; THENCE DUE NORTH 30.0 FEET ALONG THE EAST LINE OF SAID SUBDIVISION; THENCE EAST 4 RODS; THENCE DUE SOUTH 30.0 FEET TO THE POINT OF BEGINNING, AS RESERVED IN THE DEED DATED NOVEMBER 22, 1994 AND RECORDED JANUARY 17, 1995 AS DOCUMENT 3635849, IN LAKE COUNTY, ILLINOIS.

PARCEL 4: RIGHT OF EXCLUSIVE USE OF LIMITED COMMON ELEMENTS GARAGE SPACE NUMBER 39.

5. The aggregate present fair cash value of the aforesaid real property does not exceed Seventy-Five Thousand, Five Hundred and 00/100 ($75,500.00) Dollars.

6. The subject real property is presently subject to first and second mortgages of record as follows:

| **Mortgage Holder** | **Mortgage Note / Lien Amount** |
|---|---|
| Mortgage Service Center | $42,295.00 |
| Homecomings Financial | $26,908.00 |

7. The existence of the Creditor's judgment lien on Debtor's personal residence impairs the Debtor's homestead exemption to which the Debtor has claimed and is entitled to under 735 ILCS 5/12-901.

WHEREFORE, Debtors move the Court for entry of an Order finding and declaring the lien claim of Creditor, AMERICAN HOME MORTGAGE a/k/a AMERICAN HOME MORTGAGE ACCEPTANCE, INC., cancelled and avoided as to Debtor's above described real property, and for entry of such further Order as may be appropriate or just.

JO ANN JACKSON, Debtor;

by _____
James T. Magee, her Attorney.

James T. Magee [#1729446]
MAGEE, NEGELE & ASSOCIATES, P.C.
444 North Cedar Lake Road
Round Lake, Illinois 60073
(847) 546-0055