# UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

### Name of Presiding Judge, Honorable A. Benjamin Goldgar

Cause No. __07-15115__   Date __October 26, 2007__

**Title of Cause**   __JO ANN JACKSON, Debtor.__

**Brief Statement Of Motion**   Motion to Avoid Judicial Lien of Creditor, AMERICAN HOME MORTGAGE a/k/a AMERICAN HOME MORTGAGE ACCEPTANCE, INC.

The rules of this court require counsel to furnish the names of all parties entitled to notice of entry of an order and the names and addresses of their attorneys. Please do this immediately below [separate lists may be appended].

**Names and Addresses of Moving Counsel**
James T. Magee
MAGEE, NEGELE & ASSOCIATES, P.C.
444 North Cedar Lake Road
Round Lake, Illinois 60073

**Representing**   Debtor, JO ANN JACKSON.

**Names and Addresses of Other Counsel Entitled to Notice And Names of Parties they Represent**

American Home Mortgage, c/o Codilis & Associates, P.C.,
15W030 North Frontage Road, Suite 100, Burr Ridge, IL 60527

American Home Mortgage, P. O. Box 100504, Florence, SC 29501-0504

American Home Mortgage, c/o Young Conway Stargatt & Taylor LLP
The Brandywine Building, P. O. Box 391, Wilmington, DE 19899-0391

Joseph E. Cohen, Trustee in Bankruptcy,
105 West Madison Street, Suite 1100, Chicago, IL 60602

United States Trustee, 227 West Monroe Street
Suite 3350, Chicago, IL 60606

*Reserve space below for notations by the Courtroom Deputy*

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                    )
                                          )
JO ANN JACKSON,                           )   CASE NO. 07-15115
                                          )
        Debtor.                           )

### ORDER AVOIDING LIEN

This matter before the Court on Motion of Debtor, JO ANN JACKSON, for the entry of an Order canceling and avoiding the judgment lien claim of Creditor, AMERICAN HOME MORTGAGE a/k/a AMERICAN HOME MORTGAGE ACCEPTANCE, INC. as it applies to Debtor's real property and impairment of statutory exemptions therein; and

The Court finding that the aforesaid judgment dated January 3, 2007 and recorded as Document Number 6117582 in the Office of the Lake County Recorder of Deeds is an avoidable judicial lien and that the same impairs Debtor's allowable homestead exemption in real property under 735 ILCS 5/12-901.

It is the Order of this Court pursuant to Section 522(f)(1)(A) of the United States Bankruptcy Code that the security interest of AMERICAN HOME MORTGAGE ACCEPTANCE, INC., in the Debtor's real property be and is hereby avoided and cancelled, to-wit: Memorandum of Judgment Document Number 6117582 is hereby avoided and stricken as to the real property commonly known as 3170 West Monroe, Unit 217, Waukegan, Illinois 60085 and legally described as follows:

> PARCEL 1: UNIT 217 IN THE ONAN SUITES CONDOMINIUM, AS DELINEATED ON THE SURVEY OF PART OF THE WEST HALF OF SECTION 19, TOWNSHIP 45 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN LAKE COUNTY, ILLINOIS, WHICH SURVEY IS ATTACHED AS EXHIBIT "A" TO THE DECLARATION OF CONDOMINIUM OWNERSHIP RECORDED APRIL 18, 1994 AS DOCUMENT 3527258 AS AMENDED FROM TIME TO TIME, TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS.

PARCEL 2: EASEMENT FOR INGRESS AND EGRESS FOR THE BENEFIT OF PARCEL 1 OVER THE SOUTH 25 FEET OF THAT PART OF THE SOUTH 208.0 FEET OF THE SOUTH ½ OF GOVERNMENT LOT 1 IN THE NORTHWEST ¼ OF SECTION 19, TOWNSHIP 45 NORTH, RANGE 12, EAST OF TEE THIRD PRINCIPAL MERIDIAN, LYING WEST OF GREEN BAY ROAD (EXCEPT THE WEST 493.0 FEET THEREOF), AS GRANTED IN THE DEED DATED AUGUST 1, 1991 AND RECORDED AUGUST 2, 1991 AS DOCUMENT 3047609, IN LAKE COUNTY, ILLINOIS.

PARCEL 3: EASEMENT FOR INGRESS AND EGRESS FOR THE BENEFIT OF PARCEL 1 OVER THAT PART OF THE SOUTH ½ OF THE NORTHWEST ¼ OF SECTION 19, TOWNSHIP 45 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF THE SOUTH 208.0 FEET OF THE WEST 493.0 FEET OF THE SOUTH ½ OF GOVERMENT LOT 1 IN SAID QUARTER SECTION; THENCE DUE WEST 4 RODS MORE OR LESS TO THE EAST LINE OF FREDERICK H. BARTLETT'S FIRST ADDITION TO NORTH SHORE GARDENS RECORDED AS DOCUMENT 245983; THENCE DUE NORTH 30.0 FEET ALONG THE EAST LINE OF SAID SUBDIVISION; THENCE EAST 4 RODS; THENCE DUE SOUTH 30.0 FEET TO THE POINT OF BEGINNING, AS RESERVED IN THE DEED DATED NOVEMBER 22, 1994 AND RECORDED JANUARY 17, 1995 AS DOCUMENT 3635849, IN LAKE COUNTY, ILLINOIS.

PARCEL 4: RIGHT OF EXCLUSIVE USE OF LIMITED COMMON ELEMENTS GARAGE SPACE NUMBER 39.

**ENTER:**

_____
**J U D G E**

Dated this _____ day of _____, 2007, at Waukegan, Illinois.

James T. Magee [#1729446]
MAGEE, NEGELE & ASSOCIATES, P.C.
444 North Cedar Lake Road
Round Lake, Illinois 60073
(847) 546-0055