# Comparative Market Analysis

**Property At: 3170 W. Monroe, #217**

*Prepared for:*
JoAnn Jackson
3170 W. Monroe, #217
Waukegan, IL 60085

*Prepared by:*
DEBORAH SCOTT
Major Enterprises, Inc.

Office Phone: (800) 405-6992
Direct Line: (224) 656-0271
Personal Fax Number: (847) 596-7478
Email: dscott60085@yahoo.com

# Resume For DEBORAH SCOTT

**MAJOR ENTERPRISES, INC.**
**6600 N. LINCOLN AVE. #308-C**

Office Phone: (847) 596-7477, (866) 374-4688
Cell Phone:   (847) 903-1921
Email:        dscott60085@yahoo.com

- **Professional**
- **Complete Buyer or Seller Services**

# Subject Property



**Street Number:** 3170
**Street Name:** W. Monroe, #217
**City:** Waukegan

Prepared by: DEBORAH SCOTT Major Enterprises, Inc.

# Market Analysis Summary

## Recently Sold

**Comparables**

| MLS # | Stat | Street # | Str Name | Sfx | Unit # | List Price | Sold Pr | Clsd Dt | # Rms | Beds | Baths | List Mkt Tm | Ml |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06460063 | CLSD | 3170 | Monroe | ST | 215 | $54,900 | $52,500 | 06/15/2007 | 3 | 1 | 1 | 53 | 13 |
| 06350712 | CLSD | 3170 | MONROE | | 201 | $68,888 | $67,415 | 07/06/2007 | 3 | 1 | 1 | 157 | 15 |
| 06440765 | CLSD | 3130 | MONROE | AVE | 301 | $78,000 | $76,500 | 07/13/2007 | 3 | 1 | 1 | 98 | 98 |

**Statistics**                                                                                       Total Proper

| | List Price | Sold Pr | Approx SF | Beds | Baths | Mkt Tm | List Mkt T |
|---|---|---|---|---|---|---|---|
| **Minimum** | $54,900 | $52,500 | * | 1 | 1 | 98 | 53 |
| **Maximum** | $78,000 | $76,500 | * | 1 | 1 | 157 | 157 |
| **Average** | $67,263 | $65,472 | * | 1 | 1 | 131 | 103 |

Sold properties closed averaging 97.34% of their Final List Price (FLP).
This reflects a 2.66% difference between property sale prices and their FLP's.

\* Approx Sq Ft data was not available for all Sold comparables.

Prepared by: DEBORAH SCOTT Major Enterprises, Inc.

# Market Analysis Summary (continued)

## Currently for Sale

**Comparables**

| MLS # | Stat | Street # | Str Name | Sfx | Unit # | List Price | Sold Pr | Clsd Dt | # Rms | Beds | Baths | List Mkt Tm | Mkt Tm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06680350 | ACTV | 3130 | Monroe | ST | 209 | $57,000 | | | 3 | 1 | 1 | 24 | 24 |
| 06566005 | ACTV | 3130 | MONROE | ST | 215 | $59,900 | | | 3 | 1 | 1 | 112 | 112 |
| 06367448 | ACTV | 3170 | MONROE | AVE | 206 | $60,000 | | | 3 | 1 | 1 | 287 | 348 |
| 06619567 | ACTV | 3170 | MONROE | | 116 | $66,400 | | | 3 | 1 | 1 | 81 | 369 |
| 06542611 | ACTV | 3130 | MONROE | ST | 314 | $69,000 | | | 3 | 1 | 1 | 131 | 131 |
| 06615502 | ACTV | 3130 | Monroe | ST | 304 | $69,500 | | | 3 | 1 | 1 | 84 | 84 |
| 06626176 | ACTV | 3170 | MONROE | ST | 304 | $72,500 | | | 3 | 1 | 1 | 75 | 635 |
| 06508368 | ACTV | 3130 | MONROE | AVE | 312 | $74,900 | | | 3 | 1 | 1 | 159 | 159 |
| 06622592 | ACTV | 3170 | MONROE | ST | 303 | $75,500 | | | 3 | 1 | 1 | 78 | 512 |
| 06514686 | ACTV | 3170 | MONROE | | 115 | $79,000 | | | 3 | 1 | 1 | 154 | 154 |
| 06672493 | ACTV | 3170 | MONROE | ST | 204 | $79,000 | | | 3 | 1 | 1 | 32 | 32 |
| 06624031 | ACTV | 3170 | MONROE | ST | 302 | $79,900 | | | 3 | 1 | 1 | 77 | 77 |
| 06538384 | ACTV | 3130 | MONROE | ST | 113 | $82,000 | | | 3 | 1 | 1 | 133 | 133 |

**Statistics**   Total Properties:

| | List Price | Beds | Baths | Mkt Tm | List Mkt Tm |
|---|---|---|---|---|---|
| Minimum | $57,000 | 1 | 1 | 24 | 24 |
| Maximum | $82,000 | 1 | 1 | 635 | 287 |
| Average | $71,123 | 1 | 1 | 213 | 110 |

Prepared by: DEBORAH SCOTT Major Enterprises, Inc.

# Seller's Statement

**Property At: 3170 W. Monroe, #217**

*Prepared for:*   JoAnn Jackson
3170 W. Monroe, #217
Waukegan, IL 60085

*Suggested Marketing Price:   $65,471*

Prepared by: DEBORAH SCOTT Major Enterprises, Inc.