# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* Deutsche Bank National Trust Company, as Trustee for Mortgage Pass-Through Certificates Series 2006-2

*D&G Reference: 216381*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1300023756 | Jose Juan Velasco | 09/19/06 | $ 329,348.00 | $ 343,425.61 | $ 325,000.00 | 1913 Orchard Park Court San Jacinto, CA 92583 |
| 1300023819 | Rafael D Villa | 10/06/06 | $ 260,000.00 | $ 229,359.20 | $ 220,000.00 | 1930 Summertree Drive Perris, CA 92571 |