# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* HSBC Bank USA, Inc

*D&G Reference: 216383*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1300030332 | Jeff Skarda | 2/16/2007 | $195,750.00 | $     207,373.70 | $     205,000.00 | 210 Chambers Street El Cajon, CA 92020 |
| 1300030406 | Fredric Whisenant | 2/28/2007 | $168,000.00 | $198,897.79 | $     235,000.00 | 9846 High Meadow Drive Ypsilanti, MI 48198 |