# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR4

*D&G Reference: 216386*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1158050604 | Sean Thomas | 04/12/06 | $ 248,715.00 | $ 277,712.87 | $ 204,900.00 | 9642 Cannon Avenue, Live Oak, CA 95953 |
| 1158050659 | Norman G Robinson Jr. and Rachel B Stern | 04/27/06 | $ 245,000.00 | $ 256,974.16 | $ 319,900.00 | 7553 Pit Road, Redding, CA 96001 |
| 1158050766 | Ian Smith | 4/17/2006 | $ 153,661.00 | $ 166,673.70 | $ 123,900.00 | 46011 West Windmill Drive, Maricopa, AZ 85239 |
| 1158050772 | Ryan J Tomberlin | 04/28/06 | $ 268,021.00 | $ 283,074.04 | $ 272,500.00 | 3925 Deertree Hills, Orange Park, FL 32065 |
| 1158050784 | Jorge Delgado | 4/19/2006 | $ 388,500.00 | $ 423,008.55 | $ 510,000.00 | 21230 Fountain Spring, Diamond Bar, CA 91765 |
| 1158050813 | Thomas M Sanders | 4/20/2006 | $ 495,000.00 | $ 540,925.68 | $ 950,000.00 | 704 Rana Road, Seeley Lake, MT 59868 |