# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR5

*D&G Reference: 216405*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1158052162 | Davor Kantolic | 06/09/06 | $ 217,425.00 | $ 235,093.65 | $ 134,000.00 | 6159 Metrowest Orlando, FL 32835 |
| 1158052444 | Jovita Pena | 5/26/2006 | $196,000.00 | $ 219,511.38 | $ 215,000.00 | 2828 D Street Selma, CA 93662 |
| 1158053220 | Miranda Reed | 7/20/2006 | $197,850.00 | $227,303.26 | $ 279,900.00 | 12490 San Jose Lane Lusby, MD 20657 |