IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| AMERICAN HOME MORTGAGE ) | |
| HOLDINGS, INC., a Delaware corporation, *et al*, ) | Case No. 07-11047 (CSS) |
| ) | |
| Debtors. ) | Jointly Administered |

**CREDITOR JENNIFER TOBIN'S RESPONSE TO DEBTORS' EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

Jennifer Tobin, *pro se* Creditor in the above action, responds to Debtors' Objection to Claims as follows:

1. *Pro se* Creditor Tobin does not agree with Debtors' reclassification of the priority level of her claim from Priority Unsecured to Unsecured, and requests the claim be returned to its classification of Priority Unsecured.

2. *Pro se* Creditor Tobin requests that she be allowed to participate in the June 11, 2008, 10:00 a.m. (ET) hearing on Debtors' Objection via telephone at/from her telephone number of 303-882-2704, since she is in Highlands Ranch, Colorado and the hearing will take place in Wilmington, Delaware. Creditor Tobin will call in to the Court at a designated telephone number if the Court will allow such call.

WHEREFORE, *pro se* Creditor Jennifer Tobin responds to Debtors' Objection to Claims by stating that her claim should not be reclassified from Priority Unsecured to Unsecured and should remain classified as Priority Unsecured. Further, Creditor Tobin requests she be allowed to participate in the 10:00 a.m. (ET), June 11, 2008 hearing on Debtors' Objection via telephone at/from her home in Colorado since she cannot be in attendance in Delaware for said hearing.

Dated: June 2, 2008.

Jennifer K. Tobin, *pro se* Creditor
10836 Mountshire Circle
Highlands Ranch, Colorado 80126
303-882-2704

**CERTIFICATE OF MAILING**

The undersigned certifies that on June 2, 2008, a true and correct copy of the foregoing CREDITOR JENNIFER TOBIN'S RESPONSE TO DEBTORS' EIGHTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1 was sent via facsimile and U.S. Mail to the following:

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr.        Pauline K. Morgan
Edward J. Kosmowski        Kara Hammond Coyle
Nathan D. Grow
The Brandywine Building    1000 West Street, 17th Floor
Wilmington, Delaware 19801
302-571-1253 - facsimile

Jennifer K. Tobin