May 28, 2008

United States Bankruptcy Court for
The District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware  19801



Re:  American Home Mortgage Holdings Inc.
Notice of Debtors' Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 (b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1

Please use this letter and enclosed paperwork as my response to the above objection of **Claim Number 7385** and **Claim Amount $18,219.90.**

On February 13th, 2007, I purchased 300 shares of American Home Mortgage Investment Corp. common stock at a cost of $32.72 per share. The cost of this transaction was $9,826.95.  On March 1st, 2007, I purchased 300 additional shares at a cost of $28.05 per share. The cost of this transaction was $8,425.95.  The total cost for the two stock purchases was $18,252.90.  I have included copies of my brokerage statements which shows the stock purchases.  The Proof of Claim (received and filed on 1/7/08 by EPIQ Bankruptcy Solutions, LLC) for these stock purchases is for $18,219.90.  The amount claimed represents the cost of the stock purchases less commissions and the value of the stock at the time the Proof of Claim was filed.

I am not clear as to why the debtors want to expunge my claim, but the cost and losses are very real.

If the Honorable Christopher S. Sontchi, who I understand is hearing the objection, would like additional information regarding the above claim number and claim amount, please have him or someone associated with him contact me, Roger Quinn, at: 812-376-0703 ext. 323 or email:  roger.quinn@permawick.com.

Thank you,

*Roger Quinn*
Roger Quinn


Cc: Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: June 4, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: June 11, 2008 at 10:00 a.m. (ET) |

AHM OB7 5/12/2008 (merge2.txnum2) 4000099644

QUINN, ROGER
4740 WOODCREST DR
COLUMBUS, IN 47203

## NOTICE OF DEBTORS' SEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

TO: QUINN, ROGER
4740 WOODCREST DR
COLUMBUS, IN 47203

**Basis For Objection:** Claim based on Equity Interest

| | Claim Number | Claim Amount |
|---|---|---|
| **Claim to be Expunged** | 7385 | $18,219.90 |

    The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the 'Claim to be Expunged' row.

    Responses to the Objection, if any, must be filed on or before **June 4, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

    At the same time, you must also serve a copy of the response upon the undersigned counsel to the Debtors so that the response is received on or before the Objection Deadline.

    A HEARING ON THE OBJECTION WILL BE HELD ON **JUNE 11, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 12, 2008
    Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>American Home Mortgage Claims Processing Center<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 || **PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>American Home Mortgage Holdings, Inc., et al.<br>Debtors.<br>Name of Debtor Against Which Claim is Held | Chapter 11<br>Case No. 07-11047 (CSS)<br>Jointly Administered<br>Case No. of Debtor | Filed: USBC - District of Delaware<br>American Home Mortgage Holdings, Inc., Et Al.<br>07-11047 (CSS)    0000007385 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor**: (and name and address where notices should be sent if different from Creditor)

ROGER QUINN
4740 WOODCREST DR.
COLUMBUS, IN 47203

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

Telephone number: 812-378-9620
Email Address: ROGER.QUINN@PERMAWICK.COM

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Account or other number by which creditor identifies debtor:**
CUSIP# 02660R107

Check here if this claim:
☐ replaces    ☐ amends a previously filed claim, dated:_____

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other COMMON STOCK 600 SHARES (explain)
  SYMBOL AHM

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last Four Digits of your SS#: ____ ____ ____ ____
  Unpaid compensation for services performed
  from _____ to _____
       (date)          (date)

**2. Date debt was incurred:** FEBRUARY 2007, MARCH 2007

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 18,219.90 + _____ + _____ = 18,219.90
(unsecured nonpriority)    (secured)    (unsecured priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(1).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**6. Unsecured Nonpriority Claim:** $ 18,219.90
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

FILED / RECEIVED
JAN - 7 2008
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 1-2-08

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

*Roger Quinn* ROGER QUINN

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



**Fidelity** INVESTMENTS®

*Premium Services*

# Investment Report
February 1, 2007 - February 28, 2007

## Fidelity Account℠ Z05-125792    ROGER L QUINN - INDIVIDUAL TOD

### Transaction Details

**Investment Activity**

| Settlement Date | Security | Description | Quantity | Price per Unit | Cost Basis of Close | Transaction Amount |
|---|---|---|---|---|---|---|
| 2/06 | FRONTLINE LTD SHS ISIN #BMG3682E1277 SEDOL #2302630 | You sold Transaction cost: -$11.16 Short-term gain: $731.93 refer to confirm for Lot detail | -200.000 | $34.18010 | $6,092.93s | 6,824.86 |
| 2/13 | AMERICAN HOME MTG INVESTMENTS REIT | You bought Transaction cost: -$10.95 | 300.000 | 32.72000 | | -9,826.95 |
| 2/15 | PENGROWTH ENERGY TR UNIT NEW ISIN #CA7069025095 SEDOL #B19GQB8 | Foreign tax paid | | | | -67.47 |
| 2/15 | PENGROWTH ENERGY TR UNIT NEW ISIN #CA7069025095 SEDOL #B19GQB8 | Dividend received | | | | 449.83 |
| 2/15 | PENN WEST ENERGY TR TR UNIT ISIN #CA7078851093 SEDOL #B09WRL6 | Foreign tax paid | | | | -20.98 |
| 2/15 | PENN WEST ENERGY TR TR UNIT ISIN #CA7078851093 SEDOL #B09WRL6 | Dividend received | | | | 139.83 |
| 2/15 | PROVIDENT ENERGY TR ISIN# CA74386K1049 SEDOL #2554538 | Foreign tax paid | | | | -15.42 |
| 2/15 | PROVIDENT ENERGY TR ISIN# CA74386K1049 SEDOL #2554538 | Dividend received | | | | 102.82 |
| 2/15 | WELLS FARGO CAP TR IV PFD 7.00% 9/1/2031 | You bought Transaction cost: -$10.95 | 500.000 | 25.06000 | | -12,540.95 |
| 2/22 | RMK STRATEGIC INCOME FD INC | Dividend received | | | | 280.00 |
| 2/28 | CASH | Interest earned | | | | 323.78 |



# Fidelity Investments
## PremiumServices

# Investment Report
March 1, 2007 - March 31, 2007

## Fidelity Account℠  Z05-125792  ROGER L QUINN - INDIVIDUAL TOD

| Holdings (Symbol) as of March 31, 2007 | Performance March 31, 2007 | Quantity March 31, 2007 | Price per Unit March 31, 2007 | Total Cost Basis | Total Value March 1, 2007 | Total Value March 31, 2007 |
|---|---|---|---|---|---|---|

**Total Market Value** $505,895.00

All positions held in cash account unless indicated otherwise.
Investments reported in the Holdings section such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate investment trusts which are not listed on any exchange), commodity pools, private equity, private debt and hedge funds are generally illiquid investments and their current values may be different from the purchase price. Unless otherwise indicated, the values shown in this statement for such investments have been provided by the management, administrator or sponsor of each program or a third-party vendor without independent verification by Fidelity Brokerage Services (FBS) and represent their estimate of the value of the investor's participation in the program, as of a date no greater than 12 months from the date of this statement. Therefore, the estimated values shown herein may not necessarily reflect actual market values or be realized upon liquidation. If an estimated value is not provided, valuation information is not available.

## Transaction Details  (for holdings with activity this period)

### Core Account - Cash

| Description | Amount | Balance | Description | Amount | Balance |
|---|---|---|---|---|---|
| **Beginning** | | $106,880.12 | Other disbursements | -103.09 | |
| *Investment Activity* | | | Core account income | 295.66 | |
| Securities bought | -$41,047.66 | | Income | 2,828.18 | |
| Securities sold | 37,699.31 | | Subtotal of Investment Activity | -$308.29 | |
| Other additions | 19.31 | | **Ending** | | $106,571.83 |

### Investment Activity

| Settlement Date | Security | Description | Quantity | Price per Unit | Cost Basis of Close | Transaction Amount |
|---|---|---|---|---|---|---|
| 3/01 | AMERICAN HOME MTG INVESTMENTS REIT | You bought Transaction cost: -$10.95 | 300.000 | $28.05000 | | -$8,425.95 |
| 3/01 | EVERGREEN INCOME ADVANTAGE FD COM SHS | Dividend received | | | | 231.20 |
| 3/01 | EVERGREEN UTILS & HIGH INCOME FD | Dividend received | | | | 400.00 |
| 3/01 | NICHOLAS APPLEGATE CONV & INCOME FD | Dividend received | | | | 250.00 |
| 3/01 | NUVEEN EQUITY PREMIUM INCOME FUND | Dividend received | | | | 71.00 |

0001   070330 0001 900044490   04 18 020                      Page 4 of 11



**Fidelity** INVESTMENTS

*PremiumServices*

# Investment Report
November 1, 2007 - November 30, 2007

## Fidelity Account sm  Z05-125792    ROGER L QUINN - INDIVIDUAL TOD

### Holdings

| (Symbol) as of November 30, 2007 | Performance November 30, 2007 | Quantity November 30, 2007 | Price per Unit November 30, 2007 | Total Cost Basis | Total Value November 1, 2007 | Total Value November 30, 2007 |
|---|---|---|---|---|---|---|
| **Mutual Funds** *17% of holdings* | | | | | | |
| FIDELITY CAPITAL APPRECIATION (FDCAX) | | 1,762.770 | 30.390 | 29,988.86 | 56,637.80 | 53,570.58 |
| FIDELITY MONEY MARKET (SPRXX) | 7-day Yield: 4.82% | 25,000.000 | 1.000 | not applicable | 25,000.00 | 25,000.00 |
| **Other** *0% of holdings* | | | | | | |
| AMERICAN HOME MTG INVESTMENTS REIT (AHMIQ) | | 600.000 | 0.055 | 18,252.90 | 66.00 | 33.00 |
| IMPAC MTG HLDGS INC (IMH) | | 400.000 | 0.610 | 9,373.27 | 448.00 | 244.00 |
| **Core Account** *2% of holdings* | | | | | | |
| CASH | | 10,908.490 | 1.000 | not applicable | 15,967.29 | 10,908.49 |

For balances between $10,000.00 and $24,999.99, the current interest rate is 01.24%.

### Total Market Value                                                                          $460,485.08

*All positions held in cash account unless indicated otherwise.
Investments reported in the Holdings section such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate investment trusts which are not listed on any exchange), commodity pools, private equity, private debt and hedge funds are generally illiquid investments and their current values may be different from the purchase price. Unless otherwise indicated, the values shown in this statement for such investments have been provided by the management, administrator or sponsor of each program or a third-party vendor without independent verification by Fidelity Brokerage Services (FBS) and represent their estimate of the value of the investor's participation in the program, as of a date no greater than 12 months from the date of this statement. Therefore, the estimated values shown herein may not necessarily reflect actual market values or be realized upon liquidation. If an estimated value is not provided, valuation information is not available.*

## Transaction Details  (for holdings with activity this period)

### Core Account - Cash

| Description | Amount | Balance | Description | Amount | Balance |
|---|---|---|---|---|---|
| **Beginning** | | $15,967.29 | | | |
| *Investment Activity* | | | Core account income | 15.33 | |
| Securities bought | -$28,424.85 | | Income | 3,101.15 | |
| Securities sold | 14,332.87 | | Subtotal of Investment Activity | -$11,058.80 | |
| Other disbursements | -83.30 | | *Cash Management Activity* | | |
| | | | Deposits | 6,000.00 | |