IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., ET AL., | ) | |
| | ) | |
| | ) | Case No. 07-11047 (CSS) |
| Debtors. | ) | |
| | ) | |
| | ) | |

**UNITED STATES OF AMERICA'S RESPONSE TO THE DEBTORS'
SEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS
PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE,
BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1**

The United States of America, a creditor in this bankruptcy case, responds to Debtors' First Omnibus Objection to claims 9848 and 9922 filed by the Internal Revenue Service as follows:

1.      Debtors object to claims 9848 and 9922 on the grounds that the claims have been amended and superseded.

2.      Claims 9848 and 9922 were amended by claim 10119.  Amended claim 10119 asserts a priority claim in the amount of $879,550.61 and an unsecured claim in the amount of $22,011.82.

3.      Thus, the United States does not object to relief sought in Debtors' Seventh Omnibus Objection.

//

//

//

//

3332722.11

Dated: June 5, 2008.

/s/ Jennifer L. Best
JENNIFER L. BEST
Trial Attorney, Tax Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 307-0714
jennifer.best@usdoj.gov
Counsel for United States of America

3332722.11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 11 |
| AMERICAN HOME MORTGAGE | ) | |
| HOLDINGS, INC., ET AL., | ) | |
| | ) | |
| | ) | Case No. 07-11047 (CSS) |
| Debtors. | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on the 5th day of June 2008, I electronically caused the

foregoing UNITED STATES OF AMERICA'S RESPONSE TO THE DEBTORS' SEVENTH

OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION

502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND

LOCAL RULE 3007-1 to be filed with the Court under the CM/ECF system and to be served this

same day by depositing a true and correct copy thereof in the United States mail, postage prepaid,

addressed as follow:

James L. Patton, Jr.
Pauline K. Morgan
Edward J. Kosmowski
Nathan D. Grow
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Office of the United States Trustee
844 King Street
Room 2207
Wilmington, DE 19801

                                             /s/ Jennifer L. Best
                                             JENNIFER L. BEST

3

3332722.11