IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, | : | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Related D.I. No. 4347** |

**NOTICE OF ERRATA REGARDING THE REPLY BRIEF IN SUPPORT OF
FIRST AND SECOND QUARTERLY APPLICATIONS OF NORTHWEST
TRUSTEE SERVICES, INC. FOR AWARD OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES**

PLEASE TAKE NOTICE that the *Reply Brief in Support of First and Second Quarterly Applications of Northwest Trustee Services, Inc. for Award of Compensation for Services Rendered and Reimbursement of Expenses* [D.I. 4347] filed and served on June 3, 2008, incorrectly refers to 11 U.S.C. § 101(15) on pages ii, 3 and 7 thereof. These references should be to 11 U.S.C. § 101(5).

Dated: June 5, 2008

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Jeffrey C. Wisler (No. 2795)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141

*Attorneys for Northwest Trustee Services, Inc.*

#615475

1