## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047(CSS)<br>Jointly Administered |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to District Court Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Joseph E. Shickich, Jr., of Riddell Williams P.S., 1001 - 4th Avenue, Suite 4500, Seattle WA 98154-1065, to represent Microsoft Corporation, a Washington corporation, and its wholly-owned affiliate, Microsoft Licensing, GP (collectively "Microsoft") in this case.

In accordance with the Standing Order for District Court Fund, the annual fee of $25 is forwarded with this motion.

DATED: May 23, 2008

BROWN STONE NIMEROFF LLC

By: _____
Jami B. Nimeroff, DE Bar Id No. 4049
4 East 8th Street, Suite 400
Wilmington, DE 19801
Phone: (302) 428-8142
Fax: (302) 351-2744
Email: jnimeroff@bsnlawyers.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Joseph E. Shickich, Jr. is granted.

DATED: June 5, 2008

BY THE COURT:

_____
United States Bankruptcy Judge