IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ------------------------------------------------------------------ x | Chapter 11 |
| In re: : | |
| : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., : | |
| a Delaware corporation, et al., [1] : | Jointly Administered |
| : | |
| Debtors. : | Objection Deadline: June 26, 2008 at 4:00 p.m. |
| ------------------------------------------------------------------ x | Hearing Date: N/A |

## NOTICE OF APPLICATION

TO:     The Debtors, the United States Trustee, Counsel to the Debtors, and Counsel for the
Official Committee of Unsecured Creditors

The **Ninth Monthly Application of the Law Offices of Alan Weinreb, PLLC
as Foreclosure Service Provider for the Debtors and Debtors-in-Possession for Allowance
of Compensation and Reimbursement of Expenses Incurred for the Interim Period April 1,
2008 through April 30, 2008** (the "Application") has been filed with the Bankruptcy Court. The
Application seeks allowance of interim fees in the amount of $46,406.81 and interim expenses in
the amount of $23,614.00.

Objections to the Application, if any, are required to be filed on or before **June
26, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States
Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington,
Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received
by the following on or before the Objection Deadline: (i) American Home Mortgage Holdings,
Inc., 538 Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel);
(ii) Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391,
Wilmington, Delaware 19899-0391 (Attn.: Margaret B. Whiteman), counsel to the Debtors; (iii)
Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 (Attn: Mark Indelicato) and
Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, (Attn: Bonnie Fatell),

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.

counsel to the Committee, and (v) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon); (viii) The Law Offices of Alan Weinreb, PLLC, Weinrub & Associates, PLLC, 6800 Jericho Turnpike, Suite 207W, Syosset, NY 11791, (Attn: Alan Weinreb).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE Order MODIFYING EXISTING PROCEDURES FOR THE COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CERTAIN FORECLOSURE PROFESSIONALS AND RELA ESTATE BROKERS UTILIZED IN THE ORDINARY COURSE AND GRANTING LIMITED NUNC PRO TUNC RELIEF [DOCKET NO. 2985], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 100% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
     June 6, 2008

           YOUNG CONAWAY STARGATT & TAYLOR, LLP

           /s/ Ryan M. Bartley
           James L. Patton, Jr. (No. 2202)
           Pauline K. Morgan (No. 3650)
           Sean M. Beach (No. 4070)
           Matthew B. Lunn (No. 4119)
           Margaret B. Whiteman (No. 4652)
           Ryan M. Bartley (No. 4985)
           The Brandywine Building
           1000 West Street, 17th Floor
           Wilmington, Delaware 19801
           Telephone: (302) 571-6600
           Facsimile: (302) 571-1253

           Counsel for Debtors and
           Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------x

In re:

AMERICAN HOME MORTGAGE HOLDINGS, INC.,
a Delaware corporation, et al.,

Debtors

-------------------------------------------------------------------x

Chapter 11

Case No. 07-11047 (CSS)

Jointly Administered

Objection Deadline:

## NINTH MONTHLY APPLICATION OF
## THE LAW OFFICES OF ALAN WEINREB, PLLC AS FORECLOSURE SERVICE
## PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR
## ALLOWANCE
## OF COMPENSATION AND REIMBURSEMEN OF EXPENSES INCURRED
## FOR THE INTERIM PERIOD APRIL 1, 2008 THROUGH APRIL 10, 2008

| | |
|---|---|
| Name of Applicant: | Law Offices of Alan Weinreb, PLLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement sought: | April 1, 2008 through April 10, 2008 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $46,406.81 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $23,614.00 |

This ia an:__X__interim _____final application

Fees for this application are all flat fee billings or hourly billings if so noted pursuant to contract with one of the Debtors. This application includes no fee component in connection with the preparation of Fee Applications.

## INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $40,037.06 |
| Foreclosure-Hourly work | 28.81 Hours | $ 6,369.75 |
| TOTALS | 28.81 Hours | $46,406.81 |

## INTERIM EXPENSES

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Funds advanced for foreclosure costs. (i.e. Title searches, service of process, filing fees, clerk fees and sale fees) | N/A | $23,614.00 |

## VERIFICATION OF FEE APPLICATION

STATE OF NEW YORK   )
                           )     SS:
COUNTY OF NASSAU   )

        ALAN H. WEINREB, after being duly sworn according to law, deposes and says:

        1.     I am a member in the applicant firm (the "Firm") and have been admitted to the bar of the state of New York since October, 1983.

        2.     I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

        3.     The services and expenses were performed and incurred within the month subject to the foregoing Application.

        4.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

 

_____
ALAN H. WEINREB, ESQ.
The Law Offices of Alan Weinreb, PLLC
6800 Jericho Turnpike, Suite 207 W
Syosset, New York 11791
516-945-6055

SWORN TO AND SUBSCRIBED
Before me this 2ND day of June, 2008.

_____
Notary Public
    ANGELA RACCOMANDATO
  NOTARY PUBLIC-STATE OF NEW YORK
       No. 01RA6124607
    Qualified in Suffolk County
  Commission Expires March 28, 2009

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/2/2008 | pierre32411 |

Bill To

American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm.

| | Amount |
|---|---|
| LOAN#: 1001108626 | |
| LEGAL FEES REVIEW OF COUNSEL PLEADINGS TO PROTECT AHM MTGE INTEREST & CORRECTIONS TO PLEADINGS 1.5 HRS @ 225.00 PER HR LEGAL FEES TELEPHONE CONFERENCE  WITH TITLE COMPANYNY COUNSEL.8 HRS @225.00 PER HOUR TOTAL HOURS 2.3 @ 225.00 PER HOUR INCURRED ON MARCH 24, 2008 | 517.50 |
| **Total** | $517.50 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/2/2008 | CUCCURULLO |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| LEGAL FEES: PREPARATION OF MOTION TO VACATE PRIOR JUDGMENT (DUE TO BK FILING) AND FOR NEW JUDGMENT OF FORECLOSURE: 4.1 HRS @$225/HR. | 922.50 |
| DISBURSEMENTS: MOTION SUBMISSION FEE | 45.00 |
| RE: ACCT NO. 1000517156 | |
| INCURRED ON APRIL 2, 2008. | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $967.50 |
|---|---|---|

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/7/2008 | SCHREIBER |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| LEGAL FEES: PREPARATION OF ANSWER TO COUNTERCLAIMS OF DEFENDANT: 3.21 HRS @$225/HR. | 722.25 |
| DISBURSEMENTS: COURT FILING FEE | 45.00 |
| RE: ACCT NO. 1000925678 | |
| INCURRED ON APRIL 7, 2008. | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $767.25 |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/8/2008 | TAUMALOL |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|---|
| ACCOUNT #: 1001286843 | |
| LEGAL FEES PREPARATION OF SO ORDERED STIPULATION TO AMEND JUDGMENT OF FORECLOSURE | 675.00 |
| 3.5 HRS @$225.00 | |
| DISBURSEMENTS: OVERNIGHT | 15.00 |
| DISBURSEMENTS: COURT FILING FEE AND SERVICE FEE | 85.00 |
| | |
| INCURRED: APRIL 8, 2008 | |

| **Total** | $775.00 |
|---|---|

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/9/2008 | DASRAT |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|---|
| ACCOUNT #: 1001450364 | |
| | |
| LEGAL FEES: OPENING FILE REGARDING UNSAFE BUILDING-1 HR. @ $225.00 | 225.00 |
| LEGAL FEES: TRAVEL TO PREMISES IN BROOKLYN, NEW YORK-2.5 HRS @ $225.00 | 562.50 |
| LEGAL FEES: CORRESPONDENCE REGARDING REQUEST FOR CLIENT TO SECURING | 225.00 |
| PREMISES AND SUBSEQUENT PROOFS TO THE CITY OF NEW YORK- 1.HR @$225.00 | |
| | |
| INCURRED 4/7/2008 | |

| **Total** | $1,012.50 |
|-----------|-----------|

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/9/2008 | contrera 26 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| LOAN#: 1001704777<br><br>LEGAL FEES   CORRESPONDENCE WITH TITLE COMPANY COUNSEL .8 HRS @ 225.00 PER HR<br><br>LEGAL FEES PREPARATION OF PRELIMINARY COMPLAINT AGAINST TITLE COMPANY FOR FAILURE TO RECORD MORTGAGES<br>3.7 HRS @ 225.00 PER HR     TOTAL HOURS 4.5<br><br>INCURRED APRIL 9, 2008 | 1,012.50 |

| **Total** | $1,012.50 |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/9/2008 | PLATA 27 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| LOAN#:1001113720<br><br>LEGAL FEES CONFERENCE WITH ATTORNEY FOR COMMONWEALTH LAND TITLE<br>.5HRS @ 225.00 PER HR<br>LEGAL FEES PREPARATION OF SUB OF ATTORNEY<br>.5HRS @ 225.00 PER HR<br>LEGAL FEES TELEPHONE CALL WITH GRAIL MOORE<br>.2HRS @ 225.00 PER HR<br>TOTAL HOURS 1.2 | 270.00 |
| DISBURSEMENTS FEDERAL EXPRESS | 15.00 |
| INCURRED APRIL 9, 2008 | |

| **Total** | $285.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/9/2008 | PIERRE 28 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| LOAN#: 1001108626<br><br>LEGAL FEES FOLLOW UP CORRESPONDENCE WITH TITLE COMPANY .5HRS @ 225.00 PER HR<br>LEGAL FEES PREPARATION OF CONSENT TO CHANGE ATTORNEY WITH CORRESPONDING ACQUISITION OF APPROVALS & EXECUTIONS .6HRS @ 225.00 PER HR<br>TOTAL HOURS 1.1<br><br>INCURRED APRIL 9, 2008 | 247.50 |
| **Total** | $247.50 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/9/2008 | BANGOUR 29 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| LOAN#: 1001735628<br><br>LEGAL FEES TELEPHONE CALL WITH TITLE COMPANY COUNSEL .3HRS @ 225.00 PER HOUR<br>LEGAL FEES BANKRUPTCY COURT APPEARANCE TO RESEARCH ADVISORY PROCEEDINGS 2.3HRS @ 225.00 PER HOUR<br>TOTAL HOURS 2.6<br><br>INCURRED ON APRIL 7, 2008 | 585.00 |
| **Total** | **$585.00** |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/9/2008 | wooten 30 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|--------|
| LOAN#: 1000873507<br><br>LEGAL FEES FOLLOW UP CORRESPONDENCE WITH TITLE COMPANY ATTORNEY FOR STATUS .3HRS @225.00 PER HOUR<br>LEGAL FEES NOTICE OF MOTION FOR SUMMARY JUDGMENT 1.5HRS @ 225.00 PER HOUR<br>TOTAL HOURS 1.8<br><br>INCURRED ON APRIL 8, 2008 | 405.00 |
| **Total** | $405.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/1/2008 | CARMICHAEL |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|--------|
| LEGAL FEES: FORECLOSURE THROUGH CLOSE<br><br>RE: ACCT NO. 1001462277<br><br>INCURRED ON APRIL 1, 2008 | 1,250.00 |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $1,250.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/1/2008 | CORONADO |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|--------|
| LEGAL FEES: FORECLOSURE THROUGH CLOSE<br><br>RE: ACCT NO. 1001624603<br><br>INCURRED ON APRIL 1, 2008. | 1,250.00 |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $1,250.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/1/2008 | SIMOVITCH |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| LEGAL FEES: FORECLOSURE THROUGH CLOSE | 1,250.00 |
| RE: ACCT NO. 1001456150 | |
| INCURRED ON APRIL 1, 2008 | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $1,250.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/1/2008 | SCOGNAMIGLI |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|---|
| LEGAL FEES: FORECLOSURE THROUGH CLOSE | 1,250.00 |
| RE: ACCT NO. 1001385199 | |
| INCURRED ON APRIL 1, 2008 | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $1,250.00 |
|---|---|---|

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/1/2008 | RAO |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|---|
| LEGAL FEES: FORECLOSURE THROUGH CLOSE | 1,250.00 |
| RE: ACCT NO. 1001498462 | |
| INCURRED ON APRIL 1, 2008 | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $1,250.00 |
|---|---|---|

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/1/2008 | ADIANSINGH |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| LEGAL FEES: FORECLOSURE THROUGH CLOSE | 1,250.00 |
| RE: ACCT NO. 1001361580 | |
| INCURRED ON APRIL 1, 2008. | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $1,250.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/1/2008 | JONES |

| Bill To |
|---------|
| American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|--------|
| LEGAL FEES: FORECLOSURE THROUGH CLOSE | 1,250.00 |
| RE: ACCT NO. 1001288419 | |
| INCURRED ON APRIL 1, 2008 | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $1,250.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|---|---|
| 4/1/2008 | CLARKE |

| Bill To |
|---|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|---|
| LEGAL FEES: FORECLOSURE THROUGH CLOSE<br><br>RE: ACCT NO. 1001221173<br><br>INCURRED ON APRIL 1, 2008. | 1,250.00 |
| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total**  $1,250.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/1/2008 | SCHWARTZ |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|---|
| LEGAL FEES: FORECLOSURE THROUGH CLOSE<br><br>RE: ACCT NO. 1001340757<br><br>INCURRED ON APRIL 1, 2008. | 1,250.00 |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $1,250.00 |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/1/2008 | ZAHARIA |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|---|
| LEGAL FEES: FORECLOSURE THROUGH CLOSE<br><br>RE: ACCT NO. 1001487691<br><br>INCURRED ON APRIL 1, 2008. | 1,250.00 |
| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total**     $1,250.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/1/2008 | SCHIRRIPA |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|---|
| LEGAL FEES: FORECLOSURE THROUGH CLOSE<br><br>RE: ACCT NO. 1001376855<br><br>INCURRED ON APRIL 1, 2008. | 1,250.00 |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $1,250.00 |
|---|---|---|

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/1/2008 | VENETIS |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|---|
| LEGAL FEES: FORECLOSURE THROUGH CLOSE | 1,250.00 |
| RE: ACCT NO. 1001516174 | |
| INCURRED ON APRIL 1, 2008. | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $1,250.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/1/2008 | KRANTZ |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|---|
| LEGAL FEES: FORECLOSURE THROUGH CLOSE<br><br>RE: ACCT NO. 1001342980<br><br>INCURRED ON APRIL 1, 2008. | 1,250.00 |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $1,250.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/1/2008 | KELLER |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|---|
| LEGAL FEES: FORECLOSURE THROUGH CLOSE | 1,250.00 |
| RE: ACCT NO. 1001562122 | |
| INCURRED ON APRIL 1, 2008. | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $1,250.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/1/2008 | BHARDWAJ |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|-------|
| LEGAL FEES: FORECLOSURE THROUGH CLOSE<br><br>RE: ACCT NO. 1001473255<br><br>INCURRED ON APRIL 1, 2008. | 1,250.00 |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $1,250.00 |
|---|---|---|

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/1/2008 | VASQUEZ |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|---|
| LEGAL FEES: FORECLOSURE THROUGH CLOSE<br><br>RE: ACCT NO. 1001447517<br><br>INCURRED ON APRIL 1, 2008. | 1,250.00 |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $1,250.00 |
|---|---|---|

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/1/2008 | CHARLES |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|---|--------|
| LEGAL FEES: FORECLOSURE THROUGH CLOSE<br><br>RE: ACCT NO. 1001439419<br><br>INCURRED ON APRIL 1, 2008. | 1,250.00 |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $1,250.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/1/2008 | HUSTON |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|--------|
| LEGAL FEES: FORECLOSURE THROUGH CLOSE<br><br>RE: ACCT NO. 1001490518<br><br>INCURRED ON APRIL 1, 2008. | 1,250.00 |
| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total**   $1,250.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/1/2008 | KHARAS |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|--------|
| LEGAL FEES: FORECLOSURE THROUGH CLOSE | 1,250.00 |
| RE: ACCT NO. 1001309274 | |
| INCURRED ON APRIL 1, 2008. | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $1,250.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/1/2008 | MALO |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| LEGAL FEES: FORECLOSURE THROUGH CLOSE | 1,250.00 |
| RE: ACCT NO. 1001390586 | |
| INCURRED ON APRIL 1, 2008. | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $1,250.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/1/2008 | KAZEEM |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| LEGAL FEES: FORECLOSURE THROUGH CLOSE | 1,250.00 |
| RE: ACCT NO. 1001473449 | |
| INCURRED ON APRIL 1, 2008. | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $1,250.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/2/2008 | OH |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|--------|
| DISBURSEMENTS: PUBLICATION OF NOTICE OF SALE | 3,863.56 |
| DISBURSEMENTS: REFEREE'S FEE-ATTENDANCE AT SALE | 500.00 |
| RE: ACCT NOS. 1001112299 & 1001112360 | |
| INCURRED ON APRIL 2, 2008. | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $4,363.56 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/2/2008 | LAWRENCE |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|--------|
| DISBURSEMENTS: PUBLICATION OF NOTICE OF SALE | 535.60 |
| DISBURSEMENTS: REFEREE'S FEE-ATTENDANCE AT SALE | 500.00 |
| | |
| RE: ACCT NOS. 1000818434 & 1000823367 | |
| | |
| INCURRED ON APRIL 2, 2008. | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $1,035.60 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/2/2008 | HAKIM |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| ACCOUNT #: 1001223197 AND 1001223201 | |
| | |
| LEGAL FEES FORECLOSURE TO SALE HELD | 1,250.00 |
| LEGAL FEES-ATTENDANCE AT FORECLOSURE SALE | 250.00 |
| DISBURSEMENTS:TITLE PREMIUM | 2,711.00 |
| DISBURSEMENTS: DEED RECORD FEE, RPT, ACRIS FEE | 425.00 |
| DISBURSEMENTS: NYS TRANSFER TAX | 2,740.00 |
| DISBURSEMENTS: DEPARTMENTAL SEARCHES-CERTIFICATE OF OCCUPANCY, | 375.00 |
| ENVIRONMENTAL SEARCHES, HOUSING AND BUILDING PRESERVATION, FIRE AND | |
| STREET REPORT | |
| | |
| INCURRED MARCH 28, 2008 | |

| **Total** | $7,751.00 |
|-----------|-----------|

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/3/2008 | GIOE |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|--------|
| LEGAL FEES: FORECLOSURE THROUGH CLOSE | 1,250.00 |
| RE: ACCT NO. 1000694271 | |
| INCURRED ON APRIL 3, 2008. | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $1,250.00 |
|---|---|---|

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/4/2008 | MORLEY |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|--------|
| DISBURSEMENTS: REMAINDER OF PROCESS SERVICE FEES | 284.00 |
| DISBURSEMENTS: RJI ($95) & MOTION SUBMISSION FEE ($45) | 140.00 |
| DISBURSEMENTS: REFEREE'S FEE-UPON COMPUTATION | 50.00 |
| | |
| RE: ACCT NO. 1000621975 | |
| | |
| INCURRED ON APRIL 4, 2008. | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $474.00 |
|---|---|---|

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/4/2008 | BARBAGALLO |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| DISBURSEMENTS: REMAINDER OF PROCESS SERVICE FEES | 11.00 |
| DISBURSEMENTS: RJI ($95) & MOTION SUBMISSION FEE ($45) | 140.00 |
| DISBURSEMENTS: REFEREE'S FEE-UPON COMPUTATION | 50.00 |
| RE: ACCT NO. 1001625312 |  |
| INCURRED ON APRIL 4, 2008. |  |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $201.00 |
|---|---|---|

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/4/2008 | BRITTON |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|---|
| DISBURSEMENTS: REMAINDER OF PROCESS SERVICE FEES | 546.00 |
| DISBURSEMENTS: RJI ($95) & MOTION SUBMISSION FEE ($45) | 140.00 |
| DISBURSEMENTS: REFEREE'S FEE UPON COMPUTATION-KINGS COUNTY | 250.00 |
| RE: ACCT NO. 1001396164 | |
| INCURRED ON APRIL 4, 2008. | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $936.00 |
|---|---|---|

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/5/2008 | CHARLES4409 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| LOAN#: 1001074053<br><br>DISBURSEMENTS RECORDING FEE FOR ASSIGNMENT OF MORTGAGE<br>LEGAL FEES PREPARATION AN FILING OF TITLE CLAIM<br><br>INCURRED ON MARCH 26, 2008 | 125.00<br>410.00 |
| **Total** | $535.00 |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/5/2008 | STROM 4410 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| LOAN#: 1000610588<br><br>DISBURSEMENTS RECORDING FEE FOR ASSIGNMENT OF MORTGAGE<br><br>INCURRED ON MARCH 26, 2008 | 125.00 |
| **Total** | $125.00 |

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/5/2008 | LOAIZA 4411 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| LOAN#: 1000854488<br><br>DISBURSEMENTS RECORDING  FEE FOR ASSIGNMENT OF MORTGAGE<br><br>INCURRED ON MARCH 26, 2008 | 125.00 |
| **Total** | $125.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/5/2008 | DENSON 4412 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|---|
| LOAN#: 1001094845<br><br>DISBURSEMENTS RECORDING FEE FOR ASSIGNMENT OF MORTGAGE<br><br>INCURRED ON APRIL 1, 2008 | 125.00 |
| **Total** | $125.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/5/2008 | HAWA4413 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| LOAN#:1000753308<br><br>DISBURSEMENTS RECORDING FEE FOR ASSIGNMENT OF MORTGAGE<br><br>INCURRED ON MARCH 26, 2008 | 125.00 |
| **Total** | $125.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/7/2008 | CHELANI |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|---|
| DISBURSEMENTS: PUBLICATION OF SUPPLEMENTAL SUMMONS & COMPLAINT: STATEN ISLAND ADVANCE | 778.25 |
| DISBURSEMENTS: PUBLICATION OF SUPPLEMENTAL SUMMONS & COMPLAINT: NY LAW JOURNAL | 8,793.00 |
| | |
| RE:  ACCT NO. 1001647594 | |
| | |
| INCURRED ON APRIL 7, 2008. | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $9,571.25 |
|---|---|---|

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/7/2008 | JENKINS |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|--------|
| DISBURSEMENTS: PUBLICATION OF NOTICE OF SALE | 1,474.00 |
| DISBURSEMENTS: REFEREE'S FEE-ATTENDANCE AT SALE | 500.00 |
| | |
| RE: ACCT NOS. 1001041176 & 1001052854 | |
| | |
| INCURRED ON APRIL 7, 2008. | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $1,974.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/7/2008 | CAMMILLERI |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|--------|
| DISBURSEMENTS: PUBLICATION OF NOTICE OF SALE | 443.15 |
| DISBURSEMENTS: REFEREE'S FEE-ATTENDANCE AT SALE | 500.00 |
| | |
| RE: ACCT NO. 1001371292 | |
| | |
| INCURRED ON APRIL 7, 2008. | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $943.15 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/7/2008 | moore |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|---|
| LEGAL FEES: PREPARATION OF TERMS AND MEMORANDUM OF SALE | 350.00 |
| RE: ACCT NO. 1000665285 | |
| INCURRED ON APRIL 7, 2008. | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $350.00 |
|---|---|---|

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/7/2008 | kelly4414 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| LOAN#: 1000578875<br><br>DISBURSEMENTS RECORDING FEE FOR ASSIGNMENT OF MORTGAGE<br><br>INCURRED APRIL 7, 2008 | 125.00 |
| **Total** | $125.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/7/2008 | FOX |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| DISBURSEMENTS: FORECLOSURE THROUGH CLOSE | 1,250.00 |
| RE: ACCT NO. 1001123673 | |
| INCURRED ON APRIL 7, 2008 | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $1,250.00 |
|---|---|---|

The Law Offices of Alan Weinreb PLLC

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/7/2008 | FOX |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|---|
| LEGAL FEES: FORECLOSURE THROUGH CLOSE | 1,250.00 |
| RE: ACCT NO. 1001123674 | |
| INCURRED ON APRIL 7, 2008. | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $1,250.00 |
|---|---|---|

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/7/2008 | ESPRIT4415 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|---|
| LOAN#: 1000705049<br><br>DISBURSEMENTS RECORDING FEE FOR ASSIGNMENT OF MORTGAGE<br>LEGAL FEES PREPARATION AND FILING OF TITLE CLAIM<br><br>INCURRED ON APRIL 7, 2008 | 125.00<br>410.00 |
| **Total** | $535.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/7/2008 | RAMIREZ4416 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| LOAN#: 1001031350<br><br>DISBURSEMENTS RECORDING FEE FOR ASSIGNMENT OF MORTGAGE<br><br>INCURRED ON APRIL 7, 2008 | 125.00 |
| **Total** | $125.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/7/2008 | khan4417 |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| LOAN#: 1000858118 |  |
| DISBURSEMENTS RECORDING FEE FOR ASSIGNMENT OF MORTGAGE | 125.00 |
| LEGAL FEES PREPARATION AND FILING OF TITLE CLAIM | 410.00 |
| INCURRED ON APRIL 7, 2008 |  |

| **Total** | $535.00 |
|-----------|---------|

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/8/2008 | bannerjee |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|--------|
| LEGAL FEES: ATTORNEY APPEARANCE, HEARING HELD ON 4/2/08<br><br>RE: ACCT NO. 1001011698<br><br>INCURRED ON APRIL 8, 2008. | 200.00 |
| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** $200.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/8/2008 | BELLAMY |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|---|
| LEGAL FEES: FORECLOSURE THROUGH CLOSE | 1,250.00 |
| RE: ACCT NO. 1001279835 | |
| INCURRED ON APRIL 8, 2008. | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $1,250.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/10/2008 | THARAVANITH |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|---|
| DISBURSEMENTS: REMAINDER OF PROCESS SERVICE FEES | 88.00 |
| DISBURSEMENTS: RJI ($95) & MOTION SUBMISSION FEE ($45) | 140.00 |
| DISBURSEMENTS: REFEREE'S FEE-UPON COMPUTATION | 50.00 |
| RE: ACCT NO. 1000645740 | |
| INCURRED ON APRIL 10, 2008. | |

| Please make all checks payable to The Law Offices of Alan Weinreb, PLLC EIN #20-0103724 | **Total** | $278.00 |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/10/2008 | STOKELING |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| ACCOUNT #: 1000582298 | 60.00 |
| DISBURSEMENTS: OUTSIDE COUNSEL EXPENSES FOR WORK INCURRED AS ANNEXED ON TEH ATTACHED BREAKDOWN | |
| INCURRED: 4-1-08 TO 4-11-08 | |

| | **Total** | $60.00 |

AMER-06                    AMERICAN HOME - STOKELING

| Date    | Time | Description                   |
|---------|------|-------------------------------|
| 4-11-08 | .3   | Email - Alan H. Weinreb, Esq. |
|         | .3   | TOTAL                         |

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/10/2008 | DAYTON |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| ACCOUNT #: 1001511572 | 60.00 |
| DISBURSEMENTS: OUTSIDE COUNSEL EXPENSES FOR WORK INCURRED AS ANNEXED ON TEH ATTACHED BREAKDOWN |  |
| INCURRED 4/1/08 TO 4/11/08 |  |

| | **Total** | $60.00 |

AMER-16                    AMERICAN HOME - DAYTON

Date          Time        Description

4-7-08         .3         Email - Janet Gibson
             _____
               .3         TOTAL

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y. 11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/10/2008 | CONTINI |

| Bill To |
|---------|
| American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063-24432
Attn: Janet Gibson/Foreclosure Adm. |

| | Amount |
|---|--------|
| ACCOUNT #: 1001412156

DISBURSEMENTS: OUTSIDE COUNSEL EXPENSES FOR WORK INCURRED AS ANNEXED ON THE ATTACHED BREAKDOWN

INCURRED 4/1/08 TO 4/11/08 | 943.50 |
| **Total** | $943.50 |

AMER-18                    AMERICAN HOME - CONTINI (66 PARISH)

| Date | Time | Description |
|------|------|-------------|
| 4-4-08 | .3 | Fax - Janet Gibson and Alan H. Weinreb, Esq. |
| 4-7-08 | .3 | Fax - Janet Gibson and Alan H. Weinreb, Esq. |
| 4-8-08 | 4.0 | Court appearance in Staten Island on motion for summary judgment (includes 2 hours travel) |
| | 4.6 | TOTAL |

amer-18

## DISBURSEMENT SHEET

April 11, 2008

Re: American Home DIP - Contini (66 Parish)

| | | |
|---|---|---|
| Checks | $ | |
| EZPass | $ | |
| Photocopies | $ | |
| Binders | $ | |
| Certified Mail | $ | |
| Priority Mail | $ | |
| UPS | $ | |
| Lexis | $ | |
| Pacer | $ | |
| DMV Searches | $ | |
| Interboro Service | $ | |
| Service of Process | $ | |
| Lawyer Service | $ | 23.50 |
| TOTAL | $ | 23.50 |

amer-18

The Law Offices of Alan Weinreb PLLC

# Invoice

6800 Jericho Turnpike Suite 207W
Syosset, N.Y.  11791
Phone 516-945-6055
Fax 516-945-6056

| Date | Invoice # |
|------|-----------|
| 4/10/2008 | HOMER |

| Bill To |
|---------|
| American Home Mortgage Servicing<br>4600 Regent Blvd., Suite 200<br>Irving, TX 75063-24432<br>Attn: Janet Gibson/Foreclosure Adm. |

|  | Amount |
|--|--------|
| ACCOUNT #: 1001039286 | |
| DISBURSEMENTS: OUTSIDE COUNSEL EXPENSES FOR WORK INCURRED AS ANNEXED ON THE ATTACHED BREAKDOWN | 700.00 |
| INCURRED 4/1/08 TO 4/11/08 | |
| **Total** | $700.00 |

AMER-20                          AMERICAN HOME - HOMAR

| Date | Time | Description |
|------|------|-------------|
| 4-4-08 | .3 | Email - Janet Gibson |
| 4-7-08 | .3 | Email - Janet Gibson |
| 4-7-08 | .3 | Email - Joseph Ryack |
| 4-7-08 | .2 | Telephone call - Joseph Ryack |
| 4-9-08 | .3 | Email - Joseph Ryack |
| 4-9-08 | .6 | Emails - Janet Gibson (2x) |
| 4-10-08 | .9 | Emails - Scott Ellerbee (3x) |
| 4-10-08 | .3 | Email - Joseph Ryack |
| 4-11-08 | .3 | Fax - Scott Ellerbee |
|  | 3.5 | TOTAL |

amer-20