# EXHIBIT "B"

Case # - 2447301
Case Type - Motion For Relief (Chapter 11)
Loan # - 1896018191
Reference # -
Borrower - RAMONO M BLANCO
Property State - RHODE ISLAND

## Debt Information

June 5, 2008

**5 Records**

| Totals | |
|---|---|
| Principal Balance | $208,886.48 |
| Accrued Interest | $17,111.58 |
| Deferred Interest | $0.00 |
| Accrued Late Charge | $854.70 |
| NSF Fees | $0.00 |
| Corporate Advances | $160.00 |
| Escrow Advance | $2,539.66 |
| Pro Rata MIP/PMI | $0.00 |
| (Escrow Balance) | $0.00 |
| (Restricted Escrow) | $0.00 |
| (Suspense) | $0.00 |
| Pending Expenses/Fees | $0.00 |
| Other | $41.50 |
| Total | $229,593.92 |

**Details**

| Detail Name | Date | Type | No. | Amount | Total |
|---|---|---|---|---|---|
| Accrued Interest | | Accrued Interest | 1 | $17,111.58 | $17,111.58 |
| Accrued Late Charges | | Additional Late Charges | 1 | $854.70 | $854.70 |
| Corporate Advances | | Corporate Advances | 1 | $160.00 | $160.00 |
| Escrow Advance | | Escrow Advance | 1 | $2,539.66 | $2,539.66 |
| Other | | Other Fees | 1 | $41.50 | $41.50 |

1 of 1