# EXHIBIT "C"

| Address: | 26-28 TRASK ST PROVIDENCE RI 02905 | | | | |
|---|---|---|---|---|---|
| Borrower Name: | RAMONO M BLANCO | | Inspection Date: | 5/21/2008 | Delivery Date: 5/22/2008 |
| Loan Number: | 1896018191 | APN: unknown | Property ID: | 2205794 | Order ID: 437986 |
| Order Tracking ID: 1896018191 | Tracking ID 1: 1896018191 | | Tracking ID 2: n/a | | Tracking ID 3: n/a |

### I. General Conditions

| Property Type: | Multifamily |
|---|---|
| Occupancy: | Occupied |
| Property Condition: | Average |
| Estimated Exterior Repair Cost: | $2,000 |
| Estimated Interior Repair Cost: | $2,000 |
| Total Estimated Repairs: | $4,000 |
| Condition Comments: | MINOR CHIPPING PAINT ON EXTERIOR AND TRIMS. RAILING ALSO NEED PAINT. |
| HOA? No | |

### II. Subject Sales & Listing History

Current Listing Status: Subject is not currently listed.

| Date Listed | Date Sold | List Price | Sale Price | Notes |
|---|---|---|---|---|
| | 03/07/2007 | $ 0 | $ 229,000 | |

### III. Neighborhood & Market Data

| Location Type: | Suburban | Local Economy Is: Stable |
|---|---|---|
| Sales Price in this Neighborhood: | Low: $78,900   High: $325,900 | |
| Market for this type of property has: | Decreased 5 % in the past 6 months. | |
| Normal Marketing Days: | <180 | |
| Neighborhood Comments: | WALKING DISTANCE TO SHOPPING AND TRANSPORATION. | |

### IV. Current Listings

| | Subject | Listing #1 | Listing #2 | Listing #3 * |
|---|---|---|---|---|
| Street Address | 26-28 TRASK ST | 136 OXFORD ST | 192 OCEAN ST | 25 ADELAIDE |
| | PROVIDENCE, RI | PROVIDENCE, RI | PROVIDENCE, RI | PROVIDENCE, RI |
| Zip Code | 02905 | 02905 | 02905 | 02907 |
| Datasource | Tax Records | MLS | MLS | MLS |
| Miles to Subj. [?] | | 0.15 [1] | 0.31 [1] | 0.61 [1] |
| List Price $ | | $174,900 | $169,900 | $155,000 |
| Days on Mkt. | | 75 | 91 | 39 |
| Age | 118 | 108 | 108 | 108 |
| Condition | Average | Average | Average | Average |
| Style/Design | 3 Stories UP/DOWN | 3 Stories UP/DOWN | 3 Stories UP/DOWN | 3 Stories UP/DOWN |
| # Units | 3 | 3 | 3 | 3 |
| Living Sq. Feet | 3736 | 3540 | 4035 | 3744 |
| Bdrm/F Bths/½ Bths | 9/3 | 6/3 | 6/3 | 10/3 |
| Total Room # | 16 | 18 | 14 | 22 |
| Garage Style/Stalls | None | Detached 1 Car(s) | None | None |
| Basement (Yes/No) | Yes | Yes | Yes | Yes |
| Basement (% Fin) | 0% | 50% | 50% | 0% |
| Pool/Spa | | | | |
| Lot Size | 4400 SqFt | 3920 SqFt | 2800 SqFt | 4500 SqFt |
| Other | | | | |

* Listing #3 is the most comparable listing to the subject.

Comments (why the comparable listing is superior or inferior to the subject).

Listing #1: LESS LIV. SPACE, BUT HAS GARAGE AND PARTIAL FINISHED BASEMENT. ** LIM. COMPS W/COMP LIV SPACE. CHOSE THOSE BEST W/IN LENDER S MIN REQS.

Listing #2: SMALLER LOT, BUT HAS MORE LIV. SPACE AND PARTIAL FINISHED BASEMENT. ** LIM. COMPS W/COMP LIV SPACE. CHOSE THOSE BEST W/IN LENDER S MIN REQS.

Listing #3: MORE NUMBER OF ROOMS, BUT MOSTLY EQUAL TO SUBJECT. ** LIM. COMPS W/COMP LIV SPACE. CHOSE THOSE BEST W/IN LENDER S MIN REQS.

[1] Comp's "Miles to Subject" was calc'd by the system.    [2] Comp's "Miles to Subject" provided by Broker.    [3] Subject $/ft based upon as-is sale price.

1

### V. Recent Sales

|  | Subject | Sold #1 | Sold #2 | Sold #3 * |
|---|---|---|---|---|
| Street Address | 26-28 TRASK ST | 28 PRINCETON AVE | 28 MOORE ST | 228 POTTERS AVE |
|  | PROVIDENCE, RI | PROVIDENCE, RI | PROVIDENCE, RI | PROVIDENCE, RI |
| Zip Code | 02905 | 02907 | 02907 | 02907 |
| Datasource | Tax Records | MLS | MLS | MLS |
| Miles to Subj. [?] |  | 0.65 [1] | 0.64 [1] | 0.37 [1] |
| List Price $ |  | $154,500 | $134,900 | $115,900 |
| Sale Price $ |  | $160,000 | $106,000 | $124,500 |
| Type of Financing |  | Conv | Conv | Conv |
| Date of Sale |  | 2/8/2008 | 4/1/2008 | 5/8/2008 |
| Days on Mkt. |  | 21 | 47 | 56 |
| Age (# of Years) | 118 | 107 | 143 | 88 |
| Condition | Average | Average | Average | Average |
| Style/Design | 3 Stories UP/DOWN | 3 Stories UP/DOWN | 3 Stories UP/DOWN | 3 Stories UP/DOWN |
| # Units | 3 | 3 | 3 | 3 |
| Living Sq. Feet | 3736 | 4050 | 3907 | 3420 |
| Bdrm/F Bths/½ Bths | 9/3 | 9/4 | 7/3/1 | 6/3 |
| Total Room # | 16 | 21 | 13 | 15 |
| Garage Style/Stalls | None | Detached 2 Car(s) | None | None |
| Basement (Yes/No) | Yes | Yes | Yes | Yes |
| Basement (% Fin) | 0% | 50% | 0% | 0% |
| Pool/Spa |  |  |  |  |
| Lot Size | 4400 SqFt | 5000 SF. | 3628 SF. | 3200 SF. |
| Other |  |  |  |  |
| Adjustment $+/- (See notes below) |  | -$10,000 | -$3,000 | +$3,000 |
| Adjusted Value |  | $150,000 | $103,000 | $127,500 |

* recent sale #3 is the most comparable Sale to the subject.

Reasons for Adjustments (Why the comparable is superior or inferior to the subject.)

Sold #1: HAS GARAGES, PARTIAL FINISHED BASEMENT AND MORE LIV. SPACE. ** LIM. COMPS W/COMP LIV SPACE. CHOSE THOSE BEST W/IN LENDER S MIN REQS.

Sold #2: MORE LIV. SPACE, BUT OLDER HOME. ** LIM. COMPS W/COMP LIV SPACE. CHOSE THOSE BEST W/IN LENDER S MIN REQS.

Sold #3: LESS LIV. SPACE, BUT NEWER HOME. ** LIM. COMPS W/COMP LIV SPACE. CHOSE THOSE BEST W/IN LENDER S MIN REQS.

[1] Comp's "Miles to Subject" was calc'd by the system.   [2] Comp's "Miles to Subject" provided by Broker.   [3] Subject $/ft based upon As-Is Value.

### VI. Marketing Strategy

|  | "As-is" Value | "Repaired" Value | Comments Regarding Pricing Strategy: |
|---|---|---|---|
| Suggested List Price: | $118,000 | $122,500 | DECLINING MARKET. REO AND SHORT SALES DRIVEN. INVESTORS ARE BUYING LOW TO GET CASH FLOW. |
| Sale Price: | $116,000 | $120,000 |  |
| * Clear Capital Reviewer's Value Opinion: | $116,000 | $120,000 |  |

*Please see Clear Capital Quality Assurance Comments Addendum

### VII. Clear Capital Quality Assurance Comments Addendum

|  | "As-Is" Value | "Repaired" Value | Reviewer Notes: |
|---|---|---|---|
| Reviewer's Value Opinion: | $116,000 | $120,000 | We agree with the broker on the value of the subject. The reviewer places primary reliance on the sold comps due to their overall similarity to the subject and corresponding value range. |

2