# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant::* HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR4

*D&G Reference: 216408*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1158050589 | Barb J Buczek | 04/28/06 | $ 208,400.00 | $ 216,971.80 | $ 302,900.00 | 1258 Knollwood Circle Crystal Lake, IL 60014 |
| 1158050651 | Constantin and Doinita Pahomi | 04/18/06 | $ 304,500.00 | $ 314,696.21 | $ 340,000.00 | 1685 South Heritage Circle Anaheim, CA 92804 |
| 1158050785 | Norma and Angel Prado | 04/17/06 | $ 308,000.00 | $ 327,355.08 | $ 294,000.00 | 3284 McLarens Lane San Diego, CA 92102 |
| 1158050890 | Claudio Pacho | 04/28/06 | $ 395,500.00 | $ 421,030.28 | $ 549,000.00 | 2808 Yeonas Drive Vienna, VA 22180 |