# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant::* HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR5

*D&G Reference: 216409*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1158052289 | Maria G Corona | 05/25/06 | $ 156,000.00 | $ 169,663.38 | $ 130,000.00 | 1042 La Guardia Avenue<br>Salton City, CA 92275 |
| 1158052666 | Kevin O Lloyd | 6/5/2006 | $92,400.00 | $ 99,411.94 | $ 126,000.00 | 5412 Trestlewood Lane<br>Raleigh, NC 27610 |
| 1158052675 | Kelvin O Lloyd | 6/5/2006 | $88,200.00 | $ 95,492.05 | $ 123,900.00 | 1220 Curtiss Drive<br>Garner, NC 27529 |
| 1158052909 | Michael Vujevic | 06/23/06 | $ 154,000.00 | $ 165,991.01 | $ 189,000.00 | 2628 Indiana Avenue<br>St Louis, MO 63118 |
| 1158053093 | Philip A Palmer | 06/29/06 | $ 114,100.00 | $ 119,240.81 | $ 149,900.00 | 23 Depot Road<br>Groton, CT 06340 |