# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)
*Movant::* HSBC Bank USA, National Association, as Trustee for Deutsche Alt-B Securities Mortgage Loan Trust, Series 2006-AB4
*D&G Reference: 216424*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1158057425 | Claudia Arevalo | 07/10/06 | $ 200,000.00 | $ 221,269.83 | $ 219,000.00 | 206 Voight Avenue Bridgeport, CT 06606 |
| 1158057666 | Ayesha E Sims | 7/12/2006 | $148,400.00 | $ 158,545.02 | $ 200,000.00 | 8691 Greenbelt Road Greenbelt, MD 20770 |
| 1158057800 | Alysia N Doyle | 7/14/2006 | $404,017.00 | $ 430,176.43 | $ 429,000.00 | 8812 Buckingham Court North Beach, MD 20714 |
| 1158057300 | Rogelio Portillo | 07/11/06 | $ 95,120.00 | $ 99,716.96 | $ 132,900.00 | 1032 Ardmore Drive Lynchburg, VA 24501 |