# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* HSBC Bank USA, National Association, as Trustee for Home Equity Loan Trust Series ACE 2006-AF1

*D&G Reference: 216428*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1158027929 | Jeremy W Robinson | 10/31/05 | $ 246,000.00 | $ 267,348.41 | $ 258,000.00 | 2207 East Taro Lane Phoenix, AZ 85024 |
| 1158028016 | Guy Demars | 11/04/05 | $ 92,800.00 | $ 101,213.77 | $ 67,000.00 | 2401 Boldt Dearborn, MI 48124 |
| 1158038963 | Odilia S Wilkins | 09/08/05 | $ 138,400.00 | $ 153,098.44 | $ 184,000.00 | 4224 North 82nd Drive Phoenix, AZ 85033 |
| 1158038965 | Amrit Lal | 09/28/05 | $359,000.00 | $ 378,632.95 | $ 425,000.00 | 17522 Victoria Falls Drive Dumfries, VA 22026 |
| 1158039091 | Saikrishna Vallaturu | 10/13/05 | $ 320,000.00 | $ 350,392.01 | $ 285,000.00 | 4691 West Maple Bloomfield Hills, MI 48301 |
| 1158038920 | Shani Jamila Coleman | 09/13/05 | $ 57,400.00 | $ 61,338.75 | $ 96,500.00 | 1830 North Pecos Road 159 Las Vegas, NV 89115 |
| 1158039101 | William A Jaber | 10/24/05 | $ 128,000.00 | $ 137,727.66 | $ 105,900.00 | 24101 Oneida Oak Park, MI 48237 |