# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* HSBC Bank USA, National Association, as Trustee for NAAC 2007-3

*D&G Reference: 216429*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1256046010 | Karl Colimon | 02/21/07 | $ 562,500.00 | $ 582,753.43 | $ 549,900.00 | 7955 Southwest 155th Street Palmetto Bay, FL 33157 |
| 1256046012 | Anthony J Amodeo | 02/16/07 | $ 576,000.00 | $ 593,963.50 | $ 309,000.00 | 6969 Fairway Street Dearborn Heights, MI 48127 |
| 1256046020 | Tina L Yeager-Dargavag | 02/15/07 | $ 992,000.00 | $ 1,099,763.95 | $ 950,000.00 | 1108 Southeast 12 Terrace Deerfield Beach FL 33441 |
| 1256047741 | Roberto Fonte | 02/27/07 | $ 520,000.00 | $ 541,972.85 | $ 470,000.00 | 16574 Southwest 61 Way Miami, FL 33193 |