# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant::* HSBC Bank USA, National Association, as Trustee for the holder of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-BAR1

*D&G Reference: 216431*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1158065610 | Carrol R Shaw | 11/03/06 | $ 259,700.00 | $ 280,178.36 | $ 295,000.00 | 1287 North Canvas Pass Prescott Valley, AZ 86314 |
| 1158065986 | Deanna T Davis | 11/02/06 | $ 864,360.00 | $ 923,814.14 | $ 850,000.00 | 8351 Butterfly Bush Corona, CA 92883 |