# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant::* HSBC Bank USA, National Association, as Trustee for the holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2005-6

*D&G Reference: 216433*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1158044999 | Sabino Padilla | 9/15/2005 | $312,000.00 | $ 328,828.66 | $ 325,000.00 | 9007 volta Street Lanham MD 20706 |
| 1158045455 | Anton Jackson | 09/29/05 | $ 108,000.00 | $ 141,306.12 | $ 125,000.00 | 11343 South Edbrooke Avenue Chicago, IL 60628 |
| 1158045706 | Michael J Coppola | 09/27/05 | $ 147,780.00 | $ 158,017.26 | $ 155,000.00 | 33462 North Windmill Run Queen Creek, AZ 85242 |