# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant::* HSBC Bank USA, National Association, as Trustee for the holders of Deutsche Alt-B Securities Mortgage Loan Trust, Series 2006-AB1

*D&G Reference: 216436*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1158044575 | Veronica Irizarry | 12/02/05 | $ 156,000.00 | $ 166,219.52 | $ 134,900.00 | 7934 South Kilbourn Avenue Chicago, IL 60652 |
| 1158043153 | Allyson G Ward | 11/18/2005 | $184,000.00 | $ 196,317.23 | $ 232,000.00 | 17004 Cambridge Grove Huntersville, NC 28078 |
| 1158043420 | Deana C Miles | 11/28/05 | $426,752.00 | $ 448,779.45 | $ 385,000.00 | 2004 Idlewild Boulevard Fredericksburg, VA 22401 |
| 1158043522 | Erica M Williams | 11/18/05 | $ 54,375.00 | $ 58,080.14 | $ 16,000.00 | 19414 Eureka Street Detroit, MI 48234 |
| 1158043635 | Horacio Reyes | 11/30/05 | $137,900.00 | $ 160,634.51 | $ 185,000.00 | 2706 Brnot Avenue Waukega, Il 60087 |
| 1158044450 | Seherzad and Elvisa Zilkic | 11/30/2005 | $161,500.00 | $ 174,511.30 | $ 205,000.00 | 1812 Briarcommon Drive Ofallon, MO 63366 |