# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-11

*D&G Reference: 216442*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1127118162 | Bradford A and Theresa Von Welser | 05/18/06 | $ 130,687.00 | $ 137,013.89 | $ 177,500.00 | 7355 North Cornwall Street Coeur D Alene, ID 83815 |
| 1127118172 | Laura Diaz | 05/16/06 | $ 224,000.00 | $ 251,329.88 | $ 279,900.00 | 362 Old Mammouth Road Mammoth Lakes, CA 93546 |
| 1127118351 | Destin Eugene | 05/11/06 | $ 182,700.00 | $ 190,098.88 | $ 186,900.00 | 7729 Carriage Point Drive Gibsonton, FL 33534 |