## EXHIBIT A

**Employment Agreements**

| Non-Debtor Party | Agreement | Rejection Effective Date |
|---|---|---|
| Stephen A. Hozie | Employment Agreement, dated as of March 1, 2004 | June 6, 2008 |
| Alan B. Horn | Employment Agreement, dated as of December 23, 2002 | June 6, 2008 |
| Robert C. Bernstein | Employment Agreement, dated as of December 18, 2002 | June 13, 2008 |
| Craig Pino | Employment Agreement, dated as of February 10, 2004 | June 13, 2008 |
| Robert F. Johnson | Employment Agreement, dated as of January 1, 2004 | June 13, 2008 |