# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* US Bank National Association, as Trustee for Bear Stearns Asset Backed Securities 2006-AC2

*D&G Reference: 216449*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1218040418 | Sy Phan | 12/29/05 | $91,000.00 | $ 94,756.83 | $ 105,000.00 | 2902 Freeway  Halethorpe, MD 21227 |
| 1218040588 | Melisa K Pryce | 12/28/05 | $ 64,400.00 | $ 68,500.57 | $ 85,000.00 | 6723 Plateau Avenue  St Louis, MO 63139 |
| 1218040851 | Etony Eliphar | 12/22/2005 | $256,000.00 | $ 276,879.94 | $ 167,900.00 | 1782 Degroodt Road Southwest  Palm Bay, FL 32908 |
| 1218041400 | Kanto Vushaj | 12/15/2005 | $94,822.00 | $108,948.45 | $ 144,900.00 | 11547 Cardwell Street  Livonia MI 48150 |
| 1218041898 | Jeffrey H Cournoyer | 12/19/2005 | $372,000.00 | $ 392,471.46 | $ 450,000.00 | 3232 Chesapeake Beach Road  Chesapeake Beach, MD 20732 |
| 1218042063 | David E Stone | 11/22/05 | $ 81,200.00 | $ 95,700.69 | $ 20,000.00 | 2017 Bank Street  Louisville, KY 40202 |