# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* US Bank National Association, as Trustee for Citigroup Mortgage Pass-Through Certificates Series 2007-6

*D&G Reference: 216452*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1134039013 | Roxana Araujo | 10/12/2006 | $ 255,500.00 | $ 270,070.24 | $ 319,000.00 | 2224 Mandarin Way, Antioch, CA 94509 |
| 1134038703 | Joseph M and Tracy Licon | 10/16/06 | $ 400,000.00 | $ 412,948.67 | $ 370,000.00 | 7469 Red Clover Way, Highland, CA 92346 |
| 1134038820 | Leonidas O Lopez | 10/25/06 | $ 127,330.00 | $ 136,520.92 | $ 159,900.00 | 522 Village Place, Davenport, FL 33896 |
| 1134039001 | Dragana Stamenkovic | 10/23/06 | $ 247,062.00 | $ 255,971.94 | $ 194,900.00 | 3700 Castle Pines Lane, Orlando, FL 32839 |
| 1134039040 | Isaac Tijerino | 10/24/06 | $ 504,000.00 | $ 518,866.86 | $ 640,000.00 | 1200 Brickell Bay Drive, Miami, FL 33131 |