# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* US Bank National Association, as Trustee for CMLTI 2007-AR7

*D&G Reference: 216455*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1134040273 | Alisa McAffee | 01/12/07 | $ 102,060.00 | $ 108,565.52 | $ 140,000.00 | 1625 Martin Bluff Road, Gautier, MS 39553 |
| 1134040400 | Diego W Landazuri | 01/17/07 | $ 189,000.00 | $ 200,503.86 | $ 250,000.00 | 7035 Northwest 173 Drive, Hialeah, FL 33015 |
| 1134040594 | Jesus Jaramillo | 1/12/2007 | $404,000.00 | $ 421,925.03 | $ 349,000.00 | 2448 Pepper Drive, Concord, CA 94520 |
| 1134040631 | Alena Yunikov | 01/25/07 | $ 161,000.00 | $ 172,649.83 | $ 215,000.00 | 231 Mitchell Street, Sumas, WA 98295 |
| 1134040722 | Desir Ceus and Marie Charles | 01/30/07 | $ 736,000.00 | $ 781,671.76 | $ 839,900.00 | 16146 Rosecroft Terrace, Delray Beach, FL 33446 |