# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* US Bank National Association, as Trustee for CSAB 2006-4

*D&G Reference: 216459*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1205324470 | Deetta Gianopoulos | 08/17/06 | $ 108,000.00 | $ 105,304.08 | $ 125,000.00 | 4496 Kellybrook Drive Concord, NC 28025 |
| 1205325258 | Amador Soto | 08/15/06 | $ 147,700.00 | $ 162,768.06 | $ 180,000.00 | 2769 Leto Drive Salton City, CA 92275 |