# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* US Bank National Association, as Trustee for CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-3

*D&G Reference: 216460*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1205220774 | Hakan Govdeli | 02/08/06 | $ 148,000.00 | $ 158,564.97 | $ 159,000.00 | 736 Doane Avenue Bellport, NY 11713 |
| 1205222630 | Joyce Bohren | 09/21/05 | $ 264,000.00 | $ 291,580.57 | $ 240,000.00 | 837 East 87th Place Chicago, IL 60619 |