# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* US Bank National Association, as Trustee of the Banc of America Funding Corporation Trust 2007-1

*D&G Reference: 216475*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1317003155 | Todd D Savage | 10/16/06 | $ 340,000.00 | $ 372,954.80 | $ 305,000.00 | 7194 East Night Watch Way Prescott Valley AZ 86314 |
| 1317003560 | Dan Tarabek | 10/26/06 | $ 464,000.00 | $ 501,990.52 | $ 382,000.00 | 117 Mount Vernon Avenue Portsmouth, VA 23707 |
| 1317003635 | Terese C Mays | 10/16/06 | $ 167,120.00 | $ 175,562.13 | $ 199,900.00 | 806 Bull Run Staunton, VA 24401 |
| 1317004269 | Patrick O Leary | 10/31/06 | $ 93,750.00 | $ 101,681.33 | $ 105,000.00 | 507 West Caroline Street Fenton, MI 48430 |
| 1317002445 | Yusuf S Haschemi | 10/17/06 | $ 368,000.00 | $ 395,369.69 | $ 260,000.00 | 84 564 Strada Way Indio, CA 92203 |
| 1317002922 | Kim L Singh | 09/29/06 | $ 223,334.00 | $ 232,751.09 | $ 242,500.00 | 5330 Rabbit Ridge Trail Orlando, FL 32818 |
| 1317003064 | Maxine Bolton | 10/17/2006 | $132,000.00 | $ 148,774.08 | $ 50,900.00 | 128 N Street Taft, CA 93268 |
| 1317004356 | Gilberto and Melba Porras | 11/14/06 | $ 293,656.00 | $ 307,454.56 | $ 330,000.00 | 901 Sparrow Court Henderson, NV 89014 |