# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* US Bank National Association, as Trustee for CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-12

*D&G Reference: 216463*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1205221545 | Dondi J Pogue | 09/23/05 | $ 141,216.00 | $ 153,997.11 | $ 149,000.00 | 13515 Stones Landing Charlotte, NC 28278 |
| 1205221742 | Robert A Vitrano | 09/13/05 | $ 52,500.00 | $ 59,869.73 | $ 36,600.00 | 1528 Windle Street Jacksonville, FL 32209 |
| 1205222363 | Eileen Faison | 09/27/05 | $ 112,000.00 | $ 130,641.49 | $ 113,000.00 | 24358 Notre Dame Dearborn, MI 48124 |