# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* US Bank National Association, as Trustee of Banc of America Funding Corporation Trust 2007-3

*D&G Reference: 216476*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1317005672 | Sushilla Maharaj | 01/19/07 | $ 488,000.00 | $ 522,482.55 | $ 410,000.00 | 4122 Carrollwood Village Tampa, FL 33618 |
| 1317008173 | Trang Xuan Truong | 02/02/07 | $ 716,000.00 | $ 747,345.89 | $ 739,900.00 | 25779 Rawley Spring Place Chantilly, VA 20152 |