# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* US Bank National Association, as Trustee for CSFB Mortgage-Backed Pass-Through Certificates, Series 2006-3

*D&G Reference: 216466*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1205221273 | Ricardo E Bravo Agurto | 08/31/05 | $151,512.00 | $ 160,490.51 | $ 215,000.00 | 812 Meadow Point Road Salisbury, MD 21801 |
| 1205222595 | Anelia Andonova | 0923/05 | $292,000.00 | $ 310,469.33 | $ 350,000.00 | 9806 Kedvale Avenue Skokie, IL 60076 |