# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* US Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-3

*D&G Reference: 216469*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1205221320 | Saundra Jean Frederick | 09/19/05 | $ 264,000.00 | $ 312,970.32 | $ 415,000.00 | 3343 Williamsburg Drive Lincoln, NE 68516 |
| 1205222675 | Ralph Collins | 09/09/05 | $ 154,000.00 | $ 198,120.06 | $ 68,500.00 | 700 West Marquette Road Chicago, IL 60629 |