# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* US Bank National Association, as Trustee for CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-4

*D&G Reference: 216470*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1205271480 | Donna Corinne Rios | 11/04/05 | $ 127,600.00 | $ 144,916.89 | $ 153,000.00 | 1355 Northwest 58th Avenue Lauderhill FL 33313 |
| 1205271961 | Litisha Johnson | 12/28/05 | $ 110,320.00 | $ 126,209.57 | $ 138,000.00 | 107 Meadow Court Fairburn, GA 30213 |
| 1205279828 | Christian Mendoza | 1/13/2006 | $ 63,600.00 | $ 66,883.01 | $ 89,000.00 | 1306 Garrett Street Yakima, WA 98902 |