# EXHIBIT A

In re American Home Mortgage Holdings, Inc. Case No. 07-11047-CSS (Chap. 11)

*Movant:* US Bank, N.A.

*D&G Reference: 216478*

| Loan No. | Mortgagors | Loan Date | Original Loan Amt | Current Payoff | Current Value | Property Address |
|---|---|---|---|---|---|---|
| 1115006777 | Claudio D Dastoli | 03/24/06 | $ 412,800.00 | $ 450,245.74 | $ 509,000.00 | 431 Kinderkamack Road Westwood, NJ 07675 |
| 1115043571 | Enrique Grados | 9/8/2005 | $232,000.00 | $ 242,004.26 | $ 265,000.00 | 297 Noble Street West Haven, CT 06516 |