**IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| American Home Mortgage, | ) | Case No. 07-11047 |
|     et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| | ) | |
|     Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, Kristi J. Doughty, hereby certify this 9th day of June, 2008 that service of the **Notice of Motion, Motion, Exhibits** and proposed **Order** was made electronically and (via) first class mail to the following:

American Home Mortgage Holdings, Inc.
538 Broadhollow Rd.
Melville, NY 11747
*Debtor*

Christopher and Stephanie Hewitt
102 New Meadows Drive
Missoula, MT 59808
*Borrower*

Pauline K. Morgan, Esq.\
Edward J. Kosmowski, Esq.
Young, Conaway, Stargatt & Taylor
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorney for Debtor*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Kerri K. Mumford, Esq.
Landis, Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE 19801
*Attorney for Official Committee
of Unsecured Creditors*

                                                                             WHITTINGTON & AULGUR

                                                                             /s/ Kristi J. Doughty
                                                                             Robert T. Aulgur, Jr.(No.165)
                                                                             Kristi J. Doughty(No. 3826)
                                                                             651 N. Broad Street, Suite 206
                                                                             P.O. Box 1040
                                                                             Middletown, DE 19709-1040
                                                                             (302) 378-1661
                                                                             Attorney for Movant