# EXHIBIT "C"

Loan Number: 401331328

## ASSIGNMENT OF TRUST INDENTURE

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, a Delaware corporation as nominee for SunTrust Mortgage, Inc
Beneficiary under that certain
Trust Indenture dated: 01/28/2005
Executed by: Christopher S Hewitt & Stephanie M Hewitt
And recorded: 01/31/2005 as 200502523, Official Records of: Missoula County, Montana with a property description of

LOT 2 IN BLOCK 2 OF NEW MEADOWS, A PLATTED SUBDIVISION IN MISSOULA COUNTY, MONTANA, ACCORDING TO THE OFFICIAL PLAT OF RECORD IN BOOK 13 OF PLATS AT PAGE 16.

And given to secure payment of the Promissory Note therein described or referred to and the money due and to become due thereon with interest, has ENDORSED said note and does hereby ASSIGN, SELL CONVEY AND DELIVER to CitiMortgage Inc., whose principal place of business and Post Office address is: 1000 Technology Drive, O'Fallon, MO 63368-2240 all right, title and interest is said note and all rights accrued or to accrue under said Trust Indenture.

IN WITNESS WHEREOF, said corporation has executed these presents by its officer thereunto duly authorized.

DATED: May 1, 2008

By: _____
Aaron Menne, Assistant Vice President

STATE OF: MISSOURI         )
COUNTY OF: ST CHARLES      ) ss
                           )

On this May 1, 2008, before me, the undersigned, a Notary Public in and for said County and State, personally appeared Aaron Menne personally known to me to be the Assistant Vice President of the corporation that executed the instrument and acknowledged to me that such corporation executed the same pursuant to its by-laws it a resolution of its Board of Directors.

CARISA S. BENNETT
Notary Public - Notary Seal
State of Missouri
St. Louis County
Commission #07052631
Commission Expires May 23, 2011

Notary Public
State of _____
County of _____
Commission Expires: _____

RETURN TO:
Mackoff, Kellogg, Kirby & Kloster, P.C.
P.O. Box 1097
Dickinson, ND 58602-1097