# EXHIBIT "D"

Form No. 22 (9/9/94)  
Trustee's Sale Guarantee (ID/MT)

Guarantee No.: 247473-M  
Page 4 of 8

## SCHEDULE B

## EXCEPTIONS

1. All matters, covenants, conditions, restrictions, easements and any rights, interest or claims which may exist by reason thereof, disclosed on the recorded plat of said subdivision, but deleting any covenant, condition or restriction indicating a preference, limitation or discrimination based on race, color, religion, sex, handicap, familial status, or national origin to the extent such covenants, conditions or restrictions violate 42 USC 3604(c).

2. Covenants, Conditions and Restrictions recorded as Book 99 Micro Records at page 650 , but omitting any covenant, condition or restriction based on race, color, religion, sex, handicap, familial status, or national origin to the extent that such covenants, conditions or restrictions violate 42 USC 3604(c).

3. Covenants, Conditions and Restrictions recorded in Book 150 of Micro Records, page 2247, but omitting any covenant, condition or restriction based on race, color, religion, sex, handicap, familial status, or national origin to the extent that such covenants, conditions or restrictions violate 42 USC 3604(c).

   Amendment to said Covenants recorded as Instrument No. Book 348 Micro Records at page 960
   .

4. Provisions contained in that Certificate, executed by the State of Montana, Department of Health and Environmental Services No. 1173.

5. Contract Agreement upon the terms, conditions and provisions contained therein:  
   Parties: City of Missoula and Jean A. Tripp  
   Recorded: July 22, 2004 , Book 736 Micro Records at page 1213

6. Terms and conditions contained in Petition for Annexation recorded in Book 733 Micro Records at page 1080.

7. Trust Indenture, to secure an original indebtedness of $170,000.00, dated January 28, 2005 and any other amounts and/or obligations secured thereby  
   Recorded: January 31, 2005 , Book 747 Micro Records at page 571  
   Grantor: Christopher S. Hewitt and Stephanie M. Hewitt, husband and wife  
   Trustee: Charles J. Peterson  
   Beneficiary: SunTrust Mortgage, Inc./MERS.

8. Trust Indenture, to secure an original indebtedness of $31,894.00, dated August 26, 2005 and any other amounts and/or obligations secured thereby  
   Recorded: August 31, 2005, Book 759 of Micro Records at Page 426  
   Grantor: Christopher S Hewitt, Stephanie M Hewitt, husband and wife  
   Trustee: Western Title & Escrow  
   Beneficiary: Mortgage Electronic Registration Systems, Inc. (MERS), as nominee for American Home Mortgage, its successors and/or assigns