# EXHIBIT "E"

| ORDERED FOR | DEPT | DATE | FARVV REF NO |
|---|---|---|---|
| Joel Ruppert | CL-Foreclosure | 3/29/2008 | 3035684 |
| | | | SERVICE PERFORMED: Exterior |

# CitiFinancial Mortgage Company, Inc. BPO

| CUST NAME | ACCT NUM | AGENT NAME | DIST FROM SUBJECT |
|---|---|---|---|
| Hewitt | 0401331328 | | 3.5 Miles |

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 102 NEW MEADOWS DR | MISSOULA | MT | 59808 |

**DISCLOSURE**

**QUALITY REVIEW REMARKS:** It was necessary to expand the search distance and the age criteria to get active comps similar in age, size and neighborhood to the subject.

## VALUE INFO

| | VALUE (90-120 DAY) | RECOMMENDED LIST PRICE (90-120 DAY) | TYPICAL MARKETING TIME |
|---|---|---|---|
| AS-IS | $231,000 | $234,000 | 90-120 Days |
| AS-REPAIRED | $231,000 | $234,000 | 90-120 Days |

PREVIOUS BPO INFORMATION (if Applicable)

## LISTING (If Listed)

| LISTING BROKERAGE | LISTING AGENT | LISTING AGENT PHONE |
|---|---|---|
| | | |

| ORIGINAL LIST PRICE | CURRENT LIST PRICE | LISTED FROM | TO | LISTING FINANCE TERMS |
|---|---|---|---|---|
| $ | $ | | unk | |

LISTING COMMENTS

## SUBJECT INFO
(All fields are required for both interior and exterior inspections)

| TYPE | STYLE | AGE | OVERALL CONDITION | SLIDE AREA? | No |
|---|---|---|---|---|---|
| SFD | Ranch | 28 | Good | FLOOD PLAIN? | No |

| SQ FEET ABOVE GROUND | ROOMS/BEDS/BATHS | BASEMENT | EARTHQUAKE ZONE? | No |
|---|---|---|---|---|
| MAIN 1240  UP 0 | 6  3  2 | 1008 SQ FT  90% FINISHED | OBSERVED ENVIRONMENTAL ISSUES? | No |

| LOT SIZE (ACRES) | GARAGE | ROOF CONDITION | | |
|---|---|---|---|---|
| .28 | 2 CAR Gar Att | Good | | |

| POOL | FIREPLACE | WATER | SEWER/SEPTIC | TYPE HEAT | OBSERVED CASUALTY LOSS (FIRE)? | No |
|---|---|---|---|---|---|---|
| None | | Public | Sewer | | | |

| EXTERIOR IMPROVEMENTS | MOBILE HOME MAKE/MODEL/VIN (If Applicable) |
|---|---|
| porch, fenced | |

**EXTERIOR COMMENTS:** Subject appears to be in good condition. No noted problems. Landscaping is simple but neat.

**INTERIOR COMMENTS (Interior Orders)**

## COND OF SUBJECT AND REPAIR ESTIMATES
(Describe required repairs and note approx costs. Do not detail interior repairs if you do not have interior access.)

### EXTERIOR

| DEBRIS REMOVAL | | $ | SIDING/PAINT | | $ |
|---|---|---|---|---|---|
| | None | | | None | |
| STRUCTURAL | None | $ | ROOF | None | $ |
| WINDOWS | None | $ | LANDSCAPING | None | $ |
| OUTBUILDINGS | None | $ | OTHER | None | $ |

EXTERIOR REPAIR COMMENTS

### INTERIOR

| CLEANING | $ | STRUCTURE | $ |
|---|---|---|---|
| PAINT | $ | CARPETS/FLOORING | $ |
| KITCHEN/APPLIANCES | $ | BATHROOMS | $ |
| UTILITIES | $ | OTHER | $ |

INTERIOR REPAIR COMMENTS

**REPAIR TOTAL $ 0**

## EVIDENCE OF

| SETTLEMENT | DRY ROT | SOIL EROSION | WATER SEEPAGE | FOUNDATION/SLAB | LEAKING ROOF | FLOOR BUCKLING | STRUCTURAL DAMAGE |
|---|---|---|---|---|---|---|---|
| No | No | | | Yes | | | No |

| MOLD/MILDEW | MOLD/MILDEW COMMENTS |
|---|---|
| | |

| ENCROACHMENTS (If Yes, See Subject Description and Condition Comments) | EASEMENTS (If Yes, See Subject Description and Condition Comments) |
|---|---|
| No | No |

## FURTHER INSPECTION OR REPORTS TO BE ORDERED

| TERMITE | WELL/SEPTIC | HEATING |
|---|---|---|
| No | No | Yes |
| ENGINEER | STRUCTURAL | ROOF |
| No | No | No |
| OTHER | | |

## ASSESSMENTS

| ANNUAL TAXES $ | PAID (YEAR) | DUE (YEAR) |
|---|---|---|
| 2,224 | 2007 | 2007 |

| MONTHLY ESTIMATE OF UTILITY COST $ | OTHER MONTHLY MAINTENANCE COSTS (SNOW REMOVAL, LAWN CARE, ETC) |
|---|---|
| 150 | 50 |

### HOA INFO (If applicable)

| DUES $ | WHEN DUE AND PAYABLE | ARE THEY CURRENT? | AMENITIES |
|---|---|---|---|
| 12 | annual | Yes | lighting, sewer, water |
| CONTACT | | | PHONE |
| ADDRESS | | | |

| PAGE 1 OF 2   FARVV. 2003 | REP NAME/FIRM/PHONE | | DATE |
|---|---|---|---|
| 3035684 | JOHN GEESEN | (406)239-8417 | 3/29/2008 |

## MARKETABILITY OF SUBJECT

**NEIGHBORHOOD COMMENTS** (Describe any locational factors, access to amenities or functional obsolescence that add or detract from the subject's marketability)

Subject is in the oldest subdivision in the immediate area. Newer subdivisions are better built and generally larger which has brought up the value of the older homes. Older part of subdivision has 2 sections. One has lower quality stick built homes and the other is for mobiles/manufactured homes. Subdivision does have strict covenants and is well kept. Lots are generally 1/4 acre +.

| Field | Value |
|---|---|
| WILL THE PROPERTY BECOME A PROBLEM FOR RESALE? | No |
| WHY? | |
| FINANCING REQUIRED TO SELL SUBJECT | Yes |
| SPECIAL FINANCING PROGRAMS AVAILABLE | FHA |
| INDICATE FINANCING SUBJECT WILL QUALIFY FOR | FHA/VA Yes    CONV Yes |

## MARKET CONDITIONS AND COMPETING LISTINGS
(Three listings are required -- use most comparable available)

| Field | Value |
|---|---|
| NEIGHBORHOOD TREND IS: | Stable |
| IS THERE A SEASONAL MARKET? | Yes |
| EXPLAIN | Nov-Feb are significantly slower |
| PRESENT NUMBER OF MARKET AREA LISTINGS | 27 |
| PRICE RANGE | FROM $ 169,900  TO $ |
| PRESENT NUMBER OF COMPARABLE LISTINGS | 3 |
| PRICE RANGE | FROM $ 209,900  TO $ 237,900 |
| AVG MKT TIME UNSOLD LISTINGS | 100 |
| TYPICAL RESALE INCENTIVES (CL COSTS, PTS, OWC, ETC) | none |
| AVG MKT TIME SOLD LISTINGS | 80 |
| IS THERE NEW HOME CONSTRUCTION? | Yes |
| PRICE RANGE AND DESCRIPTION OF SIMILAR MODELS | no similar: $309,900-$516,000 |

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1006 26TH AVE | 3.66 | $ 229,900 | 78 | UP 0, MAIN 1176, BSMT 1176, GLA 1,176 | TOT RMS 6, BDRMS 3, BATHS 2 | Good | 33 | .26 |
| | Equal/Superior - Comp has slightly more finished sf, location is a little better, similar curb appeal. | | | | | | | | |
| 2 | 7340 BUCKHORN LN | 0.44 | $ 237,900 | 23 | UP 0, MAIN 1380, BSMT 1380, GLA 1,380 | TOT RMS 7, BDRMS 3, BATHS 2.5 | Good | 15 | .59 |
| | Superior - Comp is larger with finished walk-out basement. Located in newer subdivision, better curb appeal. | | | | | | | | |
| 3 | 2531 KRYSTY DR | 3.32 | $ 242,500 | 73 | UP 0, MAIN 1257, BSMT 1200, GLA 1,257 | TOT RMS 7, BDRMS 5, BATHS 2.5 | Good | 37 | .46 |
| | Equal/Superior - Comp has larger basement with more finished sf, location is slightly better, similar curb appeal. | | | | | | | | |

## SOLD COMPS SUPPORTING YOUR VALUE
(Three are required -- use most comparable available)

| # | ADDRESS | DIST FROM SUBJ (Miles) | LIST PRICE | DOM | SQ FT BY LEVEL | RM COUNT BY LEVEL (TOTAL/BR/BA) | CONDITION | AGE | LOT SIZE (SQ FT OR ACRES) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 104 NEW MEADOWS DR, SALE DATE 12/5/2007 | 0.02 | LIST $ 229,000, SALE $ 226,000 | 125 | UP 0, MAIN 1061, BSMT 876, GLA 1,061 | TOT RMS 7, BDRMS 3, BATHS 2 | Good | 28 | .28, DATA SOURCE Public |
| | Inferior - Comp has fireplace, deck, patio, fencing but is smaller., similar curb appeal. | | | | | | | | |
| 2 | 205 NEW MEADOWS CT, SALE DATE 3/7/2008 | 0.02 | LIST $ 234,900, SALE $ 228,900 | 148 | UP 0, MAIN 1061, BSMT 876, GLA 1,061 | TOT RMS 7, BDRMS 2, BATHS 1 | Good | 28 | .27, DATA SOURCE Public |
| | Inferior - Comp has patio, fencing, a little better curb appeal but is smaller. | | | | | | | | |
| 3 | 153 NEW MEADOWS DR, SALE DATE 1/9/2008 | 0.13 | LIST $ 236,900, SALE $ 233,000 | 45 | UP 0, MAIN 1248, BSMT 1008, GLA 1,248 | TOT RMS 7, BDRMS 3, BATHS 2 | Good | 25 | .23, DATA SOURCE Public |
| | Superior - Comp has deck, stamped concrete patio & drive, fencing, new flooring/trim, better curb appeal. | | | | | | | | |

## BPO ADDENDUM

| PROPERTY TYPE | STYLE | OCCUPANT'S NAME (IF KNOWN) | OCCUPANCY STATUS |
|---|---|---|---|
| SFD | Ranch | | Occupied By Unknown |

1. WHAT MORTGAGE PROGRAMS WILL AID IN THE SALE OF THE SUBJECT? PLEASE BE SPECIFIC AS TO RATES, TERMS, CONDITIONS, AND COSTS INVOLVED.

2. WHAT MARKET CONDITIONS, TRENDS AND/OR COMPETITION WILL AFFECT THE SALE OF THE SUBJECT?

| CURR MKT CONDITIONS | EMPLOYMENT CONDITIONS | PROPERTY VALUES | PREDOMINANT OCCUPANCY | VACANCY RATE | REO/BOARDED | VANDALISM RISK |
|---|---|---|---|---|---|---|
| Stable | Declining | Stable | Owner | 0 to 5% | none | Minimal |

3. OUTLINE THE MARKETING STRATEGIES NEEDED TO SELL THE SUBJECT (INCL SUGGESTED LIST PRICE, TYPES OF REPAIRS AND COSTS, IF ANY, AND FINANCING INCENTIVES NEEDED):

**AS-IS:** No needed repairs were noted. If there are interior repairs needed, they should be done because of our competative market.

**AS-REPAIRED:** see abve.

4. PLEASE PROJECT THE CLOSING COSTS AND SALES PRICE PER YOUR RECOMMENDED STRATEGY:

| COMMISSION PERCENT | COMMISSION AMOUNT | TITLE INSURANCE | LEGAL/ESCROW | RECORDING/TRANSFER | PROPERTY TAXES | ASSESSMENTS |
|---|---|---|---|---|---|---|
| 6 % | $ 14,100 | $ 864 | $ 150 | $ 30 | $ 1,900 | $ 0 |