IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                              :    Chapter 11
                                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                              :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                                  :
                                                                    :    Jointly Administered
                                                                    :
        Debtors.                                                    :
------------------------------------------------------------------ x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON JUNE 11, 2008 AT 10:00 A.M. (ET)

### ADJOURNED/RESOLVED MATTERS

1.      Motion of Natixis Real Estate Capital, Inc. f/k/a Ixis Real Estate Capital, Inc. for Relief
        from the Automatic Stay [D.I. 1701, 10/29/07]

        Objection Deadline:    November 7, 2007 at 4:00 p.m., extended for the Debtors and
                               Committee

        Related Document:

                a)    Order Approving and Authorizing the Settlement Agreement by and
                      Between the Debtors and Natixis Real Estate Capital Inc. f/k/a Ixis Real
                      Estate Capital, Inc. [D.I. 2986, 2/15/08]

        Objections Filed:    None

        Status: This matter has been resolved in part. The remainder of this matter will be
                adjourned to a date and time to be determined.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., ("AHM
Investment") a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation
(1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.) ("AHM Servicing"), a Maryland
corporation (7267); American Home Mortgage Corp., ("AHM Corp.") a New York corporation (1558); American
Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a
New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The address for all
of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is
4600 Regent Blvd., Suite 200, Irving, Texas 75063.

2.    Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2395, 12/14/07]

Related Documents:

    a)    Order Authorizing the Abandonment and Destruction of Certain Duplicate Mortgage Loan Files [D.I. 2724, 1/15/08]

    b)    Debtors' Limited Reply and Supplement to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2888, 2/5/08]

    c)    Notice of Filing of Exhibit A to Debtors' Limited Reply and Supplement to Motion for an Order Pursuant to 11 U.S.C. §§ 105, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 2902, 2/8/08]

    d)    Order (Second) Authorizing The (I)Abandonment And Destruction of Certain Duplicate Mortgage Loan Files or (II)Return of Mortgage Loan Files To The Owner of Such Loans Upon Payment of Reasonable Costs And Expenses [D.I. 3010, 2/19/08]

    e)    Loan File Return Declaration of the Creditor Community Development Administration, a Division of the Maryland Department of Housing and Community Development [D.I. 3271, 3/13/08]

    f)    Loan File Return Declaration of Aurora Loan Services LLC [D.I. 3275, 3/13/08]

    g)    Declaration of Colorado Housing and Finance Authority [D.I. 3289, 3/13/08]

    h)    Loan File Return Declaration of Wells Fargo Funding, Inc. [D.I. 3290, 3/14/08]

    i)    Loan File Return Declaration of Goldman Sachs Mortgage Company [D.I. 3291, 3/14/08]

    j)    Loan file Return Declaration of Marilyn Richardson on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3294, 3/14/08]

k)  Loan File Return Declaration of Debora Brown on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3297, 3/14/08]

l)  Loan File Return Declaration of Debora Brown on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3300, 3/14/08]

m)  Loan File Return Declaration of Kathleen Conte on Behalf of Countrywide Home Loans, Inc., Seeking the Return of Hard Copy Loan Files from the Debtors [D.I. 3302, 3/14/08]

n)  Loan File Return Declaration of Bruce W. Good [D.I. 3304, 3/14/08]

o)  Loan File Return Declaration of Deutsche Bank National Trust Company, Solely in its Capacity as Trustee, and on Behalf of Certain Securitization Trusts [D.I. 3305, 3/14/08]

p)  Declaration of L. Steven Spears in Support of Loan File Return [D.I. 3317, 3/14/08]

q)  Loan File Declaration of LaSalle Bank National Association, Solely in its Capacity as a Trustee, and on Behalf of Certain Securitization Trusts [D.I. 3347, 3/19/08]

Objections Filed:

r)  Objection and Reservation of Rights of Wells Fargo Bank, N.A. to the Bar Date Established Pursuant to the Second Order Pursuant to 11 U.S.C. §§5, 363 and 554 Authorizing the (I) Abandonment and Destruction of Certain Duplicate Mortgage Loan Files or (II) Return of Mortgage Loan Files to the Owner of Such Loans Upon Payment of Reasonable Costs and Expenses [D.I. 3307, 3/14/08]

Status: This matter will be adjourned by agreement to June 25, 2008 at 10:00 a.m.

3.  Iron Mountain Information Management, Inc.'s Motion to Compel Payment of Administrative Expenses [D.I. 2465, 12/20/07]

Objection Deadline:  December 28, 2007 at 4:00 p.m., extended to February 7, 2008 at 4:00 p.m. for the Debtors and the Committee

Related Document:

a)  Proposed Form of Order filed by Iron Mountain Information Management, Inc. [D.I. 2502, 12/26/07]

DB02:6857463.1

066585.1001

Objections Filed:

    b)    Informal Response of the Debtors

Status: This matter will be adjourned by agreement to June 25, 2008 at 10:00 a.m.

4.    CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2515, 12/27/07]

    Objection Deadline:    January 7, 2008 at 4:00 p.m., extended to January 9, 2008 at 12:00 p.m.

    Objections Filed:

        a)    Debtors' Objection to CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2635, 1/9/08]

    Status: This matter will be adjourned by agreement to June 25, 2008 at 10:00 a.m.

5.    Motion of National City Capital Commercial Corporation for Entry of Order Granting Allowance and Payment of Post-Petition Rent as an Administrative Expense Pursuant to 11 U.S.C. § 503(b)(1)(a) [D.I. 2791, 1/25/08]

    Objection Deadline:    February 21, 2008 at 4:00 p.m., extended to June 18, 2008 for the Debtors and Committee

    Objections Filed:    None to date

    Status: This matter will be adjourned by agreement of the parties to June 25, 2008 at 10:00 a.m.

6.    Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3474, 3/28/08]

    Response Deadline:    April 24, 2008 at 4:00 p.m.

    Responses Filed:    See Exhibit A, attached

    Related Document:

        d)    Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3946, 5/2/08]

Objections Filed:

    b)      Informal Response of the Debtors

Status: This matter will be adjourned by agreement to June 25, 2008 at 10:00 a.m.

4.     CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2515, 12/27/07]

    Objection Deadline:   January 7, 2008 at 4:00 p.m., extended to January 9, 2008 at 12:00 p.m.

    Objections Filed:

        a)      Debtors' Objection to CitiMortgage Inc.'s Motion to Lift the Automatic Stay and Compel the Debtors to Release Loan Documents [D.I. 2635, 1/9/08]

Status: This matter will be adjourned by agreement to June 25, 2008 at 10:00 a.m.

5.     Motion of National City Capital Commercial Corporation for Entry of Order Granting Allowance and Payment of Post-Petition Rent as an Administrative Expense Pursuant to 11 U.S.C. § 503(b)(1)(a) [D.I. 2791, 1/25/08]

    Objection Deadline:   February 21, 2008 at 4:00 p.m., extended to June 18, 2008 for the Debtors and Committee

    Objections Filed:     None to date

Status: This matter will be adjourned by agreement of the parties to June 25, 2008 at 10:00 a.m.

6.     Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3474, 3/28/08]

    Response Deadline:   April 24, 2008 at 4:00 p.m.

    Responses Filed:     See Exhibit A, attached

    Related Document:

        d)      Order Granting Debtors' Second Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3946, 5/2/08]

     

    b)      Notice of Withdrawal of Supplement to Motion of American Home Servicing, Inc., Formerly Known as AH Mortgage Acquisition Co., Inc., for an Order Granting the Allowance and Payment of an Administrative Expense Claim for Breaches by Certain Debtors of the Asset Purchase Agreement for the Sale of the Debtors' Mortgage Servicing Business [D.I. 4359, 6/4/08]

Objections Filed:    None

Status: This matter will be adjourned to June 25, 2008 at 10:00 a.m.

10.    Pre-Trial Conference: Natixis Real Estate Capital Inc. f/k/a Ixis Real Estate Capital Inc. v. American Home Mortgage Corp., et al., Adv. No. 08-50634

Status: This matter is adjourned by agreement of the parties to June 25, 2008 at 10:00 a.m.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION

11.    Debtors' Tenth Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, Authorizing the Debtors to Reject a Certain Unexpired Lease [D.I. 4098, 5/20/08]

Objection Deadline:    June 4, 2008 at 4:00 p.m.

Objections Filed:    None

Related Document:

    a)      Certificate of No Objection [D.I. 4457, 6/9/08]

Status: A Certificate of No Objection has been filed. No hearing is required.

12.    Debtors' Motion, Pursuant to Bankruptcy Rule 9019 and Section 105(a), 363(b)(1) and 503(c)(3) of the Bankruptcy Code, for an Order Approving and Authorizing Fourth Stipulation Between Certain Debtors and ABN AMRO Bank N.V. Amending and Supplementing the Third Stipulation Regarding : (1) Post-Petition Advances; (2) Servicing Payments; and (3) Mortgage Loan Refinancings [D.I. 4103, 5/20/08]

Objection Deadline:    June 4, 2008 at 4:00 p.m.

Objections Filed:    None

Related Document:

    a)      Certificate of No Objection [D.I. 4458, 6/9/08]

    

Status: A Certificate of No Objection has been filed. No hearing is required.

13. Debtors' Motion Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 for an Order Approving and Authorizing the Settlement Agreement by and Between the Debtors and Financial Guaranty Insurance Co. Resolving Adversary Proceeding (07-51725) [D.I. 4104/16, 5/20/08]

Objection Deadline:    June 4, 2008 at 4:00 p.m.

Objections Filed:    None

Related Document:

    a)    Certificate of No Objection [D.I. 4459/17, 6/9/08]

Status: A Certificate of No Objection has been filed. No hearing is required.

## CONTESTED MATTERS GOING FORWARD - MOTIONS FOR RELIEF FROM STAY (FIRST LIEN FORECLOSURES) – CERTIFICATION OF COUNSEL

14. Motion of CitiMortgage Inc., for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 331 Balboa Drive, Delano, CA 93215 [D.I. 4035, 5/13/08]

Objection Deadline:    June 4, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Reservation of Rights [D.I. 4346, 6/3/08]

Related Document:

    b)    Certification of Counsel [D.I. 4355, 6/4/08]

Status: A Certification of Counsel has been filed. No hearing is required.

DB02:6857463.1                    066585.1001

15.    Motion of CitiMortgage Inc., for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1435 E. Military Way, Salt Lake, UT 84103 [D.I. 4037, 5/13/08]

   Objection Deadline:    June 4, 2008 at 4:00 p.m.

   Objections Filed:

        a)    Debtors' Reservation of Rights [D.I. 4346, 6/3/08]

   Related Document:

        b)    Certification of Counsel [D.I. 4355, 6/4/08]

   Status: A Certification of Counsel has been filed.  No hearing is required.

## CONTESTED MATTERS GOING FORWARD - MOTIONS FOR RELIEF FROM STAY (FIRST LIEN FORECLOSURES) –GOING FORWARD

16.    Motion of Morequity Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4901 Pouliot Place, Wilmington, MA 01887 [D.I. 4132, 5/21/08]

   Objection Deadline:    June 4, 2008 at 4:00 p.m.

   Objections Filed:

        a)    Debtors' Reservation of Rights [D.I. 4346, 6/3/08]

   Status: This matter will be going forward.

17.    Motion of HSBC Bank, N.A. as Trustee for the Holders of Deutsshe Alt-A Securities Mortgage Loan Trustee, Series 2007-AR2 Mortgage Pass Through Certificates and/or MERS as Appropriate for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 13146 Tory Loop, Woodbridge, VA 22192 [D.I. 4133, 5/21/08]

   Objection Deadline:    June 4, 2008 at 4:00 p.m.

   Objections Filed:

        a)    Debtors' Reservation of Rights [D.I. 4346, 6/3/08]

   Status: This matter will be going forward.

18.    Motion of Countrywide Home Loans, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1647 SW 108th Way, Davie, FL 33324 [D.I. 4134, 5/21/08]

Objection Deadline:   June 4, 2008 at 4:00 p.m.

Objections Filed:

a)       Debtors' Reservation of Rights [D.I. 4346, 6/3/08]

Status: This matter will be going forward.

19.    Motion of LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-11 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 628 Frederick St. SW, Vienna, VA 22180 [D.I. 4135, 5/21/08]

Objection Deadline:   June 4, 2008 at 4:00 p.m.

Objections Filed:

a)       Debtors' Reservation of Rights [D.I. 4346, 6/3/08]

Status: This matter will be going forward.

20.    Motion of U.S. Bank, National Association, as Trustee for SMLTI 2007-ARI for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 5704 Woodbine Court, Fredericksburg, VA 22407 [D.I. 4136, 5/21/08]

Objection Deadline:   June 4, 2008 at 4:00 p.m.

Objections Filed:

a)       Debtors' Reservation of Rights [D.I. 4346, 6/3/08]

Status: This matter will be going forward.

21.    Motion of Citigroup Global Markets Realty Corp. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 7291 E. Hampshire Lane, Nampa, ID 83686 [D.I. 4137, 5/21/08]

Objection Deadline:   June 4, 2008 at 4:00 p.m.

Objections Filed:

a)       Debtors' Reservation of Rights [D.I. 4346, 6/3/08]

066585.1001

Status: This matter will be going forward.

22.    Motion of U.S. Bank National Association, as Trustee for Citigroup Mortgage Pass-Through Certificates Series 2007-6 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 7267 E. Hampshire Lane, Nampa, ID 83686 [D.I. 4138, 5/21/08]

Objection Deadline:    June 4, 2008 at 4:00 p.m.

Objections Filed:

a)    Debtors' Reservation of Rights [D.I. 4346, 6/3/08]

Status: This matter will be going forward.

23.    Motion of Citigroup Global Markets Realty Corp for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 1733 N. Keeler Ave., Chicago, IL 60639 [D.I. 4139, 5/21/08]

Objection Deadline:    June 4, 2008 at 4:00 p.m.

Objections Filed:

a)    Debtors' Reservation of Rights [D.I. 4346, 6/3/08]

Status: This matter will be going forward.

24.    Motion of HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche Alt-A Securities, Inc. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4365 Patriot Park Court, Fairfax, VA 22030 [D.I. 4140, 5/21/08]

Objection Deadline:    June 4, 2008 at 4:00 p.m.

Objections Filed:

a)    Debtors' Reservation of Rights [D.I. 4346, 6/3/08]

Status: This matter will be going forward.

DB02:6857463.1                    066585.1001

25.    Motion of Bank of New York, as Trustee for BS ALT a 2005-4 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 2982 Hires Way, San Diego, CA 92173 [D.I. 4141, 5/21/08]

Objection Deadline:    June 4, 2008 at 4:00 p.m.

Objections Filed:

     a)    Debtors' Reservation of Rights [D.I. 4346, 6/3/08]

Status: This matter will be going forward.

26.    Motion of HSBC Bank USA, Inc.for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 708 Emerson Avenue, Glen Ellyn, IL 60137 [D.I. 4142, 5/21/08]

Objection Deadline:    June 4, 2008 at 4:00 p.m.

Objections Filed:

     a)    Debtors' Reservation of Rights [D.I. 4346, 6/3/08]

Status: This matter will be going forward.

27.    Motion of U.S. Bank, National Association, a National Banking Association, Not in Its Individual Capacity, but Soley as Trustee of the Banc of American Funding corporation Trust 2007-1 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 9347 Gooseberry Drive, Manassas, VA 20110 [D.I. 4143, 5/21/08]

Objection Deadline:    June 4, 2008 at 4:00 p.m.

Objections Filed:

     a)    Debtors' Reservation of Rights [D.I. 4346, 6/3/08]

Status: This matter will be going forward.

28.  Motion of U.S. Bank, National Association, as Trustee for Banc of America Funding Trust 2007-3 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4822 North Cristy Avenue, San Bernardino, CA 92407 [D.I. 4144, 5/21/08]

Objection Deadline:   June 4, 2008 at 4:00 p.m.

Objections Filed:

   a)      Debtors' Reservation of Rights [D.I. 4346, 6/3/08]

Status: This matter will be going forward.

29.  Motion of Wells Fargo Bank N.A. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 4321 Pembrook Village Drive, Alexandria, VA 22309 [D.I. 4145, 5/21/08]

Objection Deadline:   June 4, 2008 at 4:00 p.m.

Objections Filed:

   a)      Debtors' Reservation of Rights [D.I. 4346, 6/3/08]

Status: This matter will be going forward.

30.  Motion of America's Servicing Company for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 9518 Tunstall Place, Montgomery Village, MD 20886 [D.I. 4146, 5/21/08]

Objection Deadline:   June 4, 2008 at 4:00 p.m.

Objections Filed:

   a)      Debtors' Reservation of Rights [D.I. 4346, 6/3/08]

Status: This matter will be going forward.

31.  Motion of Deutsche Bank National Trust Company, as Indenture Trustee Under the Indenture Relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-4 for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 6428 N. Oaks Dr., West Bloomfield, MI 48324 [D.I. 4147, 5/21/08]

Objection Deadline:   June 4, 2008 at 4:00 p.m.

Objections Filed:

DB02:6857463.1                                                                              066585.1001

    a)    Debtors' Reservation of Rights [D.I. 4346, 6/3/08]

Status: This matter will be going forward.

32.    Motion of Wells Fargo Bank, National Association , as Trustee for HSBC Bank USA, ACE 2006-ASAP1 by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as Their Attorney in Fact for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 264 Smithridge Par, Reno, NV 89502 [D.I. 4148, 5/21/08]

Objection Deadline:   June 4, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Reservation of Rights [D.I. 4346, 6/3/08]

Status: This matter will be going forward.

33.    Motion of Mortgage Electronic Registration Systems for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 264 Smithridge Par, Reno, NV 89502 [D.I. 4149, 5/21/08]

Objection Deadline:   June 4, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Reservation of Rights [D.I. 4346, 6/3/08]

Status: This matter will be going forward.

34.    Motion of Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-OC2 Mortgage Pass-Through Certificates, Series 2006-OC2 and/or MERS as Appropriate for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property Located at 5806 Royal Ridge Drive, #E, Springfield, VA 22152 [D.I. 4150, 5/21/08]

Objection Deadline:   June 4, 2008 at 4:00 p.m.

Objections Filed:

    a)    Debtors' Reservation of Rights [D.I. 4346, 6/3/08]

Status: This matter will be going forward.

DB02:6857463.1

066585.1001

35.   Motion of HSBC Bank USA, National Association, as Trustee for Home Equity Loan
      Trust Series ACE 2006-AF1for Relief from Automatic Stay Under Section 362 of the
      Bankruptcy Code with Respect to Real Property Located at 331 Balboa Drive, Delano,
      CA 93215 [D.I. 4212, 5/23/08]

      Objection Deadline:   June 4, 2008 at 4:00 p.m.

      Objections Filed:

            a)      Debtors' Reservation of Rights [D.I. 4346, 6/3/08]

      Status: This matter will be going forward.

36.   Motion of HSBC Bank USA, National Association, as Trustee for Deutsche ALT-A
      Securities Mortgage Loan Trust Series 2006-AR4 for Relief from Automatic Stay Under
      Section 362 of the Bankruptcy Code with Respect to Real Property [D.I. 4213, 5/23/08]

      Objection Deadline:   June 4, 2008 at 4:00 p.m.

      Objections Filed:

            a)      Debtors' Reservation of Rights [D.I. 4346, 6/3/08]

      Status: This matter will be going forward.

37.   Motion of Wells Fargo Bank, N.A. DBA America's Servicing Company for Relief from
      Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real
      Property [D.I. 4214, 5/23/08]

      Objection Deadline:   June 4, 2008 at 4:00 p.m.

      Objections Filed:

            a)      Debtors' Reservation of Rights [D.I. 4346, 6/3/08]

      Status: This matter will be going forward.

38.   Motion of Bank of America, National Association for Relief from Automatic Stay Under
      Section 362 of the Bankruptcy Code with Respect to Real Property [D.I. 4215, 5/23/08]

      Objection Deadline:   June 4, 2008 at 4:00 p.m.

      Objections Filed:

            a)      Debtors' Reservation of Rights [D.I. 4346, 6/3/08]

      Status: This matter will be going forward.

DB02:6857463.1                                                                     066585.1001

39.   Motion of Wells Fargo Bank, N.A. for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with Respect to Real Property [D.I. 4216, 5/23/08]

Objection Deadline:   June 4, 2008 at 4:00 p.m.

Objections Filed:

   a)   Debtors' Reservation of Rights [D.I. 4346, 6/3/08]

Status: This matter will be going forward.

## CONTESTED MATTERS GOING FORWARD

40.   Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 3879, 4/28/08]

Response Deadline:   May 20, 2008 at 4:00 p.m.

Related Document:

   a)   Notice of Submission of Copies of Proofs of Claims [D.I. 4040, 5/14/08]

   b)   Order Granting Debtors' Fifth Omnibus [D.I. 4295, 5/28/08]

Responses Filed: See Exhibit B, attached

Status: An Order has been entered that partially sustains the Objection.  With respect to the remainder of the relief requested and the remaining responses please see Exhibit B, attached.

41.   Debtors' Seventh Omnibus Objection (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4028, 5/12/08]

Response Deadline:   June 4, 2008 at 4:00 p.m.

Related Document:

   a)   Notice of Submission of Claim [D.I. 4300, 5/29/08]

Responses Filed:  See Exhibit D, attached

Status: With respect to the responses to the Objection, please see Exhibit D, attached. The remainder of this matter will be going forward.

42. Debtors' Eighth Omnibus Objection (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1 [D.I. 4029, 5/12/08]

Response Deadline:   June 4, 2008 at 4:00 p.m.

Related Document:

a)   Notice of Submission of Claim [D.I. 4301, 5/29/08]

Responses Filed:  See Exhibit E, attached

Status: With respect to the responses to the Objection, please see Exhibit E, attached. The remainder of this matter will be going forward.

Dated: Wilmington, Delaware
June 9, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____

James L. Patton, Jr. (No. 2202)
Robert S. Brady (No 2847)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

DB02:6857463.1                                                          066585.1001

## Exhibit A, Second Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|----------|------------------------|--------|
| a | Judith Rigsby | 3753, 4/21/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| b | Marsha Albrecth | 3757, 4/21/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| c | Lillian Frieder | 3805, 4/23/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| d | Nathan Frieder | 3806, 4/23/08 | Adjourned to June 25, 2008 at 10:00 a.m. |

## Exhibit B, Fifth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|----------|------------------------|--------|
| a | Kristen M. Kohl | 3987, 5/6/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| b | Diocesan Publications, Inc. | 4024, 5/12/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| c | Schoeffel International Corporation | 4053, 5/15/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| d | Kenneth Reinard | 4054, 5/15/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| e | Land Interest | 4057, 5/15/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| f | Bonnie Carlton | 4060, 5/15/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| g | Haze Weed | 4061, 5/15/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| h | Helen Bullard | 4088, 5/20/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| i | Hopkins & Company | 4089, 5/20/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| j | Ramesh Pathak | 4091, 5/20/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| k | Brian Fiore | 4093, 5/20/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| l | Kenneth R. Dunnill | 4094, 5/20/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| m | Tory Carroll | 4096, 5/20/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| n | Sam Hage, II | 4106, 5/20/08 | Adjourned to June 25, 2008 at 10:00 a.m. |

DB02:6857463.1    066585.1001

| | | | |
|---|---|---|---|
| o | Victor LaRosa | 4119, 5/22/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| p | Cecil Little | 4125, 5/22/08 | The Objection will be withdrawn |
| q | Philip Braun | 4126, 5/22/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| r | Bob Coston | 4127, 5/22/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| s | Gilberto Desantis | 4128, 5/22/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| t | John B. Clark | 4176, 5/23/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| u | Barbara Henning | 4183, 5/23/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| v | Albert Houston and Anne Houston | 4186, 5/23/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| w | Greer Phillips and Laurie Phillips | 4190, 5/23/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| x | Mark Presley | 4193, 5/23/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| y | Mary Anne Long Trust | 4275, 5/23/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| z | Robert Vanderbeck | 4297, 5/27/08 | Going forward |
| aa | Robert Sullivan | 4339, 6/2/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| bb | Indira Misir | | Adjourned to June 25, 2008 at 10:00 a.m. |

## Exhibit C, Sixth Omnibus Objection

| | Claimant | Docket No., Date Filed | Status |
|---|---|---|---|
| a | Christine Conklin | 3988, 5/9/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| b | Karen Gravely-Robinson | | Adjourned to June 25, 2008 at 10:00 a.m. |
| c | Hardin County | | Adjourned to June 25, 2008 at 10:00 a.m. |
| d | Deborah Mills | | Adjourned to June 25, 2008 at 10:00 a.m. |
| e | Souderton Area School District/Upper Salford Township Tax Collector | | Adjourned to June 25, 2008 at 10:00 a.m. |

## Exhibit D, Seventh Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|----------|------------------------|--------|
| a | Gilbert Scott | 4120, 5/20/08 | Going forward |
| b | Janette Krupsaw | 4129, 5/20/08 | Going forward |
| c | George Kemps | 4276, 5/23/08 | Going Forward |
| d | Gary Grundy | 4294, 5/27/08 | Going forward |
| e | Daniel Leeson | 4341, 6/2/08 | Going forward |
| f | Richard Heintz | 4342, 6/2/08 | Going forward |
| g | Rita LaMell and Harold Markowitz | 4345, 6/3/08 | Going forward |
| h | Harshad Shah | 4344, 6/3/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| i | U.S. Bank National Asso. | 4362, 6/4/08 | Going forward |
| j | Roger Quinn | 4389, 6/5/08 | Going forward |
| k | Internal Revenue Service | 4400, 6/5/08 | Going Forward |
| m | Marilyn Walter | | Going forward |

## Exhibit E, Eighth Omnibus Objection

|   | Claimant | Docket No., Date Filed | Status |
|---|----------|------------------------|--------|
| a | Marie Minutillo | 4296, 5/27/08 | Going forward |
| b | Thomas Hoffman | 4340, 6/2/08 | The Objection will be withdrawn |
| c | Norman Loftis | 4360, 6/4/08 | Adjourned to June 25, 2008 at 10:00 a.m. |
| d | Jennifer Tobin | 4388, 6/5/08 | Going forward |

DB02:6857463.1

066585.1001