20 Coyote Hill
Portola Valley, CA 94028

June 2, 2008

United States Bankruptcy Court for the District of Delaware
824 Market Street
3rd Floor
Wilmington, Delaware, 19801

Re: Case No. 07-11047 (CSS)

Sirs:

As a preferred stock holder in American Home Mortgage I object to Debtors Objection of the Equity Interest Claims and wish to remain a claimant for my $ 20,000 investment made in American Home Mortgage.

Sincerely,

Marilyn J. Walter

cc: Young Conaway Stargatt & Taylor, L.L.P.