# *B* John & Lois Battistini

### 131 Cumberland Avenue
### Estell Manor, NJ 08319
Phone: 609-476-2184  E-mail L61JB@aol.com  Fax: 609-476-4910

FILED
2008 JUN -5 AM 9: 10
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

June 2, 2008

Re: American Home Mortgage
Claim Number: 5375
Case Number 07-11047 (CSS)

United States Bankruptcy Court of Delaware
824 Market Street
3rd Floor
Wilmington, DE 19801

To whom it may concern;

My proof of claim was filed on December 10, 2007 in hopes of re-imbursement of my purchase price in the amount of $2,550.00 for 100 Shares of Preferred Stock. I was under the impression that preferred stocks were a safer investment than common stock. We object to the altering of our rights by allowing the claim to be expunged which would result in the loss of our investment. Although the amount is trivial to some it makes a big difference to those on fixed incomes relying on dividends from supposedly safe preferred stocks.
I hope the court does NOT grant the relief requested in the objection.

Sincerely,

*John Battistini*    *Lois Battistini*

Cc: Young Conaway Stargatt & Taylor, LLP