May 31, 2008

RE: Case No. 07-11047 (CSS)

RECEIVED
JUN 06 2008
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

The Honorable Christopher S. Sontchi,

I am writing in responds to the attached notice I received in a claim based on equity interest.

My response to this in my objection is I have enclosed my original transaction confirmation statement.

Please observe the date of 6/15/07.

The company already knew that they were financially unable to survive at this point, yet chose to process my transaction in avarice greed, rather than just return my check.

I have attachedments enclosed for your review.

Sincerely,

Don Severy

**SEND INQUIRIES TO:**
AMERICAN STOCK TRANSFER
& TRUST COMPANY
P.O. BOX 922, WALL STREET STATION
NEW YORK, NY 10269-0560

**TRANSACTION CONFIRMATION**

**VISIT OUR WEBSITE:**
www.amstock.com
**OR CALL:**
800-278-4353

13219  AMERICAN HOME MORTGAGE INVESTMENT CORP

DON SEVERY
2605 STATE STREET
BOX 6710408
SALEM OR 97310

PURSUANT TO YOUR INSTRUCTIONS, WE HAVE PERFORMED THE TRANSACTION DESCRIBED BELOW. PLEASE NOTIFY US IMMEDIATELY OF ANY DISCREPANCIES.

| | |
|---|---|
| ACCOUNT NUMBER | 0000010991 |
| TRANSACTION DATE | 06-15-2007 |
| TRANSACTION TYPE | Shares purchased |
| GROSS AMOUNT | 250.00 |
| SERVICE CHARGE | 3.60 |
| NET AMOUNT | 246.40 |
| PRICE PER SHARE | 22.2800 |
| SHARES | 11.059 |
| TOTAL PLAN SHARES HELD | 11.059 |

**Many of the plan transactions outlined below (including purchases and sales, if applicable) can be performed using our website, www.amstock.com**

Specific transactions identified below may not be applicable to your plan. We urge you to refer to your Plan Brochure if you have any questions. Please refer to your Plan Brochure for any related transaction fees.

DETACH HERE
ASTREF

**TRANSACTION REQUEST FORM** - You do not need to do anything with this form unless you wish to execute one of the transactions listed below.

DETACH HERE
PWF

**TERMINATE PARTICIPATION**
☐ SELL ALL PLAN SHARES AND TERMINATE PLAN PARTICIPATION
☐ ISSUE ALL PLAN SHARES AND TERMINATE PLAN PARTICIPATION

**CONTINUE PARTICIPATION**
Whole Shares
☐ SELL PLAN SHARES AND CONTINUE PLAN PARTICIPATION
Whole Shares
☐ ISSUE PLAN SHARES AND CONTINUE PLAN PARTICIPATION

☐ Optional cash contribution to my Plan account - All payments enclosed must be in U.S. dollars drawn on a U.S. bank and payable to American Stock Transfer and Trust Company.
$ _____ (Enter dollar amount)

Next anticipated investment date
_____

☐ Deposit certificate(s) shares into my Plan account. PLEASE ENCLOSE CERTIFICATE(S).
(Enter number of shares)
_____ 873

☐ TO CHANGE THE ADDRESS on your account, mark the box at left and indicate your new address on the reverse side of this form.

1

ALL REQUESTS MUST BE SIGNED BY ALL REGISTERED OWNERS | SIGNATURE | SIGNATURE | DAYTIME TELEPHONE NO. ( )

MAKE NO MARKINGS BELOW THIS LINE

13219 00000109918

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: June 18, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: June 25, 2008 at 10:00 a.m. (ET) |

AHM OB9 5/23/2008 (merge2.txnum2) 4000096072

SEVERY, DON
2605 STATE STREET
PO BOX 6710408
SALEM, OR 97310

## NOTICE OF DEBTORS' NINTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: SEVERY, DON
2605 STATE STREET
PO BOX 6710408
SALEM, OR 97310

**Basis For Objection:** Claim based on Equity Interest

| | **Claim Number** | **Claim Amount** |
|---|---|---|
| **Claim to be Expunged** | 2700 | $246.40 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **June 18, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JUNE 25, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 23, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession