To: The United States Bankruptcy Court for the District of Delaware     690 kane Ct.
    824 Market Street, 3rd Floor,     Reno, NV 89512
    Wilmington, Delaware 19801     June 02, 2008

Honorable Judge Sontchi:     Claim# 4363  &  Claim amount $ 4230.00

I, Jagat Samanta a senior citizen and a retired person who invested in the American Home Mortgage Company by buying 200 (two hundred) shares for receiving dividends to supplement my income. But unfortunately the company filed for bankruptcy before I received a single payment of the dividends. I believe the mismanagement and miscarriage of the fiduciary responsibilities on the part of the top management of the company have put the Company under financial distress.

If the company could be salvaged and reorganised to start a new life with the new management under your guidance and advise, please do so. Otherwise, please accumulate as much cash as possible by disposing the remaining assets of the company and after paying off the lawyers, distribute the remaining assets equitably among all the share holders. I vehemently oppose the objection that seek to alter my rights by disallowing and expunging my above listed claim.

Sincerely;

*Jagat B. Samanta*

( Jagat B. Samanta)

Ref# Case NO: 07-11047 (CSS), chapter 11

CC: Young Conway Stargatt & Taylor, LLP.