## RESPONSE to OBJECTION

FILED
2008 JUN -6 AM 11: 26

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 31, 2008

Honorable Christopher S. Sontchi
United States Bankruptcy Court
824 Market Street, 5th Floor, Courtroom 6
Wilmington, DE 19801

RE: Denny Patel
Claim Number: 4513
Claim Amount: $3616

This letter is in response to the objection of the claim made for Equity Interest with American Home Mortgage Holdings.

I am writing this letter to please please ask that I recover some of the money that I invested and lost with this stock. I am a small time investor who got "burned." I work very hard for my money and $3616 is a lot of money for me. I just had a baby and times are tough right now. I realize that I ultimately made the decision to purchase this stock, but who knew it would go under. I know that my claim is small, so all I ask is that you please reconsider your objection and at least help me recover some of my losses.

I do not have an attorney and can not afford one. I just ask for your time and consideration when making the decision. Please keep my baby in mind when you make your decision! Thank you.

Sincerely,

Denny A. Patel

Cc: Young, Conaway, Stargatt & Taylor, LLP

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re: )
) Chapter 11
AMERICAN HOME MORTGAGE )
HOLDINGS, INC., Delaware corporation, et al., ) Case No. 07-11047 (CSS)
)
Debtors. ) Jointly Administered
)
) **Objection Deadline: June 18, 2008 at 4:00 p.m. (ET)**
) **Hearing Date: June 25, 2008 at 10:00 a.m. (ET)**
)

AHM OB9 5/23/2008 (merge2.txnum2) 4000097553
PATEL, DENNY
274 S. EARLHAM ST.
ORANGE, CA 92869

## NOTICE OF DEBTORS' NINTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

TO: PATEL, DENNY
274 S. EARLHAM ST.
ORANGE, CA 92869

**Basis For Objection:** Claim based on Equity Interest

| | Claim Number | Claim Amount |
|---|---|---|
| **Claim to be Expunged** | 4513 | $3,616.00 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the **Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1** (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **June 18, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JUNE 25, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 23, 2008
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession