Irene Stapleford
58 Pillsbury Street
South Portland, ME 04106

June 2, 2008

U.S. Bankruptcy Court for the District of Delaware
824 Market Street, 3rd floor
Wilmington, DE 19801

Young, Conaway, Stargatt & Taylor, LLP
Counsel to the Debtors
The Brandywine Bldg
1000 West Street, 17th floor
Wilmington, DE 19801

Claim # 8112
Claim Amount: $4718

Dear Sir or Madam,
I recently received notice of American Home Mortgage's intent to object to my equity interest claim in their now-defunct corporation. I do not withdraw my claim.

The loss I suffered was to my retirement savings, an IRA which I will rely on to meet my needs when I am no longer fit to work. While the dollar amount of the loss may seem small to AHM, it will truly be missed. If there is any recourse for small-scale individual investors such as myself, it is through the bankruptcy proceedings currently under way.

Therefore I restate my claim for the lost investment and hope that American Home Mortgage is able to learn from its mistakes.

Respectfully,

*Irene Stapleford*

Irene H. Stapleford
individual investor