

**DUANE HELMER PE (Retired)**
4030 170th Street S.W.
Lynnwood, Washington 98037-6956
Equity Interest Claimant No. 5274

June 04, 2008

**United States Bankruptcy Court**
**For the District of Delaware**
824 Market Street, 5th Floor
Courtroom Number Six (6)
Wilmington, Delaware 19801

Re: Response to Objection/Case No. 07-11047 (CSS)

To: The Honorable Christopher S. Sontchi

    It is the belief that the defendants in this case should not be allowed relief/expunction from Equity Interest Claims. Under all scenarios of claims, the eventual interest is simply a monetary loss stemming from conditions imposed and implemented by the defendant. If those conditions were subject to some form of control by the investor, an objection to claim could perhaps be justified.

    It is understood that the Debtors Ninth Omnibus (non-substantive) objection to claims pursuant to Section 502 (b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 are subject to court ruling otherwise the notice would be non-productive.

    It is the belief that the defendant in this case acted irresponsibly and has an obligation to satisfaction of all claims. It is assumed the USPS is qualified to serve one's response.

Very truly

*Duane Helmer PE*
Duane Helmer PE (Retired)
4030 170th Street S.W.
Lynnwood, Washington 98037-6956
                                        1 Attachment

WM FINANCIAL SERVICES
P.O. BOX 19399
IRVINE,            CA 92623

A7111031392
WM FINANCIAL SERVICES INC
REGULAR IRA
FBO DUANE HELMER
PASSWORD REQUIRED
4030 170TH ST SW
LYNNWOOD WA 98037



# WM financial services
a Washington Mutual, Inc. Company
wamu.com/wmfinancial

- Not FDIC Insured - Except for CDs
- May Lose Value
- No Bank Guarantee

Account:              RNO-352381
Confirm Date:         05/23/2006

Investment Rep Name:
         NEIL LANCE/G WALLACE
For Questions Call:  (877)833-7452

## IMPORTANT MESSAGE

Good 'Til Cancelled/Open Orders (GTC) remain enforced for 120 days from the stated Trade Date. If you wish to cancel this GTC order, please contact your Financial Advisor. Pertains only to unexecuted Equity & Option orders.

## TRADE CONFIRMATION SUMMARY REPORT

Trade Date: 05-23-06         Settlement Date: 05-26-06

| YOU BOUGHT | | | | | | | |
|---|---|---|---|---|---|---|---|
| Symbol | Ref # | Qty | Price | Cusip | Type | Reg Rep | Exch | Orig |
| AHM | 06143-419754 | 100 | 32.90 | 02660R107 | 1* | Z## YEY | 6* |

SECURITY DESCRIPTION
AMERICAN HOME MTG INVESTMENTS REIT
WE HAVE ACTED AS AGENT. UNSOLICITED ORDER

Principal Amount            3,290.00
Commission                     84.46
Post / Serv Fee                 5.00
Settlement Amount           3,379.46

CONFIRMATION NOTICE: The Post/Serv Fee applies to processing and mailing cost of client trade confirmations. All orders are unsolicited unless specified above. Account carried with National Financial Services, LLC. If you have questions regarding this information, please call your registered representative or 1-800-888-0055.

Make checks payable to National Financial Services, LLC. Please include your account number on your check. Remit checks to: WM Financial Services, PO Box 145442, Cincinnati, OH 45250-5442