Russell Steiner
13 Willard Williamson Road
Milan, Tennessee
38358

6/01/08

To whom it may concern,

Please consider this letter as my formal objection in regards to case number 07-11047 (CSS) jointly administered in the chapter 11 filing from American Home Mortgage Holdings Inc. Delaware Corporation.

I object to the fact that the claim is being considered to be expunged regardless that the basis for objection is based on equity interest. I invested $3,451.50 and in less than two weeks lost the entire investment except for approximately $3.00. I believe that American Home Mortgage Holdings Inc. should be held liable for my investment and that I am entitled to be reimbursed.

I am unsure if this is all you need as I have never had to deal with this type of issue before. Should you need further information or if I need to do anything else you may reach me by phone at 731-225-7287 or via email at steiner_russ@yahoo.com.

Sincerely

Russell Steiner

Claim # 4348

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AMERICAN HOME MORTGAGE | ) |
| HOLDINGS, INC., Delaware corporation, et al., | ) Case No. 07-11047 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Objection Deadline: June 18, 2008 at 4:00 p.m. (ET) |
| | ) Hearing Date: June 25, 2008 at 10:00 a.m. (ET) |

AHM OB9 5/23/2008 (merge2.txnum2) 4000097430

STEINER, RUSSELL W.
13 WILLARD WILLIAMSON ROAD
MILAN, TN 38358

FILED 2008 JUN -9 AM 10:28

## NOTICE OF DEBTORS' NINTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1

O: STEINER, RUSSELL W.
13 WILLARD WILLIAMSON ROAD
MILAN, TN 38358

**Basis For Objection:** Claim based on Equity Interest

| | Claim Number | Claim Amount |
|---|---|---|
| **Claim to be Expunged** | 4348 | $3,451.50 |

The above-captioned debtors and debtors in possession (the "Debtors") have filed the Debtors' Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 (the "Objection"), a copy of which is attached hereto. Your claim was filed on account of an equity interest in the Debtors and not on account of damages or a claim against the Debtors. The Objection does not seek to expunge any equity interests, however, the Objection does seek to alter your rights by disallowing and expunging your above-listed claim in the 'Claim to be Expunged' row.

Responses to the Objection, if any, must be filed on or before **June 18, 2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon the counsel to the Debtors listed below so that the response is received on or before the Objection Deadline.

A HEARING ON THE OBJECTION WILL BE HELD ON **JUNE 25, 2008 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, COURTROOM NO. 6, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 23, 2008
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
Nathan D. Grow (No. 5014)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6756
Facsimile: (302) 571-1253

Counsel to the Debtors and Debtors in Possession