Dr. Bill Hole
17169 SE 76th Creekside Circle
The Villages, Florida, 32162
352-751-6455
Cell: 352-425 1036
E-mail
drbillobg7968@comcast.net
Fax
352-751-0164



June 3, 2008

Re: American Home Mortgage Holdings, Inc.

I see no reason to exclude my claim of $924.50 from the bankruptcy proceedings, therefore I want to have my claim included in any proceedings regarding the above mentioned bankruptcy.

Sincerely yours,

Dr Bill Hole

CC: U.S. Bankruptcy Court
     Young Conaway et al.