To United States Bankruptcy Court
in re:
American Home Mortgage
Holdings, inc.

Archer, Dennis M
28101 Camino del rio
San Juan Capistrano, CA 92675

I object to my equity interest being expunged.

American Home Mortgage excepted my funds 8 days before filing for Bankruptcy. This was nothing less than pure Fraud on their part.

Bottomline here is I want my $2,425.00 back or someone facing charges of simple theft. This investment was in their "Direct Investment Plan" not open Market.

*Dennis Archer*
June 2, 2008