UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :   Case No.  07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]               :
                                                                 :   Jointly Administered
                        Debtors.                                 :
                                                                 :   **Ref. Docket. No. 4293**
                                                                 :
---------------------------------------------------------------- x

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that, pursuant to Rule 8001 of the Federal Rules of Bankruptcy Procedure, the above captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby appeal under 28 U.S.C. § 158(a) to the United States District Court for the District of Delaware from this Court's Order Granting Motion of McLain Partners II, LLC for Payment of Administrative Expense Claim dated May 28, 2008 [Docket No. 4293] (the "Order").  A copy of the Order is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that the names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

| The Debtors | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>James L. Patton, Jr.<br>Pauline K. Morgan<br>Sean M. Beach<br>Matthew B. Lunn<br>Kara Hammond Coyle<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600 |
|---|---|
| McLain Partners II, LLC | POLSINELLI SHALTON FLANIGAN SUELTHAUS PC<br>Christopher A. Ward<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-4840 |

PLEASE TAKE FURTHER NOTICE that the names of other interested parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| The Official Committee of Unsecured Creditors | BLANK ROME LLP<br>Bonnie Glantz Fatell<br>David W. Carickhoff, Jr.<br>1201 Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-6400<br><br>-and-<br><br>HAHN & HESSEN LLP<br>Mark S. Indelicato<br>Mark T. Power<br>488 Madison Avenue, 15th Fl<br>New York, NY 10022<br>Telephone: (212) 478-7200 |
|---|---|

Dated: Wilmington, Delaware  
June 9, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Kara Hammond Coyle
--------------------------------
James L. Patton, Jr. (No. 2202)  
Pauline K. Morgan (No. 3650)  
Sean M. Beach (No. 4070)  
Matthew B. Lunn (No. 4119)  
Kara Hammond Coyle (No. 4410)  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors-in-Possession

# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :    Case No. 07-11047(CSS)
a Delaware corporation, et al.,                     :    Jointly Administered
                                                    :
                           Debtors.                 :    Related to Docket No. 3465
---------------------------------------------------------------x

### ORDER GRANTING MOTION OF McLAIN PARTNERS II, LLC
### FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Upon consideration of the *Motion for Payment of Administrative Expense Claim* ("Motion") of McLain Partners II, LLC, a Missouri limited liability company ("McLain") for an order that allows and directs payment of its administrative expense claim against the above-captioned debtors and debtors-in-possession ("Debtors") pursuant to sections 503(b) and 365(d)(3) of the Bankruptcy Code; and upon consideration of any and all objections and/or responses that were filed in opposition to the Motion; and it appearing that due and proper notice of the Motion has been given to all interested parties in this case; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. McLain is hereby deemed to have an allowed administrative expense claim in the amount of $~~65,625.00~~ 61,250.00 pursuant to sections 503(b) and 365(d)(3) of the Bankruptcy Code.

3. The Debtors are directed to pay McLain the amount of $~~65,625.00~~ 61,250.00 within 10 days from the date of this Order.

Dated: May 28, 2008

_____
United States Bankruptcy Judge

#601314v1