05/31/08

To The Honorable Christopher S. Sontchi

I, Garland Johnson, profusely object to the hearing of American Home Mortgage Holdings, Inc. to be allowed to expunge any of my holdings which looking over my records I not only not received any interest but my lost was a constant lost during their crisis. I had a lost of $22,000. I also have shares through my AmeriTrade Account with Countrywide, but they did not go bankrupt. I'm in the market for the long haul and I truly believed in American Home Mortgage as a safe investment. Any assets should be divided by the companies shareholders. That money could have paid for my child's first year of college.

Sincerely and regretfully
Garland M. Johnson
Garland M. Johnson

# TD AMERITRADE Apex

## 2007 CONSOLIDATED 1099

**Details of Form 1099-B - Proceeds From Broker and Barter Exchange Transactions, continued** (OMB No: 1545-0715)

LINE #2  STOCKS, BONDS, ETC. REPORTED TO IRS - GROSS PROCEEDS LESS COMMISSIONS AND OPTIONS PREMIUMS, CONTINUED

| DATE (LINE #1A) | DESCRIPTION (LINE #7) | SYMBOL | CUSIP (LINE #1B) | INFORMATION | # SHARES EXCHANGED (LINE #5) | CLASS (LINE #6) | AMOUNT (LINE #2) | FEDERAL INCOME TAX WITHHELD (LINE #4) | NO LOSS IF CHECKED (LINE #12) |
|---|---|---|---|---|---|---|---|---|---|
| 08/02/07 | TAIWAN SEMICONDUCTOR COM | TSM | 874039100 | SELL | 700 | 0 | 7,056.72 | 0.00 | |
| 08/02/07 | KINROSS GOLD CORP COM | KGC | 496902404 | SELL | 400 | 0 | 5,009.81 | 0.00 | |
| 08/02/07 | QIAO XING MOBILE COMM COM | QXM | G7303I109 | SELL | 500 | 0 | 3,845.45 | 0.00 | |
| 08/02/07 | COEUR D'ALENE MINES CORP COM | CDE | 192108108 | SELL | 1,000 | C | 3,816.95 | 0.00 | |
| 08/13/07 | $IPO: VERICHIP CORP COM | CHIP | 92342V105 | SELL | 600 | 0 | 3,349.95 | 0.00 | |
| 09/19/07 | $IPO: VERICHIP CORP COM | CHIP | 92342V105 | SELL | 200 | 0 | 805.99 | 0.00 | |
| 10/29/07 | $IPO: VERICHIP CORP COM | CHIP | 92342V105 | SELL | 600 | 0 | 2,479.97 | 0.00 | |
| 10/29/07 | AMERICAN HOME MORTGAGE HLDS COM | AHMIQ | 02660R107 | SELL | 1,000 | C | 95.00 | 0.00 | |
| 11/14/07 | CHINA PRECISION STEEL INC COM | CPSL | 16941J106 | SELL | 325 | 0 | 1,888.01 | 0.00 | |
| 11/28/07 | AMERICAN HOME MORTGAGE HLDS COM | AHMIQ | 02660R107 | SELL | 4,220 | C | 209.21 | 0.00 | |
| 11/28/07 | AMERICAN HOME MORTGAGE HLDS COM | AHMIQ | 02660R107 | SELL | 780 | C | 42.89 | 0.00 | |
| 11/28/07 | SANMINA-SCI CORP COM | SANM | 800907107 | SELL | 500 | C | 899.98 | 0.00 | |
| 11/28/07 | $IPO: SFZC: PROSPECT CAPITAL CORPORATION COM | PSEC | 74348T102 | SELL | 40 | 0 | 563.99 | 0.00 | |
| 12/06/07 | $IPO: VERICHIP CORP COM | CHIP | 92342V105 | SELL | 100 | 0 | 338.01 | 0.00 | |
| 12/06/07 | $IPO: FORWARD INDUSTRIES INC COM | FORD | 349862300 | SELL | 200 | C | 460.00 | 0.00 | |
| 12/06/07 | $IPO: VONAGE HOLDINGS CORP COM | VG | 928867201 | SELL | 100 | 0 | 200.01 | 0.00 | |
| | TOTALS | | | | 41,715 | | $ 228,247.32 | $ 0.00 | |



GG64T5 043522 129214