IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re: : Chapter 11
:
AMERICAN HOME MORTGAGE : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1] :
: Jointly Administered
Debtors. :
------------------------------------------------------------- x  Ref. Docket No. 4084

**NOTICE OF WITHDRAWAL OF CERTAIN ITEMS FROM**
**INTERIM PERIOD CURE SCHEDULE**

PLEASE TAKE NOTICE that on May 19, 2008, the above-captioned debtors and debtors-in-possession (the "Debtors") filed a Notice of (I) Debtors' Proposed Purchaser's Cure Amounts and (II) Deadline for Filing Objections to the Proposed Purchaser's Cure Amounts [Docket No. 4084] (the "Cure Notice").

PLEASE TAKE FURTHER NOTICE that the Cure Notice inadvertently included certain agreements that should not have been included therein.

PLEASE TAKE FURTHER NOTICE that the Debtors partially withdraw the Cure Notice, solely with respect to the agreements listed on Exhibit 1 attached hereto.

Dated: Wilmington, Delaware          YOUNG CONAWAY STARGATT & TAYLOR, LLP
       June 9, 2008

                                     /s/ Margaret B. Whiteman
                                     James L. Patton, Jr. (No. 2202)
                                     Pauline K. Morgan (No. 3650)
                                     Matthew B. Lunn (No. 4119)
                                     Margaret B. Whiteman (No. 4652)
                                     The Brandywine Building
                                     1000 West Street, 17th Floor
                                     Wilmington, Delaware 19801
                                     Telephone: (302) 571-6600
                                     Facsimile: (302) 571-1253

                                     Counsel for the Debtors and Debtors in Possession

---

[1] The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holding"); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580) (collectively, "AHM" or the "Debtors"). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

## **EXHIBIT 1**

## Servicing Agreements Removed from the Cure Notice

| INDEX | NAME OF AGREEMENT | TYPE OF AGREEMENT/ARRANGEMENT |
|---|---|---|
| 1.1(j)gi | Trade Confirmation, dated as of December 30, 2005, between Countrywide Bank, N.A. and American Home Mortgage Corp. | Trade Confirmation - Countrywide Bank, N.A. |
| 1.1(j)gj | Trade Confirmation, dated as of March 20, 2007, between Countrywide Bank, FSB and American Home Mortgage Corp. | Trade Confirmation - Countrywide Bank, FSB |
| 1.1(j)gk | Trade Confirmation, dated as of March 30, 2007, between Countrywide Bank, FSB and American Home Mortgage Corp. | Trade Confirmation - Countrywide Bank, FSB |

066585.1001

DB02:6871803.1