# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN HOME MORTGAGE | ) | Case Nos. 07-11047 (CSS) |
| HOLDINGS, INC., et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related Docket No. 3115** |

**FOURTH STIPULATION BETWEEN CERTAIN DEBTORS AND
ABN AMRO BANK N.V. AMENDING AND SUPPLEMENTING THE THIRD
STIPULATION REGARDING: (1) POST-PETITION ADVANCES;
(2) SERVICING PAYMENTS; AND (3) MORTGAGE LOAN REFINANCINGS**

American Home Mortgage Acceptance, Inc., American Home Mortgage Corp., American Home Mortgage Investment Corp., and American Home Mortgage Servicing, Inc. (collectively, the "AHM MRA Debtors") as chapter 11 debtors and debtors in possession on the one hand, and ABN AMRO Bank N.V. ("ABN") on the other hand (the AHM MRA Debtors and ABN, collectively, the "Parties"), hereby enter into this "Fourth Stipulation Between Certain Debtors and ABN AMRO Bank N.V. Amending and Supplementing the Third Stipulation Regarding: Post-Petition Advances; (2) Servicing Payments; and (3) Loan Refinancings" (the "Fourth Post-Petition Advances Stipulation"), by and through their respective counsel of record, effective as of the date of entry of an order approving this Fourth Post-Petition Advances Stipulation, based upon the following Recitals:

## Recitals

1. On February 13, 2008, the AHM MRA Debtors and ABN entered into the "Third Stipulation Between Certain Debtors and ABN AMRO Bank N.V. Regarding: Post-Petition Advances; (2) Servicing Payments; and (3) Loan Refinancings" (the "Third Post-Petition Advances Stipulation")[1] pursuant to which, the AHM MRA Debtors, among other things, agreed to use commercially reasonable efforts to keep in place the construction loan servicing group to service the Mortgage Loans through June 30, 2008, and ABN, among other things, agreed to (i) continue making Additional Mortgagor Advances in an amount up to $70 million; (ii) make Servicing Payments as provided in the budget attached to the Third Post-Petition Advances Stipulation; and (iii) fund the Bonus Plan established by the Debtors for the Construction Employees in an amount not to exceed $450,000. The Third Post-Petition Advances Stipulation further (i) reaffirmed the Waiver of Claim Provision set forth in paragraph 15 of the Second Post-Petition Advances Stipulation, and (ii) authorized the Debtors, based on ABN's request, to offer principal reductions and similar incentives to borrowers under the Mortgage Loans to encourage such borrowers to refinance their loans with other lenders, the cost of which being entirely the responsibility of ABN.

2. By Order dated February 28, 2008 [D.I. 3115] (the "Order"), the Court approved the Third Post-Petition Advances Stipulation and authorized and approved the establishment of the Bonus Plan and the Debtors' ability to compromise the Mortgage Loans through offering borrowers certain refinancing incentives at ABN's expense.

3. Due to the success of the compromises of the Mortgage Loans, and certain issues that continue to delay ABN's request that the AHM MRA Debtors turn over their rights in

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Third Post-Petition Advances Stipulation.

and to the Mortgage Loans to ABN as provided in the Sale Procedures Stipulation and Second Post-Petition Advances Stipulation, ABN has requested that the Debtors keep the construction loan servicing group in place through and including November 30, 2008 to service the remaining Mortgage Loans, and to continue offering certain refinancing incentives to the borrowers under the Mortgage Loans at ABN's expense. The Debtors have agreed to do so subject the terms of the Third Post-Petition Advances Stipulation, as amended and supplemented by this Fourth Post-Petition Advances Stipulation and approval thereof by the Court.

4.    Attached hereto as <u>Exhibit A</u> and incorporated herein by reference is the Debtors' budget for the servicing of the Debtors' construction loan portfolio from July 1, 2008 through and including November 30, 2008 (the "<u>Supplemented 2008 Budget</u>").

5.    Based upon the foregoing, the Parties hereby stipulate and agree as follows.

### Agreements

6.    Each of the Recitals contained in (i) paragraphs 2 through 10 of the First Post-Petition Advances Stipulation, (ii) paragraphs 2 through 9 of the Sale Procedures Stipulation, (iii) paragraphs 2 through 9 of the Second Post-Petition Advances Stipulation, and (iv) paragraphs 2 through 11 of the Third Post-Petition Advances Stipulation are incorporated herein by this reference. Unless amended or supplemented herein, the Agreements contained in the First Post-Petition Advances Stipulation, the Sale Procedures Stipulation, the Second Post-Petition Advances Stipulation and the Third Post-Petition Advances Stipulation shall remain in full force and effect.

7.    ABN shall pay its pro-rata share of the Supplemented 2008 Budget amounts, as the term "pro-rata" is used in the First Post-Petition Advances Stipulation, on the

same terms as provided for payment of the Budget amounts in the First Post-Petition Advances Stipulation.

8. The Debtors shall use commercially reasonable efforts to keep in place the construction loan servicing group to service the Mortgage Loans through and including November 30, 2008; provided, that, ABN (i) continues to make Additional Mortgagor Advances and Servicing Payments in accordance with the provisions of the First Post-Petition Advances Stipulation, the Second Post-Petition Advances Stipulation and Third Post-Petition Advances Stipulation; and (ii) that nothing herein shall nullify or otherwise effect the Waiver of Claims Provision pursuant to paragraph 15 of the Second Post-Petition Advances Stipulation, as reaffirmed by ABN through the Third Post-Petition Advances Stipulation.

9. The Bonus Pool shall be increased from $450,000 to an amount not to exceed $675,000, which amount shall be funded by ABN and held by the Debtors in the Bonus Plan Account (as defined in the Order) in accordance with the terms of the Order.

10. The Debtors are authorized to transfer $225,000 from the Control Account (as defined in the Order) to the Bonus Plan Account to fund the increase of the Bonus Pool provided in paragraph 9 hereof. The funds in the Bonus Plan Account shall be used by the Debtors solely to make payments to the Construction Loan Employees under the Bonus Plan as provided in paragraphs 17 – 23 of the Third Post-Petition Stipulation, as amended and supplemented by this Fourth Post-Petition Stipulation. On or before December 15, 2008 (unless such date is extended by written agreement between the Debtors and ABN), the Debtors shall return all unused funds, if any, in the Bonus Plan Account to the Control Account and provide ABN with a report on the disbursements from the Bonus Plan Account; provided, however, that the return of funds to the Control Account shall not change ABN's obligations under the Third

Post-Petition Advances Stipulation, as amended and supplemented by this Fourth Post-Petition Stipulation.

11. The incentive portion of the Bonus Plan, as set forth in paragraphs 17 - 21 of the Third Post-Petition Advances Stipulation, shall not be modified by this Fourth Post-Petition Advances Stipulation, except to the extent necessary to increase the amount of the Bonus Pool allocated to Karen Gowins if the 60% Milestone, the 80% Milestone and/or the 90% Milestone are reached.

12. The aggregate UPB of the Mortgage Loans for purposes of determining the 60% Milestone, the 80% Milestone, and the 90% Milestone shall remain the aggregate UPB of the Mortgage Loans and the Construction Loans as of close of business on February 8, 2008.

13. Under the stay portion of the Bonus Plan provided in paragraph 22 of the Third Post-Petition Advances Stipulation (the "June 30th Stay Bonus Plan"), the Construction Loan Employees, other than Karen Gowins, will be entitled to receive their allocated portion of the Bonus Pool related to the June 30th Stay Bonus Plan provided that they remain employed by the Debtors, and they are not terminated for cause by the Debtors, through June 30, 2008.

14. ABN consents to the Debtors' payment of the allocated portions of the Bonus Pool related to the June 30th Stay Bonus Plan to the eligible Construction Loan Employees on or after July 1, 2008 from the amounts held in the Bonus Plan Account (as defined in the Order).

15. In addition to the June 30th Stay Bonus Plan, the Construction Loan Employees, other than Karen Gowins, will be entitled to receive their allocated portion of the Bonus Pool for an additional stay bonus plan (the "November 30th Stay Bonus Plan"), provided that they remain employed by the Debtors, and they are not terminated for cause by the Debtors,

5

through the earlier of November 30, 2008 or the date each of the Mortgage Loans and Construction Loans are compromised or the Debtors determine that no additional Mortgage Loans and Construction Loans will be compromised.

16. In the event (i) the AHM MRA Debtors are unable to keep in place the construction loan servicing group through November 30, 2008 or the completion of the compromises of all the Mortgage Loans and Construction Loans, or (ii) ABN exercises its rights in and to the Mortgage Loans to request the turnover of the AHM MRA Debtors' rights in and to the Mortgage Loans to ABN as provided in paragraphs 17 and 18 of the Sale Procedures Stipulation (as modified by the Second Post-Petition Advances Stipulation) prior to November 30, 2008 or the completion of the compromises of all the Mortgage Loans and Construction Loans, ABN shall be obligated for the pro-rated portion of the Bonus Pool related to the incentive portion of the Bonus Plan and 100% of the portion of the Bonus Pool related to the stay portion of the Bonus Plan. For example, if only a 30% reduction of the UPB of the Mortgage Loans and the Construction Loans has been obtained, ABN will be obligated to fund ½ of the Bonus Pool allocated to the 60% Milestone and 100% of the Bonus Pool allocated to the stay portion of the Bonus Plan.

17. The turnover of the AHM MRA Debtors' rights in and to the Mortgage Loans to ABN as provided in paragraphs 17 and 18 of the Sale Procedures Stipulation shall: (a) be conditioned upon ABN's performance of each of the payment obligations contained in the First and Second Post-Petition Advances Stipulations, the Third Post-Petition Advances Stipulation, and this Fourth Post-Petition Advances Stipulation and (b) occur on the first business day that is fifteen calendar days after ABN provides written notice to the AHM MRA Debtors and their counsel that it has obtained an acceptable substitute servicer and/or transferee (or such

later date as the AHM MRA Debtors and ABN may mutually agree to), and upon such transfer and substitution of servicer, ABN shall no longer be obligated to make any further Servicing Payments. In the event the AHM MRA Debtors are unable to keep in place the construction loan servicing group to service the Mortgage Loans despite their reasonably commercial efforts to keep the construction loan servicing group in place, then the AHM MRA Debtors shall provide written notice (in advance of discontinuing service, but only if practicable) to ABN of the last day they will be servicing the Mortgage Loans (after which the AHM MRA Debtors shall have no obligation to service the Mortgage Loans), and the parties thereupon shall effectuate the conveyance, transfer, quitclaim, release, and/or turnover and delivery of possession of the Mortgage Loans and the Servicing Rights to ABN.

18. On the date the Debtors convey, transfer, quitclaim, release and/or turnover and deliver possession of the Mortgage Loans and Servicing Rights to ABN pursuant to the terms of the Third Post-Petition Advances Stipulation and this Fourth Post-Petition Advances Stipulation, ABN shall not retain, nor shall it assert, a claim or interest of any kind against or in the Debtors or the Debtors' bankruptcy estates under or with respect to the ABN MRA Agreements, the Mortgage Loans, or the Servicing Rights; provided, however, that notwithstanding the foregoing, ABN shall retain the right to pursue recovery of any of the ABN Advances (but not including Servicing Payments earned by the ABN MRA Debtors but then remaining unpaid) applied or used by any of the Debtors in any manner inconsistent with the ABN MRA Agreements, the First Post-Petition Advances Stipulation, the Advances Order, the Second Post-Petition Advances Stipulation, the Third Post-Petition Advances Stipulation or this Fourth Post-Petition Advances Stipulation, and the Debtors reserve the right to object to or contest the exercise of such retained right.

19. As provided in paragraph 26 of the Third Post-Petition Advances Stipulation, the Debtors shall continue to be authorized by ABN to continue to offer principal reductions and similar incentives to borrowers under the Mortgage Loans to encourage such borrowers to refinance their loans with other lenders such incentives to be agreed upon between the Debtors and ABN, and all such incentives, in whatever form, shall continue to be entirely a cost of ABN and not the Debtors or their estates. Upon the closing of any such refinancing of a Mortgage Loan and the distribution of the net proceeds thereof to ABN, the releases and waivers of claims contained in the Waiver of Claims Provision (referred to in Paragraph 3 of the Third Post-Petition Advances Stipulation) shall immediately apply to each such refinanced Mortgage Loan.

20. This Fourth Post-Petition Advances Stipulation is subject to approval by the Court.

21. The Debtors reserve the right to withdraw consideration of the Fourth Post-Petition Advances Stipulation at any time and in their sole discretion.

22. This Fourth Post-Petition Advances Stipulation may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same document.

23. The Parties hereto represent and warrant to each other that, subject to entry of an order approving this Fourth Post-Petition Advances Stipulation, they are authorized to execute this Fourth Post-Petition Advances Stipulation, each has full power and authority to enter into and perform in accordance with the terms of this Fourth Post-Petition Advances Stipulation, and this Fourth Post-Petition Advances Stipulation is duly executed and delivered and constitutes a valid and binding agreement in accordance with its terms.

24.  This Fourth Post-Petition Advances Stipulation shall become effective immediately upon entry of an order approving the Fourth Post-Petition Advances Stipulation.

Dated: May 20, 2008
       Wilmington, Delaware

| ABN AMRO BANK N.V.,<br>by its counsel, | AMERICAN HOME MORTGAGE ACCEPTANCE, INC., AMERICAN HOME MORTGAGE CORP., AMERICAN HOME MORTGAGE INVESTMENT CORP., AMERICAN HOME MORTGAGE SERVICING, INC., by their counsel, |
|---|---|
| MILBANK, TWEED, HADLEY & McCLOY LLP<br>Gregory A. Bray<br>Robert Jay Moore<br>Fred Neufeld<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 892-4000<br>Facsimile: (213) 629-5063 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>_/s/_____<br>Robert S. Brady (No. 2847)<br>Matthew B. Lunn (No. 4119)<br>Kara Hammond Coyle (No. 4410)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253 |
| and<br><br>RICHARDS, LAYTON & FINGER, P.A.<br><br>_/s/_____<br>Mark D. Collins (No. 2981)<br>John H. Knight (No. 3848)<br>One Rodney Square,<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701 | |