# EXHIBIT A

## Unexpired Real Property Lease to be Rejected

| DESCRIPTION OF LEASE | COUNTERPARTY TO LEASE | EFFECTIVE DATE OF REJECTION |
|---|---|---|
| Apartment Lease Agreement, dated June, 2004 | Manager<br>Avalon Bay Community Properties, Inc.<br>100 Court North Drive<br>Melville, NY 11747<br><br>Property Owner<br>Avalon Bay Community Properties, Inc.<br>2900 Eisenhower Avenue, Suite 300<br>Alexandria, VA 22314<br><br>Avalon Bay Communities, Inc.<br>Customer Care Center<br>2901 Sabre Street, Suite 100<br>Virginia Beach, VA 23452 | May 31, 2008 |