IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE<br>HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 07-11047-CSS, et seq. |

**CERTIFICATION OF COUNSEL REGARDING VARIOUS MOTIONS FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**
*(relates to Docket Nos. 4132, 4133, 4134, 4135, 4136, 4137, 4138, 4139, 4140, 4141, 4142, 4143, 4144, 4145, 4146, 4147, 4148, 4149, 4150, 4212, 4213, 4214, 4215, 4216 & 4346 )*

Adam Hiller, an associate with the law firm of Draper & Goldberg, PLLC, certifies to the Court as follows:

1. On and before May 22, 2008, the undersigned, on behalf of numerous clients, filed each of the motions for relief from the automatic stay listed on **Exhibit A** hereto (the "Motions").

2. American Homes Mortgage Holdings, Inc. and its affiliated debtors in the above-captioned case (the "Debtors"), filed a timely protective response to each of the Motions (Docket No. 4346) (the "Reservation of Rights") reserving the Debtors' rights but not objecting to the relief requested in the Motions.

3. Except as otherwise provided above, the undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to any of the Motions. The undersigned further certifies that he has reviewed the Court's docket in this case and, except as otherwise provided above, no answer, objection or other responsive pleading to any of the Motions appears thereon. Pursuant to the notice filed in connection with each of the Motions, objections to the Motions were to be filed and served no later than June 4, 2008.

4. The undersigned respectfully requests that each of the orders attached hereto collectively as **Exhibit B** be entered at the convenience of the Court.

| | |
|---|---|
| Dated: June 6, 2008<br>      Wilmington, Delaware | Respectfully submitted,<br><br>DRAPER & GOLDBERG, PLLC<br><br> /s/ **Adam Hiller**<br>Adam Hiller (DE No. 4105)<br>1500 North French Street, 2nd Floor<br>Wilmington, Delaware 19801<br>(302) 339-8776 telephone<br>(302) 213-0043 facsimile |