IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtor. | Chapter 11<br>Case No. 07-11047-CSS |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on June 9, 2008, copies of the foregoing Certification of Counsel Regarding Various Motions for Relief from Automatic Stay Under § 362 of the Bankruptcy Code were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: June 9, 2008                    /s/ **Adam Hiller**
       Wilmington, Delaware       Adam Hiller (DE No. 4105)
                                        Draper & Goldberg, PLLC
                                        1500 North French Street, 2nd Floor
                                        Wilmington, Delaware 19801
                                        (302) 339-8776 telephone
                                        (302) 213-0043 facsimile