| | |
|---|---|
| American Home Mortgage Holdings, Inc. | United States Trustee |
| 538 Broadhollow Road | 844 King Street, Room 2207 |
| Melville, NY 11747 | Lockbox # 35 |
| Bonnie Glantz Fatell | Wilmington, DE 19899 |
| Blank Rome LLP | Rebecca L. Booth |
| 1201 Market Street, Suite 800 | Morgan, Lewis & Bockius LLP |
| Wilmington, DE 19801 | 1701 Market St |
| David M. Bertenthal, Esquire | Philadelphia, PA 19103-2921 |
| Joshua M. Fried, Esquire | Edward J. Kosmowski |
| Pachulski Stang Ziehl & Jones LLP | Joel A. Waite |
| 150 California Street, 15th Floor | Young, Conway, Stargatt & Taylor |
| San Francisco, CA  94111-4500 | The Brandywine Bldg. |
| | 100 West Street, 17th Floor |
| | P.O. Box 391 Wilmington, DE 19899 |