# EXHIBIT A

In re American Home Holdings, Inc., Case No. 07-11047-CSS (Chap. 11)

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 4132 | Morequity Inc. | 4901 Pouliot Place<br>Wilmington, MA 01887 |
| 4133 | HSBC Bank, N.A., as Trustee for the Holders of Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-AR2 Mortgage Pass-Through Certificates and/or MERS as appropriate | 13146 Tory Loop<br>Woodbridge, VA 22192 |
| 4134 | Countrywide Home Loans, Inc. | 1647 SW 108th Way<br>Davie, FL 33324 |
| 4135 | LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-11 | 628 Frederick St. SW<br>Vienna, VA 22180 |
| 4136 | U.S. Bank, National Association, as Trustee for CMLTI 2007-AR1 | 5704 Woodbine Court<br>Fredericksburg, VA 22407 |
| 4137 | Citigroup Global Markets Realty Corp. | 7291 E. Hampshire Lane<br>Nampa, ID 83686 |
| 4138 | U.S. Bank National Association, as Trustee for Citigroup Mortgage Pass-Through Certificates Series 2007-6 | 7267 E. Hampshire Lane<br>Nampa, ID 83686 |
| 4139 | Citigroup Global Markets Realty Corp | 1733 N. Keeler Ave<br>Chicago, IL 60639 |
| 4140[1] | HSBC Bank USA, National Association, as Trustee for the Holders of Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2005-6 | 4365 Patriot Park Court<br>Fairfax, VA 22030 |
| 4141 | The Bank of New York, as Trustee for BS ALT A 2005-4 | 2982 Hires Way<br>San Diego, CA 92173 |
| 4142 | HSBC Bank USA, Inc. | 708 Emerson Avenue<br>Glen Ellyn, IL 60137 |
| 4143 | U.S. Bank National Association, a National Banking Association, not in its individual capacity, but solely as Trustee of the Banc of America Funding Corporation Trust 2007-1 | 9347 Gooseberry Drive<br>Manassas, VA 20110 |
| 4144 | U.S. Bank National Association, as Trustee for Banc of America Funding Trust 2007-3 | 4822 North Cristy Avenue<br>San Bernardino, CA 92407 |
| 4145 | Wells Fargo Bank N.A. | 4321 Pembrook Village Drive<br>Alexandria, VA 22309 |
| 4146 | America's Servicing Company | 9518 Tunstall Place<br>Montgomery Village, MD 20886 |
| 4147 | Deutsche Bank National Trust Company, as Indenture Trustee Under the Indenture Relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-4 | 6428 N. Oaks Dr<br>West Bloomfield, MI 48324 |
| 4148 | Wells Fargo Bank, National Association, as Trustee for HSBC Bank USA, ACE 2006-ASAP1 by: Saxon Mortgage Services, Inc. f/k/a Meritech Mortgage Services, Inc. as their attorney-in-fact | 264 Smithridge Park<br>Reno, NV 89502 |
| 4149 | Mortgage Electronic Registration Systems | 198 Level Street<br>Kalamazoo, MI 49048 |
| 4150 | The Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2006-OC2 Mortgage Pass-Through Certificates, Series 2006-OC2 and/or MERS as appropriate | 5806 Royal Ridge Drive # E<br>Springfield, VA 22152 |

---

[1] The Reservation of Rights did not reference this motion, but the movant agrees that the Debtors' rights are reserved with respect to its interests in the underlying property.

-2-

| Docket Nos. | Movant | Property Address |
|---|---|---|
| 4212, 4363 | HSBC Bank USA, National Association, as Trustee for Home Equity Loan Trust Series ACE 2006-AF1 | Multiple properties (See Exhibit A of Motion) |
| 4213, 4364 | HSBC Bank USA, National Association, as trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2006-AR4 | Multiple properties (See Exhibit A of Motion) |
| 4214, 4365 | Wells Fargo Bank, N.A. dba America's Servicing Company | Multiple properties (See Exhibit A of Motion) |
| 4215, 4366 | Bank of America, National Association | Multiple properties (See Exhibit A of Motion) |
| 4216 | Wells Fargo Bank, N.A. | Multiple properties (See Exhibit A of Motion) |