## CERTIFICATE OF SERVICE

I, Elihu E. Allinson, III, do hereby certify I am not less than 18 years of age and that on this 10th day of June 2008, I caused copies of the within *Re-Notice of Motion* to be served upon the interested parties listed below in the manner indicated thereon.

**HAND DELIVERY**
James L. Patton, Jr., Esq.
Pauline K. Morgan, Esq.
Edward J. Kosnowski, Esq.
Nathan D. Grow, Esq.
Young Conaway Stargatt & Taylor LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

**HAND DELIVERY**
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 1980

**HAND DELIVERY**
Kerri K. Mumford, Esq.
Landis Rath & Cobb, LLP
919 Market Street, Suite 600
Wilmington, DE 19801

**HAND DELIVERY**
Joseph M. McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building, Suite 2207
Lock Box 35
Wilmington, DE 19801

**ELECTRONIC MAIL**
Mark Indelicato, Esq.
Jeffrey L. Schwartz, Esq.
Hahn & Hessen LLP
mindelicato@hahnhessen.com
jschwartz@hahnhessen.com

**ELECTRONIC MAIL**
Nathan Haynes, Esq.
Gregory M. Petrick, Esq.
Cadwalader, Wickersham & Taft LLP
nathan.haynes@cwt.com
gregory.petrick@cwt.com

**FIRST CLASS MAIL**
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

Under penalty of perjury, I declare that the foregoing is true and correct.

6/10/08
Date

*E.E. Allinson III* (signature)
Elihu E. Allinson, III