IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME<br>MORTGAGE HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br><br>(Jointly Administered)<br><br>Hearing Date: June 25, 2008 at 10:00 a.m. |

## RE-NOTICE OF HEARING ON MOTION

PLEASE TAKE NOTICE that on May 23, 2008, American Home Mortgage Servicing, Inc., a Delaware corporation formerly known as AH Mortgage Acquisition Co., Inc., filed the *Motion For An Order Granting The Allowance And Payment Of An Administrative Expense Claim For Breaches By Certain Debtors Of The Asset Purchase Agreement For The Sale Of The Debtors' Mortgage Servicing Business* (the "Motion") [Docket No. 4233] with the United States Bankruptcy Court for the District of Delaware. You were previously served with a copy of the Motion.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion that was originally scheduled for June 11, 2008 has been re-scheduled to be held on **June 25, 2008 at 10:00 a.m.** before the Honorable Christopher S. Sontchi, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

Dated: June 9, 2008
Wilmington, Delaware

GREENBERG TRAURIG, LLP

*/s/ Victoria W. Counihan*
Victoria W. Counihan (BAR #3488)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000
counihanv@gtlaw.com

and

JONES DAY
Daniel P. Winikka
2727 North Harwood Street
Dallas, Texas 75201-1515
(214) 220-3939

Counsel for American Home Mortgage Servicing, Inc., a Delaware corporation formerly known as AH Mortgage Acquisition Co., Inc.

DEL 86213376v3 June 9, 2008