IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x

In re:                       :     Chapter 11

                               :

AMERICAN HOME MORTGAGE HOLDINGS, INC.,    :     Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]           :

                               :     Jointly Administered

    Debtors.                   :     **Objection Deadline: N/A**
                               :     **Hearing Date: N/A**

---------------------------------------------------------------------- x

### DEBTORS' MOTION FOR AN ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER THE DEBTORS' MOTION FOR AN ORDER FURTHER MODIFYING THE ORDER PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE APPROVING THE AGREEMENT WITH KROLL ZOLFO COOPER LLC, STEPHEN F. COOPER AND KEVIN NYSTROM

       American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware

corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and

debtors-in-possession in the above-captioned cases (collectively, "AHM" or the "Debtors"),

hereby move (the "Motion to Shorten") this Court, pursuant to Rule 9006-1(e) of the Local Rules

of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware (the "Local Rules"), for entry of an order shortening the time for notice of the Debtors'

Motion for an Order Further Modifying the Order Pursuant to Sections 105 and 363 of the

Bankruptcy Code Approving the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper

and Kevin Nystrom (the "Motion") so that the Motion may be heard at the omnibus hearing on

---

[1] The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holdings"); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580) (collectively, "AHM" or the "Debtors"). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

June 25, 2008 at 10:00 a.m. (ET) and prior to Stephen F. Cooper's June 30, 2008 resignation as the Debtors' Chief Restructuring Officer.

      1.     The Federal Rules of Bankruptcy Procedure require twenty (20) days' notice prior to the hearing date for motions involving the use or sale of estate property. <u>See</u> Fed. R. Bankr. P. 2002(a)(2). Pursuant to Local Rule 9006-1(e), however, such period may be shortened by Order of the Court upon written motion specifying the exigencies supporting shortened notice.

      2.     The Debtors submit that there is sufficient cause to justify shortening the notice period for the hearing on approval of the Motion as it relates to the relief sought therein. At a special board meeting held on June 5, 2008, the Debtors' board of directors (the "<u>Board</u>") accepted the resignation of Cooper as Chief Restructuring Officer, effective as of June 30, 2008. Upon receipt of Cooper's resignation, the Board responded promptly and selected Kevin Nystrom ("<u>Nystrom</u>"), presently the Director of Restructuring, to serve as the Debtors' Chief Restructuring Officer, and Bret Fernandes ("<u>Fernandes</u>"), also of Kroll, to become the Director of Restructuring, effective as of June 30, 2008.

      3.     By the Motion, the Debtors seek authorization, as required by the KZC Order (defined below), to modify the orders relating to Kroll's engagement for the sole purpose of authorizing the appointments of Nystrom as Chief Restructuring Officer and Fernandes as Director of Restructuring. To ensure that the Debtors' effectuate as smooth a transition as possible upon the effective date of Cooper's resignation as Chief Restructuring Officer, the Debtors submit that consideration of the Motion prior to June 30, 2008 is necessary. Doing so, the Debtors believe, will allow Nystrom and Fernandes to assume their new roles and permit the Debtors to continue their chapter 11 efforts without disruption to their governance.

DB02:6885493.1                    066585.1001

4.      Moreover, notice has been provided as required, and this Court has considered, the terms of Kroll's engagement on two previous occasions. On September 4, 2007, this Court previously considered Kroll's retention and entered the Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Approving the Agreement with Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom [Docket No. 606] (the "KZC Order"), which approved the standard services agreement dated August 6, 2007, as modified. On April 3, 2008, upon agreement of the Official Committee of Unsecured Creditors (the "Committee"), the United States Trustee, KZC and the Debtors, the Court previously considered modifications to the Flat Fee arrangement and entered an order modifying the KZC Order [Docket No. 3251] (the "Modified KZC Order"). The Debtors submit that parties in interest have had ample notice with respect to Kroll's engagement, as well as the qualifications of Nystrom and Fernandes through Kroll's various fee applications. The relief requested by the Motion does not effect the financial arrangement among the parties, but merely seeks authorization to appoint experienced and knowledgeable replacements for the Debtors' Executive Officer positions.

5.      In light of the foregoing, the Debtors submit that consideration of the Motion at the June 25, 2008 omnibus hearing is necessary and in the best interest of the Debtors, their estates, their creditors and other parties in interest so that the Debtors are in position to transition Nystrom and Fernandes to their new roles upon the June 30, 2008 resignation of Cooper as Chief Restructuring Officer.

6.      Because of the shortened notice period, the Debtors propose to give any party objecting to the Motion until June 20, 2008 at 12:00 p.m. (ET) to file and serve any objections upon the undersigned counsel for the Debtors.

3

7.     Accordingly, the Debtors request that the Motion be heard at the hearing currently scheduled for June 25, 2008 at 10:00 a.m. (ET) with objections to be filed and served by June 20, 2008 at 12:00 p.m. (ET).  In light of the shortened notice period, the Motion will be served by overnight delivery or hand delivery on:  (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel to the Committee; (iii) counsel to Bank of America, N.A.; (iv) counsel to the Debtors' postpetition lender; and (v) all parties entitled to notice under Del. Bankr. L.R. 2002-1(b).

WHEREFORE, the Debtors respectfully request that the Court enter an order scheduling a hearing on the relief requested in the Motion for June 25, 2008 at 10:00 a.m. (ET) and requiring that any responses to the Motion be filed and served so as to be received on or before June 20, 2008 at 12:00 p.m. (ET).

Dated:     Wilmington, Delaware
           June 10, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Morgan*

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------- x
In re:                                               :   Chapter 11
                                                     :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,               :   Case No. 07-11047 (CSS)
a Delaware corporation, et al.,¹                     :
                                                     :   Jointly Administered
       Debtors.                                      :
                                                     :   Ref. Docket No. _____
----------------------------------------------------------------- x
```

**ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO
CONSIDER MOTION FOR AN ORDER FURTHER MODIFYING
THE ORDER PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY
CODE APPROVING THE AGREEMENT WITH KROLL ZOLFO COOPER LLC,
STEPHEN F. COOPER AND KEVIN NYSTROM**

Upon consideration of the motion (the "Motion to Shorten")[2] of the above-

captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order

providing that the applicable notice period for the Motion for an Order Further Modifying the

Order Pursuant to Sections 105 and 363 of the Bankruptcy Code Approving the Agreement with

Kroll Zolfo Cooper LLC, Stephen F. Cooper and Kevin Nystrom (the "Motion") be shortened

pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the

United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and the Court

having determined that granting the relief requested in the Motion to Shorten is in the best

---

[1] The Debtors (as defined below) in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303) ("AHM Holdings"); American Home Mortgage Investment Corp. ("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM Acceptance"), a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558); American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407); Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp. ("Great Oak"), a New York corporation (8580) (collectively, "AHM" or the "Debtors"). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion to Shorten.

interest of the Debtors, their estates and creditors; and it appearing that due and adequate notice

of the Motion to Shorten has been given under the circumstances, and that no other or further

notice need be given; and after due deliberation and sufficient cause appearing therefor, it is

hereby:

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that the Motion shall be heard on June 25, 2008 at 10:00 a.m. (ET);

and it is further

ORDERED, that objections to the relief requested in the Motion shall be filed and

served upon counsel to the Debtors no later than June 20, 2008 at 12:00 p.m. (ET); and it is

further

ORDERED, that this Court shall retain jurisdiction over any and all matters

arising from or related to the implementation or interpretation of this Order.

Dated:    Wilmington, Delaware
          June ___, 2008


                                        _____
                                        Christopher S. Sontchi
                                        United States Bankruptcy Judge