UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE, ) | (Jointly Administered) |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] ) | |
| ) | |
| Debtors. ) | Related Docket Item 4489 |

## ORDER GRANTING MOTION TO LIMIT SCOPE OF NOTICE ON MOTION FOR ORDER DEEMING PROOF OF CLAIM TIMELY FILED OR, IN THE ALTERNATIVE, ALLOWING THE FILING OF A LATE-FILED CLAIM

Upon the *Motion to Limit Scope of Notice on Motion of Sam Hage, II for Order Deeming Proof of Claim Timely Filed or, in the Alternative, Allowing the Filing of a Late-Filed Claim* (the "Motion to Limit Notice"); and no previous motion for such relief having been made; and upon consideration of the Motion to Limit Notice; it is hereby

ORDERED that the Motion to Limit Notice is granted; and it is further

ORDERED that the *Motion of Sam Hage, II for Order Deeming Proof of Claim Timely Filed or, in the Alternative, Allowing the Filing of a Late-Filed Claim* (the "Late Claim Motion") shall be heard on June 25, 2008 at 10:00 a.m. and that objections, if any, to the relief requested in the Late Claim Motion shall be filed with the Court and served on SULLIVAN · HAZELTINE · ALLINSON LLC and the Law Offices of Martin Cohn & Associates for receipt no later than 4:00 p.m. on June 20, 2008; and it is further

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc., a Delaware corporation (6303); American Home Mortgage Investment Corp, a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Mellville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75036.

ORDERED that Sam Hage, II shall serve the Late Claim Motion on the Notice Parties (as that term is defined in the Motion to Limit Notice) in the manner indicated on the Certificate of Service attached to the Motion to Limit Notice; which shall constitute good and sufficient notice of the Late Claim Motion under the circumstances presented; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: June 11, 2008
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE