### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, | : | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | **Objection Deadline: July 1, 2008 at 4:00 p.m.** |
| | : | **Hearing Date:  To Be Determined** |

## THIRD QUARTERLY APPLICATION OF NORTHWEST TRUSTEE SERVICES, INC. FOR ALLOWANCE AND APPROVAL OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FORECLOSURE PROFESSIONALS TO THE DEBTORS-IN-POSSESSION FOR THE PERIOD FROM FEBRUARY 1, 2008 THROUGH APRIL 30, 2008

| | |
|---|---|
| Name of Applicant: | Northwest Trustee Services, Inc. |
| Authorized to Provide Professional Services to: | American Home Mortgage Corporation, a Delaware corporation, *et al.* |
| Date of Retention: | *nunc pro tunc* August 6, 2007 |
| Period for which compensation and reimbursement is sought: | February 1, 2008 through April 30, 2008 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $370,990.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $944,452.72 |

This is an: X  interim  ___ final application

This is Northwest Trustee Services, Inc.'s third quarterly application.

1

**Summary of Monthly Applications Covered by this Application:**

| Filing Date; Docket No. | Time Period | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized To Be Paid | Amount of Undisputed Expenses Authorized to Be Paid | Amount of Disputed Expenses | Amount Paid As of this Application |
|---|---|---|---|---|---|---|---|---|
| 3/5/08 D.I. 3170 | 2/1/08 to 2/29/08 | $117,955.00 | $307,407.16 | 3/26/08 | $117,955.00 | $298,274.54 | $9,132.62 | $0.00 |
| 4/23/08 D.I. 3815 | 3/1/08 to 3/31/08 | $183,550.00 | $457,874.17 | 5/13/08 | $183,550.00 | $455,650.20 | $2,223.87 | $0.00 |
| 5/20/08 D.I. 4102 | 4/1/08 to 4/30/08 | $69,485.00 | $179,171.39 | 6/9/08 | $69,485.00 | $179.159.39 | $12.00 | $0.00 |
| Totals | N/A | $370,990.00 | $944,452.72 | N/A | $370,990.00 | $753,924.74 | $11,368.49 | $0.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, | : | Case No. 07-11047 (CSS) |
| INC., a Delaware corporation, *et al.*, | : | |
| | : | Jointly Administered |
| Debtors. | : | **Objection Deadline: July 1, 2008 at 4:00 p.m.** |
| | : | **Hearing Date:  To be Determined** |

**THIRD QUARTERLY APPLICATION OF NORTHWEST TRUSTEE SERVICES, INC.**
**FOR ALLOWANCE AND APPROVAL OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES AS FORECLOSURE**
**PROFESSIONALS TO THE DEBTORS-IN-POSSESSION FOR**
**THE PERIOD FROM FEBRUARY 1, 2008 THROUGH APRIL 30, 2008**

Northwest Trustee Services, Inc. ("NWTS"), a "foreclosure professional" retained in the above-captioned case by the above-captioned debtors ("Debtors"), hereby submits this second quarterly application ("Application") for allowance and approval of its fees and reimbursement of its expenses pursuant to sections 330 and 331 of title 11 of the United States Code ("Bankruptcy Code") for foreclosure services performed and expenses incurred on behalf of the Debtors during the period commencing February 1, 2008, through and including April 30, 2008 ("Third Quarterly Period").   In support of its Application, NWTS respectfully represents as follows:

**Jurisdiction**

1.        This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  The statutory predicates for the relief sought herein are sections 328(a) and 330 of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

**Background**

2.        On August 6, 2007 ("Petition Date"), the Debtors each filed a voluntary petition under chapter 11 of the Bankruptcy Code.

3.        NWTS has extensive experience in handling and prosecuting nonjudicial deed of trust foreclosures and monitoring senior lien foreclosures for mortgage servicing companies

3

("Foreclosure Services"). Prior to the Petition Date, NWTS provided such Foreclosure Services to the Debtors, primarily in connection with the Debtors' mortgaging services business in California, Nevada, Washington, Oregon and Idaho. The Foreclosure Services were and are provided to the Debtors on a flat fee (plus expenses) basis that is not earned until the successful conclusion of a foreclosure matter.[1] The flat fee charged by NWTS to the Debtors varies by the services performed:

    a.    <u>Nonjudicial Foreclosure</u>: NWTS charges a flat fee of $600 to $800 for handling the Debtors' foreclosures, depending upon the state, the loan type and circumstances, plus costs. The flat fee may increase if, after authorization from the Debtors for additional fees, additional issues not contemplated in the referral arise and must be addressed; and

    b.    <u>Senior Lien Monitor Fee</u>: NWTS charges a flat fee of $200 to $500.

Additionally, nonjudicial foreclosure costs and expenses ("Foreclosure Costs") actually incurred by NWTS were and are reimbursed by the Debtors upon the conclusion of a foreclosure matter. NWTS advances monies to pay for costs that, under applicable state law, must be incurred to insure that the foreclosure will be deemed valid. The bulk of these costs relate to the following:

    a.    <u>Foreclosure Title Report</u>: The cost of the foreclosure title report varies by county and state, but is usually between $700 and $3,000. This cost is based upon the outstanding principal balance of the loan being foreclosed upon. This report, together with the cost of publishing foreclosure notices, is a substantial cost in the foreclosure process.

    b.    <u>Mailing Costs</u>: Mailing costs range from $100 and $300 per foreclosure, assuming, there are no more than ten interested parties to whom mailing is required and a complete, untruncated foreclosure.

    c.    <u>Recording Costs</u>: The cost of recording documents such as successor trustee appointments, deed of trust assignments, foreclosure notices and trustee deeds varies by state or county and by the number of pages to be recorded.

    d.    <u>Posting of Notices/Process Service</u>: The frequency and cost of this service varies by state, but is usually between $70 and $140 per posting.

---

[1] A foreclosure matter concludes when, for example, there has been a sale of the property, reinstatement of the loan or other resolution. A foreclosure matter can also, but not always, be deemed concluded if the borrower and lender have entered into a workout or the borrower has filed bankruptcy. If the foreclosure is "not successful," only expenses actually incurred are charged, but no expenses are discounted or refunded.

e.  Publication of Foreclosure Notices:  The cost of this service is usually between $350 and $1,800 per file.  This requires publication of foreclosure notices in legally qualified newspapers.  The costs of publication vary by newspaper, frequency of publication and length of notice.

Each of the foregoing Foreclosure Costs is charged to the Debtors by NWTS upon completion of the foreclosure matter.  Further, with the exception of mailing costs,[2] all Foreclosure Costs are due from NWTS to the applicable third party vendor upon completion of the foreclosure matter.

4.  All of the fees and Foreclosure Costs which Debtors are billed for by NWTS are included among the foreclosure costs recaptured by the Debtors at the conclusion of each foreclosure.  Accordingly, the Debtors are directly reimbursed from the proceeds of a successful foreclosure matter for NWTS' fees and expenses.

### Allowance of Compensation and Payment Requested

5.  On September 12, 2007, this Court approved the Debtors' retention of NWTS, effective as of the Petition Date, as a foreclosure professional for the purposes of providing the Foreclosure Services to the Debtors.

6.  The *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 331 and 105(a) of the Bankruptcy Code* [Docket No. 547] ("Administrative Order") entered by this Court on September 3, 2007, permits NWTS to request interim compensation payment of its fees and expenses on a monthly basis from the Debtors, and authorizes the Debtors to pay an amount equal to 80% of such fees and 100% of such expenses.  This Administrative Order was subsequently modified by the Court on February 15, 2008 to, among other things, eliminate the 20% holdback.  *See Order Modifying Existing Procedures for the Compensation and Reimbursement of Expenses of Certain Foreclosure Professionals and Real Estate Brokers Utilized in the Ordinary Course and Granting Limited Nunc Pro Tunc Relief* [Docket No. 2985]. The Administrative Order requires the Court to approve and allow such interim compensation requests and payments on a quarterly basis.

---

[2] NWTS is required to pay mailing costs within thirty days of monthly invoice by the third party mailing vendor.

5

7.    During the Third Quarterly Period, NWTS earned fees in the total amount of $370,990.00 with respect to Foreclosure Services performed for the Debtors, and advanced Foreclosure Costs on behalf of the Debtors in the total amount of $944,452.72 pursuant to sections 330 and 331 of the Bankruptcy Code.

8.    By this Application, NWTS seeks an Order that allows the fees and Foreclosure Costs requested by NWTS in its prior applications, as described in more detail below, and that directs the Debtors to immediately and fully pay such amounts to NWTS upon entry of the Court's order.

9.    NWTS has filed interim monthly fee applications ("Monthly Fee Applications") for the period of (a) February 1, 2008 through February 28, 2008 ("Seventh Fee Period"), (b) March 1, 2008 through March 31, 2008 ("Eighth Fee Period") and (c) April 1, 2008 through April 30, 2008 ("Ninth Fee Period"):

      a.    NWTS filed and served its *Seventh Monthly Interim Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period of February 1, 2008 through February 28, 2008* [Docket No. 3170] ("Fourth Monthly Application") on March 5, 2008.  In its Seventh Monthly Application, NWTS requests payment from the Debtors in the amount of $425,362.16 ("Seventh Interim Amount"), which represents (a) fees earned by NWTS during the Seventh Fee Period (i.e., $117,955.00) and (b) Foreclosure Costs incurred by NWTS during the Seventh Fee Period (i.e., $307,407.16).

      b.    NWTS filed and served its *Eighth Monthly Interim Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period of March 1, 2008 through March 31, 2008* (" [Docket No. 3815] ("Eighth Monthly Application") on April 23, 2008.  In its Eighth Monthly Application, NWTS seeks payment from the Debtors in the amount of $641,424.17 ("Eighth Interim Amount"), which represents (a) fees earned by NWTS during the Eighth Fee Period ($183,550.00) and (b) Foreclosure Costs incurred by NWTS during the Eighth Fee Period (i.e., $179,171.39).

      c.    NWTS filed and served its *Ninth Monthly Interim Application of Northwest Trustee Services, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period of April 1, 2008 through April 30, 2008* [Docket No. 4102] ("Ninth Monthly Application") on May 20, 2008.

In its Ninth Monthly Application, NWTS seeks payment from the Debtors in the amount of $248,656.39 ("Ninth Interim Amount"), which represents (a) fees earned by NWTS during the Ninth Fee Period (i.e., $69,485.00) and (b) Foreclosure Costs incurred by NWTS during the Ninth Fee Period (i.e., $179,171.39).

10.    All of the fees and Foreclosure Costs for which approval and allowance are requested by NWTS in this Application were incurred for and on behalf of the Debtors at the request of the Debtors. All fees and Foreclosure Costs were both reasonable and necessary under the circumstances.  Pursuant to the standards set forth in sections 330 and 331 of the Bankruptcy Code, NWTS submits that the compensation requested herein is for actual and necessary services and costs, and is reasonable, based upon the nature, extent, and value of such services, the time spent thereon, and the costs of comparable services other than in a case under the Bankruptcy Code.  None of the fees and Foreclosure Costs relate to the $92,847.67 of prepetition services and fees waived by NWTS as set forth in the *Supplemental Affidavit of Todd Hendricks in Support of Application for Order Pursuant to Section 327(e) of the Bankruptcy Code and Bankruptcy Rule 2014 Approving the Retention and Employment of Northwest Trustee Services, Inc. as Foreclosure Professionals for the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 671].

### Objections and Interim Resolution with Debtors and Creditors' Committee

11.    The Debtors and the Creditors' Committee have filed objections to the payment of certain foreclosures costs included in within the applications covered by this Application.[3] NWTS recognizes and acknowledges that the objections of the Debtors and the Committee continue and will also apply to this Application without need for the filing of an additional objection.

13.    In the interest of judicial economy and based on the interim agreement relating to NWTS' prior fee applications as set forth above, NWTS did not request immediate payment of

---

[3] The Creditors' Committee has also raised objections regarding the source of the funds that will be used by the Debtors to pay NWTS.  NWTS acknowledges this objection continues and will also apply to this Application.

all of its fees and expenses in connection with its Seventh, Eighth and Ninth Monthly
Applications. Instead, NWTS acknowledged the continuing objections of the Debtors and the
Creditors' Committee to certain of the Foreclosure Costs requested by NWTS in such fee
applications, and sought immediate payment of undisputed fees and costs (defined to be the
"Incremental Amount") in the Seventh, Eighth and Ninth Monthly Applications. On April 14,
2008, the Court conducted a hearing with respect to the disputed Foreclosure Costs and
requested additional briefing by the parties. Briefing concerning the disputed Foreclosure Costs
is now complete, and the matter has been submitted to the Court for decision.

14.    The Seventh, Eighth and Ninth Monthly Applications each set forth the
Incremental Amount that NWTS requests immediate payment from the Debtors for, and provides
the Notice Parties the requisite twenty day period for filing an objection to the payment of the
Incremental Amount. Notice Parties were advised that, in the absence of an objection to the
Incremental Amount, NWTS would submit a Certificate of No Objection and/or Certification of
Counsel to the Court with respect to only the Incremental Amount. No objections were filed to
payment of the Incremental Amount for the Seventh Fee Period ($416,229.54), the Eighth Fee
Period ($639,200.20) and the Ninth Fee Period ($248,644.39). Counsel for NWTS filed
Certifications of Counsel on May 19 2008 and June 10, respectively. *See Docket Nos*. 4072,
4074 and 4486.

15.    Notwithstanding the foregoing, as of the date of this Application, NWTS has not
received any payment from the Debtors with respect to the Incremental Amounts due for the
period of February 1, 2008 through April 30, 2008. Accordingly, NWTS seeks payment in full
of all amounts requested in the Seventh, Eighth and Ninth Monthly Applications.

### Certification

16.    NWTS' certification with respect to this Application is attached hereto as <u>Exhibit</u>
<u>A</u>.

8

WHEREFORE, NWTS requests that the Court enter an order that approves and allows (a) the interim compensation and reimbursement of expenses requested by NWTS in each of its Monthly Fee Applications, (b) directs the Debtors to immediately pay all such amounts in full to NWTS, and (c) grants such other and further relief as the Court may deem just and proper.

Dated: June 11, 2008          CONNOLLY BOVE LODGE & HUTZ LLP

                                     Jeffrey C. Wisler (No. 2795)
                                     Christina M. Thompson (No. 3976)
                                     The Nemours Building
                                     1007 N. Orange Street
                                     P.O. Box 2207
                                     Wilmington, Delaware 19899
                                     (302) 658-9141
                                     *Attorneys for Northwest Trustee Services, Inc.*