## CERTIFICATION REGARDING FEE APPLICATION

STATE OF WASHINGTON    :
                       : SS
COUNTY OF KING         :

DAVID FENNELL, after being duly sworn according to law, deposes and says:

1. This Certification is being submitted in support of the *Third Quarterly Application of Northwest Trustee Services, Inc. for Allowance and Approval of Compensation for Services Rendered and Reimbursement of Expenses as Foreclosure Professionals to the Debtors-in-Possession for the Period from February 1, 2008 through April 30, 2008* ("Fee Application").

2. I am an employee of Northwest Trustee Services, Inc. ("NWTS"), and I am thoroughly familiar with the services rendered by NWTS to the Debtors as foreclosure professionals for the Debtors in the ordinary course of business.

3. The fees and expenses that are the subject of the Fee Application were earned by NWTS within the period of time covered by the Fee Application.

4. NWTS has been advised by counsel that the Fee Application complies in all material respects with the Local Rules. No agreement or understanding exists in any form with any person or entity for a division or sharing of the compensation requested by NWTS in the Fee Application.

5. In advancing expenses and/or costs on behalf of the Debtors, NWTS does not make a profit on such services or expenses.

6. In charging for an advanced expense and/or cost, NWTS does not include any amortization of the cost of any investment, equipment, or capital outlay.

7. In seeking reimbursement for an advanced expense and/or cost, which NWTS purchased or contracted from a third party, NWTS requests reimbursement only for the amount billed to NWTS by the third-party vendor and/or paid to such vendor by NWTS.

8. The facts set forth in the foregoing Fee Application are true and correct to the best of my knowledge, information and belief.

_____
David Fennell
Northwest Trustee Services, Inc.

SWORN TO AND SUBSCRIBED before me this 9th day of June, 2008.

NOTARY PUBLIC