S I G N - I N - S H E E T

**CASE NAME:** American Home Mortgage
**CASE NO.:** 07-11047 (CSS)

**COURTROOM LOCATION:** Courtroom 6
**DATE:** June 11, 2008 @ 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Margot Schonholtz (telephonic) Scott Talmadge (telephonic) Ana Alfonso (telephonic) | Kaye Scholer | Bank of America |
| Fred Neufeld (telephonic) *present in courtroom* Robert Moore (telephonic) | Millbank, Tweed, Hadley & McCloy | ABN AMRO Bank |
| Bruce Wilson (telephonic) | Kutak Rock | MBIA Insurance Corporation |
| John Kalas (telephonic) | American Home Mortgage Holdings | American Home Mortgage Holdings |
| Gabriel McCaall | Potter Anderson Slomon | Bank of America |
| Kara Coyle | Young Conaway Stargatt + Taylor | American Home mortgage |
| Nathan Grow | Young Conaway Stargatt + Taylor | American Home mortgage |
| Dave Council Kroff | Blank Rome | Creditors Committee |
| Eric Sutty | Bayard | Natixis Real Estate Capital |
| Victoria Counihan | Greenberg Traurig | AH Mortgage Acquisition / WLR |
| | | |
| | | |
| | | |