# EXHIBIT A

## Exhibit A

### Duplicate Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| ADORNO & YOSS LLP, ATTNY @ LAW<br>ATTN: GREGG S. AHRENS, ESQ.<br>2525 PONCE DE LEON BLVD, SUITE 400<br>MIAMI, FL 33134 | 9049 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$239,774.21 (U)<br>$239,774.21 (T) | 9260 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$239,774.21 (U)<br>$239,774.21 (T) |
| OHIO DEPARTMENT OF TAXATION<br>ATTORNEY GENERAL, COLLECTION ENFORCEMENT<br>150 E. GAY STREET, 21ST FLOOR<br>COLUMBUS, OH 43215 | 2887 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$264,403.27 (P)<br>- (U)<br>$264,403.27 (T) | 10041 | 12/26/07 | 07-11051 | - (S)<br>- (A)<br>$264,403.27 (P)<br>- (U)<br>$264,403.27 (T) |
| Totals: | 2 Claims | | | - (S)<br>- (A)<br>$264,403.27 (P)<br>$239,774.21 (U)<br>$504,177.48 (T) | | | | - (S)<br>- (A)<br>$264,403.27 (P)<br>$239,774.21 (U)<br>$504,177.48 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

\* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT B

## Exhibit B

### Amended Claims

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| ADORNO & YOSS, LLP<br>C/O GREGG S. AHRENS, ESQ.<br>2525 PONCE DE LEON BLVD., SUITE 400<br>MIAMI, FL 33134 | 9255 | 1/10/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$205,784.04 (U)<br>$205,784.04 (T) | 9260 | 1/11/08 | 07-11050 | - (S)<br>- (A)<br>- (P)<br>$239,774.21 (U)<br>$2 9,774.21 (T) |
| DEPARTMENT OF THE TREASURY<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR4<br>INTERNATL REVENUE SERVICE<br>31 HOPKINS PLAZA RM 1150<br>BALTIMORE, MD 21201 | 9848 | 1/29/08 | 07-11047 | - (S)<br>- (A)<br>$28,979,149.71 (P)<br>$22,011.82 (U)<br>$29,001,161.53 (T) | 10119 | 3/19/08 | 07-11047 | - (S)<br>- (A)<br>$879,550.61 (P)<br>$22,011.82 (U)<br>$901,562.43 (T) |
| DEPARTMENT OF THE TREASURY<br>RICHARD RUSSELL, ADVISOR, INSOLVENCY GR3<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA, RM 1150<br>BALTIMORE, MD 21201 | 9822 | 2/7/08 | 07-11047 | - (S)<br>- (A)<br>$2,884,732.65 (P)<br>$22,011.82 (U)<br>$2,906,744.47 (T) | 10119 | 3/19/08 | 07-11047 | - (S)<br>- (A)<br>$879,550.61 (P)<br>$22,011.82 (U)<br>$901,562.43 (T) |
| JORGENSEN, ANNE MARIE<br>14 TAYLOR COMMONS<br>YAPHANK, NY 11980 | 1306 | 9/28/07 | 07-11051 | - (S)<br>- (A)<br>$6,383.66 (P)<br>- (U)<br>$8,383.66 (T) | 7770 | 1/9/08 | Unspecified | - (S)<br>- (A)<br>$7,234.81 (P)<br>- (U)<br>$7,234.81 (T) |
| MARICOPA COUNTY TREASURER<br>MADELEINE C WANSLEE<br>201 EAST WASHINGTON ST., SUITE 800<br>PHOENIX, AZ 85004-2327 | 2210 | 11/15/07 | 07-11051 | - (S)<br>- (A)<br>$617.20 (P)<br>$617.20 (U)<br>$617.20 (T) | 10006 | 2/27/08 | 07-11051 | - (S)<br>- (A)<br>$617.20 (P)<br>- (U)<br>$617.20 (T) |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 9913 | 1/31/08 | 07-11047 | - (S)<br>- (A)<br>$4,298,913.95 (P)<br>- (U)<br>$4,298,913.95 (T) | 10046 | 3/7/08 | 07-11047 | - (S)<br>- (A)<br>$4,297,874.00 (P)<br>- (U)<br>$4,297,874.00 (T) |
| N.Y. STATE DEPT. OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 10045 | 3/3/08 | 07-11047 | - (S)<br>- (A)<br>$8,595,748.00 (P)<br>- (U)<br>$8,595,748.00 (T) | 10046 | 3/7/08 | 07-11047 | - (S)<br>- (A)<br>$4,297,874.00 (P)<br>- (U)<br>$4,297,874.00 (T) |

| Name/Address of Claimant | Objectionable Claims | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Number | Date Filed | Case Number | Total Amount Claimed | Claim Number | Date Filed | Case Number | Total Amount Claimed |
| RIDGEVIEW PLAZA, LLC CHRIS D. NICHOLS, ESQ. 417 WEST PLUMB LANE RENO, NV 89509 | 1405 | 10/2/07 | 07-11051 | - (S) - (A) - (P) $92,072.28 (U) $92,072.28 (T) | 5241 | 12/11/07 | Unspecified | - (S) - (A) - (P) $92,072.28 (U) $92,072.28 (T) |
| Totals: | 8 Claims | | | - (S) - (A) $44,765,545.16 (P) $342,497.16 (U) $45,107,425.12 (T) | | | | - (S) - (A) $10,362,701.23 (P) $375,870.13 (U) $10,738,571.36 (T) |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT C

# Exhibit C
## Equity Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| ADAMS, DONNA DR., IRA<br>WMS CUSTODIAN<br>12635 N 18TH PL<br>PHOENIX, AZ 85022 | 4930 | 12/10/07 | Unspecified | - (S)<br>- (A)<br>$22,751.00 (P)<br>- (U)<br>$22,751.00 (T) |
| AMEND, J RICHARD IRA<br>STIFEL NICOLAUS CUSTODIAN<br>1205 RICHARDS CIRCLE<br>RAYMORE, MO 64083 | 8312 | 1/10/08 | Unspecified | - (S)<br>- (A)<br>$20,000.00 (P)<br>- (U)<br>$20,000.00 (T) |
| ANGELICH, CHRISTIAN D<br>1229 W. BULLARD AVE #124<br>FRESNO, CA 93711 | 7138 | 1/7/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$17,993.14 (U)<br>$17,993.14 (T) |
| ATLEE ENTERPRISES INC<br>1496 GLANWORTH DRIVE<br>LONDON, ON N6N 1H1<br>CANADA | 9759 | 1/22/08 | 07-11047 | - (S)<br>- (A)<br>$22,864.50 (P)<br>- (U)<br>$22,864.50 (T) |
| BARNHART, EILEEN, IRA<br>OPPENHEIMER & CO CUST<br>2221 NORWEGIAN DR #9<br>CLEARWATER, FL 33763-2958 | 6782 | 1/2/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$23,360.00 (U)<br>$23,360.00 (T) |
| BASKERVILLE, DEBORAH<br>1490 GAYLORD TERRACE<br>TEANECK, NJ 07666 | 8428 | 1/10/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$23,345.33 (U)<br>$23,345.33 (T) |
| BATTISTA, GINO A.<br>274 POSSUM REST DRIVE<br>BURNSVILLE, NC 28714 | 5138 | 12/10/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$23,772.39 (U)<br>$23,772.39 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| BAUDER, CHRISTINE<br>818 FOURTH ST.<br>OCEAN CITY, NJ 08226 | 8891 | 1/11/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$18,000.00 (U)<br>$18,000.00 (T) |
| BECKER, JOHN R.<br>6807 GREENLAWN RD.<br>LOUISVILLE, KY 40222 | 4301 | 12/3/07 | 07-11047 | - (S)<br>- (A)<br>$23,471.29 (P)<br>$23,471.29 (U)<br>$23,471.29 (T) |
| BECKER, ROBERT C.<br>13 THE TRILLIUM<br>PITTSBURGH, PA 15238-1929 | 3718 | 11/29/07 | Unspecified | - (S)<br>- (A)<br>$22,744.95 (P)<br>$22,744.95 (U)<br>$22,744.95 (T) |
| BERK, WILLIAM D.<br>3885-4 LANDER RD<br>ORANGE VILLAGE, OH 44022 | 3456 | 11/26/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$18,583.75 (U)<br>$18,583.75 (T) |
| BETTINGER, ROBERT<br>5108 KARRINGTON DR.<br>GIBSONIA, PA 15044 | 9228 | 1/11/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$17,904.00 (U)<br>$17,904.00 (T) |
| BILINSKI, ANDREW<br>1291 TWEED CT<br>VIENNA, VA 22182 | 7115 | 1/7/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$23,018.95 (U)<br>$23,018.95 (T) |
| BLACK, GARY L. SR.<br>727 HIGH LAKE DR.<br>BATON ROUGE, LA 70810 | 9618 | 1/14/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$21,807.87 (U)<br>$21,807.87 (T) |
| BLODGETT, WILLIAM F.<br>15802 CALTECH CIRCLE<br>WESTMINSTER, CA 92683 | 3269 | 11/26/07 | 07-11051 | $22,500.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$22,500.00 (T) |
| BOMMARITO, VINCENT<br>5130 WILSON<br>ST. LOUIS, MO 63110 | 4936 | 12/10/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$20,000.00 (U)<br>$20,000.00 (T) |

— Objectionable Claims —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| BOTTOM, DARYL L.<br>15745 SNODGRASS<br>WAMEGO, KS 66547 | 8887 | 1/11/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$22,414.00 (U)<br>$22,414.00 (T) |
| BROWN, ELDON<br>1710 KAIBAB LOOP<br>PRESCOTT, AZ 86303 | 4394 | 12/3/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$18,016.00 (U)<br>$18,016.00 (T) |
| BROWN, ROBERT J. R/O IRA<br>FCC AS CUSTODIAN<br>37 WOODCLIFF TERRACE<br>FAIRPORT, NY 14450-4208 | 7899 | 1/9/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$22,372.90 (U)<br>$22,372.90 (T) |
| BRUNETTE, MARILYN L.<br>256 TOWER VIEW DR.<br>GREEN BAY, WI 54301-1837 | 4241 | 12/3/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$19,042.10 (U)<br>$19,042.10 (T) |
| BRUNO, MARGARET A. TTEE<br>OF THE MARGARET A. BRUNO REV. TR.<br>11688 CALRKSDALE<br>MARYLAND HEIGHTS, MO 63043 | 5118 | 12/10/07 | Unspecified | $20,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$20,000.00 (T) |
| BUCKMINSTER, PHILIP I & DERETHA C.<br>11825 LARCH RD<br>HENRYETTA, OK 74437 | 7417 | 1/7/08 | 07-11048 | $23,141.40 (S)<br>- (A)<br>- (P)<br>- (U)<br>$23,141.40 (T) |
| BUMGARNER, JAMES RICHARD<br>SEP IRA 5116-3636 CHARLES SCHWAB & CO<br>1715 ABBEY OAK DRIVE<br>VIENNA, VA 22182 | 7117 | 1/7/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$18,357.18 (U)<br>$18,357.18 (T) |
| CAIRA, MARCELLO R/O IRA<br>39-20 WILLOW<br>DOUGLASTON, NY 11363 | 5658 | 12/18/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$20,670.00 (U)<br>$20,670.00 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| CALHOUN, LISA<br>53 MCLEAN SCHOOL RD<br>RR#2<br>ST GEORGE, ON N0E 1N0<br>CANADA | 8875 | 1/11/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$18,771.51 (U)<br>$18,771.51 (T) |
| CALLAHAN, GEORGE S. JR TRUSTEE<br>GEORGE S. CALLAHAN JR TRUST<br>931 VENTURA AVE<br>ORLANDO, FL 32804 | 3816 | 11/29/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$18,837.00 (U)<br>$18,837.00 (T) |
| CARELLI, JACK<br>2913 SE 161 AVE<br>VANCOUVER, WA 98683-3015 | 3926 | 11/30/07 | Unspecified | $21,533.25 (S)<br>- (A)<br>- (P)<br>- (U)<br>$21,533.25 (T) |
| CARROLL, LUTHER R.<br>261 NC HIGHWAY 403<br>MOUNT OLIVE, NC 28365-8203 | 5411 | 12/13/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$23,549.49 (U)<br>$23,549.49 (T) |
| CASTRO, AL<br>733 E. MARIPOSA DR.<br>REDLANDS, CA 92373 | 3213 | 11/26/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$18,700.00 (U)<br>$18,700.00 (T) |
| CATANIA, BARBARA G.<br>18 EAST NECK RD<br>DIX HILLS, NY 11746 | 9697 | 1/17/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$23,783.60 (U)<br>$23,783.60 (T) |
| CAVICCHIONI, DAN<br>10901 E MONUMENT ESTATES CIRCLE<br>TUCSON, AZ 85748-6911 | 8075 | 1/10/08 | Unspecified | $19,957.40 (S)<br>- (A)<br>- (P)<br>- (U)<br>$19,957.40 (T) |
| CHERRY, MARTHA & BETTY BALLANTINE<br>2239 DOUBLE TREE AVE.<br>HENDERSON, NV 89052 | 5136 | 12/10/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$19,796.43 (U)<br>$19,796.43 (T) |
| CHIN, JEAN LAU<br>96 A MOUNTAIN AVE<br>BAYVILLE, NY 11709 | 6389 | 12/26/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$21,732.00 (U)<br>$21,732.00 (T) |

--- **Objectionable Claims** ---

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| CHRISTENSEN, HAROLD<br>P.O. BOX 241<br>CREEDE, CO 81130 | 3216 | 11/26/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$20,065.45 (U)<br>$20,065.45 (T) |
| COFF, FREDRICK JOHN<br>15 WEST 81 STREET<br>APT 16G<br>NEW YORK, NY 10024-6022 | 5204 | 12/10/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$20,184.00 (U)<br>$20,184.00 (T) |
| COLE, JAMES R. LIV TR.<br>7955 OLD AZTEC HWY<br>FLORA VISTA, NM 87415-9635 | 4833 | 12/7/07 | Unspecified | - (S)<br>- (A)<br>$23,405.00 (P)<br>- (U)<br>$23,405.00 (T) |
| CONNER, WANDA J.<br>CONNR FAMILY TRUST<br>DATED 4/15/1981<br>9 EASTWOOD DR<br>ORINDA, CA 94563-4307 | 6947 | 1/3/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$20,000.00 (U)<br>$20,000.00 (T) |
| COTT, ALAN J.<br>26917 CHATEAU LAKE DR<br>KINGWOOD, TX 77339-1427 | 3678 | 11/28/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$22,601.97 (U)<br>$22,601.97 (T) |
| COX, WILLIAM J. & HELEN V.<br>23 BIRCH DRIVE<br>BASKING RIDGE, PR 07920 | 8170 | 1/10/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$21,342.58 (U)<br>$21,342.58 (T) |
| DAUN, ALAN & PATRICIA<br>425A CORTE MADERA AVENUE<br>CORTE MADERA, CA 94925 | 9847 | 1/29/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$23,715.50 (U)<br>$23,715.50 (T) |
| DEARASAUGH, DANIEL W.<br>931 BRAMBLEWOOD DR.<br>CASTLE ROCK, CO 80108-3642 | 6054 | 12/21/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$19,978.10 (U)<br>$19,978.10 (T) |

**Objectionable Claims**

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| DOSSA, ALDO J.<br>3399 MORAGA BLVD.<br>LAFAYETTE, CA 94549 | 7167 | 1/7/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$22,330.00 (U)<br>$22,330.00 (T) |
| DUNHAM, LARRY M.<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>14 RANGEWAY ROAD<br>MONT VERNON, NH 03057 | 4023 | 11/30/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$18,000.00 (U)<br>$18,000.00 (T) |
| EDWARDS, RICHARD LEWIS TTEE<br>730 PRINCESS CT<br>NIPOMO, CA 93444 | 3673 | 11/28/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$18,255.00 (U)<br>$18,255.00 (T) |
| ERSKINE, EDWIN M. JR.<br>1889 BELLE ISLAND RD.<br>RICHMOND HILL, GA 31324 | 4484 | 12/4/07 | Unspecified | - (S)<br>- (A)<br>$21,104.00 (P)<br>- (U)<br>$21,104.00 (T) |
| EVERSULL, ROBERT E. & LOUISE A.<br>533 E MAIN STREET<br>GREENSBURG, IN 47240-2108 | 7281 | 1/7/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$23,480.86 (U)<br>$23,480.86 (T) |
| FALLICK, LOWELL<br>78905 GOLDEN REED DRIVE<br>PALM DESERT, CA 92211 | 5372 | 12/13/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$21,927.03 (U)<br>$21,927.03 (T) |
| FALLICK, SYRIL & LOWELL<br>78905 GOLDEN REED DRIVE<br>PALM DESERT, CA 92211 | 5371 | 12/13/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$20,927.57 (U)<br>$20,927.57 (T) |
| FEIBEL, EDGAR L.<br>2801 N.E. 183RD ST., APT. 1002<br>AVENTURA, FL 33160 | 5155 | 12/10/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$23,874.00 (U)<br>$23,874.00 (T) |
| FEIBEL, VERA<br>2801 NE 183RD ST. APT# 1002<br>AVENTURA, FL 33160 | 4888 | 12/10/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$19,290.00 (U)<br>$19,290.00 (T) |

--------- Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| FERRIS, JOHN<br>500 WEST 43RD STREET<br>APT 32F<br>NEW YORK, NY 10036 | 5890 | 12/19/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$23,826.25 (U)<br>$23,826.25 (T) |
| FRANKLIN, VICTOR<br>C/O RUTH WHITE<br>10220 W. 56TH STREET<br>SHAWNEE MISSION, KS 66203 | 6327 | 12/24/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$19,537.02 (U)<br>$19,537.02 (T) |
| FRUIT, THOMAS W.<br>3973 REDWOOD DRIVE<br>PULASKI, WI 54162 | 6960 | 1/3/08 | 07-11051 | - (S)<br>- (A)<br>- (P)<br>$22,506.96 (U)<br>$22,506.96 (T) |
| GATHER, GEORGE W. & DONNA J.<br>629 MOONGLOW LANE<br>INDIANAPOLIS, IN 46217 | 6646 | 12/31/07 | Unspecified | $23,700.65 (S)<br>- (A)<br>- (P)<br>$23,700.65 (U)<br>$23,700.65 (T) |
| GASTON, JOHN IRA<br>11206 CLOVER PARK DR SW<br>APT 24<br>LAKEWOOD, WA 98499 | 9275 | 1/14/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$20,836.00 (U)<br>$20,836.00 (T) |
| GEDEON, MARY A. & JOHN J., TTEES<br>MARY & JOHN GEDEON LIVING TRUST<br>7865 E MISSISSIPPI AVE<br>UNIT 501<br>DENVER, CO 80247 | 6384 | 12/26/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$22,838.51 (U)<br>$22,838.51 (T) |
| GILSTRAP, ROBERT D.<br>105 DEXTER DRIVE<br>TAYLORS, SC 29687 | 6101 | 12/21/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$21,469.95 (U)<br>$21,469.95 (T) |
| GLENN, SUE L.<br>8326 WILDE LANE RD<br>PENSACOLA, FL 32526 | 6878 | 1/3/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$19,634.25 (U)<br>$19,634.25 (T) |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| GOLDMAN, ALINA<br>2621 PALISADE AVE APT. 14E<br>RIVERDALE, NY 10463 | 7897 | 1/9/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$22,000.00 (U)<br>$22,000.00 (T) | |
| GOLDMAN, ANDREW<br>114 QUAYSIDE<br>JUPITER, FL 33477 | 8259 | 1/10/08 | 07-11048 | $21,295.00 (S)<br>- (A)<br>- (P)<br>$21,295.00 (U)<br>$21,295.00 (T) | |
| GREGO, JOHN D.<br>309 COLUMBIA ST.<br>COHOES, NY 12047 | 7698 | 1/8/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$23,570.00 (U)<br>$23,570.00 (T) | |
| GRUHLER, EUGENE A. TTEE<br>4819 ALBERMARLE RD #101<br>CHARLOTTE, NC 28205 | 3526 | 11/26/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$23,964.00 (U)<br>$23,964.00 (T) | |
| GRUNDY, GARY L.<br>9552 NORWAY HILLS TRL<br>LAKEVILLE, MN 55044 | 3880 | 11/30/07 | Unspecified | $18,617.15 (S)<br>- (A)<br>- (P)<br>- (U)<br>$18,617.15 (T) | |
| HAGGARD, KATHERINE<br>801 LITCHFIELD<br>WICHITA, KS 67203 | 4414 | 12/4/07 | 07-11048 | - (S)<br>- (A)<br>$21,313.50 (P)<br>- (U)<br>$21,313.50 (T) | |
| HANSON, SUE<br>900 E TOM LANDRY ST<br>MISSION, TX 78572-4409 | 7371 | 1/7/08 | 07-11047 | $18,210.00 (S)<br>- (A)<br>$200.00 (P)<br>$18,210.00 (U)<br>$18,410.00 (T) | |
| HEINTZ, RICHARD A<br>3344 PORTLAND AVE<br>MINNEAPOLIS, MN 55407 | 9283 | 1/14/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$19,398.00 (U)<br>$19,398.00 (T) | |
| HERTAUS, MARVIN F. BETTIE J.<br>2294 PINEWOOD DR<br>SHAKOPEE, MN 55379 | 6336 | 12/24/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$18,277.00 (U)<br>$18,277.00 (T) | |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| HILL, SUE<br>1809 STONETREE DR<br>MOUNTAIN HOME, ID 83647 | 5223 | 12/11/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$20,000.00 (U)<br>$20,000.00 (T) |
| HO, LAI HA LEUNG<br>636-60TH STREET<br>APT 2<br>BROOKLYN, NY 11220-4109 | 9555 | 1/14/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$22,506.00 (U)<br>$22,506.00 (T) |
| HOFMANN, LORENZ M. & VICTORIA T.<br>205 LAKE HOGAN FARM RD<br>CHAPEL HILL, NC 27516 | 3452 | 11/26/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$21,021.00 (U)<br>$21,021.00 (T) |
| HOLWERDA, GERALD W.<br>18521 15TH ST. SW<br>BLOMKEST, MN 56216-9737 | 4836 | 12/7/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$17,948.00 (U)<br>$17,948.00 (T) |
| IAGGI, NANCY ANN<br>16 MARCELLO ST<br>JAY, ME 04239 | 3463 | 11/26/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$19,636.00 (U)<br>$19,636.00 (T) |
| JACKMAN, FRANCES M.<br>***NO ADDRESS PROVIDED*** | 3549 | 11/26/07 | Unspecified | - (S)<br>- (A)<br>$22,598.28 (P)<br>$22,598.29 (U)<br>$22,598.29 (T) |
| JAHRLING, WALTER C. TTEE<br>AGNES B KEMP IRREV TRUST, DTD 8-19-98<br>7506 NE 85TH TERRACE<br>KANSAS CITY, MO 64157 | 5735 | 12/18/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$20,000.00 (U)<br>$20,000.00 (T) |
| JARRARD, THOMAS A.<br>6336 KILLOE ROAD<br>BALDWINSVILLE, NY 13027 | 7898 | 1/9/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$18,563.97 (U)<br>$18,563.97 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | |
|---|---|---|---|---|---|
| JENNINGS, ROGER H.<br>SEP IRA<br>1315 EVAMAR DR.<br>MIDLAND, MI 48640 | 3280 | 11/26/07 | Unspecified | - (S)<br>- (A)<br>$21,000.00 (P)<br>- (U)<br>$21,000.00 (T) | |
| JOAN MARIE COOPER TRUST<br>C/O JOAN MARIE COOPER, TRUSTEE<br>8240 WEST SAINT JOSEPH HWY.<br>LANSING, MI 48917 | 7155 | 1/7/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$18,437.38 (U)<br>$18,437.38 (T) | |
| JOHNSON, STAN<br>465 LYNBROOKE RD<br>SPRINGFIELD, PA 19064 | 7777 | 1/9/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$18,861.55 (U)<br>$18,861.55 (T) | |
| JULIUS, RICHARD J.<br>200 W. 10TH AVE<br>BELLE PLAINE, KS 67013-8743 | 8306 | 1/10/08 | Unspecified | - (S)<br>- (A)<br>$20,000.00 (P)<br>- (U)<br>$20,000.00 (T) | |
| KAMPS, GEORGE<br>5099 VINCITOR ST.<br>LAS VEGAS, NV 89135 | 5608 | 12/17/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$23,492.10 (U)<br>$23,492.10 (T) | |
| KANE, LUKE D.<br>31 ASBURY AVENUE<br>ATLANTIC HIGHLANDS, NJ 07716-1413 | 8481 | 12/27/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$21,673.00 (U)<br>$21,673.00 (T) | |
| KATZ, STUART<br>1 BROADWAY, STE 101<br>ELMWOOD PARK, NJ 07407 | 7317 | 1/7/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$19,600.00 (U)<br>$19,600.00 (T) | |
| KECK, SUSAN<br>PO BOX 75<br>EAST ISLIP, NY 11730 | 3706 | 11/28/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$20,594.90 (U)<br>$20,594.90 (T) | |
| KEEHNER, WARREN W.<br>****NO ADDRESS PROVIDED**** | 4177 | 12/3/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$23,158.00 (U)<br>$23,158.00 (T) | |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| KELLEY, SCOTT R. & LISA M.<br>1007 MORGANS LANDING CT.<br>BRENTWOOD, TN 37027 | 6467 | 12/27/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$19,935.00 (U)<br>$19,935.00 (T) |
| KENISTON, CHARLES<br>200 GROVE ST<br>READING, MA 01867-1422 | 5944 | 12/20/07 | Unspecified | - (S)<br>- (A)<br>$18,726.00 (P)<br>- (U)<br>$18,726.00 (T) |
| KHODABANDEH, MOHSEN<br>2862 HYLAND PARK RD.<br>FAYETTEVILLE, AR 72701 | 9649 | 1/15/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$20,213.57 (U)<br>$20,213.57 (T) |
| KIETA, VINCENT JAMES<br>1306 WINGARD DR<br>RADCLIFF, KY 40160-1446 | 9544 | 1/14/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$20,844.04 (U)<br>$20,844.04 (T) |
| KNIPERS, DONALD D.<br>501 W OWASSA RD #247<br>PHARR, TX 78577 | 9695 | 1/17/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$23,919.86 (U)<br>$23,919.86 (T) |
| KOCH, ROBERT<br>1201 KIMBALL COURT<br>NAPERVILLE, IL 60540 | 4352 | 12/3/07 | 07-11047 | $19,866.90 (S)<br>- (A)<br>- (P)<br>- (U)<br>$19,866.90 (T) |
| KOSHY, KAREN ROLLOVER IRA<br>5728 GREEN HOLLOW LN<br>THE COLONY, TX 75056 | 6185 | 12/24/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$22,807.00 (U)<br>$22,807.00 (T) |
| KOSHY, THOMAS<br>5728 GREEN HOLLOW LN<br>THE COLONY, TX 75056 | 6067 | 12/21/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$22,409.95 (U)<br>$22,409.95 (T) |

— Objectionable Claims —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| KOZIELEK, RAYMOND F., TRUSTEE<br>RAYMOND F. KOZIELEK REV. LIV. TRUST<br>2741 HARVEY PLACE<br>APT. 118<br>GRANITE CITY, IL 62040 | 4188 | 12/3/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$22,646.00 (U)<br>$22,646.00 (T) |
| KRUPSAW, JANETTE R.<br>402 LONG FOREST CI<br>ANDERSON, SC 29625 | 6360 | 12/24/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$19,069.33 (U)<br>$19,069.33 (T) |
| LAMBERT, MARION<br>1124 JOHNSON<br>AMES, IA 50010 | 5465 | 12/14/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$18,204.51 (U)<br>$18,204.51 (T) |
| LAMELL, RITA & HAROLD MARKOWITZ<br>137 LAKELAND DRIVE<br>BARNEGAT, NJ 08005-5637 | 5053 | 12/10/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$19,388.55 (U)<br>$19,388.55 (T) |
| LARSON, CARL ELMER<br>2595 SAINT PAUL'S DRIVE<br>TITUSVILLE, FL 32780-6761 | 5079 | 12/10/07 | Unspecified | - (S)<br>- (A)<br>$23,750.00 (P)<br>$23,750.00 (U)<br>$23,750.00 (T) |
| LATHOUWERS, MAURICE & B HINTERGARDT T<br>MED MKT PL INC COMPARABILITY P<br>U/A DTD 06/15/2000<br>1470 BRYANT D2 E<br>LONG BEACH, CA 90815 | 8107 | 1/10/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$23,515.90 (U)<br>$23,515.90 (T) |
| LATIMER, PATRICA PHUNG<br>6248 HANCOCK AVE<br>SAN JOSE, CA 95123 | 8134 | 1/10/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$23,570.00 (U)<br>$23,570.00 (T) |
| LEE, WING & BOO I<br>2379 CROPSEY AVE<br>BROOKLYN, NY 11214 | 5863 | 12/20/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$22,539.98 (U)<br>$22,539.98 (T) |
| LEE, WING & BOO I.<br>2379 CROPSEY AVE<br>BROOKLYN, NY 11214 | 5863 | 12/19/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$22,500.00 (U)<br>$22,500.00 (T) |

— Objectionable Claims —

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| LEESON, DANIEL N<br>ROSANNE D LEESON TTEES<br>LEESON LIVING TRUST<br>1821 GRANGER AVENUE<br>LOS ALTOS, CA 94024-6716 | 2558 | 11/19/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$19,888.77 (U)<br>$19,888.77 (T) |
| LESTER ASSOCIATES<br>ATTN J. LESTER, PARTNER<br>83 PLEASANT ST<br>HAWORTH, NJ 07641 | 3661 | 11/28/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$19,052.44 (U)<br>$19,052.44 (T) |
| LEUNG, ARCHER<br>7605 VIA TORTONA<br>BURBANK, CA 91504 | 9162 | 1/11/08 | Unspecified | - (S)<br>- (A)<br>$19,691.40 (P)<br>$19,691.40 (U)<br>$19,691.40 (T) |
| LEWIS, DEAN A.<br>5803 CEDAR CV.<br>SAN ANTONIO, TX 78249 | 5599 | 12/17/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$21,904.98 (U)<br>$21,904.98 (T) |
| LINFERD C. & CAROL A. MCGRANE TRUST<br>31932 DOVERWOOD CT<br>WESTLAKE VILLAGE, CA 91361 | 3392 | 11/26/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$19,550.21 (U)<br>$19,550.21 (T) |
| LISLE, HAMPTON H.<br>ETRADE SECURITIES<br>PO BOX 61<br>MOUNT AIRY, MD 21771 | 9552 | 1/14/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$23,435.02 (U)<br>$23,435.02 (T) |
| LISLE, LUCILE A. & HAMPTON H. JTWROS<br>ETRADE SECURITIES<br>PO BOX 641<br>GAMBRILLS, MD 21054 | 9325 | 1/14/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$20,377.37 (U)<br>$20,377.37 (T) |
| LIU, CHIEN<br>3100 TOMAHAWK ROAD<br>PRAIRIE VILLAGE, KS 66208 | 5716 | 12/18/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$20,000.00 (U)<br>$20,000.00 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| LIU, ERIC S. & CEN, JENNY Y.<br>2015 SPRINGWOOD DRIVE<br>CONWAY, AR 72034 | 7127 | 1/7/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$19,075.50 (U)<br>$19,075.50 (T) |
| LOWE, LORA<br>4483 ANTIGUA WAY<br>OXNARD, CA 93035 | 7207 | 1/7/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$21,146.00 (U)<br>$21,146.00 (T) |
| LUTTRELL, GERALD & LESLIE<br>P.O. BOX 1952<br>PITTSBURG, KS 66762 | 4739 | 12/6/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$20,000.00 (U)<br>$20,000.00 (T) |
| MAGNUSSON, BRIAN G.<br>1616 DEERWOOD DR.<br>LONGMONT, CO 80501 | 3979 | 11/30/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$20,379.00 (U)<br>$20,379.00 (T) |
| MANGO, MICHIKO<br>1400 GEARY BLVD<br>APT. 407<br>SAN FRANCISCO, CA 94109 | 4993 | 12/10/07 | Unspecified | $17,985.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$17,985.00 (T) |
| MANS, RAYMOND F.<br>2136 LAPPEL LANE<br>PITTSBURGH, PA 15212 | 7552 | 1/7/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$20,358.00 (U)<br>$20,358.00 (T) |
| MARY LOU GAUDINO TRUST<br>UA 6-19-02<br>5556 MEADOWRIDGE DR.<br>SANTA ROSA, CA 95409-5818 | 4863 | 12/7/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$21,682.00 (U)<br>$21,682.00 (T) |
| MAYNE, LARRY C<br>8043 TWIN CREEK TRACE<br>WEST CHESTER, OH 45069-2276 | 9004 | 1/11/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$21,399.11 (U)<br>$21,399.11 (T) |
| MCANOLLY, JAMES W. TTEE<br>THE MCANNOLLY FAMILY TRUST<br>DATED 8/30/96<br>34 HOLLY DR<br>OLATHE, KS 66062-1831 | 5109 | 12/10/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$20,000.00 (U)<br>$20,000.00 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| MCDONALD, LANDON B. - CUSTODIAN FBO SEP IRA OF LANDON B MCDONALD 59 NORWOOD DR. GILLETTE, NJ 07933 | 5144 | 12/10/07 | Unspecified | - (S)<br>- (A)<br>$18,516.76 (P)<br>$18,516.76 (U)<br>$18,516.76 (T) |
| MCELHENIE, AUDREY J. 6414 AUBURN AVE BRADENTON, FL 34207-5501 | 6584 | 12/31/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$23,233.03 (U)<br>$23,233.03 (T) |
| MCKENZIE, DEBRA C/F NATHAN MCKENZIE-PROTA-SKA 115 POPLAR CIRCLE DYERSBURG, TN 38024-6570 | 9469 | 1/14/08 | Unspecified | $20,212.48 (S)<br>- (A)<br>- (P)<br>- (U)<br>$20,212.48 (T) |
| MCNEIL, JERRY J. & MARY A. TTEES FBO 9030 TERRY ESTATES DR. ORANGE, TX 77630 | 9069 | 1/11/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$21,579.98 (U)<br>$21,579.98 (T) |
| MCCORMICK, VONDON RAY IRA FERRIS BAKER WATTS C/F 5200 GLEHAM DRIVE CHARLOTTE, NC 28210-2840 | 6599 | 1/3/08 | Unspecified | - (S)<br>- (A)<br>$18,598.00 (P)<br>$18,598.00 (U)<br>$18,598.00 (T) |
| MCWHERTER, MICHAEL K. 1717 E. 116TH ST PERKINS, OK 74059 | 4662 | 12/6/07 | Unspecified | $22,360.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$22,360.00 (T) |
| MITCHELL, JOHNNY H. 2628 PATRICK HIGHWAY HARTSVILLE, SC 29550-9042 | 9485 | 1/14/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$23,374.94 (U)<br>$23,374.94 (T) |
| MOY, JOCELYN 28 SOMMERSET WAY CASITA A #1005 TORONTO, ON  M2N 6W7 CANADA | 8929 | 1/11/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$21,890.00 (U)<br>$21,890.00 (T) |

--- ·· -- Objectionable Claims -- ·· ·

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| MULLIGAN, CONNIE<br>822 NW 45TH TERRACE<br>GAINESVILLE, FL 32605 | 9709 | 1/17/08 | 07-11048 | $20,800.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$20,800.00 (T) |
| MURPHY, DESMOND L.<br>8645 SW LEAHY RD<br>PORTLAND, OR 97225 | 9345 | 1/14/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$21,382.00 (U)<br>$21,382.00 (T) |
| NAPOLI, JOSEPH J. AND JOAN G. JT WROS<br>25612 BROWNING PL<br>STEVENSON RANCH, CA 91381-1227 | 4842 | 12/7/07 | 07-11048 | $19,824.48 (S)<br>- (A)<br>- (P)<br>- (U)<br>$19,824.48 (T) |
| NEACE CATTLE CO. LLC<br>ATTN SERETA ROBINSON<br>4130 E. RIVER RD<br>TUCSON, AZ 85718-6948 | 4338 | 12/3/07 | Unspecified | - (S)<br>- (A)<br>$18,818.00 (P)<br>- (U)<br>$18,818.00 (T) |
| NEWMAN, MICHAEL & JULIA JTWROS<br>301 SOUTH JACKSON ST.<br>ARLINGTON, VA 22204 | 3206 | 11/26/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$20,000.00 (U)<br>$20,000.00 (T) |
| NGO, XUAN T.<br>949 N CANYON MOONLANE PL<br>TUCSON, AZ 85745-1589 | 3577 | 11/27/07 | Unspecified | $21,300.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$21,300.00 (T) |
| NIESS, THOMAS L.<br>708 NORTH 13TH ST<br>BILLINGS, MT 59101 | 6542 | 12/28/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$18,425.19 (U)<br>$18,425.19 (T) |
| NORTON, BLAINE C.<br>8521 CORINTH POINTE CT.<br>ORLANDO, FL 32829 | 8235 | 1/10/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$18,900.00 (U)<br>$18,900.00 (T) |
| O.E. BRADLEY TR.<br>110 S. MAIN STE 500<br>WICHITA, KS 67202 | 4416 | 12/4/07 | 07-11048 | - (S)<br>- (A)<br>$20,000.00 (P)<br>- (U)<br>$20,000.00 (T) |

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| OLDHAM, LOEL E.<br>990 COUNTRY TRAIL<br>PLEASANTON, TX 78064 | 5383 | 12/13/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$19,029.98 (U)<br>$19,029.98 (T) |
| OLSEN, KEN<br>60 CARROUSTIE LN<br>SPRINGBORO, OH 45066 | 3400 | 11/26/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$21,962.30 (U)<br>$21,962.30 (T) |
| OWEN, MARYBETH<br>7422 N OKETO AVE<br>CHICAGO, IL 60631-4429 | 8331 | 1/10/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$20,267.00 (U)<br>$20,267.00 (T) |
| PARADY, STEVE<br>SPECIAL ACCOUNT<br>8427 S. TERRACE RD<br>TEMPE, AZ 85284 | 6424 | 12/26/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$20,269.53 (U)<br>$20,269.53 (T) |
| PEKAR, MARTY<br>246 RYAN ROAD<br>GREENWICH, NY 12834 | 4629 | 12/6/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$20,000.00 (U)<br>$20,000.00 (T) |
| PICOTTE, WILLIAM<br>2 NORWOOD DR<br>MENANDS, NY 12204 | 7301 | 1/7/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$18,646.54 (U)<br>$18,646.54 (T) |
| PICOTTE, WILLIAM<br>2 NORWOOD DR<br>MENANDS, NY 12204 | 7302 | 1/7/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$21,427.00 (U)<br>$21,427.00 (T) |
| PORTER, RALPH<br>1503 SPRINGHOUSE ST.<br>SAN ANTONIO, TX 78251-4116 | 7683 | 1/8/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$23,401.96 (U)<br>$23,401.96 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| PRATSCHKER, DAHLIA<br>14910 PANTATION OAK DR<br>HOUSTON, TX 77068-3115 | 4222 | 12/3/07 | Unspecified | - (S)<br>- (A)<br>$22,829.85 (P)<br>- (U)<br>$22,829.85 (T) |
| PRICE, RICHARD R.<br>609 LYNDALE DR.<br>HARTSVILLE, SC 29550 | 4698 | 12/6/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$21,972.50 (U)<br>$21,972.50 (T) |
| QUINN, ROGER<br>4740 WOODCREST DR<br>COLUMBUS, IN 47203 | 7385 | 1/7/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$18,219.90 (U)<br>$18,219.90 (T) |
| RAHAGHI, ASGHAR<br>36 HAZEN DR<br>AVON, CT 06001 | 4575 | 12/5/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$20,000.00 (U)<br>$20,000.00 (T) |
| RAPPOLD, ROSELLA<br>7225 FIRST STREET<br>MARINE CITY, MI 48039 | 3559 | 11/27/07 | 07-11048 | - (S)<br>- (A)<br>$20,000.00 (P)<br>- (U)<br>$20,000.00 (T) |
| RIFFKIN, OLIVE K. (TTEE)<br>2207 MONROE VILLAGE<br>MONROE TWP., NJ 08831 | 5428 | 12/13/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$18,179.97 (U)<br>$18,179.97 (T) |
| RILEY, RICHARD<br>2909 WOODLAND #618<br>DES MOINES, IA 50312 | 5671 | 12/18/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$18,128.96 (U)<br>$18,128.96 (T) |
| RINGER, CHARLES JR. & EMILY M.<br>JT TENWROS<br>BOX 75<br>JOLIET, MT 59041 | 4085 | 12/3/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$19,978.48 (U)<br>$19,978.48 (T) |
| ROBERTSON, MICHAEL T.<br>113 N. 13TH<br>KANSAS CITY, KS 66102 | 4741 | 12/6/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$19,986.00 (U)<br>$19,986.00 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| ROCHAU, ARTHUR E., ARTHUR E ROCHAU TRUST U/A DTD 08/06/1990 1670 WEST LINCO ROAD STEVENSVILLE, MI 49127-9416 | 3590 | 11/27/07 | 07-11048 | $20,024.00 (S) - (A) - (P) - (U) $20,024.00 (T) |
| ROSENBERG, IRWIN & CYNTHIA 3031 WEATHERBY CT WILMINGTON, NC 28405-3483 | 9304 | 1/14/08 | 07-11048 | - (S) - (A) - (P) $18,273.03 (U) $18,273.03 (T) |
| ROSSI & ASSOC. INC. EMPLOYEES 401K PROFIT SHARING PLAN DTD 2-17-99 970 SOUTH BYRNE RD TOLEDO, OH 43609-1010 | 5668 | 12/18/07 | 07-11048 | - (S) - (A) - (P) $23,492.71 (U) $23,492.71 (T) |
| ROTHE, JOHN & MRS. 2780 RIVERSIDE DRIVE WANTAGH, NY 11793 | 7543 | 1/7/08 | Unspecified | $20,000.00 (S) - (A) - (P) - (U) $20,000.00 (T) |
| ROWE, RONALD K. 2068 DORAL DRIVE HARRISBURG, PA 17112 | 8916 | 1/11/08 | 07-11051 | - (S) - (A) - (P) $23,499.99 (U) $23,499.99 (T) |
| SANDERS, DAVID A. 7521 HATTERAS DRIVE HUDSON, FL 34667 | 7662 | 1/8/08 | Unspecified | - (S) - (A) $18,140.00 (P) - (U) $18,140.00 (T) |
| SCHOLFIELD, KEITH AND DORIS E. TTEES FBO GENE L SCHOLFIELD TR U/A/DTD 8-31-92 3222 SW 100TH AUGUSTA, KS 67010-8374 | 8311 | 1/10/08 | Unspecified | - (S) - (A) $20,000.00 (P) - (U) $20,000.00 (T) |
| SCHWARZ, ANNA LOUISE 731 NW SCHWARZ GOWER, MO 64454 | 3863 | 11/30/07 | Unspecified | - (S) - (A) - (P) $20,000.00 (U) $20,000.00 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| SCOTT, GILBERT T.<br>SEPARATE ACCT - B. OF AMERICA<br>2213 EASTWOOD DRIVE<br>RICHARDSON, TX 75080 | 7200 | 1/7/08 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$19,009.78 (U)<br>$19,009.78 (T) |
| SECKER, HELEN H.<br>3101 PALMYRA ROAD<br>HANNIBAL, MO 63401 | 5016 | 12/10/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$19,898.98 (U)<br>$19,898.98 (T) |
| SELTZER, ADOLPH<br>501 FIFTH AVE<br>NEW YORK, NY 10017 | 5329 | 12/12/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$21,792.00 (U)<br>$21,792.00 (T) |
| SEYBOLD, DONALD W.<br>3816 WATERVIEW BLVD.<br>OCEAN CITY, NJ 08226 | 3120 | 11/23/07 | 07-11047 | - (S)<br>- (A)<br>- (P)<br>$17,930.22 (U)<br>$17,930.22 (T) |
| SHEDDY, VAIDA G. TTEE<br>1142 HADTNER AVE<br>WILLIAMSPORT, PA 17701 | 5513 | 12/14/07 | Unspecified | $19,541.85 (S)<br>- (A)<br>- (P)<br>- (U)<br>$19,541.85 (T) |
| SHELDRAKE, RICHARD & MARGARET<br>16943 WESTERN AVE<br>HAZEL CREST, IL 60429 | 5443 | 12/13/07 | 07-11048 | $20,000.00 (S)<br>- (A)<br>- (P)<br>- (U)<br>$20,000.00 (T) |
| SMITH, MONICA L<br>200 EAST 66TH ST<br>APT B 1406<br>NEW YORK, NY 10065 | 9561 | 1/14/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$23,309.62 (U)<br>$23,309.62 (T) |
| SMITH, PEGGY (IRA)<br>FCC AS CUSTODIAN<br>12658 AMY LANE<br>TERRELL, TX 75161-5716 | 8462 | 1/10/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$20,977.55 (U)<br>$20,977.55 (T) |
| SMOYER, IRENE A.<br>38 ACRES DRIVE<br>RIDLEY PARK, PA 19078 | 4374 | 12/3/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$20,000.00 (U)<br>$20,000.00 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| STEPP, EDWARD A. TTEE<br>EDWARD A STEEP<br>U/A DTD 10/27/1998<br>PO BOX 3222<br>LAUREL, MD 20709 | 3747 | 11/29/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$21,444.00 (U)<br>$21,444.00 (T) |
| THOLEN, BARNEY C.<br>10405 W. 15TH<br>WICHITA, KS 67212 | 4413 | 12/4/07 | 07-11048 | - (S)<br>- (A)<br>$17,961.00 (P)<br>- (U)<br>$17,961.00 (T) |
| THOMPSON, JERRY T.<br>15508 LONG COVE BLVD.<br>CARMEL, IN 46033 | 3779 | 11/28/07 | Unspecified | - (S)<br>- (A)<br>$21,913.96 (P)<br>$21,913.96 (U)<br>$21,913.96 (T) |
| THORNBERRY, JERRY J.<br>2033 PLUMB LN<br>BATAVIA, OH 45103 | 6772 | 1/2/08 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$20,794.00 (U)<br>$20,794.00 (T) |
| TOBIN, BERNARD A &<br>AGNES E TOBIN JT TEN<br>11545 E RADISSON RD<br>MOUNT VERNON, IL 62864-6861 | 2712 | 11/19/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$18,293.00 (U)<br>$18,293.00 (T) |
| TOOTLEMAN, EVA B.<br>6 CRANSTON CT<br>PRINCETON JUNCTION, NJ 08550 | 4311 | 12/3/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$18,878.72 (U)<br>$18,878.72 (T) |
| TORREY, KENNETH R<br>401 HAVANA RD<br>OWATONNA, MN 55060-3426 | 5220 | 12/11/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$19,943.00 (U)<br>$19,943.00 (T) |
| TWEEL, W. DAVID<br>215 WOODBRIDGE DRIVE<br>CHARLESTON, WV 25311 | 6888 | 1/3/08 | Unspecified | - (S)<br>- (A)<br>$22,826.98 (P)<br>$22,826.98 (U)<br>$22,826.98 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| UPDYKE, PAUL S. SR. & CAROL J.<br>5017 GREENTREE RD.<br>LEBANON, OH 45036 | 4918 | 11/30/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$18,087.98 (U)<br>$18,087.98 (T) |
| VAN FLEET, BRUCE N.<br>7606 WEST BAYMEADOWS CIRCLE<br>JACKSONVILLE, FL 32256-1814 | 6821 | 1/2/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$21,940.00 (U)<br>$21,940.00 (T) |
| VITT, FRED & BETTY (TRUSTEES)<br>FREDERICK D. VITT, TRUST<br>UA DTD 1/17/93<br>11045 HOLLAND CIRCLE<br>EDEN PRAIRIE, MN 55347 | 5268 | 12/11/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$19,867.45 (U)<br>$19,867.45 (T) |
| VONCK, THEODORE F. JR.<br>1659 VALOR RIDGE DRIVE<br>KENNESAW, GA 30152 | 6472 | 12/27/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$20,006.00 (U)<br>$20,006.00 (T) |
| VONWAHLDE, ROBERT F., TRUSTEE<br>ROBERT F. VONWAHLDE TRUST DTD 02/14/2006<br>11090 SIERRA PALM CT.<br>FORT MEYERS, FL 33966 | 6465 | 12/27/07 | 07-11048 | - (S)<br>- (A)<br>- (P)<br>$18,072.20 (U)<br>$18,072.20 (T) |
| WALTER, MARILYN J.<br>20 COYOTE HILL<br>PORTOLA VALLEY, CA 94028-8017 | 3301 | 11/26/07 | 07-11048 | - (S)<br>- (A)<br>$20,000.00 (P)<br>- (U)<br>$20,000.00 (T) |
| WEISER, DOUGLAS J.<br>112 SOUTH 48 ST<br>HARRISBURG, PA 17111-3425 | 7329 | 1/7/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$21,731.76 (U)<br>$21,731.76 (T) |
| WILLIAM/JOAN D ADLER LIVING TRUST<br>UA 6/1/92<br>874 YORKCHESTER DDR APT 150<br>HOUSTON, TX 77079-3441 | 7869 | 1/9/08 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$18,895.00 (U)<br>$18,895.00 (T) |
| WONG, TOM Y.T.<br>923 41ST STREET<br>BROOKLYN, NY 11219 | 3601 | 11/27/07 | Unspecified | $21,979.95 (S)<br>- (A)<br>- (P)<br>- (U)<br>$21,979.95 (T) |

## Objectionable Claims

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed |
|---|---|---|---|---|
| WUNSCH, KEITH A.<br>6348 DARING PRINCE WAY<br>COLUMBIA, MD 21044 | 4376 | 12/3/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$17,967.51 (U)<br>$17,967.51 (T) |
| YATMAN, ATILLA<br>20237 KEARNEY HILL RD<br>PFLUGERVILLE, TX 78660 | 8721 | 1/11/08 | Unspecified | - (S)<br>- (A)<br>$22,300.00 (P)<br>- (U)<br>$22,300.00 (T) |
| YOUNG, MARIE V<br>3802 S VERSAILLES<br>DALLAS, TX 75209-5928 | 8077 | 1/10/08 | Unspecified | $20,503.87 (S)<br>- (A)<br>- (P)<br>- (U)<br>$20,503.87 (T) |
| ZIELINSKI, JAMES<br>28679 RIVERS EDGE DR.<br>CARY, IL 60013-9735 | 6190 | 12/21/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$18,168.99 (U)<br>$18,168.99 (T) |
| ZUCKER, SANDRA E. REVOCABLE TRUST<br>SANRA ZUCKER TRUSTEE<br>4120 CAMBRIDGE COURT<br>ORANGE VILLAGE, OH 44122 | 6321 | 12/24/07 | Unspecified | - (S)<br>- (A)<br>- (P)<br>$21,422.00 (U)<br>$21,422.00 (T) |
| **Totals:** | **191 Claims** | | | **$463,353.38 (S)**<br>**- (A)**<br>**$543,224.47 (P)**<br>**$3,216,542.66 (U)**<br>**$3,955,803.24 (T)** |

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.

# EXHIBIT D

## Exhibit D

### No Supporting Documentation Claims

—— Objectionable Claims ——

| Name/Address of Claimant | Claim Number | Date Filed | Case Number | Total Amount Claimed | Comments |
|---|---|---|---|---|---|
| TOWN OF DENTON TAX COLLECTOR<br>TAX COLLECTOR<br>DENTON, MD 21629 | 2580 | 11/19/07 | Unspecified | Unspecified* | Claimant states they have no records stating amounts are owed by American Home Mortgage |
| TURNER COUNTY<br>ATTN MARLYS ANDERSEN<br>P O BOX 250<br>PARKER, SD 57053 | 2085 | 11/13/07 | Unspecified | Unspecified* | Claimant states they have no claim at this time |
| VAN WERT CO TREASURER<br>ATTN BEVERLY A FUERST, TREASURER<br>121 E MAIN ST # 200<br>VAN WERT, OH 45891 | 5020 | 12/10/07 | Unspecified | Unspecified* | Claimant states they have no records stating amounts are owed by American Home Mortgage |
| WARREN ENGINEERING, INC<br>ATTN ROBERT D. WARREN, PRESIDENT<br>119 E MAIN ST<br>MURFREESBORO, TN 37130 | 2779 | 11/19/07 | Unspecified | Unspecified* | Claimant states they have no claim |

Totals:                4 Claims          Unspecified*

(S) - Secured
(A) - Administrative
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

* The term "unspecified" refers to claims for dollar amounts listed as "unknown", "$0.00", "unascertainable", "undetermined", or where no dollar amounts were entered in the spaces provided on the proof of claim form.