# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        :  Chapter 11
                                                              :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :  Case No. 07-11047 (CSS)
a Delaware corporation, et al.,[1]                            :
                                                              :  Jointly Administered
                                                              :
        Debtors.                                              :
                                                              :  Ref. Docket No. 3879, 4295
------------------------------------------------------------- x

## REVISED ORDER GRANTING DEBTORS' FIFTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 3003 AND 3007 AND LOCAL RULE 3007-1

Upon consideration of the fifth omnibus (non-substantive) objection (the "Objection") of the above-captioned debtors and debtors in possession (the "Debtors"), by which the Debtors respectfully request the entry of an order pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3003 and 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 3007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") disallowing and expunging, or reassigning to a new case number each of the Disputed Claims[2] identified on Exhibits A, B, C, D, E, F, and G hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and that due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving, Texas 75063.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Objection.

DB02:6766659.7                                                                              066585.1001

ORDERED that the Objection is granted in part; and it is further

ORDERED that, pursuant to Bankruptcy Code section 502(b) and Bankruptcy Rules 3003 and 3007, the Disputed Claims identified on the attached Exhibits A, B, C, E, F, and G are hereby disallowed and expunged in their entirety, except as otherwise provided herein below, and the Disputed Claims identified on the attached Exhibit D are hereby reassigned to the new case numbers listed thereon; and it is further

ORDERED that the Objection to the proofs of claim filed by Kristine Kohl [POC No. 9854], Diocesan Publications [POC No. 9917], Bonnie Carlton [POC No. 9340], Haze Weed [POC No. 9352], Helen Bullard [POC No. 9365], Business Images & Graphics [POC No. 9743], Brian Fiore [POC No. 9744], Tory Carroll [POC No. 9815], Sam Hage [POC No. 9641], Bob Coston [POC No. 9747], Philip Braun [POC No. 9896], Cecil Little [POC No. 9888], and Victor LaRosa [POC No. 9808], is hereby adjourned; and it is further

ORDERED that the Objection to the proofs of claim filed by GMAC Mortgage LLC [POC Nos. 9954, 9958, 9959, 9960, 9961, and 9962], Crye-Leike Relocation Services [POC No. 9716], and McDonald Hopkins LLC [POC Nos. 9624 and 9625] is hereby withdrawn and the Debtors retain the right to object to the proofs of claim listed in this paragraph on any basis, provided that the Debtors may not object to the proof of claim filed by McDonald Hopkins LLC on the basis that it was filed late; and it is further

ORDERED that the Debtors reserve the right to object to the Disputed Claims identified on the attached Exhibit D on any basis; and it is further

ORDERED that the Objection to proofs of claim filed by Mary Anne Long Trust [Docket No. 9634], Robert W. Sullivan [Docket No. 9638], and Indira Misir [Docket No. 9979] is hereby adjourned; and it is further

2

ORDERED that the Objection to proof of claim numbers 9725, 9429, 6868, 5545, 5886, 7040, 3033, 9802, 6061, 9804 and 9800 is overruled and the Debtors reserve the right to object to these proofs of claim on any other grounds; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: Wilmington, Delaware
       June 11, 2008

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE