IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    : Jointly Administered
            Debtors.                                :
------------------------------------------------------------------ x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 29, 2008, I caused to be served the "Order Granting Debtors' Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1" dated May 28, 2008, [Docket No. 4295], by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit A.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this
2nd day of June, 2008

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

T:\Clients\AHM\Affidavits\5th Omnibus Objection Order_aff 5-29-08.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| A G EDWARDS & SONS C/F | GEORGE PROVENZANO,SEP IRA ACCOUNT,9 DANFOURTH RD,ALTON, IL 62002-3205 |
| ACCESS RELS | ATTN PRESIDENT,PO BOX 83,GREENVILLE, SC 296020083 |
| ACCURATE APPRAISAL COMPANY | ATTN NATHAN M. BYRAM,51 BLACKBRIAR,DANVILLE, IL 618321204 |
| ACHENBACH, JASON D. | 7104 TWIN LAKES,PERRYSBURG, OH 43551 |
| ADAMS, PAMELA K | 704 CANDLELITE CT,FORT WAYNE, IN 468073606 |
| ADKINSON, LARRY | P.O. BOX 5386,JOHNSON CITY, TN 37602-5386 |
| ALASKA COMMUNICATIONS SYSTEMS | FORMERLY ANCHORAGE TELEPHONE UTILITY,ATTN AMY NEWLUN MS #8,600 TELEPHONE AVE,ANCHORAGE, AK 99519-6666 |
| ALLAWAY, LINDA M | 11024 S THERESA CIRCLE,#2A,PALOS HILLS, IL 60465 |
| ALLEN, CYNTHIA A. | 609 W PETTIT AVE,FORT WAYNE, IN 46807 |
| ALPINE COUNTY | ATTN CAROL MCELROY,P.O. BOX 217,MARKLEEVILLE, CA 96120 |
| ALVAREZ, HILDA | 906 STONEY'S LN,EL CAJON, CA 92021 |
| AMEND, RICHARD & TERRI JOINT TRUST | DTD 2/18/04,RICHARD J AMEND & TERESA ANN AMEND TTEES,1205 RICHARDS CIRCLE,RAYMORE, MO 64083 |
| AMERICAN ELECTRIC POWER | DEBRA CROUCH, COLLECTION SUPPORT REP,PO BOX 2021,ROANOKE, VA 24022-2121 |
| ANNAND, JOHN C | 26 TAMAR CT,LAWRENCE TOWNSHIP, NJ 08648 |
| ARMSTRONG, CYNTHIA A | 3026 WINDSOR DRIVE,SAINT JOSEPH, MI 49085-9485 |
| ARROYO, CRISTINA | 1906 S GREENVILLE,SANTA ANA, CA 92704 |
| ARTHUR F. MCCORMICK, AS TRUSTEE | JOHN C BREDER, PRES., THE BREDER CO'S,9861 SW 184TH ST,PALMETTO BAY, FL 33157 |
| ASSOCIATED SVCS CO | ATTN CHARLENE E. SHEARRER,1040 SHARY CT,CONCORD, CA 94518-4705 |
| AT&T LONG DISTANCE | JAMES GRUDUS, ESQ.,ONE AT&T WAY, ROOM 3A218,BEDMINSTER, NJ 07921 |
| AU, NORMAN N., TTEE | U/A DTD 3/15/1995,NORMAN & PATSY UA,3250 STEVEN DRIVE,ENCINO, CA 91436-4226 |
| BALARD, ROBERT W. IRA | OPPENHEIMER & CO CUST.,615 WARREN PLACE,ITHACA, NY 14850-3146 |
| BALESTRINE, JOHN ANTHONY & GEORGIA LEE | TRUSTEES U/A DTD 1/28/03,JOHN & GEORGIA TR,6603 STODDARD RD,WILMINGTON, NC 28412-3083 |
| BAPPERT, CHARLES K. | 1369 OLD RIDGE RD,FARMVILLE, VA 23901-8337 |
| BAPPERT, MARY J. | 1369 OLD RIDGE RD,FARMVILLE, VA 23901-8337 |
| BARBOSA, EMMA Y. | 9280 BLU STEEL WAY,LORTON, VA 22079 |
| BARCELO, BERNADETTE M | 1307 S SABINO DR,HIGLEY, AZ 85296 |
| BARKAN, IRVING | 505 SOUTH PARKVIEW AVE.,APT # 406,COLUMBUS, OH 43209 |
| BARKAN, RUTH H. | 505 SOUTH PARKVIEW AVE.,APT # 406,COLUMBUS, OH 43209 |
| BARNETT, SANDRA & GERALD | THE BARNETT FAMILY TRUST,PO BOX 44298,PHOENIX, AZ 85064 |
| BARSA CONSULTING GROUP, LLC | 2900 WESTCHESTER AVE,STE 103,PURCHASE, NY 10577 |
| BARSEL, JANET AND STEVEN SCHAFFER | JT TEN,7058 AYRSHIRE LANE,BOCA RATON, FL 33496 |
| BASHA, JAASMINE O. | 4916 BUCHANAN ST,HOLLYWOOD, FL 33021-5209 |
| BASHA, SOUAD | 4916 BUCHANAN ST,HOLLYWOOD, FL 33021 |
| BAUMGARTEN, JESSICA | 114 VICTORY DRIVE,JUPITER, FL 33477 |
| BELMER, AARON | 3101 WISMER AVE,SAINT LOUIS, MO 63114 |
| BELMONT, BARBARA E. | 14029 PALISADES AVE.,HUNTLEY, IL 60142 |
| BELTRAN, MAGDALENA (MAGGIE) | 1040 EAST WASHINGTON,BLVD NUM 24,ESCONDIDO, CA 92027 |
| BELTRAN, RYAN | 1650 LEWIS RD,MERRICK, NY 11566 |
| BERENSON, PAUL J. & SUSAN M. JT WROS | 36 MADISON LN. S.,NEWPORT NEWS, VA 23606 |
| BERGER, BESSIE R. | 1 KATERINA,UNION, MO 63084 |
| BEVELLE, TERESA A | 541 PINEGROVE LN,APT E,FORT WAYNE, IN 46807 |
| BILODEAU, KIMBERLY R | 334 MAUI DRIVE,PLACENTIA, CA 92870 |
| BINGMAN, MAX E. & ELEANOR JT TEN | 177 SO. ROOSEVELT,MOSCOW, ID 83843-3685 |
| BIRDSON, PAUL D. | 4425 EGRET DR.,SEABROOK, TX 77586 |
| BIRDSONG, OTIS | 101 MARSEILLE DR,MAUMELLE, AR 72113 |
| BLACK, GARY L. SR. | 727 HIGH LAKE DR.,BATON ROUGE, LA 70810 |
| BLASZCZAK, DONNA L | 62 5TH AVE,NORTH TONAWANDA, NY 14120 |

| Claim Name | Address Information |
|---|---|
| BLOMMER PETERMAN, S.C. | BK COURT APPROVED ORDINARY COURSE PROF,13700 W GREENFIELD AVENUE,BROOKFIELD, WI 53005 |
| BOB'S JANITORIAL SERVICE, INC. | 137 TUCKER ST.,JACKSON, TN 38301 |
| BOLL, PETER | 406 SAVOIE DR,PALM BEACH GDNS, FL 33410-1606 |
| BORCHERT, GEORGE MELVIN | TOD SANDRA L GRATTON,SUBJECT TO STA TOD RULES,6928 LONG OAK BLVD,NAPLES, FL 34109-8877 |
| BOROUGH OF LAKE COMO | ATTN ESTHER A. KISS, TAX COLLECTOR,P.O. BOX 569,SOUTH BELMAR, NJ 07719 |
| BOZER, STEPHEN R. | 3326 TEMPE DR,HUNTINGTN BCH, CA 92649 |
| BRAUN, PHILIP A. | 18 PINECONE LN,COMMACK, NY 11725 |
| BRENNAN COLANGELO APPRAISALS | 561 E JIMMIE LEEDS ROAD,GALLOWAY, NJ 08205 |
| BRINKMAN, WILLIAM H. | 6075 ROSWELL RD. STE 610,ATLANTA, GA 30328 |
| BRODEUR, DARIUS | 1645 MADRID ST APT 4,SALINAS, CA 939068439 |
| BROWNE, JESSE | 18671 LIBRA CIR APT 1,HUNTINGTON BEACH, CA 92646 |
| BRUMBACK, MICHAEL RAY | 11765 MANI CIRCLE,RANCHO CORDOVA, CA 95742 |
| BUGGS, ARECA | 4350 MCCORD LIVSEY,RD.,SNELLVILLE, GA 30039 |
| BULLARD, HELEN | 3127 W ROBINWOOD,FRESNO, CA 93711 |
| BURGENER, CAROL JOYE | 13265 DEL MONTE DR. #35 I,SEAL BEACH, CA 90740 |
| BURGESS, JACOB | 90 COUNTRY CLUB DRIVE,PORT WASHINGTON, NY 11050 |
| BUSH, ALBERT JR. | 1421 REDBUD ST,ATHENS, AL 35611 |
| BUSINESS IMAGES & GRAPHICS INC | ATTN RICKY KALL, PRESIDENT,308 W MULBERRY,SEARCY, AR 72143 |
| BUTZEL LONG P.C. | ATTN JEANNE WYATT,150 W JEFFERSON,STE 100,DETROIT, MI 48226 |
| CADDO COUNTY | ATTN STAN JENNINGS, TREASURER,P.O. BOX 278,ANADARKO, OK 73005 |
| CADENHEAD, LARRY | 7820 OLD LITCHFIELD LANE,ELLICOTT CITY, MD 21043 |
| CALTRONICS BUSINESS SYSTEMS | ATTN ANNE LONG, CFO,10491 OLD PLACERVILLE RD,SACRAMENTO, CA 95827-2508 |
| CAMPBELL, TASHA E. | 36 EDDIE AVENUE,N BABYLON, NY 11703 |
| CAPIZZI, DENISE | 16 WINDWOOD RD,BROOKFIELD, CT 06804 |
| CARLTON, BONNIE | 11918 FOX GLEN RD,CHARLOTTE, NC 28269 |
| CAROLLO, LISA M | 104 MASSAPEQUA AVE,MASSAPEQUA, NY 11758 |
| CARROLL, TORY | 227 DUNCAN TRAIL,LONGWOOD, FL 32779 |
| CASAGRANDE, ROBERT M., JR. | 19435 MESA DR,VILLA PARK, CA 92861 |
| CASTAGNOLO, CAROLINE | 849 N NIXON RD,STATE COLLEGE, PA 168032258 |
| CAVLIERE, ANTONIO | C/O MOUND INVESTMENTS,24620 SCHOENHERR,WARREN, MI 48089 |
| CEBULSKI, MARIANNE | 1578 POINT DR.,BENSALEM, PA 19020 |
| CERNANSKY, HENRY C. AND DONA D. TTEE OF | THE CERNANSKY LIVING TRUST DTD 9/13/01,14765 AMBERLEIGH HILL,CHESTERFIELD, MO 63017 |
| CHARLES & GLADYS WESNER TRUST | CHARLES WESNER,919 MAPLE ST,CROZET, VA 22932 |
| CINQUEMANI, LAURA | 126 SEUSING BLVD,HAUPPAUGE, NY 11788 |
| CISNEROS, MARIO A. | 273 KINGS CANYON,BEAUMONT, CA 92223 |
| CLARK, JOHN B. SEG IRA RO | 2349 BRIDGEWOOD DRIVE,ROANOKE, TX 76262-8823 |
| CLEAN FREAKS | 703 HOLLY CREST DR,CULPEPPER, VA 22701 |
| CLICKNER, DEBORAH A. | 19099 GUNN HWY,ODESSA, FL 33556 |
| COBB EMC | ATTN JIM GANTT,PO BOX 369,MARIETTA, GA 30061 |
| COCHRAN, DOUGLAS E. TR FBO | DOUGLAS E CHOCHRAN TRUST DTD,JAN, 17, 2001,12 MEZZA LUNA COURT,HENDERSON, NV 89011 |
| COHN, GOLDBERG & DEUTSCH, LLC | ATTN: STEPHEN N. GOLDBERG, ESQUIRE,600 BALTIMORE AVENUE, SUITE 208,BALTIMORE, MD 21204 |
| COLEMAN, SHERINE N | 1185 E 91ST,BROOKLYN, NY 11230 |
| COMFORT, ROBIN C | 217 CROSSWINDS DR UNIT # 104,CHESAPEAKE, VA 23320 |
| COMUNIDADE NEWS | 155 MAIN ST,DANBURY, CT 06810 |
| CONRAD, FREDERICK D., CUSTODIAN FOR | FREDERICK D. CONRAD, IRA,4009 WOOD END DR,EDINA, MN 55424-1441 |

| Claim Name | Address Information |
|---|---|
| CONSUMERS ENERGY COMPANY | ATTN MICHAEL G WILSON (P33263),ONE ENERGY PLAZA,JACKSON, MI 49201 |
| CORPORATE TECHNOLOGIES INC | ATTN LYNDA CARSON, ACCOUNTING SUPERVISOR,3 BURLINGTON WOODS,BURLINGTON, MA 01803 |
| COSTON, BOB CHARLES | 620 GOLDVINCH ST SE,KNOXVILLE, TN 37920 |
| COUCH, DALE | 3 BEACHVIEW COURT,NORTHPORT, PORT BOULEVARD,WANNANUP, WA,   6210 AUSTRALIA |
| COYLE & COYLE , INC. | 32 SOUTH MAIN STREET,NEW CITY, NY 10956 |
| CROZIER, VERNON V | PO BOX 607,PITTSBURG, KS 66762 |
| CRYE-LEIKE RELOCATION SERVICES | ATTN JAN HARBOR,6525 QUAIL HOLLOW RD,STE 400,MEMPHIS, TN 38120 |
| DAKOTA R FEARS TRUST | UA 01 01 99,ANTHONY G TUMMINELLO TRUSTEE,10349 WATSON RD,ST. LOUIS, MO 63127-1105 |
| DAVIS, MARION C. | 1770 MOUNTAIN FARM RD.,WOODSTOCK, GA 30188-2014 |
| DELMARVA POWER | ATTN RACHELLE HASSLER,5 COLLINS DRIVE,CARNEYS POINT, NJ 08069 |
| DEMITZ, ELEANOR | 7001 BIRCHPOINT ROAD,TRAVERSE CITY, MI 49684 |
| DEMOS, CHRISTOPHER J. | 15 BULLARD ST,MASTIC, NY 11950 |
| DENNIS, DENNIS J. | 12 WILDFLOWER TRAIL,ROBBINSVILLE, NJ 08691 |
| DENTON, TERI ANN | 12307 TULIP TREE,CIRCLE,RIVERSIDE, CA 92503 |
| DESANTIS, GILBERTO | 14 MADONNA ST,NATICK, MA 01760 |
| DIETZ, GEOFFREY | 400 HAWTHORN LN,HOFFMAN ESTATES, IL 60169 |
| DIKTY, KAREN | 6511 LIBERTY DR,FORT WAYNE, IN 46819 |
| DIOCESAN PUBLICATIONS, INC | ATTN: CARL A. ARSULOWICZ,PO BOX 608105,ORLANDO, FL 32860-8105 |
| DLUGASH, ALAN | 622 3RD AVE #7,NEW YORK, NY 10017 |
| DOERGES, CRYSTAL | 956 REDWOOD CT,CORONA, CA 92879 |
| DOLCINE, LESLY | 104-08 211 ST,QUEENS VILLAGE, NY 11429 |
| DON J. PAPINEAU & ASSOCIATES | ATTN DON J PAPINEAU,2305 PLAINFIELD ROAD,CREST HILL, IL 60403-1812 |
| DONNELLY APPRAISALS, INC. | ATTN: EUGENIA DONNELLY, PRESIDENT,PO BOX 3413,FREDERICK, MD 21705 |
| DOYLE, PATRICK M. | 1506 N MAPLE AVE,ROYAL OAK, MI 48067 |
| DRAKES, JOHN | 90 CRESCENT BEACH DRIVE |
| DRAKOS, SUZETTE | 305 SARA CIRCLE,PORT JEFFERSON STATION, NY 11776 |
| DREGER, BROOKE | 2490 KEENLAND CT.,CUMMING, GA 30040 |
| DTE ENERGY (DETROIT EDISON & MICHCON) | ATTN DEBORAH JACKS,BANKRUPTCY REPRESENTATIVE,3200 HOBSON ST - LOWER LEVEL,DETROIT, MI 48201-2927 |
| DUBOIS, RICHARD ANTHONY & MAJORIE E. | 1502 RENAISSANCE DR NE,DIPLOMAT B13,CONYERS, GA 30012 |
| DUKE ENERGY CAROLINAS | ATTN YVONNE CRENSHAW, SR. PARALEGAL,PO BOX 1006,CHARLOTTE, NC 28201-1006 |
| DUNN, JOAN D | 2742 S ZENOBIA ST,DENVER, CO 80236 |
| DUNNILL, KENNETH R. | 917 OVERBROOK RD,WILMINGTON, DE 19807 |
| EAPPRAISAL, INC | ATTH DAVE COLLINS, PRESIDENT,215 S WADSWORTH BLVD STE 220,LAKEWOOD, CO 802261569 |
| EASTMAN, JOHN H. | 3430 LIST PL. APT. 1804,MINNEAPOLIS, MN 55416-4567 |
| EDWARDS APPRAISAL SERVICE | PO BOX 826,AHOSKIE, NC 27910 |
| EIERMAN, WILLIAM/GENAMARIE | 31525 JEDEDIAH SMITH ROAD,TEMECULA, CA 92592 |
| EISSMAN, MARK A. | 16842 HICKORY CREST DR,WILDWOOD, MO 63011 |
| EMPLOYEES PROFIT SHARING PLAN & TRUST OF | EDISON CASKET COMPANY, THE,ATTN LEON KULESZA TTEE,21 CORAL STREET,EDISON, NJ 08837 |
| ENERGIZE YOUR SPACE | ATTN SUSAN OR GARY PENDERGRAF,5720 3RD AVE WEST,BRADENTON, FL 34209 |
| ENVIRONMENT CONTROL | ATTN L R INGRAM,PO BOX 43515,TUCSON, AZ 85733 |
| ERSEK, ANDREW L., EXECUTOR | EST. CLARA VAGO,2284 N. GLASSELL ST # B,ORANGE, CA 92865-2743 |
| ESTURO, PAULA L | 2495 BELTAGH AVE,BELLMORE, NY 11710 |
| EXECUTIVE MANAGEMENT ALTERNATIVE | CONSULTING GROUP, INC,142 W LAKEVIEW AVE,SUITE 2000    ATTN JAMES MCGRATH, PRES.,LAKE MARY, FL 32746 |
| FARLEY, KAREN L | 13287 TROPIC EQRET DR,JACKSONVILLE, FL 32224 |

| Claim Name | Address Information |
|---|---|
| FARRELL, BEULAH M. | PO BOX 738,LARIMORE, ND 58251 |
| FAST APPRAISAL SERVICES | 7310 E PASEO TAMPICO,ANAHEIM, CA 92808 |
| FEUERMAN, FRED & LEATRICE - TRUSTEES | 5681 CARUSO COURT # 104,BOYNTON BEACH, FL 33437-5330 |
| FIGENSHU, SHIRLEY M. | 3925 NORRIS AVE,SACRAMENTO, CA 95821 |
| FINK, JAMES | 3 DEERFIELD LN,SCARSDALE, NY 10583 |
| FIORE, BRIAN R | 37A KATIE CT,MAHOPAC, NY 10541 |
| FIORENTINO, MICHAEL A. AND MARION A. | 98 CORAL CIRCLE,PISMO BEACH, CA 93449 |
| FITZPATRICK, JAMES X. | 25 NORWICH LANE,METHUEN, MA 01844 |
| FLORIDA TODAY | ATTN: SHARON SECORD, CREDIT MANAGER,PO BOX 331289,NASHVILLE, TN 37203 |
| FLORY, WILLIAM | 12255 SPERRYVILLE PIKE,CULPEPER, VA 22701 |
| FOREST CITY COMMERCIAL MANAGEMENT, INC. | AGENT FOR FC RFICHMOND II, LLC,ATTN ROBERTA AYRES, AGENT,50 PUBLIC SQUARE STE 1360,CLEVELAND, OH 44113 |
| FOUR CORNERS CLEANING | PO BOX 3131,YUBA CITY, CA 95992-3131 |
| FOUR WINDS DEVELOPMENT COMPANY | ATTN ERIC BROWN, SECRETARY / TREASURER,920 WALNUT ST,LANSDALE, PA 19446 |
| FRED R. NELSON TRUST | FRED R. NELSON TR.,1921 ALBION RD.,MIDLOTHIAN, VA 23113 |
| FRESE APPRAISAL SERVICE | ATTN VIRGIL FRESE,3145 WESTVIEW DRIVE,QUINCY, IL 62301 |
| FRIEDMAN, JACOB | 620 CLERMONT,DENVER, CO 80220 |
| GAMBLE, HILDA R. TTEE | HILDA R. GAMBLE CARING TRUST U/A 12/6/94,1514 FIRST PARKWAY,WASHINGTON, MO 63090 |
| GARLAND APPRAISAL SERVICES | ATTN SAMANTHA GARLAND,PO BOX 752,DANIELSVILLE, GA 30633 |
| GASKIN, HELEN D. | 16930 NW HARRY G MCCLELLAN RD,BLOUNTSTOWN, FL 32424-4660 |
| GASTON, WENDY IRA | 11206 CLOVER PARK DR SW,APT 24,LAKEWOOD, WA 98499 |
| GATEWAY RIVERSIDE, INC. | C/O THOMAS J LEANSE, ESQ.,KATTEN MUCHIN ROSENMAN LLP,2029 CENTURY PARK EAST, STE 2600,LOS ANGELES, CA 90067-3012 |
| GAZETTE NEWSPAPERS | ATTN: EVELYN A. WILSON, CREDIT MGR,5225 E. 2ND ST,LONG BEACH, CA 90803 |
| GIBB, RICK A. | P.O. BOX 59589,BIRMINGHAM, AL 35259 |
| GILORMINI, JANICE | 32 NORTH STREET,HUNTINGTON STA, NY 11746 |
| GLOVER, RANDOLPH E. | 1306 SUNSET DR,NORTH MANCHESTER, IN 46962 |
| GLUCK, MICHAEL | 6851 SE 33RD ST,MERCER ISLAND, WA 98040 |
| GMAC MORTGAGE LLC | CLAUDIA Z. SPRINGER, ESQUIRE,REED SMITH LLP,2500 ONE LIBERTY PLACE - 1650 MARKET ST,PHILADELPHIA, PA 19103 |
| GMAC MORTGAGE LLC | KIMBERLY E. C. LAWSON, ESQUIRE,REED SMITH LLP,1201 NORTH MARKET STREET, SUITE 1500,WILMINGTON, DE 19801 |
| GOFF, GENA | 7 E 124TH ST,NEW YORK, NY 10035 |
| GOODMAN, JAMES WS | SEP IRA ETRADE CUSTODIAN,PMB 15-1455,413 INTERAMERICA BLVD WHI,LAREDO, TX 78045-7926 |
| GORDON, CHRISTINE M | 5053 MIGUEL DR,OAKLEY, CA 94561 |
| GORE PROPERTIES & APPRAIALS | ATTN S. CURY GORE, JR., MANAGING MEMBER,6402 GUY CT,WILMINGTON, NC 28403 |
| GORSKI, DAVID J. | 4224 OAKSBURY LN,ROLLING MEADOWS, IL 60008-2346 |
| GRATZA, DONNA M. | C/O CHRIS & SHARON FEDIOR,409 AUBER,ST LOUIS, MO 63011 |
| GRAVES, HEATHER M. | 8877 GLENHAVEN ST,SAN DIEGO, CA 92123 |
| GRAY, ANEESAH | 104 E HENRY ST,LINDEN, NJ 07036 |
| GREEK, BONNIE L | 36803 34TH AVE S,AUBURN, WA 98001 |
| GREENBURGH TOWN | ATTN DAVID C DWINELL, RECEIVER OF TAXES,177 HILLSIDE AVE,GREENBURGH, NY 10067 |
| GREENHOLTZ, LYNN M. | 14 RECREATION LN,HUNTINGTON, NY 11743 |
| GROVER, DOROTHY V. | 5 WILLOW AVE,AUDUBON, PA 19403-2031 |
| HAGE II, SAM | 366 W UTLEY ROAD,ELMHURST, IL 60126 |
| HAQUE, MOHAMMAD | 621 S 5TH ST,LINDENHURST, NY 11757 |
| HARIETTE BAKER TRUST | HARIETTE BAKER, TTEE,7365 E 16TH ST # 200,INDIANAPOLIS, IN 46219-2308 |
| HARRISON, BRANDY JO | 1297 WINWOOD DR,MC DONOUGH, GA 30253 |

| Claim Name | Address Information |
|---|---|
| HART, ALBERT & MARILYN | 712 BEAUVAIS COURT,CREVE COEUR, MO 63141 |
| HEARD COUNTY | ATTN SANDRA P. NOLEN - TAX COMM.,P.O. BOX 519,FRANKLIN, GA 30217 |
| HEFFERNAN, SHERYL | 30535 RUE DE LA PIERRE,RANCHO PALOS VERDES, CA 90275 |
| HEIDENREICH, R & D TTEES | DARLEN HEIDENREICH REV TRUST,UAD 10/07/1994,641 CEDAR LANE,LADY LAKE, FL 32159-3215 |
| HEILNER, TOM | PO BOX 771828,STEAMBOAT SPRINGS, CO 80477 |
| HEIM, RUSSELL | 64 BLACKSMITH RD,LEVITTOWN, NY 11756 |
| HENDRICKS, LEE ANN | P.O. BOX 82,TORNADO, WV 25202 |
| HENLINE, JOEL A. | 10816 DEEP CREEK CT,FORT WAYNE, IN 46804 |
| HENNING, BARBARA A. | SEPARATE PROPERTY,2138 STANLEY DR.,FORT WORTH, TX 76110-1836 |
| HERNANDO COUNTY TAX COLLECTOR | JUANITA B SIKES, TAX COLLECTOR,20 N MAIN ST RM 112,BROOKSVILLE, FL 34601-2892 |
| HERRELL, BRENDA | 817 CAPITOLA AVE # A,CAPITOLA, CA 95010 |
| HESSEL, LINDSAY | 1450 S LEWISTON ST,AURORA, CO 80017 |
| HO, ALEXANDER P. | 17912 BARON CIR #2,HUNTINGTON BEACH, CA 92647 |
| HOBSON, JANE M. | 6606 W. FRANKLIN ST,RICHMOND, VA 23226 |
| HOFFMAN, JONATHAN A | 200 CANTERBURY GATE,LYNBROOK, NY 11563 |
| HOLTZ, BRIAN PAUL | CHARLES SCHWAB & CO INC CUST,IRA ROLLOVER,308 LITTLE JOHN TRAIL,HOT SPRINGS, AR 71913 |
| HOMEGUIDE OF YOLO COUNTY | P.O. BOX  8855,WOODLAND, CA 95776 |
| HOSCH, PAUL J. | # 41 DUNLEITH DR,DESTREHAN, LA 70047 |
| HOUSTON, ALBERT J. & ANNE P. | 1600 RAVENWOOD CT.,ALEDO, TX 76008-2890 |
| HUNDER, ECKHARD & GISSELLE | HUNDER FAMILY LIVING TRUST,UA DTD APRIL 29, 2004,616 E. CORTE CASTANO,CAMARILLO, CA 93010 |
| HUNT, BILLY D. | CHARLES SCHWAB & CO INC CUST,IRA ROLLOVER,111 BLUEGRASS PKWY,LEBANON, TN 37090 |
| HUSSAR, J.P. | 178 OAKDALE RD,JOHNSON CITY, NY 13790 |
| HUTCHINSON, DOROTHY U. | 3863 N. TAZEWELL ST,ARLINGTON, VA 22207 |
| IFKOWITSCH, ALEX P. | 4901 W. WINONA # 3B,CHICAGO, IL 60630 |
| INCO-CHECK, INC. | ATTN KYLE ALKEMA, VP BUS. DEVELOPMENT,26741 PORTOLA PARKWAY,FOOTHILL RANCH, CA 92610-1743 |
| INTER-TEL INTEGRATED SYSTEMS, INC. (BY | CT NETWORKS) C/O LEGAL DEPARTMENT,DIANA CLINE, PARALEGAL,7300 W. BOSTON STREET,CHANDLER, AZ 85226 |
| ITTU, JOHN L. | 15921 WOODBURY AVE,CLEVELAND, OH 44135-4227 |
| JACKSON, DAVID M. & DIANE L. | TRS FBO JACKSON FAMILY TRUST,DATED OCT 28 2004,1986 BRUSH CREEK RD,SANTA ROSA, CA 95404-2047 |
| JACOBSON, KENT J. | 7329 N. CONGRESS,KANSAS CITY, MO 64152 |
| JARMAKOWICZ, HELEN M. | 328 N CLINE AVE,GRIFFITH, IN 46319-2145 |
| JENNINGS, MARY F. | 10101 SHADOW CIRCLE,OLATHE, KS 66061 |
| JIMENEZ ROBINSON, ANNA | 10290 ACHILPA,STREET,LAS VEGAS, NV 89178 |
| JOHNSON, JENNIFER | 25012 HIDDEN HILLS RD #20M,LAGUNA NIGUEL, CA 92677 |
| JOHNSON, KEN | ,319 COLINGTON DR,KILL DEVIL HILLS, NC 27948 |
| JOHNSON, KEN | 2788 MADERIA CIRCLE,MONACO ESTATES,MELBOURNE, FL 32935-5599 |
| JOHNSON, KIMBERLY | 25012 HIDDEN HILLS RD #20M,LAGUNA NIGUEL, CA 92677 |
| JOHNSON, PHYLLIS | 6122 4TH ST. CT. NE,TACOMA, WA 98422 |
| JOHNSON, WALTER E. & SUSAN K. JT TENWROS | 34 ELI WHITNEY ST,WESTBOROUGH, MA 01581-3518 |
| JORDAN, CHERYL S. | 125 HALESITE DR,SOUND BEACH, NY 11789 |
| JORDAN, DONIQUE | 9040 ALIMOS RD,APPLE VALLEY, CA 92308 |
| JORDAN, WILLIAM K, JR & JEAN B TEN COM | 119 MOBLEY HWY,WINNSBORO, SC 29180-8103 |
| JORGENSEN, ANNE MARIE | 14 TAYLOR COMMONS,YAPHANK, NY 11980 |
| JOVANOVIC, ZORICA | 1200 GREENWOOD DRIVE,MOUNT PROSPECT, IL 60056 |

| Claim Name | Address Information |
|---|---|
| JOYCE, EDWARD J. | 1445 COLA DR,MC LEAN, VA 22101-3158 |
| JUDY, HARRY F. | 3914 SEQUOIA,LEES SUMMIT, MO 64064 |
| KASE, RONALD H. | 7 JORDAN AVE,SAN FRANCISCO, CA 94118 |
| KAUAI ISLAND UTILITY | COOPERATIVE,ATTN TRACIE JACINTHO,LIHUE, HI 96766-2032 |
| KEENER, STACEY | 3122 LAUREL RIDGE CIR,BRIDGEVILLE, PA 15017 |
| KENISTON, CHARLES | 200 GROVE ST,READING, MA 01867-1422 |
| KENISTON, MARGARET | 200 GROVE ST,READING, MA 01867-1422 |
| KESSLER, KATHRYN M. | 1 GLOUCESTER ST APT 4,BOSTON, MA 02115 |
| KILE, ALMA R. | 549 BURTON COURT,CARLSBAD, CA 92011 |
| KILLEEN, THOMAS | 840 ELDRIDGE RD,FAIRLESS HILLS, PA 19030 |
| KIT LING TAM LI | 79 HILLHURST DR,RICHMOND HILL, ON L4B 3C4 CANADA |
| KLEIN, LISA A. | 5712 PONCA RD,VIRGINIA BEACH, VA 23462 |
| KOFAX IMAGE PRODUCTS | ATTN HIAM MATTOX, CFO,16245 LAGUNA CANYON ROAD,IRVINE, CA 92618 |
| KOHL, KRISTEN M. | 32 AUDLEY CIRCLE,PLAINVIEW, NY 11803 |
| KRIEGER, JACQUELYN | 1602 WAVE AVE,MEDFORD, NY 11763 |
| KRIZUK, EDWARD H. | 24039 CHICAGO,DEARBORN, MI 48124 |
| KROCKER, SHANNON | 2508 BOLTON DRIVE,FORT WAYNE, IN 46805 |
| KRUSE, JEAN M. | 1243 170TH AVE,DONNELLSON, IA 52625-9306 |
| KYLE, VIRGIL | 14 PONDERS END,LAGUNA NIGUEL, CA 92677 |
| LAKE COMO BOROUGH | ATTN ESTHER A. KISS, TAX COLLECTOR,TAX COLLECTOR,BELMAR, NJ 07719 |
| LAKE COMO BOROUGH | ATTN: ESTER A. KISS, TAX COLLECTOR,BELMAR, NJ 07719 |
| LAND INTEREST | A PARTNERSHIP,ATTN DEBRA POTTER, GENERAL PARTNER,115 CENTER AVE N, BOX 760,MITCHELLVILLE, IA 50169 |
| LAROSA, VICTOR | 12910 E SUMMIT DR,SCOTTSDALE, AZ 85259 |
| LARSON, NILS & CAROLYN, TTEES | LARSON FAMILY TRUST,1234 W SOLANO DR,PHOENIX, AZ 85013 |
| LASSEIGNE, RUSSELL EARL JR & PRISCILLA U | JT TEN,1322 CROSSFIELD DR.,KATY, TX 77450 |
| LASSEIGNE, RUSSELL EARL JR. | 1322 CROSSFIELD DR,KATY, TX 77450 |
| LAU, MARIAN | 2238 LARK STREET,NEW ORLEANS, LA 70122 |
| LAWSON, ALICE F. | 2213 BROKEN OAK ROAD,FORT WAYNE, IN 46818 |
| LEAVITT, JOHN W., TRUSTEE | JOHN W. LEAVITT LIVING TRUST,U/A DTD 05-03-1995,201 CRESTVIEW - PO BOX 666,MARCUS, IA 51035 |
| LEAVITT, THOMAS M. | 2902 RED MAPLE COURT,FRIENDSWOOD, TX 77546 |
| LEE, JOSEPHINE W. | 1772 CAMARGO DR.,SAN JOSE, CA 95132-1603 |
| LEGAULT, SICILY A. | 1512 TWIN SISTERS DR,LONGMONT, CO 80501 |
| LEROY, AMANDA L. | 1712 DARROW ST,VIRGINIA BEACH, VA 23456 |
| LESTER, BERTHA | 507 N MAIZE RD,#13,WICHITA, KS 67212 |
| LEVEY, RUBY N. | 11 ELLENSVIEW CIRCLE,RICHMOND, VA 23226-1757 |
| LEVINE, SYLVIA | 5 CHESTNUT HILL,ROSLYN, NY 11576 |
| LEWISVILLE INDEPENDENT SCHOOL DISTRICT | C/O ANDREA SHEEHAN,LAW OFFICES OF ROBERT E. LUNA, P.C.,4411 NORTH CENTRAL EXPRESSWAY,DALLAS, TX 75205 |
| LITTLE, CECIL | 2227 WHEATLEY DR # 204,BALTIMORE, MD 21207 |
| LOGAN, SHANNON | 818 GERA AVE NW,PALM BAY, FL 32907 |
| LUGAT, DARIN G | 6 EAST PROSPECT STREET,HOPEWELL, NJ 08525 |
| LUSINK FAMILY TRUST | RICHARD E LUSHINK TR.,2972 MANZANITA VIEW ROAD,ALPINE, CA 91901 |
| LUTKES, STEFAN B. | HOHLE GASSE 61,BONN,   53177 GERMANY |
| LUTTRELL, LESLIE TTEE | P.O. BOX 1952,PITTSBURG, KS 66762 |
| MACDONALD, RICHARD & JOSEPHINE / TTEES | MACDONALD FAMILY TRUST,U/A 12/12/96,10142 N. 105TH WAY,SCOTTSDALE, AZ 85258 |
| MAHONEY, MICHAEL | 1408 CROOKED PINE DR,MOUNT PLEASANT, SC 29466 |
| MAKOWIAK, KENT R. | 240 PROSPECT DR,BROOKFIELD, WI 53005 |

| Claim Name | Address Information |
|---|---|
| MALONE, STEVEN | 25 WESTGATE DR,APT 15,BOHEMIA, NY 11716 |
| MARINCA, DIANA | 39316 STOCKTON LANE,WADSWORTH, IL 60083 |
| MARSHALL WILT REAL ESTATE APPR | ATTN MARSHALL THOMAS WILT,1050 WEIRES AVE,LAVALE, MD 21502 |
| MARSHALL, TIMOTHY J | 104 STIRRUP LANE,BURR RIDGE, IL 60527 |
| MARSHALL, TINA | 275 LAKE VILLAGE DR,#206,ANN ARBOR, MI 48103 |
| MARY ANNE LONG TRUST | P.O. BOX 166,O'FALLON, MO 63366-0166 |
| MASSELLA, MEAGHAN | 710 B WOODSDALE RD,CATONSVILLE, MD 21228 |
| MAST, ROGER & DONNA | 1604 NE 60TH CIRCLE,KANSAS CITY, MO 64118 |
| MATHER, WHITFORD T. AND JEAN M. | 1308 TEHAMA AVENUE,OROVILLE, CA 95965 |
| MATUKNATH, DEVINDRA | 111-24-121ST,SOUTH OZONE PARK, NY 11420 |
| MAXEY, BILLY J. | 112 MORELOS AVE,RANCHO VIEJO, TX 78575 |
| MCAVOY, MARK J. | 1 SEACREST DRIVE,LLOYD, NY 11743 |
| MCDONALD HOPKINS LLC | RONALD L. BERGUM C/O SEAN D. MALLOY ATTY,600 SUPERIOR AVE, SUITE 2100 EAST,CLEVELAND, OH 44114 |
| MCEVOY, TERRI L. | 2316 WEST STATE COURT,FORT WAYNE, IN 46808 |
| MCKENZIE, DEBRA | 115 POPLAR CIRCLE,DYERSBURG, TN 38024-6570 |
| MCLOUGHLIN, MARGARET | 43 AVENUE I,FARMINGDALE, NY 11735 |
| MCMACHAN, FRED N. | 485 WHITREE LANE,CHESTERFIELD, MO 63017-2449 |
| MCNEIL, MARY JANE | IRA ROLLOVER,13600 CEDAR CREST LN APT 111J,SEAL BEACH, CA 90740-4612 |
| MCRAE, PATRICIA | 2901 MONAD RD 125,BILLINGS, MT 59102 |
| MEEKS, ELAINE | 5515 LONE SOME PINE RD,WHITAKERS, NC 27891 |
| MELINAUSKAS, KAREN L | 823 RAINBOW DRIVE,GLENWOOD, IL 60425 |
| MENDEZ, ELIZABETH S. | 656 PEARSON ST.,UNIT 707,DES PLAINES, IL 60016 |
| MERIDIAN MEADOWS FIVE LLC | C/O JEFFREY A HOKANSON,HOSTETLER & KOWALIK PC,101 W OHIO STREET SUITE 2100,INDIANAPOLIS, IN 46204 |
| METCALF, ANNETTE | 12003 W 84TH PL,ARVADA, CO 80005 |
| MILLER APPRAISAL SERVICE | ATTN REBECCA MILLER,3317 SIMS AVE,ST. ANN, MO 63074 |
| MILLER, RICHARD, TTEE | S. TOLKSDORF CHARITABLE UNITRUST,U/T/A DTD 06/15/1998,735 NE 6TH STREET,BOCA RATON, FL 33432-4113 |
| MISIR, INDIRA | 25 MILLSTONE DR.,BRAMPTON, ON LG4 RG2 CANADA |
| MITCHELL, BRUCE I. & LEE ANN | 1903 - 30TH AVE W.,SEATTLE, WA 98199 |
| MITCHELL, GENELLE L | 5003 123 ST SE,EVERETT, WA 98208 |
| MITSOS, PETER | 6 DONALD ST,PORT JEFFERSON STATION, NY 11776 |
| MODLIN, TERRY A. AND KELLEY R. | 902 SUNSET DR,KINGSTON, TN 37763 |
| MONTESIONE, ROBERT J. | 66 DISBROW LANE,NEW ROCHELLE, NY 10804 |
| MONTGOMERY COUNTY | ATTN NANCY CLUBIRE - TREASURER,P.O. BOX 767,INDEPENDENCE, KS 67301 |
| MONTGOMERY, JANET LYN | 138 WINDING CANYON LANE,FOLSOM, CA 95630 |
| MOORE, CHERIE L | 4488 ALDERPORT DRIVE,HUNTINGTN BCH, CA 92649 |
| MOORE, DORINE H. - IRA | 841 SUMMIT GLEN COURT,FENTON, MO 63026 |
| MOORE, RONALD W. - IRA | 841 SUMMIT GLEN COURT,FENTON, MO 63026 |
| MORRELL, WENDY | 14 ORCHID CT,DEPTFORD, NJ 08096 |
| MOSELEY, NATHANIEL C. AND BETTY E. | 6715 NW BLAIR ROAD,PARKVILLE, MO 64152 |
| MOYLAN, ADEENA | 3051 TREAT BLVD,62,CONCORD, CA 94518 |
| MUENDER, JEFFREY C (JEFF) | 2650 KING RICHARD DR,EL DORADO HILLS, CA 95762 |
| MURPHY, JAMES E. | 509 NORTH ORCHARD ROAD,SYRACUSE, NY 13209 |
| MUTHIG, WILLIAM F. | 9 CRESTWOOD DRIVE,EAT YAPHANK, NY 11967 |
| NARDONE, RALPH | 9104 MONTPELIER DR,LAUREL, MD 20708-2550 |
| NEIL, CLIFFORD A., TR FBO | CLIFFORD A & EMMA L NEIL REV LIV TR,UA NOV 07, 2000,PO BOX 791,LANESBORO, MA 01237 |
| NEUWIRTH, HARRY DAVIS | 6614 N 13 ST,PHOENIX, AZ 85014-1405 |

| Claim Name | Address Information |
|---|---|
| NICHOLS, DANIEL E | PO BOX 805,DAYTONA BEACH, FL 32115 |
| NIESS, THOMAS L. | 708 NORTH 13TH ST,BILLINGS, MT 59101 |
| NNN VF RESOURCE SQUARE, LLC | JOHN H. CAPITANO, ESQ.,214 N. TRYON STREET, 47TH FLOOR,CHARLOTTE, NC 28202 |
| NORDMEYER OIL | ATTN HARRY NORDMEYER,362 90TH ROAD,TORONTO, KS 66777-3098 |
| NOVAK, MARIA | 11462 GIRDLED RD,CONCORD, OH 44077 |
| NSTAR ELECTRIC | MICHALE K. CALLAHAN, ESQUIRE,LEGAL COLLECTIONS, NW220,1 NSTAR WAY,WESTWOOD, MA 02090 |
| O'CALLAGHAN, DENISE | PO BOX 408,4 HIGHLAND AVE,PEAPACK, NJ 07977 |
| O'CONNOR, GEORGE W. JR | 4 17TH AVENUE,RONKONKOMA, NY 11779 |
| O'CONNOR, THOMS F. JR. | BENEFICIARY,MARGARET O'CONNOR DECEASED IRA,631 GREENWAY TERRACE,KANSAS CITY, MO 64113-1535 |
| O'NEIL, TIM | 215 POND ST.,NATICK, MA 01760 |
| O'NEILL, DANIEL R. PSP | 8 FLYNN FOREST,ST. LOUIS, MO 63122 |
| OLIVARES, NANCY | 2790 KELVIN AVE,IRVINE, CA 92614 |
| OPEN ACCESS | ATTN P.D. LANGER, DIRECTOR OF FINANCE,ONE HUNTINGTON QUADRANGLE,STE 3512,MELVILLE, NY 11747 |
| ORACLE, USA INC, SUCCESSOR IN INTEREST | TO ORACLE CORPORATION,BUCHALTER NEMER C/O SHAWN CHRISTIANSON,333 MARKET ST, 25TH FL,SAN FRANCISCO, CA 94105 |
| ORANGEBURG APPRAISAL SERVICES | PO BOX 146,ST MATTHEWS, SC 29135 |
| ORFIRER, DENNIS M. | 1818 GLENDON AVENUE,#203,LOS ANGELES, CA 90025 |
| OSCEOLA COUNTY | ATTN PATSY HEFFNER,TAX COLLECTOR,PO BOX 422105,KISSIMMEE, FL 34742 |
| OTTENDORF, PAUL D | 13131 WEXFORD HOLLOW,ROAD N,JACKSONVILLE, FL 32224 |
| PACIFIC CREST SAVINGS BANK | ATTN SHANNON SPERRY, ATTORNEY,3500 188TH ST SW,LYNNWOOD, WA 98037 |
| PALMER, JOHN W. | 4216 RICHWOOD CT,NAPERVILLE, IL 60564 |
| PALMER, THOMAS A. | 1104 DREON,CLAWSON, MI 48017 |
| PALUMBO, EDWARD A., TTEE | 1204 BURR RIDGE CLUB,BURR RIDGE, IL 60527 |
| PAN-L-TEK OFFICE FURNITURE | ATTN: ROBERT W. HLAVON, OWNER,4220 PERIMETER DRIVE,COLUMBUS, OH 43228 |
| PARODI, JOHN F. - TRUSTEE | 6201 SURFLANDING LANE,HUNTINGTON BEACH, CA 92648 |
| PATHAK, RAMESH | 31 BLAISDELL WAY,FREMONT, CA 94536 |
| PCI APPRAISALS | ATTN ANDRE LANIER, PRESIDENT,47 W POLK 100-289,CHICAGO, IL 60606 |
| PECO ENERGY COMPANY | ATTN MICHAEL P. MURPHY, BANKRUPTCY REP,2301 MARKET ST,PHILADELPHIA, PA 19103 |
| PENNINGTON, MARILYN W. | 4401 GLENDA WAY,DORAVILLE, GA 30360 |
| PERKINS, SAM G. & CONNIE E., JTWROS | 775 LONGBOAT CLUB RD,UNIT PH-7,LONGBOAT KEY, FL 34228 |
| PERLSTADT, REID | 55 CEDAR AVENUE,FARMINGDALE, NY 11735 |
| PERRY, JOSEPH | 6719 E. LISERON,BOYNTON BEACH, FL 33437 |
| PETRASH, TERRY G. & BOBBIE G. JT TEN | 4806 HWY 574,PLANT CITY, FL 33566-7952 |
| PHELAN HALLINAN & SCHMIEG, LLP | ATTN JUDITH T ROMANO, ESQUIRE,1617 JOHN F KENNEDY BLVD,SUITE 1400,PHILADELPHIA, PA 19103 |
| PHILBEE, RICK A | 4465 DOENGES DR,FORT WAYNE, IN 46815 |
| PHILLIPS, GREER H. AND LAURIE | JT WROS,2104 WHITE LANE,HASLET, TX 76052-4605 |
| PIMENTEL, CARL P., IRA | OPPENHEIMER & CO INC CUST FBO,PO BOX 40159 |
| PIMENTEL, CARL P., IRA | 123 BROAD STREET,NEW YORK, NY 10004 |
| PIONEER MORTGAGE | ATTN: SEAN BAGHEBAN-REZVAN,2647 EMERALD BAY DRIVE,DAVIS, CA 95616 |
| PLACER COUNTY TAX COLLECTOR | ATTN ANN M DONDRO, DEPUTY TREASURER,2976 RICHARDSON DR,AUBURN, CA 95603 |
| PLENTIE, DEVON | 403 BEACH 48TH STREET,FAR ROCKAWAY, NY 11691 |
| POFFENBERGER, JERRY & KAREN | 700 APTI WINDRIDGE LN.,FLORENCE, KY 41042 |
| POLANISH, BRIAN | 727 SYLVAN AVENUE,BAYPORT, NY 11705 |
| POLLIS, LORI | 18727 TAMMY DRIVE,MOKENA, IL 60448 |
| POMBRA, DEEPALI | 2019 COURT N DRIVE,MELVILLE, NY 11747 |
| POSH, SOPHIE G. | 1300 S HIGHLAND AV,LOMBARD, IL 60148 |

| Claim Name | Address Information |
|---|---|
| PRADO, ROSA LINDA | 843 AMARILLO WAY,SALINAS, CA 93905 |
| PREFERRED PERSONNEL, INC. | ATTN CHERYL LUEBKE,PO BOX 80796,PORTLAND, OR 97280 |
| PRESLEY, MARK IRA | 6100 HARRIS PARKWAY # 320,FORT WORTH, TX 76132-4133 |
| PRESTON, MICHAEL W. | P.O. BOX 8,ALBERS, IL 62215-0008 |
| PRUNSKI, LUCILLE R. | 511 VAN DRIVE,DURHAM, NC 27703 |
| PUMA, CHRISTIAN | 50 CHEEMAUN TRAIL,RIDGE, NY 11961 |
| PURTIY PLUS AKA RKDIXON | 5700 UTICA RIDGE ROAD,DAVENPORT, IA 52807 |
| QUEALY, JOHN M. | 5131 COUNTY RTE 25,CAMERON MILLS, NY 14820 |
| QUICK, WILLIAM W. | 10 N RAVENSFIELD LANE,ORMOND BEACH, FL 32174 |
| QUIGLEY APPRAISAL COMPANY | ATTN PATRICIA A QUIGLEY,7201 CRESHELM ROAD,PHILADELPHIA, PA 19401 |
| QUINONES, ERLINDA | 5246 W. DIANA AVENUE,GLENDALE, AZ 85302 |
| RAINBOW CORPORATE CENTER LP | ATTN KEVIN R HANSEN, ESQ.,C/O WILDE HANSEN, LLP,208 S JONES BLVD,LAS VEGAS, NV 89107 |
| RAMSEY APPRAISAL SERVICES, INC | ATTN PRESIDENT,PO BOX 734,MT. ULLA, NC 28125 |
| RARICK, MATTHEW | 86 SHOEMAKERSVILLE RD,SHOEMAKERSVILLE, PA 19555 |
| RASMUSSEN, JAN | 58 CARSON,IRVINE, CA 92620 |
| RAUCH, BROCK D. | 4201 JIMSON RD,FORT WAYNE, IN 46816 |
| READING TOWN | ATTN NANCY J. HEFFERNAN,TREASURER/COLLECTOR,16 LOWELL ST.,READING, MA 01867 |
| REALTY SOLUTIONS INC. | ATTN: CONNIE GREEN,2524 E SIERRA STREET,PHOENIX, AZ 85028 |
| REED, ANGELA | 4818 ROSEROCK LN,SPRING, TX 77388 |
| REIGHTLER, LOLA | 810 OLD RIVERSIDE RD,BROOKLYN, MD 21225 |
| REINARD, KENNETH | PO BOX 2907,COOKEVILLE, TN 38502 |
| REVERSKI, DIANE J. | 2529 BEETHOVEN AVE,PORTAGE, MI 49024 |
| REYNOSO, IVETTE | 1046 N. ORANGE STREET,ORANGE, CA 92867 |
| RIBNICK, MARC S. | 92 OLD BROOK RD,DIX HILLS, NY 11746 |
| RINEHART, WILLIAM | 10235 N 31ST ST #14,PHOENIX, AZ 85028 |
| RIVER PARK EXECUTIVE SUITES | C/O WILLIAM E WINFIELD,NORDMAN CORMANY HAIR & COMPTON LLP,1000 TOWN CENTER DRIVE, 6TH FLOOR,OXNARD, CA 93036 |
| RIZOPOULOS FRAGOPOULOS, P NICOLE | 34 GARDNER AVE,HICKSVILLE, NY 11801 |
| ROBERTS, CHERYL | 4029 S PARK DR,FORT WAYNE, IN 46806 |
| ROBLES, MONICA G. | 1804 N. LARK ELLEN AVE.,WEST COVINA, CA 91791 |
| ROBY, KARA | 1360 S SABINO DR,GILBERT, AZ 852968474 |
| RODRIGUEZ, TIMOTHY | PO BOX 7385,OCEAN ISLE BEACH, NC 28469 |
| ROELLER, SHARLINE | 7730 COAST JAY ST,N LAS VEGAS, NV 89084 |
| ROMAN, MANDY | 320 N PARK VISTA,134,ANAHEIM, CA 92806 |
| ROSENBLATT, RONALD R. | 1741 PLUM THICKET LN,WEST DES MOINES, IA 50266 |
| ROSINSKY, MARTIN | 17390 BRIDLEWAY TRAIL,BOCA RATON, FL 33496-3231 |
| ROYHL, HEATHER | 3S126 BIRCHWOOD DR,WARRENVILLE, IL 60555 |
| RUNYAN, MATTHEW L. | 7 BITTERSWEET LN,LEVITTOWN, NY 11756 |
| RUPP, CHARLES A. | PO BOX 53021,PETTISVILLE, OH 43553 |
| RURY, BETTY A. | FCC AS CUSTODIAN,1504 HARRIS DRIVE,BARTLESVILLE, OK 74006-5705 |
| SALVEMINI, KIMBERLY | 9325 E VALARTA DR,TUCSON, AZ 85749 |
| SANDISON, BETSY B. | 12105 VENDOME PL,DALLAS, TX 75230 |
| SANDS, TONYA | 3455 MIDWAY COVE DR,LOGANVILLE, GA 30052 |
| SANNA, REBECCA | 280 FINCHLEY DR,ROSWELL, GA 30076 |
| SATELLITE 600 OWNER CORP. C/O CARTER | ATTN JOHN BRIER, CARTER MANAGEMENT,171 17TH STREET,SUITE 1200,ATLANTA, GA 30368-6018 |
| SATHER, MARILYN | 34 BRONXVILLE LANE,BRONXVILLE, NY 10708 |
| SAUDER, ANNA | 737 LETORT ROAD,WASHINGTON BORO, PA 17582 |
| SCHEFF, HEIDI | 7 TULIP AVE,FARMINGVILLE, NY 11738 |

| Claim Name | Address Information |
|---|---|
| SCHNIBBE, ANN | 12103 E 37TH CT,SPOKANE VALLEY, WA 99806 |
| SCHOEFFEL INTERNATIONAL CORP | ATTN D. M. SCHOEFFEL,355 HILLSDALE AVE,BOX 216,HILLSDALE, NJ 07642 |
| SCHOLFIELD, DORIS & KEITH, TTEES | DORIS EARLYNE SCHOLFIELD TRUST,U/A/D 08/31/92,3222 SW 100TH,AUGUSTA, KS 67010 |
| SCHOLFIELD, KEITH & DORIS E., TTEES | FBO AUSTIN K HASTINGS TRUST,U/A DTD 02/01/2000,3222 SW 100TH,AUGUSTA, KS 67010 |
| SCOTT, GILBERT T. | SEPARATE ACCT - B. OF AMERICA,2213 EASTWOOD DRIVE,RICHARDSON, TX 75080 |
| SEAMAN, DAVID C. | 2401 CARDWELL WAY,SARASOTA, FL 34231-7007 |
| SEERY, MARGARET M | 23 JAGGER CT,MELVILLE, NY 11747 |
| SEGELL, JANET A. | 1088 YORKTOWN DR,CHARLESTON, SC 29412 |
| SERVOSS, WILLIAM | 2312 S. 2300 EAST,SALT LAKE CITY, UT 84109 |
| SEUS, SHERYL | 4508 GARDEN CLUB ST,HIGH POINT, NC 27265 |
| SFIROUDIS, JAMES | 164-03A 32 AVE,FLUSHING, NY 11358 |
| SHAKTI LLC | ATTN ANIL SAHAI, MEMBER,709 WHITE POST DR,WEBSTER CITY, IA 50595 |
| SHAPIRO & FELTY, LLC | ATTN MARK R LEMBRIGHT, ESQ,1500 WEST THIRD STREET,STE 400,CLEVELAND, OH 44113 |
| SHYU, JENQ-PYNG | 21875 LAS NUBES DR.,TRABUCO CANYON, CA 92679-3403 |
| SIEGEL, EUGENE M. | 2617 TIFFANY PL.,FULLERTON, CA 92833 |
| SIMANER, JAMI | 1126 ARDMORE ST,SAINT AUGUSTINE, FL 32092 |
| SIMON, BABETTE, TTEE UNDER REV TRUST | AGREEMENT 3/26/90,5690 HUNTINGTON PARK COURT,BOCA RATON, FL 33496 |
| SINGN, SANDEEP | 4 ASHFORD DRIVE,PLAINSBORO, NJ 08536 |
| SMITH, CHARLOTTE A. | 1980 PEINE ROAD,WENTZVILLE, MO 63385 |
| SNIJDER, LEON D. | 1409 ELEVADO STREET,LOS ANGELES, CA 90026 |
| SNYDER, LINDA | 1308 SOMMERHILL PL.,LOUISVILLE, KY 40223 |
| SOLANO COUNTY | RECORDER OFFICE,ATTN ELIZABETH SUMNER, DEPUTY,575 TEXAS ST, STE 2700,FAIRFIELD, CA 94533 |
| SOUTHWEST MICHIGAN APPRAISAL | ATTN JOE FERRIELL, OWNER,2920 BUSINESS ONE DR, STE 119,KALAMAZOO, MI 49048 |
| SPAIN, ALBERT H. & LYNN P. JT TEN | 1798 POINTE DRIVE,TALBOTT, TN 37877 |
| SPICER, DONALD W & | MONA L SPICER JT TEN,970 UNIVERSITY AVE,PALO ALTO, CA 94301-2234 |
| STANFIELD & ASSOCIATES | ATTN FRANKLYN L STANFIELD, OWNER,PO BOX 2682,NORFOLK, VA 23501 |
| STEVENS, BARBARA | 11657 N 41ST PLACE,PHOENIX, AZ 85028 |
| STEWART, ROGER & KAREN | JTWROS,227 ALLISON LN,WINFIELD, MO 63389 |
| STOKES COUNTY | ATTN CHERYL C. HILL, DELINQUENT TAX COL.,P.O. BOX 57,DANBURY, NC 27016 |
| STOREY, FRANK H. | CHARLES SCHWAB & CO INC CUST.,IRA ROLLOVER,214 E 13TH AVE,SPOKANE, WA 99202 |
| SULLIVAN, ROBERT W | 3066 125TH AVE NE,BELLEVUE, WA 98005 |
| SUN LIFE ASSURANCE COMPANY OF CANADA | C/O COLLIERS PINKARD,C/O MICHAEL G. MENKOWITZ, ESQUIRE,2000 MARKET STREET, 10TH FLOOR,PHILADELPHIA, PA 19103-3291 |
| SWANNER, MARGARET | 4245 NIPOMO AVE,LAKEWOOD, CA 90713 |
| TADYCH, STACEY D | 7122 THORNCLIFF DR.,CHARLOTTE, NC 28210 |
| TEAMWORK REAL ESTATE SERVICES | ATTN DEBORAH BARTOLINO, OWNER,1805 LIVINGSTON STREET,MELBOURNE, FL 32901 |
| TERRELL, ANNA L | 4655 GOLD DUST AVE,NUMBER 231,LAS VEGAS, NV 89120 |
| THE STAR-LEDGER | ATTN BLERTA SULSTAROVA,PO BOX 5718,HICKSVILLE, NY 11802-5718 |
| THIN, AYE | 56-54 217TH ST,BAYSIDE, NY 11364 |
| THOMAS, ELLEN | 2 JOHN F KENNEDY DR,NORTON, MA 02766 |
| THOMPSON, JOHN | 136 LAKESIDE DR,CORTE MADERA, CA 94925 |
| THOMPSON, STEVEN L. | 60 E ELM ST,GREENWICH, CT 06830 |
| THOMSON WEST | ATTN TOM M CANEFF,610 OPPERMAN DRIVE, D6-11-3707,EAGAN, MN 55123 |
| TIMMONS, TERRANCE | 18600 N DALLAS PKWY,# 1017,DALLAS, TX 75287 |
| TOLSON, CAROL J. | 100 DONOVAN CT,YORKTOWN, VA 23693 |
| TORRES, NICHOLE A. | 4343 GREEN AVE,LOS ALAMITOS, CA 90720 |
| TREBBIEN, SUSAN M., CUSTODIAN FOR | DANIEL M. TREBBIEN, UNDER THE FLORIDA,UNIFORM TRANSFERS TO MINORS ACT,PO BOX 17543,JACKSONVILLE, FL 32245 |
| TRICKEY, EDWARD & SHIRLEY (TRUSTEES) | TRICKEY LIVING TRUST,U/A DATED 4-29-97,5055 HWY. 236 EAST,CARLISLE, AR 72024 |

| Claim Name | Address Information |
| --- | --- |
| TSE, KAM CHUEN | IRA CONTRIBUTORY,1015 MILLRIDGE LN,MARIETTA, GA 30067 |
| TSESMETZIS, STEFANOS | 112 WINTER LANE,HICKSVILLE, NY 11801 |
| TUMMINELLO, JOHN | 5111 KENERLY PINES CT.,ST. LOUIS, MO 63128 |
| TURLAND, HARLENE | FCC AS CUTODIAN,8430 BIRCHCROFT,DALLAS, TX 75243-6502 |
| UHL, RAY E. & | THERESA M UHL JT TEN,300 CLAIRBORNE WAY,MONROE, GA 30655-8463 |
| UNDERWOOD, GARY M. & KAREN A. | 380 ORMSBEE RD,PORTER CORNERS, NY 12859-1803 |
| UNITED TELEPHONE-SOUTHEAST, INC. | UNITED TELEPHONE-SOUTHEAST, INC.,D/B/A EMBARQ (TENNESSEE & VIRGINIA),ATTN MARY C HALL, BANKRUPTCY ANALYST,PO BOX 872967,KANSAS CITY,  64187-2967 |
| UNITED TELEPHONE-SOUTHEAST, INC. | D/B/A EMBARQ (TENNESSEE & VIRGINIA),ATTN MARY C HALL - BANKRUPTCY ANALYST,PO BOX 7971,SHAWNEE MISSION, KS 66207 |
| UPTON, JAMES R. | 15922 SKY LAND DR,HOUSTON, TX 77073 |
| VAN DINTER, GORDON | N8715 ZIRBEL DR,MENASHA, WI 54952 |
| VAN GELDER, JOHN M. III | TWENTY ONE RIVERSIDE DR # 902,COCOA, FL 32922-7843 |
| VAN GELDER, JOHN M. III | TWENTY ONE RIVERSIDE DR,UNIT 902,COCOA, FL 32922-7843 |
| VANDERBEC, ROBERT W. | 204 GENUNG RD,ITHACA, NY 14850 |
| VERDOLINO, JOHN | 36 47TH ST,ISLIP, NY 11751 |
| VIERA OLDS, ROXANN M | 1224 WOLF RUN,LANSING, MI 48917 |
| WADDELL, WILLIAM J. SEP IRA | 1025 SPAULDING AVE, S.E., # D,GRAND RAPIDS, MI 49546 |
| WAER, GARY O. & HOLTON, F. WAYNE - TTEES | EVELYN D. WEAR CRT,UA DTD 12/23/1992,P.O. BOX 1068,SOLVANG, CA 93464 |
| WALLEY, EILEEN C | 5745 WALTON AVE,PHILADELPHIA, PA 19143 |
| WALSH, JAMES E. & CLAIRE E. TTEES | FBO WALSH FAMILY TR U/A/D 2/09/01,6050 SE FRANKLIN PL,HOBE SOUND, FL 33455-7301 |
| WARNER, HAROLD L. | LORENZ APPRAISAL, INC.,8592 WOODBRIAR DR.,SARASOTA, FL 34238 |
| WEBEX COMMUNICATIONS | ATTN WENDY FINNEGAN, AGENT,C/O RMS BANKRUPTCY RECOVERY SERVICES,PO BOX 5126,TIMONIUM, MD 21094 |
| WEED, HAZE H L | 1940 S E 2 ST,ASTORIA, OR 97103 |
| WESTPORT TOWN | ATTN CAROL A BORDEN, TAX COLLECTOR,PO BOX 3408,WESTPORT, MA 02790 |
| WHEATLEY, JAMES L. | 4341 LESLIE AVE,DECATUR, IL 62526 |
| WHITE, UTAH G. | 713 MEANDERING WOODS DRIVE,KELLER, TX 76248 |
| WILDAY, SANDRA F., CUST. FOR | KEVIN C. WILDAY UTMA-CO,4581 SUMAC LANE,LITTLETON, CO 80123 |
| WILGERS, BRUCE W. | 715 N. CRESTRIDGE CT.,WICHITA, KS 67230 |
| WILGERS, LORNA E. | 1792 18TH RD.,WASHINGTON, KS 66968 |
| WILKES TELECOMMUNICATIONS | 1400 RIVER ST,WILKESBORO, NC 28697-2108 |
| WILSON, ELIZABETH | 1100 BRANCH CHAPEL CHURCH ROAD,SELMA, NC 27576 |
| WIMMER & ASSOCIATES | ATTN SHARON G. WIMMER,4860 RIVER FARM RD,NE,MARIETTA, GA 30068 |
| WONG, FEE KOON | 928 41ST STREET,BROOKLYN, NY 11219 |
| WONG, YOSHIKA | 5958 NW 29TH,PLACE,SUNRISE, FL 33313 |
| WOODRUFF, DAVID H. | 1473 QUAKER RIDGE,WEST CHESTER, PA 19380 |
| WRIGHT, ALAN J. | 6 WINSTON DRIVE,LIVINGSTON, NJ 07039 |
| WU, JIN-FENG | 768A 18TH AVE,SAN FRANCISCO, CA 94121 |
| WU, SHEAN-DONG | 20150 BONNIE BRAE LANE,SARATOGA, CA 95070 |
| YING, CINDY ZHI-JING | 400 CENTRAL PARK WEST 18P,NEW YORK, NY 10025-5856 |
| YOUNG, JOE B & JOYCE S | 497 JOHN YOUNG RD,LEXINGTON, NC 27292 |
| ZAFARANLOO, CYRUS | 1734 W10TH ST,BROOKLYN, NY 11223 |
| ZELTNER VS AMERICAN HOME MORTGAGE | CT OF COMMON PLEAS WOOD CO OH 06CV220,ADVOCATES BASIC LEGAL EQUALITY R ALSTON,520 MADISON AVENUE, SUITE 740,TOLEDO, OH 43604 |
| ZISKIND, FRANCINE | 814 TALBOT AVE,NORTH WOODMERE, NY 11581 |
| ZISKIND, FRANCINE | DAVID ZISKIND, POA,843 LONGVIEW AVE.,NORTH WOODMERE, NY 11581 |

| **Claim Name** | **Address Information** |
|---|---|

**Total Creditor Count 497**