IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x
In re: : Chapter 11
:
AMERICAN HOME MORTGAGE : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al., :
: Jointly Administered
Debtors. :
------------------------------------------------------------------x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 30, 2008, I caused to be served the "Notice of Motion" dated May 30, 2008, to which was attached the "Debtors' Motion to Further Extend the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rules of Bankruptcy Procedure 9006 and 9027" dated May 30, 2008 [Docket No. 4318], to be enclosed securely in separate postage pre-paid envelopes, by first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Angharad Bowdler

Sworn to before me this

2nd day of June, 2008

_____
Notary Public

> ROSS MATRAY
> Notary Public, State of New York
> No. 01MA614899
> Qualified in New York County
> Commission Expires July 3, 20 10

T:\Clients\AHM\Affidavits\Removal of Actions_Aff 5-30-08.doc

# EXHIBIT A

## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 3RD FINANCIAL SERVICE CORP. | LAW OFFICES OF EDWARD GARFINKEL,110 WILLIAM STREET,NEW YORK, NY 10038 |
| AAA MORTGAGE TEAM | 27464 COMMERCE CENTER DRIVE, SUITE B,TEMECULA, CA 92590 |
| ALLIED HOME MORTGAGE CAPITAL CORP. | 6110 PINEMONT DRIVE,HOUSTON, TX 77092 |
| ALLSTATE HOME LOANS | 2470 SAINT ROSE PKWY STE 314,HENDERSON, NV 890747775 USA |
| AME FINANCIAL CORP. | 6455 SHILOH RD D,ALPHARETTA, GA 300058353 USA |
| AMERICAN PACIFIC MORTGAGE CORP | 3000 LAVA RIDGE COURT, 200,ROSEVILLE, CA 95661 |
| AMERICAN SECURITY INSURANCE COMPANY V. | FLORIDA INSURANCE DEPOT, INC., ET A,BROWARD COUNTY, FLORIDA,8181 WEST BROWARD BLVD, SUITE 300,PLANTATION, FL 33324 |
| AURORA MORTGAGE, LLC | LAW OFFICES OF SIDDHARTH G DUBAL,225 WEST 34TH STREET, SUITE 1303,NEW YORK, NY 10122 |
| AVILA V. DUTRA, AMERICAN HOME MORTGAGE C | ET AL,9960 BIRD RD,MIAMI, FL 33165 |
| BATTAILLE VS. AHMSI | BAUER AND BOOKWALTER, CO. LPA,202 EAST CENTRAL AVENUE,MIAMISBURG, OH 45342 |
| BEACON FINANCIAL MORTGAGE BANKERS | 7910 NW 25TH ST STE 100,MIAMI, FL 331221622 USA |
| BEARD ET AL. V. AMERICAN HOME | MORTGAGE CORP. ET AL.,14406 OLD MILL ROAD,UPPER MARLBORO, NJ 20772 |
| BELLETTIERI, FONTE, & LAUDONIO, ET AL | 25 WEST RED OAK LANE,WHITE PLAINS, NY 10604 |
| BERGIN FINANCIAL, INC. D/B/A PERFECT MOR | PLAINTIFF V. DELSEAN LITTLEJOHN, , ANDRE,& AMERICAN HOME MORTGAGE CORPORATION,32000 NORTHWESTERN HWY, SUITE 240,FARMINGTON HILLS, MI 48334 |
| BERGIN FINANCIAL, INC. D/B/A PERFECT MOR | 32000 NORTHWESTERN HWY, SUITE 240,FARMINGTON HILLS, MI 48334 |
| BISHOP V. AMERICAN HOME MORTGAGE CORP. | LAW OFFICES OF CHRISTOPHER L. COOK,41040 N. RTE 85,ANTIOCH, IL 60002 |
| BOLING 2007CA-1992B | 5120 FULTON STREET NW,WASHINGTON, DC 20016 |
| BOMBA VS. AMERICAN HOME MORTGAGE CORP. | BROOKLYN LEGAL SERVICES CORP B,105 COURT STREET,BROOKLYN, NY 11201 |
| BOOTH 06-AC-0014828 | 2253 LARBROOK DRIVE,FLORISSANT, MO 63031 |
| BOSTIC V. AMERICAN HOME MORTGAGE SERVICI | 403 SECOND LOOP ROAD, PO BOX 13057,FLORENCE, SC 29504 |
| BURGE 07-AC-014705 | 303 JAMBOREE DRIVE,BALLWIN, MO 63021 |
| BUSER V. AMERICAN HOME MORTGAGE CORP. 29 | KANSAS HUMAN RIGHTS COMMISSION,LANDEN SATE OFFICE BUILDING, 5TH FLOOR,900 SW JACKSON, SUITE 5685,TOPEKA, KS 66612 |
| BYRNS VS. AMERICAN HOME MORTGAGE CORP. | DISTRICT COURT, CO, DENVER COUNTY, 07CV1,8362 GREENWOOD DRIVE,NIWOT, CO 80503 |
| CHOI PENDING | 1492 BISHOP PLACE,RIVERSIDE, CA 92506 |
| CHOPP VS. AMERICAN HOME MORTGAGE CORP | 10 TINDALL RD,MIDDLETOWN, NJ 07748 |
| CONSUMER MORTGAGE SERVICES, INC. | 437 MADISON AVENUE,NEW YORK, NY 10022 |
| COURTYARD FINANCIAL, INC. | 11 WEST 42ND STREET, SUITE 900,NEW YORK, NY |
| COWLEY 07CVD1921 | 8 HOUSTON RIDGE ROAD,DURHAM, NC 27713 |
| CRYSTAL A. NURSE V. AMERICAN HOME MORTGA | REGIONAL DIRECTOR,STATE OF NY EXECUTIVE DIVISION OF HUMAN,55 HANSON PLACE, ROOM 900,BROOKLYN, NY 11217 |
| CUNNINGHAM 06-CI-05448 | 3004 CADDIS LANE,LEXINGTON, KY 40511 |
| DICKINSON V. A.E. ELECTRIC, ET AL./84 LU | V. AMERICAN HOME MORTGAGE CORP.,MASON, SCHILLING & MASON, CO, LPA,11340 MONTGOMERY ROAD, SUITE 210,CINCINATTI, OH 45249 |
| DONALD SUMPTER V. AMERICAN HOME MORTGAGE | EEOC, CHARLOTTE DISTRICT OFFICE-430,129 W. TRADE STREET, SUITE 400,CHARLOTTE, NC 28202 |
| DUFFY 64406 | 81 STEVENS OAK LANE,BREWSTER, NY 10509 |
| EDNA BARR V. AMERICAN HOME MORTGAGE | 2600 EL CAMINO REAL, SUITE 506,PALO ALTO, CA 94306 |
| EDWARD ABRAM, JR., NAJLA WAHEED, RICHARD | ROSALYN CEASAR, INDIVIDUALLY, ON BEHALF,ON BEHALF OF THE GENERAL PUBLIC V. AMERI,NICHOLS, KASTER & ANDERSON, LLP,SAN FRANCISCO, CA 94111 |
| EGAN | 410 MERION DRIVE,NEWTOWN, PA 18940 |
| ELIE MAMIEH V. AMERICAN HOME MORTGAGE | NY STATE DIVISION OF HUMAN RIGHTS,NY DISTRICT OFFICE-520,33 WHITEHALL STREET, 5TH FLOOR,NEW YORK, NY 10004 |
| EQUITY MORTGAGE CORP | 33 W. ROOSEVELT ROAD,LOMBARD, IL 60148 |
| FAWCETT 06CV05456 | 500 COURTHOUSE PLAZA SW,10 NORTH LUDLOW STREET,DAYTON, OH 45402 |

| Claim Name | Address Information |
|---|---|
| FIRST CAPITAL MORTGAGE CORP. VS. UNION F | 208 S. LASALLE, SUITE 1200,CHICAGO, IL 60604 |
| FITZPATRICK | 3192 AMELIA DRIVE,MOHEGAN LAKE, NY 10547 |
| GASPARD VS. STATE FARM | 718 DUNBAR AVE,BAY ST. LOUIS, MS 39520 |
| GEMELLI SCC-49405 | 839 MAIN STREET, #19,TORRINGTON, CT 06790 |
| GENERAL START NATIONAL INSURANCE VS | . AMERICAN HOME MORTGAGE,ACCEPTANCE, INC.,1000 HART ROAD,BARRINGTON, IL 60010 |
| GILES V. AMERICAN HOME MORTGAGE CORP. 05 | US EQUAL EMPLOYMENT OPPORTUNITY COMMISSI,CHICAGO DISTRICT OFFICE,500 W. MADISON STREET, SUITE 2800,CHICAGO, IL 60661 |
| GINNONA | WALFISH & NOONAN, LLC,528 DEKALB STREET,NORRISTOWN, PA 19401 |
| GONZALEZ | 54 PUTNAM PARK ROAD,BETHEL, CT 06801 |
| GUERTIN VS. GARDNER, AMERICAN HOME MORTG | 304 HAMPTON PARK, PO BOX 1317,CAMDEN, SC 29020 |
| GUTIERREZ V. VELAZQUEZ, AMERICAN HOME MO | SERVICING, INC. NO.,9500 S DADELAND BLVD,MIAMI, FL 33156 |
| GWEN DEUTSCH, PLAINTIFF V. AMERICAN HOME | INVESTMENT CORP., DEFENDANT. 2:06-CV-223,500 BI-COUNTY BLVD., SUITE 112N,FARMINGDALE, NY 11735 |
| HAAG V. AMERICAN HOME MORTGAGE CORP. | 103 BLUEGRASS COMMONS BLVD,HENDERSONVILLE, TN 37075 |
| HARRIS 07CV00358 | 21801 LAKESHORE BLVD,EUCLID, OH 44123 |
| HARRIS AND AGUNLOYE V. AMERICAN HOME MOR | SUPREME COURT APPELLATE DIVISION, 2ND DE |
| HATCHETT VS. AMERICAN HOME MORTGAGE CORP | LEGAL ASSISTANCE FOUNDATION OF MERTROPOL,111 W. JACKSON STREET, SUITE 300,CHICAGO, IL 60604 |
| HEMMENDINGER | 9806 SINGLETON DRIVE,BETHESDA, MD 20817 |
| HENSLEY VS. AMERICAN HOME MORTGAGE ACCEP | LA SUPERIOR COURT, CA BC364574,1925 CENTURY PARK EAST, SUITE 2120,LOS ANGELES, CA 90067 |
| HOLLIDAY 07-SC-979 | 2315 DAKOTA RIDGE,JOHNSBURG, IL 60050 |
| HUGHES V. AMERICAN HOME MORTGAGE CORP. | HALL, SICKLES, FREI, KATTENBURG & MIMS,12120 SUNSET HILLS ROAD, SUITE 150,RESTON, VA 20190 |
| HULME | 125 FLANDERS ROAD,WOODBURY, CT 06798 |
| HUNT 07-627 | 6624 FISHER AVENUE,FALLS CHURCH, VA 22046 |
| ISHOO | 15 PAULDING AVENUE,TARRYTOWN, NY 10591 |
| JOHN DRAKOS V. AMERICAN HOME MORTGAGE HO | ONE HUNTINGTON QUADRANGLE, SUITE 2512,MELVILLE, NY 11747 |
| KASHAN VS. AMERICAN HOME MORTGAGE CORP | 1711 STOCKTON HILL ROAD, #180,KINGMAN, AZ 86401 |
| KATWAROO 23307-2007 | 95-18 133RD STREET,RICHMOND HILL, NY 11419 |
| KIRK V. AMERICAN HOME MORTGAGE CORP. 2:0 | MORGAN KEEGAN TOWER, 50 N. FRONT STREET,MEMPHIS, TN 38103 |
| KOLIC | 9435 REAVIS BARRACKS,ST. LOUIS, MO 63123 |
| LAKELAND REGIONAL MORTGAGE CORP | 4310 SOUTH FLORIDA AVENUE,LAKELAND, FL 33813 |
| LANDMARK V. AMERICAN HOME MORTGAGE CORP. | KATHY MCCRACKEN AND JANICE CHESNUT 3:06-,CHILIVIS, COCHRAN, LARKINS & BEVER, LLP,3127 MAPLE DRIVE, NE,ATLANTA, GA 30305 |
| LEONARD 8432-2007 | 460 WATER MILL TOWD ROAD,SOUTHAMPTON, NY 11968 |
| LINDSAY 06-6089-CO | 10153 E. AVONDALE CIRCLE,SUPERIOR TOWNSHIP, MI 48198 |
| LOANOLOGY | 10813 RIVER FRONT PKWY STE 175,SOUTH JORDAN, UT 840955659 |
| LOPEZ ET AL VX. AMERICAN HOME MORTGAGE C | BERGKVIST, BERGKVIST AND CARTER,400 OCEANGATE, SUITE 800,LONG BEACH, CA 90802 |
| MARCHESE | 43 STRATFORD ROAD,EAST BRUNSWICK, NJ 08816 |
| MARTINEZ | SCHIADATO & CABALLERO,12070 TELEGRAPH ROAD, SUITE 103,SANTA FE SPRINGS, CA 90670 |
| MATTHEWS | 2931 W 99TH STREET,EVERGREEN PARK, IL 60805 |
| MCISSAC 101217-06 | 604 B TYSENS LANE,STATEN ISLAND, NY 10306 |

## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MCPHILLIPS | 2800 GEORGETOWN DR, MIDLAND, MI 486426619 |
| MET AMERICA MORTGAGE BANKERS, INC. | 405 LEXINGTON AVENUE, NEW YORK, NY 10174 |
| MICHAEL BAUER & NOREEN BAUER V. AMERICAN | FEERICK, LYNCH, MACCARTHY, PLLC, 96 SOUTH BROADWAY, PO BOX 612, SOUTH NYACK, NY 10960 |
| MIZER CORP. | 23016 LAKE FOREST DR STE A, LAGUNA HILLS, CA 926531324 |
| MJR EQUITY CORP | 94 LITTLE PLAINS RD, HUNTINGTON, NY 117434661 |
| MONAGHAN V. AMERICAN HOME MORTGAGE 511-2 | PO BOX 320901, TAMPA, FL 33679 |
| MORACE V. AMERICAN HOME MORTGAGE | INVESTMENT CORP, 5 SPLIT ROCK DRIVE, CHERRY HILL, NJ 08003 |
| MORTGAGE PROCESS CENTER | 193 BLUE RAVINE RD STE 240, FOLSOM, CA 956304759 USA |
| MOSLEY VS. AMERICAN HOME MORTGAGE ACCEPT | 15008 WOODLAWN AVENUE, 1ST FLOOR, DOLTON, IL 60419 |
| MULLIGAN 07-0102 | 25 STONE BRIDGE WAY, HOPE VALLEY, RI 02832 |
| NEALAND 07-SC-313 | 254 TOLEND ROAD, DOVER, NH 03820 |
| NELSON | 29901 MANHATTEN STREET, ST. CLAIR SHORES, MI 48081 |
| NEW YORK ATTORNEY GENERAL INVESTIGATION | (HOMEGATE; AMERICAN HOME MORTGAGE CORP.), 120 BROADWAY, NEW YORK, NY 10721 |
| NEWBY VS. AMERICAN HOME MORTGAGE CORP. | 80 WALL STREET, SUITE 912-914, NEW YORK, NY 10005 |
| NEWCOM 07-01-CC0012 | 1977 MARE AVE, INDIANAPOLIS, IN 462034982 USA |
| NFM, INC | 505 PROGRESS DRIVE, LINTHICUM, MD 21090 |
| NOONE | 17820 BUEHLER ROAD, OLNEY, MD 20832 |
| OMEGA FINANCIAL SERVICES, INC | MCELROY, DEUTSCH, MULVANEY & CARPENTER, 88 PINE STREET, 24TH FLOOR, NEW YORK, NY 10005 |
| ORRIS 0711-CV050807 | 509 CHATHAM DRIVE, O'FALLON, MI 63366 |
| ORTIZ VS. WATERFIELD FINANCIAL CORP. | 14607 SAN PEDRO SUITE 125, SAN ANTONIO, TX 78232 |
| OVADY | 8 CEDAR LANE, BOW, NH 03304 |
| PACIFIC MUTUAL FUNDING, INC | 3020 SATURN STREET, 100, BREA, CA 92821 |
| PAMELA MORGAN | 39 MORGANS COVE DR, ISLE OF PALMS, SC 294512666 USA |
| PANTOJA VS. AMERICAN HOME MORTGAGE CORP. | LAW OFFICES OF SANDRA H. CASTRO, INC., 611 NORTH EUCLID AVENUE, ONTARIO, CA 91762 |
| PATRICK MANLEY, FREYA DENITTO, SHAWN O'N | CHRISTIAN KOHL, & THOMAS MARINOVICH, 9 PARADIES LANE, NEW PATLZ, NY 12561 |
| Q LENDING | 2600 DOUGLAS ROAD, SUITE 700, CORAL GABLES, FL 33134 |
| QUINTANILLA | 18621 SMOKE HOUSE COURT, GERMANTOWN, MD 20874 |
| RAPP 07CV5000996S | 166B PLAINS ROAD, WINDHAM, CT 06280 |
| RAWADY | 41 GOULD AVENUE, FAIRFIELD, CT 06824 |
| ROBB EVANS, ASH ZAVERY, SHAWN TIZABI, | IAN CARNOCHAN, JOHN F. CADY, DANZ & GERBER, 13418 VENTURA BLVD, SHERMAN OAKS, CA 92415 |
| ROBERT SMITH 0689CV0366 | 6 MACARTHUR BLVD, BOURNE, MA 02532 |
| ROEHRICK LAW FIRM VS. AMERICAN HOME MORT | DISTRICT COURT, POLK COUNTY, IA CL105147, 6600 WESTOWN PKWY, SUITE 260, WEST DES MOINES, IA 50266 |
| ROTH VS. WATERFIELD FINANCIAL | CORPORATION, 5600 MONROE STREET, BUILDING B, SUITE 20, SYLVANIA, OH 43560 |
| ROYAL MORTGAGE | 901 WILSHIRE DR STE 400, TROY, MI 480845605 USA |
| RSP REALTY 07-A-3112-1 | 15 SOUTH PUBLIC SQUARE, CARTERSVILLE, GA 30120 |
| RUPERT 897-06 | 1901 EDNOR ROAD, SILVER SPRING, MD 20905 |
| SADIK SHABAJ V. AMERICAN HOME MORTGAGE | EEOC - NY DISTRICT OFFICE - 520, 33 WHITEHALL STREET, 5TH FLOOR, NEW YORK, NY 10004 |
| SANDRA SPIKES DAVIS AND ANDRE DAVIS V. A | AMERICAN HOME MORTGAGE CORP.ET AL., 20 N CLARK STREET, CHICAGO, IL 60602 |
| SHIMIZU VS. AMERICAN HOME MORTGAGE CORP | 3655 TORRANCE BLVD, SUITE 240, TORRANCE, CA 90503 |
| SHINELL VS. AMERICAN HOME MORTGAGE ACCEP | HELFREY, SIMON & JONES, PC, 120 S. CENTRAL AVEUE, SUITE 1500, ST. LOUIS, MO 63105 |

## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SICILIO 06-CP-40-3245 | 304 MALLET HILL ROAD,COLUMBIA, SC 29223 |
| SIMONE NICOLE - NEW V. HOMEGATE SETTLMEN | SVCS. 520-2007-03038  NY STATE DIVISION,HUMAN RIGHTS, NY DISTRICT OFFICE-520,33 WHITEHALL STREET, 5TH FLOOR,NEW YORK, NY 10004 |
| SIRMANS | 10316 NW 25TH PLACE,GAINESVILLE, FL 32606 |
| SOUTHEAST MORTGAGE OF GEORGIA | 3496 CLUB DRIVE,LAWRENECVILLE, GA 30044 |
| SYKES | 1021 E. MEYERS,HAZEL PARK, MI 48030 |
| TERI SMITH 06-CP-40-2997 | ELLIS, LAWHORNE & SIMS, PA,PO BOX 2285,COLUMBIA, SC 29202 |
| THE NEW YORK MORTGAGE CORP | 1301 AVENUE OF THE AMERICAS, 7TH FLOOR,NEW YORK, NY 10019 |
| TODD MORGAN | 39 MORGANS COVE DR,ISLE OF PALMS, SC 294512666 USA |
| TRAN VS. AMERICAN HOME MORTGAGE ACCEPTAN | LAW OFFICES OF JAN E. SLOTNICK, P.C.,7980 ANN ARBOR STREET,DEXTER, MI 48130 |
| TRUST AMERICA MORTGAGE INC | PO BOX 151668,CAPE CORAL, FL 339151668 USA |
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTE | ALEXSANDRA ARKUSZEWSKI V. U.S. BANK NATI,THIRD PARTY COMPLAINT: ARKUSZEWSKI VS. B,AMERICAN HOME MORTGAGE CORP.,5300 S. SHORE DRIVE,CHICAGO, IL 60615 |
| VOIT, ET AL; STONEX V. HAHN; STONEX V. H | AMERICAN HOME MORTGAGE,505 FIFT AVENUE, SUITE 729,DES MOINE, IA 50309 |
| WESCH VS. AMERICAN HOME MORTGAGE CORP. | 215 MORRIS AVENUE,SPRING LAKE, NJ 07762 |
| WILCOX 07-CC-0426 | PO BOX 1343, 506 STATE STREET,NEW ALBANY, IN 47151 |
| WOODARD V. AMERICAN HOME MORTGAGE | INVESTMENT CORP,10400 CONNECTICUT AVENUE #405,KENSINGTON, MD 20895 |
| YEO V. AMERICAN HOME MORTGAGE SERVICING, | PO BOX 31443,CHARLESTON, SC 29417 |
| ZELTNER VS. AMERICAN HOME MORTGAGE CORP. | ET AL. COURT OF COMMON PLEAS, WOOD COUNT,LEGAL EQUALITY, RICHARD ALSTON,520 MADISON AVENUE, SUITE 740,TOLEDO, OH 46304 |
| ZINGARIELLO PENDING | 135 THAXTER ROAD,PORTSMOUTH, NH 03801 |

**Total Creditor Count 134**