IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                                             : Chapter 11
                                                                   :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                             : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                    :
                                                                   : Jointly Administered
       Debtors.                                                    :
------------------------------------------------------------------ x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 19, 2008, I caused to be served true and correct copies of the "Notice of (I) Debtors' Proposed Purchaser's Cure Amounts and (II) Deadline for Filing Objections to The Proposed Purchaser's Cure Amounts", dated May 19, 2008, [Docket No 4084], enclosed securely in separate postage pre-paid envelopes, by first class mail to those parties listed on Exhibit A annexed hereto.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            _____
                                            Angharad Bowdler

Sworn to before me this
3rd day of June, 2008

_____
Notary Public

    ROSS MATRAY
 Notary Public, State of New York
       No. 01MA614899
  Qualified in New York County
 Commission Expires July 3, 20 10

T:\Clients\AHM\Affidavits\CureNtc_aff 5-19-08.doc

# Exhibit "A"

| Claim Name | Address Information |
|---|---|
| A & S COMPUTER SERVICES, INC. | ATTN CEO OR GENERAL COUNSEL, 2813 CARRIAGE MEADOWS DRIVE, WAKE FOREST, NC 27587 |
| ACCURINT | POB 7247-6157, PHIL, PA 19170-6157 |
| AEGON USA REAL ESTATE SERVICES | ATTN:  MADONNA AMMONS, 400 WEST MARKET ST., 5TH FLOOR, LOUISVILLE, KY 40232 |
| AFP ASSOCIATES, LTD. C/O WEST WORLD | MANAGEMENT, INC., 4 MANHATTANVILLE ROAD, PURCHASE, NY 10577 |
| AIA SOFTWARE NORTH AMERICA, INC | 5 BROADACRE DR, STE 100, MT LAUREL, NJ 08054-4706 |
| AMERICAN HOME MORTGAGE SERVICING, INC. | 538 BROADHOLLOW ROAD, ATTN: GENERAL COUNSEL, MELVILLE, NY 11747 |
| AMERICAN HOME MORTGAGE SERVICING, INC. | 7142 COLUMBIA GATEWAY DRIVE, ATTN: DAVID FRIEDMAN, COLUMBIA, MD 21046 |
| AMERICAN HOME MORTGAGE SERVICING, INC. | 4600 REGENT BOULEVARD, SUITE 200, ATTN: DAVID FRIEDMAN, IRVING, TX 75063 |
| AMERICAN SECURITY INSURANCE COMPANY | DON A. BESKRONE, ASHBY & GEDDES, P.A., 500 DELAWARE AVENUE, 8TH FLOOR, P.O. BOX 1150, WILMINGTON, DE 19801 |
| AMERICAN SECURITY INSURANCE COMPANY | C/O RAUL CUERVO, ESQ., JORDAN BURT LLP, 1025 THOMAS JEFFERSON ST., NW- #400 EAST, WASHINGTON, DC 20007 |
| AMERICAN SECURITY INSURANCE COMPANY | STANDARD GUARANTY INSURANCE COMPANY, ATTN: HAZARD PLUS PRODUCT MGR, 260 INTERSTATE NORTH CIRCLE, NW, ATLANTA, GA 30339 |
| ASPECT SOFTWARE, INC. | ATTN GENERAL COUNSEL, 300 APOLLO DR, CHELMSFORD, MA 018243626 |
| ASPECT SOFTWARE, INC. | 6 TECHNOLOGY PARK DRIVE, ATTN: GENERAL COUNSEL, WESTFORD, MA 01886 |
| ASSURANT GROUP | ASSURANT SPECIALTY PROPERTY, 11222 QUAIL ROOST DRIVE, ATTN: VP, MORTGAGE LENDING SOLUTIONS, MIAMI, FL 33157 |
| BANC OF AMERICA LEASING & CAPITAL, LLC | C/O WILLIAM G. WRIGHT, FARR, BURKE, GAMBACORTA & WRIGHT, 1000 ATRIUM WAY, SUITE 401, MT. LAUREL, NJ 08054 |
| BANC OF AMERICA LEASING & CAPITAL, LLC | ATTN BRIAN P. MCCONAGHY, ONE FINANCIAL PLAZA, PROVIDENCE, RI 02903 |
| BANC OF AMERICA LEASING & CAPITAL, LLC | POB 371992, LEASE ADMIN CNTR, PITTSBURGH, PA 15250-7992 |
| BANK OF NEW YORK | ONE WALL ST 10TH FL, ATTN:  CHIEF EXECUTIVE OFFICER, GENERAL, COUNSEL/PERSON AUTH TO ACCEPT SVC, NEW YORK, NY 10286 |
| BANKO | C/O LEXIS NEXIS, P.O. BOX 7247-6640, ATTN: SCOTT REVAH, PHILADELPHIA, PA 19170-6640 |
| CBC COMPANIES - READING, PA | CBC COMPANIES, INC, 250 EAST TOWN STREET, COLUMBUS, OH 43216 |
| CBC INNOVIS | PO BOX 820665, ATTN: JUAN VILLEGAS, REGIONAL SALES EXECUTIVE, NORTH RICHLAND HILLS, TX 76182 |
| CBCINNOVIS, INC. | 250 EAST TOWN STREET, COLUMBUS, OH 43215 |
| CHECK PRINTERS, INC. | P.O. BOX 305112, NASHVILLE, TN 37230-5112 |
| CHECKFREE SERVICES CORPORATION | 4411 EAST JONES BRIDGE ROAD, ATTN: WILLIAM C. BUCKHAM, ASST GENERAL COUNSEL, NORCROSS, GA 30092 |
| CHECKFREE SERVICES CORPORATION | POB 409287, ATLANTA, GA 30384-9287 |
| CITIMORTGAGE INC. | TIMIE ANDREWS, 4000 REGENT BLVD, 3RD FLOOR, (MC:N3B-355), IRVING, TX 75063-2246 |
| CITIMORTGAGE, INC | ATTN JOHN WILFRED, PO BOX 9481, GAITHERSBURG, MD 20898 |
| CITIMORTGAGE, INC | 5280 CORPORATE DR, FREDERICK, MD 21703 |
| CITIMORTGAGE, INC. | 1000 TECHNOLOGY DR, MS 111, O'FALLON, MO 63304 |
| CITIMORTGAGE, INC. | C/O ANDREW J. PETRIE, FEATHERSTONE PETRIE DESISTO LLP, 600 17TH STREET, SUITE 2400S, DENVER, CO 80202 |
| COMM FIRST BANK | MIKKI, 884 ORLEANS ROAD, CHARLESTON, SC 29407 |
| COMMUNITY DEVELOPMENT ADMIN FORECLOSURES | 100 COMMUNITY PLACE, CROWNSVILLE, MD 21032 |
| CONNECTICUT HOUSING FINANCE AUTHORITY | 999 WEST STREET, ROCKY HILL, CT 06067-4005 |
| D.W. CONSULTING, INC. | 2026 MAPLE RIDGE DRIVE, ACWORTH, GA 30101 |
| DB STRUCTURED PRODUCTS, INC | PETER PRINCIPATO, DIRECTOR, DEUTSCHE BANK SECURITIES INC, 60 WALL STREET, NEW YORK, NY 10005 |
| DB STRUCTURED PRODUCTS, INC | STEVEN WILAMOWSKY ESQ, BINGHAM MCCUTCHEN LLP, 399 PARK AVENUE, NEW YORK, NY 10022-4689 |
| DB STRUCTURED PRODUCTS, INC. | 60 WALL STREET, ATT: SUSAN VALENTI, NEW YORK, NY 10005 |
| DB STRUCTURED PRODUCTS, INC., AS | ACE SECURITIES CORP., AS ASSIGNEE AND, WELLS FARGO BANK, NA, AS MASTER |

## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ASSIGNOR | SERVICER, 60 WALL STREET, 18TH FLOOR, NEW YORK, NY 10005 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | AS AGENT FOR NATIONAL PENN BANK, ATTN SCOTT K. LEVINE / PLATZER SWERGOLD, 1065 AVENUE OF THE AMERICAS, 18TH FLOOR, NEW YORK, NY 10018 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | AS AGENT FOR NATIONAL PENN BANK, ATTN SCOTT K LEVINE / PALTZER SWERGOLD, 1065 AVENUE OF THE AMERICAS, 18TH FLOR, NEW YORK, NY 10018 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | C/O PLATZER SWERGLD KARLIN LEVINE ET AL, ATTN SCOTT K LEVINE, ESQ., 1065 AVENUE OF THE AMERICAS, 18TH FLOOR, NEW YORK, NY 10018 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | C/O PLATZER SWERGOLD KARLIN LEVINE ET AL, ATTN SCOTT K LEVINE, ESQ, 1065 AVENUE OF THE AMERICAS, 18TH FLOOR, NEW YORK, NY 10018 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | AS AGENT FOR IDB - ATTN SCOTT K LEVINE, C/O PLATZER SWERGOLD KARLIN LEVINE ET AL, 1065 AVENUE OF THE AMERICAS, 18TH FLOOR, NEW YORK, NY 10018 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | AS AGENT FOR OFC CAPITAL- SCOTT K LEVINE, C/O PLATZER SWERGOLD KARLIN LEVINE ET AL, 1065 AVENUE OF THE AMERICAS, 18TH FLOOR, NEW YORK, NY 10018 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | AGENT FOR BANK LEUMI-ATTN SCOTT K LEVINE, C/O PLATZER SWERGOLD KARLIN LEVINE ET AL, 1065 AVENUE OF THE AMERICAS, 18TH FLOOR, NEW YORK, NY 10018 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | AGENT FOR WELLS FARGO-ATTN SCOTT LEVINE, C/O PLATZER SWERGOLD KARLIN LEVINE ET AL, 1065 AVENUE OF THE AMERICAS, 18TH FLOOR, NEW YORK, NY 10018 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | 1111 OLD EAGLE SCHOOL ROAD, WAYNE, PA 19087 |
| DOUGLAS-MICHAELS CO. L.P. | 6564 LOISDALE COURT SUITE 610, ATTN: SCOTT JIMMO, SPRINGFIELD, VA 22150 |
| DRI MANAGEMENT SYSTEMS, INC. | 1451 QUAIL STREET, SUITE 100, NEWPORT BEACH, CA 92660 |
| DUKE UNIVERSITY FEDERAL CREDIT UNION | 1400 MORREENE ROAD, ATTN: ADMINISTRATION, DURHAM, NC 27705 |
| E-OSCAR | 1316 W. ANN ARBOR RD, PLYMOUTH, MI 48170-2135 |
| EDI INTEGRATION CORPORATION | ATTN S. DENISE CARLEY, CEO, PO BOX 4166, CROFTON, MD 21114 |
| EDI INTEGRATION CORPORATION | PO BOX 4166, CROFTON, MD 21114 |
| EMC MORTGAGE CORP; ATTN: ASSOC | 800 STATE HIGHWAY 121 BYP, LEWISVILLE, TX 750674180 |
| EMC MORTGAGE CORPORATION | GEOFFREY T. RAICHT, ANDREW W. STERN, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| EMC MORTGAGE CORPORATION | ATTN GERALD J RUSSELLO, C/O BEAR STEARNS & CO. INC., 320 PARK AVENUE, NEW YORK, NY 10022 |
| EMC MORTGAGE CORPORATION | 909 HIDDEN RIDGE DRIVE, SUITE 200, IRVING, TX 75038 |
| EMC MORTGAGE CORPORATION | ATTN SHANETTA ROLLINS, 909 N. HIDDEN RIDGE, IRVING, TX 75038 |
| EMC MORTGAGE CORPORATION | ATTN SHANETTA ROLLINS, 909 N. HIDDEN RIDGE, IRVING, TX 75039 |
| EMC MORTGAGE CORPORATION | 2780 LAKE VISTA DRIVE, ATTN: PRESIDENT OR GENERAL COUNSEL, LEWISVILLE, TX 75067 |
| EMC MORTGAGE CORPORATION | 2780 LAKE VISTA DRIVE, ATTN: MICHELLE VINER, LEWISVILLE, TX 75067-3884 |
| EQUIFAX | ATTN: GENERAL COUNSEL, 1550 PEACHTREE STREET, NW, ATLANTA, GA 30309 |
| EQUIFAX | ATTN: ALTHEA BARNES, ACCTS RECEIVABLE, 1100 ABERNATHY ROAD SUITE 300, MAIL DROP 52D, ATLANTA, GA 30328 |
| FAIR ISSAC SOFTWARE, INC. | 3550 ENGINEERING DR, ST 200, NORCROSS, GA 30092 |
| FAIR ISSAC SOFTWARE, INC. | 901 MARQUETTE AVE, STE 3200, MINNEAPOLIS, MN 55402-3232 |
| FAIRLESS CREDIT UNION | 1900 SOUTH PENNSYLVANIA, ATTN: JOANN GLASSON, MORRISVILLE, PA 19067 |
| FAIRLESS CREDIT UNION | 1900 SOUTH PENNSYLVANIA, ATTN: JAMES MERRILL, MORRISVILLE, PA 19067 |
| FAST DATA | 6902 PINE STREET, STOP CODE PS35, ATTN: SANDY WHEELER AND JUDY FARRELL, OMAHA, NE 68106 |
| FEITH SYSTEMS AND SOFTWARE, INC | 425 MARYLAND DRIVE, FT. WASHINGTON, PA 19034 |
| FIELD ASSET SERVICES | 9229 WATERFORD CENTRE BLVD, STE #110, AUSTIN, TX 78758 |
| FIRST AMERICAN FLOOD DATA SVCS | 11902 BURNET ROAD, AUSTIN, TX 78758-2902 |
| FIRST AMERICAN REAL ESTATE SOLUTIONS | ATTN RICHARD SPAETH, MANAGER, 4 FIRST AMERICAN WAY, SANTA ANA, CA 92707 |
| FIRST AMERICAN REAL ESTATE SOLUTIONS, LP | 4 FIRST AMERICAN WAY, SANTA ANA, CA 92707 |
| FRANKENMUTH CREDIT UNION | 580 N MAIN STREET, ATTN: VICKIE SCHMITZER, CEO, FRANKENMUTH, MI 48734 |
| FRANKENMUTH CREDIT UNION | 580 N MAIN STREET, FRANKENMUTH, MI 48734 |

| Claim Name | Address Information |
|---|---|
| GRYPHON NETWORKS CORP. | 249 VANDERBILT AVENUE,NORWOOD, MA 02062 |
| GRYPHON NETWORKS CORP. (AND IRON | MOUNTAIN AS ESCROW AGENT),249 VANDERBILT AVENUE,NORWOOD, MA 02062 |
| HOPEWELL FEDERAL CREDIT UNION | PO BOX 2157,ATTN: JAMES G JOHNSON,HEATH, OH 43056 |
| HSBC MORTGAGE | 2929 WALDEN AVENUE-ATTN: 27SBO-ACCTG,ATTN: JODY FORSTER,DEPEW, NY 14043 |
| IBM CORPORATION | 590 MADISON AVE,NEW YORK, NY 10022 |
| IBM CORPORATION | POB 643600,PITTSBURGH, PA 15264-3600 |
| IBM CORPORATION | BARSA SYSTEMS,7100 HIGHLAND PARKWAY,SMYRNA, GA 30082 |
| IBM CORPORATION - BARSA SYSTEMS | 2900 WESTCHESTER AVENUE,PURCHASE, NY 10577 |
| IRON MOUNTAIN | 1165 NORTHERN BLVD,MANHASSET, NY 11030 |
| LAKEVIEW TECHNOLOGIES INC | 6371 EAGLE WAY,CHICAGO, IL 60678-1063 |
| LAMPCO FEDERAL CREDIT UNION (PURCHASER) | ATTN DANIEL R WININGER,5411 DOCTOR MARTIN LUTHER KING JR BLVD,ANDERSON, IN 46013 |
| LEWTAN TECHNOLOGIES | 300 FIFTH AVE,WALTHAM, MA 02451 |
| LXI | PO BOX 619,MASON CITY, IA 504020619 |
| LXI CORP | 1925 W JOHN CARPENTER FREEWAY,SUITE 485,IRVING, TX 75063 |
| MADISON COUNTY FEDERAL CREDIT UNION | 621 EAST 8TH STREET,ANDERSONVILLE, IN 46012 |
| MARKET TO MARKET | 905 WEST 7TH, SUITE 320,ATTN: GLEN CALDERON,FREDERICK, MD 21701 |
| MCAFEE CORPORATE HEADQUARTERS | ATTN: CHIEF EXECUTIVE OFFICER OR,GENERAL COUNSEL,3965 FREEDOM CIRCLE,SANTA CLARA, CA 95054 |
| MEMBERS FIRST CREDIT UNION | 1445 W. GOODALE BLVD,ATTN: GREGORY A. KIDWELL,COLUMBUS, OH 43212 |
| MERCANTILE GROUP, LTD. | DBA INTEGRATED MORTGAGE SOLUTIONS,ATTN: CHERYL LANG, PRESIDENT,16225 PARK TEN PLACE, SUITE 105,HOUSTON, TX 77084 |
| MICROSOFT | ONE MICROSOFT WAY,ATTN: JIM GRADY,REDMOND, WA 98052-6399 |
| MORTGAGE CONTRACTING SERVICES | 1501 SOUTH CHURCH AVENUE,ATTN: ALLAN MARTIN,TAMPA, FL 33629 |
| MORTGAGE CONTRACTING SVCS. INC | 4830 W KENNEDY BLVD., STE 950,TAMPA, FL 33609 |
| MOSS CODOLIS, LLP | 12 N MAIN ST,ALBANY, NY 14411 |
| MUTUAL SAVINGS BANK | KELLI NORWOOD,330 WEST CAROLINA AVE.,HARTSVILLE, SC 29550 |
| NORTH AMERICAN DATA SYSTEMS | P.O. BOX 331316,ATTN: STEVE MESSIMER,ATLANTIC BEACH, FL 32233 |
| NORTHSTAR LIFE INSURANCE COMPANY | THE TREBLOC BUILDING,301 EAST STATE STREET,ITHACA, NY 14860-4325 |
| OBJECTIF LINE, INC. | 2030 PIE IX,LEGAL,MONTREAL, QC H1V 2C8 CANADA |
| OBJECTIF LUNE, INC. | ATTN CEO OR GENERAL COUNSEL,2030 PIE IX, SUITE 500,MONTREAL, QC H1V 2CS CANADA |
| OLD NATIONAL BANK | PO BOX 3728,EVANSVILLE, IN 47736-9983 |
| PACER | P.O. BOX 277773,ATLANTA, GA 30384 |
| PATRICK TOWNSEND & ASSOCIATES, INC. | ATTN CHIEF EXECUTIVE OFFICER OR,GENERAL COUNSEL,406 LEGION WAY SE, SUITE 300,OLYMPIA, WA 98501 |
| PATRICK TOWNSEND & ASSOCIATES, INC. | ATTN PATRICK TOWNSEND, PRESIDENT,7700 EARLING STREET NE,OLYMPIA, WA 98506 |
| PGF SOLUTIONS | 2920 STANWAY AVE,DOUGLASVILLE, GA 30135 |
| PHOENIX FOUNDERS INC. | ATTN:  MARK PAPERELLA,38 PROSPECT STREET, 2ND FLOOR,HARTFORD, CT 06115 |
| PITNEY BOWES | PO BOX 856390,LOUISVILLE, KY 40285-6390 |
| PREMIER FEDERAL CREDIT UNION | PO BOX 26590,ATTN: TYLER DUKE,GREENSBORO, NC 27415-6590 |
| PRINCIPAL BANK | TODD LARSON,711 HIGH STREET PI-S10,DES MOINES, IA 50392 |
| PRO DATA COMPUTER SYSTEMS, INC. | ATTN CHIEF EXECUTIVE OFFICER OR,GENERAL COUNSEL,2809 S 160TH STREET, SUITE 401,OMAHA, NE 68130 |
| RESIDENTIAL FUNDING CORP. | CAROL AMOS, MAILSTOP 03-06-65,ONE MERIDIAN CROSSINGS, #100,MINNEAPOLIS, MN 55423 |
| RESIDENTIAL FUNDING CORPORATION | 8400 NORMANDALE LAKE BLVD,# 250,MINNEAPOLIS, MN 55437 |
| RJS SOFTWARE SYSTEMS | PO BOX 1408,BURNSVILLE, MN 55337 |
| RTP FEDERAL CREDIT UNION | 1005 SLATER ROAD,PO BOX 12807,DURHAM RESEARCH PARK, NC 27709 |
| SAS INSTITUTE INC. | ATTN H. HOWARD BROWNE,100 SAS CAMPUS DRIVE,CARY, NC 27513 |
| SAS INSTITUTE INC. | PO BOX 406922,ATLANTA, GA 30384-6922 |

| Claim Name | Address Information |
|---|---|
| SAS INSTITUTE INC. | ATTN: KAREN L. DAY, ASST CORPORATE SECRETARY, PO BOX 406922, ATLANTA, GA 30384-6922 |
| SECURITY CONNECTIONS, INC | 1935 INTERNATIONAL WAY, IDAHO FALLS, ID 83402 |
| SECURITY CONNECTIONS, INC. | MARK MINUTI, ESQ., SAUL EWING LLP, 222 DELAWARE AVE STE 1200 - PO BOX 1266, WILMINGTON, DE 19899 |
| SECURITY CONNECTIONS, INC. | ATTN: KARLEEN MAUGHAN, PRESIDENT, 1935 INTERNATIONAL WAY, IDAHO FALLS, ID 83402 |
| STANDARD REGISTER FCU | PO BOX 1167, 175 CAMPBELL STREET, ATTN: KRAIG CASEY, DAYTON, OH 45013 |
| STATE FARM LIFE INSURANCE COMPANY | 1 STATE FARM PLAZA, E-12, BLOOMINGTON, IL 61710 |
| STATE HIGHWAY PATROL FEDERAL | CREDIT UNION, 6161 BUSCH BLVD, SUITE 215, ATTN: DONNA P. STEVENS, MANAGER, COLUMBUS, OH 43229 |
| TELESIGHT, INC. | 820 N. FRANKLIN ST, ATTN: JOHN GARZA, CHICAGO, IL 60610 |
| THE MINNESOTA MUTUAL LIFE INSURANCE | COMPANY, 400 ROBERT STREET NORTH, ATTN: MR. THOMAS GOODWIN, ST PAUL, MN 55101 |
| THE POWERTECH GROUP, INC. | 6703 S 234TH ST STE 200, KENT, WA 980322913 |
| TRANS UNION LLC | 555 WEST ADAMS, CHICAGO, IL 60661 |
| TRANS UNION LLC | PO BOX 99506, CHICAGO, IL 60693-9506 |
| TRIPOINTE COMMUNITY CREDIT UNION | 2343 E. HILL ROAD, GRAND BLANC, MI 48439 |
| UNION LABOR LIFE | CANDUS SMITH, 1625 EYE STREET, NW, WASHINGTON, DC 20006 |
| UNITED SERVICES CREDIT UNION | 391 S. FRENCH BROAD AVE., ASHEVILLE, NC 28801 |
| WACHOVIA BANK | VA-73137711 PLANTATION RD, ROOBOKE, VA 24019 |
| WACHOVIA BANK | STACY REYES, 230 SOUTH TRYON STREET, STE. 1200, CHARLOTTE, NC 28202 |
| WACHOVIA BANK, NATIONAL ASSOCIATION | 301 SOUTH COLLEGE STREET DC-7, ATTN: BRUCE YOUNG, CHARLOTTE, NC 28202-0600 |
| WACHOVIA BANK/ORLANDO BRAMINGHAM, INC. | P.O. BOX 863741, ORLANDO, FL 32886-3741 |
| WASHINGTON MUTUAL | P. O. BOX 100563, FLORENCE, SC 29501 |
| WASHINGTON MUTUAL MORTGAGE SECURITIES | CORP. C/O MICHAEL D. COYNE, WASHINGTON MUTUAL BANK, 623 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10022 |
| WASHINGTON MUTUAL MORTGAGE SECURITIES | CORP, 75 N. FAIRWAY DRIVE, VHJ 1C01, VERNON HILLS, IL 60061 |
| WASHINGTON MUTUAL MORTGAGE SECURITIES | DAVID H. ZIELKE, ESQUIRE, WMC 3501, 1301 SECOND AVENUE, SEATTLE, WA 98010 |
| WASHINGTON MUTUAL MORTGAGE SECURITIES | DAVID H. ZIELKE, ESQUIRE, WMD 3501, 1301 SECOND AVENUE, SEATTLE, WA 98010 |
| WEBB/MASON, INC. | 10830 GILROY ROAD, ATTN: CFO, HUNT VALLEY, MD 21031 |
| WELLS FARGO CORP. | ATTN CHRISTIAN SHIPLEY, 9062 OLD ANNAPOLIS ROAD, COLUMBIA, MD 21045 |
| WESTERN UNION | P.O. BOX 4430, BRIDGETON, MO 63044 |
| XEROX CAPITAL SERVICES, LLC | P.O. BOX 827598, PHILADELPHIA, PA 19182-7598 |
| XEROX CORP | C/O PNC BANK- OFFICER, GENERAL OR MANAGING AGENT, 1200 EAST CAMPBELL, SUITE 108, RICHARDSON, TX 75081 |
| XEROX CORPORATION | PO BOX 827181, PHILADELPHIA, PA 19182 |
| XEROX CORPORATION | PO BOX 827598, PHILADELPHIA, PA 19182-7598 |
| XEROX CORPORATION | PO BOX 802555, CHICAGO, IL 60680 |
| XEROX CORPORATION | PO BOX 802567, CHICAGO, IL 60680 |
| XEROX CORPORATION | PO BOX 802555, CHICAGO, IL 60680-2555 |
| XEROX CORPORATION | CHANTEL K. ADAMS, KIZER, HOOD & MORGAN, LLP, 2111 QUAIL RUN DRIVE, BATON ROUGE, LA 70808-4127 |
| XEROX CORPORATION | PO BOX 650361, DALLAS, TX 75265 |
| XEROX CORPORATION | ATTN VANESSA ADAMS, XEROX CAPITAL SERVICES, LLC, P.O. BOX 660506, DALLAS, TX 75266-9937 |
| XEROX CORPORATION | PO BOX 7405, PASADENA, CA 91109 |
| XEROX CORPORATION | XEROX OFFICE GROUP, WILSONVILLE, OR 97070 |
| XO COMMUNICATIONS | POB 828618, PHILADELPHIA, PA 19182-8618 |
| ZC REAL ESTATE TAX SOLUTIONS LIMITED | C/O HUNTON & WILLIAMS LLP, ATTN: RICHARD P. NORTON, ESQ., SCOTT H. BERNSTEIN, ESQ., 200 PARK AVENUE, NEW YORK, NY 10166 |
| ZC REAL ESTATE TAX SOLUTIONS LIMITED | 210 INTERSTATE NORTH PARKWAY, NW, SUITE 400, ATLANTA, GA 30339 |

| Claim Name | Address Information |
|---|---|
| ZC REAL ESTATE TAX SOLUTIONS LIMITED | ATTN: JAMES P NOVAK, ESQ, SVP & GEN CNSL,210 INTERSTATE NORTH PARKWAY, NW,SUITE 400,ATLANTA, GA 30339 |

**Total Creditor Count 162**

```
TIME: 12:38:04                                          PAGE:  1
DATE: 06/03/08
                      AMERICAN HOME MORTGAGE HOLDINGS INC.
                           AHM CURE CLAIMS (05-19-08)

Name                              Address
BARCLAYS BANK PLC,                ATTN RICHARD S. MILLER KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP 599 LEXINGTON AVE. NEW YORK NY 10022
BEAR STEARNS MORTGAGE CAPITAL CORP. GEOFFREY T. RAICHT ANDREW W. STERN SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
CITIBANK, N.A.                    C/O KIRKLAND & ELLIS LLP ATTN LISA LAUKITIS CITIGROUP CENTER 153 EAST 53RD ST NEW YORK NY 10022
DEUTSCHE BANK NATIONAL TRUST COMPANY  BRENDAN MEYER 60 WALL STREET NEW YORK NY 10005
DEUTSCHE BANK NATIONAL TRUST COMPANY  NIXON PEABODY LLP C/O KRISTINE E BAILEY ESQ 1 EMBARCADERO CENTER SUITE 1900 SAN FRANCISCO CA 94111
DEUTSCHE BANK NATIONAL TRUST COMPANY  C/O KRISTINE E. BAILEY, ESQ. NIXON PEABODY, LLP 1 EMBARCADERO CENTER, SUITE 1900 SAN FRANCISCO CA 94111
GREENWICH CAPITAL FINANCIAL PRODUCTS, BRIAN E. GOLDBERG DICKSTEIN SHAPIRO LLP 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036
GREENWICH CAPITAL MARKETS, INC    BRIAN E. GOLDBERG, ESQ. DICKSTEIN SHAPIRO LLP 1177 AVENUE OF THE AMERICAS, 37TH FL NEW YORK NY 10036
HSBC BANK USA, NATIONAL ASSOCIATION  PHILLIPS LYTLE LLP ATTORNEYS FOR HSBC BANK USA NA ATTN WILLIAM J BROWN ESQ 3400 HSBC CENTER BUFFALO NY 14203
JP MORGAN ACCEPTANCE CORPORATION I, ET AL
LASALLE BANK NATIONAL ASSOCIATION  AMELIA M. CHARAMBA, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110
MORGAN STANLEY CAPITAL SERVICES, INC. ATTN HAROLD A OLSEN ESQ STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038
MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS  MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS ATTN LEE ATTANASIO, ESQ SIDLEY AUSTIN LLP 787 SEVENTH AVE NEW YORK NY 10019
U.S. BANK NATIONAL ASSOCIATION, AS CUST. ATTN KATHERINE CONSTANTINE DORSEY & WHITNEY LLP 50 SOUTH SIXTH STREET SUITE 1500 MINNEAPOLIS MN 55402
U.S. BANK NATIONAL ASSOCIATION, AS TTEE  ATTN KATHERINE CONSTANTINE DORSEY & WHITNEY LLP 50 SOUTH SIXTH STREET SUITE 1500 MINNEAPOLIS MN 55402
UBS REAL ESTATE SECURITIES INC.   ATTN RICK B. ANTONOFF PILLSBURY WINTHROP SHAW PITTMAN LLP 1540 BROADWAY NEW YORK NY 10036
WASHINGTON MUTUAL BANK, FA        BERRIE MARTINIS FIRST VICE PRESIDENT AND SENIOR COUNSEL LEGAL DEPT., WASHINGTON MUTUAL BANK 1301 SECOND AVE., WMC 3501
                                  SEATTLE WA 98101

Total Number of Records Printed    17
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 12:36:38                                    AMERICAN HOME MORTGAGE HOLDINGS INC.                                    PAGE:   1
DATE: 06/03/08                                          AHM CURE CLAIMS (05-19-08)
```

| Name | Address |
|---|---|
| BARCLAYS BANK PLC, | ATTN MARK MANSKI, HEAD CREDIT RESTRUCT. 200 PARK AVENUE NEW YORK NY 10166 |
| BEAR STEARNS MORTGAGE CAPITAL CORP. | ATTN GERALD J RUSSELLO C/O BEAR STEARNS & CO. INC. 320 PARK AVENUE NEW YORK NY 10022 |
| CITIBANK, N.A. | ATTN CAROL FLATON, MANAGING DIRECTOR 388 GREENWICH STREET NEW YORK NY 10013 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMIN-BARBARA CAMPBELL, PRES. GSR MORTGAGE LOAN TRUST 2007 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN TRUST ADMINISTRATION 1761 EAST ST ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | DENNIS DREBSKY NIXON PEABODY LLP 437 MADISON AVENUE NEW YORK NY 10022 |
| GREENWICH CAPITAL FINANCIAL PRODUCTS, INC | 600 STEAMBOAT RD GREENWICH CT 06830 |
| GREENWICH CAPITAL MARKETS, INC | 600 STEAMBOAT RD GREENWICH CT 06830 |
| HSBC BANK USA, NATIONAL ASSOCIATION | ATTN THOMAS L NOLAN VICE PRESIDENT 8 EAST 40TH STREET 3RD FLOOR NEW YORK NY 10016 |
| JP MORGAN ACCEPTANCE CORPORATION I, ET AL | ATTN: ALEX ROVIRA & GEOFF RAICHT SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LASALLE BANK NATIONAL ASSOCIATION | ATTN RITA LOPEZ, VICE PRESIDENT C/O GLOBAL SECURITIES AND TRUST SERVICES 135 SOUTH LASALLE STREET, STE 1511 CHICAGO IL 60603 |
| MORGAN STANLEY CAPITAL SERVICES, INC. | C/O MORGAN STANLEY & CO. INC. ATTN RICHE MCKNIGHT, ESQ. 1633 BROADWAY, 25TH FLOOR NEW YORK NY 10019 |
| MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS | ATTN DANIELA LEVARDA, ESQ C/O LEGAL AND COMPLIANCE DIVISION 1633 BROADWAY NEW YORK NY 10019 |
| U.S. BANK NATIONAL ASSOCIATION, AS CUST. | DOCUMENT CUSTODY SERVICES ATTN DELMA CARLSON 1133 RANKIN STREET, SUITE 100 ST. PAUL MN 55116 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE | ATTN PAMELA WIEDER         -EP-MN-WS1D U.S. BANK CORPORATE TRUST SERVICES 60 LIVINGSTON AVENUE ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE | ATTN PAMELA WIEDER         -EP-MN-WS1D U.S. BANK CORPORATE TRUST SERVICES 60 LIVINGSTON AVENUE ST. PAUL MN 55107 |
| UBS REAL ESTATE SECURITIES INC. | ATTN CHRISTOPHER G. SCHMIDT, DIRECTOR 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| WASHINGTON MUTUAL BANK, FA | C/O ROBERT TRODELLA HELLER EHRMAN LLP 333 BUSH STREET SAN FRANCISCO CA 94104 |

Total Number of Records Printed     18

```
TIME: 12:11:51
DATE: 06/03/08                                          AMERICAN HOME MORTGAGE HOLDINGS INC.                                          PAGE:    1
                                                            AHM CURE CLAIMS (05-19-08)

Name                                         Address
BANK OF NEW YORK, THE AS IND TEE             ATTN: MARTIN FEIG 101 BARCLAY STREET, 8W NEW YORK NY 10286
CBCINNOVIS, INC                              ATTN DIRK M. CANTRELL, SEC/TREAS. 250 E. BROAD STREET, SUITE 1200 COLUMBUS OH 43215
COMMUNITY DEVELOPMENT ADMINISTRATION         A DIV OF THE MARYLAND DEPT OF HOUSING & COMMUNITY DEVELOPMENT- C/O DAVID FONTANA ONE SOUTH ST, STE 2200- GEBHARDT & SMITH
                                             CROWNSVILLE MD 21032
DB STRUCTURED PRODUCTS, INC                  PETER PRINCIPATO DIRECTOR DEUTSCHE BANK SECURITIES INC 60 WALL STREET NEW YORK NY 10005
IRON MOUNTAIN INFORMATION MANAGEMENT INC     ATTN R. FREDERICK LINFESTY, ESQ. - ATTY 745 ATLANTIC AVENUE, 10TH FLOOR BOSTON MA 02111
MICROSOFT CORP. & MICROSOFT LICENSING GP     C/O JOSEPH E. SHICKICH, JR. RIDDELL WILLIAMS P.S. 1001 4TH AVE STE 4500 SEATTLE WA 98154-1192
MOSS CODILIS, L.L.P.                         ATTN MICHAEL S. MARGOLF, VICE PRESIDENT 6560 GREENWOOD PLAZA BLVD., SUITE 100 ENGLEWOOD CO 80111
PITNEY BOWES CREDIT CORPORATION              EVA MILANOWSKI, BANKRUPTCY ADMIN RECOVERY DEPARTMENT 27 WATERVIEW DRIVE SHELTON CT 06484-4361
PITNEY BOWES CREDIT CORPORATION              GRISSELLE BETANCOURT, BANKRUPTCY COORD RECOVERY DEPARTMENT 27 WATERVIEW DRIVE SHELTON CT 06484-4361
RESIDENTIAL FUNDING COMPANY, LLC             C/O RICHARD D. BALLOT GMAC RESCAP 465 SOUTH STREET, SUITE 202 MORRISTOWN NJ 07960
SECURITY CONNECTIONS, INC.                   MARK MINUTI, ESQ. SAUL EWING LLP 222 DELAWARE AVE STE 1200 - PO BOX 1266 WILMINGTON DE 19899
TELESIGHT                                    ATTN ERIC MESSAMORE 820 N FRANKLIN STE 200 CHICAGO IL 60610
TRANSUNION SETTLEMENT SOLUTIONS, INC.        ATTN LEGAL DEPARTMENT 5300 BRANDYWINE PARKWAY, SUITE 100 WILMINGTON DE 19803
WASHINGTON MUTUAL MORTGAGE SECURITIES        CORP. C/O MICHAEL D. COYNE WASHINGTON MUTUAL BANK 623 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10022
XEROX CORPORATION                            ATTN VANESSA ADAMS XEROX CAPITAL SERVICES, LLC P.O. BOX 660506 DALLAS TX 75266-9937
ZC REAL ESTATE TAX SOLUTIONS LIMITED         ATTN: JAMES P NOVAK, ESQ, SVP & GEN CNSL 210 INTERSTATE NORTH PARKWAY, NW SUITE 400 ATLANTA GA 30339


Total Number of Records Printed          16
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 18:04:49
DATE: 05/19/08                                                                                                                                    PAGE:   1

AMERICAN HOME MORTGAGE HOLDINGS INC.
AHM CURE NTC (05-19-08)

| Name | Address |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TTEE | ATTN KATHERINE CONSTANTINE DORSEY & WHITNEY LLP 50 SOUTH SIXTH STREET SUITE 1500 MINNEAPOLIS MN 55402 |
| UBS REAL ESTATE SECURITIES INC. | ATTN RICK B. ANTONOFF PILLSBURY WINTHROP SHAW PITTMAN LLP 1540 BROADWAY NEW YORK NY 10036 |
| WASHINGTON MUTUAL BANK, FA | BERRIE MARTINIS FIRST VICE PRESIDENT AND SENIOR COUNSEL LEGAL DEPT., WASHINGTON MUTUAL BANK 1301 SECOND AVE., WMC 3501 SEATTLE WA 98101 |

Total Number of Records Printed       3