IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              : Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                     :
                                                    : Jointly Administered
        Debtors.                                    :
------------------------------------------------------------------ x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.      I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.      On May 29, 2008, I caused to be served the "Order Granting Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007 and Local Rule 3007-1" dated May 28, 2008, [Docket No. 4289], by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit A.

3.      All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    Angharad Bowdler

Sworn to before me this
2nd  day of June, 2008

Notary Public

> ROSS MATRAY
> Notary Public, State of New York
> No. 01MA614899
> Qualified in New York County
> Commission Expires July 3, 2010

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ALLEGHENY POWER | ATTN CAROL L. STOUT, CREDIT REP.,P.O. BOX 1392,FAIRMONT, WV 26555-1392 |
| ALLENDE, DAPHNE | 485 GRAND BLVD,BRENTWOOD, NY 11717 |
| AMOATENG, COMFORT | 16 HALE PL,ROOSEVELT, NY 11575 |
| ANGELLOTTI, ANTHONY | 10648 GREAT EGRET DR,ORLAND PARK, IL 60467 |
| APPRAISING IN DELAWARE, INC. | ATTN PATTI PERSIA, OWNER,129 SCHOOL PL,MILFORD, DE 19963 |
| ARROW APPRAISAL CORP | ATTN TROY A ENGLUND, PRESIDENT,4536 RACHEL BLVD,WEEKI WACHEE, FL 34607 |
| B&B COOL AIR INC | ATTN GREGORY V. BOREK,1511 GRETCHEN AVE,STE A,LEHIGH ACRES, FL 33971 |
| BAKER, VICKI L. | 9919 S 2270 E,SANDY, UT 84092 |
| BAUBLITZ, BARBARA | 2529 WESTMINSTER DR,YORK, PA 17408 |
| BAY COUNTY ASSOC OF REALTORS | 1123 HARRISON AVENUE,PANAMA CITY, FL 32401 |
| BELTRAN, MAGDALENA (MAGGIE) | 1040 EAST WASHINGTON,BLVD NUM 24,ESCONDIDO, CA 92027 |
| BERG, LAURIE | 1460 PEBBLE COURT,YUBA CITY, CA 95993 |
| BIANCHI, KATIE G | 216 CORONADO AVE,ROSEVILLE, CA 95678 |
| BLAKE, TRACY | 470 JEFFERSON DR,PITTSBURGH, PA 15228 |
| BLANCATO, NADINE E | 12717 WINDYEDGE RD,HUNTERSVILLE, NC 28078 |
| BLANK, BRUCE | 57 COLONY DR,HOLBROOK, NY 11741 |
| BODY, JOHN R. | 3955 GOLDEN ELM ST,LAS VEGAS, NV 89147 |
| BOJORQUEZ, AMANDA | 4930 E. FOX ST.,MESA, AZ 85205 |
| BOWEN, LARRY & SUZANNE | C/O JOHN M. BERMAN,7175 SW BEVELAND, # 210,TIGARO, OR 97223 |
| BOWENS, CARMEN M. | 18611 WARM SPRING CT,HAGERSTOWN, MD 21740 |
| BRZOZOWSKI, DENISE | 8209 GLASGOW CT.,JACKSONVILLE, FL 32244 |
| BUEHRLE, JUDITH M | 406 S CHURCH ST,NUMBER 122,ST PETERS, MO 63376 |
| BUGGS, MARY | 7535 CYPRESS,CYPRESS, TX 77433-2140 |
| BURDICK RESIDENTIAL APPRAISALS | JULIE BURDICH, OWNER,5930 E PIMA #120,TUCSON, AZ 85712 |
| BURDICK RESIDENTIAL APPRAISALS | ATTN JULIE BURDICK, OWNER,5930 E PIMA # 120,TUCSON, AZ 85712 |
| BUTLER, DIONNA | 1938 CARTER RD,FOLCROFT, PA 19032 |
| BYRD, DEBORAH M. | 1013 NAGIA CT,FENTON, MO 63026 |
| CALDERONE, SAMANTHA | 7 RUSSELL DR,APT B69,MINEOLA, NY 11501 |
| CARNAHAN, JOHN | 1244 HAWTHORNE STREET,ALAMEDA, CA 94501 |
| CARNEY, PATRICIA (PATTY) | 2962 HARMENING AVE,PITTSBURGH, PA 15227 |
| CARROLL, DANA | 630 SHIMMERING RUN COURT,SYKESVILLE, MD 21784 |
| CASTINE, ELIZABETH JILL | 809 WILLOW SPIRE ARCH,CHESAPEAKE, VA 23320 |
| CERTIFIED APPRAISAL SERVICE | ATTN ELBERT CECIL WRIGHT, OWNER,97 TOLLGATE TRAIL,LONGWOOD, FL 32750 |
| CHALLAPALLI, SAI | 254-08 73 RD,FLORAL PARK, NY 11004 |
| CHEBROLU, NEEHANKA | 24 GAZEBO LANE,HOLTSVILLE, NY 11742 |
| CHISHOLM, GLADYS H | 1426 PEACH PARK LANE,CHARLOTTE, NC 28216 |
| CHOUDHARY, ROHIT | 90 CYPRESS LANE E,WESTBURY, NY 11590 |
| CISNEROS, MARTHA P | 565 W 13TH ST,APT F,SAN PEDRO, CA 90731 |
| CITY OF DOVER | NATALIE COFONE, BILLING SUPERVISOR,5 EAST REED STREET,PO BOX 7100,DOVER, DE 19903-7100 |
| CLOREY, ROXANNE S | 6214 8TH STREET NW,WASHINGTON, DC 20011 |
| COACHELLA VALLEY APPRAISAL | ATTN DALE BERNER, OWNER,43385 TENNESSEE AVE,PALM DESERT, CA 92211 |
| COLANDRO, MARY A | 32 PEARSALL AVE,APT 2B,GLEN COVE, NY 11542 |
| COLUMBUS COUNTY | ATTN RICHARD J GORE, TAX ADMINISTRATOR,COLUMBUS CO TAX OFC,PO BOX 1468,WHITEVILLE, NC 28472 |
| CONANT, JOANN | 2727 DEFENDER DR,FORISTELL, MO 63348 |
| CONKLIN, CHRISTINE | 134 COMMACK RD,ISLIP, NY 11751 |
| CONNECTICUT LIGHT AND POWER COMPANY, THE | NORTHEAST UTILITIES,ATTN MARY A GOFFIN, TEAM SUPERVISOR,PO BOX 2899 - CREDIT AND COLLECTIONS,HARTFORD, CT 06101-8307 |
| CONNERS, SANDRA L | CONNERS, SANDRA L,PO BOX 4572,WALNUT CREEK, CA 94596 |

| Claim Name | Address Information |
|---|---|
| CONNERS, SANDRA L | PO BOX 4572, WALNUT CREEK, CA 945960572 |
| COUNTRYWIDE HOME LOANS, INC. | C/O DAVID J NOWACZEWSKI, BODMAN LLP, 6TH FLOOR AT FORD FIELD, 1901 ST ANTOINE STREET, DETROIT, MI 48226 |
| CRACKFORD, SUSAN K. | 5027 126TH ST SE, EVERETT, WA 98208 |
| CRICCHIO, GINA A. | 2160 TALL GRASS CIRCLE, MOUNT PLEASANT, SC 29466 |
| CRISP, CAROL A | 4826 S ELK WY, AURORA, CO 80016 |
| CROCKFORD, SUSAN K | 5027 126TH ST SE, EVERETT, WA 98208 |
| CRUZ, CHRISTINE A | 7 GLEN HOLLOW DR, APT B36, HOLTSVILLE, NY 11742 |
| CUVILLY, PATRICK | 571 MACON PLACE, UNIONDALE, NY 11553 |
| DEATHERAGE, STEPHANIE | 4809 FORTUNES RIDGE, TRAIL, CHARLOTTE, NC 28269 |
| DEZEGO, JAMES | 139 ADIRONDACK DR, SELDEN, NY 11784 |
| DINH, VIVIAN M | 12301 EPSILON, STREET, GARDEN GROVE, CA 92840 |
| DJ, LLC | 201 WEST MAIN STREET, SUITE 101, MISSOULA, MT 59802 |
| DONOVAN, MARGARET M | 20 CLUB LA, LEVITTOWN, NY 11756 |
| DUNCAN, BRENDA | 5602 SWANSON RD, ELLENWOOD, GA 302943856 |
| ENGLAND, MEGHAN | 1240 N PLACENTIA AVE, FULLERTON, CA 92831 |
| EWALD, GRANT C | 14 MAGERUS ST., SOUTH HUNTINGTON, NY 11746 |
| FLORIAN, JENNIE | 108 HAMPTON AVE, MASTIC, NY 11950 |
| GARCIA, DAWN | 8828 HICKORY AVE, HESPERIA, CA 92345 |
| GAYTAN, LETICIA | 8656 EVERGREEN AVENUE, SOUTH GATE, CA 90280 |
| GERNAND, JOYCE A | 3626 STONE CREEK RUN, FORT WAYNE, IN 46804 |
| GONZALEZ, JOSEPH | 4 LONG ST, LAKE GROVE, NY 11755 |
| GRAVELY-ROBINSON, KAREN | C/O ROBERT A WILLIAMS, ESQ., 45 JONES ST, MARTINSVILLE, VA 24112 |
| GRIFFIN, AMANI | PO BOX 992, GLEN BURNIE, MD 21060 |
| GRISSOM, GARY A | 5315 W WOODVIEW COURT, SPOKANE, WA 99208 |
| GRUDZINSKI, MICHELE | 754 BLUE RIDGE DR, MEDFORD, NY 11763 |
| HAGG, RENEE C | 8074 CARNABY CT SOUTH, HANOVER PARK, IL 60133 |
| HANSON, ANDREA | 3840 W 608 N, HUNTINGTON, IN 46750 |
| HARDIN COUNTY | ATTN RYAH A. ZERBY, ASST PROSECUTOR, 1 COURTHOUSE SQ., STE 230, KENTON, OH 43326 |
| HASSLER, ASHLEY | 320 UPAS STREET, SAN DIEGO, CA 92103 |
| HENDERSON APPRAISAL SRV | ATTN MICHAEL K. HENDERSON, 5801 N. POLK DR., KC, MO 64151 |
| HENNING-PABON, JENNIFER | 1819 MICHIGAN AVE #103, NAPERVILLE, IL 60563 |
| HERNANDEZ, MATTHEW AND MELANIE | 2158 COTTONWOOD AVENUE, SAN JACINTO, CA 92582 |
| HERTZLER, ALICE P. | 1707 STIRLING STREET, COATESVILLE, PA 19320 |
| HICKS JR., ROBERT E. | 1418 E 103RD ST 1ST FL, BROOKLYN, NY 11236 |
| HOGAN, KERRY N | 4462 FIRELIGHT DRIVE, SAINT LOUIS, MO 63129 |
| IRVINE, JACQLYN F (JACQUI) | 16652 ALMADEN DR, FONTANA, CA 92336 |
| JACKSON, SABRINA | 217 HAWTHORNE AVE 1, CENTRAL ISLIP, NY 11722 |
| JETT, H.L. | 1808 W. GRACE AVE, SPOKANE, WA 99205 |
| JIMENEZ, MARCELA M | 2329 LIME AVENUE, LONG BEACH, CA 90806 |
| JOHN BLUEL APPRAISAL SERVC | ATTN JOHN BLUEL, 5978 SCHROEDER RD, MADISON, WI 53711 |
| JOYAL, SHELLY L. | 451 MAIN DUNSTABLE RD, NASHUA, NH 03062 |
| KAPLAN, CHERYL | 7 CIRCLE DR, SYOSSET, NY 11791 |
| KATONA, JESSICA L | 156 JEFFERSON ST, EAST ISLIP, NY 11730 |
| KEEFE, SENOA | 204 ANNA ST, NORTH AURORA, IL 60542 |
| KING, JULIE L. | 202 STUART CIR, MC DONALD, PA 150572615 |
| KINSLOW, JENNIFER | 719 3RD AVE, EAST NORTHPORT, NY 11731 |
| KIRK, CHRISTOPHER | 17 CUERVO DR, ALISO VIEJO, CA 92656 |
| KOIFMAN, OLEG | 2832 W 23RD ST APT 4E, BROOKLYN, NY 11224 |

| Claim Name | Address Information |
|---|---|
| LACOMBE, LINDA M | 6105 BROOKWOOD DR,OAK FOREST, IL 60452 |
| LADD, BRIAN K. | 17220 N 37TH ST,PHOENIX, AZ 85032 |
| LAHENS, JUDITH E | 7 CHELMSFORD DR,WHEATLEY HEIGHTS, NY 11798 |
| LALIME, JOHN | 4040 8TH PLACE,VERO BEACH, FL 32960 |
| MALLEY, MARIE | 158 HORIZON VIEW,FARMINGVILLE, NY 11738 |
| MANGINELLI, DANIEL | 3311 TEMPE DR,HUNTINGTON BEACH, CA 92649 |
| MANGINELLI, DANIEL III | 7 NEWHAVEN,LAGUNA NIGUEL, CA 92677 |
| MARESCA, JOAN | 2 SHORT HILL ROAD,NEW CITY, NY 10956 |
| MARINARO, JAMES | 75-A HILLWOOD DR,HUNTINGTON STATION, NY 11746 |
| MASCOLO, JACQUELINE | 31 S COLUMBIA ST,PORT JEFFERSON STATI, NY 11776 |
| MCCOY, WILLIAM K (KEVIN) | 13550 MERIDIAN AVE N,SEATTLE, WA 98133 |
| MCMACHAN, FRED N. | 485 WHITREE LANE,CHESTERFIELD, MO 63017-2449 |
| MEYSEMBOURG, TAMI | 11646 WHITEHALL AVE NW,UNIONTOWN, OH 44685 |
| MILLS, DEBORAH | 7343 EL CAMINO REAL 201,ATASCADERO, CA 93422 |
| MONSIMER, FREDERICK | 2916 TOLL GATE DRIVE,NORRISTOWN, PA 19403 |
| MOORE APPRAISAL CO., INC | ATTN ROBERT W MOORE, PRESIDENT,160 WEST CARMEL DRIVE,SUITE 214,CARMEL, IN 46032 |
| MORRIS, THOMAS E. & MARGARET JR. | 7222 MYSTIC WAY,PORT SAINT LUCIE, FL 34986 |
| NORWOOD, CARRIE H | 4401 SHATTALON DR,WINSTON SALEM, NC 27106 |
| ORANGE AND ROCKLAND UTILITIES, INC. | ATTN MARCIA MCLEOD, SUPERVISOR,390 W ROUTE 59,SPRING VALLEY, NY 10977-5300 |
| PAGE, NICOLE | 713 HUSON AVE.,ROMEOVILLE, IL 60491 |
| PARRY, OLIVER W & BRACKETT, ALLEN V | 6603 NW 25TH CT,BOCA RATON, FL 33496 |
| PASANISE, MIKE | 1518 S ADAMS ST,SPOKANE, WA 99203 |
| PETERS, KIMBERLY K (KIM) | 8960 SUTTERS GOLD,DRIVE,SACRAMENTO, CA 95826 |
| PICCIUCA, JANA L. | 6 MAYWOOD PL,KINGS PARK, NY 11754 |
| PRESSMAN, CARYN | 314 HART STREET,FIRST FLOOR,BROOKLYN, NY 11206 |
| REPUBLIC WASTE SERVICES | ATTN LESLIE HARRIS, CREDIT DEPT,PO BOX 9001815,LOUISVILLE, KY 40290-1815 |
| REYES, MILDRED M. | 8973 TAMAR DRIVE,APT 302,COLUMBIA, MD 21045 |
| RHODUS, DONDREA (DONDI) | 18381 HWY 1057,KENTWOOD, LA 70444 |
| RINGSTONE PARTNERS, LLC | ATTN DEBBIE STONER, PARTNER/PROP MGR.,PO BOX 160897,BIG SKY, MT 59716 |
| RODRIGUEZ, MARGIDLEY | 137 16B 68TH DR,KEW GARDENS HILLS, NY 11367 |
| SCARBROUGH, EMMA A | 218 BEACH 14TH ST,FAR ROCKAWAY, NY 11691 |
| SHAW, STEVEN | 62 STRATFORD RD,WEST HEMPSTEAD, NY 11552 |
| SHEALEY, DORNETTA | 114 83 228TH ST,CAMBRIA HEIGHTS, NY 11411 |
| SMITH, MICHAEL R | 167 THOMAS POWELL,BLVD,FARMINGDALE, NY 11735 |
| SOUDERTON AREA SCHOOL DISTRICT/UPPER | SALFORD TOWNSHIP TAX COLLECTOR,PRINCE ALTEE THOMAS, ESQUIRE,2000 MARKET ST., 10TH FL -ROTHSCHILD LLP,PHILADELPHIA, PA 19103-3291 |
| THOMAS, LORI | 3368 S CARMAN AVE,SPRINGFIELD, IL 62703 |
| THOMPSON, MARIE | 67 WAVERCREST DR.,MASTIC BEACH, NY 11951 |
| TSESMETZIS, STEFANOS | 112 WINTER LN,HICKSVILLE, NY 11801 |
| ULRICH, EUGENE | 316 METZ RD,SEASIDE, CA 93955 |
| WEST COAST CONTRACTING OF NEVADA INC | ATTN MARIO RAMIREZ,PRESIDENT,7785 WHITE FIRST ST,RENO, NV 89523 |

**Total Creditor Count 135**