IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No.: 07-11047 (CSS)<br>Jointly Administered |

**SUPPLEMENTAL AFFIDAVIT OF BDO SEIDMAN, LLP
PURSUANT TO SECTION 328 OF THE BANKRUPTCY CODE AND
RULE 2016(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**William K. Lenhart**, being duly sworn according to law, upon his oath, deposes and says:

1. I am a Certified Public Accountant, licensed under the laws of the State of New York and a partner of the firm of BDO Seidman, LLP ("BDO" or "my firm"), a New York registered limited liability partnership, a national tax and consulting firm consisting in part of certified public accountants, with offices located at 135 W. 50th Street, New York, New York, 10020 and other locations throughout the United States.

2. On September 13, 2007, I duly swore and executed an affidavit (the "September Affidavit") in support of the retention of BDO as financial advisor to the Official Committee of Unsecured Creditors in the above captioned case (the "Committee").

3. The September Affidavit was submitted to this Court on or about September 27, 2007 along with the Committee's Application to Employ BDO Seidman, LLP as Financial Advisor.

4. The Court approved the employment of BDO as the Committee's financial advisor by Order entered on November 28, 2007.

5. As part of its normal business practices, BDO reviews ongoing matters to ensure continued disinterestedness. This process revealed that BDO is presently involved in an ongoing litigation with the Bank of America, the administrative agent for the secured creditors in these cases, regarding a matter unrelated to these bankruptcy proceedings. BDO and Bank of America are adverse to each other in that litigation. While BDO does not believe that this matter constitutes a conflict, in the abundance of caution, BDO has decided to disclose the existence of the litigation to the Court and other parties in interest.

6. Further, to the best of my knowledge, information and belief, BDO neither holds nor represents any interest adverse to the Debtors, or its estate, in the matters for which it has been retained. Accordingly, BDO continues to believe that it is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as modified by section 1107(b) of the Bankruptcy Code and as required by section 327(a).

Dated: New York, New York
June 6, 2008

William K. Lenhart

Sworn and subscribed to before me
this 6th day of June, 2008.

NOTARY PUBLIC

**MARGARET ADAMS**
Notary Public, State of New York
No. 01AD 4776353
Qualified in Kings County
Commission Expires February 28, 2011