IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                        :   Case No. 07-11047 (CSS)
a Delaware corporation, et al., [1]                          :
                                                             :   Jointly Administered
      Debtors.                                               :
                                                             :   Objection Deadline: July 2, 2008 at 4:00
------------------------------------------------------------ x   p.m.
                                                                 Hearing Date: N/A
```

## NOTICE OF APPLICATION

TO:     The Debtors, the United States Trustee, Counsel for the Official Committee of Unsecured
        Creditors, Counsel for the Administrative Agent, Counsel for the DIP Agent, and
        Milestone Advisors, LLC.

        The **Seventh Monthly Application of Milestone Advisors LLC as Financial
Advisor and Investment Banker for the Debtors, for Allowance of Compensation for
Services Rendered and for Reimbursement of Expenses During the Period From February
1, 2008 through February 29, 2008** (the "Application") has been filed with the Bankruptcy
Court. The Application seeks allowance of interim fees in the amount of $200,000.00 and
interim expenses in the amount of $911.16.

        Objections to the Application, if any, are required to be filed on or before **July 2,
2008 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States
Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington,
Delaware 19801.

        At the same time, you must also serve a copy of the response so as to be received by the
following on or before the Objection Deadline: (i) American Home Mortgage Holdings, Inc., 538
Broadhollow Road, Melville, New York 11747 (Attn.: Alan Horn, General Counsel); (ii) Young
Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington,
Delaware 19899-0391 (Attn.: James L. Patton, Jr.), counsel to the Debtors; (iii) Milestone

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:
American Home Mortgage Holdings, Inc. ("AHM Holdings") (6303); American Home Mortgage Investment Corp.
("AHM Investment"), a Maryland corporation (3914); American Home Mortgage Acceptance, Inc. ("AHM
Acceptance"), a Maryland corporation (1979); American Home Mortgage Servicing, Inc. ("AHM Servicing"), a
Maryland corporation (7267); American Home Mortgage Corp. ("AHM Corp."), a New York corporation (1558);
American Home Mortgage Ventures LLC ("AHM Ventures"), a Delaware limited liability company (1407);
Homegate Settlement Services, Inc. ("Homegate"), a New York corporation (7491); and Great Oak Abstract Corp.
("Great Oak"), a New York corporation (8580).  The address for all of the Debtors is 538 Broadhollow Road,
Melville, New York 11747, except for AHM Servicing, whose address is 4600 Regent Blvd., Suite 200, Irving,
Texas 75063.

Advisors, LLC, 1775 Eye Street, NW, Suite 800, Washington, DC 20006 (Attn: Jeffrey M. Levine); (iv) Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022 and Blank Rome LLP, 1201 Market Street, Suite 800, Wilmington, DE 19801, counsel to the Committee; (v) Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022 (Attn.: Margot B. Schonholtz and Scott D. Talmadge) and Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware 19801 (Attn.: Laurie Selber Silverstein), counsel to the Administrative Agent; (vi) Jones Day, 222 East 41st Street, New York, New York 10017 (Attn.: Corinne Ball and Erica M. Ryland) and Greenberg Traurig LLP, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn.: Victoria Counihan), counsel to the DIP Agent; (vii), and the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn.: Joseph McMahon).

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held at a date and time to be determined before the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS [DOCKET NO. 547], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

Dated: Wilmington, Delaware
　　　　June 12, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Matthew B. Lunn
James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Sean M. Beach (No. 4070)
Matthew B. Lunn (No. 4119)
Margaret B. Whiteman (No. 4652)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------------ x | | |
| In re: | : | Chapter 11 |
| | : | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | Case No. 07-11047 (CSS) |
| a Delaware corporation, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| ------------------------------------------------------------------ x | | |

**SEVENTH MONTHLY APPLICATION OF
MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER
FOR THE
DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE INTERIM PERIOD FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008**

| | |
|---|---|
| Name of Applicant: | Milestone Advisors LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | Effective as of August 6, 2007 |
| Period for which compensation and reimbursement is sought: | February 1, 2008 through February 29, 2008 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $200,000.00 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | $911.16 |
| This is an: ___X___ interim _____ final application | |

This application includes no hours incurred in connection with the preparation of Fee Applications.

Prior applications:

| Date Filed / Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 12/7/07 - #2316 | 8/6/2007- 8/31/07 | $167,741.94 | $67,661.78 | $167,741.94 | $67,661.78 |
| 12/13/07- #2378 | 9/1/2007- 9/30/07 | $200,000.00 | $47,954.43 | $200,000.00 | $47,954.43 |
| 1/2/08- #2563 | 10/1/2007-10/31/07 | $200,000.00 | $25,943.49 | $200,000.00 | $25,943.49 |
| 3/14/08- #3310 | 11/1/2007-11/30/07 | $800,000.00 | $20,228.88 | $800,000.00 | $20,228.88 |
| 4/15/08- #3701 | 12/1/2007-12/31/07 | $200,000.00 | $5,856.15 | $160,000.00 | $5,856.15 |
| 4/17/08- #3719 | 1/1/2008- 1/31/08 | $200,000.00 | $2,827.00 | $160,000.00 | $2,827.00 |

**AMERICAN HOME MORTGAGE**

**MILESTONE ADVISORS LLC**
**SUMMARY OF HOURS WORKED BY PROFESSIONAL**
**FOR THE PERIOD FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008**

| PROFESSIONAL | POSITION | HOURS |
|---|---|---|
| Jeffrey Levine | Managing Director | 21.0 |
| Gene Weil | Managing Director | 19.0 |
| John Nelligan | Managing Director | 37.5 |
| Richard Young | Associate | 19.5 |
| Andrew Bernstein | Analyst | 28.0 |
| Darryl Conway | Analyst | 99.5 |
| Thomas (TJ) Humes | Analyst | 20.0 |
| Saad Irfani | Analyst | 10.5 |
| **Total** | | **255.0** |

**AMERICAN HOME MORTGAGE**

**MILESTONE ADVISORS LLC**
**SUMMARY OF HOURS WORKED BY PROJECY CODE**
**FOR THE PERIOD FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008**

| Project Code | Description of Activity | Hours |
|---|---|---|
| 102 | Negotiation, documentation, court approval process and closing of sale of servicing operation | 28.0 |
| 104 | Contact prospective acquirers, execute confidentiality agreements, respond to due diligence requests, and participate in due diligence discussions with prospective acquirers of bank | 95.5 |
| 105 | Negotiation, documentation, court approval process and closing of sale of bank | 10.0 |
| 106 | Coordination of, and provide support to AHM personnel for, sale of various assets (other than servicing related assets and AHM Bank); internal AHM meetings and calls | 121.5 |
| | | **255.0** |

# AMERICAN HOME MORTGAGE

## MILESTONE ADVISORS LLC
## INTERIM EXPENSE SUMMARY
## FOR THE PERIOD FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

| Expense Category | Amount |
| --- | --- |
| Postage – Express Courier | $647.47 |
| Teleconference | 55.44 |
| Car Rental / Taxis | 45.00 |
| Meals | 115.25 |
| Travel Agency Fees | 48.00 |
| Total | $911.16 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- x
In re:                                                         :    Chapter 11
                                                               :
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                          :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                                :
                                                               :    Jointly Administered
   Debtors.                                                    :
-------------------------------------------------------------- x

### SEVENTH MONTHLY APPLICATION OF
### MILESTONE ADVISORS LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER
### FOR THE
### DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE
### OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
### FOR THE INTERIM PERIOD FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

Pursuant to 11 U.S.C. §§ 328, 330 and 331 and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, the financial advisory and investment banking firm of Milestone Advisors

LLC (hereinafter "Milestone") hereby moves this Court for reasonable compensation for

professional services rendered as financial advisor and investment banker to American Home

Mortgage Holdings, Inc., et al., the debtors and debtors-in-possession in the above-captioned cases

(the "Debtors"), in the amount of $200,000.00 together with reimbursement for actual and

necessary expenses incurred in the amount of $911.16 for the interim period February 1, 2008

through February 29, 2008 (the "Interim Fee Period"). In support of its Application, Milestone

respectfully represents as follows:

### RELIEF REQUESTED

1. Milestone was employed under an engagement letter to represent the Debtors as

financial advisor and investment banker in connection with this chapter 11 case effective as of

August 6, 2007, pursuant to an Order entered by this Court on October 17, 2007. Pursuant to

Milestone's engagement letter with the Debtors, as approved and amended by the Retention Order,

Milestone is authorized to receive a monthly financial advisory fee of $200,000.00 (a "Monthly

Fee") for each month for the term of the engagement and to be reimbursed for its reasonable expenses incurred in connection with the engagement.

2. For the Interim Fee Period, Milestone seeks (i) allowance of compensation for professional services rendered to the Debtors in the aggregate amount of $200,000.00 for the Monthly Fees for February 2008 and (ii) reimbursement of Milestone's actual, reasonable and necessary expenses incurred and recorded in connection with the rendition of services during such Interim Fee Period in the amount of $911.16. The total compensation and expense reimbursement sought in this fee application is $200,911.16.

3. All services for which compensation is requested by Milestone were performed for or on behalf of the Debtors. Milestone respectfully submits that the requested compensation is appropriate and should be approved and Milestone further submits that the services that Milestone has rendered to the Debtors have been necessary and in the best interests of the Debtors and have furthered the goals of all parties in interest.

## TIME RECORDS

4. Milestone does not maintain, in the normal course of providing financial advisory and investment banking services to its clients, detailed written time records, and does not bill its clients based on the number of hours expended by its professionals. However, Milestone has agreed to and will maintain records of the time expended by its professionals in the rendition of professional services to the Debtors for the duration of these chapter 11 cases. The Court approved the Retention Order which expressly permits Milestone to maintain time records by day, by person, for this Interim Fee Period, and in half hour increments for all time expended thereafter.

## SUMMARY OF SERVICES RENDERED

5. During this Interim Fee Period, on behalf of the Debtors, Milestone continued to provide financial advisory and investment banking services to the Debtor and handled follow on

matters related to the sale of the Mortgage Servicing Rights ("MSR") and Servicing Platform.

Additionally, Milestone professionals continued to work on the sale of American Home Bank

("AHM Bank") and the sale of the certain non performing loan pools. A detailed description of

services rendered by Milestone by professional during the Interim Fee Period, summarized by

Project code, and the number of hours expended in performing such services are set forth in Exhibit

A.

> 6. Marketing calls, meetings, and conference calls with various parties in relation to

the sale of AHM Bank. These efforts included the identification of prospective purchasers,

preliminary discussion and negotiation of confidentiality and non disclosure agreements,

maintenance of the online data rooms and on site due diligence session with prospective purchasers.

Additionally, we have been developing a standalone plan for AHM Bank.

> 7. Milestone continued to work on matters related to the Asset Purchase Agreement

("APA"), completing reconciliations to insure that payments made to the Debtor were in accordance

with the APA. Discrepancies were identified, researched and handled with the appropriate parties

and calculations of funding due to the Purchaser from the Debtor were performed.

> 8. Milestone worked on the sale of the Debtors non-performing loan pools. More

than 30 parties were provided with data on CD's with collateral information relative to the non

performing loan sale. Milestone maintained loan sale documents on the data room and responded to

all requests for additional data and while coordinating with the appropriate personnel at the Debtor.

## DISBURSEMENTS

Milestone has incurred out-of-pocket disbursements during the Interim Fee Period in the amount of

$911.16. This disbursement sum is broken down into categories of charges, including, among other

things, travel related items such as airfare, train fare, lodging, "working" meals, and requisite local

transportation. Other administrative expenses incurred were for telephone and teleconference, mail

and express couriers. A complete review of expenses incurred by category for the Interim Fee

Period may be found in the attachments hereto as Exhibit B.

## VALUATION OF SERVICES

9. Investment bankers and analysts of Milestone have expended a total of 255.0 hours in connection with this matter during the Interim Fee Period. The amount of hours spent by each of these persons providing services to the Debtors for the Interim Fee Period is fully set forth in the detail attached hereto as Exhibit A.

10. Milestone believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B hereto are in compliance with the requirements of Local Rule 2016-2.

11. In accordance with the factors enumerated in 11 U.S.C. §328 and §330, the amount requested is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

12. This Application covers the Interim Fee Period February 1, 2008 through February 29, 2008.

WHEREFORE, Milestone requests that allowance be made to it in the sum of $200,000.00 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $911.16 for reimbursement of actual necessary costs and expenses incurred during that period, and further requests such other and further relief as this Court may deem just and proper.

Dated:  Wilmington, Delaware
        June 11, 2008

                            MILESTONE ADVISORS LLC

                            _____
                            Eugene S. Weil
                            1775 Eye Street NW, Suite 800
                            Washington, DC 20006
                            Telephone: (202) 367-3000
                            Facsimile: (202) 367-3001

                            Financial Advisor and Investment Banker for Debtors and
                            Debtors in Possession

<u>VERIFICATION</u>

STATE OF DELAWARE    )
                     )    SS:
NEW CASTLE COUNTY    )

Eugene S. Weil, after being duly sworn according to law, deposes and says:

1.    I am a Managing Director and President in the applicant firm, Milestone Advisors LLC and have been employed by the applicant firm since 2001.

2.    I have personally performed many of the professional services rendered by Milestone Advisors LLC, as financial advisor and investment banker to the Debtors and am familiar with all other work performed on behalf of the professionals in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
EUGENE S. WEIL

SWORN TO AND SUBSCRIBED before me this _11_ day of June 2008.

PERI S. DONNER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 14, 2012

_____
Notary Public
My Commission Expires:_____

# EXHIBIT A

## AMERICAN HOME MORTGAGE
### MILESTONE ADVISORS, LLC
### DETAIL OF SERVICES RENDERED BY PROJECT CODE
### FOR THE PERIOD FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Weil, Gene | 2/1/2008 | 104 | 2.5 | Meeting with Josh Segopaul of WL Ross regarding AHM Bank sale; conversations with Kroll regarding the same |
| Levine, Jeff | 2/1/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Bernstein, Andrew | 2/1/2008 | 102 | 4.0 | Calculation of Advances To Be Backed Out Due to Calyan Deboarding |
| Bernstein, Andrew | 2/1/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Irfani, Saad | 2/1/2008 | 106 | 0.5 | Non-performing loan sale-Assisting buyer diligence |
| Humes, TJ | 2/1/2008 | 104 | 1.5 | Subsidiary analysis |
| Conway, Darryl | 2/1/2008 | 106 | 0.5 | Non performing loan sale; answer data room access quesitons |
| Conway, Darryl | 2/1/2008 | 106 | 1.0 | Non performing loan sale; send out collateral cds |
| Conway, Darryl | 2/1/2008 | 106 | 1.0 | Non performing loan sale; answer sale process questions |
| Conway, Darryl | 2/1/2008 | 106 | 1.5 | Non performing loan sale; AHM internal call |
| Conway, Darryl | 2/1/2008 | 106 | 1.5 | Non performing loan sale; upload foreclosure data onto the data room, grant permission to see document to all parties |
| Conway, Darryl | 2/1/2008 | 106 | 1.0 | Non performing loan sale; send out NDAs |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Conway, Darryl | 2/4/2008 | 106 | 1.0 | Non performing loan sale; prepare list of parties' addresses which have executed NDA to s |
| Levine, Jeff | 2/4/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Bernstein, Andrew | 2/4/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Conway, Darryl | 2/4/2008 | 106 | 0.5 | Non performing loan sale; send out NDAs |
| Conway, Darryl | 2/4/2008 | 106 | 1.0 | Non performing loan sale; update contact list |
| Irfani, Saad | 2/4/2008 | 106 | 1.5 | Non-performing loan sale-Assisting buyer diligence |
| Weil, Gene | 2/4/2008 | 104 | 2.0 | Meetings with MHR re: AHM Bank sale |
| Conway, Darryl | 2/4/2008 | 106 | 1.5 | Non performing loan sale; load documents to the data room |
| Conway, Darryl | 2/5/2008 | 106 | 1.5 | Non performing loan sale; put updated loan tapes on data room, send out notice to all parites |
| Levine, Jeff | 2/5/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Conway, Darryl | 2/5/2008 | 106 | 2.5 | Non performing loan sale; respond to questions regarding the loan tapes |
| Conway, Darryl | 2/5/2008 | 106 | 2.5 | Non performing loan sale; send out NDAs, answer NDA revisions |
| Bernstein, Andrew | 2/5/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Conway, Darryl | 2/5/2008 | 106 | 1.0 | Non performing loan sale; set up and grant access to new parties to the data room |
| Humes, TJ | 2/5/2008 | 104 | 1.0 | NDA and OM distribution |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Conway, Darryl | 2/6/2008 | 106 | 1.0 | Non performing loan sale; send out NDAs |
| Levine, Jeff | 2/6/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Irfani, Saad | 2/6/2008 | 106 | 1.0 | Non-performing loan sale-Assisting buyer diligence |
| Conway, Darryl | 2/6/2008 | 106 | 1.5 | Non performing loan sale; field questions concerning loan tapes |
| Bernstein, Andrew | 2/6/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Humes, TJ | 2/6/2008 | 104 | 2.5 | NDA and OM distribution, diligence distribution |
| Weil, Gene | 2/6/2008 | 104 | 2.0 | Calls and meetings with Capital Source and Equifin regarding AHM Bank sale |
| Levine, Jeff | 2/7/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Conway, Darryl | 2/7/2008 | 106 | 1.5 | Non performing loan sale; field questions concerning indicative bids |
| Conway, Darryl | 2/7/2008 | 106 | 1.5 | Non performing loan sale; grant access to the data room |
| Conway, Darryl | 2/7/2008 | 106 | 1.5 | Non performing loan sale; create indiciative bid form for interested parties |
| Nelligan, John | 2/7/2008 | 104 | 2.0 | Various calls with IndyMac regarding branch sale |
| Conway, Darryl | 2/7/2008 | 106 | 1.0 | Non performing loan sale; go through revisions to the NDAs |
| Conway, Darryl | 2/7/2008 | 106 | 0.5 | Non performing loan sale; update contact list |
| Humes, TJ | 2/7/2008 | 104 | 2.0 | NDA and OM distribution |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Bernstein, Andrew | 2/7/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Conway, Darryl | 2/7/2008 | 106 | 1.0 | Non performing loan sale; send out NDAs |
| Conway, Darryl | 2/7/2008 | 106 | 2.5 | Non performing loan sale; answer questions concerning loan pools, forward requests to AHM |
| Conway, Darryl | 2/8/2008 | 106 | 1.0 | Non performing loan sale; review documentation behind indicative bids |
| Nelligan, John | 2/8/2008 | 104 | 1.5 | Calls with IndyMac regarding branch sale |
| Nelligan, John | 2/8/2008 | 106 | 0.5 | Call with Kroll regarding IndyMac sale |
| Young, Richard | 2/8/2008 | 104 | 0.5 | Manage Sales Process |
| Levine, Jeff | 2/8/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Humes, TJ | 2/8/2008 | 104 | 0.5 | NDA distribution/negotiation |
| Bernstein, Andrew | 2/8/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Conway, Darryl | 2/8/2008 | 106 | 1.5 | Non performing loan sale; field questions concerning indiciative bid process |
| Conway, Darryl | 2/8/2008 | 106 | 2.0 | Non performing loan sale; review indicative bids |
| Conway, Darryl | 2/8/2008 | 106 | 2.5 | Non performing loan sale; prepare indicative bid matrix |
| Conway, Darryl | 2/8/2008 | 106 | 1.5 | Non performing loan sale; upload documents to data room |
| Nelligan, John | 2/8/2008 | 104 | 0.5 | Calls with YCST |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Conway, Darryl | 2/8/2008 | 106 | 1.0 | Non performing loan sale; grant access to the data room |
| Irfani, Saad | 2/8/2008 | 106 | 0.5 | Non-performing loan sale-Assisting buyer diligence |
| Weil, Gene | 2/8/2008 | 104 | 1.0 | Call with WL Ross regarding AHM Bank sale and open sevicing items |
| Conway, Darryl | 2/10/2008 | 106 | 1.5 | Non performing loan sale; call certain bidders to attain additional information |
| Conway, Darryl | 2/10/2008 | 106 | 1.5 | Non performing loan sale; field calls from bidders concerning results |
| Conway, Darryl | 2/10/2008 | 106 | 1.5 | Non performing loan sale; internal calls to dicuss bids |
| Conway, Darryl | 2/10/2008 | 106 | 2.0 | Non performing loan sale; prepare additional documents concerning BofA pool bids and financial information |
| Bernstein, Andrew | 2/11/2008 | 102 | 3.0 | Tracking of Delinquent Loans (Calyan Portfolio) |
| Levine, Jeff | 2/11/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Nelligan, John | 2/11/2008 | 106 | 0.5 | Correspondence with AH Bank management and counsel |
| Nelligan, John | 2/11/2008 | 104 | 1.5 | Calls with indymac and Kroll regarding branch sale |
| Weil, Gene | 2/11/2008 | 106 | 1.0 | Internal discussions regarding AHM Bank sale |
| Irfani, Saad | 2/11/2008 | 106 | 1.0 | Non-performing loan sale-Assisting buyer diligence |
| Humes, TJ | 2/11/2008 | 104 | 0.5 | NDA and OM distribution |
| Conway, Darryl | 2/11/2008 | 106 | 1.5 | Non performing loan sale; grant access to the data room |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Bernstein, Andrew | 2/11/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Conway, Darryl | 2/11/2008 | 106 | 1.5 | Non performing loan sale; answer questions concerning results |
| Conway, Darryl | 2/12/2008 | 106 | 4.5 | Non performing loan sale; field questions concerning AHM pool, diligence requestsz |
| Irfani, Saad | 2/12/2008 | 106 | 0.5 | Non-performing loan sale-Assisting buyer diligence |
| Conway, Darryl | 2/12/2008 | 106 | 1.0 | Non performing loan sale; review revisions to NDAs |
| Conway, Darryl | 2/12/2008 | 106 | 2.5 | Non performing loan sale; field questions concerning diligence reimbursement |
| Conway, Darryl | 2/12/2008 | 106 | 0.5 | Non performing loan sale; update data room |
| Conway, Darryl | 2/12/2008 | 106 | 1.0 | Non performing loan sale; send out NDA |
| Levine, Jeff | 2/12/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Bernstein, Andrew | 2/12/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Bernstein, Andrew | 2/13/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Young, Richard | 2/13/2008 | 104 | 1.0 | Manage Sales Process |
| Levine, Jeff | 2/13/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Conway, Darryl | 2/13/2008 | 106 | 2.0 | Non performing loan sale; review revisions to NDAs |
| Conway, Darryl | 2/13/2008 | 106 | 2.5 | Non performring loan sale; update data room |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Humes, TJ | 2/14/2008 | 104 | 0.5 | Diligence distribution |
| Bernstein, Andrew | 2/14/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Conway, Darryl | 2/14/2008 | 106 | 2.0 | Non performing loan sale; field questions/ requests concerning the pools |
| Conway, Darryl | 2/14/2008 | 106 | 2.0 | Non performing loan sale; post documents to the data room |
| Levine, Jeff | 2/14/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Irfani, Saad | 2/15/2008 | 106 | 1.0 | Non-performing loan sale-Assisting buyer diligence |
| Levine, Jeff | 2/15/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Nelligan, John | 2/15/2008 | 106 | 1.0 | Internal call with Kroll re: IndyMac branch sale |
| Nelligan, John | 2/15/2008 | 105 | 1.5 | Reviewing purchase agreements and motions re: IndyMac branch sale |
| Nelligan, John | 2/15/2008 | 104 | 1.5 | Calls with IndyMac regarding branch sale |
| Bernstein, Andrew | 2/15/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Conway, Darryl | 2/17/2008 | 106 | 1.5 | Non performing loan sale; review revisions to NDAs |
| Conway, Darryl | 2/17/2008 | 106 | 1.5 | Non performing loan sale; post documents to the data room |
| Conway, Darryl | 2/17/2008 | 106 | 2.0 | Non performing loan sale; field questions/ requests concerning the pools |
| Conway, Darryl | 2/18/2008 | 106 | 1.5 | Non performing loan sale; update data room |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Levine, Jeff | 2/18/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Conway, Darryl | 2/18/2008 | 106 | 2.0 | Non performing loan sale; field questions/ requests concerning the pools |
| Conway, Darryl | 2/18/2008 | 106 | 1.5 | Non performing loan sale; post documents to the data room |
| Irfani, Saad | 2/18/2008 | 106 | 1.0 | Non-performing loan sale-Assisting buyer diligence |
| Bernstein, Andrew | 2/18/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Weil, Gene | 2/19/2008 | 106 | 1.5 | Review analysis of WL Ross proposal for AHM Bank and diligence needs |
| Irfani, Saad | 2/19/2008 | 106 | 0.5 | Non-performing loan sale-Assisting buyer diligence |
| Conway, Darryl | 2/19/2008 | 106 | 1.0 | Non performing loan sale; update data room |
| Humes, TJ | 2/19/2008 | 104 | 2.0 | W.L. Ross proposal analysis |
| Conway, Darryl | 2/19/2008 | 106 | 2.5 | Non performing loan sale; field questions/ requests concerning the pools |
| Conway, Darryl | 2/19/2008 | 106 | 2.0 | Non performing loan sale; post documents to the data room |
| Levine, Jeff | 2/19/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Bernstein, Andrew | 2/19/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Bernstein, Andrew | 2/20/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Humes, TJ | 2/20/2008 | 104 | 1.5 | W.L. Ross proposal analysis |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Levine, Jeff | 2/20/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Weil, Gene | 2/20/2008 | 106 | 2.0 | Review UCC Presentation regarding alternatives for AHM Bank; calls with Kroll regarding the same |
| Conway, Darryl | 2/20/2008 | 106 | 2.0 | Non performing loan sale; review revisions to NDAs |
| Nelligan, John | 2/20/2008 | 106 | 1.0 | Review materials related to the sale of AH Bank |
| Conway, Darryl | 2/20/2008 | 106 | 1.5 | Non performing loan sale; send out additional NDAs |
| Conway, Darryl | 2/20/2008 | 106 | 1.5 | Non performing loan sale; field questions/ requests concerning the pools |
| Nelligan, John | 2/20/2008 | 104 | 4.0 | Various calls with IndyMac regarding branch sale |
| Nelligan, John | 2/21/2008 | 104 | 5.0 | Various calls with IndyMac regarding branch sale |
| Nelligan, John | 2/21/2008 | 106 | 1.0 | Internal call regarding AH Bank sale |
| Levine, Jeff | 2/21/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Conway, Darryl | 2/21/2008 | 106 | 1.5 | Non performing loan sale; field questions/ requests concerning the pools |
| Bernstein, Andrew | 2/21/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Levine, Jeff | 2/22/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Humes, TJ | 2/22/2008 | 104 | 1.5 | W.L. Ross proposal analysis, diligence distribution |
| Nelligan, John | 2/22/2008 | 105 | 1.5 | Call with IndyMac regarding branch sale closing |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Nelligan, John | 2/22/2008 | 105 | 1.5 | Internal call with YCST re: IndyMac closing |
| Nelligan, John | 2/22/2008 | 105 | 1.0 | Call with IndyMac / YCST to discuss closing mechanics of Branch Sale transaction |
| Nelligan, John | 2/22/2008 | 105 | 2.0 | Document review re: IndyMac branch sale |
| Nelligan, John | 2/22/2008 | 106 | 2.0 | Internal Milestone call regarding branch sale |
| Bernstein, Andrew | 2/22/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Nelligan, John | 2/23/2008 | 105 | 1.0 | Internal call with YCST |
| Nelligan, John | 2/23/2008 | 105 | 1.5 | Calls with IndyMac regarding branch sale - closing procedures |
| Conway, Darryl | 2/24/2008 | 106 | 1.5 | Non performing loan sale; update data room |
| Conway, Darryl | 2/24/2008 | 106 | 3.5 | Non performing loan sale; field questions/ requests concerning the pools |
| Levine, Jeff | 2/25/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Bernstein, Andrew | 2/25/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Irfani, Saad | 2/25/2008 | 106 | 1.0 | Non-performing loan sale-Assisting buyer diligence |
| Conway, Darryl | 2/26/2008 | 106 | 1.5 | Non performing loan sale; update data room |
| Irfani, Saad | 2/26/2008 | 106 | 1.5 | Non-performing loan sale-Assisting buyer diligence |
| Young, Richard | 2/26/2008 | 104 | 6.0 | Manage Sales Process |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Levine, Jeff | 2/26/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Bernstein, Andrew | 2/26/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Nelligan, John | 2/26/2008 | 106 | 0.5 | Internal call with YCST re: IndyMac |
| Nelligan, John | 2/26/2008 | 106 | 0.5 | Internal call with re: IndyMac |
| Levine, Jeff | 2/27/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Irfani, Saad | 2/27/2008 | 106 | 0.5 | Non-performing loan sale-Assisting buyer diligence |
| Nelligan, John | 2/27/2008 | 104 | 4.5 | Calls with YCST, Kroll and Milestone re: IndyMac branch sale |
| Bernstein, Andrew | 2/27/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Young, Richard | 2/27/2008 | 104 | 6.0 | Manage Sales Process |
| Levine, Jeff | 2/28/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Weil, Gene | 2/28/2008 | 104 | 2.0 | Calls with Credit One regarding AHM Bank; review process update for UCC |
| Humes, TJ | 2/28/2008 | 104 | 3.0 | Comparable banks, process update presentation |
| Bernstein, Andrew | 2/28/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| Young, Richard | 2/28/2008 | 104 | 3.0 | Manage Sales Process |
| Conway, Darryl | 2/28/2008 | 106 | 1.5 | Non performing loan sale; review revisions to NDAs |

| PROFESSIONAL | DATE | PROJECT CODE | HOURS | DESCRIPTION |
|---|---|---|---|---|
| Conway, Darryl | 2/28/2008 | 106 | 1.0 | Non performing loan sale; send out additional NDAs |
| Humes, TJ | 2/29/2008 | 104 | 3.5 | Comparable banks, process update presentation |
| Weil, Gene | 2/29/2008 | 104 | 5.0 | Meeting with Credit One regarding AHM Bank |
| Conway, Darryl | 2/29/2008 | 106 | 1.5 | Non performing loan sale; intralinks back up |
| Young, Richard | 2/29/2008 | 104 | 3.0 | Manage Sales Process |
| Levine, Jeff | 2/29/2008 | 104 | 1.0 | Marketing calls on AHM Bank |
| Bernstein, Andrew | 2/29/2008 | 102 | 1.0 | Calculation of Funding Do to WLR from AHM Corp for Advances on Excluded Portfolio |
| **Total Hours:** | | | 255.0 | |

**Exhibit B**
**Milestone Advisors LLC**
**Detail Expenses by Professional**
**February 1, 2008 - February 29, 2008**

| Category | Employee | Date | Description | Amount |
|---|---|---|---|---|
| Postage - Express | | 02/01/08 | Fedex | 12.51 |
| Postage - Express | | 02/01/08 | Fedex | 12.51 |
| Postage - Express | | 02/04/08 | Fedex | 15.13 |
| Travel - Auto Rental/Limo/Cabs | Conway | 02/05/08 | Taxi | 15.00 |
| Travel - Meals & Entertainment | Conway | 02/05/08 | Dinner | 16.00 |
| Postage - Express | | 2/5/2008 | Fedex | 17.27 |
| Postage - Express | | 2/5/2008 | Fedex | 25.93 |
| Postage - Express | | 2/5/2008 | Fedex | 17.27 |
| Postage - Express | | 2/5/2008 | Fedex | 12.51 |
| Postage - Express | | 2/5/2008 | Fedex | 15.64 |
| Postage - Express | | 2/5/2008 | Fedex | 17.66 |
| Postage - Express | | 2/5/2008 | Fedex | 15.64 |
| Postage - Express | | 2/5/2008 | Fedex | 15.64 |
| Postage - Express | | 2/5/2008 | Fedex | 15.64 |
| Postage - Express | | 2/5/2008 | Fedex | 17.27 |
| Postage - Express | | 2/5/2008 | Fedex | 12.51 |
| Postage - Express | | 2/5/2008 | Fedex | 12.51 |
| Postage - Express | | 2/5/2008 | Fedex | 18.39 |
| Postage - Express | | 2/5/2008 | Fedex | 12.51 |
| Postage - Express | | 2/5/2008 | Fedex | 12.51 |
| Postage - Express | | 2/5/2008 | Fedex | 12.51 |
| Postage - Express | | 2/5/2008 | Fedex | 12.51 |
| Postage - Express | | 2/5/2008 | Fedex | 17.27 |
| Postage - Express | | 2/5/2008 | Fedex | 17.27 |
| Postage - Express | | 2/5/2008 | Fedex | 16.49 |
| Postage - Express | | 2/5/2008 | Fedex | 12.51 |
| Postage - Express | | 2/5/2008 | Fedex | 17.27 |
| Postage - Express | | 2/5/2008 | Fedex | 12.51 |
| Postage - Express | | 2/5/2008 | Fedex | 17.27 |
| Postage - Express | | 2/5/2008 | Fedex | 15.93 |
| Postage - Express | | 02/05/08 | Fedex | 12.41 |
| Postage - Express | | 02/05/08 | Fedex | 14.79 |
| Postage - Express | | 02/05/08 | Fedex | 12.41 |
| Travel - Meals & Entertainment | Conway | 02/06/08 | AHM NonPerforming Loan Sale | 24.20 |
| Travel - Auto Rental/Limo/Cabs | Conway | 02/07/08 | Taxi | 16.00 |
| Travel - Meals & Entertainment | Conway | 02/08/08 | Dinner preparing AHM performing Loan | 18.00 |
| Postage - Express | | 02/12/08 | FedEx | 14.50 |
| Postage - Express | | 02/12/08 | FedEx | 16.40 |
| Travel - Meals & Entertainment | Conway | 02/13/08 | Dinner Cafe Asia | 24.20 |
| Postage - Express | | 02/13/08 | FedEx | 17.29 |
| Postage - Express | | 02/13/08 | FedEx | 17.76 |
| Travel - Auto Rental/Limo/Cabs | Conway | 02/19/08 | Taxi | 14.00 |
| Travel - Meals & Entertainment | Conway | 02/19/08 | Dinner Cafe Asia | 20.90 |
| Postage - Express | | 02/22/08 | Zoom Couriers | 75.35 |
| Travel - Travel Agency Fees | Irfani | 02/25/08 | Travel Agency fees | 48.00 |
| Postage - Express | | 02/26/08 | FedEx 2/26/08 | 35.97 |
| Telephone - Conference | | 02/26/08 | Premier Global Services 2/26/08 | 55.44 |
| Travel - Meals & Entertainment | Wang | 02/29/08 | Wang 2/29/08 AHM Bank-Dinner | 11.95 |
| | | | | 911.16 |