IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------ x | | Chapter 11 |
| In re: | : | |
| | : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | : | |
| a Delaware corporation, et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | Objection Deadline: |
| | | Hearing Date: N/A |
| ------------------------------------------------ x | | |

## NINTH MONTHLY APPLICATION OF LAW OFFICES OF DANIEL C. CONSUEGRA AS FORECLOSURE SERVICE PROVIDER FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED <u>FOR THE INTERIM PERIOD</u> <u>April 1, 2008 THROUGH April 11, 2008</u>

| | |
|---|---|
| Name of Applicant: | **Law Offices of Daniel C. Consuegra** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **Effective as of August 6, 2007** |
| Period for which compensation and reimbursement is sought: | **April 1, 2008 through April 11, 2008** |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | **$80,450.00** |
| Amount of Interim Expense Reimbursement sought as actual, reasonable and necessary: | **$84,234.69** |
| This is an: ____ interim  X final application | |

Fees for this application are all flat fee billings pursuant to contract with one of the Debtors. This application includes no fee component in connection with the preparation of Fee Applications.

Prior applications:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed / Docket No. | Period Covered | Fee | Expenses | Fees | Expenses |
| 12.4.07\2278 | August 6, 2007 through August 31, 2007 | $3,875.00 | $5,159.00 | $3,875.00 100% Approved | $5,159.00 100% Approved |
| Date Filed / Docket No. | Period Covered | Fee | Expenses | Fees | Expenses |
| 12.5.07\2299 | September 1, 2007 through September 30, 2007 | $71,275.00 | $73,198.50 | $71,275.00 100% Approved | $73,198.50 100% Approved |
| Date Filed / Docket No. | Period Covered | Fee | Expenses | Fees | Expenses |
| 12.13.07\2381 | October 1, 2007 through October 30, 2007 | $53,050.00 | $58,664.32 | $53,050.00 100% Approved | $58,664.32 100% Approved |
| Date Filed / Docket No. | Period Covered | Fee | Expenses | Fees | Expenses |
| 1.2.08\2562 | November 1, 2007 through November 30, 2007 | $59,555.00 | $72,316.11 | $59,555.00 80% Approved | $72,316.11 100% Approved |
| Date Filed / Docket No. | Period Covered | Fee | Expenses | Fees | Expenses |
| 1.23.08\2766 | December 1, 2007 through December 31, 2007 | $88,845.00 | $106,342.16 | $88,845.00 80% Approved | $106,342.16 100% Approved |
| Date Filed / Docket No. | Period Covered | Fee | Expenses | Fees | Expenses |
| | January 1, 2008 through January 31, 2008 | $73,210.00 | $55,315.50 | Approved | Approved |
| Date Filed / Docket No. | Period Covered | Fee | Expenses | Fees | Expenses |
| | February 1, 2008 through February 29, 2008 | $75,545.00 | $60,126.34 | Approved | Approved |
| Date Filed / Docket No. | Period Covered | Fee | Expenses | Fees | Expenses |
| | March 1, 2008 through March 31, 2008 | $148,220.00 | $142,259.01 | Approved | Approved |

### INTERIM COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Foreclosure-related work | N/A (All Flat Fee Work) | $78,800.00 |
| Foreclosure-related work | 4.6 Hours at $150.00 per hour performed by Daniel C. Consuegra, Esquire Managing Attorney<br><br>6.4 Hours at $150.00 per hour performed by Peter E. Lanning, Esquire Senior Associate.<br><br>Total: 11.0 hours | $1,650.00 |
| TOTALS | N/A | $80,450.00 |

### INTERIM EXPENSES

| Expenses | Total Hours | Total Expenses ($) |
|---|---|---|
| Funds advanced for foreclosure costs (i.e. title searches, searches, service of process, filing fees, clerk fees and sale fees) | N/A | $84,234.69 |

064657.1001

# Law Offices of Daniel C. Consuegra
## Attorneys at Law

Daniel C. Consuegra
Jennifer A. Sesta
———————
Peter E. Lanning
Amanda R. Duffy
Laura L. Walker

9204 King Palm Drive
Tampa, Florida 33619-1328
Tel: (813) 915-8660
Fax: (813) 915-0559
dan@consuegralaw.com
www.consuegralaw.com

July 12, 2007

RE: American Home Mortgage\AHM Rates

### Foreclosure Professional Flat Fees

| | | |
|---|---|---|
| 1. | <u>Demand Letter</u>: Fee Incurred and billed when sent. | $50.00 |
| 2. | <u>Foreclosure Lawsuit</u>: From Complaint to sale. Covers one court appearance. Half fee incurred and billed when suit filed, and half when sale occurs or case closed. | $1,200.00 |
| 3. | <u>Answer Foreclosure Lawsuit</u>: From Complaint to conclusion. Fee incurred and billed at the time the answer is filed. | $200.00 |
| 4. | <u>Deed in Lieu of Foreclosure</u>: Prepare special warranty deed and supporting affidavits; Supervise execution, delivery, and recording of instruments; assist in delivery of title insurance commitment. Fee incurred and billed when deed recorded or case closed. | $350.00 |
| 5. | <u>Writ of Possession After Foreclosure</u>. Fee incurred and billed when writ filed. | $350.00 |
| 6. | <u>Bankruptcy Prepare Proof of Claim</u>: Approve Chapter 13 Plan; monitor initial payments. Fee incurred and billed when filed. | $200.00 |
| 7. | <u>Bankruptcy, Motion to Lift Stay</u>: Covers one Court appearance. Fee incurred and billed when filed. | $525.00 |
| 8. | <u>Bankruptcy, Response to Motion to Value, Motion to redeem, or Motion to avoid Lien</u>: Covers one Court appearance. Fee incurred and billed when filed. | $525.00 |

Page 2

9.  <u>Bankruptcy, Objection to Plan or Proof of Claim:</u> Covers          $375.00
    one court appearance. Fee incurred and billed when filed.

10. <u>Stipulation:</u> Prepare and file stipulation, secure order          $250.00
    ratifying. Fee incurred and billed at the time the
    stipulation is prepared.

11. <u>Reset Sale:</u> Prepare and file motion to reset sale,               $350.00
    publish, and attend the new sale. Fee incurred
    and billed at the time the motion is filed.

12. <u>Assignment:</u> Prepare, have executed and recorded. Fee            $125.00
    incurred and billed when prepared.

13. <u>Title Claim:</u> Prepare and send secure resolution. Fee incurred    $300.00
    and billed when claim sent.

## VERIFICATION OF FEE APPLICATION

STATE OF FLORIDA         )

                         )     SS: 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

COUNTY OF HILLSBOROUGH   )

           Daniel C. Consuegra, after being duly sworn according to law, deposes and says:

           1.      I am a MANAGING PARTNER in the applicant firm (the "Firm") and have been admitted to the bar of the state of Florida since October 27, 1983.

           2.      I have personally performed many of the legal services rendered by the Firm as foreclosure professionals for the Debtors in the ordinary course of their business and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and paraprofessionals in the Firm.

           3.      The services and expenses were performed and incurred within the month subject to the foregoing Application.

           4.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

                                     Daniel C. Consuegra, Managing Partner

SWORN TO AND SUBSCRIBED
before me this 9 day of June, 2008.

Notary Public CARMEN F ALVAREZ

Carmen F. Alvarez
Notary Public - State of Florida
Commission No. DD653245
Commission Expires 05/28/2011

Date   6/9/08                    DANIEL C. CONSUEGRA
Time 1:40 pm                     Invoice Listing                                          Page 1

| | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 1 | 114898 | 5/10/08 | $1,466.00 | 0 | $1,466.00 |
| 2 | 115373 | 5/10/08 | $786.58 | 0 | $786.58 |
| 3 | 114900 | 5/10/08 | $144.50 | 0 | $144.50 |
| 4 | 114901 | 5/10/08 | $31.50 | 0 | $31.50 |
| 5 | 114951 | 5/10/08 | $1,016.70 | 0 | $1,016.70 |
| 6 | 114903 | 5/10/08 | $116.63 | 0 | $116.63 |
| 7 | 114904 | 5/10/08 | $400.00 | 0 | $400.00 |
| 8 | 114905 | 5/10/08 | $350.00 | 0 | $350.00 |
| 9 | 115043 | 5/10/08 | $1,396.00 | 0 | $1,396.00 |
| 10 | 115487 | 5/10/08 | $50.00 | 0 | $50.00 |
| 11 | 115569 | 5/10/08 | $1,418.50 | 0 | $1,418.50 |
| 12 | 115663 | 5/10/08 | $1,140.68 | 0 | $1,140.68 |
| 13 | 114908 | 5/10/08 | $1,294.00 | 0 | $1,294.00 |
| 14 | 114909 | 5/10/08 | $1,314.00 | 0 | $1,314.00 |
| 15 | 114910 | 5/10/08 | $143.50 | 0 | $143.50 |
| 16 | 114911 | 5/10/08 | $214.00 | 0 | $214.00 |
| 17 | 115593 | 5/10/08 | $675.00 | 0 | $675.00 |
| 18 | 115642 | 5/10/08 | $350.00 | 0 | $350.00 |
| 19 | 114912 | 5/10/08 | $144.50 | 0 | $144.50 |
| 20 | 114913 | 5/10/08 | $28.50 | 0 | $28.50 |
| 21 | 114914 | 5/10/08 | $18.50 | 0 | $18.50 |
| 22 | 114915 | 5/10/08 | $1,346.00 | 0 | $1,346.00 |
| 23 | 114916 | 5/10/08 | $926.02 | 0 | $926.02 |
| 24 | 114917 | 5/10/08 | $400.00 | 0 | $400.00 |
| 25 | 114918 | 5/10/08 | $275.00 | 0 | $275.00 |
| 26 | 115643 | 5/10/08 | $569.58 | 0 | $569.58 |
| 27 | 115046 | 5/10/08 | $229.50 | 0 | $229.50 |
| 28 | 114921 | 5/10/08 | $1,596.00 | 0 | $1,596.00 |
| 29 | 115570 | 5/10/08 | $840.92 | 0 | $840.92 |
| 30 | 115047 | 5/10/08 | $1,299.00 | 0 | $1,299.00 |
| 31 | 114924 | 5/10/08 | $464.50 | 0 | $464.50 |
| 32 | 114925 | 5/10/08 | $27.50 | 0 | $27.50 |
| 33 | 114926 | 5/10/08 | $500.00 | 0 | $500.00 |
| 34 | 114927 | 5/10/08 | $31.50 | 0 | $31.50 |
| 35 | 114928 | 5/10/08 | $143.50 | 0 | $143.50 |
| 36 | 114929 | 5/10/08 | $27.50 | 0 | $27.50 |
| 37 | 114931 | 5/10/08 | $1,323.00 | 0 | $1,323.00 |
| 38 | 114953 | 5/10/08 | $1,304.00 | 0 | $1,304.00 |
| 39 | 114956 | 5/10/08 | $722.31 | 0 | $722.31 |
| 40 | 114958 | 5/10/08 | $1,517.50 | 0 | $1,517.50 |
| 41 | 114960 | 5/10/08 | $1,660.00 | 0 | $1,660.00 |
| 42 | 114971 | 5/10/08 | $1,255.00 | 0 | $1,255.00 |
| 43 | 114972 | 5/10/08 | $144.50 | 0 | $144.50 |
| 44 | 115378 | 5/10/08 | $77.50 | 0 | $77.50 |
| 45 | 114974 | 5/10/08 | $1,502.00 | 0 | $1,502.00 |
| 46 | 114975 | 5/10/08 | $1,327.00 | 0 | $1,327.00 |

| | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 47 | 114977 | 5/10/08 | $1,499.00 | 0 | $1,499.00 |
| 48 | 114978 | 5/10/08 | $684.70 | 0 | $684.70 |
| 49 | 114979 | 5/10/08 | $177.50 | 0 | $177.50 |
| 50 | 114980 | 5/10/08 | $45.00 | 0 | $45.00 |
| 51 | 114981 | 5/10/08 | $799.20 | 0 | $799.20 |
| 52 | 115050 | 5/10/08 | $3,573.10 | 0 | $3,573.10 |
| 53 | 115052 | 5/10/08 | $1,664.00 | 0 | $1,664.00 |
| 54 | 115174 | 5/10/08 | $1,065.02 | 0 | $1,065.02 |
| 55 | 115053 | 5/10/08 | $640.50 | 0 | $640.50 |
| 56 | 115054 | 5/10/08 | $1,469.00 | 0 | $1,469.00 |
| 57 | 115055 | 5/10/08 | $45.00 | 0 | $45.00 |
| 58 | 115057 | 5/10/08 | $1,295.00 | 0 | $1,295.00 |
| 59 | 115059 | 5/10/08 | $233.50 | 0 | $233.50 |
| 60 | 115632 | 5/10/08 | $420.00 | 0 | $420.00 |
| 61 | 115064 | 5/10/08 | $31.50 | 0 | $31.50 |
| 62 | 115065 | 5/10/08 | $420.00 | 0 | $420.00 |
| 63 | 115066 | 5/10/08 | $791.50 | 0 | $791.50 |
| 64 | 115068 | 5/10/08 | $342.50 | 0 | $342.50 |
| 65 | 115069 | 5/10/08 | $382.86 | 0 | $382.86 |
| 66 | 115070 | 5/10/08 | $189.00 | 0 | $189.00 |
| 67 | 115074 | 5/10/08 | $1,397.00 | 0 | $1,397.00 |
| 68 | 115075 | 5/10/08 | $144.50 | 0 | $144.50 |
| 69 | 115622 | 5/10/08 | $60.00 | 0 | $60.00 |
| 70 | 115079 | 5/10/08 | $875.00 | 0 | $875.00 |
| 71 | 115080 | 5/10/08 | $203.00 | 0 | $203.00 |
| 72 | 115082 | 5/10/08 | $249.50 | 0 | $249.50 |
| 73 | 115083 | 5/10/08 | $189.50 | 0 | $189.50 |
| 74 | 115633 | 5/10/08 | $420.00 | 0 | $420.00 |
| 75 | 115084 | 5/10/08 | $70.00 | 0 | $70.00 |
| 76 | 115085 | 5/10/08 | $1,414.50 | 0 | $1,414.50 |
| 77 | 115086 | 5/10/08 | $1,526.00 | 0 | $1,526.00 |
| 78 | 115087 | 5/10/08 | $167.00 | 0 | $167.00 |
| 79 | 115088 | 5/10/08 | $273.50 | 0 | $273.50 |
| 80 | 115134 | 5/10/08 | $65.00 | 0 | $65.00 |
| 81 | 115146 | 5/10/08 | $32.50 | 0 | $32.50 |
| 82 | 115137 | 5/10/08 | $20.00 | 0 | $20.00 |
| 83 | 115140 | 5/10/08 | $146.00 | 0 | $146.00 |
| 84 | 115141 | 5/10/08 | $875.00 | 0 | $875.00 |
| 85 | 115143 | 5/10/08 | $23.50 | 0 | $23.50 |
| 86 | 115144 | 5/10/08 | $172.50 | 0 | $172.50 |
| 87 | 115145 | 5/10/08 | $74.00 | 0 | $74.00 |
| 88 | 115147 | 5/10/08 | $44.50 | 0 | $44.50 |
| 89 | 115148 | 5/10/08 | $143.50 | 0 | $143.50 |
| 90 | 115649 | 5/10/08 | $708.50 | 0 | $708.50 |
| 91 | 115150 | 5/10/08 | $146.50 | 0 | $146.50 |
| 92 | 115151 | 5/10/08 | $31.50 | 0 | $31.50 |
| 93 | 115152 | 5/10/08 | $1,273.00 | 0 | $1,273.00 |
| 94 | 115170 | 5/10/08 | $1,469.00 | 0 | $1,469.00 |
| 95 | 115154 | 5/10/08 | $208.20 | 0 | $208.20 |

| | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 96 | 115155 | 5/10/08 | $1,297.00 | 0 | $1,297.00 |
| 97 | 115156 | 5/10/08 | $43.50 | 0 | $43.50 |
| 98 | 115158 | 5/10/08 | $1,490.69 | 0 | $1,490.69 |
| 99 | 115175 | 5/10/08 | $22.50 | 0 | $22.50 |
| 100 | 115176 | 5/10/08 | $32.50 | 0 | $32.50 |
| 101 | 115177 | 5/10/08 | $105.50 | 0 | $105.50 |
| 102 | 115178 | 5/10/08 | $55.00 | 0 | $55.00 |
| 103 | 115179 | 5/10/08 | $125.00 | 0 | $125.00 |
| 104 | 115180 | 5/10/08 | $143.50 | 0 | $143.50 |
| 105 | 115181 | 5/10/08 | $125.00 | 0 | $125.00 |
| 106 | 115182 | 5/10/08 | $1,498.50 | 0 | $1,498.50 |
| 107 | 115183 | 5/10/08 | $28.50 | 0 | $28.50 |
| 108 | 115184 | 5/10/08 | $31.50 | 0 | $31.50 |
| 109 | 115185 | 5/10/08 | $38.50 | 0 | $38.50 |
| 110 | 115186 | 5/10/08 | $144.50 | 0 | $144.50 |
| 111 | 115187 | 5/10/08 | $1,304.00 | 0 | $1,304.00 |
| 112 | 115189 | 5/10/08 | $1,433.21 | 0 | $1,433.21 |
| 113 | 115190 | 5/10/08 | $161.00 | 0 | $161.00 |
| 114 | 115191 | 5/10/08 | $344.01 | 0 | $344.01 |
| 115 | 115192 | 5/10/08 | $155.50 | 0 | $155.50 |
| 116 | 115195 | 5/10/08 | $189.50 | 0 | $189.50 |
| 117 | 115661 | 5/10/08 | $1,105.00 | 0 | $1,105.00 |
| 118 | 115660 | 5/10/08 | $1,092.50 | 0 | $1,092.50 |
| 119 | 115202 | 5/10/08 | $144.50 | 0 | $144.50 |
| 120 | 115215 | 5/10/08 | $124.00 | 0 | $124.00 |
| 121 | 115216 | 5/10/08 | $1,453.50 | 0 | $1,453.50 |
| 122 | 115217 | 5/10/08 | $1,415.00 | 0 | $1,415.00 |
| 123 | 115218 | 5/10/08 | $1,173.50 | 0 | $1,173.50 |
| 124 | 115219 | 5/10/08 | $1,418.50 | 0 | $1,418.50 |
| 125 | 115220 | 5/10/08 | $702.70 | 0 | $702.70 |
| 126 | 115221 | 5/10/08 | $247.00 | 0 | $247.00 |
| 127 | 115222 | 5/10/08 | $145.50 | 0 | $145.50 |
| 128 | 115223 | 5/10/08 | $33.50 | 0 | $33.50 |
| 129 | 115224 | 5/10/08 | $171.00 | 0 | $171.00 |
| 130 | 115226 | 5/10/08 | $1,055.62 | 0 | $1,055.62 |
| 131 | 115634 | 5/10/08 | $510.00 | 0 | $510.00 |
| 132 | 115228 | 5/10/08 | $1,489.50 | 0 | $1,489.50 |
| 133 | 115234 | 5/10/08 | $125.00 | 0 | $125.00 |
| 134 | 115236 | 5/10/08 | $153.00 | 0 | $153.00 |
| 135 | 115237 | 5/10/08 | $615.90 | 0 | $615.90 |
| 136 | 115239 | 5/10/08 | $875.00 | 0 | $875.00 |
| 137 | 115246 | 5/10/08 | $184.00 | 0 | $184.00 |
| 138 | 115248 | 5/10/08 | $125.00 | 0 | $125.00 |
| 139 | 115265 | 5/10/08 | $143.50 | 0 | $143.50 |
| 140 | 115266 | 5/10/08 | $188.50 | 0 | $188.50 |
| 141 | 115267 | 5/10/08 | $1,536.50 | 0 | $1,536.50 |
| 142 | 115268 | 5/10/08 | $143.50 | 0 | $143.50 |
| 143 | 115269 | 5/10/08 | $215.00 | 0 | $215.00 |
| 144 | 115270 | 5/10/08 | $365.00 | 0 | $365.00 |

|     | Invoice # | Date | Billed | Paid | Balance |
|-----|-----------|------|--------|------|---------|
| 145 | 115271 | 5/10/08 | $345.50 | 0 | $345.50 |
| 146 | 115272 | 5/10/08 | $1,282.00 | 0 | $1,282.00 |
| 147 | 115273 | 5/10/08 | $143.50 | 0 | $143.50 |
| 148 | 115274 | 5/10/08 | $1,647.50 | 0 | $1,647.50 |
| 149 | 115275 | 5/10/08 | $1,322.00 | 0 | $1,322.00 |
| 150 | 115276 | 5/10/08 | $183.00 | 0 | $183.00 |
| 151 | 115277 | 5/10/08 | $125.00 | 0 | $125.00 |
| 152 | 115278 | 5/10/08 | $570.00 | 0 | $570.00 |
| 153 | 115279 | 5/10/08 | $2,314.50 | 0 | $2,314.50 |
| 154 | 115280 | 5/10/08 | $125.00 | 0 | $125.00 |
| 155 | 115281 | 5/10/08 | $350.00 | 0 | $350.00 |
| 156 | 115636 | 5/10/08 | $470.00 | 0 | $470.00 |
| 157 | 115283 | 5/10/08 | $275.00 | 0 | $275.00 |
| 158 | 115284 | 5/10/08 | $905.20 | 0 | $905.20 |
| 159 | 115285 | 5/10/08 | $887.42 | 0 | $887.42 |
| 160 | 115286 | 5/10/08 | $154.50 | 0 | $154.50 |
| 161 | 115379 | 5/10/08 | $157.50 | 0 | $157.50 |
| 162 | 115288 | 5/10/08 | $125.00 | 0 | $125.00 |
| 163 | 115289 | 5/10/08 | $1,462.50 | 0 | $1,462.50 |
| 164 | 115290 | 5/10/08 | $310.00 | 0 | $310.00 |
| 165 | 115291 | 5/10/08 | $170.50 | 0 | $170.50 |
| 166 | 115292 | 5/10/08 | $1,974.00 | 0 | $1,974.00 |
| 167 | 115638 | 5/10/08 | $470.00 | 0 | $470.00 |
| 168 | 115294 | 5/10/08 | $171.00 | 0 | $171.00 |
| 169 | 115295 | 5/10/08 | $275.00 | 0 | $275.00 |
| 170 | 115296 | 5/10/08 | $125.00 | 0 | $125.00 |
| 171 | 115297 | 5/10/08 | $1,297.00 | 0 | $1,297.00 |
| 172 | 115298 | 5/10/08 | $475.00 | 0 | $475.00 |
| 173 | 115299 | 5/10/08 | $1,933.50 | 0 | $1,933.50 |
| 174 | 115644 | 5/10/08 | $313.50 | 0 | $313.50 |
| 175 | 115301 | 5/10/08 | $623.50 | 0 | $623.50 |
| 176 | 115302 | 5/10/08 | $490.00 | 0 | $490.00 |
| 177 | 115303 | 5/10/08 | $355.50 | 0 | $355.50 |
| 178 | 115304 | 5/10/08 | $155.00 | 0 | $155.00 |
| 179 | 115305 | 5/10/08 | $255.00 | 0 | $255.00 |
| 180 | 115306 | 5/10/08 | $1,233.50 | 0 | $1,233.50 |
| 181 | 115307 | 5/10/08 | $604.20 | 0 | $604.20 |
| 182 | 115308 | 5/10/08 | $33.50 | 0 | $33.50 |
| 183 | 115309 | 5/10/08 | $160.00 | 0 | $160.00 |
| 184 | 115310 | 5/10/08 | $1,514.00 | 0 | $1,514.00 |
| 185 | 115311 | 5/10/08 | $449.00 | 0 | $449.00 |
| 186 | 115312 | 5/10/08 | $153.00 | 0 | $153.00 |
| 187 | 115314 | 5/10/08 | $265.00 | 0 | $265.00 |
| 188 | 115315 | 5/10/08 | $125.00 | 0 | $125.00 |
| 189 | 115316 | 5/10/08 | $604.20 | 0 | $604.20 |
| 190 | 115317 | 5/10/08 | $188.00 | 0 | $188.00 |
| 191 | 115318 | 5/10/08 | $144.50 | 0 | $144.50 |
| 192 | 115319 | 5/10/08 | $288.50 | 0 | $288.50 |
| 193 | 115335 | 5/10/08 | $144.50 | 0 | $144.50 |

| | Invoice # | Date | Billed | Paid | Balance |
|---|---|---|---|---|---|
| 194 | 115336 | 5/10/08 | $1,142.50 | 0 | $1,142.50 |
| 195 | 115337 | 5/10/08 | $169.00 | 0 | $169.00 |
| 196 | 115338 | 5/10/08 | $415.00 | 0 | $415.00 |
| 197 | 115339 | 5/10/08 | $300.00 | 0 | $300.00 |
| 198 | 115341 | 5/10/08 | $213.50 | 0 | $213.50 |
| 199 | 115342 | 5/10/08 | $140.00 | 0 | $140.00 |
| 200 | 115343 | 5/10/08 | $144.50 | 0 | $144.50 |
| 201 | 115344 | 5/10/08 | $11.00 | 0 | $11.00 |
| 202 | 115345 | 5/10/08 | $695.20 | 0 | $695.20 |
| 203 | 115346 | 5/10/08 | $3.00 | 0 | $3.00 |
| 204 | 115347 | 5/10/08 | $125.00 | 0 | $125.00 |
| 205 | 115348 | 5/10/08 | $125.00 | 0 | $125.00 |
| 206 | 115349 | 5/10/08 | $33.50 | 0 | $33.50 |
| 207 | 115350 | 5/10/08 | $293.50 | 0 | $293.50 |
| 208 | 115353 | 5/10/08 | $1,336.00 | 0 | $1,336.00 |
| 209 | 115635 | 5/10/08 | $420.00 | 0 | $420.00 |
| 210 | 115356 | 5/10/08 | $18.50 | 0 | $18.50 |
| 211 | 115357 | 5/10/08 | $185.00 | 0 | $185.00 |
| 212 | 115359 | 5/10/08 | $143.50 | 0 | $143.50 |
| 213 | 115364 | 5/10/08 | $1,411.00 | 0 | $1,411.00 |
| 214 | 115365 | 5/10/08 | $18.50 | 0 | $18.50 |
| 215 | 115367 | 5/10/08 | $940.00 | 0 | $940.00 |
| 216 | 115369 | 5/10/08 | $299.00 | 0 | $299.00 |
| 217 | 115370 | 5/10/08 | $370.00 | 0 | $370.00 |
| 218 | 115371 | 5/10/08 | $1,393.50 | 0 | $1,393.50 |
| 219 | 115372 | 5/10/08 | $612.50 | 0 | $612.50 |
| 220 | 115662 | 5/10/08 | $2,115.50 | 0 | $2,115.50 |
| 221 | 115415 | 5/10/08 | $350.00 | 0 | $350.00 |
| 222 | 115417 | 5/10/08 | $147.00 | 0 | $147.00 |
| 223 | 115420 | 5/10/08 | $150.00 | 0 | $150.00 |
| 224 | 115647 | 5/10/08 | $243.50 | 0 | $243.50 |
| 225 | 115423 | 5/10/08 | $197.50 | 0 | $197.50 |
| 226 | 115550 | 5/10/08 | $420.00 | 0 | $420.00 |
| 227 | 115425 | 5/10/08 | $18.50 | 0 | $18.50 |
| 228 | 115426 | 5/10/08 | $717.83 | 0 | $717.83 |
| 229 | 115427 | 5/10/08 | $1,475.50 | 0 | $1,475.50 |
| 230 | 115428 | 5/10/08 | $19.50 | 0 | $19.50 |
| 231 | 115429 | 5/10/08 | $65.00 | 0 | $65.00 |
| 232 | 115430 | 5/10/08 | $1,339.00 | 0 | $1,339.00 |
| 233 | 115431 | 5/10/08 | $1,678.50 | 0 | $1,678.50 |
| 234 | 115432 | 5/10/08 | $350.00 | 0 | $350.00 |
| 235 | 115433 | 5/10/08 | $1,482.00 | 0 | $1,482.00 |
| 236 | 115434 | 5/10/08 | $150.00 | 0 | $150.00 |
| 237 | 115435 | 5/10/08 | $185.44 | 0 | $185.44 |
| 238 | 115436 | 5/10/08 | $26.50 | 0 | $26.50 |
| 239 | 115437 | 5/10/08 | $210.00 | 0 | $210.00 |
| 240 | 115438 | 5/10/08 | $61.04 | 0 | $61.04 |
| 241 | 115439 | 5/10/08 | $44.00 | 0 | $44.00 |
| 242 | 115440 | 5/10/08 | $1,055.20 | 0 | $1,055.20 |

|     | Invoice # | Date    | Billed     | Paid | Balance    |
|-----|-----------|---------|------------|------|------------|
| 243 | 115441    | 5/10/08 | $145.50    | 0    | $145.50    |
| 244 | 115646    | 5/10/08 | $165.00    | 0    | $165.00    |
| 245 | 115443    | 5/10/08 | $320.00    | 0    | $320.00    |
| 246 | 115444    | 5/10/08 | $1,000.68  | 0    | $1,000.68  |
| 247 | 115637    | 5/10/08 | $420.00    | 0    | $420.00    |
| 248 | 115446    | 5/10/08 | $279.45    | 0    | $279.45    |
| 249 | 115447    | 5/10/08 | $241.50    | 0    | $241.50    |
| 250 | 115448    | 5/10/08 | $1,605.00  | 0    | $1,605.00  |
| 251 | 115449    | 5/10/08 | $1,265.00  | 0    | $1,265.00  |
| 252 | 115451    | 5/10/08 | $1,028.84  | 0    | $1,028.84  |
| 253 | 115454    | 5/10/08 | $73.50     | 0    | $73.50     |
| 254 | 115462    | 5/10/08 | $1,221.50  | 0    | $1,221.50  |
| 255 | 115465    | 5/10/08 | $914.10    | 0    | $914.10    |
| 256 | 115468    | 5/10/08 | $38.00     | 0    | $38.00     |
| 257 | 115471    | 5/10/08 | $143.50    | 0    | $143.50    |
| 258 | 115472    | 5/10/08 | $553.00    | 0    | $553.00    |
| 259 | 115473    | 5/10/08 | $40.50     | 0    | $40.50     |
| 260 | 115474    | 5/10/08 | $57.00     | 0    | $57.00     |
| 261 | 115475    | 5/10/08 | $1,556.00  | 0    | $1,556.00  |
| 262 | 115476    | 5/10/08 | $553.00    | 0    | $553.00    |
| 263 | 115477    | 5/10/08 | $1,270.00  | 0    | $1,270.00  |
| 264 | 115478    | 5/10/08 | $333.00    | 0    | $333.00    |
| 265 | 115479    | 5/10/08 | $905.20    | 0    | $905.20    |
| 266 | 115480    | 5/10/08 | $26.00     | 0    | $26.00     |
| 267 | 115645    | 5/10/08 | $225.00    | 0    | $225.00    |
| 268 | 115496    | 5/10/08 | $206.00    | 0    | $206.00    |
| 269 | 115501    | 5/10/08 | $171.00    | 0    | $171.00    |
| 270 | 115502    | 5/10/08 | $60.00     | 0    | $60.00     |
| 271 | 115504    | 5/10/08 | $177.50    | 0    | $177.50    |
| 272 | 115506    | 5/10/08 | $19.50     | 0    | $19.50     |
| 273 | 115510    | 5/10/08 | $875.00    | 0    | $875.00    |
| 274 | 115512    | 5/10/08 | $1,775.00  | 0    | $1,775.00  |
| 275 | 115515    | 5/10/08 | $244.00    | 0    | $244.00    |
| 276 | 115516    | 5/10/08 | $420.00    | 0    | $420.00    |
| 277 | 115518    | 5/10/08 | $1,268.00  | 0    | $1,268.00  |
| 278 | 115520    | 5/10/08 | $350.00    | 0    | $350.00    |
| 279 | 115521    | 5/10/08 | $144.50    | 0    | $144.50    |
| 280 | 115522    | 5/10/08 | $18.50     | 0    | $18.50     |
| 281 | 115523    | 5/10/08 | $420.00    | 0    | $420.00    |
| 282 | 115524    | 5/10/08 | $5.00      | 0    | $5.00      |
| 283 | 115525    | 5/10/08 | $1,305.00  | 0    | $1,305.00  |
| 284 | 115526    | 5/10/08 | $1,298.00  | 0    | $1,298.00  |
| 285 | 115527    | 5/10/08 | $681.06    | 0    | $681.06    |
| 286 | 115528    | 5/10/08 | $38.00     | 0    | $38.00     |
| 287 | 115529    | 5/10/08 | $1,023.50  | 0    | $1,023.50  |
| 288 | 115530    | 5/10/08 | $15.00     | 0    | $15.00     |
| 289 | 115531    | 5/10/08 | $15.50     | 0    | $15.50     |
| 290 | 115532    | 5/10/08 | $225.00    | 0    | $225.00    |
| 291 | 115533    | 5/10/08 | $350.00    | 0    | $350.00    |

|     | Invoice # | Date    | Billed       | Paid | Balance      |
|-----|-----------|---------|--------------|------|--------------|
| 292 | 115534    | 5/10/08 | $18.50       | 0    | $18.50       |
| 293 | 115536    | 5/10/08 | $1,347.50    | 0    | $1,347.50    |
| 294 | 115537    | 5/10/08 | $309.00      | 0    | $309.00      |
| **GRAND TOTAL** | | | **$164,684.69** | **$0** | **$164,684.69** |

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
Via New Invoice


RE:   American Home Mortgage Servicing

      Account No. 1001326395
      Our File No. 15945
      Status - Foreclosure
      Referral Date 1/31/2008

      Invoice Number  115663

Tax ID # 59-2885854

---

      Professional services:


| | | |
|---|---|---:|
| 4/9/08 | Flat fee to prepare assignment of mortgage. | 125.00 |
| 4/10/08 | Flat fee for foreclosure lawsuit - second half. | 600.00 |

---

      Professional Costs:

| | | |
|---|---|---:|
| 4/9/08- | Title Search | 275.00 |
| 4/10/08- | Instrument Recording Fee | 27.50 |
| - | Publication of NOA | 113.18 |

      Total Amount This Invoice          $1,140.68


      Total Current Charges              $1,140.68

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001426853
Our File No. 16812
Status - Foreclosure
Referral Date 2/21/2008

Invoice Number  114908

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/3/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/2/08- | Title Search | 275.00 |
| 4/3/08- | Court Filing Fee | 255.00 |
| 4/3/08 - | Instrument Recording Fee | 2.00 |
| 4/3/08- | Instrument Recording Fee | 9.00 |
| 4/2/08 - | Service of Process | 128.00 |
| 4/7/08- | Service of Process | 25.00 |
| | Total Amount This Invoice | $1,294.00 |
| | Total Current Charges | $1,294.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
Via New Invoice

RE:  American Home Mortgage Servicing.

Account No. 1000840063
Our File No. 17090

Status - Foreclosure
Referral Date 2/26/2008

Invoice Number  114909

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/9/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/8/08- | Title Search | 275.00 |
| 4/9/08- | Court Filing Fee | 259.00 |
| 4/9/08- | Recording Fee | 3.00 |
| 4/9/08- | Instrument Recording Fee | 17.00 |
| 4/9/08- | Service of Process | 160.00 |
| | Total Amount This Invoice | $1,314.00 |
| | Total Current Charges | $1,314.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001231250
Our File No. 16291
Status - Foreclosure
Referral Date 2/10/2008

Invoice Number  114910

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/4/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/4/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $143.50 |
| | Total Current Charges | $143.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001305418
Our File No. 15632
Status - Foreclosure
Referral Date 1/24/2008
Invoice Number  114911

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/7/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/2/08- | Hydra Skiptrace | 45.00 |
| 4/9/08- | Instrument Recording Fee | 25.50 |
| 4/11/08- | Recording Fee | 18.50 |
| | Total Amount This Invoice | $214.00 |
| | Total Current Charges | $214.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
Via New Invoice

RE:  American Home Mortgage'
     Account No. 1001457439
     Our File No. 11507-bk
     Status - BK CH 7, 6:07-bk-03896-KSJ, 08/28/2007
     Referral Date 10/24/2007

     Invoice Number  115593

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/1/08 | Flat fee for Bankruptcy Motion to Lift Stay. | 525.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Court Filing Fee | 150.00 |
| | Total Amount This Invoice | $675.00 |
| | Total Current Charges | $675.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

May 10, 2008

American Home Mortgage
Via New Invoice

RE:   American Home Mortgage,
      Account No. 1001457439
      Our File No. 11507
      Status - Eviction
      Referral Date 10/17/2007

      Invoice Number  115642

Tax ID # 59-2885854

_____

        Professional services:


4/1/08  Flat fee for Writ of Possession after the          350.00
        foreclosure.

                                                        _____

        Total Amount This Invoice                         $350.00
_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

    Account No. 1001635571
    Our File No. 15911
    Status - Foreclosure
    Referral Date 1/31/2008

    Invoice Number  114912

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 4/11/08- | Court Filing Fee | 1.00 |
| 4/11/08 - | Recording Fee | 18.50 |
| | Total Amount This Invoice | $144.50 |

---

**PAYMENT DUE UPON RECEIPT**
**PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE**
**\*\*\*\*\*THANK YOU\*\*\*\*\***

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
#### 9204 KING PALM DRIVE
#### TAMPA FL 33619-1328
#### 813/915-8660

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001427628
    Our File No. 11811
    Status - Foreclosure
    Referral Date 10/24/2007

    Invoice Number  114913

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---:|
| 4/2/08- Instrument Recording Fee | 28.50 |
| Total Amount This Invoice | $28.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001220310
Our File No. 13515
Status - Foreclosure
Referral Date 12/10/2007

Invoice Number  114914

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 4/9/08- Instrument Recording Fee | 18.50 |
| Total Amount This Invoice | $18.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

May 10, 2008

American Home Mortgage
Via New Invoice


RE:  American Home Mortgage Servicing

    Account No. 1001374526
    Our File No. 17085


    Status - Foreclosure
    Referral Date 2/26/2008

    Invoice Number  114915

Tax ID # 59-2885854

---

    Professional services:


| | | |
|---|---|---|
| 4/8/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 4/7/08 - | Title Search | 275.00 |
| 4/8/08 - | Court Filing Fee | 259.00 |
| 4/8/00 - | Recording Fee | 3.00 |
| 4/8/08 - | Recording Fee | 17.00 |
| 4/8/00 - | Service of Process | 192.00 |
| | Total Amount This Invoice | $1,346.00 |
| | Total Current Charges | $1,346.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001104659
Our File No. 12858
Status - Foreclosure
Referral Date 11/20/2007

Invoice Number  114916

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/10/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/3/08- | Documentary Stamps | 0.70 |
| 4/3/08- | Sale Fee | 60.00 |
| 4/10/08- | Instrument Recording Fee | 4.50 |
| 4/11/08- | Publication of NOS | 260.82 |
| | Total Amount This Invoice | $926.02 |
| | Total Current Charges | $926.02 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001231225
Our File No. 14656
Status - Foreclosure
Referral Date 1/3/2008

Invoice Number  114917

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 4/11/08- Attorney Ad Litem Fee | 400.00 |
| Total Amount This Invoice | $400.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001398903
    Our File No. 16292
    Status - Foreclosure
    Referral Date 2/10/2008

    Invoice Number  114918

Tax ID # 59-2885854

    Professional Costs:

| | |
|---|---|
| 4/11/08- Title Search | 275.00 |
| Total Amount This Invoice | $275.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

Account No. 1001246387
Our File No. 09059
Status - Foreclosure
Referral Date - 7/20/2007

Invoice Number  115643

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee to reset foreclosure sale. | 350.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Publication of Notice of Sale | 169.58 |
| 4/11/08- | Court Filing Fee | 50.00 |
| | Total Amount This Invoice | $569.58 |
| | Total Current Charges | $569.58 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1000589020
    Our File No. 13356
    Status - Foreclosure
    Referral Date 12/6/2007

    Invoice Number  115046

Tax ID # 59-2885854

---

Professional Costs:

| Date | Description | Amount |
|------|-------------|-------:|
| 4/1/08- | Service of Process | 150.00 |
| 4/3/08- | Instrument Recording Fee | 17.50 |
| 4/3/08 - | Hydra Skiptrace | 10.00 |
| 4/3/08 - | Hydra Skiptrace | 45.00 |
| 4/4/08- | Instrument Recording Fee | 7.00 |
| | Total Amount This Invoice | $229.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001472456
Our File No. 17076
Status - Foreclosure
Referral Date 2/26/2008

Invoice Number  114921

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---:|
| 4/11/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---:|
| 4/10/08- | Title Search | 275.00 |
| 4/11/08- | Court Filing Fee | 257.00 |
| 4/11/08 - | Instrument Recording Fee | 2.00 |
| 4/11/08 - | Hydra Skiptrace | 45.00 |
| 4/11/08 - | Instrument Recording Fee | 17.00 |
| 4/11/08 - | Service of Process | 400.00 |

| | |
|---|---:|
| Total Amount This Invoice | $1,596.00 |
| Total Current Charges | $1,596.00 |

**PAYMENT DUE UPON RECEIPT**
**PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE**
*****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001520824
Our File No. 12931
Status - Foreclosure

Invoice Number  115570

Tax ID # 59-2885854

Professional services:

| Date | Description | Amount |
|------|-------------|--------|
| 4/10/08 | Flat fee to prepare assignment of mortgage. | 125.00 |
| 4/10/08 | Second half of foreclosure. | 600.00 |

Professional Costs:

| Date | Description | Amount |
|------|-------------|--------|
| 4/10/08- | Publication of Notice of Sale | 115.22 |
| 4/10/08- | Documentary Stamp Tax | 0.70 |

| | |
|---|---|
| Total Amount This Invoice | $840.92 |
| Total Current Charges | $840.92 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
Via New Invoice

RE:   American Home Mortgage Servicing,

Account No. 1001110778
Our File No. 17792
Status - Foreclosure
Referral Date 3/12/2008

Invoice Number  115047

Tax ID # 59-2885854

_____

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

_____

Professional Costs:

| | | |
|---|---|---|
| 4/10/08- | Title Search | 340.00 |
| 4/11/08- | Court Filing Fee | 256.00 |
| 4/11/08 - | Recording Fee | 3.00 |
| 4/11/08 - | Service of Process | 100.00 |
| | Total Amount This Invoice | $1,299.00 |
| | Total Current Charges | $1,299.00 |

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001728531
Our File No. 16294
Status - Foreclosure
Referral Date 2/10/2008

Invoice Number  114924

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Title Search | 275.00 |
| 4/4/08- | Hydra Skiptrace | 45.00 |
| 4/11/08- | Court Filing Fee | 1.00 |
| 4/11/08 - | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $464.50 |
| | Total Current Charges | $464.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063


RE:  American Home Mortgage Servicing

    Account No. 1001393440
    Our File No. 15667
    Status - Foreclosure
    Referral Date 1/25/2008

    Invoice Number  114925

Tax ID # 59-2885854

---

    Professional Costs:


4/11/08- Instrument Recording Fee                      27.50

    Total Amount This Invoice                    $27.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001218691
Our File No. 11843
Status - Foreclosure
Referral Date 10/24/2007

Invoice Number  114926

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 4/11/08- Attorney Ad Litem Fee | 500.00 |
| Total Amount This Invoice | $500.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001302989
      Our File No. 15672
      Status - Foreclosure
      Referral Date 1/25/2008

      Invoice Number  114927

Tax ID # 59-2885854

_____

         Professional Costs:


 4/7/08- Instrument Recording Fee                          31.50
                                                          _____
         Total Amount This Invoice                        $31.50

_____

                PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001289192
    Our File No. 15872
    Status - Foreclosure
    Referral Date 1/30/2008

    Invoice Number  114928

Tax ID # 59-2885854

---

    Professional services:

| Date | Description | Amount |
|------|-------------|-------:|
| 4/8/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

    Professional Costs:

| Date | Description | Amount |
|------|-------------|-------:|
| 4/11/08- | Instrument Recording Fee | 18.50 |
|  | Total Amount This Invoice | $143.50 |
|  | Total Current Charges | $143.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

## DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001048747
    Our File No. 11396
    Status - Foreclosure
    Referral Date 10/12/2007

    Invoice Number  114929

Tax ID # 59-2885854

    Professional Costs:

| | |
|---|---|
| 4/4/08- Instrument Recording Fee | 27.50 |
| Total Amount This Invoice | $27.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
#### 9204 KING PALM DRIVE
#### TAMPA FL 33619-1328
#### 813/915-8660

May 10, 2008

American Home Mortgage
Via New Invoice

RE:  American Home Mortgage Servicing

    Account No. 1000886189
    Our File No. 17119

    Status - Foreclosure
    Referral Date 2/27/2008

    Invoice Number  114931

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---:|
| 4/8/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---:|
| 4/7/08 - | Title Search | 340.00 |
| 4/8/08 - | Court Filing Fee | 256.00 |
| 4/8/08 - | Recording Fee | 2.00 |
| 4/8/08 - | Service of Process | 100.00 |
| 4/11/08 - | Service of Process | 25.00 |

| | |
|---|---:|
| Total Amount This Invoice | $1,323.00 |
| Total Current Charges | $1,323.00 |
| Total current balance due | $1,323.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
Via New Invoice

RE:  American Home Mortgage Servicing.
Account No. 1001265868
Our File No. 17760

Status - Foreclosure
Referral Date 3/12/2008

Invoice Number  114953

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/10/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/9/08- | Title Search | 275.00 |
| 4/10/08- | Court Filing Fee | 255.00 |
| 4/10/08- | Recording Fee | 2.00 |
| 4/10/08- | Instrument Recording Fee | 9.00 |
| 4/10/08- | Service of Process | 128.00 |
| 4/11/08- | Service of Process | 35.00 |

Total Amount This Invoice                $1,304.00

Total Current Charges                    $1,304.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/

Account No. 1001307537
Our File No. 12213
Status - Fcl
Referral Date 11/4/2007

Invoice Number  114956

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/9/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/9/08- | Documentary Stamps | 0.70 |
| 4/9/08 - | Instrument Recording Fee | 4.50 |
| 4/11/08- | Publication of Notice of Sale | 117.11 |
| | Total Amount This Invoice | $722.31 |
| | Total Current Charges | $722.31 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
Via New Invoice

RE:  American Home Mortgage Servicing

Account No. 1001318711
Our File No. 17229

Status - Foreclosure
Referral Date 2/29/2008

Invoice Number  114958

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/9/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/8/08- | Title Search | 340.00 |
| 4/9/08- | Court Filing Fee | 256.00 |
| 4/9/08 - | Recording Fee | 2.00 |
| 4/9/08 - | Service of Process | 175.00 |
| 4/11/08- | Court Filing Fee | 1.00 |
| 4/11/08 - | Instrument Recording Fee | 18.50 |

Total Amount This Invoice    $1,517.50

Total Current Charges    $1,517.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
Via New Invoice


RE:  American Home Mortgage Servicing
     Account No. 1001660394
     Our File No  18323


     Status - Foreclosure
     Referral Date 3/24/2008


     Invoice Number  114960

Tax ID # 59-2885854
_____

        Professional services:


  4/9/08   Flat fee for foreclosure lawsuit - first half.        600.00
_____

        Professional Costs:

                                                                 275.00
  4/8/08 - Title Search                                          263.00
  4/9/08 - Court Filing Fee                                        5.00
  4/9/00 - Recording Fee                                         280.00
  4/9/00 - Service of Process                                    112.00
  4/10/08 - Service of Process                                    80.00
  4/11/08 - Service of Process                                    45.00
  4/11/00 - Hydra Skiptrace
                                                              _____
        Total Amount This Invoice                             $1,660.00


        Total Current Charges                                 $1,660.00
                                                              ===========
_____


                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                       *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
Via New Invoice

RE:   American Home Mortgage Servicing

Account No. 1001025923
Our File No. 17909

Status - Foreclosure
Referral Date 3/17/2008

Invoice Number  114971

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/10/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| | | 275.00 |
| 4/9/08- | Title Search | 263.00 |
| 4/10/08- | Court Filing Fee | 3.00 |
| 4/10/08 - | Recording Fee | 9.00 |
| 4/10/08 - | Instrument Recording Fee | 80.00 |
| 4/10/08 - | Service of Process | 25.00 |
| 4/11/08- | Service of Process | |

Total Amount This Invoice          $1,255.00

Total Current Charges          $1,255.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001002731
Our File No. 14713
Status - Foreclosure
Referral Date 1/4/2008

Invoice Number  114972

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/11/08 - | Court Filing Fee | 1.00 |
| 4/11/08 - | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $144.50 |
| | Total Current Charges | $144.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001304996
Our File No. 14594
Status - Foreclosure
Referral Date- 1/2/2008

Invoice Number  115378

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 4/11/08- Instrument Recording Fee | | 32.50 |
| - Service of Process | | 45.00 |
| Total Amount This Invoice | | $77.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

May 10, 2008

American Home Mortgage
Via New Invoice

RE:   American Home Mortgage Servicing

    Account No. 1001194668
    Our File No. 17905

    Status - Foreclosure
    Referral Date 3/17/2008
    Invoice Number  114974

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---:|
| 4/11/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

    Professional Costs:

| | | |
|---|---|---:|
| 4/10/08- | Title Search | 275.00 |
| 4/11/08- | Court Filing Fee | 261.00 |
| 4/11/08 - | Recording Fee | 4.00 |
| 4/11/08 - | Instrument Recording Fee | 17.00 |
| 4/11/08 - | Service of Process | 345.00 |
| | Total Amount This Invoice | $1,502.00 |
| | Total Current Charges | $1,502.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1001391560
    Our File No. 17060
    Status - Foreclosure
    Referral Date 2/26/2008

    Invoice Number  114975

Tax ID # 59-2885854

    Professional services:

4/7/08   Flat fee for foreclosure lawsuit - first half.          600.00

    Professional Costs:

| | | |
|---|---|---|
| 4/4/08- | Title Search | 275.00 |
| 4/7/08- | Court Filing Fee | 257.00 |
| 4/7/00 - | Service of Process | 150.00 |
| 4/11/08- | Hydra Skiptrace | 45.00 |

    Total Amount This Invoice          $1,327.00

    Total Current Charges          $1,327.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001270453
Our File No. 17330
Status - Foreclosure
Referral Date 3/3/2008

Invoice Number  114977

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/10/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/9/08- | Title Search | 275.00 |
| 4/10/08- | Court Filing Fee | 259.00 |
| 4/10/08 - | Instrument Recording Fee | 3.00 |
| 4/10/08 - | Instrument Recording Fee | 17.00 |
| 4/10/08 - | Service of Process | 192.00 |
| 4/11/08- | Court Filing Fee | 1.00 |
| 4/11/08 - | Instrument Recording Fee | 27.00 |

Total Amount This Invoice $1,499.00

Total Current Charges $1,499.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1000829863
Our File No. 13383
Status - Fcl
Referral Date 12/6/2007

Invoice Number  114978

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/3/08 | Flat fee for foreclosure lawsuit- second half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/7/08- | Instrument Recording Fee | 4.50 |
| 4/7/08 - | Documentary Stamps | 0.70 |
| 4/9/08- | Publication of Notice of Sale | 79.50 |
| | Total Amount This Invoice | $684.70 |
| | Total Current Charges | $684.70 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001038583
Our File No. 09056

Status - Foreclosure
Referral Date 7/20/2007

Invoice Number  114979

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- Sale Fee | | 60.00 |
| 4/1/08 - Publication of NOS | | 117.50 |
| Total Amount This Invoice | | $177.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

     Account No. 1001332326
     Our File No. 14922
     Status - Foreclosure
     Referral Date 1/8/2008

     Invoice Number  114980

Tax ID # 59-2885854

     Professional Costs:

| | |
|---|---|
| 4/2/08- Hydra Skiptrace | 45.00 |
| Total Amount This Invoice | $45.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

## DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/
     Account No. 1001553326
     Our File No. 14092
     Status - Foreclosure
     Referral Date 12/20/2007

     Invoice Number  114981

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 4/2/08- Hydra Skiptrace | 45.00 |
| 4/11/08- Attorney Ad Litem Fee | 500.00 |
| 4/8/08 - Publication of NOA | 254.20 |
| Total Amount This Invoice | $799.20 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001661011 & 1001661066
Our File No. 15008
Status - Deed-in-lieu
Referral Date 1/10/2008

Invoice Number  115050

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/2/08 | Flat fee to prepare deed in lieu of foreclosure. | 350.00 |

---

Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 4/1/08- | Instrument Recording Fee | 4.50 |
| 4/1/08- | Recording Fee | 81.00 |
| 4/1/08- | Documentary Stamps | 2,812.60 |
| 4/1/08 - | Title Search | 275.00 |
| 4/7/08- | Instrument Recording Fee | 25.00 |
| 4/7/08- | Recording Fee | 25.00 |
| | Total Amount This Invoice | $3,573.10 |
| | Total Current Charges | $3,573.10 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing,

Account No. 1001009343
Our File No. 17063
Status - Foreclosure
Referral Date 2/26/2008

Invoice Number  115052

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/10/08- | Title Search | 340.00 |
| 4/11/08- | Court Filing Fee | 260.00 |
| 4/11/08 - | Instrument Recording Fee | 6.00 |
| 4/11/08 - | Service of Process | 458.00 |
| | Total Amount This Invoice | $1,664.00 |
| | Total Current Charges | $1,664.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
Via New Invoice

RE:   American Home Mortgage Servicing,

Account No. 1001139604
Our File No. 12865

Status - Foreclosure
Referral Date 11/20/2007

Invoice Number  115174

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/1/08 | Flat fee to prepare assignment of mortgage. | 125.00 |
| 4/11/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Instrument Recording Fee | 18.50 |
| 4/11/08- | Sale Fee | 60.00 |
| 4/11/08 - | Publication of Notice of Sale | 261.52 |
| | Total Amount This Invoice | $1,065.02 |
| | Total Current Charges | $1,065.02 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001742380
Our File No. 14591
Status - Foreclosure
Referral Date 1/2/2008

Invoice Number  115053

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Hydra Skiptrace | 10.00 |
| 4/4/08- | Instrument Recording Fee | 30.50 |
| | Total Amount This Invoice | $640.50 |
| | Total Current Charges | $640.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
Via New Invoice

RE:  American Home Mortgage Servicing

    Account No. 1001735845
    Our File No. 17333

    Status - Foreclosure
    Referral Date 3/3/2008

    Invoice Number  115054

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 4/10/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

    Professional Costs:

| | | |
|---|---|---|
| 4/9/08- | Title Search | 275.00 |
| 4/10/08- | Court Filing Fee | 261.00 |
| 4/10/08- | Recording Fee | 4.00 |
| 4/10/08- | Service of Process | 105.00 |
| 4/11/08- | Service of Process | 224.00 |

    Total Amount This Invoice      $1,469.00

    Total Current Charges      $1,469.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001443641
Our File No. 16728
Status - Foreclosure
Referral Date 2/19/2008

Invoice Number  115055

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 4/11/08- Hydra Skiptrace | 45.00 |
| Total Amount This Invoice | $45.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**

**813/915-8660**

May 10, 2008

American Home Mortgage
Via New Invoice

RE:  American Home Mortgage Servicing,

Account No. 1001296648
Our File No. 17777

Status - Foreclosure
Referral Date 3/12/2008

Invoice Number  115057

Tax ID # 59-2885854

---

Professional services:

4/11/08  Flat fee for foreclosure lawsuit - first half.          600.00

---

Professional Costs:

4/10/08 - Title Search                                           275.00
4/11/08 - Court Filing Fee                                       255.00
4/11/08 - Service of Process                                     165.00
                                                                 -------
         Total Amount This Invoice                            $1,295.00


         Total Current Charges                                $1,295.00
                                                              =========

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001179382
Our File No. 14579
Status -- Foreclosure
Referral Date 1/2/2008

Invoice Number  115059

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/8/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/11/08 - | Hydra Akiptrace | 90.00 |
| 4/11/08 - | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $233.50 |
| | Total Current Charges | $233.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001249296
Our File No. 11810
Status - Eviction
Referral Date 10/24/2007
Invoice Number  115632

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/2/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/2/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001343905
Our File No. 14733
Status - Foreclosure
Referral Date 1/4/2008

Invoice Number  115064

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 4/7/08- Instrument Recording Fee | 31.50 |
| Total Amount This Invoice | $31.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

     Account No. 1001383690
     Our File No. 10711-EVC
     Status - Eviction
     Referral Date 9/20/2007

     Invoice Number  115065

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/1/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

    Account No. 1001185371
    Our File No. 14716
    Status - Foreclosure
    Referral Date 1/4/2008

    Invoice Number  115066

Tax ID # 59-2885854

_____

        Professional Costs:

  4/7/08- Attorney Ad Litem Fee                        585.00
  4/8/08- Instrument Recording Fee                      17.50
  4/9/08- Recording Fee                                 13.00
  4/11/08- Instrument Recording Fee                     18.50
  4/11/08 - Publication of NOA                         157.50
                                                      _____
        Total Amount This Invoice              $791.50

_____

            PAYMENT DUE UPON RECEIPT
  PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
            *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing/
      Account No. 1001426803
      Our File No. 16295
      Status - Foreclosure
      Referral Date 2/10/2008

      Invoice Number  115068

Tax ID # 59-2885854

---

        Professional services:

4/9/08   Flat fee to prepare assignment of mortgage.          125.00

---

        Professional Costs:

4/10/08 - Publication of Notice of Action              150.00
4/11/08 - Court Filing Fee                               4.00
4/11/08 - Instrument Recording Fee                      18.50
4/11/08 - Hydra Skiptrace                               45.00
                                                      --------
        Total Amount This Invoice                      $342.50


        Total Current Charges                          $342.50

---

                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001382153
Our File No. 12201
Status - Foreclosure
Referral Date 11/4/2007

Invoice Number  115069

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 4/1/08- Publication of Notice of Sale | 382.86 |
| Total Amount This Invoice | $382.86 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing/

Account No. 1001149655
Our File No. 16846
Status - Foreclosure
Referral Date 2/21/2008

Invoice Number  115070

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/9/08- | Service of Process | 64.00 |
| | Total Amount This Invoice | $189.00 |
| | Total Current Charges | $189.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001380227
Our File No. 16730
Status - Foreclosure
Referral Date 2/19/2008

Invoice Number  115074

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/4/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/2/08- | Hydra Skiptrace | 45.00 |
| 4/3/08- | Title Search | 275.00 |
| 4/4/08- | Court Filing Fee | 263.00 |
| 4/4/08- | Instrument Recording Fee | 4.00 |
| 4/4/08- | Service of Process | 165.00 |
| 4/11/08- | Hydra Skiptrace | 45.00 |

|  |  |
|---|---|
| Total Amount This Invoice | $1,397.00 |
| Total Current Charges | $1,397.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing/

Account No. 1000839268
Our File No. 14907
Status - Foreclosure
Referral Date 1/8/2008

Invoice Number  115075

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/8/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/11/08- | Court Filing Fee | 1.00 |
| 4/11/08 - | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $144.50 |
| | Total Current Charges | $144.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing/AHM

Account No. 1001541550
Our File No. 12560
Status - Foreclosure

Invoice Number  115622

Tax ID # 59-2885854

Professional services:

| | | Hrs/Rate | |
|---|---|---|---|
| 4/1/08 | Correspondence with client. (PEL) | 0.40 150.00/hr | 60.00 |
| | Total Amount This Invoice | 0.40 | $60.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001662683
Our File No. 18710
Status - Foreclosure
Referral Date 3/29/2008

Invoice Number  115079

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/8/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Title Search | 275.00 |
| | Total Amount This Invoice | $875.00 |
| | Total Current Charges | $875.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001220330
Our File No. 09033

Status - Foreclosure
Referral Date 7/19/2007

Invoice Number  115080

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 4/1/08- Publication of NOA | 203.00 |
| Total Amount This Invoice | $203.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

   Account No. 1001670087
   Our File No. 16822
   Status - Foreclosure
   Referral Date 2/21/2008
   Invoice Number  115082

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/9/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/8/08- | Service of Process | 35.00 |
| 4/10/08- | Service of Process | 70.00 |
| 4/11/08- | Court Filing Fee | 1.00 |
| 4/11/08 - | Instrument Recording Fee | 18.50 |

| | |
|---|---|
| Total Amount This Invoice | $249.50 |
| Total Current Charges | $249.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

   Account No. 1001502659
   Our File No. 16815
   Status - Foreclosure
   Referral Date 2/21/2008

   Invoice Number  115083

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/11/08 - | Hydra Skiptrace | 45.00 |
| 4/11/08 - | Court Filing Fee | 1.00 |
| 4/11/08 - | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $189.50 |
| | Total Current Charges | $189.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
Via New Invoice

RE:  American Home Mortgage
     Account No. 1001444160
     Our File No. 12273-EVC

     Status - Eviction
     Referral Date 11/6/2007

     Invoice Number  115633

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/1/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001596257
Our File No. 13321
Status - Foreclosure
Referral Date 12/5/2007

Invoice Number  115084

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 4/2/08- Service of Process | 70.00 |
| Total Amount This Invoice | $70.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
Via New Invoice

RE:   American Home Mortgage Servicing

    Account No. 1001841091
    Our File No. 17331

    Status - Foreclosure
    Referral Date 3/3/2008

    Invoice Number  115085

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---:|
| 4/10/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---:|
| 4/9/08 - | Title Search | 275.00 |
| 4/10/08 - | Court Filing Fee | 255.00 |
| 4/10/08 - | Recording Fee | 1.00 |
| 4/10/08 - | Service of Process | 140.00 |
| 4/11/08 - | Instrument Recording Fee | 18.50 |

| | |
|---|---:|
| Total Amount This Invoice | $1,414.50 |
| Total Current Charges | $1,414.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001153286
    Our File No. 16848
    Status - Foreclosure
    Referral Date 2/21/2008

    Invoice Number  115086

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/10/08- | Title Search | 275.00 |
| 4/11/08- | Court Filing Fee | 267.00 |
| 4/11/08- | Recording Fee | 7.00 |
| 4/11/08- | Instrument Recording Fee | 9.00 |
| 4/11/08 - | Service of Process | 368.00 |
| | Total Amount This Invoice | $1,526.00 |
| | Total Current Charges | $1,526.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001692010
   Our File No. 14590
   Status - Foreclosure
   Referral Date 1/2/2008

   Invoice Number  115087

Tax ID # 59-2885854

___

Professional Costs:

| | | |
|---|---|---|
| 4/8/08 - Instrument Recording Fee | | 35.50 |
| 4/10/08 - Instrument Recording Fee | | 10.00 |
| 4/11/08 - Publication of Notice of Action | | 121.50 |
| Total Amount This Invoice | | $167.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing/

Account No. 1001363315
Our File No. 16736
Status - Foreclosure
Referral Date 2/19/2008

Invoice Number  115088

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/10/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/11/08 - | Service of Process | 128.00 |
| 4/11/08 - | Court Filing Fee | 1.00 |
| 4/11/08 - | Instrument Recording Fee | 18.50 |
| 4/11/08 - | Recording Fee | 1.00 |
| | Total Amount This Invoice | $273.50 |
| | Total Current Charges | $273.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001125566
      Our File No  09030

      Status - Fcl
      Referral Date 7/19/2007

      Invoice Number  115134

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 4/10/08- Service of Process | 25.00 |
| 4/11/08- Service of Process | 40.00 |
| Total Amount This Invoice | $65.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000705337
Our File No. 13382
Status - Foreclosure
Referral Date 12/6/2007

Invoice Number  115146

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 4/11/08 - Instrument Recording Fee | | 27.50 |
| 4/11/08 - Hydra Skiptrace | | 5.00 |
| Total Amount This Invoice | | $32.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

     Account No. 1001695868
     Our File No. 12467
     Status - Foreclosure
     Referral Date 11/10/2007

     Invoice Number  115137

Tax ID # 59-2885854

     Professional Costs:

| | | |
|---|---|---|
| 4/11/08- Service of Process | | 20.00 |
| Total Amount This Invoice | | $20.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001675025
Our File No. 14865
Status - Foreclosure
Referral Date 1/8/2008

Invoice Number  115140

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 4/11/08- Publication of NOA | 146.00 |
| Total Amount This Invoice | $146.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000644869
Our File No. 18003
Status - Foreclosure
Referral Date 3/19/2008

Invoice Number  115141

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee for foreclosure lawsuit. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Title Search | 275.00 |
| | Total Amount This Invoice | $875.00 |
| | Total Current Charges | $875.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing,

     Account No. 1001419696
     Our File No. 15863
     Status - Foreclosure
     Referral Date 1/30/2008

     Invoice Number  115143

Tax ID # 59-2885854
_____

     Professional Costs:

| | | |
|---|---|---|
| 4/11/08- Instrument Recording Fee | | 23.50 |
| Total Amount This Invoice | | $23.50 |

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001325528
    Our File No. 15631
    Status - Foreclosure
    Referral Date 1/24/2008

    Invoice Number  115144

Tax ID # 59-2885854

---

    Professional Costs:

| | |
|---|---:|
| 4/11/08- Publication of NOA | 172.50 |
| Total Amount This Invoice | $172.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001029822
Our File No. 14857
Status - Foreclosure
Referral Date 1/8/2008

Invoice Number  115145

Tax ID # 59-2885854

---

Professional Costs:

| | | |
|---|---|---:|
| 4/9/08- | Court Filing Fee | 4.00 |
| 4/9/08 - | Recording Fee | 2.00 |
| 4/9/08 - | Recording Fee | 9.00 |
| 4/9/08 - | Service of Process | 50.00 |
| 4/10/08- | Instrument Recording Fee | 9.00 |
| | Total Amount This Invoice | $74.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**

813/915-8660

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001357071
Our File No. 11661
Status - Foreclosure
Referral Date 10/22/2007

Invoice Number  115147

Tax ID # 59-2885854

---

Professional Costs:

| | | |
|---|---|---|
| 4/3/08- Instrument Recording Fee | | 29.50 |
| 4/3/08 - Hydra Skiptrace | | 15.00 |
| Total Amount This Invoice | | $44.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**

813/915-8660

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001492029
      Our File No. 15910
      Status - Foreclosure
      Referral Date 1/31/2008

      Invoice Number  115148

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/11/08 - | Record Assignment of Mortgage | 18.50 |
| | Total Amount This Invoice | $143.50 |
| | Total Current Charges | $143.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

Account No. 000926429
Our File No. 17805
Status - Misc.
Referral Date 3/12/2008

Invoice Number  115649

Tax ID # 59-2885854

---

Professional services:

| | | Hrs/Rate | |
|---|---|---|---|
| 4/1/08 | Received telephone communications from client (.1); received referral (.1); setup file (.1); telephone communications with Thomas Fellman (1.6). (DCC) | 1.90<br>150.00/hr | 285.00 |
| 4/2/08 | Run docket and assemble and study documents necessary to understand case (.5); additional telephone communication with debtor (.3); receive and review fax documents from debtor (.2). (DCC) | 1.00<br>150.00/hr | 150.00 |
| 4/3/08 | Additional telephone communication with client (.2); Telephone communications with debtor (.4). (DCC) | 0.60<br>150.00/hr | 90.00 |
| 4/4/08 | Prepare and file Notice of Appearance. (DCC) | 0.40<br>150.00/hr | 60.00 |
| | Prepare correspondence to debtor. (DCC) | 0.70<br>150.00/hr | 105.00 |

---

Professional Costs:

| | | | |
|---|---|---|---|
| 4/3/08- | Recording Fee | | 18.50 |
| | Total Amount This Invoice | 4.60 | $708.50 |

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

    Account No. 1001774104
    Our File No. 17128
    Status - Foreclosure
    Referral Date 2/27/2008

    Invoice Number  114898

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/8/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 4/10/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/7/08- | Title Search | 275.00 |
| 4/8/08- | Court Filing Fee | 257.00 |
| 4/8/08 - | Instrument Recording Fee | 2.00 |
| 4/8/08 - | Instrument Recording Fee | 18.50 |
| 4/8/08 - | Service of Process | 170.00 |
| 4/10/08- | Instrument Recording Fee | 18.50 |

Total Amount This Invoice      $1,466.00

Total Current Charges      $1,466.00

---

**PAYMENT DUE UPON RECEIPT**
**PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE**
**\*\*\*\*\*THANK YOU\*\*\*\*\***

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001650760
Our File No. 12204
Status - Fcl

Invoice Number  115373

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/3/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/3/08- | Sale Fee | 60.00 |
| 4/11/08- | Documentary Stamps | 0.70 |
| - | Publication of Notice of Sale | 121.38 |
| - | Instrument Recording Fee | 4.50 |
| | Total Amount This Invoice | $786.58 |
| | Total Current Charges | $786.58 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dcj

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001460706
Our File No. 14090
Status - Foreclosure
Referral Date 12/20/2007

Invoice Number  114900

Tax ID # 59-2885854

        Professional services:


4/11/08  Flat fee to prepare assignment of mortgage.            125.00


        Professional Costs:

4/11/08- Court Filing Fee                                          1.00
4/11/08- Instrument Recording Fee                                18.50

        Total Amount This Invoice                             $144.50


        Total Current Charges                                 $144.50


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001218787
Our File No. 14778
Status - Foreclosure
Referral Date 1/4/2008

Invoice Number  114901

Tax ID # 59-2885854

Professional Costs:

| Date | Description | Amount |
|------|-------------|--------|
| 4/3/08- | Recording Fee | 13.00 |
| 4/4/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $31.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1001349565
    Our File No. 11638
    Status - Foreclosure
    Referral Date 10/20/2007

    Invoice Number  114951

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/1/08 | Flat fee for title claim/title curative. | 300.00 |
| 4/11/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/9/08- | Instrument Recording Fee | 3.50 |
| 4/9/08- | Documentary Stamps | 0.70 |
| 4/11/08- | Publication of Notice of Sale | 112.50 |

Total Amount This Invoice         $1,016.70

Total Current Charges         $1,016.70

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE: American Home Mortgage Servicing

Account No. 1000902455
Our File No. 14851
Status - Foreclosure
Referral Date 1/8/2008

Invoice Number 114903

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 4/11/08- Publication of NOA | 116.63 |
| Total Amount This Invoice | $116.63 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
813/915-8660

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001568162
Our File No. 11850
Status - Foreclosure
Referral Date 10/25/2007

Invoice Number  114904

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee to reset sale. | 350.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/11/08- | Court Filing Fee | 50.00 |
| | Total Amount This Invoice | $400.00 |
| | Total Current Charges | $400.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001095673
Our File No. 14264
Status - Answer/Monitor
Referral Date 12/22/2007

Invoice Number  114905

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/7/08 | Flat fee to answer foreclosure/monitor. | 200.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/7/08- | Title Search | 150.00 |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001505454
Our File No. 17068
Status - Foreclosure
Referral Date 2/26/2008

Invoice Number  115043

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/8/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/7/08- | Title Search | 275.00 |
| 4/8/08- | Court Filing Fee | 255.00 |
| 4/8/08 - | Recording Fee | 1.00 |
| 4/8/08- | Service of Process | 140.00 |
| | Total Amount This Invoice | $1,396.00 |
| | Total Current Charges | $1,396.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**

**813/915-8660**

May 10, 2008

American Home Mortgage
Via New Invoice

RE:   American Home Mortgage
      Account No. 1001475837
      Our File No. 18761-EVC

      Status - Eviction
      Referral Date 3/31/2008

      Invoice Number  115487

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---:|
| 4/2/08- Clerk's Filing Fee | 50.00 |
| Total Amount This Invoice | $50.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dlp

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001651828
Our File No. 18290

Status - Foreclosure

Referral Date 3/23/2008

Invoice Number  115569

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/10/08 | Flat fee to prepare assignment of mortgage. | 125.00 |
| 4/10/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/2/08- | Title Search | 275.00 |
| 4/9/08- | Clerk's Filing Fee | 255.00 |
| 4/9/08 - | Instrument Recording Fee | 1.00 |
| 4/9/08 - | Instrument Recording Fee | 10.50 |
| 4/10/08- | Service of Process (X2) | 40.00 |
| 4/10/08 - | Service of Process | 112.00 |

Total Amount This Invoice                       $1,418.50

Total Current Charges                           $1,418.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001127837
Our File No. 15873
Status - Foreclosure
Referral Date 1/30/2008

Invoice Number  115150

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/9/08  Flat fee to prepare assignment of mortgage. | | 125.00 |

Professional Costs:

| | |
|---|---|
| 4/10/08 - Court Filing Fee | 3.00 |
| 4/10/08 - Instrument Recording Fee | 18.50 |
| Total Amount This Invoice | $146.50 |
| Total Current Charges | $146.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001107943
    Our File No. 14817
    Status - Foreclosure
    Referral Date 1/7/2008

    Invoice Number  115151

Tax ID # 59-2885854

_____

    Professional Costs:


4/10/08- Instrument Recording Fee                        31.50

    Total Amount This Invoice                        $31.50

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001317532
    Our File No. 17767
    Status - Foreclosure
    Referral Date 3/12/2008
    Invoice Number  115152

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/4/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/3/08- | Title Search | 275.00 |
| 4/4/08- | Court Filing Fee | 257.00 |
| 4/4/08 - | Instrument Recording Fee | 1.00 |
| 4/4/08 - | Service of Process | 70.00 |
| 4/7/08- | Service of Process | 70.00 |
| | Total Amount This Invoice | $1,273.00 |
| | Total Current Charges | $1,273.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dcj

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000760616
Our File No. 17123
Status - Foreclosure
Referral Date 2/27/2008

Invoice Number  115170

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/7/08 - | Title Search | 275.00 |
| 4/8/08 - | Court Filing Fee | 259.00 |
| 4/8/08 - | Recording Fee | 4.00 |
| 4/8/08 - | Instrument Recording Fee | 9.00 |
| 4/8/08 - | Service of Process | 210.00 |
| 4/11/08 - | Service of Process | 112.00 |

Total Amount This Invoice          $1,469.00

Total Current Charges              $1,469.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001339280
Our File No. 13367
Status - Foreclosure
Referral Date 12/6/2007

Invoice Number  115154

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 4/7/08- Publication of Notice of Action | 208.20 |
| Total Amount This Invoice | $208.20 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
Via New Invoice

RE:  American Home Mortgage Servicing/

    Account No. 1000930110
    Our File No. 17044

    Status - Foreclosure
    Referral Date 2/26/2008

    Invoice Number  115155

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/10/08 - | Title Search | 340.00 |
| 4/11/08 - | Court Filing Fee | 256.00 |
| 4/11/08 - | Recording Fee | 1.00 |
| 4/11/08 - | Service of Process | 100.00 |
| | Total Amount This Invoice | $1,297.00 |
| | Total Current Charges | $1,297.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001430699
Our File No. 14640
Status - Foreclosure
Referral Date 1/3/2008

Invoice Number  115156

Tax ID # 59-2885854

_____

Professional Costs:

| | | |
|---|---|---|
| 4/10/08 - | Instrument Recording Fee | 28.50 |
| 4/10/08 - | Hydra Skiptrace | 15.00 |
| | Total Amount This Invoice | $43.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001169866
     Our File No. 11245


     Status - Fcl
     Referral Date 10/8/2007

     Invoice Number  115158

Tax ID # 59-2885854

---

     Professional services:


| | | |
|---|---|---|
| 4/11/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

     Professional Costs:

| | | |
|---|---|---|
| 4/3/08- | Sale Fee | 60.00 |
| 4/4/08- | Publication of Notice of Action | 411.74 |
| 4/10/08- | Publication of NOS | 413.75 |
| 4/11/08- | Instrument Recording Fee | 4.50 |
| 4/11/08- | Documentary Stamps | 0.70 |
| | Total Amount This Invoice | $1,490.69 |
| | Total Current Charges | $1,490.69 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1000809048
    Our File No. 14635
    Status - Foreclosure
    Referral Date 1/3/2008

    Invoice Number  115175

Tax ID # 59-2885854

    Professional Costs:

| | |
|---|---|
| 4/10/08- Instrument Recording Fee | 22.50 |
| Total Amount This Invoice | $22.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000877184
Our File No. 14908
Status - Foreclosure
Referral Date 1/8/2008

Invoice Number  115176

Tax ID # 59-2885854

---

Professional Costs:

| | | |
|---|---|---|
| 4/11/08- Instrument Recording Fee | | 22.50 |
| 4/11/08 - Hydra Skiptrace | | 10.00 |
| Total Amount This Invoice | | $32.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000820375
Our File No. 14863
Status - Foreclosure
Referral Date 1/8/2008

Invoice Number  115177

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 4/9/08-  | Service of Process | 64.00 |
| 4/10/08- | Recording Fee | 13.00 |
| 4/10/08 - | Hydra Skiptrace | 10.00 |
| 4/11/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $105.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001137894
Our File No. 16299
Status - Foreclosure
Referral Date 2/10/2008

Invoice Number  115178

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 4/2/08- Recording Fee | 10.00 |
| 4/11/08- Hydra Skiptrace | 45.00 |
| Total Amount This Invoice | $55.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000964628
Our File No. 16813
Status - Foreclosure
Referral Date 2/21/2008

Invoice Number  115179

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |
| | Total Amount This Invoice | $125.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063


RE:   American Home Mortgage Servicing

    Account No. 1001668827
    Our File No. 16826
    Status - Foreclosure
    Referral Date 2/21/2008

    Invoice Number  115180

Tax ID # 59-2885854

---

    Professional services:


4/9/08   Flat fee to prepare assignment of mortgage.         125.00

---

    Professional Costs:

4/11/08- Instrument Recording Fee                              18.50

    Total Amount This Invoice                              $143.50


    Total Current Charges                                   $143.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063


RE:  American Home Mortgage Servicing/

    Account No. 1001258564
    Our File No. 16288
    Status - Foreclosure
    Referral Date 2/10/2008

    Invoice Number  115181

Tax ID # 59-2885854

---

      Professional services:


| | | |
|---|---|---:|
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |
| | Total Amount This Invoice | $125.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE: American Home Mortgage Servicing

Account No. 1001343073
Our File No. 16820
Status - Foreclosure
Referral Date 2/21/2008

Invoice Number  115182

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---:|
| 4/2/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---:|
| 4/1/08- | Title Search | 275.00 |
| 4/2/08- | Court Filing Fee | 257.00 |
| 4/2/08 - | Instrument Recording Fee | 3.00 |
| 4/2/08 - | Instrument Recording Fee | 9.00 |
| 4/2/08 - | Service of Process | 50.00 |
| 4/3/08- | Service of Process | 160.00 |
| 4/11/08- | Court Filing Fee | 1.00 |
| 4/11/08 - | Instrument Recording Fee | 18.50 |

Total Amount This Invoice $1,498.50

Total Current Charges $1,498.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
813/915-8660

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1000903379
    Our File No. 13358
    Status - Fcl
    Referral Date 12/6/2007

    Invoice Number  115183

Tax ID # 59-2885854

---

    Professional Costs:

| | |
|---|---|
| 4/9/08- Instrument Recording Fee | 28.50 |
| Total Amount This Invoice | $28.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.
     Account No. 1001679504
     Our File No. 12839
     Status - Foreclosure
     Referral Date 11/20/2007

     Invoice Number  115184

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 4/7/08- Instrument Recording Fee | 21.50 |
| 4/7/08 - Hydra Skiptrace | 10.00 |
| Total Amount This Invoice | $31.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001514156
Our File No. 12932
Status - Foreclosure
Referral Date 11/21/2007

Invoice Number  115185

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---:|
| 4/4/08 - Recording Fee | 10.00 |
| 4/7/08 - Instrument Recording Fee | 28.50 |
| Total Amount This Invoice | $38.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001464588
Our File No. 15922
Status - Foreclosure
Referral Date 1/31/2008

Invoice Number  115186

Tax ID # 59-2885854

_____

Professional services:

4/8/08   Flat fee to prepare assignment of mortgage.                  125.00

_____

Professional Costs:

4/11/08- Court Filing Fee                                               1.00
4/14/08- Instrument Recording Fee                                     18.50
                                                                    _____
Total Amount This Invoice                                           $144.50


Total Current Charges                                               $144.50
                                                                    ========

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001332572
    Our File No. 17736
    Status - Foreclosure
    Referral Date 3/12/2008

    Invoice Number  115187

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/4/08- | Title Search | 340.00 |
| 4/7/08- | Court Filing Fee | 255.00 |
| 4/7/08 - | Recording Fee | 9.00 |
| 4/7/08 - | Service of Process | 100.00 |
| | Total Amount This Invoice | $1,304.00 |
| | Total Current Charges | $1,304.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001647627
Our File No. 12085
Status - Fcl
Referral Date 11/1/2007

Invoice Number  115189

Tax ID # 59-2885854

Professional services:

| Date | Description | Amount |
|------|-------------|--------|
| 4/1/08 | Flat fee to prepare assignment of mortgage. | 125.00 |
| 4/1/08 | Flat fee for title claim/title curative. | 300.00 |
| 4/10/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| Date | Description | Amount |
|------|-------------|--------|
| 4/1/08 - | Sale Fee | 60.00 |
| 4/9/08 - | Cost of Certified Court Documents | 3.50 |
| 4/9/08 - | Documentary Stamps | 0.70 |
| 4/11/08 - | Publication of Notice of Sale | 344.01 |

Total Amount This Invoice         $1,433.21

Total Current Charges             $1,433.21

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001648105
     Our File No. 11783
     Status - Foreclosure
     Referral Date 10/23/2007

     Invoice Number  115190

Tax ID # 59-2885854

Professional services:

| | |
|---|---|
| 4/11/08  Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | |
|---|---|
| 4/4/08- Instrument Recording Fee | 17.50 |
| 4/11/08- Recording Fee | 18.50 |
| Total Amount This Invoice | $161.00 |
| Total Current Charges | $161.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
ATTN: LISSETTE DUARTE
SUITE 200
4600 REGENT BLVD
IRVING TX 75063


RE:   AMERICAN HOME MORTGAGE
      ACCOUNT NO. 1001647627
      OUR FILE NO. 09132

      STATUS- Foreclosure
      REFERRAL DATE- 7/24/07

      Invoice Number  115191

Tax ID # 59-2885854

         Professional Costs:


| | | |
|---|---|---|
| 4/11/08- Publication of NOS | | 344.01 |
| Total Amount This Invoice | | $344.01 |


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001606673
Our File No. 15899
Status - Foreclosure
Referral Date 1/31/2008

Invoice Number  115192

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 4/2/08- Service of process | | 80.00 |
| 4/3/08- Instrument Recording Fee | | 30.50 |
| 4/11/08- Hydra Skiptrace | | 45.00 |
| Total Amount This Invoice | | $155.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001488096
Our File No. 15847
Status - Foreclosure
Referral Date 1/30/2008

Invoice Number  115195

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/9/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/3/08- | Hydra Skiptrace | 45.00 |
| 4/11/08- | Court Filing Fee | 1.00 |
| 4/11/08- | Recording Fee | 18.50 |
| | Total Amount This Invoice | $189.50 |
| | Total Current Charges | $189.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

    Account No. 1001336985
    Our File No. 11655
    Status - Foreclosure
    Referral Date 10/22/2007

    Invoice Number  115661

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---:|
| 4/11/08 | Flat fee to reset foreclosure sale. | 350.00 |
| | Flat fee for foreclosure lawsuit - second half | 600.00 |

    Professional Costs:

| | | |
|---|---|---:|
| 4/10/08- | Publication of NOS | 105.00 |
| 4/11/08- | Court Filing Fee | 50.00 |
| | Total Amount This Invoice | $1,105.00 |
| | Total Current Charges | $1,105.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001357382
    Our File No. 11646
    Status - Foreclosure
    Referral Date 10/20/2007

    Invoice Number  115660

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/4/08 | Flat fee to reset foreclosure sale. | 350.00 |
| 4/11/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Publication of NOS | 92.50 |
| 4/11/08- | Court Filing Fee | 50.00 |
| | Total Amount This Invoice | $1,092.50 |
| | Total Current Charges | $1,092.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

     Account No. 1001135865
     Our File No. 16300
     Status - Foreclosure
     Referral Date 2/10/2008

     Invoice Number  115202

Tax ID # 59-2885854

---

     Professional services:

| | | |
|---|---|---|
| 4/9/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

     Professional Costs:

| | | |
|---|---|---|
| 4/11/08- | Court Filing Fee | 1.00 |
| 4/11/08- | Recording Fee | 18.50 |

     Total Amount This Invoice     $144.50

     Total Current Charges     $144.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing/
     Account No. 1001332228
     Our File No. 11828
     Status - Foreclosure
     Referral Date 10/24/2007

     Invoice Number  115215

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 4/7/08- Service of Process | 64.00 |
| 4/8/08- Service of Process | 60.00 |
| Total Amount This Invoice | $124.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing/

    Account No. 1001193020
    Our File No. 16842
    Status - Foreclosure
    Referral Date 2/21/2008

    Invoice Number  115216

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/2/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 4/7/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Title Search | 275.00 |
| 4/2/08- | Service of Process | 100.00 |
| 4/2/08- | Court Filing Fee | 255.00 |
| 4/3/08- | Service of Process | 35.00 |
| 4/11/08- | Instrument Recording Fee | 18.50 |
| 4/11/08- | Hydra Skiptrace | 45.00 |

Total Amount This Invoice $1,453.50

Total Current Charges $1,453.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1001030388
    Our File No. 16287
    Status - Foreclosure
    Referral Date 2/10/2008

    Invoice Number  115217

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/2/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Title Search | 275.00 |
| 4/2/08- | Court Filing Fee | 265.00 |
| 4/2/08 - | Instrument Recording Fee | 5.00 |
| 4/2/08 - | Service of Process | 245.00 |
| 4/3/08- | Service of Process | 25.00 |

| | | |
|---|---|---|
| Total Amount This Invoice | | $1,415.00 |
| Total Current Charges | | $1,415.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001440436
    Our File No. 13519
    Status - Foreclosure
    Referral Date 12/10/2007

    Invoice Number  115218

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 4/1/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

    Professional Costs:

| | | |
|---|---|---|
| 4/4/08 - | Court Filing Fee | 255.00 |
| 4/4/08 - | Service of Process | 175.00 |
| 4/11/08 - | Instrument Recording Fee | 18.50 |

    Total Amount This Invoice     $1,173.50

    Total Current Charges     $1,173.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001526185
Our File No. 15998
Status - Foreclosure
Referral Date 2/1/2008
Invoice Number  115219

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/9/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/8/08- | Title Search | 275.00 |
| 4/9/08- | Court Filing Fee | 255.00 |
| 4/9/08- | Service of Process | 100.00 |
| 4/11/08- | Hydra Skiptrace | 45.00 |
| 4/11/08 - | Instrument Recording Fee | 18.50 |

| Total Amount This Invoice | $1,418.50 |
|---|---|

| Total Current Charges | $1,418.50 |
|---|---|

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dcj

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001129168
     Our File No. 14816
     Status - Foreclosure
     Referral Date 1/7/2008

     Invoice Number  115220

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/4/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/4/08- | Recording Fee | 27.00 |
| 4/10/08- | Instrument Recording Fee | 22.50 |
| 4/11/08- | Publication of NOA | 528.20 |
| | Total Amount This Invoice | $702.70 |
| | Total Current Charges | $702.70 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001656113
Our File No. 14623
Status - Foreclosure
Referral Date 1/2/2008

Invoice Number  115221

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/7/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/4/08- | Instrument Recording Fee | 18.50 |
| 4/7/08- | Service of Process | 70.00 |
| 4/11/08- | Instrument Recording Fee | 18.50 |
| 4/4/08 - | Hydra Skiptrace | 15.00 |

Total Amount This Invoice                $247.00

Total Current Charges                $247.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1000602924
     Our File No. 13357
     Status - Foreclosure
     Referral Date 12/6/2007

     Invoice Number  115222

Tax ID # 59-2885854

      Professional services:

4/11/08   Flat fee to prepare assignment of mortgage.          125.00

         Professional Costs:

4/11/08 - Court Filing Fee                                       2.00
4/11/08 - Instrument Recording Fee                              18.50
                                                             ─────────
         Total Amount This Invoice                            $145.50
                                                             ─────────
         Total Current Charges                                $145.50
                                                             ═════════

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001388168
     Our File No. 10539


     Status - Foreclosure
     Referral Date 9/14/2007

     Invoice Number  115223

Tax ID # 59-2885854

_____

          Professional Costs:


  4/4/08- Instrument Recording Fee                    33.50
                                                 _____
          Total Amount This Invoice              $33.50

_____

                  PAYMENT DUE UPON RECEIPT
    PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001409397
Our File No. 15940
Status - Foreclosure
Referral Date 1/31/2008

Invoice Number  115224

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/4/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/3/08- | Instrument Recording Fee | 27.50 |
| 4/4/08- | Recording Fee | 18.50 |

Total Amount This Invoice      $171.00

Total Current Charges      $171.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001171727
     Our File No. 11846
     Status - Fcl
     Referral Date 10/25/2007

     Invoice Number  115226

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/1/08 | Flat fee for title claim/title curative. | 300.00 |
| 4/11/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/8/08- | Documentary Stamps | 0.70 |
| 4/8/08 - | Instrument Recording Fee | 4.50 |
| 4/10/08- | Publication of NOS | 150.42 |

Total Amount This Invoice       $1,055.62

Total Current Charges       $1,055.62

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mort. Serv.
     Account No. 1001562103
     Our File No. 10102

     Status-Foreclosure
     Referral Date 8/30/2007

     Invoice Number  115634

Tax ID # 59-2885854

_____

        Professional services:


| | | |
|---|---|---|
| 4/1/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

_____

        Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Court Filing Fee | 50.00 |
| - | Writ of Possession | 110.00 |
| | Total Amount This Invoice | $510.00 |
| | Total Current Charges | $510.00 |

_____


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing.

   Account No. 1001363264
   Our File No. 17081
   Status - Foreclosure
   Referral Date 2/26/2008

   Invoice Number  115228

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---:|
| 4/7/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 4/7/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---:|
| 4/1/08- | Title Search | 275.00 |
| 4/2/08- | Court Filing Fee | 259.00 |
| 4/2/08 - | Instrument Recording Fee | 3.00 |
| 4/2/08 - | Recording Fee | 17.00 |
| 4/2/08- | Service of Process | 192.00 |
| 4/11/08- | Recording Fee | 18.50 |
| | Total Amount This Invoice | $1,489.50 |
| | Total Current Charges | $1,489.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001544955
Our File No. 15892
Status - Foreclosure
Referral Date 1/30/2008

Invoice Number  115234

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/1/08 | Flat fee to prepare assignment of mortgage. | 125.00 |
| | Total Amount This Invoice | $125.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,
     Account No. 1001299550
     Our File No. 15851
     Status - Foreclosure
     Referral Date 1/30/2008

     Invoice Number  115236

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/4/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/4/08- | Court Filing Fee | 1.00 |
| 4/4/08 - | Instrument Recording Fee | 27.00 |

Total Amount This Invoice                      $153.00

Total Current Charges                          $153.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001314085
    Our File No. 12881
    Status - Fcl
    Referral Date 11/21/2007

    Invoice Number  115237

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 4/4/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| 4/3/08- | Instrument Recording Fee | 5.20 |
| 4/4/08- | Documentary Stamps | 0.70 |
| 4/9/08- | Instrument Recording Fee | 10.00 |
| | Total Amount This Invoice | $615.90 |

| | |
|---|---|
| Total Current Charges | $615.90 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing,

      Account No. 1001531222
      Our File No. 18286
      Status - Foreclosure
      Referral Date 3/23/2008

      Invoice Number  115239

Tax ID # 59-2885854

---

      Professional services:

| Date | Description | Amount |
|---|---|---|
| 4/11/08 | Flat fee for foreclosure lawsuit. | 600.00 |

---

      Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 4/1/08- | Title Search | 275.00 |
| | Total Amount This Invoice | $875.00 |
| | Total Current Charges | $875.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**

**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001550435
Our File No. 15888
Status - Foreclosure
Referral Date 1/30/2008

Invoice Number  115246

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/4/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/4/08 - | Court Filing Fee | 2.00 |
| 4/4/08 - | Recording Fee | 18.50 |
| 4/11/08 - | Instrument Recording Fee | 25.50 |
| 4/11/08 - | Recording Fee | 13.00 |
| | Total Amount This Invoice | $184.00 |
| | Total Current Charges | $184.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001668679
Our File No. 14650
Status - Foreclosure
Referral Date 1/3/2008

Invoice Number  115248

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/1/08 | Flat fee to prepare assignment of mortgage. | 125.00 |
| | Total Amount This Invoice | $125.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001097410
Our File No. 13419
Status - Foreclosure
Referral Date 12/6/2007

Invoice Number  115265

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/2/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/2/08- | Recording Fee | 18.50 |
| | Total Amount This Invoice | $143.50 |
| | Total Current Charges | $143.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001560329
Our File No. 15897
Status - Foreclosure
Referral Date 1/30/2008

Invoice Number  115266

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/9/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/4/08- | Hydra Skiptrace | 45.00 |
| 4/11/08- | Recording Fee | 18.50 |
| | Total Amount This Invoice | $188.50 |
| | Total Current Charges | $188.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing/

    Account No. 1001348966
    Our File No. 17733
    Status - Foreclosure
    Referral Date 3/12/2008
    Invoice Number  115267

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/10/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/9/08- | Title Search | 275.00 |
| 4/10/08- | Court Filing Fee | 259.00 |
| 4/10/08 - | Instrument Recording Fee | 4.00 |
| 4/10/08 - | Instrument Recording Fee | 9.00 |
| 4/10/08 - | Service of Process | 245.00 |
| 4/11/08- | Court Filing Fee | 1.00 |
| 4/11/08 - | Recording Fee | 18.50 |

Total Amount This Invoice        $1,536.50

Total Current Charges        $1,536.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing,

     Account No. 1001825698
     Our File No. 14790
     Status - Foreclosure
     Referral Date 1/5/2008

     Invoice Number  115268

Tax ID # 59-2885854

     Professional services:

| | | |
|---|---|---:|
| 4/7/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

     Professional Costs:

| | | |
|---|---|---:|
| 4/11/08- | Recording Fee | 18.50 |
| | Total Amount This Invoice | $143.50 |
| | Total Current Charges | $143.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001484552
Our File No. 11927
Status - Foreclosure
Referral Date 10/27/2007

Invoice Number  115269

Tax ID # 59-2885854

Professional services:

| | |
|---|---|
| 4/11/08  Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | |
|---|---|
| 4/4/08 - Hydra Skiptrace | 90.00 |
| Total Amount This Invoice | $215.00 |
| Total Current Charges | $215.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing/

Account No. 1001137781
Our File No. 12870
Status - Foreclosure
Referral Date 11/20/2007

Invoice Number  115270

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/ :4/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| | | 240.00 |
| 4/1/08- | Service of Process | |
| | Total Amount This Invoice | $365.00 |
| | Total Current Charges | $365.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001519660
Our File No. 16284
Status - Foreclosure
Referral Date 2/10/2008

Invoice Number  115271

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/9/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| | | 200.00 |
| 4/1/08- | Service of Process | 2.00 |
| 4/11/08- | Court Filing Fee | 18.50 |
| 4/11/08- | Recording Fee | |
| | Total Amount This Invoice | $345.50 |
| | Total Current Charges | $345.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001488343
Our File No. 16817
Status - Foreclosure
Referral Date 2/21/2008

Invoice Number  115272

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/2/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Title Search | 275.00 |
| 4/2/08- | Court Filing Fee | 257.00 |
| 7/2/08- | Service of Process | 150.00 |
| | Total Amount This Invoice | $1,282.00 |
| | Total Current Charges | $1,282.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001364912
     Our File No. 12863
     Status - Foreclosure
     Referral Date 11/20/2007

     Invoice Number  115273

Tax ID # 59-2885854

Professional services:

| Date | Description | Amount |
|------|-------------|--------|
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| Date | Description | Amount |
|------|-------------|--------|
| 4/11/08 - | Record Assignment of Mortgage | 18.50 |

Total Amount This Invoice     $143.50

Total Current Charges     $143.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001081090
    Our File No. 17904
    Status - Foreclosure
    Referral Date 3/17/2008

    Invoice Number  115274

Tax ID # 59-2885854

    Professional services:

| | |
|---|---|
| 4/11/08  Flat fee for foreclosure lawsuit - first half. | 600.00 |

    Professional Costs:

| | |
|---|---|
| | 275.00 |
| 4/10/08- Title Search | 271.00 |
| 4/11/08- Court Filing Fee | 13.00 |
| 4/11/08 - Recording Fee | 90.00 |
| 4/11/08 - Hydra Skiptrace | 18.50 |
| 4/11/08 - Instrument Recording Fee | 280.00 |
| 4/11/08 - Service of Process | 100.00 |
| 4/11/08 - Service of Process | |

| | |
|---|---|
| Total Amount This Invoice | $1,647.50 |
| Total Current Charges | $1,647.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001499308
   Our File No. 17112
   Status - Foreclosure
   Referral Date 2/27/2008

   Invoice Number  115275

Tax ID # 59-2885854

---

   Professional services:

| | | |
|---|---|---|
| 4/7/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

   Professional Costs:

| | | |
|---|---|---|
| | | 340.00 |
| 4/4/08- | Title Search | 256.00 |
| 4/7/08- | Court Filing Fee | 1.00 |
| 4/7/08- | Instrument Recording Fee | 125.00 |
| 4/7/08- | Service of Process | |
| | Total Amount This Invoice | $1,322.00 |
| | Total Current Charges | $1,322.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001324699
Our File No. 15830
Status - Foreclosure
Referral Date 1/29/2008

Invoice Number  115276

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/4/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| | | 1.00 |
| 4/4/08 - | Court Filing Fee | 18.50 |
| 4/4/08 - | Recording Fee | 28.50 |
| 4/11/08 - | Instrument Recording Fee | 10.00 |
| 4/11/08 - | Hydra Skiptrace | |
| | Total Amount This Invoice | $183.00 |
| | Total Current Charges | $183.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001556825
Our File No. 15881
Status - Foreclosure
Referral Date 1/30/2008

Invoice Number  115277

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/1/08 | Flat fee to prepare assignment of mortgage. | 125.00 |
| | Total Amount This Invoice | $125.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001556816
Our File No. 16298
Status - Foreclosure
Referral Date 2/10/2008
Invoice Number  115278

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Title Search | 275.00 |
| 4/9/08- | Service of Process | 170.00 |
| | Total Amount This Invoice | $570.00 |
| | Total Current Charges | $570.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001649617
     Our File No. 11165
     Status - Deed-in-lieu
     Referral Date 10/4/2007

     Invoice Number  115279

Tax ID # 59-2885854
_____

          Professional services:


4/11/08  Flat fee to prepare deed in lieu of foreclosure.          350.00
_____

          Professional Costs:
                                                                     4.50
4/11/08- Instrument Recording Fee                                  231.00
4/11/08- Instrument Recording Fee                                1,729.00
4/11/08- Documentary Stamps                                     _____
                                                                $2,314.50

          Total Amount This Invoice


          Total Current Charges                                  $2,314.50


          PAYMENT DUE UPON RECEIPT
  PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                *****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001360047
     Our File No. 14758
     Status - Foreclosure
     Referral Date 1/4/2008

     Invoice Number  115280

Tax ID # 59-2885854
_____

          Professional services:


  4/1/08  Flat fee to prepare assignment of mortgage.          125.00
                                                        _____
          Total Amount This Invoice                            $125.00
_____

                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                      *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001364051
Our File No. 13598
Status - Foreclosure
Referral Date 12/11/2007

Invoice Number  115281

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 4/4/08- Attorney Ad Litem | 350.00 |
| Total Amount This Invoice | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage,
      Account No. 1001234452
      Our File No. 17426

      Status - Eviction Pre-4/14/08
      Referral Date 3/5/2008

      Invoice Number  115636

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/10/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Court Filing Fee | 50.00 |
| 4/2/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $470.00 |
| | Total Current Charges | $470.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001317556
Our File No. 14788
Status - Foreclosure
Referral Date 1/5/2008

Invoice Number  115283

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---:|
| 4/10/08- Attorney ad Litem Fee | 275.00 |
| Total Amount This Invoice | $275.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001517606
    Our File No. 09126
    Status - Fcl
    Referral Date 7/24/2007

    Invoice Number  115284

Tax ID # 59-2885854
_____

    Professional services:


| | | |
|---|---|---:|
| 4/1/08 | Flat fee for title claim/title curative. | 300.00 |
| 4/11/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

_____

    Professional Costs:

| | | |
|---|---|---:|
| 4/7/08- | Instrument Recording Fee | 4.50 |
| 4/7/08- | Documentary Stamps | 0.70 |

    Total Amount This Invoice        $905.20

    Total Current Charges        $905.20


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001375815
     Our File No. 13363
     Status - Fcl
     Referral Date 12/6/2007
     Date of Sale 4/23/2008

     Invoice Number  115285

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/11/08 | - Documentary Stamps | 0.70 |
| 4/11/08 | - Sale Fee | 60.00 |
| 4/11/08 | - Publication of Notice of Sale | 222.22 |
| 4/11/08 | - Instrument Recording Fee | 4.50 |
| | Total Amount This Invoice | $887.42 |
| | Total Current Charges | $887.42 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

    Account No. 1001409790
    Our File No. 14761
    Status - Foreclosure
    Referral Date 1/4/2008
    Invoice Number 115286

Tax ID # 59-2885854

---

    Professional services:

4/1/08   Flat fee to prepare assignment of mortgage.         125.00

---

    Professional Costs:

4/11/08- Instrument Recording Fee                             29.50
                                                             ───────
    Total Amount This Invoice                                $154.50

    Total Current Charges                                    $154.50
                                                             ═══════

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001398419
     Our File No. 15664
     Status - Foreclosure
     Referral Date 1/25/2008

     Invoice Number  115379

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/1/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/9/08- | Instrument Recording Fee | 27.50 |
| - | Hydra Skiptrace | 5.00 |
| | Total Amount This Invoice | $157.50 |
| | Total Current Charges | $157.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001483842
    Our File No. 15865
    Status - Foreclosure
    Referral Date 1/30/2008

    Invoice Number  115288

Tax ID # 59-2885854

---

    Professional services:

4/11/08   Flat fee to prepare assignment of mortgage.          125.00

    Total Amount This Invoice          $125.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001486660
Our File No. 17050
Status - Foreclosure
Referral Date 2/26/2008

Invoice Number  115289

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/2/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 4/7/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Title Search | 275.00 |
| 4/2/08- | Court Filing Fee | 259.00 |
| 4/2/00- | Instrument Recording Fee | 3.00 |
| 4/2/00- | Recording Fee | 17.00 |
| 4/2/00 - | Service of Process | 100.00 |
| 4/3/08- | Service of Process | 64.00 |
| 4/11/08- | Court Filing Fee | 1.00 |
| 4/11/00- | Recording Fee | 18.50 |

| | |
|---|---|
| Total Amount This Invoice | $1,462.50 |
| Total Current Charges | $1,462.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

    Account No. 1001250381
    Our File No. 13502
    Status - Foreclosure
    Referral Date 12/10/2007

    Invoice Number  115290

Tax ID # 59-2885854

    Professional Costs:

| | |
|---|---|
| 4/1/08- Service of Process | 310.00 |
| Total Amount This Invoice | $310.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001380652
    Our File No. 12866
    Status - Foreclosure
    Referral Date 11/20/2007

    Invoice Number  115291

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/4/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/4/08- | Recording Fee | 27.00 |
| 4/11/08- | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $170.50 |
| | Total Current Charges | $170.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:    American Home Mortgage Servicing/

Account No. 1001252673
Our File No. 18386
Status - Foreclosure
Referral Date 3/24/2008

Invoice Number  115292

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee for foreclosure lawsuit. | 1,200.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/10/08- | Title Search | 275.00 |
| 4/11/08- | Court Filing Fee | 259.00 |
| 4/11/08- | Service of Process | 240.00 |
| | Total Amount This Invoice | $1,974.00 |
| | Total Current Charges | $1,974.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001408850
   Our File No. 09134
   Status - Eviction Pre-4/14/08
   Referral Date 7/24/2007

   Invoice Number  115638

Tax ID # 59-2885854

---

Professional services:

| Date | Description | Amount |
|------|-------------|--------|
| 4/1/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

---

Professional Costs:

| Date | Description | Amount |
|------|-------------|--------|
| 4/1/08- | Court Filing Fee | 50.00 |
| 4/10/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $470.00 |
| | Total Current Charges | $470.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001604369
Our File No. 14094
Status - Foreclosure
Referral Date 12/20/2007

Invoice Number  115294

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/7/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/3/08- | Instrument Recording Fee | 17.50 |
| 4/4/08- | Instrument Recording Fee | 8.00 |
| 4/11/08- | Court Filing Fee | 2.00 |
| 4/11/08 - | Recording Fee | 18.50 |

| | |
|---|---|
| Total Amount This Invoice | $171.00 |
| Total Current Charges | $171.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001451382
Our File No. 18712
Status - Foreclosure
Referral Date 3/29/2008

Invoice Number  115295

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 4/8/08- Title Search | 275.00 |
| Total Amount This Invoice | $275.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1000909680
Our File No. 13592
Status - Foreclsoure
Referral Date 12/11/2007

Invoice Number  115296

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/1/08 | Flat fee to prepare assignment of mortgage. | 125.00 |
| | Total Amount This Invoice | $125.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing.

Account No. 1001262526
Our File No. 17133
Status - Foreclosure
Referral Date 2/27/2008

Invoice Number  115297

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/8/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/7/08- | Title Search | 340.00 |
| 4/8/08- | Court Filing Fee | 256.00 |
| 4/8/08 - | Instrument Recording Fee | 1.00 |
| 4/8/08 - | Service of Process | 100.00 |
| | Total Amount This Invoice | $1,297.00 |
| | Total Current Charges | $1,297.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001606732
Our File No. 16301
Status - Foreclosure
Referral Date 2/10/2008

Invoice Number  115298

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 4/1/08- Title Search | 275.00 |
| 4/4/08- Service of Process | 200.00 |
| Total Amount This Invoice | $475.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
****THANK YOU****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
Via New Invoice

RE:  American Home Mortgage Servicing

Account No. 1001614468
Our File No. 17065

Invoice Number  115299

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/8/08 | Flat fee for foreclosure lawsuit – first half. | 600.00 |
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| | | 275.00 |
| 4/7/08- | Title Search | 259.00 |
| 4/8/08- | Court Filing Fee | 4.00 |
| 4/8/08 – | Recording Fee | 90.00 |
| 4/8/00 – | Hydra Skiptrace | 9.00 |
| 4/8/00 – | Recording Fee | 105.00 |
| 4/8/00 – | Service of Process | 448.00 |
| 4/11/08- | Service of Process | 18.50 |
| 4/11/08 – | Instrument Recording Fee | |

Total Amount This Invoice  $1,933.50

Total Current Charges  $1,933.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001150552
Our File No. 15049
Status - Foreclosure
Referral Date 1/11/2008

Invoice Number  115644

Tax ID # 59-2885854

Professional services:

| | Hrs/Rate | |
|---|---|---|
| 4/10/08  Receive, review and analyze coorespondence and/or pleading from Defendant (.2); communicate with client (.2); obtain figures from client (.1); obtain and analyze documents from client (.2); calculate figures (.1); prepare, draft and send coorespondence; prepare, draft and send Reinstatement figures; prepare draft and send Payoff figures (1.1). (PEL) | 1.90 150.00/hr | 285.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/11/08- Instrument Recording Fee | | 28.50 |
| Total Amount This Invoice | 1.90 | $313.50 |
| Total Current Charges | | $313.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001505504
   Our File No. 17036
   Status – Foreclosure
   Referral Date 2/26/2008

   Invoice Number  115301

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee for foreclosure lawsuit – second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/11/08– | Recording Fee | 23.50 |
| | Total Amount This Invoice | $623.50 |

---

| | |
|---|---|
| Total Current Charges | $623.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

     Account No. 1001216856
     Our File No. 15846
     Status – Foreclosure

     Invoice Number  115302

Tax ID # 59-2885854

---

     Professional services:

| | | |
|---|---|---|
| 4/4/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

     Professional Costs:

| | | |
|---|---|---|
| 4/4/08 | – Court Filing Fee | 1.00 |
| 4/4/08 | – Recording Fee | 18.50 |
| 4/11/08 | – Instrument Recording Fee | 25.50 |
| 4/11/08 | – Hydra Skiptrace | 45.00 |
| 4/11/08 | – Attorney Ad Litem Fee | 275.00 |
| | Total Amount This Invoice | $490.00 |
| | Total Current Charges | $490.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001467157
Our File No. 15924
Status - Foreclosure

Invoice Number  115305

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 4/4/08- Service of Process | 255.00 |
| Total Amount This Invoice | $255.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001114669
   Our File No. 15927
   Status - Foreclosure
   Invoice Number 115304

Tax ID # 59-2885854

---

   Professional Costs:

| | |
|---|---:|
| 4/3/08- Service of Process | 110.00 |
| 4/11/08- Hydra Skiptrace | 45.00 |
| Total Amount This Invoice | $155.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001295846
     Our File No. 15875
     Status - Foreclosure
     Referral Date 1/30/2008

     Invoice Number  115303

Tax ID # 59-2885854

---

Professional services:

| | |
|---|---|
| 4/4/08  Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | |
|---|---|
| | 210.00 |
| 4/1/08- Service of Process | 2.00 |
| 4/4/08- Court Filing Fee | 18.50 |
| 4/4/08 - Recording Fee | |
| Total Amount This Invoice | $355.50 |
| Total Current Charges | $355.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001330175
Our File No. 12880
Status – Fcl

Invoice Number  115306

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee for foreclosure lawsuit – second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/8/08- | Instrument Recording Fee | 3.50 |
| 4/8/08- | Documentary Stamps | 630.00 |
| | Total Amount This Invoice | $1,233.50 |
| | Total Current Charges | $1,233.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001087114
Our File No. 09280

Invoice Number  115307

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/8/08- | Instrument Recording Fee | 3.50 |
| 4/9/08- | Documentary Stamp Tax | 0.70 |
| | Total Amount This Invoice | $604.20 |
| | Total Current Charges | $604.20 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001769696
Our File No. 11770
Status - Foreclosure

Invoice Number  115308

Tax ID # 59-2885854

---

Professional Costs:

| | | |
|---|---|---|
| 4/11/08- Instrument Recording Fee | | 28.50 |
| 4/11/08 - Hydra Skiptrace | | 5.00 |
| Total Amount This Invoice | | $33.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE: American Home Mortgage Servicing/

     Account No. 1001277936
     Our File No. 16283
     Status - Foreclosure
     Referral Date 2/10/2008
     Invoice Number 115309

Tax ID # 59-2885854

     Professional Costs:

| | |
|---|---:|
| 4/1/08- Service of Process | 160.00 |
| Total Amount This Invoice | $160.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001110080
Our File No. 17046
Status - Foreclosure

Invoice Number  115310

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/7/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/4/08- | Title Search | 275.00 |
| 4/7/08- | Court Filing Fee | 271.00 |
| 4/7/08 - | Instrument Recording Fee | 8.00 |
| 4/7/00- | Hydra Skiptrace | 45.00 |
| 4/7/00- | Service of Process | 245.00 |
| 4/9/08- | Service of Process | 25.00 |
| 4/11/08- | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $1,514.00 |
| | Total Current Charges | $1,514.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1000865902
Our File No. 15324
Status - Foreclosure
Referral Date 1/17/2008

Invoice Number  115311

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/7/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/11/08 - | Attorney Ad Litem Fee | 275.00 |
| 4/11/08 - | Court Filing Fee | 1.00 |
| 4/11/08 - | Recording Fee | 18.50 |
| 4/11/08 - | Instrument Recording Fee | 24.50 |
| 4/11/08 - | Hydra Skiptrace | 5.00 |
| | Total Amount This Invoice | $449.00 |
| | Total Current Charges | $449.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001494028
    Our File No. 14859
    Status - Foreclosure
    Invoice Number  115312

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/4/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/4/08- | Court Filing Fee | 1.00 |
| 4/4/08 - | Recording Fee | 27.00 |
| | Total Amount This Invoice | $153.00 |
| | Total Current Charges | $153.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001006346
Our File No. 16297
Status - Foreclosure
Invoice Number 115314

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 4/1/08- Service of Process | 265.00 |
| Total Amount This Invoice | $265.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

sls

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing,

      Account No. 1001009971
      Our File No. 16085
      Status - Foreclosure
      Referral Date 1/12/2008

      Invoice Number  115315

Tax ID # 59-2885854

---

      Professional services:

| | | |
|---|---|---|
| 4/1/08 | Flat fee to prepare assignment of mortgage. | 125.00 |
| | Total Amount This Invoice | $125.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

   Account No. 1000884698
   Our File No. 13361
   Status - Fcl
   Referral Date 12/6/2007

   Invoice Number  115316

Tax ID # 59-2885854

---

   Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

   Professional Costs:

| | | |
|---|---|---|
| 4/4/08- | Instrument Recording Fee | 3.50 |
| 4/4/08- | Documentary Stamps | 0.70 |
| | Total Amount This Invoice | $604.20 |
| | Total Current Charges | $604.20 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001563383
Our File No. 14906
Status - Foreclosure
Referral Date 1/8/2008

Invoice Number  115317

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/9/08- | Instrument Recording Fee | 27.50 |
| 4/9/08- | Hydra Skiptrace | 5.00 |
| 4/11/08- | Hydra Skiptrace | 10.00 |
| 4/11/08 - | Court Filing Fee | 2.00 |
| 4/11/08 - | Recording Fee | 18.50 |
| | Total Amount This Invoice | $188.00 |
| | Total Current Charges | $188.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

     Account No. 1000942368
     Our File No. 14860
     Status - Foreclosure
     Referral Date 1/8/2008

     Invoice Number  115318

Tax ID # 59-2885854

---

     Professional services:

| | | |
|---|---|---|
| 4/2/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

     Professional Costs:

| | | |
|---|---|---|
| 4/2/08 - | Court Filing Fee | 1.00 |
| 4/2/08 - | Recording Fee | 18.50 |
| | Total Amount This Invoice | $144.50 |
| | Total Current Charges | $144.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing,

     Account No. 1001221858
     Our File No. 15869
     Status - Foreclosure
     Referral Date 1/30/2008
     Invoice Number  115319

Tax ID # 59-2885854

---

     Professional services:

| | |
|---|---|
| 4/4/08  Flat fee to prepare assignment of mortgage. | 125.00 |

---

     Professional Costs:

| | |
|---|---|
| 4/4/08- Service of Process | 100.00 |
| 4/4/08 - Recording Fee | 18.50 |
| 4/9/08- Hydra Skiptrace | 45.00 |
| Total Amount This Invoice | $288.50 |
| Total Current Charges | $288.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001030540
Our File No. 15874
Status - Foreclosure
Referral Date 1/30/2008

Invoice Number  115335

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/4/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/4/08- | Court Filing Fee | 1.00 |
| 4/4/08 - | Recording Fee | 18.50 |
| | Total Amount This Invoice | $144.50 |
| | Total Current Charges | $144.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001111446
   Our File No. 11648
   Status - Foreclosure
   Referral Date 10/20/2007

   Invoice Number  115336

Tax ID # 59-2885854

---

   Professional services:

4/4/08  Flat fee for foreclosure lawsuit - first half.          600.00

---

   Professional Costs:

| | | |
|---|---|---|
| 4/4/08- | Court Filing Fee | 261.00 |
| 4/4/08- | Recording Fee | 3.00 |
| 4/4/08- | Hydra Skiptrace | 45.00 |
| 4/4/08- | Instrument Recording Fee | 18.50 |
| 4/4/08- | Service of Process | 40.00 |
| 4/7/08- | Service of Process | 175.00 |

   Total Amount This Invoice          $1,142.50

   Total Current Charges          $1,142.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001289737
   Our File No. 15848
   Status - Foreclosure
   Referral Date 1/30/2008

   Invoice Number  115337

Tax ID # 59-2885854

---

   Professional services:

 4/8/08   Flat fee to prepare assignment of mortgage.          125.00

---

   Professional Costs:

 4/11/08 - Instrument Recording Fee                             20.50
 4/11/08 - Hydra Skiptrace                                       5.00
 4/11/08 - Recording Fee                                        18.50

   Total Amount This Invoice                                 $169.00

   ─────────────

   Total Current Charges                                      $169.00
   ═════════════

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001337418
     Our File No. 16816
     Status - Foreclosure
     Referral Date 2/21/2008

     Invoice Number  115338

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Service of Process | 245.00 |
| 4/11/08- | Hydra Skiptrace | 45.00 |
| | Total Amount This Invoice | $415.00 |
| | Total Current Charges | $415.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing/            -  ,

      Account No. 1001127280
      Our File No. 10111

      Status - Foreclosure
      Referral Date- 8/31/2007

      Invoice Number  115339

Tax ID # 59-2885854

_____

          Professional services:


4/7/08   Flat fee for title claim/title curative.           300.00

                                                          _____
      Total Amount This Invoice                            $300.00
_____

                    PAYMENT DUE UPON RECEIPT
      PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001559013
Our File No. 15907
Status - Foreclosure
Referral Date 1/31/2008

Invoice Number  115341

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/4/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/4/08- | Recording Fee | 18.50 |
| 4/11/08- | Service of Process | 70.00 |
| | Total Amount This Invoice | $213.50 |
| | Total Current Charges | $213.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001327385
     Our File No. 15944
     Status - Foreclosure
     Referral Date 1/31/2008

     Invoice Number  115342

Tax ID # 59-2885854

     Professional Costs:

4/1/08- Service of Process                                         140.00

     Total Amount This Invoice                              $140.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

# DANIEL C. CONSUEGRA
## ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
#### 813/915-8660

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001124186
Our File No. 14858
Status - Foreclosure
Referral Date 1/8/2008

Invoice Number  115343

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/10/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/10/08 - | Court Filing Fee | 1.00 |
| 4/10/08 - | Recording Fee | 18.50 |

Total Amount This Invoice | $144.50

Total Current Charges | $144.50

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

     Account No. 1001007123
     Our File No. 10494

     Status - Foreclosure
     Referral Date 9/14/2007

     Invoice Number  115344

Tax ID # 59-2885854

_____

        Professional Costs:


4/1/08- Instrument Recording Fee                          11.00
                                                      _____
        Total Amount This Invoice                      $11.00
_____

                     PAYMENT DUE UPON RECEIPT
         PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                        *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001277930
    Our File No. 12814
    Status - Fcl
    Referral Date 11/20/2007

    Invoice Number  115345

Tax ID # 59-2885854

---

        Professional services:

| | | |
|---|---|---|
| 4/8/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

        Professional Costs:

| | | |
|---|---|---|
| 4/8/08- | Instrument Recording Fee | 4.50 |
| 4/8/08- | Documentary Stamps | 0.70 |
| 4/11/08- | Publication of Notice of Sale | 90.00 |
| | Total Amount This Invoice | $695.20 |
| | Total Current Charges | $695.20 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing,

Account No. 1001627764
Our File No. 12202
Status - Foreclosure
Referral Date 11/4/2007

Invoice Number  115346

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 4/3/08- Instrument Recording Fee | 3.00 |
| Total Amount This Invoice | $3.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063


RE:  American Home Mortgage Servicing

Account No. 1001186025
Our File No. 15867
Status - Foreclosure
Referral Date 1/30/2008

Invoice Number  115347

Tax ID # 59-2885854

---

Professional services:


| | | |
|---|---|---|
| 4/1/08 | Flat fee to prepare assignment of mortgage. | 125.00 |
| | Total Amount This Invoice | $125.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

      Account No. 1001757559
      Our File No. 14785
      Status - Foreclosure
      Referral Date 1/5/2008

      Invoice Number  115348

Tax ID # 59-2885854

---

      Professional services:

| | | |
|---|---|---:|
| 4/1/08 | Flat fee to prepare assignment of mortgage. | 125.00 |
| | Total Amount This Invoice | $125.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001544233
Our File No. 14631
Status - Foreclosure
Referral Date- 1/3/2008

Invoice Number  115349

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 4/3/08- | Instrument Recording Fee | 28.50 |
| 4/11/08- | Hydra Skiptrace | 5.00 |
| | Total Amount This Invoice | $33.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001551843
Our File No. 15902
Status - Foreclosure
Referral Date 1/31/2008

Invoice Number  115350

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/8/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/11/08 - | Service of Process | 150.00 |
| 4/11/08 - | Recording Fee | 18.50 |
| | Total Amount This Invoice | $293.50 |
| | Total Current Charges | $293.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing,

Account No. 1001430101
Our File No. 17059
Status - Foreclosure
Referral Date 2/26/2008

Invoice Number   115353

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/4/08 - | Title Search | 275.00 |
| 4/7/08 - | Court Filing Fee | 258.00 |
| 4/7/08 - | Recording Fee | 3.00 |
| 4/7/08 - | Service of Process | 175.00 |
| 4/10/08 - | Service of Process | 25.00 |
| | Total Amount This Invoice | $1,336.00 |
| | Total Current Charges | $1,336.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:    American Home Mortgage
       Account No. 1000875131
       Our File No. 17314

       Status - Eviction
       Referral Date 3/3/2008

       Invoice Number  115635

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/1/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

   Account No. 1001036818
   Our File No. 14854
   Status - Foreclosure
   Referral Date 1/8/2008

   Invoice Number  115356

Tax ID # 59-2885854

---

   Professional Costs:

| | |
|---|---:|
| 4/4/08- Recording Fee | 18.50 |
| Total Amount This Invoice | $18.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001032702
Our File No. 16742
Status - Foreclosure
Referral Date 2/19/2008

Invoice Number  115357

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/11/08- | Service of Process | 60.00 |
| | Total Amount This Invoice | $185.00 |
| | Total Current Charges | $185.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing/

    Account No. 1001032259
    Our File No. 14717
    Status - Foreclosure
    Referral Date 1/4/2008

    Invoice Number  115359

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/7/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/11/08- | Recording Fee | 18.50 |
| | Total Amount This Invoice | $143.50 |
| | Total Current Charges | $143.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001032176
    Our File No. 16741
    Status - Foreclosure
    Referral Date 2/19/2008

    Invoice Number  115364

Tax ID # 59-2885854

---

    Professional services:

| Date | Description | Amount |
|---|---|---|
| 4/2/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

    Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 4/1/08- | Title Search | 275.00 |
| 4/2/08- | Instrument Recording Fee | 5.00 |
| 4/2/08- | Service of Process | 245.00 |
| 4/2/08- | Courts Filing Fee | 261.00 |
| 4/3/08- | Service of Process | 25.00 |
| | Total Amount This Invoice | $1,411.00 |
| | Total Current Charges | $1,411.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001121445
Our File No. 14721
Status - Foreclosure
Referral Date 1/4/2008

Invoice Number  115365

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 4/4/08- Recording Fee | 18.50 |
| Total Amount This Invoice | $18.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing,
      Account No. 1000724006
      Our File No. 18727
      Status - Foreclosure
      Referral Date 3/29/2008

      Invoice Number  115367

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/10/08 | Flat fee for foreclosure lawsuit - first half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/8/08- | Title Search | 340.00 |
| | Total Amount This Invoice | $940.00 |
| | Total Current Charges | $940.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001553929
Our File No. 12898
Status - Foreclosure
Referral Date 11/21/2007

Invoice Number  115369

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Service of Process | 104.00 |
| 4/2/08- | Service of Process | 70.00 |
| | Total Amount This Invoice | $299.00 |
| | Total Current Charges | $299.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:    American Home Mortgage Servicing
       Account No. 1001439405
       Our File No. 16732
       Status - Foreclosure
       Referral Date 2/19/2008

       Invoice Number  115370

Tax ID # 59-2885854

Professional services:

4/11/08   Flat fee to prepare assignment of mortgage.                    125.00

Professional Costs:

4/1/08-   Service of Process                                             245.00

          Total Amount This Invoice                                    $370.00

          Total Current Charges                                        $370.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing/

     Account No. 1001279239
     Our File No. 17337
     Status - Foreclosure
     Referral Date 3/3/2008

     Invoice Number  115371

Tax ID # 59-2885854

---

Professional services:

| Date | Description | Amount |
|---|---|---|
| 4/9/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 4/8/08 - | Title Search | 275.00 |
| 4/9/08 - | Court Filing Fee | 255.00 |
| 4/9/08 - | Recording Fee | 1.00 |
| 4/9/08 - | Instrument Recording Fee | 9.00 |
| 4/9/08 - | Service of Process | 50.00 |
| 4/10/08 - | Service of Process | 60.00 |
| 4/11/08 - | Recording Fee | 18.50 |

| | |
|---|---|
| Total Amount This Invoice | $1,393.50 |
| Total Current Charges | $1,393.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001136845
Our File No. 16828
Status - Foreclosure
Referral Date 2/21/2008

Invoice Number  115372

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/7/08- | Service of Process | 469.00 |
| 4/11/08- | Recording Fee | 18.50 |
| | Total Amount This Invoice | $612.50 |
| | Total Current Charges | $612.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001115017
Our File No. 14748
Status - Foreclosure
Referral Date 1/7/2008

Invoice Number  115662

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/8/08 | Flat fee for foreclosure lawsuit. | 1,200.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Title Search | 395.00 |
| 4/2/08- | Court Filing Fee | 257.00 |
| - | Service of Process | 240.00 |
| 4/8/08- | Recording Fee | 23.50 |
| | Total Amount This Invoice | $2,115.50 |
| | Total Current Charges | $2,115.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing                    ,

     Account No. 1001115017 & 1001115042
     Our File No. 14748-DIL
     Status - Title Search
     Referral Date 1/4/2008
     Invoice Number  115415

Tax ID # 59-2885854
_____

        Professional services:


4/8/08  Flat fee to prepare deed in lieu of foreclosure;        350.00

                                                    _____

        Total Amount This Invoice                    $350.00
_____

                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****
laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001256452
    Our File No. 11003

    Status - Fcl

    Referral Date 9/28/2007

    Invoice Number  115417

Tax ID # 59-2885854

    Professional Costs:

| | | |
|---|---|---|
| 4/1/08- Publication of Notice of Action | | 147.00 |
| Total Amount This Invoice | | $147.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001369018
Our File No. 16289
Status - Foreclosure
Referral Date 2/10/2008

Invoice Number  115420

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- Service of Process | | 150.00 |
| Total Amount This Invoice | | $150.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001227616
Our File No. 14712
Status - Foreclosure
Referral Date 1/4/2008

Invoice Number  115647

Tax ID # 59-2885854

Professional services:

| Date | Description | Amount |
|------|-------------|--------|
| 4/7/08 | Receive, review, analyze defensive pleadings including Motion for extension (.2); communications and coorespondence with opposing counsel (.5); prepare and file agreed order (.5); prepare cover letter to court (.2); secure agreed order (.1).  (PEL) | 225.00 |

Professional Costs:

| Date | Description | Amount |
|------|-------------|--------|
| 4/11/08 | Recording Fee | 18.50 |
| | Total Amount This Invoice | $243.50 |
| | Total Current Charges | $243.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001217747
Our File No. 14715
Status - Foreclosure
Referral Date 1/4/2008

Invoice Number  115423

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/7/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/7/08 | - Recording Fee | 27.00 |
| 4/11/08 | - Hydra Skiptrace | 10.00 |
| | - Instrument Recording Fee | 13.00 |
| | - Recording Fee | 22.50 |
| | Total Amount This Invoice | $197.50 |
| | Total Current Charges | $197.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage
      Account No. 1001134137
      Our File No. 14743

      Status - Eviction
      Invoice Number  115550

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/1/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

trr

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing,

Account No. 1001164348
Our File No. 14764
Status - Foreclosure
Referral Date 1/4/2008

Invoice Number  115425

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 4/4/08- Instrument Recording Fee | | 18.50 |
| Total Amount This Invoice | | $18.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001196564
Our File No. 14853
Status - Foreclosure
Referral Date 1/8/2008

Invoice Number  115426

Tax ID # 59-2885854

Professional Costs:

| Date | Description | Amount |
|------|-------------|-------:|
| 4/2/08- | Service of Process | 140.00 |
| 4/2/08- | Recording Fee | 18.50 |
| 4/11/08- | Publication of NOA | 284.33 |
| 4/11/08- | Attorney Ad Litem Fee | 275.00 |
| | Total Amount This Invoice | $717.83 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001080904
     Our File No. 17913
     Status - Foreclosure
     Referral Date 3/17/2008

     Invoice Number  115427

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/8/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/7/08- | Title Search | 275.00 |
| 4/8/08- | Court Filing Fee | 267.00 |
| 4/8/08- | Instrument Recording Fee | 6.00 |
| 4/8/08- | Service of Process | 70.00 |
| 4/11/08- | Service of Process | 112.00 |
| 4/11/08- | Court Filing Fee | 2.00 |
| 4/11/08- | Recording Fee | 18.50 |

Total Amount This Invoice                    $1,475.50

Total Current Charges                        $1,475.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001071984
Our File No. 14856
Status - Foreclosure
Referral Date 1/8/2008

Invoice Number  115428

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 4/11/08 | Court Filing Fee | 1.00 |
| 4/11/08 | Recording Fee | 18.50 |
| | Total Amount This Invoice | $19.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001506548
Our File No. 14648
Status - Foreclosure
Referral Date 1/3/2008

Invoice Number  115429

Tax ID # 59-2885854

Professional Costs:

|  |  |
|---|---|
| 4/4/08 - Recording Fee | 18.50 |
| 4/8/08 - Instrument Recording Fee | 31.50 |
| 4/8/08 - Hydra Skiptrace | 15.00 |
| Total Amount This Invoice | $65.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
Via New Invoice


RE:  American Home Mortgage Servicing

Account No. 1001332951
Our File No. 17338


Status - Foreclosure
Referral Date 3/3/2008


Invoice Number  115430

Tax ID # 59-2885854

Professional services:


| | | |
|---|---|---|
| 4/11/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/8/08- | Title Search | 340.00 |
| 4/9/08- | Court Filing Fee | 255.00 |
| 4/9/08 - | Service of Process | 74.00 |
| 4/10/08- | Service of Process | 70.00 |
| | Total Amount This Invoice | $1,339.00 |
| | Total Current Charges | $1,339.00 |


PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001555100
     Our File No. 17114
     Status - Foreclosure
     Referral Date 2/27/2008

     Invoice Number  115431

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/8/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/7/08- | Title Search | 275.00 |
| 4/8/08- | Court Filing Fee | 257.00 |
| 4/8/08 - | Instrument Recording Fee | 3.00 |
| 4/8/08 - | Hydra Skiptrace | 45.00 |
| 4/8/08 - | Instrument Recording Fee | 10.50 |
| 4/8/08 - | Service of Process | 448.00 |
| 4/9/08- | Service of Process | 40.00 |
| | Total Amount This Invoice | $1,678.50 |
| | Total Current Charges | $1,678.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing
      Account No. 1001169812
      Our File No. 16840
      Status - Foreclosure
      Referral Date 2/21/2008

      Invoice Number  115432

Tax ID # 59-2885854

_____

      Professional Costs:


      4/1/08- Service of Process                        35.00
      4/2/08- Service of Process                       210.00
      4/11/08- Service of Process                       60.00
      4/11/08 - Hydra Skiptrace                         45.00
                                                   _____
            Total Amount This Invoice                 $350.00

_____


                PAYMENT DUE UPON RECEIPT
     PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                    *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001785430
    Our File No. 17979
    Status - Foreclosure
    Referral Date 3/18/2008

    Invoice Number  115433

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 4/10/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

    Professional Costs:

| | | |
|---|---|---|
| | | 275.00 |
| 4/9/08- | Title Search | 263.00 |
| 4/10/08- | Court Filing Fee | 344.00 |
| 4/10/08- | Service of Process | |
| | Total Amount This Invoice | $1,482.00 |
| | Total Current Charges | $1,482.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

    Account No. 1000980106
    Our File No. 14602
    Status - Foreclosure
    Referral Date 1/2/2008

    Invoice Number  115437

Tax ID # 59-2885854

     Professional Costs:

| | |
|---|---:|
| 4/1/08- Service of Process | 185.00 |
| 4/11/08- Service of Process | 25.00 |
| Total Amount This Invoice | $210.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001310179
Our File No. 10303

Status - Foreclosure
Referral Date 9/6/2007

Invoice Number  115438

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 4/11/08- Publication of NOS | 61.04 |
| Total Amount This Invoice | $61.04 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001543791
Our File No. 14900
Status - Foreclosure
Referral Date 1/8/2008

Invoice Number  115439

Tax ID # 59-2885854

_____

Professional Costs:

| | |
|---|---|
| 4/9/08- Instrument Recording Fee | 25.50 |
| 4/11/08- Recording Fee | 18.50 |
| Total Amount This Invoice | $44.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing.

   Account No. 1001233331
   Our File No. 14786
   Status - Foreclosure
   Referral Date 1/5/2008

   Invoice Number  115434

Tax ID # 59-2885854

---

     Professional Costs:

| | |
|---|---|
| 4/1/08- Service of Process | 150.00 |
| Total Amount This Invoice | $150.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

    Account No. 1001284429
    Our File No. 14559
    Status - Foreclosure
    Referral Date 1/2/2008

    Invoice Number  115435

Tax ID # 59-2885854

---

    Professional Costs:

| | |
|---|---|
| 4/8/08 - Publication of Notice of Action | 185.44 |
| Total Amount This Invoice | $185.44 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dcj

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001450232
Our File No. 14585
Status - Foreclosure
Referral Date 1/2/2008

Invoice Number  115436

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 4/4/08- Instrument Recording Fee | 26.50 |
| Total Amount This Invoice | $26.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001147809
    Our File No. 11616
    Status - Fcl
    Referral Date 10/19/2007

    Invoice Number  115440

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/1/08 | Flat fee for title claim/title curative. | 300.00 |
| 4/11/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/3/08 - | Sale Fee | 60.00 |
| 4/11/08 - | Publication of Notice of Sale | 90.00 |
| 4/11/08 - | Instrument Recording Fee | 4.50 |
| 4/11/08 - | Documentary Stamps | 0.70 |

Total Amount This Invoice        $1,055.20

Total Current Charges        $1,055.20

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1000953353
     Our File No. 16296
     Status - Foreclosure
     Referral Date 2/10/2008

     Invoice Number  115441

Tax ID # 59-2885854

---

         Professional services:


| | | |
|---|---|---|
| 4/9/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

         Professional Costs:

| | | |
|---|---|---|
| 4/11/08 - | Court Filing Fee | 2.00 |
| 4/11/08 - | Recording Fee | 18.50 |
| | Total Amount This Invoice | $145.50 |
| | Total Current Charges | $145.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001270287
    Our File No. 11016

    Status - Foreclosure
    Referral Date 9/28/2007

    Invoice Number  115646

Tax ID # 59-2885854

---

Professional services:

| | | Hrs/Rate | |
|---|---|---|---|
| 4/1/08 | Review Objection to Sale (.2); draft correspondence to client (.8); work on hearing issue (.1). (PEL) | 1.10<br>150.00/hr | 165.00 |
| | Total Amount This Invoice | 1.10 | $165.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001201031
Our File No. 11133
Status - Deed-in-Lieu
Referral Date 10/3/2007

Invoice Number  115536

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/7/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/1/08 - | Service of Process | 971.00 |
| 4/11/08 - | Publication of NOA | 202.50 |
| 4/11/08 - | Court Filing Fee | 3.00 |
| 4/11/08 - | Instrument Recording Fee | 18.50 |
| 4/11/08 - | Recording Fee | 27.50 |
| | Total Amount This Invoice | $1,347.50 |
| | Total Current Charges | $1,347.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

  Account No. 1001405099
  Our File No. 15866
  Status - Foreclosure
  Referral Date 1/30/2008

  Invoice Number  115537

Tax ID # 59-2885854

---

  Professional services:

4/11/08  Flat fee to prepare assignment of mortgage.                    125.00

---

  Professional Costs:

4/7/08-  Service of Process                                             184.00

  Total Amount This Invoice                                          $309.00

  Total Current Charges                                              $309.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001458586
Our File No. 15831
Status - Foreclosure
Referral Date 1/29/2008

Invoice Number  115443

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 4/4/08- Hydra Skiptrace | 45.00 |
| 4/11/08- Attorney Ad Litem Fee | 275.00 |
| Total Amount This Invoice | $320.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001592732
Our File No. 11847
Status - Fcl
Referral Date 10/25/2007

Invoice Number  115444

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Publication of Notice of Action | 505.00 |
| 4/3/08- | Sale Fee | 60.00 |
| 4/11/08- | Publication of Notice of Sale | 435.68 |
| | Total Amount This Invoice | $1,000.68 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001481742
    Our File No. 10057

    Status - Eviction Pre-4/14/08
    Referral Date - 8/29/2007

    Invoice Number  115637

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/1/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001261697
Our File No. 14766
Status - Foreclosure
Referral Date 1/4/2008

Invoice Number  115446

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| | | 24.50 |
| 4/3/08- | Instrument Recording Fee | 5.00 |
| 4/3/08- | Hydra Skiptrace | 124.95 |
| 4/11/08- | Publication of NOA | |
| | Total Amount This Invoice | $279.45 |
| | Total Current Charges | $279.45 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing/AHM v

Account No. 1001111046
Our File No. 14815
Status - Foreclosure
Referral Date 1/7/2008

Invoice Number  115447

Tax ID # 59-2885854

Professional Costs:

| Date | Description | Amount |
|---|---|---|
| | | 120.00 |
| 4/1/08- | Service of Process | 35.00 |
| 4/2/08- | Service of Process | 1.00 |
| 4/4/08- | Court Filing Fee | 18.50 |
| 4/4/08- | Instrument Recording Fee | 65.00 |
| 4/11/08- | Service of Process | 2.00 |
| 4/11/08- | Recording Fee | |
| | Total Amount This Invoice | $241.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1000875161
Our File No. 16001
Status - Foreclosure
Referral Date 2/1/2008

Invoice Number  115448

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/2/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 4/1/08- | Title Search | 305.00 |
| 4/2/08- | Court Filing Fee | 263.00 |
| 4/2/08- | Hydra Skiptrace | 45.00 |
| 4/2/08- | Service of Process | 210.00 |
| 4/3/08- | Service of Process | 35.00 |
| 4/4/08- | Service of Process | 35.00 |
| 4/7/08- | Service of Process | 112.00 |

Total Amount This Invoice $1,605.00

Total Current Charges $1,605.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001185078
Our File No. 17808
Status - Foreclosure
Referral Date 3/13/2008

Invoice Number  115449

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/10/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| | | 275.00 |
| 4/9/08- | Title Search | 261.00 |
| 4/10/08- | Court Filing Fee | 9.00 |
| 4/10/00- | Recording Fee | 120.00 |
| 4/10/00- | Service of Process | |
| | Total Amount This Invoice | $1,265.00 |
| | Total Current Charges | $1,265.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001654736
Our File No. 13324
Status - Fcl
Referral Date 12/5/2007

Invoice Number  115451

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| | | 0.70 |
| 4/11/08 - Documentary Stamps | | 60.00 |
| 4/11/00 - Sale Fee | | 363.64 |
| 4/11/00 - Publication of Notice of Sale | | 4.50 |
| 4/11/00 - Instrument Recording Fee | | |
| Total Amount This Invoice | | $1,028.84 |
| Total Current Charges | | $1,028.84 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001636500
Our File No. 12215
Status - Foreclosure
Referral Date 11/4/2007

Invoice Number  115454

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| | Court Filing Fee | 50.00 |
| 4/11/08 - Court Filing Fee | | 50.00 |
| 4/11/08 - Recording Fee | | 23.50 |
| Total Amount This Invoice | | $73.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1001428712
    Our File No. 17071
    Status - Foreclosure
    Referral Date 2/26/2008

    Invoice Number  115462

Tax ID # 59-2885854

    Professional services:

| 4/11/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
|---|---|---|

    Professional Costs:

| | | |
|---|---|---|
| 4/4/08 - | Title Search | 275.00 |
| 4/7/08 - | Court Filing Fee | 255.00 |
| 4/7/08 - | Recording Fee | 1.00 |
| 4/7/08 - | Instrument Recording Fee | 10.50 |
| 4/7/08 - | Service of Process | 80.00 |
| | Total Amount This Invoice | $1,221.50 |
| | Total Current Charges | $1,221.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing/

    Account No. 1001110887
    Our File No. 14818
    Status - Foreclosure
    Referral Date 1/7/2008

    Invoice Number  115465

Tax ID # 59-2885854

    Professional Costs:

| | |
|---|---:|
| 4/3/08- Service of Process | 50.00 |
| 4/3/08- Hydra Skiptrace | 45.00 |
| 4/4/08- Service of Process | 35.00 |
| 4/4/08 - Instrument Recording Fee | 27.00 |
| 4/7/08- Service of Process | 224.00 |
| 4/10/08- Instrument Recording Fee | 23.50 |
| 4/11/08- Hydra Skiptrace | 15.00 |
| 4/11/08 - Publication of NOA | 494.60 |
| Total Amount This Invoice | $914.10 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing,
      Account No. 1001223442
      Our File No. 14820
      Status - Foreclosure
      Referral Date 1/7/2008

      Invoice Number  115468

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---|
| 4/3/08- Instrument Recording Fee | | 17.50 |
| 4/11/08- Recording Fee | | 20.50 |
| Total Amount This Invoice | | $38.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001454602
Our File No. 14762
Status - Foreclosure
Referral Date 1/4/2008

Invoice Number  115471

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/7/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/11/08- | Recording Fee | 18.50 |
| | Total Amount This Invoice | $143.50 |
| | Total Current Charges | $143.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001362301
Our File No. 16734
Status - Foreclosure

Invoice Number 115472

Tax ID # 59-2885854

Professional Costs:

|  |  |
|---|---|
| 4/1/08- Service of Process | 329.00 |
| 4/11/08- Service of Process | 224.00 |
| Total Amount This Invoice | $553.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001460591
    Our File No. 14780
    Status – Foreclosure
    Invoice Number  115473

Tax ID # 59-2885854

    Professional Costs:

| | |
|---|---|
| 4/3/08– Instrument Recording Fee | 30.50 |
| – Hydra Skiptrace | 10.00 |
| Total Amount This Invoice | $40.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

    Account No. 1001232174
    Our File No. 14862
    Status - Foreclosure

    Invoice Number 115474

Tax ID # 59-2885854

      Professional Costs:

| Date | Description | Amount |
|---|---|---|
| 4/4/08- | Court Filing Fee | 1.00 |
| 4/4/08- | Instrument Recording Fee | 18.50 |
| 4/9/08- | Recording Fee | 32.50 |
| 4/9/08- | Hydra Skiptrace | 5.00 |
| | Total Amount This Invoice | $57.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001836095
   Our File No. 17387
   Status - Foreclosure

   Invoice Number  115475

Tax ID # 59-2885854

---

   Professional services:


| | |
|---|---|
| 4/11/08  Flat fee for foreclosure lawsuit- first half. | 600.00 |

---

   Professional Costs:

| | |
|---|---|
| 4/8/08- Title Search | 340.00 |
| 4/9/08- Service of Process | 257.00 |
| 4/9/08 - Court Filing Fee | 263.00 |
| 4/9/08 - Instrument Recording Fee | 6.00 |
| 4/9/08 - Hydra Skiptrace | 45.00 |
| 4/9/08 - Service of Process | 20.00 |
| 4/10/08- Service of Process | 25.00 |

| | |
|---|---|
| Total Amount This Invoice | $1,556.00 |
| Total Current Charges | $1,556.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001276666
Our File No. 16286
Status - Foreclosure

Invoice Number  115476

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 4/1/08- Service of Process | 553.00 |
| Total Amount This Invoice | $553.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001536320
Our File No. 15894
Status - Foreclosure

Invoice Number  115477

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/2/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Title Search | 275.00 |
| 4/2/08- | Court Filing Fee | 255.00 |
| 4/2/08- | Service of Process | 140.00 |
| | Total Amount This Invoice | $1,270.00 |
| | Total Current Charges | $1,270.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001273520
Our File No. 12860
Status - Foreclosure

Invoice Number  115478

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Service of Process | 208.00 |
| | Total Amount This Invoice | $333.00 |
| | Total Current Charges | $333.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing,

   Account No. 1001081709
   Our File No. 11766
   Status - Fcl

   Invoice Number  115479

Tax ID # 59-2885854

_____

         Professional services:


  4/1/08  Flat fee for title claim/title curative.          300.00

  4/8/08  Flat fee for foreclosure lawsuit - second half     600.00

_____

         Professional Costs:
                                                               4.50
  4/11/08- Instrument Recording Fee                            0.70
  4/11/08 - Documentary Stamps
                                                             $905.20
         Total Amount This Invoice

                                                             $905.20
         Total Current Charges

_____


                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                       *****THANK YOU*****

  laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1000949279
Our File No. 13602
Status – Foreclosure
Referral Date 12/11/2007

Invoice Number  115480

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---:|
| 4/3/08– | Instrument Recording Fee | 13.00 |
| 4/4/08– | Recording Fee | 13.00 |
| | Total Amount This Invoice | $26.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001423533
Our File No. 16293
Status - Foreclosure
Referral Date 2/10/2008

Invoice Number  115645

Tax ID # 59-2885854

---

Professional services:

| | Hrs/Rate | |
|---|---|---|
| 4/11/08   Receive, review, analyze defendant's motion for extension of time to respond to complaint (0.1 hrs); review file (0.2); communications and correspondence with opposing counsel (0.5); prepare and file agreed order (0.3); prepare cover letter (0.2); secure agreed order (0.1); follow up communications with opposing counsel (0.1).  (PEL) | 1.50 150.00/hr | 225.00 |
| Total Amount This Invoice | 1.50 | $225.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001587197
Our File No. 14896
Status - Foreclosure
Referral Date 1/8/2008

Invoice Number  115496

Tax ID # 59-2885854

Professional Costs:

| | | |
|---|---|---:|
| 4/4/08- | Instrument Recording Fee | 18.50 |
| 4/11/08- | Publication of Notice of Action | 187.50 |
| | Total Amount This Invoice | $206.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001170453
   Our File No. 15821
   Status - Foreclosure
   Referral Date 1/29/2008

   Invoice Number  115501

Tax ID # 59-2885854

---

        Professional services:

| | | |
|---|---|---|
| 4/9/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

        Professional Costs:

| | | |
|---|---|---|
| 4/3/08 - | Instrument Recording Fee | 25.50 |
| 4/11/08 - | Court Filing Fee | 2.00 |
| 4/11/08 - | Recording Fee | 18.50 |
| | Total Amount This Invoice | $171.00 |
| | Total Current Charges | $171.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001645777
Our File No. 12936
Status - Foreclosure
Referral Date 11/23/2007

Invoice Number  115502

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 4/7/08- Clerk's Sale Fee | 60.00 |
| Total Amount This Invoice | $60.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing

Account No. 1001194189
Our File No. 14710
Status - Foreclosure
Referral Date 1/4/2008

Invoice Number  115504

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/8/08- | Instrument Recording Fee | 17.50 |
| 4/11/08- | Service of Process | 35.00 |

Total Amount This Invoice      $177.50

Total Current Charges      $177.50

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

   Account No. 1001111414
   Our File No. 15938
   Status - Foreclosure
   Referral Date 1/31/2008

   Invoice Number  115506

Tax ID # 59-2885854

---

   Professional Costs:

| | | |
|---|---|---|
| 4/4/08 - | Court Filing Fee | 1.00 |
| 4/4/08 - | Instrument Recording Fee | 18.50 |
| | Total Amount This Invoice | $19.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

dcj

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001644314
   Our File No. 17132
   Status - Foreclosure
   Referral Date 2/27/2008

   Invoice Number  115510

Tax ID # 59-2885854

_____

         Professional services:


 4/7/08  Flat fee for foreclosure lawsuit - first half.          600.00

_____

         Professional Costs:
                                                                 275.00
 4/4/08- Title Search                                           _____
                                                                $875.00
         Total Amount This Invoice

                                                                $875.00
         Total Current Charges                                 =========

_____

                    PAYMENT DUE UPON RECEIPT
        PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
                       *****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA, FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

      Account No. 1001111395
      Our File No. 17339

      Status - Foreclosure
      Referral Date 3/3/2008

      Invoice Number  115512

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/10/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/9/08- | Title Search | 275.00 |
| 4/10/08- | Court Filing Fee | 269.00 |
| 4/10/08- | Instrument Recording Fee | 8.00 |
| 4/10/08- | Instrument Recording Fee | 18.50 |
| 4/10/08- | Service of Process | 140.00 |
| 4/11/08- | Service of Process | 320.00 |
| 4/11/08- | Court Filing Fee | 1.00 |
| 4/11/08- | Recording Fee | 18.50 |

Total Amount This Invoice                    $1,775.00

Total Current Charges                        $1,775.00

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
813/915-8660

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001571858
Our File No. 14583
Status - Foreclosure
Referral Date 1/2/2008

Invoice Number  115515

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 4/3/08- Service of Process | 244.00 |
| Total Amount This Invoice | $244.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001225810
Our File No. 09157-EVIC
Status - Eviction
Referral Date 7/24/2007

Invoice Number  115516

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/1/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001680570
    Our File No. 17127
    Status - Foreclosure
    Referral Date 2/27/2008

    Invoice Number  115518

Tax ID # 59-2885854

---

        Professional services:

| | | |
|---|---|---|
| 4/9/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

        Professional Costs:

| | | |
|---|---|---|
| 4/8/08- | Title Search | 275.00 |
| 4/9/08- | Court Filing Fee | 255.00 |
| 4/9/08- | Instrument Recording Fee | 1.00 |
| 4/9/08- | Instrument Recording Fee | 9.00 |
| 4/9/08- | Service of Process | 128.00 |
| | Total Amount This Invoice | $1,268.00 |
| | Total Current Charges | $1,268.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001504084
    Our File No. 12132
    Status - Answer / Monitor
    Referral Date 11/2/2007

    Invoice Number  115520

Tax ID # 59-2885854

    Professional services:

| | | |
|---|---|---|
| 4/7/08 | Flat fee to answer foreclosure/monitor. | 200.00 |

    Professional Costs:

| | | |
|---|---|---|
| | | 150.00 |
| 4/7/08- | Title Search | |
| | Total Amount This Invoice | $350.00 |
| | Total Current Charges | $350.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

### DANIEL C. CONSUEGRA
### ATTORNEY AT LAW
### 9204 KING PALM DRIVE
### TAMPA FL 33619-1328
### 813/915-8660

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing
     Account No. 1001546479
     Our File No. 15890
     Status - Foreclosure
     Referral Date 1/30/2008

     Invoice Number  115521

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/9/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/11/08- | Court Filing Fee | 1.00 |
| 4/11/08- | Recording Fee | 18.50 |
| | Total Amount This Invoice | $144.50 |
| | Total Current Charges | $144.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001023607
Our File No. 15919
Status - Foreclosure
Referral Date 1/31/2008

Invoice Number  115522

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| 4/2/08- Instrument Recording Fee | 18.50 |
| Total Amount This Invoice | $18.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

Account No. 1001122388
Our File No. 17607
Status - Eviction
Referral Date 3/10/2008

Invoice Number  115523

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/1/08 | Flat fee for Writ of Possession after the foreclosure. | 350.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/1/08- | Writ of Possession | 70.00 |
| | Total Amount This Invoice | $420.00 |
| | Total Current Charges | $420.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

DANIEL C. CONSUEGRA
ATTORNEY AT LAW
9204 KING PALM DRIVE
TAMPA FL 33619-1328
813/915-8660

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing

Account No. 1001189052
Our File No. 12850
Status - Foreclosure
Referral Date 11/20/2007

Invoice Number  115524

Tax ID # 59-2885854

Professional Costs:

| | |
|---|---|
| | 5.00 |
| 4/8/08- Hydra Skiptrace | |
| Total Amount This Invoice | $5.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing,

    Account No. 1001492778
    Our File No. 17129
    Status - Foreclosure
    Referral Date 2/27/2008

    Invoice Number  115525

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 4/9/08 | Flat fee for foreclosure lawsuit - first half. | 600.00 |

---

    Professional Costs:

| | | |
|---|---|---|
| | | 275.00 |
| 4/8/08- | Title Search | 257.00 |
| 4/9/08- | Court Filing Fee | 4.00 |
| 4/9/08- | Instrument Recording Fee | 9.00 |
| 4/9/08- | Instrument Recording Fee | 160.00 |
| 4/9/08- | Service of Process | |
| | Total Amount This Invoice | $1,305.00 |
| | Total Current Charges | $1,305.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

    Account No. 1001652644
    Our File No. 17069
    Status - Foreclosure
    Referral Date 2/26/2008
    Invoice Number  115526

Tax ID # 59-2885854

---

    Professional services:

4/8/08   Flat fee for foreclosure lawsuit - first half.          600.00

---

    Professional Costs:

| | |
|---|---|
| 4/7/08- Title Search | 275.00 |
| 4/8/08- Court Filing Fee | 265.00 |
| 4/8/08 - Instrument Recording Fee | 4.00 |
| 4/8/08 - Instrument Recording Fee | 9.00 |
| 4/8/08 - Service of Process | 120.00 |
| 4/9/08- Service of Process | 25.00 |

    Total Amount This Invoice          $1,298.00

    Total Current Charges          $1,298.00

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

Account No. 1001307750
Our File No. 12214
Status - Fcl
Referral Date 11/4/2007

Invoice Number 115527

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/8/08 | Flat fee for foreclosure lawsuit - second half. | 600.00 |

Professional Costs:

| | | |
|---|---|---|
| | | 41.13 |
| 4/1/08- | Publication of Notice of Action | 3.50 |
| 4/8/08- | Instrument Recording Fee | 0.70 |
| 4/8/08- | Documentary Stamp Tax | 35.73 |
| 4/10/08- | Publication of Notice of Sale | |

Total Amount This Invoice    $681.06

Total Current Charges    $681.06

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing

   Account No. 1001167899
   Our File No. 14787
   Status - Foreclosure
   Referral Date 1/5/2008

   Invoice Number  115528

Tax ID # 59-2885854

_____

   Professional Costs:

| | | |
|---|---|---|
| 4/2/08- Court Filing Fee | | 1.00 |
| 4/2/08- Instrument Recording Fee | | 18.50 |
| 4/7/08- Instrument Recording Fee | | 13.50 |
| 4/7/08- Hydra Skiptrace | | 5.00 |
| Total Amount This Invoice | | $38.00 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

Account No. 1001675190
Our File No. 11853
Status - Foreclosure
Referral Date 10/25/2007

Invoice Number  115529

Tax ID # 59-2885854

Professional services:

| | | |
|---|---|---|
| 4/1/08 | Flat fee for foreclosure lawsuit - second half | 600.00 |
| 4/1/08 | Flat fee to reset sale. | 350.00 |

Professional Costs:

| | | |
|---|---|---|
| 4/3/08 - | Court Filing Fee | 50.00 |
| 4/3/08 - | Instrument Recording Fee | 23.50 |
| | Total Amount This Invoice | $1,023.50 |
| | Total Current Charges | $1,023.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE: American Home Mortgage Servicing

   Account No. 1001313775
   Our File No. 12857
   Status - Foreclosure
   Referral Date 11/20/2007

   Invoice Number  115530

Tax ID # 59-2885854

_____

   Professional Costs:

| | | |
|---|---|---|
| 4/8/08 - Instrument Recording Fee | | 10.00 |
| 4/8/08 - Hydra Skiptrace | | 5.00 |
| | | _____ |
| Total Amount This Invoice | | $15.00 |

_____

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:   American Home Mortgage Servicing/
              assie
       Account No. 1001211996
       Our File No. 15321
       Status - Foreclosure
       Referral Date 1/17/2008

       Invoice Number  115531

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---|
| 4/11/08- Instrument Recording Fee | 15.50 |
| Total Amount This Invoice | $15.50 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE:  American Home Mortgage Servicing/AHM v

Account No. 1001631422
Our File No. 16814
Status - Foreclosure
Referral Date 2/21/2008

Invoice Number  115532

Tax ID # 59-2885854

---

Professional services:

| | | |
|---|---|---|
| 4/11/08 | Flat fee to prepare assignment of mortgage. | 125.00 |

---

Professional Costs:

| | | |
|---|---|---|
| 4/1/08 | Service of Process | 100.00 |
| | Total Amount This Invoice | $225.00 |
| | Total Current Charges | $225.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

AMERICAN HOME MORTGAGE
4600 REGENT BLVD
SUITE 200
IRVING TX 75063

RE:  American Home Mortgage Servicing.

    Account No. 1001017878
    Our File No. 10245
    Status - Deed-in-lieu
    Referral Date 9/5/2007

    Invoice Number  115533

Tax ID # 59-2885854

---

    Professional services:

| | | |
|---|---|---|
| 4/1/08 | Flat fee to prepare deed in lieu of foreclosure. | 350.00 |
| | Total Amount This Invoice | $350.00 |

---

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa

**DANIEL C. CONSUEGRA**
**ATTORNEY AT LAW**
**9204 KING PALM DRIVE**
**TAMPA FL 33619-1328**
**813/915-8660**

May 10, 2008

American Home Mortgage
4600 Regent Blvd, Ste 200
Irving TX 75063

RE: American Home Mortgage Servicing

Account No. 1001404004
Our File No. 15678
Status - FCL
Referral Date- 1/25/2008

Invoice Number 115534

Tax ID # 59-2885854

---

Professional Costs:

| | |
|---|---:|
| 4/2/08- Instrument Recording Fee | 18.50 |
| Total Amount This Invoice | $18.50 |

PAYMENT DUE UPON RECEIPT
PLEASE INCLUDE A COPY OF THIS INVOICE WITH YOUR REMITTANCE
*****THANK YOU*****

laa