# **<u>EXHIBIT A</u>**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------- x | Chapter 11 |
| In re: | : |
|  | : Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE | : |
| HOLDINGS, INC., a Delaware corporation, et al.,[1] | : Jointly Administered |
|  | : |
| Debtors. | : Ref. Doc. No. |
| ------------------------------------------------------------- x |  |

## ORDER, PURSUANT TO SECTIONS 105(a) AND 363 OF THE BANKRUPTCY CODE, APPROVING (I) THE DEBTORS' TERMINATION OF THEIR 401(k) PLAN AND (II) THE IMPLEMENTATION OF CERTAIN PROCEDURES IN CONNECTION THEREWITH

Upon consideration of the motion (the "Motion") of the above-captioned debtors and debtors-in-possession (the "Debtors"), for an order, pursuant to Sections 105(a) and 363(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), (i) authorizing the Debtors to terminate the 401(k) Plan[2] and (ii) authorizing the Debtors to implement the procedures through which the Debtors will do so in accordance with the Internal Revenue Code; and the Court being satisfied that termination of the 401(k) Plan is in the best interests of the Debtors, their estates and their creditors and is a proper exercise of the Debtors' business judgment; and due and proper notice of the Motion having been given; and it appearing

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion is GRANTED and APPROVED; and it is further

ORDERED, that the Debtors' termination of the 401(k) Plan, effective as of June 30, 2008, is hereby approved; and it is further

ORDERED, that the Debtors are authorized to implement the procedures necessary to terminate the 401(k) Plan in accordance with the Internal Revenue Code; and it is further

ORDERED, that this Order shall be binding on the Debtors and all parties to the 401(k) Plan; and it is further

ORDERED, that the Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order; and it is further

ORDERED, that this Order shall take effect and be fully enforceable immediately upon execution hereof; and it is further

ORDERED, that the Debtors are hereby directed to serve on each of the non-debtor parties to the 401(k) Plan a copy of this Order.

Dated: _____, 2008
Wilmington, Delaware

                                                Christopher S. Sontchi
                                                United States Bankruptcy Judge