IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x

In re:                                               :    Chapter 11

AMERICAN HOME MORTGAGE HOLDINGS, INC.,               :    Case No. 07-11047 (CSS)
a Delaware corporation, et al.,                      :
                                                     :    Jointly Administered
       Debtors.                                      :
                                                     :    **Objection Deadline: N/A**
                                                     :    **Hearing Date: N/A**

---------------------------------------------------------------- x

## MOTION TO SHORTEN TIME AND APPROVE NOTICE OF DEBTORS' MOTION FOR AN ORDER, PURSUANT TO 11 U.S.C. §§ 105(a) AND 363, APPROVING (I) THE DEBTORS' TERMINATION OF THEIR 401(k) PLAN AND (II) THE IMPLEMENTATION OF CERTAIN PROCEDURES IN CONNECTION THEREWITH

American Home Mortgage Holdings, Inc. ("AHM Holdings"), a Delaware

corporation, and certain of its direct and indirect affiliates and subsidiaries, the debtors and

debtors in possession in the above cases (collectively, "AHM" or the "Debtors"),[1] hereby move

this Court (the "Motion to Shorten"), pursuant to Rules 2002, 4001 and 9014 of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Del. Bankr. LR 2002-1(b) and 9006-

1(e) (the "Local Rules") and 11 U.S.C. § 105 (the "Bankruptcy Code"), for an order shortening

the applicable notice period of the Debtors' Motion for an Order, Pursuant to 11 U.S.C.

§§ 105(a) and 363, Approving (i) the Debtors' Termination of their 401(k) Plan and (ii) the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

Implementation of Certain Procedures in Connection Therewith (the "Motion")[2] so the matter may be heard on June 25, 2008.

1.    Bankruptcy Rule 2002(a)(2) generally provides for twenty (20) days' notice of a hearing on a proposed use of estate property outside of the ordinary course. Local Rule 9006-1(e) provides, however, that such period may be shortened by Order of the Court upon written motion specifying the exigencies supporting shortened notice.

2.    The Debtors submit that sufficient cause exists to shorten the time for notice of a hearing on the Motion from twenty (20) days to thirteen (13) days so that a hearing on the Motion can be held on June 25, 2008 at 10:00 a.m. (ET), the next omnibus hearing date in these cases. Pursuant to the Motion, the Debtors seek the Court's authorization to terminate that certain American Home Mortgage 401(k) Savings Plan, amended and restated as of February 1, 2007 (the "401(k) Plan"). The language of the 401(k) Plan permits the Debtors to terminate the Plan. However, out of an abundance of caution, the Debtors seek court approval.

3.    As set forth more fully in the Motion, the Debtors have implemented various reductions in force throughout these Chapter 11 cases. Prior to the Petition Date, the Debtors employed approximately 7,500 employees. Currently, the Debtors employee approximately 100 employees, with further reductions effective at the end of this month. As a result of these reductions, and the fact that there are less than 20 employees currently eligible to participate in the 401(k) Plan, the Debtors can no longer justify the costs associated with maintaining the 401(k) Plan. Approval of the termination of the 401(k) Plan will eliminate ongoing operating costs and negate the Debtors' obligation to perform under the 401(k) Plan.

---

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Motion.

Accordingly, the Debtors seek authority to terminate the 401(k) Plan effective as of June 30, 2008.

4.    Furthermore, the Debtors seek approval of the termination of the 401(k) Plan prior to the proposed effective date of June 30, 2008, due to the fact that the Debtors will have no in-house personnel available to administer the 401(k) Plan after June 30, 2008. If the termination of the Plan is not approved by June 30, 2008, the Debtors will have to hire new employees to administer the 401(k) Plan, which will result in additional, unwarranted costs to the Debtors' estates.

5.    Based on the foregoing, the Debtors submit that cause exists to justify shortening the notice period for the hearing on approval of the relief requested in the Motion. Accordingly, the Debtors request that a hearing on the relief requested in the Motion be scheduled for June 25, 2008 at 10:00 a.m. (ET), with objections due on or before June 23, 2008 at 11:00 a.m. (ET). In light of the shortened notice period, the Debtors will serve the Motion by overnight or hand delivery on the date hereof, on: (i) the Office of the United States Trustee for the District of Delaware; (ii) counsel to the Committee; (iii) Counsel to Bank of America, N.A., as Administrative Agent for the lenders under that certain Credit Agreement dated August 30, 2006; (iv) counsel to the DIP Lender; and (v) all parties entitled to notice under Local Rule 2002-1(b).

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

WHEREFORE, the Debtors respectfully request that the Court enter an Order granting the relief requested herein and such other and further relief as is just and proper.

Dated:    Wilmington, Delaware          YOUNG CONAWAY STARGATT & TAYLOR, LLP
          June 12, 2008

James L. Patton, Jr. (No. 2202)
Pauline K. Morgan (No. 3650)
Edward J. Kosmowski (No. 3849)
Kara Hammond Coyle (No. 4410)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Counsel for Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

In re:                                              : Chapter 11
                                                    :
AMERICAN HOME MORTGAGE                              : Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]  :
                                                    : Jointly Administered
        Debtors.                                    :
                                                    : **Ref. Docket No. _____**
------------------------------------------------------------- x

### ORDER SHORTENING THE TIME FOR NOTICE OF DEBTORS' MOTION FOR AN ORDER, PURSUANT TO 11 U.S.C. §§ 105(a) AND 363, APPROVING (I) THE DEBTORS' TERMINATION OF THEIR 401(k) PLAN AND (II) THE IMPLEMENTATION OF CERTAIN PROCEDURES IN CONNECTION THEREWITH

Upon consideration of the motion (the "Motion to Shorten") of the Debtors for the

entry of an order, pursuant to Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), Del. Bankr. LR 2002-1(b) and 9006-1(e) (the "Local

Rules") and 11 U.S.C.§ 105, shortening the applicable notice of the Debtors' Motion for an

Order, Pursuant to 11 U.S.C. §§ 105(a) and 363, Approving (i) the Debtors' Termination of their

401(k) Plan and (ii) the  Implementation of Certain Procedures in Connection Therewith (the

"Motion"); and it appearing that under the circumstances due and adequate notice of the Motion

to Shorten has been given, and that no other or further notice need be given; and after due

deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that the hearing on the Motion will be held on June 25, 2008 at 10:00

a.m. (ET) and objections, if any, to the relief requested therein shall be filed with the Court and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); American Home Mortgage Servicing, Inc., a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The mailing address for all of the Debtors is 538 Broadhollow Road, Melville, New York 11747.

served upon so as to be received by counsel for the Debtors before 11:00 a.m. (ET) on June 23,

2008; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising

from or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
_____, 2008

_____
Christopher S. Sontchi
United States Bankruptcy Judge